# EXHIBIT 11

of Complaint

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Daniel David Rigmaiden,

Plaintiff,

v.

(1) Federal Bureau of Investigation, (2) Executive Office for United States Attorneys, (3) Office of Information Policy, and (4) Department of Justice,

Defendants.

FREEDOM OF INFORMATION ACT REQUEST

RE: Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
Products Group;

BY: Daniel David Rigmaiden

TO: Executive Office for United States Attorneys

October 10, 2011
Page # 1 of 9

[Certified Mail Return Receipt Article #: 7009 2250 0003 8907 7508]

Daniel Rigmaiden
Agency #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132


FOIA/Privacy Staff
Executive Office for United States Attorneys
United States Department of Justice
Suite 7300, Bicentennial Building
600 E Street, N.W.
Washington, DC 20530-001

Attention:

## I.     REQUEST FOR INFORMATION

This letter constitutes a request under the Freedom of Information Act ("FOIA"), 5
U.S.C. § 552 *et seq.* and the Department of Justice implementing regulations, 28 C.F.R. § 16.1
*et seq.* I am seeking the following four categories of records:

1.     All department records concerning the following portable/transportable wireless
device locators (*i.e.*, devices used to locate cell phones, *etc.*) and related equipment
manufactured and/or branded and/or sold by Harris Wireless Products Group (Harris
Corporation):

| | |
|---|---|
| **(1)** | StingRay |
| **(2)** | StingRay II |
| **(3)** | AmberJack |
| **(4)** | KingFish |
| **(5)** | TriggerFish |
| **(6)** | LoggerHead |
| **(7)** | Handheld Direction Finding Antenna |
| **(8)** | StingRay CDMA Software |

FREEDOM OF INFORMATION ACT REQUEST

RE: Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
Products Group;
BY: Daniel David Rigmaiden
TO: Executive Office for United States Attorneys

October 10, 2011
Page # 2 of 9

_____

(9)    KingFish CDMA Software
(10)   Geolocation (software)
(11)   Tarpon (software)
(12)   RealSite (software)

* *See* attached various Harris product pictures, datasheets, and price lists.

1.      All department records detailing United States Attorneys Office ("USAO")
policies, practices, and procedures to seek court orders to destroy real-time wireless device
location data obtained by the Harris portable/transportable wireless device locators and related
equipment (listed in No. 1 above) or obtained by other portable/transportable wireless device
locators. The requested records should pertain to Assistant United States Attorneys ("AUSA")
and other attorneys applying for court orders to destroy real-time location data used to further
an investigation or to facilitate an arrest.

2.      All department records detailing USAO policies, practices, and procedures to
have AUSAs and other attorneys seek one or more court orders authorizing use of pen registers,
trap and trace devices, stored records under the Stored Communications Act, and/or mobile
tracking devices—<u>while the true intention is to use Harris portable/transportable wireless
device locators and related equipment (listed in No. 1 above) or other portable/transportable
wireless device locators.</u> Responsive records should also include records detailing policies,
practices, and procedures instructing AUSAs and other attorneys to specifically leave out of the
order applications information regarding the Harris portable/transportable wireless device
locators and related equipment (listed in No. 1 above) or information regarding other
portable/transportable wireless device locators. The noted omitted information includes the
names of the devices and how they operate to implicate Fourth Amendment rights such as (1)
sending location finding interrogation signals into private spaces, (2) cell site emulation, (3)
hijacking cellular service, (4) man-in-the-middle attacks, (5) cracking encoding and encryption
for private cellular signals, (6) the need to write data to wireless devices using Over-The-Air
Service Provisioning (OTASP), (7) accessing A-Keys, Shared Secret Data (SSD), and other
nonpublic information within the wireless devices or in the possession of wireless carriers, (8)
making surreptitious phone calls and pings to wireless devices, (9) denial-of-service attacks,
(10) increasing transmission power of wireless devices, (11) emulating/cloning wireless
devices, (12) forcing wireless devices to send out signals, *etc.*

FREEDOM OF INFORMATION ACT REQUEST

RE: Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
Products Group;

BY: Daniel David Rigmaiden

TO: Executive Office for United States Attorneys

October 10, 2011
Page # 3 of 9

3.      All department records detailing USAO policies, practices, and procedures to
conceal from defendants and their attorneys in criminal cases the fact that the government used
the Harris portable/transportable wireless device locators and related equipment (listed in No. 1
above), or other portable/transportable wireless device locators, to gather evidence during
related criminal investigations.

Government use of the devices listed in No. 1 above is discussed in court documents
filed under United States v. Daniel David Rigmaiden, CR08-814-PHX-DGC, District of
Arizona. *See* the following documents filed under CR08-814-PHX-DGC: **(1)** *Response To
Government's Memorandum Regarding Law Enforcement Privilege And Request For An Ex
Parte And In Camera Hearing If Necessary* (Dkt. #536); **(2)** *Request For Judicial Notice Of
Facts Relevant To The Issue Of Governmental Privileges* (Dkt. #501); **(3)** *First Submission Of
Redacted And Summarized Documents For Requested In Camera Inspection*; (Dkt. #588); **(4)**
*First Submission Of Consolidated Exhibits Relating To Discovery And Suppression Issues* (Dkt.
#587); and **(5)** *Motion For Disclosure Of All Relevant And Helpful Evidence Withheld By The
Government Based On A Claim Of Privilege* (Dkt. #592).

I request that the applicable records include, but not be limited to, the following:

(1)    electronically stored information
(2)    emails
(3)    email attachments
(4)    letters
(5)    correspondence
(6)    memorandums
(7)    documents
(8)    reports
(9)    statements
(10)   audits
(11)   purchase receipts
(12)   invoices
(13)   word processing documents
(14)   spreadsheets
(15)   graphics and presentation documents
(16)   images

FREEDOM OF INFORMATION ACT REQUEST

RE: Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
     Products Group;

BY: Daniel David Rigmaiden

TO: Executive Office for United States Attorneys

October 10, 2011
Page # 4 of 9

    **(17)**   text files
    **(18)**   instant messages
    **(19)**   audio files
    **(20)**   video files
    **(21)**   voice mail
    **(22)**   internet data
    **(23)**   log files
    **(24)**   blogs
    **(25)**   calendar files
    **(26)**   text messages
    **(27)**   records of radio transmissions
    **(28)**   data dictionary files[1]
    **(29)**   metadata[2]
    **(30)**   system metadata[3]
    **(31)**   substantive metadata[4]
    **(32)**   embedded metadata[5]

       I request that the storage devices/systems to be searched include, but not limited to,
the following:

---

1.     Data dictionaries are repositories of metadata, or information about data, such as its meaning, relationships to other
data, origin, usage and format.

2.     Nat'l Day Laborer Org. Network v. United States Immigration & Customs Enforcement Agency, 2011 U.S. Dist.
LEXIS 11655, 10 Civ. 3488 (SAS) (S.D.N.Y., Feb. 7, 2011) ("[M]etadata is 'readily reproducible' in the FOIA context.").

3.     System metadata is data automatically generated by a computer system when a native file is created, modified,
transmitted, deleted or otherwise manipulated by a user of such system. This data is not part of the native file and resides as
part of the computer system with a reference to the native file.

4.     Substantive metadata is data generated by the application accessing the native file such as the data reflecting the
date/time the file was created or modified and data reflecting changes made to the document by the user. This data is part of
the native file and is viewable from the application used to create or modify the native file.

5.     Embedded metadata is text, numbers, content, data, or other information that is directly or indirectly inputted into a
native file by a user and which is not typically visible to the user viewing the output display of the native file on screen or as
a print-out. Examples of embedded metadata include, but are not limited to, spreadsheet formulas (which display as the
results of the formula operation), hidden columns, externally or internally linked files (e.g., sound files in Powerpoint
presentation), references to external files and content (e.g., hyperlinks to HTML files or URLs), references and fields (e.g.,
the field codes for an auto-numbered document), and certain database information if the data is part of a database (e.g., a
date field in a database will display as a formatted date, but its actual value is typically a long integer).

<u>FREEDOM OF INFORMATION ACT REQUEST</u>

RE: Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
     Products Group;

BY: Daniel David Rigmaiden

TO: Executive Office for United States Attorneys

October 10, 2011
Page # 5 of 9
_____

    **(1)**    workstation computers
    **(2)**    server computers
    **(3)**    backup systems
    **(4)**    legacy systems
    **(5)**    databases
    **(6)**    hard drives
    **(7)**    tape drives
    **(8)**    zip disks and other disks
    **(9)**    CDs, DVDs, Blu-ray discs, *etc.*
   **(10)**    cartridges
   **(11)**    magneto-optical disks
   **(12)**    calendar systems
   **(13)**    voice mail systems
   **(14)**    text messaging systems
   **(15)**    intranet systems
   **(16)**    internet systems
   **(17)**    personal digital assistants
   **(18)**    cell phones and other cellular devices including Blackberry devices
   **(19)**    home computers belonging to AUSAs and other attorneys (**to the extent, if any, they
               are used for USAO business purposes and/or case preparation**)

    While complying with this FOIA request, I ask that the following EOUSA staffs be
searched for both paper and electronic records: (1) Office of the Director, (2) Counsel to the
Director, (3) Attorney General Advisory Committee, (4) Legal Programs, (5) General Counsel,
(6) Office of Enforcement Operations, and (7) the Computer Crime and Intellectual Property
Section.  In addition, I request that the United States Attorneys Offices in the following
locations be searched: California, Arizona, and New York.  For each state listed above, please
search all United States Attorneys Offices within the state.

