```
1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Plaintiff
6
```

X FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 2 6 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>    Plaintiff,<br><br>v.<br><br>(1) Federal Bureau of Investigation,<br><br>(2) Executive Office for United States Attorneys,<br><br>(3) Office of Information Policy, and<br><br>(4) Department of Justice,<br><br>    Defendants. | Civil Action No.:<br><br>**CV 12-1605-PHX-SRB-BSB**<br><br>MOTION AND APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS |

Plaintiff, Daniel David Rigmaiden, pro se, respectfully submits this motion and application to proceed in forma pauperis. Plaintiff requests that the Court allow him to file his civil action without having to pay the $350.00 filing fee. In support of this request, Plaintiff has attached "APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (long form)."

Plaintiff further requests that the Court order the U.S.

- 1 -

1  Marshal to serve all defendants with Plaintiff's complaint and
2  the required summons.  There are extraordinary circumstances
3  that prohibit Plaintiff from arranging for service himself.
4  Plaintiff is currently in federal pretrial detention at CCA-
5  CADC in Florence, Arizona after being transferred there from
6  his home in California.  Plaintiff has very limited access to
7  the outside world.  Plaintiff has no one to serve the
8  complaint and summons on his behalf.  Plaintiff also lacks the
9  funds to pay a process server and, in any event, has no way of
10 hiring a process server due to his federal pretrial detention
11 status.  The only means of service Plaintiff has available is
12 certified return receipt USPS mail.  However, Plaintiff has
13 not had much luck with certified return receipt USPS mail for
14 his original FOIA requests while detained at CCA-CADC.  In one
15 instance, the FBI claimed to have never received Plaintiff's
16 FOIA letter even while Plaintiff was mailed the signed
17 signature card.  In another instance, Plaintiff received the
18 signature card for the EOUSA FOIA letter but it contained no
19 signature and no date.
20      Based on the points and authorities set forth herein and
21 in the attached application, Plaintiff respectfully requests
22 that this motion be granted and that the attached order be
23 issued.
24 ///
25 ///
26 ///
27 ///
28 ///

1

2 Respectfully Submitted: _____

3

4                                    DANIEL DAVID RIGMAIDEN,
                                     Pro Se Plaintiff:
5

6

7   *Daniel Rigmaiden* (signature)
    Daniel D. Rigmaiden
8   Agency # 10966111
    CCA-CADC
9   PO Box 6300
    Florence, AZ 85132
10  Telephone: none

11

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

CERTIFICATE OF SERVICE

1. I, Daniel David Rigmaiden, certify under penalty of perjury that on July 19, 2012 at approximately 5:00 pm I caused the following to be placed into the CCA-CADC mailing system for United States Postal Service delivery with first-class postage prepaid by CCA-CADC:

Original attached document plus 1 copy addressed to:

Clerk of the Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

By: /s/ Daniel Rigmaiden

- 4 -