```
___ FILED      _X_ LODGED
___ RECEIVED   ___ COPY

     JUL 2 6 2012

  CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>    Plaintiff,<br><br>v.<br><br>(1) Federal Bureau of Investigation,<br><br>(2) Executive Office for United States Attorneys,<br><br>(3) Office of Information Policy, and<br><br>(4) Department of Justice,<br><br>    Defendants. | Civil Action No.:<br><br>**CV 12-1605-PHX-SRB-BSB**<br><br>ORDER |

This matter is before the Court pursuant to Plaintiff's Motion And Application For Leave To Proceed In Forma Pauperis. I,_____, District Judge/Magistrate Judge of the United States District Court for the District of Arizona, hereby:

[____] **GRANT** the application for leave to proceed in forma pauperis, without prepayment of costs or fees or the necessity

- 1 -

of giving security therefore. Plaintiff shall be responsible for service by waiver or of the summons and complaint.

[\_\_\_\_] **GRANT** the application for leave to proceed in forma pauperis, without prepayment of costs or fees or the necessity of giving security therefore. Service by waiver or of the summons and complaint shall be at government expense on the defendants by the U.S. Marshal or his authorized representative.

[\_\_\_\_] **DENY** the application for leave to proceed in forma pauperis without prepayment of costs or fees or the necessity of giving security therefore. Plaintiff shall have 10 days from the entry of this Order to pay the filing fee of $350.00. The Clerk of Court is directed to enter dismissal of this action without further notice if Plaintiff fails to pay the filing fee of $350.00 within 10 days of the entry of this Order.

    The Clerk shall forthwith notify the Plaintiff of the entry of this Order.

DATED this \_\_\_\_ day of _____, 20\_\_\_\_.

                                       _____
                                       United States District/Magistrate Judge