Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Plaintiff



UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Daniel David Rigmaiden

    Plaintiff,

v.

Federal Bureau of Investigation
et al.

    Defendant.

No. CV 12-1605-PHX-SRB (BSB)

MOTION TO AMEND COURT'S AUG.
30, 2012 ORDER

Plaintiff, Daniel David Rigmaiden, respectfully requests
that the Court amend its August 30, 2012 order as explained
below.

In the Court's August 30, 2012 order, it was noted that
Plaintiff raises three (3) claims for relief.  See Dkt. #005,
p. 3. Contrary to the order, Plaintiff actually raises fifteen
(15) claims for relief in his complaint.  See Dkt. #001, p. 24-27.
Plaintiff lists five (5) sets of claims under three (3)
subheadings having titles that begin with "Claims RE...," i.e.,
using the plural form of the word, "claim."  Under the subheadings,
Plaintiff's claims are explained in their own distinct numbered
paragraphs.  The fifteen (15) claims are contained in paragraph
Nos. 52 through 66 of his complaint.  Plaintiff should have placed

- 1 -

a centered title above each paragraph reading "Claim 01," "Claim 02," etc., however, pro se Plaintiff has very little experience in drafting civil complaints and therefore did not think to do so.

Based on the above, Plaintiff respectfully requests that the Court amend its August 30, 2012 order to state that Plaintiff raises fifteen (15) claims as opposed to three (3). Otherwise, some of Plaintiff's detailed claims may be overlooked as the case progresses.

Respectfully submitted: December 4, 2012

DANIEL DAVID RIGMAIDEN
Pro Se Plaintiff


Daniel D. Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

///
///
///
///
///
///
///
///
///
///
///

- 2 -

CERTIFICATE OF SERVICE

I, Daniel David Rigmaiden, certify under penalty of perjury that on December 4, 2012                    at approximately 7:30pm I caused the following to be placed into the CCA-CADC mailing system for United States Postal Service delivery with first-class postage prepaid by CCA-CADC:

Original attached document plus 1 copy addressed to:

Clerk of the Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

By: _____

- 3 -