Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

___ FILED        ___ LODGED
___ RECEIVED  ___ COPY

DEC 0 6 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

Daniel David Rigmaiden
Pro Se, Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden | No. CV 12-1605-PHX-SRB (BSB) |
| Plaintiff, | MOTION FOR DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF |
| v. | |
| Federal Bureau of Investigation et al. | |
| Defendant. | |

Plaintiff, Daniel David Rigmaiden, respectfully requests that
the Court order default judgment in favor of Plaintiff.  The Court
issued an order on August 30, 2012 stating the following:

> The Clerk of Court must send Plaintiff a service packet
> including the Complaint (Doc. 1), this Order, and
> Summons forms for Defendants...  Plaintiff must complete
> and return the service packet to the Clerk of Court
> within 21 days of the date of filing of this Order....

> August 30, 2012 Order (Dkt. #005, p. 4-5 [filed 8/31/2012]).

While nearly an impossible task for the incarcerated Plaintiff
to complete (there were approximately 1500 pages to print),
Plaintiff was able to obtain the needed copies, prepare all forms
precisely to the Court's instructions, and have everything
delivered to the Clerk before the deadline.  Plaintiff had Dan
Colmerauer deliver the complaint and other document copies on,
according to the defendant's phone conversation notes, September

- 1 -

18, 2012.  See <u>EXHIBIT 01</u>.  Included with the delivery was a letter from Plaintiff explaining what was being delivered.  See <u>EXHIBIT 02</u>.  Furthermore, Mr. Colmerauer signed a declaration stating that he recalls delivering six copies of the required documents sometime between September 14-20, 2012.  See <u>EXHIBIT 03</u>.

Although the docket currently has no entry relating to service of the summons and complaint copies, Plaintiff assumes that the defendants were served by the United States Marshal Service--as is required under the circumstances.  Because the defendant's were served (presumably in September of 2012) and failed to file an answer within 60 days of service, defendants are in default.  Therefore, Plaintiff respectfully requests that the Court enter default judgment in favor of Plaintiff and order the relief requested in his complaint.

Respectfully submitted: December 4, 2012


DANIEL DAVID RIGMAIDEN
Pro Se Plaintiff


Daniel D. Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

///
///
///
///
///
///

CERTIFICATE OF SERVICE

I, Daniel David Rigmaiden, certify under penalty of perjury that on <u>December 4, 2012</u> at approximately <u>7:30pm</u> I caused the following to be placed into the CCA-CADC mailing system for United States Postal Service delivery with first-class postage prepaid by CCA-CADC:

Original attached document plus 1 copy addressed to:

Clerk of the Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

By: <u>Daniel Rigmaiden</u>

- 3 -

**EXHIBIT 01**

DECLARATION UNDER PENALTY OF PERJURY

I, Daniel David Rigmaiden, hereby declare as follows:

Attached to this declaration is a true duplicate of my original September 18, 2012 and September 19, 2012 legal phone call log entries. The log entries were created by me during legal phone calls with Daniel Colmerauer on the above noted dates. I placed the phone calls from within CCA-CADC. In the log entries, "DC" stands for Daniel Colmerauer and the civil suit is what eventually became CV12-1605-PHX-SRB-BSB.

I certify that the attached document is a true duplicate of the original with private and irrelevant information redacted by me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 2, 2012

Signature: Daniel Rigmaiden
Daniel David Rigmaiden

DC

DC Is printing out DR's FOIA action.

REDACTED

REDACTED

REDACTED

D·C   7:52am - 8:05am   9/19/2012

DC filed DR's civil action.

REDACTED

REDACTED

REDACTED

REDACTED IRRELEVANT
LOGS / NOTES

**EXHIBIT 02**

## DECLARATION UNDER PENALTY OF PERJURY

I, Daniel M. Colmerauer, hereby declare as follows:

At some point between September 14, 2012 and September 20, 2012, I personally hand delivered six copies of Daniel Rigmaiden's civil Complaint, the court's order at Doc. 05, summons forms, and other required documents in CV12-1605-PHX-SRB-BSB to the Clerk at the Sandra Day O'Connor U.S. Courthouse.  I remember the person who accepted the documents from me but I do not know his name.  I have seen him at the Courthouse sitting/working at the filing counter on numerous occasions and, if needed, I could obtain his name with some effort.  Prior to leaving his presence on the delivery day, the Clerk spread the documents out on the counter in front of me and made certain that everything was complete and in order.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 28, 2012

Signature: _____

Daniel M. Colmerauer

**<u>EXHIBIT 03</u>**

September 9, 2012
RE: Rigmaiden v. FBI, et al.
CV 12-1605-PHX-SRB-BSB

Daniel Rigmaiden # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

Clerk, U.S. District Court
Attn: Civil Docketing Section
401 W. Washington, SPC 1
Suite 130
Phoenix, AZ 85003-2118

Clerk:

    I have followed the instructions on the blue form precisely. However, it appears as if I should have been provided with additional blank copies of the following: (1) USM-285 form, (2) Notice of Lawsuit and Request for Waiver of Service form, (3) Waiver of Service of Summons form (two), and (4) Summons form. Additionally, it appears as if I should have been instructed to send seven copies of the complaint and order as opposed to the requested six. Judge Bolton's order states that all four defendants are to be served, plus the Attorney General, plus the civil process clerk at the USAO for the District of Arizona, and one copy to be maintained by the USMS. See Dkt. #05, p. 5. That is a total of seven. There may have been some confusion -- or maybe I am confused -- considering "Defendant Department of Justice" has the same address as the Attorney General who is to be served pursuant to Fed. R. Civ. P. Rule 4(i)(1)(B).

    Nevertheless, I followed the instructions on the blue form precisely and could not do otherwise considering I was lacking the additional blank forms. If an additional copy of any document is required, I request that clerk print the copy(s), fill in the required

1

information, and provide the additional copy(s) to the USMS along with the rest of the copies included with this letter. I wish to avoid further delays and it was very difficult for me to get even five copies of the complaint printed as a favor. I even had to send back the copy of the complaint provided to me by the Court. Now, I do not even have my own hard copy. Had I sought seven full copies of the complaint to be printed by CCA-CADC, I would have been charged close to $200.00. I am indigent, see Dkt. #05, p.1. I appreciate your assistance.

Sincerely,

Daniel Rigmaiden

Daniel Rigmaiden

2