1
2
3
4
5
6                        IN THE UNITED STATES DISTRICT COURT
7                          FOR THE DISTRICT OF ARIZONA
8
   Daniel David Rigmaiden,                    )    No. CV-12-1605-PHX-SRB (BSB)
9                                             )
                       Plaintiff,             )    **ORDER**
10                                            )
    vs.                                       )
11                                            )
    Federal Bureau of Investigation, et al.,  )
12                                            )
                       Defendants.            )
13                                            )
                                              )
14  _____  )

15          Plaintiff, who is confined in the Central Arizona Detention Center, brings this action
16  pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 522.  (Doc. 1.)  On August 31,
17  2012, the Court granted Plaintiff *in forma pauperis* status and ordered the U.S. Marshal to serve
18  Defendants the Federal Bureau of Investigation, the Executive Office for the United States
19  Attorneys, the Office of Information Policy, and the United States Department of Justice.  (Doc.
20  5.)  Plaintiff moves for default judgment based on his assumption that Defendants were served
21  in September 2012 and have failed to answer the complaint.  (Doc. 8.)
22          The Court cannot enter default judgment until after a party's default has been entered.
23  *See* Fed. R. Civ. P. 55(b).  Federal Rule of Civil Procedure 55(a) provides that: "[w]hen a party
24  against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend,
25  and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." *Id.*
26  Because default has not been entered in this matter, Plaintiff's request for default "judgment"
27  is premature.
28

1   Additionally, to the extent that Plaintiff seeks entry of default against Defendants, that
2   request is also premature.  The record reflects that Plaintiff returned completed service packets
3   to the Court, which were forwarded to the U.S. Marshal Service on September 18, 2012.  The
4   U.S. Marshal has not yet served Defendants, and therefore, their answers to the Complaint are
5   not yet due.
6   Accordingly,
7   **IT IS ORDERED** that Plaintiff's Motion for Default Judgment (Doc. 8.) is **DENIED**
8   without prejudice.
9   DATED this 14th day of December, 2012.

Bridget S. Bade
United States Magistrate Judge