Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 27 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden<br><br>    Plaintiff,<br><br>v.<br><br>Federal Bureau of Investigation et al.<br><br>    Defendant. | No. CV 12-1605-PHX-SRB (BSB)<br><br>MOTION FOR ORDER REQUIRING USMS TO SHOW CAUSE AS TO WHY IT HAS NOT SERVED PLAINTIFF'S COMPLAINT OVER THE LAST 90 DAYS |

Plaintiff, Daniel David Rigmaiden, respectfully requests that the Court order the United States Marshal Service to file a declaration showing cause as to why it has not served Plaintiff's complaint and other documents over the last 90 days. In the order at Dkt. #09, Magistrate Judge Bade indicated that Plaintiff's completed service packets "were forwarded to the U.S. Marshal Service on September 18, 2012[] [and that] [t]he U.S. Marshal has not yet served Defendants..." Id., p. 3. As of December 14, 2012--the date of the above quoted order--nearly three months had past and the USMS still had not served Plaintiff's complaint.

The USMS delaying nearly three months without serving Plaintiff's complaint is unreasonable. Plaintiff is suing the United States government in a FOIA action. The USMS is an arm of the entity of which Plaintiff is suing. The USMS does not

- 1 -

have to chase down private parties for service. The USMS should have done its job months ago.

Because Plaintiff may suffer prejudice in this proceeding or in his related criminal proceeding as a result of the USMS' unreasonable delay, Plaintiff requests that the Court order the USMS to file the herein explained declaration. Additionally, the USMS failing to timely serve Plaintiff's complaint without notifying him of the delay is a separate actionable violation. Plaintiff has been waiting patiently for three months under the reasonable assumption that the USMS complied with Judge Bolton's order at Dkt. #05. In addition to supporting a claim of prejudice, Plaintiff can use the herein explained declaration while pursuing a tort claim, Constitutional claim, grievance, or similar.

Respectfully submitted: December 25, 2012

DANIEL DAVID RIGMAIDEN
Pro Se Plaintiff


Daniel D. Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

///
///
///
///
///
///

## CERTIFICATE OF SERVICE

I, Daniel David Rigmaiden, certify under penalty of perjury that on December 25, 2012 at approximately 3:00pm I caused the following to be placed into the CCA-CADC mailing system for United States Postal Service delivery with first-class postage prepaid by CCA-CADC:

Original attached document plus 1 copy addressed to:

Clerk of the Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

By: *Daniel Rigmaiden*

- 3 -