Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden<br><br>    Plaintiff,<br><br>v.<br><br>Federal Bureau of Investigation et al.<br><br>    Defendant. | No. CV 12-1605-PHX-SRB (BSB)<br><br>MOTION FOR ORDER REQUIRING USMS TO EFFECTUATE SERVICE OF PLAINTIFF'S COMPLAINT WITHIN 14 DAYS |

Plaintiff, Daniel David Rigmaiden, respectfully requests that the Court order the United States Marshal Service to effectuate service of Plaintiff's complaint within 14 days. The USMS received copies of Plaintiff's complaint and other required forms on September 18, 2012. See Dkt. #09 and Plaintiff's "Motion For Order Requiring USMS To Show Cause As To Why It Has Not Served Plaintiff's Complaint Over The Last 90 Days" hereby incorporated into this motion by reference. The USMS had not served Plaintiff's complaint as of December 14, 2012 and, presumably, is even yet to serve the complaint as of the filing of this motion. See id.

Defendants are United States government entities. The USMS could easily serve defendants via mail and have each entity complete a waiver of service form. The USMS has all required copies and simply needs to place them into envelopes for mailing. Failure to

- 1 -

serve Plaintiff's complaint is an unreasonable government tactic designed to delay Plaintiff's prosecution by denying him access to the courts.  See also Dkt. #08 and Dkt. #09.

Respectfully submitted: <u>December 25, 2012</u>

>DANIEL DAVID RIGMAIDEN
>Pro Se Plaintiff
>
>*/s/ Daniel Rigmaiden*
>Daniel D. Rigmaiden
>Agency # 10966111
>CCA-CADC
>PO Box 6300
>Florence, AZ 85132

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

## CERTIFICATE OF SERVICE

I, Daniel David Rigmaiden, certify under penalty of perjury that on December 25, 2012 at approximately 3:00pm I caused the following to be placed into the CCA-CADC mailing system for United States Postal Service delivery with first-class postage prepaid by CCA-CADC:

Original attached document plus 1 copy addressed to:

Clerk of the Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

By: *Daniel Rigmaiden*

- 3 -