AO 440 (Rev. 12/09) Summons in a Civil Action

```
                FILED ____ LODGED
                RECEIVED ____ COPY

                DEC 27 2012

                CLERK U S DISTRICT COURT
                DISTRICT OF ARIZONA
                BY _____ M DEPUTY
```

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

Daniel David Rigmaiden )
_Plaintiff_ )
)
v. )  Civil Action No.
)
Federal Bureau of Investigation, et al. )  CV 12-1605-PHX-SRB-BSB
_Defendant_ )

## SUMMONS IN A CIVIL ACTION

Serving United States
(Fed. R. Civ. P. 4(i)(1)(B))

To: _(Defendant's name and address)_

Attorney General of United States
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff ~~or plaintiff's attorney,~~ whose name and address are:

Daniel Rigmaiden #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT **BRIAN D. KARTH**

Date: 11/6/12                         _____
                                      _Signature of Clerk or Deputy Clerk_

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) __Daniel David Rigmaden__

was received by me on (date) __9/8/12__ .

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): __Summons was served US Mail sent Certified. Received Return Recipt on 10/29/12.__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __12/29/12__

_C. Gonzales_
Server's signature

_C. Gonzales Deputy U.S Marshal_
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Daniel David Rigmaiden | COURT CASE NUMBER: CV 12-1605-PHX-SRB-BSB |
| DEFENDANT: Federal Bureau of Investigation, et al. | TYPE OF PROCESS: Complaint |

SERVE ▶ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Attorney General of United States

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 950 Pennsylvania Ave., NW, Washington, DC 20530-001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Daniel Rigmaiden #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: Daniel Rigmaiden
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER:
DATE: Sept 9, 2012

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 4
District of Origin No.: 8
District to Serve No.: 8
Signature of Authorized USMS Deputy or Clerk: CG
Date: 9/29/12

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 10/29/12
Time: am / pm
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $0.00 | | | $0.00 | | |

REMARKS:

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>Attn: U.S. Attorney General | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7012 1010 0001 7032 3853 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540