IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, ) | No. CV-12-1605-PHX-SRB (BSB) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Federal Bureau of Investigation, et al., ) | |
| Defendants. ) | |

Plaintiff, who is confined in the Central Arizona Detention Center, brings this action pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 522. (Doc. 1.) On August 31, 2012, the Court granted Plaintiff *in forma pauperis* status and ordered the U.S. Marshal Service (USMS) to serve Defendants the Federal Bureau of Investigation, the Executive Office for the United States Attorneys, the Office of Information Policy, and the United States Department of Justice. (Doc. 5.) On December 27, 2012, Plaintiff filed a "Motion for Order Requiring USMS to Show Cause as to Why it Has Not Served Plaintiff's Complaint" and a "Motion for Order Requiring USMS to Effectuate Service of Plaintiff's Complaint Within 14 Days." (Docs. 10 and 11.)

The docket reflects that Plaintiff returned completed service packets for service on Defendants which were forwarded to the USMS on September 18, 2012. On December 27, 2012, the USMS filed a Proof of Service indicating that it served the United States Department of Justice on October 29, 2012. (Doc. 12.) Because the record reflects that the USMS is in the

1 process of serving Defendants, the Court will deny Plaintiff's motion for order to show cause
2 and motion for order to effectuate service.
3     Accordingly,
4     **IT IS ORDERED** that Plaintiff's "Motion for Order Requiring USMS to Show Cause
5 as to Why it Has Not Served Plaintiff's Complaint" (Doc. 10) and "Motion for Order Requiring
6 USMS to Effectuate Service of Plaintiff's Complaint Within 14 Days" (Doc. 11) are **DENIED**.
7     DATED this 28th day of December, 2012.

                    _/s/ Bridget S. Bade_
                          Bridget S. Bade
                       United States Magistrate Judge