IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>     Plaintiff,<br><br>vs.<br><br>Federal Bureau of Investigation, et al.,<br><br>     Defendants. | No. CV-12-1605-PHX-SRB (BSB)<br><br>**ORDER** |

This matter is before the Court on its own review. Plaintiff, who is confined in the Central Arizona Detention Center, brings this action pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 522. (Doc. 1.) On August 31, 2012, the Court granted Plaintiff *in forma pauperis* status and ordered the U.S. Marshal Service (USMS) to serve Defendants the Federal Bureau of Investigation, the Executive Office for the United States Attorneys, the Office of Information Policy, and the United States Department of Justice. (Doc. 5.) The Court also directed the USMS to "send by certified mail a copy of the Summons for each Defendant, the Summons for the United States, the Complaint, and this Order to (1) the civil process clerk at the office of the United States Attorney for the District of Arizona and (2) the Attorney General of the United States, pursuant to Rule 4(i)(1) of the Federal Rules of Civil Procedure." (Doc. 5 at 5.)

The docket reflects that Plaintiff returned completed service packets for Defendants Federal Bureau of Investigation, the Executive Office for the United States Attorneys, the Office of Information Policy, and the United States Department of Justice and that the Clerk of

1 Court forwarded those packets to the USMS on September 18, 2012. On December 27, 2012,
2 the USMS filed a Process Receipt and Return indicating that it served the "Attorney General
3 of the United States" on October 29, 2012. (Doc. 12 at 3.) Although it appears that the USMS
4 is in the process of serving the Defendants, the Court cannot discern whether the USMS has
5 fully complied with the Court's August 31, 2012 Order. Specifically, the Court cannot
6 determine whether the USMS has "sen[t] by certified mail a copy of the Summons for each
7 Defendant, the Summons for the United States, the Complaint, and this Order to . . . the civil
8 process clerk at the office of the United States Attorney for the District of Arizona." (Doc. 5
9 at 5.)

10    Accordingly,

11    **IT IS ORDERED** that upon receipt of this Order, in accordance withe the Court's
12 August 31, 2012 Order, the USMS must immediately "send by certified mail a copy of the
13 Summons for each Defendant, the Summons for the United States, the Complaint, and this
14 Order to . . . the civil process clerk at the office of the United States Attorney for the District
15 of Arizona." (*See* doc. 5 at 5.)

16    DATED this 14th day of January, 2013.

_____
Bridget S. Bade
United States Magistrate Judge

- 2 -