# UNITED STATES DISTRICT COURT
for the
District of Arizona

Daniel David Rigmaiden
_Plaintiff_

v.

Federal Bureau of Investigation, et al.
_Defendant_

)
)
)
)
)
)
)
)

Civil Action No.

CV 12-1605-PHX-SRB-BSB

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 29 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Office of Information Policy
1425 New York Ave., NW, Suite 11050
Washington, DC 20530-001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff ~~or plaintiff's attorney,~~ whose name and address are:

Daniel Rigmaiden #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT **BRIAN D. KARTH**

Date: 9/18/12

_____
_Signature of Clerk or Deputy Clerk_

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Daniel David Rigmaiden | COURT CASE NUMBER<br>CV 12-1605-PHX-SRB-BSB |
|---|---|
| DEFENDANT<br>Federal Bureau of Investigation, et al. | TYPE OF PROCESS<br>complaint |

SERVE ▶ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Office of Information Policy
AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1425 New York Ave., NW, Suite 11050, Washington, DC 20530-001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Daniel Rigmaiden #10966111
CCA-CADC
PO BOX 6300
Florence, AZ 85132

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                Fold

2013 JAN -4 P RECEIVED

| Signature of Attorney or other Originator requesting service on behalf of:<br>Daniel Rigmaiden | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>Sept 9, 2012 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. 02 | District to Serve<br>No. 10 | Signature of Authorized USMS Deputy or Clerk JRT | Date<br>01/04/13 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Davita Brown / Secretary | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service 01/22/13 | Time 11:55 pm |
| | | Signature of U.S. Marshal or Deputy 30010 |

| Service Fee<br>$110.00 | Total Mileage Charges<br>(including endeavors)<br>2.6 miles | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: x .24 / .62      x .24
01/22/13 - 2 DUSMS ; 1.3 x 2 (round trip)
(2 x 5Shr)         2.6 miles    0.62