| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Daniel David Rigmaiden | COURT CASE NUMBER<br>CV 12-1605-PHX-SRB-DSB |
|---|---|
| DEFENDANT<br>Federal Bureau of Investigation, et al. | TYPE OF PROCESS<br>Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Office of Information Policy

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1425 New York Ave., NW, Suite 11050, Washington, DC 20530-001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Daniel Rigmaiden #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED ___ RECEIVED ___ COPY
JAN 29 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

RECEIVED MARSHALS SERV PHOENIX 2013 JAN 25 P1 DISTRICT OF ARIZ

2013 JAN -4 P U.S. MARSHALS OFFICE DISTRICT OF COL RECEIVED

| Signature of Attorney or other Originator requesting service on behalf of:<br>Daniel Rigmaiden | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>Sep 9, 2012 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. 98 | District to Serve<br>No. 10 | Signature of Authorized USMS Deputy or Clerk | Date<br>01/04/13 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Davita Brown / Secretary | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 01/22/13   Time: 11:55 am |
| | Signature of U.S. Marshal or Deputy  30001 |

| Service Fee<br>$110.00 | Total Mileage Charges (including endeavors)<br>2.6 miles | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: x .24 .62     x .24
01/22/13 - 2 BUSMS @ 1.3 x 2 (round trip)
(2 x 5 Shv)    2.6 miles    0.62

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|