| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Daniel David Rigmaiden | COURT CASE NUMBER<br>CV12-1605-PHX-SRB-BSB |
|---|---|
| DEFENDANT<br>Federal Bureau of Investigation, et al. | TYPE OF PROCESS<br>Complaint |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Executive Office for United States Attorneys

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Suite 7300 Bicentennial Building, 600 E Street NW, Washington, DC 20530-001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Daniel Rigmaiden #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 29 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT

Daniel Rigmaiden

TELEPHONE NUMBER | DATE
Sept 9, 2012

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>3 | District of Origin<br>No. 8 | District to Serve<br>No. 10 | Signature of Authorized USMS Deputy or Clerk | Date<br>01/09/13 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
[signature] Atty Adv. 1/22/13

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy
[signature]

| Service Fee<br>$110.00 | Total Mileage Charges (including endeavors)<br>1.0 miles | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: x .24
.24
.24 mile

01/22/13 - 2 DUSMS @ 0.5miles x 2 (round trip) x
(2x 55hr.)       (1.0)                    0.72