```
1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Plaintiff
```



## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>　　Plaintiff,<br><br>v.<br><br>Federal Bureau of<br>Investigation, et al.<br><br>　　Defendant. | Civil Action No.:<br><br>12-CV-01605-SRB-BSB<br><br>MOTION FOR ORDER REQUIRING<br>USMS TO RE-SERVE DEFENDANT<br>USDOJ SO AS TO CORRECT PRIOR<br>SERVICE ON WRONG ENTITY |

Plaintiff, Daniel David Rigmaiden, appearing pro se, respectfully requests that the Court order the United States Marshal Service to re-serve Defendant United States Department of Justice considering the prior service was made on the wrong entity at the wrong address. First, District Judge Bolton made very clear that the USMS was to use **CERTIFIED MAIL** to serve all four defendants, the Attorney General of the United States, and the civil process clerk at the office of the United States Attorney for the District of Arizona. See August 31, 2012 Order (Dkt. #005, p. 5). Rather than comply with the order, the USMS chose to use some type of process

server to hand-deliver copies of the complaint and summons upon the four named defendants. Attached as EXHIBIT 01 are four "Process Receipt And Return" copies for the four named defendants.

As shown at EXHIBIT 01, the USMS process server made a mistake when he/she served Samuel L. Hendrix, Assistant General Counsel of the FBI, with the complaint copy and summons intended for Defendant **USDOJ** (i.e., the larger entity that encompasses the FBI). While Defendant USDOJ and Defendant FBI have similar addresses, they are not identical as erroneously concluded by the process server. The address for Defendant FBI has a zip code of 20525-001 while the address for Defendant USDOJ has a zip code of 20530. For very large buildings, or for single street addresses consisting of numerous separate structures, the USPS may assign separate zip codes for different sections of the same street address. For example, separate zip codes may be assigned to each structure on a property, each floor within a building, or each entity within a building. Because both the federal rules and District Judge Bolton indicated that Plaintiff's complaint and summons would be **mailed** to the six noted entities, Plaintiff wrote very precise mailing addresses on the summons and service forms provided to the USMS. However, the USMS process server failed to realize proper service at the proper addresses and, therefore, failed to serve the USDOJ with its intended complaint copy and summons. Therefore, Defendant USDOJ has not been served.

Based on the points and authorities set forth herein,

1 | Plaintiff respectfully requests that this motion be granted
2 | and that the Court order the USMS to fill out a new summons
3 | form, USMS service form, print/photocopy a new complaint copy,
4 | and re-serve Defendant USDOJ via certified mail at the address
5 | provided to the USMS by Plaintiff more than four months ago.

7 | Respectfully Submitted: February 11, 2013

9 | DANIEL DAVID RIGMAIDEN,
  | Pro Se Plaintiff:

12 | *Daniel Rigmaiden* (signature)
   | Daniel D. Rigmaiden
13 | Agency # 10966111
   | CCA-CADC
14 | PO Box 6300
   | Florence, AZ 85132
15 | Telephone: none

17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

CERTIFICATE OF SERVICE

I, Daniel David Rigmaiden, certify under penalty of perjury that on <u>February 11, 2013</u> at approximately <u>8:00pm</u> I caused the following to be placed into the CCA-CADC mailing system for United States Postal Service delivery with first-class postage prepaid by CCA-CADC:

Original attached document plus 1 copy addressed to:

Clerk of the Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

By: *Daniel Rigmaiden*

- 4 -

**EXHIBIT 01**

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Daniel David Rigmaiden | CV12-1605-PHX-SRB-BSB |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Federal Bureau of Investigation, et al. | Complaint |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
➡ Federal Bureau of Investigation
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 935 Pennsylvania Ave., NW, Washington, DC 20525-001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Daniel Rigmaiden #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                               Fold

Signature of Attorney or other Originator requesting service on behalf of:
Daniel Rigmaiden
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER
DATE: Sept 9, 2012

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 0 | District to Serve No. 110 | Signature of Authorized USMS Deputy or Clerk JRT | Date 01/09/13 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Samuel L. Hendrix  Assistant General Counsel - FBI

