Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, | Civil Action No.: |
| Plaintiff, | |
| v. | 12-CV-01605-SRB-BSB |
| Federal Bureau of Investigation, et al. | MOTION FOR ORDER REQUIRING USMS TO SHOW CAUSE AS TO WHY IT HAS NOT COMPLIED WITH MAGISTRATE JUDGE BADE'S ORDER AT DKT. #015 |
| Defendant. | |

Plaintiff, Daniel David Rigmaiden, appearing pro se, respectfully requests that the Court order the United States Marshal Service to file a declaration showing cause as to why it has not complied with Magistrate Judge Bade's January 14, 2013 order requiring that the USMS "immediately send by certified mail a copy of the Summons for each Defendant, the Summons for the United States, the Complaint, and this Order to the civil process clerk at the office of the United States Attorney for the District of Arizona." January 14, 2013 Order (Dkt. #015, p. 2 (internal quotation marks and ellipsis

removed)). As of the date of this filing, the USMS has only served (1) Federal Bureau of Investigation (Def. #1 of 4), (2) Executive Office for United States Attorneys (Def. #2 of 4), (3) Office of Information Policy (Def. #3 of 4), (4) United States Department of Justice (Def. #4 of 4) [Note: service was upon wrong entity at wrong address], and (5) Attorney General of United States (Fed. R. Civ. P., Rule 4(i)(1)(B)). Attached as <u>EXHIBIT 01</u> are five "Process Receipt And Return" copies for the five noted entities.

    While the USMS effectuated the above noted service—albeit not by use of certified mail as ordered by District Judge Bolton (see Dkt. #005)—it still has not served the civil process clerk at the office of the United States Attorney for the District of Arizona. The USMS failed to immediately effectuate service as ordered by Magistrate Judge Bade at Dkt. #015. Defendants will now have grounds to attack Plaintiff's prosecution considering an arm of collective-defendant itself failed to properly serve itself pursuant to federal rules. Clearly, the government has no intention of properly and fully serving itself and is exploiting the intricacies of the civil process procedure as a means to further delay, if not completely sabotage, Plaintiff's legitimate claims for relief. The government is seeding its self-service process with errors that will later be capitalized on by defendants' counsel. This is nothing more than a continuation of the same tactics used by the FBI, USAO, and OIP to deny Plaintiff his rights under the Freedom of Information Act. See Dkt. #001.

    Based on the points and authorities set forth herein,

1 | Plaintiff respectfully requests that this motion be granted
2 | and the Court order the USMS to file a declaration showing
3 | cause as to why it failed to comply with the Court's order at
4 | Dkt. #015.
5 |
6 | Respectfully Submitted: <u>February 11, 2013</u>
7 |
8 |                              DANIEL DAVID RIGMAIDEN,
                             Pro Se Plaintiff:
9 |
10 |
11 |                              */s/ Daniel Rigmaiden*
                             Daniel D. Rigmaiden
12 |                              Agency # 10966111
                             CCA-CADC
13 |                              PO Box 6300
                             Florence, AZ 85132
14 |                              Telephone: none
15 |
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

1 | CERTIFICATE OF SERVICE

2 |     I, Daniel David Rigmaiden, certify under penalty of
3 | perjury that on <u>February 11, 2013</u> at approximately
4 | <u>8:00pm</u> I caused the following to be placed into the
5 | CCA-CADC mailing system for United States Postal Service
6 | delivery with first-class postage prepaid by CCA-CADC:

8 | Original attached document plus 1 copy addressed to:

9 | Clerk of the Court
Sandra Day O'Connor U.S. Courthouse
10 | 401 West Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

28 | By: *Daniel Rigmaiden*

- 4 -

**EXHIBIT 01**

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Daniel David Rigmaiden | CV12-1605-PHX-SRB-BSB |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Federal Bureau of Investigation, et al. | Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Federal Bureau of Investigation
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 935 Pennsylvania Ave., NW, Washington, DC 20535-001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Daniel Rigmaiden #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Daniel Rigmaiden
TELEPHONE NUMBER
DATE: Sept 9, 2012

