IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, ) | No. CV-12-1605-PHX-SRB (BSB) |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Federal Bureau of Investigation, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

This matter is before the Court on Plaintiff's "Motion for Order Requiring USMS to RE-Serve Defendant USDOJ." (Doc. 25.) On August 31, 2012, the Court granted Plaintiff *in forma pauperis* status and ordered the U.S. Marshal Service (USMS) to serve, among others, the United States Department of Justice (DOJ). (Doc. 5.)

Plaintiff completed a service packet with the following address for the DOJ: "United States Department of Justice, 935 Pennsylvania Ave, NW, Washington, D.C. 20530." (Doc. 19.) The Process Receipt and Return dated January 22, 2013 indicates that the USMS served this service packet on "Samuel Littendrix — Assistant General Counsel FBI." (*Id.* at 2.) Plaintiff asserts that the USMS did not serve the DOJ at the address he provided because the FBI has a different zip code than the DOJ. (Doc. 25.)

Because it appears that the USMS did not serve the DOJ at the address Plaintiff provided, the Court will direct the USMS to serve the DOJ at the address Plaintiff previously provided.

Accordingly,

**IT IS ORDERED** that Plaintiff's "Motion for Order Requiring USMS to RE-Serve Defendant USDOJ" (Doc. 25) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall complete a service packet for Defendant the DOJ using the address Plaintiff previously provided, United States Department of Justice, 935 Pennsylvania Ave, NW, Washington, D.C. 20530, and forward it to the United States Marshal Service.

2. Service shall be made on or before **March 22, 2013** at Government expense by the United States Marshal or his authorized representative pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure. Failure to accomplish service within this time period may result in dismissal of Plaintiff's claims against Defendant DOJ for failure to serve pursuant to Federal Rule of Civil Procedure 4(m).

DATED this 25th day of February, 2013.

_____
Bridget S. Bade
United States Magistrate Judge