KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, | No.  CV-12-1605-PHX-SRB (BSB) |
| Plaintiff, | |
| vs. | **ORDER** |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

Plaintiff Daniel David Rigmaiden, who is confined in the Central Arizona Detention Center, filed a *pro se* Complaint pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 522, *et seq*., and an Application to Proceed *In Forma Pauperis*.  In an August 31, 2012 Order, the Court granted the Application to Proceed *In Forma Pauperis* and required Defendants to answer the Complaint.  In the screening Order, the Court stated that Plaintiff had raised three claim for relief.

Pending before the Court is Plaintiff's Motion to Amend Court Order (Doc. 7).  In the Motion, Plaintiff states that in each of his three claims for relief, he raises five issues.  Plaintiff asks the Court therefore amend the August 31st screening Order to reflect that he has raised 15 claims for relief, not three.

The Court's August 31st Order noted the multiple issues raised within each of Plaintiff's three claims for relief.  The Court finds that amending the screening Order as Plaintiff requests would only result in confusion, and the Court will therefore deny the Motion.

1  **IT IS ORDERED** that Plaintiff's December 7, 2012 Motion to Amend Court
2  Order (Doc. 7) is **denied**.

Dated this 5th day of March, 2013.

*Susan R. Bolton*
Susan R. Bolton
United States District Judge