STUART F. DELERY
Acting Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BRAD P. ROSENBERG (D.C. Bar No. 467513)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>              Plaintiff,<br><br>     v.<br><br>Federal Bureau of Investigation, et al.,<br><br>              Defendants. | No. CV12-1605-SRB-BSB<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Brad P. Rosenberg, United States Department of Justice, Civil Division, Federal Programs Branch, as counsel of record for all defendants in the above-captioned case.

| | | |
|---|---|---|
| 1 | DATED: April 17, 2013 | Respectfully submitted, |
| 2 | | STUART F. DELERY |
| 3 | | Acting Assistant Attorney General |
| 4 | | ELIZABETH J. SHAPIRO<br>Deputy Branch Director |

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG
D.C. Bar No. 467513
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2013, I served the attached document by first-class mail, postage pre-paid, on the following, who is not a registered participant of the CM/ECF system:

    Daniel D. Rigmaiden
    Agency # 10966111
    CCA-CADC
    PO Box 6300
    Florence, AZ  85132

    /s/ *Brad P. Rosenberg*
    BRAD P. ROSENBERG
    D.C. Bar No. 467513
    Trial Attorney
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    P.O. Box 883
    Washington, D.C.  20044
    Telephone:  (202) 514-3374
    Facsimile:  (202) 616-8460
    E-mail:  brad.rosenberg@usdoj.gov

*Attorney for Defendants*