1   STUART F. DELERY
    Acting Assistant Attorney General
2   ELIZABETH J. SHAPIRO
    Deputy Branch Director
3   BRAD P. ROSENBERG (D.C. Bar No. 467513)
    Trial Attorney
4   U.S. Department of Justice
    Civil Division, Federal Programs Branch
5   P.O. Box 883
    Washington, D.C. 20044
6   Telephone: (202) 514-3374
    Facsimile: (202) 616-8460
7   E-mail: brad.rosenberg@usdoj.gov
    Attorneys for Defendants
8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE DISTRICT OF ARIZONA

11

12   Daniel David Rigmaiden,                No. CV12-1605-SRB-BSB
13
14                                          **MOTION FOR EXTENSION OF**
                          Plaintiff,        **TIME TO ANSWER OR**
15                                          **OTHERWISE RESPOND**
16        vs.                               **(FIRST REQUEST)**
17
18   Federal Bureau of Investigation, et al.,
19
20                          Defendants.
21

22        Defendants Federal Bureau of Investigation, Executive Office for United States
23   Attorneys, Office of Information Policy, and United States Department of Justice
24   (hereinafter, "federal defendants"), by and through their undersigned counsel, hereby
25   seek a modest, two-week extension of time, from April 22, 2013 to May 6, 2013, in
26   which to answer or otherwise respond to the Complaint. As grounds for this motion, the
27   federal defendants state as follows:
28

1.      On March 21, 2013, the United States Attorney's Office for the District of Arizona was served with a copy of the Complaint.  While the United States is typically afforded 60 days to respond to a complaint after service on the relevant United States attorney, *see* Fed. R. Civ. P. 12(a)(2), the United States has only 30 days to respond in cases brought pursuant to the Freedom of Information Act, *see* 5 U.S.C. § 552(a)(4)(C).  Accordingly, the federal defendants' responsive pleading is currently due on April 22, 2013.

2.      Undersigned counsel, who will be the lead counsel for this case, was first made aware that he would be defending this lawsuit on April 12, 2013.  Additional time is necessary in order to allow counsel adequate time to respond to plaintiff's 74-paragraph Complaint.  Additional time is also necessary in order to allow counsel to coordinate with the separate governmental entities that have been named as defendants in this lawsuit.

3.      The federal defendants are therefore requesting a modest, two-week extension of time in order to allow them to answer or otherwise respond to the Complaint.  The federal defendants have not previously requested an extension of time to answer or otherwise respond to the Complaint.  As plaintiff is an unrepresented prisoner, undersigned counsel has not attempted to obtain plaintiff's consent.  *See* LR Civ. 7.3(b).

WHEREFORE, the federal defendants respectfully request that the Court grant them an extension of time through and including May 6, 2013 in which to answer or otherwise respond to the Complaint.

DATED:  April 17, 2013

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director


/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG
D.C. Bar No. 467513
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-3374
Facsimile:  (202) 616-8460
E-mail:  brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

1

**CERTIFICATE OF SERVICE**

2

      I hereby certify that on April 17, 2013, I served the attached document by first-

3

class mail, postage pre-paid, on the following, who is not a registered participant of the

4

CM/ECF system:

5

6
      Daniel D. Rigmaiden
      Agency # 10966111

7
      CCA-CADC
      PO Box 6300
      Florence, AZ  85132

8

9
                                /s/ *Brad P. Rosenberg*

10
                                BRAD P. ROSENBERG
                                D.C. Bar No. 467513

11
                                Trial Attorney
                                U.S. Department of Justice

12
                                Civil Division, Federal Programs Branch
                                P.O. Box 883

13
                                  Washington, D.C.  20044
                                Telephone:  (202) 514-3374

14
                                  Facsimile:  (202) 616-8460
                                E-mail:  brad.rosenberg@usdoj.gov

15
                                *Attorney for Defendants*

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 –