IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Daniel David Rigmaiden, | No. CV12-1605-SRB-BSB |
|---|---|
| Plaintiff, | **PROPOSED ORDER** |
| vs. | |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

On April 17, 2013, Defendants Federal Bureau of Investigation, Executive Office for United States Attorneys, Office of Information Policy, and United States Department of Justice ("Defendants") filed a Motion for Extension of Time to Answer or Otherwise Respond to the Complaint. For good cause shown, it is hereby ORDERED that Defendants' motion shall be, and it hereby is, GRANTED. Defendants shall have until May 6, 2013 in which to file an Answer or otherwise respond to the Complaint. IT IS SO ORDERED.