IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Daniel David Rigmaiden, | ) | No. CV-12-1605-PHX-SRB (BSB) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Federal Bureau of Investigation, et al, | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's "Motion for Order Requiring USMS to Show Cause as to Why it Has Not Complied with [the Court's January 15, 2013 Order.]" (Doc. 26.) Also before the Court is the Motion of Defendants Federal Bureau of Investigation, Executive Office for the United States Attorneys, Office of Information and Policy, and the United States Department of Justice (Defendants) for an extension of time to answer or otherwise respond to the complaint. (Doc. 32.) As set forth below, the Court denies Plaintiff's motion as moot and grants Defendants' motion for an extension of time.

In his motion for order to show cause, Plaintiff contends that the USMS has not complied with the Court's orders (Docs. 5 and 15) directing the USMS to "send by certified mail a copy of the Summons for each Defendant, the Summons for the United States, the Complaint, and this Order to (1) the civil process clerk at the office of the United States Attorney for the District of Arizona." (Doc. 26)

The record reflects that the United States Attorney's Office for the District of Arizona was served on March 21, 2013. (Docs. 29 and 30.) Accordingly, the USMS has complied with

1  the Court's orders regarding service of process and Plaintiff's motion for order to show cause
2  is moot.
3       Defendants' motion seeks an extension of time to answer or respond to the Complaint.
4  Because the United States Attorney's Office for the District of Arizona was served on March
5  21, 2013 with Plaintiff's Complaint alleging claims under the Freedom of Information Act
6  (FOIA), 5 U.S.C. § 522, Defendants' answer is due April 22, 2013. *See*
7  Fed. R. Civ. P. 12(a)(2); 5 U.S.C. § 552(a)(4)(C) ("[n]otwithstanding any other provision of
8  law, the defendant shall serve an answer or otherwise plead to any complaint made under
9  [§ 552] within thirty days of service . . . unless the court directs otherwise for good cause
10 shown."). (Doc. 1.) Defendants' counsel states that he was not made aware that he would be
11 lead counsel in this case until April 12, 2013. Defendants request an extension to May 6, 2013
12 to answer or otherwise respond to allow counsel to coordinate with the separate governmental
13 entities that are named as defendants regarding Plaintiff's 74-paragraph Complaint. After
14 consideration of this matter and for good cause shown, the Court will grant that request.
15      Accordingly,
16      **IT IS ORDERED** that Plaintiff's "Motion for Order Requiring USMS to Show Cause
17 as to Why it Has Not Complied with [the Court's January 15, 2013 Order]" (Doc. 26) is
18 **DENIED** as moot.
19      **IT IS FURTHER ORDERED** that Defendants' Motion for Extension of Time to
20 Answer or Otherwise Respond (Doc. 32) is **GRANTED** and that the deadline for Defendants
21 to answer or otherwise respond to the Complaint is extended to **May 6, 2013.**
22      DATED this 17th day of April, 2013.

*/s/ Bridget S. Bade*
Bridget S. Bade
United States Magistrate Judge