IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Federal Bureau of Investigation, et al.,<br><br>　　　　Defendants. | No. CV-12-1605-PHX-SRB (BSB)<br><br>**SCHEDULING ORDER** |

On July 26, 2012, Plaintiff, who is confined in the Central Arizona Detention Center, filed a Complaint pursuant to the Freedom of Information Act, 5 U.S.C. § 522. (Doc. 1.) Pursuant to Local Rule of Civil Procedure 16.2(b)(1)(A)(i) and 16.2(b)(1)(B), this case is assigned to an expedited track and the Court sets the deadlines for the management of this action.

Accordingly,

**IT IS ORDERED** that the deadline for filing dispositive motions is three months from the date of this Order. If no dispositive motions have been timely filed by that deadline, the parties must file a joint status report within three months from the date of this Order. For logistical reasons related to Plaintiff's incarceration, counsel for Defendants must coordinate the preparation of the joint status report.

///

///

**IT IS FURTHER ORDERED** that if neither a dispositive motion nor a joint status report has been filed within three months of the date this Order, the case may be dismissed pursuant to LRCiv 41.1.

DATED this 8th day of May, 2013.

Bridget S. Bade
United States Magistrate Judge