

1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Plaintiff
6

7              UNITED STATES DISTRICT COURT

8                  DISTRICT OF ARIZONA

9

10 Daniel David Rigmaiden,          Civil Action No.:

11      Plaintiff,

12 v.                               12-CV-01605-SRB-BSB

13

14 Federal Bureau of               DANIEL RIGMAIDEN'S FIRST
   Investigation, et al.          DECLARATION UNDER PENALTY OF
                                   PERJURY IN SUPPORT OF
15      Defendant.                 PLAINTIFF'S MOTION FOR PARTIAL
                                   SUMMARY JUDGMENT
16

17

18

19      Plaintiff, Daniel David Rigmaiden, being competent to make

20 this declaration and having personal knowledge of the matters

21 stated herein, declares pursuant to 28 U.S.C. § 1746:

22      1.   Attached as <u>ATTACHMENT 01</u> is Federal Bureau of

23 Investigation ("FBI"), *Response to EFF FOIA Request Nos.*

24 *1056287-000 & 1056307-1,* Aug. 27, 2007.  The attached is an

25 official record of the FBI--with government seal and

26 signature--and is admissible under Fed. R. Evid. 902(1), Fed.

27 R. Evid. 901(b)(10) and Fed. R. Civ. P. 44(c), and Fed. R.

28 Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R.

                            - 1 -

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE CIVLR 5.4
(Rule Number/Section)

1  Civ. P. 56(e)(1), I certify that the attachment is a true and

2  correct copy of the record provided to me by Daniel

3  Colmerauer.[1]   Upon information provided to me by Mr.

4  Colmerauer, the attached record was obtained by him from

5  http://www.eff.org/files/filenode/061708CKK/082707_dcs01.pdf

6  [EFF PDF Set 1 of 6] (last accessed: Oct. 25, 2010), p. 1-2 of

7  67 [p. No. 1-2 of attachment]; and

8  http://www.eff.org/files/filenode/061708CKK/082707_dcs06.pdf

9  [EFF PDF Set 6 of 6] (last accessed: Oct. 25, 2010), p. 142 of

10  148 [p. No. 3 of attachment].

11     2.   Attached as ATTACHMENT 02 is United States Patent and

12  Trademark Office ("USPTO"), *Trademark Reg. No. 2,555,909*

13  *[loggerhead]* (registered Apr. 2, 2002).   The attached is an

14  official record of the USPTO and is admissible under Fed. R.

15  Evid.  901(b)(10) and Fed. R. Civ. P. 44(c), and Fed. R. Evid.

16  901(b)(4).   To the extent that Harris Corporation trade

17  inscriptions and the like are relevant, the attached is

18  admissible under Fed. R. Evid. 902(7).   Pursuant to Fed. R.

19  Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the

20  attachment is a true and correct copy of the record provided

21  to me by Mr. Colmerauer.   Upon information provided to me by

22  Mr. Colmerauer, the attached record was obtained by him from

23  http://tmportal.uspto.gov/external/portal/tow (last accessed

24  Mar. 11, 2011).

25     3.   Attached as ATTACHMENT 03 is Executive Office for

26  United States Attorneys ("EOUSA"), *[M.D.La.] Response to ACLU*

27  ─────────────────────────────────────────────

28  1.   Daniel Colmerauer is a paralegal and legal assistant to
    Philip A. Seplow, attorney at law, 2000 North 7th St.,
    Phoenix, AZ 85006, (602) 254-8817.

1 *FOIA Request No. 07-4130*, Aug. 12, 2008, p. 1, 2 ,9, 10, 16,
2 and 18.  The attached is an official record of the EOUSA--with
3 government seal and signature--and is admissible under Fed. R.
4 Evid. 902(1), Fed. R. Evid. 901(b)(10) and Fed. R. Civ. P.
5 44(c), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid.
6 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the
7 attachment is a true and correct copy of the record provided
8 to me by Daniel Colmerauer.  Upon information provided to me
9 by Mr. Colmerauer, the attached record was obtained by him
10 from
11 http://www.aclu.org/pdfs/freespeech/cellfoia_release_074130_20
12 080812.pdf (last accessed: Jan. 11, 2011), p. 1, 2 ,9, 10, 16,
13 and 18.

14     4.   Attached as <u>ATTACHMENT 04</u> is USPTO, *Trademark Reg.*
15 *No. 2,534,253 [triggerfish]* (registered Jan. 29, 2002).  The
16 attached is an official record of the USPTO and is admissible
17 under Fed. R. Evid. 901(b)(10) and Fed. R. Civ. P. 44(c), and
18 Fed. R. Evid. 901(b)(4).  To the extent that Harris
19 Corporation trade inscriptions and the like are relevant, the
20 attached is admissible under Fed. R. Evid. 902(7).  Pursuant
21 to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I
22 certify that the attachment is a true and correct copy of the
23 record provided to me by Mr. Colmerauer. Upon information
24 provided to me by Mr. Colmerauer, the attached record was
25 obtained by him from
26 http://tmportal.uspto.gov/external/portal/tow (last accessed
27 Mar. 11, 2011).

