**ATTACHMENT INDEX**

DANIEL RIGMAIDEN'S FIRST DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 01: Federal Bureau of Investigation, *Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, Aug. 27, 2007, available at* http://www.eff.org/files/filenode/061708CKK/082707_dcs01.pdf [EFF PDF Set 1 of 6] (last accessed: Oct. 25, 2010), p. 1-2 of 67 [p. No. 1-2 of attachment]; FBI Aug. 27, 2007, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/082707_dcs06.pdf [EFF PDF Set 6 of 6] (last accessed: Oct. 25, 2010), p. 142 of 148 [p. No. 3 of attachment];

ATTACHMENT 02: United States Patent and Trademark Office, *Trademark Reg. No. 2,555,909 [loggerhead]* (registered Apr. 2, 2002), *all associated documents available via search at* http://tmportal.uspto.gov/external/portal/tow (last accessed Mar. 11, 2011);

ATTACHMENT 03: Executive Office for United States Attorneys, *[M.D.La.] Response to ACLU FOIA Request No. 07-4130, Aug. 12, 2008, available at* http://www.aclu.org/pdfs/freespeech/cellfoia_release_074130_20080812.pdf (last accessed: Jan. 11, 2011), p. 1, 2 ,9, 10, 16, and 18;

ATTACHMENT 04: United States Patent and Trademark Office, *Trademark Reg. No. 2,534,253 [triggerfish]* (registered Jan. 29, 2002), *all associated documents available via search at* http://tmportal.uspto.gov/external/portal/tow (last accessed Mar. 11, 2011);

ATTACHMENT 05: United States Patent and Trademark Office, *Trademark Reg. No. 2,762,468 [stingray]* (registered Sep. 9, 2003), *all associated documents available via search at* http://tmportal.uspto.gov/external/portal/tow (last accessed Mar. 11, 2011);

ATTACHMENT 06: Durham, NC, USA, *City Council Agenda No. 7503*

*(Harris Sole Source Vendor Justification letter)*, Sept. 29, 2011, p. 1, *available at* http://www.durhamnc.gov/agendas/2010/cws20110103 /251951_7503_342363.pdf (last accessed: Mar. 9, 2011);

ATTACHMENT 07: 1xEV-DO Rel. 0, CELL SITE EMULATOR, & GEOLOCATION EXPERT REPORT RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.), By: Daniel David Rigmaiden (May 29, 2013);

ATTACHMENT 08: Federal Communications Commission, *FOIA Response to Christopher Soghoian, Center for Applied Cybersecurity Research, FOIA Request No. 2011-586,* Feb. 29, 2012;

ATTACHMENT 09: Valentino-DeVries, Jennifer, *Feds Shift Tracking Defense: Prosecutors in Arizona Case Drop Position That 'Stingray' Use Didn't Require Warrant,* The Wall Street Journal, (Nov. 3, 2011) *available at* http://online.wsj.com/article/SB1000142405297020 4621904577014363024341028.html (last accessed: Nov. 15, 2011);

ATTACHMENT 10: Valentino-DeVries, Jennifer, *'Stingray' Phone Tracker Fuels Constitutional Clash,* The Wall Street Journal, p. A1 (Sept. 22, 2011) (original article addressing CR08-814-PHX-DGC) *available at* http://online.wsj.com/article/SB1000142405311190 4194604576583112723197574.html (last accessed: Sept. 22, 2011);

ATTACHMENT 11: **(1)** Miami, FL, USA, *Legislative Files, Harris Sole Source Vendor Letter,* p. 1 (Nov. 29, 2006), *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachmen ts/34768.pdf (last accessed: Mar. 9, 2011) [p. 1 of attachment]; **(2)** Miami, FL, USA, *Legislative Files, Inter-Office Memo RE: Harris Sole Source Vendor,* p. 1 (Nov. 13, 2008), *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachmen ts/47993.pdf (last accessed: Mar. 9, 2011) [p. No. 2 of attachment]; **(3)** Miami, FL, USA, *Legislative Files, Harris Sole Source Vendor Letter [Attachment B],* p. 2 (Aug. 25, 2008), *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachmen ts/48003.pdf (last accessed: Mar. 9, 2011) [p.

No. 3-12 of attachment]; **(4)** Miami, FL, USA, *Legislative Files, Harris Product Datasheets*, p. 1-2, *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/34769.pdf (last accessed: Mar. 9, 2011) [p. No. 13-14 of attachment]; **(5)** Miami, FL, USA, *Legislative Files, Harris Product Datasheets*, p. 1-2, *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/34771.pdf (last accessed: Mar. 9, 2011) [p. No. 15-16 of attachment]; **(6)** Miami, FL, USA, *Legislative Files, Harris GCSD Price List* (Sep. 2008), p. 1-8, available at http://egov.ci.miami.fl.us/Legistarweb/Attachments/48000.pdf (last accessed: Mar. 9, 2011) [p. No. 17-24 of attachment];

ATTACHMENT 12: Coast to Coast AM, *Lee Lapin - Guests - Coast to Coast AM, Lee Lapin Biography*, http://www.coasttocoastam.com/guest/lapin-lee/6469 (last accessed: Mar. 11, 2011);

ATTACHMENT 13: **(1)** Billhartz, Thomas J., *et al.*, Harris Corp., *Wireless Communications System Including A Wireless Device Locator And Related Methods*, U.S. Patent No. 7,321,777 (Melbourne, FL: Jan. 22, 2008), *available at* http://www.freepatentsonline.com/7321777.html (last accessed: Feb. 16, 2011) [attachment p. No. 1-18]; **(2)** McPherson, Rodney and Lanza, David J., Harris Corp., *Wireless Transmitter Location Determining System And Related Methods*, U.S. Patent No. 7,592,956 (Melbourne, FL: Sept. 22, 2009), *available at* http://www.freepatentsonline.com/7592956.html (last accessed: Feb. 22, 2011) [attachment p. No. 19-37]; **(3)** Otto, James C., Harris Corp., *System And Method For Determining The Geolocation Of A Transmitter*, U.S. Patent No. 5,719,584 (Indian Harbor Beach, FL: Feb. 17, 1998), *available at* http://www.freepatentsonline.com/5719584.html (last accessed: Feb. 22, 2011) [attachment p. No. 38-45]; **(4)** Proctor, James A, Jr. and Otto, James C., Harris Corp., *Range And Bearing Tracking System With Multipath Rejection*, U.S. Patent No. 5,687,196 (Indialantic, FL: Nov. 11, 1997), *available at* http://www.freepatentsonline.com/5687196.html (last accessed Feb. 16, 2011) [attachment p. No. 46-52];

ATTACHMENT 14: Greenberg, Andy (Forbes Magazine), *Despite FCC Scare Tactics, Researcher Demos AT&T*

*Eavesdropping - Forbes* (Jul. 31, 2010), *available at* http://www.forbes.com/sites/firewall/2010/07/31/despite-fcc-scare-tactics-researcher-demos-att-eavesdropping/ (last accessed: Dec. 14, 2011);

ATTACHMENT 15: *The OpenBTS Project*, http://openbts.sourceforge.net (last accessed: Feb. 10, 2012);

ATTACHMENT 16: *Catcher Catcher - Wiki - Redmine*, http://opensource.srlabs.de/projects/2/wiki/Wiki?version=18 (last accessed: Feb. 20, 2012);

ATTACHMENT 17: Singel, Ryan (Wired Magazine), *FBI E-Mail Shows Rift Over Warrantless Phone Record Grabs* (Dec. 20, 2007), http://www.wired.com/print/politics/onlinerights/news/2007/12/fbi_cell (last accessed Sept. 22, 2010);

ATTACHMENT 18: Myers, Rachel (ACLU), *With Technology Like This, Who Needs the Law? | American Civil Liberties Union* (Nov. 14, 2008), http://www.aclu.org/2008/11/14/with-technology-like-this-who-needs-the-law (last accessed Jul. 08, 2013);

ATTACHMENT 19: McCullagh, Declan (CNET News), *Justice Dept. defends warrantless cell phone tracking | Politics and Law - CNET News* (Feb. 13, 2010), http://news.cnet.com/8301-13578_3-10453214-38.html (last accessed: Jul. 08, 2010);

ATTACHMENT 20: Slashdot.org, *Secret Stingray Warrantless Cellphone Tracking* (Oct. 27, 2012), http://yro.slashdot.org/story/12/10/27/144229/secret-stingray-warrantless-cellphone-tracking (last accessed: Nov. 28, 2012);

ATTACHMENT 21: Carroll, Rory (The Guardian), *ACLU challenges 'stingray surveillance' that allows police to track cellphones | World news | guardian.co.uk* (Mar. 28, 2013), *available at* http://www.guardian.co.uk/world/2013/mar/28/aclu-stingray-surveillance-police-cellphones (last accessed: Apr. 16, 2013);

