fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

____ A certified copy of Reg. No. ____________ in the country of ____________, dated ______________, as required for an application based on a foreign registration.

XX An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By ______________________
Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida 33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

CERTIFICATION UNDER 37 C.F.R. 1.10

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on August 21, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL626297106US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

______________________
Signature of person mailing correspondence

Francine A. Nienow
typed or printed name of person mailing correspondence

FTL1 #543891 v12

EL626297106US

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark: STINGRAY

International Class: 009

To the Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Sir:

Harris Corporation (Applicant"), a Delaware corporation, located and doing business at 1025 West NASA Boulevard, Melbourne, Florida 32919.

Applicant requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance transceivers for tracking, locating and gathering information from cellular telephones in International Class 009.

Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods, pursuant to 15 U.S.C. §1051(b) as amended, by applying the mark to the goods and/or on the packaging for the goods.

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the Applicant; he believes the Applicant to be the owner of the mark sought to be registered, or, if

the application is being filed under 15 U.S.C. 1051(b), he believes Applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true and that all statements made on information and belief are believed to be true.

The undersigned hereby appoints Donald S. Showalter (R. No. 33,033); Thomas L. Kautz (R. No. 28,726); Leslie J. Hart (R. No. 26,462); Harry M. Fleck (R. No. 24,704) and Michael S. Yatsko (R. No. 28,135), its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark office connected therewith. Please direct all telephone calls and correspondence to:

Donald S. Showalter, Esquire
Holland & Knight LLP
One East Broward Boulevard, Suite 1300
Fort Lauderdale, Florida 33301
Phone (954) 468-7879
Fax: (954) 463-2030
E-mail: dshowalt@hklaw.com

HARRIS CORPORATION

By Michael S. Yatsko
Michael S. Yatsko, Esquire
Sr. Intellectual Property Counsel

Date 8/14/01

FTL1 #554328 v2

08-22-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #11

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida 32919

For: Electronic surveillance transceivers for tracking, locating and gathering information from cellular telephones

Int. Class: 009

# STINGRAY

76303503

EL626297106US

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark:  STINGRAY

International Class: 009

To the Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

Harris Corporation (Applicant"), a Delaware corporation, located and doing business at 1025 West NASA Boulevard, Melbourne, Florida  32919.

Applicant requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance transceivers for tracking, locating and gathering information from cellular telephones in International Class 009.

Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods, pursuant to 15 U.S.C. §1051(b) as amended, by applying the mark to the goods and/or on the packaging for the goods.

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the Applicant; he believes the Applicant to be the owner of the mark sought to be registered, or, if

the application is being filed under 15 U.S.C. 1051(b), he believes Applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true and that all statements made on information and belief are believed to be true.

The undersigned hereby appoints Donald S. Showalter (R. No. 33,033); Thomas L. Kautz (R. No. 28,726); Leslie J. Hart (R. No. 26,462); Harry M. Fleck (R. No. 24,704) and Michael S. Yatsko (R. No. 28,135), its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark office connected therewith. Please direct all telephone calls and correspondence to:

Donald S. Showalter, Esquire
Holland & Knight LLP
One East Broward Boulevard, Suite 1300
Fort Lauderdale, Florida 33301
Phone (954) 468-7879
Fax: (954) 463-2030
E-mail: dshowalt@hklaw.com

HARRIS CORPORATION

By Michael S. Yatsko
Michael S. Yatsko, Esquire
Sr. Intellectual Property Counsel

Date 8/14/01

FTL1 #554328 v2

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: August 21, 2001

Sir:

Transmitted herewith is an application for registration of:

| | |
|---|---|
| Mark: | STINGRAY |
| In International Class(es): | 009 |
| On Behalf of Applicant: | Harris Corporation |

Applicant is a:

____ citizen of ____________________.

____ partnership of ________________.

_X_ corporation of _Delaware_____________.

Attached hereto are:

_XX_ one executed application.

_XX_ one drawing (____ *formal*, _X_ *informal*).

______Three specimens for each International Class.

_XX_ Intent to Use Application - no specimens attached.

______A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class. The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

_XX_ The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870. The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

____ A certified copy of Reg. No. ____________ in the country of ____________, dated ______________, as required for an application based on a foreign registration.

XX An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By ______________________
Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida 33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

CERTIFICATION UNDER 37 C.F.R. 1.10

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on August 21, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL626297106US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

______________________
Signature of person mailing correspondence

Francine A. Nienow
typed or printed name of person mailing correspondence

FTL1 #543891 v12

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

____ A certified copy of Reg. No. __________ in the country of __________, dated ____________, as required for an application based on a foreign registration.

XX An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By____________________
Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida 33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

CERTIFICATION UNDER 37 C.F.R. 1.10

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on August 21, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL626297106US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

____________________
Signature of person mailing correspondence

Francine A. Nienow
typed or printed name of person mailing correspondence

FTL1 #543891 v12

76303503

TRADEMARK APPLICATION SERIAL NO.

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

08/27/2001 SWILSON 00000206 000670 76303503

01 FC:361 325.00 CH

PTO-1555
(5/87)

*U.S. Government Printing Office: 2000 — 466-232/29119

08-22-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #11

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida 32919

FILING DATE CHANGED
TO: 8/21/01
BY OFFICE OF THE COMMISSIONER
FOR TRADEMARKS
APPROVED BY: KW

For: Electronic surveillance transceivers for tracking, locating and gathering information from cellular telephones

Int. Class: 009

# STINGRAY

PUBLISHED
10/22/02

76303503

**ATTACHMENT 06**

DANIEL RIGMAIDEN'S FIRST DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 06: Durham, NC, USA, *City Council Agenda No. 7503 (Harris Sole Source Vendor Justification letter)*, Sept. 29, 2011, p. 1, *available at* http://www.durhamnc.gov/agendas/2010/cws20110103/251951_7503_342363.pdf (last accessed: Mar. 9, 2011);



HARRIS CORPORATION

Government Communications
Systems Division
Wireless Products Group
4100 Lafayette Center Drive
Chantilly, VA USA 20151
phone 1-571-246-7450
e-mail: michael.dillon@harris.com
www.harris.com

**September 29, 2010**

Kisha Ethridge
Grants Manager
Durham Police Department
505 West Chapel Hill St.
Durham, NC 27701

**RE: RayFish® Sole Source Justification**

Harris Government Communications Systems Division, via its Wireless Products Group (WPG) in Melbourne, FL, offers a comprehensive line of wireless surveillance and tracking equipment, plus training and maintenance, for exclusive utilization by Government and Law Enforcement Agencies. Harris WPG developed and owns the equipment designs, but does sub-contract the electronic board assemblies, functional testing of those assemblies, and chassis integration. Harris WPG adds application specific, proprietary software, and conducts final testing on the chassis prior to shipment to the customer. Harris WPG has also developed specialized training courses for the operation and use of the RayFish equipment.

The Harris RayFish® product line includes the StingRay II, StingRay, and KingFish systems, which are compatible with the CDMA2000, GSM, and iDEN (Nextel) protocols. The Harris StingRay and KingFish systems are the only cooperative portable/man-portable standard +12VDC powered/battery powered multi-protocol surveillance systems currently available. When interfaced with the optional Harris AmberJack DF antenna, supported mapping software, laptop PC controller, and the Harris 25-Watt power amplifier kit, the StingRay can perform vehicular-based operations. The transportability and standard +12VDC vehicular power features of the Harris StingRay and AmberJack, and the battery-powered features of the KingFish are unique for tactical mission needs.

The StingRay and KingFish are quoted with software and accessories that are required in order to perform missions. These include the cable assemblies, power supplies, antennas, laptop PC controller, power amplifiers, handheld DF antenna, AmberJack DF antenna, and protocol software.

Harris also sells training on the use of the RayFish product line and accessories. Standard training sessions are 2 days per class with a maximum class size of 4 students. One-year maintenance agreements are included with all Harris WPG Products. Maintenance agreements include the following:

- Customer telephone support (8AM – 6PM EST)
- Hardware warranty
- Notification and access to software upgrades as they are released

Harris WPG is your only source and distributor for the StingRay II, StingRay and AmberJack vehicular-based systems, and the KingFish man-portable and dual-mode systems, and compatible accessories, authorized training and maintenance. Harris may provide equipment through a designated vehicle integrator when needed and arranged.

If you require any additional information, please don't hesitate to call me at (571) 246-7450.

Sincerely,

Michael E. Dillon
Major Account Manager Wireless Products Group
Harris Corporation

**ATTACHMENT 07**

DANIEL RIGMAIDEN'S FIRST DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 07: 1xEV-DO Rel. 0, CELL SITE EMULATOR, & GEOLOCATION EXPERT REPORT RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.), By: Daniel David Rigmaiden (May 29, 2013);

# 1xEV-DO Rel. 0, CELL SITE EMULATOR, & GEOLOCATION

# EXPERT REPORT

RE:

*The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.)*

By:

*Daniel David Rigmaiden*

*May 29, 2013*

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

## Table of Contents

I. Introduction....................1

II. Summary Of Conclusions....................3

III. Technical Explanations....................11

A. Electromagnetic radiation in the radio frequency band....................11

B. The 1xEV-DO cellular communications system deployed by Verizon Wireless....................15

1. Origins of the 1xEV-DO cellular communications system....................15

2. Basic hardware elements of a 1xEV-DO Rel. 0 compatible cellular data network....................23

a. The Access Terminal (AT)....................23

b. The Access Network (AN)....................27

c. Access Networks (a.k.a. cell sites) in the geolocation context....................30

3. How relevant 3GPP2 technical standards dictate communications between a 1xEV-DO Rel. 0 Access Terminal and a 1xEV-DO Rel. 0 Access Network....................32

a. Over-the-Air Service Provisioning (OTASP) and Over-the-Air Parameter Administration (OTAPA)....................32

b. Access Terminal Initialization State procedures: identifying and acquiring a 1xEV-DO Rel. 0 Access Network after initial power-on....................38

i. Network Determination Substate....................39

ii. Pilot Acquisition Substate....................41

iii. Synchronization Substate....................45

c. Access Terminal Idle State procedures: preparing to open a connection and opening a connection with a 1xEV-DO Rel. 0 Access Network....................47

i. Receiving, processing, and storing to internal storage the Access

Network's Overhead Messages....47

ii. Transmission of Access Probes to the Access Network to initiate session establishment and open a connection....51

iii. Establishing an open session with the Access Network....56

iv. Application of encryption and authentication keys for use in the security layer....60

v. Obtaining identifying information from Access Terminal hardware using the HardwareIDRequest message....68

vi. Opening a connection with the Access Network....69

d. Using the Default Route Update Protocol to scan for additional pilots, facilitate sector Route Updates, and send Route Update messages....76

i. Operations of the Default Route Update Protocol specific to the Idle State....78

ii. Operations of the Default Route Update Protocol specific to the Connected State....81

e. Open-loop and closed-loop power control of Access Terminal transmissions....84

i. Reverse Access Channel power control....85

ii. Reverse Traffic Channel power control....87

f. Synchronization and timing of transmitted signals....89

g. Relevant miscellaneous 1xEV-DO Rel. 0 cellular data network operations....91

i. Signal interference....91

ii. Hybrid Access Terminal operations for non-telephones, e.g., aircards....93

C. Explanation of the term "triangulation" applicable to geolocation of radio frequency (RF) signals....97

D. Cell site information and its use in geolocating wireless devices....101

1. Explanation of the term "cell site information."....101

2. Use of statistical databases containing historical cell site location information to determine a wireless device location signature....103

3. Cell site triangulation of a wireless device using cell site location information....106

E. Global Positioning System (GPS)....109

F. Explanation of the term "mobile tracking device."....112

G. Air interface surveillance equipment with an emphasis on geolocation of wireless devices....113

1. Detailed description of the Harris RayFish line of portable/transportable wireless device locators, i.e., the StingRay, KingFish, and related equipment....118

a. Geolocation measurement techniques used by the StingRay and KingFish while triangulating the location of a wireless device....125

i. Signal time-of-flight (TOF) measurements to calculate distance (a.k.a. range)....125

ii. Signal strength measurements to calculate distance (a.k.a. range)....128

iii. Signal angle-of-arrival (AOA) measurements to calculate direction (via a phased array antenna)....130

iv. Weighting collected geolocation data and using statistical functions (e.g., average, mean, median, mode, etc.)....134

v. Data fusion of calculated geolocation measurements....135

b. Radio signal and data collection methods used by the StingRay and KingFish while triangulating the location of a wireless device....136

i. Base station surveys....136

ii. Cell site emulation and forced connection handoff....137

iii. Downloading data from wireless device internal storage....139

iv. Transmitting interrogation signals in order to force reply signals....141

v. Approach method for triangulation....142

vi. Forced transmission power increase....144

H. The FBI Digital Collection Program....145

1. Digital Collection Systems....146

2. DCSNET....148

3. The technical specifications outlined in the Telecommunications Industry Association, TIA/EIA/J-STD-025A, Lawfully Authorized Electronic Surveillance....152

4. Digital Collection System 3000 (DCS-3000) server....155

5. DCS-3000 CDNRS Files....160

6. Telephone Applications System....162

7. FBI Cell Site Database....163

8. FBI Wireless Intercept and Tracking Team (WITT)....166

IV. How The Aircard Was Intruded Upon....170

A. Prerequisite background information....171

1. General background information on the aircard, host laptop computer, aircard account, and aircard service....171

2. Basis for concluding that the government used the Harris StingRay, KingFish, and related equipment to locate the aircard and its user....174

a. The government admitted that FBI technical agents used the Harris StingRay to locate the aircard....174

b. Heuristics and process of elimination confirms that FBI technical agents used the Harris StingRay, KingFish and AmberJack to locate the aircard....178

B. The government's mission to locate the aircard and its user within a private home residence....181

1. The government identified the aircard and seized destination IP addresses relating to the aircard user's Internet activity....181

2. The government seized aircard historical cell site location information and conducted historical triangulation / location signature techniques....184

3. The primary case agents flew from Arizona to California to triangulate the precise location of the aircard and its user....192

4. The FBI technical agents began the real-time portion of the aircard locating mission by conducting base station surveys of all cell sites located in the area covered by the cell tower range chart/map....193

5. The FBI technical agents had Verizon Wireless reprogram and write data to the aircard so that it would be compatible with the Harris StingRay and KingFish....195

6. The FBI used the SF-Martinez DCS-3000 Pen/Trap device to obtain real-time cell site sector location information to narrow the geographical area of where to use the StingRay, KingFish, and related equipment....201

7. The FBI obtained additional real-time aircard data from Verizon Wireless through means other than the SF-Martinez DCS-3000 Pen/Trap device....206

8. The FBI's surreptitious phone calls booted the aircard off the Internet so that the

FBI's StingRay and related equipment could hijack the aircard's signal from Verizon Wireless....207

9. The FBI technical agents used the Harris StingRay, KingFish, and related equipment to locate the aircard precisely inside apartment No. 1122....211

a. Cell site emulation and forced connection handoff....211

b. The FBI repeatedly wrote data to the aircard using its StingRay....212

c. The StingRay deactivated 1xEV-DO Rel. 0 security layer encryption during session establishment causing the aircard's signals to be transmitted in plaintext and exposed to third-parties....214

d. The FBI used its StingRay to download data stored on the aircard's internal storage device (i.e., the aircard's Electronic Serial Number (ESN))....215

e. The FBI used the StingRay to send location finding interrogation signals into apartment No. 1122 and into the aircard in order to search out the location of the aircard and its user....216

f. The FBI collected the aircard's signal transmissions sent in response to the location finding interrogation signals sent to the aircard by the FBI via the StingRay....218

g. In order to determine the location of the aircard and its user, the FBI conducted triangulation techniques on the aircard's location finding response signals collected by the StingRay....218

h. The FBI technical agents used the KingFish within the Domicilio apartment complex to pinpoint the exact location of the aircard and its user within apartment No. 1122....221

i. Whenever the aircard was connected to either the StingRay or KingFish, the FBI denied the aircard access to the Internet (i.e., a denial-of-service attack)....222

j. The FBI's StingRay and KingFish relied upon the electricity provided to the aircard by its user....223

k. The FBI's StingRay and KingFish sent the aircard commands instructing it to increase its signal transmission power to facilitate more effective geolocation....224

V. Daniel Rigmaiden's Expert Qualifications....225

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

I, Daniel David Rigmaiden, declare[1] the following [May 29, 2013]:

## I. Introduction

I am the defendant in United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz. "[A] party who is otherwise qualified as an expert may testify as an expert witness in his own case regardless of concerns that the party is plainly self-interested."[2] This declaration explains the independent operations of the FBI's cell site emulators, *etc.* used to intrude upon and locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden. The need for this declaration arises from the government's withholding of discoverable evidence relating to the cell site emulators used during the investigation leading to United States v. Rigmaiden. This declaration is separated into five sections: (1) Introduction, (2) Summary Of Conclusions, (2) Technical Explanations, (3) How The Aircard Was Intruded Upon, and (4) Daniel Rigmaiden's Expert Qualifications. Other than for Section V, the information provided in this declaration is taken from the *Technical Explanations* and *General Facts* section of my *Motion To Suppress* (Dkt. #824-1, Jun. 4, 2012), in United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz.

