DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

The encryption keys are used "by the access network and the access terminal for
encrypting traffic [(*i.e.*, data)]."[278]  Traffic encryption is done through a cryptographic
encryption process[279] allowing for the Access Network and Access Terminal to exchange data
that cannot be read by third-party eavesdroppers even if they gain full access to all
transmissions.  The noted encryption keys are used to encrypt all data content and signaling
information in the MAC layer payload, which contains all higher layer protocol data units.[280]
In other words, if encryption is invoked by the Access Network, all forward and reverse link

---

own public value to Bob.  When Bob transmits his public value, Carol substitutes it with her
own and sends it to Alice.  Carol and Alice thus agree on one shared key and Carol and Bob
agree on another shared key.  After this exchange, Carol simply decrypts any messages sent out
by Alice or Bob, and then reads and possibly modifies them before re-encrypting with the
appropriate key and transmitting them to the other party.  This vulnerability is present because
Diffie-Hellman key exchange does not authenticate the participants."  RSA Laboratories
[website], *RSA Laboratories - 3.6.1 What is Diffie-Hellman?*,
http://www.rsa.com/rsalabs/node.asp?id=2248 (last accessed: Mar. 23, 2012).  Applying the
above scenario to 1xEV-DO Rel. 0 with its use of Diffie-Hellman without supplementary two-
party authentication, Carol operates a cell site emulator to become a man-in-the-middle
between Bob's Access Terminal and Alice's legitimate wireless carrier cell site.

278.   TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
7.1.1, p. 7.1.

279.   "Encryption is used to provide confidentiality for data.  The data to be protected is called
plaintext when in its original form.  Encryption transforms the data into ciphertext.  Ciphertext
can be transformed back into plaintext using decryption.  The Approved algorithms for
encryption/decryption are symmetric key algorithms: AES and TDEA...."  NIST Special
Publication 800-57, *Recommendations for Key Management -- Part 1: General (Revised)*, p.
35.

280.   *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
8.1.2, p. 8.2-8.4, Fig. 8.1.2-1 ("Control Channel MAC Layer Packet Encapsulation"), Fig.
8.1.2-2 ("Access Channel MAC Layer Packet Encapsulation"), Fig. 8.1.2-3 ("Forward Traffic
Channel MAC Layer Packet Encapsulation"), and Fig. 8.1.2-4 ("Reverse Traffic Channel MAC
Layer Packet Encapsulation").

- 61 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

data content and signaling information are protected from eavesdroppers over the air interface. [281]

During the session key exchange process, the Access Network and Access Terminal use the DH Key Exchange Protocol outlining "a method for session key exchange based on Diffie-Hellman (DH)."[282] "The Diffie-Hellman (DH) key exchange protocol provides a method for session key exchanges based on the DH key exchange algorithm."[283] The Diffie-Hellman key exchange algorithm is an asymmetric key algorithm[284] allowing for "two users to exchange a secret key over an insecure medium without any prior secrets."[285] In Diffie-Hellman, "both parties contribute information to the key agreement process."[286] The Diffie-Hellman session

---

281.   Although the MAC layer payload is encrypted, the MAC layer header, which is neither encrypted nor authenticated, contains the Access Terminal Identifier (e.g., the UATI) in plaintext. See id., § 8.6.2.1, p. 8.14.  However, as explained in the Technical Explanations, Section III(B)(3)(c)(iii), supra, the UATI is a randomly assigned value used for MAC layer addressing purposes and it cannot be used by an eavesdropper to identify Access Terminal hardware.

282.   Id., § 7.6.1., p. 7.22.

283.   Rhee, Man Y., Mobile Communication Systems and Security, John Wiley & Sons (Jin Xing Distripark, Singapore: 2009), p. 222.

284.   "Asymmetric key algorithms, commonly known as public key algorithms, use two related keys (i.e., a key pair) to perform their functions: a public key and a private key.  The public key may be known by anyone; the private key **should** be under the sole control of the entity that "owns" the key pair.  Even though the public and private keys of a key pair are related, knowledge of the public key does not reveal the private key."  NIST Special Publication 800-57, Recommendations for Key Management -- Part 1: General (Revised), p. 35 (footnote omitted).

285.   RSA Laboratories [website], RSA Laboratories - 3.6.1 What is Diffie-Hellman?, http://www.rsa.com/rsalabs/node.asp?id=2248 (last accessed: Mar. 23, 2012).

286.   National Institute of Standards and Technology, NIST Special Publication 800-131A, Transitions: Recommendation for Transitioning the Use of Cryptographic Algorithms and Key

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

key created by the Access Network and Access Terminal is referred to as the SKey and is either
a 768-bit key or 1024-bit key.[287] After the Skey is created, the Access Network and Access
Terminal separately split their SKey copies into "eight sub-fields within the SKey. These sub-
fields are of equal length."[288] The eight sub-fields are then used with Hash-based Key
Derivation Functions (HKDFs)[289] to create four pairs of 160-bit authentication and encryption
key values for use on each of the forward and reverse link channels transmitted/received by the
Access Network and Access Terminal.[290] Each of the four 160-bit authentication keys are
used to authenticate packets on their respective channels[291] via Keyed-Hash Message

Lengths (Jan. 2011), p. 7.

287.   See TIA/EIA/IS-856-1, cdma2000 High Rate Packet Data Air Interface Specification, §
7.6.7, p. 7.48, Tab. 7.6.7-1.

288.   Id., § 7.6.5.1.3, p. 7.28.

289.   "Cryptographic hash functions can be used as building blocks in key derivation
functions (KDFs).... KDFs using cryptographic hash functions as their building blocks are
called Hash-based Key Derivation Functions (HKDFs). The main purpose of an HKDF is to
generate (i.e., derive) secret keys from a secret value (e.g., a shared key, or a shared secret in a
key agreement scheme) that is shared between communicating parties. The security strengths
of the derived secret keys are limited to the security strength of the secret value. The security
strength of the secret value shall meet or exceed the desired security strengths of the derived
secret keys." National Institute of Standards and Technology, NIST Special Publication 800-
107, Recommendation for Applications Using Approved Hash Algorithms (Feb. 2009), p. 14.

290.   Id., § 7.6.5.1.3, p. 7.28-7.29 and Fig. 7.6.5.1-1 ("Message Bits for Generation of
Authentication and Encryption Keys").

291.   IS-856 only defines procedures "for authentication of access channel MAC layer packets
by applying the SHA-1 hash function to message bits (ACPAC - Access Channel MAC Layer
Packet Authentication Code)." Korowajczuk, Designing cdma2000 Systems, p. 338. However,
data integrity and authentication of packets sent over traffic channels and the control channel
can also be implemented by any 1xEV-DO Rel. 0 network considering authentication keys are
defined and generated for "the Forward Traffic Channel" (i.e., FACAuthKey), "the Reverse
Traffic Channel" (i.e., RACAuthKey), and "the Control Channel" (i.e., FPCAuthKey).

- 63 -

DECLARATION UNDER PENALTY OF PERJURY

RE:   The independent operations of the FBI's cell site emulators, etc. used to locate the
       UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
       DGC (D.Ariz.);

BY:   Daniel David Rigmaiden

Authentication Codes (HMACs)[292] derived from the SHA-1 cryptographic hash function.[293]

For encryption purposes, each of the four 160-bit encryption keys are truncated into 128-bit

AES (based on Rijndael)[294] encryption keys which are used for encrypting packets on their

respective channels[295] via the AES symmetrical key algorithm.[296]

---

TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 7.6.3.2, p.
7.22.

292.   "Message authentication codes (MACs) provide data authentication and integrity
protection.... MAC algorithms that are based on cryptographic hash functions[] [are] called
HMAC algorithms... The HMAC output is generated from the secret key and the string of 'text'
to be MACed (*e.g.*, a message to be sent) using the HMAC algorithm. The MacTag is provided
to the MacTag verifier, along with the 'text' that was MACed (*e.g.*, the sender transmits both the
MacTag and the 'text' that was MACed to the intended receiver). [] The verifier computes an
HMAC output on the received 'text' using the same key and HMAC algorithm that was used by
the HMAC generator, generates a MacTag (either a full or truncated HMAC output), and then
compares the generated MacTag with the received MacTag. If the two values match, the 'text'
has been correctly received, and the verifier is assured that the entity that generated the MacTag
is a member of the community of users that share the key." NIST Special Publication 800-107,
*Recommendation for Applications Using Approved Hash Algorithms*, p. 12.

293.   SHA-1, as well as SHA-224, SHA-256, SHA-384, SHA512, SHA-512/224 and SHA-
512/256, are all "iterative, one-way hash functions that can process a message to produce a
condensed representation called a message digest. These algorithms enable the determination
of a message's integrity: any change to the message will, with a very high probability, result in
a different message digest. This property is useful in the generation and verification of digital
signatures and message authentication codes, and in the generation of random numbers or bits."
National Institute of Standards and Technology, FIPS PUB 180-4, *Federal Information
Processing Standards Publication: Secure Hash Standard (SHS)* (Mar. 2012), p. 3.

294.   AES, based on Rijndael, is "a symmetric block cipher that can process data blocks of
128 bits, using cipher keys with lengths of 128, 192, and 256 bits. Rijndael was designed to
handle additional block sizes and key lengths, however they are not adopted in [][the AES]
standard." National Institute of Standards and Technology, FIPS PUB 197, *Announcing the
Advanced Encryption Standard (AES)* (Nov. 26, 2001), p. 5.

295.   *See* Telecommunications Industry Association, TIA-925-1 [E] (Addendum to TIA-925),

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

If attempting to crack 1xEV-DO Rel. 0 security layer encryption via cryptanalysis,[297]

the 1024-bit Diffie-Hellman asymmetrical keys and the 128-bit AES symmetrical keys are

considered secure for the year 2008.[298]  In general terms, the protections provided by

encryption are primarily based on current computer technology being unable to quickly

compute values using factoring algorithms and discrete logarithm attacks.  "The first successful

factorization of a 768-bit RSA modulus was not reported until December 2009.  This effort

required six months of computations using highly sophisticated equipment.  According to the

paper's authors, factoring a 1024-bit modulus would be 'one thousand times harder' than a 768-

bit one.  This means that another 6-7 years are likely to pass before 1024-bit numbers could

---

*Enhanced Subscriber Privacy for cdma2000 High Rate Packet Data - Addendum 1* (Arlington,
VA: Sept. 2007), § 3, p. 3-1 ("The AES Encryption Protocol uses the AES (a.k.a. Rijndael)
procedures defined in [][3GPP2 S.S0055-A] in order to encrypt the Connection Layer packets
and decrypt the Authentication Protocol packets."); § 3.5.1.1, p. 3.3-3.6 ("Constructing the
Encryption Key").

296.   "Symmetric key algorithms (sometimes known as secret key algorithms) transform data
in a way that is fundamentally difficult to undo without knowledge of a secret key.  The key is
"symmetric" because one key is used for all operations (*e.g.*, encryption and decryption).
Symmetric keys are often known by more than one entity; however, the key shall not be
disclosed to entities that are not authorized access to the data protected by that algorithm and
key."  NIST Special Publication 800-57, *Recommendations for Key Management -- Part 1:
General (Revised)*, p. 34.

297.   Cryptanalysis: "Operations performed in defeating cryptographic protection without an
initial knowledge of the key employed in providing the protection." *Id.*, p. 20.

298.   *See* NIST Special Publication 800-131A, *Transitions: Recommendation for
Transitioning the Use of Cryptographic Algorithms and Key Lengths* (Jan. 2011), p. 3-4, "Table
1: Encryption Transitions" (listing use of AES 128-bit encryption keys as "Acceptable"); *id.*, p.
7-8, "Table 4: SP 800-56A Key Agreement (DH and MQV)" (listing use of Diffie-Hellman
1024-bit encryption keys as "Acceptable through 2010[;] Deprecated from 2011 through
2013[;] Disallowed after 2013").

- 65 -

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
     UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
     DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

realistically be factored."[299]  The 768-bit number factored in December of 2009 was in

context of RSA—an asymmetrical cryptographic algorithm using integer factorization

cryptography as apposed to the discrete logarithm cryptography used in Diffie-Hellman.[300]

However, NIST issues the same key length "comparable strengths" recommendations for

Diffie-Hellman as it does for RSA[301] and the required computational requirements for

cryptanalysis under each cryptographic scheme are similar.[302]  Therefore, 1024-bit encryption

keys in the context of Diffie-Hellman will be uncrackable at least until the year 2017.  In

comparison to Diffie-Hellman, the 128-bit AES keys used in 1xEV-DO Rel. 0 offer an even

less likely entry point for an attacker.  Seagate Technology, LLC took a simplistic approach to a

difficult cryptanalysis question and determined that it would take 70 billion computers

77,000,000,000,000,000,000,000,000 (77 trillion trillion) years to crack one 128-bit AES

encryption key using computer technology and cryptanalysis techniques available in the year

299.   NIST Special Publication 800-131A, *Transitions: Recommendation for Transitioning the Use of Cryptographic Algorithms and Key Lengths*, Appendix A: Decision Rationale, § A.2.

300.   *Compare* NIST Special Publication 800-56B, *Recommendation for Pair-Wise Key Establishment Schemes Using Integer Factorization Cryptography* (Aug. 2009) *with* NIST Special Publication 800-56A, *Recommendation for Pair-Wise Key Establishment Schemes Using Discrete Logarithm Cryptography (Revised)* (Mar. 2007).

301.   *See* NIST Special Publication 800-57, *Recommendations for Key Management -- Part 1: General (Revised)*, p. 63, "Table 2: Comparable strengths."

302.   Pornin, Thomas, "How to calculate the time it'll take to crack RSA or DH?," online posting, Oct. 6, 2011, *diffie hellman - How to calculate the time it'll take to crack RSA or DH? - Cryptography - Stack Exchange*, http://crypto.stackexchange.com/questions/913/how-to-calculate-the-time-itll-take-to-crack-rsa-or-dh (last accessed: Apr. 9, 2012) (explaining how cracking discrete logarithm cryptographic keys has the same, or slightly greater, asymptotic complexity as cracking integer factorization cryptographic keys).

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

2008.[303]

Regardless of available key strengths, 1xEV-DO Rel. 0 encryption will only protect data

if it is implemented by the Access Network. At the beginning of session establishment and

prior to the session key exchange process, the Access Network and Access Terminal use the

Default Encryption Protocol, which provides no encryption for signals transmitted over the air

interface.[304][305] The Access Network and Access Terminal will continue to use the Default

Encryption Protocol until the Access Network initiates the session key exchange process.[306]

[307] However, initiation of the session key exchange process is not required[308][309] and the

303.    Seagate [technical paper], *128-Bit Versus 256-Bit AES Encryption: Practical business reasons why 128-bit solutions provide comprehensive security for every need*, p. 4, *available at* http://www.seagate.com/staticfiles/docs/pdf/whitepaper/tp596_128-bit_versus_256_bit.pdf (last accessed: Apr. 9, 2012).

304.    TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 7.9, p. 7.68 ("The Default Encryption Protocol does not alter the Security Layer packet payload (i.e., no encryption/decryption) and does not add an Encryption Protocol Header or Trailer; therefore, the Cipher-text for this protocol is equal to the Connection Layer packet.").

305.    Likewise, the "Default Authentication Protocol does not provide any services except for transferring packets between the Encryption Protocol and the Security Protocol." *Id.*, § 7.7.1, p. 7-56.

306.    *See id.*, § 7.6.5.1.2, p. 7.26 ("The access network shall initiate the key exchange by sending a KeyRequest message.").

307.    If following good security practices, a wireless carrier Access Network will initiate the session key exchange process (in order to "turn on" encryption and authentication) as soon as possible, *i.e.*, after the UATI is assigned to the Access Terminal.

308.    *See* Korowajczuk, *Designing cdma2000 Systems*, p. 359 ("[E]ven though a single layer may contain multiple protocols, each of them can be individually negotiated to better accommodate network requirements and availability.").

309.    There is no logical reason why a wireless carrier would not implement the encryption procedures provided via the security layer.

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
     UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
     DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

---

Default Encryption Protocol can be used during the entire session if the Access Network

chooses to not use encryption.  If the Access Network chooses to not initiate the session key

exchange, all communications content and signaling information contained in the MAC

payload will not be encrypted via the security layer.[310]  If security layer encryption is not used,

"end-to-end encryption can be provided at the application layer"[311] to protect communications

content contained in higher layer protocol data units sent over Traffic Channels.  However, the

security layer encryption explained in this section is still the only mechanism that will protect

Access Channel and Control Channel signaling information from being intercepted over the air

interface.  An Access Network's failure to initiate the session key exchange process will result

in signaling information, such as the Access Terminal's ESN transmitted in response to a

HardwareIDRequest message, being exposed to third-party eavesdroppers.

### v.  Obtaining identifying information from Access Terminal hardware using the HardwareIDRequest message.

Once a session is established, the Access Network can obtain the Access Terminal's

identifying information by transmitting a HardwareIDRequest message.[312]  By transmitting a

HardwareIDRequest message, the Access Network asks the Access Terminal to transmit a

HardwareIDResponse message[313] containing its ESN or other "unique ID that has been

---

310.    *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
7.9, p. 7.68.

311.    *Id.*

312.    *See id.*, § 5.3.7.1.3, p. 5.23; *see also id.*, § 5.3.7.2.4, p. 5.31.

313.    *See id.*, § 5.3.7.2.5, p. 5.31 ("The access terminal sends this message in response to the
HardwareIDRequest message.").

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

assigned to the terminal by the manufacturer."[314] Prior to receiving the HardwareIDResponse message, the Access Network identifies the Access Terminal generically via reverse link PN codes and the Access Terminal's UATI assigned by the Access Network.[315] The Access Terminal's HardwareIDResponse message provides its absolute identity, which can be used to determine the customer who's wireless account is associated with the Access Terminal. Although not precisely articulated in the relevant standards, the main purpose served by the HardwareIDRequest message is to provide the Access Network with an initial Access Terminal identity verification mechanism.[316] If the ESN or MEID contained in the HardwareIDResponse message does not belong to a device authorized for service then the wireless carrier can direct the Access Terminal away from the Access Network prior to any attempt to open a connection. By severing the air link with the unauthorized Access Terminal during the session but prior to establishing a connection, network resources are conserved.

### vi. Opening a connection with the Access Network.

Once a session is established, the user of the Access Terminal can initiate the connection process with the Access Network. In the case of an aircard, the connection process is initiated

---

314.  *Id.*

315.  *See Technical Explanations*, Section III(B)(3)(c)(iii), *supra* (UATI used to identify the Access Terminal).

316.  *See, e.g.*, Nortel Networks, PN-4875/IS-856 Ballot Comments, *AT Authentication in 1xEV-DO*, p. 1 ("In this comment, AT hardware authentication is added as a part of the Address Management Protocol (ADMP) in the Session Layer. This allows an operator to perform terminal authentication, based on a hardware identifier (such as the IMSI) over the common channels before the AT is assigned a traffic channel.").

