IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>Plaintiff,<br><br>vs.<br><br>Federal Bureau of Investigation, et al.,<br><br>Defendants. | No. CV12-1605-SRB-BSB<br><br>**PROPOSED ORDER** |

On August 8, 2013, the parties submitted a Joint Status Report in which they proposed a sixty-day stay of this action. For good cause shown, it is hereby ORDERED:

1. The parties shall file a new status report on or before October 7, 2013. At that time, the parties shall either provide the Court with a proposed schedule for briefing on plaintiff's motion for partial summary judgment and the government's forthcoming cross-motion for summary judgment or, alternatively, provide the Court with an update on the status of the litigation and the parties' attempts to resolve or narrow the issues for the Court to decide. Counsel for the government shall be responsible for coordinating the preparation of the status report.

2. Briefing on plaintiff's motion for partial summary judgment (ECF No. 36, 07/23/2013) shall be stayed pending the submission of a new status report on or before October 7, 2013.

IT IS SO ORDERED.