# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, | No. CV-12-1605-PHX-SRB (BSB) |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

On August 8, 2013, the parties submitted a Joint Status Report in which they requested a sixty-day stay of this action. (Doc. 40.) The parties also requested a stay of the briefing on Plaintiff's pending motion for partial summary judgment. (Doc. 36.) Plaintiff has filed a thirty-six (36) page motion for partial summary judgment and supporting memorandum. (*Id.*) Plaintiff's motion does not comply with LRCiv 7.2(e)(1), which provides that "[u]nless otherwise permitted by the Court, a motion including its supporting memorandum may not exceed seventeen (17) pages, exclusive of attachments and any required statement of facts." Therefore, the Court orders that the Clerk of Court strike Plaintiff's motion for partial summary judgment for failure to comply with LRCiv 7.2(e)(2). Plaintiff may refile his motion for summary judgment, but he must comply with the requirements of LRCiv. 7.2 and LRCiv. 56.1.

Furthermore, the parties' request to stay this matter is denied, but the Scheduling Order (Doc. 35) is amended to extend the deadline for filing dispositive motions by sixty days, until October 8, 2013. The parties shall file dispositive motions by October 8,

2013, or file a status report with an update on the status of the litigation and the parties' attempts to resolve or narrow the issues for the Court to decide. Counsel for the government shall be responsible for coordinating the preparation and filing of any status report.

**THEREFORE, IT IS ORDERED** that the parties' request to stay this matter and to stay briefing on Plaintiff's motion for partial summary judgment (Doc. 40) is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's motion for partial summary judgment (Doc. 36) is **STRICKEN** for failure to comply with LRCiv. 7.2(e)(1). Plaintiff may refile his motion for partial summary judgment in a form that complies with LRCiv. 7.2(e)(1) and LRCiv. 56.1.

**IT IS FURTHER ORDERED** that the Scheduling Order (Doc. 35) is amended to extend the deadline for filing dispositive motions by sixty days, until October 8, 2013. The parties shall file dispositive motions or a joint status report by October 8, 2013.

Dated this 12th day of August, 2013.

_____
Bridget S. Bade
United States Magistrate Judge