Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Plaintiff

```
           FILED    ___ LODGED
           RECEIVED ___ COPY

           SEP 0 4 2013

        CLERK U S DISTRICT COURT
          DISTRICT OF ARIZONA
        BY                DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>    Plaintiff,<br><br>v.<br><br>Federal Bureau of<br>Investigation, et al.<br><br>    Defendant. | Civil Action No.:<br><br>12-CV-01605-SRB-BSB<br><br>DANIEL RIGMAIDEN'S THIRD<br>DECLARATION UNDER PENALTY OF<br>PERJURY IN SUPPORT OF<br>PLAINTIFF'S MOTION FOR PARTIAL<br>SUMMARY JUDGMENT |

   Plaintiff, Daniel David Rigmaiden, being competent to make this declaration and having personal knowledge of the matters stated herein, declares pursuant to 28 U.S.C. § 1746:

   1.   Via letter dated July 12, 2013, Defendant FBI responded to my FOIA request dated November 10, 2011, RE: comments made to *The Wall Street Journal* and the Brookings Institution. I received this letter from CCA-CADC staff on July 18, 2013.

   2.   Attached as <u>ATTACHMENT 01</u> is the noted July 12, 2013 FBI letter (without attachment) RE: FOIPA Request No. 1180900-

- 1 -

000; Subject: Wall Street Journal Article On Cell Site Simulator Devices.  The attached is admissible under Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the original currently in my possession.

    3.  The July 12, 2013 FBI letter included a 94 page paper-form (*i.e.*, non-native digital form records) attachment responsive to FBI comments made to *The Wall Street Journal* vis-a-vis the StingRay.  However, the documents contain heavy redactions with cites to exemptions 5 U.S.C. §§ 552(b)(5), (b)(6), (b)(7)(C), and (b)(7)(E).  Justifications for the claimed exemptions in support of the redactions have not been provided by the FBI.

    4.  The July 12, 2013 FBI letter did not include any documents relating to FBI comments made at the May, 2011 Brookings Institution panel.  The letter stated that the FBI "conducted a search of [][their] records and were unable to identify records responsive to [that section of] the FOIA [request]."  See ATTACHMENT 01.  The FBI has not explained what records were searched, how searches were conducted, or how its searches were adequate.

///
///
///
///
///
///

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 28, 2013 in Florence, AZ, USA.

DANIEL DAVID RIGMAIDEN,
Pro Se Plaintiff:

*/s/ Daniel Rigmaiden*
Daniel D. Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 28, 2013 in Florence, AZ, USA.

                                DANIEL DAVID RIGMAIDEN,
                                Pro Se Plaintiff:

*Daniel Rigmaiden* (signature)
Daniel D. Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none

<u>CERTIFICATE OF SERVICE</u>

I, Daniel David Rigmaiden, certify under penalty of perjury under the laws of the United States of America that on <u>August 28, 2013</u> I caused the following to be placed into the CCA-CADC mailing system for first-class United States Postal Service delivery:

Original attached document addressed to:

Clerk of the Court
Attn: Civil Docketing Section
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

One copy of the original document addressed to:

Brad P. Rosenberg, Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
PO Box 883
Washington, D.C. 20044

By: /s/ Daniel Rigmaiden

**ATTACHMENT INDEX**

DANIEL RIGMAIDEN'S THIRD DECLARATION UNDER PENALTY OF
PERJURY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 01: FBI's July 12, 2013 letter to Daniel Rigmaiden RE: providing 94 page paper-form (*i.e.*, non-native digital form records) response to: "FOIPA Request No. 1180900-000; Subject: Wall Street Journal Article On Cell Site Simulator Devices"; Note: 94 page letter attachment not attached;

- 1 -

## **ATTACHMENT 01**

DANIEL RIGMAIDEN'S THIRD DECLARATION UNDER PENALTY OF PERJURY
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)


ATTACHMENT 01: FBI's July 12, 2013 letter to Daniel Rigmaiden RE: providing 94 page paper-form (i.e., non-native digital form records) response to: "FOIPA Request No. 1180900-000; Subject: Wall Street Journal Article On Cell Site Simulator Devices"; Note: 94 page letter attachment not attached;





500C

DANIEL DAVID RIGMAIDEN
**10966111
CCA-CADC
POST OFFICE BOX 6300
FLORENCE, AZ 85132



U.S. Department of Justice
Federal Bureau of Investigation
170 Marcel Drive
Winchester, VA 22602

JUL 17 2013

<2>
</2>

<0>
</0>



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

July 12, 2013

MR. DANIEL DAVID RIGMAIDEN
**10966111
CCA-CADC
POST OFFICE BOX 6300
FLORENCE, AZ 85132

FOIPA Request No. 1180900- 000
Subject: WALL STREET JOURNAL ARTICLE ON CELL SITE SIMULATOR DEVICES

Dear Mr. Rigmaiden:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Sections 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Explanation of Exemptions:

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
|  | ☐ (b)(7)(D) | ☐ (k)(2) |
|  | ☑ (b)(7)(E) | ☐ (k)(3) |
|  | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☑ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) |  | ☐ (k)(7) |

**94 page(s)** were reviewed and **94 page(s)** are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

   ☐ referred to the OGA for review and direct response to you.
   ☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☐ In accordance with standard FBI practice and pursuant to FOIA exemption (b)(7)(E) [5 U.S.C. § 552 (b)(7)(E)], this response neither confirms nor denies the existence of your subject's name on any watch lists.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

☑ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html. Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely. The envelope and the letter should be clearly marked "Freedom of Information Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

Additionally, In response to your Freedom of Information Act (FOIA) request seeking documents related to FBI general counsel Valerie Caproni's appearance on a May, 2011 Brookings Institution panel, we conducted a search of our records and were unable to identify records responsive to the FOIA. If you have additional information pertaining to the subject that you believe was of investigative interest to the Bureau, please provide us the details and we will conduct an additional search.

Sincerely,

David M. Hardy
Section Chief
Record/Information Dissemination Section
Records Management Division

Enclosure(s): Bates pages WSJCELL-1 through WSJCELL-94