

1 | Daniel Rigmaiden
  | Agency # 10966111
2 | CCA-CADC
  | PO Box 6300
3 | Florence, AZ 85132
  | Telephone: none
4 | Email: none

5 | Daniel David Rigmaiden
  | Pro Se, Plaintiff
6 |

7 |                **UNITED STATES DISTRICT COURT**

8 |                  **DISTRICT OF ARIZONA**

9 |

10 | Daniel David Rigmaiden,          | Civil Action No.:

11 |        Plaintiff,

12 | v.                                | 12-CV-01605-SRB-BSB

13 |
   | Federal Bureau of
14 | Investigation, et al.

15 |        Defendant.

16 |

17 |

18 |        **PLAINTIFF'S FIRST SUPPLEMENTAL STATEMENT OF**
   |     **UNDISPUTED MATERIAL FACTS IN SUPPORT OF**
19 |        **MOTION FOR PARTIAL SUMMARY JUDGMENT**

20 |

21 |             The Honorable Susan R. Bolton
   |             United States District Judge

22 |

23 |

24 |

25 |

26 |

27 |

28 |

FILED    LODGED
RECEIVED    COPY
SEP 0 4 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCiv P 5.4
(Rule Number/Section)

# Table of Contents

I. Supplemental Statement of Undisputed Material Facts........1

    A.  The FBI provided documents responsive to Plaintiff's
        Nov. 10, 2011 FOIA request, RE: comments made to The
        Wall Street Journal...................................1

    B.  Non-exhaustive summary list of information preserved in
        public records RE: Harris WPG brand
        portable/transportable wireless device locators........2

Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Daniel David Rigmaiden, | Civil Action No.: |
| Plaintiff, | |
| v. | 12-CV-01605-SRB-BSB |
| Federal Bureau of Investigation, et al. | PLAINTIFF'S FIRST SUPPLEMENTAL STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT |
| Defendant. | |

Plaintiff, Daniel David Rigmaiden, appearing *pro se*, respectfully submits the following supplemental statement of undisputed material facts Pursuant to Fed. R. Civ. P. 56 and LRCiv 56.1(a).

I.   <u>Supplemental Statement of Undisputed Material Facts</u>

        A.   **The FBI provided documents responsive to Plaintiff's Nov. 10, 2011 FOIA request, RE: comments made to The Wall Street Journal.**

1.   Via letter dated July 12, 2013, Defendant FBI responded to Plaintiff's FOIA request dated November 10, 2011,

1  RE: comments made to *The Wall Street Journal* and the Brookings

2  Institution.  Plaintiff received this letter from CCA-CADC

3  staff on July 18, 2013.  *See Daniel Rigmaiden's Third*

4  *Declaration Under Penalty Of Perjury In Support Of Plaintiff's*

5  *Motion For Partial Summary Judgment*, p. 1, ¶ No. 01, and

6  ATTACHMENT 01.

7       2.   The July 12, 2013 FBI letter included a 94 page

8  paper-form (*i.e.*, non-native digital form records) attachment

9  responsive to FBI comments made to *The Wall Street Journal*

10 vis-a-vis the StingRay.  *See id.*  However, the documents

11 contained heavy redactions with cites to exemptions 5 U.S.C.

12 §§ 552(b)(5), (b)(6), (b)(7)(C), and (b)(7)(E).  *See id.*

13 Justifications for the claimed exemptions in support of the

14 redactions have not been provided by the FBI.  *See id.*

15      3.   The July 12, 2013 FBI letter did not include any

16 documents relating to FBI comments made at the May, 2011

17 Brookings Institution panel.  *See id.*  Rather, the letter

18 stated that the FBI "conducted a search of [][their] records

19 and were unable to identify records responsive to [that

20 section of] the FOIA [request]." *See id.*, ATTACHMENT 01.  The

21 FBI has not explained what records were searched, how searches

22 were conducted, or how its searches were adequate.  *See id.*

23            **B.   Non-exhaustive summary list of information
               preserved in public records RE: Harris WPG brand
24             portable/transportable wireless device locators.**

25      4.   **PUUBLIC INFORMATION:** The FBI specifically, as well as

26 other federal and state law enforcement agencies, use the

27 Harris WPG line of portable/transportable wireless device

28 locators including the LoggerHead, StingRay and TriggerFish.

