Daniel Rigmaiden #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

Pro Se, Plaintiff

```
   FILED    ___ LODGED
___ RECEIVED ___ COPY

    SEP 17 2013

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY                   DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Daniel David Rigmaiden,
    Plaintiff,
v.
Federal Bureau of Investigation, et al.
    Defendants

No. CV-12-1605-PHX-SRB BSB

Motion For Court Guidance RE: Filing of Documents Relating To Motion For Summary Judgment

Plaintiff, Daniel David Rigmaiden, appearing pro se, respectfully submits this motion requesting Court guidance on whether certain non-stricken documents need to be refiled.

On July 23, 2013, Plaintiff's Motion For Partial Summary Judgment was docketed at Dkt. #36. At the same time, Plaintiff's Statement of Undisputed Material Facts (Dkt. #37), First Declaration (Dkt. #38), and Second Declaration (Dkt #39) were docketed. On August 12, 2013 the Court ordered

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE _LRCiv P 5.4_
         (Rule Number/Section)

1

Plaintiff's Motion For Partial Summary Judgment stricken for being too long. See Dkt #41. The Court allowed Plaintiff to refile his motion. See Id. The Court did not strike Plaintiff's supporting documents at Dkt #37, 38 and 39. Therefore, Plaintiff editted his original Motion For Partial Summary Judgment and filed it at Dkt #42.

Along with Dkt #42, Plaintiff also filed (1) a Supplemental Statement of Undisputed Material Facts (Dkt #44) which supplements the original facts at Dkt #37, and (2) a Third Declaration (Dkt #43) in support of Plaintiff's Motion For Partial Summary Judgment. However, Plaintiff was informed by someone with access to PACER that Plaintiff's <u>Supplemental</u> Statement of Undisputed Material Facts was not docketted as a <u>Supplement</u> and Plaintiff's <u>Third</u> declaration was docketted as just a declaration -- as if it were the only declaration

in support of Plaintiff's Motion For Partial Summary Judgment.

Because of the way the new documents were docketed, Plaintiff is concerned that the Court will not consider Plaintiff's filings at Dkt. #37, 38, and 39 -- even though those documents have their own independent docket numbers and were never stricken. Originally, Plaintiff thought the Court let Dkt. #37, 38, and 39 stand in consideration of the fact that it is extremely difficult for an incarcerated Pro Se Plaintiff to print/copy and file large amounts of documentary evidence without access to PACER. However, In light of how the recent documents were docketed, Plaintiff is concerned that the Court "implicitly" struck Dkt. #37, 38, and 39 along with Dkt. #36.

Plaintiff requests Court guidance on this issue. Specifically, does Plaintiff need to

3

refile Dkt. #37, 38, and 39 even though they are already on the record? Plaintiff's refiled Motion For Partial Summary Judgment (Dkt. #42) cites to and depends upon Dkt. #37, #38, and #39. If refiling of these documents needs to be done, how will this work for the declarations as the originals are in the Courts possession? If the Court is requiring that Plaintiff refile identical documents (i.e., Dkt. #37, 38 and 39) all over again, he requests that he be given 45 days to complete this task. Obtaining such a large amount of paper is extremely difficult for someone who is incarcerated. The document at Dkt. #38 is 881 pages of evidence vital to Plaintiff's rebuttal to the government's Glomar response.

Respectfully Submitted September 15, 2013,

Daniel Rigmaiden
Daniel Rigmaiden

4

## Certificate of Service

I, Daniel David Rigmaiden, certify under penalty of perjury that on September 15, 2013 I caused the following to be placed into the CCA-CADC mailing system for United States Postal Service delivery with first-class postage prepaid by CCA-CADC:

Original document to:

Clerk, U.S. District Court
Attn: Civil Docketing Section
401 W. Washington, SPC 1
Suite 130
Phoenix, AZ 85003-2118

Carbon copy to:

Brad P. Rosenberg
USDOJ
Civil Division, Federal Programs Branch
PO Box 883
Washington, D.C. 20044


By: _Daniel Rigmaiden_

5