# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, | No. CV-2012-01605-PHX-SRB (BSB) |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

Plaintiff has filed a Motion for Court Guidance in Filing Documents. (Doc. 45.) Plaintiff inquires whether the Court's Order striking his motion for partial summary judgment as exceeding the page limitation also struck his statement of undisputed material facts (Doc. 37), first declaration in support of motion for summary judgment (Doc. 38), and second declaration (Doc. 39).

The Court's August 12, 2013 Order only struck Plaintiff's motion for partial summary judgment, and did not strike the supporting documents filed at docket numbers 37, 38, and 39. (Doc. 41.) There is no need for Plaintiff to refile those documents.

Accordingly,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1       **IT IS ORDERED** that Plaintiff's Motion for Court Guidance in Filing Documents
2 (Doc. 45) is **GRANTED** to the extent that the Court advises Plaintiff that he does not
3 need to refile his statement of undisputed material facts (Doc. 37), first declaration in
4 support of motion for summary judgment (Doc. 38), and second declaration (Doc. 39).
5       Dated this 19th day of September, 2013.

*Bridget S. Bade*
United States Magistrate Judge