STUART F. DELERY
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BRAD P. ROSENBERG (D.C. Bar No. 467513)
Trial Attorney
KIMBERLY L. HERB (Illinois Bar No. 6296725)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, <br><br> Plaintiff, <br><br> vs. <br><br> Federal Bureau of Investigation, et al., <br><br> Defendants. | No. CV-2012-01605-PHX-SRB(BSB) <br><br> **CONSENT MOTION TO STAY BRIEFING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND TO CONTINUE DEADLINE FOR JOINT STATUS REPORT** <br> **(SECOND REQUEST)** |

Defendants Federal Bureau of Investigation ("FBI"), Executive Office for United States Attorneys, Office of Information Policy, and United States Department of Justice (hereinafter, "Defendants"), by and through their undersigned counsel, hereby seek to stay briefing on Plaintiff's Motion for Partial Summary Judgment, (ECF No. 42), and seek to continue the deadline for the filing of a joint status report, (ECF No. 41), from October 8, 2013 to October 18, 2013.  As grounds for this motion, Defendants state as follows:

1.  On August 12, 2013, the Court ordered that the parties "file dispositive motions by October 8, 2013, or file a status report with an update on the status of the litigation and the parties' attempts to resolve or narrow the issues for the Court to

1. decide." (ECF No. 41 at 1-2.)

2. According to Plaintiff's certificate of service, Plaintiff filed a Motion for Partial Summary Judgment and mailed it on August 28, 2013; the motion then was lodged on ECF on September 4, 2013, (ECF No. 42). Under Federal Rules of Civil Procedure 5(b)(2)(C), 6(a), and 6(d), as well as LRCiv. 56.1(d), Defendants' deadline to respond may be as early as September 30, 2013.

3. While the FBI previously had determined that it could neither confirm nor deny the existence of records that were responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), as it was considering how to respond to Plaintiff's Motion for Partial Summary Judgment, the FBI reached a different determination. On September 25, 2013, the FBI sent Plaintiff a letter stating that it could now confirm the existence of records responsive to his request. Furthermore, the FBI outlined the number of pages associated with the request, the fees required to process it, and the formats in which the responsive records could be provided.

4. On September 26, 2013, undersigned counsel for Defendants spoke with Plaintiff by telephone. Counsel conveyed that the FBI had located responsive records and discussed the options for the processing of Plaintiff's FOIA request.[1] While the parties believe they may be able to reach an agreement related to the processing of Plaintiff's FOIA request, they were unable to do so at that time, as each party wanted to consider issues raised by the other. Nonetheless, undersigned counsel proposed that the parties speak again on October 3, 2013 so that they could make a determination as to how to proceed.[2] With respect to Plaintiff's Motion for Partial Summary Judgment, the parties agreed that some issues discussed in the motion would be rendered moot by the

---

[1] At the time of the conference call, Plaintiff had not yet received the FBI's letter dated September 25, 2013.

[2] In the event of a government shut down on October 3, 2013, undersigned counsel will not be able to speak with Plaintiff. However, counsel will seek to arrange a telephone call with Plaintiff as soon as possible after the resumption of normal government operations.

- 2 –

1  FBI's determination that it would respond to Plaintiff's FOIA request. Accordingly, the
2  parties also agreed to seek a stay of the briefing schedule on Plaintiff's Motion for Partial
3  Summary Judgment until they determined how to proceed on the underlying FOIA
4  request.[3]

5       5.    The parties seek to continue to confer regarding the processing of
6  Plaintiff's FOIA request, whether issues can be resolved or narrowed prior to summary
7  judgment, and a proposed summary judgment schedule. The parties propose that they
8  file a joint status report on October 18, 2013 regarding these issues.

9       WHEREFORE, Defendants respectfully request that the Court adopt the following
10 Order: 1. The parties shall file a new status report on or before October 18, 2013.
11 Counsel for the government shall be responsible for coordinating the preparation of the
12 status report; and 2. Briefing on Plaintiff's Motion for Partial Summary Judgment, (ECF
13 No. 42), shall be stayed pending the submission of a new status report on October 18,
14 2013.

17 DATED: September 30, 2013       Respectfully submitted,

18                                       STUART F. DELERY
19                                       Assistant Attorney General

20                                       ELIZABETH J. SHAPIRO
                                      Deputy Branch Director

21                                       /s/ *Kimberly L. Herb*
22                                       BRAD P. ROSENBERG
                                      D.C. Bar No. 467513
23                                       KIMBERLY L. HERB
                                      Illinois Bar No. 6296725
24                                       Trial Attorneys
                                      U.S. Department of Justice
25                                       Civil Division, Federal Programs Branch
                                      P.O. Box 883
26                                       Washington, D.C.  20044

---

27      [3] Plaintiff was not able to see a draft of this motion before it was filed. Instead,
28 counsel for Defendants orally described the nature of their request and sought Plaintiff's consent on that basis.

Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

1   **CERTIFICATE OF SERVICE**

2   I hereby certify that on September 30, 2013, I served the attached document by
3   first-class mail, postage pre-paid, on the following, who is not a registered participant of
4   the CM/ECF system:

5
    Daniel D. Rigmaiden
6   Agency # 10966111
    CCA-CADC
7   PO Box 6300
    Florence, AZ  85132
8

9                                               /s/ *Kimberly Herb*
                                                BRAD P. ROSENBERG
10                                              D.C. Bar No. 467513
                                                KIMBERLY L. HERB
11                                              Illinois Bar No. 6296725
                                                Trial Attorneys
12                                              U.S. Department of Justice
                                                Civil Division, Federal Programs Branch
13                                              P.O. Box 883
                                                Washington, D.C.  20044
14                                              Telephone:  (202) 514-3374
                                                Facsimile:  (202) 616-8460
15                                              E-mail:  brad.rosenberg@usdoj.gov

16                                              *Attorneys for Defendants*

17

18

19

20

21

22

23

24

25

26

27

28