IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>    Plaintiff,<br><br>  vs.<br><br>Federal Bureau of Investigation, et al.,<br><br>    Defendants. | No. CV12-1605-SRB-BSB<br><br>**PROPOSED ORDER** |

On September 30, 2013, Defendant submitted a Consent Motion to Stay Briefing on Plaintiff's Motion for Partial Summary Judgment and to Continue Deadline for the Joint Status Report. For good cause shown, it is hereby ORDERED:

1. The parties shall file a new status report on or before October 18, 2013. Counsel for the government shall be responsible for coordinating the preparation of the status report.

2. Briefing on Plaintiff's Motion for Partial Summary Judgment, (ECF No. 42), shall be stayed pending the submission of a new status report on or before October 18, 2013.

IT IS SO ORDERED.