IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>Plaintiff,<br><br>v.<br><br>Federal Bureau of Investigation, et al.,<br><br>Defendants. | No. CV-2012-01605-PHX-SRB (BSB)<br><br>**ORDER** |

On September 30, 2013, Defendants filed a Consent Motion to Stay Briefing on Plaintiff's Motion for Partial Summary Judgment and to Continue Deadline for the Joint Status Report. (Doc. 48.) As set forth below, the motion is **GRANTED** in part and **DENIED** in part.

**IT IS ORDERED** that:

1. the parties shall file a status report on or before **October 18, 2013**. Counsel for the government shall be responsible for coordinating the preparation of the status report;

2. the deadline for Defendants response to Plaintiff's Motion for Partial Summary Judgment (Doc. 42) is extended until **October 31, 2013**.

Dated this 1st day of October, 2013.

_____
Bridget S. Bade
United States Magistrate Judge