STUART F. DELERY
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BRAD P. ROSENBERG (D.C. Bar No. 467513)
Trial Attorney
KIMBERLY L. HERB (Illinois Bar No. 6296725)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, | No. CV12-1605-SRB-BSB |
| Plaintiff, | **MOTION FOR A STAY DUE TO LAPSE OF APPROPRIATIONS** |
| vs. | |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

Defendants Federal Bureau of Investigation, Executive Office for United States Attorneys, Office of Information Policy, and U.S. Department of Justice ("the Government") hereby move for a stay of all proceedings in this Freedom of Information Act ("FOIA") matter including, in particular, a stay of the requirement that the parties file a status report on or before October 18, and that the Government respond to plaintiff's Motion for Partial Summary Judgment on or before October 31, due to a lapse in Government appropriations. In support thereof, the Government states as follows:

1. At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice ("Department") expired and appropriations to

the Department lapsed.  The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property," 31 U.S.C. § 1342.

3. There are two deadlines that the Government currently faces in this case. Those deadlines are as follows:

- October 18:  Parties file a Status Report
- October 31:  Deadline for the Government's response to plaintiff's Motion for Partial Summary Judgment

Order, ECF No. 49, 10/02/2013.  In light of the lapse of appropriations, the Government requests a stay of all proceedings in this case, including these deadlines, until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, counsel for the Government will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Undersigned counsel has not conferred with plaintiff regarding this motion, as this is a civil case in which plaintiff is an unrepresented prisoner.

Therefore, although we greatly regret any disruption caused to the Court and plaintiff, the Government hereby moves for a stay of proceedings in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

DATED: October 8, 2013

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG
D.C. Bar No. 467513
KIMBERLY L. HERB
Illinois Bar No. 6296725
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on October 8, 2013, I served the attached document by first-class mail, postage pre-paid, on the following, who is not a registered participant of the CM/ECF system:

Daniel D. Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ  85132

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG
D.C. Bar No. 467513
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-3374
Facsimile:  (202) 616-8460
E-mail:  brad.rosenberg@usdoj.gov

*Attorney for Defendants*