IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Daniel David Rigmaiden, | No. CV12-1605-SRB-BSB |
|---|---|
| Plaintiff, | **PROPOSED ORDER** |
| vs. | |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

On October 8, 2013, the Government filed a Motion for a Stay Due to Lapse of Appropriations. For good cause shown, it is hereby ORDERED that the Government's motion shall be, and it hereby is, GRANTED. All proceedings in this matter shall be, and hereby are, STAYED. All current deadlines in this matter shall be extended commensurate with the duration of the lapse of appropriations. Counsel for the Government shall notify the Court once Congress has appropriated funds to the Department of Justice.

IT IS SO ORDERED.