**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Daniel David Rigmaiden, | No. CV-12-1605-PHX-SRB (BSB) |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

The Court has considered the government's Motion for a Stay Due to Lapse of Appropriations (Doc. 50), and good cause appearing,

**IT IS ORDERED** that the motion is **GRANTED**. All proceedings in this matter are **STAYED**. All current deadlines in this matter shall be extended commensurate with the duration of the lapse of appropriations.

**IT IS FURTHER ORDERED** that within three days of returning to work, counsel for the government shall file a Notice of Resumed Government Activity, including a proposed order to reset the deadlines stayed by this order.

Dated this 8th day of October, 2013.

Bridget S. Bade
United States Magistrate Judge