STUART F. DELERY
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BRAD P. ROSENBERG (D.C. Bar No. 467513)
Trial Attorney
KIMBERLY L. HERB (Illinois Bar No. 6296725)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, <br><br> Plaintiff, <br><br> vs. <br><br> Federal Bureau of Investigation, et al., <br><br> Defendants. | No. CV-2012-01605-PHX-SRB(BSB) <br><br> **NOTICE OF RESUMED GOVERNMENT ACTIVITY** |

On October 8, 2013, (Dkt. No. 51), this Court granted Defendants' motion for a stay of (1) the requirement that the parties file a status report on or before October 18, and (2) the October 31, 2013 deadline for Defendants to respond to Plaintiff's Motion for Partial Summary Judgment in the above-captioned case; Defendants requested a stay commensurate with the duration of the lapse of appropriations for the Department of Justice.  As of October 17, 2013, funding was restored for the Department of Justice, and the Department resumed its usual civil litigation functions.

Pursuant to the Court's order, Defendants request that the above deadlines should be extended by sixteen (16) days as follows:

1. The parties shall file a new status report on or before November 4, 2013. Counsel for the government shall be responsible for coordinating the preparation of the status report; and

2. Defendants' response to Plaintiff's Motion for Partial Summary Judgment, (ECF No. 42), shall be due November 18, 2013.

Accordingly, the deadline for the status report should now be November 4, 2013, and the deadline for Defendants' response to Plaintiff's Motion for Partial Summary Judgment should now be November 18, 2013.

DATED:  October 21, 2013				Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Kimberly L. Herb*
BRAD P. ROSENBERG
D.C. Bar No. 467513
KIMBERLY L. HERB
Illinois Bar No. 6296725
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-3374
Facsimile:  (202) 616-8460
E-mail:  brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2013, I served the attached document by first-class mail, postage pre-paid, on the following, who is not a registered participant of the CM/ECF system:

>    Daniel D. Rigmaiden
>    Agency # 10966111
>    CCA-CADC
>    PO Box 6300
>    Florence, AZ  85132

/s/ *Kimberly Herb*
BRAD P. ROSENBERG
D.C. Bar No. 467513
KIMBERLY L. HERB
Illinois Bar No. 6296725
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-3374
Facsimile:  (202) 616-8460
E-mail:  brad.rosenberg@usdoj.gov

*Attorneys for Defendants*