IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, | No. CV12-1605-SRB-BSB |
| Plaintiff, | **PROPOSED ORDER** |
| vs. | |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

On October 21, 2013, Defendants submitted a Notice of Resumed Government Activity that contained proposed dates for the parties' joint status report and Defendants' response to Plaintiff's Motion for Partial Summary Judgment. For good cause shown, it is hereby ORDERED:

1. The parties shall file a new status report on or before November 4, 2013. Counsel for the government shall be responsible for coordinating the preparation of the status report; and

2. Defendants' response to Plaintiff's Motion for Partial Summary Judgment, (ECF No. 42), shall be due November 18, 2013.

IT IS SO ORDERED.