IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, | No. CV-12-1605-PHX-SRB (BSB) |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

On October 21, 2013, Defendant's submitted a Notice of Resumed Government Activity that proposed amended deadlines for the parties' joint status report and Defendants' response to Plaintiff's Motion for Partial Summary Judgment. The Court finds good cause for the amended deadlines.

**IT IS ORDERED:**

1. The parties shall file a new status report on or before **November 4, 2013**. Counsel for the government shall be responsible for coordinating the preparation of the status report; and

2. Defendants' response to Plaintiff's Motion for Partial Summary Judgment (Doc. 42), shall be due **November 18, 2013.**

Dated this 22nd day of October, 2013.

_____
Bridget S. Bade
United States Magistrate Judge