IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Daniel David Rigmaiden,

               Plaintiff,

    vs.

Federal Bureau of Investigation, et al.,

               Defendants.

No. CV12-1605-SRB-BSB

**PROPOSED ORDER**

      On November 1, 2013, the parties submitted a Joint Status Report in which they proposed a briefing schedule for the parties' cross-motions for partial summary judgment. The parties also requested clarification as to the date on which documents filed by Plaintiff will be deemed to have been served on Defendants.  For good cause shown, it is hereby ORDERED:

      1.     Defendants will respond to Plaintiff's Motion for Partial Summary Judgment and cross-move for partial summary judgment on or before November 18, 2013.

      2.     Plaintiff's reply brief in support of his Motion for Partial Summary Judgment and in opposition to Defendant's cross-motion for summary judgment shall be due on or before January 6, 2014.

      3.     Defendants' reply brief in support of their cross-motion for summary judgment will be due on February 3, 2014.

      4.     Within thirty (30) days of the Court's issuance of an Order and decision regarding the parties' cross-motions for partial summary judgment, the parties will confer and discuss a proposed schedule for the disposition of the remaining issues in this case.

      5.     Within forty-five (45) days of the Court's issuance of an Order and decision regarding the parties' cross-motions for partial summary judgment, the parties will

submit a joint status report to the Court outlining the proposed schedule.  Counsel for the government shall be responsible for coordinating the preparation of the status report

6.     All documents filed in this litigation by Plaintiff will be deemed to have been filed on the date on which Plaintiff places the filing in the CCA mailing system, but served on Defendants on the date in which a Notice of Electronic Filing is generated by the clerk's office having scanned such document into the ECF system such that service through ECF shall constitute service pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) and (b)(3).  Plaintiff need not mail a separate copy of the filing to Defendants if he provides the entire filing to the clerk's office for scanning into the ECF system.

IT IS SO ORDERED.