IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>    Plaintiff,<br><br>  vs.<br><br>Federal Bureau of Investigation, et al.,<br><br>    Defendants. | No. CV12-1605-SRB-BSB<br><br>**PROPOSED ORDER** |

On November 8, 2013, Defendants Federal Bureau of Investigation, Executive Office for U.S. Attorneys, Office of Information Policy, and U.S. Department of Justice filed a Motion to Strike or, in the Alternative, Reset the Briefing Schedule or Hold a Status Conference.  For good cause shown, it is hereby ORDERED:

1. The following filings are hereby striken: (1) Motion Under Vaughn v. Rosen to Require Detailed Indexing, Justification, and Itemization re:  Nov. 10, 2011 FOIA Request to FBI, (ECF No. 54, 10/30/2013); (2) Second Supplemental Statement of Undisputed Material Facts in Support of Motion for Partial Summary Judgment, (ECF No. 57, 11/8/2013); (3) Daniel Rigmaiden's Sixth Declaration Under Penalty of Perjury in Support of Plaintiff's Motion for Partial Summary Judgment (Metadata), (ECF No. 58, 11/8/2013); (4) Daniel Rigmaiden's Fifth Declaration Under Penalty of Perjury in Support of Plaintiff's Motion for Partial Summary Judgment (Native Digital Records), (ECF No. 59, 11/8/2013); (5) Daniel Rigmaiden's Fourth Declaration Under Penalty of Perjury in Support of Plaintiff's Motion for Partial Summary Judgment, (ECF No. 60, 11/8/2013); and (6) Notice of Support for Supplemental Filings, (ECF No. 61, 11/8/2013).

2. Briefing shall proceed as agreed upon in the Court's Order of November 6, 2013.  (ECF No. 56.)

1      3.   Plaintiff shall not file additional materials in support of or relating to his
2  Motion for Partial Summary Judgment outside of the agreed upon briefing schedule.
3      IT IS SO ORDERED.