IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, | No. CV-12-01605-PHX-SRB (BSB) |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

This matter is before the Court on its own review. Plaintiff, proceeding *pro se*, brings this action pursuant to the Freedom of Information Act (FOIA). On July 23, 2013, Plaintiff filed a thirty-six page motion for partial summary judgment pursuant to Federal Rule of Civil Procedure 56. (Doc. 36.) The Court struck that motion for failure to comply with Local Rule of Civil Procedure 7.2(e)(1) which limits motions to seventeen pages. (Doc. 41.) The Court permitted Plaintiff to refile a motion for summary judgment in a form that complied with LRCiv 7.2 and 56.1. (*Id.*)

Although the Court struck Plaintiff's motion for partial summary judgment, it did not strike his supporting statement of facts or his two supporting declarations. (Doc. 46.) The Court advised Plaintiff that he "did not need to refile his statement of undisputed material facts (Doc. 37), first declaration in support of motion for summary judgment (Doc. 38), or second declaration (Doc. 39). (Doc. 46.)

On September 4, 2013, Plaintiff filed a seventeen-page motion for partial summary judgment. (Doc. 42.) He also filed a First Supplemental Statement of Facts in

1  Support of Motion for Partial Summary Judgment (Doc. 44) and a third declaration in
2  support of his motion for partial summary judgment  (Doc. 43).  Two months later,
3  Plaintiff filed a Second Supplemental Statement of facts, his fourth, fifth, and sixth
4  supplemental declarations in support of his motion for partial summary judgment, and a
5  notice of support for his supplemental filings.  (Docs. 57-61.)

6  Local Rule of Civil Procedure 56.1 contemplates the filing of a motion for
7  summary judgment and a separate statement of facts.  That Rule does not provide for
8  supplemental statements of facts.  Plaintiff's submission of three separate statements of
9  facts impedes the Court's ability to review Plaintiff's motion.  Additionally, although
10 Rule 56.1 contemplates that a party will file documents, such as declarations, in support
11 of a motion for summary judgment, Plaintiff's submission of six separate supporting
12 declarations, all of which Plaintiff has executed, is unreasonable and further complicates
13 and delays this Court's review of his motion.

14 In view Local Rule of Civil Procedure 56.1, and pursuant to the Court's inherent
15 powers to manage its docket, *see Link v. Wabash R.R.,* 370 U.S. 626, 630, (1962) and
16 *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986), the Court will, *sua sponte*,
17 strike Plaintiff's First and Second Supplemental Statements of Facts in Support of Motion
18 for Partial Summary Judgment (Docs. 44, 57) and his third, fourth, fifth, and sixth
19 supplemental declarations in support of his motion for partial summary judgment.
20 (Docs. 43, 60, 59, and 58 respectively.)

21 In his notice in support of his supplemental filings, Plaintiff states that if the Court
22 considers his supplemental filings as raising new issues, he will file another motion for
23 summary judgment addressing those new issues. (Doc. 61 at 1.)  Plaintiff currently has a
24 motion for partial summary judgment pending before the Court.  (Doc. 42.)  Rather than
25 permitting Plaintiff to file another motion for summary judgment addressing the issues he
26 raises in his filings discussed above, the Court will order Plaintiff to advise the Court
27 whether he wishes to: (1)  pursue his pending motion for partial summary judgment filed
28 on September 4, 2013 (Doc. 42) (including his statement of undisputed material facts

1 (Doc. 37) and his first and second declarations in support of motion for summary
2 judgment (Docs. 38, 39); or (2) whether he wishes to voluntarily withdraw his motion
3 for partial summary judgment filed on September 4, 2013 and the supporting statement of
4 facts and his first and second declarations (Docs. 42, 37, 38, and 39) and file a new
5 motion for summary judgment and a separate statement of facts that address all of the
6 facts and legal issues that Plaintiff wants the Court to consider.  The Court will not
7 consider multiple motions for summary judgment from a single party.

8 Accordingly,

9 **IT IS ORDERED** that the Clerk of Court is directed to **STRIKE** Plaintiff's First
10 and Second Supplemental Statement of Facts in Support of Motion for Partial Summary
11 Judgment (Docs. 44, 57) and his third, fourth, fifth, and sixth supplemental declarations
12 in support of his motion for partial summary judgment.  (Docs. 43, 60, 59, and 58
13 respectively.)

14 **IT IS FURTHER ORDERED** that on or before **November 25, 2013**, Plaintiff
15 must advise the Court in writing whether he wishes to: (1) pursue his pending motion for
16 partial summary judgment filed on September 4, 2013 (Doc. 42) (including his statement
17 of undisputed material facts (Doc. 37) and his first and second declarations in support of
18 motion for summary judgment (Docs. 38, 39); or (2) whether he wishes to voluntarily
19 withdraw his motion for partial summary judgment filed on September 4, 2013 and the
20 supporting statement of facts and his first and second declarations (Docs. 42, 37, 38, and
21 39), and file a new motion for summary judgment and a separate statement of facts that
22 address all of the facts and legal issues that Plaintiff wants the Court to consider.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / /

- 3 -

1      **IT IS FURTHER ORDERED** that the deadlines in the Court's November 6, 2013 order (Doc. 56) are **STAYED** and that the Court will issue new deadlines in separate order.

      Dated this 12th day of November, 2013.

                                                Bridget S. Bade
                                                United States Magistrate Judge