# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, | No. CV-12-01605-PHX-SRB (BSB) |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

Defendants have filed a motion to strike, or in the alternative, reset the briefing schedule or hold a status conference. (Doc. 62.) Defendants' motion is directed almost entirely to the same issues regarding Plaintiff's filings that the Court previously discussed in its November 12, 2013 Order. (Doc. 63) Accordingly, the Court denies that motion as moot. Defendants, however, also request that the Court strike Plaintiff's motion for a Vaughn Index (an index of documents and material claimed to be exempt from disclosure under FOIA) arguing that such a motion is unnecessary because Defendants will file a Vaughn index when they file their motion for summary judgment. (Docs. 54, 62 at 4.)

Because Defendants indicate that they will file a Vaughn index along with their motion for summary judgment, the Court will deny Plaintiff's motion for a Vaughn index (Doc. 54) without prejudice.

Accordingly,

**IT IS ORDERED** that Defendants' motion to strike, or in the alternative, reset the briefing schedule or hold a status conference (Doc. 62) is **DENIED** as moot.

1 **IT IS FURTHER ORDERED** that Plaintiff's motion for a Vaughn Index
2 (Doc. 54) is **DENIED** without prejudice.
3 Dated this 12th day of November, 2013.

*Bridget S. Bade*
Bridget S. Bade
United States Magistrate Judge