CV-12-01605-PHX-SRB-BSB

FILED _____ LODGED
RECEIVED _____ COPY

NOV 1 2 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Plaintiff's signature page for "Notice of Support For Supplemental Filings," which was delivered to the Court clerk under separate cover on November 7, 2013.

NOTICE OF SUPPORT FOR SUPPLEMENTAL FILINGS (7 pages)

Respectfully Submitted: November 7, 2013

Daniel David Rigmaiden
Pro Se Plaintiff:

Daniel Rigmaiden
Daniel Rigmaiden

**CERTIFICATE OF SERVICE**

1

2    I, Daniel David Rigmaiden, certify under penalty of perjury under the laws of the

3    United States of America that on _November 7, 2013_ I caused the following

4    to be mailed first-class United States Postal Service delivery by _placing it in the_

5    _CCA-CADC mailing system._ :

6                              _i.e., Notice of Support For Supplemental Filings_

7    Original attached document ^addressed to:     _( Signature Page)_

8    Clerk of the Court
     Attn: Civil Docketing Section
9    Sandra Day O'Connor U.S. Courthouse
     401 West Washington Street, Suite 130, SPC 1
10   Phoenix, AZ 85003-2118

11

12   One copy of the original document addressed to:

13   Brad P. Rosenberg, Trial Attorney
     Kimberly L. Herb, Trial Attorney
14   U.S. Department of Justice
     Civil Division, Federal Programs Branch
15   PO Box 883
     Washington, D.C. 20044
16

17

18

19

20

21

22

23

24

25

26

27

28   By: _Daniel Rigmaiden_