CV-12-01605-PHX-SRB-BSB

FILED
RECEIVED
NOV 1 2 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____

Plaintiff's signature page for "Plaintiff's Second Supplemental Statement of Undisputed Material Facts In Support of Motion For Partial Summary Judgment," which was delivered to the Court clerk under separate cover on November 7, 2013.

Plaintiff's Second Supplemental Statement of Undisputed Material Facts In Support of Motion For Partial Summary Judgment (12 pages)

Respectfully Submitted: November 7, 2013

Daniel David Rigmaiden
Pro Se Plaintiff

_Daniel Rigmaiden_
Daniel Rigmaiden

**CERTIFICATE OF SERVICE**

I, Daniel David Rigmaiden, certify under penalty of perjury under the laws of the United States of America that on **November 7, 2013** I caused the following to be mailed first-class United States Postal Service delivery by **placing it in the CCA-CADC mailing system.**

Original attached document addressed to: **i.e.,) Plaintiff's Second Supplemental Statement of Undisputed Material Facts In Support of Motion For Partial Summary Judgment (Signature Page)**

Clerk of the Court
Attn: Civil Docketing Section
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

One copy of the original document addressed to:

Brad P. Rosenberg, Trial Attorney
Kimberly L. Herb, Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
PO Box 883
Washington, D.C. 20044

By: *Daniel Rigmaiden*