IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Federal Bureau of Investigation, et al.,<br><br>　　　　　　Defendants. | No. CV-12-01605-PHX-SRB (BSB)<br><br>**ORDER** |

　　　　In response to the Court's November 12, 2013 Order, Plaintiff has filed a Motion to Withdraw his Motion for Partial Summary Judgment. (Doc. 68.) The Court grants Plaintiff's motion to withdraw and directs the Clerk of Court to terminate Plaintiff's Motion for Partial Summary Judgment. (Doc. 42.)

　　　　As the Court indicated in its November 12, 2013 Order, Plaintiff may file a motion for summary judgment that fully complies with Federal Rule of Civil Procedure 56 and LRCiv 56.1. Plaintiff may file admissible portions of the record in support of his separate statement of facts (such as affidavits, depositions, discovery responses, declarations, etc.). Those supporting materials should be filed contemporaneously with the motion for summary judgment and separate statement of facts.

　　　　In his pending motion, Plaintiff objects to the Court's statement in the November 12, 2013 Order that it would not consider multiple motions for summary judgment from a single party. Plaintiff contends that FOIA cases frequently involve multiple motions for summary judgment. Although the Scheduling Order does not provide for multiple

1  motions for summary judgment (Doc. 35), it does not preclude the parties from seeking
2  leave to file a second motion for summary judgment if appropriate based on the
3  circumstances of the case.
4        Finally, Plaintiff asks for clarification regarding seeking district judge review of
5  the Court's November 12, 2013 Order.  Plaintiff may seek review of orders issued by a
6  magistrate judge pursuant to Federal Rule of Civil Procedure 72.  Plaintiff must serve and
7  file objections "within 14 days after being served with a copy" of the order to which he
8  objects.  Fed. R. Civ. P. 72(a).
9        Accordingly,
10       **IT IS ORDERED** that Plaintiff's Motion to Withdraw his Motion for Partial
11 Summary Judgment (Doc. 68) is **GRANTED** and the Clerk of Court shall terminate
12 Plaintiff's Motion for Partial Summary Judgment.  (Doc. 42.)
13       Dated this 25th day of November, 2013.

_____
Bridget S. Bade
United States Magistrate Judge