# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, | No. CV-12-01605-PHX-SRB (BSB) |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

This matter is before the Court on its own review. In response to the Court's November 12, 2013 Order, Plaintiff filed a Motion to Withdraw his Motion for Partial Summary Judgment. (Doc. 68.) The Court granted Plaintiff's motion to withdraw, and the Clerk of Court terminated Plaintiff's Motion for Partial Summary Judgment. (Doc. 69.) In view of the foregoing, the Court amends the scheduling order to extend the deadlines for filing dispositive motions in this matter. (*See* Docs. 35 and 63 at 4.)

Accordingly,

**IT IS ORDERED** that the Scheduling Order (Doc. 35) is amended to extend the deadline for filing dispositive motions until **February 7, 2014**.

Dated this 6th day of January, 2014.

Bridget S. Bade
United States Magistrate Judge