THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE CJVLR 5.4
         (Rule Number/Section)

Daniel David Rigmaiden #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden,
Pro Se, Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 2 3 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>　　Plaintiff,<br>v.<br><br>Federal Bureau of Investigation, et al.<br><br>　　Defendant. | Civil Action No.:<br><br>12-CV-01605-SRB-BSB<br><br>MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS |

　　Plaintiff, Daniel David Rigmaiden, appearing *pro se*, respectfully submits this *Motion For Leave To Electronically File Documents*. Plaintiff needs to file his Motion For Partial Summary Judgment and related filings. However, Plaintiff does not have the required paper and it would be difficult for him to obtain the 800+ required pages for his declaration exhibits. Therefore, he requests that he be permitted to file electronically through the Electronic Filing System or, failing that, via a CD delivered to the court clerk.

　　Before a *pro se* litigant can open an account on the Electronic Filing system, he "must file a motion and demonstrate the means to do so properly by stating [][his] equipment and software capabilities in addition to agreeing to follow all rules and policies referred to in the ECF Administrative Policies and Procedures Manual." ECF Proc. II(B)(3). Plaintiff's filings will be filed from a computer in Phoenix by accessing the court's website using web browser software. The filings will be in PDF form and verified as viewable using Adobe Acrobat. Any document created from word processor software will be converted to PDF rather than printed to paper and scanned into a flat image PDF file, *i.e.*, the filings will have searchable, vector based text.[1] Plaintiff agrees to follow all rules and policies referred to in the ECF

---

1. "Documents submitted for filing in the ECF system must be in a Portable Document Format (.pdf). Documents which exist only in paper form may be scanned into .pdf for electronic filing. All electronic documents must be converted to .pdf directly from a word

- 1 -

1 | Administrative Policies and Procedures Manual.
2 |     In the event that Plaintiff cannot have a filing filed through the Electronic Filing
3 | System (for example, if the files are to numerous or too large to be uploaded through the
4 | court's website),[2] Plaintiff requests that the court permit to file the filing by copying it to a
5 | CD and then delivering the CD to the clerk. The clerk could then copy the files from the CD
6 | directly to the case docket folder.
7 |                              \* \* \* \* \*
8 |     Plaintiff's filings, however inartfully drafted, must be liberally construed and held to
9 | less stringent standards than formal pleadings drafted by lawyers. *See* <u>Haines v. Kerner</u>, 404
10 | U.S. 519, 520 (1972).
11 | ///
12 | ///
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///

---

processing program (e.g., Microsoft Word® or Corel WordPerfect®) and **must be text searchable**." ECF Proc. I(B)(4) (emphasis added).

2.    One declaration with attachments totals more than 50 megabytes spit across eight (8) PDF files.

|     |     |
| --- | --- |
| 1   | Respectfully Submitted: _____ |
| 2   |     |
| 3   |                    DANIEL DAVID RIGMAIDEN, |
|     |                    Pro Se Plaintiff: |

                                        _____
                                        Daniel D. Rigmaiden

### CERTIFICATE OF SERVICE

I, Daniel David Rigmaiden, certify under penalty of perjury under the laws of the United States of America that on _____ I caused the following to be placed into the CCA-CADC mailing system for first-class United States Postal Service delivery:

Original attached document addressed to:

Clerk of the Court
Attn: Civil Docketing Section
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

Per Court order at Dkt. #056, the ECF system will effectuate service by providing copies to:

Brad P. Rosenberg, Trial Attorney
Kimberly L. Herb, Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
PO Box 883
Washington, D.C. 20044

By:_____

Respectfully Submitted: January 17, 2014

DANIEL DAVID RIGMAIDEN
Pro Se Plaintiff

Daniel Rigmaiden
Daniel David Rigmaiden

CERTIFICATE OF SERVICE

I, Daniel David Rigmaiden, certify under penalty of perjury under the laws of the United States of America that on _____ I caused the following to be placed into USPS mail system:

original attached document addressed to:

Clerk of the Court
Attn: Civil Docketing Section
Sandra Day O'Connor U.S. Courthouse
401 West Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118

Per Court order at Dkt. #056, the ECF system will effectuate service by providing copies to attorneys for Defendants: Brad Rosenberg, and Kimberly Herb.

By: Daniel Rigmaiden