```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

        JAN 2 7 2014

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____ P DEPUTY
```

1 | Daniel David Rigmaiden #10966111
2 | CCA-CADC
  | PO Box 6300
3 | Florence, AZ 85132
  | Telephone: none
4 | Email: none

5 | Daniel David Rigmaiden,
  | Pro Se, Plaintiff

6 | **UNITED STATES DISTRICT COURT**
7 | **DISTRICT OF ARIZONA**

8 | Daniel David Rigmaiden,                     Civil Action No.:

9 |          Plaintiff,                          12-CV-01605-SRB-BSB
  | v.
10 | Federal Bureau of Investigation, et al.     MOTION FOR LEAVE TO
                                                 ELECTRONICALLY FILE DOCUMENTS
11 |          Defendant.

12 |     Plaintiff, Daniel David Rigmaiden, appearing *pro se*, respectfully submits this *Motion*

13 | *For Leave To Electronically File Documents*. Plaintiff needs to file his Motion For Partial

14 | Summary Judgment and related filings. However, Plaintiff does not have the required paper

15 | and it would be difficult for him to obtain the 800+ required pages for his declaration

16 | exhibits. Therefore, he requests that he be permitted to file electronically through the

17 | Electronic Filing System or, failing that, via a CD delivered to the court clerk.

18 |     Before a *pro se* litigant can open an account on the Electronic Filing system, he "must

19 | file a motion and demonstrate the means to do so properly by stating [][his] equipment and

20 | software capabilities in addition to agreeing to follow all rules and policies referred to in the

21 | ECF Administrative Policies and Procedures Manual." ECF Proc. II(B)(3). Plaintiff's filings

22 | will be filed from a computer in Phoenix by accessing the court's website using web browser

23 | software. The filings will be in PDF form and verified as viewable using Adobe Acrobat.

24 | Any document created from word processor software will be converted to PDF rather than

25 | printed to paper and scanned into a flat image PDF file, *i.e.*, the filings will have searchable,

26 | vector based text.[1] Plaintiff agrees to follow all rules and policies referred to in the ECF

27 | ―――――――――――――――――――――――――――――――――――――――――

28 | 1.   "Documents submitted for filing in the ECF system must be in a Portable Document
    Format (.pdf). Documents which exist only in paper form may be scanned into .pdf for
    electronic filing. All electronic documents must be converted to .pdf directly from a word

- 1 -

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _____CIVL R 5.4_____
                (Rule Number/Section)

1 | Administrative Policies and Procedures Manual.

2 | In the event that Plaintiff cannot have a filing filed through the Electronic Filing

3 | System (for example, if the files are to numerous or too large to be uploaded through the

4 | court's website),[2] Plaintiff requests that the court permit to file the filing by copying it to a

5 | CD and then delivering the CD to the clerk.  The clerk could then copy the files from the CD

6 | directly to the case docket folder.

7 | * * * * *

8 | Plaintiff's filings, however inartfully drafted, must be liberally construed and held to

9 | less stringent standards than formal pleadings drafted by lawyers.  *See* Haines v. Kerner, 404

10 | U.S. 519, 520 (1972).

11 | ///

12 | ///

13 | ///

14 | ///

15 | ///

16 | ///

17 | ///

18 | ///

19 | ///

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 |

27 | processing program (e.g., Microsoft Word® or Corel WordPerfect®) and **must be text searchable**." ECF Proc. I(B)(4) (emphasis added).

28 | 2.     One declaration with attachments totals more than 50 megabytes spit across eight (8) PDF files.

Respectfully Submitted: _January 23, 2014_

DANIEL DAVID RIGMAIDEN,
Pro Se Plaintiff:

_Daniel Rigmaiden_
Daniel D. Rigmaiden

## CERTIFICATE OF SERVICE

I, Daniel David Rigmaiden, certify under penalty of perjury under the laws of the United States of America that on _January 23, 2014_ I caused the following to be placed into the CCA-CADC mailing system for first-class United States Postal Service delivery:

Original attached document addressed to:

Clerk of the Court
Attn: Civil Docketing Section
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

Per Court order at Dkt. #056, the ECF system will effectuate service by providing copies to:

Brad P. Rosenberg, Trial Attorney
Kimberly L. Herb, Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
PO Box 883
Washington, D.C. 20044

By: _Daniel Rigmaiden_