**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Daniel David Rigmaiden, | No. CV-12-01605-PHX-SRB (BSB) |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

Plaintiff has filed a second motion for leave to electronically file documents. (Doc. 73.)[1] Plaintiff previously filed a nearly identical motion for leave to electronically file documents on January 23, 2014. (Doc. 71.) On January 24, 2014, the Court denied the motion. (Doc. 72.) The Court denies Plaintiff's pending motion for the same reasons stated in the January 24, 2014 Order.

Accordingly,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] The pending motion is not construed as a motion to reconsider because it is dated January 23, 2014, and the Court did not rule on the first motion until January 24, 2014.

1      **IT IS ORDERED** that Plaintiff's motion for leave to electronically file
2 documents (Doc. 73) is **DENIED**.
3      Dated this 30th day of January, 2014.

Bridget S. Bade
United States Magistrate Judge