STUART F. DELERY
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BRAD P. ROSENBERG (D.C. Bar No. 467513)
Trial Attorney
KIMBERLY L. HERB (Illinois Bar No. 6296725)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>Plaintiff,<br><br>vs.<br><br>Federal Bureau of Investigation, et al.,<br><br>Defendants. | No. CV-2012-01605-PHX-SRB(BSB)<br><br>**MOTION TO AMEND THE SCHEDULE FOR THE FILING OF DISPOSITIVE MOTIONS (FIRST REQUEST)** |

Defendants Federal Bureau of Investigation ("FBI"), Executive Office for United States Attorneys ("EOUSA"), Office of Information Policy, and United States Department of Justice (hereinafter, "Defendants"), by and through their undersigned counsel, hereby seek to amend the Court's Order, (ECF No. 70), setting a deadline for the filing of dispositive motions. Prior to the Court's Order, the parties had agreed to a staggered briefing schedule in which Plaintiff would file a motion for summary judgment, followed by Defendants' filing of a combined opposition and cross-motion for summary judgment. Accordingly, Defendants respectfully request that the deadline for the filing of dispositive motions be amended such that: (1) Plaintiff files his motion for summary judgment by February 7, 2014 (the current dispositive motion deadline), and (2)

Defendants file their opposition to Plaintiff's motion and cross-motion for summary judgment thirty days after Plaintiff's motion is served.[1]  As grounds for this motion, Defendants state as follows:

1. On January 1, 2014, the Court amended the scheduling order to extend the deadline for the filing of dispositive motions.  The Court ordered that the parties file dispositive motions by February 7, 2014.  (*Id.*)

2. In December 2013, prior to the Court's Order, counsel for Defendants conferred with Plaintiff regarding a briefing schedule for the filing of dispositive motions.  The parties tentatively agreed to consecutive briefing, in which Plaintiff would file for summary judgment first and Defendants would then oppose that motion and cross-move for summary judgment.  (*See* Rosenberg email to Pl., Dec. 12, 2013, attached as Ex. 1; Rosenberg email to Pl., Jan. 27, 2014, attached as Ex. 2.)

3. The briefing schedule the parties discussed would be advantageous for several reasons:

   a. Additional time will enable Defendants to present as many ripe issues as possible to the Court for resolution.  First, the FBI is in the process of preparing a *Vaughn* index relating to a sample set of documents responsive to one of of Plaintiff's FOIA requests.  The FBI believes it can complete this *Vaughn* index within the next few weeks, which would enable the FBI to move on the reasonableness of its withhholdings for that request as part of Defendants' cross-motion for summary judgment.  Second, Defendants understand that Plaintiff intends to raise several issues in his forthcoming summary judgment motion, the resolution of which will affect what additional steps, if any, Defendants may need to take in responding to his FOIA requests.[2]  The proposed

---

[1] On November 6, 2013, the Court Ordered that Plaintiff's filings will be deemed to have been served on Defendants on the date "in which a Notice of Electronic Filing is generated by the clerk's office."  (ECF No. 56 at 2.)

[2] Specifically, Defendants understand that Plaintiff intends to raise questions about the format in which Defendants must produce any responsive records as well as argue that he is entitled to a waiver of any otherwise-applicable fees.

briefing schedule will allow for the expeditious resolution of those issues while minimizing any potential duplication of effort on Defendants' part when processing Plaintiff's FOIA requests. Third, the proposed briefing schedule provides adequate time for the FBI to address a separate FOIA request that is subject to this litigation as part of this series of briefs. Fourth, and finally, EOUSA recently agreed to conduct a search for one portion of Plaintiff's FOIA request. (*See* Ex. 2, EOUSA letter to Pl., Jan. 23, 2014, attached as Ex. 3.) EOUSA expects to complete that search within the next few weeks, and thus this issue could also be presented to the Court as part of the forthcoming motions for summary judgment. If the Court permits staggered briefing, Defendants will have the ability to present these issues to the Court in a consolidated fashion,[3] rather than wait to address them in successive motions.

      b.     Plaintiff has indicated that he intends to file as many as 800 pages of attachments to his motion for summary judgment. Given that this volume of material is unusual in a FOIA case, Defendants will be in a better position to evaluate and respond to Plaintiff's claims and arguments after reading his motion for summary judgment, as opposed to simultaneous filing.

WHEREFORE, Defendants respectfully request that the Court adopt the following Order: (1) Plaintiff will file his motion for summary judgment by February 7, 2014; (2) Defendants shall file their opposition to Plaintiff's motion and their cross-motion for summary judgment within thirty days after Plaintiff's motion is served; (3) Plaintiff's reply brief in support of his motion and opposition to Defendants' motion shall be due thirty days after Defendants' opposition and cross-motion is served; and (4) Defendants' reply brief in support of their cross-motion shall be due fifteen days after Plaintiff's reply

---

[3] Due to the complexity and number of issues involved, as well as the fact that the Defendants would be both responding to Plaintiff's forthcoming motion and filing a cross-motion for summary judgment, Defendants do not yet know whether they will need to seek leave to file an overlength brief. Nonetheless, Defendants believe that the proposed briefing schedule provides the most efficient method for the parties to present their arguments and for the Court to resolve the parties' disputes.

1  and opposition is served.

4  DATED: January 30, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Kimberly L. Herb*
BRAD P. ROSENBERG
D.C. Bar No. 467513
KIMBERLY L. HERB
Illinois Bar No. 6296725
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

- 4 –

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that January 30, 2014, I served the attached document by first-class mail, postage pre-paid, on the following, who is not a registered participant of the CM/ECF system:

Daniel D. Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ  85132

/s/ *Kimberly Herb*
BRAD P. ROSENBERG
D.C. Bar No. 467513
KIMBERLY L. HERB
Illinois Bar No. 6296725
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-3374
Facsimile:  (202) 616-8460
E-mail:  brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

- 5 –