IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>Plaintiff,<br><br>vs.<br><br>Federal Bureau of Investigation, et al.,<br><br>Defendants. | No. CV12-1605-SRB-BSB<br><br>**PROPOSED ORDER** |

On January 30, 2014, Defendant submitted a Motion to Amend the Schedule for the Filing of Dispositive Motions. For good cause shown, it is hereby ORDERED:

1. Plaintiff will file his motion for summary judgment by February 7, 2014;

2. Defendants shall file their opposition to Plaintiff's motion and their cross-motion for summary judgment within thirty days after Plaintiff's motion is served;

3. Plaintiff's reply brief in support of his motion and opposition to Defendants' motion shall be due thirty days after Defendants' opposition and cross-motion is served; and

4. Defendants' reply brief in support of their cross-motion shall be due fifteen days after Plaintiff's reply and opposition is served.

IT IS SO ORDERED.