# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, | No. CV-12-01605-PHX-SRB (BSB) |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

The Court has considered Defendants' Motion to Amend the Schedule for the Filing of Dispositive Motions (Doc. 75), and good cause appearing,

**IT IS ORDERED** that Defendants' Motion (Doc. 75) is **GRANTED** and the Scheduling Order (Doc. 35) is further amended to allow staggered motions for summary judgment.

Accordingly,

**IT IS FURTHER ORDERED** that:

1. Plaintiff will file his motion for summary judgment by **February 7, 2014**;

2. Defendants must file their opposition to Plaintiff's motion and their cross-motion for summary judgment within **thirty days** after Plaintiff's motion is served;

3. Plaintiff's reply brief in support of his motion and opposition to Defendants' motion shall be due **thirty days** after Defendants' opposition and cross-motion is served; and

4. Defendants' reply brief in support of their cross-motion shall be due **fifteen days** after Plaintiff's reply and opposition is served.

The deadline for filing dispositive motions as set forth in the Scheduling Order has been significantly extended and, therefore, the Court **will not** grant further extensions without a showing of extraordinary circumstances.

Dated this 31st day of January, 2014.

_____
Bridget S. Bade
United States Magistrate Judge