STUART F. DELERY
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BRAD P. ROSENBERG (D.C. Bar No. 467513)
Trial Attorney
KIMBERLY L. HERB (Illinois Bar No. 6296725)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>Plaintiff,<br><br>vs.<br><br>Federal Bureau of Investigation, et al.,<br><br>Defendants. | No. CV-2012-01605-PHX-SRB(BSB)<br><br>**NOTICE OF AMENDED CERTIFICATE OF SERVICE** |

Due to an oversight, Defendants' Motion to Amend the Schedule for the Filing of Dispositive Motions (ECF. No. 75, 01/30/2014), which Defendants had indicated was served via first-class mail on January 30, 2014, was not deposited into the mail stream until January 31, 2014.  An amended certificate of service is attached.

January 31, 2014

/s/ *Kimberly Herb*
BRAD P. ROSENBERG
D.C. Bar No. 467513
KIMBERLY L. HERB
Illinois Bar No. 6296725
Trial Attorneys
U.S. Department of Justice

| | |
|---|---|
| 1 | Civil Division, Federal Programs Branch |
| 2 | P.O. Box 883 |
|   | Washington, D.C. 20044 |
| 3 | Telephone: (202) 514-3374 |
|   | Facsimile: (202) 616-8460 |
| 4 | E-mail: brad.rosenberg@usdoj.gov |
| 5 | *Attorneys for Defendants* |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |