**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2014, I served the Notice of Amended Certificate of Service and Defendants' Motion to Amend the Schedule for the Filing of Dispositive Motions by first-class mail, postage pre-paid, on the following, who is not a registered participant of the CM/ECF system:

> Daniel D. Rigmaiden
> Agency # 10966111
> CCA-CADC
> PO Box 6300
> Florence, AZ  85132

/s/ *Kimberly Herb*
BRAD P. ROSENBERG
D.C. Bar No. 467513
KIMBERLY L. HERB
Illinois Bar No. 6296725
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-3374
Facsimile:  (202) 616-8460
E-mail:  brad.rosenberg@usdoj.gov

*Attorneys for Defendants*