1 | Daniel David Rigmaiden #10966111
CCA-CADC
2 | PO Box 6300
Florence, AZ 85132
3 | Telephone: none
Email: none
4 |
Daniel David Rigmaiden,
5 | Pro Se, Plaintiff

```
         FILED      ____ LODGED
____  RECEIVED  ____ COPY

       JAN 3 1 2014

  CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____ DEPUTY
```

6 |

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

7 |

8 | Daniel David Rigmaiden,

9 |     Plaintiff,

v.

10 | Federal Bureau of Investigation, et al.

11 |     Defendant.

Civil Action No.:

12-CV-01605-SRB-BSB

MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT BEING 18 PAGES RATHER THAN 17

12 |       Plaintiff, Daniel David Rigmaiden, appearing *pro se*, respectfully submits this *Motion*

13 | *For Leave To File Motion For Partial Summary Judgment Being 18 Pages Rather Than 17.*

14 | Plaintiff needs to file his Motion For Partial Summary Judgment. However, Plaintiff's

15 | motion, minus the certificate of service, is about two thirds over 17 pages. Plaintiff needs the

16 | extra space in consideration of the number of issues raised. Plaintiff's suit addresses three

17 | separate FOIA requests and could have very well been three separate FOIA actions with three

18 | separate motions for summary judgment. Plaintiff is having to squeeze all three FOIA

19 | disputes into one motion. He needs the extra two thirds of a page to accomplish this.

20 |       Plaintiff respectfully requests that the Court allow him to file his motion which is

21 | slightly longer than what the local rule allows.

22 |                                     * * * * *

23 |       Plaintiff's filings, however inartfully drafted, must be liberally construed and held to

24 | less stringent standards than formal pleadings drafted by lawyers. *See* Haines v. Kerner, 404

25 | U.S. 519, 520 (1972).

26 | ///

27 | ///

28 | ///

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: L R Civ P 5.4
(Rule Number/Section)

- 1 -

*Respectfully submitted: January 29, 2014*      *Daniel Rigmaiden*
*Daniel Rigmaiden*
*Plaintiff*

## CERTIFICATE OF SERVICE

I, Daniel David Rigmaiden, certify under penalty of perjury under the laws of the

United States of America that on ___January 31, 2014___ I caused the following

to be mailed first-class United States Postal Service delivery by *having it hand*

*delivered to the Court clerk.* :

Original attached document addressed to:

Clerk of the Court
Attn: Civil Docketing Section
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

*Per court order at Dkt. #056, the ECF system will effectuate service on:*
~~One copy of the original document addressed to~~

Brad P. Rosenberg, Trial Attorney
Kimberly L. Herb, Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
PO Box 883
Washington, D.C. 20044

By: *Daniel Rigmaiden*

- 2 -

*Motion For Leave To File Motion For Partial Summary Judgment Being 18 Pages Rather Than 17*