Daniel David Rigmaiden #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden,
Pro Se, Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 3 1 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, | Civil Action No.: |
| Plaintiff, | 12-CV-01605-SRB-BSB |
| v. | DANIEL RIGMAIDEN'S FIRST DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |
| Federal Bureau of Investigation, et al. | |
| Defendant. | |

Plaintiff, Daniel David Rigmaiden, being competent to make this declaration and having personal knowledge of the matters stated herein, declares pursuant to 28 U.S.C. § 1746:

1.       Attached as ATTACHMENT 01 is Federal Bureau of Investigation ("FBI"), *Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1,* Aug. 27, 2007.  The attached is an official record of the FBI--with government seal and signature--and is admissible under Fed. R. Evid. 902(1), Fed. R. Evid. 901(b)(10) and Fed. R. Civ. P. 44(c), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the record provided to me by Daniel Colmerauer.[1]  Upon information provided to me by Mr. Colmerauer, the attached record was obtained by him from http://www.eff.org/files/filenode/061708CKK/082707_dcs01.pdf [EFF PDF Set 1 of 6] (last accessed: Oct. 25, 2010), p. 1-2 of 67 [p. No. 1-2 of attachment]; and http://www.eff.org/files/filenode/061708CKK/082707_dcs06.pdf [EFF PDF Set 6 of 6] (last accessed: Oct. 25, 2010), p. 142 of 148 [p. No. 3 of attachment].

---

1.       Daniel Colmerauer is a paralegal and legal assistant to Philip A. Seplow, attorney at law, 2000 North 7th St., Phoenix, AZ 85006, (602) 254-8817.

- 1 -

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: L, R, Civ P 5.4
(Rule Number/Section)

1    2.    Attached as <u>ATTACHMENT 02</u> is United States Patent and Trademark Office

2    ("USPTO"), *Trademark Reg. No. 2,555,909 [loggerhead]* (registered Apr. 2, 2002). The

3    attached is an official record of the USPTO and is admissible under Fed. R. Evid. 901(b)(10)

4    and Fed. R. Civ. P. 44(c), and Fed. R. Evid. 901(b)(4).  To the extent that Harris Corporation

5    trade inscriptions and the like are relevant, the attached is admissible under Fed. R. Evid.

6    902(7).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the

7    attachment is a true and correct copy of the record provided to me by Mr. Colmerauer.  Upon

8    information provided to me by Mr. Colmerauer, the attached record was obtained by him

9    from http://tmportal.uspto.gov/external/portal/tow (last accessed Mar. 11, 2011).

10   3.    Attached as <u>ATTACHMENT 03</u> is Executive Office for United States Attorneys

11   ("EOUSA"), *[M.D.La.] Response to ACLU FOIA Request No. 07-4130*, Aug. 12, 2008, p. 1,

12   2 ,9, 10, 16, and 18.  The attached is an official record of the EOUSA--with government seal

13   and signature--and is admissible under Fed. R. Evid. 902(1), Fed. R. Evid. 901(b)(10) and

14   Fed. R. Civ. P. 44(c), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed.

15   R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the record

16   provided to me by Daniel Colmerauer.  Upon information provided to me by Mr. Colmerauer,

17   the attached record was obtained by him from

18   http://www.aclu.org/pdfs/freespeech/cellfoia_release_074130_20080812.pdf (last accessed:

19   Jan. 11, 2011), p. 1, 2 ,9, 10, 16, and 18.

20   4.    Attached as <u>ATTACHMENT 04</u> is USPTO, *Trademark Reg. No. 2,534,253*

21   *[triggerfish]* (registered Jan. 29, 2002).  The attached is an official record of the USPTO and

22   is admissible under Fed. R. Evid. 901(b)(10) and Fed. R. Civ. P. 44(c), and Fed. R. Evid.

23   901(b)(4).  To the extent that Harris Corporation trade inscriptions and the like are relevant,

24   the attached is admissible under Fed. R. Evid. 902(7).  Pursuant to Fed. R. Evid. 901(a) and

25   Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the record

26   provided to me by Mr. Colmerauer. Upon information provided to me by Mr. Colmerauer, the

27   attached record was obtained by him from http://tmportal.uspto.gov/external/portal/tow (last

28   accessed Mar. 11, 2011).

1    5.    Attached as <u>ATTACHMENT 05</u> is USPTO, *Trademark Reg. No. 2,762,468*

2  *[stingray]* (registered Sep. 9, 2003).  The attached is an official record of the USPTO and is

3  admissible under Fed. R. Evid. 901(b)(10) and Fed. R. Civ. P. 44(c), and Fed. R. Evid. 901(b)

4  (4).  To the extent that Harris Corporation trade inscriptions and the like are relevant, the

5  attached is admissible under Fed. R. Evid. 902(7).  Pursuant to Fed. R. Evid. 901(a) and Fed.

