**ATTACHMENT 01**

DANIEL RIGMAIDEN'S FIRST DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 01: Federal Bureau of Investigation, *Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1*, Aug. 27, 2007, *available at* http://www.eff.org/files/filenode/061708CKK/082707_dcs01.pdf [EFF PDF Set 1 of 6] (last accessed: Oct. 25, 2010), p. 1-2 of 67 [p. No. 1-2 of attachment]; FBI Aug. 27, 2007, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/082707_dcs06.pdf [EFF PDF Set 6 of 6] (last accessed: Oct. 25, 2010), p. 142 of 148 [p. No. 3 of attachment];



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

August 27, 2007

ESQ. MARCIA HOFMANN
ELECTRONIC FRONTIER FOUNDATION
SUITE 650
1875 CONNECTICUT AVENUE, NORTHWEST
WASHINGTON, DC 20009

Subject: SYSTEM DCS-3000 and Red Hook

FOIPA No. 1056287- 000 and FOIPA No. 1056307-1

Dear Ms. Hofmann:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☒(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)________ | ☒(b)(7)(C) | ☐(k)(1) |
| ________ | ☐(b)(7)(D) | ☐(k)(2) |
| ________ | ☒(b)(7)(E) | ☐(k)(3) |
| ________ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

967 **page(s)** were reviewed and 618 **page(s)** are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

- ☐ referred to the OGA for review and direct response to you.
- ☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
Dissemination Section
Records Management Division

Enclosure(s)

Please be advised that this is the fourth interim release as ordered by the court on May 7, 2007 for documents concerning surveillance systems known as DCS-3000 and Red Hook.

A decision has not been made concerning your request for a waiver of fees. We will be corresponding with you concerning that request in the near future. In the interim, we are providing you with the enclosed documents. Pursuant to Title 28, Code of Federal Regulations, Section 16.11, there is a fee of ten cents per page for duplication. No fees are assessed for the first 100 pages. If it is determined that you do not qualify for a fee waiver, duplication fees will be assessed accordingly.

**From:**
**To:**
**Date:** Wed, Jul 25, 2001 10:07 AM
**Subject:** Re: DCS3000 Tracker Software

b6
b7C

Sounds good Can't wait to see it.

I was working with some agency guys yesterday. They are putting together a system with a flat panel ant. and a loggerhead and doing locations based on registrations. It works. They have a later software version on their loggerheads (I think). It will really help when we can use your software for real time display of the loggerhead activity. As it is, you have to make a pass in the area, move somewhere else, look at the log, etc. Any word on when Harris can make the change to the loggerhead?

>>> 07/24 10:05 AM >>>
JP is finished with the software mods that support
the multi-van integration.

We are waiting delivery of the COM driver and the
final approval of the

b2
b6
b7C
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-14-2007 BY 65179DMH/KSR/MAJ

**ATTACHMENT 02**

DANIEL RIGMAIDEN'S FIRST DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 02: United States Patent and Trademark Office, *Trademark Reg. No. 2,555,909 [loggerhead]* (registered Apr. 2, 2002), *all associated documents available via search at* http://tmportal.uspto.gov/external/portal/tow (last accessed Mar. 11, 2011);



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

REGISTRATION NO: 2555909 SERIAL NO: 76/284567 MAILING DATE: 03/04/2008
REGISTRATION DATE: 04/02/2002
MARK: LOGGERHEAD
REGISTRATION OWNER: Harris Corporation

**CORRESPONDENCE ADDRESS:**

DONALD S. SHOWALTER
GRAYROBINSON, P.A.
P.O. BOX 2328
FORT LAUDERDALE, FL 33303

# NOTICE OF ACCEPTANCE

15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

*************************************************

# NOTICE OF ACKNOWLEDGEMENT

15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.**ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.**

*************************************************

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
009.

