**ATTACHMENT 05**

DANIEL RIGMAIDEN'S FIRST DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 05:   United States Patent and Trademark Office, *Trademark Reg. No.
2,762,468 [stingray]* (registered Sep. 9, 2003), *all associated
documents available via search at*
http://tmportal.uspto.gov/external/portal/tow (last accessed Mar. 11,
2011);

Side - 1



## NOTICE OF ACCEPTANCE AND ACKNOWLEDGEMENT OF §§8 & 15 DECLARATION
**MAILING DATE: Nov 22, 2008**

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065.  The combined declaration is accepted and acknowledged.  The registration remains in force.For further information about this notice, visit our website at: http://www.uspto.gov.  To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**   2762468
**MARK:**   STINGRAY
**OWNER:**   Harris Corporation

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

Donald S. Showalter
GrayRobinson, P.A.
401 East Las Olas Blvd.
Suite 1850
FORT LAUDERDALE, FL   33301

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2762468 |
| **REGISTRATION DATE** | 09/09/2003 |
| **SERIAL NUMBER** | 76303503 |
| **MARK SECTION** | |
| MARK | STINGRAY |
| **OWNER SECTION (current)** | |
| NAME | Harris Corporation |
| STREET | 1025 West NASA Boulevard |
| CITY | Melbourne |
| STATE | Florida |
| ZIP/POSTAL CODE | 32919 |
| COUNTRY | United States |
| **ATTORNEY SECTION (current)** | |
| NAME | Donald S. Showalter |
| FIRM NAME | HOLLAND & KNIGHT LLP |
| STREET | 1 E BROWARD BLVD STE 1300 |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33301-1865 |
| COUNTRY | United States |
| PHONE | 954-468-7879 |
| FAX | 954-463-2030 |

**ATTORNEY SECTION(proposed)**

| | |
|---|---|
| NAME | Donald S. Showalter |
| FIRM NAME | GrayRobinson, P.A. |
| INTERNAL ADDRESS | Suite 1850 |
| STREET | 401 East Las Olas Blvd. |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33301 |
| COUNTRY | United States |
| PHONE | 954-761-7473 |
| FAX | 954-761-8112 |
| ATTORNEY DOCKET NUMBER | T589(621020.1269) |
| OTHER APPOINTED ATTORNEY | Thomas L. Kautz |

**GOODS AND/OR SERVICES SECTION**

| | |
|---|---|
| INTERNATIONAL CLASS | 009 |
| GOODS OR SERVICES | KEEP ALL LISTED |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT4\IMAGEOUT4 \763\035\76303503\xml1\81 50002.JPG |
| SPECIMEN DESCRIPTION | Digital image showing the mark affixed to the goods |

**PAYMENT SECTION**

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 300 |
| TOTAL FEE PAID | 300 |

**SIGNATURE SECTION**

| | |
|---|---|
| SIGNATURE | /Ronald S. Blum II/ |
| SIGNATORY'S NAME | Ronald S. Blum II |
| SIGNATORY'S POSITION | Counsel, IP |
| DATE SIGNED | 11/12/2008 |

| PAYMENT METHOD | DA |
|---|---|

| FILING INFORMATION | |
|---|---|
| SUBMIT DATE | Wed Nov 12 14:54:45 EST 2008 |
| TEAS STAMP | USPTO/S08N15-209.36.59.1-20081112145445791166-2762468-40086e6f77f2890d870c860a013b4409a66-DA-291-20081112111154547230 |

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

## Combined Declaration of Use and Incontestability under Sections 8 & 15
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2762468
**REGISTRATION DATE:** 09/09/2003

**MARK:** STINGRAY

The owner, Harris Corporation, having an address of
    1025 West NASA Boulevard
    Melbourne, Florida 32919
    United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 009, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Digital image showing the mark affixed to the goods.
Specimen File1

The registrant hereby appoints Donald S. Showalter and Thomas L. Kautz of GrayRobinson, P.A.
    Suite 1850
    401 East Las Olas Blvd.
    FORT LAUDERDALE, Florida 33301
    United States
to file this Combined Declaration of Use and Incontestability under Sections 8 & 15 on behalf of the
registrant. The attorney docket/reference number is T589(621020.1269).

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1
class(es), plus any additional grace period fee, if necessary.

**Declaration**

*The owner, or its related company, is using the mark in commerce on or in connection with the goods
and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in
commerce. The owner, or its related company, has continuously used the mark in commerce on or in
connection with the goods and/or services identified above, for five (5) consecutive years after the date of
registration, or the date of publication under Section 12(c), and is still using the mark in commerce on or
in connection with the identified goods and/or services. There has been no final decision adverse to the
owner's claim of ownership of such mark for such goods and/or services, or to the owner's right to
register the same or to keep the same on the register; and there is no proceeding involving said rights
pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or
imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like
may jeopardize the validity of this document, declares that he/she is properly authorized to execute this
document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all
statements made on information and belief are believed to be true.


Signature: /Ronald S. Blum II/    Date: 11/12/2008
Signatory's Name: Ronald S. Blum II
Signatory's Position: Counsel, IP


Mailing Address **(current):**
  HOLLAND & KNIGHT LLP
  1 E BROWARD BLVD STE 1300
  FORT LAUDERDALE, Florida 33301-1865


Mailing Address **(proposed):**
  GrayRobinson, P.A.
  401 East Las Olas Blvd.
  FORT LAUDERDALE, Florida 33301


Serial Number: 76303503

Internet Transmission Date: Wed Nov 12 14:54:45 EST 2008
TEAS Stamp: USPTO/S08N15-209.36.59.1-200811121454457
91166-2762468-40086e6f77f2890d870c860a01
3b4409a66-DA-291-20081112111154547230



## ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**   2762468



**Serial Number:**   76303503

**RAM Sale Number:  291**

**RAM Accounting Date:  20081113**

**Total Fees:**   $300

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20081112 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20081112 | $200 | 1 | 1 | $200 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20081112





Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,762,468
Registered Sep. 9, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## STINGRAY

HARRIS CORPORATION (DELAWARE COR-
  PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

FOR: MULTI-CHANNEL, SOFTWARE-DEFINED, TWO-WAY ELECTRONIC SURVEILLANCE RADIOS FOR AUTHORIZED LAW ENFORCE-MENT AND GOVERNMENT AGENCIES FOR IN-TERROGATING, LOCATING, TRACKING AND

GATHERING INFORMATION FROM CELLULAR TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-2-2003; IN COMMERCE 3-2-2003.

SN 76-303,503, FILED 8-21-2001.

MELVIN AXILBUND, EXAMINING ATTORNEY

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:** 76/303503

**APPLICANT:** Harris Corporation

**CORRESPONDENT ADDRESS:**
DONALD S. SHOWALTER, Esq.
HOLLAND & KNIGHT LLP
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE FL 33301-1865

**RETURN ADDRESS:**
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513
**ecom113@uspto.gov**

If no fees are enclosed, the address should
include the words "Box Responses - No Fee."

**MARK:**     STINGRAY

**CORRESPONDENT'S REFERENCE/DOCKET NO:**   N/A

**CORRESPONDENT EMAIL ADDRESS:**
N/A

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and email address.

RE: Serial Number  76/303503

### EXAMINER'S AMENDMENT

In accordance with the authorization granted by Donald S. Showalter, Esq., on July 31, 2002, the application has been AMENDED as indicated below.  Please note that if the identification of goods or services has been amended below, any future amendments must be in accordance with 37 C.F.R. 2.71(a); TMEP section 1402.07(e).  No response is necessary unless there is an objection to the amendment.  If there is an objection to the amendment, the applicant should notify the examining attorney immediately.

Multi-channel, software-defined, two-way electronic surveillance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular telephones

If the applicant has any questions, please contact the assigned examining attorney.[1]

Melvin T. Axilbund
Examining Attorney, Law Office 113

---

[1] Telephone – 703/308-9113, extension 196; e-mail – melvin.axilbund@uspto.gov; facsimile – 703/746-6369.

Trademark

| Serial Number | |
| --- | --- |
| (Text) | |

‖‖‖‖‖‖‖‖‖‖‖‖‖

**76303503**



NEW CASE DELIVERED
OCT 3
LAW OFFICE 113

## PROSECUTION HISTORY

| | Entry | | Date | Initials |
| --- | --- | --- | --- | --- |
| 1. | | | JAN 18 2002 | |
| 2. | Amdt A, Encls | JUL 24 2002 | 07/18/02 AUG 1 2002 | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | NOP | | |
| 9. | | 10/22/02 | | |
| 10. | | | | |
| 11. | | NOA | | |
| 12. | | 1/14/03 | | |
| 13. | | | | |
| 14. | | SOU FILED | JUN 5 2003 | MC |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |

☐ See inside of file for additional entries.

# Post Registration

| Section 8 Accepted | | Renewal Granted | | Section 15 |
|---|---|---|---|---|
| (Signature) | (Date) | (Initials) | (Date) | Acknowledged |
| | | | | (Signature) |
| | | | | |
| | | | | |
| | | | | Cancelled - Section 8 |
| | | | | (Date) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | Expired - Section 9 |
| | | | | (Date) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

09/10/02 JJC

STINGRAY

Approved for Publication (Principal Register) (Signature/Date)

Melvin J. Axilbund    8/1/02

Approved for Registration (Section 1(d)) (Signature/Date)

Approved for Registration (Supplemental Register) (Signature/Date)

PUBLISHED
10/22/02

NOA

☐ Abandoned

(Date)

## SPECIMEN

**Internet Transmission Date:**
06/05/2003

**International Class:**
009

**Serial Number:**
76303503





# NEW SEARCH REQUIRED

**The attached application has been granted either an earlier or later filing date.  Please conduct an on-point search for any application that may now represent a possible conflict under Section 2(d).**

**If an intervening, conflicting application was filed, both applications should be handled in accordance with Office policy for handling conflicting and companion applications.**

**SPECIMEN**

**Internet Transmission Date:**
06/05/2003

**Serial Number:**
76303503

**International Class:**
009







PTO Form 1553 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Statement of Use Filing

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76303503 |
| **LAW OFFICE ASSIGNED** | TMO Law Office 113 |
| **NOTICE OF ALLOWANCE** | YES |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| MARK | STINGRAY |
| **OWNER SECTION (no change)** | |
| **ATTORNEY SECTION** | |
| NAME | Donald S. Showalter |
| FIRM NAME | Holland & Knight LLP |
| INTERNAL ADDRESS | Suite 1300 |
| STREET | One East Broward Boulevard |
| CITY | Fort Lauderdale |
| STATE | FL |
| ZIP/POSTAL CODE | 33301 |
| COUNTRY | USA |
| PHONE | (954) 468-7879 |
| FAX | (954) 463-2030 |
| EMAIL | don.showalter@hklaw.com |
| DOCKET NUMBER | 621020.01269 (T589) |
| OTHER APPOINTED ATTORNEY | Thomas L. Kautz |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 009 |

| | |
|---|---|
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| FIRST USE ANYWHERE DATE | 03/02/2003 |
| FIRST USE IN COMMERCE DATE | 03/02/2003 |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT5\IMAGEOUT5 \763\035\76303503\xml1\SO U0002.JPG |
| SPECIMEN DESCRIPTION | digital image showing the mark affixed to the goods. |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| SUBTOTAL AMOUNT | 100 |
| TOTAL AMOUNT | 100 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Michael S. Yatsko/ |
| SIGNATORY NAME | Michael S. Yatsko |
| SIGNATORY DATE | 06/05/2003 |
| SIGNATORY POSITION | Sr. Intellectual Property Counsel |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu Jun 05 14:11:44 EDT 2003 |
| TEAS STAMP | USPTO/SOU-172.30.228.74-2 0030605141144486041-76303 503-200813ae16247747a7525 4514b56c979f-RAM-904-2003 0605113717175143 |

PTO Form 1553 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/30/2005)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

MARK: STINGRAY
**SERIAL NUMBER:** 76303503

This Allegation of Use is being filed after a Notice of Allowance has issued.

