## ATTACHMENT 13

DANIEL RIGMAIDEN'S FIRST DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 13:   **(1)** Billhartz, Thomas J., *et al.*, Harris Corp., *Wireless Communications System Including A Wireless Device Locator And Related Methods*, U.S. Patent No. 7,321,777 (Melbourne, FL: Jan. 22, 2008), *available at* http://www.freepatentsonline.com/7321777.html (last accessed: Feb. 16, 2011) [attachment p. No. 1-18]; **(2)** McPherson, Rodney and Lanza, David J., Harris Corp., *Wireless Transmitter Location Determining System And Related Methods*, U.S. Patent No. 7,592,956 (Melbourne, FL: Sept. 22, 2009), *available at* http://www.freepatentsonline.com/7592956.html (last accessed: Feb. 22, 2011) [attachment p. No. 19-37]; **(3)** Otto, James C., Harris Corp., *System And Method For Determining The Geolocation Of A Transmitter*, U.S. Patent No. 5,719,584 (Indian Harbor Beach, FL: Feb. 17, 1998), *available at* http://www.freepatentsonline.com/5719584.html (last accessed: Feb. 22, 2011) [attachment p. No. 38-45]; **(4)** Proctor, James A, Jr. and Otto, James C., Harris Corp., *Range And Bearing Tracking System With Multipath Rejection*, U.S. Patent No. 5,687,196 (Indialantic, FL: Nov. 11, 1997), *available at* http://www.freepatentsonline.com/5687196.html (last accessed Feb. 16, 2011) [attachment p. No. 46-52];

US007321777B2

(12) **United States Patent**　　(10) **Patent No.:**　　**US 7,321,777 B2**

Billhartz et al.　　　　　　　　(45) **Date of Patent:**　　　**\*Jan. 22, 2008**

(54) **WIRELESS COMMUNICATIONS SYSTEM INCLUDING A WIRELESS DEVICE LOCATOR AND RELATED METHODS**

(75) Inventors: **Thomas Jay Billhartz**, Melbourne, FL (US); **Vivek Krishna**, Palm Bay, FL (US); **Steve Kopman**, Melbourne, FL (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/531,487**

(22) Filed: **Sep. 13, 2006**

(65) **Prior Publication Data**

US 2007/0026873 A1　　Feb. 1, 2007

**Related U.S. Application Data**

(63) Continuation of application No. 10/767,794, filed on Jan. 29, 2004, now Pat. No. 7,110,779.

(51) **Int. Cl.**
$H04Q\ 7/20$　　(2006.01)
(52) **U.S. Cl.** ............................... **455/456.2**; 455/456.1; 455/456.5; 455/456.6; 342/457; 370/328
(58) **Field of Classification Search** ...... 455/41.2–41.3, 455/456.1–457, 553.1, 63.4, 562.1, 67.11, 455/67.13, 67.16, 402.2; 342/357.08–357.09, 342/357.1, 450; 340/426.19, 426.22, 539.23, 340/825.49; 370/310.2, 328, 331, 338; 701/201; 702/149
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,526,357 A | 6/1996 | Jandrell | 370/95.2 |
| 5,550,549 A | 8/1996 | Procter, Jr. et al. | 342/47 |
| 5,687,196 A | 11/1997 | Procter, Jr. et al. | 375/347 |
| 5,706,010 A | 1/1998 | Franke | 342/47 |
| 6,292,665 B1 | 9/2001 | Hildebrand et al. | 455/456 |
| 6,680,923 B1 | 1/2004 | Leon | 370/328 |
| 6,865,394 B2 | 3/2005 | Ogino et al. | 455/456.1 |

(Continued)

OTHER PUBLICATIONS

Yellowjacket-A, 802.11a Wi-Fi Analysis System, Berkeley Varitronics Systems.

*Primary Examiner*—George Eng
*Assistant Examiner*—Kamran Afshar
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

(57)　　　　　**ABSTRACT**

A wireless communications system may include a plurality of wireless communications devices and a wireless device locator. More particularly, the wireless device locator may include at least one antenna and a transceiver connected thereto, and a controller for cooperating with the transceiver for transmitting a plurality of location finding signals to a target wireless communications device from among the plurality thereof. The target device may transmit a respective reply signal for each of the location finding signals. Additionally, the controller may also cooperate with the transceiver for receiving the reply signals, and it may determine a propagation delay associated with the transmission of each location finding signal and the respective reply signal therefor based upon a known device latency of the target device. As such, the controller may estimate a range to the target device based upon a plurality of determined propagation delays.

**25 Claims, 9 Drawing Sheets**



## US 7,321,777 B2
### Page 2

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,990,428 B1 * | 1/2006 | Kaiser et al. | 455/456.1 |
| 7,042,868 B2 * | 5/2006 | Runkle et al. | 370/347 |
| 7,046,097 B2 * | 5/2006 | Siegel et al. | 455/404.2 |
| 7,110,779 B2 * | 9/2006 | Billhartz et al. | 455/456.2 |
| 2002/0080759 A1 | 6/2002 | Harrington et al. | 370/338 |
| 2002/0118655 A1 | 8/2002 | Harrington et al. | 370/328 |
| 2002/0171586 A1 | 11/2002 | Martorana et al. | 342/458 |
| 2003/0025602 A1 | 2/2003 | Medema et al. | 340/568.1 |
| 2003/0034887 A1 | 2/2003 | Crabtree et al. | 340/539 |
| 2003/0043073 A1 | 3/2003 | Gray et al. | 342/465 |
| 2003/0117320 A1 * | 6/2003 | Kim et al. | 342/457 |
| 2003/0128163 A1 * | 7/2003 | Mizugaki et al. | 342/464 |
| 2003/0162550 A1 | 8/2003 | Kuwahara et al. | 455/456 |
| 2003/0182062 A1 | 9/2003 | DeLorme et al. | 701/201 |
| 2003/0191604 A1 | 10/2003 | Kuwahara et al. | 702/150 |
| 2004/0072566 A1 * | 4/2004 | Kuwahara et al. | 455/440 |
| 2004/0081139 A1 | 4/2004 | Beckmann et al. | 370/352 |
| 2004/0110514 A1 | 6/2004 | Kim et al. | 455/456.1 |
| 2004/0203889 A1 | 10/2004 | Karaoguz | 455/456.1 |
| 2004/0266348 A1 | 12/2004 | Deshpande et al. | 455/41.2 |
| 2005/0037775 A1 | 2/2005 | Moeglein et al. | 455/456.1 |
| 2005/0059411 A1 | 3/2005 | Zhengdi | 455/456.1 |
| 2006/0183488 A1 * | 8/2006 | Billhartz | 455/456.5 |

* cited by examiner



FIG. 1



*FIG. 2*



*FIG. 3*



FIG. 4



FIG. 5



**FIG. 6**



**FIG. 7**



*FIG. 8*



*FIG. 9*



*FIG. 10*



*FIG. 11*

US 7,321,777 B2

1

# WIRELESS COMMUNICATIONS SYSTEM INCLUDING A WIRELESS DEVICE LOCATOR AND RELATED METHODS

## FIELD OF THE INVENTION

The present application is a continuation of U.S. patent application serial No. 10/767,794 filed Jan. 29, 2004 now U.S. Pat. No. 7,110,779, the entire content of which is incorporated herein by reference.

## BACKGROUND OF THE INVENTION

wireless location techniques are used in numerous applications. Perhaps the most basic of these applications is for locating lost articles. By way of example, published U.S. patent application Ser. No. 2003/0034887 to Crabtree et al. discloses a portable article locator system for locating lost articles such as glasses, keys, pets, television remotes, etc. More particularly, a wireless transceiver is attached to a person, animal, or other object. A handheld locator transmits a locator signal to the wireless transceiver which includes a unique address code of the transceiver. If the received code matches that stored by the wireless transceiver, it sends a return signal back to the locator device. The locator device uses the return signal to determine the distance and/or direction to the wireless transceiver from the user's location.

The locator device includes an antenna array which includes a plurality of omni-directional antennas. The locator unit determines the bearing to the wireless transceiver by switching between antennas in the antenna array and using Doppler processing to determine a direction of a wireless signal received from the transceiver. The distance to the wireless transmitter is also determined based upon the reception of the wireless signal at each of the antennas of the antenna array. Furthermore, in one embodiment, which is intended to avoid interference between two or more locators in a common area, a plurality of locator signals may be sent from a locator at a standard repetition rate. The locator's receiver then only listens for responses during predetermined windows following each transmission.

In contrast, in some applications it is desirable to determine the location of an unknown signal transmitter. U.S. Pat. No. 5,706,010 to Franke discloses such a system in which a transmitter locator receives a signal from the unknown signal transmitter and processes the signal to determine a bearing to the unknown signal transmitter. The transmitter locator then sends an interrogating signal to the unknown signal transmitter. Upon receiving the interrogating signal, the unknown signal transmitter heterodynes the interrogation signal with its own carrier signal to generate an intermodulation return signal. A processor of the transmitter locator measures the round-trip transit time from the transmission of the interrogation signal to the reception of the intermodulation return signal. A range to the unknown signal transmitter is then calculated based upon the round-trip transit time.

Still another application in which locating a wireless communications device is often necessary is in cellular telephone networks. That is, it may be necessary to locate particular cellular telephone users for law enforcement or emergency purposes, for example. U.S. Pat. No. 6,292,665 to Hildebrand et al., which is assigned to the present assignee, discloses a method for geolocating a cellular phone initiating a 911 call. A base station transceiver transmits a supervisory audio tone (SAT), which is automatically looped back by the calling cellular phone. Returned SAT

signals are correlated with those transmitted to determine the range of the cellular phone. In addition, incoming signals from the cellular phone, such as the returned SAT signals, are received by a phased array antenna and subjected to angle of arrival processing to determine the direction of the cellular phone relative to the base station. The cellular phone is geolocated based upon the angle of arrival and the range information. A correction factor provided by the manufacturer of a given cellular telephone is used to account for the loopback path delay through the phone.

One additional area in which wireless device location can be important is in wireless networks, such as wireless local area networks (WLANs) or wide area networks (WANs), for example. A typical prior art approach to locating terminals within a WLAN includes locating a plurality of receivers at fixed locations within a building, for example, and then determining (i.e., triangulating) the position of a terminal based upon a signal received therefrom at each of the receivers.

Another prior art approach for wireless terminal location is to use a direction finding (DF) device which includes a directional antenna for receiving signals when pointed in the direction of a transmitting node. An example of a portable DF device for WLANs is the Yellowjacket 802.11a wi-fi analysis system from Berkeley Varitronics. This device uses a passive DF technique, i.e., it does not solicit any signals from a terminal but instead waits for the terminal to transmit signals before it can determine the direction of the transmission.

Despite the advantages of such prior art wireless communications device locators, additional wireless location features may be desirable in various applications.

## SUMMARY OF THE INVENTION

In view of the foregoing background, it is therefore an object of the present invention to provide a wireless communications device locator which provides enhanced location features and related methods.

This and other objects, features, and advantages in accordance with the present invention are provided by a wireless communications system which may include a plurality of wireless communications devices each having a device type associated therewith from among a plurality of different device types. Further, each device type may have a known device latency associated therewith. The system may also include a wireless device locator. More particularly, the wireless device locator may include at least one antenna and a transceiver connected thereto, and a controller for cooperating with the transceiver for transmitting a plurality of location finding signals to a target wireless communications device from among the plurality of wireless communications devices. The target wireless communications device may transmit a respective reply signal for each of the location finding signals.

Additionally, the controller of the wireless device locator may also cooperate with the transceiver for receiving the reply signals, and it may determine a propagation delay associated with the transmission of each location finding signal and the respective reply signal therefor. This may be done based upon the known device latency of the target wireless communications device. As such, the controller may estimate a range to the target wireless communications device based upon a plurality of determined propagation delays.

In other words, the wireless device locator advantageously provides active range finding. In other words, the

**3**

wireless device locator prompts the target wireless communications device to send reply signals using the location finding signals, rather than passively waiting until the target wireless communications device begins transmitting. This allows for quicker and more efficient device location.

Furthermore, by estimating the range based upon a plurality of propagation delays, the wireless device locator mitigates the effects of variations in the device latency time. That is, while the target wireless communication device has a known device latency, there will necessarily be some amount of variance from one transmission to the next. Using a plurality of propagation delays associated with different transmissions provides a significantly more accurate approximation of the device latency time and, thus, a more accurate range estimation. By way of example, the controller may estimate the range based upon an average (e.g., mean, median, mode, etc.) of the propagation delays.

In addition, each wireless communications device may have a unique identifier (UID) associated therewith, and the controller may insert the UID for the target wireless communications device in each of the location finding signals. Furthermore, the target wireless communications device may generate respective reply signals based upon the UID in the location finding signals. That is, the target wireless communications device will act upon the location finding signals because these signals include its UID, whereas the other wireless communications device will not.

The target wireless communications device may generate unsolicited signals including the UID thereof. As such, the controller may cooperate with the transceiver to receive at least one unsolicited signal from the target device, and the controller may also determine the UID for the target device from the at least one unsolicited signal. Thus, if the UID of a target wireless communications device is not already known, the wireless device locator may passively "listen" for unsolicited signals therefrom (i.e., signals that the wireless communications device did not solicit) and determine the UID based thereon.

Additionally, the controller may also determine the device type of the target wireless communications device based upon the UID. By way of example, the UIDs may include media access control (MAC) addresses of respective wireless communications devices. Accordingly, the controller may determine the device type of the target wireless communications device based upon the MAC address in some applications.

In accordance with another advantageous aspect of the invention, the at least one antenna may be a plurality of antennas, and the controller may cooperate with the plurality of antennas to determine a bearing to the target wireless communications device based upon at least one of the received reply signals. More particularly, the bearing may be a three-dimensional bearing, which may be particularly useful for locating wireless communications devices within a multi-story building, for example. In particular, the antenna(s) may be one or more directional antennas, for example. Further, the wireless device locator may further include a portable housing carrying the at least one antenna, the transceiver, and the controller.

The wireless device locator may be used with numerous type of wireless communications device. For example, the wireless communications devices may be wireless local area network (WLAN) devices, mobile ad-hoc network (MANET) devices, and cellular communications devices.

A method aspect of the invention is for locating a target wireless communications device from among a plurality of wireless communications devices, such as those discussed

**4**

briefly above. The method may include transmitting a plurality of location finding signals to the target wireless communications device, and receiving a respective reply signal for each of the location finding signals therefrom. The method may further include determining a propagation delay associated with the transmission of each location finding signal and the respective reply signal therefor based upon the known device latency of the target wireless communications device. As such, a range to the target wireless communications device may be estimated based upon a plurality of determined propagation delays.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is schematic block diagram of a wireless communications system in accordance with the present invention including a wireless local area network (WLAN) and wireless device locator for locating WLAN devices thereof.

FIG. 2 is a schematic block diagram generally illustrating the components of the wireless device locator of FIG. 1.

FIG. 3 is a graph illustrating the signal propagation delay and device latency components used by the controller of FIG. 2 to estimate range.

FIG. 4 is a schematic block diagram illustrating an embodiment of the wireless device locator of FIG. 2 for a WLAN implementation.

FIG. 5 is a schematic block diagram illustrating in greater detail an embodiment of the transceiver of the wireless device locator of FIG. 4.

FIGS. 6 and 7 are histograms illustrating range estimation test results performed using the wireless device locator of FIG. 4.

FIG. 8 is a graph illustrating bearing determination in accordance with the present invention.

FIGS. 9 and 10 are schematic block diagrams illustrating alternate embodiments of the wireless communications system of FIG. 1 including a mobile ad-hoc network (MANET) and a cellular network, respectively.

FIG. 11 is a flow diagram illustrating a wireless device location method in accordance with the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art. Like numbers refer to like elements throughout, and prime and multiple prime notation are used to indicate similar elements in different embodiments.

Referring initially to FIGS. 1 and 2, a wireless communications system 30 illustratively includes a wireless local area network (WLAN) 31 and a wireless location device 32. The WLAN 31 illustratively includes an access point 33 (e.g., a server) and a plurality of WLAN devices or terminals which communicate therewith wirelessly, such as the laptop computers 34, 35, and the desktop computer 36. Various WLAN protocols may be used in accordance with the present invention for such wireless communications (e.g., IEEE 802.11, Bluetooth, etc.), as will be appreciated by those of skill in the art. Moreover, it will also be appreciated that additional access points and/or other numbers of wire-

US 7,321,777 B2

5

less communications devices may be used, even though only a few number thereof are shown for clarity of illustration. Further, numerous other types of WLAN enabled wireless communications devices (e.g., personal data assistants, etc.) may also be used, as will be further appreciated by those skilled in the art.

