IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>           Plaintiff,<br><br>v.<br><br>Federal Bureau of Investigation, et al.,<br><br>           Defendants. | No. CV-12-01605-PHX-SRB (BSB)<br><br>**ORDER** |

After consideration of this matter and on good cause shown,

**IT IS ORDERED** that Plaintiff's "Motion for Leave to File Motion for Partial Summary Judgment Being 18 Pages Rather than 17" (Doc. 78) is **GRANTED** and that the Clerk of Court shall file the Motion for Partial Summary Judgment and supporting materials lodged at dockets 79, 80, 81, and 82.

Dated this 4th day of February, 2014.

_____
Bridget S. Bade
United States Magistrate Judge