# ATTACHMENT INDEX

DANIEL RIGMAIDEN'S **FIRST** DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 01:   Federal Bureau of Investigation, *Response to EFF FOIA Request Nos.
1056287-000 & 1056307-1*, Aug. 27, 2007, *available at*
http://www.eff.org/files/filenode/061708CKK/082707_dcs01.pdf [EFF
PDF Set 1 of 6] (last accessed: Oct. 25, 2010), p. 1-2 of 67 [p. No. 1-2
of attachment]; FBI Aug. 27, 2007, Response to EFF FOIA Request
Nos. 1056287-000 & 1056307-1, *available at*
http://www.eff.org/files/filenode/061708CKK/082707_dcs06.pdf [EFF
PDF Set 6 of 6] (last accessed: Oct. 25, 2010), p. 142 of 148 [p. No. 3
of attachment];

ATTACHMENT 02:   United States Patent and Trademark Office, *Trademark Reg. No.
2,555,909 [loggerhead]* (registered Apr. 2, 2002), *all associated
documents available via search at*
http://tmportal.uspto.gov/external/portal/tow (last accessed Mar. 11,
2011);

ATTACHMENT 03:   Executive Office for United States Attorneys, *[M.D.La.] Response to
ACLU FOIA Request No. 07-4130*, Aug. 12, 2008, *available at*
http://www.aclu.org/pdfs/freespeech/cellfoia_release_074130_2008081
2.pdf (last accessed: Jan. 11, 2011), p. 1, 2 ,9, 10, 16, and 18;

ATTACHMENT 04:   United States Patent and Trademark Office, *Trademark Reg. No.
2,534,253 [triggerfish]* (registered Jan. 29, 2002), *all associated
documents available via search at*
http://tmportal.uspto.gov/external/portal/tow (last accessed Mar. 11,
2011);

ATTACHMENT 05:   United States Patent and Trademark Office, *Trademark Reg. No.
2,762,468 [stingray]* (registered Sep. 9, 2003), *all associated
documents available via search at*
http://tmportal.uspto.gov/external/portal/tow (last accessed Mar. 11,
2011);

ATTACHMENT 06:   Durham, NC, USA, *City Council Agenda No. 7503 (Harris Sole Source
Vendor Justification letter)*, Sept. 29, 2011, p. 1, *available at*
http://www.durhamnc.gov/agendas/2010/cws20110103/251951_7503_3
42363.pdf (last accessed: Mar. 9, 2011);

ATTACHMENT 07:   1xEV-DO Rel. 0, CELL SITE EMULATOR, & GEOLOCATION
EXPERT REPORT RE: The independent operations of the FBI's cell
site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO
aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.),

By: Daniel David Rigmaiden (May 29, 2013);

ATTACHMENT 08:   Federal Communications Commission, *FOIA Response to Christopher Soghoian, Center for Applied Cybersecurity Research, FOIA Request No. 2011-586*, Feb. 29, 2012;

ATTACHMENT 09:   Valentino-DeVries, Jennifer, *Feds Shift Tracking Defense: Prosecutors in Arizona Case Drop Position That 'Stingray' Use Didn't Require Warrant*, The Wall Street Journal, (Nov. 3, 2011) *available at* http://online.wsj.com/article/SB1000142405297020462190457701436 3024341028.html (last accessed: Nov. 15, 2011);

ATTACHMENT 10:   Valentino-DeVries, Jennifer, *'Stingray' Phone Tracker Fuels Constitutional Clash*, The Wall Street Journal, p. A1 (Sept. 22, 2011) (original article addressing CR08-814-PHX-DGC) *available at* http://online.wsj.com/article/SB1000142405311190419460457658311 2723197574.html (last accessed: Sept. 22, 2011);

ATTACHMENT 11:   **(1)** Miami, FL, USA, *Legislative Files, Harris Sole Source Vendor Letter*, p. 1 (Nov. 29, 2006), *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/34768.pdf (last accessed: Mar. 9, 2011) [p. 1 of attachment]; **(2)** Miami, FL, USA, *Legislative Files, Inter-Office Memo RE: Harris Sole Source Vendor*, p. 1 (Nov. 13, 2008), *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/47993.pdf (last accessed: Mar. 9, 2011) [p. No. 2 of attachment]; **(3)** Miami, FL, USA, *Legislative Files, Harris Sole Source Letter [Attachment B]*, p. 2 (Aug. 25, 2008), *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/48003.pdf (last accessed: Mar. 9, 2011) [p. No. 3-12 of attachment]; **(4)** Miami, FL, USA, *Legislative Files, Harris Product Datasheets*, p. 1-2, *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/34769.pdf (last accessed: Mar. 9, 2011) [p. No. 13-14 of attachment]; **(5)** Miami, FL, USA, *Legislative Files, Harris Product Datasheets*, p. 1-2, *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/34771.pdf (last accessed: Mar. 9, 2011) [p. No. 15-16 of attachment]; **(6)** Miami, FL, USA, *Legislative Files, Harris GCSD Price List* (Sep. 2008), p. 1-8, available at http://egov.ci.miami.fl.us/Legistarweb/Attachments/48000.pdf (last accessed: Mar. 9, 2011) [p. No. 17-24 of attachment];

