## ATTACHMENT 07

DANIEL RIGMAIDEN'S FIRST DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)


ATTACHMENT 07:   1xEV-DO Rel. 0, CELL SITE EMULATOR, & GEOLOCATION
EXPERT REPORT RE: The independent operations of the FBI's cell
site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO
aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.),
By: Daniel David Rigmaiden (May 29, 2013);

# 1xEV-DO Rel. 0, CELL SITE EMULATOR, & GEOLOCATION

## EXPERT REPORT

RE:

*The independent operations of the FBI's cell site emulators, etc. used to locate the*
*UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.)*

By:

*Daniel David Rigmaiden*

*May 29, 2013*

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

## Table of Contents

I.   Introduction.................................................................................................................1

II.  Summary Of Conclusions..........................................................................................3

III. Technical Explanations.............................................................................................11

    A.  Electromagnetic radiation in the radio frequency band...............................11

    B.  The 1xEV-DO cellular communications system deployed by Verizon Wireless.........15

        1.  Origins of the 1xEV-DO cellular communications system...................................15

        2.  Basic hardware elements of a 1xEV-DO Rel. 0 compatible cellular data
network.........................................................................................................23

            a.  The Access Terminal (AT)........................................................................23

            b.  The Access Network (AN)........................................................................27

            c.  Access Networks (a.k.a. cell sites) in the geolocation context...................30

        3.  How relevant 3GPP2 technical standards dictate communications between a
1xEV-DO Rel. 0 Access Terminal and a 1xEV-DO Rel. 0 Access Network........32

            a.  Over-the-Air Service Provisioning (OTASP) and Over-the-Air Parameter
Administration (OTAPA)...........................................................................32

            b.  Access Terminal Initialization State procedures: identifying and acquiring a
1xEV-DO Rel. 0 Access Network after initial power-on............................38

                i.  Network Determination Substate.......................................................39

                 ii.  Pilot Acquisition Substate.................................................................41

                 iii. Synchronization Substate...................................................................45

            c.  Access Terminal Idle State procedures: preparing to open a connection and
opening a connection with a 1xEV-DO Rel. 0 Access Network.................47

                i.  Receiving, processing, and storing to internal storage the Access

<div style="margin-left:3em">

Network's Overhead Messages..........................................................47

ii.  Transmission of Access Probes to the Access Network to initiate session establishment and open a connection....................................51

iii.  Establishing an open session with the Access Network......................56

iv.  Application of encryption and authentication keys for use in the security layer..................................................................................60

v.  Obtaining identifying information from Access Terminal hardware using the HardwareIDRequest message.............................................68

vi.  Opening a connection with the Access Network................................69

d.  Using the Default Route Update Protocol to scan for additional pilots, facilitate sector Route Updates, and send Route Update messages...........76

i.  Operations of the Default Route Update Protocol specific to the Idle State....................................................................................................78

ii.  Operations of the Default Route Update Protocol specific to the Connected State..................................................................................81

e.  Open-loop and closed-loop power control of Access Terminal transmissions..................................................................................84

i.  Reverse Access Channel power control.............................................85

ii.  Reverse Traffic Channel power control.............................................87

f.  Synchronization and timing of transmitted signals.....................................89

g.  Relevant miscellaneous 1xEV-DO Rel. 0 cellular data network operations....................................................................................91

i.  Signal interference...........................................................................91

ii.  Hybrid Access Terminal operations for non-telephones, e.g., aircards..............................................................................................93
</div>

C.  Explanation of the term "triangulation" applicable to geolocation of radio frequency (RF) signals....................................................................................97

D.  Cell site information and its use in geolocating wireless devices..............................101

   1.  Explanation of the term "cell site information.".................................................101

   2.  Use of statistical databases containing historical cell site location information to determine a wireless device location signature.................................................103

   3.  Cell site triangulation of a wireless device using cell site location information..................................................................................................106

E.    Global Positioning System (GPS)............................................................109

F.    Explanation of the term "mobile tracking device."..................................112

G.    Air interface surveillance equipment with an emphasis on geolocation of wireless
       devices....................................................................................................113

       1.    Detailed description of the Harris RayFish line of portable/transportable wireless
             device locators, i.e., the StingRay, KingFish, and related equipment................118

             a.    Geolocation measurement techniques used by the StingRay and KingFish
                   while triangulating the location of a wireless device.................................125

                   i.    Signal time-of-flight (TOF) measurements to calculate distance (a.k.a.
                         range)....................................................................................................125

                   ii.   Signal strength measurements to calculate distance (a.k.a. range)....128

                   iii.  Signal angle-of-arrival (AOA) measurements to calculate direction
                         (via a phased array antenna)............................................................130

                   iv.   Weighting collected geolocation data and using statistical functions
                         (e.g., average, mean, median, mode, etc.)........................................134

                   v.    Data fusion of calculated geolocation measurements.......................135

             b.    Radio signal and data collection methods used by the StingRay and
                   KingFish while triangulating the location of a wireless device.................136

                   i.    Base station surveys.........................................................................136

                   ii.   Cell site emulation and forced connection handoff...........................137

                   iii.  Downloading data from wireless device internal storage.................139

                   iv.   Transmitting interrogation signals in order to force reply signals.....141

                   v.    Approach method for triangulation....................................................142

                   vi.   Forced transmission power increase..................................................144

H.    The FBI Digital Collection Program.......................................................145

       1.    Digital Collection Systems.................................................................146

       2.    DCSNET.............................................................................................148

       3.    The technical specifications outlined in the Telecommunications Industry
             Association, TIA/EIA/J-STD-025A, Lawfully Authorized Electronic
             Surveillance.......................................................................................152

       4.    Digital Collection System 3000 (DCS-3000) server...........................155

       5.    DCS-3000 CDNRS Files.....................................................................160

6.  Telephone Applications System........................................................162

7.  FBI Cell Site Database....................................................................163

8.  FBI Wireless Intercept and Tracking Team (WITT)..........................166

IV. How The Aircard Was Intruded Upon..............................................................170

A.  Prerequisite background information............................................................171

1.  General background information on the aircard, host laptop computer, aircard account, and aircard service............................................................171

2.  Basis for concluding that the government used the Harris StingRay, KingFish, and related equipment to locate the aircard and its user.....................................174

a.  The government admitted that FBI technical agents used the Harris StingRay to locate the aircard................................................................174

b.  Heuristics and process of elimination confirms that FBI technical agents used the Harris StingRay, KingFish and AmberJack to locate the aircard.............................................................................................178

B.  The government's mission to locate the aircard and its user within a private home residence........................................................................................................181

1.  The government identified the aircard and seized destination IP addresses relating to the aircard user's Internet activity...............................................181

2.  The government seized aircard historical cell site location information and conducted historical triangulation / location signature techniques.....................184

3.  The primary case agents flew from Arizona to California to triangulate the precise location of the aircard and its user.......................................................192

4.  The FBI technical agents began the real-time portion of the aircard locating mission by conducting base station surveys of all cell sites located in the area covered by the cell tower range chart/map........................................................193

5.  The FBI technical agents had Verizon Wireless reprogram and write data to the aircard so that it would be compatible with the Harris StingRay and KingFish...............................................................................................195

6.  The FBI used the SF-Martinez DCS-3000 Pen/Trap device to obtain real-time cell site sector location information to narrow the geographical area of where to use the StingRay, KingFish, and related equipment..........................................201

7.  The FBI obtained additional real-time aircard data from Verizon Wireless through means other than the SF-Martinez DCS-3000 Pen/Trap device.........................206

8.  The FBI's surreptitious phone calls booted the aircard off the Internet so that the

FBI's StingRay and related equipment could hijack the aircard's signal from Verizon Wireless..................................................................................207

9.   The FBI technical agents used the Harris StingRay, KingFish, and related equipment to locate the aircard precisely inside apartment No. 1122................211

a.   Cell site emulation and forced connection handoff....................................211

b.   The FBI repeatedly wrote data to the aircard using its StingRay..............212

c.   The StingRay deactivated 1xEV-DO Rel. 0 security layer encryption during session establishment causing the aircard's signals to be transmitted in plaintext and exposed to third-parties........................................................214

d.   The FBI used its StingRay to download data stored on the aircard's internal storage device (i.e., the aircard's Electronic Serial Number (ESN))..........215

e.   The FBI used the StingRay to send location finding interrogation signals into apartment No. 1122 and into the aircard in order to search out the location of the aircard and its user............................................................216

f.   The FBI collected the aircard's signal transmissions sent in response to the location finding interrogation signals sent to the aircard by the FBI via the StingRay..................................................................................................218

g.   In order to determine the location of the aircard and its user, the FBI conducted triangulation techniques on the aircard's location finding response signals collected by the StingRay................................................218

h.   The FBI technical agents used the KingFish within the Domicilio apartment complex to pinpoint the exact location of the aircard and its user within apartment No. 1122..................................................................................221

i.   Whenever the aircard was connected to either the StingRay or KingFish, the FBI denied the aircard access to the Internet (i.e., a denial-of-service attack)....................................................................................................222

j.   The FBI's StingRay and KingFish relied upon the electricity provided to the aircard by its user....................................................................................223

k.   The FBI's StingRay and KingFish sent the aircard commands instructing it to increase its signal transmission power to facilitate more effective geolocation............................................................................................224

V.   Daniel Rigmaiden's Expert Qualifications..........................................................225

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

I, Daniel David Rigmaiden, declare[1] the following [May 29, 2013]:

## I.    **Introduction**

I am the defendant in <u>United States v. Rigmaiden</u>, CR08-814-PHX-DGC, D.Ariz.  "[A] party who is otherwise qualified as an expert may testify as an expert witness in his own case regardless of concerns that the party is plainly self-interested."[2]  This declaration explains the independent operations of the FBI's cell site emulators, *etc.* used to intrude upon and locate the UTStarcom PC5740 1xEV-DO aircard in <u>United States v. Rigmaiden</u>.  The need for this declaration arises from the government's withholding of discoverable evidence relating to the cell site emulators used during the investigation leading to <u>United States v. Rigmaiden</u>.  This declaration is separated into five sections: (1) Introduction, (2) Summary Of Conclusions, (2) Technical Explanations, (3) How The Aircard Was Intruded Upon, and (4) Daniel Rigmaiden's Expert Qualifications.  Other than for Section V, the information provided in this declaration is taken from the *Technical Explanations* and *General Facts* section of my *Motion To Suppress* (Dkt. #824-1, Jun. 4, 2012), in <u>United States v. Rigmaiden</u>, CR08-814-PHX-DGC, D.Ariz.

The noted information is now being provided in declaration form considering the district court in <u>United States v. Rigmaiden</u> refused to apply (1) the government's concession that "the

---

1.    This declaration is being submitted under the protections of *Simmons*.  *See* <u>Simmons v. United States</u>, 390 U.S. 377, 394 (1968) (Holding that "when a defendant testifies in support of a motion to suppress evidence on Fourth Amendment grounds, his testimony may not thereafter be admitted against him at trial on the issue of guilt unless he makes no objection.").  I object to the government attempting to introduce this declaration as evidence at trial.

2.    <u>Masterson Marketing, Inc. v. KSL Recreation Corp.</u>, 495 F. Supp. 2d 1044, 1050 (S.D.Cal. 2007).

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
      UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
      DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

aircard tracking operation was a Fourth Amendment search and seizure[,]"[3] and (2) the

government's concession and agreement to not contest my identification and classification of

the various **independent** operations conducted by the StingRay and KingFish as being

**separate** Fourth Amendment searches and/or seizures.[4]  Rather than having applied the

government's concessions when ruling on suppression issues,[5] the Court instead found that the

FBI's use of the StingRay and KingFish to locate the aircard "was not a 'severe intrusion[,]'"

*id.*, p. 13, and that the independent Fourth Amendment searches and seizures that I identified

were merely "details of the device's operation [][and] clearly concern the manner in which the

search was to be executed, something that need not be stated with particularity in the warrant."

*Id.*, p. 27.  In other words, the Court refused to apply the established "general assumption going

into this motion... that intrusiveness is not an issue[]"[6] and that the government would not be

permitted to make arguments to the likes of, "[w]ell, **that part** of what we did isn't a search

because it's not intrusive."[7]  Rather than find that each **part** was sufficiently intrusive to be a

**separate** Fourth Amendment search and/or seizure—as was agreed on January 27, 2012—the

Court instead found that my "efforts to parse the warrant requirement further are no more

---

3.      <u>United States v. Rigmaiden</u>, CR08-814-PHX-DGC, D.Ariz., *Government's
Memorandum Re Motion For Discovery* (Dkt. #674, p. 1).

4.      *See* <u>United States v. Rigmaiden</u>, CR08-814-PHX-DGC, *January 27, 2012 Status
Conference, Partial Transcript of Proceedings*, p. 13-23.

5.      *See* <u>United States v. Rigmaiden</u>, CR08-814-PHX-DGC, D.Ariz., *Court's May 8, 2013
Order* (Dkt. #1009).

6.      <u>United States v. Rigmaiden</u>, CR08-814-PHX-DGC, *January 27, 2012 Status
Conference, Partial Transcript of Proceedings*, [THE COURT], p. 25.

7.      *Id.* (emphasis added).

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
    UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
    DGC (D.Ariz.);

BY: Daniel David Rigmaiden

_____

persuasive here than were the defendants' similar efforts in *Dalia* and *Brooks*."[8]

    Because the Court ignored the established concessions and is effectively requiring me to

meet a higher burden of proof, I am submitting this declaration for the record[9] in support of

**(1)** *Motion To Suppress* (Dkt. #824-1), **(2)** *Motion For Reconsideration Of Portions Of Court's*

*Order At Dkt. #1009 RE: Fourth Amendment Suppression Issues* (Dkt. #1033), **(3)** *Motion For*

*Reconsideration Of Portions Of Court's Order At Dkt. #723 RE: Discovery Of StingRay And*

*KingFish Evidence* (Dkt. #1037), and **(4)** *Motion Requesting Evidentiary Hearing To Settle*

*Contested Issues Of Fact RE: Motions For Reconsideration Of Motion To Suppress And*

*Motion For Discovery* (Dkt. #1038) in United States v. Rigmaiden, CR08-814-PHX-DGC,

D.Ariz.

## II.   Summary Of Conclusions

    Based on Sections III and IV, *infra*, of this declaration, I was able to make the following

summarized technical conclusions relating to the government intrusions upon the aircard, *etc.*:

    1.      The aircard (*i.e.*, the UTStarcom PC5740 Broadband Connection Card) is a High

Rate Packet Data (HRPD) 1xEV-DO Rel. 0 Access Terminal with hybrid 1xRTT text message

and 1xRTT low rate data service capabilities.

_____

8.      United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., *Court's May 8, 2013 Order*
(Dkt. #1009, p. 27).

9.      The Court also denied my *Ex Parte Motion To Appoint 1xEV-DO Rel. 0, Etc. Expert To
Defense* (Dkt. #866, CR08-814-PHX-DGC). *See* United States v. Rigmaiden, CR08-814-PHX-
DGC, D.Ariz., *Court's August 10, 2012 Order*, p. 1 (Dkt. #871) (denying motion for
appointment of expert because, among other reasons, the proposed expert "has confirmed that
Defendant's detailed technical arguments in the motion to suppress are correct[.]").

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
       UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
       DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

2.      The aircard hardware is incapable of ringing or alerting to an incoming call and it
does not allow for placing or receiving telephone calls (*i.e.*, wire communications).  The aircard
is not able to receive incoming voice calls or react to incoming voice pages under its factory
configuration.

3.      When accessing cell sites to receive wireless service, the aircard does not engage
in "registration" as do cellular phones; instead, the aircard engages in "session establishment"
and conducts "route updates,"

4.      The aircard is a computer hardware "add-on card" that can only function when
plugged into the PCMCIA slot of a host laptop computer.

5.      In order to function, the aircard draws power from the host laptop computer,
stores data on the hard drive of the host laptop computer, and its functions and operations are
accessed through software installed on the host laptop computer.

6.      The aircard was used to access the Verizon Wireless 1xEV-DO Rel. 0 data
network and Verizon Wireless 1xRTT data network.

7.      The aircard was not capable of generating real-time cell site location information
when accessing the Verizon Wireless 1xEV-DO Rel. 0 and 1xRTT data networks.

8.      Under its factory configuration, the aircard could not access the Verizon Wireless
1xRTT voice network.

9.      Case agents identified the aircard hardware by tracing IP addresses that were
temporarily assigned to the aircard by Verizon Wireless for the purpose of accessing the
Internet through a Verizon Wireless aircard account.

- 4 -

## DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

10.     Once identified, agents obtained 38 days of the aircard's historical cell site
location information from Verizon Wireless and then used it to narrow the location of the
aircard to an area covering *105,789,264 ft²*.

11.     Using the historical cell site location information as the input data, the FBI
employed triangulation techniques and location signature techniques to reduce the *105,789,264
ft²* location estimate by 93.9%, *i.e.*, to a *6,412,224 ft²* area.

12.     After narrowing the historical aircard location to a *6,412,224 ft²* area, FBI
technical agents had Verizon Wireless reprogram and write data to the aircard so that it would
(1) recognize and connect to the FBI's cell site emulators, and (2) respond to the FBI's silent
phone calls intended to force the aircard to drop its 1xEV-DO Rel. 0 data connection and
generate real-time cell site sector location information via a 1xRTT voice connection.

13.     After the reprogramming of the aircard, FBI technical agents made 32 silent
phone calls (*i.e.*, pings) to the aircard over a six hour period.  Considering the aircard is not a
telephone and does not have telephone service or telephone hardware, the FBI's silent phone
calls did not cause the aircard to "ring" and otherwise did not cause the aircard to notify the
user that the FBI was calling the aircard.

14.     Each of the FBI's 32 silent voice calls (over the noted six (6) hour period) forced
the aircard to drop its 1xEV-DO Rel. 0 data connection (*i.e.*, a denial-of-service attack).  After
each silent voice call, the aircard was denied access to the Internet until a reconnection to the
1xEV-DO Rel. 0 data network could be attempted and established by the aircard user via the
host laptop computer.

- 5 -

## DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
      UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
      DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

---

15.    Each of the FBI's 32 silent voice calls also caused the aircard to generate and
transmit real-time cell site sector location information to a 1xRTT Verizon Wireless cell site
over a 1xRTT voice connection.  Verizon Wireless then forwarded the real-time geolocation
data to the FBI's SF-Martinez DCS-3000 Pen/Trap device via a connection from a Verizon
Wireless network switch to the FBI DCS network.

16.    Verizon Wireless buffered the aircard's real-time cell site sector location
information prior to transmission but did not first record and store the data prior to forwarding
it to the FBI, *i.e.*, there was no transmission "after receipt and storage."

17.    FBI technical agents used the aircard's real-time cell site sector location
information to narrow the geographical area of where to precisely search for the aircard.  In
order to pinpoint the exact location of the aircard, FBI technical agents used the Harris brand
StingRay (vehicle-transportable cell site emulator), Harris brand KingFish (hand-held man-
portable cell site emulator), Harris brand AmberJack (phased array beam-forming antenna), and
related cell site emulator equipment.

18.    After each silent voice call placed to the aircard, FBI technical agents operated
the vehicle-transportable StingRay with AmberJack antenna in the geographical area identified
by the aircard's real-time cell site sector location information.  Using the StingRay, FBI
technical agents broadcast an emulated 1xEV-DO Rel. 0 data network signal in hopes that the
aircard would detect the network as preferable and conduct an Idle State Route Update (*i.e.*,
handoff) to the StingRay during one of the reconnect attempts following each dropped Verizon
Wireless 1xEV-DO Rel. 0 data connection caused by the FBI's silent phone calls.

- 6 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

19.     After the 32nd silent voice call, the aircard's attempt to reestablish the dropped Verizon Wireless 1xEV-DO Rel. 0 data connection resulted in the aircard establishing a 1xEV-DO Rel. 0 data connection with the FBI's StingRay. The StingRay was able to hijack the aircard's signal from Verizon Wireless and secretly send/receive signals to/from the aircard while portraying itself as a Verizon Wireless cell site.

20.     FBI technical agents had the StingRay write data to the aircard's internal storage device. The data written to the aircard corresponded directly to the StingRay and would not have been written to the aircard by the Verizon Wireless network.

21.     FBI technical agents had the StingRay deactivate 1xEV-DO Rel. 0 security layer encryption while communicating with the aircard. Because the FBI failed to implement standard security layer encryption over the air interface, the aircard's signals containing private information (*e.g.*, the ESN via the HardwareIDRequest message, geolocation data, *etc.*) were exposed to third-parties over the air interface.

22.     FBI technical agents used the StingRay to download data stored on the aircard's internal storage device (*i.e.*, the aircard's Electronic Serial Number (ESN)).

23.     FBI technical agents used the StingRay to send location finding interrogation signals through the walls of private areas and into the aircard in order to search out the location of the aircard and its user. The StingRay transmitted specially crafted location finding interrogation signals to the aircard. In response to the location finding interrogation signals, the aircard responded by sending location finding response signals which were used by the StingRay for geolocation calculations.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

24.      While using the StingRay during interrogation, FBI technical agents used the
AmberJack phased array beam-forming antenna to transmit a highly directional and
concentrated beam of location finding interrogation signals into apartment No. 1122 and other
private areas.  The AmberJack antenna is different from cell site antennas in the effect that it is
capable of facilitating highly precise angle-of-arrival measurements in order to obtain a line-
bearing to a target wireless device.

25.      FBI technical agents collected the aircard's signal transmissions sent in response
to the location finding interrogation signals sent to the aircard by the FBI via the StingRay.  The
signals in question were generated and transmitted by the aircard upon the StingRay's specific
instruction (via the location finding interrogation signals) and would not have been transmitted
during the aircard's communications with actual Verizon Wireless cell sites.

26.      In order to determine the location of the aircard and its user, FBI technical agents
conducted triangulation techniques on the aircard's location finding response signals collected
by the StingRay.  FBI technical agents engaged in active approach to facilitate triangulation of
the collected location finding response signals transmitted by the aircard.  The active approach
method involves using the StingRay in cell site emulator mode to collect and measure location
finding response signals at one location and then repeatedly moving the StingRay to new
locations for additional collection and measurement.

27.      FBI technical agents conducted numerous geolocation measurements on collected
aircard signals.  The geolocation measurement techniques included time-of-flight, power-
distance, angle-of-arrival, statistical functions, and data fusion.  The geolocation measurement

- 8 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
    UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
    DGC (D.Ariz.);

BY: Daniel David Rigmaiden

techniques used by FBI technical agents meet the definition of triangulation in the geolocation
context.

      28.    Shortly before 4:45pm on July 16, 2008, FBI technical agents were able to
triangulate the location of the aircard and its user as being somewhere within the Domicilio
apartment complex in Santa Clara, CA.

      29.    Once the location of the aircard and its user was narrowed to a geographical area
including the Domicilio apartment complex, FBI technical agents stopped using the StingRay
and began using the second cell site emulator, i.e., the hand-held man-portable KingFish.

      30.    Because geolocation evidence was destroyed by the FBI, the precise geographical
and temporal point at which FBI technical agents stopped using the StingRay and started using
the KingFish in unknown.  It is known, however, that the StingRay first narrowed the location
of the aircard to a geographical area which included the Domicilio apartment complex.  This
area may have been larger or smaller than the entirety of the Domicilio property.

      31.    The KingFish operates nearly identical to the StingRay with the only relevant
difference being that it is a man-portable wireless device locator, as apposed to a vehicle-
transportable wireless device locator, and is capable of locating wireless devices more
accurately than the StingRay.  Therefore, all of the independent operations conducted during
use of the StingRay were repeated by FBI technical agents during use of the KingFish.

      32.    The KingFish was used by FBI technical agents on foot within the the Domicilio
property.  Using the KingFish, FBI technical agents were able to pinpoint the precise location
of the aircard and its user as being within apartment No. 1122 of the Domicilio apartment

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

complex.

33.     Whenever the aircard was connected to either the StingRay or KingFish, FBI
technical agents denied the aircard access to the Internet (i.e., a denial-of-service attack).
Because the StingRay and KingFish are not capable of forwarding communications content to
Verizon Wireless, the aircard user was not provided with any Internet access service.  Using the
StingRay and KingFish, FBI technical agents conducted a denial-of-service attack on the
aircard for nearly 10 hours.

34.     The StingRay and KingFish relied upon the electricity provided to the aircard by
its user.  Because FBI technical agents were forcing the aircard to generate and transmit radio
waves that were subsequently collected and decoded by their surveillance equipment, the FBI
was relying upon (i.e., using) the electricity being provided to the aircard.

35.     FBI technical agents had the StingRay and KingFish send the aircard commands
instructing it to increase its signal transmission power to facilitate more effective geolocation.
In order to more precisely search for and locate the aircard while using the StingRay and
KingFish, FBI technical agents sent RPC bits to the aircard causing it to transmit at a higher
power.  This increase in transmission power increased the amount of electricity hijacked from
the host laptop computer and ultimately from apartment No. 1122.