## II.      FORM OF DOCUMENTS REQUESTED

    I request that all digital documents be provided in their original native form <u>with
metadata preserved</u>.  Additionally, if redactions are required, they should be done on the
original digital documents using a digital redaction process (*e.g.*, using Appligent Redax ™,
RapidRedact ™, Abobe Acrobat ™ X Pro, *etc.*) and provided in their native digitally redacted
form.  I request that the native form digital documents (*e.g.*, emails, *etc.*) that are redacted by a

FREEDOM OF INFORMATION ACT REQUEST

RE: Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
    Products Group;

BY: Daniel David Rigmaiden

TO: Executive Office for United States Attorneys

October 10, 2011
Page # 6 of 9

computerized redaction process be provided "as is" and that they not be printed to hard copy
and then rescanned to create an artificial digital form of the documents. I make the above
requests pursuant to 5 U.S.C. § 552(a)(3)(B) ("In making any record available to a person
under this paragraph, an agency shall provide the record in any form or format requested by the
person if the record is readily reproducible by the agency in that form or format.").

I request that all responsive records be organized in an intelligible manner and
referenced or indexed so that they are capable of being read and understood by one possessing
average skills, intellect, and training. If the responsive records are codified such that they
cannot be readily understood, I request that I be provided with all required decoding documents
necessary to provide a clear and intelligible understanding of the contents and meaning of the
responsive records.

## III.   REQUEST FOR WAIVER OF ALL COSTS OR REDUCED COSTS

I am requesting a waiver of all costs pursuant to 5 U.S.C. 552(a)(4)(A)(iii) ("Documents
shall be furnished without any charge or at a charge reduced below the fees established under
clause (ii) if disclosure of the information is in the public interest because it is likely to
contribute significantly to public understanding of the operations or activities of the
government and is not primarily in the commercial interest of the requester."). Disclosure of
the requested records will help members of the public understand the privacy risks of carrying
cell phones and other wireless devices. The requested records concern the direct operations
and activities of the government with respect to surreptitiously locating cell phones and other
wireless devices using Harris brand portable/transportable wireless device locators and related
equipment. .

On September 22, 2011, The Wall Street Journal published an article titled "'Stingray'
Phone Tracker Fuels Constitutional Clash"[6] wherein the government's use of
portable/transportable wireless device locators was clearly and sufficiently identified. The
identifiable government actions reported in The Wall Street Journal article and in the evidence I
placed on the record in CR08-814-PHX-DGC weigh in favor of granting me a fee waiver for

---

6.     See Valentino-DeVries, Jennifer, 'Stingray' Phone Tracker Fuels Constitutional Clash, The Wall Street Journal, p.
A1 (Sept. 22, 2011) available at http://online.wsj.com/article/SB10001424053111904194604576583112723197574.html
(last accessed: September 22, 2011) ("Associate Deputy Attorney General James A. Baker and FBI General Counsel Valerie
E. Caproni both said at a panel at the Brookings Institution in May that devices like these fall into a category of tools called
'pen registers,' which require a lesser order than a warrant.").

FREEDOM OF INFORMATION ACT REQUEST

RE: Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
Products Group;

BY: Daniel David Rigmaiden

TO: Executive Office for United States Attorneys

October 10, 2011
Page # 7 of 9

this FOIA request. *See* 28 C.F.R. § 16.11(k)(2)(i) (To determine whether the first fee waiver
requirement is met, "[t]he subject of the requested records must concern identifiable operations
or activities of the federal government, with a connection that is direct and clear, not remote or
attenuated."). There is additional support for granting a fee waiver considering I have the
ability and intention to effectively convey the responsive information to the public. *See* 28
C.F.R. § 16.11(k)(2)(iii) (When determining whether the requested records will contribute to an
understanding of the subject by the public, "[a] requester's expertise in the subject area and
ability and intention to effectively convey information to the public shall be considered."). The
information I obtain through this FOIA request will be placed on the public record in CR08-
814-PHX-DGC and I will also forward the information to Jennifer Valentino-DeVries, the
reporter who wrote the article about StingRay type devices for The Wall Street Journal. *See* fn.
6, *supra*. The noted Wall Street Journal article specifically reported on my efforts to prove that
the government violates the Fourth Amendment when it uses portable/transportable wireless
device locators to locate wireless devices within home residences without a proper warrant.
Finally, the records requested are not sought for a commercial purpose[7] and I plan to
disseminate the responsive material to the public at no cost. *See* 28 C.F.R. § 16.11(k)(3)(i) and
(ii) (To determine whether the fee waiver requirement is met, the disclosure should not be
primarily in the commercial interest of the requester.).

IV.     **REQUEST FOR EXPEDITED PROCESSING**

I am requesting expedited processing of this FOIA request pursuant to 5 U.S.C. 552(a)
(6)(E)(i)(I) (Expedited processing is merited "in cases in which the person requesting the
records demonstrates a compelling need;"). I have a compelling need for the requested records
considering the subject of my request is a matter of widespread and exceptional media interest
and the government's integrity is called into question when it tracks and locates wireless
devices without proper judicial authority, *i.e.*, a Rule 41 warrant founded on probable cause.
*See* 28 C.F.R. § 16.5(d)(1)(iv) (Expedited processing is merited when the request involves "[a]
matter of widespread and exceptional media interest in which there exist possible questions
about the government's integrity which affect public confidence."). The media has repeatedly
reported on warrantless government cell phone tracking prior to this FOIA request. In 2007,
the media reported that "a little-known FBI telephone intercept unit has developed a powerful
cellphone tracking technology that agents use to monitor the physical movements of

---

7.      *See* Judicial Watch, Inc., v. Rossotti, 326 F.3d 1309, 1312 (D.C. Cir. 2003) ("We are also mindful that Congress
amended FOIA to ensure that it is liberally construed in favor of waivers for noncommercial requesters." (internal quotation
marks and citation omitted)).

FREEDOM OF INFORMATION ACT REQUEST

RE: Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
      Products Group;

BY: Daniel David Rigmaiden

TO: Executive Office for United States Attorneys

October 10, 2011
Page # 8 of 9

surveillance targets, even on phones that are not GPS equipped."[8]  In 2008, the media reported
that the government can track cell phones on its own using a TriggerFish and that it "raises the
risk that they will do so without bothering to go to a court for permission first, since they no
longer need to compel the provider to cooperate."[9]  In 2010, the media reported that a senior
attorney in the criminal division of the Justice Department claimed that "[t]he government is
not required to use a warrant" when it uses surveillance equipment to locate cell phones.[10]  In
2011, the media reported on government use of StingRay type devices and on me challenging
use of those devices without proper judicial authority.  *See* fn. 6, *supra*.  The above quoted/cited
news stories are all framed to call into question the government's integrity when it tracks and
locates cell phones and other wireless devices without proper warrants founded on probable
cause.

\* \* \* \* \*

I expect a determination of this request for expedited processing within 10 calendar days
and a determination of this request for documents within 20 calendar days.  *See* 28 CFR §
16.5(d)(4); 5 U.S.C. § 552(a)(6)(A)(i).  If this request is denied in whole or in part, I request
that all deletions be justified by reference to specific exemptions to FOIA.  I request the release
of all segregable portions of otherwise exempt material.  I reserve the right to appeal a decision
to withhold any information, to deny a waiver of fees, or to expedited processing.

I certify as true and correct to the best of my knowledge and belief that I have a
compelling need for expedited processing and that the requested records are not for commercial
purposes.  Thank-you for your prompt attention to this matter.  Please furnish all responsive
records to the address below.

---

8.     Singel, Ryan (Wired), *FBI E-Mail Shows Rift Over Warrantless Phone Record Grabs* (Dec. 20, 2007), *available at*
http://www.wired.com/print/politics/onlinerights/news/2007/12/fbi_cell (last accessed Sep. 22, 2010).

9.     Myers, Rachel (ACLU), *With Technology Like This, Who Needs the Law? >> Blog of Rights: Official Blog of the
American Civil Liberties Union* , "With Technology Like This, Who Needs The Law?" (Nov. 14, 2008),
http://www.aclu.org/2008/11/14/with-technology-like-this-who-needs-the-law (last accessed Aug. 16, 2011).

10.    McCullagh, Declan (CNET News), *Justice Dept. defends warrantless cell phone tracking* (Feb. 13, 2010),
*available at* http://news.cnet.com/8301-13578_3-10453214-38.html (last accessed Apr. 8, 2010).