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 1/22/13    Time: 11:25 am
Signature of U.S. Marshal or Deputy                        3006

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $110.00 | | | | | | |

**REMARKS:**
01/22/13 - 2 DUSMs; walking distance OK
           (2x SS)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Daniel David Rigmaiden | CV12-1605-PHX-SRB-BSB |
| DEFENDANT | TYPE OF PROCESS |
| Federal Bureau of Investigation, et al. | Complaint |

**SERVE** ▶ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Executive Office for United States Attorneys

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Suite 7300 Bicentennial Building, 600 E Street NW, Washington, DC 20530-001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Daniel Rigmaiden #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Daniel Rigmaiden
TELEPHONE NUMBER:
DATE: Sept 9, 2012

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 8 | District to Serve No. 10 | Signature of Authorized USMS Deputy or Clerk JRT | Date 01/09/13 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Atty Adv. 1/22/13

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $110.00 | 1.0 miles | | | | | |

REMARKS:  x .24
01/22/13 - 2 DUSMS @ 0.5 miles x 2 (round trip) x .24 mile
(2 x 55 hr.)    (1.0)    0.72

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Daniel David Rigmaiden | CV 12-1605-PHX-SRB-BSB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Federal Bureau of Investigation, et al. | complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Office of Information Policy

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1425 New York Ave., NW, suite 11050, Washington, DC 20530-001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Daniel Rigmaiden #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                    Fold

RECEIVED 2013 JAN -4 PM

Signature of Attorney or other Originator requesting service on behalf of:
Daniel Rigmaiden    ☐ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER    DATE: Sep 9, 2012

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 02 | District to Serve No. 10 | Signature of Authorized USMS Deputy or Clerk  JRT | Date 01/04/13 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Davita Brown / Secretary

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 01/22/13 | 11:55 | pm |

Signature of U.S. Marshal or Deputy  3001

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $110.00 | 2.6 miles | | | | | |

REMARKS:   x .24 = .62           x .24

01/22/13 - 2 DUSMS ; 1.3 x 2 (round trip)
(2 x 55/hr)      2.6 miles    0.62

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Daniel David Rigmaiden | CV 12-1605-PHX-SRB-BSB |
| DEFENDANT | TYPE OF PROCESS |
| Federal Bureau of Investigation, et al. | Complaint |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➤ | United States Department of Justice |
|   | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 935 Pensylvania Ave., NW, Washington, DC 20530 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Daniel Rigmaiden #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
Daniel Rigmaiden
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER:
DATE: Sept 9, 2012

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process:
District of Origin No. 90
District to Serve No. 10
Signature of Authorized USMS Deputy or Clerk
Date: 01/09/13

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Samuel L. Hendrix - Assistant General Counsel - FBI

Address (complete only if different than shown above):

Date of Service: 1/22/13
Time: 11:25 am

Signature of U.S. Marshal or Deputy: 3006

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $110.00 | | | | | |

REMARKS:
01/22/13 - 2 DUSMS; walking distance

| U.S. Department of Justice<br>United States Marshals Service | | | | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | | |
|---|---|---|---|---|---|---|
| PLAINTIFF<br>Daniel David Rigmaiden | | | | COURT CASE NUMBER<br>CV 12-1605-PHX-SRB-BSB | | |
| DEFENDANT<br>Federal Bureau of Investigation, et al. | | | | TYPE OF PROCESS<br>Complaint | | |
| SERVE ▶ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Attorney General of United States | | | | | |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) | | | | | |
| AT | 950 Pennsylvania Ave., NW, Washington, DC 20530-001 | | | | | |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| Daniel Rigmaiden #10966111<br>CCA-CADC<br>PO Box 6300<br>Florence, AZ 85132 | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 4 |
| | Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                                              Fold

| Signature of Attorney or other Originator requesting service on behalf of:<br>Daniel Rigmaiden | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>Sept 9, 2012 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 of 4 | District of Origin<br>No. 8 | District to Serve<br>No. 8 | Signature of Authorized USMS Deputy or Clerk<br>CG | Date<br>9/29/12 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service<br>10/29/12 | Time<br>am / pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|