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No. 0
District to Serve No. 110
Signature of Authorized USMS Deputy or Clerk: JRT
Date: 01/09/13

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Samuel L. Hendrix, Assistant General Counsel - FBI

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 1/22/13
Time: 11:25 am
Signature of U.S. Marshal or Deputy: 3006

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $110.00 | | | | | | |

REMARKS:
01/22/13 - 2 DUSMs; walking distance OK
(2x SS)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Daniel David Rigmaiden | CV12-1605-PHX-SRB-BSB |
| DEFENDANT | TYPE OF PROCESS |
| Federal Bureau of Investigation, et al. | Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Executive Office for United States Attorneys

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Suite 7300 Bicentennial Building, 600 E Street NW, Washington, DC 20530-001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Daniel Rigmaiden #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Daniel Rigmaiden
TELEPHONE NUMBER:
DATE: Sept 9, 2012

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No. 8
District to Serve No. 10
Signature of Authorized USMS Deputy or Clerk: JRT
Date: 01/09/13

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Atty Adv. 1/22/13

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 
Time: am / pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $110.00 | 1.0 miles | | | | | |

REMARKS: × .24
.24
01/22/13 - 2 DUSMS @ 0.5 miles × 2 (round trip) × .24 mile
(2 × 55 hr.) (1.0) 0.72

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Daniel David Rigmaiden | CV 12-1605-PHX-SRB-BSB |
| DEFENDANT | TYPE OF PROCESS |
| Federal Bureau of Investigation, et al. | complaint |

SERVE — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Office of Information Policy
AT — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1425 New York Ave., NW, Suite 11050, Washington, DC 20530-001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Daniel Rigmaiden #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

2013 JAN -4 P [RECEIVED]

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
Daniel Rigmaiden
TELEPHONE NUMBER: 
DATE: Sept 9, 2012

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 02 | District to Serve No. 10 | Signature of Authorized USMS Deputy or Clerk | Date 01/04/13 |

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Davita Brown / Secretary

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 01/22/13  Time: 11:55 pm
Signature of U.S. Marshal or Deputy: [signature] 30061

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $110.00 | 2.6 miles | | | | | |

REMARKS: X .24 .62                    X .24

01/22/13 - 2 DUSMS ; 1.3 x 2 (round trip)
(2 x 5 shv)         2.6 miles    0.62

## U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Daniel David Rigmaiden | CV 12-1605-PHX-SRB-BSB |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Federal Bureau of Investigation, et al. | Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

United States Department of Justice

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 935 Pennsylvania Ave., NW, Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Daniel Rigmaiden #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

Daniel Rigmaiden

TELEPHONE NUMBER

DATE: Sept 9, 2012

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 80 | District to Serve No. 10 | Signature of Authorized USMS Deputy or Clerk | Date 01/09/13 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Samuel L. Hendrix - Assistant General Counsel - FBI

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 1/22/13   Time: 11:25 am

Signature of U.S. Marshal or Deputy

3006

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $110.00 | | | | | | |

**REMARKS:**

01/22/13 - 2 DUSMs; walking distance

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Daniel David Rigmaiden | COURT CASE NUMBER<br>CV 12-1605-PHX-SRB-BSB |
|---|---|
| DEFENDANT<br>Federal Bureau of Investigation, et al. | TYPE OF PROCESS<br>Complaint |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Attorney General of United States |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 950 Pennsylvania Ave., NW, Washington, DC 20530-001 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Daniel Rigmaiden #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

Daniel Rigmaiden

TELEPHONE NUMBER

DATE: Sept 9, 2012

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>4 | District of Origin<br>No. 8 | District to Serve<br>No. 8 | Signature of Authorized USMS Deputy or Clerk<br>CG | Date<br>9/29/12 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 10/29/12   Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|