28     5.   Attached as <u>ATTACHMENT 05</u> is USPTO, *Trademark Reg.*

1  *No. 2,762,468 [stingray]* (registered Sep. 9, 2003).  The

2  attached is an official record of the USPTO and is admissible

3  under Fed. R. Evid. 901(b)(10) and Fed. R. Civ. P. 44(c), and

4  Fed. R. Evid. 901(b)(4).  To the extent that Harris

5  Corporation trade inscriptions and the like are relevant, the

6  attached is admissible under Fed. R. Evid. 902(7).  Pursuant

7  to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I

8  certify that the attachment is a true and correct copy of the

9  record provided to me by Mr. Colmerauer.  Upon information

10  provided to me by Mr. Colmerauer, the attached record was

11  obtained by him from

12  http://tmportal.uspto.gov/external/portal/tow (last accessed

13  Mar. 11, 2011).

14      6.   Attached as <u>ATTACHMENT 06</u> is Durham, NC, USA, *City*

15  *Council Agenda No. 7503 (Harris Sole Source Vendor*

16  *Justification letter)*, Sept. 29, 2010 , p. 1.  The attached is

17  an official record of the Durham, NC City Council and is

18  admissible under Fed. R. Evid. 901(b)(10) and Fed. R. Civ. P.

19  44(c), and Fed. R. Evid. 901(b)(4).  To the extent that Harris

20  Corporation trade inscriptions and the like are relevant, the

21  attached is admissible under Fed. R. Evid. 902(7).  Pursuant

22  to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I

23  certify that the attachment is a true and correct copy of the

24  record provided to me by Mr. Colmerauer.  Upon information

25  provided to me by Mr. Colmerauer, the attached record was

26  obtained by him from

27  http://www.durhamnc.gov/agendas/2010/cws20110103/251951_7503_3

28  42363.pdf (last accessed: Mar. 9, 2011).

- 4 -

7.   Attached as <u>ATTACHMENT 07</u> is 1xEV-DO Rel. 0, CELL
SITE EMULATOR, & GEOLOCATION EXPERT REPORT RE: The independent
operations of the FBI's cell site emulators, etc. used to
locate the UTStarcom PC5740 1xEV-DO aircard in United States
v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.), By: Daniel David
Rigmaiden (May 29, 2013).  The attached is my expert report
and is admissible under Fed. R. Evid. 901(b)(1), and Fed. R.
Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R.
Civ. P. 56(e)(1), I certify that the attachment is a true and
correct copy of my original signed expert report currently in
my possession.

8.   Attached as <u>ATTACHMENT 08</u> is Federal Communications
Commission ("FCC"), *FOIA Response to Christopher Soghoian,
Center for Applied Cybersecurity Research, FOIA Request No.
2011-586*, Feb. 29, 2012.  The attached is an official record
of the FCC--with government seal and signature--and is
admissible under Fed. R. Evid. 902(1), Fed. R. Evid. 901(b)
(10) and Fed. R. Civ. P. 44(c), and Fed. R. Evid. 901(b)(4).
Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1),
I certify that the attached record is a true and correct copy
of the record provided to me by Mr. Soghoian.

9.   Attached as <u>ATTACHMENT 09</u> is Valentino-DeVries,
Jennifer (The Wall Street Journal), *Feds Shift Tracking
Defense: Prosecutors in Arizona Case Drop Position That
'Stingray' Use Didn't Require Warrant* (Nov. 3, 2011).  The
attached is printed news material and is admissible under Fed.
R. Evid. 902(6), and Fed. R. Evid. 901(b)(4).  Pursuant to
Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify

that the attachment is a true and correct copy of the printed
news material provided to me by Mr. Colmerauer.  Upon
information provided to me by Mr. Colmerauer, the attached
printed news material was obtained by him from
http://online.wsj.com/article/SB1000142405297020462190457701343
63024341028.html (last accessed: Nov. 15, 2011).

   10.  Attached as <u>ATTACHMENT 10</u> is Valentino-DeVries,
Jennifer (The Wall Street Journal), *'Stingray' Phone Tracker
Fuels Constitutional Clash*, p. A1 (Sept. 22, 2011).  The
attached is printed news material and is admissible under Fed.
R. Evid. 902(6), and Fed. R. Evid. 901(b)(4).  Pursuant to
Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify
that the attachment is a true and correct copy of the printed
news material provided to me by Mr. Colmerauer.  Upon
information provided to me by Mr. Colmerauer, the printed news
material was obtained by him from
http://online.wsj.com/article/SB1000142405311190419460457658311
2723197574.html (last accessed: Sept. 22, 2011).