ATTACHMENT 22: Nakashima, Ellen (The Washington Post), *Little-known surveillance tool raises concerns by judges, privacy activists* (Mar. 27, 2013), *available at* http://articles.washingtonpost.com/

2013-03-27/world/38070419_1_magistrate-judge-
federal-agents-stingrays (last accessed: Apr. 9,
2013);

ATTACHMENT 23: Huffingtonpost.com, *Daniel David Rigmaiden Case
Reveals Stingray Cell Phone Tracker's Covert Use*
(Mar. 28, 2013), *available at*
http://www.huffingtonpost.com/2013/03/28/daniel-
david-rigmaiden-stingray_n_2973749.html (last
accessed: Apr. 4, 2013);

ATTACHMENT 24: Waterman, Shaun (The Washington Times), *Can you
hear me now? Feds admit FBI warrantless
cellphone tracking 'very common'* (Mar. 29,
2013), *available at*
http://www.washingtontimes.com/news/2013/mar/29/
feds-fbi-warrantless-cell-tracking-very-common/
(last accessed: Apr. 4, 2013);

ATTACHMENT 25: Zetter, Kim (Wired Magazine), *Secrets of FBI
Smartphone Surveillance Tool Revealed in Court
Fight* (Apr. 09, 2013), *available at*
http://www.wired.com/threatlevel/2013/04/verizon
-rigmaiden-aircard/all/ (last accessed: Apr. 10,
2013);

ATTACHMENT 26: Zetter, Kim (Wired Magazine), *Judge Allows
Evidence Gathered From FBI's Spoofed Cell Tower*
(May. 08, 2013), *available at*
http://www.wired.com/threatlevel/2013/05/rigmaid
en-cell-tower-evidence/ (last accessed: May 14,
2013);

ATTACHMENT 27: Letter from Kim Zetter (Wired Digital) to Daniel
Rigmaiden, April 3, 2013; Re: requesting
additional information; Note: Kim Zetter's email
address and phone number redacted;

ATTACHMENT 28: Email from Jon Campbell (LA Weekly News) to Dan
Colmerauer, July 26, 2012; Re: requesting that
Daniel Rigmaiden speak to Mr. Campbell about
portable/transportable wireless device locator
technology (supported by declaration from Dan
Colmerauer);

ATTACHMENT 29: Lye, Linda, *Court Ruling Gives FBI Too Much
Leeway on Surveillance Technology | ACLU of
Northern California* (May 28, 2013),
https://www.aclunc.org/issues/technology/blog/co
urt_ruling_gives_fbi_too_much_leeway_on_surveill
ance_technology.shtml (last accessed: Jul. 8,
2013);

ATTACHMENT 30: Fakhoury, Hanni, *Stingrays: The Biggest Technological Threat to Cell Phone Privacy You Don't Know About | Electronic Frontier Foundation* (Oct. 22, 2012) https://www.eff.org/deeplinks/2012/10/stingrays-biggest-unknown-technological-threat-cell-phone-privacy (last accessed: Jul. 8, 2013);

ATTACHMENT 31: *Appligent Document Solutions - Redax*, http://www.appligent.com/redax (last accessed: Dec. 16, 2010);

ATTACHMENT 32: *Adobe Acrobat X Pro Datasheet, available at* http://www.adobe.com/content/dam/Adobe/en/products/acrobat/pdfs/acrobatxpro_datasheet.pdf (last accessed: Dec. 13, 2010);

ATTACHMENT 33: Daniel Rigmaiden's October 10, 2011 FOIA request letter to the FBI RE: seeking records on portable/transportable wireless device locators (*i.e.*, devices used to locate cell phones, cell site emulators, *etc.*) and related equipment manufactured and/or branded and/or sold by Harris Wireless Products Group (Harris Corporation) and other manufacturers/companies;

ATTACHMENT 34: USPS signature card delivery record (November 7, 2011 delivery) for Daniel Rigmaiden's October 10, 2011 FOIA request letter to the FBI; USPS Certified Return Receipt delivery, article No. 7007 0710 0004 3772 8555, signed by "D.W. Jones / OB" and then mailed back to Daniel Rigmaiden;

ATTACHMENT 35: Daniel Rigmaiden's February 25, 2012 FOIA appeal letter to the OIP RE: the FBI failing to acknowledge FOIA request, failing to grant a fee waiver, failing to grant reduced fees, failing to provide expedited processing, and failing to provide all requested records for October 10, 2011 FOIA request letter to the FBI;

ATTACHMENT 36: OIP's May 10, 2012 letter to Daniel Rigmaiden RE: determination of FBI FOIA appeal (No. AP-2012-01750) by Janice Galli McLeod, Associate Director of the Office of Information Policy, and Anne D. Work, Senior Counsel, Administrative Appeals Staff, Office of Information Policy; RE: October 10, 2011 FOIA request letter to the FBI;

ATTACHMENT 37: FBI's May 1, 2013 letter to Daniel Rigmaiden RE: answer to October 10, 2011 FOIA request: "FOIPA

Request No.: 1212582" with "Subject: WIRELESS
DEVICE LOCATORS MANUFACTURED BY HARRIS WPG.";

ATTACHMENT 38: Daniel Rigmaiden's November 10, 2011 FOIA
request letter to FBI RE: seeking records on (1)
comments made by FBI agents and employees to The
Wall Street Journal reported in or in relation
to the September 22, 2011 The Wall Street
Journal article titled "'Stingray' Phone Tracker
Fuels Constitutional Clash," by Jennifer
Valentino-DeVries, (2) comments made by FBI
agents and employees at a panel at the Brookings
Institution in May of 2011 regarding
portable/transportable wireless device locators
(e.g., cell site emulators) such as the Harris
StingRay and KingFish;

ATTACHMENT 39: USPS website Delivery record (January 3, 2012
delivery) for Daniel Rigmaiden's November 10,
2011 FOIA request letter to the FBI; Certified
Return Receipt delivery, article No. 7010 1870
0003 0918 6393;

ATTACHMENT 40: FBI's January 23, 2012 letter to Daniel
Rigmaiden RE: answer to November 10, 2011 FOIA
request: "FOIPA Request No.: 1180900-000" with
"Subject: RECORDS CONCERNING WALL STREET JOURNAL
ARTICLE STINGRAY PHONE TRACKER FUELS
CONSTITUTIONAL CLASH.";

ATTACHMENT 41: FBI's January 31, 2012 letters to Daniel
Rigmaiden RE: denial of expedited processing and
fee waiver for November 10, 2011 FOIA request:
"FOIPA Request No.: 1180900-000" with "Subject:
RECORDS CONCERNING WALL STREET JOURNAL ARTICLE
STINGRAY PHONE TRACKER FUELS CONSTITUTIONAL
CLASH.";

ATTACHMENT 42: Daniel Rigmaiden's February 25, 2012 FOIA appeal
letter to the OIP RE: the FBI failing to grant a
fee waiver, failing to grant reduced fees,
failing to provide expedited processing for
November 10, 2011 FOIA request: "FOIPA Request
No.: 1180900-000" with "Subject: RECORDS
CONCERNING WALL STREET JOURNAL ARTICLE STINGRAY
PHONE TRACKER FUELS CONSTITUTIONAL CLASH.";

ATTACHMENT 43: OIP's April 17, 2012 letter to Daniel Rigmaiden
RE: determination of FBI FOIA appeal (No. AP-
2012-01751) by Janice Galli McLeod, Associate
Director of the Office of Information Policy RE:
"FOIPA Request No.: 1180900-000" with "Subject:
RECORDS CONCERNING WALL STREET JOURNAL ARTICLE

STINGRAY PHONE TRACKER FUELS CONSTITUTIONAL CLASH.";

ATTACHMENT 44: Daniel Rigmaiden's October 10, 2011 FOIA request letter to the EOUSA RE: seeking records on portable/transportable wireless device locators (*i.e.*, devices used to locate cell phones, cell site emulators, *etc.*) and related equipment manufactured and/or branded and/or sold by Harris Wireless Products Group (Harris Corporation) and other manufacturers/companies;

ATTACHMENT 45: USPS signature card delivery record (blank) for Daniel Rigmaiden's October 10, 2011 FOIA request letter to the EOUSA; USPS Certified Return Receipt delivery, article No. 7009 2250 0003 8907 7508, no signature but mailed back to Daniel Rigmaiden;

ATTACHMENT 46: USPS website Delivery record (November 7, 2011 delivery) for Daniel Rigmaiden's November 10, 2011 FOIA request letter to the EOUSA; Certified Return Receipt delivery, article No. 7009 2250 0003 8907 7508;