The noted information is now being provided in declaration form considering the district court in United States v. Rigmaiden refused to apply (1) the government's concession that "the

1. This declaration is being submitted under the protections of *Simmons*. *See* Simmons v. United States, 390 U.S. 377, 394 (1968) (Holding that "when a defendant testifies in support of a motion to suppress evidence on Fourth Amendment grounds, his testimony may not thereafter be admitted against him at trial on the issue of guilt unless he makes no objection."). I object to the government attempting to introduce this declaration as evidence at trial.

2. Masterson Marketting, Inc. v. KSL Recreation Corp., 495 F. Supp. 2d 1044, 1050 (S.D.Cal. 2007).

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

aircard tracking operation was a Fourth Amendment search and seizure[,]"[3] and (2) the government's concession and agreement to not contest my identification and classification of the various **independent** operations conducted by the StingRay and KingFish as being **separate** Fourth Amendment searches and/or seizures.[4] Rather than having applied the government's concessions when ruling on suppression issues,[5] the Court instead found that the FBI's use of the StingRay and KingFish to locate the aircard "was not a 'severe intrusion[,]'" *id.*, p. 13, and that the independent Fourth Amendment searches and seizures that I identified were merely "details of the device's operation [][and] clearly concern the manner in which the search was to be executed, something that need not be stated with particularity in the warrant." *Id.*, p. 27. In other words, the Court refused to apply the established "general assumption going into this motion... that intrusiveness is not an issue[]"[6] and that the government would not be permitted to make arguments to the likes of, "[w]ell, **that part** of what we did isn't a search because it's not intrusive."[7] Rather than find that each **part** was sufficiently intrusive to be a **separate** Fourth Amendment search and/or seizure—as was agreed on January 27, 2012—the Court instead found that my "efforts to parse the warrant requirement further are no more

---

3. United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., *Government's Memorandum Re Motion For Discovery* (Dkt. #674, p. 1).

4. *See* United States v. Rigmaiden, CR08-814-PHX-DGC, *January 27, 2012 Status Conference, Partial Transcript of Proceedings*, p. 13-23.

5. *See* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., *Court's May 8, 2013 Order* (Dkt. #1009).

6. United States v. Rigmaiden, CR08-814-PHX-DGC, *January 27, 2012 Status Conference, Partial Transcript of Proceedings*, [THE COURT], p. 25.

7. *Id.* (emphasis added).

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

persuasive here than were the defendants' similar efforts in *Dalia* and *Brooks*."[8]

Because the Court ignored the established concessions and is effectively requiring me to meet a higher burden of proof, I am submitting this declaration for the record[9] in support of **(1)** *Motion To Suppress* (Dkt. #824-1), **(2)** *Motion For Reconsideration Of Portions Of Court's Order At Dkt. #1009 RE: Fourth Amendment Suppression Issues* (Dkt. #1033), **(3)** *Motion For Reconsideration Of Portions Of Court's Order At Dkt. #723 RE: Discovery Of StingRay And KingFish Evidence* (Dkt. #1037), and **(4)** *Motion Requesting Evidentiary Hearing To Settle Contested Issues Of Fact RE: Motions For Reconsideration Of Motion To Suppress And Motion For Discovery* (Dkt. #1038) in United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz.

## II. Summary Of Conclusions

Based on Sections III and IV, *infra*, of this declaration, I was able to make the following summarized technical conclusions relating to the government intrusions upon the aircard, *etc.*:

1. The aircard (*i.e.*, the UTStarcom PC5740 Broadband Connection Card) is a High Rate Packet Data (HRPD) 1xEV-DO Rel. 0 Access Terminal with hybrid 1xRTT text message and 1xRTT low rate data service capabilities.

---

8. United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., *Court's May 8, 2013 Order* (Dkt. #1009, p. 27).

9. The Court also denied my *Ex Parte Motion To Appoint 1xEV-DO Rel. 0, Etc. Expert To Defense* (Dkt. #866, CR08-814-PHX-DGC). *See* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., *Court's August 10, 2012 Order*, p. 1 (Dkt. #871) (denying motion for appointment of expert because, among other reasons, the proposed expert "has confirmed that Defendant's detailed technical arguments in the motion to suppress are correct[.]").

- 3 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

2. The aircard hardware is incapable of ringing or alerting to an incoming call and it does not allow for placing or receiving telephone calls (*i.e.*, wire communications). The aircard is not able to receive incoming voice calls or react to incoming voice pages under its factory configuration.

3. When accessing cell sites to receive wireless service, the aircard does not engage in "registration" as do cellular phones; instead, the aircard engages in "session establishment" and conducts "route updates,"

4. The aircard is a computer hardware "add-on card" that can only function when plugged into the PCMCIA slot of a host laptop computer.

5. In order to function, the aircard draws power from the host laptop computer, stores data on the hard drive of the host laptop computer, and its functions and operations are accessed through software installed on the host laptop computer.

6. The aircard was used to access the Verizon Wireless 1xEV-DO Rel. 0 data network and Verizon Wireless 1xRTT data network.

7. The aircard was not capable of generating real-time cell site location information when accessing the Verizon Wireless 1xEV-DO Rel. 0 and 1xRTT data networks.

8. Under its factory configuration, the aircard could not access the Verizon Wireless 1xRTT voice network.

9. Case agents identified the aircard hardware by tracing IP addresses that were temporarily assigned to the aircard by Verizon Wireless for the purpose of accessing the Internet through a Verizon Wireless aircard account.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

10. Once identified, agents obtained 38 days of the aircard's historical cell site location information from Verizon Wireless and then used it to narrow the location of the aircard to an area covering *105,789,264 ft²*.

11. Using the historical cell site location information as the input data, the FBI employed triangulation techniques and location signature techniques to reduce the *105,789,264 ft²* location estimate by 93.9%, *i.e.*, to a *6,412,224 ft²* area.

12. After narrowing the historical aircard location to a *6,412,224 ft²* area, FBI technical agents had Verizon Wireless reprogram and write data to the aircard so that it would (1) recognize and connect to the FBI's cell site emulators, and (2) respond to the FBI's silent phone calls intended to force the aircard to drop its 1xEV-DO Rel. 0 data connection and generate real-time cell site sector location information via a 1xRTT voice connection.

13. After the reprogramming of the aircard, FBI technical agents made 32 silent phone calls (*i.e.*, pings) to the aircard over a six hour period. Considering the aircard is not a telephone and does not have telephone service or telephone hardware, the FBI's silent phone calls did not cause the aircard to "ring" and otherwise did not cause the aircard to notify the user that the FBI was calling the aircard.

14. Each of the FBI's 32 silent voice calls (over the noted six (6) hour period) forced the aircard to drop its 1xEV-DO Rel. 0 data connection (*i.e.*, a denial-of-service attack). After each silent voice call, the aircard was denied access to the Internet until a reconnection to the 1xEV-DO Rel. 0 data network could be attempted and established by the aircard user via the host laptop computer.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

15. Each of the FBI's 32 silent voice calls also caused the aircard to generate and transmit real-time cell site sector location information to a 1xRTT Verizon Wireless cell site over a 1xRTT voice connection. Verizon Wireless then forwarded the real-time geolocation data to the FBI's SF-Martinez DCS-3000 Pen/Trap device via a connection from a Verizon Wireless network switch to the FBI DCS network.

16. Verizon Wireless buffered the aircard's real-time cell site sector location information prior to transmission but did not first record and store the data prior to forwarding it to the FBI, *i.e.*, there was no transmission "after receipt and storage."

17. FBI technical agents used the aircard's real-time cell site sector location information to narrow the geographical area of where to precisely search for the aircard. In order to pinpoint the exact location of the aircard, FBI technical agents used the Harris brand StingRay (vehicle-transportable cell site emulator), Harris brand KingFish (hand-held man-portable cell site emulator), Harris brand AmberJack (phased array beam-forming antenna), and related cell site emulator equipment.

18. After each silent voice call placed to the aircard, FBI technical agents operated the vehicle-transportable StingRay with AmberJack antenna in the geographical area identified by the aircard's real-time cell site sector location information. Using the StingRay, FBI technical agents broadcast an emulated 1xEV-DO Rel. 0 data network signal in hopes that the aircard would detect the network as preferable and conduct an Idle State Route Update (*i.e.*, handoff) to the StingRay during one of the reconnect attempts following each dropped Verizon Wireless 1xEV-DO Rel. 0 data connection caused by the FBI's silent phone calls.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

19. After the 32nd silent voice call, the aircard's attempt to reestablish the dropped Verizon Wireless 1xEV-DO Rel. 0 data connection resulted in the aircard establishing a 1xEV-DO Rel. 0 data connection with the FBI's StingRay. The StingRay was able to hijack the aircard's signal from Verizon Wireless and secretly send/receive signals to/from the aircard while portraying itself as a Verizon Wireless cell site.

20. FBI technical agents had the StingRay write data to the aircard's internal storage device. The data written to the aircard corresponded directly to the StingRay and would not have been written to the aircard by the Verizon Wireless network.

21. FBI technical agents had the StingRay deactivate 1xEV-DO Rel. 0 security layer encryption while communicating with the aircard. Because the FBI failed to implement standard security layer encryption over the air interface, the aircard's signals containing private information (*e.g.*, the ESN via the HardwareIDRequest message, geolocation data, *etc.*) were exposed to third-parties over the air interface.

22. FBI technical agents used the StingRay to download data stored on the aircard's internal storage device (*i.e.*, the aircard's Electronic Serial Number (ESN)).

23. FBI technical agents used the StingRay to send location finding interrogation signals through the walls of private areas and into the aircard in order to search out the location of the aircard and its user. The StingRay transmitted specially crafted location finding interrogation signals to the aircard. In response to the location finding interrogation signals, the aircard responded by sending location finding response signals which were used by the StingRay for geolocation calculations.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

24. While using the StingRay during interrogation, FBI technical agents used the AmberJack phased array beam-forming antenna to transmit a highly directional and concentrated beam of location finding interrogation signals into apartment No. 1122 and other private areas. The AmberJack antenna is different from cell site antennas in the effect that it is capable of facilitating highly precise angle-of-arrival measurements in order to obtain a line-bearing to a target wireless device.

25. FBI technical agents collected the aircard's signal transmissions sent in response to the location finding interrogation signals sent to the aircard by the FBI via the StingRay. The signals in question were generated and transmitted by the aircard upon the StingRay's specific instruction (via the location finding interrogation signals) and would not have been transmitted during the aircard's communications with actual Verizon Wireless cell sites.

26. In order to determine the location of the aircard and its user, FBI technical agents conducted triangulation techniques on the aircard's location finding response signals collected by the StingRay. FBI technical agents engaged in active approach to facilitate triangulation of the collected location finding response signals transmitted by the aircard. The active approach method involves using the StingRay in cell site emulator mode to collect and measure location finding response signals at one location and then repeatedly moving the StingRay to new locations for additional collection and measurement.

27. FBI technical agents conducted numerous geolocation measurements on collected aircard signals. The geolocation measurement techniques included time-of-flight, power-distance, angle-of-arrival, statistical functions, and data fusion. The geolocation measurement

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

techniques used by FBI technical agents meet the definition of triangulation in the geolocation context.

28. Shortly before 4:45pm on July 16, 2008, FBI technical agents were able to triangulate the location of the aircard and its user as being somewhere within the Domicilio apartment complex in Santa Clara, CA.

29. Once the location of the aircard and its user was narrowed to a geographical area including the Domicilio apartment complex, FBI technical agents stopped using the StingRay and began using the second cell site emulator, *i.e.*, the hand-held man-portable KingFish.

30. Because geolocation evidence was destroyed by the FBI, the precise geographical and temporal point at which FBI technical agents stopped using the StingRay and started using the KingFish in unknown. It is known, however, that the StingRay first narrowed the location of the aircard to a geographical area which included the Domicilio apartment complex. This area may have been larger or smaller than the entirety of the Domicilio property.

31. The KingFish operates nearly identical to the StingRay with the only relevant difference being that it is a man-portable wireless device locator, as apposed to a vehicle-transportable wireless device locator, and is capable of locating wireless devices more accurately than the StingRay. Therefore, all of the independent operations conducted during use of the StingRay were repeated by FBI technical agents during use of the KingFish.

32. The KingFish was used by FBI technical agents on foot within the the Domicilio property. Using the KingFish, FBI technical agents were able to pinpoint the precise location of the aircard and its user as being within apartment No. 1122 of the Domicilio apartment

- 9 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

complex.

33. Whenever the aircard was connected to either the StingRay or KingFish, FBI technical agents denied the aircard access to the Internet (*i.e.*, a denial-of-service attack). Because the StingRay and KingFish are not capable of forwarding communications content to Verizon Wireless, the aircard user was not provided with any Internet access service. Using the StingRay and KingFish, FBI technical agents conducted a denial-of-service attack on the aircard for nearly 10 hours.

34. The StingRay and KingFish relied upon the electricity provided to the aircard by its user. Because FBI technical agents were forcing the aircard to generate and transmit radio waves that were subsequently collected and decoded by their surveillance equipment, the FBI was relying upon (*i.e.*, using) the electricity being provided to the aircard.

35. FBI technical agents had the StingRay and KingFish send the aircard commands instructing it to increase its signal transmission power to facilitate more effective geolocation. In order to more precisely search for and locate the aircard while using the StingRay and KingFish, FBI technical agents sent RPC bits to the aircard causing it to transmit at a higher power. This increase in transmission power increased the amount of electricity hijacked from the host laptop computer and ultimately from apartment No. 1122.

36. Approximately 18 days after the aircard was located, *i.e.*, shortly after my arrest, FBI technical agents destroyed all of the real-time geolocation data and other data collected by the StingRay and KingFish.

- 10 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

## III. Technical Explanations

The proceeding subsections provide detailed technical information on communications protocols, geolocation techniques, surveillance equipment, surveillance programs, and investigative methods used by the government to intrude upon and locate wireless devices.[10] This background information is required in order to sufficiently understand how the UTStarcom PC5740 aircard was, searched, seized, and located in the investigation leading to United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz.