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

via software installed on the host laptop computer paired with the aircard.[317] For example, an aircard user may initiate the connection process by clicking a "connect" button on companion software bundled with the aircard. Once the user has initiated the connection process, the Access Terminal transitions into the Connection Setup Substate of the Idle State. In this substate, "the access terminal and the access network setup a connection[]"[318] via the previously explained Access Attempt process. Using Access Probes, "[t]he access terminal sends the ConnectionRequest message to request a connection."[319] Once the ConnectionRequest message is sent, indicating that the Access Terminal "is ready to exchange data on the access stream, the AN shall initiate PPP procedures..."[320] PPP is an acronym for "Point-to-Point Protocol" and provides a standard method for the Access Network and Access terminal to communicate.[321] "PPP also defines an extensible Link Control Protocol, which allows negotiation of an Authentication Protocol for authenticating its peer before allowing

---

317.   See United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 11 of 1st Consolidated Exhibits (Dkt. #587-1) (government web research on UTStarcom PC5740 aircard indicating that it is bundled with "VZAccess Manager software for easy connection management.").

318.   TIA/EIA/IS-856-1, cdma2000 High Rate Packet Data Air Interface Specification, § 6.4.1, p. 6.26.

319.   Id., § 6.4.6.2.2, p. 6.39.

320.   ANSI/TIA-878-2 (Addenda to TIA-878), Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Radio Access Network Interfaces with Session Control in the Access Network, § 2.3.1.1, p. 2.2.

321.   See RFC 1994, PPP Challenge Handshake Authentication Protocol (CHAP) (Aug. 1996), p. i.

- 70 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

Network Layer protocols to transmit over the link."[322]  In basic terms, PPP, as used in the

Connection Setup Substate, allows the Access Network to positively authenticate the Access

Terminal and determine if it is authorized to access 1xEV-DO Rel. 0 service.[323]  In order to

accomplish this task, 1xEV-DO Rel. 0 employs the Challenge-Handshake Authentication

Protocol (CHAP)—an element of PPP.[324]  CHAP is "used to periodically verify the identity of

the peer using a 3-way handshake."[325]  In 1xEV-DO Rel. 0, the peer is the Access Terminal

and the Access Network is the authenticator ensuring that the peer is authorized to access the

cellular data network.[326]  CHAP depends on the peer (*i.e.*, the Access Terminal) and the

authenticator (*i.e.*, the Access Network) having a previously shared secret that is not

transmitted or exchanged during the CHAP process.[327]  In 1xEV-DO Rel. 0, the shared secret

is the Shared Secret Data (SSD)[328] stored within the Access Terminal's internal storage device

322.   *Id.*

323.   It was previously explained how the Access Network can *identify* an Access Terminal by
obtaining its stored ESN via a HardwareIDRequest message. *See Technical Explanations*,
Section III(B)(3)(c)(v), *supra*. However, obtaining an Access Terminal's ESN is only a
preliminary identification mechanism and it is not sufficient for *authenticating* an Access
Terminal for receiving service. Because an ESN can be copied by an attacker who has physical
access to the Access Terminal, a more secure authentication mechanism using Shared Secret
Data (SSD) (*i.e.*, PPP as explained in this subsection) is employed to positively authenticate the
Access Terminal prior to receiving service.

324.   *See* RFC 1994, *PPP Challenge Handshake Authentication Protocol (CHAP)*, p. 2.

325.   *Id.*

326.   Although CHAP can also be used by the Access Terminal to authenticate the Access
Network, this is not done in 1xEV-DO Rel. 0.

327.   *See id.*, p. 3 ("This authentication method depends upon a 'secret' known only to the
authenticator and that peer.  The secret is not sent over the link.")

328.   "Shared Secret Data (SSD) is a 128-bit pattern stored in the MS and readily available to

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

(NAM)[329] with an exact copy stored in a database maintained by the Access Terminal's home "Access Network-Authentication, Authorization, and Accounting" (AN-AAA) server within the wireless carrier network.[330]

Once a PPP connection is established between the Access Network and Access Terminal, "[t]he AN generates a random challenge and sends it to the AT in a CHAP Challenge message..."[331] Once the Access Terminal receives the CHAP challenge, it concatenates some of the data contained in the challenge with its stored Shared Secret Data and then uses a cryptographic hashing algorithm to create a message digest[332] (i.e., a "one-way hash") of the

---

the network.  This Shared Secret Data is not passed across the air interface between the MS and the network..."  Telecommunications Industry Association, TIA/EIA/IS-2001-A (Revision of TIA/EIA/IS-2001), *Interoperability Specifications (IOS) for cdma2000 Access Network Interfaces* (Arlington, VA: Aug. 2001), § 4.2.1, p. 290.

329.   *See* TIA-683-D (Revision to TIA-683-C), *Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems*, § 3.5.8, p. 3.141, Table 3.5.8-1 3GPD Parameter Block Types (listing "HRPD Access Authentication CHAP SS Parameters" for the Access Terminal NAM (footnote omitted)); *id.*, § 3.5.8.14, p. 3.158 (showing the "SS" field of the "HRPD Access Authentication CHAP SS Parameters" as containing "Shared Secret Data").

330.   *See* fn. No. 328, *supra*.

331.   ANSI/TIA-878-2 (Addenda to TIA-878), *Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Radio Access Network Interfaces with Session Control in the Access Network*, § 3.1.1(d), p. 3.2.

332.   Cryptographic hashing algorithms and message digests are generally explained in footnotes contained in the *Technical Explanations*, Section III(B)(3)(c)(iv), *supra* (MAC payload encryption and authentication in the security layer).  However, use of a hashing algorithm for authentication and integrity checks of MAC layer payloads (as explained in the *Technical Explanations*, Section III(B)(3)(c)(iv), *supra*) is different from the authentication explained in this section.  Previously, it was explained how a hashing algorithm is applied to message bits contained in MAC layer payloads.  In this section, a hashing algorithm is employed so that the Access Network will be able to authenticate (*i.e.*, identify and authorize) the Access Terminal prior to providing it service.

- 72 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

result.[333]  The resulting message digest is used in the CHAP challenge response message.[334] The "one-way hash" is essentially a unique signature taken of the concatenated data used to create the CHAP response.  The Access Terminal then transmits its CHAP response message to the Access Network containing the calculated "one-way hash."[335]  When the Access Network receives the CHAP response message, it forwards it to the AN-AAA server connected directly to the Access Network using an Access-Request message over the A12 interface.[336]  If the AN-AAA server is not the Access Terminal's home AN-AAA, it will be unable to verify the CHAP response because it will not have a stored copy of the Access Terminal's Shared Secret Data.  In this case, the visited AN-AAA forwards the CHAP response to the home network AN-AAA.[337] Once the appropriate AN-AAA receives the Access-Request message, it retrieves the Access Terminal's Shared Secret Data from its database and concatenates it with some of the data contained in the Access-Request message to create a "one-way hash" in the same fashion

333.   See RFC 1994, *PPP Challenge Handshake Authentication Protocol (CHAP)*, p. 8 ("The Response Value is the one-way hash calculated over a stream of octets consisting of the Identifier, followed by (concatenated with) the 'secret', followed by (concatenated with) the Challenge Value.").

334.   See id.

335.   See id., p. 7 ("Whenever a Challenge packet is received, the peer MUST transmit a CHAP packet with the Code field set to 2 (Response).").

336.   See ANSI/TIA-878-2 (Addenda to TIA-878), *Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Radio Access Network Interfaces with Session Control in the Access Network*, § 3.1.1(e), p. 3.2.

337.   See id., § 2.3.3, p. 2.3 ("If the AN-AAA does not have the authority to accept/deny the request, it forwards the request to the home network...").

- 73 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

explained for the Access Terminal.[338]  If the "one-way hash" created by the AN-AAA matches

the "one-way hash" contained in the CHAP response message (created by the Access

Terminal), the AN-AAA sends the Access Network an Access-Accept message.[339]  Otherwise,

the AN-AAA sends the access Network an Access-Reject message indicating that the Access

Terminal is not authorized for 1xEV-DO Rel. 0 service.[340]

   In the case of an Access-Reject message, "[t]he AN returns an indication of CHAP

access authentication failure to the AT[]"[341] and "sends a SessionClose message to the AT to

close the HRPD session."[342]  In the case of an Access-Accept message, "[t]he AN returns an

indication of CHAP access authentication success to the AT[]"[343] and then begins other steps

to register the Access Terminal on the network so that Internet access service can be provided

by the Packet Data Serving Node (PDSN).  In order to register the Access Terminal for Internet

access, the Access Network establishes a connection with the Packet Control Function (PCF).

[344]  The Packet Control Function then "sends an A11-Registration Request message to the

---

338.   See RFC 1994, *PPP Challenge Handshake Authentication Protocol (CHAP)*, p. 7
("Whenever a Response packet is received, the authenticator compares the Response Value
with its own calculation of the expected value.")

339.   See ANSI/TIA-878-2 (Addenda to TIA-878), *Interoperability Specification (IOS) for
High Rate Packet Data (HRPD) Radio Access Network Interfaces with Session Control in the
Access Network*, § 3.1.1(f), p. 3.2.

340.   See *id.*, § 3.1.2(f), p. 3.3.

341.   *Id.*, § 3.1.2(g), p. 3.3.

342.   *Id.*, § 3.1.2(h), p. 3.3.

343.   *Id.*, § 3.1.1(g), p. 3.2.

344.   See *id.*, § 3.1.1(j), p. 3.2.

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

PDSN..."[345] "The A11-Registration Request message is validated and the PDSN accepts the

connection by returning an A11-Registration Reply message with an accept indication..."[346]

[347] Once the Packet Data Serving Node accepts the connection through the registration

process, the Packet Control Function notifies the Access Network,[348] a "PPP connection

establishment procedure is performed between the AT and the PDSN...,"[349] and "the

connection is established and packet data [(i.e., Internet traffic)] can flow between the AT and

the PDSN."[350] Once the connection is established, the Access Terminal transitions from the

Idle State to the Connected State.[351]

---

345.   Id., § 3.1.1(k), p. 3.2.

346.   Id., § 3.1.1(l), p. 3.2.

347.   In other words, the "registration" process in 1xEV-DO Rel. 0 occurs between the PCF
and PDSN—not between the Access Terminal and Access Network. *See also* <u>United States v.
Rigmaiden</u>, CR08-814-PHX-DGC, D.Ariz., <u>EXHIBIT 055</u> of *2nd Consolidated Exhibits* (Dkt.
#821-3) (diagram from ANSI/TIA-878-2 (Addenda to TIA-878) showing 1xEV-DO registration
process occurring between PCF and PDSN over the A11 interface, *i.e.*, not between the Access
Terminal and Access Network).

348.   *See id.*, § 3.1.1(m), p. 3.2.

349.   Id., § 3.1.1(n), p. 3.2.

350.   Id., § 3.1.1(o), p. 3.2.

351.   Other than power control and route updates, the numerous complex operations
applicable to the 1xEV-DO Rel. 0 Connected State are beyond the scope of the aircard locating
mission in <u>United States v. Rigmaiden</u>, CR08-814-PHX-DGC (D.Ariz.) and are therefore not
discussed in the *Technical Explanations*.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

### d. Using the Default Route Update Protocol to scan for additional pilots, facilitate sector Route Updates, and send Route Update messages.

In addition to searching for pilots during the Pilot Acquisition Substate,[352] the Access Terminal also searches for pilots to facilitate use of the Default Route Update Protocol. "The Default Route Update Protocol provides the procedures and messages used by the access terminal and the access network to keep track of the access terminal's approximate location and to maintain the radio link as the access terminal moves between the coverage areas of different sectors."[353] In order to serve the goals of the Default Route Update Protocol, "[t]he access terminal shall continually search for pilots in the Connected State and whenever it is monitoring the Control Channel in the Idle State."[354] During the searching process, "[t]he access terminal estimates the strength of the Forward Channel transmitted by each sector in its neighborhood."[355] "The access terminal shall measure the strength of every pilot it searches."[356] When the Access Terminal finds additional pilots transmitting in its neighborhood, it stores the pilots in sets according to signal strength.[357] In addition to searching for pilots in its neighborhood, the Access Terminal "should also be capable of

---

352.  *See Technical Explanations*, Section III(B)(3)(b)(ii), *supra*.

353.  TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 6.6.1, p. 6.55.

354.  *Id.*, § 6.6.6.1.2.2, p. 6.64.

355.  *Id.*, § 6.6.6.1.2, p. 6.62.

356.  *Id.*, § 6.6.6.1.2.3, p. 6.64.

357.  *See id.*, § 6.6.6.1.2, p. 6.62.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

searching for pilots in frequencies and band classes other than its current frequency."[358] In

order to locate the maximum amount of available Access Networks, the Access Terminal will

search all listed frequencies in its Preferred Roaming List Acquisition Table for additional

pilots and it may also receive additional frequencies to search via channel records provided by

the Access Network in real-time.[359] If a transmitted pilot "is on a different frequency

assignment from that of the mobile station, this target frequency should be included in the

search criteria."[360]

The Access Terminal maintains the following continuously updated sets of searched

pilots: (1) Active Set, (2) Candidate Set, (3) Neighbor Set, and (4) Remaining Set.[361] The

Active Set is "[t]he set of pilots [] associated with the sectors currently serving the access

terminal."[362] "When a connection is open [(i.e., in the Connected State)], a sector is

considered to be serving an access terminal when there is a Forward Traffic Channel, Reverse

Traffic Channel and Reverse Power Control Channel assigned to the access terminal.  When a

connection is not open [(i.e., in the Idle State)], a sector is considered to be serving the access

---

358.  Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 154.

359.  *See, e.g.*, TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 6.8.6.2.2, p. 6.125 (Indicating that the "NeighborChannel" parameter for the SectorParameters message consists of the "Channel record specification for the neighbor channel.").

360.  Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 154.

361.  *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 6.6.6.1.2, p. 6.62-6.63.

362.  *Id.*

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

terminal when the access terminal is monitoring that sector's control channel."[363]  The remaining three sets of pilots are categorized according to various rules and are maintained for conducting Route Updates where appropriate, *i.e.*, Access Terminal handoffs[364] from one Access Network to another.

       i.    **Operations of the Default Route Update Protocol specific to the Idle State.**

While in the Idle State, the Access Terminal maintains the Active Set of pilots on its own without receiving instructions from any Access Network.[365]  "The access terminal shall initially keep an Active Set of size one when it is in the Idle State.  The Active Set pilot shall be the pilot associated with the Control Channel the access terminal is currently monitoring."[366]  The Access Terminal continuously compares the pilots maintained in the four pilot sets and

---

363.   *Id.*

364.   A handoff is "[t]he act of transferring communication with an access terminal from one sector to another."  Telecommunications Industry Association, TIA-866-A (Revision of TIA-866), *Introduction to cdma2000 Spread Spectrum Systems* (Arlington, VA: Jan. 2006), § 1.2.1, p. 1.3.  In 1xEV-DO, the term "route update" is typically used in place of "handoff."  There are two primary types of handoffs in 1xEV-DO Rel. 0 that occur various states: the "hard handoff" and the "soft handoff."  A hard handoff is "characterized by a temporary disconnection of the Traffic Channel.  Hard handoffs occur when the access terminal changes to a new CDMA frequency."  *Id.*, § 1.2.1, p. 1.5.  In contrast, a soft handoff is "a handoff occurring while the access terminal is in the Connected State of the Default Route Update Protocol.  This handoff is characterized by pointing the DRC from one sector to another on the same CDMA frequency assignment."  *Id.*, § 1.2.1, p. 1.8.

365.   *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 6.6.1, p. 6.55 ("In [][the Idle] State, the access terminal autonomously maintains the Active Set.").

366.   *Id.*, § 6.6.6.1.5.1, p. 6.69.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

uses "pilot strengths to decide which sector's Control Channel it monitors."[367] For example, if

the pilot of the Access Network acquired by the Access Terminal after initial power-on has a

lower signal strength compared to a newly searched pilot then the Access Terminal will stop

monitoring the first Access Network sector Control Channel and it will begin monitoring the

new Access Network sector Control Channel.[368] This process is called an Idle State Route

Update (i.e., idle handoff)[369] and is initiated by the Access Terminal without direct

involvement from any Access Network.[370]

     Idle State Route Updates occur under two scenarios: (1) before session establishment,

and (2) after session establishment but before connection establishment. An Access Terminal

conducting an Idle State Route Update prior to session establishment can seamlessly switch to

any Access network, even if part of a different system (i.e., subnet), without having to send

transmissions to any Access Network.[371] However, an Access Terminal conducting an Idle

---

367.   Id., § 6.6.6.1.2, p. 6.62.

368.   While monitoring the Control Channel of the new Access Network, the Access Terminal
receives and processes the new Access Network's Overhead Messages as explained in the
Technical Explanations, Section III(B)(3)(c)(i), supra. As long as the new Access Network
belongs to a preferred system, as listed on the Access Terminal's Preferred Roaming List
System Table, the Idle State Route Update completes.

369.   An idle handoff is "[t]he act of transferring reception of the Control Channel from one
sector to another, when the access terminal is in the Idle State of the Default Route Update
Protocol." TIA-866-A (Revision of TIA-866), Introduction to cdma2000 Spread Spectrum
Systems, § 1.2.1, p. 1.5.

370.   See Etemad, cdma2000 Evolution: System Concepts and Design Principles, p. 154
("During this search, if the mobile station detects a pilot channel signal from another base
station that is sufficiently stronger than that of the current base station, the mobile station
determines that an idle handoff should occur.").

371.   An Access Terminal can initiate an autonomous Idle State Route Update prior to session

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

State Route Update after session establishment, but before connection establishment, needs to

either close the current session and open a new session with the new Access Network or the

wireless carrier needs to use the A13 interface to transfer authentication and session

configuration parameters similar to what is implemented for Connected State Route Updates.
[372] While in the Idle State, if a session is established or is being established, the Access

Terminal sends the Access Network "RouteUpdate messages to update its location with the

access network."[373][374] The Access Terminal transmits RouteUpdate messages either when

"the computed value *r* is greater than the value provided in the RouteUpdateRadius field of the

SectorParameters message transmitted by the sector in which the access terminal last sent a

RouteUpdate message[,]"[375] or "whenever it transmits on the Access Channel."[376]

---

establishment because the Default Session Management Protocol is in the Inactive State until
the Access Probe process. "In this state there are no communications between the access
terminal and the access network. The access terminal does not maintain any session-related
state and the access network may be unaware of the access terminal's existence within its
coverage area when the access terminal's Session Management Protocol is in this state."
TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 5.2.6.1.4,
p. 5.9.

372.   *See Technical Explanations*, Section III(B)(3)(d)(ii), *infra*.

373.   TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
6.6.6.1.5.4, p. 6.70. In other words, while in the Idle State, "RouteUpdate messages from the
access terminal are based on the distance between the sector where the access terminal last sent
a RouteUpdate message and the sector currently in its active set." *Id.*, § 6.6.6.1.5, p. 6.69.