1  **PUBLIC DOCUMENTS:** (1) FBI email in FOIA response, (2) FBI

2  Agent Shute testimony in <u>United States v. Allums</u>, No. 2:08-CR-

3  30 TS, Doc. #128 (D.Utah), (3) evidence in <u>United States v.</u>

4  <u>Daniel Rigmaiden</u>, CR08-814-PHX-DGC, EXHIBIT 26 of *1st*

5  *Consolidated Exhibits,* Doc. #587-2 (D.Ariz.); *id.*, EXHIBIT 109

6  of *2nd Consolidated Exhibits*, Doc. #821-6, and (4) state law

7  enforcement letters released by FCC in FOIA response.  *See*

8  sources cited in *Plaintiff's Statement Of Undisputed Material*

9  *Facts In Support Of Motion For Partial Summary Judgment* (Dkt.

10  #37), ¶ Nos. 3, 8-9, 12-13, and 22-23.

11    5.  **PUBLIC INFORMATION:** Color photographs of the Harris

12  WPG StingRay, StingRay II, LoggerHead and the label for the

13  TriggerFish.  **PUBLIC DOCUMENTS:** (1) Harris StingRay trademark

14  application documents at USPTO, (2) Harris StingRay II

15  trademark application documents at USPTO, (3) Harris

16  LoggerHead trademark application documents at USPTO, and (4)

17  Harris TriggerFish trademark application documents at USPTO.

18  *See* sources cited in *Plaintiff's Statement Of Undisputed*

19  *Material Facts In Support Of Motion For Partial Summary*

20  *Judgment* (Dkt. #37)*,* ¶ Nos. 14, 3, and 10.[1]

21    6.  **PUBLIC INFORMATION:** A Color photograph of the harris

22  WPG StingRay shows cable connections for (1) MAIN ANTENNA, (2)

23  EXT PA, (3) DF [(Direction Finding)] ANTENNA, (4) DC INPUT,

24  (5) AUX, and (6) USB.  A Color photograph of the Harris WPG

25

26  1.  For the StingRay II, *see* United States Patent and
    Trademark Office, *Trademark Reg. No. 3,499,993 [StingRay II]*
27  (registered Sep. 9, 2008), *all associated documents available*
    *via search at* http://tmportal.uspto.gov/external/portal/tow
28  (last accessed Mar. 11, 2011).

1  StingRay II shows cable connections for (1) TX1 [(Transmission
2  Antenna No. 1)]; (2) TX2 [(Transmission Antenna No. 2)]; (3)
3  TX3 [(Transmission Antenna No. 3)]; (4) TX4 [(Transmission
4  Antenna No. 4)]; (5) ANT 1 [(Direction Finding Antenna No.
5  1)]; (6) ANT 2 [(Direction Finding Antenna No. 2)]; (7) CNTRL
6  1; (8) CNTRL 2; (9) GPS ANTENNA; (10) 10 MHZ REF OUT; (11) PC
7  INPUT; (12) AUX1; (13) AUX2; (14) RX1 [(Receive Antenna No.
8  1)]; (15) RX2 [(Receive Antenna No. 2)]; (16) RX3 [(Receive
9  Antenna No. 3)]; (17) RS232; (18) 10/100 [(Ethernet)]; (19)
10 USB [(x2)] ; and (20) DC INPUT 12VDC. **PUBLIC DOCUMENTS:** (1)
11 Harris StingRay trademark application documents at USPTO, and
12 (2) Harris StingRay II trademark application documents at
13 USPTO. *See* sources cited in *Plaintiff's Statement Of*
14 *Undisputed Material Facts In Support Of Motion For Partial*
15 *Summary Judgment* (Dkt. #37), ¶ Nos. 14 and in fn. No. 1,
16 *supra*.