6  R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the record

7  provided to me by Mr. Colmerauer.  Upon information provided to me by Mr. Colmerauer,

8  the attached record was obtained by him from http://tmportal.uspto.gov/external/portal/tow

9  (last accessed Mar. 11, 2011).

10    6.    Attached as <u>ATTACHMENT 06</u> is Durham, NC, USA, *City Council Agenda*

11  *No. 7503 (Harris Sole Source Vendor Justification letter)*, Sept. 29, 2010 , p. 1.  The attached

12  is an official record of the Durham, NC City Council and is admissible under Fed. R. Evid.

13  901(b)(10) and Fed. R. Civ. P. 44(c), and Fed. R. Evid. 901(b)(4).  To the extent that Harris

14  Corporation trade inscriptions and the like are relevant, the attached is admissible under Fed.

15  R. Evid. 902(7).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that

16  the attachment is a true and correct copy of the record provided to me by Mr. Colmerauer.

17  Upon information provided to me by Mr. Colmerauer, the attached record was obtained by

18  him from http://www.durhamnc.gov/agendas/2010/cws20110103/251951_7503_342363.pdf

19  (last accessed: Mar. 9, 2011).

20    7.    Attached as <u>ATTACHMENT 07</u> is 1xEV-DO Rel. 0, CELL SITE EMULATOR,

21  & GEOLOCATION EXPERT REPORT RE: The independent operations of the FBI's cell site

22  emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v.

23  Rigmaiden, CR08-814-PHX-DGC (D.Ariz.), By: Daniel David Rigmaiden (May 29, 2013).

24  The attached is my expert report  and is admissible under Fed. R. Evid. 901(b)(1), and Fed. R.

25  Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that

26  the attachment is a true and correct copy of my original signed expert report currently in my

27  possession.

28    8.    Attached as <u>ATTACHMENT 08</u> is Federal Communications Commission

("FCC"), *FOIA Response to Christopher Soghoian, Center for Applied Cybersecurity Research, FOIA Request No. 2011-586*, Feb. 29, 2012. The attached is an official record of the FCC--with government seal and signature--and is admissible under Fed. R. Evid. 902(1), Fed. R. Evid. 901(b)(10) and Fed. R. Civ. P. 44(c), and Fed. R. Evid. 901(b)(4). Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attached record is a true and correct copy of the record provided to me by Mr. Soghoian.

9.     Attached as <u>ATTACHMENT 09</u> is Valentino-DeVries, Jennifer (The Wall Street Journal), *Feds Shift Tracking Defense: Prosecutors in Arizona Case Drop Position That 'Stingray' Use Didn't Require Warrant* (Nov. 3, 2011). The attached is printed news material and is admissible under Fed. R. Evid. 902(6), and Fed. R. Evid. 901(b)(4). Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the printed news material provided to me by Mr. Colmerauer. Upon information provided to me by Mr. Colmerauer, the attached printed news material was obtained by him from http://online.wsj.com/article/SB10001424052970204621904577014363024341028.html (last accessed: Nov. 15, 2011).

10.     Attached as <u>ATTACHMENT 10</u> is Valentino-DeVries, Jennifer (The Wall Street Journal), *'Stingray' Phone Tracker Fuels Constitutional Clash*, p. A1 (Sept. 22, 2011). The attached is printed news material and is admissible under Fed. R. Evid. 902(6), and Fed. R. Evid. 901(b)(4). Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the printed news material provided to me by Mr. Colmerauer. Upon information provided to me by Mr. Colmerauer, the printed news material was obtained by him from http://online.wsj.com/article/SB10001424053111904194604576583112723197574.html (last accessed: Sept. 22, 2011).

11.     Attached as <u>ATTACHMENT 11</u> is **(1)** Miami, FL, USA, *Legislative Files, Harris Sole Source Vendor Letter*, p. 1 (Nov. 29, 2006), **(2)** Miami, FL, USA, *Legislative Files, Inter-Office Memo RE: Harris Sole Source Vendor*, p. 1 (Nov. 13, 2008), **(3)** Miami, FL, USA, *Legislative Files, Harris Sole Source Letter [Attachment B]*, p. 2 (Aug. 25, 2008), **(4)**

- 4 -

1  Miami, FL, USA, *Legislative Files, Harris* Product Datasheets, p. 1-2, **(5)** Miami, FL, USA,

2  *Legislative Files, Harris Product Datasheets*, p. 1, and **(6)** Miami, FL, USA, *Legislative*

3  *Files, Harris GCSD Price List* (Sep. 2008), p. 1-8.  The attached are official records of the

4  city of Miami, FL and are admissible under Fed. R. Evid. 901(b)(10) and Fed. R. Civ. P.