MA, MACY L
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

---

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATIONI) SECTION 8: AFFIDAVIT OF CONTINUED USE** The registration shall remain in force for 10 years, except that the registration

shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration. **Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

**II) SECTION 9: APPLICATION FOR RENEWAL** The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration. **Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE. IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability Under Sections 8 & 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2555909 |
| **REGISTRATION DATE** | 04/02/2002 |
| **SERIAL NUMBER** | 76284567 |
| **MARK SECTION** | |
| **MARK** | LOGGERHEAD |
| **OWNER SECTION (current)** | |
| **NAME** | Harris Corporation |
| **STREET** | 1025 West NASA Boulevard |
| **CITY** | Melbourne |
| **STATE** | Florida |
| **ZIP/POSTAL CODE** | 32919 |
| **COUNTRY** | United States |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Donald S. Showalter, Esquire |
| **FIRM NAME** | GrayRobinson, P.A. |
| **STREET** | P.O. Box 2328 |
| **CITY** | Fort Lauderdale |
| **STATE** | Florida |
| **POSTAL CODE** | 33303 |
| **COUNTRY** | United States |
| **PHONE** | 954-761-7473 |
| **FAX** | 954-761-8112 |

| ATTORNEY SECTION(proposed) | |
|---|---|
| NAME | Donald S. Showalter, Esquire |
| FIRM NAME | GrayRobinson, P.A. |
| STREET | P.O. Box 2328 |
| CITY | Fort Lauderdale |
| STATE | Florida |
| POSTAL CODE | 33303 |
| COUNTRY | United States |
| PHONE | 954-761-7473 |
| FAX | 954-761-8112 |
| ATTORNEY DOCKET NUMBER | T578(621020.1259) |
| OTHER APPOINTED ATTORNEY | Thomas L. Kautz |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 009 |
| GOODS OR SERVICES | KEEP ALL LISTED |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT15\762\845 \76284567\xml1\8150002.JP G |
| SPECIMEN DESCRIPTION | Digital image showing the mark as used on the goods |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 300 |
| TOTAL FEE PAID | 300 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Ronald S. Blum II/ |
| SIGNATORY'S NAME | Ronald S. Blum II |
| SIGNATORY'S POSITION | IP General Counsel |
| DATE SIGNED | 02/01/2008 |
| PAYMENT METHOD | DA |

| FILING INFORMATION | |
|---|---|
| SUBMIT DATE | Fri Feb 01 11:13:04 EST 2008 |
| TEAS STAMP | USPTO/S08N15-209.36.59.1-20080201111304604314-2555909-400b1c53aba664d21584526777095f19e5-DA-6461-20080201083804568375 |

---

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

**Combined Declaration of Use and Incontestability Under Sections 8 & 15**
**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 2555909
**REGISTRATION DATE:** 04/02/2002

**MARK:** LOGGERHEAD

The owner, Harris Corporation, having an address of
1025 West NASA Boulevard
Melbourne, Florida 32919
United States
is filing a Combined Declaration of Use and Incontestability Under Sections 8 & 15.

For International Class 009, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Digital image showing the mark as used on the goods.
Specimen File1

The registrant hereby appoints Donald S. Showalter, Esquire and Thomas L. Kautz of GrayRobinson,

P.A.
P.O. Box 2328
Fort Lauderdale, Florida 33303
United States
to file this Combined Declaration of Use and Incontestability Under Sections 8 & 15 on behalf of the registrant. The attorney docket/reference number is T578(621020.1259).

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

**Declaration**

*The owner, or its related company, is using the mark in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The owner, or its related company, has continuously used the mark in commerce on or in connection with the goods and/or services identified above, for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still using the mark in commerce on or in connection with the identified goods and/or services. There has been no final decision adverse to the owner's claim of ownership of such mark for such goods and/or services, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Ronald S. Blum II/ Date: 02/01/2008
Signatory's Name: Ronald S. Blum II
Signatory's Position: IP General Counsel

Mailing Address **(current):**
GrayRobinson, P.A.
P.O. Box 2328
Fort Lauderdale, Florida 33303

Mailing Address **(proposed):**
GrayRobinson, P.A.
P.O. Box 2328
Fort Lauderdale, Florida 33303