The applicant, Harris Corporation, residing at 1025 West NASA Boulevard , Melbourne, FL US 32919, is using or is using through a related company or licensee the mark in commerce on or in connection with the goods and/or services as follows:

For International Class: 009, the applicant, or the applicant's related company or licensee, is using the mark in commerce on or in connection with all goods and/or services listed in the application or Notice of Allowance.
The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 03/02/2003, and first used in commerce at least as early as 03/02/2003, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) digital image showing the mark affixed to the goods. .
Specimen-1

The applicant hereby appoints Donald S. Showalter and Thomas L. Kautz of Holland & Knight LLP, Suite 1300, One East Broward Boulevard, Fort Lauderdale, FL USA 33301 to submit this Statement of Use Filing on behalf of the applicant. The attorney docket/reference number is 621020.01269 (T589).

A fee payment in the amount of $100 will be submitted with the form, representing payment for 1 class.

### Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /Michael S. Yatsko/    Date: 06/05/2003
Signatory's Name: Michael S. Yatsko
Signatory's Position: Sr. Intellectual Property Counsel

Mailing Address:
  Holland & Knight LLP

Suite 1300
One East Broward Boulevard
Fort Lauderdale, FL 33301

RAM Sale Number: 904
RAM Accounting Date: 06/05/2003

Serial Number: 76303503
Internet Transmission Date: Thu Jun 05 14:11:44 EDT 2003
TEAS Stamp: USPTO/SOU-172.30.228.74-2003060514114448
6041-76303503-200813ae16247747a75254514b
56c979f-RAM-904-20030605113717175143


Go Back



**FEE RECORD SHEET**

**Serial Number:**   76303503

**RAM Sale Number:  904**

**Total Fees:**   $100

**RAM Accounting Date:  20030605**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20030605 | $100 | 1 | $100 |

Statement of Use Filing

PTO Form 1553 (Rev 4/2000)

OMB Control #0651-0009 (Exp. 08/31/2004)

# Statement of Use Filing

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| MARK | STINGRAY |
| OWNER | |
|     NAME | Harris Corporation |
|     STREET | 1025 West NASA Boulevard |
|     CITY | Melbourne |
|     STATE | FL |
|     ZIP/POSTAL CODE | 32919 |
|     COUNTRY | US |
| ATTORNEY | |
|     NAME | Donald S. Showalter |
|     FIRM NAME | Holland & Knight LLP |
|     INTERNAL ADDRESS | Suite 1300 |
|     STREET | One East Broward Boulevard |
|     CITY | Fort Lauderdale |
|     STATE | FL |
|     ZIP/POSTAL CODE | 33301 |
|     COUNTRY | USA |
|     PHONE | (954) 468-7879 |
|     FAX | (954) 463-2030 |
|     EMAIL | don.showalter@hklaw.com |
|     DOCKET NUMBER | 621020.01269 (T589) |
|     OTHER APPOINTED ATTORNEY | Thomas L. Kautz |
| SERIAL NUMBER | 76303503 |

| LAW OFFICE ASSIGNED | TMO Law Office 113 |
|---|---|
| NOTICE OF ALLOWANCE | YES |
| EXTENSION OF USE | NO |
| GOODS AND/OR SERVICES | |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| INTERNATIONAL CLASS | 009 |
| FIRST USE ANYWHERE DATE | 03/02/2003 |
| FIRST USE IN COMMERCE DATE | 03/02/2003 |
| SPECIMEN FILE NAME(S) | 65127183114-05113703016-STINGRAY.jpg |
| SPECIMEN DESSCRIPTION | digital image showing the mark affixed to the goods. |
| SIGNATURE INFORMATION | |
| SIGNATURE | /Michael S. Yatsko/ |
| SIGNATURE DATE | 06/05/2003 |
| SIGNATORY NAME | Michael S. Yatsko |
| SIGNATORY POSITION | Sr. Intellectual Property Counsel |
| PAYMENTS | |
| NUMBER OF CLASSES | 1 |
| SUBTOTAL AMOUNT | 100 |
| TOTAL AMOUNT | 100 |
| RAM SALE NUMBER | 904 |
| RAM ACCOUNTING DATE | 20030605 |

PTO Form 1553 (Rev 4/2000)

OMB Control #C651-0009 (Exp. 08/31/2004)

## Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** STINGRAY
**SERIAL NUMBER:** 76303503

This Allegation of Use is being filed after a Notice of Allowance has issued.

The applicant, Harris Corporation, residing at 1025 West NASA Boulevard , Melbourne, FL US 32919, is using or is using through a related company the mark in commerce on or in connection with the goods and/or services as follows:

For International Class: 009 all goods and/or services as listed in the Notice of Allowance.
The mark was first used at least as early as 03/02/2003, and first used in commerce at least as early as 03/02/2003, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) digital image showing the mark affixed to the goods.
Specimen-1

A fee payment in the amount of $100 will be submitted with the form, representing payment for 1 class.

### Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Michael S. Yatsko/ Date: 06/05/2003
Signatory's Name: Michael S. Yatsko
Signatory's Position: Sr. Intellectual Property Counsel

Go Back

**FEE RECORD SHEET**

Serial Number:  76303503

01/14/03

RAM Sale Number:  904

Total Fees:     $100

RAM Accounting Date:  20030605

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20030605 | $100 | 1 | $100 |

 

Page 01 of 01

**U.S. Patent and Trademark Office (PTO)**

# NOTICE OF ALLOWANCE

(NOTE: If any data on this notice is incorrect, please submit a written request for correction of the NOA to: Assistant Commissioner for Trademarks, Box ITU, 2900 Crystal Drive, Arlington, VA 22202-3513. Please include the serial number of your application on ALL correspondence with the PTO. 15 U.S.C. 1063(b)(2))

**ISSUE DATE OF NOA:** Jan 14, 2003

> DONALD S. SHOWALTER
> HOLLAND & KNIGHT LLP
> 1 E BROWARD BLVD STE 1300
> FORT LAUDERDALE FL 33301-1865

---

### ** IMPORTANT INFORMATION: 6 MONTH DEADLINE **

To avoid ABANDONMENT of this application, either a "Statement of Use" (a.k.a. "Allegation of Use") or a "Request for Extension of Time to File a Statement of Use" (a.k.a. "Extension Request") and the appropriate fee(s) must be received in the PTO within six months of the issue date of this Notice Of Allowance (NOA) for those goods and/or services based on intent to use. Failure to do so will result in the ABANDONMENT of this application.

Please note that both the "Statement of Use" and "Extension Request" have many legal requirements, including fees. These requirements are explained in the PTO booklet "Basic Facts About Trademarks", which can be obtained upon request at (703)308-9000. In addition, there are printed forms contained in this booklet (for "Statements of Use" and "Extension Requests") for your use.

---

### The following information should be reviewed for accuracy:

SERIAL NUMBER: 76/303503
MARK:          STINGRAY
OWNER:         Harris Corporation
               1025 West NASA Boulevard
               Melbourne, FLORIDA  32919

This application has the following bases, but not necessarily for all listed goods/services:
   Section 1(a): NO      Section 1(b): YES      Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

009—multi-channel, software-defined, two-way electronic surveillance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular telephones

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

---

TMFRF9 (10/99)            ADDITIONAL INFORMATION MAY BE PRESENT IN THE PTO RECORDS

## U.S. Patent and Trademark Office (PTO)
# NOTICE OF ALLOWANCE

(NOTE: If any data on this notice is incorrect, please submit a written request for correction of the NOA to: Assistant Commissioner for Trademarks, Box ITU, 2900 Crystal Drive, Arlington, VA 22202-3513.   Please include the serial number of your application on ALL correspondence with the PTO. 15 U.S.C. 1063(b)(2))

**ISSUE DATE OF NOA:** Jan 14, 2003

DONALD S. SHOWALTER
HOLLAND & KNIGHT LLP
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE FL 33301-1865

---

### ** IMPORTANT INFORMATION: 6 MONTH DEADLINE **

**To avoid ABANDONMENT of this application, either a "Statement of Use" (a.k.a. "Allegation of Use") or a "Request for Extension of Time to File a Statement of Use" (a.k.a. "Extension Request") and the appropriate fee(s) must be received in the PTO within six months of the issue date of this Notice of Allowance (NOA) for those goods and/or services based on intent to use.   Failure to do so will result in the ABANDONMENT of this application.** Please note that both the "Statement of Use " and "Extension Request" have many legal requirements, including fees.  These requirements are explained in the PTO booklet "Basic Facts About Trademarks", which can be obtained upon request at (703)308-9000.   In addition, there are printed forms contained in this booklet (for "Statement of Use" and "Extension Requests") for your use.

---

### The following information should be reviewed for accuracy:

| | |
|---|---|
| SERIAL NUMBER: | 76/303503 |
| MARK: | STINGRAY |
| OWNER: | Harris Corporation |
| | 1025 West NASA Boulevard |
| | Melbourne , FLORIDA   32919 |

This application has the following bases, but not necessarily for all listed goods/services:

Section 1(a): NO          Section 1(b): YES          Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

009 -  multi-channel, software-defined, two-way electronic surveillance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular telephones

### ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

**ADDITIONAL INFORMATION MAY BE PRESENT IN THE PTO RECORDS**

# TRADEMARK EXAMINATION WORKSHEET

☐ AMENDMENT STAGE          ☐ NO CHANGE          ☐ PUBLICATION/REGISTRATION STAGE

Name: **Tawana Campbell**   L.O. **113**   Date **August, 15, 2002**   No. **74/75/76/78**

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

## Legal Instrument Examiner (LIE)

| | Amended | Data Element | |
|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | ☐ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1b  Add   Delete | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ Mark Drawing Code | ☐ Design Search Code |
| | | ☐ Scan Sub Drawing | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text editing guidelines.