Each wireless communications device 34-36 in the WLAN 31 has a device type associated therewith from among a plurality of different device types. More particularly, the device type may signify the particular manufacturer and/or model of a given WLAN card or chip set used therein. In some embodiments, it may also signify the standard the device complies with (e.g., IEEE 802.11).

The device type is important in that different device types will have known device latencies associated therewith. For example, different WLAN cards or chip sets will have a certain latency associated with the time they take to process a received signal and generate an acknowledgement reply thereto. These delay times may be fairly consistent across different models from a same manufacturer, or they may vary significantly. Additionally, WLAN protocols such as IEEE 802.11 have a specified interframe spacing associated therewith, as will be appreciated by those skilled in the art. Thus, in circumstances where the interframe spacing requirements are closely adhered to, the latency of a given WLAN card or chip set will be substantially equal to the interframe spacing.

The wireless device locator 32 illustratively includes an antenna 39 and a transceiver 41 connected thereto, as well as a controller 42 connected to the transceiver. These components may conveniently be carried by a portable housing 43 in some embodiments, although they could be implemented in a more stationary embodiment, if desired. In the illustrated example, the antenna 39 is a directional antenna, although omni-directional antennas may also be used, as will be appreciated by those skilled in the art. It will also be appreciated that various antenna/transceiver combinations may be used. As will be discussed further below, more than one antenna may be used in certain embodiments to provide bearing determination capabilities, and separate transceivers may optionally be used for respective antennas, if desired.

Operation of the wireless device locator 32 will now be described with reference to FIG. 3. The controller 42 cooperates with the transceiver 41 for transmitting a plurality of location finding signals to a target wireless communications device to be located from among the plurality of wireless communications devices. In the present example, the laptop 34 is the target device.

As will be appreciated by those skilled in the art, each WLAN device 34-36 in the network 31 will have a unique identifier (UID) associated therewith which is used in signals transmitted between the respective devices and the access point 33. The UID distinguishes the devices 34-36 from one another so that each device only acts upon or responds to signals intended for it, and so the access point 33 knows which device it is receiving signals from.

Depending upon a given implementation, the wireless locator device 32 may or may not know the UID of the target device 34 before hand. For example, in some embodiments the wireless device locator 32 could download the UID from the access point 33 (either wirelessly or over a wired network connection, for example). This may be the case when trying to locate a node in a LAN where the node is already registered with the network. However, if the UID is not known, the wireless device locator 32 may passively listen to the target device 34 for unsolicited signals being transmitted therefrom. This feature may be advantageous for

6

law enforcement applications, or for locating an interfering node that is not registered with a particular network but causes interference therewith, for example. By "unsolicited" signals is meant that these signals are not solicited by the wireless device locator 32 itself, although such signals may have been solicited from another source (e.g., the access point 33).

The controller 42 cooperates with the transceiver 41 to receive one or more of the unsolicited signals, and the controller determines the UID for the target device 34 therefrom. Of course, the method by which the controller 42 determines the UID from the unsolicited signal will depend upon the given implementation, and whether or to what degree such signals are encrypted.

Additionally, the controller 42 may also determine the device type of the target wireless communications device 34 based upon the UID thereof. By way of example, the UIDs may include media access control (MAC) addresses of respective wireless communications devices. The MAC addresses may be specific to a particular type of device manufacturer, or indicate a particular operational protocol with which the device is operating, as will be appreciated by those skilled in the art. Accordingly, the controller may determine the device type of the target wireless communications device 34 based upon the MAC address thereof in some applications.

As such, to locate the target device 34, the controller inserts the UID therefor in each of the location finding signals. By way of example, the location finding signal may include the UID of the target device 34 in a header packet and a valid but empty data packet. This will force the target device 34 to generate a reply signal acknowledging receipt of the location finding signal (i.e., an ACK signal). Of course, various other location finding signals could be used to cause the target terminal 34 to generate an ACK signal, as will be appreciated by those skilled in the art. The controller 42 cooperates with the transceiver 41 for receiving the reply signals from the target device 34 via the antenna 39. The location finding signals and reply signals may be radio frequency (RF), microwave, optical, or other suitable types of signals, as will be appreciated by those skilled in the art.

The controller 42 determines the propagation delay associated with the transmission of each location finding signal and the respective reply signal therefor, and it uses this propagation delay to estimate a range to the target device 34. However, the propagation delay has to first be determined based upon the total round trip time from the sending of the location finding signal to the reception of the respective reply signal.

The total round trip time will include several components. Referring more particularly to FIG. 3, the first component is the time associated with transmitting a location finding signal 45, which is illustrated with an arrow. That is, this is the time from the beginning of the location finding signal transmission (time $t_0$) to end thereof (time $t_1$). Two time axes are shown in FIG. 3. The top or upper axis represents events that occur at the target device 34, while the bottom or lower axis represents events that occur at the wireless device locator 32.

The second component of the round trip time is the propagation delay or time $t_{PD1}$ it takes for the location finding signal 45 to travel from the wireless device locator 32 to the target device 34 (i.e., from time $t_1$ to $t_2$). The third component of the round trip time is the device latency $t_{DL}$ of the target device 34 (i.e., form time $t_2$ to $t_3$). This is the time it takes the target device 34 to receive, process, and transmit a reply signal 46 responsive to the location finding signal 45.

**7**

The final components of the round trip time are propagation delay $t_{PD2}$ of the reply signal 46 (i.e., from time $t_3$ to $t_4$), and the reception time thereof by the wireless device locator 32 (i.e., from time $t_4$ to $t_5$).

The controller 42 will know the times associated with the transmission of the location finding signal 45 (i.e., from time $t_0$ to $t_1$), as well as the time associated with the reception of the reply signal 46 (i.e., from time $t_4$ to $t_5$) for each round trip, since these can be readily measured by the controller. The quantities that the controller 42 will not know are the propagation delays $t_{PD1}$, $t_{PD2}$ and the actual device latency $t_{DL}$.

Yet, as noted above, the controller 42 will have access to the known device latency (i.e., a mean latency) for the given device type of the target device 34, which provides a close approximation of the actual device latency $t_{DL}$. The known device latency could be a measured value based upon collected data, it could be provided by manufacturers, or it could be based upon a value set in a communications standard, as discussed above, for example.

As will be appreciated by those skilled in the art, the actual device latency will likely vary somewhat from one transmission to the next for any wireless communications device, potentially by as little as a few nanoseconds to a few microseconds, depending upon device configurations, processing loads, etc. Accordingly, a close approximation of the total propagation delay (i.e., time $t_{PD1}$+time $t_{PD2}$) may therefore be obtained by substituting the known device latency for the actual device latency $t_{DL}$, and subtracting this value from the time between times $t_1$ and $t_4$. Dividing the total propagation delay by two (since both propagation delays may be considered equal or substantially equal for a stationary or relatively slow moving target device 34) and multiplying this by the speed of light gives the estimated distance to the target device 39, based upon the single propagation delay associated with the signal pair 45, 46.

Yet, as noted above, device latencies tend to vary from one transmission to the next. Since the location finding signals and reply signals are traveling at the speed of light, such variances can make a significant difference in the estimated distances. More particularly, light travels approximately 1000 ft. in one microsecond. Thus, if the device latency varies by one microsecond from one transmission to the next, the estimated distance to the target device 34 would similarly vary by 1000 ft. or so, which likely will be an unacceptable accuracy for many applications.

In accordance with the present invention, the controller 42 advantageously estimates the range to the target device 34 not solely based upon a single measured propagation delay, but rather upon a plurality thereof. More particularly, by estimating the range based upon a plurality of propagation delays, the wireless device locator 32 mitigates the effects of the variations in the actual device latency time. This provides a significantly more accurate approximation of the device latency time and, thus, a more accurate range estimation. By way of example, the controller 42 may estimate the range based upon an average of the propagation delays, though other suitable statistical functions may also be used (e.g., mean, median, mode, etc.). Of course, it should be noted that the average may be taken on the entire round trip delay instead of first subtracting out the known device latency as described above. That is, the same result may be obtained by first taking the average and then subtracting out the known device latency, as will be appreciated by those skilled in the art.

An exemplary embodiment of the present invention is now described with reference to FIGS. 4 and 5. The wireless

**8**

device locator 32' may use a personal data assistant (PDA) as the controller 42', although a personal computer (PC) or other suitable computing device may also be used. More particularly, the PDA 42' illustratively includes a graphical user interface (GUI) 50', and a received signal strength indication (RSSI) processing module 51' for cooperating with the transceiver 41' to perform above described range estimation processing operations. More particularly, the RSSI module 51' may be implemented as a software module which is run on the PDA 42', as will be appreciated by those skilled in the art, and which cooperates with the GUI to provide range estimates to a user.

The PDA 50' also illustratively includes a battery 52', which may conveniently be used for powering the various transceiver 41' components, as shown. Of course, it will be appreciated that separate batteries may be used, or one or more components of the wireless device locator 32' may be powered by an external (e.g., AC) source. The transceiver 41' operates in accordance with the IEEE 802.11b standard and includes a MAC-less 802.11b radio 58' and a field-programmable gate array (FPGA) 53' connected thereto. The FPGA 53' illustratively includes a packet building module 54', a radio configuration module 55', a receiver filtering module 56', and a simple MAC processing module 57' for processing the location finding signals and reply signals and communicating with the radio 53', in accordance with the 802.11b standard, as will be appreciated by those skilled in the art.

More specifically, the MAC-less radio 58' may be a GINA model EF module from GRE America, Inc., and the FPGA 53' may be a module EPXA10 from Altera Corp. The hardware components of the FPGA 53' illustratively include an ARM922T processor 60'', block RAM 61'' therefor, a serial/universal serial bus (USB) interface 62'', and a programmable logic section 63''. Additional circuitry including an oscillator 64'', power management circuitry (i.e., regulators, microprocessor supervisor, etc.) 65'', and a programmable read-only memory (PROM)/boot flash memory 66'' are connected thereto as shown, as will be appreciated by those skilled in the art.

Referring now to FIGS. 6-7, a test was conducted in accordance with the present invention in which approximately 1500 location finding signals were transmitted to a stationary wireless IEEE 802.11 device. The time it took to receive the reply signal was measured by ticks of an internal clock of the controller 42, where each tick represents 7.567 ns. From FIG. 6 it may be seen that the reply signals from the target device were returned within between about 20,960 and 21,045 clock ticks, where the transmission of the respective location signals each began at 0 clock ticks. Moreover, if this range is divided into equal sections or bins, the frequency (i.e., number) of round trip times that fell within each of the bins is shown in FIG. 7.

Plotting various statistical functions of the measured clock tick samples (such as the mean and the mode) versus the known distance to the target device allowed statistical curve-fitting to take place, as shown in FIG. 6. It was determined from the test results that taking the mean of the samples provided the most accurate range estimation. More particularly, the ranges to several 802.11b target devices at varying distances were estimated using this approach, and the worst case error for the estimated range was never more than 20 ft. Preferably, the location finding signals are transmitted over a relatively short interval (a few seconds or less) so that if the target device is moving the accuracy of the results will not be significantly diminished. Of course, various numbers of location finding signals and transmission

9

intervals may be used depending upon the particular implementation, as will be appreciated by those skilled in the art.

In accordance with another advantageous aspect of the invention, multiple antennas 39a", 39b" (FIG. 5) may be used to provide target bearing in addition to the estimated range. Referring more particularly to FIG. 8, bearing determination in the case where the antennas 39a", 39b" are directional antennas will now be described. The antennas 39a", 39b" have respective reception patterns 70a, 70b, which may be orthogonal to one another (i.e., the former is directed along the x-axis, while the latter is directed along the y-axis).

The target device is at a point P, which is within the reception patterns 70a, 70b. Each of the antenna gain patterns 70a and 70b can be measured and known to the locator, and represented by gain functions G1(θ) and G2(θ) where e represents the angle of deviation from a particular reference direction.

As such, to determine the line of bearing to the target device, the received signal strength is measured from each of the antennas 70a, 70b, respectively. Based upon this information, the controller 42' may then find the angle θ_r using the relationship $G1(θ_r)-G2(θ_r)=P1-P2$, where P1 and P2 is the received signal power off antenna 1 and antenna 2, respectively. In other words, the difference in the signal strength received between the two antennas (P1-P2) should equal the difference in the antenna gain of the two antennas at the angle of the line of bearing $(G1(θ_r)-G2(θ_r))$ Thus, the target line of bearing to the target device is at θ_r. It should be noted that it is possible that more than one angle θ may satisfy the relationship $G1(θ_r)-G2(θ_r)=P1-P2$. These multiple angles represent a line of bearing ambiguity that can easily be resolved by making multiple measurements, as can be appreciated by those skilled in the art.

As noted above, more than one transceiver 41' may be used in certain embodiments, which would allow signal strength measurements to be taken based upon a same reply signal from the target device. However, if only a single transceiver 41' is used, the controller 42' may alternate which antenna 70a, 70b is receiving and measure the received signal strength of successive signals, for example. Moreover, the bearing may be determined in three dimensions, if desired, which may be particularly useful for locating wireless communications devices within a multi-story building, for example, as will be appreciated by those skilled in the art.

While the present invention has been described above with reference to a WLAN wireless device locator 32', it will be appreciated by those skilled in the art that it may also be used in other wireless communications systems with other types of wireless communications devices. Referring more particularly to FIG. 9, a mobile ad-hoc network (MANET) system 90 illustratively includes a wireless device locator 92 including an antenna 99, such as those described above, and a MANET 91. More particularly, the MANET includes 55 MANET nodes or devices 93-96, of which the node 94 is the target node in the illustrated example. Here, the wireless device locator 92 performs range and/or bearing estimation in the same manner described above, except that it will operate in accordance with the appropriate MANET protocol used within the system 90, as will be appreciated by those skilled in the art.

Another embodiment is illustrated in FIG. 10, in which a wireless device locator 102 having an antenna 109 is used within a cellular communications system 100 for locating cellular devices (e.g., cellular telephones) 104-106 in cellular network 101. The cellular devices 104-106 place and

10

receive calls via a cellar tower 103, as will be appreciated by those skilled in the art. In the illustrated example, the target device is the cell phone 104. Here again, the wireless device locator 102 will communicate using the appropriate operating protocol being used in the cellular network 101 (e.g., code-division multiple access (CDMA), short message service (SMS), etc.), as will be appreciated by those skilled in the art.

Turning now additionally to FIG. 11, a method aspect of the invention is for locating a target wireless communications 34 device from among a plurality of wireless communications devices 34-36. Beginning at Block 110, if the UID for the target device 34 is unknown, the controller 42 may determine the UID from unsolicited signals transmitted by the target device, for example, as described above (Block 112). Of course, in some embodiments, the controller 42 may download the signals from a network access point 33, etc., as also described above.

Once the UID for the target wireless communication device 34 is known, location finding signals are transmitted to the target wireless communications device, at Block 113, and respective reply signals for each of the location finding signals are received therefrom, at Block 114. If the device type (and, thus, the known device latency) are known, at Block 115, then the propagation delay associated with the transmission of each location finding signal and the respective reply signal therefor is determined based upon the known device latency of the target wireless communications device 34, at Block 116. As such, a range to the target wireless communications device 34 is estimated based upon a plurality of determined propagation delays (Block 117), as previously discussed above, thus concluding the illustrated method (Block 118).

Of course, if the device type is unknown, the controller 42 may determine the device type from the reply signal (Block 119), as discussed above, or by other suitable methods which will be appreciated by those skilled in the art. It should be noted that while this step is shown as occurring after the receipt of the reply signals in the illustrated example, the device type determination may be performed prior thereto, such as while determining the UID, for example.

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

1. A wireless communications system comprising:

a plurality of wireless communications devices each having a device type associated therewith from among a plurality of different device types, and each device type having a known device latency associated therewith; and

a wireless device locator comprising

at least one antenna and a transceiver connected thereto, and

a controller for cooperating with said transceiver for transmitting a plurality of location finding signals to a target wireless communications device from among said plurality of wireless communications devices;

said target wireless communications device transmitting a respective reply signal for each of said location finding signals;

US 7,321,777 B2

11

said controller of said wireless device locator also for cooperating with said transceiver for receiving the reply signals,

determining a propagation delay associated with the transmission of each location finding signal and the respective reply signal therefor based upon the known device latency of said target wireless communications device, and

estimating a range to said target wireless communications device based upon a plurality of determined propagation delays.

2. The wireless communications system of claim 1 wherein said controller estimates the range based upon an average of the propagation delays.

3. The wireless communications system of claim 1 wherein said at least one antenna comprises a plurality of antennas; and wherein said controller cooperates with said plurality of antennas to determine a bearing to said target wireless communications device based upon at least one of the received reply signals.