ATTACHMENT 12:   Coast to Coast AM, *Lee Lapin - Guests - Coast to Coast AM, Lee Lapin Biography*, http://www.coasttocoastam.com/guest/lapin-lee/6469 (last accessed: Mar. 11, 2011);

ATTACHMENT 13:   **(1)** Billhartz, Thomas J., *et al.*, Harris Corp., *Wireless Communications System Including A Wireless Device Locator And Related Methods*, U.S. Patent No. 7,321,777 (Melbourne, FL: Jan. 22, 2008), *available at* http://www.freepatentsonline.com/7321777.html (last accessed: Feb. 16, 2011) [attachment p. No. 1-18]; **(2)** McPherson, Rodney and Lanza, David J., Harris Corp., *Wireless Transmitter Location Determining System And Related Methods*, U.S. Patent No. 7,592,956 (Melbourne, FL: Sept. 22, 2009), *available at*

http://www.freepatentsonline.com/7592956.html (last accessed: Feb. 22, 2011) [attachment p. No. 19-37]; **(3)** Otto, James C., Harris Corp., *System And Method For Determining The Geolocation Of A Transmitter*, U.S. Patent No. 5,719,584 (Indian Harbor Beach, FL: Feb. 17, 1998), *available at* http://www.freepatentsonline.com/5719584.html (last accessed: Feb. 22, 2011) [attachment p. No. 38-45]; **(4)** Proctor, James A, Jr. and Otto, James C., Harris Corp., *Range And Bearing Tracking System With Multipath Rejection*, U.S. Patent No. 5,687,196 (Indialantic, FL: Nov. 11, 1997), *available at* http://www.freepatentsonline.com/5687196.html (last accessed Feb. 16, 2011) [attachment p. No. 46-52];

ATTACHMENT 14:   Greenberg, Andy (Forbes Magazine), *Despite FCC Scare Tactics, Researcher Demos AT&T Eavesdropping - Forbes* (Jul. 31, 2010), *available at* http://www.forbes.com/sites/firewall/2010/07/31/despite-fcc-scare-tactics-researcher-demos-att-eavesdropping/ (last accessed: Dec. 14, 2011);

ATTACHMENT 15:   *The OpenBTS Project*, http://openbts.sourceforge.net (last accessed: Feb. 10, 2012);

ATTACHMENT 16:   *Catcher Catcher - Wiki - Redmine*, http://opensource.srlabs.de/projects/2/wiki/Wiki?version=18 (last accessed: Feb. 20, 2012);

ATTACHMENT 17:   Singel, Ryan (Wired Magazine), *FBI E-Mail Shows Rift Over Warrantless Phone Record Grabs* (Dec. 20, 2007), http://www.wired.com/print/politics/onlinerights/news/2007/12/fbi_cell (last accessed Sept. 22, 2010);

ATTACHMENT 18:   Myers, Rachel (ACLU), *With Technology Like This, Who Needs the Law? | American Civil Liberties Union* (Nov. 14, 2008), http://www.aclu.org/2008/11/14/with-technology-like-this-who-needs-the-law (last accessed Jul. 08, 2013);

ATTACHMENT 19:   McCullagh, Declan (CNET News), *Justice Dept. defends warrantless cell phone tracking | Politics and Law - CNET News* (Feb. 13, 2010), http://news.cnet.com/8301-13578_3-10453214-38.html (last accessed: Jul. 08, 2010);

ATTACHMENT 20:   Slashdot.org, *Secret Stingray Warrantless Cellphone Tracking* (Oct. 27, 2012), http://yro.slashdot.org/story/12/10/27/144229/secret-stingray-warrantless-cellphone-tracking (last accessed: Nov. 28, 2012);

ATTACHMENT 21:   Carroll, Rory (The Guardian), *ACLU challenges 'stingray surveillance' that allows police to track cellphones | World news | guardian.co.uk* (Mar. 28, 2013), *available at* http://www.guardian.co.uk/world/2013/mar/28/aclu-stingray-surveillance-police-cellphones (last accessed: Apr. 16, 2013);

ATTACHMENT 22:   Nakashima, Ellen (The Washington Post), *Little-known surveillance tool raises concerns by judges, privacy activists* (Mar. 27, 2013),

available at http://articles.washingtonpost.com/2013-03-27/world/38070419_1_magistrate-judge-federal-agents-stingrays (last accessed: Apr. 9, 2013);