36.     Approximately 18 days after the aircard was located, i.e., shortly after my arrest,
FBI technical agents destroyed all of the real-time geolocation data and other data collected by
the StingRay and KingFish.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
    UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
    DGC (D.Ariz.);

BY: Daniel David Rigmaiden

### III.  **Technical Explanations**

The proceeding subsections provide detailed technical information on communications
protocols, geolocation techniques, surveillance equipment, surveillance programs, and
investigative methods used by the government to intrude upon and locate wireless devices.[10]
This background information is required in order to sufficiently understand how the
UTStarcom PC5740 aircard was, searched, seized, and located in the investigation leading to
United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz.

### A.    **Electromagnetic radiation in the radio frequency band.**

Radio waves are one type of electromagnetic radiation within the electromagnetic
spectrum.  "The electromagnetic spectrum contains radio waves, microwaves, light, x-rays, and
gamma rays."[11]  "Every wave has three different properties: (1) wavelength (a spatial
measurement), (2) frequency (a temporal measurement), and (3) energy (or equivalently
mass)."[12]  "We can always find the frequency of a wave if we know its wavelength.  Or, if we
know the frequency, we can find its wavelength.  The reason is that the frequency multiplied by
the wavelength of a wave must always give a product equal to the velocity of light.  This is true

---

10.    The facts contained in this section are meant to reflect a "snapshot" of how the
technology existed as of July of 2008—even while some newer technical sources are cited.

11.    The Southwestern Company, *The Volume Library: A Modern, Authoritative Reference
for Home and School Use*, "Wave theory" (Nashville, TN: The Southwestern Company, 1989),
p. 460 (diagram labeled "Electromagnetic Spectrum").

12.    Boatmun, Dewey L., *Quantum World: The Wave Nature of Our Universe* (Xlibris
Corporation, 2010), p. 63.

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
     UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
     DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

of all electromagnetic waves."[13]  In radio communications, electromagnetic waves are

classified in terms of frequency.[14]  For example, the specific radio frequencies licensed to

Verizon Wireless for its cdma2000 based cellular network (e.g., 1xRTT, 1xEV-DO, etc.) in the

San Jose, CA market area are (1) 835 - 845 MHz paired with 880 - 890 MHz and 846.5 - 849

MHz paired with 891.5 - 894 MHz;[15] and (2) 1850 - 1865 MHz and 1930 - 1945 MHz.[16][17]

---

13.     Lapp, Ralph E., "Radiation," *The World Book Encyclopedia*, Q-R, Volume 15 (Chicago,
IL: Field Enterprises Educational Corporation, 1962), p. 76.

14.     For a "spectrum activity"chart showing *some* electromagnetic frequencies used by
modern day radio communication systems, *see* Thales [PDF presentation], "New solutions for
massive monitoring", *ISS World Europe*, p. 4 (Oct. 3, 2008), *available at*
http://wikileaks.org/spyfiles/files/0/40_200810-ISS-PRG-THALES.pdf (last accessed: Apr. 10,
2012); *see also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 058 of
*2nd Consolidated Exhibits* (Dkt. #821-3) ("spectrum activity" chart attached).

15.     *See* FCC [website], *ULS License - Cellular License - KNKA211 - GTE MOBILNET OF
CALIFORNIA LIMITED PARTNERSHIP,*
http://wireless2.fcc.gov/UlsApp/UlsSearch/license.jsp?licKey=12154 (last accessed: Mar. 4,
2012); FCC [website], *ULS License - Cellular License - KNKA211 - GTE MOBILNET OF
CALIFORNIA LIMITED PARTNERSHIP – Frequencies,*
http://wireless2.fcc.gov/UlsApp/UlsSearch/frequenciesCell.jsp?
licKey=12154&channelBlock=B (last accessed: Mar. 4, 2012); *see also* United States v.
Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 059 of *2nd Consolidated Exhibits* (Dkt.
#821-3) (license documents attached).

16.     *See* FCC [website], *ULS License - PCS Broadband License - WQIQ264 - Verizon
Wireless Telecom Inc.*, http://wireless2.fcc.gov/UlsApp/UlsSearch/license.jsp?licKey=3003123
(last accessed: Apr. 9, 2012); *see also* United States v. Rigmaiden, CR08-814-PHX-DGC,
D.Ariz., EXHIBIT 060 of *2nd Consolidated Exhibits* (Dkt. #821-3) (license document attached).

17.     Although Verizon Wireless' license data indicates a small number of listed cell site
locations, "[a] licensee may operate additional transmitters at additional locations on the same
channel or channel block as its existing system without obtaining prior Commission approval
provided: [] (1) The interfering contours of the additional transmitter(s) must be totally
encompassed by the composite interfering contour of the existing station (or stations under
common control of the applicant) on the same channel..." 47 CFR § 22.165 *et seq.*

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:   The independent operations of the FBI's cell site emulators, etc. used to locate the
        UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
        DGC (D.Ariz.);

BY:   Daniel David Rigmaiden

---

[18] Radio waves, as well as all other electromagnetic radiation, "propagate at the speed of

light: 186,282 miles per second."[19]  Radio wave propagation can be in the form of either

omnidirectional radio waves or directional radio waves.  "Omnidirectional ('all directions')

radio-frequency propagation can be compared to the waves created by throwing a pebble into a

pond.  The waves made by the pebble emanate in all directions equally."[20]  Directional radio

frequency propagation by contrast have more gain (i.e., signal coverage area) in certain

directions and less in others.[21]  Directional radio frequency propagation can therefore be

thought of as a "ray" or "beam" of radio waves directed at a certain area.

      In addition to wave like properties, radio waves also have particle like properties.[22]

---

18.      Although Verizon Wireless' cdma2000 based mobile network operates on both the
"Cellular" spectrum (KNKA211) and "PCS" spectrum (WQIQ264), the network itself remains
constant with the only difference being the range of frequencies used over the air interface.  For
simplicity purposes, Verizon Wireless' cdma2000 based mobile network will be referred to as a
cellular network regardless of any possible spectrum in use.

19.      Bedell, Paul, *Cellular/PCS Management: A Real World Perspective*, (New York, NY:
McGraw-Hill Professional Publishing, Mar. 31, 1999), p. 38.

20.      *See id.*

21.      *See* United States Army, *Communications-Electronics Fundamentals: Wave
Propagation, Transmission Lines, and Antennas,* Training Circular 9-64 (Washington, DC: July
2004), *available at* http://www.cbtricks.com/miscellaneous/tech_publications/neets/tc9_64.pdf
(last accessed: April 10, 2012), p. 4.11 (PDF, p. 177) ("Some antennas are highly directional;
that is, more energy is propagated in certain directions than in others.  The ratio between the
amount of energy propagated in these directions compared to the energy that would be
propagated if the antenna were not directional is known as its gain.  When a transmitting
antenna with a certain gain is used as a receiving antenna, it will also have the same gain for
receiving. ").

22.      Lapp, "Radiation," *The World Book Encyclopedia*, Q-R, Volume 15, p. 78 ("We no
longer worry about trying to pin down a radiation and ask whether it is a wave or a particle. We
know that it may behave as both."); *see also* Levi, A. F. J., *Applied Quantum Mechanics*, 2nd
ed. (Cambridge, NY: Cambridge University Press, 2006), p. 76 ("Using what we know from

- 13 -

## DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

"Light rays, heat radiation, radio waves, X rays, cosmic rays, and gamma rays produced by
splitting atoms are all streams of photons."[23]  Electromagnetic radiation can therefore be
visualized as a stream of photons[24] traveling at the speed of light.  A photon is an atomic
particle[25] produced when an electron changes from a high energy level to a low energy level.
[26]  Although a photon cannot be weighed, streams of photons still exhibit an observable mass.
"For one thing, light produces a definite pressure when it falls on an object.  As a comet moves
around the sun, its great gaseous tail is always streaming out away from the sun.  This can be
satisfactorily explained only by assuming that the light from the sun pushes the tail away."[27]
Photons also carry energy which is directly proportional to frequency.[28]  This photon energy
can be converted into electricity for practical applications.  For example, when transmitted

classical mechanics and electrodynamics and considering the ramifications of the Young's slits
experiment and the photoelectric effect forced us to create the concept of particles with wavy
character.").

23.     Lapp, "Radiation," *The World Book Encyclopedia*, Q-R, Volume 15, p. 74.

24.     *Id.* ("Radiation is the term used to describe any stream of photons.").

25.     Lapp, Ralph E. (critically reviewed by Glenn T. Seaborg), "Atom," *The World Book
Encyclopedia*, A, Volume 1  (Chicago, IL: Field Enterprises Educational Corporation, 1962), p.
705 (table of "Known Atomic Particles" with photon listed).

26.     *See id.*, p. 706 ("This energy-level theory serves to explain how atoms can give off
radiant energy, such as light.  The amount of energy given off by an electron in changing to a
lower energy level produces a *photon*, or unit, of a certain energy." (internal citation omitted)).

27.     Lapp, "Radiation," *The World Book Encyclopedia*, Q-R, Volume 15, p. 78.

28.     "[T]he larger the frequency of the light beam, the more energy in each photon of light."
Bewick, Sharon, *et al.*, CK-12 Foundation, *CK-12 Chemistry* (FlexBook, Feb. 15, 2012),
*available at* http://www.ck12.org/flexbook/pdf/6d8f3b870516db645033c94b3bf9fe31.pdf (last
accessed: May 6, 2012), p. 161.  "The full spectrum of electromagnetic radiation has radio
waves as its lowest energy, lowest frequency, longest wavelength end and gamma rays as its
highest energy, highest frequency, shortest wavelength end." *Id.*, p. 152.

- 14 -

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

radio waves reach a receive antenna,[29] the photon energy induces a voltage in the antenna

producing a current of electricity which transfers the radio signals from the antenna to the

receiver.[30]  The photon energy produced by radio waves is small when compared to other

electromagnetic radiation but it is still strong enough to power, for example, an AM radio

receiver and speaker—without a separate power source—if close enough to an AM transmitter.
[31]

> **B.**   **The 1xEV-DO cellular communications system deployed by Verizon
> Wireless.**
>
> **1.   Origins of the 1xEV-DO cellular communications system.**

The 1xEV-DO cellular communications system is defined within the cdma2000 family

of standards developed by the 3rd Generation Partnership Project II (3GPP2).[32]  These

---

29.   "An antenna is a conductor or a set of conductors used either to radiate electromagnetic
energy into space or to collect this energy from space."  United States Army, *Communications-
Electronics Fundamentals: Wave Propagation, Transmission Lines, and Antennas*, p. 1.34
(PDF, p. 46). "After an RF signal has been generated in a transmitter, some means must be used
to radiate this signal through space to a receiver.  The device that does this job is the antenna.
The transmitter signal energy is sent into space by a transmitting antenna; the RF signal is then
picked up from space by a receiving antenna." *Id.*, p. 4.4 (PDF, p. 170).

30.   "The RF energy is transmitted into space in the form of an electromagnetic field.  As the
traveling electromagnetic field arrives at the receiving antenna, a voltage is induced into the
antenna (a conductor).  The RF voltages induced into the receiving antenna are then passed into
the receiver and converted back into the transmitted RF information." *Id.*

31.   Hayes, Arthur H., "Radio," *The World Book Encyclopedia*, Q-R, Volume 15  (Chicago,
IL: Field Enterprises Educational Corporation, 1962), p. 88, Diagram labeled "A Simple Radio
Set" ("A Crystal Set is a simple radio that does not use electricity."); Tymony, Cy, *Sneaky Uses
for Everyday Things* (Kansas City, MO: Andrews McMeel Publishing, 2003), p. 60 ("Even
now, many parents show their kids how to make a radio at home that doesn't require AC power
or batteries.").

32.   *See* Etemad, Kamran, *cdma2000 Evolution: System Concepts and Design Principles*

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
     UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
     DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

standards define a set of specifications that cellular device manufacturers and cellular service

providers must follow to ensure compatibility across hardware and networks.[33]  The

cdma2000 family of standards, including 1xEV-DO, is based on a communications protocol[34]

called code division multiple access (CDMA) originally designed for military use[35] due to it

being nearly impossible to intercept a CDMA signal.[36]  In the United States, there are various

CDMA cellular service providers including "Alaska Communications System, Carolina West,

CellCom/nSight, Bluegrass Cellular, Leap Wireless, Sprint, U.S. Cellular, and Verizon

Wireless."[37]

      "CDMA employs what is known as wideband *spread spectrum* technology to carry

---

(Hoboken, NJ: John Wiley & Sons, Inc., 2004), p. xiii, 4 and 9.  *See also*
http://www.3gpp2.org.

33.    *See* Telecommunications Industry Association, TIA-2000.1-E, *Introduction to cdma2000
Spread Spectrum Systems* (Arlington, VA: Oct. 2009), § 1.1.1, p. 1.1.

34.    "Protocol: A standard set of definitions governing how communications are formatted in
order to permit their transmission across networks and between devices."  CTIA [website],
*Wireless Glossary of Terms N-P*,
http://www.ctia.org/media/industry_info/index.cfm/AID/10407 (last accessed: Aug., 30, 2011).

35.    *See* Levine, R.C., *Digital Switching: Cellular & PCS Lectures April 17 & 24, 2001*, Beta
Scientific Laboratory, Inc., (Richardson, TX: 1996-2000), *available at*
http://www.privateline.com/levine/CELPCS4.PDF (last accessed: Sept. 29, 2010), p. 59
("CDMA was first developed for military point-to-point communications.").

36.    *See* Bedell, *Cellular/PCS Management: A Real World Perspective*, p. 225 ("CDMA was
originally deployed as a battlefield communications system because it is very hard if not
completely impossible to intercept CDMA transmissions.").

37.    CTIA [website], Glossary of Terms C-D,
http://www.ctia.org/media/industry_info/index.cfm/AID/10321 (last accessed: Aug., 30, 2011)
(defining CDMA).

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
       UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
       DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

digitized voice and data transmissions."[38][39]  Spread spectrum technology spreads "the radio

signal over a wide frequency range by modulating it with a code word unique to the radio."[40]

The receiver "distinguishes [the] sender's signal from other signals by examining the wide

spectrum band with a time synchronized duplicate of the spreading code word."[41]  In simple

terms, CDMA in cellular telephony is "[a] technology used to transmit wireless calls by

assigning them codes[]"[42] allowing for each CDMA transmitter to transmit simultaneously to a

single cell site without having the signals conflict with each other.[43] On the reverse link,

"[t]his process is analogous to each mobile speaking a different language and the base station

---

38.    Bedell, *Cellular/PCS Management: A Real World Perspective*, p. 226.

39.    Issued in 1942, "[t]he U.S. patent for spread-spectrum technology was held jointly by
actress Hedy Lamarr and music composer George Antheil."  Muller, Nathan J., *Bluetooth
Demystified* (New York, NY: McGraw-Hill, Sept. 8, 2000), p. 61 (figure note omitted).
"Spread spectrum has two modes of operation: frequency hoping and direct sequencing.
*Frequency hoping* spreads its signals by 'hoping' the narrowband signal over the entire radio
band as a function of time.  *Direct sequencing* spreads its signal by expanding the signal all at
once over the entire radio band." *Id.*, p. 63.  CDMA uses direct sequencing.

40.    Katz, Randy H., Professor at U.C. Berkeley, CS 294-7: Media Access—TDMA and
CDMA, p. 13 (1996), *available at* http://www.sss-mag.com/pdf/1tdmacdma.pdf (last accessed:
Aug. 31, 2010); *see also* Etemad, *cdma2000 Evolution: System Concepts and Design
Principles*, p. 11 ("The basic idea of spread spectrum communications is based on transmitting
information over channels much wider than required by the original signal bandwidth.  The
spread spectrum term is used to reflect the fact that the system spreads the energy of the
information signal over a much wider band channel, allowing signal transmission at very low
power spectral densities.").

41.    *Id.*

42.    CTIA [website], Glossary of Terms C-D,
http://www.ctia.org/media/industry_info/index.cfm/AID/10321 (last accessed: Aug., 30, 2011)
(defining CDMA).

43.    Katz, CS 294-7: Media Access—TDMA and CDMA, p. 19.

- 17 -

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

interpreting each of the languages it receives."[44]  In all CDMA based cellular systems, the

term "reverse link" refers to the signal path leading from the wireless device to the cell site and

the term "forward link" refers to the signal path leading from the cell site to the wireless

device.[45]

CDMA was first introduced in cellular systems in the early 1990s with the cdmaONE

family of standards.[46]  Cellular communications systems based on cdmaONE began with

"voice only" services (see IS-95A) with limited data services added later (see IS-95B).[47]  After

commercial use of cdmaONE throughout the 1990s, the cellular communications industry

developed cdma2000 beginning with the IS-2000 Release 0 technical standard, which is also

referred to as 1xRTT.[48]  1xRTT, first commercially deployed in the year 2000,[49] provides

both voice and data services[50] with performance increases over cdmaONE technology.  Later

that year, 3GPP2 set out to improve upon 1xRTT by drafting and publishing the cdma2000

High-Rate Packet Data (HRPD) standard referred to as IS-856 or 1xEV-DO (an acronym for

---

44.     Bedell, *Cellular/PCS Management: A Real World Perspective*, p. 226.

45.     *See* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 31, Fig. 3.4.

46.     *See id.*, p. 6.

47.     *See id.*, p. 6-7.

48.     *See id.*, p. 7-8.

49.     *See id.*, p. 8.

50.     *See* eogogicsinc (website), *cdma2000 Technologies: 1xRTT, EVDO, UMB, and EVDV,* "cdma2000 Technology Family: 1xRTT, EVDO, UMB, and EVDV: What Is cdma2000?," http://www.eogogics.com/talkgogics/tutorials/cdma2000 (last accessed: Jun. 9, 2011) (showing a diagram with 1xRTT supporting "High Capacity Voice" and "Packet Data").

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
     UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
     DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

---

EVolution Data-Optimized).[51][52]  The original release of 1xEV-DO, first commercially

deployed in the year 2002,[53] is referred to as "Release 0" (or "Rel. 0") and subsequent releases

are referred to as "Revision A," "Revision B," and "Revision C" with each revision adding

features and increasing data rates[54]  All versions of 1xEV-DO use cellular networks to provide

broadband Internet access to Access Terminals such as aircards.  Unlike 1xRTT, 1xEV-DO does

not allow for placing voice calls and is strictly limited to data services.[55]

       The remainder of the technical explanations contained in this section are presented in the

context of 1xEV-DO Rel. 0—the version of 1xEV-DO used by the UTStarcom PC5740 1xEV-

DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.).  All cell sites,

including FBI cell site emulators, that wish to send or receive radio signals to/from a 1xEV-DO

Rel. 0 based Access Terminal **must** follow the detailed instructions outlined in the cdma2000

technical standards applicable to 1xEV-DO Rel. 0.  "The technical requirements contained in

cdma2000 form a compatibility standard for CDMA systems.  They ensure that a mobile station

---

51.    *See* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 9.

52.    *See* Qualcomm Inc., EV-DO Rev. A and B: Wireless Broadband for the Masses
(whitepaper), *The History of Mobile Broadband*, p. 3 ("With EV-DO, consumers experienced
400-600 Kbps of average downlink throughput with bursts up to 2.4 Mbps - 4 to 10 times faster
than data over CDMA2000 1X (also referred to as 1xRTT) or UMTS networks.").

53.    *See id.*

54.    *See* eogogicsinc (website), *cdma2000 Technologies: 1xRTT, EVDO, UMB, and EVDV.*

55.    *See* Chuah, Mooi Choo and Zhang, Qinqing, *Design And Performance Of 3G Wireless
Networks And Wireless LANs* (New York, NY: Springer Science+Business Media, Inc., 2006),
p. 66 ("The network architecture of 1xEV-DO is very similar to the 3G1x network architecture
except that the components associated with voice traffic are absent.").

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
       UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
       DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

---

can obtain service in a system manufactured in accordance with the cdma2000 standards."[56]

The primary technical standards relevant to 1xEV-DO Rel. 0 are listed below:

     1.    Telecommunications Industry Association, TIA/EIA/IS-856-1 (Addendum No. 1

to TIA/EIA/IS-856), *cdma2000 High Rate Packet Data Air Interface Specification* (Arlington,

VA: Jan. 2002); **Note:** IS-856-1 sets forth standards dictating the technical requirements for

HRPD "Release 0" (*i.e.*, 1xEV-DO Rel. 0) systems and is primarily oriented toward

requirements necessary for the design and implementation of Access Terminals.  The original

cdma2000 HRPD technical standard is IS-856, released by 3GPP2 in November of 2000.[57]

However, in January of 2002, 3GPP2 released IS-856-1[58] and in March of 2004, IS-856-2[E]

[59]—all of which expanded upon the original IS-856 specification as applicable to 1xEV-DO

Rel. 0.[60]  For the technical explanations outlined in this section, IS-856-1 is referenced.

     2.    Telecommunications Industry Association, ANSI/TIA-878-2 (Addenda to TIA-

878), *Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Radio Access

Network Interfaces with Session Control in the Access Network* (Arlington, VA: May 2008);

**Note:** IS-878-2 sets forth standards dictating Access Terminal authentication, handoffs, Hybrid

---

56.    *See* TIA-2000.1-E, *Introduction to cdma2000 Spread Spectrum Systems*, § 1.1.1, p. 1.1.

57.    *See* Telecommunications Industry Association, TIA/EIA/IS-856, *cdma2000 High Rate
Packet Data Air Interface Specification* (Arlington, VA: Nov. 2002).

58.    *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*.

59.    *See* Telecommunications Industry Association, TIA-856-2[E], *cdma2000 High Rate
Packet Data Air Interface Specification – Addendum 2* (Arlington, VA: Mar. 2004).

60.    The differences between the three noted cdma2000 HRPD "Release 0" standards are
negligible in the context of the aircard locating mission in United States v. Rigmaiden, CR08-
814-PHX-DGC (D.Ariz.).

- 20 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

Access Terminal (HAT) operations, *etc.* in an HRPD system. The original cdma2000 HRPD

Interoperability standard is IS-878, released by 3GPP2 in December of 2001.[61]  However, in

May of 2003, 3GPP2 released IS-878-1[62] and IS-1878,[63] and in May of 2008, IS-878-2[64]

and IS-1878-1[65]—all of which expanded upon the original IS-878 specification as applicable

to 1xEV-DO.[66]  For the technical explanations outlined in this section, IS-878-2 is referenced.

       3.     Telecommunications Industry Association, TIA-683-D (Revision to TIA-683-C),

*Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems*, (Arlington,

VA: May 2006); **Note:** IS-683-D sets forth standards dictating the Over-the-Air Service

---

61.    *See* Telecommunications Industry Association, ANSI/TIA-878, *Inter-Operability Specification (IOS) for High Rate Packet Data (HRPD) Network Access Interfaces* (Arlington, VA: Dec. 2001); Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 265 ("The enhanced 1X-EV DO network supports enhancements in IOS interface, captured in IS878, allowing access authentication and interface between two access networks.").

62.    *See* Telecommunications Industry Association, ANSI/TIA-878-1 (Addendum No. 1 to TIA-878), *Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Access Network Interfaces – Addendum 1* (Arlington, VA: May 2003).

63.    *See* Telecommunications Industry Association, ANSI/TIA-1878, *Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Access Network Interfaces – Alternative Architecture* (Arlington, VA: May 2003).

64.    *See* Telecommunications Industry Association, ANSI/TIA-878-2 (Addenda to TIA-878), *Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Radio Access Network Interfaces with Session Control in the Access Network* (Arlington, VA: May 2008).

65.    *See* Telecommunications Industry Association, ANSI/TIA-1878-1 (Addendum to TIA-1878), *Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Radio Access Network Interfaces with Session Control in the Packet Control Function* (Arlington, VA: May 2008).

66.    Considering the differences between these standards are negligible in the context of the aircard locating mission in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.), IS-878-2 (May 2008) will be used as the primary technical reference in this section.

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

Provisioning (OTASP) of Mobile Station and HRPD (*i.e.*, 1xEV-DO) Access Terminal

operational parameters.  The original Over-the-Air Service Provisioning standard is IS-683,

which was subsequently updated by 3GPP2 via IS-683-A in June of 1998.[67]  However, in

December of 2001, 3GPP2 released IS-683-B,[68] in March of 2003, IS-683-C,[69] and in May of

2006, IS-683-D.[70]  For the technical explanations outlined in this section, IS-683-D is

referenced.

The remainder of this section will cite to the above 3GPP2 technical standards and to

other relevant technical references.  Some technical references will be specific to older cellular

technology (*e.g.*, 1xRTT or IS-95A/B) but are only cited to the effect they provide information

that remains constant through later CDMA technology, *i.e.*, 1xEV-DO Rel. 0.[71][72]  In those

67.    *See* Telecommunications Industry Association, TIA-683-A (Revision of TIA/EIA/IS-683), *Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems*, (Arlington, VA: Jun. 1998).

68.    *See* Telecommunications Industry Association, TIA-683-B (Revision of TIA/EIA-683-A), *Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems* (Arlington, VA: Dec. 2001).

69.    *See* Telecommunications Industry Association, TIA-683-C (Revision of TIA/EIA-683-B), *Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems* (Arlington, VA: Mar. 2003).

70.    *See* TIA-683-D, *Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems*.