<u>FREEDOM OF INFORMATION ACT REQUEST</u>

RE:  Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
       Products Group;

BY:  Daniel David Rigmaiden

TO:  Executive Office for United States Attorneys

October 10, 2011
Page # 9 of 9

 

Daniel David Rigmaiden

*Daniel Rigmaiden*

Daniel Rigmaiden
Agency #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

**ATTACHMENT**









# HARRIS

# WIRELESS
## products group

## StingRay™

*Transportable CDMA Interrogation, Tracking and Location, and Signal Information Collection System*

### Product Description

StingRay™ is Harris' latest offering in a long line of advanced wireless surveillance products. StingRay is a multichannel software defined radio that performs network base station surveys, Dialed Number and registration collection, mobile interrogation, and target tracking and location with Harris' Amber-Jack™ Direction-Finding Antenna. This low-power transportable surveillance system is designed with the future in mind—its reconfigurable architecture lends itself to upgrades of new capabilities and wireless standards, while preserving the initial investment in hardware.

### Features

- Software Defined Radio (SDR) enables simultaneous monitoring of up to eight CDMA Paging/Access channel pairs
- Active interrogation capability emulates base station to collect MINs and ESNs through forced registration; external PA output available for higher power requirements
- Interfaces with AmberJack antenna to form a complete target tracking and location solution using active direction-finding and ranging techniques (active approach does not require the target phone to be engaged in a call)

- Optional geolocation software overlays target tracks and tracking vehicle location on a digital map
- Wideband RF front-end provides simultaneous operation in the U.S. cellular 800 and PCS 1900 MHz bands and is preconfigured to support iDEN (low band), GSM 900, and DCS 1800 bands
- PC-based controller running Windows® XP provides an intuitive Graphical User Interface (GUI)
- Industry-standard USB interface enables plug-n-play networking of multiple StingRay surveillance systems if the user requires more channel capacity
- Supports targeting and real-time searching of mobile identification numbers (MIN), dialed numbers, and electronic serial numbers (ESN)
- Low-power system designed for vehicular operations



*next level solutions*

# HARRIS



## StingRay™

**Transportable CDMA Interrogation, Tracking and Location, and Signal Information Collection System**

### Product Description

StingRay™ is Harris' latest offering in a long line of advanced wireless surveillance products. StingRay is a multichannel software defined radio that performs network base station surveys, Dialed Number and registration collection, mobile interrogation, and target tracking and location with Harris' Amber-Jack™ Direction-Finding Antenna. This low-power transportable surveillance system is designed with the future in mind—its reconfigurable architecture lends itself to upgrades of new capabilities and wireless standards, while preserving the initial investment in hardware.

### Features

■ Software Defined Radio (SDR) enables simultaneous monitoring of up to ████ channel pairs

■ Active interrogation capability emulates base station to collect MINs and ESNs through forced registration; external ████ output available for ████ requirements

■ Interfaces with AmberJack antenna to form a complete target tracking and location solution using active ████ ████ and ████ techniques ████ the target phone ████

■ Optional ████
■ ████ RF front-end provides ████ operation in the U.S. cellular ████ bands and is ████ to support ████ bands
■ PC-based controller running ████ provides an intuitive Graphical User Interface (GUI)
■ Industry-standard USB Interface enables ████

■ Supports ████

■ ████ designed for ████ operations

**next level solutions**

EXHIBIT C
Received from < > at 7/18/02 11:31:01 AM [Eastern Daylight Time]



**Wireless Products Group**

### Standards Currently Supported

- 

### Future Standards Supported

- Software reconfigurable architecture will allow for future software upgrades to support other wireless standards and capabilities

### Operating Bands

- 
- 
- 
- 

### Transmit Capabilities

*(For Interrogation and Active Tracking and Location)*

- Up to ___ dBm output
- Interfaces with an ___

### Compatible Accessories

- ___
- ___
- ___

### Interfaces



- Power



### Physical Characteristics

- Housing: Standard aluminum case
- Wheeled transit case
  - Stows ___
  - Conforms to airline carry-on weight and size limits

### PC Controller Characteristics

- ___ operating system
- GUI is easily configured by user for mission scenarios
- Enables field upgrade of system firmware
- Integrated ___ GUI with optional ___

1. Hardware is preconfigured to work in these bands. Future software upgrades will provide operation in these bands—consult Harris Wireless Products Group for availability.

Specifications are subject to change without notice.

StingRay and AmberJack are trademarks of Harris Corporation.

Windows XP is a registered trademark of Microsoft Corporation.

This product is a restricted use item and can be sold only to authorized law enforcement and government agencies. Its use shall comply with all local, state and federal statutes associated with the intercept and monitoring of oral communications. Harris Corporation assumes no liability for any misuse or improper use of the product and makes no representation as to its suitability for any specific application.

**DISTRIBUTION WARNING**

This brochure may be provided only to persons eligible under 18 USC 2512 (Government law enforcement agencies or communications service providers).

This brochure may only be given to U.S. citizens, permanent residents of the U.S. (green card holders), or Canadians eligible under 22 CFR 126.5.

**HARRIS**

*next level solutions*

Government Communications Systems Division | P.O. Box 37 | Melbourne, FL USA 32902-0037
1-800-358-5297 or wpg@harris.com | www.harris.com

Copyright © 2002 Harris Corporation
Printed in USA on Recyclable Paper 07/02 VPS-506690-5 d0108

*HARRIS*



*AmberJack™*

**Dual-Band Direction**

**Finding System**

### Product Description

AmberJack™ is a phased array direction finding (DF) antenna system capable of tracking and locating mobile phone users. The DF antenna array is designed to operate with Harris' Loggerhead™ and StingRay™ products enabling tracking and location of AMPS, TDMA and CDMA phones. AmberJack operates in both the cellular and PCS bands.

AmberJack combines Harris' expertise in phased array antenna technology and tracking and locating systems to offer a state-of-the-art direction finding system. Beam forming technology offers a universal DF antenna for existing as well as future cellular standards.

The DF antenna array incorporates magnetic mounts for ease of installation to the roof of a tracking vehicle and offers a low profile for reduced visibility. User-friendly software, developed for the Windows® operating system, enables intuitive control of the AmberJack system and its companion receiver from a single interface. Once a targeted phone is engaged, information on the direction to the target is dynamically updated for display on the PC.

### Features

■ Determines direction of arrival and received signal strength of phone's transmission

■ Provides real-time display of direction to the target

■ Low power, small size

■ User-friendly graphical user interface for the PC or Pocket PC (optional)



*next level solutions*



# *AmberJack®*
## *Direction-Finding System*

### *Product Description*

AmberJack® is a phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations. The DF antenna array is designed to operate with Harris' Gossamer®, KingFish®, StingRay®, and StingRay II® products, enabling tracking and location of targeted mobile phones, as well as base stations. AmberJack-X operates in the U.S. cellular 850 and PCS 1900 bands, and AmberJack-G operates in the EGSM 900 and DCS 1800 bands. AmberJack-W operates in all the bands above as well as iDEN™ and UMTS bands I and IV.

AmberJack combines Harris' expertise in phased array antenna technology and tracking and locating systems to offer a state-of-the-art direction-finding system. Phased array technology offers a universal DF antenna for existing, as well as future cellular standards.

The DF antenna array incorporates magnetic mounts for ease of installation on the roof of a tracking vehicle and offers a low profile for reduced visibility. User-friendly software, developed for the Windows® operating system, enables intuitive control of the AmberJack system and its companion receiver from a single interface. Once a target is engaged, information on the direction to the target is dynamically updated for display on the PC.



### *Operations Supported*

- Locating mobile phones and base stations
- Tracking mobile phones



# *AmberJack®*
## *Direction-Finding System*

**WIRELESS products group**

### Features

- Determines direction of arrival and received signal strength of a targeted mobile phone's transmission
- Determines direction of arrival and received signal strength of a targeted base station's transmission
- Provides real-time display of direction to the target
- Low power and portable
- User-friendly Graphical User Interface (GUI) for the PC

### Frequency Coverage

- AmberJack-X (U.S. Cellular/PCS 1900)
  - Cellular reverse: 824–849 MHz
  - Cellular forward: 869–894 MHz
  - PCS reverse: 1850–1910 MHz
  - PCS forward: 1930–1990 MHz
- AmberJack-G (EGSM 900/DCS 1800)
  - EGSM reverse: 880–915 MHz
  - EGSM forward: 925–960 MHz
  - DCS reverse: 1710–1785 MHz
  - DCS forward: 1805–1880 MHz

- AmberJack-W (Wideband)
  - iDEN reverse: 806–825 MHz
  - iDEN forward: 851–870 MHz
  - Cellular reverse: 824–849 MHz
  - Cellular forward: 869–894 MHz
  - PCS reverse: 1850–1910 MHz
  - PCS forward: 1930–1990 MHz
  - EGSM reverse: 880–915 MHz
  - EGSM forward: 925–960 MHz
  - DCS reverse: 1710–1785 MHz
  - DCS forward: 1805–1880 MHz
  - UMTS IV reverse: 1710–1755 MHz
  - UMTS IV forward: 2110–2155 MHz
  - UMTS I reverse: 1920–1980 MHz
  - UMTS I forward: 2110–2170 MHz

### External Control

- Laptop PC (Windows® XP Professional)

### Power source

- 12 Vdc at 0.5 A

### Physical Characteristics

- Size: D = 17", H = 4.2"
- Weight: <14 lbs

### Required Accessories (sold separately)

Gossamer with PC Controller, StingRay system, StingRay II, or KingFish with PC Controller

### Optional Accessories

Harpoon™ for DF range extension

### Catalog Part Number

- AJ-X (AmberJack-X)
- AJ-G (AmberJack-G)
- AJ-W (AmberJack-W)

### Authorized Federal Supply Service Information Technology Schedule

- SIN: 132-8 Purchase of Equipment
- SIN: 132-12 Maintenance, Repair Services and Repair Parts/Spare Parts

GSA Contract Number: GS-35F-0293J

General Services Administration Federal Supply Service products and ordering information in this Authorized FSS Information Technology Schedule Pricelist are also available on the GSA Advantage! System. Agencies can browse GSA Advantage! by accessing the GSA's home page via the Internet at *www.gsa.gov*.