   11.  Attached as <u>ATTACHMENT 11</u> is **(1)** Miami, FL, USA,
*Legislative Files, Harris Sole Source Vendor Letter*, p. 1
(Nov. 29, 2006), **(2)** Miami, FL, USA, *Legislative Files, Inter-
Office Memo RE: Harris Sole Source Vendor*, p. 1 (Nov. 13,
2008), **(3)** Miami, FL, USA, *Legislative Files, Harris Sole
Source Letter [Attachment B]*, p. 2 (Aug. 25, 2008), **(4)** Miami,
FL, USA, *Legislative Files, Harris* Product Datasheets, p. 1-2,
**(5)** Miami, FL, USA, *Legislative Files, Harris Product
Datasheets*, p. 1, and **(6)** Miami, FL, USA, *Legislative Files,
Harris GCSD Price List* (Sep. 2008), p. 1-8.  The attached are

1  official records of the city of Miami, FL and are admissible

2  under Fed. R. Evid. 901(b)(10) and Fed. R. Civ. P. 44(c), and

3  Fed. R. Evid. 901(b)(4).   To the extent that Harris

4  Corporation trade inscriptions and the like are relevant, the

5  attached are admissible under Fed. R. Evid. 902(7).   Pursuant

6  to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I

7  certify that the attachment is a true and correct copy of the

8  records provided to me by Mr. Colmerauer.   Upon information

9  provided to me by Mr. Colmerauer, the attached records were

10  obtained by him from **(1)**

11  ttp://egov.ci.miami.fl.us/Legistarweb/Attachments/34768.pdf

12  (last accessed: Mar. 9, 2011) [p. No. 1 of attachment], **(2)**

13  http://egov.ci.miami.fl.us/Legistarweb/Attachments/47993.pdf

14  (last accessed: Mar. 9, 2011) [p. No. 2 of attachment], **(3)**

15  http://egov.ci.miami.fl.us/Legistarweb/Attachments/48003.pdf

16  (last accessed: Mar. 9, 2011) [p. No. 3-12 of attachment], **(4)**

17  http://egov.ci.miami.fl.us/Legistarweb/Attachments/34769.pdf

18  (last accessed: Mar. 9, 2011) [p. No. 13-14 of attachment],

19  **(5)**

20  http://egov.ci.miami.fl.us/Legistarweb/Attachments/34771.pdf

21  (last accessed: Mar. 9, 2011) [p. No. 15-16 of attachment],

22  and **(6)**

23  http://egov.ci.miami.fl.us/Legistarweb/Attachments/48000.pdf

24  (last accessed: Mar. 9, 2011) [p. No. 17-24 of attachment].

25      12.  Attached as <u>ATTACHMENT 12</u> is Coast to Coast AM, *Lee*

26  *Lapin - Guests - Coast to Coast AM*, Lee Lapin Biography,

27  http://www.coasttocoastam.com/guest/lapin-lee/6469 (last

28  accessed: Mar. 11, 2011).   The attached is printed news

material and is admissible under Fed. R. Evid. 902(6), and Fed. R. Evid. 901(b)(4). Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the printed news material provided to me by Mr. Colmerauer.  Upon information provided to me by Mr. Colmerauer, the attached printed news material was obtained by him from http://www.coasttocoastam.com/guest/lapin-lee/6469 (last accessed: Mar. 11, 2011).

13.  Attached as ATTACHMENT 13 are published patents **(1)** Billhartz, Thomas J., *et al.*, Harris Corp., *Wireless Communications System Including A Wireless Device Locator And Related Methods*, U.S. Patent No. 7,321,777 (Melbourne, FL: Jan. 22, 2008), **(2)** McPherson, Rodney and Lanza, David J., Harris Corp., *Wireless Transmitter Location Determining System And Related Methods*, U.S. Patent No. 7,592,956 (Melbourne, FL: Sept. 22, 2009), **(3)** Otto, James C., Harris Corp., *System And Method For Determining The Geolocation Of A Transmitter*, U.S. Patent No. 5,719,584 (Indian Harbor Beach, FL: Feb. 17, 1998), and **(4)** Proctor, James A, Jr. and Otto, James C., Harris Corp., *Range And Bearing Tracking System With Multipath Rejection*, U.S. Patent No. 5,687,196 (Indialantic, FL: Nov. 11, 1997).  The attached are official publications by a public authority (*i.e.*, the USPTO) and are admissible under Fed. R. Evid. 902(5), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attached are true and correct copies of the USPTO publications provided to me by Mr. Colmerauer.  Upon information provided to me by Mr. Colmerauer, the attached

- 8 -

1 USPTO publications were obtained by him from **(1)**
2 http://www.freepatentsonline.com/7321777.html (last accessed:
3 Feb. 16, 2011) [attachment p. No. 1-18], **(2)**
4 http://www.freepatentsonline.com/7592956.html (last accessed:
5 Feb. 22, 2011) [attachment p. No. 19-37], **(3)**
6 http://www.freepatentsonline.com/5719584.html (last accessed:
7 Feb. 22, 2011) [attachment p. No. 38-45], and **(4)**
8 http://www.freepatentsonline.com/5687196.html (last accessed
9 Feb. 16, 2011) [attachment p. No. 46-52].