ATTACHMENT 47: Daniel Rigmaiden's February 25, 2012 FOIA appeal letter to the OIP RE: the EOUSA failing to acknowledge FOIA request, failing to grant a fee waiver, failing to grant reduced fees, failing to provide expedited processing, and failing to provide all requested records for October 10, 2011 FOIA request letter to the EOUSA;

ATTACHMENT 48: OIP's May 10, 2012 letter to Daniel Rigmaiden RE: determination of EOUSA FOIA appeal (No. AP-2012-01749) by Janice Galli McLeod, Associate Director of the Office of Information Policy; RE: October 10, 2011 FOIA request letter to the EOUSA;

ATTACHMENT 49: EOUSA's May 3, 2013 letter to Daniel Rigmaiden RE: answer to October 10, 2011 FOIA request: "Request No.: 11-4585" with "Subject of Request: Location Tracking Devices.";

## ATTACHMENT 01

DANIEL RIGMAIDEN'S FIRST DECLARATION UNDER PENALTY OF PERJURY
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 01: Federal Bureau of Investigation, *Response to EFF
FOIA Request Nos. 1056287-000 & 1056307-1*, Aug.
27, 2007, *available at* http://www.eff.org/files/
filenode/061708CKK/082707_dcs01.pdf [EFF PDF Set
1 of 6] (last accessed: Oct. 25, 2010), p. 1-2
of 67 [p. No. 1-2 of attachment]; FBI Aug. 27,
2007, Response to EFF FOIA Request Nos. 1056287-
000 & 1056307-1, *available at*
http://www.eff.org/files/filenode/061708CKK/0827
07_dcs06.pdf [EFF PDF Set 6 of 6] (last
accessed: Oct. 25, 2010), p. 142 of 148 [p. No.
3 of attachment];



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

ESQ. MARCIA HOFMANN
ELECTRONIC FRONTIER FOUNDATION
SUITE 650
1875 CONNECTICUT AVENUE, NORTHWEST
WASHINGTON, DC 20009

August 27, 2007

Subject: SYSTEM DCS-3000 and Red Hook

FOIPA No. 1056287- 000  and FOIPA No. 1056307-1

Dear Ms. Hofmann:

      The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a | |
|---|---|---|---|
| ☒(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☐(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(C) | ☐(k)(2) |
| _____ | ☐(b)(7)(D) | ☐(k)(3) |
| _____ | ☒(b)(7)(E) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(7)(F) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(8) | ☐(k)(6) |
| ☒(b)(6) | ☐(b)(9) | ☐(k)(7) |

967  **page(s)** were reviewed and 618  **page(s)** are being released.

☐  Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA].  This information has been:

    ☐  referred to the OGA for review and direct response to you.

    ☐  referred to the OGA for consultation.  The FBI will correspond with you regarding this information when the consultation is finished.

☒  You have the right to appeal any denials in this release.  Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C.  20530-0001 within sixty days from the date of this letter.  The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal."  Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

Please be advised that this is the fourth interim release as ordered by the court on May 7, 2007 for documents concerning surveillance systems known as DCS-3000 and Red Hook.

A decision has not been made concerning your request for a waiver of fees. We will be corresponding with you concerning that request in the near future. In the interim, we are providing you with the enclosed documents. Pursuant to Title 28, Code of Federal Regulations, Section 16.11, there is a fee of ten cents per page for duplication. No fees are assessed for the first 100 pages. If it is determined that you do not qualify for a fee waiver, duplication fees will be assessed accordingly.

**From:**
**To:**                                                                          b6
**Date:**        Wed, Jul 25, 2001 10:07 AM                                       b7C
**Subject:**     Re: DCS3000 Tracker Software

Sounds good [        ] Can't wait to see it.

I was working with some agency guys yesterday. They are putting together a system with a flat panel
ant. and a loggerhead and doing locations based on registrations. It works. They have a later software
version on their loggerheads (I think). It will really help when we can use your software for real time
display of the loggerhead activity. As it is, you have to make a pass in the area, move somewhere else,
look at the log, etc.   Any word on when Harris can make the change to the loggerhead?

>>> [                              ] 07/24 10:05 AM >>>
JP is finished with the software mods that support
the multi-van [                        ] integration.                             b2
                                                                                  b6
We are waiting delivery of the COM driver and the                                 b7C
final approval of the [                ]                                           b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-14-2007 BY 65179DMH/KSR/MAJ

**ATTACHMENT 02**

DANIEL RIGMAIDEN'S FIRST DECLARATION UNDER PENALTY OF PERJURY
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 02: United States Patent and Trademark Office,
                *Trademark Reg. No. 2,555,909 [loggerhead]*
                (registered Apr. 2, 2002), *all associated
                documents available via search at*
                http://tmportal.uspto.gov/external/portal/tow
                (last accessed Mar. 11, 2011);

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO: 2555909     SERIAL NO:  76/284567     MAILING DATE:  03/04/2008
REGISTRATION DATE:  04/02/2002
MARK:  LOGGERHEAD
REGISTRATION OWNER:  Harris Corporation

**CORRESPONDENCE ADDRESS:**

DONALD S. SHOWALTER
GRAYROBINSON, P.A.
P.O. BOX 2328
FORT LAUDERDALE, FL 33303

# NOTICE OF ACCEPTANCE
### 15  U.S.C.  Sec.  1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF
SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# NOTICE OF ACKNOWLEDGEMENT
### 15  U.S.C.  Sec.  1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 15 OF
THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.**ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
009.

MA, MACY L
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
### CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION
ORIGINAL

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATIONI) SECTION 8: AFFIDAVIT
OF CONTINUED USE** The registration shall remain in force for 10 years, except that the registration

shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration. **Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

**II) SECTION 9: APPLICATION FOR RENEWAL** The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration. **Failure to file the Application for Renewal will result in the expiration of the registration.**


**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability Under Sections 8 & 15

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2555909 |
| **REGISTRATION DATE** | 04/02/2002 |
| **SERIAL NUMBER** | 76284567 |
| **MARK SECTION** | |
| MARK | LOGGERHEAD |
| **OWNER SECTION (current)** | |
| NAME | Harris Corporation |
| STREET | 1025 West NASA Boulevard |
| CITY | Melbourne |
| STATE | Florida |
| ZIP/POSTAL CODE | 32919 |
| COUNTRY | United States |
| **ATTORNEY SECTION (current)** | |
| NAME | Donald S. Showalter, Esquire |
| FIRM NAME | GrayRobinson, P.A. |
| STREET | P.O. Box 2328 |
| CITY | Fort Lauderdale |
| STATE | Florida |
| POSTAL CODE | 33303 |
| COUNTRY | United States |
| PHONE | 954-761-7473 |
| FAX | 954-761-8112 |

## ATTORNEY SECTION(proposed)

| | |
|---|---|
| **NAME** | Donald S. Showalter, Esquire |
| **FIRM NAME** | GrayRobinson, P.A. |
| **STREET** | P.O. Box 2328 |
| **CITY** | Fort Lauderdale |
| **STATE** | Florida |
| **POSTAL CODE** | 33303 |
| **COUNTRY** | United States |
| **PHONE** | 954-761-7473 |
| **FAX** | 954-761-8112 |
| **ATTORNEY DOCKET NUMBER** | T578(621020.1259) |
| **OTHER APPOINTED ATTORNEY** | Thomas L. Kautz |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| **INTERNATIONAL CLASS** | 009 |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **SPECIMEN FILE NAME(S)** | \\TICRS2\EXPORT15\762\845<br>\76284567\xml1\8150002.JP G |
| **SPECIMEN DESCRIPTION** | Digital image showing the mark as used on the goods |

## PAYMENT SECTION

| | |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **NUMBER OF CLASSES PAID** | 1 |
| **SUBTOTAL AMOUNT** | 300 |
| **TOTAL FEE PAID** | 300 |

## SIGNATURE SECTION

| | |
|---|---|
| **SIGNATURE** | /Ronald S. Blum II/ |
| **SIGNATORY'S NAME** | Ronald S. Blum II |
| **SIGNATORY'S POSITION** | IP General Counsel |
| **DATE SIGNED** | 02/01/2008 |
| **PAYMENT METHOD** | DA |

| FILING INFORMATION | |
|---|---|
| **SUBMIT DATE** | Fri Feb 01 11:13:04 EST 2008 |
| **TEAS STAMP** | USPTO/S08N15-209.36.59.1-20080201111304604314-2555909-400b1c53aba664d215845 26777095f19e5-DA-6461-200 80201083804568375 |

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

## Combined Declaration of Use and Incontestability Under Sections 8 & 15 To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2555909
**REGISTRATION DATE:** 04/02/2002

**MARK:** LOGGERHEAD

The owner, Harris Corporation, having an address of
    1025 West NASA Boulevard
    Melbourne, Florida 32919
    United States
is filing a Combined Declaration of Use and Incontestability Under Sections 8 & 15.