### A. Electromagnetic radiation in the radio frequency band.

Radio waves are one type of electromagnetic radiation within the electromagnetic spectrum. "The electromagnetic spectrum contains radio waves, microwaves, light, x-rays, and gamma rays."[11] "Every wave has three different properties: (1) wavelength (a spatial measurement), (2) frequency (a temporal measurement), and (3) energy (or equivalently mass)."[12] "We can always find the frequency of a wave if we know its wavelength. Or, if we know the frequency, we can find its wavelength. The reason is that the frequency multiplied by the wavelength of a wave must always give a product equal to the velocity of light. This is true

10. The facts contained in this section are meant to reflect a "snapshot" of how the technology existed as of July of 2008—even while some newer technical sources are cited.

11. The Southwestern Company, *The Volume Library: A Modern, Authoritative Reference for Home and School Use*, "Wave theory" (Nashville, TN: The Southwestern Company, 1989), p. 460 (diagram labeled "Electromagnetic Spectrum").

12. Boatmun, Dewey L., *Quantum World: The Wave Nature of Our Universe* (Xlibris Corporation, 2010), p. 63.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

of all electromagnetic waves."[13] In radio communications, electromagnetic waves are classified in terms of frequency.[14] For example, the specific radio frequencies licensed to Verizon Wireless for its cdma2000 based cellular network (*e.g.*, 1xRTT, 1xEV-DO, *etc.*) in the San Jose, CA market area are (1) 835 - 845 MHz paired with 880 - 890 MHz and 846.5 - 849 MHz paired with 891.5 - 894 MHz;[15] and (2) 1850 - 1865 MHz and 1930 - 1945 MHz.[16][17]

13. Lapp, Ralph E., "Radiation," *The World Book Encyclopedia*, Q-R, Volume 15 (Chicago, IL: Field Enterprises Educational Corporation, 1962), p. 76.

14. For a "spectrum activity"chart showing *some* electromagnetic frequencies used by modern day radio communication systems, *see* Thales [PDF presentation], "New solutions for massive monitoring", *ISS World Europe*, p. 4 (Oct. 3, 2008), *available at* http://wikileaks.org/spyfiles/files/0/40_200810-ISS-PRG-THALES.pdf (last accessed: Apr. 10, 2012); *see also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 058 of *2nd Consolidated Exhibits* (Dkt. #821-3) ("spectrum activity" chart attached).

15. *See* FCC [website], *ULS License - Cellular License - KNKA211 - GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP*, http://wireless2.fcc.gov/UlsApp/UlsSearch/license.jsp?licKey=12154 (last accessed: Mar. 4, 2012); FCC [website], *ULS License - Cellular License - KNKA211 - GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP – Frequencies*, http://wireless2.fcc.gov/UlsApp/UlsSearch/frequenciesCell.jsp?licKey=12154&channelBlock=B (last accessed: Mar. 4, 2012); *see also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 059 of *2nd Consolidated Exhibits* (Dkt. #821-3) (license documents attached).

16. *See* FCC [website], *ULS License - PCS Broadband License - WQIQ264 - Verizon Wireless Telecom Inc.*, http://wireless2.fcc.gov/UlsApp/UlsSearch/license.jsp?licKey=3003123 (last accessed: Apr. 9, 2012); *see also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 060 of *2nd Consolidated Exhibits* (Dkt. #821-3) (license document attached).

17. Although Verizon Wireless' license data indicates a small number of listed cell site locations, "[a] licensee may operate additional transmitters at additional locations on the same channel or channel block as its existing system without obtaining prior Commission approval provided: [] (1) The interfering contours of the additional transmitter(s) must be totally encompassed by the composite interfering contour of the existing station (or stations under common control of the applicant) on the same channel..." 47 CFR § 22.165 *et seq.*

- 12 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

[18] Radio waves, as well as all other electromagnetic radiation, "propagate at the speed of light: 186,282 miles per second."[19] Radio wave propagation can be in the form of either omnidirectional radio waves or directional radio waves. "Omnidirectional ('all directions') radio-frequency propagation can be compared to the waves created by throwing a pebble into a pond. The waves made by the pebble emanate in all directions equally."[20] Directional radio frequency propagation by contrast have more gain (*i.e.*, signal coverage area) in certain directions and less in others.[21] Directional radio frequency propagation can therefore be thought of as a "ray" or "beam" of radio waves directed at a certain area.

In addition to wave like properties, radio waves also have particle like properties.[22]

---

18. Although Verizon Wireless' cdma2000 based mobile network operates on both the "Cellular" spectrum (KNKA211) and "PCS" spectrum (WQIQ264), the network itself remains constant with the only difference being the range of frequencies used over the air interface. For simplicity purposes, Verizon Wireless' cdma2000 based mobile network will be referred to as a cellular network regardless of any possible spectrum in use.

19. Bedell, Paul, *Cellular/PCS Management: A Real World Perspective*, (New York, NY: McGraw-Hill Professional Publishing, Mar. 31, 1999), p. 38.

20. *See id.*

21. *See* United States Army, *Communications-Electronics Fundamentals: Wave Propagation, Transmission Lines, and Antennas,* Training Circular 9-64 (Washington, DC: July 2004), *available at* http://www.cbtricks.com/miscellaneous/tech_publications/neets/tc9_64.pdf (last accessed: April 10, 2012), p. 4.11 (PDF, p. 177) ("Some antennas are highly directional; that is, more energy is propagated in certain directions than in others. The ratio between the amount of energy propagated in these directions compared to the energy that would be propagated if the antenna were not directional is known as its gain. When a transmitting antenna with a certain gain is used as a receiving antenna, it will also have the same gain for receiving. ").

22. Lapp, "Radiation," *The World Book Encyclopedia*, Q-R, Volume 15, p. 78 ("We no longer worry about trying to pin down a radiation and ask whether it is a wave or a particle. We know that it may behave as both."); *see also* Levi, A. F. J., *Applied Quantum Mechanics*, 2nd ed. (Cambridge, NY: Cambridge University Press, 2006), p. 76 ("Using what we know from

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

"Light rays, heat radiation, radio waves, X rays, cosmic rays, and gamma rays produced by splitting atoms are all streams of photons."[23] Electromagnetic radiation can therefore be visualized as a stream of photons[24] traveling at the speed of light. A photon is an atomic particle[25] produced when an electron changes from a high energy level to a low energy level.[26] Although a photon cannot be weighed, streams of photons still exhibit an observable mass. "For one thing, light produces a definite pressure when it falls on an object. As a comet moves around the sun, its great gaseous tail is always streaming out away from the sun. This can be satisfactorily explained only by assuming that the light from the sun pushes the tail away."[27] Photons also carry energy which is directly proportional to frequency.[28] This photon energy can be converted into electricity for practical applications. For example, when transmitted

---

classical mechanics and electrodynamics and considering the ramifications of the Young's slits experiment and the photoelectric effect forced us to create the concept of particles with wavy character.").

23. Lapp, "Radiation," *The World Book Encyclopedia*, Q-R, Volume 15, p. 74.

24. *Id.* ("Radiation is the term used to describe any stream of photons.").

25. Lapp, Ralph E. (critically reviewed by Glenn T. Seaborg), "Atom," *The World Book Encyclopedia*, A, Volume 1 (Chicago, IL: Field Enterprises Educational Corporation, 1962), p. 705 (table of "Known Atomic Particles" with photon listed).

26. *See id.*, p. 706 ("This energy-level theory serves to explain how atoms can give off radiant energy, such as light. The amount of energy given off by an electron in changing to a lower energy level produces a *photon*, or unit, of a certain energy." (internal citation omitted)).

27. Lapp, "Radiation," *The World Book Encyclopedia*, Q-R, Volume 15, p. 78.

28. "[T]he larger the frequency of the light beam, the more energy in each photon of light." Bewick, Sharon, *et al.*, CK-12 Foundation, *CK-12 Chemistry* (FlexBook, Feb. 15, 2012), *available at* http://www.ck12.org/flexbook/pdf/6d8f3b870516db645033c94b3bf9fe31.pdf (last accessed: May 6, 2012), p. 161. "The full spectrum of electromagnetic radiation has radio waves as its lowest energy, lowest frequency, longest wavelength end and gamma rays as its highest energy, highest frequency, shortest wavelength end." *Id.*, p. 152.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

radio waves reach a receive antenna,[29] the photon energy induces a voltage in the antenna producing a current of electricity which transfers the radio signals from the antenna to the receiver.[30] The photon energy produced by radio waves is small when compared to other electromagnetic radiation but it is still strong enough to power, for example, an AM radio receiver and speaker—without a separate power source—if close enough to an AM transmitter. [31]

### B. The 1xEV-DO cellular communications system deployed by Verizon Wireless.

#### 1. Origins of the 1xEV-DO cellular communications system.

The 1xEV-DO cellular communications system is defined within the cdma2000 family of standards developed by the 3rd Generation Partnership Project II (3GPP2).[32] These

29. "An antenna is a conductor or a set of conductors used either to radiate electromagnetic energy into space or to collect this energy from space." United States Army, *Communications-Electronics Fundamentals: Wave Propagation, Transmission Lines, and Antennas*, p. 1.34 (PDF, p. 46). "After an RF signal has been generated in a transmitter, some means must be used to radiate this signal through space to a receiver. The device that does this job is the antenna. The transmitter signal energy is sent into space by a transmitting antenna; the RF signal is then picked up from space by a receiving antenna." *Id.*, p. 4.4 (PDF, p. 170).

30. "The RF energy is transmitted into space in the form of an electromagnetic field. As the traveling electromagnetic field arrives at the receiving antenna, a voltage is induced into the antenna (a conductor). The RF voltages induced into the receiving antenna are then passed into the receiver and converted back into the transmitted RF information." *Id.*

31. Hayes, Arthur H., "Radio," *The World Book Encyclopedia*, Q-R, Volume 15 (Chicago, IL: Field Enterprises Educational Corporation, 1962), p. 88, Diagram labeled "A Simple Radio Set" ("A Crystal Set is a simple radio that does not use electricity."); Tymony, Cy, *Sneaky Uses for Everyday Things* (Kansas City, MO: Andrews McMeel Publishing, 2003), p. 60 ("Even now, many parents show their kids how to make a radio at home that doesn't require AC power or batteries.").

32. *See* Etemad, Kamran, *cdma2000 Evolution: System Concepts and Design Principles*

- 15 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

standards define a set of specifications that cellular device manufacturers and cellular service providers must follow to ensure compatibility across hardware and networks.[33] The cdma2000 family of standards, including 1xEV-DO, is based on a communications protocol[34] called code division multiple access (CDMA) originally designed for military use[35] due to it being nearly impossible to intercept a CDMA signal.[36] In the United States, there are various CDMA cellular service providers including "Alaska Communications System, Carolina West, CellCom/nSight, Bluegrass Cellular, Leap Wireless, Sprint, U.S. Cellular, and Verizon Wireless."[37]

"CDMA employs what is known as wideband *spread spectrum* technology to carry

(Hoboken, NJ: John Wiley & Sons, Inc., 2004), p. xiii, 4 and 9. *See also* http://www.3gpp2.org.

33. *See* Telecommunications Industry Association, TIA-2000.1-E, *Introduction to cdma2000 Spread Spectrum Systems* (Arlington, VA: Oct. 2009), § 1.1.1, p. 1.1.

34. "Protocol: A standard set of definitions governing how communications are formatted in order to permit their transmission across networks and between devices." CTIA [website], *Wireless Glossary of Terms N-P*, http://www.ctia.org/media/industry_info/index.cfm/AID/10407 (last accessed: Aug., 30, 2011).

35. *See* Levine, R.C., *Digital Switching: Cellular & PCS Lectures April 17 & 24, 2001*, Beta Scientific Laboratory, Inc., (Richardson, TX: 1996-2000), *available at* http://www.privateline.com/levine/CELPCS4.PDF (last accessed: Sept. 29, 2010), p. 59 ("CDMA was first developed for military point-to-point communications.").

36. *See* Bedell, *Cellular/PCS Management: A Real World Perspective*, p. 225 ("CDMA was originally deployed as a battlefield communications system because it is very hard if not completely impossible to intercept CDMA transmissions.").

37. CTIA [website], Glossary of Terms C-D, http://www.ctia.org/media/industry_info/index.cfm/AID/10321 (last accessed: Aug., 30, 2011) (defining CDMA).

- 16 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

digitized voice and data transmissions."[38][39] Spread spectrum technology spreads "the radio signal over a wide frequency range by modulating it with a code word unique to the radio."[40] The receiver "distinguishes [the] sender's signal from other signals by examining the wide spectrum band with a time synchronized duplicate of the spreading code word."[41] In simple terms, CDMA in cellular telephony is "[a] technology used to transmit wireless calls by assigning them codes[]"[42] allowing for each CDMA transmitter to transmit simultaneously to a single cell site without having the signals conflict with each other.[43] On the reverse link, "[t]his process is analogous to each mobile speaking a different language and the base station

38. Bedell, *Cellular/PCS Management: A Real World Perspective*, p. 226.

39. Issued in 1942, "[t]he U.S. patent for spread-spectrum technology was held jointly by actress Hedy Lamarr and music composer George Antheil." Muller, Nathan J., *Bluetooth Demystified* (New York, NY: McGraw-Hill, Sept. 8, 2000), p. 61 (figure note omitted). "Spread spectrum has two modes of operation: frequency hoping and direct sequencing. *Frequency hoping* spreads its signals by 'hoping' the narrowband signal over the entire radio band as a function of time. *Direct sequencing* spreads its signal by expanding the signal all at once over the entire radio band." *Id.*, p. 63. CDMA uses direct sequencing.

40. Katz, Randy H., Professor at U.C. Berkeley, CS 294-7: Media Access—TDMA and CDMA, p. 13 (1996), *available at* http://www.sss-mag.com/pdf/1tdmacdma.pdf (last accessed: Aug. 31, 2010); *see also* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 11 ("The basic idea of spread spectrum communications is based on transmitting information over channels much wider than required by the original signal bandwidth. The spread spectrum term is used to reflect the fact that the system spreads the energy of the information signal over a much wider band channel, allowing signal transmission at very low power spectral densities.").

41. *Id.*

42. CTIA [website], Glossary of Terms C-D, http://www.ctia.org/media/industry_info/index.cfm/AID/10321 (last accessed: Aug., 30, 2011) (defining CDMA).

43. Katz, CS 294-7: Media Access—TDMA and CDMA, p. 19.

- 17 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

interpreting each of the languages it receives."[44] In all CDMA based cellular systems, the term "reverse link" refers to the signal path leading from the wireless device to the cell site and the term "forward link" refers to the signal path leading from the cell site to the wireless device.[45]

CDMA was first introduced in cellular systems in the early 1990s with the cdmaONE family of standards.[46] Cellular communications systems based on cdmaONE began with "voice only" services (*see* IS-95A) with limited data services added later (*see* IS-95B).[47] After commercial use of cdmaONE throughout the 1990s, the cellular communications industry developed cdma2000 beginning with the IS-2000 Release 0 technical standard, which is also referred to as 1xRTT.[48] 1xRTT, first commercially deployed in the year 2000,[49] provides both voice and data services[50] with performance increases over cdmaONE technology. Later that year, 3GPP2 set out to improve upon 1xRTT by drafting and publishing the cdma2000 High-Rate Packet Data (HRPD) standard referred to as IS-856 or 1xEV-DO (an acronym for

---

44. Bedell, *Cellular/PCS Management: A Real World Perspective*, p. 226.

45. *See* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 31, Fig. 3.4.