374.   *See id.*, § 6.6.6.2.1, p. 6.76 (Listing the following data fields for the RouteUpdate
message: MessageID, MessageSequence, ReferencePilotPN, ReferencePilotStrength,
ReferenceKeep, NumPilots, PilotPNPhase, ChannelIncluded, Channel, PilotStrength, Keep,
and a Reserved field.).

375.   *Id.*, § 6.6.6.1.5.4, p. 6.71.

376.   *Id.*, § 6.6.6.1.5.4, p. 6.70.

DECLARATION UNDER PENALTY OF PERJURY

RE:   The independent operations of the FBI's cell site emulators, etc. used to locate the
      UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
      DGC (D.Ariz.);

BY:   Daniel David Rigmaiden

### ii.   Operations of the Default Route Update Protocol specific to the Connected State.

While in the Connected State, the Access Network dictates the Access Terminal's Active

Set of pilots.[377]  "The access network determines the contents of the Active Set through

TrafficChannelAssignment messages."[378]  These messages contain various data fields[379]

including the pilots (labeled as PilotPN field) belonging to the Access Networks the Access

Terminal must access for receiving Internet access service.  "If the access terminal receives a

valid TrafficChannelAssignment message, it shall replace the contents of its current Active Set

with the pilots specified in the message."[380]  In other words, while a connection is established,

the Access Network dictates the list of additional Access Networks the Access Terminal must

choose from when conducting Route Updates (i.e., handoffs).  While in the Connected State,

and unlike in the Idle State, the Access Terminal sends "RouteUpdate message[s] to the access

network... to request addition or deletion of pilots from its Active Set."[381]  The Access

Terminal transmits RouteUpdate messages when there are "changes in the radio link between

the access terminal and the access network, obtained through pilot strength measurements at

---

377.   See id., § 6.6.1, p. 6.55 ("In [][the Connected] state the access network dictates the
access terminal's Active Set.").

378.   Id., § 6.6.6.1.6, p. 6.71.

379.   See id., § 6.6.6.2.2, p. 6.78 (Listing the following data fields for the
TrafficChannelAssignment message: MessageID, MessageSequence, ChannelIncluded,
Channel, FrameOffset, DRCLength, DRCChannelGain, AckChannelGain, NumPilots, PilotPN,
SofterHandoff, MACIndex, DRCCover, RABLength, RABOffset and a Reserved field.).

380.   Id., § 6.6.6.1.6.3.2, p. 6.72.

381.   Id., § 6.6.6.1.6.5, p. 6.73.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

the access terminal."[382] "The access network should send a TrafficChannelAssignment message to the access terminal in response to changing radio link conditions, as reported in the access terminal's RouteUpdate messages."[383] "The access network should only specify a pilot in the TrafficChannelAssignment message if it has allocated the required resources in the associated sector. This means that the sector specified by the pilot is ready to receive data from the access terminal and is ready to transmit queued data to the access terminal should the access terminal point its DRC at that sector."[384] The process of an Access Terminal selecting a new Access Network is called a Connected State Route Update (*i.e.*, soft and hard handoffs)[385] and requires significant collaboration between the Access Terminal, the serving Access Network, the new Access Network, and the underlying packet data network.[386]

In order to not interrupt the Access Terminal user's Internet connection during a Connected State Route Update, the wireless carrier needs to use the A13 interface to transfer authentication and session configuration parameters from the current Access Network to the

382.  *Id.*, § 6.6.6.1.6, p. 6.71.

383.  *Id.*, § 6.6.6.1.6.3.1, p. 6.72.

384.  *Id.*

385.  *See* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 255 ("In 1X EV-DO the soft handoff is only supported in the reverse link and it follows a procedure very similar to cdma2000. In the forward link, however, there is no soft handoff and the network transmits the data only on the best sector selected by the AT on the DRC channel.").

386.  *See id.*, p. 256 (explaining the Connected State Route Update process in the context of the air interface); ANSI/TIA-878-2, *Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Radio Access Network Interfaces with Session Control in the Access Network* (explaining the Connected State Route Update process in the context of the "underlying network," *i.e.*, the A13 interface).

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

new Access Network.[387] The A13 interface is a direct link between the current serving Access

Network and the Access Network of which the Access Terminal is having its signal routed over

the air interface.[388] The A13 interface is separate from the air interface used by the Access

Network and Access Terminal to communicate via radio waves.[389] "The procedure for the

A13 interface is a message flow to exchange AT and PDSN information between the ANs[]"[390]

involved in a Connected State Route Update (i.e., handoff). During a handoff, "[w]hen the

target AN receives a packet from an AT that contains a UATI that is not in a subnet that is

associated with the target AN, the target AN attempts to retrieve session related information

from the source AN for the AT. The target AN sends an A13-Session Information Request

message to the source AN to indicate the information requested. The target AN shall include

the determined UATI, Security Layer Packet and Sector ID."[391] "When the source AN

receives an A13-Session Information Request message it checks if the session information for

387.   See id., p. 265 ("In an enhanced 1X-EV DO system; different access networks can be
connected to each other with an IOS-A13 interface defined within IOS [(i.e., IS-878-2 )]. This
interface is required to support mobility procedures when the AT moves from one AN to
another. The A13 interface allows the transfer of authentication and session configuration
parameters from the old AN to the new AN. The interface is based on the UDP/IP and uses
messages defined in the IOS.").

388.   See ANSI/TIA-878-2, Interoperability Specification (IOS) for High Rate Packet Data
(HRPD) Radio Access Network Interfaces with Session Control in the Access Network, § 3.6.1,
Figure 3.6.1-1, "Inter-PCF/Intra-PDSN Dormant AN-AN HO - Successful Operation," p. 3.15
(Connected State Route Update diagram showing the A13 interface directly linking two
different Access Networks separate from the air interface).

389.   See id., § 2.4.1, p. 2.4 ("The IOS application is independent of the underlying physical
transport medium, which is left to the discretion of operators and manufacturers.").

390.   Id., § 2.4.2, p. 2.4.

391.   Id., § 2.4.2.1.1, p. 2.5.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

the requested AT exists and if it can authenticate the target AN request. After the source AN has successfully authenticated the message contained in the A13-Session Information Request message and has the requested session state information, it sends an A13-Session Information Response message to the target AN with the requested information."[392][393]  Once the target AN receives the A13-Session Information Response message, the handoff is complete when "[t]he AT and the target AN complete the establishment of the HRPD session. Depending on the state of the AT and the target AN, either an existing HRPD session may be re-established, or a new HRPD session may be initiated if required."[394]

### e.  Open-loop and closed-loop power control of Access Terminal transmissions.

Regardless of implementation, all "CDMA base stations control the power of all mobiles for interference reduction purposes. All mobile signals must arrive at the base station at the same power level so that the signals can be properly coded. Power control is a required operational parameter of CDMA digital system operations."[395]  In 1xEV-DO Rel. 0, "[t]he access terminal shall provide two independent means for output power adjustment: an open-loop estimation performed by the access terminal and a closed-loop correction involving both

---

392.  *Id.*, § 2.4.2.2.1, p. 2.5.

393.  In the alternative, if the source Access Network does not respond to the A13-Session Information Request message then "the target AN may begin a new session establishment with the AT." *Id.*, § 2.4.2.1.2, p. 2.5.

394.  *Id.*, § 3.6.1(d), p. 3.16.

395.  Bedell, *Cellular/PCS Management: A Real World Perspective*, p. 227.

DECLARATION UNDER PENALTY OF PERJURY

RE:   The independent operations of the FBI's cell site emulators, etc. used to locate the
      UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
      DGC (D.Ariz.);

BY:   Daniel David Rigmaiden

the access terminal and the access network."[396]  "In closed-loop power control, based on the

measurement of the link quality, the base station sends a power control command instructing

the mobile to increase or decrease its transmission power level.  In open-loop power control,

the mobile adjusts its transmission power based on the received signaling power from the base

station."[397]  The proceeding subsections explain the open-loop and closed-loop power control

utilized by Access Terminals while sending reverse link transmissions to Access Networks.

### i.   Reverse Access Channel power control.

When establishing a session and opening a connection using the Access Probe process,

open-loop power control is used to determine the power at which the Access Terminal transmits

signals to the Access Network.  As explained in Section III(B)(3)(c)(ii), *supra*, each Access

Probe is an independent signal sent by the Access Terminal using both a pilot channel and data

channel.  In this context, the pilot channel and data channel make up the two part Reverse

Access Channel with the pilot channel being sent first for a period of time (*i.e.*, the preamble)

followed by the pilot channel and data channel being sent together for a period of time.[398]  In

order to calculate the mean transmit power used for the overall Reverse Access Channel, the

Access Terminal measures the mean receive power of forward link signals broadcast by the

Access Network and adds the negative of the resulting value to the values contained in the

---

396.   TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
9.2.1.2.4, p. 9.23.

397.   Chuah *et al.*, *Design And Performance Of 3G Wireless Networks And Wireless LANs*, p.
7.

398.   *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
9.2.1.3.2, p. 9.34, Figure 9.2.1.3.2-1,  "Example of an Access Probe."

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

OpenLoopAdjust and ProbeInitialAdjust data parameters broadcast by the Access Network via

the AccessParameters message.[399][400][401]  In order to determine the transmit power for each

individual Access Probe sent as part of an Access sub-attempt, the Access Terminal multiplies

the Access Probe number by the PowerStep value (provided to the Access Terminal via the

AccessParameters message) and adds that value to the previously calculated mean transmit

power used for the overall Reverse Access Channel.[402][403]  During the preamble portion of any

given Access Probe, the pilot channel is transmitted at the full calculated transmit power used

for the Reverse Access Channel considering no data channel is transmitted.[404]  During the data

transmission portion of any given Access Probe, the Access Terminal uses the DataOffsetNom

and DataOffset9k6 data parameter values (provided as public data of the Access Channel MAC

Protocol) to determine the power at which to transmit the pilot channel and data channel.[405]

---

399.  *See id.*, § 8.3.6.1.4.1.1, p. 8.25, No. 4 (providing mathematical equation).

400.  The OpenLoopAdjust value sent to the Access Terminal by the Access Network contains
"the nominal power to be used by access terminals in the open loop power estimate..." *Id.*, §
8.3.6.2.6, p. 8.32.

401.  The ProbeInitialAdjust value sent to the Access Terminal by the Access Network
contains "the correction factor to be used by access terminals in the open loop power estimate
for the initial transmission on the Access Channel..." *Id.*

402.  *See id.*, § 8.3.6.1.4.1.1, p. 8.25, No. 4 (providing mathematical equation).

403.  The PowerStep designates "the increase in power between probes, in resolution of 0.5
dB." *Id.*, § 8.3.6.2.6, p. 8.32.

404.  *See id.*, § 9.2.1.3.2, p. 9.34 ("The output power of the Pilot Channel during the preamble
portion of an access probe is higher than it is during the data portion of the probe by an amount
such that the total output power of the preamble and data portions of the access probe are the
same as shown in Figure 9.2.1.3.2-1.").

405.  *See id.*, § 9.2.1.2.4.1, p. 9.23-9.24.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

When data is being transmitted, the combined transmit power of the pilot channel and data channel total the full calculated transmit power used for the Reverse Access Channel.[406] While engaging in Access Attempts as explained in Section III(B)(3)(c)(ii), *supra*, the Access Terminal uses the open-loop power control process explained above.

### ii.   Reverse Traffic Channel power control.

After a connection is open and a Reverse Traffic Channel assigned to the Access Terminal by the Access Network,[407] a combination of open-loop and closed-loop power control is used to determine the power at which the Access Terminal transmits signals to the Access Network.[408] "When the access terminal is transmitting the Reverse Traffic Channel, the access terminal transmits the Pilot Channel, the DRC Channel, the ACK Channel when acknowledging received physical layer packets, and the Data Channel when transmitting physical layer packets.  These channels shall be transmitted at power levels according to open-loop and closed-loop power control."[409]  For the initial open-loop power estimate, "[t]he initial mean output power of the Pilot Channel of the Reverse Traffic Channel shall be equal to the

---

406.   *See id.*

407.   While communicating with the Access Network after a Reverse Traffic Channel is assigned, the Access Terminal configures its transmissions using various well known fall-back data values or data values as designated by the Access Network via ConfigurationRequest messages (sent according to the the Generic Configuration Protocol) containing attributes including the PowerParameters Attribute and the RateParameters Attribute (both of which contain numerous data fields and records sent to and stored by the Access Terminal). *See id.*, § 8.5.7, p. 8.79-8.84.

408.   *See id.*, § 9.2.1.2.1.2, p. 9.22 ("When the access terminal is transmitting the Reverse Traffic Channel, the access terminal shall control the mean output power using a combination of closed-loop and open-loop power control...").

409.   *Id.*, § 9.2.1.2.1.2, p. 9.22-9.23.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

mean output power of the Pilot Channel at the end of the last Access Channel probe minus the difference in the forward link mean received signal power from the end of the last Access Channel probe to the start of the Reverse Traffic Channel transmission."[410] "During the transmission of the Reverse Traffic Channel, the determination of the output power needed to support the Data Channel, the DRC Channel, and the ACK Channel is an additional open-loop process performed by the access terminal."[411][412] This process utilizes the DataOffsetNom, DataOffset9k6, DataOffset19k2, DataOffset38k4, DataOffset76k8, DataOffset153k6, DRCChannelGain, and ACKChannelGain data parameter values (provided as public data of the Reverse Traffic Channel MAC Protocol) to determine the power at which to transmit the various noted channels relative to the mean output power of the pilot channel.[413] The subsequent mean output power of the reverse link pilot channel is dictated by the Access Network through closed-loop power control. "For closed-loop correction (with respect to the open-loop estimate), the access terminal shall adjust the mean output power level of the Pilot Channel in response to each power-control bit received on the Reverse Power Control (RPC)

---

410. *Id.*, § 9.2.1.2.4.1, p. 9.24.

411. *Id.*

412. *See also* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 255 ("The reverse power control is directly applied to the pilot/RRI channel only, and the power levels allocated to the DRC, ACK, and data channels are adjusted by a fixed gain relative to the pilot/RRI channel. The channel gains are defined based on the coding gain, the target reliability, and the data rate for each channel to achieve the desired performance.").

413. *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 9.2.1.2.4.1, p. 9.24-9.25.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

Channel."[414] Whenever a connection is open, "the access network continuously transmits '0' (up) or '1' (down) RPC bits to the access terminal, based on measurements of the reverse link signal quality. If the received quality is above the target threshold, a '1' bit is transmitted. If the received quality is below the target threshold, a '0' bit is transmitted."[415] Through commands sent to the Access Terminal over the air interface, the Access Network is able to increase or decrease the Access Terminal transmit power at least ±24 dB around the Access Terminal's open-loop transmit power estimate.[416]

### f.   Synchronization and timing of transmitted signals.

"All sector air interface transmissions are referenced to a common system-wide timing reference that uses the Global Positioning System (GPS) time, which is traceable to and synchronous with Universal Coordinated Time (UTC)."[417][418] Based on the GPS time maintained by the Access Network, the Access Terminal establishes "a time reference that is

---

414.   *Id.*, § 9.2.1.2.4.2, p. 9.25.

415.   *Id.*, § 9.2.1.4, p. 9.53.

416.   *See id.*, § 9.2.1.2.4.2, p. 9.26.

417.   *Id.*, § 1.14, p. 1.17.

418.   *See also* USDOD, *Global Positioning System Standard Positioning Service Performance Standard* (4th ed. 2008), Appendix C, p. C-2 ("GPS Time. A continuous time scale maintained by the GPS Control Segment which began at midnight on the night of 5/6 January 1980 on the Coordinated Universal Time (UTC) scale as established by the U.S. Naval Observatory (USNO)"); Smithsonian: National Air and Space Museum [website], *How Does GPS Work?*, http://www.nasm.si.edu/exhibitions/gps/work.html (last accessed: Dec. 1, 2011) ("GPS operations depend on a very accurate time reference, which is provided by atomic clocks at the U.S. Naval Observatory. Each GPS satellite has atomic clocks on board.").

- 89 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

used to derive timing for the transmitted chips, symbols, slots, frames, and system timing."[419] "The access terminal initial time reference shall be established from the acquired Pilot Channel and from the Sync message transmitted on the Control Channel."[420]  In other words, through the Pilot Channel and Sync message, the Access Network instructs the Access Terminal to transmit signals only at specific time intervals.  Because the Access Terminal time reference is "used as the transmit time reference of the Reverse Traffic Channel and the Access Channel[,]"[421]  the Access Network always knows the time at which the Access Terminal transmits a signal.  For example, "The Access Channel Cycle specifies the time instants at which the access terminal may start an access probe."[422]  Similarly, the Access Network transmits to the Access Terminal at specified times.[423]  For example, "[t]he AN sends the broadcast and common channel messages on the control channel slots in every 256 slots = 426.67 ms."[424]

---

419.   TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 9.2.1.6, p. 9.54.

420.   *Id.*

421.   *Id.*

422.   *Id.*, § 8.3.6.1.2, p. 8.22.

423.   *See* Korowajczuk, *Designing cdma2000 Systems*, p. 396 ("The AN (sector) also uses the system time as a reference for all its time-critical transmission components, including pilot PN sequences, slots and Walsh functions.").

424.   Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 238.

- 90 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

### g.   Relevant miscellaneous 1xEV-DO Rel. 0 cellular data network operations.

#### i.   Signal interference.

All cellular systems, including those supporting 1xEV-DO Rel. 0, are susceptible to
signal interference on the air interface. The FCC defines signal interference as "[t]he effect of
unwanted energy due to one or a combination of emissions, radiations, or inductions upon
reception in a radiocommunication system, manifested by any performance degradation,
misinterpretation, or loss of information which could be extracted in the absence of such
unwanted energy."[425] "Interference usually occurs between two radio signals whose
frequencies are too close together, or even identical."[426] Two common types of interference in
a cellular network are cochannel interference and adjacent channel interference. "Cochannel
interference occurs when there are two or more transmitters within a cellular system, or even a
neighboring cellular system, that are transmitting on the *same* frequency (channel). This type
of interference is usually generated because channel sets have been assigned to two cells that
are *not far enough apart*; their signals are strong enough to cause interference to each
other."[427] "Adjacent channel interference is caused by the *inability* of a mobile phone to filter
out the signals (frequencies) of adjacent channels assigned to side-by-side cell sites []."[428]
"There are other types of interference that occasionally plague cellular systems. The most
common form of interference, other than cochannel and adjacent channel interference, is

---

425.   47 C.F.R. § 2.1(c).
426.   Bedell, *Cellular/PCS Management: A Real World Perspective*, p. 43.
427.   *Id.*
428.   *Id.*, p. 45.