17       7.   **PUBLIC INFORMATION:** The Harris WPG StingRay is a
18 "multi-channel, software-defined, two-way electronic
19 surveillance radio[] for interrogating, locating, tracking and
20 gathering information from cellular telephones."  The Harris
21 WPG LoggerHead is for "intercepting, monitoring and gathering
22 information concerning cellular network communications."  The
23 Harris WPG TriggerFish is for "intercepting and monitoring
24 cellular network communications." **PUBLIC DOCUMENTS:** (1)
25 Harris StingRay trademark application documents at USPTO, (2)
26 Harris LoggerHead trademark application documents at USPTO,
27 and (3) Harris TriggerFish trademark application documents at
28 USPTO.  *See* sources cited in *Plaintiff's Statement Of*

1  *Undisputed Material Facts In Support Of Motion For Partial*
2  *Summary Judgment* (Dkt. #37), ¶ Nos. 14, 3, and 10.

3      8.   **PUBLIC INFORMATION:** "The Harris RayFish product line
4  includes the StingRay II, StingRay, and KingFish systems,
5  which are compatible with the CDMA2000, GSM, and iDEN (Nextel)
6  protocols.  The Harris StingRay and KingFish systems are the
7  only cooperative portable/man-portable standard +12VDC
8  powered/battery powered multiprotocol surveillance systems
9  currently available.  When interfaced with the optional Harris
10  AmberJack DF antenna, supported mapping software, laptop PC
11  controller, and the Harris 25-Watt power amplifier kit, the
12  StingRay can perform vehicular-based operations.  The
13  transportability and standard +12VDC vehicular power features
14  of the Harris StingRay and AmberJack, and the battery-powered
15  features of the KingFish are unique for tactical mission
16  needs." **PUBLIC DOCUMENTS:** (1) Harris Sole Source Vendor
17  Letter in Durham, NC, City Council records.  *See* source cited
18  in *Plaintiff's Statement Of Undisputed Material Facts In*
19  *Support Of Motion For Partial Summary Judgment* (Dkt. #37), ¶
20  No. 16.

21      9.   **PUBLIC INFORMATION:** "The KingFish system is the only
22  man-portable battery powered CDMA & GSM Interrogation, Active
23  Location, and Signal Information Collection system currently
24  available.  KingFish is compatible with CDMA commercial
25  standards IS-95A, IS-95-B, TSB74, and J-STD-008 in the U.S.
26  800 and 1900 MHz bands.  A GSM S/W upgrade package (for the
27  KingFish and its Pocket PC) is available for purchase that
28  will allow operation against the GSM standard in the U.S. 800

and 1900 MHz bands (as well as the overseas 900 MHz E-GSM and DCS 1800 MHz bands).  KingFish can also be powered via standard automotive + 12V DC or standard 110 VAC.  The man-portability and battery power features of the Harris KingFish product are unique for tactical mission needs, allowing the user to perform passive collection, active interrogation and active location while on foot (i.e., inside a multi-story building, or outside in rough terrain)." **PUBLIC DOCUMENTS:** (1) Harris Sole Source Vendor Letter in Miami, FL Legislative Files.  *See* source cited in *Plaintiff's Statement Of Undisputed Material Facts In Support Of Motion For Partial Summary Judgment* (Dkt. #37), ¶ No. 32.

10.  **PUBLIC INFORMATION:** "When interfaced with the optional Harris AmberJack direction-finding (DF) antenna(s) (or handheld DF antenna for iDEN and UMTS), Tarpon software, laptop PC controller, and Harpoon amplifier kits, the StingRay can perform vehicular-based DF operations on the CDMA, GSM, UMTS, and iDEN cellular formats." **PUBLIC DOCUMENTS:** (1) Harris Sole Source Vendor Letter, Attachment B, in Miami, FL Legislative Files.  *See* source cited in *Plaintiff's Statement Of Undisputed Material Facts In Support Of Motion For Partial Summary Judgment* (Dkt. #37), ¶ No. 32.