5  44(c), and Fed. R. Evid. 901(b)(4).  To the extent that Harris Corporation trade inscriptions

6  and the like are relevant, the attached are admissible under Fed. R. Evid. 902(7).  Pursuant to

7  Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and

8  correct copy of the records provided to me by Mr. Colmerauer.  Upon information provided to

9  me by Mr. Colmerauer, the attached records were obtained by him from **(1)**

10  ttp://egov.ci.miami.fl.us/Legistarweb/Attachments/34768.pdf (last accessed: Mar. 9, 2011) [p.

11  No. 1 of attachment], **(2)** http://egov.ci.miami.fl.us/Legistarweb/Attachments/47993.pdf (last

12  accessed: Mar. 9, 2011) [p. No. 2 of attachment], **(3)**

13  http://egov.ci.miami.fl.us/Legistarweb/Attachments/48003.pdf (last accessed: Mar. 9, 2011)

14  [p. No. 3-12 of attachment], **(4)**

15  http://egov.ci.miami.fl.us/Legistarweb/Attachments/34769.pdf (last accessed: Mar. 9, 2011)

16  [p. No. 13-14 of attachment], **(5)**

17  http://egov.ci.miami.fl.us/Legistarweb/Attachments/34771.pdf (last accessed: Mar. 9, 2011)

18  [p. No. 15-16 of attachment], and **(6)**

19  http://egov.ci.miami.fl.us/Legistarweb/Attachments/48000.pdf (last accessed: Mar. 9, 2011)

20  [p. No. 17-24 of attachment].

21      12.     Attached as <u>ATTACHMENT 12</u> is Coast to Coast AM, *Lee Lapin - Guests -*

22  *Coast to Coast AM*, Lee Lapin Biography, http://www.coasttocoastam.com/guest/lapin-

23  lee/6469 (last accessed: Mar. 11, 2011).  The attached is printed news material and is

24  admissible under Fed. R. Evid. 902(6), and Fed. R. Evid. 901(b)(4). Pursuant to Fed. R. Evid.

25  901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of

26  the printed news material provided to me by Mr. Colmerauer.  Upon information provided to

27  me by Mr. Colmerauer, the attached printed news material was obtained by him from

28  http://www.coasttocoastam.com/guest/lapin-lee/6469 (last accessed: Mar. 11, 2011).

1      13.    Attached as <u>ATTACHMENT 13</u> are published patents **(1)** Billhartz, Thomas J.,

2   *et al.*, Harris Corp., *Wireless Communications System Including A Wireless Device Locator*

3   *And Related Methods*, U.S. Patent No. 7,321,777 (Melbourne, FL: Jan. 22, 2008), **(2)**

4   McPherson, Rodney and Lanza, David J., Harris Corp., *Wireless Transmitter Location*

5   *Determining System And Related Methods*, U.S. Patent No. 7,592,956 (Melbourne, FL: Sept.

6   22, 2009), **(3)** Otto, James C., Harris Corp., *System And Method For Determining The*

7   *Geolocation Of A Transmitter*, U.S. Patent No. 5,719,584 (Indian Harbor Beach, FL: Feb. 17,

8   1998), and **(4)** Proctor, James A, Jr. and Otto, James C., Harris Corp., *Range And Bearing*

9   *Tracking System With Multipath Rejection*, U.S. Patent No. 5,687,196 (Indialantic, FL: Nov.

10  11, 1997).  The attached are official publications by a public authority (*i.e.*, the USPTO) and

11  are admissible under Fed. R. Evid. 902(5), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R.

12  Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attached are true and correct copies

13  of the USPTO publications provided to me by Mr. Colmerauer.  Upon information provided

14  to me by Mr. Colmerauer, the attached USPTO publications were obtained by him from **(1)**

15  http://www.freepatentsonline.com/7321777.html (last accessed: Feb. 16, 2011) [attachment p.

16  No. 1-18], **(2)**  http://www.freepatentsonline.com/7592956.html (last accessed: Feb. 22, 2011)

17  [attachment p. No. 19-37], **(3)** http://www.freepatentsonline.com/5719584.html (last

18  accessed: Feb. 22, 2011) [attachment p. No. 38-45], and **(4)**

19  http://www.freepatentsonline.com/5687196.html (last accessed Feb. 16, 2011) [attachment p.

20  No. 46-52].

21      14.    Attached as <u>ATTACHMENT 14</u> is Greenberg, Andy (Forbes Magazine),

22  *Despite FCC Scare Tactics, Researcher Demos AT&T Eavesdropping - Forbes* (Jul. 31,

23  2010).  The attached is printed news material and is admissible under Fed. R. Evid. 902(6),

24  and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I

25  certify that the attachment is a true and correct copy of the printed news material provided to

26  me by Mr. Colmerauer.  Upon information provided to me by Mr. Colmerauer, the printed

27  news material was obtained by him from

28  http://www.forbes.com/sites/firewall/2010/07/31/despite-fcc-scare-tactics-researcher-demos-

1 att-eavesdropping/ (last accessed: Dec. 14, 2011).