Serial Number: 76284567
Internet Transmission Date: Fri Feb 01 11:13:04 EST 2008
TEAS Stamp: USPTO/S08N15-209.36.59.1-200802011113046

04314-2555909-400b1c53aba664d21584526777
095f19e5-DA-6461-20080201083804568375


LoggerHead
4000PCS
ABC 2
DEF 3
Vol
GHI 4
JKL 5
MNO 6
Bal
PRS 7
TUV 8
WXY 9
Back Light
Quit
_QZ 0
Select /Enter
On/ Off

**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:** 2555909

**Serial Number:** 76284567

**RAM Sale Number: 6461**

**RAM Accounting Date: 20080201**

**Total Fees:** $300

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20080201 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20080201 | $200 | 1 | 1 | $200 |

Physical Location: 900 - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:** 20080201




LoggerHead
4000PCS
1
ABC 2
DEF 3
Vol
GHI 4
JKL 5
MNO 6
Bal
PRS 7
TUV 8
WXY 9
Back Light
Quit
_QZ 0
Select /Enter
On/ Off

# Change Of Correspondence Address

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76284567 |
| **REGISTRATION NUMBER** | 2555909 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 103 |
| **MARK SECTION** | |
| **MARK** | LOGGERHEAD |
| **CORRESPONDENCE SECTION (current)** | |
| **ORIGINAL ADDRESS** | DONALD S. SHOWALTER, ESQUIRE<br>HOLLAND & KNIGHT LLP<br>BROWARD<br>1 E BROWARD BLVD STE 1300<br>FORT LAUDERDALE Florida 33301-1865<br>United States<br>(954) 463-2030<br>(954) 468-7879<br>dshowalt@hklaw.com |
| **NEW CORRESPONDENCE ADDRESS** | |
| **NEW ADDRESS** | Donald S. Showalter, Esquire<br>GrayRobinson, P.A.<br>P.O. Box 2328<br>Fort Lauderdale<br>Florida<br>United States<br>33303<br>954-761-7473<br>954-761-8112 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Donald S. Showalter/ |
| **SIGNATORY NAME** | Donald S. Showalter |
| **SIGNATORY DATE** | 09/27/2007 |
| **SIGNATORY POSITION** | Attorney of Record |

| FILING INFORMATION SECTION | |
|---|---|
| **SUBMIT DATE** | Thu Sep 27 10:22:23 EDT 2007 |
| **TEAS STAMP** | USPTO/CCA-209.36.59.1-200<br>70927102223714976-7628456<br>7-400f5a0b2dde176af18d4ae<br>bbe62af84ff-N/A-N/A-20070<br>927102018534969 |

# Change Of Correspondence Address

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76284567 |
| **REGISTRATION NUMBER** | 2555909 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 103 |
| **MARK SECTION** | |
| **MARK** | LOGGERHEAD |
| **CORRESPONDENCE SECTION (current)** | |
| **ORIGINAL ADDRESS** | DONALD S. SHOWALTER, ESQUIRE<br>HOLLAND & KNIGHT LLP<br>BROWARD<br>1 E BROWARD BLVD STE 1300<br>FORT LAUDERDALE Florida 33301-1865<br>United States<br>(954) 463-2030<br>(954) 468-7879<br>dshowalt@hklaw.com |
| **NEW CORRESPONDENCE ADDRESS** | |
| **NEW ADDRESS** | Donald S. Showalter, Esquire<br>GrayRobinson, P.A.<br>P.O. Box 2328<br>Fort Lauderdale<br>Florida<br>United States<br>33303<br>954-761-7473<br>954-761-8112 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Donald S. Showalter/ |
| **SIGNATORY NAME** | Donald S. Showalter |
| **SIGNATORY DATE** | 09/27/2007 |
| **SIGNATORY POSITION** | Attorney of Record |

| FILING INFORMATION SECTION | |
|---|---|
| SUBMIT DATE | Thu Sep 27 10:22:23 EDT 2007 |
| TEAS STAMP | USPTO/CCA-209.36.59.1-200<br>709271022237 14976-7628456<br>7-400f5a0b2dde176af18d4ae<br>bbe62af84ff-N/A-N/A-20070<br>927102018534969 |

Trademark

| Serial Number (Text) | 76284567 |
|---|---|

NEW CASE DELIVERED
AUG 2 8 2001
LAW OFFICE 103

# PROSECUTION HISTORY

NOP
01/08/02

| | Entry | Date | Initials |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |
| 26. | | | |
| 27. | | | |
| 28. | | | |
| 29. | | | |
| 30. | | | |

❑ See inside of file for additional entries.