_____          _____
             LIE                                    DATE

Other: _____
_____
_____

# EXAMINING ATTORNEY'S TRADE-UPS WORKSHEET

☑ EXAM. AMENDMENT     ☐ CORRECTION     ☐ AMENDMENT PREVIOUSLY NOT ENTERED

Examining Attorney: **Melvin T. AXILBUND**     L.O. 113     Serial No. 76/303503

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

| | Amended | Data Element | |
|---|---|---|---|
| **Class Data** | ✓ | ☐ Prime/International Class | ☑ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1(b) | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ Mark Drawing Code | ☐ Design Search Code |
| | | ☐ | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration(s) | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with TRADEUPS guidelines.

~~Melvin Axilbund~~
EXAMINING ATTORNEY          DATE: 7/31/02

Other: _____

_____

_____



# TRADEMARK EXAMINATION WORKSHEET

☒ AMENDMENT STAGE          ☐ NO CHANGE          ☐ PUBLICATION/REGISTRATION STAGE

Name:  Yuvanna Chaphiv          L.O. __113_____   Date _JUL 2 2 2002_   Serial No. 76/303503

| INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded. | | |
|---|---|---|
| **Legal Instrument Examiner (LIE)** | | |
| | **Amended** | **Data Element** |
| **Class Data** | ☒ | ☐ Prime/International Class    ☒ Goods and Services |
| | | ☐ First Use Date    ☐ First Use in Commerce Date |
| | | ☐ In Another Form    ☐ Certification |
| | | ☐ 1b |
| **Mark Data** | | ☐ Word Mark    ☐ Pseudo Mark |
| | | ☐ Mark Drawing Code    ☐ Design Search Code |
| | | ☐ Scan Sub Drawing |
| **Misc. Mark Data** | | ☐ Mark Description    ☐ Disclaimer |
| | | ☐ Lining/Stippling    ☐ Name/Portrait/Consent |
| | | ☐ Translation |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark |
| | | ☐ Section 2(f) Limitation Statement    ☐ Section 2(f) in Part |
| | | ☐ Amended Register    ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country    ☐ 44(d) |
| | | ☐ Foreign Application Number    ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number    ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date    ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date    ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name    ☐ DBA/AKA/TA |
| | | ☐ Address 1    ☐ Address 2 |
| | | ☐ City    ☐ State |
| | | ☐ Zip Code |
| | | ☐ Citizenship    ☐ Entity |
| | | ☐ Entity Statement    ☐ Composed of |
| | | ☐ Assignment(s)/Name Change |
| **Amd/Corr Restr.** | | ☐ Concurrent Use |
| Prior Reg. Data | | ☐ Prior Registration |
| Corr. Data | | ☐ Attorney    ☐ Domestic Representative |
| | | ☐ Attorney Docket Number |
| | | ☐ Correspondence Firm Name Address |

_____          JUL 2 2 2002
         YC
         LIE

JUL-18-2002  11:24        HOLLAND and KNIGHT LLP                                P.01

```
*************** -COMM. JOURNAL- **************** DATE JUL-18-2002 **** TIME 10:57 *********

       MODE = MEMORY TRANSMISSION        START=JUL-18 10:46    END=JUL-18 10:57

       FILE NO.=256

  STN   COMM.   ONE-TOUCH/   STATION NAME/TEL. NO.
  NO.             ABBR NO.                                              PAGES    DURATION

  001    OK       *          17037468133M                            027/027   00:10:39     2A
```

– HOLLAND AND KNIGHT LLP  –

```
******************************* –      – *****      – ********
```

Law Offices

# HOLLAND & KNIGHT LLP

One East Broward Boulevard
P.O. Box 14070 (ZIP 33302-4070)
Fort Lauderdale, Florida 33301

954-525-1000
FAX 954-463-2030
http://www.hklaw.com

Annapolis       New York
Atlanta         Northern Virginia
Bethesda        Orlando
Boston          Providence
Bradenton       San Antonio
Chicago         San Francisco
Fort Lauderdale Seattle
Jacksonville    St. Petersburg
Lakeland        Tallahassee
Los Angeles     Tampa
Melbourne       Washington, D.C.
Miami           West Palm Beach

International Offices    São Paulo
Caracas*                Tel Aviv*
Helsinki*               Tokyo
Mexico City
Rio de Janeiro          *Representative Office

## FACSIMILE

| TO: | | |
|---|---|---|
| Melvin T. Axilbund | U.S. Patent and Trademark Office | (703) 746-8113 |
| NAME | COMPANY/FIRM | FAX NUMBER |
| Arlington | VA | (703) 308-9113 |
| CITY | STATE | (TELEPHONE NUMBER) |

| FROM: | | |
|---|---|---|
| Donald S. Showalter | (954) 468-7979 | 27 |
| NAME | TELEPHONE | TOTAL PAGES (Including Cover Sheet) |

FOR THE RECORD:

| DATE: July 18, 2002 | URGENCY: ☒ SUPER RUSH | ☐ RUSH | ☐ REGULAR |
|---|---|---|---|
| FAXED BY: | FILE #: 621020-1269 | CLIENT NAME: Harris Corp. | |

| CONFIRMED? ☐ YES ☐ NO | NAME | TIME |
|---|---|---|
| If you did not receive all of the pages or find that they are illegible, please call (954) 525-1000 | CONFIDENTIALITY NOTICE: This facsimile, along with any documents, files, or attachments, may contain information that is confidential, privileged, or otherwise exempt from disclosure. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, printing, distribution or use of any information contained in or attached to this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by facsimile or by telephone collect at the numbers stated above, and destroy the original facsimile and its attachments without reading, printing or saving in any manner. Your cooperation is appreciated. Thank you. | |

MESSAGE:
Please see attached –

Re: Response to Office Action

Serial No.: 76/305,503
Applicant: Harris Corporation
Filed: August 21, 2001
Examiner: Melvin T. Axilbund
Law Office: 113
Mark: STINGRAY
Enclosures: Response to Office Action
            Exhibit A – STINGRAY (4 pages)
            Exhibit B – STINGRAY brochure (9 pages)
            Exhibit C – STINGRAY (2 pages)

RECEIVED    2002 JUL 18  P 2:20    LAW OFFICE 113

JUL-18-2002  11:24          HOLLAND and KNIGHT LLP                                    P.02

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

I hereby certify that this paper or fee has been transmitted via facsimile to the
Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington VA 22202-3513
on July 18, 2002 via facsimile number (703) 746-8113.

*Karen J. Harvey*                                          7/18/02
Karen J. Harvey                                              Date

Serial No.:        76/303,503
Applicant:         Harris Corporation
Filed:             August 21, 2001
Examiner:          Melvin T. Axilbund
Law Office:        113
Mark:              STINGRAY

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington VA 22202-3513

Sir:

## RESPONSE TO OFFICE ACTION

This responds to the Office Action mailed January 18, 2002.

## Identification of Goods

Please amend the identification of goods to read:

"multi-channel, software-defined, two-way electronic
surveillance radios for interrogating, locating, tracking
and gathering information from cellular telephones".

## Remarks

Registration has initially been refused over the cited registration in view of

its recitation of "transmitters and receivers for computer networks" and

"transceivers".   Applicant acknowledges that likelihood of confusion must be

assessed based on the goods as described in the cited registration and not based on comparison of the respective actual goods of Registrant and Applicant.  Applicant further acknowledges that the present refusal cannot be overcome merely by limiting the identification of goods so as to describe a subset of Registrant's goods. However, provided the scope of the original recitation of goods is not expanded, it is appropriate to amend the identification of goods to distinguish those of a cited registration.  Moreover, evidence may properly be considered under circumstances where the cited registration is vague as to the nature of the goods it lists.  In re Trackmobile, 15 U.S.P.Q.2d (1152 TTAB 1990). Applicant respectfully submits such circumstances are present here.

The description of goods in the cited registration is unquestionably vague.  It provides no insight as to the nature of the goods it purports to describe. "Transmitters and receivers for computer networks" says nothing about what is being transmitted or received, for what purpose, or how.  Are these transmitters and receivers wireless or hardwired?  That information cannot be ascertained from the recitation of goods.

"Transceivers" is even more vague.  That term can be used to describe products ranging from toy "walkie-talkies" sold to ordinary consumers for use by children to highly sophisticated secure communications gear purchased by aerospace companies for use in the next generation of jet fighter aircraft.  Again, it also cannot be determined from the face of the cited registration whether these

"transceivers" are wireless or hardwired or what they might be used for. The answers were revealed only by a search of the Registrant's web site.

That search revealed only one product sold by the Registrant called "STINGRAY". While the terms "transceiver" or "transmitter and receiver for computer networks" can be used to describe the product, a much clearer understanding can be gleaned from a brochure and a white paper published by Registrant on its web site. Copies of same are enclosed as Exhibits A and B respectively to this Response.

As Exhibits A and B reflect, Registrant's "STINGRAY" has nothing whatsoever to do with carrying out surveillance of cellular telephones. The product is a file transfer server that allows exchange of electronic documents regardless of platform, protocol or communication method. As Exhibit A expressly indicates at pg. 8, the product is targeted to "large or small companies" such as "ad agencies, publishers, newspapers, graphic designers, printers, repro houses, solicitous offices and many more". Because the product transmits and receives files, it is capable of being described as a "transmitter", a "receiver" or a "transceiver". Those terms, however, are hardly enlightening as to the true nature of the goods.

By way of contrast, Applicant's goods are not targeted to business customers. They are described in Exhibit C. As can be seen, Applicant's goods are a software-defined radio that enables simultaneous monitoring of multiple cellular channels for carrying out surveillance of cellular telephones and more particularly, for

3

interrogating, locating, tracking and gathering information from cellular telephones. Importantly, as the second pages of Exhibit C reflects, "[T]his product is a restricted item and can be sold only to authorized law enforcement and government agencies". Such customers are highly sophisticated and not readily confused. Consistent with the "Distribution Warning" which appears on that same page, Exhibit C has been redacted to delete information which might be misused by some who might seek to circumvent the product.

It is to be noted that Exhibit C does not even use the word "transceiver" to describe Applicant's goods. Accordingly, the identification of goods has been amended. The amended description not only conforms more closely to the terminology being used by Applicant to describe the product in the marketplace, but also more clearly distinguishes Applicant's goods from those of the cited registration.

In view of the ambiguity present in the cited registration, In re Trackmobile, supra, is instructive. In that case, the facial similarity of the two marks in question was not in dispute. The sole issue was whether the goods were related. Comparing only the wording of the cited registration to the goods recited by the applicant in that case, it could certainly be argued the goods at issue were closely related.

Applicant's goods were for "mobile railcar movers". The cited registration covered, in pertinent part, "runways and monorails with manual, mechanical, hydraulic, pneumatic, electric and electronic control vehicles - namely, light railway

motor tractors".    The Examiner had contended that the respective goods as so described were "identical or nearly identical".  However, his refusal to register was reversed by the Board.

After noting that the goods of both parties were not sold to ordinary consumers, the Board pointed out that the Applicant had presented extrinsic evidence that showed that the actual goods of the parties were really quite different. The evidence showed that the registrant's goods were relatively small unmanned devices used to carry boxes, parts and other loads from point to point in a factory. In contrast, Applicant's mover was a $350,000.00 piece of equipment capable of moving up to ten, 100 Ton railway cars.