4. The wireless communications system of claim 3 wherein the bearing is a three-dimensional bearing.

5. The wireless communications system of claim 1 wherein said at least one antenna comprises at least one directional antenna.

6. The wireless communications system of claim 1 wherein said wireless device locator further comprises a portable housing carrying said at least one antenna, said transceiver, and said controller.

7. The wireless communications system of claim 1 wherein said wireless communications devices comprise wireless local area network (WLAN) devices.

8. The wireless communications system of claim 1 wherein said wireless communications devices comprise mobile ad-hoc network (MANET) devices.

9. The wireless communications system of claim 1 wherein said wireless communications devices comprise cellular communications devices.

10. A wireless communications system comprising:

a plurality of wireless local area network (WLAN) devices each having a device type associated therewith from among a plurality of different device types, and each device type having a known device latency associated therewith; and

a wireless device locator comprising

at least one antenna and a transceiver connected thereto, and

a controller for cooperating with said transceiver for transmitting a plurality of location finding signals to a target WLAN device from among said plurality of WLAN devices;

said target WLAN device transmitting a respective reply signal for each of said location finding signals;

said controller of said wireless device locator also for cooperating with said transceiver for receiving the reply signals,

determining a propagation delay associated with the transmission of each location finding signal and the respective reply signal therefor based upon the known device latency of said target WLAN device, and

estimating a range to said target WLAN device based upon an average of a plurality of determined propagation delays.

11. The wireless communications system of claim 10 wherein said at least one antenna comprises a plurality of antennas; and wherein said controller cooperates with said

12

plurality of antennas to determine a bearing to said target WLAN device based upon at least one of the received reply signals.

12. A wireless device locator for locating a target wireless communications device comprising:

at least one antenna and a transceiver connected thereto; and

a controller for

cooperating with said transceiver for transmitting a plurality of location finding signals to the target wireless communications device and receiving a respective reply signal therefrom for each of said location finding signals,

determining a propagation delay associated with the transmission of each location finding signal and the respective reply signal therefor based upon a known device latency of the target wireless communications device, and

estimating a range to the target wireless communications device based upon a plurality of determined propagation delays.

13. The wireless device locator of claim 12 wherein said controller estimates the range based upon an average of the propagation delays.

14. The wireless device locator of claim 12 wherein said at least one antenna comprises a plurality of antennas; and wherein said controller cooperates with said plurality of antennas to determine a bearing to the target wireless communications device based upon at least one of the received reply signals.

15. The wireless device locator of claim 12 wherein said at least one antenna comprises at least one directional antenna.

16. The wireless device locator of claim 12 wherein said wireless device locator further comprises a portable housing carrying said at least one antenna, said transceiver, and said controller.

17. The wireless device locator of claim 12 wherein the target wireless communications device comprises a wireless local area network (WLAN) device.

18. The wireless device locator of claim 12 wherein the target wireless communications device comprises a mobile ad-hoc network (MANET) device.

19. The wireless device locator of claim 12 wherein the target wireless communications device comprises a cellular communications device.

20. A method for locating a target wireless communications device from among a plurality of wireless communications devices, each wireless communications device having a device type associated therewith from among a plurality of different device types, and each device type having a known device latency associated therewith, the method comprising:

using a controller cooperating with a transceiver for transmitting a plurality of location finding signals to the target wireless communications device, and receiving a respective reply signal for each of the location finding signals therefrom;

using the controller for determining a propagation delay associated with the transmission of each location finding signal and the respective reply signal therefor based upon the known device latency of the target wireless communications device; and

further using the controller for estimating a range to the target wireless communications device based upon a plurality of determined propagation delays.

US 7,321,777 B2

13

21. The method of claim 20 wherein the controller estimates the range based upon an average of the propagation delays.

22. The method of claim 20 further comprising determining a bearing to the target wireless communications device based upon at least one of the received reply signals.

23. The method of claim 20 wherein the target wireless communications device comprises a wireless local area network (WLAN) device.

14

24. The method of claim 20 wherein the target wireless communications device comprises a mobile ad-hoc network (MANET) device.

25. The method of claim 20 wherein the target wireless communications device comprises a cellular communications device.

* * * * *



US007592956B2

(12) **United States Patent** (10) **Patent No.:** **US 7,592,956 B2**
McPherson et al. (45) **Date of Patent:** **Sep. 22, 2009**

(54) **WIRELESS TRANSMITTER LOCATION DETERMINING SYSTEM AND RELATED METHODS**

(75) Inventors: **Rodney Keith McPherson**, Palm Bay, FL (US); **David James Lanza**, Indian Harbour Beach, FL (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/029,689**

(22) Filed: **Feb. 12, 2008**

(65) **Prior Publication Data**

US 2009/0201208 A1 Aug. 13, 2009

(51) **Int. Cl.**
*G01S 3/02* (2006.01)
(52) **U.S. Cl.** ...................................... **342/458**; 342/457
(58) **Field of Classification Search** ............ 342/357.06, 342/442, 457, 458, 463–465; 455/456.1, 455/456.3, 457
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,343,212 A | * | 8/1994 | Rose et al. | 342/424 |
| 5,526,001 A | * | 6/1996 | Rose et al. | 342/442 |
| 5,719,584 A | | 2/1998 | Otto | 342/465 |
| 5,890,068 A | | 3/1999 | Fattouche et al. | 455/456 |
| 5,914,687 A | | 6/1999 | Rose | 342/442 |
| 5,974,039 A | | 10/1999 | Schilling | 370/335 |
| 6,054,950 A | | 4/2000 | Fontana | 342/463 |

| | | | | |
|---|---|---|---|---|
| 6,233,459 B1 | | 5/2001 | Sullivan | 455/456 |
| 6,249,252 B1 | | 6/2001 | Dupray | 342/450 |
| 6,407,703 B1 | | 6/2002 | Minter et al. | 342/450 |
| 6,765,533 B2 | | 7/2004 | Szajnowski | 342/465 |
| 6,882,315 B2 | | 4/2005 | Richley et al. | 342/465 |
| 7,057,556 B2 | | 6/2006 | Hall et al. | 342/387 |
| 7,187,327 B2 | | 3/2007 | Coluzzi et al. | 342/458 |
| 7,203,497 B2 | | 4/2007 | Belcea | 455/446 |
| 7,203,500 B2 | | 4/2007 | Leeper et al. | 455/456.1 |
| 2003/0112183 A1 | | 6/2003 | Szajnowski | 342/465 |
| 2004/0029558 A1 | | 2/2004 | Liu | 455/414.3 |
| 2006/0087475 A1 | * | 4/2006 | Struckman | 342/451 |
| 2006/0267841 A1 | * | 11/2006 | Lee et al. | 342/463 |
| 2007/0247367 A1 | | 10/2007 | Anjum et al. | 342/464 |
| 2008/0161015 A1 | * | 7/2008 | Maloney et al. | 455/456.1 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 97/28456 | 8/1997 |
| WO | 2007/124300 | 11/2007 |

* cited by examiner

*Primary Examiner*—Dao L Phan
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

(57) **ABSTRACT**

A location determining system for a wireless transmitter is carried by a platform movable relative to the wireless transmitter. The location determining system may include an antenna, and a receiver coupled to the antenna. The location determining system may also include a location determining processor coupled to the receiver to collect, during movement relative to the wireless transmitter, a series of range measurements and a corresponding series of received signal measurements, and to estimate a location of the wireless transmitter based upon the range measurements weighted using the received signal measurements.

**21 Claims, 10 Drawing Sheets**





*FIG. 1*



*FIG. 2*



_FIG. 3_



*FIG. 4*



**_FIG. 5_**



*FIG. 6*



*FIG. 7*



_FIG. 8_



*FIG. 9*

NOTE:
$r_2 = r_1 * \{(P_{R1}/P_{R2})^{(1/\alpha)}\}$



*FIG. 10*

US 7,592,956 B2

**1**

## WIRELESS TRANSMITTER LOCATION DETERMINING SYSTEM AND RELATED METHODS

### FIELD OF THE INVENTION

The present invention relates to the field of wireless transmission, and, more particularly, to a location determining system for a wireless transmitter and related methods.

### BACKGROUND OF THE INVENTION

As cellular communication has become prevalent, it is not uncommon for a person to carry a cellular telephone device with them on a daily basis. Because of this, there is desire by local police and fire departments to use a corresponding cellular telephone device to help locate a missing person, for example, a person trapped in a collapsed building or a fugitive. Conventional approaches to cellular telephone device location include systems comprising a plurality of sensors. These systems typically use a triangulation method to determine the location of the cellular telephone device.

One approach to cellular telephone device location is disclosed by U.S. Pat. No. 6,407,703 to Minter et al. The system of Minter et al. includes a plurality of sensors situated in multiple locations/platforms. The system uses angle of arrival (AOA), time difference of arrival (TDOA), and terrain altitude information from signal intercepts from the cellular telephone device to determine the location thereof. The sensors use accurate time synchronization for determining the TDOA of the intercepted signals.

Another approach to locating a cellular telephone device is disclosed in U.S. Pat. No. 7,187,327 to Coluzzi et al. This system also includes a plurality of sensors using TDOA and time of arrival measurements of signals received from the cellular telephone device to determine the location thereof. The sensors in this system are also synchronized.

Another approach to locating a cellular telephone device is disclosed in U.S. Pat. No. 7,203,500 to Leeper et al. This system uses a wireless transceiver device to determine range to a companion wireless transceiver device, for example, the cellular telephone device, with signal propagation time measurements. Another approach to locating a cellular telephone device is disclosed in U.S. Pat. No. 7,057,556 to Hall et al. This system includes a plurality of sensors also using TDOA to determine the location of the cellular telephone device.

Another approach is disclosed in U.S. Pat. No. 5,719,584 to Otto, assigned to the present application's assignee, Harris Corporation of Melbourne, Fla. This system uses a plurality of ground based sensors to determine a location of the cellular telephone device by measuring TDOA and AOA values. This network of sensors is also synchronized.

An approach to locating a cellular telephone device within a high-rise structure is disclosed in U.S. Pat. No. 7,203,497 to Belcea. This system includes a plurality of sensors deployed throughout the structure that use signal propagation time measurements to determine the approximate location of the cellular telephone device within the structure.

The prior art systems for location of cellular telephone devices may suffer from several drawbacks. For example, these systems use multiple sensors that are synchronized for generation of TDOA measurements. The systems are also complex and expensive, and require multiple sensors on different platforms. The systems also provide inaccurate location data if the sensors are not properly deployed.

### SUMMARY OF THE INVENTION

In view of the foregoing background, it is therefore an object of the present invention to provide a location determining system for a wireless transmitter that is accurate and less complex.

This and other objects, features, and advantages in accordance with the present invention are provided by a location determining system for a wireless transmitter, the location determining system to be carried by a platform movable relative to the wireless transmitter. The location determining system may include an antenna, and a receiver coupled to the antenna. The location determining system may also include a location determining processor coupled to the receiver to collect, during movement relative to the wireless transmitter, a series of range measurements and a corresponding series of received signal measurements, and to estimate a location of the wireless transmitter based upon the range measurements weighted using the received signal measurements. Advantageously, the location determining system is simpler and less costly to deploy.

For example, the received signal measurements may comprise at least one of bit-error rate measurements, received signal strength measurements, receiver metrics, and signal-to-noise ratio measurements. Additionally, the location determining processor may further estimate an elevation of the wireless transmitter. The location determining processor may estimate the location of the wireless transmitter based upon a least-squares steepest decent algorithm.

The location determining system may also comprise a platform position determining device. The location determining processor may cooperate with the platform position determining device so that the estimated location of the wireless transmitter comprises an estimated geolocation. The location determining processor may collect the series of range measurements using time of flight measurements.

In certain embodiments, the antenna may comprise a directional antenna. In these embodiments, the location determining processor may cooperate with the directional antenna to collect, during movement relative to the wireless transmitter, a corresponding series of angle of arrival measurements. The location determining processor may also estimate the location of the wireless transmitter further based upon the angle of arrival measurements. Furthermore, the location determining processor may weight the angle of arrival measurements based upon the received signal measurements. In some embodiments, the platform may comprise an aircraft. Alternatively, the platform may comprise a ground-based vehicle.

Moreover, the location determining processor may cooperate with the receiver to collect, during movement relative to the wireless transmitter, a corresponding series of received signal strength measurements. The location determining processor may further estimate the location of the wireless transmitter further based upon the received signal strength measurements weighted using the received signal measurements.

Another aspect is directed to a method of estimating a location of a wireless transmitter using a location determining system. The method may comprise collecting, during movement of the location determining system relative to the wireless transmitter, a series of range measurements and a corresponding series of received signal measurements. The method may also include estimating a location of the wireless transmitter based upon the range measurements weighted using the received signal measurements.

US 7,592,956 B2

3

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic diagram of a location determining system, according to the present invention, being carried by a movable platform.

FIG. **2** is a flowchart illustrating a method of estimating a location of a wireless transmitter using the location determining system, according to the present invention.

FIG. **3** is a more detailed flowchart of the method of estimating a location of a wireless transmitter using the location determining system, according to the present invention.

FIG. **4** is a contour plot of an error surface for a test run of the location determining system, according to the present invention.

FIG. **5** is an exemplary contour plot of an error surface for the location determining system, according to the present invention, superimposed on a map of the geographical terrain.

FIG. **6** is a chart illustrating the process for establishing frame boundaries with a wireless transmitter in the location determining system, according to the present invention.

FIG. **7** is an exemplary three-dimensional contour plot of an error surface for the location determining system, according to the present invention.

FIG. **8** is a schematic diagram of the location determining system, according to the present invention, receiving signals from the wireless transmitter.

FIG. **9** is a schematic diagram of the location determining system, according to the present invention, estimating the location of the wireless transmitter.

FIG. **10** is a second schematic diagram of the location determining system, according to the present invention, estimating the location of the wireless transmitter.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art. Like numbers refer to like elements throughout, and prime notation is used to indicate similar elements in alternative embodiments.

Referring initially to FIG. **1**, a communication system **15** illustratively includes a location determining system **22** and a wireless transmitter **21**. The location determining system **22** is illustratively carried by a platform **20** movable relative to the wireless transmitter **21**. The platform **20** may comprise an airborne platform, for example, an aircraft, or alternatively a ground based vehicle platform, for example, an automobile. As will be appreciated by those skilled in the art, the effective range of the location determining system **22** may increase in embodiments including the airborne platform.

The wireless transmitter **21** illustratively comprises a cellular telephone. As will be appreciated by those skilled in the art, the location determining system **22** may be compatible with the cellular telephone. As will be appreciated by those skilled in the art, the cellular telephone may be compatible with the Global System for Mobile communications (GSM) standard, the code division multiple access (CDMA) standard, the IS-95 standard, the CDMA2000 standard, or the UMTS mobile telephone standard.

The location determining system **22** illustratively includes an antenna **25**, and a receiver **24** coupled to the antenna. The

4

location determining system **22** illustratively includes a location determining processor **23** coupled to the receiver **24** to collect, during movement relative to the wireless transmitter **21**, a series of range measurements and a corresponding series of received signal measurements, and to estimate a location of the wireless transmitter based upon the range measurements weighted using the received signal measurements. For example, the range measurements may comprise time of flight measurements, i.e. the time elapsed for a transmission signal to traverse the distance between the platform **20** and the wireless transmitter **21**. Advantageously, the location determining system **22** includes a single sensor/antenna **25** for determining the location of the wireless transmitter **21**. Accordingly, no synchronization or alignment of the sensors may be needed in some embodiments.

The received signal measurements may comprise, for example, at least one of bit-error rate measurements, received signal strength measurements, receiver metrics (i.e. Viterbi path metrics), and signal-to-noise ratio measurements. In other words, the received signal measurements relate directly to the quality of the signal being received by the location determining system **22**.

Referring briefly to FIG. **6**, the time of flight measurements may be based upon the following equation.

$$\underbrace{T_{elapse}}_{Estimated} = 2t_0 + \underbrace{T_{offset}}_{Known} + \overbrace{\underbrace{\frac{\Delta t_{rx}}{Bound}}_{Bound} + \underbrace{\frac{\Delta t_{tx}}{Bound}}}^{Error\ Terms}$$

The distance between the wireless transmitter **21** and the platform **20** may be provided by the following equation.

$$\hat{d} = c\left[\frac{T_{elapse} - T_{offset}}{2}\right] = d + c\left[\frac{\Delta t_{rx} + \Delta t_{tx}}{2}\right]$$

More specifically, and as depicted in the diagram **56** of FIG. **6**, the antenna **25** may transmit a signal to be received by the wireless transmitter **21**. As will be appreciated by those skilled in the art, the signal may comprise a signal that would routinely prompt a transmission reply from the wireless transmitter **21** under the applicable communication standard. Once the wireless transmitter **21** receives the signal from the location determining system **22**, the wireless transmitter **21** transmits a reply signal that is received by the platform **20**. As will be appreciated by those skilled in the art, the location determining system **22** may compensate for the mobile transmitter **21** transmission delay, i.e. processing lag ($T_{offset}$) before transmission of a reply signal to the platform **20**. In some embodiments, the receiver **24** may comprise a transceiver for transmitting the signal to the wireless transmitter **21**.