ATTACHMENT 23:    Huffingtonpost.com, *Daniel David Rigmaiden Case Reveals Stingray Cell Phone Tracker's Covert Use* (Mar. 28, 2013), *available at* http://www.huffingtonpost.com/2013/03/28/daniel-david-rigmaiden-stingray_n_2973749.html (last accessed: Apr. 4, 2013);

ATTACHMENT 24:    Waterman, Shaun (The Washington Times), *Can you hear me now? Feds admit FBI warrantless cellphone tracking 'very common'* (Mar. 29, 2013), *available at* http://www.washingtontimes.com/news/2013/mar/29/feds-fbi-warrantless-cell-tracking-very-common/ (last accessed: Apr. 4, 2013);

ATTACHMENT 25:    Zetter, Kim (Wired Magazine), *Secrets of FBI Smartphone Surveillance Tool Revealed in Court Fight* (Apr. 09, 2013), *available at* http://www.wired.com/threatlevel/2013/04/verizon-rigmaiden-aircard/all/ (last accessed: Apr. 10, 2013);

ATTACHMENT 26:    Zetter, Kim (Wired Magazine), *Judge Allows Evidence Gathered From FBI's Spoofed Cell Tower* (May. 08, 2013), *available at* http://www.wired.com/threatlevel/2013/05/rigmaiden-cell-tower-evidence/ (last accessed: May 14, 2013);

ATTACHMENT 27:    Letter from Kim Zetter (Wired Digital) to Daniel Rigmaiden, April 3, 2013; Re: requesting additional information; Note: Kim Zetter's email address and phone number redacted;

ATTACHMENT 28:    Email from Jon Campbell (LA Weekly News) to Dan Colmerauer, July 26, 2012; Re: requesting that Daniel Rigmaiden speak to Mr. Campbell about portable/transportable wireless device locator technology (supported by declaration from Dan Colmerauer);

ATTACHMENT 29:    Lye, Linda, *Court Ruling Gives FBI Too Much Leeway on Surveillance Technology | ACLU of Northern California* (May 28, 2013), https://www.aclunc.org/issues/technology/blog/court_ruling_gives_fbi_too_much_leeway_on_surveillance_technology.shtml (last accessed: Jul. 8, 2013);

ATTACHMENT 30:    Fakhoury, Hanni, *Stingrays: The Biggest Technological Threat to Cell Phone Privacy You Don't Know About | Electronic Frontier Foundation* (Oct. 22, 2012) https://www.eff.org/deeplinks/2012/10/stingrays-biggest-unknown-technological-threat-cell-phone-privacy (last accessed: Jul. 8, 2013);

ATTACHMENT 31:    *Appligent Document Solutions – Redax*, http://www.appligent.com/redax (last accessed: Dec. 16, 2010);

ATTACHMENT 32:    *Adobe Acrobat X Pro Datasheet*, *available at* http://www.adobe.com/content/dam/Adobe/en/products/acrobat/pdfs/acrobatxpro_datasheet.pdf (last accessed: Dec. 13, 2010);

ATTACHMENT 33:   Daniel Rigmaiden's October 10, 2011 FOIA request letter to the FBI
RE: seeking records on portable/transportable wireless device locators
(*i.e.*, devices used to locate cell phones, cell site emulators, *etc.*) and
related equipment manufactured and/or branded and/or sold by Harris
Wireless Products Group (Harris Corporation) and other manufacturers/
companies;

ATTACHMENT 34:   USPS signature card delivery record (November 7, 2011 delivery) for
Daniel Rigmaiden's October 10, 2011 FOIA request letter to the FBI;
USPS Certified Return Receipt delivery, article No. 7007 0710 0004
3772 8555, signed by "D.W. Jones / OB" and then mailed back to
Daniel Rigmaiden;

ATTACHMENT 35:   Daniel Rigmaiden's February 25, 2012 FOIA appeal letter to the OIP
RE: the FBI failing to acknowledge FOIA request, failing to grant a fee
waiver, failing to grant reduced fees, failing to provide expedited
processing, and failing to provide all requested records for October 10,
2011 FOIA request letter to the FBI;

ATTACHMENT 36:   OIP's May 10, 2012 letter to Daniel Rigmaiden RE: determination of
FBI FOIA appeal (No. AP-2012-01750) by Janice Galli McLeod,
Associate Director of the Office of Information Policy, and Anne D.
Work, Senior Counsel, Administrative Appeals Staff, Office of
Information Policy; RE: October 10, 2011 FOIA request letter to the
FBI;

ATTACHMENT 37:   FBI's May 1, 2013 letter to Daniel Rigmaiden RE: answer to October
10, 2011 FOIA request: "FOIPA Request No.: 1212582" with "Subject:
WIRELESS DEVICE LOCATORS MANUFACTURED BY HARRIS
WPG.";