71.    *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, Forward, p. xlix ("This standard is evolved from and is a companion to the cdma2000 standards."); Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 264 ("The network architecture in HRPD is similar to the IS2000 system with some variations in network elements, functionalities, and interface protocols.").

72.    Proceed with caution if references addressing older CDMA technology are pulled and studied for further information.  1xEV-DO, being a pure data network, does not adopt the

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

___

cases, the term "Mobile Station" should be read as "Access Terminal," and the term "Base Station" should be read as "Access Network."

### 2. Basic hardware elements of a 1xEV-DO Rel. 0 compatible cellular data network.

#### a. The Access Terminal (AT).

The basic hardware elements of a 1xEV-DO Rel. 0 cellular data network have both similarities and differences when compared to a 1xRTT cellular voice network. A 1xEV-DO Rel. 0 data network begins with the Access Terminal (AT), which consists of a radio transmitter/receiver (transceiver), antenna, and other hardware used for communicating with Access Networks.[73] The Access Terminal is the equivalent of a Mobile Station (MS) (*i.e.,* cellular telephone) in 1xRTT.[74] The Access Terminal "may be a self-contained data device such as a personal digital assistant (PDA) or a detachable module that is connected to a computing device such as a laptop personal computer."[75] From a legal perspective, the difference between an Access Terminal and a Mobile Station is that the former facilitates the sending/receiving of electronic communications[76] while the later facilitates the

___

majority of the subject matter specific to IS-95A/B, 1xRTT, *etc.*

73.   *See* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 11 of *1*<sup>st</sup> *Consolidated Exhibits* (Dkt. #587-1) (example of an Access Terminal).

74.   *See* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 264.

75.   *Id.*

76.   *See* 18 U.S.C. § 2510(12) ("'electronic communication' means any transfer of signs, signals, writing, images, sounds, data, or intelligence of any nature transmitted in whole or in part by a wire, radio, electromagnetic, photoelectric or photooptical system that affects interstate or foreign commerce, but does not include--(A) any wire or oral communication; (B) any communication made through a tone-only paging device; (C) any communication from a

- 23 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
    UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
    DGC (D.Ariz.);

BY: Daniel David Rigmaiden

sending/receiving of wire communications.[77]  However, most 1xEV-DO Rel. 0 based wireless

devices are "Hybrid mobile stations / Access Terminals (HATs),"[78] *i.e.*, they support both

1xRTT wire communications and 1xEV-DO Rel. 0 electronic communications.[79]  "Hybrid

mode device[s]... support cdma20001x and HRPD by periodic[ly] monitoring the paging

channel of cdma20001x[] [(*i.e.*, 1xRTT)]"[80] but cannot maintain 1xEV-DO and 1xRTT traffic

channels simultaneously.  If a Hybrid Access Terminal lacks the hardware required to place

voice calls,[81] such as a PCMCIA broadband Internet access card (*i.e.*, aircard), the 1xRTT

service only facilitates SMS text messages[82] and a low rate data service as a backup to the

tracking device (as defined in section 3117 of this title [18 USCS § 3117]); or (D) electronic
funds transfer information stored by a financial institution in a communications system used for
the electronic storage and transfer of funds;").

77.    *See* 18 U.S.C. § 2510(1) ("'wire communication' means any aural transfer made in whole
or in part through the use of facilities for the transmission of communications by the aid of
wire, cable, or other like connection between the point of origin and the point of reception
(including the use of such connection in a switching station) furnished or operated by any
person engaged in providing or operating such facilities for the transmission of interstate or
foreign communications or communications affecting interstate or foreign commerce.;").

78.    *See* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 265-267.

79.    *See* Telecommunications Industry Association, TIA-1157-A, *Signaling Conformance
Test Specification for Interworking of CDMA2000 1X and High Rate Packet Data Systems,
Revision A* (Arlington, VA: Aug. 2010), § 1.6, p. 1.2 ("Hybrid AT – An AT capable of operating
on both a cdma2000 1x and HRPD system.").

80.    *Id.*, § 1.2, p. 1.1.

81.    By definition, cell phone hardware consists of "a compact speaker, a microphone, a
keyboard, a display screen and a powerful circuit board with microprocessors."  CTIA
[website], *How Wireless Works*, http://www.ctia.org/consumer_info/index.cfm/AID/10324 (last
accessed: Dec. 7, 2011).

82.    "SMS: Short Messaging Service enables users to send and receive short text messages
(usually about 140-160 characters) on wireless handsets.  Usually referred to as 'text messaging'
or 'texting.'"  CTIA [website], Glossary of Terms Q-S, http://www.ctia.org/media/industry_info/

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
     UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
     DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

1xEV-DO Rel. 0 data service.

Each 1xEV-DO Rel. 0 Access Terminal has either an Electronic Serial Number (ESN) or

Mobile Station Equipment Identifier (MEID) that uniquely identifies it among other Access

Terminals and Mobile Stations.[83][84]  The ESN consists of a unique 32-bit number[85] assigned

to the wireless device by the manufacturer.[86]  The ESN is stored on the Access Terminal's

internal storage as a Permanent Access Terminal Indicator[87] and cannot be changed absent

index.cfm/AID/10406 (last accessed: Aug. 30, 2011).

83.  *See* Telecommunications Industry Association, TIA-2000.5-D (Revision to TIA/IS-
2000.5-C), *Upper Layer (Layer 3) Signaling Standard for cdma2000 Spread Spectrum Systems*
(Arlington, VA: Mar. 2004), § 2.3.2, p. 2.6 ("The ESN or MEID is used to uniquely identify a
mobile station in a wireless system.").

84.  The majority of Access Terminals operating in 2008 had assigned ESNs.  Newer Access
Terminals have assigned MEIDs.  Because there were/are so many wireless devices in
existence, the wireless industry began to run out of unique assignable ESNs.  *See*
Telecommunications Industry Association, TIA-158, *Over-the-Air Service Provisioning for
MEID-Equipped Mobile Stations in Spread Spectrum Systems* (Arlington, VA: Jan. 2005), § 1,
p. 1.1.  To fix this problem, the 56-bit MEID was introduced as the alternative to the ESN for
new wireless devices.  *See* TIA-158, *Over-the-Air Service Provisioning for MEID-Equipped
Mobile Stations in Spread Spectrum Systems*, § 1, p. 1.1; Telecommunications Industry
Association, TIA-1082, *MEID for cdma2000 Spread Spectrum Systems* (Arlington, VA: Sept.
2005), § 1.2, p. 1.2.

85.  *See* Telecommunications Industry Association, *Electronic Serial Number
Manufacturer's Code Assignment Guidlines And Procedures, Ver. 2.0* (Arlington, VA: Aug.
2008), *available at* http://ftp.tiaonline.org/wcd/WCD%20Meeting%20Sept.
%204%202008/WCD-20080904-002_ESN_Guidelines_v2.0.pdf (last accessed: Feb. 20, 2012),
p. 6.

86.  *See id.*, p. 12 ("The ESN shall be factory set...").

87.  *See* TIA-2000.5-D, *Upper Layer (Layer 3) Signaling Standard for cdma2000 Spread
Spectrum Systems*, Annex F, § F.2.1, p. F.2 (Listing the ESN as a Permanent Mobile Station
Indicator).

- 25 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
    UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
    DGC (D.Ariz.);

BY: Daniel David Rigmaiden

physical access to internal hardware.[88]  Each Access Terminal has one or more internal

electronic storage devices in the form of either an integrated memory chip or Removable User

Identity Module (R-UIM).[89]  A section of the Access Terminal's internal storage is called the

Number Assignment Module (NAM)[90] used to store a copy of the ESN and the Mobile

Identification Number (MIN).[91]  In addition to storing the ESN and MIN, the NAM also stores

other numeric indicators and parameters used for Access Terminal operation.[92]  For example,

among other categories of data, each Access Terminal NAM also stores: (1) the Preferred

88.    See TIA, *Electronic Serial Number Manufacturer's Code Assignment Guidlines And Procedures, Ver. 2.0*, p. 7 ("The manufacturer will exercise due diligence in the design and manufacture of the MS to ensure that alteration of the factory set ESN is not possible outside of an authorized service center."); TIA-683-D, *Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems*, Notes, p. xviii ("Each mobile station is assigned either a single unique 32-bit binary serial number (ESN) or a single unique 56-bit binary serial number (MEID) that cannot be changed by the subscriber without rendering the mobile station inoperative.").

89.    See Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 214.

90.    See CTIA [website], Glossary of Terms C-D, http://www.ctia.org/media/industry_info/index.cfm/AID/10321 (last accessed: Aug., 30, 2011) ("NAM (Number Assignment Module): The NAM is the electronic memory bank in the wireless phone that stores its specific telephone number and electronic serial number.").

91.    See TIA-683-D, *Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems*, § 1.2.1, p. 1.3 ("Mobile Identification Number (MIN). The 34-bit number that is a digital representation of the 10-digit number assigned to a mobile station."); *compare also id.* ("Mobile Directory Number. A dialable directory number which is not necessarily the same as the mobile station's air interface identification, *i.e.*, MIN, IMSI_M or IMSI_T.").

92.    See *id.*, § 3.1, p. 3.1 ("The NAM indicators are parameters that can be assigned values using Over-the-Air Service Provisioning are specified in 4.5.2, 4.5.3, 4.5.4 and 4.5.6.").

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
    UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
    DGC (D.Ariz.);

BY: Daniel David Rigmaiden

Roaming List,[93] (2) the Extended Preferred Roaming List,[94] (3) Shared Secret Data (SSD),[95]
[96] and (4) manufacturer-specific NAM parameters.[97]  The numeric indicators and parameters
stored on the NAM can be updated by the wireless carrier by writing and/or deleting data on
the NAM via Over-the-Air Parameter Administration (OTAPA) or other similar methods.[98]
*See Technical Explanations*, Section III(B)(3)(a), *infra*, for a full explanation of OTAPA.  The
four categories of NAM data listed above are further explained in proceeding subsections.

**b.  The Access Network (AN).**

    In order to provide data services to Access Terminals, a 1xEV-DO Rel. 0 cellular data
network uses a set of hardware and software called the Access Network (AN).  The Access

---

93.  *See id.*, § 4.5.3, p. 4.38 *et seq.* (explaining the NAM Preferred Roaming List and
Extended Preferred Roaming List parameter blocks); *id.*, § 3.5.5, p. 3.93 (Explaining the
Preferred Roaming List and Extended Preferred Roaming List stored on the NAM).

94.  *See* fn. No. 93, *supra*.

95.  *See id.*, § 3.1, p. 3.1 ("The standard NAM indicators, stored in the mobile station's
permanent and semi-permanent memory, are defined in F.3 of [1, 7]." (referring to TIA-2000.5-
D)); *See* TIA-2000.5-D, *Upper Layer (Layer 3) Signaling Standard for cdma2000 Spread
Spectrum Systems*, Annex F, § F.3, p. F.4 (Listing A-Key, Shared Secret Data A, and Shared
Secret Data B as NAM indicators.).

96.  *See* TIA-683-D, *Over-the-Air Service Provisioning of Mobile Stations in Spread
Spectrum Systems*, § 3.5.8.14, p. 3.158 ([RE: reverse link] HRPD Access Authentication CHAP
SS Parameters); *id.*, § 4.5.7.10, p. 4.56 ([RE: forward link] HRPD Access Authentication
CHAP SS Parameters).

97.  *See id.*, § 3.1, p. 3.1 ("Manufacturer-specific NAM parameters may be defined within a
Parameter Block Type reserved for manufacturer-specific parameter definitions." (internal table
references omitted)).

98.  *See id.*, § 1.2.1, p. 1.4 ("Over-the-Air Parameter Administration (OTAPA).  Network
initiated OTASP process of provisioning mobile station operational parameters over the air
interface.").

- 27 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

Network is responsible for providing "data connectivity between the packet-switched data network (typically the PDSN and Internet) and the ATs."[99]  The Access Network is the equivalent of a Base Station (BS) in a 1xRTT network.[100]  Both Access Networks and Base Stations are more commonly known as cell sites.[101][102]  The Access Networks belonging to a 1xEV-DO Rel. 0 data network communicate with Access Terminals via radio waves transmitted through the air, i.e., over the air interface.  The radio waves sent between Access Terminals and Access Networks consist of signals that communicate data to/from the Access Terminal users and the Internet.  A 1xEV-DO Rel. 0 Access Network consists of two main hardware/software elements: (1) the Base Transceiver Station (BTS),[103] and (2) the Base Station Controller[104] (BSC) which is sometimes "referred to as the radio network controller, or RNC."[105]  "The BTS is an entity, composed of radio devices, antenna, and equipment, that provides

---

99.    See Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 264-265.

100.    See TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 1.11, p. 1.12 ("An access network is equivalent to a base station...").

101.    In basic terms, a cell site is defined as "[t]he location where a wireless antenna and network communications equipment is placed in order to provide wireless service in a geographic area."  CTIA [website], Glossary of Terms C-D, http://www.ctia.org/media/industry_info/index.cfm/AID/10321.

102.    The remainder of the technical explanations contained in this section will refer to 1xEV-DO Rel. 0 cell sites as Access Networks when used in the context of 1xEV-DO Rel. 0 cellular data networks.

103.    See Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 264, Fig. 10.23, "Basic network structure for 1X-EV DO."

104    See id.

105.    Id., p. 265.

- 28 -

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

transmission capabilities across the air interface (Um)."[106]  In a 1xRTT network, "[t]he BSC is

an entity that provides control and management for one or more BTSs and exchanges messages

with its connected BTSs and the MSC [(*i.e.,* Mobile Switching Center)]."[107]  In a 1xEV-DO

network, the Base Station Controller (*i.e.,* the Radio Network Controller) performs the same

function but instead of exchanging messages with a Mobile Switching Center, which is absent

in a 1xEV-DO data network,[108] the BSC/RNC exchanges messages with (1) the "Access

Network-Authentication, Authorization, and Accounting" (AN-AAA) server, and (2) the Packet

Data Serving Node (PDSN).[109]

The first primary function performed by the BSC/RNC, exchanging messages with the

AN-AAA server, is done to authenticate the Access Terminal to the Access Network and to

collect data used for billing the wireless customer.[110]  The AN-AAA authentication process,

further explained in Section III(B)(3)(c)(vi), *infra,* prevents unauthorized wireless devices (*e.g.,*

cloned wireless devices) from accessing data service through Access Networks while service is

not authorized.  Once the authentication process is complete, the BSC/RNC performs its second

---

106.   *Id.,* p. 202.

107.   *Id.* ("The MSC switches circuit-mode MS-originated or MS-terminated traffic and
provides processing and control for calls and services.").

108.   *See* Mishra, Ajay R., *Cellular Technologies for Emerging Markets: 2G, 3G and Beyond*
(West Sussex, England: John Wiley & Sons, 2010), p. 113 ("...EV-DO uses an IP network and
does not require a SS7 network and complex network switches such as a mobile switching
center (MSC).").

109.   *See* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 266, Fig.
10.24, "Radio and core network interfaces protocols in 1X-EV DO."

110.   *See id.,* p. 205 ("This function of AAA involves collecting and storing the billing-related
data concerning the offered services...").

- 29 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

primary function, i.e., exchanging data between the Access Network and the Packet Control

Function (PCF),[111] which in turn relays the data to/from the Packet Data Serving Node[112]

providing connectivity to the Internet.[113]

   **c. Access Networks (a.k.a. cell sites) in the geolocation context.**

  From a geolocation perspective, a 1xEV-DO Rel. 0 cellular data network provides

service through a series of "cells" with each designating a geographical area located within the

network coverage area.[114]  Each cell, which is served by multiple cell **sites** (i.e., Access

Networks) pointing inward from the cell's borders, "is usually depicted as a hexagon, but in

reality the actual shape varies according to the geographic environment and radio

propagation."[115]  A cell site in 1xEV-DO typically consists of three sets of multiple antennas,

referred to as sectors, positioned atop an antenna tower, rooftop, or other structure allowing the

---

111. See id., p. 204 ("The PCF is an entity... that manages the buffering and relay of packets
between the BS and the PDSN....  The PCF also collects radio link (air interface)-related
accounting information to be used by the AAA.").

112. See id., p. 264, Fig. 10.23, "Basic network structure for 1X-EV DO."

113. See id., p. 265 (The PDSN is "the network equipment providing data connectivity
between the radio access network and a packet-switched data network.  The PDSN provides
connectivity to the Internet independent of the type of radio access network.")

114. See Chuah et al., Design And Performance Of 3G Wireless Networks And Wireless
LANs, p. 1 ("Today, the cellular systems consist of a cluster of base stations with low-power
radio transmitters.  Each base station serves a small cell within a large geographic area.").

115. Id., p. 2.

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
      UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
      DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

---

antennas to operate across the earth's surface.[116][117]  Cell site sectors "are created by installing

multiple antenna sets at the base location, each with shielding on the 'back.'  Each set of

antennas is directional rather than omnidirectional."[118]  The geographical signal coverage area

of each sector depends on various factors such as power output of antenna amplifiers, antenna

design,[119] and physical obstructions within the signal path area.[120]  Sectors belonging to the

---

116.    Although these "typical" cell sites are designed to cover relatively large sections of
populated areas, other types of cell sites are becoming more common—even ones "designed to
serve very small areas, such as particular floors of buildings or even individual homes and
offices."  Hearing Before the Subcommittee on the Constitution, Civil Rights, and Civil
Liberties of the Committee On The Judiciary, House Of Representatives: *ECPA Reform and the
Revolution in Location Based Technologies and Services*, 111th Cong. 2nd sess. (Jun. 24, 2010)
(Prepared Statement of Matt Blaze, Associate Professor, University of Pennsylvania), p. 25,
*available at* http://judiciary.house.gov/hearings/printers/111th/111-109_57082.PDF (last
visited: Jan. 5, 2012 ),  p. 29.

117.    The Verizon Wireless cell sites that were being accessed by the UTStarcom PC5740
1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.) were the
typical tri-sectored type. *See* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz.,
EXHIBIT 22 of *1ˢᵗ Consolidated Exhibits* (Dkt. #587-2) (cell tower range chart/map of cell
sites accessed by the aircard).  Therefore, the remainder of this subsection will focus on the
antenna design applicable to the actual Verizon Wireless cell sites accessed by the aircard in
United States v. Rigmaiden.

118.    Levine, *Digital Switching: Cellular & PCS Lectures April 17 & 24, 2001*, p. 11
("Sectored cells have two advantages over omnidirectional cells.  First, by limiting the radio
reception/transmission to the 'front' of the angular sector and not transmitting or receiving a
signal from the 'back' they reduce the level of interference by a ratio of 3/1 or 6/1 for 3 and 6
sectors, respectively.  This improves the signal quality, which is manifested as a lower BER in a
digital system.").

119.    *See* Bedell, *Cellular/PCS Management: A Real World Perspective*, p. 38 ("Actual RF
coverage is mainly determined by three key factors: the height of the cellular antenna (tower) at
the base station, the type of antenna used at the cell base station, and the RF power level
emitted.").

120.    *See, e.g.*, CTIA [website], *How Wireless Works Pg 2*,
http://www.ctia.org/consumer_info/index.cfm/AID/10539 (last accessed: Dec. 13, 2011)

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

most common type of cell site are positioned in a 360° circular formations with each sector covering an approximate 120° signal path area across the earth's surface.[121] The horizontal antenna angles designate the direction of each sector's 120° signal path area. In addition to having a physical location address (street address plus latitude and longitude), each cell site sector also has its own identification number. "This arrangement essentially divides the carrier's coverage area into a mosaic of local 'sectors', each served by an antenna at the nearest base station [(*i.e.*, cell site serving a cell)]."[122]

   3. **How relevant 3GPP2 technical standards dictate communications between a 1xEV-DO Rel. 0 Access Terminal and a 1xEV-DO Rel. 0 Access Network.**

      a. **Over-the-Air Service Provisioning (OTASP) and Over-the-Air Parameter Administration (OTAPA).**

As explained in Section III(B)(2)(a), *supra*, each Access Terminal NAM stores various data parameters such as the Preferred Roaming List, Extended Preferred Roaming List, Shared

---

("Since the shape and size or cells vary, there might also be empty spaces between the coverage areas of two or more cells. These gaps or dead spots can also be caused by trees, tall buildings or other obstructions that block your wireless signal from reaching a nearby antenna.").

121.    *See* Levine, *Digital Switching: Cellular & PCS Lectures April 17 & 24, 2001*, p. 11 (diagram showing 120° tri-sectored cell site radiation pattern); *see also* O'Connor, Terrence P., *Provider Side Cell Phone Forensics*, Small Scale Digital Device Forensics Journal, Vol. 3, No. 1, June 2009 ISSN# 1941-6164, p. 1 ("The [][various] directional antennas on the cell tower nominally divide the 360 degree circumference around the tower into three 120 degree areas, one area for each antenna." (technical correction added in brackets)).

122.    *ECPA Reform and the Revolution in Location Based Technologies and Services*, 111th Cong. 2nd sess. (Jun. 24, 2010) (Prepared Statement of Matt Blaze), p. 23 (PDF, p. 27) ("Network based location enables a cellular provider to identify the sector in which a user's [] [wireless device] is located, and, in some cases, to pinpoint their location within a sector.").

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

Secret Data (SSD), and manufacturer-specific NAM parameters.[123]—all of which can be

surreptitiously updated by the wireless carrier through Over-the-Air Service Provisioning

(OTASP).[124][125]  OTASP is the process of reading,[126] writing,[127] and/or deleting[128] data

to/from the internal storage device (*e.g.*, NAM) of an Access Terminal using commands sent by

---

123.    The Preferred Roaming List, Extended Preferred Roaming List, and Shared Secret Data
(SSD) are further explained in this subsection and in proceeding subsections.

124.    *See* TIA-683-D, *Over-the-Air Service Provisioning of Mobile Stations in Spread
Spectrum Systems*, § 1.1, p. 1.1 (listing features that can be provisioned over-the-air); *id.* § 3.3,
p. 3.12 (listing programming procedures for OTASP).

125.    Another method used by wireless carriers to update wireless devices over-the-air is IP
Based Over-the-Air Device Management (IOTA-DM) using the Open Mobile Alliance Device
Management (OMA DM) protocol.  *See* 3rd Generation Partnership Project 2, 3GPP2 C.S0064-
0, *IP Based Over-the-Air Device Management (IOTA-DM) for cdma2000 Systems, Release 0*
(Sept. 6, 2012).  "OMA DM provides an integrated and extensible framework for the OTA
management needs of 3G mobile devices and beyond.  The standard includes the OMA DM
protocol specification, which is based on the SyncML DM protocol." *Id.*, § 1, p. 1.1 (internal
citation omitted).  "A method for updating firmware over the air (FOTA) based on OMA DM is
also specified." *Id.* (citation omitted).  "Firmware over-the-air (FOTA) is the process of
**updating mobile station firmware over-the-air**.  Primary use of firmware update capability is
to rectify critical defects, that may compromise the end user safety, through updating firmware.
It may be used to update new version of firmware to the mobile station." *Id.*, § 8, p. 8.1
(emphasis added).  OMA DM is intended to replace OTASP but it is still backward compatible
with the OTASP standard. *See id.*, § 1.4, p. 1.6 ("For backward compatibility with
OTASP/OTAPA, the mobile and the server shall support converting IOTA-DM data to OTASP/
OTAPA data." (internal citation omitted)).

126.    *See* TIA-683-D, *Over-the-Air Service Provisioning of Mobile Stations in Spread
Spectrum Systems*, § 3.5, p. 3.48 *et seq.* (explaining the data sent to Access Networks by Access
Terminals via reverse link messages during OTASP).

127.    *See id.*, § 4.5, p. 4.9 *et seq.* (explaining the data sent to Access Terminals by Access
Networks via forward link messages during OTASP).

128.    *See id.*

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

the Access Network to the Access Terminal over the air interface.[129]  OTASP "allows a

potential wireless service subscriber to activate (*i.e.*, become authorized for) new wireless

service, and allows an existing wireless subscriber to make changes in existing services without

the intervention of a third party [(*i.e.*, physical access to the user's device by a human)]."[130]

OTASP can be initiated by either the Access Terminal or Access Network.[131]  When initiated

by the Access Network, the wireless carrier conducts Over-the-Air Parameter Administration

(OTAPA)[132] to update the NAM or other operational parameters in the Access Terminal over-

the-air.[133]  "OTAPA sessions are initiated autonomously by the network, and proceed without

any subscriber involvement or knowledge and with no limitation on the subscriber's ability to

receive telecommunications services."[134]  In order to read data from a specific NAM, the

Access Network transmits a Configuration Request Message to the Access Terminal.[135]  In

---

129.  *See id.*, § 1.2.1, p. 1.4 ("Over-the-Air Service Provisioning (OTASP). A process of provisioning mobile station operational parameters over the air interface.").

130.  *See* Telecommunications Industry Association, TIA-41.000-E-4[E], *Introduction to Mobile Application Part (MAP)* (Arlington, VA: Sept. 2007), § 3.1, p. 000.22.