Specifications are subject to change without notice. Harris is a registered trademark of Harris Corporation. AmberJack, KingFish, Gossamer, StingRay, and StingRay II are registered trademarks of Harris Corporation. Harpoon is a trademark of Harris Corporation. Windows XP Professional is a registered trademark of Microsoft Corporation. iDEN is a trademark of Motorola, Inc.

This product is a restricted use item and can be sold only to authorized law enforcement and government agencies. Its use shall comply with all local, state, and federal laws and regulations. Harris Corporation assumes no liability for any misuse or improper use of the product and makes no warranty or representation whatsoever as to its suitability for any specific application.

**DISTRIBUTION WARNING**

This brochure may be provided only to persons eligible under 18 USC 2512 (Government law enforcement agencies or communications service providers).


**HARRIS**
*assuredcommunications®*

Government Communications Systems | P.O. Box 9800 | Melbourne, FL USA 32902-9800
1-800-358-5297 or wpg@harris.com | www.wpg.harris.com | **www.harris.com**

Copyright © 2008 Harris Corporation 07/08 514176k VP8 d0105

# HARRIS

## WIRELESS products group

## KingFish™ (Preliminary)

Portable
CDMA Interrogation,
Direction-Finding, and
Collection System

### Product Description

KingFish™ provides investigators with a tool that extracts the telephone number (MIN) and Electronic Serial Number (ESN) from a CDMA mobile telephone. The Active Direction-Finding (DF) capability enables location of a powered-on phone without depending on the suspect to be involved on a call. Additionally, KingFish provides passive Dialed Number Recorder (DNR) and Registration Collection capabilities. Passive operations identify calling patterns and provide information on the suspect's area of operation.

KingFish is based on a Software Defined Radio (SDR) architecture, which enables upgrades to future cellular standards, while preserving the initial investment in hardware. As initially offered, KingFish provides CDMA operation in both the Cellular and PCS bands.

### Features

#### Covert Packaging

- Concealed radio, antennas, and battery power supply
- Wireless remote control from commercially available Pocket PC

#### Intuitive Application Software

- Windows® interface
- Identifies active CDMA channels and catalogs base station parameters
- Provides real-time display of Interrogation and Passive Collection results
- Dynamically updates received signal strength to enable precise location of a target phone



*next level solutions*



**WIRELESS**
**products group**

## Geolocation
## (Preliminary)

### PC-Based Intelligent
### AMPS/TDMA and CDMA
### Tracking and Location

### Product Description

Geolocation is a PC-based software application that allows the user to intelligently track and locate targeted AMPS/TDMA or CDMA cellular phones in the 800 and 1900 MHz bands. Geolocation consists of software and an external GPS receiver. Geolocation will be offered in two options: an AMPS/TDMA Option to be used in conjunction with the Harris LoggerHead™ Interrogator plus the PC Controller™ and the AmberJack™ DF Antenna; and a CDMA Option to be used in conjunction with the Harris StingRay™ system plus the Amber-Jack™ DF Antenna.

Geolocation provides a user-friendly, geospatially accurate mapping routine which shows on-screen the exact location of the tracking vehicle, plus Direction of Arrival (DOA) information and/or estimated range/location information on the targeted phone.

Providing a visual screen of an accurate local map, the exact location of the tracking vehicle, and the approximate location of the targeted phone, allows for a much more intelligent and expedient method for tracking and location.

### Features

- User-friendly application running on Windows® 98/2000/XP provides an intuitive Graphical User Interface (GUI)
- AMPS/TDMA: Interfaces with the LoggerHead™ Handheld Interrogator plus the PC Controller™ and the AmberJack™ Direction-Finding (DF) Antenna
- CDMA: Interfaces with the StingRay™ plus the AmberJack™ Direction-Finding (DF) Antenna
- Provided GPS receiver integrates with PC running the application
- Real-time viewing of tracking vehicle location
- Real-time viewing of approximate targeted cellular phone location
- Tracking missions can be stored for post-mission analysis
- Migration path to GSM and future cellular standards



*next level solutions*



# Harpoon™

## Software-Controlled, High-Power Filtered Amplifier

### Product Description

Harpoon™ is a software-controlled, high-power filtered amplifier that maximizes the multichannel transmit capability of the StingRay II® and significantly improves the performance of the single-channel StingRay® and KingFish® systems by providing high-gain, wide dynamic range, and excellent linearity along with 30 watts of filtered output power. System status indication alerts the user during fault conditions including problems with the RF connections.

- Four Versions Available
  - Harpoon 850/1900 (Dual Band)
  - Harpoon 900/1800 (Dual Band)
  - Harpoon 2100 (Single Band)
  - Harpoon i800 (Single Band)

### Features

- Automatic Level Control
  - Maximizes total output power up to 30 W per band
  - Maintains constant output power
  - Improves power level accuracy
- Filtered Output
  - Improves transmit signal quality
  - Improves receiver sensitivity



### Operations Supported

- **Maximizes the multichannel transmit capability of the StingRay II**
- **Significantly improves the performance of the single-channel StingRay and KingFish systems**



# Harpoon™
## Software-Controlled, High-Power Filtered Amplifier



### Standards Supported

- GSM
- CDMA2000®
- iDEN
- UMTS

### Frequency Coverage

- 850/1900: 869–894 MHz/1930–1990 MHz
- 900/1800: 925–960 MHz/1805–1880 MHz
- iDEN 800: 851–870 MHz
- 2100: 2110–2170 MHz

### Physical Characteristics

- Dual Band
  - Size: 10.5" x 14.75" x 5"
  - Weight: 24 lbs
- Single Band
  - Size: 10.5" x 10.5" x 5"
  - Weight: 15 lbs

### Power Specifications

- Input: 10–33 Vdc
- Power Consumption
  - Dual Band: 440 W max
  - Single Band: 280 W max

### Optional Accessories

- Diplexer for dual-band operation with StingRay and KingFish

### Catalog Part Number

- Harpoon 850/1900
- Harpoon 900/1800
- Harpoon i800
- Harpoon 2100



Improves Transmit Signal Quality and Receiver Sensitivity

Specifications are subject to change without notice. Harris is a registered trademark of Harris Corporation. KingFish, StingRay, and StingRay II are registered trademarks of Harris Corporation. Harpoon is a trademark of Harris Corporation. CDMA2000 is a registered trademark of the Telecommunications Industry Association in the United States (TIA-USA). iDEN is a trademark of Motorola, Inc.

This product is a restricted use item and can be sold only to authorized law enforcement and government agencies. Its use shall comply with all local, state, and federal laws and regulations. Harris Corporation assumes no liability for any misuse or improper use of the product and makes no warranty or representation whatsoever as to its suitability for any specific application.

### DISTRIBUTION WARNING

This brochure may be provided only to persons eligible under 18 USC 2512 (Government law enforcement agencies or communications service providers).



assuredcommunications®

Government Communications Systems | P.O. Box 9800 | Melbourne, FL USA 32902-9800
1-800-358-5297 or wpg@harris.com | www.wpg.harris.com | **www.harris.com**

Copyright © 2008 Harris Corporation 07/08 514176m VPB d0341


**WIRELESS**
products group


**HARRIS**

# UMTS IV Converter

## Overview

**UMTS IV Converter** is a high performance Frequency Converter that enables the StingRay® or KingFish® to operate in the CONUS UMTS IV (2100 MHz DL, 1700MHz UL) band. Its high stability and extremely low phase noise performance enables stand-alone-capability; which allows the StingRay/KingFish and Converter to operate with independent references. Its excellent channel-pair rejection enables operation with high-power PAs.

**UMTS IV Converter** enables the StingRay/KingFish to transmit on the UMTS IV downlink band and to receive on both the uplink and downlink bands. It automatically shuts down the downlink receive path during transmit mode, improving system isolation and reducing power consumption.

Active gain compensation guarantees constant gain over temperature, frequency, aging, and other environmental effects during transmit mode and guarantees constant gain over temperature during receive mode.