10    14.  Attached as <u>ATTACHMENT 14</u> is Greenberg, Andy (Forbes
11 Magazine), *Despite FCC Scare Tactics, Researcher Demos AT&T*
12 *Eavesdropping - Forbes* (Jul. 31, 2010).  The attached is
13 printed news material and is admissible under Fed. R. Evid.
14 902(6), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R.
15 Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the
16 attachment is a true and correct copy of the printed news
17 material provided to me by Mr. Colmerauer.  Upon information
18 provided to me by Mr. Colmerauer, the printed news material
19 was obtained by him from http://www.forbes.com/sites/firewall/
20 2010/07/31/despite-fcc-scare-tactics-researcher-demos-att-
21 eavesdropping/ (last accessed: Dec. 14, 2011).

22    15.  Attached as <u>ATTACHMENT 15</u> is *The OpenBTS Project*,
23 http://openbts.sourceforge.net (last accessed: Feb. 10, 2012).
24 The attached is a printed Internet resource and is admissible
25 under Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4).
26 Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1),
27 I certify that the attachment is a true and correct copy of
28 the printed Internet resource provided to me by Mr.

Colmerauer.   Upon information provided to me by Mr.

Colmerauer, the printed Internet resource was obtained by him

from http://openbts.sourceforge.net (last accessed: Feb. 10,

2012).

    16.  Attached as <u>ATTACHMENT 16</u> is *Catcher Catcher - Wiki -*

*Redmine*, http://opensource.srlabs.de/projects/2/wiki/Wiki?

version=18 (last accessed: Feb. 20, 2012).  The attached is a

printed Internet resource and is admissible under Fed. R.

Evid. 901(a), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed.

R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that

the attachment is a true and correct copy of the printed

Internet resource provided to me by Mr. Colmerauer.  Upon

information provided to me by Mr. Colmerauer, the printed

Internet resource was obtained by him from

http://opensource.srlabs.de/projects/2/wiki/Wiki?version=18

(last accessed: Feb. 20, 2012).

    17.  Attached as <u>ATTACHMENT 17</u> Singel, Ryan (Wired

Magazine), FBI E-Mail Shows Rift Over Warrantless Phone Record

Grabs (Dec. 20, 2007).  The attached is printed news material

and is admissible under Fed. R. Evid. 902(6), and Fed. R.

Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R.

Civ. P. 56(e)(1), I certify that the attachment is a true and

correct copy of the printed news material provided to me by

Mr. Colmerauer.  Upon information provided to me by Mr.

Colmerauer, the printed news material was obtained by him from

http://www.wired.com/print/politics/onlinerights/news/2007/12/

fbi_cell (last accessed Sept. 22, 2010).

    18.  Attached as <u>ATTACHMENT 18</u> is Myers, Rachel (ACLU),

- 10 -

1 *With Technology Like This, Who Needs the Law? >> Blog of*
2 *Rights: Official Blog of the American Civil Liberties Union*
3 (Nov. 14, 2008).  The attached is printed news material and is
4 admissible under Fed. R. Evid. 902(6), and Fed. R. Evid.
5 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ.
6 P. 56(e)(1), I certify that the attachment is a true and
7 correct copy of the printed news material provided to me by
8 Mr. Colmerauer.  Upon information provided to me by Mr.
9 Colmerauer, the printed news material was obtained by him from
10 http://www.aclu.org/2008/11/14/with-technology-like-this-who-
11 needs-the-law (last accessed Aug. 16, 2011).

12     19.  Attached as <u>ATTACHMENT 19</u> is McCullagh, Declan (CNET
13 News), *Justice Dept. defends warrantless cell phone tracking*
14 (Feb. 13, 2010).  The attached is printed news material and is
15 admissible under Fed. R. Evid. 902(6), and Fed. R. Evid.
16 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ.
17 P. 56(e)(1), I certify that the attachment is a true and
18 correct copy of the printed news material provided to me by
19 Mr. Colmerauer.  Upon information provided to me by Mr.
20 Colmerauer, the printed news material was obtained by him from
21 http://news.cnet.com/8301-13578_3-10453214-38.html (last
22 accessed Apr. 8, 2010).

23     20.  Attached as <u>ATTACHMENT 20</u> is Slashdot.org, *Secret*
24 *Stingray Warrantless Cellphone Tracking* (Oct. 27, 2012).  The
25 attached is printed news material and is admissible under Fed.
26 R. Evid. 902(6), and Fed. R. Evid. 901(b)(4).  Pursuant to
27 Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify
28 that the attachment is a true and correct copy of the printed

1  news material provided to me by Mr. Colmerauer.  Upon

2  information provided to me by Mr. Colmerauer, the printed news

3  material was obtained by him from

4  http://yro.slashdot.org/story/12/10/27/144229/secret-stingray-

5  warrantless-cellphone-tracking (last accessed: Nov. 28, 2012).

6      21.  Attached as ATTACHMENT 21 is Carroll, Rory (The

7  Guardian), *ACLU challenges 'stingray surveillance' that allows*

8  *police to track cellphones | World news | guardian.co.uk* (Mar.

9  28, 2013).  The attached is printed news material and is

10 admissible under Fed. R. Evid. 902(6), and Fed. R. Evid.