For International Class 009, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Digital image showing the mark as used on the goods.
Specimen File1

The registrant hereby appoints Donald S. Showalter, Esquire and Thomas L. Kautz of GrayRobinson,

P.A.
    P.O. Box 2328
    Fort Lauderdale, Florida 33303
    United States
to file this Combined Declaration of Use and Incontestability Under Sections 8 & 15 on behalf of the
registrant.  The attorney docket/reference number is T578(621020.1259).

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1
class(es), plus any additional grace period fee, if necessary.

## Declaration

*The owner, or its related company, is using the mark in commerce on or in connection with the goods
and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in
commerce. The owner, or its related company, has continuously used the mark in commerce on or in
connection with the goods and/or services identified above, for five (5) consecutive years after the date of
registration, or the date of publication under Section 12(c), and is still using the mark in commerce on or
in connection with the identified goods and/or services. There has been no final decision adverse to the
owner's claim of ownership of such mark for such goods and/or services, or to the owner's right to
register the same or to keep the same on the register; and there is no proceeding involving said rights
pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or
imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like
may jeopardize the validity of this document, declares that he/she is properly authorized to execute this
document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all
statements made on information and belief are believed to be true.


Signature: /Ronald S. Blum II/    Date: 02/01/2008
Signatory's Name: Ronald S. Blum II
Signatory's Position: IP General Counsel

Mailing Address **(current):**
    GrayRobinson, P.A.
    P.O. Box 2328
    Fort Lauderdale, Florida 33303

Mailing Address **(proposed):**
    GrayRobinson, P.A.
    P.O. Box 2328
    Fort Lauderdale, Florida 33303

Serial Number: 76284567
Internet Transmission Date: Fri Feb 01 11:13:04 EST 2008
TEAS Stamp: USPTO/S08N15-209.36.59.1-200802011113046

04314-2555909-400b1c53aba664d21584526777
095f19e5-DA-6461-20080201083804568375



# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**   2555909

**Serial Number:**   76284567

**RAM Sale Number:  6461**

**RAM Accounting Date:  20080201**

**Total Fees:**     $300

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20080201 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20080201 | $200 | 1 | 1 | $200 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**    20080201





# Change Of Correspondence Address

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76284567 |
| **REGISTRATION NUMBER** | 2555909 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 103 |
| **MARK SECTION** | |
| **MARK** | LOGGERHEAD |
| **CORRESPONDENCE SECTION (current)** | |
| **ORIGINAL ADDRESS** | DONALD S. SHOWALTER, ESQUIRE<br>HOLLAND & KNIGHT LLP<br>BROWARD<br>1 E BROWARD BLVD STE 1300<br>FORT LAUDERDALE Florida 33301-1865<br>United States<br>(954) 463-2030<br>(954) 468-7879<br>dshowalt@hklaw.com |
| **NEW CORRESPONDENCE ADDRESS** | |
| **NEW ADDRESS** | Donald S. Showalter, Esquire<br>GrayRobinson, P.A.<br>P.O. Box 2328<br>Fort Lauderdale<br>Florida<br>United States<br>33303<br>954-761-7473<br>954-761-8112 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Donald S. Showalter/ |
| **SIGNATORY NAME** | Donald S. Showalter |
| **SIGNATORY DATE** | 09/27/2007 |
| **SIGNATORY POSITION** | Attorney of Record |

## FILING INFORMATION SECTION

| | |
|---|---|
| **SUBMIT DATE** | Thu Sep 27 10:22:23 EDT 2007 |
| **TEAS STAMP** | USPTO/CCA-209.36.59.1-200 70927102223714976-7628456 7-400f5a0b2dde176af18d4ae bbe62af84ff-N/A-N/A-20070 927102018534969 |

# Change Of Correspondence Address

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76284567 |
| **REGISTRATION NUMBER** | 2555909 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 103 |
| **MARK SECTION** | |
| MARK | LOGGERHEAD |
| **CORRESPONDENCE SECTION (current)** | |
| ORIGINAL ADDRESS | DONALD S. SHOWALTER, ESQUIRE<br>HOLLAND & KNIGHT LLP<br>BROWARD<br>1 E BROWARD BLVD STE 1300<br>FORT LAUDERDALE Florida 33301-1865<br>United States<br>(954) 463-2030<br>(954) 468-7879<br>dshowalt@hklaw.com |
| **NEW CORRESPONDENCE ADDRESS** | |
| NEW ADDRESS | Donald S. Showalter, Esquire<br>GrayRobinson, P.A.<br>P.O. Box 2328<br>Fort Lauderdale<br>Florida<br>United States<br>33303<br>954-761-7473<br>954-761-8112 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Donald S. Showalter/ |
| SIGNATORY NAME | Donald S. Showalter |
| SIGNATORY DATE | 09/27/2007 |
| SIGNATORY POSITION | Attorney of Record |

## FILING INFORMATION SECTION

| SUBMIT DATE | Thu Sep 27 10:22:23 EDT 2007 |
|---|---|
| TEAS STAMP | USPTO/CCA-209.36.59.1-200 70927102223714976-7628456 7-400f5a0b2dde176af18d4ae bbe62af84ff-N/A-N/A-20070 927102018534969 |

Trademark

| Serial Number |
| --- |
| (Text) |

76284567

NEW CASE DELIVERED

AUG 2 8 2001

LAW OFFICE 103

## PROSECUTION HISTORY

| Entry | Date | Initials |
| --- | --- | --- |

NOP
01/08/02

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.

❏ See inside of file for additional entries.

## Post Registration

| Section 8 Accepted | | Renewal Granted | | Section 15 |
| (Signature) | (Date) | (Initials) | (Date) | Acknowledged |
| | | | | (Signature) |
| | | | | |
| | | | | |
| | | | **Cancelled - Section 8** |
| | | | | (Date) |
| | | | | |
| | | | | |
| | | | | |
| | | | | **Expired - Section 9** |
| | | | | (Date) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Trademark

**U.S. DEPARTMENT OF COMMERCE**
Patent and Trademark Office

FORM PTO-103
SA

REG NUM: 2555909
REG DT: 04/02/2002

S/N 76/284567

76-284567

# LOGGERHEAD

LOGGERHEAD

PRINCIPAL

LAW OFFICE 103

76-284567

**FILING DATE**
July 13, 2001

**ORIGINAL APPLICANT**
Harris Corporation

**GOODS/SERVICES (CLASS 009)**
electronic surveillance transceivers for (ETC)

**FILING BASIS**
USE

**ORIGINAL CORRESPONDENT**
DONALD S. SHOWALTER, ESQUIRE

ATTORNEY ADVISOR: _____

| | | |
|---|---|---|
| Approved for Publication (Principal Register) (Signature/Date) | | **PUBLISHED**
01/08/02 | **NOA** |
| Approved for Registration (Section 1(d)) (Signature/Date) | | |
| Approved for Registration (Supplemental Register) (Signature/Date) | | ☐ Abandoned _____
(Date) |



**07-13-2001**

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75



76284567



07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75



76284567



07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75



76284567

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia 22202-3513

Dec 19, 2001

## NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   76/284,567

2. Mark:
   LOGGERHEAD

3. International Class(es):
   9

4. Publication Date:
   Jan 8, 2002

5. Applicant:
   Harris Corporation

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA  15250-7954
Phone: (202)512-1800

By direction of the Commissioner.

DONALD S. SHOWALTER, ESQUIRE
HOLLAND & KNIGHT LLP
BROWARD
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE FL 33301-1865

TMP&I

☐ AMENDMENT STAGE     ☐ NO CHANGE     ☐ PUBLICATION/REGISTRATION STAGE

Name: ROY, ANA     L.O. **107**   Date **11/ 9 /01**     Serial No. _1 284587_

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

## Legal Instrument Examiner (LIE)

| | Amended | Data Element | |
|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | ☐ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1b | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ SCAN DWG | ☐ Design Search Code |
| | | ☐ Sizing/Lining Code | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text editing guidelines.

_____**AR**_____          **11/ 9 /01**
LIE                              DATE

Other: _____
_____
_____

EL677104017US

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

MARK:  LOGGERHEAD
INTERNATIONAL CLASS:  009

To The Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

Harris Corporation ("Applicant"), is a Delaware corporation, having a place of business at 1025 West NASA Boulevard, Melbourne, Florida  32919.

Applicant has adopted, is using in interstate commerce and requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance transceivers for intercepting, monitoring and gathering information concerning cellular network communications in International Class 009.