46. *See id.*, p. 6.

47. *See id.*, p. 6-7.

48. *See id.*, p. 7-8.

49. *See id.*, p. 8.

50. *See* eogogicsinc (website), *cdma2000 Technologies: 1xRTT, EVDO, UMB, and EVDV*, "cdma2000 Technology Family: 1xRTT, EVDO, UMB, and EVDV: What Is cdma2000?," http://www.eogogics.com/talkgogics/tutorials/cdma2000 (last accessed: Jun. 9, 2011) (showing a diagram with 1xRTT supporting "High Capacity Voice" and "Packet Data").

- 18 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

EVolution Data-Optimized).[51][52] The original release of 1xEV-DO, first commercially deployed in the year 2002,[53] is referred to as "Release 0" (or "Rel. 0") and subsequent releases are referred to as "Revision A," "Revision B," and "Revision C" with each revision adding features and increasing data rates[54] All versions of 1xEV-DO use cellular networks to provide broadband Internet access to Access Terminals such as aircards. Unlike 1xRTT, 1xEV-DO does not allow for placing voice calls and is strictly limited to data services.[55]

The remainder of the technical explanations contained in this section are presented in the context of 1xEV-DO Rel. 0—the version of 1xEV-DO used by the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.). All cell sites, including FBI cell site emulators, that wish to send or receive radio signals to/from a 1xEV-DO Rel. 0 based Access Terminal **must** follow the detailed instructions outlined in the cdma2000 technical standards applicable to 1xEV-DO Rel. 0. "The technical requirements contained in cdma2000 form a compatibility standard for CDMA systems. They ensure that a mobile station

51. *See* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 9.

52. *See* Qualcomm Inc., EV-DO Rev. A and B: Wireless Broadband for the Masses (whitepaper), *The History of Mobile Broadband*, p. 3 ("With EV-DO, consumers experienced 400-600 Kbps of average downlink throughput with bursts up to 2.4 Mbps - 4 to 10 times faster than data over CDMA2000 1X (also referred to as 1xRTT) or UMTS networks.").

53. *See id.*

54. *See* eogogicsinc (website), *cdma2000 Technologies: 1xRTT, EVDO, UMB, and EVDV.*

55. *See* Chuah, Mooi Choo and Zhang, Qinqing, *Design And Performance Of 3G Wireless Networks And Wireless LANs* (New York, NY: Springer Science+Business Media, Inc., 2006), p. 66 ("The network architecture of 1xEV-DO is very similar to the 3G1x network architecture except that the components associated with voice traffic are absent.").

- 19 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

can obtain service in a system manufactured in accordance with the cdma2000 standards."[56] The primary technical standards relevant to 1xEV-DO Rel. 0 are listed below:

1. Telecommunications Industry Association, TIA/EIA/IS-856-1 (Addendum No. 1 to TIA/EIA/IS-856), *cdma2000 High Rate Packet Data Air Interface Specification* (Arlington, VA: Jan. 2002); **Note:** IS-856-1 sets forth standards dictating the technical requirements for HRPD "Release 0" (*i.e.*, 1xEV-DO Rel. 0) systems and is primarily oriented toward requirements necessary for the design and implementation of Access Terminals. The original cdma2000 HRPD technical standard is IS-856, released by 3GPP2 in November of 2000.[57] However, in January of 2002, 3GPP2 released IS-856-1[58] and in March of 2004, IS-856-2[E] [59]—all of which expanded upon the original IS-856 specification as applicable to 1xEV-DO Rel. 0.[60] For the technical explanations outlined in this section, IS-856-1 is referenced.

2. Telecommunications Industry Association, ANSI/TIA-878-2 (Addenda to TIA-878), *Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Radio Access Network Interfaces with Session Control in the Access Network* (Arlington, VA: May 2008); **Note:** IS-878-2 sets forth standards dictating Access Terminal authentication, handoffs, Hybrid

56. *See* TIA-2000.1-E, *Introduction to cdma2000 Spread Spectrum Systems*, § 1.1.1, p. 1.1.

57. *See* Telecommunications Industry Association, TIA/EIA/IS-856, *cdma2000 High Rate Packet Data Air Interface Specification* (Arlington, VA: Nov. 2002).

58. *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification.*

59. *See* Telecommunications Industry Association, TIA-856-2[E], *cdma2000 High Rate Packet Data Air Interface Specification – Addendum 2* (Arlington, VA: Mar. 2004).

60. The differences between the three noted cdma2000 HRPD "Release 0" standards are negligible in the context of the aircard locating mission in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.).

- 20 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

Access Terminal (HAT) operations, *etc.* in an HRPD system. The original cdma2000 HRPD Interoperability standard is IS-878, released by 3GPP2 in December of 2001.[61] However, in May of 2003, 3GPP2 released IS-878-1[62] and IS-1878,[63] and in May of 2008, IS-878-2[64] and IS-1878-1[65]—all of which expanded upon the original IS-878 specification as applicable to 1xEV-DO.[66] For the technical explanations outlined in this section, IS-878-2 is referenced.

3. Telecommunications Industry Association, TIA-683-D (Revision to TIA-683-C), *Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems*, (Arlington, VA: May 2006); **Note:** IS-683-D sets forth standards dictating the Over-the-Air Service

61. *See* Telecommunications Industry Association, ANSI/TIA-878, *Inter-Operability Specification (IOS) for High Rate Packet Data (HRPD) Network Access Interfaces* (Arlington, VA: Dec. 2001); Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 265 ("The enhanced 1X-EV DO network supports enhancements in IOS interface, captured in IS878, allowing access authentication and interface between two access networks.").

62. *See* Telecommunications Industry Association, ANSI/TIA-878-1 (Addendum No. 1 to TIA-878), *Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Access Network Interfaces – Addendum 1* (Arlington, VA: May 2003).

63. *See* Telecommunications Industry Association, ANSI/TIA-1878, *Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Access Network Interfaces – Alternative Architecture* (Arlington, VA: May 2003).

64. *See* Telecommunications Industry Association, ANSI/TIA-878-2 (Addenda to TIA-878), *Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Radio Access Network Interfaces with Session Control in the Access Network* (Arlington, VA: May 2008).

65. *See* Telecommunications Industry Association, ANSI/TIA-1878-1 (Addendum to TIA-1878), *Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Radio Access Network Interfaces with Session Control in the Packet Control Function* (Arlington, VA: May 2008).

66. Considering the differences between these standards are negligible in the context of the aircard locating mission in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.), IS-878-2 (May 2008) will be used as the primary technical reference in this section.

- 21 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

Provisioning (OTASP) of Mobile Station and HRPD (*i.e.*, 1xEV-DO) Access Terminal operational parameters. The original Over-the-Air Service Provisioning standard is IS-683, which was subsequently updated by 3GPP2 via IS-683-A in June of 1998.[67] However, in December of 2001, 3GPP2 released IS-683-B,[68] in March of 2003, IS-683-C,[69] and in May of 2006, IS-683-D.[70] For the technical explanations outlined in this section, IS-683-D is referenced.

The remainder of this section will cite to the above 3GPP2 technical standards and to other relevant technical references. Some technical references will be specific to older cellular technology (*e.g.*, 1xRTT or IS-95A/B) but are only cited to the effect they provide information that remains constant through later CDMA technology, *i.e.*, 1xEV-DO Rel. 0.[71][72] In those

67. *See* Telecommunications Industry Association, TIA-683-A (Revision of TIA/EIA/IS-683), *Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems*, (Arlington, VA: Jun. 1998).

68. *See* Telecommunications Industry Association, TIA-683-B (Revision of TIA/EIA-683-A), *Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems* (Arlington, VA: Dec. 2001).

69. *See* Telecommunications Industry Association, TIA-683-C (Revision of TIA/EIA-683-B), *Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems* (Arlington, VA: Mar. 2003).

70. *See* TIA-683-D, *Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems*.

71. *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, Forward, p. xlix ("This standard is evolved from and is a companion to the cdma2000 standards."); Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 264 ("The network architecture in HRPD is similar to the IS2000 system with some variations in network elements, functionalities, and interface protocols.").

72. Proceed with caution if references addressing older CDMA technology are pulled and studied for further information. 1xEV-DO, being a pure data network, does not adopt the

- 22 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

cases, the term "Mobile Station" should be read as "Access Terminal," and the term "Base Station" should be read as "Access Network."

**2. Basic hardware elements of a 1xEV-DO Rel. 0 compatible cellular data network.**

**a. The Access Terminal (AT).**

The basic hardware elements of a 1xEV-DO Rel. 0 cellular data network have both similarities and differences when compared to a 1xRTT cellular voice network. A 1xEV-DO Rel. 0 data network begins with the Access Terminal (AT), which consists of a radio transmitter/receiver (transceiver), antenna, and other hardware used for communicating with Access Networks.[73] The Access Terminal is the equivalent of a Mobile Station (MS) (*i.e.*, cellular telephone) in 1xRTT.[74] The Access Terminal "may be a self-contained data device such as a personal digital assistant (PDA) or a detachable module that is connected to a computing device such as a laptop personal computer."[75] From a legal perspective, the difference between an Access Terminal and a Mobile Station is that the former facilitates the sending/receiving of electronic communications[76] while the later facilitates the

majority of the subject matter specific to IS-95A/B, 1xRTT, *etc.*

73. *See* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 11 of *1st Consolidated Exhibits* (Dkt. #587-1) (example of an Access Terminal).

74. *See* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 264.

75. *Id.*

76. *See* 18 U.S.C. § 2510(12) ("'electronic communication' means any transfer of signs, signals, writing, images, sounds, data, or intelligence of any nature transmitted in whole or in part by a wire, radio, electromagnetic, photoelectric or photooptical system that affects interstate or foreign commerce, but does not include--(A) any wire or oral communication; (B) any communication made through a tone-only paging device; (C) any communication from a

- 23 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

sending/receiving of wire communications.[77] However, most 1xEV-DO Rel. 0 based wireless devices are "Hybrid mobile stations / Access Terminals (HATs),"[78] *i.e.*, they support both 1xRTT wire communications and 1xEV-DO Rel. 0 electronic communications.[79] "Hybrid mode device[s]... support cdma20001x and HRPD by periodic[ly] monitoring the paging channel of cdma20001x[] [(*i.e.*, 1xRTT)]"[80] but cannot maintain 1xEV-DO and 1xRTT traffic channels simultaneously. If a Hybrid Access Terminal lacks the hardware required to place voice calls,[81] such as a PCMCIA broadband Internet access card (*i.e.*, aircard), the 1xRTT service only facilitates SMS text messages[82] and a low rate data service as a backup to the

tracking device (as defined in section 3117 of this title [18 USCS § 3117]); or (D) electronic funds transfer information stored by a financial institution in a communications system used for the electronic storage and transfer of funds;").

77. *See* 18 U.S.C. § 2510(1) ("'wire communication' means any aural transfer made in whole or in part through the use of facilities for the transmission of communications by the aid of wire, cable, or other like connection between the point of origin and the point of reception (including the use of such connection in a switching station) furnished or operated by any person engaged in providing or operating such facilities for the transmission of interstate or foreign communications or communications affecting interstate or foreign commerce.;").

78. *See* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 265-267.

79. *See* Telecommunications Industry Association, TIA-1157-A, *Signaling Conformance Test Specification for Interworking of CDMA2000 1X and High Rate Packet Data Systems, Revision A* (Arlington, VA: Aug. 2010), § 1.6, p. 1.2 ("Hybrid AT – An AT capable of operating on both a cdma2000 1x and HRPD system.").

80. *Id.*, § 1.2, p. 1.1.

81. By definition, cell phone hardware consists of "a compact speaker, a microphone, a keyboard, a display screen and a powerful circuit board with microprocessors." CTIA [website], *How Wireless Works*, http://www.ctia.org/consumer_info/index.cfm/AID/10324 (last accessed: Dec. 7, 2011).

82. "SMS: Short Messaging Service enables users to send and receive short text messages (usually about 140-160 characters) on wireless handsets. Usually referred to as 'text messaging' or 'texting.'" CTIA [website], Glossary of Terms Q-S, http://www.ctia.org/media/industry_info/

- 24 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

1xEV-DO Rel. 0 data service.

Each 1xEV-DO Rel. 0 Access Terminal has either an Electronic Serial Number (ESN) or Mobile Station Equipment Identifier (MEID) that uniquely identifies it among other Access Terminals and Mobile Stations.[83][84] The ESN consists of a unique 32-bit number[85] assigned to the wireless device by the manufacturer.[86] The ESN is stored on the Access Terminal's internal storage as a Permanent Access Terminal Indicator[87] and cannot be changed absent

index.cfm/AID/10406 (last accessed: Aug. 30, 2011).

83. *See* Telecommunications Industry Association, TIA-2000.5-D (Revision to TIA/IS-2000.5-C), *Upper Layer (Layer 3) Signaling Standard for cdma2000 Spread Spectrum Systems* (Arlington, VA: Mar. 2004), § 2.3.2, p. 2.6 ("The ESN or MEID is used to uniquely identify a mobile station in a wireless system.").

84. The majority of Access Terminals operating in 2008 had assigned ESNs. Newer Access Terminals have assigned MEIDs. Because there were/are so many wireless devices in existence, the wireless industry began to run out of unique assignable ESNs. *See* Telecommunications Industry Association, TIA-158, *Over-the-Air Service Provisioning for MEID-Equipped Mobile Stations in Spread Spectrum Systems* (Arlington, VA: Jan. 2005), § 1, p. 1.1. To fix this problem, the 56-bit MEID was introduced as the alternative to the ESN for new wireless devices. *See* TIA-158, *Over-the-Air Service Provisioning for MEID-Equipped Mobile Stations in Spread Spectrum Systems*, § 1, p. 1.1; Telecommunications Industry Association, TIA-1082, *MEID for cdma2000 Spread Spectrum Systems* (Arlington, VA: Sept. 2005), § 1.2, p. 1.2.

85. *See* Telecommunications Industry Association, *Electronic Serial Number Manufacturer's Code Assignment Guidlines And Procedures, Ver. 2.0* (Arlington, VA: Aug. 2008), *available at* http://ftp.tiaonline.org/wcd/WCD%20Meeting%20Sept.%204%202008/WCD-20080904-002_ESN_Guidelines_v2.0.pdf (last accessed: Feb. 20, 2012), p. 6.

86. *See id.*, p. 12 ("The ESN shall be factory set...").

87. *See* TIA-2000.5-D, *Upper Layer (Layer 3) Signaling Standard for cdma2000 Spread Spectrum Systems*, Annex F, § F.2.1, p. F.2 (Listing the ESN as a Permanent Mobile Station Indicator).

- 25 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

physical access to internal hardware.[88] Each Access Terminal has one or more internal electronic storage devices in the form of either an integrated memory chip or Removable User Identity Module (R-UIM).[89] A section of the Access Terminal's internal storage is called the Number Assignment Module (NAM)[90] used to store a copy of the ESN and the Mobile Identification Number (MIN).[91] In addition to storing the ESN and MIN, the NAM also stores other numeric indicators and parameters used for Access Terminal operation.[92] For example, among other categories of data, each Access Terminal NAM also stores: (1) the Preferred

---

88. *See* TIA, *Electronic Serial Number Manufacturer's Code Assignment Guidlines And Procedures, Ver. 2.0*, p. 7 ("The manufacturer will exercise due diligence in the design and manufacture of the MS to ensure that alteration of the factory set ESN is not possible outside of an authorized service center.); TIA-683-D, *Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems*, Notes, p. xviii ("Each mobile station is assigned either a single unique 32-bit binary serial number (ESN) or a single unique 56-bit binary serial number (MEID) that cannot be changed by the subscriber without rendering the mobile station inoperative.").