- 91 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

*intermodulation* interference (IM)."[429] "Intermodulation interference describes the effect of several signals mixing together to produce an unwanted signal, or even no signal at all."[430]

In order to avoid signal interference on the air interface, wireless carriers implement frequency coordination defined as "the effort to assign frequencies to cellular channels in such a way as to minimize interference within your *own* cellular system and *neighboring* systems of different wireless carriers."[431] Wireless carriers use both intramarket and intermarket frequency coordination. Intramarket frequency coordination is done internally by each wireless carrier and "is based on a frequency-reuse growth plan using the hex grid."[432] "The configuration and planning of [][each cell within the hex grid] is chosen to minimize the interference from another cell and thus maximum capacity can be achieved."[433] Intermarket frequency coordination "is external to a wireless carrier's cellular system, and involves coordinating frequency assignments with neighboring cellular systems[]."[434] "The FCC dictates that all reasonable actions must be taken to limit and/or reduce interference between two cellular systems."[435] For example, the FCC requires that "[l]icensees in the Cellular Radiotelephone Service must coordinate, with the appropriate parties, channel usage at each

---

429.  *Id.*

430.  *Id.*

431.  *Id.*

432.  *Id.*, p. 42.

433.  Chuah *et al.*, *Design And Performance Of 3G Wireless Networks And Wireless LANs*, p. 2.

434.  Bedell, *Cellular/PCS Management: A Real World Perspective*, p. 42.

435.  *Id.*

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

transmitter location within 121 kilometers (75 miles) of any transmitter locations authorized to

other licensees or proposed by tentative selectees or other applicants, except those with

mutually exclusive applications."[436]   Additionally, the FCC has strict guidelines that must be

followed by wireless carriers to prevent and correct network issues that cause interference with

800mhz Public Safety Radio Service,[437] *i.e.*, radios used by ambulances, firefighters, police

officers, *etc.*

### ii.   Hybrid Access Terminal operations for non-telephones, *e.g.*, aircards.

As explained in Section III(B)(2)(a), *supra*, most Access Terminals are hybrid Access

Terminals (HATs) meaning they are capable of communicating with both 1xEV-DO cellular

data networks and 1xRTT cellular data/voice networks.  An example of a HAT that supports all

connection types across both networks (*i.e.*, 1xEV-DO high speed Internet, 1xRTT low speed

Internet, 1xRTT telephone calls, and 1xRTT SMS text messages) is a "smart phone."[438]  An

example of a HAT that supports 1xEV-DO data connections and 1xRTT data connections (but

---

436.   47 C.F.R. § 22.907; *see also* 47 C.F.R. § 22.351 ("All applicants for, and licensees of, stations in the Public Mobile Services shall cooperate in the selection and use of channels in order to minimize interference and obtain the most efficient use of the allocated spectrum.").

437.   *See* 47 C.F.R. § 22.970 *et seq.*; 47 C.F.R. § 22.971(a) ("Any licensee who, knowingly or unknowingly, directly or indirectly, causes or contributes to causing unacceptable interference to a non-cellular part 90 [(*i.e.*, Public Safety Radio Service)] of this chapter licensee in the 800 MHz band, as defined in § 22.970, shall be strictly accountable to abate the interference, with full cooperation and utmost diligence, in the shortest time practicable.").

438.   "Smart Phone: Wireless phones with advanced data features and often keyboards. What makes the phone 'smart' is its ability to better manage data and Internet access." CTIA [website], *Wireless Glossary of Terms Q-S*, http://www.ctia.org/media/industry_info/index.cfm/AID/10406 (last accessed: Aug., 30, 2011).

- 93 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

not voice connections) is an aircard that plugs into a host laptop computer.[439]  In the context of

an aircard, support for 1xRTT provides an SMS text message service and low speed Internet

access in places where 1xEV-DO High Rate Packet Data (HRPD) service is unavailable.

Hybrid Access Terminals should not be confused with SVDO Access Terminals.[440]  Hybrid

Access Terminals allow for data connections via 1xEV-DO air links or a data and/or voice

connection via 1xRTT air links, but not at the same time.[441]  In contrast, SVDO Access

Terminals allow for *simultaneous* 1xEV-DO and 1xRTT air links with traffic channels assigned

for each link.[442][443]  In the context of an SVDO Access Terminal consisting of hardware

capable of supporting voice calls, if a 1xEV-DO data connection is open during the time of an

incoming voice page, the Access Terminal stays in the connected state (*i.e.*, no impact on

1xEV-DO data session) while it utilizes separate radio channels to connect the incoming voice

call.[444]  In contrast, a voice capable Hybrid Access Terminal under the same scenario will drop

---

439.   *See* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 11 of *1st Consolidated Exhibits* (Dkt. #587-1) (government web research on aircard).

440.   SVDO Access Terminals were not being marketed in the year 2008.

441.   *See* TIA-1157-A, *Signaling Conformance Test Specification for Interworking of CDMA2000 1X and High Rate Packet Data Systems, Revision A*, § 1.2, p. 1.1 (A Hybrid Access Terminal is a "[h]ybrid mode device that can support cdma20001x [(*e.g.*, 1xRTT)] and HRPD [(*e.g.*, 1xEV-DO)] by periodic monitoring [of] the paging channel of cdma20001x.").

442.   *See id.*

443.   The simultaneous voice and data operation of an SVDO Access Terminal should not be confused with the "concurrent services" operation of a Hybrid Access Terminal using solely 1xRTT to concurrently access low speed Internet and a voice call.

444.   *See id.*, § 3.6, p. 3.4-3.5 (Outlining test guidelines to "verif[y] a voice call termination in active HRPD mode for SVDO capable AT.").

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

the 1xEV-DO air link (if the user chooses to answer the call) so that resources are freed to connect the incoming voice call on the 1xRTT system.[445]

The technical standard labeled IS-878-2 provides instructions on how a Hybrid Access Terminal handles incoming 1xRTT voice calls (via pages) under various scenarios while in "Active Mode," *i.e.*, having an open 1xEV-DO data connection.[446][447] Under a scenario applicable to "concurrent services," if a voice capable Hybrid Access Terminal receives a 1xRTT page from a Base Station (indicating an incoming voice call) while engaged in an open 1xEV-DO data connection with an Access Network, the Access Terminal will (1) stop transmitting to the Access Network, (2) respond to the page by communicating with the Base Station over the air interface, (3) receive an "Alert with Info" message from the Base Station instructing the telephone hardware to ring, and (4) have its 1xEV-DO packet data session handed off to the 1xRTT system for concurrent call/data services (*i.e.*, low speed Internet and voice simultaneously).[448] During the above explained process, the Base Station will establish a 1xRTT packet data session to take the place of the previous 1xEV-DO packet data session so

445.   *See id.*, § 3.2, p. 3.1-3.2 (Outlining test guidelines to "verif[y] a voice call termination when in HRPD Active Mode.").

446.   *See* ANSI/TIA-878-2, *Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Radio Access Network Interfaces with Session Control in the Access Network*, § 4.2 et seq., p. 4.7.

447.   An Access Terminal "is in Active Mode when it has a session established with an HRPD system, a PPP session established and an air-interface connection open with the HRPD system." TIA-1157-A, *Signaling Conformance Test Specification for Interworking of CDMA2000 1X and High Rate Packet Data Systems, Revision A*, § 1.6, p. 1.2.

448.   *See* ANSI/TIA-878-2, *Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Radio Access Network Interfaces with Session Control in the Access Network*, § 4.2.1, p. 4.7-4.9 & Fig. 4.2.1-1.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

that Internet access will be maintained while the voice call is in progress.[449]  Under a similar

scenario but applicable to Access Terminals with **no** support for "concurrent services," the

same first three steps are completed but no request will be made to handoff the 1xEV-DO

packet data session to the 1xRTT network.[450]  Under this variant, the Access Network starts a

"$T_{airdrop}$" timer and releases the entire 1xEV-DO session if it does not receive a 1xEV-DO

transmission from the Access Terminal within a period of time ranging from 0.1 to 60.0

seconds as set by the wireless carrier.[451]  If the user of the Hybrid Access Terminal answers the

ringing phone, the Access Network's timer eventually runs out and it closes the Access

Terminal's PPP session established with the PDSN and its HRPD session established with the

Access Network.[452]  If the call is not answered by the Access Terminal user, the Access

Terminal resumes transmissions over the 1xEV-DO air link and the 1xEV-DO connection

resumes.

Regardless of whether concurrent services are supported, none of the above applies to

Hybrid Access Terminals that do not support voice calls (*e.g.*, aircards).  A factory set Hybrid

Access Terminal lacking telephone hardware will ignore 1xRTT pages resulting from typical

incoming voice calls and the 1xEV-DO data connection will not be disrupted.  Under both

449.  *See id.*

450.  *See id.*, § 4.2.2, p. 4.10-4.11 & Fig. 4.2.2-1.

451.  *See id.*, § 5.3, p. 5.10 (Showing $T_{airdrop}$ timer with s default value of 5 seconds and a possible range of 0.1-60.0 seconds);  § 5.3.1.1 ($T_{airdrop}$ is an Access Network timer indicating "when an HRPD connection has been lost.  The timer is started by the AN when it determines that it is not receiving any transmissions from the MS/AT and stopped when the AN resumes receiving transmissions from the MS/AT or upon receipt of the A9-Disconnect-A8 message.").

452.  *See id.*, § 4.2.2, p. 4.10-4.11 & Fig. 4.2.2-1.

DECLARATION UNDER PENALTY OF PERJURY

RE:   The independent operations of the FBI's cell site emulators, etc. used to locate the
      UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
      DGC (D.Ariz.);

BY:   Daniel David Rigmaiden

scenarios explained above, the IS-878-2 technical standard states that "[t]he MS/AT may ignore

this Page Message to continue the HRPD session.  If the MS/AT ignores the message, the

following steps are not performed."[453]  Because non-telephone Hybrid Access Terminals have

no reason to respond to 1xRTT pages for voice calls, let alone issue connect orders for the calls,

they ignore all incoming telephone calls and never even reach the first step of ceasing

transmissions to the Access Network.

        C.      Explanation of the term "triangulation" applicable to geolocation of
                radio frequency (RF) signals.

        "In navigation, surveying, and civil engineering, triangulation is a technique for precise

determination of a ship's or aircraft's position, and the direction of roads, tunnels, or other

structures under construction.  It is based on the laws of plane trigonometry, which state that, if

one side and two angles of a triangle are known, the other two sides and angle can be readily

calculated."[454]  However, in the context of geolocating wireless devices via radio signals,[455]

the meaning of triangulation has evolved into a generically used term encompassing any

---

453.    *See id.*, § 4.2.1, p. 4.8 (a); *id.* § 4.2.2, p. 4.10 (a);

454.    Hosch, William L., ed., *The Britannica Guide to Algebra and Trigonometry*, (New York,
NY: Britannica Educational Publishing, 2011), p. 266-67.

455.    "*Geolocation* of RF signals is defined as the problem of precise localization (or
geolocation) of spatially separated sources emitting electromagnetic energy in the form of
*radio signals* within a certain frequency bandwidth by observing their received signals at
spatially separated sensors (or array elements) of the geolocation of RF signals system...
*Geolocation of RF signals* is of considerable importance occurring in many fields, including
radar, sonar, mobile communications, radio astronomy, seismology, unmanned air vehicle
(UAV) for intelligence gathering information, emergency and rescue personnel, mining and
agriculture, drilling, aviation, ground transportation, naval, *etc.*"  Progri, Ilir, *Geolocation of
RF Signals: Principles and Simulations* (New York, NY: Springer, 2011), p. 5.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

number of radio signal measurements taken at two or more collection points (simultaneity is **not** required) where radio signals are received from a wireless device.[456] Triangles, angles, and stationary measurement points (as are needed in traditional triangulation) are not necessary elements of radio signal triangulation. Inventors of wireless device locating technology use the term "triangulation" to generically refer to any number of geolocation measurement techniques used to locate wireless devices.[457] For example, Bromhead *et al.*, inventors of wireless device geolocation technology, applied the term "triangulate" in reference to using signal power levels and signal timing measurements as a way to locate a wireless device.[458] Hildebrand *et al.* (Harris), inventors of wireless device geolocation technology, explained "triangulation" as using two receivers to determine radio signal angle of arrival and time difference of arrival to locate a cellular device.[459] Dupray *et al.*, inventors of *Geographic Location Using Multiple*

---

456.   *See, e.g.*, *ECPA Reform and the Revolution in Location Based Technologies and Services*, 111th Cong. 2nd sess. (Jun. 24, 2010), APPENDIX, "Materials Submitted for the Hearing Record" (Written Responses of Matt Blaze), p. 138 (PDF, p. 142) ("'Triangulation' in this context refers to a range of techniques for more precisely locating a cellular subscriber handset by comparing the radio signal received from the handset at multiple vantage points.").

457.   Even traditional "triangulation" sometimes adopts a broader generic meaning that encompasses "trilateration." *See* Morris, Christopher G., ed., *Academic Press Dictionary of Science and Technology*, (San Diego, CA: Gulf Publishing Group, 1992), p. 2265 (Defining "**trilateration**" as "a method of land surveying that uses triangulation to measure the distance between a series of points on the earth's surface.").

458.   *See* Bromhead, Nicholas and McCarthy, Mathew N., *Sub-Sector Timing Advance Positions Determinations*, U.S. Patent App. No. 2004/0203921 (Thornbury, AU: Oct. 14, 2004), *available at* http://www.freepatentsonline.com/y2004/0203921.html (last accessed: Sept. 29, 2010), p. 2, ¶ 12 ("**Signal power** level or **signal timing** measurements between the mobile terminal and three or more base stations are used to **triangulate**." (emphasis added)).

459.   *See* Hildebrand, Robert C., *et al.*, Harris Corp., *Geolocation Of Cellular Phone Using Supervisory Audio Tone Transmitted From Single Base Station*, U.S. Patent No. 6,292,665 (Indialantic: Sept. 18, 2001), *available at* http://www.freepatentsonline.com/6292665.html (last

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
     UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
     DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

_Location Estimators_, used the term "triangulation" while explaining GPS.[460][461]  Recent

technical texts and papers also use "triangulation" to refer to measurements of distance, time,

signal power, and signal direction.[462][463]  In sum, triangulation refers to use of one or more of

the following geolocation techniques: (1) time-of-flight (TOF) (a.k.a time-of-arrival), (2) time-

---

accessed: Feb. 16, 2011), p. 1, ln. 46-49 ("Other proposals include the use of a phased array
antenna and a pair of receiver stations to determine **angle of arrival** and difference in **time of
arrival** for **triangulation** purposes." (emphasis added)).

460.    _See_ Dupray, Dennis J., _et al._, TracBeam, LLC, _Geographic Location Using Multiple
Location Estimators_, U.S. Patent No. 7,298,327 (Golden, CO (US): Nov. 20, 2007), _available
at_ http://www.freepatentsonline.com/7298327.html (last accessed: Feb. 22, 2011), p. 1, ln. 60-
63 ("Another example of a location system using time of arrival and **triangulation** for location
are satellite-based systems, such as the military and commercial versions of the Global
Positioning Satellite system ('GPS')." (emphasis added)).

461.    Pop-culture fiction novelist, Tom Clancy, also entertains his readers with a generic
triangulation concept that encompasses GPS. _See_ Preisler, Jerome, _Tom Clancy's Power Play:
Zero Hour_, (New York, NY: Berkley Publishing Group, 2003) p. 239 ("Bottom-of-the-line
[GPS] units lock on to three sats and provide a two-dimensional fix on position—latitude and
longitude.  The coordinates are arrived at by simple **triangulation**...the travel time of the
satellite signals beamed to the receiver times the speed of light [(_i.e._, **time-of-flight**)]."
(emphasis added)).

462.    _See, e.g._, Dwivedi, Himanshu _et al._, _Mobile Application Security_, (McGraw-Hill (USA)
2010), p. 332 (Explaining "Tower **Triangulation**" as using the "relative **power levels** of radio
signals between a cell phone and a cell tower of a known location..." (emphasis added)).

463.    _See, e.g._, The House Committee on Energy and Commerce, Subcommittee on
Commerce, Trade, and Consumer Protection and Subcommittee on Communications,
Technology, and the Internet, _The Privacy Implications of Commercial Location-Based
Services_, 111th Cong. (Feb. 24, 2010) (Statement by John B. Morris, Jr., General Counsel, and
Director of CDT's Internet Standards, Center for Democracy & Technology), _available at_
hhttp://democrats.energycommerce.house.gov/Press_111/20100224/Morris.Testimony.2010.02.
24.pdf (last accessed: Apr. 9, 2012), p. 4. ("[I]f two or three cell towers can detect a mobile
device at the same time, the carrier can triangulate from the towers to determine the
approximate location of the phone... [and] if needed, make calculations based on the **strength**

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

difference-of-arrival (TDOA), (3) angle-of-arrival (AOA), and (4) power-distance.[464] Various

geolocation techniques are further discussed *infra*.

 For radio wave collection purposes, the traditional triangulation requirement of needing

two stationary points taking measurements simultaneously can also be written out of the

triangulation equation through use of the "approach" method.[465] Instead of using multiple

stationary wireless device locators, such as wireless carrier cell sites, a portable/transportable

wireless device locator can use the approach method to take numerous triangulation

calculations from multiple vantage points.  In referencing this method, the USDOJ Electronic

Surveillance Manual states that "[l]aw enforcement possesses electronic devices that allow

agents to determine the location of certain cellular phones[, and b]y **shifting the location of**

**the device**, the operator can determine the phone's location more precisely using

**triangulation**."[466]  Through a different method using multipath signals, a stationary wireless

device locator, such as a wireless carrier cell site, can autonomously triangulate the location of

a wireless device.[467]  A single stationary wireless device locator can triangulate by collecting

---

and **direction** of a phone's signal..." (emphasis added)).

464. Other elements of geolocation involve applying received signal measurements, statistical functions, and data fusion to multiple triangulation calculations for increased accuracy; and Doppler measurements for ascertaining velocity of a wireless device.  Each of these geolocation elements is further discussed *infra*.

465. The approach method is further explain in the *Technical Explanations*, Section III(G)(1) (b)(v), *infra*.

466. U.S. Dep't of Justice, *Electronic Surveillance Manual*, p. 45 (emphasis added).  *See also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 052 of *2ⁿᵈ Consolidated Exhibits* (Dkt. #821-3) (section on cell site emulators, *etc.*, p. 40-41 and 44-45).

467. *See* Holt, Brian, Harris Corp., *Method And System For Calibrating Wireless Location*

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

and measuring multipath signals reflected from proxy receivers such as water towers, hillsides,

or other natural or man-made objects.[468]  The proxy receiver method is unique in that it allows

for a single wireless device locator in a stationary position to conduct triangulation

measurements on radio signals as if being done by multiple wireless device locators in

stationary positions or by a single portable/transportable wireless device locator engaged in the

approach method.

### D.    Cell site information and its use in geolocating wireless devices.

#### 1.    Explanation of the term "cell site information."

Cell site information may be generated by a wireless carrier when a wireless device

accesses a cell site over the air interface.  The term "cell site information" is an ambiguous

catch-all phrase referring to many different subsets of data generated in response to a wireless

device accessing a cell site such as a 1xEV-DO Rel. 0 Access Network.[469]  The different

subsets of data making up cell site information are dictated by various elements such as cellular

---

*Systems*, U.S. Patent No. 6,795,019 (Melbourne, FL: Sept. 21, 2004), *available at*
http://www.freepatentsonline.com/6795019.html (last accessed: Feb. 16, 2011),  p. 4, ln. 52-54
("The present invention is advantageous and allows the use of **one** receiver at a receive site to
determine the location of a mobile transmitting unit..." (emphasis added)).