11.  **PUBLIC INFORMATION:** "The StingRay and KingFish are quoted with software and accessories that are required in order to perform missions on the CDMA, GSM, UMTS, and iDEN cellular formats.  These include the cable assemblies, power supplies, antennas, laptop PC controller, power amplifiers, handheld DF antenna, AmberJack DF antenna, and cellular format

software (CDMA, GSM, UMTS, and iDEN)." **PUBLIC DOCUMENTS:** (1) Harris Sole Source Vendor Letter, Attachment B, in Miami, FL Legislative Files. *See* source cited in *Plaintiff's Statement Of Undisputed Material Facts In Support Of Motion For Partial Summary Judgment* (Dkt. #37), ¶ No. 32.

12. **PUBLIC INFORMATION:** "Harris also sells training on the use of the StingRay, KingFish and its accessories. Standard training sessions are 2 days per class with a maximum class size of 4 students...." **PUBLIC DOCUMENTS:** (1) Harris Sole Source Vendor Letter, Attachment B, in Miami, FL Legislative Files. *See* source cited in *Plaintiff's Statement Of Undisputed Material Facts In Support Of Motion For Partial Summary Judgment* (Dkt. #37), ¶ No. 32.

13. **PUBLIC INFORMATION:** The Harris WPG "StingRay is a multichannel software defined radio that performs network base station surveys, Dialed Number and registration collection, mobile interrogation, and target tracking and location with Harris' AmberJack Direction-Finding Antenna." The Harris WPG StingRay has the following features: (1) "Software Defined Radio (SDR) enables Simultaneous monitoring of up to eight CDMA Paging/Access channel pairs," (2) "Active interrogation capability emulates base station to collect MINs and ESNs through forced registration; external PA output available for higher power requirements," (3) "Interfaces with AmberJack antenna to form a complete target tracking and location solution using active direction-finding and ranging techniques (active approach does not require the target phone to be engaged in a call)," (4) "Optional geolocation software

- 7 -

overlays target tracks and tracking vehicle location on a
digital map," (5) "Wideband RF front-end provides simultaneous
operation in the U.S. cellular 800 and PCS 1900 MHz bands and
is preconfigured to support iDEN (low band), GSM 900, and DCS
1800 bands," (6) "PC-based controller running Windows XP
provides an Intuitive Graphical User Interface (GUI)," (7)
"Industry-standard USB interface enables plug-n-play
networking of multiple StingRay surveillance systems if the
user requires more channel capacity," (8) "Supports targeting
and real-time searching of mobile identification numbers
(MIN), dialed numbers, and electronic serial numbers (ESN),"
and (9) "Low-power system designed for vehicular operations."
**PUBLIC DOCUMENTS:** (1) Harris product datasheets in Miami, FL
Legislative Files, and (2) Harris product datasheet in Harris
StingRay trademark application documents at USPTO.  *See*
sources cited in *Plaintiff's Statement Of Undisputed Material*
*Facts In Support Of Motion For Partial Summary Judgment* (Dkt.
#37), ¶ Nos. 33 and 14.

    14.  **PUBLIC INFORMATION:** The Harris WPG "AmberJack is a
phased array direction-finding (DF) antenna system capable of
tracking and locating mobile phone users and base stations.
The DF antenna array is designed to operate with Harris'
Gossamer, KingFish, StingRay, and StingRay II products,
enabling tracking and location of targeted mobile phones, as
well as base stations.  AmberJack-X operates in the U.S.
cellular 850 and PCS 1900 bands, and AmberJack-G operates in
the EGSM 900 and DCS 1800 bands.  AmberJack-W operates in all
the bands above as well as IDEN and UMTS bands I and IV."  The

Harris WPG AmberJack has the following features: (1) "The DF antenna array incorporates magnetic mounts for ease of installation to the roof of a tracking vehicle and offers a low profile for reduced visibility," (2) "User-friendly software, developed for the Windows operating system, enables intuitive control of the AmberJack system and its companion receiver from a single interface," (3) "Once a targeted phone is engaged, information on the direction to the target is dynamically updated for display on the PC," (4) "Determines direction of arrival and received signal strength of phone's transmission," (5) "Provides real-time display of direction to the target," (6) and "User-friendly graphical user interface for the PC or Pocket PC (optional)." **PUBLIC DOCUMENTS:** (1) Harris product datasheets in Miami, FL Legislative Files. *See* sources cited in *Plaintiff's Statement Of Undisputed Material Facts In Support Of Motion For Partial Summary Judgment* (Dkt. #37), ¶ No. 33.