2    15.    Attached as <u>ATTACHMENT 15</u> is *The OpenBTS Project*,

3 http://openbts.sourceforge.net (last accessed: Feb. 10, 2012).  The attached is a printed

4 Internet resource and is admissible under Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4).

5 Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a

6 true and correct copy of the printed Internet resource provided to me by Mr. Colmerauer.

7 Upon information provided to me by Mr. Colmerauer, the printed Internet resource was

8 obtained by him from http://openbts.sourceforge.net (last accessed: Feb. 10, 2012).

9    16.    Attached as <u>ATTACHMENT 16</u> is *Catcher Catcher - Wiki - Redmine*,

10 http://opensource.srlabs.de/projects/2/wiki/Wiki?version=18 (last accessed: Feb. 20, 2012).

11 The attached is a printed Internet resource and is admissible under Fed. R. Evid. 901(a), and

12 Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I

13 certify that the attachment is a true and correct copy of the printed Internet resource provided

14 to me by Mr. Colmerauer.  Upon information provided to me by Mr. Colmerauer, the printed

15 Internet resource was obtained by him from http://opensource.srlabs.de/projects/2/wiki/Wiki?

16 version=18 (last accessed: Feb. 20, 2012).

17    17.    Attached as <u>ATTACHMENT 17</u> Singel, Ryan (Wired Magazine), FBI E-Mail

18 Shows Rift Over Warrantless Phone Record Grabs (Dec. 20, 2007).  The attached is printed

19 news material and is admissible under Fed. R. Evid. 902(6), and Fed. R. Evid. 901(b)(4).

20 Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a

21 true and correct copy of the printed news material provided to me by Mr. Colmerauer.  Upon

22 information provided to me by Mr. Colmerauer, the printed news material was obtained by

23 him from http://www.wired.com/print/politics/onlinerights/news/2007/12/fbi_cell (last

24 accessed Sept. 22, 2010).

25    18.    Attached as <u>ATTACHMENT 18</u> is Myers, Rachel (ACLU), *With Technology*

26 *Like This, Who Needs the Law? >> Blog of Rights: Official Blog of the American Civil*

27 *Liberties Union* (Nov. 14, 2008).  The attached is printed news material and is admissible

28 under Fed. R. Evid. 902(6), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a)

and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the printed news material provided to me by Mr. Colmerauer. Upon information provided to me by Mr. Colmerauer, the printed news material was obtained by him from http://www.aclu.org/2008/11/14/with-technology-like-this-who-needs-the-law (last accessed Aug. 16, 2011).

19. Attached as ATTACHMENT 19 is McCullagh, Declan (CNET News), *Justice Dept. defends warrantless cell phone tracking* (Feb. 13, 2010). The attached is printed news material and is admissible under Fed. R. Evid. 902(6), and Fed. R. Evid. 901(b)(4). Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the printed news material provided to me by Mr. Colmerauer. Upon information provided to me by Mr. Colmerauer, the printed news material was obtained by him from http://news.cnet.com/8301-13578_3-10453214-38.html (last accessed Apr. 8, 2010).

20. Attached as ATTACHMENT 20 is Slashdot.org, *Secret Stingray Warrantless Cellphone Tracking* (Oct. 27, 2012). The attached is printed news material and is admissible under Fed. R. Evid. 902(6), and Fed. R. Evid. 901(b)(4). Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the printed news material provided to me by Mr. Colmerauer. Upon information provided to me by Mr. Colmerauer, the printed news material was obtained by him from http://yro.slashdot.org/story/12/10/27/144229/secret-stingray-warrantless-cellphone-tracking (last accessed: Nov. 28, 2012).

21. Attached as ATTACHMENT 21 is Carroll, Rory (The Guardian), *ACLU challenges 'stingray surveillance' that allows police to track cellphones | World news | guardian.co.uk* (Mar. 28, 2013). The attached is printed news material and is admissible under Fed. R. Evid. 902(6), and Fed. R. Evid. 901(b)(4). Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the printed news material provided to me by Mr. Colmerauer. Upon information provided to me by Mr. Colmerauer, the printed news material was obtained by him from http://www.guardian.co.uk/world/2013/mar/28/aclu-stingray-surveillance-police-cellphones

1  (last accessed: Apr. 16, 2013).

2       22.    Attached as <u>ATTACHMENT 22</u> is Nakashima, Ellen (The Washington Post),

3  Little-known surveillance tool raises concerns by judges, privacy activists (Mar. 27, 2013).

4  The attached is printed news material and is admissible under Fed. R. Evid. 902(6), and Fed.

5  R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify

6  that the attachment is a true and correct copy of the printed news material provided to me by

7  Mr. Colmerauer.  Upon information provided to me by Mr. Colmerauer, the printed news

8  material was obtained by him from http://articles.washingtonpost.com/2013-03-

9  27/world/38070419_1_magistrate-judge-federal-agents-stingrays (last accessed: Apr. 9,

10  2013).