# Post Registration

| Section 8 Accepted (Signature) | (Date) | Renewal Granted (Initials) | (Date) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Section 15 Acknowledged (Signature) |
|---|
| |

| Cancelled - Section 8 (Date) |
|---|
| |
| |
| |
| |

| Expired - Section 9 (Date) |
|---|
| |
| |
| |
| |

R
11.29.01

Trademark

FORM PTO-103

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

REG NUM: 2555909
REG DT: 04/02/2002
S/N 76/284567

76-284567

**FILING DATE**
July 13, 2001

**ORIGINAL APPLICANT**
Harris Corporation

**GOODS/SERVICES (CLASS 009)**
electronic surveillance transceivers for (ETC)

**FILING BASIS**
USE

**ORIGINAL CORRESPONDENT**
DONALD S. SHOWALTER, ESQUIRE

# LOGGERHEAD

LOGGERHEAD

PRINCIPAL

LAW OFFICE 103

ATTORNEY ADVISOR: [signature]

76-284567

Approved for Publication (Principal Register) (Signature/Date)
[signature: Kathy Varden]

Approved for Registration (Section 1(d)) (Signature/Date)

Approved for Registration (Supplemental Register) (Signature/Date)

PUBLISHED
01/08/02

NOA

☐ Abandoned

(Date)



07-13-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75




76284567



07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75




76284567



07-13-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75




76284567



**UNITED STATES DEP TMENT OF COMMERCE**
**Patent and Trademark Office**
ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia 22202-3513

Dec 19, 2001

NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   76/284,567
2. Mark:
   LOGGERHEAD
3. International Class(es):
   9
4. Publication Date:
   Jan 8, 2002
5. Applicant:
   Harris Corporation

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: (202)512-1800

By direction of the Commissioner.

DONALD S. SHOWALTER, ESQUIRE
HOLLAND & KNIGHT LLP
BROWARD
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE FL 33301-1865

TMP&I

# TRADEMARK EXAMINATION WORKSHEET

☐ AMENDMENT STAGE ☐ NO CHANGE ☐ PUBLICATION/REGISTRATION STAGE

Name: ROY, ANA L.O. 107 Date 11/9/01 Serial No. 1284537

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

## Legal Instrument Examiner (LIE)

| | Amended | Data Element | |
|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | ☐ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1b | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ SCAN DWG | ☐ Design Search Code |
| | | ☐ Sizing/Lining Code | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text editing guidelines.

AR
LIE

11/9/01
DATE

Other:

EL677104017US

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

MARK: LOGGERHEAD
INTERNATIONAL CLASS: 009

To The Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Sir:

Harris Corporation ("Applicant"), is a Delaware corporation, having a place of business at 1025 West NASA Boulevard, Melbourne, Florida 32919.

Applicant has adopted, is using in interstate commerce and requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance transceivers for intercepting, monitoring and gathering information concerning cellular network communications in International Class 009.

The mark was first used in connection with the above goods at least as early as August 25, 1999, was first used in interstate commerce at least as early as August 25, 1999, and is now in use in such commerce.

Three specimens depicting the mark as used in interstate commerce are enclosed. The mark is used by being affixed to the goods and/or to the packaging for the goods.