> The Board stated:

> [W]e could as did the Examining Attorney, interpret the individual words in those two terms so as to come up with meanings for the terms which are quite similar.   For example, a "tractor" can be described as   a "mover" and a "railcar" can be said to run on a "railway".

It concluded that it would be improper to do so, however.

> [W]hen the description of goods for a cited registration is somewhat unclear, as is the case herein, it is *improper* to simply consider that information in a vacuum and attach all possible interpretations to it when the applicant has presented evidence showing that the description of goods has a specific meaning to members of the trade. In re Trackmobile, supra, at 1154. (emphasis added).

The Trackmobile Board quoted with approval In re Protection Controls, Inc., 185 U.S.P.Q. 692, 694 (TTAB 1975):

"[T]he identification of goods in the [cited] registration as 'monitoring instrument', per se, is so indefinite and so all inclusive as to be meaningless in attempting to ascertain whether the respective monitoring apparatus [of applicant and registrant] relate to the same or disparate fields... [T]he better approach in this particular situation... is to authorize publication of the mark for opposition..." (emphasis added).

Applicant submits that is the better approach here also.

Upon considering the evidence made of record here of the true nature of Applicant's goods as compared to those of the cited registration, it is apparent that the two are quite unrelated. For that reason, as In re Trackmobile, supra, teaches, attempts to build artificial semantic bridges between them should be resisted. As Exhibits A & B clearly reflect, the Registrant's goods are computer networking products for use by small and large businesses to facilitate transfer of documents. As Exhibit C shows, Applicant's goods are nothing of that sort. They are instead, highly specialized software-defined radios for carrying out electronic surveillance of cellular telephones. As Exhibit C expressly indicates, Applicant's goods are targeted specifically to law enforcement and government agencies for official use. Indeed, Applicant's products are subject to legal/regulatory restrictions which preclude their sale to the ordinary small or large business customers of the type who according to Exhibits A & B might buy Registrant's product.

The respective target customer groups in either case do not include ordinary consumers. Registrant's business customers can be assumed to be relatively sophisticated and discriminating since purchase of computer hardware and the like

Received from < > at 7/18/02 11:31:01 AM [Eastern Daylight Time]

by businesses is not undertaken lightly and is typically the responsibility of persons with significant skill and technical expertise.   Applicant's customers are unquestionably highly skilled and discriminating.  The purchase of sophisticated electronic surveillance gear is generally within the purview of experts who are not at all likely to be confused as to the source, origin, sponsorship or approval of such products.

## Conclusion

In view of the foregoing, reconsideration and withdrawal of the outstanding refusal under Section 2(d) is solicited.  The identification of goods has been amended to more clearly distinguish the terms used in the cited registration.  Even more importantly, evidence made of record here reveals the cited registration is vague and that the goods it covers are quite unrelated to the goods recited in the present application.

While it is believed the Application is now in condition for publication, the Examiner is encouraged to contact the undersigned by telephone should any issues remain to be resolved.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 38,033

One East Broward Boulevard
P.O. Box 14070
Fort Lauderdale, FL  33302-4070
954-525-1000  (phone)
954-468-7879  (direct dial)
954-463-2030  (fax)
dshowalt@hklaw.com (e-mail)

Enclosures:  Exhibits A, B & C

FTL1 #596774 v1

Received from < > at 7/18/02 11:31:01 AM [Eastern Daylight Time]

Received from < > at 7/18/02 11:31:01 AM [Eastern Daylight Time]

EXHIBIT A
(4 pgs. to follow)

JUL-18-2002  11:26       HOLLAND and KNIGHT LLP                      P.11



**NEW!
Available soon!**



Products

# StingRay

### The Way You Communicate is About to Change!





**Also
suitable
for
mounting
in 19"
server
racks!**

What is
StingRay?

## Was ist StingRay?

What are the
benefits of
StingRay?

StingRay is the new file transfer server from Hermstedt that allows
users to exchange electronic documents with anyone, anywhere
regardless of platform, protocol or communication method. Bringing
together Hermstedt hardware, software and expertise in an
affordable, secure and easy-to-use file transfer solution, StingRay
looks set to change the way the industry communicates for good.

How does
StingRay
work?

Who needs
StingRay?

## What are the benefits of StingRay?

Technical
Details

- **Out-of-the-box server** solution with all hardware and
  software needed for professional file transfer pre-installed and
  configured

Models

- **Maximum security and control** with outstanding safety
  features guarantee the necessary protection for the transfer of
  important and sensitive data.

- **Universal connectivity:** StingRay supports numerous file
  transfer protocols and various communication methods such as
  ADSL, SDSL, ISDN

Received from < > at 7/18/02 11:31:01 AM [Eastern Daylight Time]/hardware/stingray.html          **EXHIBIT A**          7/16/02



ADSL, SDSL, ISDN, ...

- **Scalable configuration:** available with 2 or 30 channel ISDN interface, ADSL, SDSL, Ethernet...

- **Seamless workflow integration** into the corporate network and business workflow

- Client usage via intuitive **browser interface for Macintosh, Windows or Linux.**

- **Store & Forward** function for incoming and outgoing jobs

- **Attractive 2U form factor: For mounting in 19" server rack or as standalone device**

- **Automatic updates:** Download from the Internet or remote installtion via Hermstedt

- Optional **LSD monitoring service** monitors and reports faults or problems with the server or the external connections.

## How does Stingray work?

Once installed StingRay is the only communication module between the outside world and the internal network, offering absolute security against hackers and virus infections. What's more, StingRay is equipped with a key that literally locks the system, making it impossible to re-configure the server.

The server works like a post box whereby the post Ð in this case the files to be transferred Ð is forwarded to the server, which in turn sends it on to the addressee. Even incoming files land in the first instance on StingRay, which is equipped with an 80GB hard disk. Users can then access the server to fetch the incoming files and work locally on them as usual, without once coming into contact with the outside world. The simple browser interface enables the status of incoming and outgoing jobs to be checked at any time.

The intuitive and easy-to-use browser interface enables StingRay to be used from any work station in the network - regardless of the operating system running on the client station, be it Windows, Macintosh or even Linux. As such the user can perform simple send and received tasks, can access the central telephone directory and can check the status of incoming and outgoing jobs online at any time. The administration and configuration tools are also accessed via the

browser interface.

StingRay can be used with all available types of communication lines, such as ADSL, SDSL, ISDN, LAN and even leased lines. All clients can use the server, regardless of their operating systems (Mac, Windows, Linux). What's more, StingRay recognises absolutely all transfer protocols (e.g. Leonardo, Easy Transfer, Transmission Manager, Eurofile, FTP) and as such enables uncomplicated file transfer with absolutely anyone, anywhere.

## Who needs StingRay?

Ideal for large or small companies, StingRay addresses the needs of businesses that require the following:

- Secure peer-to-peer file transfer
- Reliable availability around the clock
- File transfer across any platform, protocol or communication method
- A simple solution requiring no technical expertise

e.g. Ad agencies, publishers, newspapers, grafic designers, printers, repro houses, solicitors offices, and many more.

## Technical Specification

### Hardware

- Approved international ATX power supply with special low noise fan
- Micro-ATX motherboard
- ca. 900 MHz CPU with special low noise fan
- 128 MB PC-133 SD-RAM
- 40 - 80 GB hard disk
- 2 network interface cards (10/100 MBit auto-sense)
- Hermstedt DSL communication adapter
- Hermstedt ISDN communication adapter (2 channel basic rate or 30 channel primary rate interface)
- 1 free PCI Slot

### Software

Case 2:12-cv-01605-DLR-BSB   Document 81-4   Filed 01/31/14   Page 49 of 91

 

- Linux operating system
- Hermstedt adapter drivers for Linux
- Hermstedt file transfer stacks for the various communication types (ISDN, ADSL, leased line, etc.) and protocols (Leonardo, Leonardo Over IP, EuroFile, ISDN Manager, Easy Transfer, etc.)
- Browser interface for administration and file transfer tasks
- Database to store and manage transfer and logging information and jobs
- STINGRAY SDK programming interface for integration into a corporate workflow

## Models

StingRay is available in 2 standard models:

▪ **Mark II** : 2 network interfaces, DSL interface, basic rate ISDN interface

▪ **Mark V** : 2 network interfaces, DSL interface, primary rate ISDN interface

Customer specific variants available on request.

All rights reserved. Subject to changes without prior notice.
© Hermstedt AG 05/02 Z

|Home|News|**Products**|Support|Update|Contacts|Ir
| **Overview** | **Hardware** | **Software** | **3rd Party** | **Awa**

Last update: 16.06.2002
© Hermstedt
AG
Mail to: WebMaster

*Communication is our busine:*

Received from < > at 7/18/02 11:31:01 AM [Eastern Daylight Time] /hardware/stingray.html          7/16/02

Received from < > at 7/18/02 11:31:01 AM [Eastern Daylight Time]

EXHIBIT B
(9 pgs. to follow)

JUL-18-2002  11:28        HOLLAND and KNIGHT LLP                          P.16



**by Hermstedt**

## StingRay File Transfer Server
## White Paper

**Hermstedt AG**
**Mannheim, Germany**

**April 2002**

EXHIBIT B

Received from < > at 7/18/02 11:31:01 AM [Eastern Daylight Time]

JUL-18-2002  11:28     HERMLAND and KNIGHT LLP                          P.17

2

# STINGRAY
## ~ File Transfer Server ~

■ **Key Points**                                         **3**

■ **Background**                                         **4**

■ **Product Description**                                **5**
    ○ **Features and Benefits**                       **5**
    ○ **Technical Specification**                     **8**

■ **Target Markets and Applications**                    **9**

StingRay White Paper Z v.1



Received from < > at 7/18/02 11:31:01 AM [Eastern Daylight Time]

# STINGRAY
## ~ File Transfer Server ~



## ■ *Key Points*

- **Maximum security and control**
  STINGRAY focuses on the increased need for secure file transfer in network environments. Outstanding security features give file transfer and vital data the protection it demands.

- **Universal connectivity**
  Supporting numerous file transfer protocols and varying communication methods STINGRAY provides consistent, high-performance connectivity for universal communication with partners all over the world.

- **Scalable configuration**
  With two standard configurations available for either basic or primary rate ISDN, DSL and Ethernet, and a browser interface for client usage, STINGRAY is designed to grow with the company's communication needs.

- **Seamless workflow integration**
  The browser interface, Grand Central Pro client software, and the STINGRAY SDK (Software Development Kit) provide many ways to seamlessly integrate STINGRAY and the file transfer process into the corporate network and business workflow.

- **Easy to use**
  A pre-configured out-of-the-box solution with all the tools and services required for professional file transfer already integrated. No additional software needed, users and administrator shielded from technical complexities, and a simple and intuitive browser interface make using STINGRAY as easy as it gets.