In other embodiments, the time of flight measurements may be generated using a time of transmission stamp within the reply signal by differing the reply signal receipt time with the indicated time of transmission. As will be appreciated by those skilled in the art, the platform **20** and the wireless transmitter **21** may be time synced via satellite, for example, the Global Positioning System.

In certain embodiments, the antenna **25** may comprise a directional antenna, for example, a switched beam antenna. In these embodiments, the location determining processor **23** cooperates with the directional antenna to collect, during movement relative to the wireless transmitter **21**, a corre-

US 7,592,956 B2

**5**

sponding series of angle of arrival measurements. The location determining processor 23 estimates the location of the wireless transmitter 21 further based upon the angle of arrival measurements. Furthermore, the location determining processor 23 weights the angle of arrival measurements based upon the received signal measurements, for example, at least one of bit-error rate measurements, received signal strength measurements, receiver metrics, and signal-to-noise ratio measurements.

In other embodiments, the location determining processor 23 may cooperate with the receiver 24 to collect, during movement relative to the wireless transmitter 21, a corresponding series of received signal strength measurements. The location determining processor 23 may estimate the location of the wireless transmitter 21 further based upon the received signal strength measurements weighted using the received signal measurements, for example, at least one of bit-error rate measurements, received signal strength measurements, receiver metrics, and signal-to-noise ratio measurements. The location determining processor 23 may use the received signal strength measurements for breaking the symmetry, ambiguity resolution, etc. In other words, the location determining processor 23 may weight the received signal strength measurements based upon the bit-error rate, for example. In alternative embodiments, the weighting of the received signal strength measurements may also comprise, for example, a unity factor (no weighting).

As the platform 20 moves relative to the wireless transmitter 21, this motion is shown in the diagram 58 of FIG. 8, the location determining processor 23 generates a series of range-bearings equations. As discussed above, each range-bearing equation is based upon at least the range measurements and the received signal measurements but may also include the AOA measurements and the received signal strength measurements. The range-bearing equations may be solved to provide an estimated location of the wireless transmitter 21. As will be appreciated by those skilled in the art, the time elapsed between generation of each range-bearing equation is based upon platform 20 velocity and the type of platform.

Referring briefly to FIG. 4, a contour plot 50 of an error surface for a test run of the location determining system 22 is illustrated. The light grey star points 51 represent the position of the platform 20 as it moves relative to the wireless transmitter 21. The dark grey points 52 represent the iterative, estimated solutions of the series of range-bearing equations, the points moving toward the actual location of the wireless transmitter 21 as they become more accurate. The contour plot of the error surface provides an approximate error of the estimated location of the wireless transmitter 21 based upon the locations of the platform 20. The contour plot 50 may assist a user of the platform 20 (for example, aircraft or ground vehicle) in determining the distribution of errors based upon the geometry, therefore allowing for the optimization of the ground search for the wireless transmitter 21. As will be appreciated by those skilled in the art, FIG. 7 includes an exemplary three-dimensional error contour plot 60.

Referring again to FIG. 1, the location determining processor 23 may estimate the location of the wireless transmitter 21 based upon the range measurements, the angle of arrival measurements, and the received signal strength measurements weighted by the received signal measurements, for example, at least one of bit-error rate measurements, received signal strength measurements, receiver metrics, and signal-to-noise ratio measurements. More specifically, when the received signal measurement indicates a high quality received signal, for example, when the signal-to-noise ratio value is larger, the location determining processor 23 inter-

**6**

prets the other associated signal measurements (range measurements, AOA measurements, received signal strength measurements) relevant to the estimation of the wireless transmitter's 21 location to be of a higher quality, and therefore those measurements are more heavily weighted among the total set of measurements relevant to produce the location estimate.

As will be appreciated by those skilled in the art, the accuracy of the location estimate of the wireless transmitter 21, which is based upon the range measurements, the AOA measurements, and the received signal strength measurements, varies based upon the overall geometry of the situation. As the platform 20 moves relative to the wireless transmitter 21, the accuracy of the location estimate improves if the trajectory of the platform: breaks symmetry with regards to the wireless transmitter, reduces ambiguity resolution, and minimizes geometric dilution of precision (GDOP).

Hence, as the platform 20 moves relative to the wireless transmitter 21 and generates a series of range-bearing equations, the location determining processor 23 may give greater weight to range-bearing equations that correspond to positions with received signal measurements indicating a greater quality level. Moreover, the weighting between the range measurements, the received signal strength measurements, and the AOA measurements may be based upon a predetermined ratio that is based upon at least past experimental results.

The location determining system 22 illustratively includes a platform position determining device 26, for example, a Global Positioning System (GPS) receiver. The platform position determining device 26 provides the location determining system 22 with a current geographic location of the platform 20. The location determining processor 23 cooperates with the platform position determining device 26 so that the estimated location of the wireless transmitter 21 comprises an estimated geolocation. In other words, the location determining system 22 provides the estimated longitude and latitude of the wireless transmitter 21. Additionally, the location determining processor 23 estimates an elevation of the wireless transmitter 21, i.e. the altitude of the wireless transmitter. Advantageously, the error contour plot for the estimated location of the wireless transmitter 21 may be superimposed over a map 55 for advantageous reliability and search, example shown in FIG. 5.

Referring now both to FIGS. 1 and 2, a flowchart 30 illustrates a method of estimating a location of a wireless transmitter 21 using a location determining system 22. At Block 31, the method begins and illustratively includes moving at Block 33 the platform relative to the wireless transmitter 21. As will be appreciated by those skilled in the art, it may be preferable to encircle the approximate location of the wireless transmitter 21 to provide more accurate results, i.e. breaking the symmetry.

The method illustratively includes at Block 36 collecting, during movement of the location determining system 22 relative to the wireless transmitter 21, a series of range measurements and a corresponding series of received signal measurements. The method also illustratively includes estimating at Block 40 a location of the wireless transmitter 21 based upon the range measurements weighted using the received signal measurements, ending at Block 42.

Referring now additionally to FIG. 3, another embodiment of the method is now described. In this embodiment of the method, those elements already discussed above with respect to FIG. 2 are given prime notation and most require no further discussion herein. This embodiment differs from the previous embodiment in that the method further comprises a decision

US 7,592,956 B2

7
8

Block **34'** for determining whether a transmission signal is received from the wireless transmitter **21**. If no signal is received, the method returns to Block **33'** and continues to move the platform **20** until the transmission signal is received. If the transmission signal is received, the method moves on to Block **36'** for collection of measurements. In this embodiment, at Block **36'**, the method further includes collecting corresponding angle of arrival measurements and corresponding received signal strength measurements. Moreover, at Block **40'**, the method further includes using angle of arrival measurements and received signal strength measurements weighted by the received signal measurements to estimate the location of the wireless transmitter **21**. The method ends at Block **42'**.

The location determining processor **23** estimates the location of the wireless transmitter **21** based upon a least-squares steepest decent algorithm. As will be appreciated by those skilled in the art, a detailed exemplary implementation of the mathematical algorithm used by the location determining system **22** of FIG. **1** follows.

The mathematical algorithm includes a Non-Linear Least Squares Steepest Descent Algorithm (NLSSDA) in a full 3D geolocation context using a variety of families of range equations. The algorithm may be applicable for ground level, elevated, or airborne sensors (or a combination thereof). The algorithm may function with a number of networked ground based sensors or a single mobile sensor (ground based or airborne) to accomplish target location estimation. The algorithm, itself rather decoupled from the specific measurement techniques, also works for a broad range of wireless signals, including GSM, IS-95, cdma2000, and UMTS, for example.

Section 1: Introduction

The following description derives and presents the relevant mathematics that apply to the 3D geolocation problem. Note that the various range equations and cost functions derived herein can be weighted and combined into the same adaptive algorithm, providing a viable data fusion technique to incorporate various families of data useful for the location estimation problem. Indeed, the algorithm may allow for the various measurements and families of measurements to be weighted relative to each other, such that, location estimate is optimized in a weighted least-squares sense.

The equations below are derived for the general case where the target is located in a 3D space, which may be useful if the target (wireless transmitter **21**) is in a high-rise building, in a mountainous region, or some similar situation. As will be appreciated by those skilled in the art, the specific case where the target is confined to ground level (i.e. z=0) is a special case and is readily dealt with using the more general equations. The specific coordinate system used is not relevant, and the algorithm has been demonstrated to operate quite effectively in an earth-centered-earth-fixed (ECEF) 3D coordinate system, for example. As will be appreciated by those skilled in the art, other coordinate systems may be used.

Section 2: Time of Flight Based Approach

The primary geolocation method is referred to as the time of flight (TOF) method. The following measurement cost function can be defined for the TOF method:

$$f_i(x) = \sqrt{(x_i - x)^2 + (y_i - y)^2 + (z_i - z)^2} - \frac{c\Delta t_i}{2}, \quad (1)$$

where

-continued

$$\Delta t_i = T^i_{elapse} - 3 \cdot T_{slots} + TA, \quad (2)$$

and

$$x = [x_0 y_0 z_0]^T.$$

As will be appreciated by those skilled in the art, equation (2) relates specifically to the GSM standard and may be modified to comply with other wireless standards. The terms in equation (2) are either known or measured, and the remaining terms in (1) depend only on the current positions of the sensor and the target estimate. In one embodiment, $\Delta t_i$=TA and location estimation is based on the reported timing advance (TA). In equations (1) and (2), the measurements are taken with the sensor (antenna **25**) at position i, and the unknown target position at position x. The following overall cost function can be defined over a set of measurements i∈[1 . . . N].

$$F(x) = \sum_{i=1}^{N} \alpha_i^2 f_i^2(x) \quad (3)$$

In equation (3), the $\alpha_i$ is a weighting term and can be set to establish the relative importance and/or quality of the measurements. This is the term that may be related to the signal quality estimate. The position estimate of the target can be updated according to the equation

$$x_{k+1} = x_k - U \nabla_x F(x_k), \quad (4)$$

where U is a diagonal matrix, where the algorithm convergence properties are controlled by the values of the diagonal elements, and

$$\nabla_x F(x_k) = \nabla_x F(x)|_{x_k} = \begin{pmatrix} \frac{\delta F}{\delta x}\big|_{x_k} \\ \frac{\delta F}{\delta y}\big|_{x_k} \\ \frac{\delta F}{\delta z}\big|_{x_k} \end{pmatrix}. \quad (5)$$

It follows that the partial derivatives may be derived, which are used in equation (5). This may be done in the following development.

Let $u_i = (x_i - x)^2 + (y_i - y)^2 + (z_i - z)^2$, then rewrite formula (I) as

$$f_i(x) = \sqrt{u_i} - \frac{c\Delta t_i}{2}. \quad (6)$$

Now using differential Calculus, the partial derivative of the overall cost function in formula (3) is

$$\frac{\delta F}{\delta x} = 2 \cdot \sum_{i=1}^{n} \alpha_i^2 f_i(x) \cdot \frac{\delta f_i(x)}{\delta x}, \text{ where} \quad (7)$$

US 7,592,956 B2

9

10

The relevant measurement cost function is expressed as

$$\frac{\delta f_i(x)}{\delta x} = \frac{1}{2\sqrt{u_i}} \cdot \frac{\delta u_i}{\delta x} \qquad (8)$$

$$= \frac{1}{2\sqrt{u_i}} \cdot 2(x_i - x) \cdot (-1)$$

$$= \frac{(x - x_i)}{\sqrt{(x_i - x)^2 + (y_i - y)^2 + (z_i - z)^2}}.$$

The final form of the equation may be written as

$$\frac{\delta F}{\delta x}\bigg|_{x_k} = 2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_i(x) \cdot \frac{(x_k - x_i)}{\sqrt{(x_i - x_k)^2 + (y_i - y_k)^2 + (z_i - z_k)^2}}. \qquad (9)$$

In like fashion, the other partial derivatives functions can be derived and are summarized below.

$$\frac{\delta F}{\delta y}\bigg|_{y_k} = 2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_i(x) \cdot \frac{(y_k - y_i)}{\sqrt{(x_i - x_k)^2 + (y_i - y_k)^2 + (z_i - z_k)^2}} \qquad (10)$$

$$\frac{\delta F}{\delta z}\bigg|_{z_k} = 2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_i(x) \cdot \frac{(z_k - z_i)}{\sqrt{(x_i - x_k)^2 + (y_i - y_k)^2 + (z_i - z_k)^2}} \qquad (11)$$

In summary, the NLSSDA for the TOF method is described by equations (4), (5), and (9)-(11).

Section 3: Received Signal Strength Indication Based Approach

This section derives the equations that use signal power measurements at multiple locations as a way to gain location information of the target. The derivation of the equations is included below in summary form. The measured target signal power at two locations can be used to write the following equations, where a is the path loss exponent, $P_{RX}$ is the measured signal power, and $r_x$ is the range.

$$r_2/r_1 = (P_{r1}/P_{r2})^{1/a} \qquad (12)$$

$$(r_2/r_1)^a = (P_{r1}/P_{r2}) \qquad (13)$$

$$(r_1/r_2)^a = (P_{r2}/P_{r1}) \qquad (14)$$

$$(r_i/r_{i+1})^a = (P_{i+1}/P_i) \qquad (15)$$

Now, after taking the log of both sides of (15), and expressing the ranges in terms of the relevant x, y, z coordinates, the following cost function is provided.

$$g_i(x) = \frac{P_{i+1}}{P_i} - \left\{ \frac{\sqrt{(x_i - x)^2 + (y_i - y)^2 + (z_i - z)^2}}{\sqrt{(x_{i+1} - x)^2 + (y_{i+1} - y)^2 + (z_{i+1} - z)^2}} \right\}^a. \qquad (16)$$

$$f_{RSSI}^i(x) = \log_{10} g_i(x) \qquad (17)$$

$$= P_{i+1}(dB) - P_i(dB) - a \left\{ \begin{array}{l} \log_{10} \sqrt{\dfrac{(x_i - x)^2 + (y_i - y)^2 +}{(z_i - z)^2}} \ - \\ \log_{10} \sqrt{\dfrac{(x_{i+1} - x)^2 + (y_{i+1} - y)^2 +}{(z_{i+1} - z)^2}} \end{array} \right\}$$

where again, $x=[x_0 y_0 z_0]^T$ is the current estimated position of the target.

The overall cost function is as described in equation (3), where $f_i(x)$ is replaced with $f_{RSSI}(x)$. The derivation of the partial derivatives for the measurement cost function in equation (17) makes use of the following form:

$$\frac{d}{dx} \log_a u = \log_a e \cdot \frac{1}{u} \cdot \frac{du}{dx}. \qquad (18)$$

Applying equation (18) to equation (17), consider the following development. Let $u_i=(x_i-x)^2+(y_i-y)^2+(z_i-z)^2$, it can then be written as:

$$\frac{\delta f_{RSSI}^i(x)}{\delta x} = -a \left\{ \begin{array}{l} \log_{10} e \dfrac{1}{\sqrt{u_i}} \cdot \dfrac{1}{2\sqrt{u_i}} \cdot 2(x_i - x) \cdot (-1) - \\ \log_{10} e \dfrac{1}{\sqrt{u_{i+1}}} \cdot \dfrac{1}{2\sqrt{u_{i+1}}} \cdot 2(x_{i+1} - x) \cdot (-1) \end{array} \right\} \qquad (19)$$

$$\frac{\delta f_{RSSI}^i(x)}{\delta x} = -a \cdot \log_{10} e \cdot \left\{ \frac{(x - x_i)}{u_i} - \frac{(x - x_{i+1})}{u_{i+1}} \right\} \qquad (20)$$

$$\frac{\delta f_{RSSI}^i(x)}{\delta y} = -a \cdot \log_{10} e \cdot \left\{ \frac{(y - y_i)}{u_i} - \frac{(y - y_{i+1})}{u_{i+1}} \right\} \qquad (21)$$

$$\frac{\delta f_{RSSI}^i(x)}{\delta z} = -a \cdot \log_{10} e \cdot \left\{ \frac{(z - z_i)}{u_i} - \frac{(z - z_{i+1})}{u_{i+1}} \right\}. \qquad (22)$$

Now using differential Calculus, the partial derivative of the overall cost function in equation (3) can be written as (recall general development in section 2):

$$\frac{\delta F}{\delta x}\bigg|_{x_k} = 2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_{RSSI}^i(x) \cdot \left( -a \cdot \log_{10} e \cdot \left\{ \frac{(x_k - x_i)}{u_i} - \frac{(x_k - x_{i+1})}{u_{i+1}} \right\} \right) \qquad (23)$$

$$\frac{\delta F}{\delta y}\bigg|_{y_k} = 2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_{RSSI}^i(x) \cdot \left( -a \cdot \log_{10} e \cdot \left\{ \frac{(y_k - y_i)}{u_i} - \frac{(y_k - y_{i+1})}{u_{i+1}} \right\} \right) \qquad (24)$$

$$\frac{\delta F}{\delta z}\bigg|_{z_k} = 2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_{RSSI}^i(x) \cdot \left( -a \cdot \log_{10} e \cdot \left\{ \frac{(z_k - z_i)}{u_i} - \frac{(z_k - z_{i+1})}{u_{i+1}} \right\} \right). \qquad (25)$$

In summary, the NLSSDA for the relative received signal strength indication (RSSI) method is described by equations (4), (5), and (23)-(25).