ATTACHMENT 38:   Daniel Rigmaiden's November 10, 2011 FOIA request letter to FBI RE:
seeking records on (1) comments made by FBI agents and employees to
The Wall Street Journal reported in or in relation to the September 22,
2011 The Wall Street Journal article titled "'Stingray' Phone Tracker
Fuels Constitutional Clash," by Jennifer Valentino-DeVries, (2)
comments made by FBI agents and employees at a panel at the
Brookings Institution in May of 2011 regarding portable/transportable
wireless device locators (*e.g.*, cell site emulators) such as the Harris
StingRay and KingFish;

ATTACHMENT 39:   USPS website Delivery record (January 3, 2012 delivery) for Daniel
Rigmaiden's November 10, 2011 FOIA request letter to the FBI;
Certified Return Receipt delivery, article No. 7010 1870 0003 0918
6393;

ATTACHMENT 40:   FBI's January 23, 2012 letter to Daniel Rigmaiden RE: answer to
November 10, 2011 FOIA request: "FOIPA Request No.: 1180900-000"
with "Subject: RECORDS CONCERNING WALL STREET
JOURNAL ARTICLE STINGRAY PHONE TRACKER FUELS
CONSTITUTIONAL CLASH.";

ATTACHMENT 41:   FBI's January 31, 2012 letters to Daniel Rigmaiden RE: denial of expedited processing and fee waiver for November 10, 2011 FOIA request: "FOIPA Request No.: 1180900-000" with "Subject: RECORDS CONCERNING WALL STREET JOURNAL ARTICLE STINGRAY PHONE TRACKER FUELS CONSTITUTIONAL CLASH.";

ATTACHMENT 42:   Daniel Rigmaiden's February 25, 2012 FOIA appeal letter to the OIP RE: the FBI failing to grant a fee waiver, failing to grant reduced fees, failing to provide expedited processing for November 10, 2011 FOIA request: "FOIPA Request No.: 1180900-000" with "Subject: RECORDS CONCERNING WALL STREET JOURNAL ARTICLE STINGRAY PHONE TRACKER FUELS CONSTITUTIONAL CLASH.";

ATTACHMENT 43:   OIP's April 17, 2012 letter to Daniel Rigmaiden RE: determination of FBI FOIA appeal (No. AP-2012-01751) by Janice Galli McLeod, Associate Director of the Office of Information Policy RE: "FOIPA Request No.: 1180900-000" with "Subject: RECORDS CONCERNING WALL STREET JOURNAL ARTICLE STINGRAY PHONE TRACKER FUELS CONSTITUTIONAL CLASH.";

ATTACHMENT 44:   Daniel Rigmaiden's October 10, 2011 FOIA request letter to the EOUSA RE: seeking records on portable/transportable wireless device locators (*i.e.*, devices used to locate cell phones, cell site emulators, *etc.*) and related equipment manufactured and/or branded and/or sold by Harris Wireless Products Group (Harris Corporation) and other manufacturers/companies;

ATTACHMENT 45:   USPS signature card delivery record (blank) for Daniel Rigmaiden's October 10, 2011 FOIA request letter to the EOUSA; USPS Certified Return Receipt delivery, article No. 7009 2250 0003 8907 7508, no signature but mailed back to Daniel Rigmaiden;

ATTACHMENT 46:   USPS website Delivery record (November 7, 2011 delivery) for Daniel Rigmaiden's November 10, 2011 FOIA request letter to the EOUSA; Certified Return Receipt delivery, article No. 7009 2250 0003 8907 7508;

ATTACHMENT 47:   Daniel Rigmaiden's February 25, 2012 FOIA appeal letter to the OIP RE: the EOUSA failing to acknowledge FOIA request, failing to grant a fee waiver, failing to grant reduced fees, failing to provide expedited processing, and failing to provide all requested records for October 10, 2011 FOIA request letter to the EOUSA;

ATTACHMENT 48:   OIP's May 10, 2012 letter to Daniel Rigmaiden RE: determination of EOUSA FOIA appeal (No. AP-2012-01749) by Janice Galli McLeod, Associate Director of the Office of Information Policy; RE: October 10, 2011 FOIA request letter to the EOUSA;

ATTACHMENT 49:   EOUSA's May 3, 2013 letter to Daniel Rigmaiden RE: answer to October 10, 2011 FOIA request: "Request No.: 11-4585" with "Subject

of Request: Location Tracking Devices.";

ATTACHMENT 50:  FBI's July 12, 2013 letter to Daniel Rigmaiden RE: providing 94 page paper-form (*i.e.*, non-native digital form records) response to: "FOIPA Request No. 1180900-000; Subject: Wall Street Journal Article On Cell Site Simulator Devices";  Note: 94 page letter attachment not attached;