131.  TIA-683-D, *Over-the-Air Service Provisioning of Mobile Stations in Spread Spectrum Systems*, § 3.2, p. 3.2 ("Over-the-air service provisioning (OTASP) can be initiated in two ways: by the user and by the network.").

132.  *See id.*, § 1.2.1, p. 1.4 ("Over-the-Air Parameter Administration (OTAPA). Network initiated OTASP process of provisioning mobile station operational parameters over the air interface."); *id.* § 3.2, p. 3.2 ("The network-initiated procedure... is also built upon the over-the-air programming protocol and procedures that support the OTASP feature.").

133.  *See id.* § 3.2, p. 3.2 ("OTAPA provides a tool for the wireless service provider to update NAM indicators and parameters.").

134.  *See* TIA-41.000-E-4[E], *Introduction to Mobile Application Part (MAP)*, § § 3.1, p. 000.21.

135.  *See* TIA-683-D, *Over-the-Air Service Provisioning of Mobile Stations in Spread*

- 34 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
    UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
    DGC (D.Ariz.);

BY: Daniel David Rigmaiden

response to the Configuration Request Message, the Access Terminal transmits a Configuration

Response Message providing the Access Network with its stored NAM parameters.[136]  In

order to write data to an Access Terminal NAM, the Access Network transmits a Download

Request Message containing the NAM parameter blocks sought to be written.[137]  In order to

cause the Access Terminal to commit the parameter blocks to permanent NAM memory, the

Access Network transmits a Commit Request Message to the Access Terminal.[138]  A newly

purchased Access Terminal will receive an initial NAM provisioning[139] and, throughout the

course of service, the Access Network will periodically update the data stored on the NAM via

OTAPA according to relevant protocols.

      Prior to reading, writing, and/or deleting data to/from an Access Terminal NAM, the

Access Network must first complete SPC/SPL and SPASM security procedures to unlock and

gain access to the NAM.  The Service Programming Code (SPC)[140] and Service Programming

Lock (SPL) parameter[141] contained on the NAM "prevents the over-the-air provisioning of

---

*Spectrum Systems*, § 3.3.1, p. 3.12-3.13.

136.   *See id.*

137.   *See id.*, § 3.3.1, p. 3.13-3.14.

138.   *See id.*, § 3.3.1, p. 3.14-3.16.

139.   *See id.*, § 4.2.1, p. 4.1.

140.   *See id.*, § 1.2.1, p. 1.5 ("Service Programming Code (SPC).  A secret code assigned to
the mobile station and known to the authorized network entity.")

141.   *See id.* ("Service Programming Lock (SPL). A protection provided for preventing the
over-the-air provisioning of certain mobile station parameters by unauthorized network entity
by way of verifying the Service Programming Code (SPC).").

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

certain mobile station parameters by an unauthorized network entity."[142]  The SPL parameter

contains the SPC, taking a numeric value of 1 to 999,999,[143] "used for unlocking the mobile

station parameters for programming or reprogramming."[144]  Due to the weak security of the

SPC/SPL "combination lock" type mechanism,[145] an Access Terminal NAM also uses the

Subscriber Parameter Administration Security Mechanism (SPASM).  SPASM serves the same

purpose as SPC/SPL[146] but, instead of a simple numeric code, SPASM utilizes the Shared

Secret Data (SSD) stored on the NAM and known only to the Access Terminal and home AN-

AAA server.[147]  SPASM uses cryptographic keys and mathematical equations to conduct a

type of challenge-response between the Access Terminal and Access Network so that the

Access Terminal can verify that it is having its NAM provisioned by an authorized entity.[148]

Most commonly, the wireless carrier uses OTAPA to set the NAM's Preferred Roaming

List and Extended Preferred Roaming List with values that (1) designate which radio

frequencies to scan in order to acquire a system (i.e., groups of wireless carrier cell sites), and

---

142.  *Id.*, § 1.1, p. 1.1.

143.  *Id.*, § 3.3.6, p. 3.43, Table 3.3.6-1 (Service Programming Code Values).

144.  *Id.*, § 3.3.6, p. 3.42.

145.  A numeric security code or combination having only 999,999 possible values is susceptible to a "brute force" attack, *i.e.*, a security code "guessing" attack.

146.  *See id.*, § 1.2.1, p. 1.5 ("Subscriber Parameter Administration Security Mechanism (SPASM).  Security mechanism protecting parameters and indicators of active NAM from programming by an unauthorized network entity during the OTAPA session.")

147.  *See id.*, § 3.3.7, p. 3.43 (explaining how SPASM works).

148.  *See id.*

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

---

(2) designate which systems are authorized for providing service.[149]  "The preferred roaming

list consists of two tables: the system table and the acquisition table."[150]  The Acquisition

Table lists Acquisition Records consisting of "parameters that the mobile station can use to

acquire a system.  Each type of acquisition record is tailored for use in acquiring a particular

kind of system."[151]  The System Table lists System Records containing "parameters that the

mobile station can use for identifying an acquired system, for determining whether an acquired

system is the optimal system on which to operate and for determining the mobile station's

roaming status."[152]  In basic terms, the Acquisition Table contains a list of radio

frequencies[153] the Access Terminal may scan in order to locate transmitting Access Networks,

---

149.  "Two categories of the preferred roaming list are defined: The Preferred Roaming List
and the Extended Preferred Roaming List."  *Id.*, § 3.5.5, p. 3.93.  When accessing 1xEV-DO
Access Networks, a High Rate Packet Data (HRPD) (*i.e.*, 1xEV-DO) Access Terminal uses its
*Extended* Acquisition Records and *Extended* System Records contained in its *Extended*
Preferred Roaming List.  *See id.*, § 3.5.5.3.2, p. 3.114-3.120 and 3.5.5.2.2.11, p. 3.112.
However, because the Extended Preferred Roaming List is considered a category of the
Preferred Roaming List (*see id.*, § 3.5.5, p. 3.93), the "Extended" prefix will be omitted and the
terms "Preferred Roaming List," "Acquisition Table," "Acquisition Record," "System Table,"
and "System Record" will be used from this point forward for sake of simplicity.

150.  *Id.*, ANNEX C, p. C.1.

151.  *Id.*, § 3.5.5.2, p. 3.98.

152.  *Id.*, § 3.5.5.3, p. 3.112.

153.  *See id.*, § 3.5.5.2.2.11, p. 3.112 (Generic Acquisition Record for HRPD (*i.e.*, 1xEV-DO
Rel. 0) containing band-class and channel number).

- 37 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

and the System Table contains a list of HRPD IPv6[154] subnets[155] acting as unique

identification numbers for groups of Access Networks (i.e., systems) authorized for providing

service.[156] In addition to the subnet information identifying a system, each record in the

System Table also contains "an indicator of whether the system is preferred or negative, the

roaming status that should be indicated by the mobile station, the relative priority of the system

and its geographic region."[157] "The records in the acquisition table are in order of priority

(highest priority first) according to desired mobile station system selection scan order."[158]

   b.  **Access Terminal Initialization State procedures: identifying
       and acquiring a 1xEV-DO Rel. 0 Access Network after initial
       power-on.**

   The first step of identifying and acquiring an Access Network is to place the Access

---

154.  In 1xEV-DO Rel. 0, Access Network sectors are identified by 128-bit Internet Protocol
Version 6 (IPv6) addresses.  See TIA-856-2[E], cmda2000 High Rate Packet Data Air Interface
Specification – Addendum 2, § 10.9, p. 10.11 (section from more recent version of IS-856
covering "SectorID Provisioning"); see also IETF RFC 2373, IP Version 6 Addressing
Architecture.  The subnet corresponding to any given Access Network IPv6 address identifies
the system to which the Access Network belongs.  In other words, the 1xEV-DO subnets take
the place of the System Identification numbers (SIDs) and Network Identification numbers
(NIDs) used to identify groups of cell sites.

155.  See id., § 3.5.5.3.2-3.5.5.3.2.1, p. 3.118-3.20 (indicating that the system ID record for
HRPD (i.e., 1xEV-DO Rel. 0) System Table contains the following data fields used to deduce
the IPv6 subnet identifying the 1xEV-DO system: SUBNET_COMMON_INCLUDED,
SUBNET_LSB_LENGTH, SUBNET_LSB, SUBNET_COMMON_OFFSET,
SUBNET_COMMON_LENGTH, and SUBNET_COMMON.).

156.  See Technical Explanations, Section III(B)(3)(c)(i), infra (explaining use of the System
Table).

157.  See TIA-683-D, Over-the-Air Service Provisioning of Mobile Stations in Spread
Spectrum Systems, ANNEX C, p. C.1.

158.  Id.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

Terminal into the Initialization State by powering it on.[159]  In the case of an aircard, this is

accomplished by plugging the device into the PCMCIA slot of a host laptop computer.  Once

plugged in, the Access Terminal receives power from the laptop's power source and its radio

transceiver is automatically initiated.  Once powered on, the Access Terminal is considered to

be in the Inactive Substate of the Initialization State.[160]  Prior to any interaction by the human

user, the Access Terminal begins the process of identifying radio signals belonging to available

Access Networks[161] authorized to provide 1xEV-DO Rel. 0 data service.  In order to

accomplish this task, the Access Terminal hardware transitions out of the Inactive Substate and

into the Network Determination Substate.[162]

### i.   Network Determination Substate.

While in the Network Determination Substate, "the access terminal selects a CDMA

Channel on which to try and acquire the access network."[163]  Considering Access Networks

can transmit on any number of radio frequencies,[164] the Access Terminal must first select a

---

159.   *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
6.2.6.1.2.1, p. 6.12 ("The access terminal shall enter the Initialization State when the Default
Air-Link Management Protocol is instantiated.  This may happen on events such as network
redirection and initial power-on.")

160.   *See id.*, § 6.3.1, p. 6.18 ("In this state the protocol waits for an *Activate* command.").

161.   *See id.*, § 6.2.6.1.2, p. 6.11 ("In the Initialization State the access terminal has no
information about the serving access network.  In this state the access terminal selects a serving
access network and obtains time synchronization from the access network.").

162.   *See id.*, § 6.3.1, p. 6.18 ("Network Determination State: In this state the access terminal
chooses an access network on which to operate.").

163.   *See id.*, § 6.3.6.1.3, p. 6.22 (internal reference omitted).

164.   *See id.*, § 9.2.1.1.1, p. 9.6 *et seq.* (Channel Spacing and Designation).

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
       UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
       DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

frequency to monitor using its Preferred Roaming List[165] (stored on the Access Terminal

NAM) through a process called System Selection for Preferred Roaming (SSPR).  "The goal of

System Selection for Preferred Roaming (SSPR) is for the mobile station to acquire the most

preferred system using the information from the preferred roaming list [] stored in the mobile

station []."[166]  As previously explained, "[t]he preferred roaming list consists of two tables: the

system table and the acquisition table."[167]  While in the Network Determination Substate, the

Access Terminal initiates System Selection for Preferred Roaming (SSPR) by reading from the

Acquisition Table to obtain either CDMA frequency blocks or specific CDMA channels within

frequency blocks of which to scan for available Access Networks.[168]  In the case of 1xEV-DO

Rel. 0 or other High Rate Packet Data (HRPD) service, the Acquisition Table will have one or

more "Generic Acquisition Record for HRPD" consisting of a "Band Class number

corresponding to the frequency assignment of the channel" and a "channel number

corresponding to the Band Class[.]"[169]  The various Preferred Roaming List "Generic

Acquisition Record for HRPD" entries are listed according to selection preference.[170]  The

---

165.  *See* TIA-683-D, *Over-the-Air Service Provisioning of Mobile Stations in Spread
Spectrum Systems*, § 1.2.2, p. 1.7 ("PR_LIST s-p - Preferred Roaming List.  Contains
information to assist the mobile station system selection and acquisition process.  Retained by
the mobile station when the power is turned off.").

166.  *See id.*, § 3.3.5, p. 3.42 (internal reference and NAM indicator name omitted).

167.  *Id.*, ANNEX C, p. C.1.

168.  *See id.*, § 3.5.5.2.1, p. 3.100 *et seq.* (listing Acquisition Record Formats).

169.  *See id.*, § 3.5.5.2.2.11, p. 3.112.

170.  *See id.*, § 3.5.5.2, p. 3.100 ("If ACQ_TABLE contains more than one acquisition record,
these records should be listed in priority order (highest priority first) according to the desired

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

_____

Access Terminal will begin by selecting the entry having the highest preference and then it will copy the relevant channel(s) to be scanned into a temporary Channel Record maintained on its internal storage.[171]  Once the Access Terminal makes a Channel Record, it transitions from the Network Determination Substate to the Pilot Acquisition Substate.[172]

### ii.   Pilot Acquisition Substate.

"In the Pilot Acquisition S[ubs]tate the access terminal acquires the Forward Pilot Channel of the selected CDMA Channel."[173]  The pilot channel is an "unmodulated direct sequence spread spectrum signal continuously transmitted at a fixed power"[174] by each Access Network sector.  The pilot channel "is continually transmitting an all zero signal, which is covered by a Walsh code 0,"[175] and is only identifiable because the "all-zero baseband stream is [] multiplied by a pair of quadrature PN sequences."[176]  Because of the all-zero baseband

_____

mobile station system selection scanning priorities.").

171.   *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 6.3.6.1.3, p. 6.22 ("In the Network Determination State the access terminal selects a CDMA Channel (see 10.1) on which to try and acquire the access network."); § 10.1, p. 10.1 ("The Channel record defines an access network channel frequency and the type of system on that frequency.").

172.   *See id.*, § 6.3.6.1.3, p. 6.23 ("Upon selecting a CDMA Channel the access terminal shall enter the Pilot Acquisition State.").

173.   *Id.*, § 6.3.6.1.4, p. 6.23.

174.   *See* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 38.

175.   Langton, Charan (complextoreal.com), *CDMA Tutorial: Intuitive Guide to Principles of Communications* (2002), *available at* http://www.complextoreal.com/CDMA.pdf (last accessed: Sept. 29, 2010), p. 12; *see also* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 235 ("The pilot channel carries all '0's, that is, no upper layer information.").

176.   *See* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 39.

- 41 -

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
     UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
     DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

_____

stream, "the pilot channel has very good SNR [(Signal to Noise Ration)] making it easy for

mobiles to find it."[177]  "The pilot is the first broadcast physical channel that is searched and

acquired by the mobile stations immediately after the mobile is powered on."[178]  "The main

functions of the pilot channel [in 1xEV-DO Rel. 0] are the same [as] those of forward common

pilot channels in cdma2000 or IS95."[179]  The pilot channel is used to broadcast a unique

signature (etymologically referred to as a PN sequence, short code, PN offset, or PN code) used

by Access Terminals to identify and differentiate between all Access Network sectors in a given

area.  "The PN sequence, with a specific offset, forms a short code, which uniquely identifies

the pilot and thereby the particular sector that is transmitting that pilot signal."[180]  Each

CDMA transmit frequency, corresponding to a band class CDMA channel number, supports a

total of 512 unique PN sequences of which short codes can be derived for any given area.[181]

     In addition to using the short code to identify the Access Network, the Access Terminal

also uses the short code to identify and decode all other forward link radio channels transmitted

by the Access Network.  This is required because the Access Network uses the short code "to

_____

177.  Langton, *CDMA Tutorial: Intuitive Guide to Principles of Communications*, p. 12; *see
also* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 39 ("As a result,
the pilot is an easy-to-capture signal, which mainly reflects the phase of the PN sequence used
as the base station's short code.").

178.  *Id.*, p. 38.

179.  *Id.*, p. 235.

180.  *Id.*, p. 39.

181.  *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
9.3.1.3.4, p. 9.90 ("Pilot Channels shall be identified by an offset index in the range from 0
through 511 inclusive.").

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

spread [(*i.e.*, encode)] the composite signal (containing all code channels) that is transmitted to

the users in a cell."[182]  "[T]he base station-specific short codes serve as the base stations'

signatures, allowing differentiation and de-spreading of desired base stations' signals in the

presence of other-cell interference."[183]  Aside from physical layer identification and decoding,

the Access Terminal also uses the "power and timing of the pilot channel"[184] to simplify the

determination of the best serving Access Network[185] and to help in "acquiring the system

timing and fast synchronization."[186][187]  Although the pilot channel does not transmit system

time, the nature of the PN sequence transmission[188] allows the Access Terminal to synchronize

---

182.    Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 18; *see also* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 9.3.1.3.1, p. 9.60 fig. 9.3.1.3.1-1, "Forward Channel Structure" (showing composite Walsh channels labeled "A" and "B" being fed into the Quadrature Spreading block prior to output of Forward Modulated waveform).

183.    Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 31-32.

184.    *Id.*, p. 235.

185.    *See id.*, p. 249 ("The AT uses the measured SINR [(Signal to Interference and Noise Ration)] of the strongest pilot and the thresholds defined by the AN to determine the highest data rate it can reliably decode as well as the identity of the corresponding best serving sector.").

186.    *Id.*

187.    "An additional function of the pilot [(specific to 1xEV-DO)] is to provide the access terminal with a means of predicting the receive C/I for the purpose of access-terminal-directed forward data rate control (DRC) of the Data Channel transmission."  TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 9.3.1.3.1, p. 9.56 fn. 54.

188.    *See id.*, § 9.3.1.3.4, p. 9.90 ("The chip rate for the pilot PN sequence shall be 1.2288Mcps.  The pilot PN sequence period is 32768/1228800 = 26.666... ms, and exactly 75 pilot PN sequence repetitions occur every 2 seconds."); *id.* ("The zero-offset pilot PN sequence shall be such that the start of the sequence shall be output at the beginning of every even second in time, referenced to access network transmission time.").

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

its clock ticks to the clock ticks of the Access Network.[189] This synchronization is required

because all forward link channels are placed into time slots "aligned to the PN rolls of the zero-

offset PN sequences and... to system time on even-second ticks."[190]

"Upon entering the Pilot Acquisition S[ubs]tate, the access terminal shall tune to the

selected CDMA Channel and shall search for the pilot."[191] If the Access Terminal is unable to

acquire at least one pilot signal from the selected CDMA channel within a set amount of time,

the Access Terminal makes a new channel record using the next highest priority entry from the

Preferred Roaming List Acquisition Table.[192] For example, assume a scenario where the

highest priority entry in the Acquisition Table contains a band class and channel number

equating to 880.020−880.650 MHz radio frequency for the Access Network and the second

highest priority entry in the Acquisition Table contains a band class and channel number

equating to 891.510−893.370 MHz radio frequency for the Access Network. Under this

scenario, the Access Terminal will first monitor 880.020−880.650 MHz for a pilot signal and if

no pilot is detected, the Access Terminal will then monitor 891.510−893.370 MHz for a pilot

signal. This process will continue for each entry in the Acquisition Table of the Preferred

189.   In other words, the noted synchronization causes the "second hand" of the Access
Terminal's internal clock to tick in unison with the "second hand" of the Access Network's
internal clock but the absolute system time is still unknown to the Access Terminal.

190.   *Id.*, § 9.3.1.3.1, p. 9.57; *see also id.*, § 9.3.1.3.6.1, p. 9.93 ("Each sector shall use a time
base reference from which all time-critical transmission components, including pilot PN
sequences, slots, and Walsh functions, shall be derived.").

191.   *Id.*, § 6.3.6.1.3, p. 6.23.

192.   *See id.* ("If the access terminal fails to acquire the pilot within [][a specified amount of]
seconds of entering the Pilot Acquisition State, it shall enter the Network Determination State.
").

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
    UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
    DGC (D.Ariz.);

BY: Daniel David Rigmaiden

Roaming List until an initial Access Network pilot signal is detected.[193]  Once the Access

Terminal has acquired the pilot channel, derived the short code, and synchronized its clock

ticks to the system timing, it transitions out of the Pilot Acquisition Substate and into the

Synchronization Substate.[194]

### iii.  Synchronization Substate.

In the Synchronization Substate, "the access terminal synchronizes to the Control

Channel cycle, receives the Sync message, and synchronizes to system time."[195]  In 1xEV-DO

Rel. 0, the Sync message is transmitted on the Control Channel,[196] a forward link traffic

channel, which takes the place of the Sync Channel used in 1xRTT and in other earlier CDMA

communications systems.[197]  "The access network broadcasts the Sync message to convey

basic network and timing information."[198]  The "broadcast" addressing for the Sync message

means all Access Terminals are sent the same Sync message at the same time.[199]  The Access

---

193.    Through the Route Update Protocol, additional pilot signals for additional Access
Network sectors are detected and logged after the Access Terminal acquires the initial Access
Network. The details of this process are explained in the *Technical Explanations*, Section
III(B)(3)(d)(i), *infra*.

194.    *See id.*, § 6.3.6.1.4, p. 6.23 ("If the access terminal acquires the pilot, it shall enter the
Synchronization State." (footnote omitted)).

195.    *See id.*, § 6.3.1, p. 6.18.

196.    *See id.*, § 6.3.6.1, p. 6.22 ("The access network shall broadcast the Sync message
periodically in a synchronous Control Channel capsule.").

197     *See* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 39
(discussing the Sync Channel in IS-95A) & p. 144 (discussing the Sync Channel in 1xRTT).

198.    TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
6.3.6.2.1, p. 6.23.

199.    *See id.* (the "addressing" table entry is set to "broadcast" for the Sync message) & §

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
       UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
       DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

---

Network uses the Sync message to write network specific data to the internal storage devices of

all Access Terminals attempting to acquire the network.  In 1xEV-DO, the Sync message

contains five parameters (*i.e.*, data fields) sent to the Access Terminal: (1) MessageID, (2)

MaximumRevision, (3) MinimumRevision, (4) PilotPN, and (5) SystemTime.[200][201]  Upon

receiving the Sync message, the Access Terminal "reads and stores all the parameters in the

message that are defined in the mobile protocol revision and ignores the rest."[202]  After storing

the data contained in the Sync message, the Access Terminal checks to see if its protocol

revision number is between the MinimumRevision and MaximumRevision fields of the Access

Network.[203]  If the Access Terminal's revision number is not within the specified range then

the Access Terminal and Access Network are not compatible and the Access Terminal

transitions back to the Network Determination Substate.[204]  If the Access Terminal's revision

number is within the specified range then the Access Terminal and Access Network are

compatible and the Access Terminal sets its "time to the time specified in the message[.]"[205]

---

6.3.6.1, p. 6.22 ("The access network shall broadcast the Sync message periodically in a
synchronous Control Channel capsule.").

200.    Unlike the pilot signal that provides clock tick synchronization, the SystemTime
parameter of the Sync message provides the Access Terminal with an absolute system time
value.

201.    *See id.* § 6.3.6.2.1, p. 6.24.

202.    Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 144.

203.    *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
6.3.6.1.5, p. 6.23.

204.    *See id.*

205.    *Id.*, § 6.3.6.1.5, p. 6.23.

- 46 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
     UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
     DGC (D.Ariz.);

BY: Daniel David Rigmaiden

At this point, the Access Terminal has acquired the network and transitions out of the

Initialization State[206] and into the Idle State.

### c. Access Terminal Idle State procedures: preparing to open a connection and opening a connection with a 1xEV-DO Rel. 0 Access Network.

While in the Idle State, the Access Terminal's actions are primarily dictated by the

Default Idle State Protocol, which "provides the procedures and messages used by the access

terminal and the access network when the access terminal has acquired a network and a

connection is not open."[207] There are seven primary functions performed by the Access

Terminal while in the Idle State:[208] (1) receiving, processing, and storing to internal storage

the Access Network's Overhead Messages, (2) transmission of Access Probes to the Access

Network to initiate session establishment and open a connection, (3) establishing an open

session with the Access Network, (4) application of encryption and authentication keys for use

in the security layer, (5) obtaining identifying information from Access Terminal hardware

using the HardwareIDRequest message, and (6) opening a connection with the Access

Network. The above listed functions are fully explained in the subsections immediately below.

---

206. Inactive, Network Determination, Pilot Acquisition, and Synchronization were all
substates of the Initialization State.

207. *Id.*, § 6.4.1, p. 6.26.

208. There are other functions relevant to this state but, unless otherwise noted in later
subsections, they are immaterial to the operation of the FBI's cell site emulators (as used to
locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-
PHX-DGC (D.Ariz.)) and will not be addressed.

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

i.   **Receiving, processing, and storing to internal storage the
Access Network's Overhead Messages.**

Upon entering the Idle State, the Access Terminal is in an Inactive Substate and proceeds

into the Monitor Substate. "When the access terminal is in the Monitor S[ubs]tate, it

continuously monitors the Control Channel."[209]  In this substate, "[t]he access terminal shall

monitor the overhead messages as specified in the Overhead Messages Protocol []."[210]  The

Overhead Messages are the QuickConfig message and the SectorParameters message.[211]

"These messages are broadcast by the access network over the Control Channel."[212]  The

"broadcast" addressing for the Overhead Messages means all Access Terminals are sent the

same Overhead Messages at the same time.[213]  The QuickConfig and SectorParameters

messages contain numerous categories of essential data communicated to Access Terminals.[214]

[215]  "The QuickConfig message is used to indicate a change in the overhead messages'

---

209.   *Id.*, § 6.4.6.1.5, p. 6.35.