## Features

**Transmit**
- TX conversion from 1842.5 to 2140 MHz
- 60 MHz low ripple bandwidth
- Circuitry turns off during receive only mode
- Active gain compensation over temp and freq
- Active TX LED status indicator

**Receive**
- RX 1 conversion from 2140 to 1842.5 MHz
- RX 2 conversion bypass
- RX 1 circuitry turns off during transmit mode
- 11dB gain is temperature compensated
- Attenuators are activated from the front panel

**Local Oscillators**
- 0.5° Integrated Phase Noise (100Hz – 1MHz)
- 0.2ppb over temperature, ±25ppb/year aging
- LED status indicator

**Mechanical Housing**
- Rugged welded metal case
- Formed lid for convenient transceiver mounting
- Front panel connectors, controls, and indicators

UMTS IV Converter



StingRay and UMTS IV Converter



**Accessories Included:**
- Transit Case
- AC/DC converter
- DC/DC converter for vehicular operation
- RF cables for StingRay/KingFish connections
- RF cable for PA connection
- Brackets for KingFish installation

*assuredcommunications*°

**HARRIS PROPRIETARY INFORMATION**

This information is provided for your convenience. Always call your Account Manager for most current pricing and availability.



**Version S&L 2010**

# WPG Product Pricing

**Effective Date:** 12/7/09
**Update:** 2/24/10

| Product Description | Part # | Domestic Pricing 1 - 15 | Domestic Pricing 16+ | GSA Pricing 1 - 15 | GSA Pricing 16+ |
|---|---|---|---|---|---|
| StingRay | | | | | |
| | | | | | |
| StingRay | STINGRAY | 75,100 | 71,300 | 68,476 | |
| StingRay GSM Software | SRAY-GSM-SW | 22,000 | 20,900 | | |
| StingRay CDMA Software | SRAY-CDMA-SW | 22,000 | 20,900 | | |
| StingRay IDEN Software | SRAY-IDEN-SW | 22,000 | 20,900 | | |
| StingRay 2100 MHz B1 Down Converter w/ By Pass (OCONUS) | CONV-2100/1900-W/BP | 19,800 | 18,800 | 18,054 | |
| StingRay 2100 MHz B4 Down Converter w/ By Pass (CONUS) | CONV-2100/1700-W/BP | 19,800 | 18,800 | 18,054 | |
| StingRay Accessories | | | | | |
| | | | | | |
| StingRay Replacement Kit | SR-REPLACEMENT KIT | 500 | | | |
| Cable Assembly PC/USB - 6' Cable | 3092524-102 | 196 | | | |
| Cable Assembly PC/USB - 12' Cable | 3092524-103 | 220 | | | |
| Cable DC Power | 3092525-101 | 171 | | | |
| StingRay Carrying Case | RE1017HA | 925 | | | |
| 115V Power Cord | 17250 | 8 | | | |
| Laptop PC Controller (Dell Latitude) | 2009523-101 | 3,500 | | | |
| Panasonic Toughbook Computer | 2009525-101 | 6,500 | | | |
| Adapter, DC (Laptop) (non- Charging) | DE2035-803 | 226 | | | |
| Mouse, CMPTR (Micro Trac) | 2009523-003 | 50 | | | |
| Auto Power Adapter (8500 & D600) | 2009523-002 | 128 | | | |
| Mobile Mast 20' | OSMM-SA-20 | 2,990 | | | |
| 12' Extension Cable (TNC to N) | PE3665-144 | 80 | | | |
| 12' Extension Cable (TNC to TNC) | PE3414-144 | 85 | | | |
| N-F to TNC-F Adapter | PE9131 | 48 | | | |
| TNC-F to TNC-F Adapter | PE9099 | 28 | | | |
| N-M to TNC-F Adapter | PE9090 | 30 | | | |
| N-F to TNC-M Adapter | PE9089 | 28 | | | |
| Directional Antenna, Yagi (GSM) Pole Mount | Y2287A-66 | 100 | | | |
| SDR Radio Slice | 3092527-201 | 15,000 | | | |
| DC-DC Power Supply Module (SR & KF) | 3092577-101 | 1,400 | | | |
| Duplex Filter (AMPS/PCS) Stand Alone | WSA-00045 | 1,970 | | | |
| Duplex Filter (EGSM/DCS) Stand Alone | WSA-00100 | 2,310 | | | |
| Quad Band Mag Mount Antenex Antenna (TNC) | 3174173-101 | 125 | | | |
| 15' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 80 | | | |
| | | | | | |
| StingRay II | | | | | |
| StingRay II | STINGRAY II | 148,000 | 140,600 | 134,952 | |
| StingRay II Upgrade | STINGRAY II-UP | 71,300 | 67,700 | 65,014 | |
| StingRay II GSM Software | SRAY-II-GSM-SW | 22,000 | 20,900 | | |
| StingRay II CDMA Software | SRAY-II-CDMA-SW | 22,000 | 20,900 | | |
| StingRay II IDEN Software | SRAY-II-IDEN-SW | 22,000 | 20,900 | | |
| | | | | | |
| StingRay II Accessories | | | | | |
| | | | | | |
| Cable Assembly PC/USB - 6' Cable | 3092524-102 | 196 | | | |
| Cable Assembly PC/USB - 12' Cable | 3092524-103 | 220 | | | |
| Laptop PC Controller (Dell Latitude) | 2009523-101 | 3,500 | | | |
| Adapter, DC (Laptop) (non- Charging) | DE2035-803 | 226 | | | |
| Panasonic Toughbook Computer | 2009525-101 | 6,500 | | | |
| Mouse, CMPTR (Micro Trac) | 2009523-003 | 50 | | | |
| Quad Band Mag Mount Antenex Antenna (TNC) | 3174173-101 | 125 | | | |
| 15' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 80 | | | |
| Quad Band Yagi (Wedge) including 6ft cable (PE 3076-72) | 3118664-201 | 1,300 | | | |
| Cable Assembly, RF (SMA-M to RTANGM-M) 6' | PE3076-72 | 104 | | | |
| Cable Assembly, RF (SMA-M to RTANGM-M) 12' | PE3076-144 | 108 | | | |
| GPS Antenna | ANT-GPS-SH-SMA | 50 | | | |
| AC/DC Converter | ACHA1224-I936 | 800 | | | |
| Volt Converter (Universal Plug Kit) | 3142757-101 | 100 | | | |
| StingRay II Case | RE041908HA | 750 | | | |
| SDR Radio Slice | 3092527-201 | 15,000 | | | |

This information is provided for your convenience. Always call your Account Manager for most current pricing and availability.



# WPG Product Pricing

**Effective Date:** 12/7/09
**Update:** 2/24/10

Version S&L 2010

## KingFish

| | | | | |
|---|---|---|---|---|
| KingFish | KINGFISH | 27,800 | 26,400 | 25,349 |
| KingFish N-Connector Upgrade | KF-N-UP | 2,800 | 2,700 | |
| KingFish GSM Software | KF-GSM-SW | 18,100 | 17,200 | |
| KingFish CDMA Software | KF-CDMA-SW | 18,100 | 17,200 | |
| KingFish iDEN Software | KF-IDEN-SW | 18,100 | 17,200 | |

## KingFish Accessories

| | | |
|---|---|---|
| KingFish Replacement Kit | KF-REPLACEMENT KIT | 1,678 |
| Tote Bag Assembly | 3100242-101 | 570 |
| Carrying Case, KingFish | RE0513HA | 960 |
| Cable Assembly, W102 (PC USB Type A) 6' cable | 3092524-102 | 198 |
| Cable DC Power | 3092525-101 | 171 |
| Battery Pack (11.1V) | 2014068-101 | 256 |
| Lithium-ion Battery Charger | 2014068-102 | 426 |
| Battery, Adapter, Lighter (24V, 1.5A) | VA2524 | 140 |
| Power Supply (12V, 5A) | ACHA-12501 | 190 |
| Quad Band Yagi (Wedge) including 6ft cable (PE 3076-72) | 3118694-201 | 1,300 |
| Cable Assembly, RF (SMA-M to RTANGM-M) 6' | PE3076-72 | 104 |
| Cable Assembly, RF (SMA-M to RTANGM-M) 12' | PE3076-144 | 108 |
| Antenna Device, Wave, PCS/Cell (Green) | 2014620-001 | 22 |
| Antenna Device, Wave, GSM  (Orange) | 2014620-002 | 22 |
| Antenna, ¼ Wave (2.4 GHZ) (Bluetooth) | 2014628-001 | 18 |
| Backpack Carrying Case Custom (Blue) | 3100242-103 | 450 |
| Backpack Carrying Case Custom (Army Digi-Camo) | 3100242-104 | 460 |
| Quad Band Mag Mount Antenex Antenna (SMA) | 3174173-102 | 125 |

## AmberJack

| | | | | |
|---|---|---|---|---|
| AmberJack G | AJ-G | 24,300 | 23,100 | 22,158 |
| AmberJack X | AJ-X | 24,300 | 23,100 | 22,158 |
| AmberJack W | AJ-W | 38,400 | 36,500 | 35,015 |
| AmberJack Legacy to W Upgrade | AJL-W-UP | 19,750 | 18,800 | 18,009 |
| AmberJack X & G to W Upgrade | AJXG-W-UP | 21,650 | 20,600 | 19,741 |