11 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ.

12 P. 56(e)(1), I certify that the attachment is a true and

13 correct copy of the printed news material provided to me by

14 Mr. Colmerauer.  Upon information provided to me by Mr.

15 Colmerauer, the printed news material was obtained by him from

16 http://www.guardian.co.uk/world/2013/mar/28/aclu-stingray-

17 surveillance-police-cellphones (last accessed: Apr. 16, 2013).

18     22.  Attached as ATTACHMENT 22 is Nakashima, Ellen (The

19 Washington Post), Little-known surveillance tool raises

20 concerns by judges, privacy activists (Mar. 27, 2013).  The

21 attached is printed news material and is admissible under Fed.

22 R. Evid. 902(6), and Fed. R. Evid. 901(b)(4).  Pursuant to

23 Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify

24 that the attachment is a true and correct copy of the printed

25 news material provided to me by Mr. Colmerauer.  Upon

26 information provided to me by Mr. Colmerauer, the printed news

27 material was obtained by him from

28 http://articles.washingtonpost.com/2013-03-

27/world/38070419_1_magistrate-judge-federal-agents-stingrays

(last accessed: Apr. 9, 2013).

23. Attached as <u>ATTACHMENT 23</u> is Huffingtonpost.com, Daniel David Rigmaiden Case Reveals Stingray Cell Phone Tracker's Covert Use (Mar. 28, 2013).  The attached is printed news material and is admissible under Fed. R. Evid. 902(6), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the printed news material provided to me by Mr. Colmerauer.  Upon information provided to me by Mr. Colmerauer, the printed news material was obtained by him from http://www.huffingtonpost.com/2013/03/28/daniel-david-rigmaiden-stingray_n_2973749.html (last accessed: Apr. 4, 2013).

24. Attached as <u>ATTACHMENT 24</u> is Waterman, Shaun (The Washington Times), *Can you hear me now? Feds admit FBI warrantless cellphone tracking 'very common'* (Mar. 29, 2013). The attached is printed news material and is admissible under Fed. R. Evid. 902(6), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the printed news material provided to me by Mr. Colmerauer.  Upon information provided to me by Mr. Colmerauer, the printed news material was obtained by him from http://www.washingtontimes.com/news/2013/mar/29/feds-fbi-warrantless-cell-tracking-very-common/ (last accessed: Apr. 4, 2013).

25. Attached as <u>ATTACHMENT 25</u> is Zetter, Kim (Wired

Magazine), *Secrets of FBI Smartphone Surveillance Tool Revealed in Court Fight* (Apr. 09, 2013). The attached is printed news material and is admissible under Fed. R. Evid. 902(6), and Fed. R. Evid. 901(b)(4). Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the printed news material provided to me by Mr. Colmerauer. Upon information provided to me by Mr. Colmerauer, the printed news material was obtained by him from http://www.wired.com/threatlevel/2013/04/verizon-rigmaiden-aircard/all/ (last accessed: Apr. 10, 2013).

26. Attached as <u>ATTACHMENT 26</u> is Zetter, Kim (Wired Magazine), *Judge Allows Evidence Gathered From FBI's Spoofed Cell Tower* (May. 08, 2013). The attached is printed news material and is admissible under Fed. R. Evid. 902(6), and Fed. R. Evid. 901(b)(4). Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the printed news material provided to me by Mr. Colmerauer. Upon information provided to me by Mr. Colmerauer, the printed news material was obtained by him from http://www.wired.com/threatlevel/2013/05/rigmaiden-cell-tower-evidence/ (last accessed: May 14, 2013).

27. Attached as <u>ATTACHMENT 27</u> is Letter from Kim Zetter (Wired Digital) to Daniel Rigmaiden, April 3, 2013; Re: requesting additional information. The attached is admissible under Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4). I certify that the attachment is a true and correct copy of the original Kim Zetter letter currently in my possession, other

1 | than for my redactions of Kim Zetter's email address and phone
2 | number via white boxes with black outlines.

3 |     28.   Attached as <u>ATTACHMENT 28</u> is Email from Jon Campbell
4 | (LA Weekly News) to Dan Colmerauer, July 26, 2012; Re:
5 | requesting that Daniel Rigmaiden speak to Mr. Campbell about
6 | portable/transportable wireless device locator technology
7 | (supported by declaration from Dan Colmerauer).   The attached
8 | is admissible under Fed. R. Evid. 901(a), and Fed. R. Evid.
9 | 901(b)(4).   I certify that the attachment is a true and
10 | correct copy of the original Dan Colmerauer declaration and
11 | email attachment currently in my possession.