The mark was first used in connection with the above goods at least as early as August 25, 1999, was first used in interstate commerce at least as early as August 25, 1999, and is now in use in such commerce.

Three specimens depicting the mark as used in interstate commerce are enclosed.  The mark is used by being affixed to the goods and/or to the packaging for the goods.

The undersigned being warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the Applicant; that Applicant believes it is the owner of the mark sought to be registered; that the mark is in

use in commerce or, if the application is being filed under 15 U.S.C. 1051(b), he/she believes Applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that the specimens or facsimiles show the mark as used on or in connection with the goods or services; and that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

On behalf of Applicant, the undersigned hereby appoints Donald S. Showalter, Reg. No.: 33,033; Thomas L. Kautz, Reg. No.: 28,726; Leslie J. Hart, Reg. No.: 26,462; Michael S. Yatsko, Reg. No.: 28, 135; and Harry M. Fleck, Reg. No.: 24,704, its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark Office connected therewith.  Please direct all telephone calls and correspondence to:

> Donald S. Showalter, Esquire
> Holland & Knight LLP
> One East Broward Blvd., Suite 1300
> Fort Lauderdale, FL  33301
> Phone:  (954) 468-7879
> Fax:  (954) 463-2030
> E-mail:  dshowalt@hklaw.com

HARRIS CORPORATION

By  *Michael S. Yatsko*

Michael S. Yatsko
Attorney Intellectual Property Dept.

Date  7/9/01

*TRADEMARK*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: July 13, 2001

Sir:

Transmitted herewith is an application for registration of:

Mark:                              LOGGERHEAD

In International Class(es):        009

On Behalf of Applicant:           Harris Corporation

Applicant is a:

_____        citizen of _____.

_____        partnership of _____.

__X__        corporation of __Delaware_____.

Attached hereto are:

_XX__  one executed application.

_XX__  one drawing (____ *formal*, __X__ *informal*).

_XX__  Three specimens for each International Class.

_____  Intent to Use Application - no specimens attached.

_____  A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class. The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

_XX__  The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870. The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870.   A duplicate copy of this sheet is attached.

_____      A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

__XX__      An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

---

**CERTIFICATION UNDER 37 C.F.R. 1.10**

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on July 13, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL677104017US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

_____
Francine A. Nienow
typed or printed name of person mailing correspondence

---

FTL1 #543891 v5

2

# 76284567

TRADEMARK APPLICATION SERIAL NO. _____

### U.S. DEPARTMENT OF COMMERCE
### PATENT AND TRADEMARK OFFICE
### FEE RECORD SHEET

07/18/2001 TSMITH   00000145 080870   76284567
01 FC:361        325.00 CH

PTO-1555
(5/87)

*U.S. Government Printing Office: 2000 — 466-232/29119

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919


Date of First Use:          August 25, 1999

Date First Used
in Commerce:               August 25, 1999

For:                        electronic surveillance transceivers for intercepting,
                            monitoring and gathering information concerning
                            cellular network communications

Int. Class:                 009


# LOGGERHEAD




**07-13-2001**
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75



76284567

PUBLISHED
01/08/02

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 24707 | N/A | 0 | 0 | 0:01 | *log*[bi,ti] |
| 02 | 8119 | N/A | 0 | 0 | 0:02 | (*head* or *hed*)[bi,ti] |
| 03 | 49 | N/A | 0 | 0 | 0:02 | 1 and 2 |
| 04 | 22 | 0 | 22 | 22 | 0:05 | 3 not dead[ld] |
| 05 | 153 | N/A | 0 | 0 | 0:01 | *logger*[bi,ti] |
| 06 | 65 | 0 | 65 | 65 | 0:05 | 5 not dead[ld] |

Session started  9/3/01 11:27:43 AM
Session finished 9/3/01 11:32:49 AM
Total search duration 0:16 minutes
Session Duration 5:06 minutes

Default NEAR limit= 1 ADJ limit= 1

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 2,555,909
Registered Apr. 2, 2002

## TRADEMARK
### PRINCIPAL REGISTER

# LOGGERHEAD

HARRIS CORPORATION (DELAWARE COR-
  PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

FOR: ELECTRONIC SURVEILLANCE TRANS-
CEIVERS FOR INTERCEPTING, MONITORING
AND GATHERING INFORMATION CONCERNING
CELLULAR NETWORK COMMUNICATIONS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-25-1999; IN COMMERCE 8-25-1999.

SER. NO. 76-284,567, FILED 7-13-2001.

KATHLEEN M. VANSTON, EXAMINING ATTOR-
NEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 2,555,909
Registered Apr. 2, 2002

## TRADEMARK
### PRINCIPAL REGISTER

# LOGGERHEAD

HARRIS CORPORATION (DELAWARE COR-
PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

FOR: ELECTRONIC SURVEILLANCE TRANS-
CEIVERS FOR INTERCEPTING, MONITORING
AND GATHERING INFORMATION CONCERNING
CELLULAR NETWORK COMMUNICATIONS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-25-1999; IN COMMERCE 8-25-1999.

SER. NO. 76-284,567, FILED 7-13-2001.

KATHLEEN M. VANSTON, EXAMINING ATTOR-
NEY

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919


| | |
|---|---|
| Date of First Use: | August 25, 1999 |
| Date First Used in Commerce: | August 25, 1999 |
| For: | electronic surveillance transceivers for intercepting, monitoring and gathering information concerning cellular network communications |
| Int. Class: | 009 |

# LOGGERHEAD



**07-13-2001**

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75


76284567

3

# 76284567

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

07/18/2001 TSMITH   00000145 080870   76284567
01 FC:361      325.00 CH

*U.S. Government Printing Office: 2000 — 466-232/29119

*TRADEMARK*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: July 13, 2001

Sir:

Transmitted herewith is an application for registration of:

    Mark:                           LOGGERHEAD

    In International Class(es):         009

    On Behalf of Applicant:         Harris Corporation

Applicant is a:

      \_\_\_\_       citizen of _____.

      \_\_\_\_       partnership of _____.

      \_X\_       corporation of \_\_Delaware_____).

Attached hereto are:

    \_XX\_ one executed application.

    \_XX\_ one drawing (\_\_\_ *formal*, \_X\_ *informal*).

    \_XX\_ Three specimens for each International Class.

    \_\_\_\_\_ Intent to Use Application - no specimens attached.

    _____ A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class. The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

    \_XX\_ The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870. The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870.   A duplicate copy of this sheet is attached.

_____   A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

_XX_   An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____
Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

---

**CERTIFICATION UNDER 37 C.F.R. 1.10**

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on July 13, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL677104017US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

Francine A. Nienow
_____
typed or printed name of person mailing correspondence

---

FTL1 #543891 v5

2

EL677104017US

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

MARK:  LOGGERHEAD
INTERNATIONAL CLASS:  009

To The Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

Harris Corporation ("Applicant"), is a Delaware corporation, having a place of business at 1025 West NASA Boulevard, Melbourne, Florida  32919.

Applicant has adopted, is using in interstate commerce and requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance transceivers for intercepting, monitoring and gathering information concerning cellular network communications in International Class 009.

The mark was first used in connection with the above goods at least as early as August 25, 1999, was first used in interstate commerce at least as early as August 25, 1999, and is now in use in such commerce.

Three specimens depicting the mark as used in interstate commerce are enclosed.  The mark is used by being affixed to the goods and/or to the packaging for the goods.

The undersigned being warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the Applicant; that Applicant believes it is the owner of the mark sought to be registered; that the mark is in

use in commerce or, if the application is being filed under 15 U.S.C. 1051(b), he/she believes Applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that the specimens or facsimiles show the mark as used on or in connection with the goods or services; and that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

On behalf of Applicant, the undersigned hereby appoints Donald S. Showalter, Reg. No.: 33,033; Thomas L. Kautz, Reg. No.: 28,726; Leslie J. Hart, Reg. No.: 26,462; Michael S. Yatsko, Reg. No.: 28, 135; and Harry M. Fleck, Reg. No.: 24,704, its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark Office connected therewith. Please direct all telephone calls and correspondence to:

> Donald S. Showalter, Esquire
> Holland & Knight LLP
> One East Broward Blvd., Suite 1300
> Fort Lauderdale, FL 33301
> Phone: (954) 468-7879
> Fax: (954) 463-2030
> E-mail: dshowalt@hklaw.com

HARRIS CORPORATION

By _Michael S. Yatsko_

Michael S. Yatsko
Attorney Intellectual Property Dept.