89. *See* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 214.

90. *See* CTIA [website], Glossary of Terms C-D, http://www.ctia.org/media/industry_info/index.cfm/AID/10321 (last accessed: Aug., 30, 2011) ("NAM (Number Assignment Module): The NAM is the electronic memory bank in the wireless phone that stores its specific telephone number and electronic serial number.").

91. *See* TIA-683-D, *Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems*, § 1.2.1, p. 1.3 ("Mobile Identification Number (MIN). The 34-bit number that is a digital representation of the 10-digit number assigned to a mobile station."); *compare also id.* ("Mobile Directory Number. A dialable directory number which is not necessarily the same as the mobile station's air interface identification, *i.e.*, MIN, IMSI_M or IMSI_T.").

92. *See id.*, § 3.1, p. 3.1 ("The NAM indicators are parameters that can be assigned values using Over-the-Air Service Provisioning are specified in 4.5.2, 4.5.3, 4.5.4 and 4.5.6.").

- 26 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

Roaming List,[93] (2) the Extended Preferred Roaming List,[94] (3) Shared Secret Data (SSD),[95] [96] and (4) manufacturer-specific NAM parameters.[97] The numeric indicators and parameters stored on the NAM can be updated by the wireless carrier by writing and/or deleting data on the NAM via Over-the-Air Parameter Administration (OTAPA) or other similar methods.[98] *See Technical Explanations*, Section III(B)(3)(a), *infra*, for a full explanation of OTAPA. The four categories of NAM data listed above are further explained in proceeding subsections.

**b. The Access Network (AN).**

In order to provide data services to Access Terminals, a 1xEV-DO Rel. 0 cellular data network uses a set of hardware and software called the Access Network (AN). The Access

93. *See id.*, § 4.5.3, p. 4.38 *et seq.* (explaining the NAM Preferred Roaming List and Extended Preferred Roaming List parameter blocks); *id.*, § 3.5.5, p. 3.93 (Explaining the Preferred Roaming List and Extended Preferred Roaming List stored on the NAM).

94. *See* fn. No. 93, *supra*.

95. *See id.*, § 3.1, p. 3.1 ("The standard NAM indicators, stored in the mobile station's permanent and semi-permanent memory, are defined in F.3 of [1, 7]." (referring to TIA-2000.5-D)); *See* TIA-2000.5-D, *Upper Layer (Layer 3) Signaling Standard for cdma2000 Spread Spectrum Systems*, Annex F, § F.3, p. F.4 (Listing A-Key, Shared Secret Data A, and Shared Secret Data B as NAM indicators.).

96. *See* TIA-683-D, *Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems*, § 3.5.8.14, p. 3.158 ([RE: reverse link] HRPD Access Authentication CHAP SS Parameters); *id.*, § 4.5.7.10, p. 4.56 ([RE: forward link] HRPD Access Authentication CHAP SS Parameters).

97. *See id.*, § 3.1, p. 3.1 ("Manufacturer-specific NAM parameters may be defined within a Parameter Block Type reserved for manufacturer-specific parameter definitions." (internal table references omitted)).

98. *See id.*, § 1.2.1, p. 1.4 ("Over-the-Air Parameter Administration (OTAPA). Network initiated OTASP process of provisioning mobile station operational parameters over the air interface.").

- 27 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

Network is responsible for providing "data connectivity between the packet-switched data network (typically the PDSN and Internet) and the ATs."[99] The Access Network is the equivalent of a Base Station (BS) in a 1xRTT network.[100] Both Access Networks and Base Stations are more commonly known as cell sites.[101][102] The Access Networks belonging to a 1xEV-DO Rel. 0 data network communicate with Access Terminals via radio waves transmitted through the air, *i.e.*, over the air interface. The radio waves sent between Access Terminals and Access Networks consist of signals that communicate data to/from the Access Terminal users and the Internet. A 1xEV-DO Rel. 0 Access Network consists of two main hardware/software elements: (1) the Base Transceiver Station (BTS),[103] and (2) the Base Station Controller[104] (BSC) which is sometimes "referred to as the radio network controller, or RNC."[105] "The BTS is an entity, composed of radio devices, antenna, and equipment, that provides

99. *See* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 264-265.

100. *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 1.11, p. 1.12 ("An access network is equivalent to a base station...").

101. In basic terms, a cell site is defined as "[t]he location where a wireless antenna and network communications equipment is placed in order to provide wireless service in a geographic area." CTIA [website], Glossary of Terms C-D, http://www.ctia.org/media/industry_info/index.cfm/AID/10321.

102. The remainder of the technical explanations contained in this section will refer to 1xEV-DO Rel. 0 cell sites as Access Networks when used in the context of 1xEV-DO Rel. 0 cellular data networks.

103. *See* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 264, Fig. 10.23, "Basic network structure for 1X-EV DO."

104 *See id.*

105. *Id.*, p. 265.

- 28 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

transmission capabilities across the air interface (Um)."[106] In a 1xRTT network, "[t]he BSC is an entity that provides control and management for one or more BTSs and exchanges messages with its connected BTSs and the MSC [(*i.e.*, Mobile Switching Center)]."[107] In a 1xEV-DO network, the Base Station Controller (*i.e.*, the Radio Network Controller) performs the same function but instead of exchanging messages with a Mobile Switching Center, which is absent in a 1xEV-DO data network,[108] the BSC/RNC exchanges messages with (1) the "Access Network-Authentication, Authorization, and Accounting" (AN-AAA) server, and (2) the Packet Data Serving Node (PDSN).[109]

The first primary function performed by the BSC/RNC, exchanging messages with the AN-AAA server, is done to authenticate the Access Terminal to the Access Network and to collect data used for billing the wireless customer.[110] The AN-AAA authentication process, further explained in Section III(B)(3)(c)(vi), *infra*, prevents unauthorized wireless devices (*e.g.*, cloned wireless devices) from accessing data service through Access Networks while service is not authorized. Once the authentication process is complete, the BSC/RNC performs its second

---

106. *Id.*, p. 202.

107. *Id.* ("The MSC switches circuit-mode MS-originated or MS-terminated traffic and provides processing and control for calls and services.").

108. *See* Mishra, Ajay R., *Cellular Technologies for Emerging Markets: 2G, 3G and Beyond* (West Sussex, England: John Wiley & Sons, 2010), p. 113 ("...EV-DO uses an IP network and does not require a SS7 network and complex network switches such as a mobile switching center (MSC).").

109. *See* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 266, Fig. 10.24, "Radio and core network interfaces protocols in 1X-EV DO."

110. *See id.*, p. 205 ("This function of AAA involves collecting and storing the billing-related data concerning the offered services...").

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

primary function, *i.e.*, exchanging data between the Access Network and the Packet Control Function (PCF),[111] which in turn relays the data to/from the Packet Data Serving Node[112] providing connectivity to the Internet.[113]

**c. Access Networks (a.k.a. cell sites) in the geolocation context.**

From a geolocation perspective, a 1xEV-DO Rel. 0 cellular data network provides service through a series of "cells" with each designating a geographical area located within the network coverage area.[114] Each cell, which is served by multiple cell **sites** (*i.e.*, Access Networks) pointing inward from the cell's borders, "is usually depicted as a hexagon, but in reality the actual shape varies according to the geographic environment and radio propagation."[115] A cell site in 1xEV-DO typically consists of three sets of multiple antennas, referred to as sectors, positioned atop an antenna tower, rooftop, or other structure allowing the

111. *See id.*, p. 204 ("The PCF is an entity... that manages the buffering and relay of packets between the BS and the PDSN.... The PCF also collects radio link (air interface)-related accounting information to be used by the AAA.").

112. *See id.*, p. 264, Fig. 10.23, "Basic network structure for 1X-EV DO."

113. *See id.*, p. 265 (The PDSN is "the network equipment providing data connectivity between the radio access network and a packet-switched data network. The PDSN provides connectivity to the Internet independent of the type of radio access network.")

114. *See* Chuah *et al.*, *Design And Performance Of 3G Wireless Networks And Wireless LANs*, p. 1 ("Today, the cellular systems consist of a cluster of base stations with low-power radio transmitters. Each base station serves a small cell within a large geographic area.").

115. *Id.*, p. 2.

- 30 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

antennas to operate across the earth's surface.[116][117] Cell site sectors "are created by installing multiple antenna sets at the base location, each with shielding on the 'back.' Each set of antennas is directional rather than omnidirectional."[118] The geographical signal coverage area of each sector depends on various factors such as power output of antenna amplifiers, antenna design,[119] and physical obstructions within the signal path area.[120] Sectors belonging to the

116. Although these "typical" cell sites are designed to cover relatively large sections of populated areas, other types of cell sites are becoming more common—even ones "designed to serve very small areas, such as particular floors of buildings or even individual homes and offices." Hearing Before the Subcommittee on the Constitution, Civil Rights, and Civil Liberties of the Committee On The Judiciary, House Of Representatives: *ECPA Reform and the Revolution in Location Based Technologies and Services*, 111th Cong. 2nd sess. (Jun. 24, 2010) (Prepared Statement of Matt Blaze, Associate Professor, University of Pennsylvania), p. 25, *available at* http://judiciary.house.gov/hearings/printers/111th/111-109_57082.PDF (last visited: Jan. 5, 2012 ), p. 29.

117. The Verizon Wireless cell sites that were being accessed by the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.) were the typical tri-sectored type. *See* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 22 of *1st Consolidated Exhibits* (Dkt. #587-2) (cell tower range chart/map of cell sites accessed by the aircard). Therefore, the remainder of this subsection will focus on the antenna design applicable to the actual Verizon Wireless cell sites accessed by the aircard in United States v. Rigmaiden.

118. Levine, *Digital Switching: Cellular & PCS Lectures April 17 & 24, 2001*, p. 11 ("Sectored cells have two advantages over omnidirectional cells. First, by limiting the radio reception/transmission to the 'front' of the angular sector and not transmitting or receiving a signal from the 'back' they reduce the level of interference by a ratio of 3/1 or 6/1 for 3 and 6 sectors, respectively. This improves the signal quality, which is manifested as a lower BER in a digital system.").

119. *See* Bedell, *Cellular/PCS Management: A Real World Perspective*, p. 38 ("Actual RF coverage is mainly determined by three key factors: the height of the cellular antenna (tower) at the base station, the type of antenna used at the cell base station, and the RF power level emitted.").

120. *See, e.g.*, CTIA [website], *How Wireless Works Pg 2*, http://www.ctia.org/consumer_info/index.cfm/AID/10539 (last accessed: Dec. 13, 2011)

- 31 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

most common type of cell site are positioned in a 360° circular formations with each sector covering an approximate 120° signal path area across the earth's surface.[121] The horizontal antenna angles designate the direction of each sector's 120° signal path area. In addition to having a physical location address (street address plus latitude and longitude), each cell site sector also has its own identification number. "This arrangement essentially divides the carrier's coverage area into a mosaic of local 'sectors', each served by an antenna at the nearest base station [(*i.e.*, cell site serving a cell)]."[122]

**3. How relevant 3GPP2 technical standards dictate communications between a 1xEV-DO Rel. 0 Access Terminal and a 1xEV-DO Rel. 0 Access Network.**

**a. Over-the-Air Service Provisioning (OTASP) and Over-the-Air Parameter Administration (OTAPA).**

As explained in Section III(B)(2)(a), *supra*, each Access Terminal NAM stores various data parameters such as the Preferred Roaming List, Extended Preferred Roaming List, Shared

("Since the shape and size or cells vary, there might also be empty spaces between the coverage areas of two or more cells. These gaps or dead spots can also be caused by trees, tall buildings or other obstructions that block your wireless signal from reaching a nearby antenna.").

121. *See* Levine, *Digital Switching: Cellular & PCS Lectures April 17 & 24, 2001*, p. 11 (diagram showing 120° tri-sectored cell site radiation pattern); *see also* O'Connor, Terrence P., *Provider Side Cell Phone Forensics*, Small Scale Digital Device Forensics Journal, Vol. 3, No. 1, June 2009 ISSN# 1941-6164, p. 1 ("The [][various] directional antennas on the cell tower nominally divide the 360 degree circumference around the tower into three 120 degree areas, one area for each antenna." (technical correction added in brackets)).

122. *ECPA Reform and the Revolution in Location Based Technologies and Services*, 111th Cong. 2nd sess. (Jun. 24, 2010) (Prepared Statement of Matt Blaze), p. 23 (PDF, p. 27) ("Network based location enables a cellular provider to identify the sector in which a user's [] [wireless device] is located, and, in some cases, to pinpoint their location within a sector.").

- 32 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

Secret Data (SSD), and manufacturer-specific NAM parameters.[123]—all of which can be surreptitiously updated by the wireless carrier through Over-the-Air Service Provisioning (OTASP).[124][125] OTASP is the process of reading,[126] writing,[127] and/or deleting[128] data to/from the internal storage device (*e.g.*, NAM) of an Access Terminal using commands sent by

123. The Preferred Roaming List, Extended Preferred Roaming List, and Shared Secret Data (SSD) are further explained in this subsection and in proceeding subsections.

124. *See* TIA-683-D, *Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems*, § 1.1, p. 1.1 (listing features that can be provisioned over-the-air); *id.* § 3.3, p. 3.12 (listing programming procedures for OTASP).

125. Another method used by wireless carriers to update wireless devices over-the-air is IP Based Over-the-Air Device Management (IOTA-DM) using the Open Mobile Alliance Device Management (OMA DM) protocol. *See* 3rd Generation Partnership Project 2, 3GPP2 C.S0064-0, *IP Based Over-the-Air Device Management (IOTA-DM) for cdma2000 Systems, Release 0* (Sept. 6, 2012). "OMA DM provides an integrated and extensible framework for the OTA management needs of 3G mobile devices and beyond. The standard includes the OMA DM protocol specification, which is based on the SyncML DM protocol." *Id.*, § 1, p. 1.1 (internal citation omitted). "A method for updating firmware over the air (FOTA) based on OMA DM is also specified." *Id.* (citation omitted). "Firmware over-the-air (FOTA) is the process of **updating mobile station firmware over-the-air**. Primary use of firmware update capability is to rectify critical defects, that may compromise the end user safety, through updating firmware. It may be used to update new version of firmware to the mobile station." *Id.*, § 8, p. 8.1 (emphasis added). OMA DM is intended to replace OTASP but it is still backward compatible with the OTASP standard. *See id.*, § 1.4, p. 1.6 ("For backward compatibility with OTASP/OTAPA, the mobile and the server shall support converting IOTA-DM data to OTASP/OTAPA data." (internal citation omitted)).

126. *See* TIA-683-D, *Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems*, § 3.5, p. 3.48 *et seq.* (explaining the data sent to Access Networks by Access Terminals via reverse link messages during OTASP).

127. *See id.*, § 4.5, p. 4.9 *et seq.* (explaining the data sent to Access Terminals by Access Networks via forward link messages during OTASP).

128. *See id.*

- 33 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

the Access Network to the Access Terminal over the air interface.[129] OTASP "allows a potential wireless service subscriber to activate (*i.e.*, become authorized for) new wireless service, and allows an existing wireless subscriber to make changes in existing services without the intervention of a third party [(*i.e.*, physical access to the user's device by a human)]."[130] OTASP can be initiated by either the Access Terminal or Access Network.[131] When initiated by the Access Network, the wireless carrier conducts Over-the-Air Parameter Administration (OTAPA)[132] to update the NAM or other operational parameters in the Access Terminal over-the-air.[133] "OTAPA sessions are initiated autonomously by the network, and proceed without any subscriber involvement or knowledge and with no limitation on the subscriber's ability to receive telecommunications services."[134] In order to read data from a specific NAM, the Access Network transmits a Configuration Request Message to the Access Terminal.[135] In

129.   *See id.*, § 1.2.1, p. 1.4 ("Over-the-Air Service Provisioning (OTASP). A process of provisioning mobile station operational parameters over the air interface.").