468.    *See id.*, p. 4 ln. 56-66 ("The system uses a proxy receiver (or passive reflector) for Time
of Arrival and/or Time of Difference of Arrival calculations.  Throughout the description, the
term proxy receiver is used for a reflector/refractor located at a location called a proxy receive
site (PRS) and also used to describe any type of passive reflector, such as a building, mountain,
or hill, water tower, or any other natural or man-made object that would reflect and/or refract
(or diffract) the signal from a transmitting mobile unit or other radio transmitter to a receiver
that could be fixed or mobile.").

469.    A wireless carrier may generate and store cell site information for later law enforcement
use (*i.e.*, historical cell site information) or forwarded it to law enforcement in real-time (*i.e.*,
real-time cell site information).

- 101 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

network infrastructure, service features, wireless device type, and cell site design. In the context of historical cell site information, the subset of cell site information making up *location* information is not standardized across wireless carriers. "Some providers may collect only information about the nearest tower [(either with or without sector information)]... [and] how revealing th[at] is depends on the density of the area in which the subscriber is located. Other providers, however, may collect more precise information and may collect location records at more frequent intervals, which might reveal, for example, not only a subscriber's individual locations but also his or her direction and rate of travel, travel habits, and other patterns of behavior."[470]

An analysis of historical cell site information provided by wireless carriers in three separate cases demonstrates the ambiguous, catch-all nature of the term. In United States v. Luis Soto, Sprint Nextel Corporation provided historical cell site information consisting of the following data fields: (1) Date; (2) Time; (3) Duration (sec); (4) FromUrbanArea NetworkCode; (5) FromACGId; (6) Destination UFMI; and (7) Direct Connect Number. *See id.*, Case No. 3:09-cr-00200-AWT, Doc. #112-1 (D. Conn., Jun. 28, 2010); *see also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 110 of *2nd Consolidated Exhibits* (Dkt. #821-6) (cell site information record attached). In The Matter Of An Application Of The United States Of America For An Order Authorizing The Release Of Historical Cell-

---

470.   *ECPA Reform and the Revolution in Location Based Technologies and Services*, 111th Cong. 2nd sess. (Jun. 24, 2010), APPENDIX, "Materials Submitted for the Hearing Record" (Written Responses of Matt Blaze, Associate Professor, University of Pennsylvania, on ECPA Reform, August 20, 2010), p. 135 (PDF, p. 139).

DECLARATION UNDER PENALTY OF PERJURY

RE:   The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY:   Daniel David Rigmaiden

Site Information, an unknown wireless carrier provided historical cell site information

consisting of the following data fields: (1) Customer PTN; (2) Date; (3) Call Initiation Time;

(4) Duration (sec); (5) Type; (6) Forwarded; (7) 911; (8) International; (9) Caller / Called PTN;

(10) Originating Cell Site; and (11) Terminating Cell Site.  See id., Case No. 1:10-mc-00550-

RRM-JO, Doc. #004-2 (E.D.N.Y., Aug. 24, 2010); see also United States v. Rigmaiden, CR08-

814-PHX-DGC, D.Ariz., EXHIBIT 111 of 2nd Consolidated Exhibits (Dkt. #821-6) (cell site

information record attached).  Finally, in the present case, Verizon Wireless provided historical

cell site information consisting of the following data fields: (1) Details; (2) MDN; (3) MSID;

(4) Cell Start Date/Time; (5) Event Stop Date/Time; (6) Duration (seconds); (7) MOU; (8)

KBU; (9) SID; (10) Mscid; (11) Cell; (12) Switch; (13) Cell #; (14) LAT; (15) LONG; (16)

ADDRESS; (17) CITY; (18) STATE; and (19) ZIP.  See United States v. Rigmaiden, CR08-

814-PHX-DGC, D.Ariz., EXHIBIT 03 of 1st Consolidated Exhibits (Dkt. #587-1).[471]

### 2.   Use of statistical databases containing historical cell site location information to determine a wireless device location signature.

There are various ways to use statistical databases containing historical cell site location

information to determine the past, present, and future location of a wireless device.  By using

information about the terrain and received signals collected over time (i.e., historical cell site

---

471.   See also In Re Application For Pen Register And Trap/trace Device With Cell Site
Location Authority, 396 F.Supp.2d 747, 749 (S.D.Tex. 2005) ("Smith (mj) 2005 Opinion")
(Defining real-time (i.e., prospective) cell site information as "the location of cell site/sector
(physical address) at call origination (for outbound calling), call termination (for incoming
calls)..." and "information regarding the strength, angle, and timing of the caller's signal
measured at two or more cell sites, as well as other system information such as a listing of all
cell towers in the market area, switching technology, protocols, and network architecture.").

- 103 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

location information), a wireless carrier or law enforcement can use heuristics to ascertain the

location signature of a wireless device. "In one embodiment, the PDE [(*i.e.*, Position

Determination Entity)] may collect statistical data about the reported PN phases from any []

[wireless device], organized within small geographic regions surrounding a [][cell site].... With

a sufficient number of phase measurement samples, the PDE can make general assumptions

about the multipath environment within a given region, measured by a plurality of [][wireless

devices]..."[472] The phase measurement samples (*i.e.*, historical cell site location information)

are entered into a statistical database[473] used to divide each cell site coverage area into regions

that correspond to the available location signatures.[474]  In U.S. Patent No. 6,999,778, DiBuduo

provides a diagram showing five regions surrounding a cell site with each region corresponding

to a different location signature.[475]  If a wireless carrier needs to determine the region where a

wireless device is located, it compares cell site location information corresponding to the target

---

472.   DiBuduo, Marcus, Denso Corp., *Multipath Assistance For Pilot Phase Measurement Processes*, U.S. Patent No. 6,999,778 (Oceanside, CA: Feb. 14, 2006), *available at* http://www.freepatentsonline.com/6999778.html (last accessed: Sept. 29, 2010),  p. 7, ln. 44-46 and 49-52 (for clarity and consistency purposes, the terms "BS" (Base Station) are changed to "cell site" and "MS" (Mobile Station) to "wireless device").

473.   *See id.*, p. 12, ln. 61-65 ("[T]his statistical database can be generated by considering any information provided to the PDE in the PPM.  Over time, the PDE will compile previously reported pilot phase measurements from multiple MSs in a particular region and create the statistical distribution...").

474.   *See id.*, p. 11, ln. 33-38 ("The statistical database compiled by the PDE can be divided into multiple regions for each BS.  FIG. 10 is a diagram showing five regions surrounding BS A for which a database consisting of received PPMs from MSs located within those regions is maintained according to the present invention.").

475.   *See id.*, Sheet 9 of 11, Fig. 10; *see also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 057 of *2nd Consolidated Exhibits* (Dkt. #821-3) (Fig. 10 attached).

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

wireless device to entries in the statistical database in order to obtain a location signature match.[476]

In another embodiment, Dupray *et al.* explains a system that collects historical location data to establish location signatures "based on: (a) the terrain area classifications; *e.g.*, the terrain of an area surrounding a target MS, (b) the configuration of base stations in the radio coverage area, and (c) characterizations of the wireless signal transmission paths between a target MS location and the base stations."[477] Dupray *et al.* employs a real number confidence value system to weight specific geographic areas according to the probability of containing the target wireless device (*i.e.*, the MS). "That is, confidence values that are larger indicate a higher likelihood that the target MS is in the corresponding MS estimated area, wherein -1 indicates that the target MS is absolutely NOT in the estimated area, 0 indicates a substantially neutral or unknown likelihood of the target MS being in the corresponding estimated area, and 1 indicates that the target MS is absolutely within the corresponding estimated area."[478] In summary, the invention by Dupray *et al.*, "provide[s] location hypothesis enhancing and evaluation techniques that can adjust target MS location estimates according to historical MS

476.   *See id.*, p. 17, ln. 30-31 (claiming that the invention allows for locating a wireless by "estimating a location of the MS using PN phase offsets previously reported by the MS;").

477.   Dupray, *et al.*, TracBeam, LLC, *Geographic Location Using Multiple Location Estimators*, U.S. Patent No. 7,298,327, p. 43, ln. 41-46 (claim notes omitted); *see also id.*, p. 15 ln. 62-67, p. 16 ln. 1 ("A novel aspect of the present invention relies on the discovery that in many areas where MS location services are desired, the wireless signal measurements obtained from communications between the target MS and the base station infrastructure are extensive enough to provide sufficiently unique or peculiar values so that the pattern of values alone may identify the location of the target MS.").

478.   *Id.*, p. 14, ln. 60-67.

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
     UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
     DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

location data and/or adjust the confidence values of location hypotheses according to how

consistent the corresponding target MS location estimate is..."[479]

> ### 3.  Cell site triangulation of a wireless device using cell site location
> information.

There are various geolocation techniques that can be used to triangulate a wireless

device using cell site location information.  The most basic form of cell site triangulation uses

low resolution angle-of-arrival (AOA) measurements taken from two overlapping cell site

sectors belonging to adjacent cell sites:

> Triangulation is the process of determining the coordinates of a point based on
> the known location of two other points. If the direction (but not distance) from
> each known point to the unknown point can be determined, then a triangle can be
> drawn connecting all three points. While only the length of one side of the
> triangle is known at first (the side connecting the two known points), simple
> trigonometry reveals the lengths of the other sides and so the position of the third
> point. **In the context of cell site information**, the two known points are the
> antenna towers, the third point is the cellular telephone, and the direction from
> each tower to the phone is discerned from the information about which face of
> each tower is facing the phone.
>
> In Re: Application of the United States for an Order for Prospective Cell Site
> Location Information on a Certain Cellular Telephone, 460 F. Supp.2d 448, 451
> (S.D.N.Y. 2006) (district Judge Kaplan) (emphasis added).

For the type of cell site triangulation explained above, the 120° cell site sectors[480] make up the

angles used in the angle-of-arrival (AOA) measurements.  Therefore, the minimum amount of

---

479.  *Id.*, p. 15, ln. 2-7.

480.  Typical cell sites, including the cell sites accessed by the UTStarcom PC5740 1xEV-DO
aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.), had three 120° sectors
providing cellular service.  *See Technical Explanations*, Section III(B)(2)(c), *supra* (explaining
cell sites in the geolocation context); United States v. Rigmaiden, CR08-814-PHX-DGC,
D.Ariz., EXHIBIT 22 of *1ˢᵗ Consolidated Exhibits* (Dkt. #587-2) (cell tower range chart/map
showing three tri-sectored cell sites that were accessed by the aircard).

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

cell site location information needed for triangulation is information identifying each sector

accessed by the wireless device.  Angle-of-arrival (AOA) measurements in this context are

considered low resolution because a sector having a radiation pattern oriented at 120° with

center azimuth bearing at 60° is only capable of locating a wireless device at a vector angle

centered at 60° with a line bearing uncertainty of 120°.  Therefore, the line bearing pointing to

the location of the wireless device is somewhere along a set 120° arc as part of a 360° circle

with the cell site hardware at the center of the circle.  However, because line bearings are

measured from two separate cell site sectors, the level of location uncertainty is reduced to an

area where the two cell site sectors overlap.[481]

More precise forms of cell site triangulation are also employed—mainly in real-time by

wireless carriers seeking to "compl[y] with the FCC's 'E911' mandate for more precisely

locating cellular callers to emergency services.  When a subscriber places a call to 911, many

cellular networks automatically employ some form of triangulation and automatically transmit

the calculated location of the caller to the 911 call center."[482]  However, high resolution

geolocation information may also be continuously compiled by wireless carriers for law

481.   United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 22 of *1st Consolidated Exhibits* (Dkt. #587-2) (cell tower range chart/map showing how triangulation via cell site sector angle-of-arrival (AOA) measurements in combination with location signature techniques eliminated **93.9%** of the location uncertainty); *see also How The Aircard Was Intruded Upon*, Section IV(B)(2), *infra* (explaining the precise techniques used to created the cell tower range chart/map).

482.   *ECPA Reform and the Revolution in Location Based Technologies and Services*, 111th Cong. 2nd sess. (Jun. 24, 2010), APPENDIX, "Materials Submitted for the Hearing Record" (Written Responses of Matt Blaze), p. 138 (PDF, p. 142).

- 107 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

enforcement use—even while 911 calls are not involved.[483]  In order to conduct high

resolution geolocation of a wireless device, wireless carriers use various network-based

triangulation techniques including time-of-flight (TOF), time-difference-of-arrival (TDOA),

angle-of-arrival (AOA), and power-distance.  For network based geolocation, triangulation

calculations are conducted by cell sites in combination with other network hardware and may

also involve handset based measurements of cell site pilot signals as recorded by the wireless

device.[484][485][486]  According to E911 requirements, network-based geolocation techniques will

have a sufficient resolution if they are accurate to "100 meters for 67 percent of calls, [and] 300

---

483.   For example, TruePosition's network-based geolocation product not only serves E911
purposes, it also serves a law enforcement need for "safe shared and secure access to definitive
information relating to the size, detail, location and activity of illegal conduct." *ECPA Reform
and the Revolution in Location Based Technologies and Services*, 111th Cong. 2nd sess. (Jun.
24, 2010) (Prepared Statement of Michael Amarosa, Senior Vice President, TruePosition, Inc.),
p. 44 (PDF, p. 48).

484.   *See* Caffery, James J., Jr. and Stüber, Gordon L., Georgia Institute of Technology,
*Overview of Radiolocation in CDMA Cellular Systems*, IEEE Communications Magazine,
0163-6804/98/ (April, 1998), *available at* http://citeseerx.ist.psu.edu/viewdoc/download?
doi=10.1.1.134.1704&rep=rep1&type=pdf (last accessed: Apr. 9, 2012).

485.   The primary technical standard addressing position determining services is the
Telecommunications Industry Association, TIA-801-A (Revision of TIA/EIA/IS-801), *Position
Determining Service for cdma2000 Spread Spectrum Systems* (Arlington, VA: Apr. 2004).

486.   Aside from pilot signals, wireless carriers may employ handset-based geolocation where
the wireless device uses GPS to calculate its location, which is then communicated to the
nearest cell site. "By itself, GPS can be the most accurate (when satellites are
acquired/available), but this technology is often enhanced by the network.  Assisted GPS
(AGPS) refers to a PDE system that makes use of additional network equipment that is
deployed to help acquire the mobile device (much faster than non-assisted GPS) and provide
positioning when the A-GPS system is unsuccessful in acquiring any/enough satellites."
MobileIN.com [website], *Mobile Positioning*, 2001-2004,
http://www.mobilein.com/mobile_positioning.htm (last accessed: Jul. 20, 2011).

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

meters for 95 percent of calls[.]"[487][488]  However, E911 requirements set a minimum standard

and network-based geolocation techniques have the potential to be much more accurate and

intrusive.  For example, TruePosition boasts that its U-TDOA network-based geolocation

product "[l]ocates mobile phones and devices in any environment (indoors, in-vehicle, urban,

suburban, rural, *etc.*)... with very high accuracy (typically under 50 meters)..."[489]  "Described

discretely, TruePosition location security solutions allow for automatic notifications based on

desired criteria, such as the geographic zone of activity, specific communications patterns or

particular users....  U-TDOA technology allows for locating multiple devices in real time with

high accuracy.  The information obtained can be viewed in a map-based format, also in real

time.  It includes alerting capability with regard to specific geographic areas and users."[490]

### E.    Global Positioning System (GPS).

Global Positioning System (GPS) "is a space-based positioning, navigation and timing

system developed by the U.S. Department of Defense (DoD)....  The U.S. Air Force currently

finances and operates the basic system of 24+ satellites and associated ground monitoring

stations located around the world.  GPS is widely characterized as a satellite navigation or a

satellite positioning system, providing signals for geolocation and for safe and efficient

movement, measurement, and tracking of people, vehicles, and other objects anywhere from

---

487.   47 C.F.R. § 20.18(h)(1) *et seq.* (2008).

488.   In contrast, handset-based geolocation techniques are high enough resolution if they are
accurate to "50 meters for 67 percent of calls, [and] 150 meters for 95 percent of calls." *Id.*

489.   *ECPA Reform and the Revolution in Location Based Technologies and Services*, 111th
Cong. 2nd sess. (Jun. 24, 2010) (Prepared Statement of Michael Amarosa), p. 39 (PDF, p. 43).

490.   *Id.*, p. 44 (PDF, p. 48).

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

the earth's surface to geosynchronous orbit in space. A less-known element omitted from many

GPS descriptions is the embedded timing that serves an essential role in its navigation

services."[491][492] "A GPS receiver calculates its position by timing the signals sent by the GPS

satellites. Each satellite continually transmits messages containing the time the message was

sent, precise orbital information (the ephemeris), and the general system health and rough

orbits of all GPS satellites (the almanac). The receiver measures the transit time of each

message and computes the distance to each satellite. Geometric trilateration is used to combine

these distances with the location of the satellites to determine the receiver's location."[493][494]

"GPS satellites provide service to civilian and military users."[495] The civilian service is

---

491.   United States department of Defense, Defense Science Board Task Force, *The Future of
the Global Positioning System* (Washington, D.C.: Oct. 2005), *available at*
http://www.acq.osd.mil/dsb/reports/ADA443573.pdf (last accessed: Apr. 10, 2012), p. 25 (PDF,
p. 33).

492.   *See also* USDOD, *Global Positioning System Standard Positioning Service
Performance Standard* (4th ed. 2008), p. 1 ("GPS has provided positioning, navigation, and
timing services to military and civilian users on a continuous worldwide basis since first launch
in 1978. An unlimited number of users with a civil or military GPS receiver can determine
accurate time and location, in any weather, day or night, anywhere in the world.").

493.   Ullah, Zafa and Goodrich, Floyd, Arrow Electronics [white paper], *GPS Technology:
Know Where You Are, Know How It Works*, *available at* http://www.arrownac.com/services-
tools/design/whitepapers/resource_aug09_gps.pdf (last accessed: Apr. 10, 2012), p. 2 (PDF, p.
2).

494.   Location information is displayed to the user of the receiver as latitude and longitude
values. *See* nationalatlas.gov, *Latitude and Longitude*,
http://www.nationalatlas.gov/articles/mapping/a_latlong.html (last accessed: Aug. 30, 2011).

495.   gps.gov [website], *GPS.gov: GPS Overview*, "GPS Services," *available at*
http://www.gps.gov/systems/gps/ (last accessed: Apr. 24, 2012).