15. **PUBLIC INFORMATION:** The Harris WPG Geolocation software "is a PC-based software application that allows the user to intelligently track and locate targeted AMPS/TDMA or CDMA cellular phones... Geolocation consists of software and an external GPS receiver. Geolocation will be offered in two options: an AMPS/TDMA Option to be used in conjunction with the Harris LoggerHead Interrogator plus the PC Controller and the AmberJack DF Antenna; and a CDMA Option to be used in conjunction with the Harris StingRay system plus the AmberJack DF Antenna. Geolocation provides a user-friendly, geospatially accurate mapping routine which shows on-screen

1 the exact location of the tracking vehicle, plus Direction of
2 Arrival (DOA) information and/or estimated range/location
3 information on the targeted phone.  Providing a visual screen
4 of an accurate local map, the exact location of the tracking
5 vehicle, and the approximate location of the targeted phone,
6 allows for a much more intelligent and expedient method for
7 tracking and location.  The Harris WPG Geolocation software
8 has the following features: (1) "User-friendly application
9 running on Windows 98/2000/XP provides an intuitive Graphical
10 User Interface (GUI)," (2) "AMPS/TDMA: Interfaces with the
11 LoggerHead Handheld Interrogator plus the PC Controller and
12 the AmberJack Direction-Finding (DF) Antenna," (3) "CDMA:
13 Interfaces with the StrngRay plus the AmberJack Directicn-
14 Finding (DF) Antenna," (4) "Provided GPS receiver integrates
15 with PC running the application," (5) "Real-time viewing of
16 tracking vehicle location," (6) "Real-time viewing of
17 approximate targeted cellular phone location," and (7)
18 "Tracking missions can be stored for post-mission analysis."
19 **PUBLIC DOCUMENTS:** (1) Harris product datasheets in Miami, FL
20 Legislative Files.  *See* source cited in *Plaintiff's Statement*
21 *Of Undisputed Material Facts In Support Of Motion For Partial*
22 *Summary Judgment* (Dkt. #37)*,* ¶ No. 33.

23     16. **PUBLIC INFORMATION:** The Harris WPG "KingFish provides
24 investigators with a tool that extracts the telephone number
25 (MIN) and Electronic Serial Number (ESN) from a CDMA mobile
26 telephone.  The Active Direction-Finding (DF) capability
27 enables location of a powered-on phone without depending on
28 the suspect to be involved on a call.  Additionally, KingFish

provides passive Dialed Number Recorder (DNR) and Registration
Collection capabilities.  Passive operations identify calling
patterns and provide information on the suspect's area of
operation."  The Harris WPG KingFish has the following
features: (1) "Concealed radio, antennas, and battery power
supply," (2) "Wireless remote control from commercially
available Pocket PC," (4) "Windows interface," (5) "Identifies
active CDMA channels and catalogs base station parameters,"
(6) "Provides real-time display of Interrogation and Passive
Collection results," and (7) "Dynamically updates received
signal strength to enable precise location of a target phone."
**PUBLIC DOCUMENTS**: (1) Harris product datasheets in Miami, FL
Legislative Files.  *See* source cited in *Plaintiff's Statement
Of Undisputed Material Facts In Support Of Motion For Partial
Summary Judgment* (Dkt. #37), ¶ No. 33.

    17.  **PUBLIC INFORMATION:** The Harris WPG "LoggerHead 4000
is a handheld device that enables survey, intercept, and
interrogation of analog and digital cellular networks.  This
multipurpose tool provides investigators with a means of
passively monitoring forward and reverse voice traffic,
locating targeted cellular telephone users, actively
intercepting calls, and interrogating cellular telephones for
identifying information.  LoggerHead 4000 operates in the
cellular and PCS bands."  The Harris WPG LoggerHead has the
following features: (1) "Identifies analog and digital control
channels [of base station] with related received signal
strength," (2) "Captures network information including System
ID (SID) and service provider features," (3) "Time tags and