11       23.    Attached as <u>ATTACHMENT 23</u> is Huffingtonpost.com, Daniel David

12  Rigmaiden Case Reveals Stingray Cell Phone Tracker's Covert Use (Mar. 28, 2013).  The

13  attached is printed news material and is admissible under Fed. R. Evid. 902(6), and Fed. R.

14  Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that

15  the attachment is a true and correct copy of the printed news material provided to me by Mr.

16  Colmerauer.  Upon information provided to me by Mr. Colmerauer, the printed news material

17  was obtained by him from http://www.huffingtonpost.com/2013/03/28/daniel-david-

18  rigmaiden-stingray_n_2973749.html (last accessed: Apr. 4, 2013).

19       24.    Attached as <u>ATTACHMENT 24</u> is Waterman, Shaun (The Washington Times),

20  *Can you hear me now? Feds admit FBI warrantless cellphone tracking 'very common'* (Mar.

21  29, 2013).  The attached is printed news material and is admissible under Fed. R. Evid.

22  902(6), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P.

23  56(e)(1), I certify that the attachment is a true and correct copy of the printed news material

24  provided to me by Mr. Colmerauer.  Upon information provided to me by Mr. Colmerauer,

25  the printed news material was obtained by him from http://www.washingtontimes.com/news/

26  2013/mar/29/feds-fbi-warrantless-cell-tracking-very-common/ (last accessed: Apr. 4, 2013).

27       25.    Attached as <u>ATTACHMENT 25</u> is Zetter, Kim (Wired Magazine), *Secrets of*

28  *FBI Smartphone Surveillance Tool Revealed in Court Fight* (Apr. 09, 2013).  The attached is

1 | printed news material and is admissible under Fed. R. Evid. 902(6), and Fed. R. Evid. 901(b)

2 | (4). Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment

3 | is a true and correct copy of the printed news material provided to me by Mr. Colmerauer.

4 | Upon information provided to me by Mr. Colmerauer, the printed news material was obtained

5 | by him from  http://www.wired.com/threatlevel/2013/04/verizon-rigmaiden-aircard/all/ (last

6 | accessed: Apr. 10, 2013).

7 | 26.    Attached as <u>ATTACHMENT 26</u> is Zetter, Kim (Wired Magazine), *Judge Allows*

8 | *Evidence Gathered From FBI's Spoofed Cell Tower* (May. 08, 2013).  The attached is printed

9 | news material and is admissible under Fed. R. Evid. 902(6), and Fed. R. Evid. 901(b)(4).

10 | Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a

11 | true and correct copy of the printed news material provided to me by Mr. Colmerauer.  Upon

12 | information provided to me by Mr. Colmerauer, the printed news material was obtained by

13 | him from http://www.wired.com/threatlevel/2013/05/rigmaiden-cell-tower-evidence/ (last

14 | accessed: May 14, 2013).

15 | 27.    Attached as <u>ATTACHMENT 27</u> is Letter from Kim Zetter (Wired Digital) to

16 | Daniel Rigmaiden, April 3, 2013; Re: requesting additional information.  The attached is

17 | admissible under Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4).  I certify that the

18 | attachment is a true and correct copy of the original Kim Zetter letter currently in my

19 | possession, other than for my redactions of Kim Zetter's email address and phone number via

20 | white boxes with black outlines.

21 | 28.    Attached as <u>ATTACHMENT 28</u> is Email from Jon Campbell (LA Weekly

22 | News) to Dan Colmerauer, July 26, 2012; Re: requesting that Daniel Rigmaiden speak to Mr.

23 | Campbell about portable/transportable wireless device locator technology (supported by

24 | declaration from Dan Colmerauer).   The attached is admissible under Fed. R. Evid. 901(a),

25 | and Fed. R. Evid. 901(b)(4).  I certify that the attachment is a true and correct copy of the

26 | original Dan Colmerauer declaration and email attachment currently in my possession.

27 | 29.    Attached as <u>ATTACHMENT 29</u> is Lye, Linda, *Court Ruling Gives FBI Too*

28 | *Much Leeway on Surveillance Technology | ACLU of Northern California* (May 28, 2013).

1  The attached is printed news material and is admissible under Fed. R. Evid. 902(6), and Fed.

2  R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify

3  that the attachment is a true and correct copy of the printed news material provided to me by

4  Mr. Colmerauer.  Upon information provided to me by Mr. Colmerauer, the printed news

5  material was obtained by him from

6  https://www.aclunc.org/issues/technology/blog/court_ruling_gives_fbi_too_much_leeway_on

7  _surveillance_technology.shtml (last accessed: Jul. 8, 2013).