The undersigned being warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the Applicant; that Applicant believes it is the owner of the mark sought to be registered; that the mark is in

use in commerce or, if the application is being filed under 15 U.S.C. 1051(b), he/she believes Applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that the specimens or facsimiles show the mark as used on or in connection with the goods or services; and that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

On behalf of Applicant, the undersigned hereby appoints Donald S. Showalter, Reg. No.: 33,033; Thomas L. Kautz, Reg. No.: 28,726; Leslie J. Hart, Reg. No.: 26,462; Michael S. Yatsko, Reg. No.: 28, 135; and Harry M. Fleck, Reg. No.: 24,704, its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark Office connected therewith. Please direct all telephone calls and correspondence to:

Donald S. Showalter, Esquire
Holland & Knight LLP
One East Broward Blvd., Suite 1300
Fort Lauderdale, FL 33301
Phone: (954) 468-7879
Fax: (954) 463-2030
E-mail: dshowalt@hklaw.com

HARRIS CORPORATION

By [signature]
Michael S. Yatsko
Attorney Intellectual Property Dept.

Date 7/9/01

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: July 13, 2001

Sir:

Transmitted herewith is an application for registration of:

Mark: LOGGERHEAD

In International Class(es): 009

On Behalf of Applicant: Harris Corporation

Applicant is a:

____ citizen of ____________________.

____ partnership of ________________.

__X__ corporation of __Delaware________.

Attached hereto are:

__XX__ one executed application.

__XX__ one drawing (____ *formal*, __X__ *informal*).

__XX__ Three specimens for each International Class.

______ Intent to Use Application - no specimens attached.

______ A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class. The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

__XX__ The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870. The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

___ A certified copy of Reg. No. __________ in the country of __________, dated ____________, as required for an application based on a foreign registration.

XX An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By ______________________
Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida 33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

CERTIFICATION UNDER 37 C.F.R. 1.10

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on July 13, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL677104017US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

______________________
Signature of person mailing correspondence

Francine A. Nienow
typed or printed name of person mailing correspondence

FTL1 #543891 v5

76284567

TRADEMARK APPLICATION SERIAL NO. ____________________

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

07/18/2001 TSMITH 00000145 080870 76284567

01 FC:361 325.00 CH

PTO-1555
(5/87)

*U.S. Government Printing Office: 2000 — 466-232/29119

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida 32919

Date of First Use: August 25, 1999

Date First Used in Commerce: August 25, 1999

For: electronic surveillance transceivers for intercepting, monitoring and gathering information concerning cellular network communications

Int. Class: 009

# LOGGERHEAD



07-13-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75



76284567

PUBLISHED
01/08/02

*** User: kvanston ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 24707 | N/A | 0 | 0 | 0:01 | *log*[bi,ti] |
| 02 | 8119 | N/A | 0 | 0 | 0:02 | (*head* or *hed*)[bi,ti] |
| 03 | 49 | N/A | 0 | 0 | 0:02 | 1 and 2 |
| 04 | 22 | 0 | 22 | 22 | 0:05 | 3 not dead[ld] |
| 05 | 153 | N/A | 0 | 0 | 0:01 | *logger*[bi,ti] |
| 06 | 65 | 0 | 65 | 65 | 0:05 | 5 not dead[ld] |

Session started 9/3/01 11:27:43 AM
Session finished 9/3/01 11:32:49 AM
Total search duration 0:16 minutes
Session Duration 5:06 minutes

Default NEAR limit= 1 ADJ limit= 1

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**United States Patent and Trademark Office**

**Reg. No. 2,555,909**
**Registered Apr. 2, 2002**

# TRADEMARK
## PRINCIPAL REGISTER

# LOGGERHEAD

HARRIS CORPORATION (DELAWARE CORPORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

FOR: ELECTRONIC SURVEILLANCE TRANSCEIVERS FOR INTERCEPTING, MONITORING AND GATHERING INFORMATION CONCERNING CELLULAR NETWORK COMMUNICATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-25-1999; IN COMMERCE 8-25-1999.

SER. NO. 76-284,567, FILED 7-13-2001.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**United States Patent and Trademark Office**

**Reg. No. 2,555,909**
**Registered Apr. 2, 2002**

**TRADEMARK**
**PRINCIPAL REGISTER**

# LOGGERHEAD

HARRIS CORPORATION (DELAWARE CORPORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

FOR: ELECTRONIC SURVEILLANCE TRANSCEIVERS FOR INTERCEPTING, MONITORING AND GATHERING INFORMATION CONCERNING CELLULAR NETWORK COMMUNICATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-25-1999; IN COMMERCE 8-25-1999.