**HERMSTEDT**
Communication Products

StingRay White Paper Z v.1

4

# ■ *Background*

Over the last two decades several methods of transferring data – with varying degrees of reliability, speed and costs – have evolved. These include, for example, fax, courier, email, leased line, and peer-to-peer ISDN. The obvious advantages of latter having led to peer-to-peer ISDN being the preferred method used in the prepress and publishing industry.

Hermstedt AG looks back on almost 15 years of experience in digital communication technologies and the Hermstedt products have become the de-facto standard for file transfer in the prepress industry. Every day hundreds of thousands of users exchange terabytes of data via Hermstedt products – within Europe, across the Atlantic Ocean, from the U.S. to Argentina, in Japan, or from China to Germany. As the recognised expert for ISDN for the Macintosh operating system with a current market share of over 80 percent, Hermstedt has since extended their hardware and software technologies to also include solutions for Windows and Linux operation systems.

Today, the industry is faced with a variety of new issues influencing and affecting corporate data communication. The availability of new, broadband 'Internet-based' communication technologies is becoming more and more widespread, the various alternative operating systems require compatible, multi-platform solutions, and, in times of increased virus and hacker attacks from the Internet, security has become one of the most important issues faced by companies today. The outcome of these developments has resulted in increased demands being placed on the digital data and file transfer process.

The STINGRAY file transfer server is Hermstedt' s answer to this new challenging situation. An appliance server dedicated to the sole function of sending and receiving data, STINGRAY addresses both security concerns and the emerging new technologies. All the required hardware, software and tools for secure and reliable electronic file transfer are integrated into a single pre-configured system.

In most communication systems, such as web or e-mail servers, there is a physical connection between the internal corporate and the external network, i.e. the Internet. This exchange point must be secured by a complex and complicated firewall. Hermstedt's STINGRAY file transfer server, however, solves this problem in a different, more effective way. Two or more separate network adapters connect to the internal network and to the Internet, and with absolutely no routing functionality STINGRAY keeps these two worlds totally separate. The STINGRAY server is the only communication relay for the complete digital data transfer and with a manually locking mechanism to prevent configuration changes and the possibility (optional) to check incoming files with anti-virus software, STINGRAY guarantees maximum security for file transfer process.

To address the new broadband technologies and the need for increasing bandwidth, the STINGRAY server incorporates a DSL interface and a high-end model is available for primary rate ISDN. The very nature of STINGRAY ensures that these communication channels are available for the whole corporate network and enables simple integration into the normal business and network workflow.

**HERMSTEDT**
Communication Products

To ensure stable operation and availability of the STINGRAY server 24 hours a day, 7 days a week, the server and the communication stacks have been built on the Linux operating system. In multi-platform environments, such a system has the added advantage of superior integration with Windows-, Macintosh and Linux client systems. In addition, a so-called 'watchdog' background control programme monitors the operation of the STINGRAY server, optimises database content and structure and reports any abnormalities arising.

Hermstedt decided to develop the complete STINGRAY server in-house rather than basing it on a standard hardware platform. Such as strategy has enabled Hermstedt to incorporate their complete knowledge in hardware and software design and development into the product, resulting in a multi-talented file transfer server and maximum benefit for the customer.

# ■ *Product Description*

## A. Features and Benefits

♦ **Maximum security and control**

is the most important benefit of the STINGRAY file transfer server. Being the only connection module between the internal network and the external communication channels – these being separated by two network adapters with absolutely no physical interconnection – STINGRAY guarantees maximum security. What's more, the STINGRAY server is located in-house, giving companies total control over their digital data communication.
The STINGRAY server is equipped with a key lock, which provides a manual locking mechanism to prevent changes being made to the system configuration. Only when the key is switched to the programming mode can the system configuration be modified.

♦ **Universal, flexible connectivity**

is becoming more and more important with companies increasing their international activities. STINGRAY can send and receive files regardless of the type of communication (ISDN, LAN connections, DSL, cable modem, leased line, etc.) and the protocol (LEONARDO, LEONARDO over IP, EuroFile, ISDN Manager, FTP, etc.) and, as such, enables universal communication with partners all over the world. The numerous connection types and protocols supported by STINGRAY can be securely shared across the entire organisation network to make file transfer more flexible than ever before.
Available around the clock and with annoying engaged signals a thing of the past, STINGRAY provides consistent, high-performance connectivity. The benefits for both the company and it's business partners from being constantly available are significant. The resulting operating efficiencies and faster, more responsive communication enable companies to improve the service offered to its partners, which eminently leads to tighter bonds and improved business relationships.

HERMSTEDT
Communication Products

6

- ◆ **Scalable configuration**

  The STINGRAY server is designed to grow with the communication demands and transfer needs of the company. Two standard configurations with either a 2 or 30 channel ISDN interface, a DSL interface and two network cards offer optimal solutions for most companies needs. The browser interface enables client usage of simple send and receive tasks within the network or alternatively for full-featured file transfer additional licenses of LEONARDO INTERNET EXPRESS or GRAND CENTRAL PRO client software can be purchased as required.

  For more demanding applications, customer specific models are available upon request and more than one STINGRAY can be used together for larger network environments requiring even higher data throughput.

- ◆ **Seamless workflow integration**

  The simple browser interface or the full-featured GRAND CENTRAL PRO client software enable STINGRAY and the file transfer process to be seamlessly integrated into the corporate network and business workflow.

  For even more flexibility STINGRAY SDK (Software Development Kit) provides a programming interface enabling companies to write their own programmes and completely integrate the STINGRAY server into the existing corporate workflow. All the advantages and features of the STINGRAY server can be accessed and used, for example, from an existing database application or ERP software.

- ◆ **Easy to use**

  The STINGRAY is a pre-configured out-of-the-box solution with no additional software needed. It is ready for immediate operation – requiring no time-consuming installation and configuration - and saves time and IT-resources both in initial set-up and on-going maintenance. The concept behind STINGRAY is to shield the users and administrator from technical complexities and minimise the need for trained IT staff. Thanks to the simple and intuitive user interface, STINGRAY can be used, configured and administered by even non-technical individuals using just a conventional browser.

- ◆ **Store and forward mechanism**

  STINGRAY operates using a store and forward mechanism for both incoming and outgoing jobs. The internal user enters the recipient's address, selects the files to be transferred and sends the job in the normal manner. The job is subsequently transferred to the STINGRAY server upon which the task is 'accomplished' for the user. The server takes over the transmission and forwards the files to the receiving site according to priority, bandwidth availability, the recipients communication method, etc. The particular advantage of this process being that the users need not be affected by the available bandwidth and can continue working again almost immediately.

  In a similar way, incoming files arrive and are stored in the first instance on the STINGRAY server. From here the files can either be forwarded on to the internal recipient directly or alternatively be stored until they are fetched accordingly.



**HERMSTEDT**
Communication Products

Received from < > at 7/18/02 11:31:01 AM [Eastern Daylight Time]

Case 2:12-cv-01605-DLR-BSB   Document 81-4   Filed 01/31/14   Page 57 of 91

- **Browser interface**

  Thanks to the intuitive and easy-to-use browser interface STINGRAY is truly multi-platform and can be used from any client computer in the network regardless of the operating system, be it Windows, Mac OS or even Linux. No additional software is required – any conventional browser will do – giving the added benefit that users are accustomed to the software interface.

  The multilingual browser enables clients in the network to perform simple send and receive tasks, to access the central address directory and to track online the status of sent and received jobs at any time. The administration and configuration tools are also accessed using the browser interface, meaning that the administrator can modify settings or monitor activity from any workstation in the network.

- **Full-featured file transfer applications**

  For full-featured file transfer client versions of Hermstedt's traditional file transfer software LEONARDO INTERNET EXPRESS and GRAND CENTRAL PRO can be used together with the STINGRAY server. With GRAND CENTRAL PRO, for example, users can pre-schedule jobs to be sent at a given time, automate their workflow using hot folders, send files directly out of DTP applications, and automatically send delivery notes with the job. As communication demands and/or user numbers grow, additional licenses can be added to the network at any time.

- **Automatic updates**

  Automatic updates over the wire help simplify keeping the STINGRAY firmware and application software versions up-to-date. Hermstedt automatically informs the administrator when new releases or updates are available. Depending on the preferred method these can either be downloaded directly from the Internet or alternatively installed remotely over the wire by Hermstedt engineers – assuming of course that the key is switched to the programming mode to allow changes to the system configuration!

- **LSD monitoring service**

  The LEONARDO SERVICE DIRECTORY (LSD) provides a monitoring service for the STINGRAY server, giving added protection against damage arising from faults or disturbances. Once activated, this service keeps the administrator informed of potential problems, for example overheating, or problems with the line, etc., before they become critical. As soon as an irregularity is detected, LSD notifies the administrator by email or SMS.

- **Attractive Design & Form**

  With its sleek design and brushed aluminium front panel the STINGRAY looks more like a high-end stereo system than a typical server. What's more, the 2U housing is equipped for rack mounting and/or with feet for use as standalone device



Received from < > at 7/18/02 11:31:01 AM [Eastern Daylight Time]

## B. Technical Specification

♦ **Hardware**

– Approved international ATX power supply with special low noise fan
– Micro-ATX motherboard
– ca. 900 MHz CPU with special low noise fan
– 128 MB PC-133 SD-RAM
– 40 - 80 GB hard disk
– 2 network interface cards (10/100 MBit auto-sense)
– Hermstedt DSL communication adapter
– Hermstedt ISDN communication adapter (2 channel basic rate or 30 channel primary rate interface)
– 1 free PCI Slot

♦ **Software**

– Linux operating system
– Hermstedt adapter drivers for Linux
– Hermstedt file transfer stacks for the various communication types (ISDN, ADSL, leased line, etc.) and protocols (Leonardo, Leonardo Over IP, EuroFile, ISDN Manager, Easy Transfer, etc.)
– Browser interface for administration and file transfer tasks
– Database to store and manage transfer and logging information and jobs
– STINGRAY SDK programming interface for integration into a corporate workflow



Received from < > at 7/18/02 11:31:01 AM [Eastern Daylight Time]

Case 2:12-cv-01605-DLR-BSB   Document 81-4   Filed 01/31/14   Page 59 of 91

# ■ *Target Markets & Applications*

The STINGRAY file transfer server addresses a variety of needs and is ideal for companies large and small

- – requiring secure peer-to-peer file transfer,
- – having need of reliable availability around the clock,
- – needing to use and make various file transfer protocols and communication technologies available for their partners,
- – having no dedicated IT personal and looking for a simple solution with no hassles

Target markets and user groups for the STINGRAY file transfer server include

- – ad agencies
- – publishing houses
- – newspapers
- – graphic designers
- – printers
- – solicitor/lawyer offices

yet many further potential applications are imaginable. For example,

- – video streaming
- – MP3 juke box in pubs and restaurants



Received from < > at 7/18/02 11:31:01 AM [Eastern Daylight Time]

JUL-18-2002  11:31          HOLLAND and KNIGHT LLP                        P.25

EXHIBIT C
(2 pgs. to follow)





## StingRay™

*Transportable CDMA
Interrogation, Tracking
and Location, and
Signal Information
Collection System*

### Product Description

StingRay™ is Harris' latest offering in a long line of advanced wireless surveillance products. StingRay is a multichannel software defined radio that performs network base station surveys, Dialed Number and registration collection, mobile interrogation, and target tracking and location with Harris' Amber-Jack™ Direction-Finding Antenna. This low-power transportable surveillance system is designed with the future in mind—its reconfigurable architecture lends itself to upgrades of new capabilities and wireless standards, while preserving the initial investment in hardware.