Referring to FIGS. 9-10, charts 57, 59 illustrate takings of the received signal strength measurements at N points, each pair of measurements may permit the construction of a circle. The target location is estimated as the intersection of the circles.

**11**

**Section 4: Angle of Arrival Approach**

This section derives the equations that use any AOA measurements that may be available at multiple locations as a way to gain location information of the target. These AOA measurements may be made, for example, with the aid of a switched beam antenna **25**. In like fashion, the other partial derivative functions can be derived and are summarized below.

This method is derived for 3D space, however, this may be optimal only if the antenna is highly directional in terms of azimuth and elevation. Indeed, practical antennas are most likely not highly directional in either orientation, however, even low resolution directivity information (used with low weights in the algorithm) may be useful for ambiguity resolution and breaking symmetry in the overall error surface. In the 3D case, it is assumed that the antenna is somewhat directional in terms of azimuth and elevation. The 2D case for antenna directivity may allow azimuth to be easily derived from the equations as a special case.

The derivation of the equations is included below in summary form. The sensor at each position i determines an estimated azimuth and elevation angle to the target. All angles are processed with knowledge of each sensor's measurement position and orientation so that the angles can be converted to a set of linear equations in the relevant 3D Cartesian coordinate system. There will be an equation for each sensor angle measurement. The final set of equations can be written as follows for each sensor i:

$$h_i(x) = z = m_i x + n_i y + b_i.  \tag{26}$$

The relevant measurement cost function is expressed as

$$f_{ANG}^i(x) = m_i x + n_i y + b_i - z.  \tag{27}$$

where again $x = [x_0 y_0 z_0]^T$ is the current estimated position of the target.

The overall cost function is as described in equation (3), where $f_i(x)$ is replaced with $f_{ANG}^i(x)$. The partial derivatives for the measurement cost function in equation (27) are easily established as:

$$\frac{\delta f_{ANG}^i(x)}{\delta x} = m_i  \tag{28}$$

$$\frac{\delta f_{ANG}^i(x)}{\delta y} = n_i  \tag{29}$$

$$\frac{\delta f_{ANG}^i(x)}{\delta z} = -1.  \tag{30}$$

Now using differential Calculus, the partial derivative of the overall cost function in equation (3) can be written as (recall general development in section 2):

$$\frac{\delta F}{\delta x}\Big|_{x_k} = 2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_{ANG}^i(x) \cdot m_i  \tag{31}$$

$$\frac{\delta F}{\delta y}\Big|_{y_k} = 2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_{ANG}^i(x) \cdot n_i  \tag{32}$$

$$\frac{\delta F}{\delta z}\Big|_{z_k} = 2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_{ANG}^i(x) \cdot (-1).  \tag{33}$$

**12**

In summary, the NLSSDA for the relative RSSI method is described by equations (4), (5), and (31)-(33).

**Section 5: Synchronized TDOA Approach**

For completeness, an embodiment using the synchronized TDOA approach is also discussed herein, which is applicable for a set of time synchronized sensors. This section derives the synchronized TDOA equations, which use measurements at multiple locations as a way to gain location information of the target. Assuming that the target is located at position $(x_0, y_0, z_0)$, and transmits at time $\tau_0$. Assuming that there are N time synchronized sensors deployed at positions $(x_1, y_1, z_1), \ldots, (x_N, y_N, z_N)$, and that they receive the transmission from target mobile at times $\tau_1, \ldots, \tau_N$. For sensor $i \in 1 \ldots N$, the following cost function may be derived:

$$f_{TDOA}^i(x) = \sqrt{(x_i - x)^2 + (y_i - y)^2 + (z_i - z)^2} - c(\tau_i - \tau),  \tag{34}$$

where c is the speed of light, and $x = [x\ y\ z\ \tau]^T$ is the unknown vector which contains the current estimated position of the target and the estimated target transmission time. This function takes on a low value ideally (and in the absence of all error sources) at all sensors when $x = [x_0 y_0 z_0 \tau_0]^T$.

The cost function specific to the hyperbolic based synchronized TDOA is derived as follows:

$$f_{TDOA}^i(x) - f_{TDOA}^{i+1}(x) = \sqrt{(x_i - x)^2 + (y_i - y)^2 + (z_i - z)^2} - \sqrt{(x_{i+1} - x)^2 + (y_{i+1} - y)^2 + (z_{i+1} - z)^2} - c(\tau_i - \tau) + c(\tau_{i+1} - \tau)  \tag{35}$$

$$f_{TDOA}^i(x) - f_{TDOA}^{i+1}(x) = \sqrt{(x_i - x)^2 + (y_i - y)^2 + (z_i - z)^2} - \sqrt{(x_{i+1} - x)^2 + (y_{i+1} - y)^2 + (z_{i+1} - z)^2} - c(\tau_i - \tau_{i+1})  \tag{36}$$

$$f_{HYP}^i(x) = f_{TDOA}^i(x) - f_{TDOA}^{i+1}(x), \text{ where } x = (x_0, y_0, z_0)^T.  \tag{37}$$

The cost function may be dependent only on the measured time difference of arrival between sensors and the position of the target. Given a perfect measurement in ideal conditions, this cost function approaches zero as the estimate approaches the actual target location. The estimate vector in this case is free of the unknown target transmit time, as this has been subtracted out and is of no practical interest for the location estimation application. The remainder of the development for the hyperbolic case follows that presented in section 2 above.

The overall cost function is as described in equation (3), where $f_i(x)$ is replaced with $f_{HYP}^i(x)$. The relevant partial derivatives of $f_{HYP}^i(x)$ are determined as shown below. Let $u_i = (x_i - x)^2 + (y_i - y)^2 + (z_i - z)^2$, then rewrite the cost function in equation (37) as:

$$f_{HYP}^i(x) = \sqrt{u_i^2} - \sqrt{u_{i+1}^2} - c(\tau_i - \tau_{i+1}).  \tag{38}$$

Now using differential Calculus, the partial derivative of the cost function in equation (38) is

$$\frac{\delta f_{HYP}^i(x)}{\delta x} = \frac{1}{2\sqrt{u_i}} \cdot \frac{\delta u_i}{\delta x} - \frac{1}{2\sqrt{u_{i+1}}} \cdot \frac{\delta u_{i+1}}{\delta x}  \tag{39}$$

$$= \frac{1}{2\sqrt{u_i}} \cdot 2(x_i - x) \cdot (-1) - \frac{1}{2\sqrt{u_{i+1}}} \cdot$$

US 7,592,956 B2

13                                                          14

-continued

$$2(x_{i+1} - x) \cdot (-1)$$

$$= \frac{(x - x_i)}{\sqrt{(x_i - x)^2 + (y_i - y)^2 + (z_i - z)^2}} - \frac{(x - x_{i+1})}{\sqrt{(x_{i+1} - x)^2 + (y_{i+1} - y)^2 + (z_{i+1} - z)^2}},$$

so the final form of the partial derivatives of the system level cost function can be rewritten as:

$$\left. \frac{\delta F}{\delta x} \right|_{x_k} = \qquad (40)$$

$$2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_{HYP}'(x) \cdot \left\{ \frac{(x_k - x_i)}{\sqrt{(x_i - x_k)^2 + (y_i - y_k)^2 + (z_i - z_k)^2}} - \frac{(x_k - x_{i+1})}{\sqrt{(x_{i+1} - x_k)^2 + (y_{i+1} - y_k)^2 + (z_{i+1} - z_k)^2}} \right\},$$

In like fashion, the other partial derivatives functions can be derived and are summarized below.

$$\left. \frac{\delta F}{\delta y} \right|_{x_k} = \qquad (41)$$

$$2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_{HYP}'(x) \cdot \left\{ \frac{(y_k - y_i)}{\sqrt{(x_i - x_k)^2 + (y_i - y_k)^2 + (z_i - z_k)^2}} - \frac{(y_k - y_{i+1})}{\sqrt{(x_{i+1} - x_k)^2 + (y_{i+1} - y_k)^2 + (z_{i+1} - z_k)^2}} \right\}$$

$$\left. \frac{\delta F}{\delta z} \right|_{x_k} = \qquad (42)$$

$$2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_{HYP}'(x) \cdot \left\{ \frac{(z_k - z_i)}{\sqrt{(x_i - x_k)^2 + (y_i - y_k)^2 + (z_i - z_k)^2}} - \frac{(z_k - z_{i+1})}{\sqrt{(x_{i+1} - x_k)^2 + (y_{i+1} - y_k)^2 + (z_{i+1} - z_k)^2}} \right\}$$

Compare these equations to equations (9)-(11), respectively. In summary, the NLSSDA for the TDOA method is described by equations (4), (5), and (40)-(42).

Section 6: Data Fusion Across Measurement Families

The various measurements and equations derived in previous sections can be combined and used simultaneously in the same algorithm (i.e., data fusion). In this case, the adaptive algorithm combines the various measurements, and families of measurements, in a weighted least-squares sense. Assuming that there are N sensor measurements, there are N equations for methods that are not differential in nature (i.e., TOF and AOA methods), and M equations for methods that are differential in nature (i.e., relative RSSI method, and TDOA).

If imposing a restriction that utilizes only independent sensor combinations, then M=N−1. It has been established (via simulations) that with noise and all other error sources enabled, using all of the dependent combinations in addition to the independent combinations affords better performance as a result of averaging the noise and errors components. In the case where all combinations of sensors are used, M=1+ 2+ . . . +N−1, there are $N_{RSSI}$=M RSSI based equations,

$N_{HYP}$=M TDOA based equations, $N_{TOF}$=N TOF based equations, and $N_{ANG}$=N AOA based equations. The equations discussed in the previous sections are combined to form the overall cost function as follows:

$$F_{COM}(x) = \sum_{i=1}^{N_{TOF}} \alpha_i^2 f_i^2(x) + \sum_{i=1}^{N_{RSSI}} \alpha_{RSSI,i}^2 f_{RSSI,i}^2(x) + \qquad (34)$$

$$\sum_{i=1}^{N_{ANG}} \alpha_{ANG,i}^2 f_{ANG,i}^2(x) + \sum_{i=1}^{N_{HYP}} \alpha_{HYP,i}^2 f_{HYP,i}^2(x)$$

The relevant partial derivatives of this function are easily determined using the property that the derivative of a sum of terms is the sum of the derivatives of the terms and using equations (9)-(11), (23)-(25), (31)-(33), and (40)-(42), which have been previously derived. As usual, the position estimate of the target is updated according to the following equation:

$$x_{k+1} = x_k - \mu \nabla_x F_{COM}(x_k), \qquad (35)$$

where

$$\nabla_x F_{COM}(x_k) = \nabla_x F_{COM}(x) |_{x_k}$$

$$= \begin{pmatrix} \left. \frac{\delta F_{COM}}{\delta x} \right|_{x_k} \\ \left. \frac{\delta F_{COM}}{\delta y} \right|_{x_k} \\ \left. \frac{\delta F_{COM}}{\delta z} \right|_{x_k} \end{pmatrix}.$$

Using this strategy, by judiciously choosing the $\alpha_i$ terms in (34), different families of measurements, indeed even measurements within families, can be combined in a weighted sense (including turning off by setting the relevant weights to 0) to arrive at a position estimate that is optimized in a weighted least-squares sense. In summary, the NLSSDA for this hybrid approach is described by equations (34), (35), and using the partial derivative terms in (9)-(11), (23)-(25), (31)-(33), and (40)-(42) in the computation of (35).

Section 7: Conclusion

Provided herein is the relevant mathematics used for full 3D geolocation using a variety of measurement families. In addition to providing a range of techniques for location estimation, this technique offers the ability to combine all of the various measurement families into a single algorithm so that a location estimate is computed which is optimum in a weighted least squared sense. The weighting is completely general. Individual measurements can be weighted relative to its peer's measurements, or entire measurement families can be weighted relative to other families of measurements.

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

1. A location determining system for a wireless cellular transmitter, the location determining system to be carried by a platform movable relative to the wireless cellular transmitter and comprising:

US 7,592,956 B2

15

an antenna;

a receiver coupled to said antenna; and

a location determining processor coupled to said receiver
   to collect, during movement relative to the wireless cel-
   lular transmitter, a series of range measurements, a
   corresponding series of received signal measure-
   ments, a corresponding series of received signal
   strength measurements, and
   to estimate a location of the wireless cellular transmitter
   based upon the range measurements and the received
   signal strength measurements, both weighted using
   the received signal strength measurements.

**2**. The location determining system according to claim **1**
further comprising a platform position determining device;
and wherein said location determining processor cooperates
with said platform position determining device so that the
estimated location of the wireless cellular transmitter com-
prises an estimated geolocation.

**3**. The location determining system according to claim **1**
wherein said location determining processor further esti-
mates an elevation of the wireless cellular transmitter.

**4**. The location determining system according to claim **1**
wherein the received signal measurements comprise at least
one of bit-error rate measurements, receiver metrics, and
signal-to-noise ratio measurements.

**5**. The location determining system according to claim **1**
wherein said location determining processor estimates the
location of the wireless cellular transmitter based upon a
least-squares steepest decent algorithm.

**6**. The location determining system according to claim **1**
wherein said location determining processor collects the
series of range measurements using time of flight measure-
ments.

**7**. The location determining system according to claim **1**
wherein said antenna comprises a directional antenna;
wherein said location determining processor cooperates with
said directional antenna to collect, during movement relative
to the wireless cellular transmitter, a corresponding series of
angle of arrival measurements; and wherein said location
determining processor estimates the location of the wireless
cellular transmitter further based upon the angle of arrival
measurements.

**8**. The location determining system according to claim **7**
wherein said location determining processor weights the
angle of arrival measurements based upon the received signal
measurements.

**9**. The location determining system according to claim **1**
wherein the platform comprises an aircraft.

**10**. The location determining system according to claim **1**
wherein the platform comprises a ground-based vehicle.

**11**. A location determining system for a wireless cellular
transmitter, the location determining system to be carried by
a platform movable relative to the wireless cellular transmit-
ter and comprising:

   a directional antenna;

   a receiver coupled to said directional antenna;

   a platform position determining device; and

   a location determining processor coupled to said receiver
      and said platform position determining device for

16

   collecting, during movement relative to the wireless cellu-
      lar transmitter, a series of range measurements, a corre-
      sponding series of received signal measurements, a cor-
      responding series of angle of arrival measurements, and
      a corresponding series of received signal strength mea-
      surements, and
   estimating a geolocation of the wireless cellular transmitter
      based upon the range measurements, the angle of arrival
      measurements, the received signal strength measure-
      ments, each weighted using the received signal measure-
      ments.

**12**. The location determining system according to claim **11**
wherein the received signal measurements comprise at least
one of bit-error rate measurements, receiver metrics, and
signal-to-noise ratio measurements.

**13**. The location determining system according to claim **11**
wherein said location determining processor estimates the
location of the wireless cellular transmitter based upon a
least-squares steepest decent algorithm.

**14**. The location determining system according to claim **11**
wherein said location determining processor collects the
series of range measurements using time of flight measure-
ments.

**15**. A method of estimating a location of a wireless cellular
transmitter using a location determining system, the method
comprising:

   collecting, during movement of the location determining
      system relative to the wireless cellular transmitter, a
      series of range measurements, a corresponding series of
      received signal measurements, and a corresponding
      series of received signal strength measurements; and
   estimating a location of the wireless cellular transmitter
      based upon the range measurements and the received
      signal strength measurements, both weighted using the
      received signal measurements.