210.   *Id.*, § 6.4.6.1.5.1, p. 6.35.

211.   *See id.*, § 6.8.1, p. 6.113.

212.   *Id.*

213.   *See* 6.8.6.1.5, p. 6.118.

214.   *See id.*, § 6.8.6.2.1, p. 6.120 (Listing the following data fields for the QuickConfig
message: MessageID, ColorCode, SectorID24, SectorSignature, AccessSignature, Redirect,
RPCCount, ForwardTrafficValid, and a Reserved field.).

215.   *See id.*, § 6.8.6.2.2, p. 6.122 (Listing the following data fields for the SectorParameters
message: MessageID, CountryCode, SectorID, SubnetMask, SectorSignature, Latitude,
Longitude, RouteUpdateRadius, LeapSeconds, LocalTimeOffset, ReverseLinkSilenceDuration,
ReverseLinkSilencePeriod, ChannelCount, Channel, NeighborCount, NeighborPilotPN,
NeighborChannelIncluded, NeighborChannel, NeighborSearchWindowSizeIncluded,
NeighborSearchWindowSize, NeighborSearchWindowOffsetIncluded,
NieghborSearchWindowOffset, and a Reserved field.).

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

contents and to provide frequently changing information."[216]  "The SectorParameters message
is used to convey sector specific information to the access terminals."[217]  The Access Network
uses the Overhead Messages to write network specific data to the internal storage devices of all
Access Terminals that have acquired the network but are yet to establish a connection.  "When
a mobile station receives an overhead message, it should update all of its related stored
information accordingly."[218]  The Access Terminal will also "store the signature associated
with the message for future comparisons."[219]  By comparing the signature of the previous
Overhead Message to the signature of the new Overhead Message, the Access Terminal can
determine if it needs to update its stored data sent to it by the Access Network.[220]  The
Overhead Message parameters written to the Access Terminal by the Access Network are
"essential parameters" that are "shared by protocols in the Connection Layer as well as
protocols in other layers."[221]

Immediately after receiving the SectorParameters message, the Access Terminal uses the
SectorID and SubnetMask[222] data parameters to determine the subnet of the system to which

216.  *Id.*, § 6.8.6.2.1, p. 6.120.

217.  *Id.*, § 6.8.6.2.2, p. 6.121.

218.  Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 153.

219.  TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
6.8.6.1.6, p. 6.119.

220.  *See id.*, § 6.8.6.1.6, p. 6.118 (explaining the signature comparison process).

221.  *Id.*, § 6.1.1, p. 6.2.

222.  *See id.*, § 1.11, p. 1.15 (Explaining the IPv6 SubnetMask to be "[a] 128-bit value whose
binary representation consists of $n$ consecutive '1's followed by 128-$n$ consecutive '0's.").

- 49 -

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

the Access Network belongs. The SectorID of the SectorParameters message contains a 128-bit Internet Protocol Version 6 (IPv6) address that identifies the sector.[223] The SubnetMask of the SectorParameters message contains "the number of consecutive 1's in the subnet mask of the subnet to which th[e] sector belongs."[224] In order to calculate the IPv6 subnet from the SectorParameters message, the Access Terminal conducts a mathematical bitwise logical AND using the SectorID and the SubnetMask.[225] As explained in Section III(B)(3)(a), *supra*, the subnet of the serving sector acts as the unique identification number identifying the particular 1xEV-DO system being accessed by the Access Terminal. No two 1xEV-DO systems have the same subnet and all Access Networks belonging to any given system will have identical subnet values as calculated using the SectorID and SubnetMask. Once the Access Terminal deduces the subnet of the serving system, it checks its locally stored Preferred Roaming List System Table[226] to determine if the subnet is listed as corresponding to a group of Access Networks (*i.e.*, a system) authorized for providing wireless service. If the subnet is not authorized, the

223.   *See id.*, § 6.8.6.2.2, p. 6.123 (Defining the SectorID as the "Sector Address Identifier[]" and that "[t]he access network shall set this field to the 128-bit IPv6 address of th[e] sector." (internal citation omitted)); *see also* IETF RFC 2373, *IP Version 6 Addressing Architecture*.

224.   *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 6.8.6.2.2, p. 6.123.

225.   *See* Becker, Ralph, IP Address Subnetting Tutorial (Sept. 7, 1999), *available at* http://www.firstnetsecurity.com/library/misc/TutorialMaster.PDF (last accessed: Feb. 20, 2012) (explaining IPv4 subnetting techniques); DSLReports.com, [website], *How to Calculate the Subnet of an ip for your network. IPv6 FAQ | DSLReports.com, ISP Information*, http://www.dslreports.com/faq/16362 (last accessed: Feb. 20, 2012) ("To subnet the IPv6 address space, you use same ipv4 subnetting techniques to divide... different portions of an IPv6 intranet.").

226.   *See Technical Explanations*, Section III(B)(3)(a), *supra* (explaining the Preferred Roaming List System Table and its purpose).

- 50 -

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
     UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
     DGC (D.Ariz.);

BY: Daniel David Rigmaiden

Access Terminal ignores the Access Network and transitions back to the Network

Determination Substate.  If the subnet is authorized, the Access Terminal begins the access

probe process to initiate session establishment with the Access Network.

### ii. Transmission of Access Probes to the Access Network to initiate session establishment and open a connection.

Prior to the initial Access Probe process explained in this subsection, all radio signal

transmissions are broadcast by the Access Network to the Access Terminal.  Immediately after

network acquisition, the Access Terminal is yet to transmit signals and the Access Network is

yet to be made aware of the Access Terminal's presence.[227]  In order to establish a session and

open a connection with the Access Network, the Access Terminal initiates an Access Attempt

over the Reverse Access Channel belonging to the sector serving the Access Terminal.[228]

"Each access attempt may consist of one or more sub-attempts, each consisting of repeated

transmissions of the same message.  Each message transmission is called an *access probe*."[229]

All Access Channel transmissions are spread (*i.e.*, encoded)[230] using a long code created from

227.   *See id.*, p. 52 ("When the mobile first attempts to access the system, the base station has
no information about the location of the mobile...").

228.   *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
9.2.1.3.2, p. 9.33 ("The Access Channel is used by the access terminal to initiate
communication with the access network...).

229.   *See* Korowajczuk, Leonhard *et al.*, *Designing cdma2000 Systems*, John Wiley & Sons,
(West Sussex, England: 2004), p. 254; *see also* Etemad, *cdma2000 Evolution: System Concepts
and Design Principles*, p. 247 ("The transmissions on the access channel are in the form of
access probes, each consisting of a preamble followed by one or more access channel physical
layer packets." (internal figure note omitted)).

230.   *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
8.3.6.1.4.1.1, p. 8.25 ("The access terminal shall use the Access Channel long codes to cover
the entire probe.").

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
      UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
      DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

---

stored data received via the Overhead messages.[231][232]  A 1xEV-DO Access Probe

transmission "consist[s] of a preamble followed by one or more access channel physical layer

packets."[233]  "During the preamble transmission, only the Pilot Channel is transmitted."[234]

"During the Access Channel physical layer packet transmission, both the Pilot Channel and the

Data Channel are transmitted."[235]  The physical layer packet transmissions contain higher

layer Protocol Data Units[236] used for establishing a session and opening a connection with the

Access Network.[237]  A transmission sent on the Access Channel by the Access Terminal is

always part of an Access Attempt dictated by the Access Probe process.

---

231.   *See id.*, § 8.3.6.1.4.1.2, p. 8.26, Table 8.3.6.1.4.1.2-1, Access Channel Long Code Masks
(showing that the long code mask for the Access Channel is comprised, in part, by the
ColorCode and SectorID); *id.*, § 8.3.6.1.4.1.2, p. 8.27 ("SectorID is given as public data of
Overhead Messages Protocol and corresponds to the sector to which the access terminal is
sending the access probe. [] ColorCode is given as public data of Overhead Messages Protocol
and corresponds to the sector to which the access terminal is sending the access probe.").

232.   The entire forward link channel, which includes the Access Channel spread by the
Access Channel long code, is also collectively spread by the Access Network short code as
explained in the *Technical Explanations*, Section III(B)(3)(b)(ii), *supra*.

233.   Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 247 (internal
figure note omitted).

234.   TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
9.2.1.3.2, p. 9.33; *see also* Etemad, *cdma2000 Evolution: System Concepts and Design
Principles*, p. 33 ("The preamble does not carry any m[e]ssages and it is transmitted to help
[the] base station capture the phase and timing of [the] user's transmission in the uplink.  Once
the preamble is detected the base station can demodulate the message capsule and process [the]
MS's request.").

235.   TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
9.2.1.3.2, p. 9.33-9.34.

236.   *See id.*, § 8.3.3, p. 8.18 (defining the Protocol Data Unit for the Default Access Channel
MAC Protocol).

237.   *See id.*, § 8.3.6.1, p. 8.21 and Fig. 8.3.6-1. Access Channel MAC Packet Structure.

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
     UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
     DGC (D.Ariz.);

BY: Daniel David Rigmaiden

In 1xEV-DO, "[t]he access procedure performed by the access channel MAC protocol is
similar to that used in basic access mode of IS-2000."[238] "Namely, the AT keeps transmitting
access probes at increasing power levels until it gets an acknowledgement back from the
AN."[239] The 1xEV-DO Access Probe process adopted from earlier CDMA technology solves
the power control[240] problem inherent with initial reverse link transmissions: "When the
mobile first attempts to access the system, the base station has no information about the
location of the mobile and thus the power at which the mobile should access the system"[241]
An Access Attempt involves transmitting Access Probes "starting with a low initial power
estimated by open-loop power control followed by power increments on every successive

---

238.   Yang, Samuel C., *3G CDMA2000: Wireless System Engineering* (Norwood, MA: Artech
House, 2004) p. 229; *see also* Etemad, *cdma2000 Evolution: System Concepts and Design
Principles*, p. 247 ("In 1X-EV DO the access channel structure and protocols are very similar
to those of IS95/cdma2000 Release 0.").

239.   Yang, *3G CDMA2000: Wireless System Engineering*, p. 229; *see also* Etemad,
*cdma2000 Evolution: System Concepts and Design Principles*, p. 52 ("The mobile attempts to
access the system by transmitting a series of access probes.  The first access probe is
transmitted at a relatively low power and is followed by a series of successive probe
transmissions of progressively higher power until an acknowledgment is received.").

240.   1xEV-DO and other CDMA based technologies are dependent on strict power control
across the various transceivers making up the network.  *See, e.g.*, Levine, *Digital Switching:
Cellular & PCS Lectures April 17 & 24, 2001*, p. 58 ("When multiple transmitters send signals
with different PN codes to a common receiver, the RSSI of all the signals must be very close to
equal, or the strongest one will dominate all the others and only it can be decoded without
errors.  This was a major problem which caused malfunctions of a trial CDMA system used in
tests by the Groupe Spécial Mobile in 1986 in Paris.  Qualcomm revived the idea of CDMA for
cellular in 1989 with an improved closed- loop feedback power control to keep all the received
signals from deviating in individual power levels.").

241.   Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 52.

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
      UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
      DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

_____

probe within an access attempt."[242]  "Similar to IS95 and cdma2000, the access terminal sends

a series of access probes until it receives a response from the access network or the timer

expires."[243]  "The transmission of request or response messages through the air interface does

not assure successful access to the system.  The process is only complete after the same

message is sent a certain number of times or when the MS receives a reception

acknowledgement (ACK)."[244]  In other words, the Access Terminal transmits the same

message over and over, each time increasing the transmission power, until the Access Network

responds with an acknowledgement that the message was received.  Once the Access Terminal

receives the acknowledgement, it will begin transmitting the next message using the same

Access Probe process.  As long as the Access network continues to respond to Access Probes,

the process will continue until the Access Attempt is successfully completed (*i.e.*, a session is

established and a connection is open).

　　　Before the Access Terminal can begin transmitting Access Probes, it first needs to

receive and process the AccessParameters message[245] broadcast by the Access Network.[246]

_____

242.   *Id.*, p. 247.

243.   *Id.*

244.   Korowajczuk, *Designing cdma2000 Systems*, p. 254; *see also* TIA/EIA/IS-856-1,
*cdma2000 High Rate Packet Data Air Interface Specification*, § 8.3.3.6.1.4.1.1,  p. 8.25 ("The
access terminal shall not change the probe data contents in between probes.").

245.   *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
8.3.6.1.4.1.1, p. 8-25 ("Prior to sending the first probe of the probe sequence, the access
terminal shall verify that the last AccessParameters message it received is current...").

246.   *See id.*, § 8.3.6.2.6, p. 8-33 (the "addressing" table entry is set to "broadcast" for the
AccessParameters message).

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

The "broadcast" addressing for the AccessParameters message means all Access Terminals are

sent the same message at the same time. The Access Network uses the AccessParameters

message to write network specific data to the internal storage devices of all Access Terminals

that are attempting to access the network after network acquisition.[247] The AccessParameters

message contains numerous categories of essential data communicated to Access Terminals for

use in power control and formatting of Access Probe transmissions.[248] Upon receiving the

AccessParameters message, the Access Terminal reads and stores all data fields contained in

the message. The Access Terminal uses the stored data fields,[249] along with stored data fields

from the Overhead Messages,[250] to configure Access Probe transmissions and to facilitate

Access Attempts.[251]

---

247.  *See id.*, § 8.3.6.2.6, p. 8-31 ("The AccessParameters message is used to convey Access
Channel information to the access terminals.").

248.  *See id.*, § 8.3.6.2.6, p. 8-31 (Listing the following data fields for the AccessParameters
message: MessageID, AccessCycleDuration, AccessSignature, OpenLoopAdjust,
ProbeInitialAdjust, ProbeNumStep, PowerStep, PreambleLength, CapsuleLengthMax,
Apersistence, and a Reserved field.).

249.  *See, e.g., id.*, § 8.3.6.1.4.1.1, p. 8-25 (using the OpenLoopAdjust and ProbeInitialAdjust
data fields of the AccessParameters message for Access Probe power control).

250.  *See, e.g., id.*, § 8.3.6.1.4.1.1, p. 8-25 (using the SectorID and ColorCode data fields of
the Overhead Messages for Access Channel long code mask).

251.  During Access Attempts, in addition to configuring transmissions using data fields
contained in the AccessParameters message and Overhead Messages, the Access Terminal also
uses various well known fall-back data values or data values as designated by the Access
Network via ConfigurationRequest messages (sent according to the the Generic Configuration
Protocol) containing complex attributes including the InitialConfiguration Attribute and the
PowerParameters Attribute (both of which contain numerous data fields and records sent to and
stored by the Access Terminal). *See id.*, § 8.3.7, p. 8.36-8.38.

- 55 -

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:   The independent operations of the FBI's cell site emulators, etc. used to locate the
       UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
       DGC (D.Ariz.);

BY:   Daniel David Rigmaiden

<div align="center">

**iii.  Establishing an open session with the Access Network.**
</div>

As noted in Section III(B)(3)(c)(ii), *supra*, the access channel physical layer packets

initially sent by the Access Terminal during the Access Probe process contain data used to

establish a session.  Prior to establishing a session, "there are no communications between the

access terminal and the access network."[252]  The Access Network "may be unaware of the

access terminal's existence within its coverage area."[253]  "Other than to open a session, an

access terminal cannot communicate with an access network without having an open

session."[254]  "An HRPD session refers to a shared state between the access terminal and the

access network.  This shared state stores the protocols and protocol configurations that were

negotiated and are used for communications between the access terminal and the access

network."[255]  A session should not be confused with a connection.[256]  In order to

communicate with the Access Network over the air interface, the Access Terminal opens a

session.  In order to communicate with the Internet, the Access Terminal uses the established

session to open a connection with the underlying Packet Data Serving Node linked to the

---

252.   *Id.*, § 5.3.7.1.4, p. 5.23.

253.   *Id.*

254.   *Id.*, § 1.9, p. 1.12.

255.   ANSI/TIA-878-2, *Interoperability Specification (IOS) for High Rate Packet Data
(HRPD) Radio Access Network Interfaces with Session Control in the Access Network*, § 1.4.2,
p. 1.4.

256.   *See id.* ("An air interface connection is a particular state of the air-link in which the
access terminal is assigned a Forward Traffic Channel, a Reverse Traffic Channel and
associated Medium Access Control (MAC) Channels.").

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

Access Network.[257]  "During a single session the access terminal and the access network can

open and close a connection multiple times[.]"[258]  For session establishment, a powered-on

Access Terminal will automatically initiate a session with a trusted Access Network without

intervention or action from the user of the device.[259]

The first step to establishing a session where no prior session exists is for the Access

Terminal to enter the Setup State[260] of the Default Address Management Protocol.[261]  Once in

the Setup State, the Access Terminal requests a Unicast Access Terminal Identifier (UATI)

using the UATIRequest message.[262]  For the Access Network, the UATI allows for

"distinguishing among the different packets and [for] finding out which packet is from which

---

257.   *See Technical Explanations*, Section III(B)(3)(c)(vi), *infra* (explaining the 1xEV-DO
Rel. 0 connection establishment process).

258.   TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
5.11, p. 5.1.

259.   The automatic nature of session establishment is unlike connection establishment which
requires direct action by the Access Terminal user.  *See Technical Explanations*, Section III(B)
(3)(c)(vi), *infra* (explaining the 1xEV-DO Rel. 0 connection establishment process).

260.   *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
5.3.7.1.5, p. 5.24 ("In this state, the access terminal sends a request to the access network
asking for a UATI and waits for the access network's response.").

261.   *See id.*, § 5.3.1, p. 5.17 ("The Default Address Management Protocol provides the
following functions: [] Initial UATI assignment[, and] Maintaining the access terminal unicast
address as the access terminal moves between subnets.").

262.   *See id.*, § 5.3.7.1.5.1, p. 5.24 ("Upon entering the Setup State the access terminal shall...
send a UATIRequest message."); 5.3.7.2.1, p. 5.28 ("The access terminal sends the
UATIRequest message to request that a UATI be assigned or re-assigned to it by the access
network.").

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
     UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
     DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

---

AT."[263]  More precisely, the UATI is a unique 32-bit numerical address[264] used by the Access

Terminal and Access Network MAC layer protocols to label and identify transmissions during

the current session.[265][266]  When the Access Network receives the UATIRequest message, it

transmits a UATIAssignment message that assigns a UATI to the Access Terminal for the

session.[267]  The UATIAssignment message is a unicast transmission containing numerous data

fields that are written to the Access Terminal's internal storage.[268]  The Access Terminal uses

---

263.  Yang, *3G CDMA2000: Wireless System Engineering*, p. 229 ("[W]hen an AN receives
an access channel MAC packet, it checks the *access terminal identifier record* field of the
MAC layer header and performs address matching").

264.  *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
10.2, p. 10.2 ("The Access Terminal Identifier record provides a unicast, multicast, or broadcast
access terminal address.").

265.  *See, e.g., id.,* § 8.2.6.1.4.2.4, p. 8.13 (Under a heading titled "Address Matching"
applicable to transmission received from the Forward Control Channel, the standard explains
that the "Access terminal shall forward the Security Layer packet along with the
SecurityLayerFormat and the ConnectionLayerFormat fields to the Security Layer if... the
ATIType field and the ATI field of the ATI Record in the MAC Layer header of a Security
Layer packet is equal to the ATIType and ATI fields of any member of the Address
Management Protocol's ReceiveATIList."); *id.,* 8.2.6.2.1, p. 8.14 (All MAC Layer Headers
placed in front of Access Network transmitted Security Layer packets must contain the Access
Terminal's "ATI Record.").

266.  The UATI is also sent by the Access Terminal to the new Access Network (target) during
a Connected State Route Update so that "the source AN [][can lookup] the session
configuration parameters that are requested by the target[]" over the A13 interface. ANSI/TIA-
878-2, *Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Radio Access
Network Interfaces with Session Control in the Access Network,* § 2.4, p. 2.3; *see also
Technical Explanations,* Section III(B)(3)(d) *et seq., infra* (explaining Route Updates, *i.e.,*
handoffs).

267.  *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification,* §
5.3.7.1.5.2, p. 5.24-5.25.

268.  *See id.,* § 5.3.7.2.2, p. 5.29 (Listing the following data fields for the UATIAssignment
message:  MessageID, MessageSequence, Reserved1, SubnetIncluded, UATISubnetMask,

- 58 -

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
     UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
     DGC (D.Ariz.);

BY: Daniel David Rigmaiden

the data transmitted via the UATIAssignment message, to deduce its assigned 32-bit UATI[269]

[270] and adds the UATI to its internally stored ReceiveATIList.[271]  Once the Access Terminal

adds its assigned UATI to its ReceiveATIList, it stops using the Default Address Management

Protocol and begins using the Default Session Configuration Protocol.  This second protocol is

used to negotiate and configure a set of additional protocols to be used during the session.[272]

For example, the Default Session Configuration Protocol is used to negotiate and configure the

Security Layer protocols discussed in Section III(B)(3)(c)(iv), *infra*.  Once all relevant

protocols are negotiated and configured, the session is open and "the access terminal and the

access network use the negotiated protocols to exchange data and signaling in accordance with

the requirements of each protocol."[273]  In other words, once a session is established, the

Access Terminal can initiate a connection with the Access Network for the ultimate purpose of

gaining access to the Internet.  *See Technical Explanations*, Section III(B)(3)(c)(vi), *infra*

(explaining the connection establishment process).

---

UATI104, UATIColorCode, UATI024, UpperOldUATILength, and a Reserved2 field).

269.  *See id.*, § 5.3.7.1.5.1, p. 5.24-5.25.

270.  The UATI is unrelated to the Access Terminal's internally stored ESN.

271.  *See id.*

272.  *See id.*, § 5.4.1, p. 5.35 ("The Default Session Configuration Protocol provides for the
negotiation and configuration of the set of protocols used during a session.").

273.  *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
5.4.6.1.6, p. 5.44.

- 59 -

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
     UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
     DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

### iv.  Application of encryption and authentication keys for use in the security layer.

During session establishment, the Access Terminal and Access Network negotiate and

configure the security layer protocols so that a session key may be created for use in data

integrity, authentication, and encryption in the MAC layer.  The session key is created using a

session key exchange process, which "[p]rovides the procedures followed by the access

network and by the access terminal to exchange security keys for authentication and

encryption."[274]  The authentication keys are used "by the access network and the access

terminal for authenticating traffic [(i.e., data)]."[275]  Traffic authentication is done through a

cryptographic authentication process[276] allowing for the Access Network and Access Terminal

to ensure that transmissions being received are not coming from a man-in-the-middle who may

be altering data or impersonating either the Access Network or Access Terminal.[277]

---

274.  *Id.*, § 7.1.1, p. 7.1.

275.  *Id.*

276.  "Authentication is a service that is used to establish the origin of information.  That is,
authentication services verify the identity of the user or system that created information (*e.g.*, a
transaction or message).  This service supports the receiver in security relevant decisions, such
as 'Is the sender an authorized user of this system?' or 'Is the sender permitted to read sensitive
information?'  Several cryptographic mechanisms may be used to provide authentication
services...."  National Institute of Standards and Technology, NIST Special Publication 800-57,
*Recommendations for Key Management -- Part 1: General (Revised)* (Mar. 2007), p. 30.

277.  The type of man-in-the-middle attack protection provided in the 1xEV-DO Rel. 0
security layer is limited to scenarios where the attacker attempts to mimic a party *after* session
establishment.  Other types of 1xEV-DO Rel. 0 man-in-the-middle attacks, such as those
launched *prior* to session establishment, are not prevented by the MAC payload authentication
provided in the security layer.  As explained later in this subsection, the various authentication
keys are ultimately derived from Hash-based Key Derivation Function using a shared secret
(*i.e.*, the the session key or "SKey") created through the Diffie-Hellman Pair-Wise Key
Establishment Scheme.  "The Diffie-Hellman key exchange is vulnerable to a man-in-the-
middle attack.  In this attack, an opponent Carol intercepts Alice's public value and sends her

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
    UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
    DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

The encryption keys are used "by the access network and the access terminal for

encrypting traffic [(*i.e.*, data)]."[278]  Traffic encryption is done through a cryptographic

encryption process[279] allowing for the Access Network and Access Terminal to exchange data

that cannot be read by third-party eavesdroppers even if they gain full access to all

transmissions.  The noted encryption keys are used to encrypt all data content and signaling

information in the MAC layer payload, which contains all higher layer protocol data units.[280]

In other words, if encryption is invoked by the Access Network, all forward and reverse link

---

own public value to Bob.  When Bob transmits his public value, Carol substitutes it with her
own and sends it to Alice.  Carol and Alice thus agree on one shared key and Carol and Bob
agree on another shared key.  After this exchange, Carol simply decrypts any messages sent out
by Alice or Bob, and then reads and possibly modifies them before re-encrypting with the
appropriate key and transmitting them to the other party.  This vulnerability is present because
Diffie-Hellman key exchange does not authenticate the participants."  RSA Laboratories
[website], *RSA Laboratories - 3.6.1 What is Diffie-Hellman?*,
http://www.rsa.com/rsalabs/node.asp?id=2248 (last accessed: Mar. 23, 2012).  Applying the
above scenario to 1xEV-DO Rel. 0 with its use of Diffie-Hellman without supplementary two-
party authentication, Carol operates a cell site emulator to become a man-in-the-middle
between Bob's Access Terminal and Alice's legitimate wireless carrier cell site.