## AmberJack Accessories

| | | |
|---|---|---|
| Cable Assembly, DBDF Antenna, Loggerhead (12') | 3088596-101 | 650 |
| Cable Assembly, DBDF Antenna, LH/Gossamer (12') (To be used in place of the | 3120038-101 | 650 |
| Carrying Case | RE0512HA-2 | 890 |
| Cable Assembly, 3-Way Splitter | DC15A-3J1 | 170 |
| Eyebolt, Swivel | 47621 | 54 |
| Power Cable Internal | 3087877-101 | 73 |
| Tool, Eyebolt | 47641/94882 | 15 |
| Webbing Assembly, 12ft. | 88347535 | 35 |
| Radome Assembly | 3087882-101 | 1,800 |
| Cable Assembly, DBDF Antenna, StingRay (12')- (old PN: 3099547-101) Three | KCII/1660 | 800 |
| Cable Assembly, (35') | KCII/1672-1 | 1,200 |
| Cable Assembly, DBDF Antenna, StingRay (25') | KCII/1672 | 975 |
| Cable Assembly, DBDF Antenna, StingRay (5 meters or 16' 4") - (old PN: | KCII/1684 | 825 |
| Cable Assembly, DBDF Antenna, StingRay (50') - (old PN: 3099547-102) | KCII/1696 | 1,300 |
| CASE,CARRYING;AMBERJACK-W | RE022608HA | 1,020 |

## 4 Watt PA Kit

| | | | |
|---|---|---|---|
| Power Amp Kit | PA-KIT | 3,500 | 3,300 |

## 4 Watt PA Kit Accessories

| | | |
|---|---|---|
| Power Amp | SM0520-38HH | 2,150 |
| Carrying Case | RE0602HA | 700 |
| Adapter Cable - SMA Male to SMA Male  (12") | PE3377-12 | 58 |
| 3 Way DC Splitter | DC15A-3J1 | 170 |
| DC Power Cable | CBLIO-00390 | 100 |
| Right Angle SMA Coax Adapter | PE9068 | 32 |
| Mounting Plate | 3102393-101 | 62 |
| Adapter Cable - SMA Male to SMA Male  (72") | PE3377-72 | 60 |
| Quad Band Mag Mount Antenex Antenna (SMA) | 3174173-102 | 125 |

This information is provided for your convenience.  Always call your Account Manager for most current pricing and availability.



# WPG Product Pricing

**Effective Date:** 12/7/09
**Update:** 2/24/10

Version S&L 2010

| 10 Watt PA Kit | | | | |
|---|---|---|---|---|
| Power Amp Kit - 10 Watt | PA-KIT-10W | 4,500 | 4,300 | |
| **10 Watt PA Kit Accessories** | | | | |
| Amplifier 10Watt | SM0822-3906 | 2,390 | | |
| Carrying Case | RE0118HA | 700 | | |
| Adapter Cable - SMA / TNC  (18") w/ Attenuator | 3147080-101 | 108 | | |
| 3 Way DC Splitter | DC15A-3J1 | 170 | | |
| Adapter Cable - SMA / TNC  (72") w/ Attenuator | 3147080-102 | 110 | | |
| DC Power Cable for 10 Watt PA | 180-8045-66 | 62 | | |
| AC to DC Power Supply for 10 Watt PA | ACHA1270-1465 | 218 | | |
| AC to DC Power Supply for 10 Watt PA - 25 feet | CBLMS-F00416 | 120 | | |
| Quad Band Mag Mount Antenex Antenna (TNC) | 3174173-101 | 125 | | |
| 15' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 60 | | |
| Attenuator, FXD, 5DB (SMA to SMA) | BW-S5W2 | 50 | | |
| **25 Watt PA Kits** | | | | |
| High Power Filtered 25W PA Kit - (800/850/1900/2100 B4) | PA-KIT-25W CONUS | 11,500 | 10,900 | 10,486 |
| High Power Filtered 25W PA Kit - (900/1800/2100 B1) | PA-KIT-25W OCONUS | 11,500 | 10,900 | 10,486 |
| **25 Watt PA Kit Accessories** | | | | |
| High Power antenna | VBC-822-M-1 | 800 | | |
| DC Powr Cable (CLA) | 3092525-101 | 120 | | |
| AC/DC Power Converter | ACHA1224-2651 | 1,000 | | |
| DC / DC Power Cable | CBLIO-00640 | 200 | | |
| RF Cable | 920-10027-012 | 250 | | |
| Carry Case | RE052609HA | 900 | | |
| **30 Watt PA Kits - Harpoons** | | | | |
| High Power Filtered 30W PA Kit- Single Band iDEN 800 | PA-KIT-30W iDEN 800 | 16,400 | 15,600 | 14,954 |
| High Power Filtered 30W PA Kit- Single Band 2100 | PA-KIT-30W 2100 | 18,550 | 17,600 | 16,915 |
| High Power Filtered 30W PA Kit- Dual Band 850/1900 | PA-KIT-30W Dual-Band CONUS | 20,200 | 19,200 | 18,419 |
| High Power Filtered 30W PA Kit- Dual Band 900/180( | PA-KIT-30W Dual-Band OCONUS | 20,200 | 19,200 | 18,419 |
| **30 Watt PA Kits - Harpoons Accessories** | | | | |
| Harpoon AC/DC Converter | ACHA2816-2597 | 1,200 | | |
| USB Cable Assembly | 3092524-102 | 196 | | |
| USB to AUX Cable Assembly (Belge) | 3181099-101 | 210 | | |
| RF Cable Assembly (Blue) | 920-10027-012 | 210 | | |
| Harpoon Mounting Tray Assembly | 3182503-101 | 700 | | |
| Antenna; 806-2200 MHZ Magnetic Mount | VBC-822-M-1 | 800 | | |
| Coax Adapter; SMA Male to TNC Female | PE9078 | 60 | | |
| Aux to Primary (Harpoon to SR) Cable Assy | 3186799-101 | 210 | | |
| Aux to Primary (Harpoon to SR II) Cable Assy | 3186800-101 | 180 | | |
| **OCTOPUS** | | | | |
| Tactical Power Kit | OCTOPUS | 20,000 | 19,000 | 18,237 |
| **OCTOPUS Accessories** | | | | |
| Directional Antenna, Quad Band w/Handle - *Requires P/N PE3377-72 &PE9070 | SWAN80183G1W3V3 | 740 | | |
| Quad Band Mag Mount Antenex Antenna (TNC) | 3174173-101 | 125 | | |
| 15' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 60 | | |
| Quad Band Mag Mount Antenex Antenna (SMA) | 3174173-102 | 125 | | |
| Antenna; 806-2200MHZ Magnetic Mount | VBC-822-M-1 | 800 | | |
| Directional Antenna, Yagi (Cell) | 3084617-101 | 300 | | |
| Directional Antenna, Yagi (DCS/PCS) | 3084618-101 | 300 | | |
| Directional Antenna, Yagi (GSM) | 3084619-101 | 300 | | |
| Directional Antenna, Quad Band w/Handle w/ Attenuator - Requires P/N PE3377- | 3120062-101 | 1,100 | | |
| Directional Antenna, Yagi (DCS/PCS) - Pole Mount | Y421812 | 100 | | |
| Directional Antenna, Yagi (GSM) Pole Mount | Y2287A-66 | 100 | | |
| Quad Band Yagi (Wedge) 6ft Cable included (PE3662-72) | 3118694-101 | 1,300 | | |

*Harris Proprietary Information*
For Internal Company Use Only

This information is provided for your convenience. Always call your Account Manager for most current pricing and availability.



# WPG Product Pricing

**Effective Date:  12/7/09**
**Update:  2/24/10**

Version S&L 2010

## Converters

| | | | | |
|---|---|---|---|---|
| StingRay 2100 MHz B1 Down Converter w/ By Pass (OCONUS) | CONV-2100/1900-W/BP | 19,800 | 18,800 | 18,054 |
| StingRay 2100 MHz B4 Down Converter w/ By Pass (CONUS) | CONV-2100/1700-W/BP | 19,800 | 18,800 | 18,054 |

## Converter Accessories

| | | | |
|---|---|---|---|
| HA1225-1937 | Adapter | 210 | |

## Controller Descriptions

| | | | |
|---|---|---|---|
| Laptop PC | 2009523 | 3,500 | |
| Toughbook PC | 2009525 | 6,500 | |
| Rugged Mini-PC | 2014089 | 5,500 | |

## Optional Antenna

| | | | |
|---|---|---|---|
| Directional Antenna, Quad Band w/Handle - *Requires P/N PE3377-72 &PE9070 | SWAN80183G1W3V3 | 740 | |
| Quad Band Mag Mount Antenex Antenna (TNC) | 3174173-101 | 125 | |
| 15' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 60 | |
| Quad Band Mag Mount Antenex Antenna (SMA) | 3174173-102 | 125 | |
| Antenna; 806-2200MHZ Magnetic Mount | VBC-822-M-1 | 800 | |
| Directional Antenna, Yagi (Cell) | 3084617-101 | 300 | |
| Directional Antenna, Yagi (DCS/PCS) | 3084618-101 | 300 | |
| Directional Antenna, Yagi (GSM) | 3084619-101 | 300 | |
| Directional Antenna, Quad Band w/Handle w/ Attenuator - Requires P/N PE3377- | 3120062-101 | 1,100 | |
| Directional Antenna, Yagi (DCS/PCS) - Pole Mount | Y421812 | 100 | |
| Directional Antenna, Yagi (GSM) Pole Mount | Y2287A-66 | 100 | |
| Quad Band Yagi (Wedge) 6ft Cable Included (PE3662-72) | 3118694-101 | 1,300 | |