12 |     29.   Attached as <u>ATTACHMENT 29</u> is Lye, Linda, *Court Ruling*
13 | *Gives FBI Too Much Leeway on Surveillance Technology | ACLU of*
14 | *Northern California* (May 28, 2013).   The attached is printed
15 | news material and is admissible under Fed. R. Evid. 902(6),
16 | and Fed. R. Evid. 901(b)(4).   Pursuant to Fed. R. Evid. 901(a)
17 | and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is
18 | a true and correct copy of the printed news material provided
19 | to me by Mr. Colmerauer.   Upon information provided to me by
20 | Mr. Colmerauer, the printed news material was obtained by him
21 | from
22 | https://www.aclunc.org/issues/technology/blog/court_ruling_giv
23 | es_fbi_too_much_leeway_on_surveillance_technology.shtml (last
24 | accessed: Jul. 8, 2013).

25 |     30.   Attached as <u>ATTACHMENT 30</u> is Fakhoury, Hanni,
26 | *Stingrays: The Biggest Technological Threat to Cell Phone*
27 | *Privacy You Don't Know About | Electronic Frontier Foundation*
28 | (Oct. 22, 2012).   The attached is printed news material and is

1  admissible under Fed. R. Evid. 902(6), and Fed. R. Evid.

2  901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ.

3  P. 56(e)(1), I certify that the attachment is a true and

4  correct copy of the printed news material provided to me by

5  Mr. Colmerauer.  Upon information provided to me by Mr.

6  Colmerauer, the printed news material was obtained by him from

7  https://www.eff.org/deeplinks/2012/10/stingrays-biggest-

8  unknown-technological-threat-cell-phone-privacy (last

9  accessed: Jul. 8, 2013).

10       31.  Attached as <u>ATTACHMENT 31</u> is *Appligent Document*

11  *Solutions - Redax*, http://www.appligent.com/redax (last

12  accessed: Dec. 16, 2010).  The attached is a printed Internet

13  resource and is admissible under Fed. R. Evid. 901(a), and

14  Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and

15  Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a

16  true and correct copy of the printed Internet resource

17  provided to me by Mr. Colmerauer.  Upon information provided

18  to me by Mr. Colmerauer, the printed Internet resource was

19  obtained by him from http://www.appligent.com/redax (last

20  accessed: Dec. 16, 2010).

21       32.  Attached as <u>ATTACHMENT 32</u> is *Adobe Acrobat X Pro*

22  *Datasheet, available at*

23  http://www.adobe.com/content/dam/Adobe/en/products/acrobat/pdf

24  s/acrobatxpro_datasheet.pdf (last accessed: Dec. 13, 2010).

25  The attached is a printed Internet resource and is admissible

26  under Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4).

27  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1),

28  I certify that the attachment is a true and correct copy of

1 the printed Internet resource provided to me by Mr.

2 Colmerauer.   Upon information provided to me by Mr.

3 Colmerauer, the printed Internet resource was obtained by him

4 from

5 http://www.adobe.com/content/dam/Adobe/en/products/acrobat/pdf

6 s/acrobatxpro_datasheet.pdf (last accessed: Dec. 13, 2010).

7      33.  Attached as <u>ATTACHMENT 33</u> is Daniel Rigmaiden's

8 October 10, 2011 FOIA request letter to the FBI RE: seeking

9 records on portable/transportable wireless device locators

10 (*i.e.*, devices used to locate cell phones, cell site

11 emulators, *etc.*) and related equipment manufactured and/or

12 branded and/or sold by Harris Wireless Products Group (Harris

13 Corporation) and other manufacturers/companies.  The attached

14 is admissible under Fed. R. Evid. 901(a), and Fed. R. Evid.

15 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ.

16 P. 56(e)(1), I certify that the attachment is a true and

17 correct copy of the copy of the letter currently in my

18 possession.  I mailed the original letter to the FBI and I

19 believe it to be in the government's possession.

20      34.  Attached as <u>ATTACHMENT 34</u> is USPS signature card

21 delivery record (November 7, 2011 delivery) for Daniel

22 Rigmaiden's October 10, 2011 FOIA request letter to the FBI;

23 USPS Certified Return Receipt delivery, article No. 7007 0710

24 0004 3772 8555, signed by "D.W. Jones / OB" and then mailed

25 back to Daniel Rigmaiden.  The attached is admissible under

26 Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4).  Pursuant

27 to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I

28 certify that the attachment is a true and correct copy of the

1 | original currently in my possession.

2 |     35. Attached as <u>ATTACHMENT 35</u> is Daniel Rigmaiden's

3 | February 25, 2012 FOIA appeal letter to the Office of

4 | Information Policy ("OIP") RE: the FBI failing to acknowledge

5 | FOIA request, failing to grant a fee waiver, failing to grant

6 | reduced fees, failing to provide expedited processing, and

7 | failing to provide all requested records for October 10, 2011

8 | FOIA request letter to the FBI.  The attached is admissible

9 | under Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4).

10 | Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1),

11 | I certify that the attachment is a true and correct copy of

12 | the copy of the letter currently in my possession.  I mailed

13 | the original letter to the OIP and I believe it to be in the

14 | government's possession.

15 |     36. Attached as <u>ATTACHMENT 36</u> is OIP's May 14, 2012

16 | letter to Daniel Rigmaiden RE: determination of FBI FOIA

17 | appeal (No. AP-2012-01750) by Janice Galli McLeod, Associate

18 | Director of the Office of Information Policy, and Anne D.