Date 7/9/01

2

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919


Date of First Use:        August 25, 1999

Date First Used
in Commerce:              August 25, 1999

For:                      electronic surveillance transceivers for intercepting,
                          monitoring and gathering information concerning
                          cellular network communications

Int. Class:               009

# LOGGERHEAD



**07-13-2001**

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75



76284567

3

07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75



76284567

**ATTACHMENT 03**

DANIEL RIGMAIDEN'S FIRST DECLARATION UNDER PENALTY OF PERJURY
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 03: Executive Office for United States Attorneys,
*[M.D.La.] Response to ACLU FOIA Request No. 07-
4130*, Aug. 12, 2008, *available at*
http://www.aclu.org/pdfs/freespeech/cellfoia_rel
ease_074130_20080812.pdf (last accessed: Jan.
11, 2011), p. 1, 2 ,9, 10, 16, and 18;

U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C.  20530
202-616-6757  Fax 202-616-6478

---

Requester:  Catherine Crump                          Request Number:  07-4130

Subject of Request: Mobile Phone Tracking (Item 1-4)                          AUG 1 2 2008

Dear Requester:

　　　　Your request for records under the Freedom of Information Act/Privacy Act has been
processed.  This letter constitutes an interim reply from the Executive Office for United States
Attorneys, the official record-keeper for all records located in this office and the various United States
Attorneys' Offices.  To provide you the greatest degree of access authorized by the Freedom of
Information Act and the Privacy Act, we have considered your request in light of the provisions of both
statutes.

　　　　The records you seek are located in a Privacy Act system of records that, in accordance with
regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy
Act, 28 C.F.R. § 16.81.  We have also processed your request under the Freedom of Information Act
and are making all records required to be released, or considered appropriate for release as a matter of
discretion, available to you.  This letter is a [ **X** ] partial [    ] full denial.

　　　　Enclosed please find:

　　37　 page(s) are being released in full (RIF);
　　2　 page(s) are being released in part (RIP);
　_____ page(s) are withheld in full (WIF).  **The redacted/withheld documents were reviewed to
determine if any information could be segregated for release.**

　　　　The exemption(s) cited for withholding records or portions of records are marked below.  An
enclosure to this letter explains the exemptions in more detail.

|  Section 552 |  |  | Section 552a |
|---|---|---|---|
| [   ] (b)(1) | [   ] (b)(4) | [   ] (b)(7)(B) | [ **X** ] (j)(2) |
| [   ] (b)(2) | [ **X** ] (b)(5) | [   ] (b)(7)(C) | [   ] (k)(2) |
| [   ] (b)(3) | [   ] (b)(6) | [   ] (b)(7)(D) | [   ] (k)(5) |
| _____ | [   ] (b)(7)(A) | [ **X** ] (b)(7)(E) | [   ] _____ |
| _____ |  | [   ] (b)(7)(F) |  |

(Page 1 of 2)

[ X ] _47_ additional page(s) originated with another government component.  **These records were found in the U.S. Attorney's Office files and may or may not be responsive to your request.** These records will be referred to the following component for review and direct response to you: Department of Justice, Criminal Division.

[ X ] _4_ additional page(s) originated with another government component.  **These records were found in the U.S. Attorney's Office files and may or may not be responsive to your request.** These records will be referred to the following component for consultation and our office will respond to you after their review:  U.S. Marshals Service .

[ X ]   See additional information attached.

Although I am aware that this request is the subject of ongoing litigation and that appeals are not ordinarily acted on in such situations, I am required by statute and regulation to inform you that if you consider my response to be a denial of your request, you have the right to file an administrative appeal by writing within 60 days from the date of this letter to the **Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001.**  In light of the fact that this is an interim response, I would ask that you wait until the EOUSA has issued its final response in this request before you file an appeal.

Sincerely,

William G. Stewart II
Assistant Director

Enclosure(s)

*except that, with regard to information acquired solely pursuant to the authority for pen registers and trap and trace devices (as defined in section 3127 of title 18, United States Code), such call- identifying information shall not include any information that may disclose the physical location of the subscriber* (except to the extent that the location may be determined from the telephone number)....

Public Law 103-414, sec. 103(a) (1994) ("CALEA") (emphasis supplied). A court is likely to find that this clear expression of Congressional intent, which makes explicit reference to the definitions of pen registers and trap and trace devices, continues to prohibit providers from supplying cell phone location information in response to a pen/trap order.

Because of the 1994 prohibition, law enforcement authorities have sought other means to compel providers to supply this information prospectively. Most commonly, investigators have used orders under section 2703(d) to obtain this information. Although section 2703(d) generally applies only to stored communications, nothing in that section requires that the provider possess the records at the time the order is executed. Moreover, use of such an order does not improperly evade the intent of the CALEA prohibition. Section 2703(d) court orders provide greater privacy protection and accountability than pen/trap orders by requiring (1) a greater factual showing by law enforcement and (2) an independent review of the facts by a court. Indeed, the very language of the CALEA prohibition -- limiting its application "to information acquired *solely* pursuant to the authority for pen registers and trap and trace devices" -- indicates that Congress intended that the government be able to obtain this information using some other legal process. Public Law 103-414, sec. 103(a) (emphasis supplied). Thus, 2703(d) orders are an appropriate tool to compel a provider to collect cell phone location information prospectively.

Finally, some have suggested that such orders should rely on the Mobile Tracking Devices statute, 18 U.S.C. § 3117. Although making reference to this statute would not be harmful, it does not provide much legal support for such an order. The statute refers to the "installation" of a "mobile tracking device." This language probably would apply to the provider's use of a software program to track the location of a particular cell phone, even though such a program is not literally a physical "device."

More importantly, however, the language of section 3117 assumes that the court has authority from some other source to order the installation of the device. Section 3117 only gives the court authority to authorize the use of such a device outside of the court's jurisdiction. This added benefit will rarely be an issue where a court issues a 2703(d) order for the collection of cell phone location information by a provider, since amendments in the USA PATRIOT Act assure that 2703(d) orders have nationwide effect. Moreover, a provider may well be able to execute such an order at one central point and not require the "use" of the device outside of the court's jurisdiction.

## II. Collection of Cell Phone Location Information Directly by Law Enforcement

Law enforcement possesses electronic devices that allow agents to determine the location of certain cellular phones by the electronic signals that they broadcast. This equipment includes an antenna, an electronic device that processes the signals transmitted on cell phone frequencies, and a laptop computer that analyzes the signals and allows the agent to configure the collection of information. Working together, these devices allow the agent to identify the direction (on a 360 degree display) and signal strength of a particular cellular phone while the user is making a call. By shifting the location of the device, the operator can determine the phone's location more precisely using triangulation.

Case 2:12-cv-01605-DLR-BSB   Document 38-1   Filed 07/23/13   Page 58 of 89

In order to use such a device the investigator generally must know the target phone's telephone number (also known as a Mobile Identification Number or MIN). After the operator enters this information into the tracking device, it scans the surrounding airwaves. When the user of that phone places or receives a call, the phone transmits its unique identifying information to the provider's local cell tower. The provider's system then automatically assigns the phone a particular frequency and transmits other information that will allow the phone properly to transmit the user's voice to the cell tower. By gathering this information, the tracking device determines which call (out of the potentially thousands of nearby users) on which to home in. While the user remains on the phone, the tracking device can then register the direction and signal strength (and therefore the approximate distance) of the target phone.

## A. Use of Law Enforcement Cell Phone Tracking Devices Prior to the USA PATRIOT Act of 2001

In 1994, the Office of Enforcement Operations opined that investigators did not need to obtain any legal process in order to use cell phone tracking devices so long as they did not capture the numbers dialed or other information "traditionally" collected using a pen/trap device. This analysis concluded that the "signaling information" automatically transmitted between a cell phone and the provider's tower does not implicate either the Fourth Amendment or the wiretap statute because it does not constitute the "contents" of a communication. Moreover, the analysis reasoned -- prior to the 2001 amendments -- that the pen/trap statute did not apply to the collection of such information because of the narrow definitions of "pen register" and "trap and trace device." Therefore, the guidance concluded, since neither the constitution nor any statute regulated their use, such devices did not require any legal authorization to operate.

## B. The Pen/Trap Statute, As Amended By The USA PATRIOT Act of 2001

Although the analysis remains unchanged with respect to the Fourth Amendment and the wiretap statute, substantial amendments to the definitions of "pen register" and "trap and trace device" in the USA PATRIOT Act alter the applicability of the pen/trap statute. The new definitions, on their face, strongly suggest that the statute now governs the use of such devices. Where the old definition of "pen register" applied only to "numbers dialed or otherwise transmitted," "pen register" now means

> a device or process which records or decodes dialing, routing, addressing, and signaling information transmitted by an instrument or facility from which a wire or electronic communication is transmitted....

18 U.S.C. § 3127(3). "Signaling information" is a broader term that encompasses other kinds of non-content information used by a communication system to process communications. This definition appears to encompass all of the non- content information passed between a cell phone and the provider's tower.