130.   *See* Telecommunications Industry Association, TIA-41.000-E-4[E], *Introduction to Mobile Application Part (MAP)* (Arlington, VA: Sept. 2007), § 3.1, p. 000.22.

131.   TIA-683-D, *Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems*, § 3.2, p. 3.2 ("Over-the-air service provisioning (OTASP) can be initiated in two ways: by the user and by the network.").

132.   *See id.*, § 1.2.1, p. 1.4 ("Over-the-Air Parameter Administration (OTAPA). Network initiated OTASP process of provisioning mobile station operational parameters over the air interface."); *id.* § 3.2, p. 3.2 ("The network-initiated procedure... is also built upon the over-the-air programming protocol and procedures that support the OTASP feature.").

133.   *See id.* § 3.2, p. 3.2 ("OTAPA provides a tool for the wireless service provider to update NAM indicators and parameters.").

134.   *See* TIA-41.000-E-4[E], *Introduction to Mobile Application Part (MAP)*, § § 3.1, p. 000.21.

135.   *See* TIA-683-D, *Over-the-Air Service Provisioning of Mobile Stations in Spread*

- 34 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

response to the Configuration Request Message, the Access Terminal transmits a Configuration Response Message providing the Access Network with its stored NAM parameters.[136] In order to write data to an Access Terminal NAM, the Access Network transmits a Download Request Message containing the NAM parameter blocks sought to be written.[137] In order to cause the Access Terminal to commit the parameter blocks to permanent NAM memory, the Access Network transmits a Commit Request Message to the Access Terminal.[138] A newly purchased Access Terminal will receive an initial NAM provisioning[139] and, throughout the course of service, the Access Network will periodically update the data stored on the NAM via OTAPA according to relevant protocols.

Prior to reading, writing, and/or deleting data to/from an Access Terminal NAM, the Access Network must first complete SPC/SPL and SPASM security procedures to unlock and gain access to the NAM. The Service Programming Code (SPC)[140] and Service Programming Lock (SPL) parameter[141] contained on the NAM "prevents the over-the-air provisioning of

*Spectrum Systems*, § 3.3.1, p. 3.12-3.13.

136. *See id.*

137. *See id.*, § 3.3.1, p. 3.13-3.14.

138. *See id.*, § 3.3.1, p. 3.14-3.16.

139. *See id.*, § 4.2.1, p. 4.1.

140. *See id.*, § 1.2.1, p. 1.5 ("Service Programming Code (SPC). A secret code assigned to the mobile station and known to the authorized network entity.")

141. *See id.* ("Service Programming Lock (SPL). A protection provided for preventing the over-the-air provisioning of certain mobile station parameters by unauthorized network entity by way of verifying the Service Programming Code (SPC).").

- 35 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

certain mobile station parameters by an unauthorized network entity."[142] The SPL parameter contains the SPC, taking a numeric value of 1 to 999,999,[143] "used for unlocking the mobile station parameters for programming or reprogramming."[144] Due to the weak security of the SPC/SPL "combination lock" type mechanism,[145] an Access Terminal NAM also uses the Subscriber Parameter Administration Security Mechanism (SPASM). SPASM serves the same purpose as SPC/SPL[146] but, instead of a simple numeric code, SPASM utilizes the Shared Secret Data (SSD) stored on the NAM and known only to the Access Terminal and home AN-AAA server.[147] SPASM uses cryptographic keys and mathematical equations to conduct a type of challenge-response between the Access Terminal and Access Network so that the Access Terminal can verify that it is having its NAM provisioned by an authorized entity.[148]

Most commonly, the wireless carrier uses OTAPA to set the NAM's Preferred Roaming List and Extended Preferred Roaming List with values that (1) designate which radio frequencies to scan in order to acquire a system (*i.e.*, groups of wireless carrier cell sites), and

142. *Id.*, § 1.1, p. 1.1.

143. *Id.*, § 3.3.6, p. 3.43, Table 3.3.6-1 (Service Programming Code Values).

144. *Id.*, § 3.3.6, p. 3.42.

145. A numeric security code or combination having only 999,999 possible values is susceptible to a "brute force" attack, *i.e.*, a security code "guessing" attack.

146. *See id.*, § 1.2.1, p. 1.5 ("Subscriber Parameter Administration Security Mechanism (SPASM). Security mechanism protecting parameters and indicators of active NAM from programming by an unauthorized network entity during the OTAPA session.")

147. *See id.*, § 3.3.7, p. 3.43 (explaining how SPASM works).

148. *See id.*

- 36 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

(2) designate which systems are authorized for providing service.[149] "The preferred roaming list consists of two tables: the system table and the acquisition table."[150] The Acquisition Table lists Acquisition Records consisting of "parameters that the mobile station can use to acquire a system. Each type of acquisition record is tailored for use in acquiring a particular kind of system."[151] The System Table lists System Records containing "parameters that the mobile station can use for identifying an acquired system, for determining whether an acquired system is the optimal system on which to operate and for determining the mobile station's roaming status."[152] In basic terms, the Acquisition Table contains a list of radio frequencies[153] the Access Terminal may scan in order to locate transmitting Access Networks,

149. "Two categories of the preferred roaming list are defined: The Preferred Roaming List and the Extended Preferred Roaming List." *Id.*, § 3.5.5, p. 3.93. When accessing 1xEV-DO Access Networks, a High Rate Packet Data (HRPD) (*i.e.*, 1xEV-DO) Access Terminal uses its *Extended* Acquisition Records and *Extended* System Records contained in its *Extended* Preferred Roaming List. *See id.*, § 3.5.5.3.2, p. 3.114-3.120 and 3.5.5.2.2.11, p. 3.112. However, because the Extended Preferred Roaming List is considered a category of the Preferred Roaming List (*see id.*, § 3.5.5, p. 3.93), the "Extended" prefix will be omitted and the terms "Preferred Roaming List," "Acquisition Table," "Acquisition Record," "System Table," and "System Record" will be used from this point forward for sake of simplicity.

150. *Id.*, ANNEX C, p. C.1.

151. *Id.*, § 3.5.5.2, p. 3.98.

152. *Id.*, § 3.5.5.3, p. 3.112.

153. *See id.*, § 3.5.5.2.2.11, p. 3.112 (Generic Acquisition Record for HRPD (*i.e.*, 1xEV-DO Rel. 0) containing band-class and channel number).

- 37 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

and the System Table contains a list of HRPD IPv6[154] subnets[155] acting as unique identification numbers for groups of Access Networks (*i.e.*, systems) authorized for providing service.[156] In addition to the subnet information identifying a system, each record in the System Table also contains "an indicator of whether the system is preferred or negative, the roaming status that should be indicated by the mobile station, the relative priority of the system and its geographic region."[157] "The records in the acquisition table are in order of priority (highest priority first) according to desired mobile station system selection scan order."[158]

**b. Access Terminal Initialization State procedures: identifying and acquiring a 1xEV-DO Rel. 0 Access Network after initial power-on.**

The first step of identifying and acquiring an Access Network is to place the Access

154. In 1xEV-DO Rel. 0, Access Network sectors are identified by 128-bit Internet Protocol Version 6 (IPv6) addresses. *See* TIA-856-2[E], *cdma2000 High Rate Packet Data Air Interface Specification – Addendum 2*, § 10.9, p. 10.11 (section from more recent version of IS-856 covering "SectorID Provisioning"); *see also* IETF RFC 2373, *IP Version 6 Addressing Architecture*. The subnet corresponding to any given Access Network IPv6 address identifies the system to which the Access Network belongs. In other words, the 1xEV-DO subnets take the place of the System Identification numbers (SIDs) and Network Identification numbers (NIDs) used to identify groups of cell sites.

155. *See id.*, § 3.5.5.3.2-3.5.5.3.2.1, p. 3.118-3.20 (indicating that the system ID record for HRPD (*i.e.*, 1xEV-DO Rel. 0) System Table contains the following data fields used to deduce the IPv6 subnet identifying the 1xEV-DO system: SUBNET_COMMON_INCLUDED, SUBNET_LSB_LENGTH, SUBNET_LSB, SUBNET_COMMON_OFFSET, SUBNET_COMMON_LENGTH, and SUBNET_COMMON.).

156. *See Technical Explanations*, Section III(B)(3)(c)(i), *infra* (explaining use of the System Table).

157. *See TIA-683-D, Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems*, ANNEX C, p. C.1.

158. *Id.*

- 38 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

Terminal into the Initialization State by powering it on.[159] In the case of an aircard, this is accomplished by plugging the device into the PCMCIA slot of a host laptop computer. Once plugged in, the Access Terminal receives power from the laptop's power source and its radio transceiver is automatically initiated. Once powered on, the Access Terminal is considered to be in the Inactive Substate of the Initialization State.[160] Prior to any interaction by the human user, the Access Terminal begins the process of identifying radio signals belonging to available Access Networks[161] authorized to provide 1xEV-DO Rel. 0 data service. In order to accomplish this task, the Access Terminal hardware transitions out of the Inactive Substate and into the Network Determination Substate.[162]

**i. Network Determination Substate.**

While in the Network Determination Substate, "the access terminal selects a CDMA Channel on which to try and acquire the access network."[163] Considering Access Networks can transmit on any number of radio frequencies,[164] the Access Terminal must first select a

159. *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 6.2.6.1.2.1, p. 6.12 ("The access terminal shall enter the Initialization State when the Default Air-Link Management Protocol is instantiated. This may happen on events such as network redirection and initial power-on.")

160. *See id.*, § 6.3.1, p. 6.18 ("In this state the protocol waits for an *Activate* command.").

161. *See id.*, § 6.2.6.1.2, p. 6.11 ("In the Initialization State the access terminal has no information about the serving access network. In this state the access terminal selects a serving access network and obtains time synchronization from the access network.").

162. *See id.*, § 6.3.1, p. 6.18 ("Network Determination State: In this state the access terminal chooses an access network on which to operate.").

163. *See id.*, § 6.3.6.1.3, p. 6.22 (internal reference omitted).

164. *See id.*, § 9.2.1.1.1, p. 9.6 *et seq.* (Channel Spacing and Designation).

- 39 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

frequency to monitor using its Preferred Roaming List[165] (stored on the Access Terminal NAM) through a process called System Selection for Preferred Roaming (SSPR). "The goal of System Selection for Preferred Roaming (SSPR) is for the mobile station to acquire the most preferred system using the information from the preferred roaming list [] stored in the mobile station []."[166] As previously explained, "[t]he preferred roaming list consists of two tables: the system table and the acquisition table."[167] While in the Network Determination Substate, the Access Terminal initiates System Selection for Preferred Roaming (SSPR) by reading from the Acquisition Table to obtain either CDMA frequency blocks or specific CDMA channels within frequency blocks of which to scan for available Access Networks.[168] In the case of 1xEV-DO Rel. 0 or other High Rate Packet Data (HRPD) service, the Acquisition Table will have one or more "Generic Acquisition Record for HRPD" consisting of a "Band Class number corresponding to the frequency assignment of the channel" and a "channel number corresponding to the Band Class[.]"[169] The various Preferred Roaming List "Generic Acquisition Record for HRPD" entries are listed according to selection preference.[170] The

165. *See* TIA-683-D, *Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems*, § 1.2.2, p. 1.7 ("PR_LIST s-p - Preferred Roaming List. Contains information to assist the mobile station system selection and acquisition process. Retained by the mobile station when the power is turned off.").

166. *See id.*, § 3.3.5, p. 3.42 (internal reference and NAM indicator name omitted).

167. *Id.*, ANNEX C, p. C.1.

168. *See id.*, § 3.5.5.2.1, p. 3.100 *et seq.* (listing Acquisition Record Formats).

169. *See id.*, § 3.5.5.2.2.11, p. 3.112.

170. *See id.*, § 3.5.5.2, p. 3.100 ("If ACQ_TABLE contains more than one acquisition record, these records should be listed in priority order (highest priority first) according to the desired

- 40 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

Access Terminal will begin by selecting the entry having the highest preference and then it will copy the relevant channel(s) to be scanned into a temporary Channel Record maintained on its internal storage.[171] Once the Access Terminal makes a Channel Record, it transitions from the Network Determination Substate to the Pilot Acquisition Substate.[172]

**ii. Pilot Acquisition Substate.**

"In the Pilot Acquisition S[ubs]tate the access terminal acquires the Forward Pilot Channel of the selected CDMA Channel."[173] The pilot channel is an "unmodulated direct sequence spread spectrum signal continuously transmitted at a fixed power"[174] by each Access Network sector. The pilot channel "is continually transmitting an all zero signal, which is covered by a Walsh code 0,"[175] and is only identifiable because the "all-zero baseband stream is [] multiplied by a pair of quadrature PN sequences."[176] Because of the all-zero baseband

---

mobile station system selection scanning priorities.").

171. *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 6.3.6.1.3, p. 6.22 ("In the Network Determination State the access terminal selects a CDMA Channel (see 10.1) on which to try and acquire the access network."); § 10.1, p. 10.1 ("The Channel record defines an access network channel frequency and the type of system on that frequency.").

172. *See id.*, § 6.3.6.1.3, p. 6.23 ("Upon selecting a CDMA Channel the access terminal shall enter the Pilot Acquisition State.").

173. *Id.*, § 6.3.6.1.4, p. 6.23.

174. *See* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 38.

175. Langton, Charan (complextoreal.com), *CDMA Tutorial: Intuitive Guide to Principles of Communications* (2002), *available at* http://www.complextoreal.com/CDMA.pdf (last accessed: Sept. 29, 2010), p. 12; *see also* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 235 ("The pilot channel carries all '0's, that is, no upper layer information.").

176. *See* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 39.

- 41 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

stream, "the pilot channel has very good SNR [(Signal to Noise Ration)] making it easy for mobiles to find it."[177] "The pilot is the first broadcast physical channel that is searched and acquired by the mobile stations immediately after the mobile is powered on."[178] "The main functions of the pilot channel [in 1xEV-DO Rel. 0] are the same [as] those of forward common pilot channels in cdma2000 or IS95."[179] The pilot channel is used to broadcast a unique signature (etymologically referred to as a PN sequence, short code, PN offset, or PN code) used by Access Terminals to identify and differentiate between all Access Network sectors in a given area. "The PN sequence, with a specific offset, forms a short code, which uniquely identifies the pilot and thereby the particular sector that is transmitting that pilot signal."[180] Each CDMA transmit frequency, corresponding to a band class CDMA channel number, supports a total of 512 unique PN sequences of which short codes can be derived for any given area.[181]

In addition to using the short code to identify the Access Network, the Access Terminal also uses the short code to identify and decode all other forward link radio channels transmitted by the Access Network. This is required because the Access Network uses the short code "to

177. Langton, *CDMA Tutorial: Intuitive Guide to Principles of Communications*, p. 12; *see also* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 39 ("As a result, the pilot is an easy-to-capture signal, which mainly reflects the phase of the PN sequence used as the base station's short code.").

178. *Id.*, p. 38.

179. *Id.*, p. 235.

180. *Id.*, p. 39.

181. *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 9.3.1.3.4, p. 9.90 ("Pilot Channels shall be identified by an offset index in the range from 0 through 511 inclusive.").