- 110 -

## DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

called the Standard Positioning Service (SPS)[496] and the military service is called the Precise Positioning Service (PPS).[497] "The civilian service is freely available to all users on a continuous, worldwide basis. The military service is available to U.S. and allied armed forces as well as approved Government agencies."[498] "Real-world data collected by the FAA show that some high-quality GPS SPS receivers currently provide better than 3 meter horizontal accuracy."[499] Because PPS broadcasts on two frequencies as apposed to the one frequency broadcast by SPS, "military users can perform ionospheric correction, a technique that reduces radio degradation caused by the Earth's atmosphere. With less degradation, PPS provides better accuracy than the basic SPS."[500] For additional information on GPS, *see Brief of Center For Democracy & Technology, Electronic Frontier Foundation, Matt Blaze, Andrew J. Blumberg, Roger L. Easton, and Norman M. Sadeh as Amici Curiae in Support of Respondent*, p. 7-14, United States v. Jones, 556 U.S. ___, 181 L. Ed. 2d 911, No. 10-1259 (2012).

---

496. **"Standard Positioning Service (SPS).** The GPS broadcast signals based on the L1 C/A-codes, as defined in IS-GPS-200, providing constellation performance to peaceful civil, commercial, and scientific users, as established in the SPS Performance Standard (SPS PS), in accordance with U.S. Government (USG) policy." USDOD, *Global Positioning System Standard Positioning Service Performance Standard*, APPENDIX C, p. C-4.

497. **"Precise Positioning Service (PPS).** The GPS broadcast signals based on the L1 P(Y)-codes, L1 C/A-codes, and L2 P(Y)-codes, as defined in the GPS ISs/ICDs, providing constellation performance to authorized users, as established in the PPS Performance Standard (PPS PS), in accordance with U.S. Government (USG) policy." *Id.*, APPENDIX C, p. C-3.

498. gps.gov [website], *GPS.gov: GPS Overview*, "GPS Services," *available at* http://www.gps.gov/systems/gps/ (last accessed: Apr. 24, 2012).

499. gps.gov [website], *GPS.gov: GPS Accuracy*, "GPS Accuracy," *available at* http://www.gps.gov/systems/gps/performance/accuracy/ (last accessed: Apr. 24, 2012).

500. *Id.*, "Is Military GPS More Accurate Than Civilian GPS".

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

### F.    Explanation of the term "mobile tracking device."

Mobile tracking devices are surveillance devices that can be attached to a person or object sought to be tracked. A federal statute titled "Mobile tracking devices," 18 U.S.C. § 3117, defines the broader term "tracking device" as "an electronic or mechanical device which permits the tracking of the movement of a person or object."[501] Although the statutory definition of "tracking device" is not particularized, an analysis of the historical origins of 18 U.S.C. § 3117, enacted in 1986 as part of the Electronic Communications Privacy Act (ECPA), makes clear that legislators understood the term "tracking device" to mean a homing device "which might be placed in an automobile, on a person, or in some other item."[502] Prior to the wide scale use of GPS, mobile tracking devices were "beepers" or "bird dogs" consisting of "a radio transmitter, usually battery operated, which emits periodic signals that can be picked up by a radio receiver."[503] The beepers of the 1980s were physically installed by law enforcement in order to track a person or object for the purpose of aiding in visual surveillance. [504] Modern day mobile tracking devices still require physical installation but the tracking is now done through use of GPS satellites. For example, the Daviscomms EaziTRAC 1000 GSM/GPRS/GPS Mobile Tracking Device uses GPS satellites to generate geolocation data that

---

501.    18 U.S.C. § 3117(b).

502.    S. Rep. No. 541, 99th Cong., 2d Sess. 10 (1986), reprinted in 1986 U.S. Code. Cong. & Admin. News 3555, 3564 (1986 Senate Report on the ECPA including a glossary of technological terms).

503.    United States v. Knotts, 460 U.S. 276, 277 (1983) (beeper installed in a can of chloroform and used to track movement of car).

504.    See id. (beeper installed in a can of chloroform and used to track movement of car); United States v. Karo, 468 U.S. 705 (1984) (beeper installed in a can of ether and tracked into residences).

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

can be stored and transmitted back to law enforcement via SMS messages.[505]  Likewise,

numerous other modern day mobile tracking devices are of similar design and function.[506]

> **G.  Air interface surveillance equipment with an emphasis on geolocation
> of wireless devices.**

Portable/transportable wireless device locators, virtual base stations, cell site

emulators/simulators, and IMSI catchers are all generic names[507] used for hardware based

surveillance equipment targeted at wireless devices such as cell phones, tablets, aircards, and

other devices that communicate via a cellular air interface standard, *e.g.*, GSM, UMTS, 1xRTT,

1xEV-DO, *etc.*  The surveillance devices discussed in this section operate independent from

any wireless carrier network by automatically sending and/or receiving radio signals to/from

target wireless devices over the air interface.  Recording or "catching" IMSIs, ESNs or other

identifying data; emulating base stations; locating/tracking wireless devices; conducting denial

of service attacks; downloading data from wireless devices; and intercepting communications

---

505.  *See* Daviscomms [datasheet], *GSM/GPRS/GPS Mobile Tracking Device: EaziTRAC
1000, available at* http://www.daviscommsusa.com/pdf/EaziTRAC
%201000_Brochure_RevE1.pdf (last accessed: Jan. 5, 2012); *see also* United States v.
Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 035 of *2nd Consolidated Exhibits* (Dkt.
#821-2) (datasheet attached).

506.  *See* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 036 of *2nd
Consolidated Exhibits* (Dkt. #821-2) (collection of various web pages from
http://www.alibaba.com advertising GPS based mobile tracking devices).

507.  Generic names used by law enforcement for cell site emulators/simulators are "digital
analyzer, cell site locator, triggerfish, ESN reader, or swamp box[.]"  USDOJ [M.D.La.] Aug.
12, 2008, Response to ACLU FOIA Request No. 07-4130, *available at*
http://www.aclu.org/pdfs/freespeech/cellfoia_release_074130_20080812.pdf (last accessed:
Jan. 11, 2011), p. 18 of 42; *see also* United States v. Rigmaiden, CR08-814-PHX-DGC,
D.Ariz., EXHIBIT 021 of *2nd Consolidated Exhibits* (Dkt. #821-1) (relevant pages of
cellfoia_release_074130_20080812.pdf attached with page numbers added).

- 113 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

(either passively or through a man-in-the-middle attack) are all possible functions of the type of

surveillance equipment addressed in this section.  While specific features vary across

manufacturers, surveillance equipment targeted at wireless devices can be classified into one or

both of the following general categories: (1) communication interception capabilities, and/or

(2) wireless device locating/tracking capabilities.  Additionally, each make/model of air

interface surveillance equipment is either man-portable (using handheld controls) or vehicle-

transportable (using laptop controls).[508]  While a cursory glance shows that there are many

similar types of off-the-shelf air interface surveillance equipment having geolocation

capabilities, a more detailed analysis reveals that the RayFish line by Harris Corporation[509] is

set apart from all other equipment sold by other companies.  As an initial matter, Harris'

RayFish product line[510] is within a class of cell site emulator capable surveillance devices—

508.   In theory, either configuration would also allow for stationary operation.

509.   "Harris is an international communications and information technology company
serving government and commercial markets in more than 150 countries.  Headquartered in
Melbourne, Florida, the company has approximately $5 billion of annual revenue and more
than 16,000 employees — including nearly 7,000 engineers and scientists.  Harris is dedicated
to developing best-in-class assured communications products, systems, and services."  Harris
[website], *Harris Corporation - Media Center*, http://www.harris.com/corporate-profile.html
(last accessed: Sept. 28, 2010).

510.   *See* [Miami, FL, USA – Legislative Files, **Harris StingRay Product Datasheet**,
*available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/34769.pdf, (last accessed: Mar.
9, 2011), p. 1 (StingRay does not intercept communications); *see also* United States v.
Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 003 of *2nd Consolidated Exhibits* (Dkt.
#821-1) (datasheet attached)]; [Miami, FL, USA – Legislative Files, **Harris KingFish Product
Datasheet**, *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/34771.pdf (last
accessed: Mar. 9, 2011), p. 2 (KingFish does not intercept communications); *see also* United
States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 007 of *2nd Consolidated
Exhibits* (Dkt. #821-1) (datasheet attached)].  Product descriptions contained in Harris'
StingRay and KingFish trademark documents also do not contain communications interception

- 114 -

DECLARATION UNDER PENALTY OF PERJURY

RE:   The independent operations of the FBI's cell site emulators, etc. used to locate the
      UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
      DGC (D.Ariz.);

BY:   Daniel David Rigmaiden

which also includes devices sold by Altron,[511] NeoSoft,[512] and MMI[513]—that are specifically

designed to **not** have integrated communications interception (*i.e.*, man-in-the-middle attack)

capabilities.  In contrast, all cell site emulator capable devices sold by Ability,[514] Meganet,[515]

Shoghi Communications Ltd.,[516] Verint,[517] and View Systems[518] have integrated

communications interception capabilities in addition to wireless device locating/tracking

capabilities.  *See* [United States Patent and Trademark Office, Trademark Reg. No. 2,762,468
[StingRay registered by Harris] (registered Sep. 9, 2003), **Harris StingRay Product
Description**, *all associated trademark documents available via search at*
http://tmportal.uspto.gov/external/portal/tow (last accessed: Mar. 11, 2011), p. 10 of 88 page
compilation; *see also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT
005 of *2nd Consolidated Exhibits* (Dkt. #821-1) (product description attached)]; [United States
Patent and Trademark Office, Trademark Reg. No. 2,867,227 [KingFish registered by Harris]
(registered Jul. 27, 2004), **Harris KingFish Product Description**, *all associated trademark
documents available via search at* http://tmportal.uspto.gov/external/portal/tow (last accessed:
Mar. 11, 2011), p. 10 of 67 page compilation; *see also* United States v. Rigmaiden, CR08-814-
PHX-DGC, D.Ariz., EXHIBIT 009 of *2nd Consolidated Exhibits* (Dkt. #821-1) (product
description attached)].

511.    *See* Altron, *GSM/UMTS Grabber: Deploying local mobile networks and secret grabbing
of identification information in GSM and UMTS bands*, PDF provided at ISS World Europe
2008, *available at* http://wikileaks.org/spyfiles/files/0/87_ALTRON-GRABBER.pdf (last
accessed: Apr. 10, 2012) (device does not intercept communications); *see also* United States v.
Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 022 of *2nd Consolidated Exhibits* (Dkt.
#821-1) (PDF attached).

512.    *See* NeoSoft [website], *Portable IMSI/IMEI GSM catcher NS-17-1*,
http://www.neosoft.ch/products/emerg_tracking/detail.php?ID=1017&IBLOCK_ID=39 (last
accessed: Feb. 10, 2012) (device does not intercept communications); *see also* United States v.
Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 023 of *2nd Consolidated Exhibits* (Dkt.
#821-1) (print-out attached).

513.    MMI sells its devices through partner companies such as Elaman and Cobham.  *See*
[MMI Research Trading as Cobham Surveillance, *Tactical Lawful Intercept*, PDF presentation
provided at ISS World Europe 2008, *available at*
http://wikileaks.org/spyfiles/files/0/43_200906-ISS-PRG-COBHAM.pdf (last accessed: Apr. 5,
2012) (device does not intercept communications); *see also* United States v. Rigmaiden, CR08-
814-PHX-DGC, D.Ariz., EXHIBIT 024 of *2nd Consolidated Exhibits* (Dkt. #821-1) (PDF

DECLARATION UNDER PENALTY OF PERJURY

RE:   The independent operations of the FBI's cell site emulators, etc. used to locate the
      UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
      DGC (D.Ariz.);

BY:   Daniel David Rigmaiden

capabilities.  Regardless of whether only geolocation or geolocation with communications

interception is supported, the Harris RayFish product line is entirely distinguished from all

other similar products considering it offers the only cell site emulator capable air interface

surveillance equipment supporting cdma2000 based air interface standards.[519]  "The Harris

RayFish product line includes the StingRay II, StingRay, and KingFish systems, which are

---

attached).]; *see also* [[Elaman, *Active Off-Air System 3GN UMTS*, Product Brochure, *available
at* http://wikileaks.org/spyfiles/files/0/124_ELAMAN-200805-CATALOGUE-P1.zip (last
accessed: May 14, 2012) [Active Off-Air System 3GN UMTS Technical Specification.pdf]
(device does not intercept communications); *see also* United States v. Rigmaiden, CR08-814-
PHX-DGC, D.Ariz., EXHIBIT 025 of 2nd *Consolidated Exhibits* (Dkt. #821-1) (product
brochure attached)]; [Elaman, *GSM Vehicle Direction Finder (VDF)*, Product Brochure,
*available at* http://wikileaks.org/spyfiles/files/0/124_ELAMAN-200805-CATALOGUE-P1.zip
(last accessed: May 14, 2012) [GSM Vehicle Direction Finder-VDF.pdf] (device does not
intercept communications); *see also* United States v. Rigmaiden, CR08-814-PHX-DGC,
D.Ariz., EXHIBIT 026 of 2nd *Consolidated Exhibits* (Dkt. #821-1) (product brochure
attached)]].

514.   *See* Ability, *3G Interception & Advanced GSM Active Solution*, PDF provided at ISS
World Europe 2008, *available at* http://wikileaks.org/spyfiles/files/0/80_ABILITY-
GSM_3G_Intercept.pdf (last accessed: Apr. 10, 2012); *see also* United States v. Rigmaiden,
CR08-814-PHX-DGC, D.Ariz., EXHIBIT 027 of 2nd *Consolidated Exhibits* (Dkt. #821-1)
(PDF attached).

515.   *See* Meganet [website], *Meganet Corporation - VME Undetectable Cell Phone
Interceptors*, http://www.meganet.com/meganet-products-cellphoneinterceptors.html (last
accessed: Nov. 20, 2011); *see also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz.,
EXHIBIT 028 of 2nd *Consolidated Exhibits* (Dkt. #821-2) (print-out attached).

516.   *See* Shoghi Communications Ltd., *Semi Active GSM Monitoring System*, PDF provided
at ISS World Europe 2008, *available at* http://wikileaks.org/spyfiles/files/0/160_SHOGI-2006-
semiactive_gsm_monitoring.pdf (last accessed: Apr. 10, 2012); *see also* United States v.
Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 029 of 2nd *Consolidated Exhibits* (Dkt.
#821-2) (PDF attached).

517.   *See* Verint, *ENGAGE GI2 Models*, Product Brochure, *available at*
http://files.cloudprivacy.net.s3.amazonaws.com/wikileaks-verint-location-tracking.pdf (last
accessed: Apr. 5, 2012); *see also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz.,

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

compatible with the **CDMA2000**, GSM, and iDEN (Nextel) protocols."[520][521][522] In contrast,

all other off-the-shelf air interface surveillance equipment having geolocation through cell site

emulation capabilities are limited to locating **only** GSM/UMTS[523] based wireless devices and

lack compatibility with cdma2000 based wireless devices (*i.e.*, devices that operate via 1xRTT,

EXHIBIT 030 of *2ⁿᵈ Consolidated Exhibits* (Dkt. #821-2) (product brochure attached).

518.   *See* View Systems, *Cell Phone Intercept Apparatus*, Product Brochure, *available at*
http://www.viewsystems.com/pdf/CIA_11_20_06.pdf (last accessed: Apr. 5, 2012); *see also*
United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 031 of *2ⁿᵈ Consolidated
Exhibits* (Dkt. #821-2) (product brochure attached).

519.   The only other off-the-shelf air interface surveillance equipment compatible with
cdma2000 based wireless devices operate passively (*i.e.*, no cell site emulator capabilities) and
is limited to communications interception (*i.e.*, no geolocation capabilities). *See* [Stratign,
*Strategic Defense Technologies*, 2011 Product Catalog, PDF provided at ISS World Europe
2008, *available at* http://wikileaks.org/spyfiles/files/0/278_STRATIGN-Catalogue-2011.pdf
(last accessed: Apr. 10, 2012), p. 19; *see also* United States v. Rigmaiden, CR08-814-PHX-
DGC, D.Ariz., EXHIBIT 032 of *2ⁿᵈ Consolidated Exhibits* (Dkt. #821-2) (relevant pages of
PDF attached)]; [Ability [website], *Passive CDMA Interceptor, ACIS – Advanced CDMA
Interception System*, http://www.interceptors.com/intercept-solutions/Passive-CDMA-
Interceptor.html (last accessed: May 6, 2012) ("The ACIS CDMA INTERCEPTOR is a passive
monitoring system that intercepts voice and SMS traffic in cellular CDMA networks."); *see
also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 033 of *2ⁿᵈ
Consolidated Exhibits* (Dkt. #821-2) (print-out attached)].

520.   Durham, NC, USA - City Council Agenda No. 7503, **Harris Sole Source Vendor
Letter** (Sept. 29, 2010), *available at*
http://www.durhamnc.gov/agendas/2010/cws20110103/251951_7503_342363.pdf (last
accessed: Mar. 9, 2011); *see also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz.,
EXHIBIT 015 of *2ⁿᵈ Consolidated Exhibits* (Dkt. #821-1) (letter attached).

521.   The Harris RayFish product line (*e.g.*, the StingRay and KingFish) also supports the 3G
GSM upgrade referred to as UMTS. *See* Miami, FL, USA – Legislative Files, **Harris Sole
Source Letter** (Aug. 25, 2008), *available at*
http://egov.ci.miami.fl.us/Legistarweb/Attachments/40003.pdf (last accessed: Mar. 9, 2011), p.
2 ("The Harris StingRay and KingFish systems are compatible with the... UMTS standard...");

- 117 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

1xEV-DO Rel. 0, etc.).[524]

## 1. Detailed description of the Harris RayFish line of portable/transportable wireless device locators, *i.e.*, the StingRay, KingFish, and related equipment.

Harris has been manufacturing wireless deice locators for law enforcement use since the early 1990s.[525] In February of 2009, one FBI agent testified that he alone used such

see also United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 017 of *2nd Consolidated Exhibits* (Dkt. #821-1) (letter attached).

522.   Harris is also one of the few companies selling both portable *and* transportable air interface surveillance equipment that operate cooperatively. "The Harris StingRay and KingFish systems are the only cooperative portable/man-portable standard +12VDC powered/battery powered multiprotocol surveillance systems currently available." *Id.*

523.   Although UMTS (the 3G upgrade for GSM) is based on W-CDMA, it is incompatible with the protocols used by cdma2000. *See* Dornan, Andy, *The Essential Guide to Wireless Communications Applications*, 2nd ed. (Prentice Hall, May 16, 2002) p. 113-14 ("Until mid-2000, the upgrade path for cdmaOne seemed clear. The end result was supposed to be a system named cdma2000 3XMC, so called because it combines three channels together, resulting in a wider band. Unfortunately, this system was not compatible with the form of W-CDMA favored by Europe and Japan, though its specifications are almost identical. The difference is the chip rate, the frequency at which the transceiver resonates. cdma2000's chip rate needs to be a multiple of cdmaOne's, while W-CDMA's has to fit the GSM framing structure.").