stores survey results," (4) "Intercepts forward and reverse audio using operator-defined mobile target parameters," (5) "Captures call related information including Mobile Identification Number (MIN), Electronic Serial Number (ESN), Dialed Number, Caller ID. and Received Signal Strength," (6) "Collects occurrences of mobile registrations with the network," (7) "Scans voice traffic channels for call activity," (8) "Emulates Base Station Control Channel to 'capture' mobile phones in close proximity," (9) "Collects MINs and ESNs through forced registration," (10) "Actively intercepts or denies calls originating from captured mobile phones," and (11) "Interfaces with available direction-finding equipment." **PUBLIC DOCUMENTS:** (1) Published book by former government employee, Lee Lapin. *See* source cited in *Plaintiff's Statement Of Undisputed Material Facts In Support Of Motion For Partial Summary Judgment* (Dkt. #37), ¶ No. 36.

18. **PUBLIC INFORMATION:** When using Harris WPG portable/transportable wireless device locators "[d]uring a location operation, the electronic serial numbers (ESNs) (or their equivalent) from all wireless devices in the immediate area of the FBI device that subscribe to a particular provider may be incidentally recorded, including those of innocent, non-target devices." **PUBLIC DOCUMENTS:** (1) FBI agent declaration. *See* source cited in *Plaintiff's Statement Of Undisputed Material Facts In Support Of Motion For Partial Summary Judgment* (Dkt. #37), ¶ No. 24.

19. **PUBLIC INFORMATION:** Harris WPG portable/transportable wireless device locators conduct interrogation of wireless

1  devices precisely as follows: "[T]he wireless device locator
2  may include at least one antenna and a transceiver connected
3  thereto, and a controller for cooperating with the transceiver
4  for transmitting a plurality of location finding signals to a
5  target wireless communications device from among the plurality
6  thereof.  The target device may transmit a respective reply
7  signal for each of the location finding signals." **PUBLIC**
8  **DOCUMENTS:** (1) Harris U.S. Patent No. 7,321,777 on record at
9  USPTO.  *See* source cited in *Plaintiff's Statement Of*
10 *Undisputed Material Facts In Support Of Motion For Partial*
11 *Summary Judgment* (Dkt. #37)*, ¶* No. 37.

12      20.  **PUBLIC INFORMATION:** Harris WPG portable/transportable
13 wireless device locators conduct active approach while
14 weighting and fusing collected geolocation data precisely as
15 follows: "The location determining system may also include a
16 location determining processor coupled to the receiver to
17 collect, during movement relative to the wireless transmitter,
18 a series of range measurements [(using propagation delays)]
19 and a corresponding series of received signal measurements,
20 and to estimate a location of the wireless transmitter based
21 upon the range measurements weighted using the received signal
22 measurements." **PUBLIC DOCUMENTS:** (1) Harris U.S. Patent No.
23 7,592,956 on record at USPTO.  *See* source cited in *Plaintiff's*
24 *Statement Of Undisputed Material Facts In Support Of Motion*
25 *For Partial Summary Judgment* (Dkt. #37)*, ¶* No. 37.

26      21.  **PUBLIC INFORMATION:** Harris WPG portable/transportable
27 wireless device locators conduct angle-of-arrival measurements
28 of wireless device signals precisely as follows: "In certain

1  embodiments, the antenna may comprise a directional antenna.
2  In these embodiments, the location determining processor may
3  cooperate with the directional antenna to collect, during
4  movement relative to the wireless transmitter, a corresponding
5  series of angle of arrival measurements.  The location
6  determining processor may also estimate the location of the
7  wireless transmitter further based upon the angle of arrival
8  measurements." **PUBLIC DOCUMENTS:** (1) Harris U.S. Patent No.
9  7,592,956 on record at USPTO.  *See* source cited in *Plaintiff's*
10 *Statement Of Undisputed Material Facts In Support Of Motion*
11 *For Partial Summary Judgment* (Dkt. #37), ¶ No. 37.