8          30.     Attached as ATTACHMENT 30 is Fakhoury, Hanni, *Stingrays: The Biggest*

9  *Technological Threat to Cell Phone Privacy You Don't Know About | Electronic Frontier*

10  *Foundation* (Oct. 22, 2012).  The attached is printed news material and is admissible under

11  Fed. R. Evid. 902(6), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed.

12  R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the printed news

13  material provided to me by Mr. Colmerauer.  Upon information provided to me by Mr.

14  Colmerauer, the printed news material was obtained by him from

15  https://www.eff.org/deeplinks/2012/10/stingrays-biggest-unknown-technological-threat-cell-

16  phone-privacy (last accessed: Jul. 8, 2013).

17          31.     Attached as ATTACHMENT 31 is *Appligent Document Solutions – Redax*,

18  http://www.appligent.com/redax (last accessed: Dec. 16, 2010).  The attached is a printed

19  Internet resource and is admissible under Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4).

20  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a

21  true and correct copy of the printed Internet resource provided to me by Mr. Colmerauer.

22  Upon information provided to me by Mr. Colmerauer, the printed Internet resource was

23  obtained by him from http://www.appligent.com/redax (last accessed: Dec. 16, 2010).

24          32.     Attached as ATTACHMENT 32 is *Adobe Acrobat X Pro Datasheet*, *available at*

25  http://www.adobe.com/content/dam/Adobe/en/products/acrobat/pdfs/acrobatxpro_datasheet.p

26  df (last accessed: Dec. 13, 2010).  The attached is a printed Internet resource and is

27  admissible under Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid.

28  901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of

1 the printed Internet resource provided to me by Mr. Colmerauer.  Upon information provided

2 to me by Mr. Colmerauer, the printed Internet resource was obtained by him from

3 http://www.adobe.com/content/dam/Adobe/en/products/acrobat/pdfs/acrobatxpro_datasheet.p

4 df (last accessed: Dec. 13, 2010).

5      33.    Attached as <u>ATTACHMENT 33</u> is Daniel Rigmaiden's October 10, 2011 FOIA

6 request letter to the FBI RE: seeking records on portable/transportable wireless device

7 locators (*i.e.*, devices used to locate cell phones, cell site emulators, *etc.*) and related

8 equipment manufactured and/or branded and/or sold by Harris Wireless Products Group

9 (Harris Corporation) and other manufacturers/companies.  The attached is admissible under

10 Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed.

11 R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the copy of the

12 letter currently in my possession.  I mailed the original letter to the FBI and I believe it to be

13 in the government's possession.

14      34.    Attached as <u>ATTACHMENT 34</u> is USPS signature card delivery record

15 (November 7, 2011 delivery) for Daniel Rigmaiden's October 10, 2011 FOIA request letter to

16 the FBI; USPS Certified Return Receipt delivery, article No. 7007 0710 0004 3772 8555,

17 signed by "D.W. Jones / OB" and then mailed back to Daniel Rigmaiden.  The attached is

18 admissible under Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid.

19 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of

20 the original currently in my possession.

21      35.    Attached as <u>ATTACHMENT 35</u> is Daniel Rigmaiden's February 25, 2012 FOIA

22 appeal letter to the Office of Information Policy ("OIP") RE: the FBI failing to acknowledge

23 FOIA request, failing to grant a fee waiver, failing to grant reduced fees, failing to provide

24 expedited processing, and failing to provide all requested records for October 10, 2011 FOIA

25 request letter to the FBI.  The attached is admissible under Fed. R. Evid. 901(a), and Fed. R.

26 Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that

27 the attachment is a true and correct copy of the copy of the letter currently in my possession.

28 I mailed the original letter to the OIP and I believe it to be in the government's possession.

1    36.    Attached as <u>ATTACHMENT 36</u> is OIP's May 14, 2012 letter to Daniel

2  Rigmaiden RE: determination of FBI FOIA appeal (No. AP-2012-01750) by Janice Galli

3  McLeod, Associate Director of the Office of Information Policy, and Anne D. Work, Senior

4  Counsel, Administrative Appeals Staff, Office of Information Policy; RE: October 10, 2011

5  FOIA request letter to the FBI.  The attached is admissible under Fed. R. Evid. 901(a), and

6  Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I

7  certify that the attachment is a true and correct copy of the original currently in my

8  possession.

9    37.    Attached as <u>ATTACHMENT 37</u> is FBI's May 6, 2013 letter to Daniel

10  Rigmaiden RE: answer to October 10, 2011 FOIA request: "FOIPA Request No.: 1212582"

11  with "Subject: WIRELESS DEVICE LOCATORS MANUFACTURED BY HARRIS WPG."

12  The attached is admissible under Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4).  Pursuant

13  to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and

14  correct copy of the original currently in my possession.