SER. NO. 76-284,567, FILED 7-13-2001.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida 32919

| | |
|---|---|
| Date of First Use: | August 25, 1999 |
| Date First Used in Commerce: | August 25, 1999 |
| For: | electronic surveillance transceivers for intercepting, monitoring and gathering information concerning cellular network communications |
| Int. Class: | 009 |

# LOGGERHEAD



07-13-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75



76284567

TRADEMARK APPLICATION SERIAL NO. ____________

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

07/18/2001 TSMITH 00000145 080870 76284567

01 FC:361 325.00 CH

PTO-1555
(5/87)

*U.S. Government Printing Office: 2000 — 466-232/29119

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: July 13, 2001

Sir:

Transmitted herewith is an application for registration of:

Mark: LOGGERHEAD

In International Class(es): 009

On Behalf of Applicant: Harris Corporation

Applicant is a:

___ citizen of ________________.

___ partnership of ______________.

_X_ corporation of __Delaware________.

Attached hereto are:

_XX_ one executed application.

_XX_ one drawing (___ *formal*, _X_ *informal*).

_XX_ Three specimens for each International Class.

_____ Intent to Use Application - no specimens attached.

______ A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class. The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

_XX_ The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870. The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

___ A certified copy of Reg. No. __________ in the country of __________, dated ____________, as required for an application based on a foreign registration.

XX An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By ____________________
Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida 33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

CERTIFICATION UNDER 37 C.F.R. 1.10

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on July 13, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL677104017US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

____________________
Signature of person mailing correspondence

Francine A. Nienow
typed or printed name of person mailing correspondence

FTL1 #543891 v5

EL677104017US

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

MARK: LOGGERHEAD
INTERNATIONAL CLASS: 009

To The Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Sir:

Harris Corporation ("Applicant"), is a Delaware corporation, having a place of business at 1025 West NASA Boulevard, Melbourne, Florida 32919.

Applicant has adopted, is using in interstate commerce and requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance transceivers for intercepting, monitoring and gathering information concerning cellular network communications in International Class 009.

The mark was first used in connection with the above goods at least as early as August 25, 1999, was first used in interstate commerce at least as early as August 25, 1999, and is now in use in such commerce.

Three specimens depicting the mark as used in interstate commerce are enclosed. The mark is used by being affixed to the goods and/or to the packaging for the goods.

The undersigned being warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the Applicant; that Applicant believes it is the owner of the mark sought to be registered; that the mark is in

use in commerce or, if the application is being filed under 15 U.S.C. 1051(b), he/she believes Applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that the specimens or facsimiles show the mark as used on or in connection with the goods or services; and that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

On behalf of Applicant, the undersigned hereby appoints Donald S. Showalter, Reg. No.: 33,033; Thomas L. Kautz, Reg. No.: 28,726; Leslie J. Hart, Reg. No.: 26,462; Michael S. Yatsko, Reg. No.: 28, 135; and Harry M. Fleck, Reg. No.: 24,704, its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark Office connected therewith. Please direct all telephone calls and correspondence to:

Donald S. Showalter, Esquire
Holland & Knight LLP
One East Broward Blvd., Suite 1300
Fort Lauderdale, FL 33301
Phone: (954) 468-7879
Fax: (954) 463-2030
E-mail: dshowalt@hklaw.com

HARRIS CORPORATION

By Michael S. Yatsko
Michael S. Yatsko
Attorney Intellectual Property Dept.

Date 7/9/01

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida 32919

| | |
|---|---|
| Date of First Use: | August 25, 1999 |
| Date First Used in Commerce: | August 25, 1999 |
| For: | electronic surveillance transceivers for intercepting, monitoring and gathering information concerning cellular network communications |
| Int. Class: | 009 |

# LOGGERHEAD



07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75



07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75



76284567