### Features

- Software Defined Radio (SDR) enables simultaneous monitoring of up to ▮▮▮▮ ▮▮▮▮▮channel pairs
- Active interrogation capability emulates base station to collect MINs and ESNs through forced registration; external ▮▮▮output available for ▮▮▮▮▮ requirements
- Interfaces with AmberJack antenna to form a complete target tracking and location solution using active ▮▮▮▮▮ ▮▮▮▮▮and ▮▮▮▮▮techniques ▮▮▮▮▮ the target phone

- Optional ▮▮▮▮▮
- ▮▮▮▮▮ RF front-end provides ▮▮▮▮▮operation in the U.S. cellular ▮▮▮▮▮bands and is ▮▮▮▮▮▮▮▮▮ to support ▮▮▮▮▮bands
- PC-based controller running ▮▮▮▮▮ provides an intuitive Graphical User Interface (GUI)
- Industry-standard USB Interface enables ▮▮▮▮▮

- Supports ▮▮▮▮▮

▮▮▮▮▮ designed for ▮▮▮▮▮ operations

*next level solutions*

EXHIBIT C



*Wireless Products Group*

**Standards Currently Supported**

- ■ ▉▉▉▉

**Future Standards Supported**

- ■ Software reconfigurable architecture will allow for future software upgrades to support other wireless standards and capabilities

**Operating Bands**



**Transmit Capabilities**

*(For Interrogation and Active Tracking and Location)*

- ■ Up to ▉▉ dBm output
- ■ Interfaces with an ▉▉▉▉▉

**Compatible Accessories**

- ■ ▉▉▉▉▉
- ■ ▉▉▉▉▉
- ■ ▉▉
- ■ ▉

**Interfaces**



- ■ Power
  ▉▉▉▉▉▉

**Physical Characteristics**

- ■ Housing: Standard aluminum case
- ■ Wheeled transit case
  - – Stows ▉▉▉▉▉
  - – Conforms to airline carry-on weight and size limits

**PC Controller Characteristics**

- ■ ▉▉▉▉ operating system
- ■ GUI is easily configured by user for mission scenarios
- ■ Enables field upgrade of system firmware
- ■ Integrated ▉▉▉▉▉▉ GUI with optional ▉▉▉▉

1. Hardware is preconfigured to work in these bands. Future software upgrades will provide operation in these bands—consult Harris Wireless Products Group for availability.

Specifications are subject to change without notice.

StingRay and AmberJack are trademarks of Harris Corporation.

Windows XP is a registered trademark of Microsoft Corporation.

This product is a restricted use item and can be sold only to authorized law enforcement and government agencies. Its use shall comply with all local, state and federal statutes associated with the intercept and monitoring of oral communications. Harris Corporation assumes no liability for any misuse or improper use of the product and makes no representation as to its suitability for any specific application.

### DISTRIBUTION WARNING

This brochure may be provided only to persons eligible under 18 USC 2512 (Government law enforcement agencies or communications service providers).

This brochure may only be given to U.S. citizens, permanent residents of the U.S. (green card holders), or Canadians eligible under 22 CFR 126.5.

**HARRIS**

*next level solutions*

Government Communications Systems Division | P.O. Box 37 | Melbourne, FL USA 32902-0037
1-800-358-5297 or wpg@harris.com | www.harris.com

Copyright © 2002 Harris Corporation
Printed in USA on Recyclable Paper 07/02 VPS-506690-5 d0106

# UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| **SERIAL NO.**           **APPLICANT**<br>76/303503 Harris Corporation<br><br>**MARK**<br>STINGRAY<br><br>**ADDRESS**<br>DONALD S. SHOWALTER<br>HOLLAND & KNIGHT LLP<br>1 E BROWARD BLVD STE 1300<br>FORT LAUDERDALE FL 33301-1865<br><br>**FORM PTO-1525 (5-90)**          **U.S. DEPT. OF COMM. & TM OFFICE** | **PAPER NO.**<br><br>**ADDRESS:**<br>**Commissioner for Trademarks**<br>**2900 Crystal Drive**<br>**Arlington, VA 22202-3513**<br>**www.uspto.gov**<br><br>If fees are enclosed, the address should include the words "Box Responses - No Fee."<br><br>Please provide in all correspondence:<br>1. Filing Date, serial number, mark and Applicant's name.<br>2. Mailing date of this Office action.<br>3. Examining Attorney's name and Law Office number.<br>4. Your telephone number and ZIP code. |

**ACTION NO.** 02

**MAILING DATE** 01/18/02

**REF. NO.**

**A PROPER RESPONSE TO THIS OFFICE ACTION MUST BE RECEIVED WITHIN 6 MONTHS FROM THE DATE OF THIS ACTION IN ORDER TO AVOID *ABANDONMENT*.** *For your convenience and to ensure proper handling of your response, a label has been enclosed. Please attach it to the upper right corner of your response. If the label is not enclosed, print or type the* <u>Trademark Law Office No.</u>, <u>Serial No.</u>, *and* <u>Mark</u> *in the upper right corner of your response.*

RE: Serial Number: 76/303503

**Mark - STINGRAY**

The assigned examining attorney has reviewed the referenced application and determined the following.

<u>Registration refused - likelihood of confusion</u>

The examining attorney refuses registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d), because the applicant's mark, when used on or in connection with the identified goods, so resembles the mark in U.S. Registration No. 2120825 as to be likely to cause confusion, to cause mistake, or to deceive. TMEP section 1207. See the enclosed registration.

The examining attorney must analyze each case in two steps to determine whether there is a likelihood of confusion. First, the examining attorney must look at the marks themselves for similarities in appearance, sound, connotation and commercial impression. *In re E. I. DuPont de Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (CCPA 1973). Second, the examining attorney must compare the goods or services to determine if they are related or if the activities surrounding their marketing are such that confusion as to origin is likely. *In re August Storck KG*, 218 USPQ

76/303503                                    -2-

823 (TTAB 1983); *In re International Telephone and Telegraph Corp.*, 197 USPQ 910 (TTAB 1978); *Guardian Products Co., v. Scott Paper Co.*, 200 USPQ 738 (TTAB 1978).

The applicant seeks to register STINGRAY for "electronic surveillance transceivers for tracking, locating and gathering information from cellular telephones." The registered mark is also STINGRAY. It is used on "narrow and broadband transmitters and receivers used for computer networks; and telephone sets, fax modems and transceivers."

It appears that STINGRAY is an arbitrary term with respect to transmitters and receivers. In this instance, the applicant proposes to use that arbitrary term for specialized transceivers, while the registrant already applies it to "transceivers." It is well settled that the issue of likelihood of confusion between marks must be determined on the basis of the goods or services as they are identified in the application and the registration. *Canadian Imperial Bank of Commerce v. Wells Fargo Bank*, 811 F.2d 1490, 1 USPQ2d 1813 (Fed. Cir. 1987); *Paula Payne Products Co. v. Johnson Publishing Co., Inc.*, 473 F.2d 901, 177 USPQ 76 (CCPA 1973). Since the identification of the registrant's goods is very broad, it is presumed that the registration encompasses all goods of the type described, including those in the applicant's more specific identification, that they move in all normal channels of trade and that they are available to all potential customers. *In re Elbaum*, 211 USPQ 639, 640 (TTAB 1981).

Having multiple sources for the same goods with the same mark will create a likelihood of confusion.

Although the examining attorney has refused registration, the applicant may respond to the refusal to register by submitting evidence and arguments in support of registration. If the applicant has any questions or needs assistance in responding to this Office action, please contact the assigned examining attorney.[1]

Melvin T. Axilbund
Examining Attorney, Law Office 113

---

## NOTICE CONCERNING INTERNATIONAL CLASS 42

Effective January 1, 2002, the 8th edition of the Nice Agreement governing the classification of goods and services divided prior International Class 42 into four service mark classes. Information about revised International Class 42 and new International Classes 43, 44, and 45 is available at www.uspto.gov/web/offices/tac/notices/notices.htm.

*All applications filed on or after January 1, 2002, must comply with the new classification schedule.* For applications filed *before* January 1, 2002, the new classification schedule is optional. Applicants opting to amend to the new schedule must advise the assigned examining attorney.

---

[1] Telephone – 703/308-9113, extension 196; e-mail – melvin.axilbund@uspto.gov; facsimile – 703/746-6369. In addition to traditional mail, material intended as a response to an action may be sent as a facsimile to 703/746-8113 and, if appropriate as electronic mail, to ecom113@uspto.gov.

# StingRay

Mark
    STINGRAY

Pseudo Mark
    STING RAY

Goods and Services
    IC  009.  US 021 023 026 036 038.  G & S: narrow and broadband
    transmitters and receivers used for computer networks; and telephone
    sets, fax modems and transceivers

Mark Drawing Code
    (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

Serial Number
    75031610

Filing Date
    December 12, 1995

Publication for Opposition Date
    September 23, 1997

Registration Number
    2120825

Registration Date
    December 16, 1997

Owner Name and Address
    (REGISTRANT) Hermstedt GmbH CORPORATION FED REP GERMANY Carl-Reuther-Str.
    3 D-68305 Mannheim FED REP GERMANY

Section 44 Indicator
    SECT44

Priority Date
    July 21, 1995

Type of Mark
    TRADEMARK

Register
    PRINCIPAL

Live Dead Indicator
    LIVE

Attorney of Record
    Linda A. Kuczma

*** Search: 3 *** Document Number: 56 ***

*** User: maxilbund   ***

| #  | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|----|-------------|------------|------------------|--------------------|--------------------------|--------|
| 01 | 3252        | N/A        | 0                | 0                  | 0:01                     | *sting*[bi,ti] |
| 02 | 7086        | N/A        | 0                | 0                  | 0:01                     | *ray*[bi,ti] |
| 03 | 115         | 47         | 68               | 19                 | 0:01                     | 1 and 2 |

```
Session started  1/18/02 11:35:52 AM
Session finished 1/18/02 11:39:49 AM
Total search duration 0 minutes 3 seconds
Session duration 3 minutes 57 seconds

Default NEAR limit= 1 ADJ limit= 1
```

## OFFICE OF THE COMMISSIONER
## FOR TRADEMARKS

## TRAM CORRECTION FORM

| NAME: | PHONE NUMBER: |
|---|---|
| Ralph Williams | 308-8910 ext. 112 |

| SERIAL NUMBER: | TODAY'S DATE: |
|---|---|
| 76·303503 | 11-2-01 |

CHANGE OF APPLICATION FILING DATE:

Please change the filing date from _8-22-01_ to _8-21-01_
because:

_✓_ The Applicant has submitted mailing documents that the application
papers were deposited with the USPS by Express Mail in accordance with
Trademark Rule 1.10 on the referenced date.