**16**. The method according to claim **15** further comprising
collecting, during movement of the location determining sys-
tem relative to the wireless cellular transmitter, a correspond-
ing series of angle of arrival measurements; and wherein
estimating the location of the wireless cellular transmitter
comprises estimating the location further based upon the
angle of arrival measurements.

**17**. The method according to claim **15** wherein estimating
the location of the wireless cellular transmitter comprises
estimating a geolocation of the wireless cellular transmitter.

**18**. The method according to claim **15** wherein estimating
the location of the wireless cellular transmitter comprises
estimating an elevation of the wireless cellular transmitter.

**19**. The method according to claim **15** wherein the received
signal measurements comprise at least one of bit-error rate
measurements, receiver metrics, and signal-to-noise ratio
measurements.

**20**. The method according to claim **15** wherein estimating
the location of the wireless cellular transmitter comprises
estimating the location of the wireless cellular transmitter
based upon a least-squares steepest decent algorithm.

**21**. The method according to claim **15** wherein collecting
the series of range measurements comprises collecting a
series of time of flight measurements.

* * * * *

US005719584A

## United States Patent [19]

### Otto

| [11] | Patent Number: | **5,719,584** |
|---|---|---|
| [45] | Date of Patent: | **Feb. 17, 1998** |

[54] **SYSTEM AND METHOD FOR DETERMINING THE GEOLOCATION OF A TRANSMITTER**

[75] Inventor: **James C. Otto**, Indian Harbor Beach, Fla.

[73] Assignee: **Harris Corporation**, Melbourne, Fla.

[21] Appl. No.: **706,909**

[22] Filed: **Sep. 3, 1996**

[51] Int. Cl.$^6$ ........................................ **G01S 3/02**

[52] U.S. Cl. .......................... **342/465; 342/387; 342/457**

[58] Field of Search ...................................... 342/387, 465, 342/457, 389

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| 3,789,413 | 1/1974 | Ross et al. | 343/113 R |
|---|---|---|---|
| 4,888,593 | 12/1989 | Friedman et al. | 342/387 |
| 5,317,323 | 5/1994 | Kennedy et al. | 342/457 |
| 5,493,308 | 2/1996 | Bingham et al. | 342/442 |
| 5,526,001 | 6/1996 | Rose et al. | 342/442 |
| 5,596,313 | 1/1997 | Berglund et al. | 340/574 |

*Primary Examiner*—Thomas H. Tarcza
*Assistant Examiner*—Dao L. Phan
*Attorney, Agent, or Firm*—Rogers & Killeen

[57] **ABSTRACT**

A system and method for determining the geolocation of a transmitter within or without a set of receiving stations. The system includes plural receiving stations which determine the time of arrival and the angle of arrival of a signal from a target unit. The signal determinations are communicated to a central processing unit which determines the geolocation of a radiating unit which would provide such times of arrival and angles of arrival. By use of both time of arrival and angle of arrival information at the central processing unit, the need for receiving stations to cover a desired geographic area is reduced.

**14 Claims, 4 Drawing Sheets**





FIG. 1

**U.S. Patent**          Feb. 17, 1998          Sheet 2 of 4          **5,719,584**



# FIG. 2
### PRIOR ART



**FIG. 3**
PRIOR ART



FIG. 4

5,719,584

1

## SYSTEM AND METHOD FOR DETERMINING THE GEOLOCATION OF A TRANSMITTER

### BACKGROUND OF THE INVENTION

The present invention is related generally to systems and methods for determining the geolocation of radiating apparatus and, in particular, to a system and method for determining the geolocation of one or more radio frequency ("RF") transmitters by combining measurement estimates from two or more types of detecting systems.

The prior art contains numerous types of systems for locating the geolocation of an RF transmitter. In such systems, plural receivers are generally placed at known geolocations and each receiver monitors known frequency bands for signals emanating from an RF source at an unknown location. Upon detection of RF signals having a desired characteristic, the plural stations provide information concerning the detected signal to a central processing unit. The central processing unit (which may be located at one of the receiving stations) typically uses the multiple detected signals from the plural receiving stations to determine the geolocation of the transmitter of the signal. Currently, while other types of geolocating systems are known, most systems determine the geolocation of the transmitter based on the difference in the times of arrival of the same signal at the plural receivers (so called, time-difference-of-arrival, "TDOA", systems) or based on the angle of arrival of the same signal at the plural signals ("AOA" systems).

As explained below with reference to FIGS. 1 to 3, prior art TDOA and AOA geolocation determining systems usually need a minimum of three, geographically diverse, receiving stations to monitor a signal from a transmitter to be located. While three receiving stations may not seem a significantly large number of stations for geolocating purposes, present and expected future transmitting systems, such as analog and digital cellular telephone systems, personal communications systems, and the like, are expected to use transmitters of very low power. In such a system, in order to ensure that an accurate geolocation can be established anywhere within a predetermined geographic area, it is necessary to locate receiving stations throughout the predetermined area. Accordingly, it would be of considerable advantage, if geolocation tasks could be accurately accomplished by fewer than three receiving stations. Such systems could be designed so that any transmitter to be monitored need only to be able to communicate with two receiving stations, at a considerable cost savings for the fixed architecture of the communication system. Additionally, such an advantageous system would have a further advantage in potentially reducing the communication overhead needed to transmit data concerning received signals from the receiving stations to the central processing unit.

It is therefor an object of the present invention to provide a novel geolocating system and method which reduces these and other disadvantages experienced in prior art systems.

It is a further object of the present invention to provide a novel geolocating system and method which requires fewer receiving stations to determine the geolocation of an RF transmitter within a prescribed geographic area.

It is another object of the present invention to provide a novel geolocation system and method which reduces the computational overhead at a central processing system as compared to conventional prior art systems.

2

It is still another object of the present invention to provide a novel geolocating system and method which accurately determines the geolocation of a RF transmitter within a prescribed geographic area regardless of the location of the transmitter with respect to the receiving stations.

These and many other objects and advantages of the present invention will be readily apparent to one skilled in the art to which the invention pertains from a perusal of the claims, the appended drawings, and the following detailed description of the preferred embodiments.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a pictorial diagram depicting a simplified system in which the present invention may be exploited.

FIG. 2 is a pictorial diagram illustrating the operation of a time-difference-of-arrival system of the prior art.

FIG. 3 is a pictorial diagram illustrating the operation of an angle-of-arrival system of the prior art.

FIG. 4 is a pictorial diagram depicting a system of the present invention.

### DESCRIPTION OF PREFERRED EMBODIMENTS

With reference to FIG. 1, an embodiment of the present invention may be implemented in a geolocation system which utilizes plural fixed receiving sites 10, each connected to a central processing unit 12 through convention communication links 14. A target unit (or unit to be geolocated) 16 transmits a signal, which may be an RF signal or an electromagnetic signal or various types, to plural of the receiving stations.

In operation, the receiving sites (or "receiving stations") 10 each receive the signal from the target unit 16 and send a communication concerning that signal reception to the central processing unit 12. Depending upon the structure of the system, the central processing unit 12 may use the angle of arrivals of the signal at the receiving sites 10 or the times of arrival of the signal at the receiving sites 10 or other conventional means to determine the geolocation of the target unit 16. With a proper system design, the central processing system 12 can simultaneously determine the geolocation of several target units 10 located within the receiving range of plural of the receiving stations 10.

With reference now to FIG. 2, one method by which the central processing unit may determine the geolocation of the target unit is known as time-difference-of-arrival ("TDOA"). In a TDOA system, a target unit transmits a signal which may be received at plural receiving stations 10, in the example system of FIG. 2, RS1, RS2 and RS3. The receiving stations RS1, RS2 and RS3 have a common time framework, such as a signal received from a high precision clock on a geosynchronous satellite, a signal received from the central processing unit 12 (not shown), or from a highly stable local clock (which may be periodically update or brought into synchronization by external signals). When an identifiable portion of the signal from the target unit 10 is received, the time at which the identifiable portion is received is ascertained by the receiving stations RS1, RS2 and RS3 using conventional techniques. Information regarding the received signal, including its time of arrival, is sent from the receiving stations RS1, RS2 and RS3 to the central processing unit. At the central processing unit, the time of arrival of the signal at the various reporting receiving stations RS1, RS2, and RS3 is compared to one another and used to compute the time difference of arrival of the signals.

5,719,584

3

By knowing the geolocation of the receiving stations RS1, RS2 and RS3 and the propagation speed of the signals sent from the target unit 16, the central processing unit 12 may determine the geolocation of the target unit within the degree of certainty available from the individual time of arrival signals.

Generally, the time difference of arrival of the same signal between any two receiving stations yields a locus of points along a parabola which intersects at a right angle a line directly connecting the two points. For example, with continued reference to FIG. 2, the possible locations of a target unit sending a signal which arrived at receiving station RS1 at $t_1$ and arrived at receiving station RS2 at $t_2$ is in the shape of a curve 20. With only two receiving stations using a TDOA method of determining, it is generally not possible to determine a precise location for a target unit but only a locus of points along a curve. Therefor, TDOA systems generally use at least three receiving stations to make a geolocation determination. For example, if the same signal as sent in the previous paragraph is also received and time tagged by a third receiving station RS3, the central processing unit 12 may compute two additional curves on which the target unit must lie (within the accuracy of the time determination), one relying upon the time difference of arrival between receiving stations RS1 and RS3 and the other relying upon the time difference of arrival between receiving stations RS2 and RS3. In the prior art system of FIG. 2, a second curve 22 (relying on the times of arrival at receiving stations RS1 and RS3) is shown. The intersection of the curves of the TDOA determinations may be taken as the geolocation of the target unit 16.

As understood by those skilled in the art, the TDOA calculations may be adjusted for factors other than propagation speed of the signals, such as local terrain effects, clock biases, etc.

With reference now to FIG. 3, some systems of the prior art used information regarding the angle of arrival of the signal from the target unit 16 to determine the target unit's geolocation. There are a myriad of methods for determining the angle of arrival of a signal at a receiving site, such as by: the use of a rotating antenna which is rotated to obtain the strongest signal from the target unit; a phase array of antenna elements which may be variably electrically steered to obtain the strongest signal; plural antennas at which the receiving unit may compare the instantaneous phase of the arriving signal at each of the plural antennas to determine the direction of a signal which would provide the received phase relationship among signals; or other convention methods. No matter which angle of arrival method is used, such methods generally are less accurate as a target unit moves close to a line between the receiving stations. For example, if a particular system has an uncertainty of X degrees in the angle of arrival, the uncertainty in the geolocation of the target unit is related to the intersection of the arcs of uncertainty 31 of X degrees from each receiving station. As the target unit moves toward a location which approaches a line between the receiving stations, the intersection of the arcs of uncertainty 31 grow larger until for the extreme case of a target unit on the line between the receiving stations, the system cannot ascertain where the target is located along the line between the receiving units. For example, with respect to the system of FIG. 3, a zone of uncertainty 30, associated with an approximately 90 degree intersection of the arcs of uncertainty from two stations RS1 and RS2 is considerably smaller than the zone of uncertainty 32 associated with a much shallower intersection.

To obviate the problems associated with AOA systems, such systems generally use at least three receiving stations,

4

each mutually remote from the other. In such systems, the central processing unit 12 obtains AOA information from at least three receiving stations and can always determine a location by use of intersecting arcs which are not at or near lines connecting the receiving stations.

With reference to FIG. 4, a system of the present invention requires only two receiving stations RS 10 and RS 20 to determine the geolocation of a target unit 16. In systems of the present invention, each receiving location 10 receives a signal from the target unit 16 and determines both the angle-of-arrival and the time of arrival of the signal, which is provide, in turn, to the central processing unit 12 through conventional communications links 14. At the central processing unit 12, the time of arrival information between two stations may be used to compute a curve 40 (i.e., the locus of points from which a signal would have the determined time difference of arrival between the given two receiving stations 10). The precise point along the curve 40 at which the target unit 16 is determined to be located is obtained from the intersection of the curve 40 with the bearing lines (from the angles of arrival) AOA1, AOA2 from either one of the receiving stations, RS10 or RS20.

In a system in which multiple receiving antennas are needed to provide geolocating (and/or communications) coverage throughout a geographic area, such as in a low power personal communication system which covers a wide geographic area, only two receiving stations are needed to be able to be in contact with a target unit at any time in order to provide complete geolocating coverage. If in a given system, the signals from a target unit are received at more than two receiving stations, the processing unit can combine the bearing lines and the curves using any vectorial combination scheme. Depending upon the local terrain conditions and other factors, the central processing unit 12 may: weight the signals from some receiving sites more heavily than others; weight the signals in proportion to a metric of signal quality such as signal-to-noise ratio of the received signals; weight more heavily the positions determined from receiving stations closer to the determined location of the target unit; eliminating some of the bearing lines and/or curves for outlying estimates; weighting more heavily the curves determined from the TDOA determinations. Indeed, the central processing unit may determine the geolocation of the target unit using a moment of inertia calculation based on the weighted estimates of position.

As will be perceived by those skilled in the art, the use of the present invention reduces the need for receiving stations to be within receiving range of target units. In a cellular like system in which receiving stations exist throughout a coverage area, no more than two of such receiving stations are required to be able to receive signals from the target units in the system of the present invention.

While preferred embodiments of the present invention have been described, it is to be understood that the embodiments described are illustrative only and the scope of the invention is to be defined solely by the appended claims when accorded a full range of equivalence, many variations and modifications naturally occurring to those of skill in the art from a perusal hereof.

What is claimed is:

1. A system for locating a transmitting unit relative to plural fixed receiving locations, comprising:

(A) a mobile unit transmitting an RF signal;

(B) plural fixed units, each of said fixed units receiving said transmitted signal and each fixed unit comprising:

5,719,584

| 5 | 6 |

(i) means for determining the angle of arrival of said transmitted signal;

(ii) means for determining the time-of-arrival of said transmitted signal;

(C) determination means for determining the location of the mobile unit based on the angle of arrival and the time of arrival of the transmitted signal at each of the fixed units.

2. A locating system for the source of an RF signal comprising:

(A) a clock;

(B) plural receivers, each receiver receiving said RF signal, and each receiver comprising:

(i) angle-of-arrival detector for computing the angle of arrival of said RF signal;

(ii) time-of-arrival detector for determining the time of arrival at said receiver of an identifiable portion of said RF signal, said time of arrival being determined with respect to said clock;

(iii) reporting means for reporting the detected angle-of-arrival and the detected time-of-arrival; and,

(C) a location determining site for receiving the detected angle-of-arrival and the detected time-of-arrival from each of said plural receivers and for determining therefrom the location of the source of said RF signal.

3. The system of claim 2 wherein said location determining site determines said location by computing the set of locations corresponding to the time-difference-of-arrival of said RF signal at said plural receivers and intersecting said set of locations with one of said angles-of-arrival to determine the location of the source of said RF signal.

4. The system of claim 2 wherein said plurality is 2.

5. The system of claim 2 wherein said plurality is 2 and only one of said angles-of-arrival is used to determined the location of said RF source.

6. A method for determining the location of a source of an RF signal, comprising the steps of:

(A) determining the angle of arrival and the time of arrival of an identifiable portion of said RF signal at a first receiver location;

(B) determining the time of arrival of said identifiable portion of said RF signal at a second receiver location, said time of arrival determination being coordinated in time with the time of arrival determination of the first receiver location;

(C) determining the locus of points along the surface of the earth from which the time of arrivals at the two receiver locations satisfies the ratio of the two determined times of arrival;

(D) determining along said locus of points the point at which the angle of arrival from said first receiver location matches the determined angle of arrival, said point being associated with the source of the RF signal.

7. The method of claim 6 further comprising the steps of:

(E) repeating steps (C) and (D) for each set of receiver locations within receiving range of said RF source; and,

(F) determining the location of said RF source by combining the points.

8. The method of claim 7 wherein the points are combined by selectively weighing one or more of the points more heavily than others of the points.

9. The method of claim 8 wherein said step of determining the location is accomplished by computing a moment of inertia of the points.

10. The method of claim 6 wherein only two receivers are used to determine the point.

11. A system for locating a transmitting unit comprising:

(a) a transmitting unit which transmits a signal;

(b) plural means for receiving a signal transmitted by said transmitting unit, said means for receiving being geographically diverse from one another to provide locating coverage over a desired geographic territory; and,

(c) means for decoding the signals received by said plural means for receiving, said means for decoding comprising:

(i) means for determining the angle at which the signal from the transmitting unit arrives at each of said plural means for receiving;

(ii) means for determining the time of arrival of the signal from the transmitting unit at each of said plural means for receiving;

whereby said means for decoding determines the geolocation of said transmitting unit based on the angle of arrival of the signal at one of said means for receiving and the times of arrival of the signal at plural of the means for receiving.