278.  TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
7.1.1, p. 7.1.

279.  "Encryption is used to provide confidentiality for data.  The data to be protected is called
plaintext when in its original form.  Encryption transforms the data into ciphertext.  Ciphertext
can be transformed back into plaintext using decryption.  The Approved algorithms for
encryption/decryption are symmetric key algorithms: AES and TDEA...."  NIST Special
Publication 800-57, *Recommendations for Key Management -- Part 1: General (Revised)*, p.
35.

280.  *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
8.1.2, p. 8.2-8.4, Fig. 8.1.2-1 ("Control Channel MAC Layer Packet Encapsulation"), Fig.
8.1.2-2 ("Access Channel MAC Layer Packet Encapsulation"), Fig. 8.1.2-3 ("Forward Traffic
Channel MAC Layer Packet Encapsulation"), and Fig. 8.1.2-4 ("Reverse Traffic Channel MAC
Layer Packet Encapsulation").

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
    UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
    DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

data content and signaling information are protected from eavesdroppers over the air interface.
[281]

    During the session key exchange process, the Access Network and Access Terminal use

the DH Key Exchange Protocol outlining "a method for session key exchange based on Diffie-

Hellman (DH)."[282]  "The Diffie-Hellman (DH) key exchange protocol provides a method for

session key exchanges based on the DH key exchange algorithm."[283]  The Diffie-Hellman key

exchange algorithm is an asymmetric key algorithm[284] allowing for "two users to exchange a

secret key over an insecure medium without any prior secrets."[285] In Diffie-Hellman, "both

parties contribute information to the key agreement process."[286]  The Diffie-Hellman session

---

281.   Although the MAC layer payload is encrypted, the MAC layer header, which is neither
encrypted nor authenticated, contains the Access Terminal Identifier (*e.g.*, the UATI) in
plaintext. *See id.*, § 8.6.2.1, p. 8.14.  However, as explained in the *Technical Explanations*,
Section III(B)(3)(c)(iii), *supra*, the UATI is a randomly assigned value used for MAC layer
addressing purposes and it cannot be used by an eavesdropper to identify Access Terminal
hardware.

282.   *Id.*, § 7.6.1., p. 7.22.

283.   Rhee, Man Y., *Mobile Communication Systems and Security*, John Wiley & Sons (Jin
Xing Distripark, Singapore: 2009), p. 222.

284.   "Asymmetric key algorithms, commonly known as public key algorithms, use two
related keys (*i.e.*, a key pair) to perform their functions: a public key and a private key.  The
public key may be known by anyone; the private key **should** be under the sole control of the
entity that "owns" the key pair.  Even though the public and private keys of a key pair are
related, knowledge of the public key does not reveal the private key."  NIST Special
Publication 800-57, *Recommendations for Key Management -- Part 1: General (Revised)*, p. 35
(footnote omitted).

285.   RSA Laboratories [website], *RSA Laboratories - 3.6.1 What is Diffie-Hellman?*,
http://www.rsa.com/rsalabs/node.asp?id=2248 (last accessed: Mar. 23, 2012).

286.   National Institute of Standards and Technology, NIST Special Publication 800-131A,
*Transitions: Recommendation for Transitioning the Use of Cryptographic Algorithms and Key*

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

key created by the Access Network and Access Terminal is referred to as the SKey and is either

a 768-bit key or 1024-bit key.[287]  After the Skey is created, the Access Network and Access

Terminal separately split their SKey copies into "eight sub-fields within the SKey.  These sub-

fields are of equal length."[288]  The eight sub-fields are then used with Hash-based Key

Derivation Functions (HKDFs)[289] to create four pairs of 160-bit authentication and encryption

key values for use on each of the forward and reverse link channels transmitted/received by the

Access Network and Access Terminal.[290]  Each of the four 160-bit authentication keys are

used to authenticate packets on their respective channels[291] via Keyed-Hash Message

---

*Lengths* (Jan. 2011), p. 7.

287.  *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
7.6.7, p. 7.48, Tab. 7.6.7-1.

288.  *Id.*, § 7.6.5.1.3, p. 7.28.

289.  "Cryptographic hash functions can be used as building blocks in key derivation
functions (KDFs).... KDFs using cryptographic hash functions as their building blocks are
called Hash-based Key Derivation Functions (HKDFs).  The main purpose of an HKDF is to
generate (*i.e.*, derive) secret keys from a secret value (*e.g.*, a shared key, or a shared secret in a
key agreement scheme) that is shared between communicating parties.  The security strengths
of the derived secret keys are limited to the security strength of the secret value.  The security
strength of the secret value shall meet or exceed the desired security strengths of the derived
secret keys."  National Institute of Standards and Technology, NIST Special Publication 800-
107, *Recommendation for Applications Using Approved Hash Algorithms* (Feb. 2009), p. 14.

290.  *Id.*, § 7.6.5.1.3, p. 7.28-7.29 and Fig. 7.6.5.1-1 ("Message Bits for Generation of
Authentication and Encryption Keys").

291.  IS-856 only defines procedures "for authentication of access channel MAC layer packets
by applying the SHA-1 hash function to message bits (ACPAC - Access Channel MAC Layer
Packet Authentication Code)."  Korowajczuk, *Designing cdma2000 Systems*, p. 338.  However,
data integrity and authentication of packets sent over traffic channels and the control channel
can also be implemented by any 1xEV-DO Rel. 0 network considering authentication keys are
defined and generated for "the Forward Traffic Channel" (*i.e.*, FACAuthKey), "the Reverse
Traffic Channel" (*i.e.*, RACAuthKey), and "the Control Channel" (*i.e.*, FPCAuthKey).

- 63 -

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
      UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
      DGC (D.Ariz.);

BY:  Daniel David Rigmaiden


Authentication Codes (HMACs)[292] derived from the SHA-1 cryptographic hash function.[293]

For encryption purposes, each of the four 160-bit encryption keys are truncated into 128-bit

AES (based on Rijndael)[294] encryption keys which are used for encrypting packets on their

respective channels[295] via the AES symmetrical key algorithm.[296]

---

TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 7.6.3.2, p.
7.22.

292.  "Message authentication codes (MACs) provide data authentication and integrity
protection....  MAC algorithms that are based on cryptographic hash functions[] [are] called
HMAC algorithms...  The HMAC output is generated from the secret key and the string of 'text'
to be MACed (*e.g.*, a message to be sent) using the HMAC algorithm.  The MacTag is provided
to the MacTag verifier, along with the 'text' that was MACed (*e.g.*, the sender transmits both the
MacTag and the 'text' that was MACed to the intended receiver).  [] The verifier computes an
HMAC output on the received 'text' using the same key and HMAC algorithm that was used by
the HMAC generator, generates a MacTag (either a full or truncated HMAC output), and then
compares the generated MacTag with the received MacTag.  If the two values match, the 'text'
has been correctly received, and the verifier is assured that the entity that generated the MacTag
is a member of the community of users that share the key."  NIST Special Publication 800-107,
*Recommendation for Applications Using Approved Hash Algorithms*, p. 12.

293.  SHA-1, as well as SHA-224, SHA-256, SHA-384, SHA512, SHA-512/224 and SHA-
512/256, are all "iterative, one-way hash functions that can process a message to produce a
condensed representation called a message digest.  These algorithms enable the determination
of a message's integrity: any change to the message will, with a very high probability, result in
a different message digest.  This property is useful in the generation and verification of digital
signatures and message authentication codes, and in the generation of random numbers or bits."
National Institute of Standards and Technology, FIPS PUB 180-4, *Federal Information
Processing Standards Publication: Secure Hash Standard (SHS)* (Mar. 2012), p. 3.

294.  AES, based on Rijndael, is "a symmetric block cipher that can process data blocks of
128 bits, using cipher keys with lengths of 128, 192, and 256 bits.  Rijndael was designed to
handle additional block sizes and key lengths, however they are not adopted in [][the AES]
standard."  National Institute of Standards and Technology, FIPS PUB 197, *Announcing the
Advanced Encryption Standard (AES)* (Nov. 26, 2001), p. 5.

295.  *See* Telecommunications Industry Association, TIA-925-1 [E] (Addendum to TIA-925),

- 64 -

## DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
    UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
    DGC (D.Ariz.);

BY: Daniel David Rigmaiden

If attempting to crack 1xEV-DO Rel. 0 security layer encryption via cryptanalysis,[297]
the 1024-bit Diffie-Hellman asymmetrical keys and the 128-bit AES symmetrical keys are
considered secure for the year 2008.[298]  In general terms, the protections provided by
encryption are primarily based on current computer technology being unable to quickly
compute values using factoring algorithms and discrete logarithm attacks.  "The first successful
factorization of a 768-bit RSA modulus was not reported until December 2009.  This effort
required six months of computations using highly sophisticated equipment.  According to the
paper's authors, factoring a 1024-bit modulus would be 'one thousand times harder' than a 768-
bit one.  This means that another 6-7 years are likely to pass before 1024-bit numbers could

*Enhanced Subscriber Privacy for cdma2000 High Rate Packet Data - Addendum 1* (Arlington,
VA: Sept. 2007), § 3, p. 3-1 ("The AES Encryption Protocol uses the AES (a.k.a. Rijndael)
procedures defined in [][3GPP2 S.S0055-A] in order to encrypt the Connection Layer packets
and decrypt the Authentication Protocol packets."); § 3.5.1.1, p. 3.3-3.6 ("Constructing the
Encryption Key").

296.  "Symmetric key algorithms (sometimes known as secret key algorithms) transform data
in a way that is fundamentally difficult to undo without knowledge of a secret key.  The key is
"symmetric" because one key is used for all operations (*e.g.*, encryption and decryption).
Symmetric keys are often known by more than one entity; however, the key shall not be
disclosed to entities that are not authorized access to the data protected by that algorithm and
key."  NIST Special Publication 800-57, *Recommendations for Key Management -- Part 1:
General (Revised)*, p. 34.

297.  Cryptanalysis: "Operations performed in defeating cryptographic protection without an
initial knowledge of the key employed in providing the protection."  *Id.*, p. 20.

298.  *See* NIST Special Publication 800-131A, *Transitions: Recommendation for
Transitioning the Use of Cryptographic Algorithms and Key Lengths* (Jan. 2011), p. 3-4, "Table
1: Encryption Transitions" (listing use of AES 128-bit encryption keys as "Acceptable"); *id.*, p.
7-8, "Table 4: SP 800-56A Key Agreement (DH and MQV)" (listing use of Diffie-Hellman
1024-bit encryption keys as "Acceptable through 2010[;] Deprecated from 2011 through
2013[;] Disallowed after 2013").

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
     UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
     DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

realistically be factored."[299]  The 768-bit number factored in December of 2009 was in the

context of RSA—an asymmetrical cryptographic algorithm using integer factorization

cryptography as apposed to the discrete logarithm cryptography used in Diffie-Hellman.[300]

However, NIST issues the same key length "comparable strengths" recommendations for

Diffie-Hellman as it does for RSA[301] and the required computational requirements for

cryptanalysis under each cryptographic scheme are similar.[302]  Therefore, 1024-bit encryption

keys in the context of Diffie-Hellman will be uncrackable at least until the year 2017.  In

comparison to Diffie-Hellman, the 128-bit AES keys used in 1xEV-DO Rel. 0 offer an even

less likely entry point for an attacker.  Seagate Technology, LLC took a simplistic approach to a

difficult cryptanalysis question and determined that it would take 70 billion computers

77,000,000,000,000,000,000,000,000 (77 trillion trillion) years to crack one 128-bit AES

encryption key using computer technology and cryptanalysis techniques available in the year

---

299.   NIST Special Publication 800-131A, *Transitions: Recommendation for Transitioning
the Use of Cryptographic Algorithms and Key Lengths*, Appendix A: Decision Rationale, § A.2.

300.   *Compare* NIST Special Publication 800-56B, *Recommendation for Pair-Wise Key
Establishment Schemes Using Integer Factorization Cryptography* (Aug. 2009) *with* NIST
Special Publication 800-56A, *Recommendation for Pair-Wise Key Establishment Schemes
Using Discrete Logarithm Cryptography (Revised)* (Mar. 2007).

301.   *See* NIST Special Publication 800-57, *Recommendations for Key Management -- Part 1:
General (Revised)*, p. 63, "Table 2: Comparable strengths."

302.   Pornin, Thomas, "How to calculate the time it'll take to crack RSA or DH?," online
posting, Oct. 6, 2011, *diffie hellman - How to calculate the time it'll take to crack RSA or DH?
- Cryptography - Stack Exchange*, http://crypto.stackexchange.com/questions/913/how-to-
calculate-the-time-itll-take-to-crack-rsa-or-dh (last accessed: Apr. 9, 2012) (explaining how
cracking discrete logarithm cryptographic keys has the same, or slightly greater, asymptotic
complexity as cracking integer factorization cryptographic keys).

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

2008.[303]

      Regardless of available key strengths, 1xEV-DO Rel. 0 encryption will only protect data

if it is implemented by the Access Network. At the beginning of session establishment and

prior to the session key exchange process, the Access Network and Access Terminal use the

Default Encryption Protocol, which provides no encryption for signals transmitted over the air

interface.[304][305] The Access Network and Access Terminal will continue to use the Default

Encryption Protocol until the Access Network initiates the session key exchange process.[306]

[307] However, initiation of the session key exchange process is not required[308][309] and the

---

303.    Seagate [technical paper], *128-Bit Versus 256-Bit AES Encryption: Practical business
reasons why 128-bit solutions provide comprehensive security for every need*, p. 4, *available at*
http://www.seagate.com/staticfiles/docs/pdf/whitepaper/tp596_128-bit_versus_256_bit.pdf (last
accessed: Apr. 9, 2012).

304.    TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 7.9,
p. 7.68 ("The Default Encryption Protocol does not alter the Security Layer packet payload
(i.e., no encryption/decryption) and does not add an Encryption Protocol Header or Trailer;
therefore, the Cipher-text for this protocol is equal to the Connection Layer packet.").

305.    Likewise, the "Default Authentication Protocol does not provide any services except for
transferring packets between the Encryption Protocol and the Security Protocol." *Id.*, § 7.7.1,
p. 7-56.

306.    *See id.*, § 7.6.5.1.2, p. 7.26 ("The access network shall initiate the key exchange by
sending a KeyRequest message.").

307.    If following good security practices, a wireless carrier Access Network will initiate the
session key exchange process (in order to "turn on" encryption and authentication) as soon as
possible, *i.e.*, after the UATI is assigned to the Access Terminal.

308.    *See* Korowajczuk, *Designing cdma2000 Systems*, p. 359 ("[E]ven though a single layer
may contain multiple protocols, each of them can be individually negotiated to better
accommodate network requirements and availability.").

309.    There is no logical reason why a wireless carrier would not implement the encryption
procedures provided via the security layer.

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
      UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
      DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

Default Encryption Protocol can be used during the entire session if the Access Network

chooses to not use encryption.  If the Access Network chooses to not initiate the session key

exchange, all communications content and signaling information contained in the MAC

payload will not be encrypted via the security layer.[310]  If security layer encryption is not used,

"end-to-end encryption can be provided at the application layer"[311] to protect communications

content contained in higher layer protocol data units sent over Traffic Channels.  However, the

security layer encryption explained in this section is still the only mechanism that will protect

Access Channel and Control Channel signaling information from being intercepted over the air

interface.  An Access Network's failure to initiate the session key exchange process will result

in signaling information, such as the Access Terminal's ESN transmitted in response to a

HardwareIDRequest message, being exposed to third-party eavesdroppers.

<div align="center">

**v.  Obtaining identifying information from Access Terminal
hardware using the HardwareIDRequest message.**

</div>

Once a session is established, the Access Network can obtain the Access Terminal's

identifying information by transmitting a HardwareIDRequest message.[312]  By transmitting a

HardwareIDRequest message, the Access Network asks the Access Terminal to transmit a

HardwareIDResponse message[313] containing its ESN or other "unique ID that has been

---

310.  See TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
7.9, p. 7.68.

311.  *Id.*

312.  *See id.*, § 5.3.7.1.3, p. 5.23; *see also id.*, § 5.3.7.2.4, p. 5.31.

313.  *See id.*, § 5.3.7.2.5, p. 5.31 ("The access terminal sends this message in response to the
HardwareIDRequest message.").

<div align="center">- 68 -</div>

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
       UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
       DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

assigned to the terminal by the manufacturer."[314]  Prior to receiving the HardwareIDResponse

message, the Access Network identifies the Access Terminal generically via reverse link PN

codes and the Access Terminal's UATI assigned by the Access Network.[315]  The Access

Terminal's HardwareIDResponse message provides its absolute identity, which can be used to

determine the customer who's wireless account is associated with the Access Terminal.

Although not precisely articulated in the relevant standards, the main purpose served by the

HardwareIDRequest message is to provide the Access Network with an initial Access Terminal

identity verification mechanism.[316]  If the ESN or MEID contained in the

HardwareIDResponse message does not belong to a device authorized for service then the

wireless carrier can direct the Access Terminal away from the Access Network prior to any

attempt to open a connection.  By severing the air link with the unauthorized Access Terminal

during the session but prior to establishing a connection, network resources are conserved.

### vi.  Opening a connection with the Access Network.

Once a session is established, the user of the Access Terminal can initiate the connection

process with the Access Network.  In the case of an aircard, the connection process is initiated

---

314.  *Id.*

315.  *See Technical Explanations*, Section III(B)(3)(c)(iii), *supra* (UATI used to identify the
Access Terminal).

316.  *See, e.g.*, Nortel Networks, PN-4875/IS-856 Ballot Comments, *AT Authentication in
1xEV-DO*, p. 1 ("In this comment, AT hardware authentication is added as a part of the Address
Management Protocol (ADMP) in the Session Layer.  This allows an operator to perform
terminal authentication, based on a hardware identifier (such as the IMSI) over the common
channels before the AT is assigned a traffic channel.").

- 69 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
     UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
     DGC (D.Ariz.);

BY: Daniel David Rigmaiden

via software installed on the host laptop computer paired with the aircard.[317]  For example, an

aircard user may initiate the connection process by clicking a "connect" button on companion

software bundled with the aircard.  Once the user has initiated the connection process, the

Access Terminal transitions into the Connection Setup Substate of the Idle State.  In this

substate, "the access terminal and the access network setup a connection[]"[318] via the

previously explained Access Attempt process.  Using Access Probes, "[t]he access terminal

sends the ConnectionRequest message to request a connection."[319]  Once the

ConnectionRequest message is sent, indicating that the Access Terminal "is ready to exchange

data on the access stream, the AN shall initiate PPP procedures..."[320]  PPP is an acronym for

"Point-to-Point Protocol" and provides a standard method for the Access Network and Access

terminal to communicate.[321]  "PPP also defines an extensible Link Control Protocol, which

allows negotiation of an Authentication Protocol for authenticating its peer before allowing

---

317.   *See* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 11 of *1ˢᵗ
Consolidated Exhibits* (Dkt. #587-1) (government web research on UTStarcom PC5740 aircard
indicating that it is bundled with "VZAccess Manager software for easy connection
management.").

318.   TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
6.4.1, p. 6.26.

319.   *Id.*, § 6.4.6.2.2, p. 6.39.

320.   ANSI/TIA-878-2 (Addenda to TIA-878), *Interoperability Specification (IOS) for High
Rate Packet Data (HRPD) Radio Access Network Interfaces with Session Control in the Access
Network*, § 2.3.1.1, p. 2.2.

321.   *See* RFC 1994, *PPP Challenge Handshake Authentication Protocol (CHAP)* (Aug.
1996), p. i.

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

Network Layer protocols to transmit over the link."[322]  In basic terms, PPP, as used in the

Connection Setup Substate, allows the Access Network to positively authenticate the Access

Terminal and determine if it is authorized to access 1xEV-DO Rel. 0 service.[323]  In order to

accomplish this task, 1xEV-DO Rel. 0 employs the Challenge-Handshake Authentication

Protocol (CHAP)—an element of PPP.[324]  CHAP is "used to periodically verify the identity of

the peer using a 3-way handshake."[325]  In 1xEV-DO Rel. 0, the peer is the Access Terminal

and the Access Network is the authenticator ensuring that the peer is authorized to access the

cellular data network.[326]  CHAP depends on the peer (i.e., the Access Terminal) and the

authenticator (i.e., the Access Network) having a previously shared secret that is not

transmitted or exchanged during the CHAP process.[327]  In 1xEV-DO Rel. 0, the shared secret

is the Shared Secret Data (SSD)[328] stored within the Access Terminal's internal storage device

---

322.  Id.

323.  It was previously explained how the Access Network can identify an Access Terminal by obtaining its stored ESN via a HardwareIDRequest message. See Technical Explanations, Section III(B)(3)(c)(v), supra.  However, obtaining an Access Terminal's ESN is only a preliminary identification mechanism and it is not sufficient for authenticating an Access Terminal for receiving service.  Because an ESN can be copied by an attacker who has physical access to the Access Terminal, a more secure authentication mechanism using Shared Secret Data (SSD) (i.e., PPP as explained in this subsection) is employed to positively authenticate the Access Terminal prior to receiving service.

324.  See RFC 1994, PPP Challenge Handshake Authentication Protocol (CHAP), p. 2.

325.  Id.

326.  Although CHAP can also be used by the Access Terminal to authenticate the Access Network, this is not done in 1xEV-DO Rel. 0.

327.  See id., p. 3 ("This authentication method depends upon a 'secret' known only to the authenticator and that peer.  The secret is not sent over the link.")

328.  "Shared Secret Data (SSD) is a 128-bit pattern stored in the MS and readily available to

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

(NAM)[329] with an exact copy stored in a database maintained by the Access Terminal's home

"Access Network-Authentication, Authorization, and Accounting" (AN-AAA) server within

the wireless carrier network.[330]

Once a PPP connection is established between the Access Network and Access Terminal,

"[t]he AN generates a random challenge and sends it to the AT in a CHAP Challenge

message..."[331] Once the Access Terminal receives the CHAP challenge, it concatenates some

of the data contained in the challenge with its stored Shared Secret Data and then uses a

cryptographic hashing algorithm to create a message digest[332] (i.e., a "one-way hash") of the

---

the network. This Shared Secret Data is not passed across the air interface between the MS and
the network..." Telecommunications Industry Association, TIA/EIA/IS-2001-A (Revision of
TIA/EIA/IS-2001), Interoperability Specifications (IOS) for cdma2000 Access Network
Interfaces (Arlington, VA: Aug. 2001), § 4.2.1, p. 290.

329.   See TIA-683-D (Revision to TIA-683-C), Over-the-Air Service Provisioning of Mobile
Stations in Spread Spectrum Systems, § 3.5.8, p. 3.141, Table 3.5.8-1 3GPD Parameter Block
Types (listing "HRPD Access Authentication CHAP SS Parameters" for the Access Terminal
NAM (footnote omitted)); id., § 3.5.8.14, p. 3.158 (showing the "SS" field of the "HRPD
Access Authentication CHAP SS Parameters" as containing "Shared Secret Data").

330.   See fn. No. 328, supra.

331.   ANSI/TIA-878-2 (Addenda to TIA-878), Interoperability Specification (IOS) for High
Rate Packet Data (HRPD) Radio Access Network Interfaces with Session Control in the Access
Network, § 3.1.1(d), p. 3.2.

332.   Cryptographic hashing algorithms and message digests are generally explained in
footnotes contained in the Technical Explanations, Section III(B)(3)(c)(iv), supra (MAC
payload encryption and authentication in the security layer). However, use of a hashing
algorithm for authentication and integrity checks of MAC layer payloads (as explained in the
Technical Explanations, Section III(B)(3)(c)(iv), supra) is different from the authentication
explained in this section. Previously, it was explained how a hashing algorithm is applied to
message bits contained in MAC layer payloads. In this section, a hashing algorithm is
employed so that the Access Network will be able to authenticate (i.e., identify and authorize)
the Access Terminal prior to providing it service.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

result.[333] The resulting message digest is used in the CHAP challenge response message.[334]
The "one-way hash" is essentially a unique signature taken of the concatenated data used to
create the CHAP response. The Access Terminal then transmits its CHAP response message to
the Access Network containing the calculated "one-way hash."[335] When the Access Network
receives the CHAP response message, it forwards it to the AN-AAA server connected directly
to the Access Network using an Access-Request message over the A12 interface.[336] If the AN-
AAA server is not the Access Terminal's home AN-AAA, it will be unable to verify the CHAP
response because it will not have a stored copy of the Access Terminal's Shared Secret Data. In
this case, the visited AN-AAA forwards the CHAP response to the home network AN-AAA.[337]
Once the appropriate AN-AAA receives the Access-Request message, it retrieves the Access
Terminal's Shared Secret Data from its database and concatenates it with some of the data
contained in the Access-Request message to create a "one-way hash" in the same fashion

333. See RFC 1994, *PPP Challenge Handshake Authentication Protocol (CHAP)*, p. 8 ("The
Response Value is the one-way hash calculated over a stream of octets consisting of the
Identifier, followed by (concatenated with) the 'secret', followed by (concatenated with) the
Challenge Value.").