## Repairs

| | | |
|---|---|---|
| Repair for all WPG products not covered by warranty. Charges are $85.00/hr plus | REPAIR | TBD |

## Maintenance Descriptions

| | Part # | Domestic & Int'l | GSA |
|---|---|---|---|
| Maintenance 4W PA Kit | MT-4W | 500 | |
| Maintenance 10W PA Kit | MT-10W | 500 | |
| Maintenance 25W PA Kit CONUS | MT-25WC | 1,500 | 1,436 |
| Maintenance 25W PA Kit OCONUS | MT-25WO | 1,500 | 1,436 |
| Maintenance AmberJack X | MT-AJX | 3,000 | 2,872 |
| Maintenance AmberJack G | MT-AJG | 3,000 | 2,872 |
| Maintenance AmberJack W | MT-AJW | 5,000 | 4,786 |
| Maintenance Converter Band 1 OCONUS w/ BP | MT-CONV1O | 2,700 | 2,584 |
| Maintenance Converter Band 4 CONUS w/ BP | MT-CONV4C | 2,700 | 2,584 |
| Maintenance Harpoon 2100 | MT-HARP21 | 2,000 | 1,914 |
| Maintenance Harpoon CONUS | MT-HARPC | 2,000 | 1,914 |
| Maintenance Harpoon IDEN | MT-HARPI | 2,000 | 1,914 |
| Maintenance Harpoon OCONUS | MT-HARPO | 2,000 | 1,914 |
| Maintenance KingFish | MT-KF | 4,000 | 3,829 |
| Maintenance Octopus | MT-OCT | 2,700 | 2,584 |
| Maintenance StingRay | MT-SR | 11,000 | 10,529 |
| Maintenance StingRay I | MT-SRII | 22,000 | 21,058 |

## Training Descriptions

| | Part # | Per Description |
|---|---|---|
| Training - Melbourne | TRAIN-MLB | 4,000 |
| Training - Melbourne 1-Day Course | TRAIN-MLB-1 | 2,500 |
| Training - Florida | TRAIN-FL | 4,300 |
| Training - East Coast | TRAIN-EC | 6,000 |
| Training - East Coast 1-Day Course | TRAIN-EC-1 | 3,750 |
| Training - West Coast | TRAIN-WC | 9,000 |
| Training - West Coast 1-Day Clurse | TRAIN-WC-1 | 6,000 |

This information is provided for your convenience.  Always call your Account Manager for most current pricing and availability.



# WPG Product Pricing

Version S&L 2010

**Effective Date:  12/7/09**
**Update:  2/24/10**

**WPG Contact Information:**

**Michael Dillon**
Federal, State and Local Law Enforcement
(571) 246-7450
michael.dillon@harris.com

**Rich Roosa**
DoD, SOCOM, International, Federal Intelligence
Ph: (321) 309-7430
Cell: (321) 223-9551
richard.roosa@harris.com

**Lin Vinson**
ARMY, National Security, Federal Intelligence
(321) 258-2583
lin.vinson@harris.com

**Susan McCreery**
Sales/Support
321-309-7459 (Office)
321-258-9531 (BlkBry)
321-409-6975 (fax)
www.wpg.harris.com
www.premier.harris.com/wpg
susan.mccreery@harris.com

*Harris Proprietary Information*
For Internal Company Use Only



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE



## HARRIS GCSD
## PRICE LIST
### Effective September 2008
### All price quotes are in USD ($)

*\*\*\*This price list supersedes all previous price lists. Prices and products are subject to change without notice. Products are subject to discontinuation without notice.\*\*\**



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

HARRIS Wireless Products Group
PO Box 9800
Melbourne, Florida 32902
1-800-FL8-LAWS (1-800-358-5297) Fax: 321-309-7437



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

## AmberJack

| MODEL NUMBER | DESCRIPTION | PRICE | |
|---|---|---|---|
| | | 1 to 15 Units | 16+ Units |
| AJ-G | The AmberJack-G DF Antenna is a phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations Forward and Reverse in the GSM 900 and 1800 MHz Bands.* | $ 24,300 | $ 23,100 |
| AJ-X | The AmberJack-X DF Antenna is a phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations Forward and Reverse in the GSM 800 and 1900 MHz Bands.* | $ 24,300 | $ 23,100 |
| AJ-W | The AmberJack-W DF Antenna is a wideband phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations Forward and Reverse in the frequency bands from 800MHz to 2100 MHz* | $ 38,400 | $ 36,500 |
| AJ-GUP | AmberJack-G DF Antenna Upgrade. Upgrades the legacy AJ-DF antenna to the AJ-G antenna. | $ 13,000 | $ 12,400 |
| AJ-XUP | AmberJack-X DF Antenna Upgrade. Upgrades the legacy AJ-DF antenna to the AJ-X antenna. | $ 9,000 | $ 8,600 |
| AJ-WUP | AmberJack-W DF Antenna Upgrade. Upgrades the legacy AJ-DF antenna, AJ-X or AJ-G antenna to the AJ-W antenna. | $ 18,000 | $ 17,100 |

*\* Requires PC Controller Software for Gossamer Operations.*

| AmberJack Accessories | | PRICE |
|---|---|---|
| 3088596-101 | Cable Assembly, DBDF Antenna, Loggerhead (12') | $ 650 |
| 3120038-101 | Cable Assembly, DBDF Antenna, LH/Gossamer (12') (To be used in place of the 3088596-101 for both LH and Gossamer) | $ 650 |
| KCII/1660 | Cable Assembly, DBDF Antenna, StingRay (12')- (old PN: 3099547-101) | $ 800 |
| RE0512HA-2 | Carrying Case | $ 890 |
| DC15A-3J1 | Cable Assembly, 3-Way Splitter | $ 170 |
| 47621 | Eyebolt, Swivel | $ 54 |
| 3087877-101 | Power Cable Internal | $ 73 |
| 47641/94882 | Tool, Eyebolt | $ 15 |
| 8834T561 | Webbing Assembly, 12ft. | $ 35 |
| 3087882-101 | Radome Assembly | $ 1,800 |
| KCII/1672 | Cable Assembly, DBDF Antenna, StingRay (25') | $ 975 |
| KCII/1684 | Cable Assembly, DBDF Antenna, StingRay (5 meters or 16' 4") - (old PN: 3099547-103) | $ 825 |
| KCII/1696 | Cable Assembly, DBDF Antenna, StingRay (50') - (old PN: 3099547-102) | $ 1,000 |



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

## StingRay®

| MODEL NUMBER | DESCRIPTION | PRICE 1 to 15 Units | 16+ Units |
|---|---|---|---|
| STINGRAY | StingRay (4 module) – 1-CH Xmit Interrogation and Direction Finding Transportable Unit. | $ 75,100 | $ 71,300 |
| SRAY-GSM-SW | StingRay – GSM Software Package | $ 22,000 | $ 20,900 |
| SRAY-CDMA-SW | StingRay – CDMA Software Package | $ 22,000 | $ 20,900 |
| SRAY-IDEN-SW | StingRay – IDEN Software Package | $ 22,000 | $ 20,900 |
| SRAY-UMTS-SW | StingRay – UMTS Software Package | N/C | N/C |
| SRAY-GSM-SW-INTCP | StingRay – GSM Intercept Software Package without S/C | $ 27,400 | $ 26,000 |
| SRAY-GSM-SW-INTCP-SC | StingRay – GSM Intercept Software Package with S/C (Restricted Sales only Federal Customer) | $ 50,000 | $ 25,000 |
| UMTS-B1-CONV | StingRay 2100/1900MHz Down Converter | $ 16,000 | $ 15,200 |
| UMTS-B4-CONV | StingRay 2100/1700MHz Down Converter | $ 16,000 | $ 15,200 |
| AIRBRN-KIT-CONUS | Airborne DF Kit CONUS | $ 9,000 | $ 8,550 |