19 | Work, Senior Counsel, Administrative Appeals Staff, Office of

20 | Information Policy; RE: October 10, 2011 FOIA request letter

21 | to the FBI.  The attached is admissible under Fed. R. Evid.

22 | 901(a), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R.

23 | Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the

24 | attachment is a true and correct copy of the original

25 | currently in my possession.

26 |     37. Attached as <u>ATTACHMENT 37</u> is FBI's May 6, 2013 letter

27 | to Daniel Rigmaiden RE: answer to October 10, 2011 FOIA

28 | request: "FOIPA Request No.: 1212582" with "Subject: WIRELESS

DEVICE LOCATORS MANUFACTURED BY HARRIS WPG." The attached is admissible under Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4). Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the original currently in my possession.

38. Attached as ATTACHMENT 38 is Daniel Rigmaiden's November 10, 2011 FOIA request letter to FBI RE: seeking records on (1) comments made by FBI agents and employees to The Wall Street Journal reported in or in relation to the September 22, 2011 The Wall Street Journal article titled "'Stingray' Phone Tracker Fuels Constitutional Clash," by Jennifer Valentino-DeVries, (2) comments made by FBI agents and employees at a panel at the Brookings Institution in May of 2011 regarding portable/transportable wireless device locators (e.g., cell site emulators) such as the Harris StingRay and KingFish. The attached is admissible under Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4). Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the copy of the letter currently in my possession. I mailed the original letter to the FBI and I believe it to be in the government's possession.

39. Attached as ATTACHMENT 39 is USPS website Delivery record (January 3, 2012 delivery) for Daniel Rigmaiden's November 10, 2011 FOIA request letter to the FBI; Certified Return Receipt delivery, article No. 7010 1870 0003 0918 6393. The attached is a printed Internet resource and is admissible under Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4).

1 Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1),
2 I certify that the attachment is a true and correct copy of
3 the printed Internet resource provided to me by Mr.
4 Colmerauer.  Upon information provided to me by Mr.
5 Colmerauer, the printed Internet resource was obtained by him
6 from http://www.usps.com/ (last accessed: Mar. 1, 2012).

7        40.  Attached as ATTACHMENT 40 is FBI's January 30, 2012
8 letter to Daniel Rigmaiden RE: answer to November 10, 2011
9 FOIA request: "FOIPA Request No.: 1180900-000" with "Subject:
10 RECORDS CONCERNING WALL STREET JOURNAL ARTICLE STINGRAY PHONE
11 TRACKER FUELS CONSTITUTIONAL CLASH."  The attached is
12 admissible under Fed. R. Evid. 901(a), and Fed. R. Evid.
13 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ.
14 P. 56(e)(1), I certify that the attachment is a true and
15 correct copy of the original currently in my possession.

16        41.  Attached as ATTACHMENT 41 is FBI's February 3, 2012
17 letters to Daniel Rigmaiden RE: denial of expedited processing
18 and fee waiver for November 10, 2011 FOIA request: "FOIPA
19 Request No.: 1180900-000" with "Subject: RECORDS CONCERNING
20 WALL STREET JOURNAL ARTICLE STINGRAY PHONE TRACKER FUELS
21 CONSTITUTIONAL CLASH."  The attached is admissible under Fed.
22 R. Evid. 901(a), and Fed. R. Evid. 901(b)(4).  Pursuant to
23 Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify
24 that the attachment is a true and correct copy of the original
25 currently in my possession.

26        42.  Attached as ATTACHMENT 42 is Daniel Rigmaiden's
27 February 25, 2012 FOIA appeal letter to the OIP RE: the FBI
28 failing to grant a fee waiver, failing to grant reduced fees,

1  failing to provide expedited processing for November 10, 2011

2  FOIA request: "FOIPA Request No.: 1180900-000" with "Subject:

3  RECORDS CONCERNING WALL STREET JOURNAL ARTICLE STINGRAY PHONE

4  TRACKER FUELS CONSTITUTIONAL CLASH."   The attached is

5  admissible under Fed. R. Evid. 901(a), and Fed. R. Evid.

6  901(b)(4).   Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ.

7  P. 56(e)(1), I certify that the attachment is a true and

8  correct copy of the copy of the letter currently in my

9  possession.   I mailed the original letter to the OIP and I

10 believe it to be in the government's possession.

11      43.  Attached as <u>ATTACHMENT 43</u> is OIP's April 20, 2012

12 letter to Daniel Rigmaiden RE: determination of FBI FOIA

13 appeal (No. AP-2012-01751) by Janice Galli McLeod, Associate

14 Director of the Office of Information Policy RE: "FOIPA

15 Request No.: 1180900-000" with "Subject: RECORDS CONCERNING

16 WALL STREET JOURNAL ARTICLE STINGRAY PHONE TRACKER FUELS

17 CONSTITUTIONAL CLASH."   The attached is admissible under Fed.

18 R. Evid. 901(a), and Fed. R. Evid. 901(b)(4).   Pursuant to

19 Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify

20 that the attachment is a true and correct copy of the original

21 currently in my possession.