Similarly, the USA PATRIOT Act broadened the definition of "trap and trace device." Where before the definition included only "the originating number of an instrument or device," the new definition covers "the originating number or other dialing, routing, addressing, and signaling information reasonably likely to identify the source of a wire or electronic communication...." 18 U.S.C. § 3127(4). Like the definition of "pen register," this broader definition appears to include such information as the transmission of a MIN, which identifies the source of a communication.

Moreover, the scant legislative history that accompanied passage of the Act suggests Congress intended that the new definitions apply to all communications media, instead of focusing solely on

A "triggerfish" can also be used to determine the cell site being used by a particular cellular telephone. In addition, the cellular telephone company should be able to provide cell site information. Once a cell site is determined, law enforcement agents can conduct surveillance in a more specific area in an effort to identify the user of the cellular telephone.

**Practice note.** See pen register forms (305-308) on USABook at **http://10.173.2.12/usao/eousa/ole/usabook/drug/forms**.

USABook > Electronic Surveillance > Cell Site Simulators, Triggerfish, Cell Phones

A cell site simulator (sometimes called a digital analyzer, cell site locator, triggerfish, ESN reader, or swamp box) is a mobile device that can electronically force a cell phone to register its telephone number (MIN), electronic serial number (ESN), and information about its location, when the phone is turned on. This can be done without the user knowing about it, and without involving the cell phone provider.

Section 216 of the Patriot Act altered the definition of a pen register in 18 U.S.C. § 3127 (3) so that it includes these devices. Consequently, a pen register/trap and trace order must be obtained by the government before it uses such a device.

The use of a triggerfish to locate cellular telephones is an issue of some controversy. The Office of Enforcement Operations (OEO) encourages AUSAs to contact Mark Eckenwiler at (202) 616-0435 if they have questions or concerns.

**Note.** It may also be possible to flash the firmware of a cell phone so that you can intercept conversations using a suspect's cell phone as the bug. You don't even have to have possession of the phone to modify it; the "firmware" is modified wirelessly. This law enforcement tool was recently discussed in a Memorandum Opinion from SDNY, and has been getting a bit of news coverage lately. The authority for doing this can be found in 18 U.S.C. § 2518(11), but it sounds like something that you would not want to do without checking with OEO first.

See also:

- *Electronic Surveillance Manual* Chapter XIV

- Electronic Surveillance Issues

- *Federal Narcotics Prosecutions* § 3.16

- 76 ALR4th 536 ("Search and Seizure of Telephone Company Records Pertaining to Subscriber as Violation of Subscriber's Constitutional Rights")

- USABook topic pages: Electronic Surveillance; Pen Registers

updated 02/23/07

## ATTACHMENT 04

DANIEL RIGMAIDEN'S FIRST DECLARATION UNDER PENALTY OF PERJURY
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)


ATTACHMENT 04: United States Patent and Trademark Office,
*Trademark Reg. No. 2,534,253 [triggerfish]*
(registered Jan. 29, 2002), *all associated
documents available via search at*
http://tmportal.uspto.gov/external/portal/tow
(last accessed Mar. 11, 2011);

Trademark

| Serial Number |
| --- |
| (Text) |

|||||||||||||
76284647

AUG 2 9 2001
LAW OFFICE 113

## PROSECUTION HISTORY

| Entry | Date | Initials |
| --- | --- | --- |

NOP
11/06/01

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____
20. _____
21. _____
22. _____
23. _____
24. _____
25. _____
26. _____
27. _____
28. _____
29. _____
30. _____

☐ See inside of file for additional entries.

# NOTES TO THE FILE AND APPROVALS

| DATE | (All Entries Should Be Dated and Initialed) | INITIALS |
|------|---------------------------------------------|----------|
| 8/30/01 | Computer dictionaries. ∅ | T.V. |
| 8/30/01 | TICRS — 4 specimens — discussed w/ Bonnie accept TICRS. | T.V. |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## Post Registration

| Section 8 Accepted | | Renewal Granted | |
|---|---|---|---|
| (Signature) | (Date) | (Initials) | (Date) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Section 15 |
|---|
| Acknowledged |
| (Signature) |
| |

| Cancelled - Section 8 |
|---|
| (Date) |
| |

| Expired - Section 9 |
|---|
| (Date) |
| |



FORM PTO-102
5/99

Trademark

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

REG NUM: 2534253
REG DT: 01/29/2002
S/N 76/284647

76-284647

# TRIGGERFISH

TRIGGERFISH

PRINCIPAL

LAW OFFICE 103

76-284647

Tawanda Vanhorn

**FILING DATE**
July 13, 2001

**ORIGINAL APPLICANT**
Harris Corporation

**GOODS/SERVICES (CLASS 009)**
electronic surveillance receivers for in (ETC)

**FILING BASIS**
USE

**ORIGINAL CORRESPONDENT**
DONALD S. SHOWALTER

PUBLISHED
11/06/01

ATTORNEY ADVISOR: _____

| Approved for Publication (Principal Register) (Signature/Date) | | |
|---|---|---|
| Approved for Registration (Section (1)(d)) (Signature/Date)  8/30/01 | NOP | NOA |
| Approved for Registration (Supplemental Register) (Signature/Date) | ☐ Abandoned | (Date) |

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,534,253
Registered Jan. 29, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## TRIGGERFISH

HARRIS CORPORATION (DELAWARE COR-
    PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

    FOR: ELECTRONIC SURVEILLANCE RECEI-
VERS FOR INTERCEPTING AND MONITORING
CELLULAR NETWORK COMMUNICATIONS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-26-1997; IN COMMERCE 11-26-1997.

SER. NO. 76-284,647, FILED 7-13-2001.

TAWANDA VAN HORN, EXAMINING ATTORNEY

07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt #70

TRIGGERFISH™ 4000
PART NUMBER: 3039201-108
SERIAL NUMBER: 0226

Certifies to comply with the Limits for a Class A computing
device pursuant to Part 15 of the FCC Rules. See instructions
if interference to radio reception is suspected.

76284647

TICRS

07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70

Electronic Systems

TRIGGERFISH™ 4000
PART NUMBER: 5089201-103
SERIAL NUMBER: 0226

Certifies to comply with the Limits for a Class A computing
device pursuant to Part 15 of the FCC Rules.  See instructions
if interference to radio reception is suspected.

76284647

DONALD S. SHOWALTER                                    TMP&I
HOLLAND & KNIGHT LLP
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE FL 33301-1865



EL677104003US

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

MARK:  TRIGGERFISH
INTERNATIONAL CLASS:  009

To The Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

Harris Corporation ("Applicant"), is a Delaware corporation, having a place of business at 1025 West NASA Boulevard, Melbourne, Florida  32919.

Applicant has adopted, is using in interstate commerce and requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance receivers for intercepting and monitoring cellular network communications in International Class 009.

The mark was first used in connection with the above goods at least as early as November 26, 1997, was first used in interstate commerce at least as early as November 26, 1997, and is now in use in such commerce.

Three specimens depicting the mark as used in interstate commerce are enclosed.  The mark is used by being affixed to the goods and/or to the packaging for the goods.  The enclosed specimens are in the form of images, namely digital photographs, of the mark affixed to the goods.

The undersigned being warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the Applicant; that Applicant believes it is the owner of the mark sought to be registered; that the mark is in

use in commerce or, if the application is being filed under 15 U.S.C. 1051(b), he/she believes Applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that the specimens or facsimiles show the mark as used on or in connection with the goods or services; and that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

On behalf of Applicant, the undersigned hereby appoints Donald S. Showalter, Reg. No.: 33,033; Thomas L. Kautz, Reg. No.: 28,726; Leslie J. Hart, Reg. No.: 26,462; Michael S. Yatsko, Reg. No.: 28, 135; and Harry M. Fleck, Reg. No.: 24,704, its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark Office connected therewith. Please direct all telephone calls and correspondence to:

> Donald S. Showalter, Esquire
> Holland & Knight LLP
> One East Broward Blvd., Suite 1300
> Fort Lauderdale, FL 33301
> Phone: (954) 468-7879
> Fax: (954) 463-2030
> E-mail: dshowalt@hklaw.com

HARRIS CORPORATION

By _Michael S. Yatsko_

Michael S. Yatsko
Attorney Intellectual Property Dept.