- 42 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

spread [(*i.e.*, encode)] the composite signal (containing all code channels) that is transmitted to the users in a cell."[182] "[T]he base station-specific short codes serve as the base stations' signatures, allowing differentiation and de-spreading of desired base stations' signals in the presence of other-cell interference."[183] Aside from physical layer identification and decoding, the Access Terminal also uses the "power and timing of the pilot channel"[184] to simplify the determination of the best serving Access Network[185] and to help in "acquiring the system timing and fast synchronization."[186][187] Although the pilot channel does not transmit system time, the nature of the PN sequence transmission[188] allows the Access Terminal to synchronize

182. Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 18; *see also* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 9.3.1.3.1, p. 9.60 fig. 9.3.1.3.1-1, "Forward Channel Structure" (showing composite Walsh channels labeled "A" and "B" being fed into the Quadrature Spreading block prior to output of Forward Modulated waveform).

183. Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 31-32.

184. *Id.*, p. 235.

185. *See id.*, p. 249 ("The AT uses the measured SINR [(Signal to Interference and Noise Ration)] of the strongest pilot and the thresholds defined by the AN to determine the highest data rate it can reliably decode as well as the identity of the corresponding best serving sector.").

186. *Id.*

187. "An additional function of the pilot [(specific to 1xEV-DO)] is to provide the access terminal with a means of predicting the receive C/I for the purpose of access-terminal-directed forward data rate control (DRC) of the Data Channel transmission." TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 9.3.1.3.1, p. 9.56 fn. 54.

188. *See id.*, § 9.3.1.3.4, p. 9.90 ("The chip rate for the pilot PN sequence shall be 1.2288Mcps. The pilot PN sequence period is 32768/1228800 = 26.666... ms, and exactly 75 pilot PN sequence repetitions occur every 2 seconds."); *id.* ("The zero-offset pilot PN sequence shall be such that the start of the sequence shall be output at the beginning of every even second in time, referenced to access network transmission time.").

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

its clock ticks to the clock ticks of the Access Network.[189] This synchronization is required because all forward link channels are placed into time slots "aligned to the PN rolls of the zero-offset PN sequences and... to system time on even-second ticks."[190]

"Upon entering the Pilot Acquisition S[ubs]tate, the access terminal shall tune to the selected CDMA Channel and shall search for the pilot."[191] If the Access Terminal is unable to acquire at least one pilot signal from the selected CDMA channel within a set amount of time, the Access Terminal makes a new channel record using the next highest priority entry from the Preferred Roaming List Acquisition Table.[192] For example, assume a scenario where the highest priority entry in the Acquisition Table contains a band class and channel number equating to 880.020−880.650 MHz radio frequency for the Access Network and the second highest priority entry in the Acquisition Table contains a band class and channel number equating to 891.510−893.370 MHz radio frequency for the Access Network. Under this scenario, the Access Terminal will first monitor 880.020−880.650 MHz for a pilot signal and if no pilot is detected, the Access Terminal will then monitor 891.510−893.370 MHz for a pilot signal. This process will continue for each entry in the Acquisition Table of the Preferred

189. In other words, the noted synchronization causes the "second hand" of the Access Terminal's internal clock to tick in unison with the "second hand" of the Access Network's internal clock but the absolute system time is still unknown to the Access Terminal.

190. *Id.*, § 9.3.1.3.1, p. 9.57; *see also id.*, § 9.3.1.3.6.1, p. 9.93 ("Each sector shall use a time base reference from which all time-critical transmission components, including pilot PN sequences, slots, and Walsh functions, shall be derived.").

191. *Id.*, § 6.3.6.1.3, p. 6.23.

192. *See id.* ("If the access terminal fails to acquire the pilot within [][a specified amount of] seconds of entering the Pilot Acquisition State, it shall enter the Network Determination State.").

- 44 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

Roaming List until an initial Access Network pilot signal is detected.[193] Once the Access Terminal has acquired the pilot channel, derived the short code, and synchronized its clock ticks to the system timing, it transitions out of the Pilot Acquisition Substate and into the Synchronization Substate.[194]

**iii. Synchronization Substate.**

In the Synchronization Substate, "the access terminal synchronizes to the Control Channel cycle, receives the Sync message, and synchronizes to system time."[195] In 1xEV-DO Rel. 0, the Sync message is transmitted on the Control Channel,[196] a forward link traffic channel, which takes the place of the Sync Channel used in 1xRTT and in other earlier CDMA communications systems.[197] "The access network broadcasts the Sync message to convey basic network and timing information."[198] The "broadcast" addressing for the Sync message means all Access Terminals are sent the same Sync message at the same time.[199] The Access

193. Through the Route Update Protocol, additional pilot signals for additional Access Network sectors are detected and logged after the Access Terminal acquires the initial Access Network. The details of this process are explained in the *Technical Explanations*, Section III(B)(3)(d)(i), *infra*.

194. *See id.*, § 6.3.6.1.4, p. 6.23 ("If the access terminal acquires the pilot, it shall enter the Synchronization State." (footnote omitted)).

195. *See id.*, § 6.3.1, p. 6.18.

196. *See id.*, § 6.3.6.1, p. 6.22 ("The access network shall broadcast the Sync message periodically in a synchronous Control Channel capsule.").

197 *See* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 39 (discussing the Sync Channel in IS-95A) & p. 144 (discussing the Sync Channel in 1xRTT).

198. TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 6.3.6.2.1, p. 6.23.

199. *See id.* (the "addressing" table entry is set to "broadcast" for the Sync message) & §

- 45 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

Network uses the Sync message to write network specific data to the internal storage devices of all Access Terminals attempting to acquire the network. In 1xEV-DO, the Sync message contains five parameters (*i.e.*, data fields) sent to the Access Terminal: (1) MessageID, (2) MaximumRevision, (3) MinimumRevision, (4) PilotPN, and (5) SystemTime.[200][201] Upon receiving the Sync message, the Access Terminal "reads and stores all the parameters in the message that are defined in the mobile protocol revision and ignores the rest."[202] After storing the data contained in the Sync message, the Access Terminal checks to see if its protocol revision number is between the MinimumRevision and MaximumRevision fields of the Access Network.[203] If the Access Terminal's revision number is not within the specified range then the Access Terminal and Access Network are not compatible and the Access Terminal transitions back to the Network Determination Substate.[204] If the Access Terminal's revision number is within the specified range then the Access Terminal and Access Network are compatible and the Access Terminal sets its "time to the time specified in the message[.]"[205]

---

6.3.6.1, p. 6.22 ("The access network shall broadcast the Sync message periodically in a synchronous Control Channel capsule.").

200.    Unlike the pilot signal that provides clock tick synchronization, the SystemTime parameter of the Sync message provides the Access Terminal with an absolute system time value.

201.    *See id.* § 6.3.6.2.1, p. 6.24.

202.    Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 144.

203.    *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 6.3.6.1.5, p. 6.23.

204.    *See id.*

205.    *Id.*, § 6.3.6.1.5, p. 6.23.

- 46 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

At this point, the Access Terminal has acquired the network and transitions out of the Initialization State[206] and into the Idle State.

**c. Access Terminal Idle State procedures: preparing to open a connection and opening a connection with a 1xEV-DO Rel. 0 Access Network.**

While in the Idle State, the Access Terminal's actions are primarily dictated by the Default Idle State Protocol, which "provides the procedures and messages used by the access terminal and the access network when the access terminal has acquired a network and a connection is not open."[207] There are seven primary functions performed by the Access Terminal while in the Idle State:[208] (1) receiving, processing, and storing to internal storage the Access Network's Overhead Messages, (2) transmission of Access Probes to the Access Network to initiate session establishment and open a connection, (3) establishing an open session with the Access Network, (4) application of encryption and authentication keys for use in the security layer, (5) obtaining identifying information from Access Terminal hardware using the HardwareIDRequest message, and (6) opening a connection with the Access Network. The above listed functions are fully explained in the subsections immediately below.

---

206. Inactive, Network Determination, Pilot Acquisition, and Synchronization were all substates of the Initialization State.

207. *Id.*, § 6.4.1, p. 6.26.

208. There are other functions relevant to this state but, unless otherwise noted in later subsections, they are immaterial to the operation of the FBI's cell site emulators (as used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.)) and will not be addressed.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

**i. Receiving, processing, and storing to internal storage the Access Network's Overhead Messages.**

Upon entering the Idle State, the Access Terminal is in an Inactive Substate and proceeds into the Monitor Substate. "When the access terminal is in the Monitor S[ubs]tate, it continuously monitors the Control Channel."[209] In this substate, "[t]he access terminal shall monitor the overhead messages as specified in the Overhead Messages Protocol []."[210] The Overhead Messages are the QuickConfig message and the SectorParameters message.[211] "These messages are broadcast by the access network over the Control Channel."[212] The "broadcast" addressing for the Overhead Messages means all Access Terminals are sent the same Overhead Messages at the same time.[213] The QuickConfig and SectorParameters messages contain numerous categories of essential data communicated to Access Terminals.[214] [215] "The QuickConfig message is used to indicate a change in the overhead messages'

---

209. *Id.*, § 6.4.6.1.5, p. 6.35.

210. *Id.*, § 6.4.6.1.5.1, p. 6.35.

211. *See id.*, § 6.8.1, p. 6.113.

212. *Id.*

213. *See* 6.8.6.1.5, p. 6.118.

214. *See id.*, § 6.8.6.2.1, p. 6.120 (Listing the following data fields for the QuickConfig message: MessageID, ColorCode, SectorID24, SectorSignature, AccessSignature, Redirect, RPCCount, ForwardTrafficValid, and a Reserved field.).

215. *See id.*, § 6.8.6.2.2, p. 6.122 (Listing the following data fields for the SectorParameters message: MessageID, CountryCode, SectorID, SubnetMask, SectorSignature, Latitude, Longitude, RouteUpdateRadius, LeapSeconds, LocalTimeOffset, ReverseLinkSilenceDuration, ReverseLinkSilencePeriod, ChannelCount, Channel, NeighborCount, NeighborPilotPN, NeighborChannelIncluded, NeighborChannel, NeighborSearchWindowSizeIncluded, NeighborSearchWindowSize, NeighborSearchWindowOffsetIncluded, NieghborSearchWindowOffset, and a Reserved field.).

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

contents and to provide frequently changing information."[216] "The SectorParameters message is used to convey sector specific information to the access terminals."[217] The Access Network uses the Overhead Messages to write network specific data to the internal storage devices of all Access Terminals that have acquired the network but are yet to establish a connection. "When a mobile station receives an overhead message, it should update all of its related stored information accordingly."[218] The Access Terminal will also "store the signature associated with the message for future comparisons."[219] By comparing the signature of the previous Overhead Message to the signature of the new Overhead Message, the Access Terminal can determine if it needs to update its stored data sent to it by the Access Network.[220] The Overhead Message parameters written to the Access Terminal by the Access Network are "essential parameters" that are "shared by protocols in the Connection Layer as well as protocols in other layers."[221]

Immediately after receiving the SectorParameters message, the Access Terminal uses the SectorID and SubnetMask[222] data parameters to determine the subnet of the system to which

216. *Id.*, § 6.8.6.2.1, p. 6.120.

217. *Id.*, § 6.8.6.2.2, p. 6.121.

218. Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 153.

219. TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 6.8.6.1.6, p. 6.119.

220. *See id.*, § 6.8.6.1.6, p. 6.118 (explaining the signature comparison process).

221. *Id.*, § 6.1.1, p. 6.2.

222. *See id.*, § 1.11, p. 1.15 (Explaining the IPv6 SubnetMask to be "[a] 128-bit value whose binary representation consists of *n* consecutive '1's followed by 128-*n* consecutive '0's.").

- 49 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

the Access Network belongs. The SectorID of the SectorParameters message contains a 128-bit Internet Protocol Version 6 (IPv6) address that identifies the sector.[223] The SubnetMask of the SectorParameters message contains "the number of consecutive 1's in the subnet mask of the subnet to which th[e] sector belongs."[224] In order to calculate the IPv6 subnet from the SectorParameters message, the Access Terminal conducts a mathematical bitwise logical AND using the SectorID and the SubnetMask.[225] As explained in Section III(B)(3)(a), *supra*, the subnet of the serving sector acts as the unique identification number identifying the particular 1xEV-DO system being accessed by the Access Terminal. No two 1xEV-DO systems have the same subnet and all Access Networks belonging to any given system will have identical subnet values as calculated using the SectorID and SubnetMask. Once the Access Terminal deduces the subnet of the serving system, it checks its locally stored Preferred Roaming List System Table[226] to determine if the subnet is listed as corresponding to a group of Access Networks (*i.e.*, a system) authorized for providing wireless service. If the subnet is not authorized, the

223.   *See id.*, § 6.8.6.2.2, p. 6.123 (Defining the SectorID as the "Sector Address Identifier[]" and that "[t]he access network shall set this field to the 128-bit IPv6 address of th[e] sector." (internal citation omitted)); *see also* IETF RFC 2373, *IP Version 6 Addressing Architecture*.

224.   *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 6.8.6.2.2, p. 6.123.

225.   *See* Becker, Ralph, IP Address Subnetting Tutorial (Sept. 7, 1999), *available at* http://www.firstnetsecurity.com/library/misc/TutorialMaster.PDF (last accessed: Feb. 20, 2012) (explaining IPv4 subnetting techniques); DSLReports.com, [website], *How to Calculate the Subnet of an ip for your network. IPv6 FAQ | DSLReports.com, ISP Information*, http://www.dslreports.com/faq/16362 (last accessed: Feb. 20, 2012) ("To subnet the IPv6 address space, you use same ipv4 subnetting techniques to divide... different portions of an IPv6 intranet.").

226.   *See Technical Explanations*, Section III(B)(3)(a), *supra* (explaining the Preferred Roaming List System Table and its purpose).

- 50 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

Access Terminal ignores the Access Network and transitions back to the Network Determination Substate. If the subnet is authorized, the Access Terminal begins the access probe process to initiate session establishment with the Access Network.

**ii. Transmission of Access Probes to the Access Network to initiate session establishment and open a connection.**

Prior to the initial Access Probe process explained in this subsection, all radio signal transmissions are broadcast by the Access Network to the Access Terminal. Immediately after network acquisition, the Access Terminal is yet to transmit signals and the Access Network is yet to be made aware of the Access Terminal's presence.[227] In order to establish a session and open a connection with the Access Network, the Access Terminal initiates an Access Attempt over the Reverse Access Channel belonging to the sector serving the Access Terminal.[228] "Each access attempt may consist of one or more sub-attempts, each consisting of repeated transmissions of the same message. Each message transmission is called an *access probe*."[229] All Access Channel transmissions are spread (*i.e.*, encoded)[230] using a long code created from

227. *See id.*, p. 52 ("When the mobile first attempts to access the system, the base station has no information about the location of the mobile...").

228. *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 9.2.1.3.2, p. 9.33 ("The Access Channel is used by the access terminal to initiate communication with the access network...).

229. *See* Korowajczuk, Leonhard *et al.*, *Designing cdma2000 Systems*, John Wiley & Sons, (West Sussex, England: 2004), p. 254; *see also* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 247 ("The transmissions on the access channel are in the form of access probes, each consisting of a preamble followed by one or more access channel physical layer packets." (internal figure note omitted)).

230. *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 8.3.6.1.4.1.1, p. 8.25 ("The access terminal shall use the Access Channel long codes to cover the entire probe.").

- 51 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

stored data received via the Overhead messages.[231][232] A 1xEV-DO Access Probe transmission "consist[s] of a preamble followed by one or more access channel physical layer packets."[233] "During the preamble transmission, only the Pilot Channel is transmitted."[234] "During the Access Channel physical layer packet transmission, both the Pilot Channel and the Data Channel are transmitted."[235] The physical layer packet transmissions contain higher layer Protocol Data Units[236] used for establishing a session and opening a connection with the Access Network.[237] A transmission sent on the Access Channel by the Access Terminal is always part of an Access Attempt dictated by the Access Probe process.