524.   Other than for equipment sold by Harris, all cell site emulator capable air interface surveillance equipment sold by the companies discussed in this section (*i.e.*, Altron, NeoSoft, MMI, Ability, Meganet, Shoghi Communications Ltd., Verint, and View Systems) lack the ability to locate cdma2000 based wireless devices (*e.g.*, 1xEV-DO Rel. 0 based aircards). *See* air interface surveillance equipment exhibits referenced in various footnotes immediately above.

525.   *See* Shimomura, Tsutomu, *Catching Kevin* [Mitnick], 1993-2004 The Condé Nast Publications Inc., *available at* http://www.wired.com/wired/archive/4.02/catching_pr.html (last accessed: Apr. 5, 2012) ("The team talked to me a little about the technology they had toted along in the station wagon, especially something called a cell-site simulator, which was packed in a large travel case. The simulator was a technician's device normally used for testing cell phones, but it could also be used to page Mitnick's cell phone without ringing it, as long as he had the phone turned on but not in use. The phone would then act as a transmitter that they

- 118 -

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

equipment more than 300 times over the last nine years and that "other agencies, U.S.

Marshals, Secret Service, any different number of agencies all over the country [use the

equipment] every day."[526]  Current era Harris products include the StingRay and KingFish as

part of the RayFish line of wireless device locators.  The StingRay[527] is a vehicle-transportable

(e.g., operational from an automobile, helicopter, airplane, etc.)[528][529] wireless device locator

---

could home in on with a Triggerfish cellular radio direction-finding system that they were
using."). The TriggerFish is a first generation wireless device locator manufactured and sold by
Harris. See United States Patent and Trademark Office, Trademark Reg. No. 2,762,468
[TriggerFish registered by Harris] (registered Jan. 29, 2002), all associated documents
available via search at http://tmportal.uspto.gov/external/portal/tow (last accessed Mar. 11,
2011) (documents showing that the TriggerFish "was first used in connection with the goods at
least as early as November 26, 1997...").

526.    See United States v. Allums, No. 2:08-CR-30 TS, District of Utah (Doc. #128, p. 16 and
43) (transcripts of testimony given by FBI Agent William Shute).

527.    See United States Patent and Trademark Office, Trademark Reg. No. 2,762,468
[StingRay registered by Harris] (registered Sep. 9, 2003), **Harris StingRay Product Pictures**,
all associated trademark documents available via search at
http://tmportal.uspto.gov/external/portal/tow (last accessed: Mar. 11, 2011), p. 9 & 15 of 88
page compilation; see also United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz.,
EXHIBIT 002 of 2nd Consolidated Exhibits (Dkt. #821-1) (pictures attached).

528.    Miami, FL, USA – Legislative Files, **Harris GCSD Price List** (Sep. 2008) (Nov. 29,
2006), available at http://egov.ci.miami.fl.us/Legistarweb/Attachments/48000.pdf (last
accessed: Mar. 9, 2011), p. 4 (price list having a StingRay accessory named "Airborne DF Kit
CONUS" ($9,000), indicating that the StingRay may be used via helicopter, airplane, etc.); see
also United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 014 of 2nd
Consolidated Exhibits (Dkt. #821-1) (price list attached).

529.    See Durham, NC, USA - City Council Agenda No. 7503, **Harris Sole Source Vendor
Letter** (Sept. 29, 2010) ("When interfaced with the optional Harris AmberJack DF antenna,
supported mapping software, **laptop PC controller**, and the Harris 25-Watt power amplifier
kit, the StingRay can perform **vehicular-based operations.**" (emphasis added)); see also
United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 015 of 2nd Consolidated
Exhibits (Dkt. #821-1) (letter attached).

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

with laptop location determining processor[530] and the KingFish[531] is a man-portable[532]

wireless device locator with handheld PDA location determining processor.[533] As explained

above, the Harris RayFish product line is able to conduct surveillance on wireless devices

compatible with the cdma2000, GSM, UMTS and iDEN wireless network communication

technologies.[534] The Harris "StingRay and KingFish support 3 technologies simultaneously,

additional technologies can be swapped through a hardware flash process (software

---

530.  *See id.*

531.  *See* United States Patent and Trademark Office, Trademark Reg. No. 2,867,227
[KingFish registered by Harris] (registered Jul. 27, 2004), **Harris KingFish Product Picture**,
*all associated trademark documents available via search at*
http://tmportal.uspto.gov/external/portal/tow (last accessed: Mar. 11, 2011), p. 7 of 67 page
compilation; *see also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT
006 of *2nd Consolidated Exhibits* (Dkt. #821-1) (picture attached).

532.  *See* Miami, FL, USA – Legislative Files, **Harris Sole Source Vendor Letter** (Nov. 29,
2006), *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/34768.pdf (last
accessed: Mar. 9, 2011), p. 1 ("The **man-portability** and battery power features of the Harris
KingFish product are unique for tactical mission needs, allowing the user to perform passive
collection, active interrogation and active location **while on foot** (*i.e.*, inside a multi-story
building, or outside in rough terrain)." (emphasis added)); *see also* United States v. Rigmaiden,
CR08-814-PHX-DGC, D.Ariz., EXHIBIT 016 of *2nd Consolidated Exhibits* (Dkt. #821-1)
(letter attached).

533.  *See* Miami, FL, USA – Legislative Files, **Harris KingFish Product Datasheet**, p. 2
("Wireless remote control from commercially available **Pocket PC**" (emphasis added)); *see
also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 007 of *2nd
Consolidated Exhibits* (Dkt. #821-1) (datasheet attached).

534.  Additionally, "[s]oftware reconfigurable architecture will allow for future software
upgrades to support other wireless standards and capabilities[.]" *See* United States Patent and
Trademark Office, Trademark Reg. No. 2,762,468 [StingRay registered by Harris] (registered
Sep. 9, 2003), **Harris StingRay Product Datasheet**, *all associated trademark documents
available via search at* http://tmportal.uspto.gov/external/portal/tow (last accessed: Mar. 11,
2011), p. 60-61 of 88 page compilation; *see also* United States v. Rigmaiden, CR08-814-PHX-
DGC, D.Ariz., EXHIBIT 004 of *2nd Consolidated Exhibits* (Dkt. #821-1) (datasheet attached).

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

provided)."[535] Engineers employed by Harris explain the technology incorporated into the

StingRay and KingFish as follows:

> [T]he wireless device locator may include at least one antenna and a transceiver
> connected thereto, and a controller for cooperating with the transceiver for
> transmitting a plurality of location finding signals to a target wireless
> communications device from among the plurality thereof. The target device may
> transmit a respective reply signal for each of the location finding signals.
>
> Billhartz, Thomas J., *et al.*, Harris Corp., *Wireless Communications System
> Including A Wireless Device Locator And Related Methods*, U.S. Patent No.
> 7,321,777 (Melbourne, FL: Jan. 22, 2008), *available at*
> http://www.freepatentsonline.com/7321777.html (last accessed: Feb. 16, 2011),
> p. 2, ln. 47-55.
>
> The location determining system may also include a location determining
> processor coupled to the receiver to collect, during movement relative to the
> wireless transmitter, a series of range measurements [(using propagation delays)]
> and a corresponding series of received signal measurements, and to estimate a
> location of the wireless transmitter based upon the range measurements weighted
> using the received signal measurements.
>
> McPherson, Rodney and Lanza, David J., Harris Corp., *Wireless Transmitter
> Location Determining System And Related Methods*, U.S. Patent No. 7,592,956
> (Melbourne, FL: Sept. 22, 2009), *available at* http://www.freepatentsonline.com/
> 7592956.html (last accessed: Feb. 22, 2011),  p. 2, ln. 16-22.
>
> In certain embodiments, the antenna may comprise a directional antenna.  In
> these embodiments, the location determining processor may cooperate with the
> directional antenna to collect, during movement relative to the wireless
> transmitter, a corresponding series of angle of arrival measurements.  The
> location determining processor may also estimate the location of the wireless
> transmitter further based upon the angle of arrival measurements.
>
> *Id.*, p. 2, ln. 40-47.

---

535.   Maricopa County, FL, USA – **Harris Contract**, Serial No. 09041-SS (May 27, 2010),
*available at* http://www.maricopa.gov/materials/Awarded_Contracts/PDF/09041-c.pdf (last
accessed: Mar. 9, 2011), p. 14; *see also* United States v. Rigmaiden, CR08-814-PHX-DGC,
D.Ariz., EXHIBIT 018 of *2nd Consolidated Exhibits* (Dkt. #821-1) (contract attached).

- 121 -

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

Moreover, the location determining processor may cooperate with the receiver to
collect, during movement relative to the wireless transmitter, a corresponding
series of received signal strength measurements.  The location determining
processor may further estimate the location of the wireless transmitter further
based upon the received signal strength measurements weighted using the
received signal measurements.

*Id.*, p. 2, ln. 52-58.

A Harris wireless device locator records and stores geolocation data and then uses the video

display of its location determining processor (*e.g.*, laptop or PDA screen) to superimpose over a

digital map the estimated location of the target wireless device.[536][537][538]  McPherson and

Lanza further explain that Harris wireless device locators include a GPS receiver as a platform

position determining system which provides the wireless device locator with a current

---

536.    *See* Miami, FL, USA – Legislative Files, **Harris KingFish Product Datasheet**, p. 2
("Provides **real-time display** of Interrogation and Passive Collection results" (emphasis
added)); *see also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 007 of
*2nd Consolidated Exhibits* (Dkt. #821-1) (datasheet attached).

537.    *See* Miami, FL, USA – Legislative Files, **Harris StingRay Product Datasheet**,
*available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/34769.pdf (last accessed: Mar.
9, 2011), p. 1 ("Optional **geolocation software** overlays target tracks and tracking vehicle
location on a **digital map**"); *see also* United States v. Rigmaiden, CR08-814-PHX-DGC,
D.Ariz., EXHIBIT 003 of *2nd Consolidated Exhibits* (Dkt. #821-1) (datasheet attached).

538.    *See* Miami, FL, USA – Legislative Files, **Harris Geolocation Product Datasheet**,
*available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/34771.pdf (last accessed: Mar.
9, 2011), p. 1 ("Geolocation provides a user-friendly, geospatially accurate **mapping routine
which shows on-screen** the exact location of the tracking vehicle, plus Direction of Arrival
(DOA) information and/or estimated range/location information on the targeted phone....
**Tracking missions can be stored for post-mission analysis**" (emphasis added)); *see also*
United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 009 of *2nd Consolidated
Exhibits* (Dkt. #821-1) (Geolocation Product datasheet attached).

- 122 -

DECLARATION UNDER PENALTY OF PERJURY

RE:   The independent operations of the FBI's cell site emulators, etc. used to locate the
         UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
         DGC (D.Ariz.);

BY:   Daniel David Rigmaiden

---

geographical location of the platform.[539][540]  The GPS receiver cooperates with the location

determining processor so that the target wireless device may be located with longitude, latitude,

and elevation coordinates tethered to the accuracy of the GPS coordinates of the platform.[541]

When GPS signals are not available, such as when using the handheld KingFish within a

building, the location determining processor may also provide for a proximity indicator

involving a 3D graphic display of an arrow pointing along the azimuth and elevation angles in

the direction of the target wireless device with a distance value designating the distance from

the wireless device locator to the target wireless device.

Public information regarding Harris wireless device locators indicates that the Harris

products allow for locating wireless devices inside buildings[542] with precision accurate to a

---

539.   *See* McPherson and Lanza, Harris, *Wireless Transmitter Location Determining System And Related Methods*, U.S. Patent No. 7,592,956, p. 6, ln. 28-33.

540.   The term "platform" refers to the person or vehicle transporting the wireless device locator.  *See id.*, p. 3, ln. 50-54 ("The location determining system is illustratively carried by a platform movable relative to the wireless transmitter.  The platform may comprise an airborne platform, for example, an aircraft, or alternatively a ground based platform, for example, an automobile." (claim notes omitted)).

541.   *See id.*,  p. 6, ln. 33-41.

542.   *See* Miami, FL, USA – Legislative Files, **Harris Sole Source Vendor Letter** (Nov. 29, 2006) (the Harris KingFish can be used "while on foot (*i.e.*, inside a multi-story building, or outside in rough terrain)."); *see also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 016 of *2nd Consolidated Exhibits* (Dkt. #821-1) (letter attached).

- 123 -

DECLARATION UNDER PENALTY OF PERJURY

RE:   The independent operations of the FBI's cell site emulators, etc. used to locate the
       UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
       DGC (D.Ariz.);

BY:   Daniel David Rigmaiden

singe room.[543][544]  In order to achieve such a high precision, the StingRay and KingFish

wireless device locators combine numerous geolocation measurement techniques to triangulate

wireless devices.  The geolocation techniques employed include (1) signal time-of-flight (TOF)

measurements to calculate distance (a.k.a. Range), (2) signal strength measurements to

calculate distance (a.k.a. range), (3) signal angle-of-arrival (AOA) measurements to calculate

direction (via a phased array antenna), (4) frequency-of-arrival (FOA) measurements to

calculate velocity, (5) weighting collected geolocation data and using statistical functions (e.g.,

average, mean, median, mode, etc.),  and (6) data fusion of calculated geolocation

measurements.  Whether the StingRay or KingFish, various radio signal and data collection

methods are used in order to obtain signals that are subject to the noted geolocation

measurement techniques.  These methods include: (1) base station surveys, (2) passive

interception, (3) downloading data from wireless device internal storage, (4) transmitting

interrogation signals in order to force reply signals, (5) approach method for triangulation, (6)

forced transmission power increase, and (7) denial-of-service attacks.  The proceeding

---

543.   See FBI Aug. 27, 2007, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-
1, available at http://www.eff.org/files/filenode/061708CKK/082707_dcs01.pdf [EFF PDF Set
1 of 6] (last accessed: Oct. 25, 2010), p. 41 of 67 (The FBI indicated that it has locating
equipment allowing agents "to find phones hidden in an office building and a hotel..."); see
also United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 038 of 2nd
Consolidated Exhibits (Dkt. #821-2) (relevant pages of 082707_dcs01.pdf attached with page
numbers added).

544.   See Lapin, Lee, How To Get Anything On Anybody – Book 3 (Mt. Shasta, CA:
Intelligence Here, Jan. 15, 2003), p. 123 (Harris products are able to "track a cellular user to an
area the size of a hotel room.").

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

subsections explain the above listed geolocation measurement techniques[545] and signal/data

collection methods[546] used by the StingRay and KingFish while locating/tracking wireless

devices.

**a. Geolocation measurement techniques used by the StingRay
and KingFish while triangulating the location of a wireless
device.**

**i. Signal time-of-flight (TOF) measurements to calculate
distance (a.k.a. range).**

The StingRay uses "active... ranging techniques..."[547] in order to locate a wireless

device. The StingRay's companion Geolocation software "shows on-screen the... estimated

range/location information on the targeted phone."[548] A Harris patent addressing wireless

device locator technology provides detailed examples of mathematical equations used in time-

---

545.   Frequency-of-arrival (FOA) is not explained because such measurements are not
relevant to the aircard locating mission in United States v. Rigmaiden, CR08-814-PHX-DGC
(D.Ariz.). For an explanation of FOA, *see, e.g.*, Ryu, Kil-Hyen, Samsung Electronics Co., Ltd.,
*Apparatus And Method For Estimating A Doppler Frequency And A Moving Velocity Of A
Wireless Terminal*, U.S. Patent No. 7,529,328 (Suwon-si, KR: May 5, 2009), *available at* http://
www.freepatentsonline.com/7529328.html (last accessed: Feb. 16, 2011).

546.   Passive interception and denial-of-service attack via jamming are not explained because
such methods are not relevant to the aircard locating mission in United States v. Rigmaiden,
CR08-814-PHX-DGC (D.Ariz.).  However, the FBI conducted two other types of denial-of-
service attacks that are discussed in *How The Aircard Was Intruded Upon, infra*.

547.   *See* Miami, FL, USA – Legislative Files, **Harris StingRay Product Datasheet**, p. 1; *see
also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 003 of *2nd
Consolidated Exhibits* (Dkt. #821-1) (datasheet attached).

548.   *See* Miami, FL, USA – Legislative Files, **Harris Geolocation Product Datasheet**, p. 1;
*see also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 009 of *2nd
Consolidated Exhibits* (Dkt. #821-1) (Geolocation Product datasheet attached).

- 125 -

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
     UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
     DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

of-flight (TOF) measurements for conducting ranging techniques.[549] A wireless device locator

employing TOF[550] will measures the propagation delay time of signals received from a target

wireless device in order to find the distance between the wireless device locator and the target

wireless device.[551]  If the wireless device locator knows the transmission time of a signal,[552] it

can subtract that time from the signal receive time to obtain the time-of-flight.  Because all

radio waves travel at the speed of light,[553] multiplying the time-of-flight by the speed of light

549.   *See* McPherson and Lanza, Harris, *Wireless Transmitter Location Determining System And Related Methods*, U.S. Patent No. 7,592,956, p. 7 *et seq.* ("Time of Flight Based Approach").

550.   TOF is also sometimes referred to as time-of-arrival (TOA).  *See, e.g.*, Coluzzi, Michael, E. and Kang, Sung P., ITT Manufacturing Enterprises, Inc., *Method And System For Determining The Position Of An Object*, U.S. Patent No. 7,187,327 (Los Angeles, CA: Mar. 6, 2007), *available at* http://www.freepatentsonline.com/7187327.html (last accessed: Feb. 22, 2011), p. 6, ln. 6-25 (explaining TOF measurements but referring to them as TOA).

551.   *See* Kim and Lee, *Apparatus And Method For Tracking Location Of Mobile Station*, U.S. Patent App. No. 2003/0117320, p. 4, ¶ 15.

552.   As previously explained, for 1xEV-DO Rel. 0 cellular data networks, the Access Terminal (*i.e.*, target wireless device) and Access Network (*e.g.*, StingRay or KingFish) establish a common time reference that is used to derive timing for the transmitted chips, symbols, slots, frames, and system timing over the air interface.  *See Technical Explanations*, Section III(B)(3)(f), *supra*.  Because of the common timing, the Access Network always knows the time at which the Access Terminal transmits a signal.  *See id.*  Harris wireless device locators take advantage of the common timing reference in order to obtain a precise transmission time for CDMA based signals transmitted from a target wireless device.  *See* McPherson and Lanza, Harris, *Wireless Transmitter Location Determining System And Related Methods*, U.S. Patent No. 7,592,956, p. 4 ln. 56-59 ("[T]he time of flight measurements may be generated using a time of transmission stamp within the reply signal by differing the reply signal receipt time with the indicated time of transmission.").

553.   *See Technical Explanations*, Section III(A), *supra* (explaining electromagnetic radiation in the radio frequency band); Jandrell, Louis H. M., Pinpoint Communications, Inc., *Communication system and method for determining the location of a transponder unit*, U.S. Patent No. 5,526,357 (Dallas, TX: Jun. 11, 1996), *available at* http://www.freepatentsonline.com/5526357.html (last accessed: Feb. 16, 2011), p. 16, ln. 18-19

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

gives a measurement of distance from the wireless device locator to the target wireless device.