12      22. **PUBLIC INFORMATION:** Harris WPG portable/transportable
13 wireless device locators conduct signal strength measurements
14 of wireless device signals precisely as follows: "the location
15 determining processor may cooperate with the receiver to
16 collect, during movement relative to the wireless transmitter,
17 a corresponding series of received signal strength
18 measurements.  The location determining processor may further
19 estimate the location of the wireless transmitter further
20 based upon the received signal strength measurements weighted
21 using the received signal measurements." **PUBLIC DOCUMENTS:**
22 (1) Harris U.S. Patent No. 7,592,956 on record at USPTO.  *See*
23 source cited in *Plaintiff's Statement Of Undisputed Material*
24 *Facts In Support Of Motion For Partial Summary Judgment* (Dkt.
25 #37), ¶ No. 37.

26      23. **PUBLIC INFORMATION:** All operations of the Harris WPG
27 StingRay and KingFish portable/transportable wireless device
28 locators are explained in Plaintiff's expert report. **PUBLIC**

1 **DOCUMENTS:** (1) Plaintiff's expert report titled *1xEV-DO Rel.*
2 *0, CELL SITE EMULATOR, & GEOLOCATION EXPERT REPORT RE: The*
3 *independent operations of the FBI's cell site emulators, etc.*
4 *used to locate the UTStarcom PC5740 1xEV-DO aircard in United*
5 *States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.)* (May 29,
6 2013), on the record in CR08-814-PHX-DGC, Doc. #1047-1. *See*
7 *also* source cited in *Plaintiff's Statement Of Undisputed*
8 *Material Facts In Support Of Motion For Partial Summary*
9 *Judgment* (Dkt. #37), ¶ No. 59.
10    24. **PUBLIC INFORMATION:** The Harris WPG GCSD Price List
11 contains numerous wireless device locators and accessories
12 listed for sale. **PUBLIC DOCUMENTS:** (1) Harris GCSD Price List
13 in Miami, FL Legislative Files. *See* source cited in
14 *Plaintiff's Statement Of Undisputed Material Facts In Support*
15 *Of Motion For Partial Summary Judgment* (Dkt. #37), ¶ No. 34.
16    25. **PUBLIC INFORMATION:** If a user who's cell phone is
17 connected to a StingRay dials an emergency 9-1-1 call, the
18 StingRay will (1) "release" (*i.e.,* end) the 9-1-1 call
19 attempt, and (2) instruct the cell phone to "release" (*i.e.,*
20 disconnect) from the StingRay facilities so that the cell
21 phone can connect to an actual wireless carrier cell site
22 capable of processing 9-1-1 calls. **PUBLIC DOCUMENTS:** (1) FCC
23 FOIA response, (2) FBI FOIA response, (3) TIA technical
24 standard, and (4) FBI agent declaration. *See* sources cited in
25 *Plaintiff's Statement Of Undisputed Material Facts In Support*
26 *Of Motion For Partial Summary Judgment* (Dkt. #37), ¶ No. 40.
27 ///
28 ///

1    Respectfully Submitted: August 28, 2013

2

3                              DANIEL DAVID RIGMAIDEN,
                               Pro Se Plaintiff:
4

5                              _Daniel Rigmaiden_
                               Daniel D. Rigmaiden
6                              Agency # 10966111
                               CCA-CADC
7                              PO Box 6300
                               Florence, AZ 85132
8                              Telephone: none

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    <u>CERTIFICATE OF SERVICE</u>

2       I, Daniel David Rigmaiden, certify under penalty of

3    perjury under the laws of the United States of America that on

4    August 28, 2013_____ I caused the following to be

5    placed into the CCA-CADC mailing system for first-class United

6    States Postal Service delivery:

7

8    Original attached document addressed to:

9    Clerk of the Court
     Attn: Civil Docketing Section
10   Sandra Day O'Connor U.S. Courthouse
     401 West Washington Street, Suite 130, SPC 1
11   Phoenix, AZ 85003-2118

12

13   One copy of the original document addressed to:

14   Brad P. Rosenberg, Trial Attorney
     U.S. Department of Justice
15   Civil Division, Federal Programs Branch
     PO Box 883
16   Washington, D.C. 20044

17

18

19

20

21

22

23

24

25

26

27   By: Daniel Rigmaiden

28

                              - 17 -