15    38.    Attached as <u>ATTACHMENT 38</u> is Daniel Rigmaiden's November 10, 2011

16  FOIA request letter to FBI RE: seeking records on (1) comments made by FBI agents and

17  employees to The Wall Street Journal reported in or in relation to the September 22, 2011 The

18  Wall Street Journal article titled "'Stingray' Phone Tracker Fuels Constitutional Clash," by

19  Jennifer Valentino-DeVries, (2) comments made by FBI agents and employees at a panel at

20  the Brookings Institution in May of 2011 regarding portable/transportable wireless device

21  locators (*e.g.*, cell site emulators) such as the Harris StingRay and KingFish.  The attached is

22  admissible under Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid.

23  901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of

24  the copy of the letter currently in my possession.  I mailed the original letter to the FBI and I

25  believe it to be in the government's possession.

26    39.    Attached as <u>ATTACHMENT 39</u> is USPS website Delivery record (January 3,

27  2012 delivery) for Daniel Rigmaiden's November 10, 2011 FOIA request letter to the FBI;

28  Certified Return Receipt delivery, article No. 7010 1870 0003 0918 6393.  The attached is a

1  printed Internet resource and is admissible under Fed. R. Evid. 901(a), and Fed. R. Evid.

2  901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the

3  attachment is a true and correct copy of the printed Internet resource provided to me by Mr.

4  Colmerauer.  Upon information provided to me by Mr. Colmerauer, the printed Internet

5  resource was obtained by him from http://www.usps.com/ (last accessed: Mar. 1, 2012).

6       40.     Attached as ATTACHMENT 40 is FBI's January 30, 2012 letter to Daniel

7  Rigmaiden RE: answer to November 10, 2011 FOIA request: "FOIPA Request No.: 1180900-

8  000" with "Subject: RECORDS CONCERNING WALL STREET JOURNAL ARTICLE

9  STINGRAY PHONE TRACKER FUELS CONSTITUTIONAL CLASH."  The attached is

10 admissible under Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid.

11 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of

12 the original currently in my possession.

13      41.     Attached as ATTACHMENT 41 is FBI's February 3, 2012 letters to Daniel

14 Rigmaiden RE: denial of expedited processing and fee waiver for November 10, 2011 FOIA

15 request: "FOIPA Request No.: 1180900-000" with "Subject: RECORDS CONCERNING

16 WALL STREET JOURNAL ARTICLE STINGRAY PHONE TRACKER FUELS

17 CONSTITUTIONAL CLASH."  The attached is admissible under Fed. R. Evid. 901(a), and

18 Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I

19 certify that the attachment is a true and correct copy of the original currently in my

20 possession.

21      42.     Attached as ATTACHMENT 42 is Daniel Rigmaiden's February 25, 2012 FOIA

22 appeal letter to the OIP RE: the FBI failing to grant a fee waiver, failing to grant reduced fees,

23 failing to provide expedited processing for November 10, 2011 FOIA request: "FOIPA

24 Request No.: 1180900-000" with "Subject: RECORDS CONCERNING WALL STREET

25 JOURNAL ARTICLE STINGRAY PHONE TRACKER FUELS CONSTITUTIONAL

26 CLASH."  The attached is admissible under Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)

27 (4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment

28 is a true and correct copy of the copy of the letter currently in my possession.  I mailed the

1   original letter to the OIP and I believe it to be in the government's possession.

2         43.    Attached as <u>ATTACHMENT 43</u> is OIP's April 20, 2012 letter to Daniel

3   Rigmaiden RE: determination of FBI FOIA appeal (No. AP-2012-01751) by Janice Galli

4   McLeod, Associate Director of the Office of Information Policy RE: "FOIPA Request No.:

5   1180900-000" with "Subject: RECORDS CONCERNING WALL STREET JOURNAL

6   ARTICLE STINGRAY PHONE TRACKER FUELS CONSTITUTIONAL CLASH." The

7   attached is admissible under Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4). Pursuant to

8   Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and

9   correct copy of the original currently in my possession.

10         44.    Attached as <u>ATTACHMENT 44</u> is Daniel Rigmaiden's October 10, 2011 FOIA

11   request letter to the EOUSA RE: seeking records on portable/transportable wireless device

12   locators (*i.e.*, devices used to locate cell phones, cell site emulators, *etc.*) and related

13   equipment manufactured and/or branded and/or sold by Harris Wireless Products Group

14   (Harris Corporation) and other manufacturers/companies. The attached is admissible under

15   Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4). Pursuant to Fed. R. Evid. 901(a) and Fed.

16   R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the copy of the

17   letter currently in my possession. I mailed the original letter to the EOUSA and I believe it to

18   be in the government's possession.