___ The return postcard establishes that the Applicant submitted and the
Office acknowledged receipt of the application on the referenced date.

___ Other: _____

_____

_____

TRAMCOR.DOC  5/9/00

*** User: maxilbund   ***

| #  | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|----|-------------|------------|------------------|--------------------|-------------------------|-----------------|
| 01 | 3194        | N/A        | 0                | 0                  | 0:01                    | *sting*[bi,ti]  |
| 02 | 7000        | N/A        | 0                | 0                  | 0:01                    | *ray*[bi,ti]    |
| 03 | 111         | 47         | 64               | 64                 | 0:01                    | 1 and 2         |
| 04 | 1552        | N/A        | 0                | 0                  | 0:01                    | 010106[dc]      |
| 05 | 99          | N/A        | 0                | 0                  | 0:01                    | 241304[dc]      |
| 06 | 2           | 2          | 0                | 0                  | 0:01                    | 1 and (4 5)     |
| 07 | 1100        | N/A        | 0                | 0                  | 0:01                    | 0319$[sd]       |
| 08 | 1358505     | N/A        | 0                | 0                  | 0:05                    | "016"[cc]       |
| 09 | 67324       | N/A        | 0                | 0                  | 0:02                    | 038[ic]         |
| 10 | 433         | N/A        | 0                | 0                  | 0:01                    | 7 and (8 9)     |
| 11 | 1560690     | N/A        | 0                | 0                  | 0:05                    | dead[ld]        |
| 12 | 252         | 0          | 8                | 252                | 0:01                    | 10 not 11       |

```
Session started  10/30/01 4:31:09 PM
Session finished 10/30/01 4:42:01 PM
Total search duration 0:21 minutes
Session Duration 10:52 minutes

Default NEAR limit= 1 ADJ limit= 1
```

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | windowtalk[on] |
| 02 | 1 | 0 | 1 | 1 | 0:01 | aerostrategy[on] |
| 03 | 3 | 0 | 3 | 3 | 0:01 | "peter beaton"[on] |
| 04 | 2 | 0 | 2 | 2 | 0:01 | "mitsubishi Polyester"[on] |
| 05 | 426 | N/A | 50 | 50 | 0:04 | "harris corporation"[on] |
| 06 | 23792 | N/A | 0 | 0 | 0:02 | (*amb* or *ja*)[bi] |
| 07 | 7 | 0 | 7 | 7 | 0:01 | 5 and 6 |
| 08 | 9859 | N/A | 0 | 0 | 0:01 | (*sting* or *ray*)[bi] |
| 09 | 2 | 0 | 1 | 1 | 0:01 | 5 and 8 |
| 10 | 4008 | N/A | 0 | 0 | 0:01 | (*sword* or *fish*)[bi] |
| 11 | 4 | 0 | 2 | 2 | 0:01 | 5 and 10 |
| 12 | 10687 | N/A | 0 | 0 | 0:01 | (*syn* or *cast*)[bi] |
| 13 | 6 | 2 | 2 | 2 | 0:01 | 5 and 12 |
| 14 | 9 | 1 | 8 | 8 | 0:01 | "multiplex properties"[on] |
| 15 | 3 | 1 | 1 | 1 | 0:01 | "international intertrade"[on] |
| 16 | 27 | 8 | 19 | 19 | 0:01 | "linn products"[on] |
| 17 | 6 | 2 | 1 | 1 | 0:01 | "nautronix"[on] |
| 18 | 1 | 0 | 1 | 1 | 0:01 | "nojko"[on] |

Session started  10/30/01 2:51:40 PM
Session finished 10/30/01 3:04:35 PM
Total search duration 0:22 minutes
Session Duration 12:55 minutes

Default NEAR limit= 1 ADJ limit= 1



## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

I hereby certify that this paper or fee is being deposited with the United States Postal Service as first class mail, postage prepaid, in an envelope addressed to: Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington VA 22202-3513 on October 8, 2001.

_Lillian Pillitteri_                  10-8-2001

Lillian Pillitteri                              Date

Serial No.:    76/303,503
Filed:         August 21, 2001
Law Office:    103
Applicant:     Harris Corporation
Mark:          STINGRAY

**10-10-2001**
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #11

Assistant Commissioner for Trademarks
ATTN: Pre-examination File Receipt Section
2900 Crystal Drive
Arlington VA 22202-3513

Sir:

### REQUEST FOR CORRECTED FILING RECEIPT

Applicant hereby requests a correction to the Filing Receipt mailed by the Trademark Office in connection with the above-identified trademark.

Please note that the filing date of the application should be August 21, 2001 and not August 22, 2001. A copy of the Transmittal with a proper Certificate of Mailing, Express Mail label and return postcard indicating the August 21st date are attached. Also enclosed is a copy of the Filing Receipt with the correction noted.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter, Reg. No. 33,033

One East Broward Boulevard
P.O. Box 14070
Fort Lauderdale, FL 33302-4070
954-525-1000
954-468-7879 (direct dial)
FTL1 #561319 v1

**POST OFFICE TO ADDRESSEE**

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE™

*EL626297106US*

EL626297106US

Customer Copy
Label 11-F July 1997

SEE REVERSE SIDE FOR
SERVICE GUARANTEE AND LIMITS
ON INSURANCE COVERAGE

ORIGIN (POSTAL USE ONLY)

| PO ZIP Code | Day of Delivery | Flat Rate Envelope |
|---|---|---|
| 33500 | ☐ Next  ☑ Second | |

| Date In | | 12 Noon  3 PM | Postage $ |
| 8/21/01 | | | |

| Time In | ☐ 2nd Day  ☐ 3rd Day | Return Receipt Fee |
| ☐ AM  ☑ PM  12:00 | Military | |

| Weight | Int'l Alpha Country Code | COD Fee | Insurance Fee |
| lbs. ozs. | | | |

| No Delivery  ☐ Weekend  ☐ Holiday | Acceptance Clerk Initials | Total Postage & Fees $ 12.45 |

METHOD OF PAYMENT:
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

WAIVER OF SIGNATURE (Domestic Only): Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY  ☐ Weekend  ☐ Holiday

Customer Signature

FROM: (PLEASE PRINT)   PHONE (      )

HOLLAND & KNIGHT LLP
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE       FL 33301-1804
Donald S. Showalter

621020-1269

TO: (PLEASE PRINT)   PHONE (      )

Box NEW APP FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virgina   22202-3513

PRESS HARD.   FOR PICKUP OR TRACKING CALL 1-800-222-1811   WWW.USPS.GOV   ☰EMS

---

Please place your official date stamp on this card and return it to constitute acknowledgment of receipt by your office on the date stamped.

EXPRESS MAIL LABLE NO.:   EL626297

Mark:        STINGRAY
Class:       009
Applicant:   Harris Corp.

08-22-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt #11

l Cover Sheet (dupl.)
Use Application w/Drawing

76303503

Date____8/21/01_____

Docket No. ___T589-1269___

**Holland and Knight**
PATENT & TRADEMARK DEPT.



**POST OFFICE TO ADDRESSEE**



**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE ™

EL626297106US

**Mailing Label** Label 11-F July 1997

| ORIGIN (POSTAL USE ONLY) | | | DELIVERY (POSTAL USE ONLY) | | |
|---|---|---|---|---|---|
| PO ZIP Code | Day of Delivery ☐ Next ☐ Second | Flat Rate Envelope ☐ | Delivery Attempt Mo. Day ☐ AM ☐ PM | Time | Employee Signature |
| Date In Mo. Day Year | ☐ 12 Noon ☐ 3 PM | Postage $ | Delivery Attempt Mo. Day ☐ AM ☐ PM | Time | Employee Signature |
| Time In ☐ AM ☐ PM | Military ☐ 2nd Day ☐ 3rd Day | Return Receipt Fee | Delivery Date Mo. Day ☐ AM ☐ PM | Time | Employee Signature |
| Weight ___ lbs. ___ ozs. | Int'l Alpha Country Code | COD Fee | Insurance Fee | Signature of Addressee or Agent X | |
| No Delivery ☐ Weekend ☐ Holiday | Acceptance Clerk Initials | Total Postage & Fees $ | Name - Please Print X | | |

**CUSTOMER USE ONLY**
METHOD OF PAYMENT:

Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ **WAIVER OF SIGNATURE** (Domestic Only): Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday     Customer Signature

FROM: (PLEASE PRINT)      PHONE ( )

HOLLAND & KNIGHT LLP
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE    FL 33301-1804

TO: (PLEASE PRINT)      PHONE ( )

**PRESS HARD.**
You are making 3 copies.   **FOR PICKUP OR TRACKING CALL 1-800-222-1811**   **www.usps.gov**   EMS

---

Please place your official date stamp on this card and return it to constitute acknowledgment of receipt by your office on the date stamped.

EXPRESS MAIL LABLE NO.:   EL626297106US

DOCKET
8/21/01

Mark:      STINGRAY
Class:     009
Applicant: Harris Corp.

Enclosures:   Transmittal Cover Sheet (dupl.)
              Intent to Use Application w/Drawing

Attorney _____ DSS _____          Docket No. _____ T589-1269 _____

Date _____ 8/21/01 _____          **Holland and Knight**
                                   PATENT & TRADEMARK DEPT.

*TRADEMARK*

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: August 21, 2001

Sir:

Transmitted herewith is an application for registration of:

| | |
|---|---|
| Mark: | STINGRAY |
| In International Class(es): | 009 |
| On Behalf of Applicant: | Harris Corporation |

Applicant is a:

\_\_\_\_\_ citizen of _____.

\_\_\_\_\_ partnership of _____.

__X__ corporation of ___Delaware_____.

Attached hereto are:

__XX__ one executed application.

__XX__ one drawing ( ___ *formal*, __X__ *informal*).

_____ Three specimens for each International Class.

__XX__ Intent to Use Application - no specimens attached.

_____ A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class. The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

__XX__ The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870. The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870.   A duplicate copy of this sheet is attached.

_____   A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

__XX__   An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

---

**CERTIFICATION UNDER 37 C.F.R. 1.10**

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on August 21, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL626297106US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

_____
Francine A. Nienow
typed or printed name of person mailing correspondence

---

FTL1 #543891 v12

2

FILING RECEIPT FOR TRADEMARK APPLICATION 

Page 01 of 01

Sep 14, 2001

Receipt on the DATE OF FILING of the application for registration and filing fees is acknowledged for the mark identified below. The DATE OF FILING is contingent upon the collection of any payment made by check or draft. Your application will be considered in the order in which it was received and you will be notified as to the examination thereof. Action on the merits should be expected from the Patent and Trademark Office in approximately 06 months from the filing date. When inquiring about this application, include the SERIAL NUMBER, DATE OF FILING, OWNER NAME, and MARK.