12. The system of claim 11 wherein said means for decoding determines said geolocation by computing the set of locations corresponding to the time-difference-of-arrival of said signal at said plural means of receiving and intersecting said set of locations with one of said angles-of-arrival to determine the location of the source of the signal.

13. The system of claim 12 wherein said plurality of said means for receiving is 2.

14. The system of claim 12 wherein said means for determining determines said geolocation with respect to the angle of arrival at plural of said means for receiving.

*   *   *   *   *



US005687196A

# United States Patent [19]

## Proctor, Jr. et al.

[11] **Patent Number:** 5,687,196

[45] **Date of Patent:** Nov. 11, 1997

[54] **RANGE AND BEARING TRACKING SYSTEM WITH MULTIPATH REJECTION**

[75] Inventors: **James Arthur Proctor, Jr.**, Indialantic; **James Carl Otto**, Indian Harbour Beach, both of Fla.

[73] Assignee: **Harris Corporation**, Melbourne, Fla.

[21] Appl. No.: **315,345**

[22] Filed: **Sep. 30, 1994**

[51] Int. Cl.$^6$ ............................ **H04B 7/10**; H04L 1/02

[52] U.S. Cl. ............................ **375/347**; 342/457; 342/463; 455/132

[58] Field of Search ............................ 375/200, 209, 375/343, 346, 348, 349, 347, 367; 342/417, 421, 423, 450, 463; 455/65, 132

[56] **References Cited**

### U.S. PATENT DOCUMENTS

4,443,801  4/1984  Klose et al. ............................ 343/242

| | | | |
|---|---|---|---|
| 4,752,969 | 6/1988 | Rilling | 455/278 |
| 5,260,711 | 11/1993 | Sterzer | 342/375 |
| 5,296,861 | 3/1994 | Knight | 342/357 |
| 5,402,450 | 3/1995 | Lennen | 375/343 |
| 5,548,296 | 8/1996 | Matsuno | 342/457 |
| 5,596,330 | 1/1997 | Yokev et al. | 342/387 |

*Primary Examiner*—Tesfaldet Bocure
*Assistant Examiner*—Bryan Webster
*Attorney, Agent, or Firm*—Rogers & Killeen

[57] **ABSTRACT**

A system and method for tracking a remote RF transmitter with reduced susceptibility to the effects of multipath in which the distance and direction of an arriving RF chirp signal are determined with respect to the earliest arriving portion of the signal which is presumed to be the direct path signal. The received chirp signals, including the direct and multipath signals, from a remote transmitter are correlated into plural path signals, and the direction and distance to the transmitter is determined from the earliest arriving path signal.

**32 Claims, 2 Drawing Sheets**



Case 2:12-cv-01605-DLR-BSB   Document 81-8   Filed 01/31/14   Page 48 of 61



FIG. 1



FIG. 2



5,687,196

**1**

# RANGE AND BEARING TRACKING SYSTEM WITH MULTIPATH REJECTION

## BACKGROUND OF THE INVENTION

The present invention is related generally to systems and methods for determining the range and bearing of the source of radiofrequency ("RF") signal and, in particular, to systems and methods for determining the range and bearing of such signals in the face of multipath and similar noise sources.

Systems and method for determining the distance and bearing of an RF signal are well known. In some systems, a outbound signal having a known power is sent from a base station to a remote station at an unknown location. The remote station may "respond" to the signal from the base station by returning a signal upon receipt of the outbound signal. Such a system is presently produced by Cubic Defense Systems, Inc. as the AN/ARS-6(V) PLS system or by Rockwell International Inc as the Target Locating System (TLS). The distance between the base station and the remote station may be determined by any of the known methods. For example, the distance can be computed by timing the total transit time between the transmission of the outbound signal and the receipt of the response signal. By subtracting the estimated time of the delay in the remote station from the total transit time, the time to traverse twice the distance between the base and the remote stations can obtained and the distance readily computed. By way of another example of prior art systems, the distance between the base and the remote stations can be estimated by knowing the power of the signal transmitted from the remote and measuring the power of the signal received at the base station. Using the inverse square law of signal strength over increasing distances, an estimate of the distance can be obtained from the difference between the transmitted power and the received power.

Likewise, it is known in the prior art to determine the direction of the response signal by one of many techniques. For example, in one of the most simple methods, a loop antenna may be rotated and the strength of the response signal measured. The transmitting station is estimated to be along the line corresponding to the axis of the loop when the loop is position to maximize response signal power. In another example in the prior art, a base station may use plural antennas having a known geometric relationship to one another. The angle of arrival of the response signal may be determined by evaluating the phase of the response signal simultaneously at each of the antennas. The simultaneous phase relationships at the antennas, the geometric relationship of the antennas and the frequency of response signal can be used to estimate the angle of arrival of the response signal with respect to the antennas.

All of the above-noted systems and methods for determining range and bearing in the prior art experience some difficulty in multipath and other noisy environments typical of where many such tracking and ranging systems are used. For example, with reference to FIG. 1, an RF signal source 10 may be located at location remote and unknown to a base station 12. Plural blocking and/or reflecting elements 14, such as buildings, towers, mountains may exist in the proximity of and in the direct path between the RF source 10 and the base station 12. The blocking and/or reflecting elements cause RF signals impinging upon such elements to be blocked, absorbed, reflected, and often a combination of all three. Generally, such elements cause RF signals to be diminished in strength and to change direction.

**2**

When a source of RF signals such as the remote source 10 radiates RF signals, such signals are blocked and/or reflected by the elements 14 such that instead of a single signal arriving at the base station 12, multiple versions of the same or slightly altered signal arrive at the base station 12. The different versions of the signals arrive at different times because they have travelled different paths of different distances than either the direct version or other indirect versions. The signals may also be altered from one another because each of the signals has experienced a different environment and may have been subject to different noise and interference sources along the different paths.

With continued reference to FIG. 1, in a multipath environment, the signal which arrives directly from the RF signal source 10 at the base station 12 may not be the strongest signal. For example, in the system of FIG. 1 three different paths 20, 22, and 24 between the RF signal source 10 and the base station 12 are shown. (It being understood that generally communications are conducted across an arc and not just at selected lines from the RF signal source.) The first signal path 20 proceeds directly from the RF signal source 10 to the base station 12. Because the first signal path intersects two of the elements, and each element tends to diminish the strength of the signal, the signal arriving at the base station 12 is lower in amplitude or power than a signal arriving without being partially absorbed. Note that when the signal on the first signal path impinged on the elements, it is likely that some portion of the signal was reflected and some portion was refracted and never reached the base station 12 but such reflection and refraction are not shown with respect to the first signal path 20 for simplicity of illustration.

The second signal path 22 in the illustration of FIG. 1 is reflected off two of the elements 14 before reaching the base station 12 (refraction and absorption not being shown). If the reflecting surfaces of these two elements are relatively efficient, a relatively strong signal will reach the base station 12 along the second signal path 22. Because the signal travelling the second signal path 22 travelled a longer distance than the signal travelling the first signal path 20, the signal on the second path will arrive at the base station 12 after the signal on the first signal path 20. Similarly, the third signal path 24 is reflected off an element 14 to reach the base station 12.

Note that in the system of FIG. 1, the various signals arrive at the base station from entirely different angles. In some systems in the prior art, the locating system will operate on the signal having the strongest signal power. As can be seen from the illustration in FIG. 1, such a procedure will lead to an erroneous result as the signal with the strongest power arrives along the second signal path 22, from almost the very opposite of the actual angle to the RF signal source. Note also that if ranging is done on the basis of the strongest signal, the ranging determination will be in error because the strongest (second signal path 22) travels more distance than the distance between the RF signal source 10 and the base station 12.

The influences of multipath signals on distance and angle location has been recognized in the prior art. Some prior art systems ignore the influence of multipath by utilizing a composite signal based on the strengths of the various multipath signals identified by the base station 12 The systems of FIG. 1 illustrate how the composite signal may be erroneous as signal which is the composite of the arriving signals may yield a signal which is misaligned such as the composite signal 26. As can be seen from the illustration, the direct signal path (first signal path 20) will yield the best

5,687,196

| 3 | 4 |

"direction" information but the "composite" signal 26 received by the base station is a combination of signals from different angles of arrival.

It is accordingly an object of the present invention to provide a novel system and method of tracking a remote RF transmitter which obviates these and other known problems in the prior art.

It is a further object of the present invention to provide a novel system and method of tracking a remote RF transmitter which has a reduced susceptibility to the effects of multipath.

It is another object of the present invention to provide a novel system and method of tracking a remote RF transmitter by determining the range and direction of an arriving signal with respect to the portion of the signal arriving directly from the RF transmitter.

These and many other objects and advantages of the present invention will be readily apparent to one skilled in the art to which the invention pertains from a perusal of the claims, the appended drawings, and the following detailed description of the preferred embodiments.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a pictorial representation of a typical environment in which RF tracking is accomplished, showing the various signal paths.

FIG. 2 is a signal power level graph showing the correlations of signal power in a typical multipath signal.

FIG. 3 is a simplified block diagram of a system in which the present invention may be used.

FIG. 4 is a simplified block diagram of another embodiment of a device in which the method of the present invention can be implemented.

DESCRIPTION OF PREFERRED EMBODIMENTS

The principles of operation of the present invention can be described with reference to the correlated signal power level graph of FIG. 2. The graph of FIG. 2 depicts the correlated power level of the signal received plotted against time starting from the time of transmission of the signal. In a typical multipath environment, such as shown in the illustration of FIG. 1, the signal power level may have several peaks, each peak corresponding to the arrival of a signal which has taken a different route. For example, in FIG. 2, the first peak could correspond to the signal traveling along the first signal path 20 of FIG. 1, the second peak could correspond to the signal travelling along the second signal path 22 of FIG. 1, et cetera. Note that in the graph of FIG. 2, the "strongest" signal corresponds to the signal travelling on the second signal path 22 and that this is a multipath signal, not the signal arriving directly from the transmitter. Rather, the signal arriving directly from the transmitter is the first signal having a significant peak, the signal travelling along the first signal path 20. The first arriving signal in this example is weaker than the later arriving signal because the signal was attenuated by passing through the blocking elements 14 illustrated in FIG. 1. Because the "shortest distance between two points is a straight line" and the speed of transmission of the signal through various media is approximately equal, the signal travelling directly from the transmitter to the base station will always be the first signal to arrive (assuming that the signal is not wholly blocked.) The present invention takes advantage of the fact that the first arriving signal is the signal which has travelled the

shortest distance and is most likely the signal corresponding to the direct path to the transmitter by selecting this signal from which to determine the range to and angle of arrival from the remote transmitter.

With reference to FIG. 3, the present invention may be embodied in a tracking and locating system in which a base station 10 transmits a signal to a remote unit 12 which relays the signal back to the base station 10. The signal may be a spread spectrum signal, such as a chirp signal. By determining the round trip time and subtracting the known delay within the remote unit 12 and within the base station's detection system, the propagation time is determined and the distance may be calculated. In a preferred embodiment, the base station's receiver is a conventional correlation receiver in which the power level of the arriving signal is correlated in time and the signal arriving first in time is used to determine the total propagation time and angle of arrival.

With reference to FIG. 4, the present invention may be embodied in a direction finding unit having multiple channels 50, each channel being associated with a different antenna 52 (or element in a plural element antenna array). The geometric relationship of the plural antennas 52 is known to the DF unit. Each of the channels 50 may include a low noise amplifier 54 and a bandpass filter 56 which provides the received signal to a mixer 58 which mixes the received signal with a locally generated signal 60. The mixed signal may then be amplified by an intermediate frequency amplifier 62, further filtered by a bandpass filter 64 and adjusted by a gain control circuit 66. The mixed signal may then be applied to a quadrature downconverter which down converts the mixed signal to baseband. The baseband signal may be converted by an analog-to-digital ("A/D") converter 70 to a digital signal which is supplied to a digital signal processor ("DSP") 72. The DSP 72 may be under the control of a small logic device, such as a personal computer 74, which determines the angle and direction of the remote transmitter from the DSP and provides appropriate display or announcement to a user (not shown).

In the preferred embodiment, it has been found advantageous for the remote transmitter to transmit a signal having two portions, the first portion being a preamble which alerts the base station that the signal is arriving and indicates to the receiver that it should begin receiving. The second portion of the transmitted signal may be a chirp waveform, i.e., a waveform in which the frequency is varied, usually at a linear rate, for a period of time. The transmitted signal may be generated remotely at the transmitter or may be a replay of a signal originally sent by the base station.

Use of a chirp waveform has several advantages in the present invention because of a useful property of mixed chirp signals. It is known that if two identical chirp signals, one time delayed from the other, are mixed, the resulting signal will be a sinusoidal signal with a frequency which is directly proportional to the amount of delay between the two signals.

In operation, when the transmitted signal is received at the base station, it is detected by the receiver which recognizes the preamble and starts a chirp generator 76 which modulates a quadrature modulator 78 to provide an RF chirp signal as the locally generated signal 60 on the mixer input. When the RF chirp signal is mixed with the chirp signals arriving from the remote transmitter (i.e., several time delayed versions of the transmitted chirp signal), a set of sinusoidal signals is generated whose frequencies are proportional to the time they arrived. Thus, after the mixing, the signals in each channel represent the multipath profile of the

5,687,196

5

received signal in the frequency domain. In the present invention, the mixing is accomplished at an intermediate frequency and then the frequency spectrum of signals is further downconverted by the quadrature downconverter 68 to baseband. The quadrature modulator 68 may be provided with a modulating/downconverting signal from the Timing and Frequency Synthesizer 40 via a line 42 in a conventional fashion. The signal may then be digitized by the A/D converter and the digitized form of the signal applied to a multichannel DSP 72 which may use conventional techniques (such as a fast Fourier Transform) to determine the spectrum of frequencies at which signal energy is significantly present so that a power level profile may be developed. The PC 74 may review the power level profiles developed by the DSP for all the channels 50 to determine which signal arrived first. Because the relative phase relationships among the signals have been preserved and the PC 74 has been provided with the geometric relationships between the various channels, the PC 74 may conventionally determine the angle of arrival of the first arriving signal.

The filtering and amplifying elements of the DF unit of FIG. 4 may be conventional. The DSP 72 may be a commercially available device such as the TMS 320 C 30 device sold by Texas Instruments.

While not critical to the invention, in one embodiment, an acceptable signal from the transmitter had a center frequency of 915 MHz with a chirp of +/–10 MHz for a duration of approximately 10 millisec. The locally generated (reference) RF chirp used to downconvert to an intermediate frequency may be a signal having a center frequency of 880 MHz.

In the foregoing description, for ease of understanding, the elements of the system have been referred to as "base" and "remote". However, there is nothing critical to the present invention that requires one of the stations be fixed and the other mobile. Additionally, the detailed description may suggest that certain components may be utilized to construct a system of the present invention. However, that suggestion is not to be taken as limiting as it is known that many other components could be utilized to accomplish the same results. For example, the FFT 74 could be replaced by a bank of bandpass filters and appropriate detectors, each measuring the power level of the signal at different frequency ranges. Similarly, while the above description utilizes plural channels 50, the invention could be readily implemented using a single channel which is appropriately multiplexed to the various antennas.

While preferred embodiments of the present invention have been described, it is to be understood that the embodiments described are illustrative only and the scope of the invention is to be defined solely by the appended claims when accorded a full range of equivalence, many variations and modifications naturally occurring to those of skill in the art from a perusal hereof.

What is claimed is:

1. A method for determining the direction with respect to a receiver of a source of a radiated radiofrequency (RF) signal, comprising the steps of:

(a) receiving a multipath signal which has been transmitted by a remote transmitter;

(b) correlating the received multipath signal into plural path signals;

(c) determining the time of arrival of each of the plural path signals;

(d) determining the direction of the remote transmitter from the path signal having the earliest determined time of arrival.

6

2. The method of claim 1 wherein said step of correlating comprises the step of determining the signal power level of each path signal.

3. The method of claim 1 wherein said step of receiving is accomplished by plural antennas.

4. The method of claim 3 wherein said step of receiving is accomplished by four antennas equally spaced along the corners of a square.

5. The method of claim 3 wherein said step of determining the direction comprises the step of comparing the phase relationship of the earliest arriving signal at each of the plural antennas for correspondence with predetermined angles of arrival.

6. The method of claim 1 wherein said radiated RF signal is a chirp signal.

7. The method of claim 1 wherein said radiated RF signal is derived from an RF signal received at the remote transmitter.