334. See id.

335. See id., p. 7 ("Whenever a Challenge packet is received, the peer MUST transmit a
CHAP packet with the Code field set to 2 (Response).").

336. See ANSI/TIA-878-2 (Addenda to TIA-878), *Interoperability Specification (IOS) for
High Rate Packet Data (HRPD) Radio Access Network Interfaces with Session Control in the
Access Network*, § 3.1.1(e), p. 3.2.

337. See id., § 2.3.3, p. 2.3 ("If the AN-AAA does not have the authority to accept/deny the
request, it forwards the request to the home network...").

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
     UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
     DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

explained for the Access Terminal.[338]  If the "one-way hash" created by the AN-AAA matches

the "one-way hash" contained in the CHAP response message (created by the Access

Terminal), the AN-AAA sends the Access Network an Access-Accept message.[339]  Otherwise,

the AN-AAA sends the access Network an Access-Reject message indicating that the Access

Terminal is not authorized for 1xEV-DO Rel. 0 service.[340]

      In the case of an Access-Reject message, "[t]he AN returns an indication of CHAP

access authentication failure to the AT[]"[341] and "sends a SessionClose message to the AT to

close the HRPD session."[342]  In the case of an Access-Accept message, "[t]he AN returns an

indication of CHAP access authentication success to the AT[]"[343] and then begins other steps

to register the Access Terminal on the network so that Internet access service can be provided

by the Packet Data Serving Node (PDSN).  In order to register the Access Terminal for Internet

access, the Access Network establishes a connection with the Packet Control Function (PCF).

[344]  The Packet Control Function then "sends an A11-Registration Request message to the

---

338.  *See* RFC 1994, *PPP Challenge Handshake Authentication Protocol (CHAP)*, p. 7
("Whenever a Response packet is received, the authenticator compares the Response Value
with its own calculation of the expected value.")

339.  *See* ANSI/TIA-878-2 (Addenda to TIA-878), *Interoperability Specification (IOS) for
High Rate Packet Data (HRPD) Radio Access Network Interfaces with Session Control in the
Access Network*, § 3.1.1(f), p. 3.2.

340.  *See id.*, § 3.1.2(f), p. 3.3.

341.  *Id.*, § 3.1.2(g), p. 3.3.

342.  *Id.*, § 3.1.2(h), p. 3.3.

343.  *Id.*, § 3.1.1(g), p. 3.2.

344.  *See id.*, § 3.1.1(j), p. 3.2.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

PDSN..."[345] "The A11-Registration Request message is validated and the PDSN accepts the connection by returning an A11-Registration Reply message with an accept indication..."[346] [347] Once the Packet Data Serving Node accepts the connection through the registration process, the Packet Control Function notifies the Access Network,[348] a "PPP connection establishment procedure is performed between the AT and the PDSN...,"[349] and "the connection is established and packet data [(i.e., Internet traffic)] can flow between the AT and the PDSN."[350] Once the connection is established, the Access Terminal transitions from the Idle State to the Connected State.[351]

---

345.   *Id.*, § 3.1.1(k), p. 3.2.

346.   *Id.*, § 3.1.1(l), p. 3.2.

347.   In other words, the "registration" process in 1xEV-DO Rel. 0 occurs between the PCF and PDSN—not between the Access Terminal and Access Network. *See also* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 055 of *2nd Consolidated Exhibits* (Dkt. #821-3) (diagram from ANSI/TIA-878-2 (Addenda to TIA-878) showing 1xEV-DO registration process occurring between PCF and PDSN over the A11 interface, *i.e.*, not between the Access Terminal and Access Network).

348.   *See id.*, § 3.1.1(m), p. 3.2.

349.   *Id.*, § 3.1.1(n), p. 3.2.

350.   *Id.*, § 3.1.1(o), p. 3.2.

351.   Other than power control and route updates, the numerous complex operations applicable to the 1xEV-DO Rel. 0 Connected State are beyond the scope of the aircard locating mission in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.) and are therefore not discussed in the *Technical Explanations*.

- 75 -

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
      UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
      DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

> **d.  Using the Default Route Update Protocol to scan for
>      additional pilots, facilitate sector Route Updates, and send
>      Route Update messages.**

In addition to searching for pilots during the Pilot Acquisition Substate,[352] the Access

Terminal also searches for pilots to facilitate use of the Default Route Update Protocol.  "The

Default Route Update Protocol provides the procedures and messages used by the access

terminal and the access network to keep track of the access terminal's approximate location and

to maintain the radio link as the access terminal moves between the coverage areas of different

sectors."[353]  In order to serve the goals of the Default Route Update Protocol, "[t]he access

terminal shall continually search for pilots in the Connected State and whenever it is

monitoring the Control Channel in the Idle State."[354]  During the searching process, "[t]he

access terminal estimates the strength of the Forward Channel transmitted by each sector in its

neighborhood."[355]  "The access terminal shall measure the strength of every pilot it

searches."[356]  When the Access Terminal finds additional pilots transmitting in its

neighborhood, it stores the pilots in sets according to signal strength.[357]  In addition to

searching for pilots in its neighborhood, the Access Terminal "should also be capable of

---

352.  *See Technical Explanations*, Section III(B)(3)(b)(ii), *supra*.

353.  TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
6.6.1, p. 6.55.

354.  *Id.*, § 6.6.6.1.2.2, p. 6.64.

355.  *Id.*, § 6.6.6.1.2, p. 6.62.

356.  *Id.*, § 6.6.6.1.2.3, p. 6.64.

357.  *See id.*, § 6.6.6.1.2, p. 6.62.

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
    UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
    DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

searching for pilots in frequencies and band classes other than its current frequency."[358]  In

order to locate the maximum amount of available Access Networks, the Access Terminal will

search all listed frequencies in its Preferred Roaming List Acquisition Table for additional

pilots and it may also receive additional frequencies to search via channel records provided by

the Access Network in real-time.[359]  If a transmitted pilot "is on a different frequency

assignment from that of the mobile station, this target frequency should be included in the

search criteria."[360]

    The Access Terminal maintains the following continuously updated sets of searched

pilots: (1) Active Set, (2) Candidate Set, (3) Neighbor Set, and (4) Remaining Set.[361]  The

Active Set is "[t]he set of pilots [] associated with the sectors currently serving the access

terminal."[362]  "When a connection is open [(i.e., in the Connected State)], a sector is

considered to be serving an access terminal when there is a Forward Traffic Channel, Reverse

Traffic Channel and Reverse Power Control Channel assigned to the access terminal.  When a

connection is not open [(i.e., in the Idle State)], a sector is considered to be serving the access

---

358.  Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 154.

359.  *See, e.g.*, TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 6.8.6.2.2, p. 6.125 (Indicating that the "NeighborChannel" parameter for the SectorParameters message consists of the "Channel record specification for the neighbor channel.").

360.  Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 154.

361.  *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 6.6.6.1.2, p. 6.62-6.63.

362.  *Id.*

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
      UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
      DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

---

terminal when the access terminal is monitoring that sector's control channel."[363]  The

remaining three sets of pilots are categorized according to various rules and are maintained for

conducting Route Updates where appropriate, *i.e.*, Access Terminal handoffs[364] from one

Access Network to another.

       **i.**    **Operations of the Default Route Update Protocol specific
            to the Idle State.**

      While in the Idle State, the Access Terminal maintains the Active Set of pilots on its own

without receiving instructions from any Access Network.[365]  "The access terminal shall

initially keep an Active Set of size one when it is in the Idle State.  The Active Set pilot shall be

the pilot associated with the Control Channel the access terminal is currently monitoring."[366]

The Access Terminal continuously compares the pilots maintained in the four pilot sets and

---

363.  *Id.*

364.  A handoff is "[t]he act of transferring communication with an access terminal from one
sector to another."  Telecommunications Industry Association, TIA-866-A (Revision of TIA-
866), *Introduction to cdma2000 Spread Spectrum Systems* (Arlington, VA: Jan. 2006), § 1.2.1,
p. 1.3.  In 1xEV-DO, the term "route update" is typically used in place of "handoff."  There are
two primary types of handoffs in 1xEV-DO Rel. 0 that occur various states: the "hard handoff"
and the "soft handoff."  A hard handoff is "characterized by a temporary disconnection of the
Traffic Channel.  Hard handoffs occur when the access terminal changes to a new CDMA
frequency."  *Id.*, § 1.2.1, p. 1.5.  In contrast, a soft handoff is "a handoff occurring while the
access terminal is in the Connected State of the Default Route Update Protocol.  This handoff is
characterized by pointing the DRC from one sector to another on the same CDMA frequency
assignment."  *Id.*, § 1.2.1, p. 1.8.

365.  *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
6.6.1, p. 6.55 ("In [][the Idle] State, the access terminal autonomously maintains the Active
Set.").

366.  *Id.*, § 6.6.6.1.5.1, p. 6.69.

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

uses "pilot strengths to decide which sector's Control Channel it monitors."[367] For example, if

the pilot of the Access Network acquired by the Access Terminal after initial power-on has a

lower signal strength compared to a newly searched pilot then the Access Terminal will stop

monitoring the first Access Network sector Control Channel and it will begin monitoring the

new Access Network sector Control Channel.[368] This process is called an Idle State Route

Update (i.e., idle handoff)[369] and is initiated by the Access Terminal without direct

involvement from any Access Network.[370]

Idle State Route Updates occur under two scenarios: (1) before session establishment,

and (2) after session establishment but before connection establishment. An Access Terminal

conducting an Idle State Route Update prior to session establishment can seamlessly switch to

any Access network, even if part of a different system (i.e., subnet), without having to send

transmissions to any Access Network.[371] However, an Access Terminal conducting an Idle

367.   Id., § 6.6.6.1.2, p. 6.62.

368.   While monitoring the Control Channel of the new Access Network, the Access Terminal
receives and processes the new Access Network's Overhead Messages as explained in the
Technical Explanations, Section III(B)(3)(c)(i), supra. As long as the new Access Network
belongs to a preferred system, as listed on the Access Terminal's Preferred Roaming List
System Table, the Idle State Route Update completes.

369.   An idle handoff is "[t]he act of transferring reception of the Control Channel from one
sector to another, when the access terminal is in the Idle State of the Default Route Update
Protocol." TIA-866-A (Revision of TIA-866), Introduction to cdma2000 Spread Spectrum
Systems, § 1.2.1, p. 1.5.

370.   See Etemad, cdma2000 Evolution: System Concepts and Design Principles, p. 154
("During this search, if the mobile station detects a pilot channel signal from another base
station that is sufficiently stronger than that of the current base station, the mobile station
determines that an idle handoff should occur.").

371.   An Access Terminal can initiate an autonomous Idle State Route Update prior to session

- 79 -

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

State Route Update after session establishment, but before connection establishment, needs to
either close the current session and open a new session with the new Access Network or the
wireless carrier needs to use the A13 interface to transfer authentication and session
configuration parameters similar to what is implemented for Connected State Route Updates.
[372] While in the Idle State, if a session is established or is being established, the Access
Terminal sends the Access Network "RouteUpdate messages to update its location with the
access network."[373][374] The Access Terminal transmits RouteUpdate messages either when
"the computed value *r* is greater than the value provided in the RouteUpdateRadius field of the
SectorParameters message transmitted by the sector in which the access terminal last sent a
RouteUpdate message[,]"[375] or "whenever it transmits on the Access Channel."[376]

establishment because the Default Session Management Protocol is in the Inactive State until
the Access Probe process. "In this state there are no communications between the access
terminal and the access network. The access terminal does not maintain any session-related
state and the access network may be unaware of the access terminal's existence within its
coverage area when the access terminal's Session Management Protocol is in this state."
TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, § 5.2.6.1.4,
p. 5.9.

372.  *See Technical Explanations*, Section III(B)(3)(d)(ii), *infra*.

373.  TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
6.6.6.1.5.4, p. 6.70.  In other words, while in the Idle State, "RouteUpdate messages from the
access terminal are based on the distance between the sector where the access terminal last sent
a RouteUpdate message and the sector currently in its active set." *Id.*, § 6.6.6.1.5, p. 6.69.

374.  *See id.*, § 6.6.6.2.1, p. 6.76 (Listing the following data fields for the RouteUpdate
message: MessageID, MessageSequence, ReferencePilotPN, ReferencePilotStrength,
ReferenceKeep, NumPilots, PilotPNPhase, ChannelIncluded, Channel, PilotStrength, Keep,
and a Reserved field.).

375.  *Id.*, § 6.6.6.1.5.4, p. 6.71.

376.  *Id.*, § 6.6.6.1.5.4, p. 6.70.

- 80 -

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

### ii. Operations of the Default Route Update Protocol specific to the Connected State.

While in the Connected State, the Access Network dictates the Access Terminal's Active Set of pilots.[377] "The access network determines the contents of the Active Set through TrafficChannelAssignment messages."[378] These messages contain various data fields[379] including the pilots (labeled as PilotPN field) belonging to the Access Networks the Access Terminal must access for receiving Internet access service. "If the access terminal receives a valid TrafficChannelAssignment message, it shall replace the contents of its current Active Set with the pilots specified in the message."[380] In other words, while a connection is established, the Access Network dictates the list of additional Access Networks the Access Terminal must choose from when conducting Route Updates (*i.e.*, handoffs). While in the Connected State, and unlike in the Idle State, the Access Terminal sends "RouteUpdate message[s] to the access network... to request addition or deletion of pilots from its Active Set."[381] The Access Terminal transmits RouteUpdate messages when there are "changes in the radio link between the access terminal and the access network, obtained through pilot strength measurements at

---

377.   *See id.*, § 6.6.1, p. 6.55 ("In [][the Connected] state the access network dictates the access terminal's Active Set.").

378.   *Id.*, § 6.6.6.1.6, p. 6.71.

379.   *See id.*, § 6.6.6.2.2, p. 6.78 (Listing the following data fields for the TrafficChannelAssignment message: MessageID, MessageSequence, ChannelIncluded, Channel, FrameOffset, DRCLength, DRCChannelGain, AckChannelGain, NumPilots, PilotPN, SofterHandoff, MACIndex, DRCCover, RABLength, RABOffset and a Reserved field.).

380.   *Id.*, § 6.6.6.1.6.3.2, p. 6.72.

381.   *Id.*, § 6.6.6.1.6.5, p. 6.73.

- 81 -

DECLARATION UNDER PENALTY OF PERJURY

RE:   The independent operations of the FBI's cell site emulators, etc. used to locate the
      UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
      DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

---

the access terminal."[382]  "The access network should send a TrafficChannelAssignment

message to the access terminal in response to changing radio link conditions, as reported in the

access terminal's RouteUpdate messages."[383]  "The access network should only specify a pilot

in the TrafficChannelAssignment message if it has allocated the required resources in the

associated sector.  This means that the sector specified by the pilot is ready to receive data from

the access terminal and is ready to transmit queued data to the access terminal should the

access terminal point its DRC at that sector."[384]  The process of an Access Terminal selecting a

new Access Network is called a Connected State Route Update (*i.e.*, soft and hard handoffs)[385]

and requires significant collaboration between the Access Terminal, the serving Access

Network, the new Access Network, and the underlying packet data network.[386]

     In order to not interrupt the Access Terminal user's Internet connection during a

Connected State Route Update, the wireless carrier needs to use the A13 interface to transfer

authentication and session configuration parameters from the current Access Network to the

---

382.   *Id.*, § 6.6.6.1.6, p. 6.71.

383.   *Id.*, § 6.6.6.1.6.3.1, p. 6.72.

384.   *Id.*

385.   *See* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 255 ("In
1X EV-DO the soft handoff is only supported in the reverse link and it follows a procedure very
similar to cdma2000.  In the forward link, however, there is no soft handoff and the network
transmits the data only on the best sector selected by the AT on the DRC channel.").

386.   *See id.*, p. 256 (explaining the Connected State Route Update process in the context of
the air interface); ANSI/TIA-878-2, *Interoperability Specification (IOS) for High Rate Packet
Data (HRPD) Radio Access Network Interfaces with Session Control in the Access Network*
(explaining the Connected State Route Update process in the context of the "underlying
network," *i.e.*, the A13 interface).

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

new Access Network.[387] The A13 interface is a direct link between the current serving Access Network and the Access Network of which the Access Terminal is having its signal routed over the air interface.[388] The A13 interface is separate from the air interface used by the Access Network and Access Terminal to communicate via radio waves.[389] "The procedure for the A13 interface is a message flow to exchange AT and PDSN information between the ANs[]"[390] involved in a Connected State Route Update (i.e., handoff). During a handoff, "[w]hen the target AN receives a packet from an AT that contains a UATI that is not in a subnet that is associated with the target AN, the target AN attempts to retrieve session related information from the source AN for the AT. The target AN sends an A13-Session Information Request message to the source AN to indicate the information requested. The target AN shall include the determined UATI, Security Layer Packet and Sector ID."[391] "When the source AN receives an A13-Session Information Request message it checks if the session information for

387.   See id., p. 265 ("In an enhanced 1X-EV DO system; different access networks can be connected to each other with an IOS-A13 interface defined within IOS [(i.e., IS-878-2 )]. This interface is required to support mobility procedures when the AT moves from one AN to another. The A13 interface allows the transfer of authentication and session configuration parameters from the old AN to the new AN. The interface is based on the UDP/IP and uses messages defined in the IOS.").

388.   See ANSI/TIA-878-2, Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Radio Access Network Interfaces with Session Control in the Access Network, § 3.6.1, Figure 3.6.1-1, "Inter-PCF/Intra-PDSN Dormant AN-AN HO - Successful Operation," p. 3.15 (Connected State Route Update diagram showing the A13 interface directly linking two different Access Networks separate from the air interface).

389.   See id., § 2.4.1, p. 2.4 ("The IOS application is independent of the underlying physical transport medium, which is left to the discretion of operators and manufacturers.").

390.   Id., § 2.4.2, p. 2.4.

391.   Id., § 2.4.2.1.1, p. 2.5.

- 83 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

the requested AT exists and if it can authenticate the target AN request. After the source AN has successfully authenticated the message contained in the A13-Session Information Request message and has the requested session state information, it sends an A13-Session Information Response message to the target AN with the requested information."[392][393] Once the target AN receives the A13-Session Information Response message, the handoff is complete when "[t]he AT and the target AN complete the establishment of the HRPD session. Depending on the state of the AT and the target AN, either an existing HRPD session may be re-established, or a new HRPD session may be initiated if required."[394]

e. **Open-loop and closed-loop power control of Access Terminal transmissions.**

Regardless of implementation, all "CDMA base stations control the power of all mobiles for interference reduction purposes. All mobile signals must arrive at the base station at the same power level so that the signals can be properly coded. Power control is a required operational parameter of CDMA digital system operations."[395] In 1xEV-DO Rel. 0, "[t]he access terminal shall provide two independent means for output power adjustment: an open-loop estimation performed by the access terminal and a closed-loop correction involving both

---

392.  *Id.*, § 2.4.2.2.1, p. 2.5.

393.  In the alternative, if the source Access Network does not respond to the A13-Session Information Request message then "the target AN may begin a new session establishment with the AT." *Id.*, § 2.4.2.1.2, p. 2.5.

394.  *Id.*, § 3.6.1(d), p. 3.16.

395.  Bedell, *Cellular/PCS Management: A Real World Perspective*, p. 227.

- 84 -

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

the access terminal and the access network."[396]  "In closed-loop power control, based on the
measurement of the link quality, the base station sends a power control command instructing
the mobile to increase or decrease its transmission power level.  In open-loop power control,
the mobile adjusts its transmission power based on the received signaling power from the base
station."[397]  The proceeding subsections explain the open-loop and closed-loop power control
utilized by Access Terminals while sending reverse link transmissions to Access Networks.

### i.    Reverse Access Channel power control.

When establishing a session and opening a connection using the Access Probe process,
open-loop power control is used to determine the power at which the Access Terminal transmits
signals to the Access Network.  As explained in Section III(B)(3)(c)(ii), *supra*, each Access
Probe is an independent signal sent by the Access Terminal using both a pilot channel and data
channel.  In this context, the pilot channel and data channel make up the two part Reverse
Access Channel with the pilot channel being sent first for a period of time (*i.e.*, the preamble)
followed by the pilot channel and data channel being sent together for a period of time.[398]  In
order to calculate the mean transmit power used for the overall Reverse Access Channel, the
Access Terminal measures the mean receive power of forward link signals broadcast by the
Access Network and adds the negative of the resulting value to the values contained in the

396.    TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
9.2.1.2.4, p. 9.23.

397.    Chuah *et al.*, *Design And Performance Of 3G Wireless Networks And Wireless LANs*, p.
7.

398.    *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
9.2.1.3.2, p. 9.34, Figure 9.2.1.3.2-1, "Example of an Access Probe."

- 85 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

OpenLoopAdjust and ProbeInitialAdjust data parameters broadcast by the Access Network via the AccessParameters message.[399][400][401]   In order to determine the transmit power for each individual Access Probe sent as part of an Access sub-attempt, the Access Terminal multiplies the Access Probe number by the PowerStep value (provided to the Access Terminal via the AccessParameters message) and adds that value to the previously calculated mean transmit power used for the overall Reverse Access Channel.[402][403]   During the preamble portion of any given Access Probe, the pilot channel is transmitted at the full calculated transmit power used for the Reverse Access Channel considering no data channel is transmitted.[404]   During the data transmission portion of any given Access Probe, the Access Terminal uses the DataOffsetNom and DataOffset9k6 data parameter values (provided as public data of the Access Channel MAC Protocol) to determine the power at which to transmit the pilot channel and data channel.[405]

---

399.   *See id.*, § 8.3.6.1.4.1.1, p. 8.25, No. 4 (providing mathematical equation).

400.   The OpenLoopAdjust value sent to the Access Terminal by the Access Network contains "the nominal power to be used by access terminals in the open loop power estimate..." *Id.*, § 8.3.6.2.6, p. 8.32.

401.   The ProbeInitialAdjust value sent to the Access Terminal by the Access Network contains "the correction factor to be used by access terminals in the open loop power estimate for the initial transmission on the Access Channel..." *Id.*

402.   *See id.*, § 8.3.6.1.4.1.1, p. 8.25, No. 4 (providing mathematical equation).

403.   The PowerStep designates "the increase in power between probes, in resolution of 0.5 dB." *Id.*, § 8.3.6.2.6, p. 8.32.

404.   *See id.*, § 9.2.1.3.2, p. 9.34 ("The output power of the Pilot Channel during the preamble portion of an access probe is higher than it is during the data portion of the probe by an amount such that the total output power of the preamble and data portions of the access probe are the same as shown in Figure 9.2.1.3.2-1.").

405.   *See id.*, § 9.2.1.2.4.1, p. 9.23-9.24.

- 86 -

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

When data is being transmitted, the combined transmit power of the pilot channel and data channel total the full calculated transmit power used for the Reverse Access Channel.[406] While engaging in Access Attempts as explained in Section III(B)(3)(c)(ii), *supra*, the Access Terminal uses the open-loop power control process explained above.

### ii.   Reverse Traffic Channel power control.

After a connection is open and a Reverse Traffic Channel assigned to the Access Terminal by the Access Network,[407] a combination of open-loop and closed-loop power control is used to determine the power at which the Access Terminal transmits signals to the Access Network.[408] "When the access terminal is transmitting the Reverse Traffic Channel, the access terminal transmits the Pilot Channel, the DRC Channel, the ACK Channel when acknowledging received physical layer packets, and the Data Channel when transmitting physical layer packets.  These channels shall be transmitted at power levels according to open-loop and closed-loop power control."[409]  For the initial open-loop power estimate, "[t]he initial mean output power of the Pilot Channel of the Reverse Traffic Channel shall be equal to the

---

406.   *See id.*

407.   While communicating with the Access Network after a Reverse Traffic Channel is assigned, the Access Terminal configures its transmissions using various well known fall-back data values or data values as designated by the Access Network via ConfigurationRequest messages (sent according to the the Generic Configuration Protocol) containing attributes including the PowerParameters Attribute and the RateParameters Attribute (both of which contain numerous data fields and records sent to and stored by the Access Terminal). *See id.*, § 8.5.7, p. 8.79-8.84.

408.   *See id.*, § 9.2.1.2.1.2, p. 9.22 ("When the access terminal is transmitting the Reverse Traffic Channel, the access terminal shall control the mean output power using a combination of closed-loop and open-loop power control...").

409.   *Id.*, § 9.2.1.2.1.2, p. 9.22-9.23.