## StingRay II

| MODEL NUMBER | DESCRIPTION | PRICE 1 to 15 Units | 16+ Units |
|---|---|---|---|
| STINGRAY II | StingRay II – 4-CH Multi-Xmit Interrogattion and Direction Finding Transportable Unit | $ 148,000 | $ 140,600 |
| STINGRAY II-UP | StingRay II – StingRay to StingRay II Upgrade | $ 65,000 | $ 61,800 |
| SRAY II-GSM-SW | StingRay – GSM Software Package | $ 22,000 | $ 20,900 |
| SRAY II-CDMA-SW | StingRay – CDMA Software Package | $ 22,000 | $ 20,900 |
| SRAY II-IDEN-SW | StingRay – IDEN Software Package | $ 22,000 | $ 20,900 |
| SRAY II-GSM-SW-INTCP | StingRay – GSM Intercept Software Package | $ 27,400 | $ 26,000 |
| SRAY II-GSM-SW-INTCP-SC | StingRay – GSM Intercept Software Package with S/C (Restricted Sales only Federal Customer) | $ 50,000 | $ 25,000 |
| SRAY II-UMTS-SW | StingRay – UMTS Software Package | N/C | N/C |

| *StingRay Accessories* | | PRICE |
|---|---|---|
| 3092524-102 | Cable Assembly PC/USB - 6' Cable | $ 196 |
| 3092524-103 | Cable Assembly PC/USB - 12' Cable | $ 220 |
| 3092525-101 | Cable DC Power | $ 171 |
| RE1017HA | Carrying Case | $ 925 |
| 17250 | 115V Power Cord | $ 8 |
| 2009523-101 | Laptop PC Controller (Dell Latitude D630) | $ 3,500 |
| 2009525-101 | Panasonic Toughbook Computer | $ 6,500 |
| DE2035-803 | Adapter, DC (Laptop) (non- Charging) | $ 226 |
| 2009523-003 | Mouse, CMPTR (Micro Trac) | $ 50 |
| 2009523-002 | Auto Power Adapter (8500 & D600) | $ 128 |
| OSMM-SA-20 | Mobile Mast 20' | $ 2,990 |
| PE3665-144 | 12' Extension Cable (TNC to N) | $ 80 |
| PE3414-144 | 12' Extension Cable (TNC to TNC) | $ 85 |
| PE9131 | N-F to TNC-F Adapter | $ 48 |
| PE9099 | TNC-F to TNC-F Adapter | $ 28 |
| PE9090 | N-M to TNC-F Adapter | $ 30 |
| PE9089 | N-F to TNC-M Adapter | $ 28 |



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

| *StingRay Accessories continued...* | | PRICE | |
|---|---|---|---|
| Y2287A-66 | Directional Antenna, Yagi (GSM) Pole Mount | $ | 100 |
| FPPA-400 | Field Portable Power Adapter (Military Vehicles) | $ | 2,900 |
| FPPS-375 | Field Portable Power Source (Battery Pack) | $ | 1,700 |
| FPACPS | Field Portable AC Power Source | $ | 900 |
| 3092527-201 | SDR Radio Slice | $ | 15,000 |
| 3092577-101 | DC-DC Power Supply Module (SR & KF) | $ | 1,400 |
| WSA-00045 | Duplex Filter (AMPS/PCS) Stand Alone | $ | 1,970 |
| WSA-00100 | Duplex Filter (EGSM/DCS) Stand Alone | $ | 2,310 |
| 3174173-101 | Quad Band Mag Mount Antenex Antenna (TNC) | $ | 125 |



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

| MODEL NUMBER | DESCRIPTION | PRICE | |
|---|---|---|---|
| | | 1 to 15 Units | 16+ Units |
| KINGFISH | KingFish – Man Portable Interrogation and Direction Finding Unit for the CDMA waveform | $ 27,800 | $ 26,400 |
| KF-GSM-SW | KingFish – GSM Software Package | $ 18,100 | $ 17,200 |
| KF-CDMA-SW | KingFish – CDMA Software Package | $ 18,100 | $ 17,200 |
| KF-IDEN-SW | KingFish – iDEN Software Package | $ 18,100 | $ 17,200 |
| KF-UMTS-SW | KingFish – UMTS Software Package | N/C | N/C |
| *KingFish Accessories* | | PRICE | |
| 3100242-101 | Tote Bag Assembly | $ 570 | |
| RE0513HA | Carrying Case, KingFish | $ 950 | |
| 3092524-102 | Cable Assembly, W102 (PC USB Type A)  6' cable | $ 196 | |
| 3092525-101 | Cable DC Power | $ 171 | |
| 2014068-101 | Battery Pack (11.1V) | $ 256 | |
| 2014068-102 | Lithium-Ion Battery Charger | $ 426 | |
| VA2524 | Battery, Adapter, Lighter (24V, 1.5A) | $ 140 | |
| ACHA-12501 | Power Supply (12V, 5A) | $ 190 | |
| 3118694-201 | Quad Band Yagi (Wedge) including 6ft cable (PE 3076-72) | $ 1,300 | |
| PE3076-72 | Cable Assembly, RF (SMA-M to RTANGM-M) 6' | $ 104 | |
| PE3076-144 | Cable Assembly, RF (SMA-M to RTANGM-M) 12' | $ 108 | |
| 2014620-001 | Antenna Device, Wave, PCS/Cell (Green) | $ 22 | |
| 2014628-001 | Antenna, ¼ Wave (2.4 GHZ) (Bluetooth) | $ 18 | |
| 2014629-002 | Antenna Device, Wave, GSM  (Orange) | $ 22 | |
| 3100242-103 | Backpack Carrying Case Custom (Blue) | $ 660 | |
| 3100242-104 | Backpack Carrying Case Custom (Army Digi-Camo) | $ 660 | |
| 3174173-102 | Quad Band Mag Mount Antenex Antenna (SMA) | $ 125 | |



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

## PC Controllers

| MODEL NUMBER | DESCRIPTION | PRICE |
|---|---|---|
| 2009523-101 | Laptop PC Controller (Dell Latitude D630) | $ 3,500 |
| 2015651-101 | Mini PC Controller (OQO) | $ 3,200 |
| 2014069-101 | Rugged Mini PC Controller (GD Go Book) | $ 4,900 |
| 3084625-101 | Laptop Computer, Lightweight, Low Power, 12" Screen | $ 3,000 |
| 2009525-101 | Panasonic Toughbook Computer | $ 6,500 |

| PC Controller Accessories | | PRICE |
|---|---|---|
| 3058870-101 | Serial Cable | $ 40 |
| 2009523-003 | Mouse, CMPTR (Micro Trac) | $ 50 |
| 2009523-002 | Auto Power Adapter (8500 & D600) | $ 128 |

## Harpoon High Powered Filtered 30 Watt Enerter

| MODEL NUMBER | DESCRIPTION | PRICE | |
|---|---|---|---|
| | | 1 to 15 Units | 16+ Units |
| PA-KIT-30W iDEN 800 | High Powered Filtered 30W PA Kit - Single Band iDEN 800 | $ 14,000 | $ 13,300 |
| PA-KIT-30W 2100 | High Powered Filtered 30W PA Kit - Single Band UMTS 2100 | $ 16,000 | $ 15,200 |
| PA-KIT-30W Dual-Band CONUS | High Powered Filtered 30W PA Kit - Dual Band 850/1900 | $ 17,500 | $ 16,600 |
| PA-KIT-30W Dual-Band OCONUS | High Powered Filtered 30W PA Kit - Dual Band 900/1800 | $ 17,500 | $ 16,600 |
| 3184472-101 | Harpoon Diplexer Kit (Use w/SR I) | $ 650 | $ 650 |
| | Need Mag Mount Antenna Specified | | |

## UMTS Band Converters

| MODEL NUMBER | DESCRIPTION | PRICE | |
|---|---|---|---|
| | | 1 to 15 Units | 16+ Units |
| CONV-2100/1700 | UMTS Band IV -AWS Converter | $ 16,000 | $ 15,200 |
| CONV-2100/1900 | UMTS Band I Converter | $ 16,000 | $ 15,200 |

# EXHIBIT 12

of Complaint

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Daniel David Rigmaiden,

Plaintiff,

v.

(1) Federal Bureau of Investigation, (2) Executive
Office for United States Attorneys, (3) Office of
Information Policy, and (4) Department of Justice,

Defendants.

**U.S. Postal Service** (TM)
**CERTIFIED MAIL** (TM) **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7009 2250 0003 8907 7508

Da OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 2.08 | 500 |
| Certified Fee | 2.85 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.30 | |
| Restricted Delivery Fee (Endorsement Required) | 7.23 | |
| Total Postage & Fees | $ | |

Sent To Executive Office, United States Attorneys
Street, Apt. No.;
or PO Box No. 600 E Street, N.W.
City, State, ZIP+4 Washington, DC 20530-001

PS Form 3800, August 2006                     See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Executive Office, United States Attorneys
FOIA/Privacy staff, USDOJ
Suite 7300, Bicentennial Bld.
600 E Street, N.W.
Washington, DC 20530-001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( *Printed Name* )      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail        ☐ Express Mail
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☑ Yes

2. Article Number
   (Transfer from service label)   7009 2250 0003 8907 7508

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

# EXHIBIT 13

of Complaint

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Daniel David Rigmaiden,

Plaintiff,

v.

(1) Federal Bureau of Investigation, (2) Executive Office for United States Attorneys, (3) Office of Information Policy, and (4) Department of Justice,

Defendants.



Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 2250 0003 8907 7508**
Status: **Delivered**

Your item was delivered at 4:51 am on November 07, 2011 in
WASHINGTON, DC 20530. A proof of delivery record may be available
through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  (?)   ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.



( Go > )

---

Site Map      Customer Service      Forms      Gov't Services      Careers      Privacy Policy      Terms of Use      Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.      No FEAR Act EEO Data      FOIA