22      44.  Attached as <u>ATTACHMENT 44</u> is Daniel Rigmaiden's

23 October 10, 2011 FOIA request letter to the EOUSA RE: seeking

24 records on portable/transportable wireless device locators

25 (*i.e.*, devices used to locate cell phones, cell site

26 emulators, *etc.*) and related equipment manufactured and/or

27 branded and/or sold by Harris Wireless Products Group (Harris

28 Corporation) and other manufacturers/companies.   The attached

1 is admissible under Fed. R. Evid. 901(a), and Fed. R. Evid.

2 901(b)(4).   Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ.

3 P. 56(e)(1), I certify that the attachment is a true and

4 correct copy of the copy of the letter currently in my

5 possession.   I mailed the original letter to the EOUSA and I

6 believe it to be in the government's possession.

7     45.  Attached as ATTACHMENT 45 is USPS signature card

8 delivery record (blank) for Daniel Rigmaiden's October 10,

9 2011 FOIA request letter to the EOUSA; USPS Certified Return

10 Receipt delivery, article No. 7009 2250 0003 8907 7508, no

11 signature but mailed back to Daniel Rigmaiden.   The attached

12 is admissible under Fed. R. Evid. 901(a), and Fed. R. Evid.

13 901(b)(4).   Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ.

14 P. 56(e)(1), I certify that the attachment is a true and

15 correct copy of the original currently in my possession.

16     46.  Attached as ATTACHMENT 46 is USPS website Delivery

17 record (November 7, 2011 delivery) for Daniel Rigmaiden's

18 November 10, 2011 FOIA request letter to the EOUSA; Certified

19 Return Receipt delivery, article No. 7009 2250 0003 8907 7508.

20 The attached is a printed Internet resource and is admissible

21 under Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4).

22 Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1),

23 I certify that the attachment is a true and correct copy of

24 the printed Internet resource provided to me by Mr.

25 Colmerauer.   Upon information provided to me by Mr.

26 Colmerauer, the printed Internet resource was obtained by him

27 from http://www.usps.com/ (last accessed: Mar. 1, 2012).

28     47.  Attached as ATTACHMENT 47 is Daniel Rigmaiden's

1  February 25, 2012 FOIA appeal letter to the OIP RE: the EOUSA

2  failing to acknowledge FOIA request, failing to grant a fee

3  waiver, failing to grant reduced fees, failing to provide

4  expedited processing, and failing to provide all requested

5  records for October 10, 2011 FOIA request letter to the EOUSA.

6  The attached is admissible under Fed. R. Evid. 901(a), and

7  Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and

8  Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a

9  true and correct copy of the copy of the letter currently in

10  my possession.  I mailed the original letter to the OIP and I

11  believe it to be in the government's possession.

12      48.  Attached as <u>ATTACHMENT 48</u> is OIP's May 14, 2012

13  letter to Daniel Rigmaiden RE: determination of EOUSA FOIA

14  appeal (No. AP-2012-01749) by Janice Galli McLeod, Associate

15  Director of the Office of Information Policy; RE: October 10,

16  2011 FOIA request letter to the EOUSA.  The attached is

17  admissible under Fed. R. Evid. 901(a), and Fed. R. Evid.

18  901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ.

19  P. 56(e)(1), I certify that the attachment is a true and

20  correct copy of the original currently in my possession.

21      49.  Attached as <u>ATTACHMENT 49</u> is EOUSA's May 3, 2013

22  letter to Daniel Rigmaiden RE: answer to October 10, 2011 FOIA

23  request: "Request No.: 11-4585" with "Subject of Request:

24  Location Tracking Devices."  The attached is admissible under

25  Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4).  Pursuant

26  to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I

27  certify that the attachment is a true and correct copy of the

28  original currently in my possession.

CERTIFICATE OF SERVICE

I, Daniel David Rigmaiden, certify under penalty of perjury that on July 16, 2013 I provided Philip Seplow, during a legal visit at CCA-CADC, the following documents to be forwarded to Dan Colmerauer for hand-delivery to the clerk of the Court and United States Postal Service delivery to Defendants' attorney:

Original attached document hand delivered to:

Clerk of the Court, Civil Docketing Section
Sandra Day O'Connor U.S. Courthouse
401 West Washington St, Suite 130, SPC 1
Phoenix, AZ 85003-2118

One copy of the original document addressed to:

Brad P. Rosenberg, Trial Attorney
USDOJ, Civil Division, Federal Programs Branch
PO Box 883
Washington, D.C. 20044

By: Daniel Rigmaiden

I, Daniel Colmerauer, certify under penalty of perjury that on ___July 23, 2013___ I served and filed the attached original document and the noted copies on the clerk of the Court and Defendants' attorney in the manner explained above by Plaintiff, Daniel David Rigmaiden.

By: _____

— 25 —

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2013 in Florence, AZ U.S.A.

DANIEL DAVID RIGMAIDEN
PRO SE Plaintiff

Daniel Rigmaiden

Daniel D. Rigmaiden
Agency #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none