Date 7/9/01

2

*TRADEMARK*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: July 13, 2001

Sir:

Transmitted herewith is an application for registration of:

Mark:                              TRIGGERFISH

In International Class(es):        009

On Behalf of Applicant:           Harris Corporation

Applicant is a:

____        citizen of _____.

____        partnership of _____.

__X__       corporation of __Delaware_____.

Attached hereto are:

__XX__  one executed application.

__XX__  one drawing (____ *formal*, __X__ *informal*).

__XX__  Three specimens for each International Class.

_____  Intent to Use Application - no specimens attached.

_____  A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class. The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

__XX__  The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870. The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

_____   A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

__XX__   An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

CERTIFICATION UNDER 37 C.F.R. 1.10

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on July 13, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL677104003US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

Francine A. Nienow
_____
typed or printed name of person mailing correspondence

FTL1 #543891 v4

2

TRADEMARK APPLICATION SERIAL NO. _ 76284647

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

07/18/2001 SMILSON1 00000047 000070   76284647
01 FC:361      225.00 CH

PTO-1555
(5/87)

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919


Date of First Use:          November 26, 1997

Date First Used
in Commerce:                November 26, 1997

For:                        electronic surveillance receivers for intercepting and
                            monitoring cellular network communications

Int. Class:                 009


# TRIGGERFISH



**07-13-2001**

U.S. Patent & TMOfc/TM Mail Rcpt Dt #70


FTL1 #548335 v1


PUBLISHED
11/06/01

**76284647**

3

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 10237 | N/A | 0 | 0 | 0:01 | "HARRIS'[ON] |
| 02 | 5798 | N/A | 0 | 0 | 0:06 | 1 NOT DEAD[LD] |
| 03 | 418 | N/A | 0 | 0 | 0:02 | "HARRIS CORPORATION"[ON] |
| 04 | 201 | 0 | 201 | 201 | 0:05 | 3 NOT DEAD[LD] |
| 05 | 2193 | N/A | 0 | 0 | 0:02 | *TR?{"GJ"}$1*[BI,TI] |
| 06 | 7382 | N/A | 0 | 0 | 0:02 | *F?S$1H*[BI,TI] |
| 07 | 8 | 3 | 5 | 5 | 0:01 | 5 AND 6 |
| 08 | 1114 | N/A | 0 | 0 | 0:05 | 5 NOT DEAD[LD] |
| 09 | 464 | N/A | 0 | 0 | 0:05 | 8 AND "009"[CC] |
| 10 | 170 | 0 | 170 | 170 | 0:06 | 9 AND ("009"[IC] A[IC] B[IC] 200[IC]) |
| 11 | 3612 | N/A | 0 | 0 | 0:05 | 6 NOT DEAD[LD] |
| 12 | 1826 | N/A | 0 | 0 | 0:06 | 11 AND "009"[CC] |
| 13 | 313 | 0 | 313 | 313 | 0:06 | 12 AND ("009"[IC] A[IC] B[IC] 200[IC]) |

Session started  8/30/01 2:41:56 PM
Session finished 8/30/01 2:52:39 PM
Total search duration 0:52 minutes
Session Duration 10:43 minutes

Default NEAR limit= 1 ADJ limit= 1

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 2,534,253
Registered Jan. 29, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## TRIGGERFISH

HARRIS CORPORATION (DELAWARE COR-
PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

FOR: ELECTRONIC SURVEILLANCE RECEI-
VERS FOR INTERCEPTING AND MONITORING
CELLULAR NETWORK COMMUNICATIONS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-26-1997; IN COMMERCE 11-26-1997.

SER. NO. 76-284,647, FILED 7-13-2001.

TAWANDA VAN HORN, EXAMINING ATTORNEY



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia 22202-3513

Oct 17, 2001

## NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   76/284,647

2. Mark:
   TRIGGERFISH

3. International Class(es):
   9

4. Publication Date:
   Nov 6, 2001

5. Applicant:
   Harris Corporation

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

> The Superintendent of Documents
> U.S. Government Printing Office
> PO Box 371954
> Pittsburgh, PA  15250-7954
> Phone: (202)512-1800

By direction of the Commissioner.

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919


Date of First Use:        November 26, 1997

Date First Used
in Commerce:              November 26, 1997

For:                      electronic surveillance receivers for intercepting and
                          monitoring cellular network communications

Int. Class:               009

# TRIGGERFISH



**07-13-2001**

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70


FTL1 #548335 v1

**76284647**

TRADEMARK APPLICATION SERIAL NO. _ **76284647**

## U.S. DEPARTMENT OF COMMERCE
## PATENT AND TRADEMARK OFFICE
## FEE RECORD SHEET

```
07/18/2001 SWILSON1 00000047 080870   76284647
01 FC:361      325.00 CH
```

*TRADEMARK*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: July 13, 2001

Sir:

Transmitted herewith is an application for registration of:

|  |  |
|---|---|
| Mark: | TRIGGERFISH |
| In International Class(es): | 009 |
| On Behalf of Applicant: | Harris Corporation |

Applicant is a:

_____ citizen of _____.

_____ partnership of _____.

__X__ corporation of __Delaware_____.

Attached hereto are:

__XX__ one executed application.

__XX__ one drawing (___ *formal*, __X__ *informal*).

__XX__ Three specimens for each International Class.

_____ Intent to Use Application - no specimens attached.

_____ A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class. The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

__XX__ The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870. The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870.  A duplicate copy of this sheet is attached.

_____    A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

**XX**    An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

---

**CERTIFICATION UNDER 37 C.F.R. 1.10**

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on July 13, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL67104003US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

Francine A. Nienow
_____
typed or printed name of person mailing correspondence

FTL1 #543891 v4

ZU□□□□□□□3US

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

MARK:  TRIGGERFISH
INTERNATIONAL CLASS:  009

To The Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

Harris Corporation ("Applicant"), is a Delaware corporation, having a place of business at 1025 West NASA Boulevard, Melbourne, Florida  32919.

Applicant has adopted, is using in interstate commerce and requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance receivers for intercepting and monitoring cellular network communications in International Class 009.

The mark was first used in connection with the above goods at least as early as November 26, 1997, was first used in interstate commerce at least as early as November 26, 1997, and is now in use in such commerce.

Three specimens depicting the mark as used in interstate commerce are enclosed.  The mark is used by being affixed to the goods and/or to the packaging for the goods.  The enclosed specimens are in the form of images, namely digital photographs, of the mark affixed to the goods.

The undersigned being warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the Applicant; that Applicant believes it is the owner of the mark sought to be registered; that the mark is in

use in commerce or, if the application is being filed under 15 U.S.C. 1051(b), he/she believes Applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that the specimens or facsimiles show the mark as used on or in connection with the goods or services; and that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

On behalf of Applicant, the undersigned hereby appoints Donald S. Showalter, Reg. No.: 33,033; Thomas L. Kautz, Reg. No.: 28,726; Leslie J. Hart, Reg. No.: 26,462; Michael S. Yatsko, Reg. No.: 28, 135; and Harry M. Fleck, Reg. No.: 24,704, its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark Office connected therewith.  Please direct all telephone calls and correspondence to:

> Donald S. Showalter, Esquire
> Holland & Knight LLP
> One East Broward Blvd., Suite 1300
> Fort Lauderdale, FL  33301
> Phone:  (954) 468-7879
> Fax:  (954) 463-2030
> E-mail:  dshowalt@hklaw.com

HARRIS CORPORATION

By _Michael S. Yatsko_____

Michael S. Yatsko
Attorney Intellectual Property Dept.

Date _7/9/01_____

2

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919


Date of First Use:        November 26, 1997

Date First Used
in Commerce:              November 26, 1997

For:                      electronic surveillance receivers for intercepting and
                          monitoring cellular network communications

Int. Class:               009


# TRIGGERFISH



**07-13-2001**

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70


FTL1 #548335 v1

**76284647**

3



07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70

TRIGGERFISH™ 4000
PART NUMBER: 3039301-103
SERIAL NUMBER: 0226

Certifies to comply with the Limits for a Class A computing device pursuant to Part 15 of the FCC Rules. See instructions if interference to radio reception is suspected.

76284647



07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70

Electronic Systems

**TRIGGERFISH™ 4000**
**PART NUMBER: 6039301-103**
**SERIAL NUMBER: 0226**

Certifies to comply with the Limits for a Class A computing device pursuant to Part 15 of the FCC Rules. See instructions if interference to radio reception is suspected.

76284647

07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70

Electronic System

TRIGGERFISH™ 4000
PART NUMBER: 8039301-103
SERIAL NUMBER: 0226

Certifies to comply with the Limits for a Class A computing
device pursuant to Part 15 of the FCC Rules.  See instructions
if interference to radio reception is suspected.

76284647



07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70

*Electronic Systems*

# TRIGGERFISH™ 4000
## PART NUMBER: 5039201-103
## SERIAL NUMBER: 0226

Certifies to comply with the Limits for a Class A computing device pursuant to Part 15 of the FCC Rules. See instructions if interference to radio reception is suspected.

76284647