231. *See id.*, § 8.3.6.1.4.1.2, p. 8.26, Table 8.3.6.1.4.1.2-1, Access Channel Long Code Masks (showing that the long code mask for the Access Channel is comprised, in part, by the ColorCode and SectorID); *id.*, § 8.3.6.1.4.1.2, p. 8.27 ("SectorID is given as public data of Overhead Messages Protocol and corresponds to the sector to which the access terminal is sending the access probe. [] ColorCode is given as public data of Overhead Messages Protocol and corresponds to the sector to which the access terminal is sending the access probe.").

232. The entire forward link channel, which includes the Access Channel spread by the Access Channel long code, is also collectively spread by the Access Network short code as explained in the *Technical Explanations*, Section III(B)(3)(b)(ii), *supra*.

233. Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 247 (internal figure note omitted).

234. TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 9.2.1.3.2, p. 9.33; *see also* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 33 ("The preamble does not carry any m[e]ssages and it is transmitted to help [the] base station capture the phase and timing of [the] user's transmission in the uplink. Once the preamble is detected the base station can demodulate the message capsule and process [the] MS's request.").

235. TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 9.2.1.3.2, p. 9.33-9.34.

236. *See id.*, § 8.3.3, p. 8.18 (defining the Protocol Data Unit for the Default Access Channel MAC Protocol).

237. *See id.*, § 8.3.6.1, p. 8.21 and Fig. 8.3.6-1. Access Channel MAC Packet Structure.

- 52 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

In 1xEV-DO, "[t]he access procedure performed by the access channel MAC protocol is similar to that used in basic access mode of IS-2000."[238] "Namely, the AT keeps transmitting access probes at increasing power levels until it gets an acknowledgement back from the AN."[239] The 1xEV-DO Access Probe process adopted from earlier CDMA technology solves the power control[240] problem inherent with initial reverse link transmissions: "When the mobile first attempts to access the system, the base station has no information about the location of the mobile and thus the power at which the mobile should access the system"[241] An Access Attempt involves transmitting Access Probes "starting with a low initial power estimated by open-loop power control followed by power increments on every successive

238. Yang, Samuel C., *3G CDMA2000: Wireless System Engineering* (Norwood, MA: Artech House, 2004) p. 229; *see also* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 247 ("In 1X-EV DO the access channel structure and protocols are very similar to those of IS95/cdma2000 Release 0.").

239. Yang, *3G CDMA2000: Wireless System Engineering*, p. 229; *see also* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 52 ("The mobile attempts to access the system by transmitting a series of access probes. The first access probe is transmitted at a relatively low power and is followed by a series of successive probe transmissions of progressively higher power until an acknowledgment is received.").

240. 1xEV-DO and other CDMA based technologies are dependent on strict power control across the various transceivers making up the network. *See, e.g.*, Levine, *Digital Switching: Cellular & PCS Lectures April 17 & 24, 2001*, p. 58 ("When multiple transmitters send signals with different PN codes to a common receiver, the RSSI of all the signals must be very close to equal, or the strongest one will dominate all the others and only it can be decoded without errors. This was a major problem which caused malfunctions of a trial CDMA system used in tests by the Groupe Spécial Mobile in 1986 in Paris. Qualcomm revived the idea of CDMA for cellular in 1989 with an improved closed- loop feedback power control to keep all the received signals from deviating in individual power levels.").

241. Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 52.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

probe within an access attempt."[242] "Similar to IS95 and cdma2000, the access terminal sends a series of access probes until it receives a response from the access network or the timer expires."[243] "The transmission of request or response messages through the air interface does not assure successful access to the system. The process is only complete after the same message is sent a certain number of times or when the MS receives a reception acknowledgement (ACK)."[244] In other words, the Access Terminal transmits the same message over and over, each time increasing the transmission power, until the Access Network responds with an acknowledgement that the message was received. Once the Access Terminal receives the acknowledgement, it will begin transmitting the next message using the same Access Probe process. As long as the Access network continues to respond to Access Probes, the process will continue until the Access Attempt is successfully completed (*i.e.*, a session is established and a connection is open).

Before the Access Terminal can begin transmitting Access Probes, it first needs to receive and process the AccessParameters message[245] broadcast by the Access Network.[246]

242. *Id.*, p. 247.

243. *Id.*

244. Korowajczuk, *Designing cdma2000 Systems*, p. 254; *see also* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 8.3.3.6.1.4.1.1, p. 8.25 ("The access terminal shall not change the probe data contents in between probes.").

245. *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 8.3.6.1.4.1.1, p. 8-25 ("Prior to sending the first probe of the probe sequence, the access terminal shall verify that the last AccessParameters message it received is current...").

246. *See id.*, § 8.3.6.2.6, p. 8-33 (the "addressing" table entry is set to "broadcast" for the AccessParameters message).

- 54 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

The "broadcast" addressing for the AccessParameters message means all Access Terminals are sent the same message at the same time. The Access Network uses the AccessParameters message to write network specific data to the internal storage devices of all Access Terminals that are attempting to access the network after network acquisition.[247] The AccessParameters message contains numerous categories of essential data communicated to Access Terminals for use in power control and formatting of Access Probe transmissions.[248] Upon receiving the AccessParameters message, the Access Terminal reads and stores all data fields contained in the message. The Access Terminal uses the stored data fields,[249] along with stored data fields from the Overhead Messages,[250] to configure Access Probe transmissions and to facilitate Access Attempts.[251]

247. *See id.*, § 8.3.6.2.6, p. 8-31 ("The AccessParameters message is used to convey Access Channel information to the access terminals.").

248. *See id.*, § 8.3.6.2.6, p. 8-31 (Listing the following data fields for the AccessParameters message: MessageID, AccessCycleDuration, AccessSignature, OpenLoopAdjust, ProbeInitialAdjust, ProbeNumStep, PowerStep, PreambleLength, CapsuleLengthMax, Apersistence, and a Reserved field.).

249. *See, e.g., id.*, § 8.3.6.1.4.1.1, p. 8-25 (using the OpenLoopAdjust and ProbeInitialAdjust data fields of the AccessParameters message for Access Probe power control).

250. *See, e.g., id.*, § 8.3.6.1.4.1.1, p. 8-25 (using the SectorID and ColorCode data fields of the Overhead Messages for Access Channel long code mask).

251. During Access Attempts, in addition to configuring transmissions using data fields contained in the AccessParameters message and Overhead Messages, the Access Terminal also uses various well known fall-back data values or data values as designated by the Access Network via ConfigurationRequest messages (sent according to the the Generic Configuration Protocol) containing complex attributes including the InitialConfiguration Attribute and the PowerParameters Attribute (both of which contain numerous data fields and records sent to and stored by the Access Terminal). *See id.*, § 8.3.7, p. 8.36-8.38.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

**iii. Establishing an open session with the Access Network.**

As noted in Section III(B)(3)(c)(ii), *supra*, the access channel physical layer packets initially sent by the Access Terminal during the Access Probe process contain data used to establish a session. Prior to establishing a session, "there are no communications between the access terminal and the access network."[252] The Access Network "may be unaware of the access terminal's existence within its coverage area."[253] "Other than to open a session, an access terminal cannot communicate with an access network without having an open session."[254] "An HRPD session refers to a shared state between the access terminal and the access network. This shared state stores the protocols and protocol configurations that were negotiated and are used for communications between the access terminal and the access network."[255] A session should not be confused with a connection.[256] In order to communicate with the Access Network over the air interface, the Access Terminal opens a session. In order to communicate with the Internet, the Access Terminal uses the established session to open a connection with the underlying Packet Data Serving Node linked to the

252. *Id.*, § 5.3.7.1.4, p. 5.23.

253. *Id.*

254. *Id.*, § 1.9, p. 1.12.

255. ANSI/TIA-878-2, *Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Radio Access Network Interfaces with Session Control in the Access Network*, § 1.4.2, p. 1.4.

256. *See id.* ("An air interface connection is a particular state of the air-link in which the access terminal is assigned a Forward Traffic Channel, a Reverse Traffic Channel and associated Medium Access Control (MAC) Channels.").

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

Access Network.[257] "During a single session the access terminal and the access network can open and close a connection multiple times[.]"[258] For session establishment, a powered-on Access Terminal will automatically initiate a session with a trusted Access Network without intervention or action from the user of the device.[259]

The first step to establishing a session where no prior session exists is for the Access Terminal to enter the Setup State[260] of the Default Address Management Protocol.[261] Once in the Setup State, the Access Terminal requests a Unicast Access Terminal Identifier (UATI) using the UATIRequest message.[262] For the Access Network, the UATI allows for "distinguishing among the different packets and [for] finding out which packet is from which

257. *See Technical Explanations*, Section III(B)(3)(c)(vi), *infra* (explaining the 1xEV-DO Rel. 0 connection establishment process).

258. TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 5.11, p. 5.1.

259. The automatic nature of session establishment is unlike connection establishment which requires direct action by the Access Terminal user. *See Technical Explanations*, Section III(B)(3)(c)(vi), *infra* (explaining the 1xEV-DO Rel. 0 connection establishment process).

260. *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 5.3.7.1.5, p. 5.24 ("In this state, the access terminal sends a request to the access network asking for a UATI and waits for the access network's response.").

261. *See id.*, § 5.3.1, p. 5.17 ("The Default Address Management Protocol provides the following functions: [] Initial UATI assignment[, and] Maintaining the access terminal unicast address as the access terminal moves between subnets.").

262. *See id.*, § 5.3.7.1.5.1, p. 5.24 ("Upon entering the Setup State the access terminal shall... send a UATIRequest message."); 5.3.7.2.1, p. 5.28 ("The access terminal sends the UATIRequest message to request that a UATI be assigned or re-assigned to it by the access network.").

- 57 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

AT."[263] More precisely, the UATI is a unique 32-bit numerical address[264] used by the Access Terminal and Access Network MAC layer protocols to label and identify transmissions during the current session.[265][266] When the Access Network receives the UATIRequest message, it transmits a UATIAssignment message that assigns a UATI to the Access Terminal for the session.[267] The UATIAssignment message is a unicast transmission containing numerous data fields that are written to the Access Terminal's internal storage.[268] The Access Terminal uses

263. Yang, *3G CDMA2000: Wireless System Engineering*, p. 229 ("[W]hen an AN receives an access channel MAC packet, it checks the *access terminal identifier record* field of the MAC layer header and performs address matching").

264. *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 10.2, p. 10.2 ("The Access Terminal Identifier record provides a unicast, multicast, or broadcast access terminal address.").

265. *See*, *e.g.*, *id.*, § 8.2.6.1.4.2.4, p. 8.13 (Under a heading titled "Address Matching" applicable to transmission received from the Forward Control Channel, the standard explains that the "Access terminal shall forward the Security Layer packet along with the SecurityLayerFormat and the ConnectionLayerFormat fields to the Security Layer if... the ATIType field and the ATI field of the ATI Record in the MAC Layer header of a Security Layer packet is equal to the ATIType and ATI fields of any member of the Address Management Protocol's ReceiveATIList."); *id.*, 8.2.6.2.1, p. 8.14 (All MAC Layer Headers placed in front of Access Network transmitted Security Layer packets must contain the Access Terminal's "ATI Record.").

266. The UATI is also sent by the Access Terminal to the new Access Network (target) during a Connected State Route Update so that "the source AN [][can lookup] the session configuration parameters that are requested by the target[]" over the A13 interface. ANSI/TIA-878-2, *Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Radio Access Network Interfaces with Session Control in the Access Network*, § 2.4, p. 2.3; *see also Technical Explanations*, Section III(B)(3)(d) *et seq.*, *infra* (explaining Route Updates, *i.e.*, handoffs).

267. *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 5.3.7.1.5.2, p. 5.24-5.25.

268. *See id.*, § 5.3.7.2.2, p. 5.29 (Listing the following data fields for the UATIAssignment message: MessageID, MessageSequence, Reserved1, SubnetIncluded, UATISubnetMask,

- 58 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

the data transmitted via the UATIAssignment message, to deduce its assigned 32-bit UATI[269] [270] and adds the UATI to its internally stored ReceiveATIList.[271] Once the Access Terminal adds its assigned UATI to its ReceiveATIList, it stops using the Default Address Management Protocol and begins using the Default Session Configuration Protocol. This second protocol is used to negotiate and configure a set of additional protocols to be used during the session.[272] For example, the Default Session Configuration Protocol is used to negotiate and configure the Security Layer protocols discussed in Section III(B)(3)(c)(iv), *infra*. Once all relevant protocols are negotiated and configured, the session is open and "the access terminal and the access network use the negotiated protocols to exchange data and signaling in accordance with the requirements of each protocol."[273] In other words, once a session is established, the Access Terminal can initiate a connection with the Access Network for the ultimate purpose of gaining access to the Internet. *See Technical Explanations*, Section III(B)(3)(c)(vi), *infra* (explaining the connection establishment process).

---

UATI104, UATIColorCode, UATI024, UpperOldUATILength, and a Reserved2 field).

269. *See id.*, § 5.3.7.1.5.1, p. 5.24-5.25.

270. The UATI is unrelated to the Access Terminal's internally stored ESN.

271. *See id.*

272. *See id.*, § 5.4.1, p. 5.35 ("The Default Session Configuration Protocol provides for the negotiation and configuration of the set of protocols used during a session.").

273. *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 5.4.6.1.6, p. 5.44.

- 59 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

**iv. Application of encryption and authentication keys for use in the security layer.**

During session establishment, the Access Terminal and Access Network negotiate and configure the security layer protocols so that a session key may be created for use in data integrity, authentication, and encryption in the MAC layer. The session key is created using a session key exchange process, which "[p]rovides the procedures followed by the access network and by the access terminal to exchange security keys for authentication and encryption."[274] The authentication keys are used "by the access network and the access terminal for authenticating traffic [(*i.e.*, data)]."[275] Traffic authentication is done through a cryptographic authentication process[276] allowing for the Access Network and Access Terminal to ensure that transmissions being received are not coming from a man-in-the-middle who may be altering data or impersonating either the Access Network or Access Terminal.[277]

274. *Id.*, § 7.1.1, p. 7.1.

275. *Id.*

276. "Authentication is a service that is used to establish the origin of information. That is, authentication services verify the identity of the user or system that created information (*e.g.*, a transaction or message). This service supports the receiver in security relevant decisions, such as 'Is the sender an authorized user of this system?' or 'Is the sender permitted to read sensitive information?' Several cryptographic mechanisms may be used to provide authentication services...." National Institute of Standards and Technology, NIST Special Publication 800-57, *Recommendations for Key Management -- Part 1: General (Revised)* (Mar. 2007), p. 30.

277. The type of man-in-the-middle attack protection provided in the 1xEV-DO Rel. 0 security layer is limited to scenarios where the attacker attempts to mimic a party *after* session establishment. Other types of 1xEV-DO Rel. 0 man-in-the-middle attacks, such as those launched *prior* to session establishment, are not prevented by the MAC payload authentication provided in the security layer. As explained later in this subsection, the various authentication keys are ultimately derived from Hash-based Key Derivation Function using a shared secret (*i.e.*, the the session key or "SKey") created through the Diffie-Hellman Pair-Wise Key Establishment Scheme. "The Diffie-Hellman key exchange is vulnerable to a man-in-the-middle attack. In this attack, an opponent Carol intercepts Alice's public value and sends her

- 60 -