[554] Knowledge of one TOF distance measurement constrains the location of the target wireless

device to any point along the circumference of a circle in a 2D coordinate system, or to any

point on the surface of a sphere in a 3D coordinate system—with each scenario having the

wireless device locator at the center.[555] If a second propagation delay can be measured from a

second known location, the result is the intersection of two circles in 2D, which in turn

constrains the location of the wireless device to two intersecting points, or the result is the

intersection of two spheres in 3D, which in turn constrains the location of the wireless device to

any point around the circumference of a circle created by the intersecting spheres.[556]

Knowledge of at least three propagation delays measured from three separate known locations

will resolve the ambiguity in a 2D coordinate system and constrain the location of the wireless

("...radio signals travel at the speed of light, approximately 0.98357 ft. per nanosecond through
air...").

554.   See Hall, Christopher, J. et al., Method and apparatus for geolocating a wireless
communications device, U.S. Patent No. 7,057,556 (Satellite Beach, FL: Jun. 6, 2006),
available at http://www.freepatentsonline.com/7057556.html (last accessed: Feb. 22, 2011), p.
2, ln. 37-42

555.   See Caffery and Stüber, Overview of Radiolocation in CDMA Cellular Systems, IEEE
Communications Magazine, 0163-6804/98/, p. 39 (explaining TOF in a 2D coordinate system);
see also McPherson and Lanza, Harris, Wireless Transmitter Location Determining System And
Related Methods, U.S. Patent No. 7,592,956, p. 7-9 (proving TOF geolocation measurement
equations for a 3D coordinate system, i.e., inclusion of altitude).

556.   See Moeglein, Mark and Riley, Wyatt, Qualcomm, Inc., Method And Apparatus For
Location Determination In A Wireless Assisted Hybrid Positioning System, U.S. Patent App.
No. 2004/0002344 (Ashland, OR: Jan. 1, 2004), available at
http://www.freepatentsonline.com/y2004/0002344.html (last accessed: Sept. 29, 2010), p. 1, ¶
8; McPherson and Lanza, Harris, Wireless Transmitter Location Determining System And
Related Methods, U.S. Patent No. 7,592,956, p. 7-9 (proving TOF geolocation measurement
equations for a 3D coordinate system, i.e., inclusion of altitude)

- 127 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

device to one of the two previously discussed intersecting points.[557]  Knowledge of at least

four propagation delays measured from four separate known locations will resolve the

ambiguity in a 3D coordinate system and constrain the location of the target wireless device to

a single point along the circumference of the previously discussed circle.[558]

### ii. Signal strength measurements to calculate distance (a.k.a. range).

The StingRay "[i]nterfaces with AmberJack antenna to form a complete target tracking

and location solution using active... ranging techniques..."[559]  The AmberJack phased array

beam-forming antenna "[d]etermines... received signal strength of a targeted mobile phone's

transmission[.]"[560]  Similarly, the KingFish "[d]ynamically updates received signal strength to

enable precise location of a target phone[.]"[561]  A Harris patent addressing wireless device

locator technology provides detailed examples of mathematical equations used in power-

distance measurements for conducting ranging techniques.[562]  A wireless device locator having

---

557.   See references cited in fn. No. 555, supra.

558.   See references cited in fn. No. 556, supra.

559.   See Miami, FL, USA – Legislative Files, **Harris StingRay Product Datasheet**, p. 1; see also United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 003 of 2nd Consolidated Exhibits (Dkt. #821-1) (datasheet attached).

560.   Miami, FL, USA – Legislative Files, **Harris AmberJack Product Datasheet**, p. 6-7; see also United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 011 of 2nd Consolidated Exhibits (Dkt. #821-1) (datasheet attached).

561.   Miami, FL, USA – Legislative Files, **Harris KingFish Product Datasheet**, p. 2; see also United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 007 of 2nd Consolidated Exhibits (Dkt. #821-1) (datasheet attached).

562.   See McPherson and Lanza, Harris, Wireless Transmitter Location Determining System And Related Methods, U.S. Patent No. 7,592,956, p. 9 et seq. ("Received Signal Strength

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

a power-distance detector will measure the difference between the signal receive power and the

signal transmit power in order to determine the distance between the wireless device locator

and the target wireless device that transmitted the signal.[563]  If the wireless device locator

knows the transmit power of the signal,[564] it can subtract that value from the signal receive

power to obtain the loss power value.[565]  Because the intensity of radio wave propagation in

free space is inversely proportional to the square of the distance traveled,[566] knowledge of the

loss power value constrains the location of the target wireless device to any point around the

circumference of a circle in a 2D coordinate system, or to any point on the surface of a sphere

in a 3D coordinate system—with each scenario having the wireless device locator at the center.

[567] The process for resolving 2D and 3D location ambiguity for a target wireless device while

Indication Based Approach").

563.   See Kim and Lee, *Apparatus And Method For Tracking Location Of Mobile Station*,
U.S. Patent App. No. 2003/0117320, p. 2, ¶ 32.

564.   "[F]or signal-strength-based [geolocation measurement] systems it is necessary that the
transmit power of the MSs be known and controlled with reasonable accuracy."  Caffery and
Stüber, *Overview of Radiolocation in CDMA Cellular Systems*, IEEE Communications
Magazine, 0163-6804/98/, p. 39.  As previously explained, for 1xEV-DO Rel. 0 cellular data
networks, the Access Network (*e.g.*, StingRay or KingFish) controls the transmit power of the
Access Terminal (*i.e.*, target wireless device) by sending it commands called Reverse Power
Control (RPC) Bits.  *See Technical Explanations*, Section III(B)(3)(e)(ii), *supra*.  Therefore, the
StingRay and KingFish while operating in cell site emulator mode have the ability to know and
control the transmit power of a target wireless device.

565.   See Proctor, James A, Jr. and Otto, James C., Harris Corp., *Range And Bearing Tracking
System With Multipath Rejection*, U.S. Patent No. 5,687,196 (Indialantic, FL: Nov. 11, 1997),
*available at* http://www.freepatentsonline.com/5687196.html (last accessed Feb. 16, 2011), p.
1, ln. 29-37.

566.   *See id.*

567.   *See* McPherson and Lanza, Harris, *Wireless Transmitter Location Determining System*

- 129 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

using power-distance measurements is identical to what is used in TOF involving the

intersection of multiple circles or spheres.[568] In U.S. Patent No. 7,592, 956, McPherson *et al.*

of Harris provides a diagram showing three power-distance circles (only two are drawn) plotted

on a 2D map intersecting where the target wireless device is located.[569] However, as indicated

by the mathematical equations taught by McPherson *et al.*, the power-distance geolocation

measurement technique is typically used to locate wireless devices in a 3D coordinate system,

*i.e.*, the inclusion of altitude.[570]

### iii. Signal angle-of-arrival (AOA) measurements to calculate direction (via a phased array antenna).

Measurements of signal angle-of-arrival (AOA) are used to obtain a 3D directional fix

(azimuth angle and elevation angle) on a target wireless device having an unknown location

relative to the wireless device locator.[571] The azimuth angle points in the direction of the

wireless device along the horizontal plane and the elevation angle points in the direction of the

---

*And Related Methods*, U.S. Patent No. 7,592,956, p. 9, ln. 38-67; p. 10, ln. 1-67.

568.   *See Technical Explanations*, Section III(G)(1)(a)(i), *supra* (explaining TOF geolocation
measurements used by the StingRay and KingFish to locate wireless devices).

569.   *See* McPherson and Lanza, Harris, *Wireless Transmitter Location Determining System
And Related Methods*, U.S. Patent No. 7,592,956, Figure No. 10.

570.   *See id.*, p. 9, ln. 38-67; p. 10, ln. 1-67.

571.   *See* Kim, Eung-Bae and Lee, Seung-Hwan, *Apparatus And Method For Tracking
Location Of Mobile Station*, U.S. Patent App. No. 2003/0117320 (Daejeon, KR: Jun. 26, 2003),
*available at* http://www.freepatentsonline.com/y2003/0117320.html (last accessed: Feb. 16,
2011), p. 1, ¶ 13; McPherson and Lanza, Harris, *Wireless Transmitter Location Determining
System And Related Methods*, U.S. Patent No. 7,592,956,  p. 11, ln. 9-19.

- 130 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

wireless device along the vertical plane.[572] "There are a myriad of methods for determining

the angle of arrival of a signal at a receiving site, such as by: the use of a rotating antenna

which is rotated to obtain the strongest signal from the target unit; a phase array of antenna

elements which may be variably electrically steered to obtain the strongest signal; plural

antennas at which the receiving unit may compare the instantaneous phase of the arriving

signal at each of the plural antennas to determine the direction of a signal...; or other

conventional methods."[573] The most advanced direction finding antenna is the phased array

beam-forming antenna.[574] "An array antenna is a special arrangement of basic antenna

components."[575] "In an array propagating a given amount of energy, more radiation takes

place in certain directions than in others. The elements in the array can be altered in such a

way that they change the pattern and distribute it more uniformly in all directions.... On the

other hand, the elements could be arranged so that the radiation would be focused in a single

---

572.   *See* Kim and Lee, *Apparatus And Method For Tracking Location Of Mobile Station*,
U.S. Patent App. No. 2003/0117320, p. 4, ¶ 15.

573.   *See* Otto, James C., Harris Corp., *System And Method For Determining The
Geolocation Of A Transmitter*, U.S. Patent No. 5,719,584 (Indian Harbor Beach, FL: Feb. 17,
1998), *available at* http://www.freepatentsonline.com/5719584.html (last accessed: Feb. 22,
2011), p. 3, ln. 38-47.

574.   "The signals induced on different elements of an array in space are combined to form a
single output (*beam*) of the array.  This process of combining the signals from different
elements is known as *beam forming*. The direction at which the array has maximum response
(array has maximum gain) is said to be the *beam pointing direction or look direction*." Akhter,
Mohammad S., *Signal Processing for MC-CDMA*, Master of Engineering (by Research)
Dissertation, The University of South Australia (Mar. 1998), p. 70.

575.   United States Army, *Communications-Electronics Fundamentals: Wave Propagation,
Transmission Lines, and Antennas*, p. 4.29 (PDF, p. 195).

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
     UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
     DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

---

direction."[576]  Changing the directivity of a phased array antenna involves altering the phase

of the antenna elements so that the various propagated radio waves either reinforce or cancel

one another in controlled directions.[577]  The controlled directivity of a phased array antenna is

the same for receiving signals as for transmitting signals.[578][579]

Harris wireless device locators are used with the AmberJack phased array antenna with

beam-forming technology.[580]  "AmberJack is a phased array direction-finding (DF) antenna

system capable of tracking and locating mobile phone users and base stations."[581]  "AmberJack

combines Harris' expertise in phased array antenna technology and tracking and locating

---

576.  *Id.*, p.4.32 (PDF, p. 198).

577.  "Various reflected and refracted components of the propagated wave create effects of
reinforcement and cancellation.  At certain distant points from the transmitter, some of the
wave components meet in space.  Reception at these points is either impaired or improved.  If
the different components arrive at a given point in the same phase, they add, making a stronger
signal available.  If they arrive out of phase, they cancel, reducing the signal strength." *Id.*, p.
4.30, (PDF, p. 196).

578.  *See id.*, p. 4.11 (PDF, p. 177) ("When a transmitting antenna with a certain gain is used
as a receiving antenna, it will also have the same gain for receiving.").

579.  When determining a line bearing via received signals, "[t]he angle of arrival of the
response signal may be determined by evaluating the phase of the response signal
simultaneously at each of the antennas.  The simultaneous phase relationships at the antennas,
the geometric relationship of the antennas and the frequency of the response signal can be used
to estimate the angle of arrival of the response signal with respect to the antennas." *See* Proctor
and Otto, Harris, *Range And Bearing Tracking System With Multipath Rejection*, U.S. Patent
No. 5,687,196,  p. 1, ln. 47-53.

580.  *See* Miami, FL, USA – Legislative Files, **Harris AmberJack Product Datasheet**,
*available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/40003.pdf (last accessed: Mar.
9, 2011), p. 6-7; *see also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz.,
EXHIBIT 011 of *2nd Consolidated Exhibits* (Dkt. #821-1) (AmberJack datasheet attached).

581.  *Id.*

## DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

systems to offer a state-of-the-art direction finding system. Beam forming technology offers a

universal DF antenna for existing as well as future cellular standards."[582] The AmberJack is

specifically designed to operate with the StingRay and allows it to determine "direction of

arrival and received signal strength of a targeted mobile phone's transmissions."[583] "Harris'

unique adaptive array processing techniques provide for automatic signal optimizing,

interference suppression, and custom beam shaping."[584] For adaptive antenna arrays, "the

gain and phase of individual antennas are changed before combining to adjust the overall gain

of the array in a dynamic fashion as required by the system [(*i.e.*, electronically changing the

direction of the beam in real-time)]."[585] Harris' phased array antennas are backed by 20+

years of experience with capabilities that "combine two separate processes, classical antenna

array design and antenna array signal processing, to significantly improve signal-to-noise,

geolocation accuracy and Angle of Arrival estimates."[586]

---

582.   Miami, FL, USA – Legislative Files, **Harris AmberJack Product Datasheet**, *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/34769.pdf (last accessed: Mar. 9, 2011), p. 2; *see also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 010 of *2nd Consolidated Exhibits* (Dkt. #821-1) (AmberJack datasheet attached).

583.   Miami, FL, USA – Legislative Files, **Harris AmberJack Product Datasheet**, p. 6-7; *see also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 011 of *2nd Consolidated Exhibits* (Dkt. #821-1) (AmberJack datasheet attached).

584.   Harris, Government Communications Systems Division, *Phased Array Antennas Brochure* (2004), *available at* http://download.harris.com/app/public_download.asp?fid=450 (last accessed: Sept. 22, 2010); *see also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 012 of *2nd Consolidated Exhibits* (Dkt. #821-1) (Phased Array Antennas Brochure attached).

585.   Akhter, *Signal Processing for MC-CDMA*, The University of South Australia, p. 69.

586.   Harris, Government Communications Systems Division, *Phased Array Antennas Brochure*; *see also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 012

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

### iv. Weighting collected geolocation data and using statistical functions (*e.g.*, average, mean, median, mode, *etc.*).

In order to more precisely determine the location of a target wireless device, the wireless device locator will use received signal measurements to weight received signals corresponding to any given measurement family (*e.g.*, TOF, power-distance, AOA, *etc.*). Received signal measurements may consist of bit-error rate measurements, received signal strength measurements, receiver metrics, and signal-to-noise ratio measurements.[587] When the received signal measurements indicate a high quality received signal, such as when the signal-to-noise ratio value is larger, the wireless device locator interprets the other associated signal measurements (used to determine the location of the target wireless device) to be of higher quality and weights those measurements more heavily while producing the location estimate. [588] The wireless device locator may also use statistical functions (*e.g.*, mean, median, mode, *etc.*) on a group of geolocation measurements within a set of measurements corresponding to any given measurement family in order to more precisely determine the location of a target wireless device.[589] Both weighting and averaging depend on a multitude of geolocation measurements, preferably taken from different locations in order to increase the variety of the relevant signals.[590]

---

of *2nd Consolidated Exhibits* (Dkt. #821-1) (Phased Array Antennas Brochure attached).

587.   *See* McPherson and Lanza, Harris, *Wireless Transmitter Location Determining System And Related Methods*, U.S. Patent No. 7,592,956, p. 5, ln. 57-64.

588.   *See id.*, p. 5, ln. 64-67; p. 6, ln. 1-7.

589.   *See* Billhartz, *et al.*, Harris, *Wireless Communications System Including A Wireless Device Locator And Related* Methods, U.S. Patent No. 7,321,777, p. 7, ln. 56-59.

590.   *See* McPherson and Lanza, Harris, *Wireless Transmitter Location Determining System*

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
    UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
    DGC (D.Ariz.);

BY: Daniel David Rigmaiden

### v.   Data fusion of calculated geolocation measurements.

In order to more precisely determine the location of a target wireless device, the wireless device locator will use data fusion by combining and simultaneously using the various collected geolocation measurements spanning multiple measurement families (*e.g.*, TOF, power-distance, AOA, *etc.*).[591] By using data fusion, different families of measurements, and even measurements within families, can be combined in a weighted sense to arrive at an optimized target wireless device location estimate.[592] Using data fusion across multiple measurement families increases the precision of locating a wireless device considering suspected measurement errors within any given measurement family can be given less weight or even eliminated completely.[593] For example, the propagation delay used to determine distance in a TOF measurement may be imprecise due to measurements taken on multipath signals having a longer propagation delay when compared to direct path signals.  The noted measurement errors may be eliminated by fusing power-distance geolocation data with TOF geolocation data.[594] Data fusion may also be used to fill measurement voids that may be present within any given measurement family.  For example, the TOF geolocation measurement technique requires at least three separate measurements in order to confine the location of a

---

*And Related Methods*, U.S. Patent No. 7,592,956,  p. 6, ln. 18-27.

591.    *See id.*, p. 13, ln. 50-59.

592.    *See id.*, p. 14, ln. 34-39.

593.    *See id.*

594.    *See* Kim and Lee, *Apparatus And Method For Tracking Location Of Mobile Station*, U.S. Patent App. No. 2003/0117320, p. 3, ¶ 38.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

target wireless device to a single point in a 2D coordinate system.[595] This limitation may be eliminated by fusing AOA measurements with an inadequate number of TOF measurements in order to achieve the same precision that would otherwise be achieved using an adequate number of TOF measurements.[596] Just like weighting and averaging within signal measurement families, data fusion depends on a multitude of geolocation measurements preferably taken from different locations in order to increase the variety of the relevant signals.[597]

> **b.  Radio signal and data collection methods used by the StingRay and KingFish while triangulating the location of a wireless device.**
>
> **i.  Base station surveys.**

Among other surveillance capabilities, the StingRay "performs network base station surveys.."[598] in any given network coverage area.  Similarly, the KingFish "[i]dentifies active CDMA channels and catalogs base station parameters[.]"[599]  Harris wireless device locators

---

595.  *See Technical Explanations*, Section III(G)(1)(a)(i), *supra* (explaining TOF geolocation measurements used by the StingRay and KingFish to locate wireless devices).

596.  *See* Otto, Harris, *System And Method For Determining The Geolocation Of A Transmitter*, U.S. Patent No. 5,719,584, p. 4, ln. 6-23.

597.  *See* McPherson and Lanza, Harris, *Wireless Transmitter Location Determining System And Related Methods*, U.S. Patent No. 7,592,956,  p. 6, ln. 18-27.

598.  *See* Miami, FL, USA – Legislative Files, **Harris StingRay Product Datasheet**, p. 1; *see also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 003 of *2nd Consolidated Exhibits* (Dkt. #821-1) (datasheet attached).

599.  Miami, FL, USA – Legislative Files, **Harris KingFish Product Datasheet**, p. 2; *see also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 007 of *2nd Consolidated Exhibits* (Dkt. #821-1) (datasheet attached).

- 136 -