19         45.    Attached as <u>ATTACHMENT 45</u> is USPS signature card delivery record (blank)

20   for Daniel Rigmaiden's October 10, 2011 FOIA request letter to the EOUSA; USPS Certified

21   Return Receipt delivery, article No. 7009 2250 0003 8907 7508, no signature but mailed back

22   to Daniel Rigmaiden. The attached is admissible under Fed. R. Evid. 901(a), and Fed. R.

23   Evid. 901(b)(4). Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that

24   the attachment is a true and correct copy of the original currently in my possession.

25         46.    Attached as <u>ATTACHMENT 46</u> is USPS website Delivery record (November 7,

26   2011 delivery) for Daniel Rigmaiden's November 10, 2011 FOIA request letter to the

27   EOUSA; Certified Return Receipt delivery, article No. 7009 2250 0003 8907 7508. The

28   attached is a printed Internet resource and is admissible under Fed. R. Evid. 901(a), and Fed.

1 | R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify

2 | that the attachment is a true and correct copy of the printed Internet resource provided to me

3 | by Mr. Colmerauer.  Upon information provided to me by Mr. Colmerauer, the printed

4 | Internet resource was obtained by him from http://www.usps.com/ (last accessed: Mar. 1,

5 | 2012).

6 |      47.     Attached as <u>ATTACHMENT 47</u> is Daniel Rigmaiden's February 25, 2012 FOIA

7 | appeal letter to the OIP RE: the EOUSA failing to acknowledge FOIA request, failing to grant

8 | a fee waiver, failing to grant reduced fees, failing to provide expedited processing, and failing

9 | to provide all requested records for October 10, 2011 FOIA request letter to the EOUSA.  The

10 | attached is admissible under Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4).  Pursuant to

11 | Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and

12 | correct copy of the copy of the letter currently in my possession.  I mailed the original letter

13 | to the OIP and I believe it to be in the government's possession.

14 |      48.     Attached as <u>ATTACHMENT 48</u> is OIP's May 14, 2012 letter to Daniel

15 | Rigmaiden RE: determination of EOUSA FOIA appeal (No. AP-2012-01749) by Janice Galli

16 | McLeod, Associate Director of the Office of Information Policy; RE: October 10, 2011 FOIA

17 | request letter to the EOUSA.  The attached is admissible under Fed. R. Evid. 901(a), and Fed.

18 | R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify

19 | that the attachment is a true and correct copy of the original currently in my possession.

20 |      49.     Attached as <u>ATTACHMENT 49</u> is EOUSA's May 3, 2013 letter to Daniel

21 | Rigmaiden RE: answer to October 10, 2011 FOIA request: "Request No.: 11-4585" with

22 | "Subject of Request: Location Tracking Devices."  The attached is admissible under Fed. R.

23 | Evid. 901(a), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ.

24 | P. 56(e)(1), I certify that the attachment is a true and correct copy of the original currently in

25 | my possession.

26 |      50.     Attached as <u>ATTACHMENT 50</u> is the noted July 12, 2013 FBI letter (without

27 | attachment) RE: FOIPA Request No. 1180900-000; Subject: Wall Street Journal Article On

28 | Cell Site Simulator Devices.  The attached is admissible under Fed. R. Evid. 901(a), and Fed.

1  R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify

2  that the attachment is a true and correct copy of the original currently in my possession.

3  ///

4  ///

5  ///

6  ///

7  ///

8  ///

9  ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Daniel Rigmaiden's First declaration Under Penalty of Perjury
In Support of Plaintiff's Motion For Partial Summary Judgment

1      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is

2  true and correct.

3

4      Executed on: _January 10, 2014_____ in Florence, AZ, USA.

5

6                                    DANIEL DAVID RIGMAIDEN,
                                     Pro Se Plaintiff:
7

8                                    _Daniel Rigmaiden_____
                                     Daniel D. Rigmaiden
9                                    Agency # 10966111
                                     CCA-CADC
10                                   PO Box 6300
                                     Florence, AZ 85132
11                                   Telephone: none

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Respectfully Submitted: January 29, 2014*

*Daniel Rigmaiden*
*Daniel Rigmaiden*
*Plaintiff*

**CERTIFICATE OF SERVICE**

I, Daniel David Rigmaiden, certify under penalty of perjury under the laws of the United States of America that on _JANUARY 31, 2014_ I caused the following to be mailed first-class United States Postal Service delivery by *having it hand delivered to the court clerk.* :

Original attached document addressed to:

Clerk of the Court
Attn: Civil Docketing Section
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

*Per Court order at Dkt. #056, the ECF system will effectuate service on:*
~~One copy of the original document addressed to:~~

Brad P. Rosenberg, Trial Attorney
Kimberly L. Herb, Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
PO Box 883
Washington, D.C. 20044

By: *Daniel Rigmaiden*

-19-

Daniel Rigmaiden's First Declaration Under Penalty of Perjury In Support of Plaintiff's Motion for Partial Summary Judgment