DONALD S. SHOWALTER
HOLLAND & KNIGHT LLP
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE FL 33301-1865

**ATTORNEY
REFERENCE NUMBER**

01269.(T589)

DOCKET
(9/24/01 ∞)

## PLEASE REVIEW THE ACCURACY OF THE FILING RECEIPT DATA.

A request for correction to the filing receipt should be submitted within 30 days to the following address: ASSISTANT COMMISSIONER FOR TRADEMARKS, 2900 CRYSTAL DRIVE, ARLINGTON, VIRGINIA 22202-3513. The correspondence should be marked to the attention of the Preexamination File Receipt Section. Or fax a request to 703-308-9096. The Patent and Trademark Office will review the request and make corrections when appropriate.

```
SERIAL NUMBER: 76/303503
FILING DATE:    Aug 22, 2001   August 21, 2001
REGISTER:       Principal
LAW OFFICE:     103
MARK:           STINGRAY
MARK TYPE(S):   Trademark
DRAWING TYPE:   Words, letters, or numbers in typed form
FILING BASIS:   Sect. 1(b) (Intent to Use)
```

ATTORNEY: Donald S. Showalter

OWNER: Harris Corporation (DELAWARE, Corporation)
        1025 West NASA Boulevard
        Melbourne, FLORIDA  32919

FOR: Electronic surveillance transceivers for tracking, locating and gathering
     information from cellular telephones
     INT. CLASS: 009

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED



TMRFPZ (REV 2/00)

ADDITIONAL INFORMATION MAY BE PRESENT IN THE PTO RECORDS

Rec'd KB

**08-22-2001**

U.S. Patent & TMOfo/TM Mail Rcpt Dt. #11

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919


For:      Electronic surveillance transceivers for tracking, locating and
          gathering information from cellular telephones

Int. Class:   009


# STINGRAY



**76303503**

3

# 76303503

TRADEMARK APPLICATION SERIAL NO. _

## U.S. DEPARTMENT OF COMMERCE
## PATENT AND TRADEMARK OFFICE
## FEE RECORD SHEET

08/27/2001 SWILSON 00000206 000070   76303503

01 FC:361          325.00 CH

PTO-1555
(5/87)

*U.S. Government Printing Office: 2000 — 466-232/29119

*TRADEMARK*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: August 21, 2001

Sir:

Transmitted herewith is an application for registration of:

| | |
|---|---|
| Mark: | **STINGRAY** |
| In International Class(es): | 009 |
| On Behalf of Applicant: | Harris Corporation |

Applicant is a:

_____    citizen of _____.

_____    partnership of _____.

__X__    corporation of ___Delaware_____.

Attached hereto are:

__XX__ one executed application.

__XX__ one drawing (____ *formal*, __X__ *informal*).

_____Three specimens for each International Class.

__XX__ Intent to Use Application - no specimens attached.

_____A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class. The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

__XX__The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870. The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

_____    A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

_XX_    An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

---

**CERTIFICATION UNDER 37 C.F.R. 1.10**

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on August 21, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL62629 7106US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

Francine A. Nienow
typed or printed name of person mailing correspondence

FTL1 #543891 v12

2

ELL2L297106US

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark: STINGRAY

International Class: 009

To the Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

Harris Corporation (Applicant"), a Delaware corporation, located and doing business at 1025 West NASA Boulevard, Melbourne, Florida 32919.

Applicant requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance transceivers for tracking, locating and gathering information from cellular telephones in International Class 009.

Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods, pursuant to 15 U.S.C. §1051(b) as amended, by applying the mark to the goods and/or on the packaging for the goods.

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the Applicant; he believes the Applicant to be the owner of the mark sought to be registered, or, if

the application is being filed under 15 U.S.C. 1051(b), he believes Applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true and that all statements made on information and belief are believed to be true.

The undersigned hereby appoints Donald S. Showalter (R. No. 33,033); Thomas L. Kautz (R. No. 28,726); Leslie J. Hart (R. No. 26,462); Harry M. Fleck (R. No. 24,704) and Michael S. Yatsko (R. No. 28,135), its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark office connected therewith. Please direct all telephone calls and correspondence to:

Donald S. Showalter, Esquire
Holland & Knight LLP
One East Broward Boulevard, Suite 1300
Fort  Lauderdale, Florida  33301
Phone (954) 468-7879
Fax: (954) 463-2030
E-mail: dshowalt@hklaw.com

HARRIS CORPORATION

By _Michael S. Yatsko_____
Michael S. Yatsko, Esquire
Sr. Intellectual Property Counsel

Date _8/14/01_____

FTL1 #554328 v2

2

**08-22-2001**

U.S. Patent & TMOfo/TM Mail Rcpt Dt. #11

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida 32919

For:      Electronic surveillance transceivers for tracking, locating and gathering information from cellular telephones

Int. Class:  009

# STINGRAY



**76303503**

3

EL626297106US

*TRADEMARK*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark:  STINGRAY

International Class: 009

To the Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

Harris Corporation (Applicant"), a Delaware corporation, located and doing business at 1025 West NASA Boulevard, Melbourne, Florida  32919.

Applicant requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance transceivers for tracking, locating and gathering information from cellular telephones in International Class 009.

Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods, pursuant to 15 U.S.C. §1051(b) as amended, by applying the mark to the goods and/or on the packaging for the goods.

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the Applicant; he believes the Applicant to be the owner of the mark sought to be registered, or, if

the application is being filed under 15 U.S.C. 1051(b), he believes Applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true and that all statements made on information and belief are believed to be true.

The undersigned hereby appoints Donald S. Showalter (R. No. 33,033); Thomas L. Kautz (R. No. 28,726); Leslie J. Hart (R. No. 26,462); Harry M. Fleck (R. No. 24,704) and Michael S. Yatsko (R. No. 28,135), its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark office connected therewith. Please direct all telephone calls and correspondence to:

Donald S. Showalter, Esquire
Holland & Knight LLP
One East Broward Boulevard, Suite 1300
Fort Lauderdale, Florida 33301
Phone (954) 468-7879
Fax: (954) 463-2030
E-mail: dshowalt@hklaw.com

HARRIS CORPORATION

By _Michael S. Yatsko_

Michael S. Yatsko, Esquire
Sr. Intellectual Property Counsel

Date_ 8/14/01 _

FTL1 #554328 v2

2

*TRADEMARK*

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: August 21, 2001

Sir:

Transmitted herewith is an application for registration of:

| | |
|---|---|
| Mark: | STINGRAY |
| In International Class(es): | 009 |
| On Behalf of Applicant: | Harris Corporation |

Applicant is a:

_____       citizen of _____.

_____       partnership of _____.

_X_       corporation of __Delaware_____.

Attached hereto are:

_XX_ one executed application.

_XX_ one drawing (___ *formal*, _X_ *informal*).

_____Three specimens for each International Class.

_XX_ Intent to Use Application - no specimens attached.

_____A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class. The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

_XX_ The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870. The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

_____        A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

**XX**        An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida 33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

---

**CERTIFICATION UNDER 37 C.F.R. 1.10**

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on August 21, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL62629106US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

_____
Francine A. Nienow
typed or printed name of person mailing correspondence

---

FTL1 #543891 v12

2

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

_____     A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

XX     An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida 33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

---

**CERTIFICATION UNDER 37 C.F.R. 1.10**

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on August 21, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL626297106US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

_____
Francine A. Nienow
typed or printed name of person mailing correspondence

---

FTL1 #543891 v12

2

# 76303503

TRADEMARK APPLICATION SERIAL NO. _

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

06/27/2001 SWILSON  00000206 000070  76303503

01 FC:361        325.00 CH

*U.S. Government Printing Office: 2000 — 466-232/29119



**08-22-2001**

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #11

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919

FILING DATE CHANGED
TO: _____ 8/21/01
BY OFFICE OF THE COMMISSIONER
FOR TRADEMARKS
APPROVED BY: _____ KW _____

For:    Electronic surveillance transceivers for tracking, locating and gathering information from cellular telephones

Int. Class:  009

# STINGRAY

PUBLISHED
10/22/02

76303503

3

**ATTACHMENT 06**

DANIEL RIGMAIDEN'S FIRST DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)


ATTACHMENT 06:   Durham, NC, USA, *City Council Agenda No. 7503 (Harris Sole Source*
*Vendor Justification letter)*, Sept. 29, 2011, p. 1, *available at*
http://www.durhamnc.gov/agendas/2010/cws20110103/251951_7503_3
42363.pdf (last accessed: Mar. 9, 2011);



**HARRIS CORPORATION**

Government Communications
Systems Division
Wireless Products Group
4100 Lafayette Center Drive
Chantilly, VA USA 20151
phone 1-571-246-7450
e-mail: michael.dillon@harris.com
www.harris.com

**September 29, 2010**

Kisha Ethridge
Grants Manager
Durham Police Department
505 West Chapel Hill St.
Durham, NC 27701

**RE: RayFish® Sole Source Justification**

Harris Government Communications Systems Division, via its Wireless Products Group (WPG) in Melbourne, FL, offers a comprehensive line of wireless surveillance and tracking equipment, plus training and maintenance, for exclusive utilization by Government and Law Enforcement Agencies. Harris WPG developed and owns the equipment designs, but does sub-contract the electronic board assemblies, functional testing of those assemblies, and chassis integration. Harris WPG adds application specific, proprietary software, and conducts final testing on the chassis prior to shipment to the customer. Harris WPG has also developed specialized training courses for the operation and use of the RayFish equipment.

The Harris RayFish® product line includes the StingRay II, StingRay, and KingFish systems, which are compatible with the CDMA2000, GSM, and iDEN (Nextel) protocols. <u>The Harris StingRay and KingFish systems are the only cooperative portable/man-portable standard +12VDC powered/battery powered multi-protocol surveillance systems currently available.</u> When interfaced with the optional Harris AmberJack DF antenna, supported mapping software, laptop PC controller, and the Harris 25-Watt power amplifier kit, the StingRay can perform vehicular-based operations. The transportability and standard +12VDC vehicular power features of the Harris StingRay and AmberJack, and the battery-powered features of the KingFish are unique for tactical mission needs.

The StingRay and KingFish are quoted with software and accessories that are required in order to perform missions. These include the cable assemblies, power supplies, antennas, laptop PC controller, power amplifiers, handheld DF antenna, AmberJack DF antenna, and protocol software.

Harris also sells training on the use of the RayFish product line and accessories. Standard training sessions are 2 days per class with a maximum class size of 4 students. One-year maintenance agreements are included with all Harris WPG Products. Maintenance agreements include the following:
- Customer telephone support (8AM – 6PM EST)
- Hardware warranty
- Notification and access to software upgrades as they are released

<u>Harris WPG is your only source and distributor for the StingRay II, StingRay and AmberJack vehicular-based systems, and the KingFish man-portable and dual-mode systems, and compatible accessories, authorized training and maintenance. Harris may provide equipment through a designated vehicle integrator when needed and arranged.</u>

If you require any additional information, please don't hesitate to call me at (571) 246-7450.

Sincerely,

Michael E. Dillon
Major Account Manager Wireless Products Group
Harris Corporation