8. The method of claim 1 wherein step of determining the time of arrival further comprises the steps of:

(c)(1) mixing the plural path signals with a predetermined mixing signal to produced plural mixed signals; and,

(c)(2) calculating the time of arrival of the plural mixed signals.

9. The method of claim 8 wherein said calculated time of arrival for each mixed signal is related to the frequency of each mixed signal.

10. The method of claim 8 wherein said mixing signal is a chirp signal.

11. A system for determining the direction from which a received multipath signal was transmitted, comprising:

plural receiving channels, each channel comprising:

RF signal receiving means for receiving a RF signal and converting said RF signal to a received signal;

bandpass filtering means for filtering said received signal;

a chirp mixer to mix the filtered electrical signal with a chirp signal to produce an intermediate frequency ("IF") signal;

IF filtering means for filtering said IF signal;

a quadrature downconverter to downconvert said filtered IF signal to baseband quadrature signals; and,

an analog-to-digital converter to convert the baseband quadrature signals to digital signals;

digital signal processing means operatively connected to receive and determine the power spectrum of each of said digital signals from said plural receiving channels;

control means for determining the time of arrival of each of said digital signals and for determining the angle of arrival of the digital signal having the earliest time of arrival.

12. A method for determining the distance between a receiver of a radiated radiofrequency (RF) signal and a transmitter of said signal, comprising the steps of:

(a) receiving a multipath signal which has been transmitted by a remote transmitter;

(b) correlating the received multipath signal into plural path signals;

(c) determining the time of arrival of each of the plural path signals;

(d) determining the distance of the remote transmitter from the path signal having the earliest determined time of arrival.

13. The method of claim 12 wherein said step of correlating comprises the step of determining the signal power level of each path signal.

5,687,196

7

**14.** The method of claim **12** wherein said distance determining step comprises a measurement of the time period for the signal to travel from the transmitter to the receiver.

**15.** The method of claim **14** wherein said receiving step comprises the steps of:

(a) transmitting an outward signal to the remote transmitter; and,

(b) transmitting a signal to the receiver responsively to the receipt at the transmitter of the outward signal.

**16.** The method of claim **12** wherein said multipath signal is a spread spectrum signal.

**17.** A system for determining the direction to a remote transmitter from which a chirp signal was transmitted, comprising:

a receiver for receiving a first chirp signal and any multipath signals related thereto;

a chirp generator for providing a locally generated chirp signal;

a mixer for combining the locally generated chirp signal with each of the received chirp signals to generate plural sinusoidal signals whose frequencies are related to the arrival times of the received chirp signals;

a signal processor operatively connected to receive the sinusoidal signals and for determining a power spectrum of the sinusoidal signals; and

a control means for determining from the power spectrum the relative times of arrival of the received chirp signals and for determining the angle of arrival of one of the received chirp signals having the earliest time of arrival.

**18.** The system of claim **17** further comprising a transmitter for transmitting an outgoing triggering signal to the remote transmitter causing the remote transmitter to transmit the first chirp signal.

**19.** The system of claim **18** wherein the outgoing triggering signal is a further chirp signal and the first chirp signal transmitted by the remote transmitter is a replay of the further chirp signal.

**20.** The system of claim **18** further comprising a timer for determining elapsed time between transmission of the triggering signal and reception of the earliest one of the received chirp signals.

**21.** A method of determining the direction to a remote transmitter of an RF chirp signal, comprising the steps of:

(a) receiving plural RF chirp signals resulting from a remotely transmitted RF chirp signal;

(b) generating a local RF chirp signal;

(c) mixing the local RF chirp signal with each of the received RF chirp signals to generate a set of sinusoidal signals whose frequencies are related to the arrival times of the received chirp signals;

8

(d) correlating the sinusoidal signals into plural path signals;

(e) determining which one of the plural path signals arrives first; and

(f) determining the direction to the remote transmitter using the earliest arriving one of the plural path signals.

**22.** The method of claim **21** wherein the step of correlating comprises the steps of determining a spectrum of frequencies with signal energy present, and developing a power level profile.

**23.** The method of claim **21** wherein the step of determining the earliest arriving one of the path signals comprises the step of comparing the frequencies of the sinusoidal signals.

**24.** The method of claim **21** wherein the transmitted RF chirp signal is transmitted in response to a trigger signal received at the remote transmitter.

**25.** The method of claim **24** wherein the trigger signal received at the remote transmitter is an RF chirp signal.

**26.** A method of determining the distance to a remote transmitter of an RF chirp signal, comprising the steps of:

(a) receiving a multipath RF chirp signal resulting from the remotely transmitted signal;

(b) correlating the multipath RF chirp signal into plural path signals;

(c) determining the time of arrival of the first arrived one of the path signals; and

(d) determining the distance of the remote transmitter using the first arrived one of the path signals.

**27.** The system of claim **11** further comprising a transmitter for transmitting a trigger signal to a remote transmitter to initiate transmission of the signal received at said plural receiving channels.

**28.** The system of claim **27** wherein said trigger signal is a chirp signal.

**29.** The system of claim **11** wherein the received RF signal comprises a preamble portion and a following chirp waveform portion, and wherein said RF signal receiving means is activated upon receipt of the preamble portion of the received RF signal.

**30.** The system of claim **17** wherein the received first chirp signal comprises a preamble portion for activating said receiver and a following chirp waveform portion.

**31.** The method of claim **21** wherein each of the received plural RF chirp signals comprises a preamble portion for activating a receiver and a following chirp waveform portion.

**32.** The method of claim **26** wherein the received RF chirp signal comprises a preamble portion for activating a receiver and a following chirp waveform portion.

\* \* \* \* \*

## ATTACHMENT 14

DANIEL RIGMAIDEN'S FIRST DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)


ATTACHMENT 14:   Greenberg, Andy (Forbes Magazine), *Despite FCC Scare Tactics,
Researcher Demos AT&T Eavesdropping - Forbes* (Jul. 31, 2010),
*available at* http://www.forbes.com/sites/firewall/2010/07/31/despite-
fcc-scare-tactics-researcher-demos-att-eavesdropping/ (last accessed:
Dec. 14, 2011);

Business    Investing    Tech    Entrepreneurs    Op/Ed    Leadership    Lifestyle    Lists

Help  |  Login  |  SignUp

# Forbes

Search news, business leaders, and stock quotes

 Words To Strike From Your Resume     How To Conquer Public Speaking     7 Ways To Really Occupy Wall Street     AdVoice: I'll Still Call 'Like-Minded' Friends    Free Issue >


Amazing things happen when business, community and Verizon come together.
LEARN MORE
verizon



### The Firewall
THE WORLD OF SECURITY
+ Follow

7/31/2010 @ 5:35PM | 1,350 views

# Despite FCC "Scare Tactics," Researcher Demos AT&T Eavesdropping

Andy Greenberg, Forbes Staff

+ Comment now

**Updated with a response from the GSM Association below.**

Researcher Chris Paget pulled off a stunt at the Defcon security conference Saturday that required as much legal maneuvering as technical wizardry: eavesdropping on the cell phone calls of AT&T subscribers in front of thousands of admiring hackers.

With about $1,500 worth of hardware and open source software, Paget turned two on-stage antennas into a setup capable of spoofing the base stations that connect the GSM cell phone signals used by AT&T and T-Mobile. Paget set his hardware to impersonate an AT&T signal, and dozens of phones in the room connected to his fake base station. "As far as your cell phones are concerned, I'm now indistinguishable from AT&T," he told the crowd.

Paget invited anyone with an AT&T phone to make a call, and using his GSM hijacking trick, routed their calls through a voice-over-Internet system that connected their calls even while recording the audio to a USB stick–which he promptly destroyed with a pair of scissors to make sure he hadn't violated any privacy laws. The hack, after all, was intended to show the fundamental insecurity of GSM cell signals–not spy on callers.

Even minutes before his demonstration, it wasn't clear whether Paget would go through with his cell-snooping act. He says he received a call from the Federal Communication Commission (FCC) on Friday morning, warning him about a long list of potential federal regulations that he might be violating with the demo.

"It wasn't a particularly productive conversation," he said in a meeting with reporters before his talk. "It seemed more like scare tactics to me."


RiA
STORIES FOR YOU
Discover the difference with a Registered Investment Advisor.

Who challenges you, focuses you, inspires you?

The difference is independence.

What is a Registered Investment Advisor?

Learn More >

Compliments of Charles Schwab. Read important information.

## Most Popular

NEWS    People    Places    Companies

**Italy's Berlusconi Agrees To Resign After Passing Austerity Bill** +51,923 views

**The Worst and Best Advice I've Ever Gotten** +28,911 views

**4 Networking Mistakes You Don't Know You're Making** +23,330 views

**Final Cut: Words to Strike from Your Resume** +17,598 views

**How We Know You (Might Be) Lying** +16,460 views

+ show more

Requests for comment from the FCC and the GSM Association, which represents companies that use the GSM protocol, weren't immediately returned, though we'll update this post when we hear from them.

Paget's demo sidestepped the FCC's legal hurdles with a clever loophole. Creating your own GSM cell tower isn't generally legal. But Paget used a GSM radio spectrum that's reserved for HAM radio in the United States but GSM phones in Europe; Since Paget is licensed as a HAM radio operator, he's ostensibly protected from charges of running an unlicensed base station. "I'm operating as a licensed HAM radio transmitter, but your handset thinks I'm a European cell tower," he said.

Paget's fake base station trick is one that law enforcement and intelligence agencies have been using for years. But Paget says his $1,500 method is the least expensive and most accessible version of the hack ever performed. "This is a thousand times cheaper than anything that's done this before," he says.

Though Paget's hack can only intercept the 2G GSM protocol, his equipment first sends out a "jamming" signal of radio noise to block 3G connections, forcing phones to automatically search for a 2G signal and connecting with his hardware instead.

For now, his method can only intercept outgoing calls, and displays the wrong caller ID on the phone of the call's recipient. But neither of those problems applies to the more expensive versions of the interception technology, and could be fixed in his cheaper attack with more time, he says.

The highly-public hack is intended to show that GSM is a fundamentally insecure system, and should be dumped altogether in favor of 3G protocols. "GSM is broken," says Paget. "The primary solution is to turn it off altogether."

In practical terms, that would T-Mobile and AT&T phones shouldn't be set to search for 2G signals when a 3G connection isn't available. While BlackBerry phones have an option to only use 3G signals, iPhones and Android handsets don't, Paget says.

Paget says he's warned the GSM Association–the industry organization that oversees the standard–about his hack, but his concerns have been dismissed. "The GSMA says GSM is secure," he says. "The only defense I can put forth is to demonstrate that it isn't."

*Update: The GSM Association responded in a statement that lists the limitations to Paget's method: the eavesdropper would have difficulties identifying or targeting any specific user, the interception only works within a certain range, in some cases, the call's encryption could prevent eavesdropping, and GSM phones are designed to alert users when encryption is removed by a base station. (Paget said in his talk that no device he's tested–including iPhone and Android phones–has had this option enabled.)*

*In summary, the GSM Association spokeswoman writes, "The overall advice for GSM calls and fixed line calls is the same. Neither has ever offered a guarantee of secure communications. The great majority of users will make calls with no reason to fear that anyone might be listening. However users with especially high security requirements should consider adding extra, end to end security features over the top of both their fixed line calls and their mobile calls."*

+ Comment now



**The Firewall**
THE WORLD OF SECURITY

+ Follow

OUR WRITERS

    



MORE FROM THE FIREWALL

**The Firewall's News Stream**

Show all activity (20)

New Post 6 months ago
 Why Verizon Has Its Own HAZMAT Team

New Post 6 months ago
 Debix: Ten Percent of Children Are Victims of Identity Theft

New Post 7 months ago
 Security In DNS Left Out On Purpose, Says Creator

New Post 8 months ago
 Why Cybersecurity Should Focus on Failure

•   •   •   •   •

**Old Way or the New Way?**
You Now Have a Choice. The New Network Means Business.
www.juniper.net

**Galaxy Nexus Phone**
Calling All Dessert Lovers New! Android 4.0 Ice Cream Sandwich
google.com/nexus

**Stop The Harassing Calls**
Know your Rights- Stop the Calls Talk to an Atty today- free consult
www.tempebankruptcy.com

Email    Report Corrections

# More on Forbes Right Now



FEATURES



**Cars That Are Stolen The Most**



**Special Feature: Pastimes Of The Uber-Successful**

TODAY'S TOP STORIES

**Italy's Berlusconi Agrees To Resign After Passing Austerity Bill**
+51,923 views

**The Worst and Best Advice I've Ever Gotten**
+28,911 views

**4 Networking Mistakes You Don't Know You're Making**
+23,330 views



# Post Your Comment

### Log in to post a comment

**Username:**

**Password:**

Lost your password?

☐ Remember me

Log In

**Don't have an account?
Join Forbes Now.**

# Comments

CALLED-OUT    Expand All Comments

+ expand 2 comments

# The Forbes 400    World's Billionaires    Celebrity 100    World's Leading Companies    more +

The Forbes 400 is the definitive list of wealth in America, profiling and ranking the country's richest citizens by their estimated net worths.

View complete list »



## Photo Galleries and More


*Gallery:* America's Best-Paying Sales Jobs


Lessons From America's Most Promising Companies


*Gallery:* What Makes People Powerful


Essential Gear For Smarter Travel


Companies That Give Back The Most

---

Home | Business | Investing | Tech | Entrepreneurs | Op/Ed | Leadership | Lifestyle | Lists | Forbes Conferences | Newsletters

Advertising Information | Self-Serve Advertising | Reprints/Permissions | Terms, Conditions and Notices | Privacy Statement | Contact Us | Sitemap | Help

2011 Forbes.com LLC™   All Rights Reserved

---

**MAGAZINES**

  

Free Trial Issue
Subscriber Services
Buy Back Issues

### ATTACHMENT 15

DANIEL RIGMAIDEN'S FIRST DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 15:   *The OpenBTS Project*, http://openbts.sourceforge.net (last accessed:
Feb. 10, 2012);

# OpenBTS®

## GSM. Simplified.

OpenBTS is a Unix application that uses a software radio to present a GSM air interface to standard 2G GSM handset and uses a SIP softswitch or PBX to connect calls. (You might even say that OpenBTS is a simplified form of IMS that works with 2G feature-phone handsets.) The combination of the global-standard GSM air interface with low-cost VoIP backhaul forms the basis of a new type of cellular network that can be deployed and operated at substantially lower cost than existing technologies in many applications, including rural cellular deployments and private cellular networks in remote areas.

In plain language, we are working on a new kind of cellular network that can be installed and operated at about 1/10 the cost of current technologies, but that will still be compatible with most of the handsets that are already in the market.



Typical OpenBTS development kit: USRP, laptop and handsets. This particular example has a range of just a few meters, but can connect inbound and outbound PSTN calls through a VoIP gateway.

## Project News (Last Updated 11 October 2011)

- There is a new public wiki.
- On 11 Oct 2011, we released P2.8 ("Opelousas") publicly, available from Sourceforge. Information on differences from the previous P2.6 ("Mamou") release is available here.
- We ran a multi-site test network at Burning Man 2011.
  - the blog post
  - general information
  - technical details

## OpenBTS in the News

- The Network World article that triggered and avalanche of interest in late 2010.
- Engineering for Change, a new magazine from the ASME, has one of the more substantial reports about the project.
- Make magazine finally found us.
- Technology Review covers our Niue hardware.
- CNet coverage of the Burning Man 2009 test network.
- EComm released the video of David Burgess' presentation at eCcomm America 2009, the first conference demo of OpenBTS, from March 2009.

## Show Us Your OpenBTS

Did you get OpenBTS up and running? Did you write it up on the web somewhere? We'd like to know!

- SAIT testing OpenBTS with Google Voice
- Prof. Dr.-Ing. Andreas Steil's group at Fachhochschule Kaiserslautern has built what looks like a very nice DCS 1800 system.
- Ali Gündüz blog post on the June 2010 OpenBTS workshop in Germany.
- Chris Paget running OpenBTS on a Droid.
- Alexander Chemeris' own OpenBTS adventures, mostly in Russian.
- Using a more accurate external clock to improve OpenBTS performance.
- OpenBTS on YouTube.
- Alberto Escudero-Pascual's test as reported on the village-telco-dev list.

Copyright 2011 Range Networks, Inc.
Copyright 2008, 2009, 2010 Kestrel Signal Processing, Inc.
Please note that "OpenBTS" is a registered trademark of Range Networks, Inc.
**Do not use the "OpenBTS" name in commercial activities without permission.**
Asterisk is a registered trademark of Digium, Inc.