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
    UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
    DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

mean output power of the Pilot Channel at the end of the last Access Channel probe minus the

difference in the forward link mean received signal power from the end of the last Access

Channel probe to the start of the Reverse Traffic Channel transmission."[410] "During the

transmission of the Reverse Traffic Channel, the determination of the output power needed to

support the Data Channel, the DRC Channel, and the ACK Channel is an additional open-loop

process performed by the access terminal."[411][412] This process utilizes the DataOffsetNom,

DataOffset9k6, DataOffset19k2, DataOffset38k4, DataOffset76k8, DataOffset153k6,

DRCChannelGain, and ACKChannelGain data parameter values (provided as public data of the

Reverse Traffic Channel MAC Protocol) to determine the power at which to transmit the

various noted channels relative to the mean output power of the pilot channel.[413] The

subsequent mean output power of the reverse link pilot channel is dictated by the Access

Network through closed-loop power control. "For closed-loop correction (with respect to the

open-loop estimate), the access terminal shall adjust the mean output power level of the Pilot

Channel in response to each power-control bit received on the Reverse Power Control (RPC)

---

410.   *Id.*, § 9.2.1.2.4.1, p. 9.24.

411.   *Id.*

412.   *See also* Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 255
("The reverse power control is directly applied to the pilot/RRI channel only, and the power
levels allocated to the DRC, ACK, and data channels are adjusted by a fixed gain relative to the
pilot/RRI channel.  The channel gains are defined based on the coding gain, the target
reliability, and the data rate for each channel to achieve the desired performance.").

413.   *See* TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
9.2.1.2.4.1, p. 9.24-9.25.

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
     UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
     DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

---

Channel."[414]  Whenever a connection is open, "the access network continuously transmits '0'

(up) or '1' (down) RPC bits to the access terminal, based on measurements of the reverse link

signal quality.  If the received quality is above the target threshold, a '1' bit is transmitted.  If

the received quality is below the target threshold, a '0' bit is transmitted."[415]  Through

commands sent to the Access Terminal over the air interface, the Access Network is able to

increase or decrease the Access Terminal transmit power at least ±24 dB around the Access

Terminal's open-loop transmit power estimate.[416]

### f.  Synchronization and timing of transmitted signals.

"All sector air interface transmissions are referenced to a common system-wide timing

reference that uses the Global Positioning System (GPS) time, which is traceable to and

synchronous with Universal Coordinated Time (UTC)."[417][418]  Based on the GPS time

maintained by the Access Network, the Access Terminal establishes "a time reference that is

---

414.  *Id.*, § 9.2.1.2.4.2, p. 9.25.

415.  *Id.*, § 9.2.1.4, p. 9.53.

416.  *See id.*, § 9.2.1.2.4.2, p. 9.26.

417.  *Id.*, § 1.14, p. 1.17.

418.  *See also* USDOD, *Global Positioning System Standard Positioning Service
Performance Standard* (4th ed. 2008), Appendix C, p. C-2 ("GPS Time.  A continuous time
scale maintained by the GPS Control Segment which began at midnight on the night of 5/6
January 1980 on the Coordinated Universal Time (UTC) scale as established by the U.S. Naval
Observatory (USNO)"); Smithsonian: National Air and Space Museum [website], *How Does
GPS Work?*, http://www.nasm.si.edu/exhibitions/gps/work.html (last accessed: Dec. 1, 2011)
("GPS operations depend on a very accurate time reference, which is provided by atomic
clocks at the U.S. Naval Observatory.  Each GPS satellite has atomic clocks on board.").

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

used to derive timing for the transmitted chips, symbols, slots, frames, and system timing."[419]
"The access terminal initial time reference shall be established from the acquired Pilot Channel
and from the Sync message transmitted on the Control Channel."[420]  In other words, through
the Pilot Channel and Sync message, the Access Network instructs the Access Terminal to
transmit signals only at specific time intervals.  Because the Access Terminal time reference is
"used as the transmit time reference of the Reverse Traffic Channel and the Access
Channel[,]"[421]  the Access Network always knows the time at which the Access Terminal
transmits a signal.  For example, "The Access Channel Cycle specifies the time instants at
which the access terminal may start an access probe."[422]  Similarly, the Access Network
transmits to the Access Terminal at specified times.[423]  For example, "[t]he AN sends the
broadcast and common channel messages on the control channel slots in every 256 slots =
426.67 ms."[424]

---

419.   TIA/EIA/IS-856-1, *cdma2000 High Rate Packet Data Air Interface Specification*, §
9.2.1.6, p. 9.54.

420.   *Id.*

421.   *Id.*

422.   *Id.*, § 8.3.6.1.2, p. 8.22.

423.   *See* Korowajczuk, *Designing cdma2000 Systems*, p. 396 ("The AN (sector) also uses the
system time as a reference for all its time-critical transmission components, including pilot PN
sequences, slots and Walsh functions.").

424.   Etemad, *cdma2000 Evolution: System Concepts and Design Principles*, p. 238.

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

### g. Relevant miscellaneous 1xEV-DO Rel. 0 cellular data network operations.

#### i. Signal interference.

All cellular systems, including those supporting 1xEV-DO Rel. 0, are susceptible to signal interference on the air interface. The FCC defines signal interference as "[t]he effect of unwanted energy due to one or a combination of emissions, radiations, or inductions upon reception in a radiocommunication system, manifested by any performance degradation, misinterpretation, or loss of information which could be extracted in the absence of such unwanted energy."[425] "Interference usually occurs between two radio signals whose frequencies are too close together, or even identical."[426] Two common types of interference in a cellular network are cochannel interference and adjacent channel interference. "Cochannel interference occurs when there are two or more transmitters within a cellular system, or even a neighboring cellular system, that are transmitting on the *same* frequency (channel). This type of interference is usually generated because channel sets have been assigned to two cells that are *not far enough apart*; their signals are strong enough to cause interference to each other."[427] "Adjacent channel interference is caused by the *inability* of a mobile phone to filter out the signals (frequencies) of adjacent channels assigned to side-by-side cell sites []."[428] "There are other types of interference that occasionally plague cellular systems. The most common form of interference, other than cochannel and adjacent channel interference, is

---

425.  47 C.F.R. § 2.1(c).

426.  Bedell, *Cellular/PCS Management: A Real World Perspective*, p. 43.

427.  *Id.*

428.  *Id.*, p. 45.

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:   The independent operations of the FBI's cell site emulators, etc. used to locate the
      UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
      DGC (D.Ariz.);

BY:   Daniel David Rigmaiden

*intermodulation* interference (IM)."[429]  "Intermodulation interference describes the effect of

several signals mixing together to produce an unwanted signal, or even no signal at all."[430]

        In order to avoid signal interference on the air interface, wireless carriers implement

frequency coordination defined as "the effort to assign frequencies to cellular channels in such

a way as to minimize interference within your *own* cellular system and *neighboring* systems of

different wireless carriers."[431]  Wireless carriers use both intramarket and intermarket

frequency coordination.  Intramarket frequency coordination is done internally by each wireless

carrier and "is based on a frequency-reuse growth plan using the hex grid."[432]  "The

configuration and planning of [][each cell within the hex grid] is chosen to minimize the

interference from another cell and thus maximum capacity can be achieved."[433]  Intermarket

frequency coordination "is external to a wireless carrier's cellular system, and involves

coordinating frequency assignments with neighboring cellular systems[]."[434]  "The FCC

dictates that all reasonable actions must be taken to limit and/or reduce interference between

two cellular systems."[435]  For example, the FCC requires that "[l]icensees in the Cellular

Radiotelephone Service must coordinate, with the appropriate parties, channel usage at each

---

429.   *Id.*

430.   *Id.*

431.   *Id.*

432.   *Id.*, p. 42.

433.   Chuah *et al.*, *Design And Performance Of 3G Wireless Networks And Wireless LANs*, p.
       2.

434.   Bedell, *Cellular/PCS Management: A Real World Perspective*, p. 42.

435.   *Id.*

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
     UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
     DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

transmitter location within 121 kilometers (75 miles) of any transmitter locations authorized to

other licensees or proposed by tentative selectees or other applicants, except those with

mutually exclusive applications."[436]  Additionally, the FCC has strict guidelines that must be

followed by wireless carriers to prevent and correct network issues that cause interference with

800mhz Public Safety Radio Service,[437] *i.e.*, radios used by ambulances, firefighters, police

officers, *etc.*

### ii. Hybrid Access Terminal operations for non-telephones, *e.g.*, aircards.

As explained in Section III(B)(2)(a), *supra*, most Access Terminals are hybrid Access

Terminals (HATs) meaning they are capable of communicating with both 1xEV-DO cellular

data networks and 1xRTT cellular data/voice networks.  An example of a HAT that supports all

connection types across both networks (*i.e.*, 1xEV-DO high speed Internet, 1xRTT low speed

Internet, 1xRTT telephone calls, and 1xRTT SMS text messages) is a "smart phone."[438]  An

example of a HAT that supports 1xEV-DO data connections and 1xRTT data connections (but

---

436.   47 C.F.R. § 22.907; *see also* 47 C.F.R. § 22.351 ("All applicants for, and licensees of, stations in the Public Mobile Services shall cooperate in the selection and use of channels in order to minimize interference and obtain the most efficient use of the allocated spectrum.").

437.   *See* 47 C.F.R. § 22.970 *et seq.*;  47 C.F.R. § 22.971(a) ("Any licensee who, knowingly or unknowingly, directly or indirectly, causes or contributes to causing unacceptable interference to a non-cellular part 90 [(*i.e.*, Public Safety Radio Service)] of this chapter  licensee in the 800 MHz band, as defined in § 22.970, shall be strictly accountable to abate the interference, with full cooperation and utmost diligence, in the shortest time practicable.").

438.   "Smart Phone: Wireless phones with advanced data features and often keyboards. What makes the phone 'smart' is its ability to better manage data and Internet access."  CTIA [website], *Wireless Glossary of Terms Q-S*, http://www.ctia.org/media/industry_info/index.cfm/ AID/10406 (last accessed: Aug., 30, 2011).

- 93 -

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.);

BY: Daniel David Rigmaiden

not voice connections) is an aircard that plugs into a host laptop computer.[439] In the context of an aircard, support for 1xRTT provides an SMS text message service and low speed Internet access in places where 1xEV-DO High Rate Packet Data (HRPD) service is unavailable. Hybrid Access Terminals should not be confused with SVDO Access Terminals.[440] Hybrid Access Terminals allow for data connections via 1xEV-DO air links or a data and/or voice connection via 1xRTT air links, but not at the same time.[441] In contrast, SVDO Access Terminals allow for *simultaneous* 1xEV-DO and 1xRTT air links with traffic channels assigned for each link.[442][443] In the context of an SVDO Access Terminal consisting of hardware capable of supporting voice calls, if a 1xEV-DO data connection is open during the time of an incoming voice page, the Access Terminal stays in the connected state (*i.e.*, no impact on 1xEV-DO data session) while it utilizes separate radio channels to connect the incoming voice call.[444] In contrast, a voice capable Hybrid Access Terminal under the same scenario will drop

---

439.  *See* United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 11 of *1ˢᵗ Consolidated Exhibits* (Dkt. #587-1) (government web research on aircard).

440.  SVDO Access Terminals were not being marketed in the year 2008.

441.  *See* TIA-1157-A, *Signaling Conformance Test Specification for Interworking of CDMA2000 1X and High Rate Packet Data Systems, Revision A*, § 1.2, p. 1.1 (A Hybrid Access Terminal is a "[h]ybrid mode device that can support cdma20001x [(*e.g.*, 1xRTT)] and HRPD [(*e.g.*, 1xEV-DO)] by periodic monitoring [of] the paging channel of cdma20001x.").

442.  *See id.*

443   The simultaneous voice and data operation of an SVDO Access Terminal should not be confused with the "concurrent services" operation of a Hybrid Access Terminal using solely 1xRTT to concurrently access low speed Internet and a voice call.

444.  *See id.*, § 3.6, p. 3.4-3.5 (Outlining test guidelines to "verif[y] a voice call termination in active HRPD mode for SVDO capable AT.").

- 94 -

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
    UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
    DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

---

the 1xEV-DO air link (if the user chooses to answer the call) so that resources are freed to

connect the incoming voice call on the 1xRTT system.[445]

      The technical standard labeled IS-878-2 provides instructions on how a Hybrid Access

Terminal handles incoming 1xRTT voice calls (via pages) under various scenarios while in

"Active Mode," *i.e.*, having an open 1xEV-DO data connection.[446][447]  Under a scenario

applicable to "concurrent services," if a voice capable Hybrid Access Terminal receives a

1xRTT page from a Base Station (indicating an incoming voice call) while engaged in an open

1xEV-DO data connection with an Access Network, the Access Terminal will (1) stop

transmitting to the Access Network, (2) respond to the page by communicating with the Base

Station over the air interface, (3) receive an "Alert with Info" message from the Base Station

instructing the telephone hardware to ring, and (4) have its 1xEV-DO packet data session

handed off to the 1xRTT system for concurrent call/data services (*i.e.*, low speed Internet and

voice simultaneously).[448]  During the above explained process, the Base Station will establish

a 1xRTT packet data session to take the place of the previous 1xEV-DO packet data session so

---

445.  *See id.*, § 3.2, p. 3.1-3.2 (Outlining test guidelines to "verif[y] a voice call termination
when in HRPD Active Mode.").

446.  *See* ANSI/TIA-878-2, *Interoperability Specification (IOS) for High Rate Packet Data
(HRPD) Radio Access Network Interfaces with Session Control in the Access Network*, § 4.2 *et
seq.*, p. 4.7.

447.  An Access Terminal "is in Active Mode when it has a session established with an HRPD
system, a PPP session established and an air-interface connection open with the HRPD
system." TIA-1157-A, *Signaling Conformance Test Specification for Interworking of
CDMA2000 1X and High Rate Packet Data Systems, Revision A*, § 1.6, p. 1.2.

448.  *See* ANSI/TIA-878-2, *Interoperability Specification (IOS) for High Rate Packet Data
(HRPD) Radio Access Network Interfaces with Session Control in the Access Network*, § 4.2.1,
p. 4.7-4.9 & Fig. 4.2.1-1.

DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

that Internet access will be maintained while the voice call is in progress.[449] Under a similar

scenario but applicable to Access Terminals with **no** support for "concurrent services," the

same first three steps are completed but no request will be made to handoff the 1xEV-DO

packet data session to the 1xRTT network.[450] Under this variant, the Access Network starts a

"$T_{airdrop}$" timer and releases the entire 1xEV-DO session if it does not receive a 1xEV-DO

transmission from the Access Terminal within a period of time ranging from 0.1 to 60.0

seconds as set by the wireless carrier.[451] If the user of the Hybrid Access Terminal answers the

ringing phone, the Access Network's timer eventually runs out and it closes the Access

Terminal's PPP session established with the PDSN and its HRPD session established with the

Access Network.[452] If the call is not answered by the Access Terminal user, the Access

Terminal resumes transmissions over the 1xEV-DO air link and the 1xEV-DO connection

resumes.

Regardless of whether concurrent services are supported, none of the above applies to

Hybrid Access Terminals that do not support voice calls (*e.g.*, aircards). A factory set Hybrid

Access Terminal lacking telephone hardware will ignore 1xRTT pages resulting from typical

incoming voice calls and the 1xEV-DO data connection will not be disrupted. Under both

---

449.  *See id.*

450.  *See id.*, § 4.2.2, p. 4.10-4.11 & Fig. 4.2.2-1.

451.  *See id.*, § 5.3, p. 5.10 (Showing $T_{airdrop}$ timer with s default value of 5 seconds and a possible range of 0.1-60.0 seconds); § 5.3.1.1 ($T_{airdrop}$ is an Access Network timer indicating "when an HRPD connection has been lost. The timer is started by the AN when it determines that it is not receiving any transmissions from the MS/AT and stopped when the AN resumes receiving transmissions from the MS/AT or upon receipt of the A9-Disconnect-A8 message.").

452.  *See id.*, § 4.2.2, p. 4.10-4.11 & Fig. 4.2.2-1.

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
    UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
    DGC (D.Ariz.);

BY: Daniel David Rigmaiden

scenarios explained above, the IS-878-2 technical standard states that "[t]he MS/AT may ignore
this Page Message to continue the HRPD session. If the MS/AT ignores the message, the
following steps are not performed."[453] Because non-telephone Hybrid Access Terminals have
no reason to respond to 1xRTT pages for voice calls, let alone issue connect orders for the calls,
they ignore all incoming telephone calls and never even reach the first step of ceasing
transmissions to the Access Network.

        **C.    Explanation of the term "triangulation" applicable to geolocation of
            radio frequency (RF) signals.**

      "In navigation, surveying, and civil engineering, triangulation is a technique for precise
determination of a ship's or aircraft's position, and the direction of roads, tunnels, or other
structures under construction. It is based on the laws of plane trigonometry, which state that, if
one side and two angles of a triangle are known, the other two sides and angle can be readily
calculated."[454] However, in the context of geolocating wireless devices via radio signals,[455]
the meaning of triangulation has evolved into a generically used term encompassing any

---

453.  *See id.*, § 4.2.1, p. 4.8 (a); *id.* § 4.2.2, p. 4.10 (a);

454.  Hosch, William L., ed., *The Britannica Guide to Algebra and Trigonometry*, (New York,
NY: Britannica Educational Publishing, 2011), p. 266-67.

455.  "*Geolocation* of RF signals is defined as the problem of precise localization (or
geolocation) of spatially separated sources emitting electromagnetic energy in the form of
*radio signals* within a certain frequency bandwidth by observing their received signals at
spatially separated sensors (or array elements) of the geolocation of RF signals system...
*Geolocation of RF signals* is of considerable importance occurring in many fields, including
radar, sonar, mobile communications, radio astronomy, seismology, unmanned air vehicle
(UAV) for intelligence gathering information, emergency and rescue personnel, mining and
agriculture, drilling, aviation, ground transportation, naval, *etc.*" Progri, Ilir, *Geolocation of
RF Signals: Principles and Simulations* (New York, NY: Springer, 2011), p. 5.

## DECLARATION UNDER PENALTY OF PERJURY

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
DGC (D.Ariz.);

BY: Daniel David Rigmaiden

---

number of radio signal measurements taken at two or more collection points (simultaneity is

**not** required) where radio signals are received from a wireless device.[456] Triangles, angles,

and stationary measurement points (as are needed in traditional triangulation) are not necessary

elements of radio signal triangulation. Inventors of wireless device locating technology use the

term "triangulation" to generically refer to any number of geolocation measurement techniques

used to locate wireless devices.[457] For example, Bromhead *et al.*, inventors of wireless device

geolocation technology, applied the term "triangulate" in reference to using signal power levels

and signal timing measurements as a way to locate a wireless device.[458] Hildebrand *et al.*

(Harris), inventors of wireless device geolocation technology, explained "triangulation" as

using two receivers to determine radio signal angle of arrival and time difference of arrival to

locate a cellular device.[459] Dupray *et al.*, inventors of *Geographic Location Using Multiple*

---

456.   *See, e.g.*, *ECPA Reform and the Revolution in Location Based Technologies and Services*, 111th Cong. 2nd sess. (Jun. 24, 2010), APPENDIX, "Materials Submitted for the Hearing Record" (Written Responses of Matt Blaze), p. 138 (PDF, p. 142) ("'Triangulation' in this context refers to a range of techniques for more precisely locating a cellular subscriber handset by comparing the radio signal received from the handset at multiple vantage points.").

457.   Even traditional "triangulation" sometimes adopts a broader generic meaning that encompasses "trilateration." *See* Morris, Christopher G., ed., *Academic Press Dictionary of Science and Technology*, (San Diego, CA: Gulf Publishing Group, 1992), p. 2265 (Defining **"trilateration"** as "a method of land surveying that uses triangulation to measure the distance between a series of points on the earth's surface.").

458.   *See* Bromhead, Nicholas and McCarthy, Mathtew N., *Sub-Sector Timing Advance Positions Determinations*, U.S. Patent App. No. 2004/0203921 (Thornbury, AU: Oct. 14, 2004), *available at* http://www.freepatentsonline.com/y2004/0203921.html (last accessed: Sept. 29, 2010), p. 2, ¶ 12 ("**Signal power** level or **signal timing** measurements between the mobile terminal and three or more base stations are used to **triangulate**." (emphasis added)).

459.   *See* Hildebrand, Robert C., *et al.*, Harris Corp., *Geolocation Of Cellular Phone Using Supervisory Audio Tone Transmitted From Single Base Station*, U.S. Patent No. 6,292,665 (Indialantic: Sept. 18, 2001), *available at* http://www.freepatentsonline.com/6292665.html (last

DECLARATION UNDER PENALTY OF PERJURY

RE:  The independent operations of the FBI's cell site emulators, etc. used to locate the
     UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
     DGC (D.Ariz.);

BY:  Daniel David Rigmaiden

---

*Location Estimators*, used the term "triangulation" while explaining GPS.[460][461]  Recent

technical texts and papers also use "triangulation" to refer to measurements of distance, time,

signal power, and signal direction.[462][463]  In sum, triangulation refers to use of one or more of

the following geolocation techniques: (1) time-of-flight (TOF) (a.k.a time-of-arrival), (2) time-

---

accessed: Feb. 16, 2011),  p. 1, ln. 46-49 ("Other proposals include the use of a phased array
antenna and a pair of receiver stations to determine **angle of arrival** and difference in **time of
arrival** for **triangulation** purposes." (emphasis added)).

460.   *See* Dupray, Dennis J., *et al.*, TracBeam, LLC, *Geographic Location Using Multiple
Location Estimators*, U.S. Patent No. 7,298,327 (Golden, CO (US): Nov. 20, 2007), *available
at* http://www.freepatentsonline.com/7298327.html (last accessed: Feb. 22, 2011), p. 1, ln. 60-
63 ("Another example of a location system using time of arrival and **triangulation** for location
are satellite-based systems, such as the military and commercial versions of the Global
Positioning Satellite system ('GPS')." (emphasis added)).

461.   Pop-culture fiction novelist, Tom Clancy, also entertains his readers with a generic
triangulation concept that encompasses GPS.  *See* Preisler, Jerome, *Tom Clancy's Power Play:
Zero Hour*, (New York, NY: Berkley Publishing Group, 2003) p. 239 ("Bottom-of-the-line
[GPS] units lock on to three sats and provide a two-dimensional fix on position—latitude and
longitude.  The coordinates are arrived at by simple **triangulation**...the travel time of the
satellite signals beamed to the receiver times the speed of light [(*i.e.*, **time-of-flight**)]."
(emphasis added)).

462.   *See*, *e.g.*, Dwivedi, Himanshu *et al.*, *Mobile Application Security*, (McGraw-Hill (USA)
2010), p. 332 (Explaining "Tower **Triangulation**" as using the "relative **power levels** of radio
signals between a cell phone and a cell tower of a known location..." (emphasis added)).

463.   *See*, *e.g.*, The House Committee on Energy and Commerce, Subcommittee on
Commerce, Trade, and Consumer Protection and Subcommittee on Communications,
Technology, and the Internet, *The Privacy Implications of Commercial Location-Based
Services*, 111th Cong. (Feb. 24, 2010) (Statement by John B. Morris, Jr., General Counsel, and
Director of CDT's Internet Standards, Center for Democracy & Technology), *available at*
hhttp://democrats.energycommerce.house.gov/Press_111/20100224/Morris.Testimony.2010.02.
24.pdf (last accessed: Apr. 9, 2012), p. 4. ("[I]f two or three cell towers can detect a mobile
device at the same time, the carrier can triangulate from the towers to determine the
approximate location of the phone... [and] if needed, make calculations based on the **strength**

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: The independent operations of the FBI's cell site emulators, etc. used to locate the
   UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-
   DGC (D.Ariz.);

BY: Daniel David Rigmaiden

difference-of-arrival (TDOA), (3) angle-of-arrival (AOA), and (4) power-distance.[464]  Various

geolocation techniques are further discussed *infra*.

      For radio wave collection purposes, the traditional triangulation requirement of needing

two stationary points taking measurements simultaneously can also be written out of the

triangulation equation through use of the "approach" method.[465]  Instead of using multiple

stationary wireless device locators, such as wireless carrier cell sites, a portable/transportable

wireless device locator can use the approach method to take numerous triangulation

calculations from multiple vantage points.  In referencing this method, the USDOJ Electronic

Surveillance Manual states that "[l]aw enforcement possesses electronic devices that allow

agents to determine the location of certain cellular phones[, and b]y **shifting the location of**

**the device**, the operator can determine the phone's location more precisely using

**triangulation**."[466]  Through a different method using multipath signals, a stationary wireless

device locator, such as a wireless carrier cell site, can autonomously triangulate the location of

a wireless device.[467]  A single stationary wireless device locator can triangulate by collecting

and **direction** of a phone's signal..." (emphasis added)).

464.   Other elements of geolocation involve applying received signal measurements, statistical
functions, and data fusion to multiple triangulation calculations for increased accuracy; and
Doppler measurements for ascertaining velocity of a wireless device.  Each of these
geolocation elements is further discussed *infra*.

465.   The approach method is further explain in the *Technical Explanations*, Section III(G)(1)
(b)(v), *infra*.

466.   U.S. Dep't of Justice, *Electronic Surveillance Manual*, p. 45 (emphasis added).  *See also*
United States v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., EXHIBIT 052 of *2nd Consolidated
Exhibits* (Dkt. #821-3) (section on cell site emulators, *etc.*, p. 40-41 and 44-45).

467.   *See* Holt, Brian, Harris Corp., *Method And System For Calibrating Wireless Location*

- 100 -