## ATTACHMENT 44

### DANIEL RIGMAIDEN'S FIRST DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 44:   Daniel Rigmaiden's October 10, 2011 FOIA request letter to the EOUSA RE: seeking records on portable/transportable wireless device locators (*i.e.*, devices used to locate cell phones, cell site emulators, *etc.*) and related equipment manufactured and/or branded and/or sold by Harris Wireless Products Group (Harris Corporation) and other manufacturers/companies;

<u>FREEDOM OF INFORMATION ACT REQUEST</u>

RE: Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
     Products Group;

BY: Daniel David Rigmaiden

TO: Executive Office for United States Attorneys

October 10, 2011
Page # 1 of 9

---

[<u>Certified Mail Return Receipt Article #</u>: 7009 2250 0003 8907 7508]

Daniel Rigmaiden
Agency #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

FOIA/Privacy Staff
Executive Office for United States Attorneys
United States Department of Justice
Suite 7300, Bicentennial Building
600 E Street, N.W.
Washington, DC 20530-001

Attention:

## I.      REQUEST FOR INFORMATION

     This letter constitutes a request under the Freedom of Information Act ("FOIA"), 5
U.S.C. § 552 *et seq.* and the Department of Justice implementing regulations, 28 C.F.R. § 16.1
*et seq.* I am seeking the following four categories of records:

     1.     All department records concerning the following portable/transportable wireless
device locators (*i.e.*, devices used to locate cell phones, *etc.*) and related equipment
manufactured and/or branded and/or sold by Harris Wireless Products Group (Harris
Corporation):

    **(1)**    StingRay
    **(2)**    StingRay II
    **(3)**    AmberJack
    **(4)**    KingFish
    **(5)**    TriggerFish
    **(6)**    LoggerHead
    **(7)**    Handheld Direction Finding Antenna
    **(8)**    StingRay CDMA Software

<u>FREEDOM OF INFORMATION ACT REQUEST</u>

RE:  Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
      Products Group;
BY:  Daniel David Rigmaiden
TO:  Executive Office for United States Attorneys

October 10, 2011
Page # 2 of 9

- **(9)**   KingFish CDMA Software
- **(10)**  Geolocation (software)
- **(11)**  Tarpon (software)
- **(12)**  RealSite (software)

* *See* attached various Harris product pictures, datasheets, and price lists.

1.     All department records detailing United States Attorneys Office ("USAO")
policies, practices, and procedures to seek court orders to destroy real-time wireless device
location data obtained by the Harris portable/transportable wireless device locators and related
equipment (listed in No. 1 above) or obtained by other portable/transportable wireless device
locators. The requested records should pertain to Assistant United States Attorneys ("AUSA")
and other attorneys applying for court orders to destroy real-time location data used to further
an investigation or to facilitate an arrest.

2.     All department records detailing USAO policies, practices, and procedures to
have AUSAs and other attorneys seek one or more court orders authorizing use of pen registers,
trap and trace devices, stored records under the Stored Communications Act, and/or mobile
tracking devices—while the true intention is to use Harris portable/transportable wireless
device locators and related equipment (listed in No. 1 above) or other portable/transportable
wireless device locators. Responsive records should also include records detailing policies,
practices, and procedures instructing AUSAs and other attorneys to specifically leave out of the
order applications information regarding the Harris portable/transportable wireless device
locators and related equipment (listed in No. 1 above) or information regarding other
portable/transportable wireless device locators. The noted omitted information includes the
names of the devices and how they operate to implicate Fourth Amendment rights such as (1)
sending location finding interrogation signals into private spaces, (2) cell site emulation, (3)
hijacking cellular service, (4) man-in-the-middle attacks, (5) cracking encoding and encryption
for private cellular signals, (6) the need to write data to wireless devices using Over-The-Air
Service Provisioning (OTASP), (7) accessing A-Keys, Shared Secret Data (SSD), and other
nonpublic information within the wireless devices or in the possession of wireless carriers, (8)
making surreptitious phone calls and pings to wireless devices, (9) denial-of-service attacks,
(10) increasing transmission power of wireless devices, (11) emulating/cloning wireless
devices, (12) forcing wireless devices to send out signals, *etc.*

<u>FREEDOM OF INFORMATION ACT REQUEST</u>

RE:  Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
     Products Group;

BY:  Daniel David Rigmaiden

TO:  Executive Office for United States Attorneys

October 10, 2011
Page # 3 of 9

_____

3.    All department records detailing USAO policies, practices, and procedures to
conceal from defendants and their attorneys in criminal cases the fact that the government used
the Harris portable/transportable wireless device locators and related equipment (listed in No. 1
above), or other portable/transportable wireless device locators, to gather evidence during
related criminal investigations.

Government use of the devices listed in No. 1 above is discussed in court documents
filed under <u>United States v. Daniel David Rigmaiden</u>, CR08-814-PHX-DGC, District of
Arizona. *See* the following documents filed under CR08-814-PHX-DGC: **(1)** *Response To
Government's Memorandum Regarding Law Enforcement Privilege And Request For An Ex
Parte And In Camera Hearing If Necessary* (Dkt. #536); **(2)** *Request For Judicial Notice Of
Facts Relevant To The Issue Of Governmental Privileges* (Dkt. #501); **(3)** *First Submission Of
Redacted And Summarized Documents For Requested In Camera Inspection*; (Dkt. #588); **(4)**
*First Submission Of Consolidated Exhibits Relating To Discovery And Suppression Issues* (Dkt.
#587); and **(5)** *Motion For Disclosure Of All Relevant And Helpful Evidence Withheld By The
Government Based On A Claim Of Privilege* (Dkt. #592).

I request that the applicable records include, but not be limited to, the following:

**(1)**   electronically stored information
**(2)**   emails
**(3)**   email attachments
**(4)**   letters
**(5)**   correspondence
**(6)**   memorandums
**(7)**   documents
**(8)**   reports
**(9)**   statements
**(10)**  audits
**(11)**  purchase receipts
**(12)**  invoices
**(13)**  word processing documents
**(14)**  spreadsheets
**(15)**  graphics and presentation documents
**(16)**  images

<u>FREEDOM OF INFORMATION ACT REQUEST</u>

RE:  Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
     Products Group;

BY:  Daniel David Rigmaiden

TO:  Executive Office for United States Attorneys

October 10, 2011
Page # 4 of 9

    **(17)**   text files
    **(18)**   instant messages
    **(19)**   audio files
    **(20)**   video files
    **(21)**   voice mail
    **(22)**   internet data
    **(23)**   log files
    **(24)**   blogs
    **(25)**   calendar files
    **(26)**   text messages
    **(27)**   records of radio transmissions
    **(28)**   data dictionary files[1]
    **(29)**   metadata[2]
    **(30)**   system metadata[3]
    **(31)**   substantive metadata[4]
    **(32)**   embedded metadata[5]

       I request that the storage devices/systems to be searched include, but not be limited to, the following:

---

1.     Data dictionaries are repositories of metadata, or information about data, such as its meaning, relationships to other data, origin, usage and format.

2.     <u>Nat'l Day Laborer Org. Network v. United States Immigration & Customs Enforcement Agency,</u> 2011 U.S. Dist. LEXIS 11655, 10 Civ. 3488 (SAS) (S.D.N.Y., Feb. 7, 2011) ("[M]etadata is 'readily reproducible' in the FOIA context.").

3.     System metadata is data automatically generated by a computer system when a native file is created, modified, transmitted, deleted or otherwise manipulated by a user of such system.  This data is not part of the native file and resides as part of the computer system with a reference to the native file.

4.     Substantive metadata is data generated by the application accessing the native file such as the data reflecting the date/time the file was created or modified and data reflecting changes made to the document by the user.  This data is part of the native file and is viewable from the application used to create or modify the native file.

5.     Embedded metadata is text, numbers, content, data, or other information that is directly or indirectly inputted into a native file by a user and which is not typically visible to the user viewing the output display of the native file on screen or as a print-out.  Examples of embedded metadata include, but are not limited to, spreadsheet formulas (which display as the results of the formula operation), hidden columns, externally or internally linked files (*e.g.*, sound files in Powerpoint presentation), references to external files and content (*e.g.*, hyperlinks to HTML files or URLs), references and fields (*e.g.*, the field codes for an auto-numbered document), and certain database information if the data is part of a database (*e.g.*, a date field in a database will display as a formatted date, but its actual value is typically a long integer).

FREEDOM OF INFORMATION ACT REQUEST

RE: Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
     Products Group;

BY: Daniel David Rigmaiden

TO: Executive Office for United States Attorneys

October 10, 2011
Page # 5 of 9

(1)   workstation computers
(2)   server computers
(3)   backup systems
(4)   legacy systems
(5)   databases
(6)   hard drives
(7)   tape drives
(8)   zip disks and other disks
(9)   CDs, DVDs, Blu-ray discs, *etc.*
(10)  cartridges
(11)  magneto-optical disks
(12)  calendar systems
(13)  voice mail systems
(14)  text messaging systems
(15)  intranet systems
(16)  internet systems
(17)  personal digital assistants
(18)  cell phones and other cellular devices including Blackberry devices
(19)  home computers belonging to AUSAs and other attorneys (**to the extent, if any, they
      are used for USAO business purposes and/or case preparation**)

While complying with this FOIA request, I ask that the following EOUSA staffs be
searched for both paper and electronic records: (1) Office of the Director, (2) Counsel to the
Director, (3) Attorney General Advisory Committee, (4) Legal Programs, (5) General Counsel,
(6) Office of Enforcement Operations, and (7) the Computer Crime and Intellectual Property
Section. In addition, I request that the United States Attorneys Offices in the following
locations be searched: California, Arizona, and New York. For each state listed above, please
search all United States Attorneys Offices within the state.

## II.    FORM OF DOCUMENTS REQUESTED

I request that all digital documents be provided in their original native form with
metadata preserved. Additionally, if redactions are required, they should be done on the
original digital documents using a digital redaction process (*e.g.*, using Appligent Redax ™,
RapidRedact ™, Abobe Acrobat ™ X Pro, *etc.*) and provided in their native digitally redacted
form. I request that the native form digital documents (*e.g.*, emails, *etc.*) that are redacted by a

<u>FREEDOM OF INFORMATION ACT REQUEST</u>

RE:  Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
      Products Group;

BY:  Daniel David Rigmaiden

TO:  Executive Office for United States Attorneys

October 10, 2011
Page # 6 of 9

computerized redaction process be provided "as is" and that they not be printed to hard copy
and then rescanned to create an artificial digital form of the documents.  I make the above
requests pursuant to 5 U.S.C. § 552(a)(3)(B) ("In making any record available to a person
under this paragraph, an agency shall provide the record in any form or format requested by the
person if the record is readily reproducible by the agency in that form or format.").

I request that all responsive records be organized in an intelligible manner and
referenced or indexed so that they are capable of being read and understood by one possessing
average skills, intellect, and training.  If the responsive records are codified such that they
cannot be readily understood, I request that I be provided with all required decoding documents
necessary to provide a clear and intelligible understanding of the contents and meaning of the
responsive records.

## III.     REQUEST FOR WAIVER OF ALL COSTS OR REDUCED COSTS

I am requesting a waiver of all costs pursuant to 5 U.S.C. 552(a)(4)(A)(iii) ("Documents
shall be furnished without any charge or at a charge reduced below the fees established under
clause (ii) if disclosure of the information is in the public interest because it is likely to
contribute significantly to public understanding of the operations or activities of the
government and is not primarily in the commercial interest of the requester.").  Disclosure of
the requested records will help members of the public understand the privacy risks of carrying
cell phones and other wireless devices.  The requested records concern the direct operations
and activities of the government with respect to surreptitiously locating cell phones and other
wireless devices using Harris brand portable/transportable wireless device locators and related
equipment.   .

On September 22, 2011, The Wall Street Journal published an article titled "'Stingray'
Phone Tracker Fuels Constitutional Clash"[6] wherein the government's use of
portable/transportable wireless device locators was clearly and sufficiently identified.  The
identifiable government actions reported in The Wall Street Journal article and in the evidence I
placed on the record in CR08-814-PHX-DGC weigh in favor of granting me a fee waiver for

---

6.     *See* Valentino-DeVries, Jennifer, *'Stingray' Phone Tracker Fuels Constitutional Clash*, The Wall Street Journal, p.
A1 (Sept. 22, 2011) *available at* http://online.wsj.com/article/SB1000142405311190419604576583112723197574.html
(last accessed: September 22, 2011) ("Associate Deputy Attorney General James A. Baker and FBI General Counsel Valerie
E. Caproni both said at a panel at the Brookings Institution in May that devices like these fall into a category of tools called
'pen registers,' which require a lesser order than a warrant.").

<u>FREEDOM OF INFORMATION ACT REQUEST</u>

RE:  Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
       Products Group;

BY:  Daniel David Rigmaiden

TO:  Executive Office for United States Attorneys

October 10, 2011
Page # 7 of 9

this FOIA request.  *See* 28 C.F.R. § 16.11(k)(2)(i) (To determine whether the first fee waiver
requirement is met, "[t]he subject of the requested records must concern identifiable operations
or activities of the federal government, with a connection that is direct and clear, not remote or
attenuated.").  There is additional support for granting a fee waiver considering I have the
ability and intention to effectively convey the responsive information to the public.  *See* 28
C.F.R. § 16.11(k)(2)(iii) (When determining whether the requested records will contribute to an
understanding of the subject by the public, "[a] requester's expertise in the subject area and
ability and intention to effectively convey information to the public shall be considered.").  The
information I obtain through this FOIA request will be placed on the public record in CR08-
814-PHX-DGC and I will also forward the information to Jennifer Valentino-DeVries, the
reporter who wrote the article about StingRay type devices for The Wall Street Journal.  *See* fn.
6, *supra*.  The noted Wall Street Journal article specifically reported on my efforts to prove that
the government violates the Fourth Amendment when it uses portable/transportable wireless
device locators to locate wireless devices within home residences without a proper warrant.
Finally, the records requested are not sought for a commercial purpose[7] and I plan to
disseminate the responsive material to the public at no cost.  *See* 28 C.F.R. § 16.11(k)(3)(i) and
(ii) (To determine whether the fee waiver requirement is met, the disclosure should not be
primarily in the commercial interest of the requester.).

## IV.      REQUEST FOR EXPEDITED PROCESSING

        I am requesting expedited processing of this FOIA request pursuant to 5 U.S.C. 552(a)
(6)(E)(i)(I) (Expedited processing is merited "in cases in which the person requesting the
records demonstrates a compelling need;").  I have a compelling need for the requested records
considering the subject of my request is a matter of widespread and exceptional media interest
and the government's integrity is called into question when it tracks and locates wireless
devices without proper judicial authority, *i.e.*, a Rule 41 warrant founded on probable cause.
*See* 28 C.F.R. § 16.5(d)(1)(iv) (Expedited processing is merited when the request involves "[a]
matter of widespread and exceptional media interest in which there exist possible questions
about the government's integrity which affect public confidence.").  The media has repeatedly
reported on warrantless government cell phone tracking prior to this FOIA request.  In 2007,
the media reported that "a little-known FBI telephone intercept unit has developed a powerful
cellphone tracking technology that agents use to monitor the physical movements of

---

7.      *See* Judicial Watch, Inc., v. Rossotti, 326 F.3d 1309, 1312 (D.C. Cir. 2003) ("We are also mindful that Congress
amended FOIA to ensure that it is liberally construed in favor of waivers for noncommercial requesters." (internal quotation
marks and citation omitted)).

FREEDOM OF INFORMATION ACT REQUEST

RE: Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
    Products Group;

BY: Daniel David Rigmaiden

TO: Executive Office for United States Attorneys

October 10, 2011
Page # 8 of 9

---

surveillance targets, even on phones that are not GPS equipped."[8]  In 2008, the media reported
that the government can track cell phones on its own using a TriggerFish and that it "raises the
risk that they will do so without bothering to go to a court for permission first, since they no
longer need to compel the provider to cooperate."[9]  In 2010, the media reported that a senior
attorney in the criminal division of the Justice Department claimed that "[t]he government is
not required to use a warrant" when it uses surveillance equipment to locate cell phones.[10]  In
2011, the media reported on government use of StingRay type devices and on me challenging
use of those devices without proper judicial authority.  *See* fn. 6, *supra*.  The above quoted/cited
news stories are all framed to call into question the government's integrity when it tracks and
locates cell phones and other wireless devices without proper warrants founded on probable
cause.

\* \* \* \* \*

    I expect a determination of this request for expedited processing within 10 calendar days
and a determination of this request for documents within 20 calendar days.  *See* 28 CFR §
16.5(d)(4); 5 U.S.C. § 552(a)(6)(A)(i).  If this request is denied in whole or in part, I request
that all deletions be justified by reference to specific exemptions to FOIA.  I request the release
of all segregable portions of otherwise exempt material.  I reserve the right to appeal a decision
to withhold any information, to deny a waiver of fees, or to expedited processing.

    I certify as true and correct to the best of my knowledge and belief that I have a
compelling need for expedited processing and that the requested records are not for commercial
purposes.  Thank-you for your prompt attention to this matter.  Please furnish all responsive
records to the address below.

---

8.    Singel, Ryan (Wired), *FBI E-Mail Shows Rift Over Warrantless Phone Record Grabs* (Dec. 20, 2007), *available at*
http://www.wired.com/print/politics/onlinerights/news/2007/12/fbi_cell (last accessed Sep. 22, 2010).

9.    Myers, Rachel (ACLU), *With Technology Like This, Who Needs the Law? >> Blog of Rights: Official Blog of the
American Civil Liberties Union* , "With Technology Like This, Who Needs The Law?" (Nov. 14, 2008),
http://www.aclu.org/2008/11/14/with-technology-like-this-who-needs-the-law (last accessed Aug. 16, 2011).

10.    McCullagh, Declan (CNET News), *Justice Dept. defends warrantless cell phone tracking* (Feb. 13, 2010),
*available at* http://news.cnet.com/8301-13578_3-10453214-38.html (last accessed Apr. 8, 2010).

<u>FREEDOM OF INFORMATION ACT REQUEST</u>

RE: Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
     Products Group;

BY: Daniel David Rigmaiden

TO: Executive Office for United States Attorneys

October 10, 2011
Page # 9 of 9

                                    Daniel David Rigmaiden


                                      Daniel Rigmaiden
                                      Agency #10966111
                                      CCA-CADC
                                      PO Box 6300
                                      Florence, AZ 85132

**ATTACHMENT**











# StingRay™

*Transportable CDMA Interrogation, Tracking and Location, and Signal Information Collection System*

## Product Description

StingRay™ is Harris' latest offering in a long line of advanced wireless surveillance products. StingRay is a multichannel software defined radio that performs network base station surveys, Dialed Number and registration collection, mobile interrogation, and target tracking and location with Harris' Amber-Jack™ Direction-Finding Antenna. This low-power transportable surveillance system is designed with the future in mind—its reconfigurable architecture lends itself to upgrades of new capabilities and wireless standards, while preserving the initial investment in hardware.

## Features

- Software Defined Radio (SDR) enables simultaneous monitoring of up to eight CDMA Paging/Access channel pairs
- Active interrogation capability emulates base station to collect MINs and ESNs through forced registration; external PA output available for higher power requirements
- Interfaces with AmberJack antenna to form a complete target tracking and location solution using active direction-finding and ranging techniques (active approach does not require the target phone to be engaged in a call)

- Optional geolocation software overlays target tracks and tracking vehicle location on a digital map
- Wideband RF front-end provides simultaneous operation in the U.S. cellular 800 and PCS 1900 MHz bands and is preconfigured to support iDEN (low band), GSM 900, and DCS 1800 bands
- PC-based controller running Windows® XP provides an intuitive Graphical User Interface (GUI)
- Industry-standard USB interface enables plug-n-play networking of multiple StingRay surveillance systems if the user requires more channel capacity
- Supports targeting and real-time searching of mobile identification numbers (MIN), dialed numbers, and electronic serial numbers (ESN)
- Low-power system designed for vehicular operations





### StingRay™

**Transportable CDMA Interrogation, Tracking and Location, and Signal Information Collection System**



#### Product Description

StingRay™ is Harris' latest offering in a long line of advanced wireless surveillance products. StingRay is a multichannel software defined radio that performs network base station surveys, Dialed Number and registration collection, mobile interrogation, and target tracking and location with Harris' Amber-Jack™ Direction-Finding Antenna. This low-power transportable surveillance system is designed with the future in mind—its reconfigurable architecture lends itself to upgrades of new capabilities and wireless standards, while preserving the initial investment in hardware.

#### Features

- Software Defined Radio (SDR) enables simultaneous monitoring of up to ▮▮▮▮▮▮ channel pairs ·
- Active interrogation capability emulates base station to collect MINs and ESNs through forced registration; external ▮▮▮output available for ▮▮▮ requirements
- Interfaces with AmberJack antenna to form a complete target tracking and location solution using active ▮▮▮▮▮▮ ▮▮▮▮ and ▮▮▮▮ techniques the target phone

- Optional ▮▮▮
- ▮▮▮ RF front-end provides ▮▮▮ operation in the U.S. cellular ▮▮▮ bands and is reconfigured to support ▮▮▮ bands
- PC-based controller running ▮▮▮ provides an intuitive Graphical User Interface (GUI)
- Industry-standard USB interface enables
- Supports ▮▮▮
- ▮▮▮ designed for ▮▮▮ operations

*next level solutions*

EXHIBIT C

Received from < > at 7/18/02 11:31:01 AM [Eastern Daylight Time]

*Wireless Products Group*

### Standards Currently Supported



### Future Standards Supported

■ Software reconfigurable architecture will allow for future software upgrades to support other wireless standards and capabilities

### Operating Bands







### Transmit Capabilities

*(For Interrogation and Active Tracking and Location)*

■ Up to ██ dBm output
■ Interfaces with an █████████

### Compatible Accessories

### Interfaces



■ Power

### Physical Characteristics

■ Housing: Standard aluminum case
■ Wheeled transit case
  – Stows █████████
  – Conforms to airline carry-on weight and size limits

### PC Controller Characteristics

■ ████████████ operating system
■ GUI is easily configured by user for mission scenarios
■ Enables field upgrade of system firmware
■ Integrated ████████████ GUI with optional █████████

1. Hardware is preconfigured to work in these bands. Future software upgrades will provide operation in these bands—consult Harris Wireless Products Group for availability.

Specifications are subject to change without notice.

StingRay and AmberJack are trademarks of Harris Corporation.

Windows XP is a registered trademark of Microsoft Corporation.

This product is a restricted use item and can be sold only to authorized law enforcement and government agencies. Its use shall comply with all local, state and federal statutes associated with the intercept and monitoring of oral communications. Harris Corporation assumes no liability for any misuse or improper use of the product and makes no representation as to its suitability for any specific application.

## DISTRIBUTION WARNING

This brochure may be provided only to persons eligible under 18 USC 2512
(Government law enforcement agencies or communications service providers).

This brochure may only be given to U.S. citizens, permanent residents of the U.S.
(green card holders), or Canadians eligible under 22 CFR 126.5.

**HARRIS**

*next level solutions*

Government Communications Systems Division | P.O. Box 37 | Melbourne, FL USA 32902-0037
1-800-358-5297 or wpg@harris.com | www.harris.com

Copyright © 2002 Harris Corporation
Printed in USA on Recyclable Paper 07/02 VPS-506890-9 d0108

# HARRIS



## AmberJack™

**Dual-Band Direction Finding System**

### Product Description

AmberJack™ is a phased array direction finding (DF) antenna system capable of tracking and locating mobile phone users. The DF antenna array is designed to operate with Harris' Loggerhead™ and StingRay™ products enabling tracking and location of AMPS, TDMA and CDMA phones. AmberJack operates in both the cellular and PCS bands.

AmberJack combines Harris' expertise in phased array antenna technology and tracking and locating systems to offer a state-of-the-art direction finding system. Beam forming technology offers a universal DF antenna for existing as well as future cellular standards.

The DF antenna array incorporates magnetic mounts for ease of installation to the roof of a tracking vehicle and offers a low profile for reduced visibility. User-friendly software, developed for the Windows® operating system, enables intuitive control of the AmberJack system and its companion receiver from a single interface. Once a targeted phone is engaged, information on the direction to the target is dynamically updated for display on the PC.

### Features

■ Determines direction of arrival and received signal strength of phone's transmission

■ Provides real-time display of direction to the target

■ Low power, small size

■ User-friendly graphical user interface for the PC or Pocket PC (optional)



*next level solutions*



# *AmberJack®*
## *Direction-Finding System*

### *Product Description*

AmberJack® is a phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations. The DF antenna array is designed to operate with Harris' Gossamer®, KingFish®, StingRay®, and StingRay II® products, enabling tracking and location of targeted mobile phones, as well as base stations. AmberJack-X operates in the U.S. cellular 850 and PCS 1900 bands, and AmberJack-G operates in the EGSM 900 and DCS 1800 bands. AmberJack-W operates in all the bands above as well as iDEN™ and UMTS bands I and IV.

AmberJack combines Harris' expertise in phased array antenna technology and tracking and locating systems to offer a state-of-the-art direction-finding system. Phased array technology offers a universal DF antenna for existing, as well as future cellular standards.

The DF antenna array incorporates magnetic mounts for ease of installation on the roof of a tracking vehicle and offers a low profile for reduced visibility. User-friendly software, developed for the Windows® operating system, enables intuitive control of the AmberJack system and its companion receiver from a single interface. Once a target is engaged, information on the direction to the target is dynamically updated for display on the PC.



### *Operations Supported*

- Locating mobile phones and base stations
- Tracking mobile phones



# *AmberJack®*
## *Direction-Finding System*

**W★RELESS**
**products group**

## *Features*

- Determines direction of arrival and received signal strength of a targeted mobile phone's transmission
- Determines direction of arrival and received signal strength of a targeted base station's transmission
- Provides real-time display of direction to the target
- Low power and portable
- User-friendly Graphical User Interface (GUI) for the PC

## *Frequency Coverage*

- AmberJack-X (U.S. Cellular/PCS 1900)
  - Cellular reverse: 824–849 MHz
  - Cellular forward: 869–894 MHz
  - PCS reverse: 1850–1910 MHz
  - PCS forward: 1930–1990 MHz
- AmberJack-G (EGSM 900/DCS 1800)
  - EGSM reverse: 880–915 MHz
  - EGSM forward: 925–960 MHz
  - DCS reverse: 1710–1785 MHz
  - DCS forward: 1805–1880 MHz

- AmberJack-W (Wideband)
  - iDEN reverse: 806–825 MHz
  - iDEN forward: 851–870 MHz
  - Cellular reverse: 824–849 MHz
  - Cellular forward: 869–894 MHz
  - PCS reverse: 1850–1910 MHz
  - PCS forward: 1930–1990 MHz
  - EGSM reverse: 880–915 MHz
  - EGSM forward: 925–960 MHz
  - DCS reverse: 1710–1785 MHz
  - DCS forward: 1805–1880 MHz
  - UMTS IV reverse: 1710–1755 MHz
  - UMTS IV forward: 2110–2155 MHz
  - UMTS I reverse: 1920–1980 MHz
  - UMTS I forward: 2110–2170 MHz

## *External Control*

- Laptop PC (Windows® XP Professional)

## *Power source*

- 12 Vdc at 0.5 A

## *Physical Characteristics*

- Size: D = 17", H = 4.2"
- Weight: <14 lbs

## *Required Accessories (sold separately)*

Gossamer with PC Controller, StingRay system, StingRay II, or KingFish with PC Controller

## *Optional Accessories*

Harpoon™ for DF range extension

## *Catalog Part Number*

- AJ-X (AmberJack-X)
- AJ-G (AmberJack-G)
- AJ-W (AmberJack-W)

## *Authorized Federal Supply Service Information Technology Schedule*

- SIN: 132-8 Purchase of Equipment
- SIN: 132-12 Maintenance, Repair Services and Repair Parts/Spare Parts

GSA Contract Number: GS-35F-0293J

General Services Administration Federal Supply Service products and ordering information in this Authorized FSS Information Technology Schedule Pricelist are also available on the GSA *Advantage!* System. Agencies can browse GSA *Advantage!* by accessing the GSA's home page via the Internet at *www.gsa.gov.*



Specifications are subject to change without notice. Harris is a registered trademark of Harris Corporation. AmberJack, KingFish, Gossamer, StingRay, and StingRay II are registered trademarks of Harris Corporation. Harpoon is a trademark of Harris Corporation. Windows XP Professional is a registered trademark of Microsoft Corporation. IDEN is a trademark of Motorola, Inc.

This product is a restricted use item and can be sold only to authorized law enforcement and government agencies. Its use shall comply with all local, state, and federal laws and regulations. Harris Corporation assumes no liability for any misuse or improper use of the product and makes no warranty or representation whatsoever as to its suitability for any specific application.

**DISTRIBUTION WARNING**

This brochure may be provided only to persons eligible under 18 USC 2512 (Government law enforcement agencies or communications service providers).


**HARRIS®**
*assured communications®*

Government Communications Systems | P.O. Box 9800 | Melbourne, FL USA 32902-9800
1-800-358-5297 or wpg@harris.com | www.wpg.harris.com | **www.harris.com**

Copyright © 2008 Harris Corporation 07/08 514176k VP8 d0105

**HARRIS**



## KingFish™
## (Preliminary)

Portable
CDMA Interrogation,
Direction-Finding, and
Collection System

### Product Description

KingFish™ provides investigators with a tool that extracts the telephone number (MIN) and Electronic Serial Number (ESN) from a CDMA mobile telephone. The Active Direction-Finding (DF) capability enables location of a powered-on phone without depending on the suspect to be involved on a call. Additionally, KingFish provides passive Dialed Number Recorder (DNR) and Registration Collection capabilities. Passive operations identify calling patterns and provide information on the suspect's area of operation.

KingFish is based on a Software Defined Radio (SDR) architecture, which enables upgrades to future cellular standards, while preserving the initial investment in hardware. As initially offered, KingFish provides CDMA operation in both the Cellular and PCS bands.

### Features

#### Covert Packaging

■ Concealed radio, antennas, and battery power supply

■ Wireless remote control from commercially available Pocket PC

#### Intuitive Application Software

■ Windows® interface

■ Identifies active CDMA channels and catalogs base station parameters

■ Provides real-time display of Interrogation and Passive Collection results

■ Dynamically updates received signal strength to enable precise location of a target phone



*next level solutions*



# HARRIS

# WiRELESS products group

## Geolocation (Preliminary)

### PC-Based Intelligent AMPS/TDMA and CDMA Tracking and Location

### Product Description

Geolocation is a PC-based software application that allows the user to intelligently track and locate targeted AMPS/TDMA or CDMA cellular phones in the 800 and 1900 MHz bands. Geolocation consists of software and an external GPS receiver. Geolocation will be offered in two options: an AMPS/TDMA Option to be used in conjunction with the Harris LoggerHead™ Interrogator plus the PC Controller™ and the AmberJack™ DF Antenna; and a CDMA Option to be used in conjunction with the Harris StingRay™ system plus the AmberJack™ DF Antenna.

Geolocation provides a user-friendly, geospatially accurate mapping routine which shows on-screen the exact location of the tracking vehicle, plus Direction of Arrival (DOA) information and/or estimated range/location information on the targeted phone.

Providing a visual screen of an accurate local map, the exact location of the tracking vehicle, and the approximate location of the targeted phone, allows for a much more intelligent and expedient method for tracking and location.

### Features

- ■ User-friendly application running on Windows® 98/2000/XP provides an intuitive Graphical User Interface (GUI)

- ■ AMPS/TDMA: Interfaces with the LoggerHead™ Handheld Interrogator plus the PC Controller™ and the AmberJack™ Direction-Finding (DF) Antenna
- ■ CDMA: Interfaces with the StingRay™ plus the AmberJack™ Direction-Finding (DF) Antenna
- ■ Provided GPS receiver integrates with PC running the application
- ■ Real-time viewing of tracking vehicle location
- ■ Real-time viewing of approximate targeted cellular phone location
- ■ Tracking missions can be stored for post-mission analysis
- ■ Migration path to GSM and future cellular standards





# *Harpoon*™
## *Software-Controlled, High-Power Filtered Amplifier*

### Product Description

Harpoon™ is a software-controlled, high-power filtered amplifier that maximizes the multichannel transmit capability of the StingRay II® and significantly improves the performance of the single-channel StingRay® and KingFish® systems by providing high-gain, wide dynamic range, and excellent linearity along with 30 watts of filtered output power. System status indication alerts the user during fault conditions including problems with the RF connections.

- Four Versions Available
  - Harpoon 850/1900 (Dual Band)
  - Harpoon 900/1800 (Dual Band)
  - Harpoon 2100 (Single Band)
  - Harpoon i800 (Single Band)

### Features

- Automatic Level Control
  - Maximizes total output power up to 30 W per band
  - Maintains constant output power
  - Improves power level accuracy
- Filtered Output
  - Improves transmit signal quality
  - Improves receiver sensitivity



### Operations Supported

- **Maximizes the multichannel transmit capability of the StingRay II**
- **Significantly improves the performance of the single-channel StingRay and KingFish systems**



## *Harpoon*™
### *Software-Controlled, High-Power Filtered Amplifier*



### Standards Supported

- GSM
- CDMA2000®
- iDEN
- UMTS

### Frequency Coverage

- 850/1900: 869–894 MHz/1930–1990 MHz
- 900/1800: 925–960 MHz/1805–1880 MHz
- iDEN 800: 851–870 MHz
- 2100: 2110–2170 MHz

### Physical Characteristics

- Dual Band
  - Size: 10.5" x 14.75" x 5"
  - Weight: 24 lbs
- Single Band
  - Size: 10.5" x 10.5" x 5"
  - Weight: 15 lbs

### Power Specifications

- Input: 10–33 Vdc
- Power Consumption
  - Dual Band: 440 W max
  - Single Band: 280 W max

### Optional Accessories

- Diplexer for dual-band operation with StingRay and KingFish

### Catalog Part Number

- Harpoon 850/1900
- Harpoon 900/1800
- Harpoon i800
- Harpoon 2100



Specifications are subject to change without notice. Harris is a registered trademark of Harris Corporation. KingFish, StingRay, and StingRay II are registered trademarks of Harris Corporation. Harpoon is a trademark of Harris Corporation. CDMA2000 is a registered trademark of the Telecommunications Industry Association in the United States (TIA-USA). iDEN is a trademark of Motorola, Inc.

This product is a restricted use item and can be sold only to authorized law enforcement and government agencies. Its use shall comply with all local, state, and federal laws and regulations. Harris Corporation assumes no liability for any misuse or improper use of the product and makes no warranty or representation whatsoever as to its suitability for any specific application.

### DISTRIBUTION WARNING

This brochure may be provided only to persons eligible under 18 USC 2512 (Government law enforcement agencies or communications service providers).



### HARRIS
*assuredcommunications®*

Government Communications Systems | P.O. Box 9800 | Melbourne, FL USA 32902-9800
1-800-358-5297 or wpg@harris.com | www.wpg.harris.com | **www.harris.com**

Copyright © 2008 Harris Corporation 07/08 514176m VPB d0341





# UMTS IV Converter

## Overview

**UMTS IV Converter** is a high performance Frequency Converter that enables the StingRay® or KingFish® to operate in the CONUS UMTS IV (2100 MHz DL, 1700MHz UL) band. Its high stability and extremely low phase noise performance enables stand-alone-capability; which allows the StingRay/KingFish and Converter to operate with independent references. Its excellent channel-pair rejection enables operation with high-power PAs.

**UMTS IV Converter** enables the StingRay/KingFish to transmit on the UMTS IV downlink band and to receive on both the uplink and downlink bands. It automatically shuts down the downlink receive path during transmit mode, improving system isolation and reducing power consumption.

Active gain compensation guarantees constant gain over temperature, frequency, aging, and other environmental effects during transmit mode and guarantees constant gain over temperature during receive mode.

## Features

### Transmit
• TX conversion from 1842.5 to 2140 MHz
• 60 MHz low ripple bandwidth
• Circuitry turns off during receive only mode
• Active gain compensation over temp and freq
• Active TX LED status indicator

### Receive
• RX 1 conversion from 2140 to 1842.5 MHz
• RX 2 conversion bypass
• RX 1 circuitry turns off during transmit mode
• 11dB gain is temperature compensated
• Attenuators are activated from the front panel

### Local Oscillators
• 0.5° Integrated Phase Noise (100Hz – 1MHz)
• 0.2ppb over temperature, ±25ppb/year aging
• LED status indicator

### Mechanical Housing
• Rugged welded metal case
• Formed lid for convenient transceiver mounting
• Front panel connectors, controls, and indicators

**UMTS IV Converter**




**StingRay and UMTS IV Converter**



### Accessories Included:
• Transit Case
• AC/DC converter
• DC/DC converter for vehicular operation
• RF cables for StingRay/KingFish connections
• RF cable for PA connection
• Brackets for KingFish installation

*assuredcommunications*®

**HARRIS PROPRIETARY INFORMATION**

This information is provided for your convenience.  Always call your Account Manager for most current pricing and availability.



# WPG Product Pricing

**Effective Date:** 12/7/09
**Update:** 2/24/10

Version S&L 2010

| Product Description | Part # | Domestic Pricing | | GSA Pricing | |
|---|---|---|---|---|---|
| | | 1 - 15 | 16+ | 1 - 15 | 16+ |
| **StingRay** | | | | | |
| | | | | | |
| StingRay | STINGRAY | 75,100 | 71,300 | 68,479 | |
| StingRay GSM Software | SRAY-GSM-SW | 22,000 | 20,900 | | |
| StingRay CDMA Software | SRAY-CDMA-SW | 22,000 | 20,900 | | |
| StingRay IDEN Software | SRAY-IDEN-SW | 22,000 | 20,900 | | |
| StingRay 2100 MHz B1 Down Converter w/ By Pass (OCONUS) | CONV-2100/1900-W/BP | 19,800 | 18,800 | 18,054 | |
| StingRay 2100 MHz B4 Down Converter w/ By Pass (CONUS) | CONV-2100/1700-W/BP | 19,800 | 18,800 | 18,054 | |
| **StingRay Accessories** | | | | | |
| | | | | | |
| StingRay Replacement Kit | SR-REPLACEMENT KIT | 500 | | | |
| Cable Assembly PC/USB - 6' Cable | 3092524-102 | 196 | | | |
| Cable Assembly PC/USB - 12' Cable | 3092524-103 | 220 | | | |
| Cable DC Power | 3092525-101 | 171 | | | |
| StingRay Carrying Case | RE1017HA | 925 | | | |
| 115V Power Cord | 17250 | 8 | | | |
| Laptop PC Controller (Dell Latitude) | 2009523-101 | 3,500 | | | |
| Panasonic Toughbook Computer | 2009525-101 | 6,500 | | | |
| Adapter, DC (Laptop) (non- Charging) | DE2035-803 | 228 | | | |
| Mouse, CMPTR (Micro Trac) | 2009523-003 | 50 | | | |
| Auto Power Adapter (8500 & D600) | 2009523-002 | 128 | | | |
| Mobile Mast 20' | OSMM-SA-20 | 2,990 | | | |
| 12' Extension Cable (TNC to N) | PE3665-144 | 80 | | | |
| 12' Extension Cable (TNC to TNC) | PE3414-144 | 85 | | | |
| N-F to TNC-F Adapter | PE9131 | 48 | | | |
| TNC-F to TNC-F Adapter | PE9089 | 28 | | | |
| N-M to TNC-F Adapter | PE9090 | 30 | | | |
| N-F to TNC-M Adapter | PE9089 | 28 | | | |
| Directional Antenna, Yagi (GSM) Pole Mount | Y2287A-66 | 100 | | | |
| SDR Radio Slice | 3092527-201 | 15,000 | | | |
| DC-DC Power Supply Module (SR & KF) | 3092577-101 | 1,400 | | | |
| Duplex Filter (AMPS/PCS) Stand Alone | WSA-00045 | 1,970 | | | |
| Duplex Filter (EGSM/DCS) Stand Alone | WSA-00100 | 2,310 | | | |
| Quad Band Mag Mount Antenex Antenna (TNC) | 3174173-101 | 125 | | | |
| 15' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 60 | | | |
| | | | | | |
| **Sting Ray II** | | | | | |
| StingRay II | STINGRAY II | 148,000 | 140,600 | 134,952 | |
| StingRay II Upgrade | STINGRAY II-UP | 71,300 | 67,700 | 65,014 | |
| StingRay II GSM Software | SRAY-II-GSM-SW | 22,000 | 20,900 | | |
| StingRay II CDMA Software | SRAY-II-CDMA-SW | 22,000 | 20,900 | | |
| StingRay II IDEN Software | SRAY-II-IDEN-SW | 22,000 | 20,900 | | |
| **StingRay II Accessories** | | | | | |
| | | | | | |
| Cable Assembly PC/USB - 6' Cable | 3092524-102 | 196 | | | |
| Cable Assembly PC/USB - 12' Cable | 3092524-103 | 220 | | | |
| Laptop PC Controller (Dell Latitude) | 2009523-101 | 3,500 | | | |
| Adapter, DC (Laptop) (non- Charging) | DE2035-803 | 228 | | | |
| Panasonic Toughbook Computer | 2009525-101 | 6,500 | | | |
| Mouse, CMPTR (Micro Trac) | 2009523-003 | 50 | | | |
| Quad Band Mag Mount Antenex Antenna (TNC) | 3174173-101 | 125 | | | |
| 15' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 60 | | | |
| Quad Band Yagi (Wedge) including 6ft cable (PE 3076-72) | 3118694-201 | 1,300 | | | |
| Cable Assembly, RF (SMA-M to RTANGM-M) 6' | PE3076-72 | 104 | | | |
| Cable Assembly, RF (SMA-M to RTANGM-M) 12' | PE3076-144 | 108 | | | |
| GPS Antenna | ANT-GPS-SH-SMA | 50 | | | |
| AC/DC Converter | ACHA1224-1936 | 800 | | | |
| Volt Converter (Universal Plug Kit) | 3142757-101 | 100 | | | |
| StingRay II Case | RE041908HA | 750 | | | |
| SDR Radio Slice | 3092527-201 | 15,000 | | | |

*Harris Proprietary Information*
For Internal Company Use Only

This information is provided for your convenience.  Always call your Account Manager for most current pricing and availability.



# WPG Product Pricing

**Effective Date:** 12/7/09
**Update:** 2/24/10

Version S&L 2010

## KingFish

| Item | Part # | | | |
|---|---|---|---|---|
| KingFish | KINGFISH | 27,800 | 26,400 | 25,349 |
| KingFish N-Connector Upgrade | KF-N-UP | 2,800 | 2,700 | |
| KingFish GSM Software | KF-GSM-SW | 18,100 | 17,200 | |
| KingFish CDMA Software | KF-CDMA-SW | 18,100 | 17,200 | |
| KingFish iDEN Software | KF-IDEN-SW | 18,100 | 17,200 | |

## KingFish Accessories

| Item | Part # | Price |
|---|---|---|
| Kingfish Replacement Kit | KF-REPLACEMENT KIT | 1,678 |
| Tote Bag Assembly | 3100242-101 | 670 |
| Carrying Case, KingFish | RE05131HA | 950 |
| Cable Assembly, WY02 (PC USB Type A) 6' cable | 3092524-102 | 199 |
| Cable DC Power | 3092525-101 | 171 |
| Battery Pack (11.1V) | 2014068-101 | 258 |
| Lithium-ion Battery Charger | 2014068-102 | 426 |
| Battery, Adapter, Lighter (24V, 1.5A) | VA2524 | 140 |
| Power Supply (12V, 5A) | ACHA-12501 | 190 |
| Quad Band Yagi (Wedge) including 6ft cable (PE 3076-72) | 3118694-201 | 1,300 |
| Cable Assembly, RF (SMA-M to RTANGM-M) 6' | PE3076-72 | 104 |
| Cable Assembly, RF (SMA-M to RTANGM-M) 12' | PE3076-144 | 108 |
| Antenna Device, Wave, PCS/Cell (Green) | 2014620-001 | 22 |
| Antenna Device, Wave, GSM (Orange) | 2014620-002 | 22 |
| Antenna, ¼ Wave (2.4 GHZ) (Bluetooth) | 2014628-001 | 18 |
| Backpack Carrying Case Custom (Blue) | 3100242-103 | 450 |
| Backpack Carrying Case Custom (Army Digi-Camo) | 3100242-104 | 450 |
| Quad Band Mag Mount Antenex Antenna (SMA) | 3174173-102 | 125 |

## AmberJack

| Item | Part # | | | |
|---|---|---|---|---|
| AmberJack G | AJ-G | 24,300 | 23,100 | 22,158 |
| AmberJack X | AJ-X | 24,300 | 23,100 | 22,158 |
| AmberJack W | AJ-W | 38,400 | 36,500 | 35,015 |
| AmberJack Legacy to W Upgrade | AJL-W-UP | 19,750 | 18,800 | 18,009 |
| AmberJack X & G to W Upgrade | AJXG-W-UP | 21,650 | 20,600 | 19,741 |

## AmberJack Accessories

| Item | Part # | Price |
|---|---|---|
| Cable Assembly, DBDF Antenna, Loggerhead (12') | 3088596-101 | 650 |
| Cable Assembly, DBDF Antenna, LH/Gossamer (12') (To be used in place of the | 3120038-101 | 650 |
| Carrying Case | RE0512HA-2 | 880 |
| Cable Assembly, 3-Way Splitter | DC15A-3J1 | 170 |
| Eyebolt, Swivel | 47621 | 54 |
| Power Cable Internal | 3087877-101 | 73 |
| Tool, Eyebolt | 47641/64882 | 15 |
| Webbing Assembly, 12ft. | 8834T535 | 355 |
| Radome Assembly | 3087862-101 | 1,800 |
| Cable Assembly, DBDF Antenna, SlingRay (12')- (old PN: 3099547-101) Three | KCII/1660 | 800 |
| Cable Assembly, (35') | KCII/1672-1 | 1,200 |
| Cable Assembly, DBDF Antenna, SlingRay (25') | KCII/1672 | 975 |
| Cable Assembly, DBDF Antenna, SlingRay (5 meters or 16' 4") - (old PN: | KCII/1684 | 825 |
| Cable Assembly, DBDF Antenna, SlingRay (50') - (old PN: 3099547-102) | KCII/1696 | 1,300 |
| CASE,CARRYING;AMBERJACK-W | RE022608HA | 1,020 |

## 4 Watt PA Kit

| Item | Part # | | |
|---|---|---|---|
| Power Amp Kit | PA-KIT | 3,500 | 3,300 |

## 4 Watt PA Kit Accessories

| Item | Part # | Price |
|---|---|---|
| Power Amp | SM0520-36HH | 2,160 |
| Carrying Case | RE0502HA | 700 |
| Adapter Cable - SMA Male to SMA Male  (12") | PE3377-12 | 58 |
| 3 Way DC Splitter | DC15A-3J1 | 170 |
| DC Power Cable | CBLIO-00390 | 100 |
| Right Angle SMA Coax Adapter | PE9068 | 32 |
| Mounting Plate | 3102393-101 | 52 |
| Adapter Cable - SMA Male to SMA Male  (72") | PE3377-72 | 60 |
| Quad Band Mag Mount Antenex Antenna (SMA) | 3174173-102 | 125 |

***Harris Proprietary Information***
For Internal Company Use Only

This information is provided for your convenience.  Always call your Account Manager for most current pricing and availability.



# WPG Product Pricing

**Effective Date: 12/7/09**
**Update: 2/24/10**

Version S&L 2010

| 10 Watt PA Kit | | | | |
|---|---|---|---|---|
| Power Amp Kit - 10 Watt | PA-KIT-10W | 4,500 | 4,300 | |

| 10 Watt PA Kit Accessories | | | | |
|---|---|---|---|---|
| Amplifier 10Watt | SM0822-3906 | 2,390 | | |
| Carrying Case | RE0118HA | 700 | | |
| Adapter Cable - SMA / TNC  (18") w/ Attenuator | 3147080-101 | 108 | | |
| 3 Way DC Splitter | DC15A-3J1 | 170 | | |
| Adapter Cable - SMA - TNC  (72") w/ Attenuator | 3147080-102 | 110 | | |
| DC Power Cable for 10-Watt PA | 180-8045-66 | 182 | | |
| AC to DC Power Supply for 10 Watt PA | ACHA1270-1465 | 218 | | |
| AC to DC Power Supply for 10 Watt PA - 25 feet | CBLMS-F00416 | 120 | | |
| Quad Band Mag Mount Antenex Antenna (TNC) | 3174173-101 | 125 | | |
| 15' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 60 | | |
| Attenuator, FXD; 5DB (SMA to SMA) | BW-S5W2 | 60 | | |

| 25 Watt PA Kits | | | | |
|---|---|---|---|---|
| High Power Filtered 25W PA Kit - (800/850/1900/2100 B4) | PA-KIT-25W CONUS | 11,500 | 10,900 | 10,486 |
| High Power Filtered 25W PA Kit - (900/1800/2100 B1) | PA-KIT-25W OCONUS | 11,500 | 10,900 | 10,486 |

| 25 Watt PA Kit Accessories | | | | |
|---|---|---|---|---|
| High Power antenna | VBC-822-M-1 | 800 | | |
| DC Power Cable (CLA) | 3092525-101 | 120 | | |
| AC/DC Power Converter | ACHA1224-2651 | 1,000 | | |
| DC / DC Power Converter | CBLIO-00640 | 200 | | |
| RF Cable | 920-10027-012 | 250 | | |
| Carry Case | RE052809HA | 900 | | |

| 30 Watt PA Kits - Harpoons | | | | |
|---|---|---|---|---|
| High Power Filtered 30W PA Kit- Single Band IDEN 800 | PA-KIT-30W Single Band IDEN 800 | 16,400 | 15,600 | 14,954 |
| High Power Filtered 30W PA Kit- Single Band 2100 | PA-KIT-30W 2100 | 18,550 | 17,600 | 16,915 |
| High Power Filtered 30W PA Kit- Dual Band 850/1900 | PA-KIT-30W Dual-Band CONUS | 20,200 | 19,200 | 18,419 |
| High Power Filtered 30W PA Kit- Dual Band 900/1800 | PA-KIT-30W Dual-Band OCONUS | 20,200 | 19,200 | 18,419 |

| 30 Watt PA Kits - Harpoons Accessories | | | | |
|---|---|---|---|---|
| Harpoon AC/DC Converter | ACHA2816-2597 | 1,200 | | |
| USB Cable Assembly | 3092524-102 | 195 | | |
| USB to AUX Cable Assembly (Beige) | 3181099-101 | 210 | | |
| RF Cable Assembly (Blue) | 920-10027-012 | 210 | | |
| Harpoon Mounting Tray Assembly | 3182503-101 | 700 | | |
| Antenna: 806-2200 MHZ Magnetic Mount | VBC-822-M-1 | 800 | | |
| Coax Adapter; SMA Male to TNC Female | PE9078 | 60 | | |
| Aux to Primary (Harpoon to SR) Cable Assy | 3186799-101 | 210 | | |
| Aux to Primary (Harpoon to SR II) Cable Assy | 3186800-101 | 180 | | |

| OCTOPUS | | | | |
|---|---|---|---|---|
| Tactical Power Kit | OCTOPUS | 20,000 | 19,000 | 18,237 |

| OCTOPUS Accessories | | | | |
|---|---|---|---|---|
| Directional Antenna, Quad Band w/Handle - *Requires P/N PE3377-72 &PE9070 | SWAN80183G1W3V3 | 740 | | |
| Quad Band Mag Mount Antenex Antenna (TNC) | 3174173-101 | 125 | | |
| 15' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 60 | | |
| Quad Band Mag Mount Antenex Antenna (SMA) | 3174173-102 | 125 | | |
| Antenna: 806-2200MHZ Magnetic Mount | VBC-822-M-1 | 800 | | |
| Directional Antenna, Yagi (Cell) | 3084617-101 | 300 | | |
| Directional Antenna, Yagi (DCS/PCS) | 3084618-101 | 300 | | |
| Directional Antenna, Yagi | 3084619-101 | 300 | | |
| Directional Antenna, Quad Band w/Handle w/ Attenuator - Requires P/N PE3377- | 3120062-101 | 1,100 | | |
| Directional Antenna, Yagi (DCS/PCS) - Pole Mount | Y421812 | 100 | | |
| Directional Antenna, Yagi (GSM) Pole Mount | Y2287A-66 | 100 | | |
| Quad Band Yagi (Wedge) 6ft Cable Included (PE3662-72) | 3118694-101 | 1,300 | | |

*Harris Proprietary Information*
For Internal Company Use Only

This information is provided for your convenience. Always call your Account Manager for most current pricing and availability.



# WPG Product Pricing

**Effective Date:** 12/7/09
**Update:** 2/24/10

Version S&L 2010

| Converters | | | | | |
|---|---|---|---|---|---|
| StingRay 2100 MHz B1 Down Converter w/ By Pass (OCONUS) | CONV-2100/1900-W/BP | 19,800 | 18,800 | 18,054 | |
| StingRay 2100 MHz B4 Down Converter w/ By Pass (CONUS) | CONV-2100/1700-W/BP | 19,800 | 18,800 | 18,054 | |

| Converter Accessories | | | |
|---|---|---|---|
| HA1225-1937 | Adapter | 210 | |

| Controller Descriptions | | | |
|---|---|---|---|
| Laptop PC | 2009523 | 3,500 | |
| Toughbook PC | 2009525 | 6,500 | |
| Rugged Mini-PC | 2014069 | 5,500 | |

| Optional Antenna | | | |
|---|---|---|---|
| Directional Antenna, Quad Band w/Handle - *Requires P/N PE3377-72 &PE9070 | SWAN80183G1W3V3 | 740 | |
| Quad Band Mag Mount Antenex Antenna (TNC) | 3174173-101 | 125 | |
| 15' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 50 | |
| Quad Band Mag Mount Antenex Antenna (SMA) | 3174173-102 | 125 | |
| Antenna; 806-2200MHZ Magnetic Mount | VBC-822-M-1 | 600 | |
| Directional Antenna, Yagi (Cell) | 3084617-101 | 300 | |
| Directional Antenna, Yagi (DCS/PCS) | 3084618-101 | 300 | |
| Directional Antenna, Yagi (GSM) | 3084619-101 | 300 | |
| Directional Antenna, Quad Band w/Handle w/ Attenuator - Requires P/N PE3377- | 3120062-101 | 1,100 | |
| Directional Antenna, Yagi (DCS/PCS) - Pole Mount | Y421812 | 100 | |
| Directional Antenna, Yagi (GSM) Pole Mount | Y2287A-66 | 100 | |
| Quad Band Yagi (Wedge) 6ft Cable Included (PE3662-72) | 3118694-101 | 1,300 | |

| Repairs | | | |
|---|---|---|---|
| Repair for all WPG products not covered by warranty. Charges are $85.00/hr plus REPAIR | | TBD | |

| Maintenance Descriptions | Part # | Domestic & Int'l | GSA |
|---|---|---|---|
| Maintenance 4W PA Kit | MT-4W | 500 | |
| Maintenance 10W PA Kit | MT-10W | 500 | |
| Maintenance 25W PA Kit CONUS | MT-25WC | 1,500 | 1,436 |
| Maintenance 25W PA Kit OCONUS | MT-25WO | 1,500 | 1,436 |
| Maintenance AmberJack X | MT-AJX | 3,000 | 2,872 |
| Maintenance AmberJack G | MT-AJG | 3,000 | 2,872 |
| Maintenance AmberJack W | MT-AJW | 5,000 | 4,786 |
| Maintenance Converter Band 1 OCONUS w/ BP | MT-CONV1O | 2,700 | 2,584 |
| Maintenance Converter Band 4 CONUS w/ BP | MT-CONV4C | 2,700 | 2,584 |
| Maintenance Harpoon 2100 | MT-HARP21 | 2,000 | 1,914 |
| Maintenance Harpoon CONUS | MT-HARPC | 2,000 | 1,914 |
| Maintenance Harpoon IDEN | MT-HARPI | 2,000 | 1,914 |
| Maintenance Harpoon OCONUS | MT-HARPO | 2,000 | 1,914 |
| Maintenance KingFish | MT-KF | 4,000 | 3,829 |
| Maintenance Octopus | MT-OCT | 2,700 | 2,584 |
| Maintenance StingRay | MT-SR | 11,000 | 10,529 |
| Maintenance StingRay I | MT-SRII | 22,000 | 21,058 |

| Training Descriptions | Part # | Per Description | |
|---|---|---|---|
| Training - Melbourne | TRAIN-MLB | 4,000 | |
| Training - Melbourne 1-Day Course | TRAIN-MLB-1 | 2,500 | |
| Training - Florida | TRAIN-FL | 4,300 | |
| Training - East Coast | TRAIN-EC | 6,000 | |
| Training - East Coast 1-Day Course | TRAIN-EC-1 | 3,750 | |
| Training - West Coast | TRAIN-WC | 9,000 | |
| Training - West Coast 1-Day Clurse | TRAIN-WC-1 | 6,000 | |

This information is provided for your convenience.  Always call your Account Manager for most current pricing and availability.



Version S&L 2010

# WPG Product Pricing

**Effective Date:  12/7/09**
**Update:  2/24/10**

---

**WPG Contact Information:**

**Michael Dillon**
Federal, State and Local Law Enforcement
(571) 246-7450
michael.dillon@harris.com

**Rich Roosa**
DoD, SOCOM, International, Federal Intelligence
Ph: (321) 309-7430
Cell: (321) 223-9551
richard.roosa@harris.com

**Lin Vinson**
ARMY, National Security, Federal Intelligence
(321) 258-2583
lin.vinson@harris.com

**Susan McCreery**
Sales/Support
321-309-7459 (Office)
321-258-9631 (BlkBry)
321-409-6975 (fax)
www.wpg.harris.com
www.premier.harris.com/wpg
susan.mccreery@harris.com

*Harris Proprietary Information*
For Internal Company Use Only



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE



## HARRIS GCSD
## PRICE LIST
### *Effective September 2008*
### *All price quotes are in USD ($)*

*\*\*\*This price list supersedes all previous price lists.  Prices and products are subject to change without notice.  Products are subject to discontinuation without notice.\*\*\**



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

## AmberJack®

| MODEL NUMBER | DESCRIPTION | PRICE 1 to 15 Units | 16+ Units |
|---|---|---|---|
| AJ-G | The AmberJack-G DF Antenna is a phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations Forward and Reverse in the GSM 900 and 1800 MHz Bands.* | $ 24,300 | $ 23,100 |
| AJ-X | The AmberJack-X DF Antenna is a phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations Forward and Reverse in the GSM 800 and 1900 MHz Bands.* | $ 24,300 | $ 23,100 |
| AJ-W | The AmberJack-W DF Antenna is a wideband phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations Forward and Reverse in the frequency bands from 800MHz to 2100 MHz* | $ 38,400 | $ 36,500 |
| AJ-GUP | AmberJack-G DF Antenna Upgrade.  Upgrades the legacy AJ-G antenna to the AJ-G antenna. | $ 13,000 | $ 12,400 |
| AJ-XUP | AmberJack-X DF Antenna Upgrade. Upgrades the legacy AJ-DF antenna to the AJ-X antenna. | $ 9,000 | $ 8,600 |
| AJ-WUP | AmberJack-W DF Antenna Upgrade. Upgrades the legacy AJ-DF antenna, AJ-X or AJ-G antenna to the AJ-W antenna. | $ 18,000 | $ 17,100 |

*Requires PC Controller Software for Gossamer Operations.*

| AmberJack Accessories | | PRICE |
|---|---|---|
| 3088596-101 | Cable Assembly, DBDF Antenna, Loggerhead (12') | $ 650 |
| 3120038-101 | Cable Assembly, DBDF Antenna, LH/Gossamer (12') (To be used in place of the 3088596-101 for both LH and Gossamer) | $ 650 |
| KCII/1660 | Cable Assembly, DBDF Antenna, StingRay (12')- (old PN: 3099547-101) | $ 800 |
| RE0512HA-2 | Carrying Case | $ 890 |
| DC15A-3J1 | Cable Assembly, 3-Way Splitter | $ 170 |
| 47621 | Eyebolt, Swivel | $ 54 |
| 3087877-101 | Power Cable Internal | $ 73 |
| 47641/94882 | Tool, Eyebolt | $ 15 |
| 8834T561 | Webbing Assembly, 12ft. | $ 35 |
| 3087882-101 | Radome Assembly | $ 1,800 |
| KCII/1672 | Cable Assembly, DBDF Antenna, StingRay (25') | $ 975 |
| KCII/1684 | Cable Assembly, DBDF Antenna, StingRay (5 meters or 16' 4") - (old PN: 3099547-103) | $ 825 |
| KCII/1696 | Cable Assembly, DBDF Antenna, StingRay (50') - (old PN: 3099547-102) | $ 1,000 |



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

## StingRay®

| MODEL NUMBER | DESCRIPTION | PRICE 1 to 15 Units | 16+ Units |
|---|---|---|---|
| STINGRAY | StingRay (4 module) – 1-CH Xmit Interrogation and Direction Finding Transportable Unit. | $  75,100 | $  71,300 |
| SRAY-GSM-SW | StingRay – GSM Software Package | $  22,000 | $  20,900 |
| SRAY-CDMA-SW | StingRay – CDMA Software Package | $  22,000 | $  20,900 |
| SRAY-IDEN-SW | StingRay – IDEN Software Package | $  22,000 | $  20,900 |
| SRAY-UMTS-SW | StingRay – UMTS Software Package | N/C | N/C |
| SRAY-GSM-SW-INTCP | StingRay -- GSM Intercept Software Package without S/C | $  27,400 | $  26,000 |
| SRAY-GSM-SW-INTCP-SC | StingRay -- GSM Intercept Software Package with S/C (Restricted Sales only Federal Customer) | $  50,000 | $  25,000 |
| UMTS-B1-CONV | StingRay 2100/1900MHz Down Converter | $  16,000 | $  15,200 |
| UMTS-B4-CONV | StingRay 2100/1700MHz Down Converter | $  16,000 | $  15,200 |
| AIRBRN-KIT-CONUS | Airborne DF Kit CONUS | $  9,000 | $  8,550 |

## StingRay II

| STINGRAY II | StingRay II – 4-CH Multi- Xmit Interrogation and Direction Finding Transportable Unit. | $  148,000 | $  140,600 |
|---|---|---|---|
| STINGRAY II-UP | StingRay II – StingRay to StingRay II Upgrade | $  65,000 | $  61,800 |
| SRAY II-GSM-SW | StingRay – GSM Software Package | $  22,000 | $  20,900 |
| SRAY II-CDMA-SW | StingRay – CDMA Software Package | $  22,000 | $  20,900 |
| SRAY II-IDEN-SW | StingRay – IDEN Software Package | $  22,000 | $  20,900 |
| SRAY II-GSM-SW-INTCP | StingRay – GSM Intercept Software Package | $  27,400 | $  26,000 |
| SRAY II-GSM-SW-INTCP-SC | StingRay -- GSM Intercept Software Package with S/C (Restricted Sales only Federal Customer) | $  50,000 | $  25,000 |
| SRAY II-UMTS-SW | StingRay – UMTS Software Package | N/C | N/C |

### StingRay Accessories

| | | PRICE |
|---|---|---|
| 3092524-102 | Cable Assembly PC/USB - 6' Cable | $  196 |
| 3092524-103 | Cable Assembly PC/USB - 12' Cable | $  220 |
| 3092525-101 | Cable DC Power | $  171 |
| RE1017HA | Carrying Case | $  925 |
| 17250 | 115V Power Cord | $  . 8 |
| 2009523-101 | Laptop PC Controller (Dell Latitude D630) | $  3,500 |
| 2009525-101 | Panasonic Toughbook Computer | $  6,500 |
| DE2035-803 | Adapter, DC (Laptop) (non- Charging) | $  226 |
| 2009523-003 | Mouse, CMPTR (Micro Trac) | $  50 |
| 2009523-002 | Auto Power Adapter (8500 & D600) | $  128 |
| OSMM-SA-20 | Mobile Mast 20' | $  2,990 |
| PE3665-144 | 12' Extension Cable (TNC to N) | $  80 |
| PE3414-144 | 12' Extension Cable (TNC to TNC) | $  85 |
| PE9131 | N-F to TNC-F Adapter | $  48 |
| PE9099 | TNC-F to TNC-F Adapter | $  28 |
| PE9090 | N-M to TNC-F Adapter | $  30 |
| PE9089 | N-F to TNC-M Adapter | $  28 |



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

| *StingRay Accessories continued...* | | PRICE | |
|---|---|---|---|
| Y2287A-66 | Directional Antenna, Yagi (GSM) Pole Mount | $ | 100 |
| FPPA-400 | Field Portable Power Adapter (Military Vehicles) | $ | 2,900 |
| FPPS-375 | Field Portable Power Source (Battery Pack) | $ | 1,700 |
| FPACPS | Field Portable AC Power Source | $ | 900 |
| 3092527-201 | SDR Radio Slice | $ | 15,000 |
| 3092577-101 | DC-DC Power Supply Module (SR & KF) | $ | 1,400 |
| WSA-00045 | Duplex Filter (AMPS/PCS) Stand Alone | $ | 1,970 |
| WSA-00100 | Duplex Filter (EGSM/DCS) Stand Alone | $ | 2,310 |
| 3174)73-101 | Quad Band Mag Mount Antenex Antenna (TNC) | $ | 125 |



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

| MODEL NUMBER | DESCRIPTION | PRICE | |
|---|---|---|---|
| | | 1 to 15 Units | 16+ Units |
| KINGFISH | KingFish – Man Portable Interrogation and Direction Finding Unit for the CDMA waveform | $    27,800 | $    26,400 |
| KF-GSM-SW | KingFish – GSM Software Package | $    18,100 | $    17,200 |
| KF-CDMA-SW | KingFish – CDMA Software Package | $    18,100 | $    17,200 |
| KF-IDEN-SW | KingFish – IDEN Software Package | $    18,100 | $    17,200 |
| KF-UMTS-SW | KingFish – UMTS Software Package | N/C | N/C |
| *KingFish Accessories* | | PRICE | |
| 3100242-101 | Tote Bag Assembly | $    570 | |
| RE0513HA | Carrying Case, KingFish | $    950 | |
| 3092524-102 | Cable Assembly, W102 (PC USB Type A)  6' cable | $    190 | |
| 3092525-101 | Cable DC Power | $    171 | |
| 2014068-101 | Battery Pack (11.1V) | $    256 | |
| 2014068-102 | Lithium-Ion Battery Charger | $    426 | |
| VA2524 | Battery, Adapter, Lighter (24V, 1.5A) | $    140 | |
| ACHA-12501 | Power Supply (12V, 5A) | $    190 | |
| 3118694-201 | Quad Band Yagi (Wedge) including 6ft cable (PE 3076-72) | $    1,300 | |
| PE3076-72 | Cable Assembly, RF (SMA-M to RTANGM-M) 6' | $    104 | |
| PE3076-144 | Cable Assembly, RF (SMA-M to RTANGM-M) 12' | $    108 | |
| 2014620-001 | Antenna Device, Wave, PCS/Cell (Green) | $    22 | |
| 2014628-001 | Antenna, ¼ Wave (2.4 GHZ) (Bluetooth) | $    18 | |
| 2014629-002 | Antenna Device, Wave, GSM  (Orange) | $    22 | |
| 3100242-103 | Backpack Carrying Case Custom (Blue) | $    660 | |
| 3100242-104 | Backpack Carrying Case Custom (Army Digi-Camo) | $    660 | |
| 3174173-102 | Quad Band Mag Mount Antenex Antenna (SMA) | $    125 | |



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

### PC Controllers

| MODEL NUMBER | DESCRIPTION | PRICE |
|---|---|---|
| 2009523-101 | Laptop PC Controller (Dell Latitude D630) | $ 3,500 |
| 2015651-101 | Mini PC Controller (OQO) | $ 3,200 |
| 2014069-101 | Rugged Mini PC Controller (GD Go Book) | $ 4,900 |
| 3084625-101 | Laptop Computer, Lightweight, Low Power, 12" Screen | $ 3,000 |
| 2009525-101 | Panasonic Toughbook Computer | $ 6,500 |

| PC Controller Accessories | | PRICE |
|---|---|---|
| 3058870-101 | Serial Cable | $ 40 |
| 2009523-003 | Mouse, CMPTR (Micro Trac) | $ 50 |
| 2009523-002 | Auto Power Adapter (8500 & D600) | $ 128 |

| MODEL NUMBER | DESCRIPTION | PRICE | |
|---|---|---|---|
| | | 1 to 15 Units | 16+ Units |
| PA-KIT-30W iDEN 800 | High Powered Filtered 30W PA Kit - Single Band iDEN 800 | $ 14,000 | $ 13,300 |
| PA-KIT-30W 2100 | High Powered Filtered 30W PA Kit - Single Band UMTS 2100 | $ 16,000 | $ 15,200 |
| PA-KIT-30W Dual-Band OCONUS | High Powered Filtered 30W PA Kit - Dual Band 850/1900 | $ 17,500 | $ 16,600 |
| PA-KIT-30W Dual-Band OCONUS | High Powered Filtered 30W PA Kit - Dual Band 900/1800 | $ 17,500 | $ 16,600 |
| 3184472-101 | Harpoon Diplexer Kit (Use w/SR I) | $ 650 | $ 650 |
| | Need Mag Mount Antenna Specified | | |

### UMTS Band Converters

| MODEL NUMBER | DESCRIPTION | PRICE | |
|---|---|---|---|
| | | 1 to 15 Units | 16+ Units |
| CONV-2100/1700/AWS | UMTS Band IV - AWS Converter | $ 16,000 | $ 15,200 |
| CONV-2100/1900 | UMTS Band I Converter | $ 16,000 | $ 15,200 |

HARRIS Wireless Products Group
PO Box 9800
Melbourne, Florida 32902
1-800-PL8-LAWS (1-800-358-5297) Fax: 321-309-7437

**ATTACHMENT 45**

DANIEL RIGMAIDEN'S FIRST DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)


ATTACHMENT 45:   USPS signature card delivery record (blank) for Daniel Rigmaiden's
October 10, 2011 FOIA request letter to the EOUSA; USPS Certified
Return Receipt delivery, article No. 7009 2250 0003 8907 7508, no
signature but mailed back to Daniel Rigmaiden;

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com℠

7009 8907 0003 2250 7508

| | | |
|---|---|---|
| Postage | $ 2.08 | 500 |
| Certified Fee | 2.85 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.30 | |
| Restricted Delivery Fee (Endorsement Required) | 7.23 | |
| Total Postage & Fees | $ | |

Sent To Executive Office, United States Attorneys
Street, Apt. No.; or PO Box No. 600 E Street, N.W.
City, State, ZIP+4 Washington, DC 20530-001

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Executive Office, United States Attorneys
FOIA/Privacy Staff, USDOJ
Suite 7300, Bicentennial Bld.
600 E Street, N.W.
Washington, DC 20530-001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)   7009 2250 0003 8907 7508

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

## ATTACHMENT 46

DANIEL RIGMAIDEN'S FIRST DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)


ATTACHMENT 46:   USPS website Delivery record (November 7, 2011 delivery) for Daniel
Rigmaiden's November 10, 2011 FOIA request letter to the EOUSA;
Certified Return Receipt delivery, article No. 7009 2250 0003 8907
7508;



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 2250 0003 8907 7508**
Status: **Delivered**

Your item was delivered at 4:51 am on November 07, 2011 in
WASHINGTON, DC 20530. A proof of delivery record may be available
through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )     ( Return to USPS.com Home > )

**Track & Confirm** 

Enter Label/Receipt Number.

( Go > )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

# **ATTACHMENT 47**

DANIEL RIGMAIDEN'S FIRST DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)


ATTACHMENT 47:   Daniel Rigmaiden's February 25, 2012 FOIA appeal letter to the OIP
RE: the EOUSA failing to acknowledge FOIA request, failing to grant a
fee waiver, failing to grant reduced fees, failing to provide expedited
processing, and failing to provide all requested records for October 10,
2011 FOIA request letter to the EOUSA;

## FREEDOM OF INFORMATION ACT REQUEST **APPEAL**

RE:  Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
     Products Group; **APPEAL** OF FOIA REQUEST sent via Certified Mail Return Receipt
     Article #: 7009 2250 0003 8907 7508 (EOUSA);

BY:  Daniel David Rigmaiden

TO:  Office of Information Policy (OIP)

February 15, 2011
Page # 1 of 2

[Certified Mail Return Receipt Article #: 7007 0710 0004 3772 8630]

Daniel Rigmaiden
Agency #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

Attn: Freedom of Information Appeal
Office of Information Policy (OIP)
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, DC 20530-001

Attention:

     This letter constitutes an appeal of a default denial of my request made under the
Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq.* and the Department of Justice
implementing regulations, 28 C.F.R. § 16.1 *et seq.*

     Via a FOIA request dated October 10, 2011, I requested various records from the
Executive Office for United States Attorneys (EOUSA) relating to portable/transportable
wireless device locators manufactured by Harris Wireless Products Group. *See* Attachment A
(original FOIA request). I sent the FOIA request using USPS certified return receipt delivery,
article No. 7009 2250 0003 8907 7508. *See id.* The signature card for the FOIA request was
stamped with a generic signature and then mailed back to me. *See* Attachment B (return receipt
signature card). The EOUSA did not date the delivery but it has certainly been more than 20
business days since they received the FOIA request. I have not received any type of response
to my FOIA request as required by law. *See* 28 CFR § 16.5(d)(4); 5 U.S.C. § 552(a)(6)(A)(i). I
consider the DOJ's actions to be arbitrary and capricious. I am appealing the following:

    1.    The EOUSA failing to acknowledge my FOIA request.
    2.    The EOUSA failing to grant me a fee waiver.
    3.    The EOUSA failing to grant me reduced fees.
    4.    The EOUSA failing to provide expedited processing.

FREEDOM OF INFORMATION ACT REQUEST **APPEAL**

RE: Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
     Products Group; **APPEAL** OF FOIA REQUEST sent via Certified Mail Return Receipt
     Article #: 7009 2250 0003 8907 7508 (EOUSA);

BY: Daniel David Rigmaiden

TO: Office of Information Policy (OIP)

February 15, 2011
Page # 2 of 2

     5.     The EOUSA failing to provide all requested records.

     In support of my request for a fee waiver, I have attached a supplementary declaration
under penalty of perjury establishing that I have no commercial interest in the requested
records. *See* Attachment C (Rigmaiden declaration).

     I expect a determination of this appeal within 20 business days. *See* 5 U.S.C. § 552(a)
(6)(A)(ii). Thank-you for your prompt attention to this matter. I can be contacted via mail at
the address below.


                                  Daniel David Rigmaiden


                                  Daniel Rigmaiden
                                  Agency #10966111
                                  CCA-CADC
                                  PO Box 6300
                                  Florence, AZ 85132

# ATTACHMENT A

<u>FREEDOM OF INFORMATION ACT REQUEST</u>

RE: Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
     Products Group;

BY: Daniel David Rigmaiden

TO: Executive Office for United States Attorneys

October 10, 2011
Page # 1 of 9

[Certified Mail Return Receipt Article #: 7009 2250 0003 8907 7508]

Daniel Rigmaiden
Agency #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

FOIA/Privacy Staff
Executive Office for United States Attorneys
United States Department of Justice
Suite 7300, Bicentennial Building
600 E Street, N.W.
Washington, DC 20530-001

Attention:

## I.    REQUEST FOR INFORMATION

       This letter constitutes a request under the Freedom of Information Act ("FOIA"), 5
U.S.C. § 552 *et seq.* and the Department of Justice implementing regulations, 28 C.F.R. § 16.1
*et seq.* I am seeking the following four categories of records:

       1.    All department records concerning the following portable/transportable wireless
device locators (*i.e.*, devices used to locate cell phones, *etc.*) and related equipment
manufactured and/or branded and/or sold by Harris Wireless Products Group (Harris
Corporation):

    **(1)**    StingRay
    **(2)**    StingRay II
    **(3)**    AmberJack
    **(4)**    KingFish
    **(5)**    TriggerFish
    **(6)**    LoggerHead
    **(7)**    Handheld Direction Finding Antenna
    **(8)**    StingRay CDMA Software

FREEDOM OF INFORMATION ACT REQUEST

RE: Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
Products Group;

BY: Daniel David Rigmaiden

TO: Executive Office for United States Attorneys

October 10, 2011
Page # 2 of 9

_____

    (9)     KingFish CDMA Software
    (10)    Geolocation (software)
    (11)    Tarpon (software)
    (12)    RealSite (software)

    * *See* attached various Harris product pictures, datasheets, and price lists.

    1.    All department records detailing United States Attorneys Office ("USAO")
policies, practices, and procedures to seek court orders to destroy real-time wireless device
location data obtained by the Harris portable/transportable wireless device locators and related
equipment (listed in No. 1 above) or obtained by other portable/transportable wireless device
locators. The requested records should pertain to Assistant United States Attorneys ("AUSA")
and other attorneys applying for court orders to destroy real-time location data used to further
an investigation or to facilitate an arrest.

    2.    All department records detailing USAO policies, practices, and procedures to
have AUSAs and other attorneys seek one or more court orders authorizing use of pen registers,
trap and trace devices, stored records under the Stored Communications Act, and/or mobile
tracking devices—while the true intention is to use Harris portable/transportable wireless
device locators and related equipment (listed in No. 1 above) or other portable/transportable
wireless device locators. Responsive records should also include records detailing policies,
practices, and procedures instructing AUSAs and other attorneys to specifically leave out of the
order applications information regarding the Harris portable/transportable wireless device
locators and related equipment (listed in No. 1 above) or information regarding other
portable/transportable wireless device locators. The noted omitted information includes the
names of the devices and how they operate to implicate Fourth Amendment rights such as (1)
sending location finding interrogation signals into private spaces, (2) cell site emulation, (3)
hijacking cellular service, (4) man-in-the-middle attacks, (5) cracking encoding and encryption
for private cellular signals, (6) the need to write data to wireless devices using Over-The-Air
Service Provisioning (OTASP), (7) accessing A-Keys, Shared Secret Data (SSD), and other
nonpublic information within the wireless devices or in the possession of wireless carriers, (8)
making surreptitious phone calls and pings to wireless devices, (9) denial-of-service attacks,
(10) increasing transmission power of wireless devices, (11) emulating/cloning wireless
devices, (12) forcing wireless devices to send out signals, *etc.*

## FREEDOM OF INFORMATION ACT REQUEST

RE: Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
     Products Group;

BY: Daniel David Rigmaiden

TO: Executive Office for United States Attorneys

October 10, 2011
Page # 3 of 9

      3.     All department records detailing USAO policies, practices, and procedures to
conceal from defendants and their attorneys in criminal cases the fact that the government used
the Harris portable/transportable wireless device locators and related equipment (listed in No. 1
above), or other portable/transportable wireless device locators, to gather evidence during
related criminal investigations.

      Government use of the devices listed in No. 1 above is discussed in court documents
filed under <u>United States v. Daniel David Rigmaiden</u>, CR08-814-PHX-DGC, District of
Arizona. *See* the following documents filed under CR08-814-PHX-DGC: **(1)** *Response To
Government's Memorandum Regarding Law Enforcement Privilege And Request For An Ex
Parte And In Camera Hearing If Necessary* (Dkt. #536); **(2)** *Request For Judicial Notice Of
Facts Relevant To The Issue Of Governmental Privileges* (Dkt. #501); **(3)** *First Submission Of
Redacted And Summarized Documents For Requested In Camera Inspection*; (Dkt. #588); **(4)**
*First Submission Of Consolidated Exhibits Relating To Discovery And Suppression Issues* (Dkt.
#587); and **(5)** *Motion For Disclosure Of All Relevant And Helpful Evidence Withheld By The
Government Based On A Claim Of Privilege* (Dkt. #592).

      I request that the applicable records include, but not be limited to, the following:

**(1)**    electronically stored information
**(2)**    emails
**(3)**    email attachments
**(4)**    letters
**(5)**    correspondence
**(6)**    memorandums
**(7)**    documents
**(8)**    reports
**(9)**    statements
**(10)**  audits
**(11)**  purchase receipts
**(12)**  invoices
**(13)**  word processing documents
**(14)**  spreadsheets
**(15)**  graphics and presentation documents
**(16)**  images

FREEDOM OF INFORMATION ACT REQUEST

RE: Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
     Products Group;

BY: Daniel David Rigmaiden

TO: Executive Office for United States Attorneys

October 10, 2011
Page # 4 of 9

---

    **(17)**   text files
    **(18)**   instant messages
    **(19)**   audio files
    **(20)**   video files
    **(21)**   voice mail
    **(22)**   internet data
    **(23)**   log files
    **(24)**   blogs
    **(25)**   calendar files
    **(26)**   text messages
    **(27)**   records of radio transmissions
    **(28)**   data dictionary files[1]
    **(29)**   metadata[2]
    **(30)**   system metadata[3]
    **(31)**   substantive metadata[4]
    **(32)**   embedded metadata[5]

       I request that the storage devices/systems to be searched include, but not be limited to, the following:

---

1.    Data dictionaries are repositories of metadata, or information about data, such as its meaning, relationships to other data, origin, usage and format.

2.    Nat'l Day Laborer Org. Network v. United States Immigration & Customs Enforcement Agency, 2011 U.S. Dist. LEXIS 11655, 10 Civ. 3488 (SAS) (S.D.N.Y., Feb. 7, 2011) ("[M]etadata is 'readily reproducible' in the FOIA context.").

3.    System metadata is data automatically generated by a computer system when a native file is created, modified, transmitted, deleted or otherwise manipulated by a user of such system. This data is not part of the native file and resides as part of the computer system with a reference to the native file.

4.    Substantive metadata is data generated by the application accessing the native file such as the data reflecting the date/time the file was created or modified and data reflecting changes made to the document by the user. This data is part of the native file and is viewable from the application used to create or modify the native file.

5.    Embedded metadata is text, numbers, content, data, or other information that is directly or indirectly inputted into a native file by a user and which is not typically visible to the user viewing the output display of the native file on screen or as a print-out. Examples of embedded metadata include, but are not limited to, spreadsheet formulas (which display as the results of the formula operation), hidden columns, externally or internally linked files (e.g., sound files in Powerpoint presentation), references to external files and content (e.g., hyperlinks to HTML files or URLs), references and fields (e.g., the field codes for an auto-numbered document), and certain database information if the data is part of a database (e.g., a date field in a database will display as a formatted date, but its actual value is typically a long integer).

FREEDOM OF INFORMATION ACT REQUEST

RE: Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
    Products Group;

BY: Daniel David Rigmaiden

TO: Executive Office for United States Attorneys

October 10, 2011
Page # 5 of 9

(1)    workstation computers
(2)    server computers
(3)    backup systems
(4)    legacy systems
(5)    databases
(6)    hard drives
(7)    tape drives
(8)    zip disks and other disks
(9)    CDs, DVDs, Blu-ray discs, *etc.*
(10)  cartridges
(11)  magneto-optical disks
(12)  calendar systems
(13)  voice mail systems
(14)  text messaging systems
(15)  intranet systems
(16)  internet systems
(17)  personal digital assistants
(18)  cell phones and other cellular devices including Blackberry devices
(19)  home computers belonging to AUSAs and other attorneys (**to the extent, if any, they
      are used for USAO business purposes and/or case preparation**)

    While complying with this FOIA request, I ask that the following EOUSA staffs be
searched for both paper and electronic records: (1) Office of the Director, (2) Counsel to the
Director, (3) Attorney General Advisory Committee, (4) Legal Programs, (5) General Counsel,
(6) Office of Enforcement Operations, and (7) the Computer Crime and Intellectual Property
Section. In addition, I request that the United States Attorneys Offices in the following
locations be searched: California, Arizona, and New York. For each state listed above, please
search all United States Attorneys Offices within the state.

**II.    FORM OF DOCUMENTS REQUESTED**

    I request that all digital documents be provided in their original native form with
metadata preserved. Additionally, if redactions are required, they should be done on the
original digital documents using a digital redaction process (*e.g.*, using Appligent Redax ™,
RapidRedact ™, Abobe Acrobat ™ X Pro, *etc.*) and provided in their native digitally redacted
form. I request that the native form digital documents (*e.g.*, emails, *etc.*) that are redacted by a

FREEDOM OF INFORMATION ACT REQUEST

RE: Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
     Products Group;

BY: Daniel David Rigmaiden

TO: Executive Office for United States Attorneys

October 10, 2011
Page # 6 of 9

computerized redaction process be provided "as is" and that they not be printed to hard copy
and then rescanned to create an artificial digital form of the documents. I make the above
requests pursuant to 5 U.S.C. § 552(a)(3)(B) ("In making any record available to a person
under this paragraph, an agency shall provide the record in any form or format requested by the
person if the record is readily reproducible by the agency in that form or format.").

    I request that all responsive records be organized in an intelligible manner and
referenced or indexed so that they are capable of being read and understood by one possessing
average skills, intellect, and training. If the responsive records are codified such that they
cannot be readily understood, I request that I be provided with all required decoding documents
necessary to provide a clear and intelligible understanding of the contents and meaning of the
responsive records.

### III.    REQUEST FOR WAIVER OF ALL COSTS OR REDUCED COSTS

    I am requesting a waiver of all costs pursuant to 5 U.S.C. 552(a)(4)(A)(iii) ("Documents
shall be furnished without any charge or at a charge reduced below the fees established under
clause (ii) if disclosure of the information is in the public interest because it is likely to
contribute significantly to public understanding of the operations or activities of the
government and is not primarily in the commercial interest of the requester."). Disclosure of
the requested records will help members of the public understand the privacy risks of carrying
cell phones and other wireless devices. The requested records concern the direct operations
and activities of the government with respect to surreptitiously locating cell phones and other
wireless devices using Harris brand portable/transportable wireless device locators and related
equipment.

    On September 22, 2011, The Wall Street Journal published an article titled "'Stingray'
Phone Tracker Fuels Constitutional Clash"[6] wherein the government's use of
portable/transportable wireless device locators was clearly and sufficiently identified. The
identifiable government actions reported in The Wall Street Journal article and in the evidence I
placed on the record in CR08-814-PHX-DGC weigh in favor of granting me a fee waiver for

---

6.      *See* Valentino-DeVries, Jennifer, *'Stingray' Phone Tracker Fuels Constitutional Clash,* The Wall Street Journal, p.
A1 (Sept. 22, 2011) *available at* http://online.wsj.com/article/SB10001424053111904194604576583112723197574.html
(last accessed: September 22, 2011) ("Associate Deputy Attorney General James A. Baker and FBI General Counsel Valerie
E. Caproni both said at a panel at the Brookings Institution in May that devices like these fall into a category of tools called
'pen registers,' which require a lesser order than a warrant.").

FREEDOM OF INFORMATION ACT REQUEST

RE: Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
     Products Group;

BY: Daniel David Rigmaiden

TO: Executive Office for United States Attorneys

October 10, 2011
Page # 7 of 9

this FOIA request. *See* 28 C.F.R. § 16.11(k)(2)(i) (To determine whether the first fee waiver
requirement is met, "[t]he subject of the requested records must concern identifiable operations
or activities of the federal government, with a connection that is direct and clear, not remote or
attenuated."). There is additional support for granting a fee waiver considering I have the
ability and intention to effectively convey the responsive information to the public. *See* 28
C.F.R. § 16.11(k)(2)(iii) (When determining whether the requested records will contribute to an
understanding of the subject by the public, "[a] requester's expertise in the subject area and
ability and intention to effectively convey information to the public shall be considered."). The
information I obtain through this FOIA request will be placed on the public record in CR08-
814-PHX-DGC and I will also forward the information to Jennifer Valentino-DeVries, the
reporter who wrote the article about StingRay type devices for The Wall Street Journal. *See* fn.
6, *supra*. The noted Wall Street Journal article specifically reported on my efforts to prove that
the government violates the Fourth Amendment when it uses portable/transportable wireless
device locators to locate wireless devices within home residences without a proper warrant.
Finally, the records requested are not sought for a commercial purpose[7] and I plan to
disseminate the responsive material to the public at no cost. *See* 28 C.F.R. § 16.11(k)(3)(i) and
(ii) (To determine whether the fee waiver requirement is met, the disclosure should not be
primarily in the commercial interest of the requester.).

IV.     **REQUEST FOR EXPEDITED PROCESSING**

     I am requesting expedited processing of this FOIA request pursuant to 5 U.S.C. 552(a)
(6)(E)(i)(I) (Expedited processing is merited "in cases in which the person requesting the
records demonstrates a compelling need;"). I have a compelling need for the requested records
considering the subject of my request is a matter of widespread and exceptional media interest
and the government's integrity is called into question when it tracks and locates wireless
devices without proper judicial authority, *i.e.*, a Rule 41 warrant founded on probable cause.
*See* 28 C.F.R. § 16.5(d)(1)(iv) (Expedited processing is merited when the request involves "[a]
matter of widespread and exceptional media interest in which there exist possible questions
about the government's integrity which affect public confidence."). The media has repeatedly
reported on warrantless government cell phone tracking prior to this FOIA request. In 2007,
the media reported that "a little-known FBI telephone intercept unit has developed a powerful
cellphone tracking technology that agents use to monitor the physical movements of

---

7.    *See* Judicial Watch, Inc., v. Rossotti, 326 F.3d 1309, 1312 (D.C. Cir. 2003) ("We are also mindful that Congress
amended FOIA to ensure that it is liberally construed in favor of waivers for noncommercial requesters." (internal quotation
marks and citation omitted)).

FREEDOM OF INFORMATION ACT REQUEST

RE: Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
    Products Group;

BY: Daniel David Rigmaiden

TO: Executive Office for United States Attorneys

October 10, 2011
Page # 8 of 9

surveillance targets, even on phones that are not GPS equipped."[8]  In 2008, the media reported
that the government can track cell phones on its own using a TriggerFish and that it "raises the
risk that they will do so without bothering to go to a court for permission first, since they no
longer need to compel the provider to cooperate."[9]  In 2010, the media reported that a senior
attorney in the criminal division of the Justice Department claimed that "[t]he government is
not required to use a warrant" when it uses surveillance equipment to locate cell phones.[10]  In
2011, the media reported on government use of StingRay type devices and on me challenging
use of those devices without proper judicial authority.  *See* fn. 6, *supra*.  The above quoted/cited
news stories are all framed to call into question the government's integrity when it tracks and
locates cell phones and other wireless devices without proper warrants founded on probable
cause.

* * * * *

    I expect a determination of this request for expedited processing within 10 calendar days
and a determination of this request for documents within 20 calendar days.  *See* 28 CFR §
16.5(d)(4); 5 U.S.C. § 552(a)(6)(A)(i).  If this request is denied in whole or in part, I request
that all deletions be justified by reference to specific exemptions to FOIA.  I request the release
of all segregable portions of otherwise exempt material.  I reserve the right to appeal a decision
to withhold any information, to deny a waiver of fees, or to expedited processing.

    I certify as true and correct to the best of my knowledge and belief that I have a
compelling need for expedited processing and that the requested records are not for commercial
purposes.  Thank-you for your prompt attention to this matter.  Please furnish all responsive
records to the address below.

---

8.    Singel, Ryan (Wired), *FBI E-Mail Shows Rift Over Warrantless Phone Record Grabs* (Dec. 20, 2007), *available at*
http://www.wired.com/print/politics/onlinerights/news/2007/12/fbi_cell (last accessed Sep. 22, 2010).

9.    Myers, Rachel (ACLU), *With Technology Like This, Who Needs the Law? >> Blog of Rights: Official Blog of the
American Civil Liberties Union* , "With Technology Like This, Who Needs The Law?" (Nov. 14, 2008),
http://www.aclu.org/2008/11/14/with-technology-like-this-who-needs-the-law (last accessed Aug. 16, 2011).

10.    McCullagh, Declan (CNET News), *Justice Dept. defends warrantless cell phone tracking* (Feb. 13, 2010),
*available at* http://news.cnet.com/8301-13578_3-10453214-38.html (last accessed Apr. 8, 2010).

<u>FREEDOM OF INFORMATION ACT REQUEST</u>

RE: Portable/Transportable Wireless Device Locators Manufactured By Harris Wireless
     Products Group;

BY: Daniel David Rigmaiden

TO: Executive Office for United States Attorneys

October 10, 2011
Page # 9 of 9

                                     Daniel David Rigmaiden

Daniel Rigmaiden
Agency #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

**ATTACHMENT**









# HARRIS


## WIRELES
### products grou

## StingRay™

*Transportable CDMA
Interrogation, Tracking
and Location, and
Signal Information
Collection System*

### Product Description

StingRay™ is Harris' latest offering in a
long line of advanced wireless surveillance
products. StingRay is a multichannel software
defined radio that performs network base
station surveys, Dialed Number and registration
collection, mobile interrogation, and target
tracking and location with Harris' Amber-
Jack™ Direction-Finding Antenna. This
low-power transportable surveillance system
is designed with the future in mind—its
reconfigurable architecture lends itself to
upgrades of new capabilities and wireless
standards, while preserving the initial
investment in hardware.

### Features

- Software Defined Radio (SDR) enables
  simultaneous monitoring of up to eight
  CDMA Paging/Access channel pairs
- Active interrogation capability emulates
  base station to collect MINs and ESNs
  through forced registration; external
  PA output available for higher power
  requirements
- Interfaces with AmberJack antenna to
  form a complete target tracking and
  location solution using active direction-
  finding and ranging techniques
  (active approach does not require
  the target phone
  to be engaged
  in a call)

- Optional geolocation software overlays
  target tracks and tracking vehicle location
  on a digital map
- Wideband RF front-end provides
  simultaneous operation in the U.S. cellular
  800 and PCS 1900 MHz bands and is
  preconfigured to support iDEN (low band),
  GSM 900, and DCS 1800 bands
- PC-based controller running Windows®
  XP provides an intuitive Graphical User
  Interface (GUI)
- Industry-standard USB interface enables
  plug-n-play networking of multiple
  StingRay surveillance systems if the
  user requires more channel capacity
- Supports targeting and real-time
  searching of mobile identification
  numbers (MIN), dialed
  numbers, and electronic
  serial numbers (ESN)
- Low-power system
  designed for
  vehicular
  operations

*next level solutions*

# HARRIS



## StingRay™

**Transportable CDMA Interrogation, Tracking and Location, and Signal Information Collection System**

### Product Description

StingRay™ is Harris' latest offering in a long line of advanced wireless surveillance products. StingRay is a multichannel software defined radio that performs network base station surveys, Dialed Number and registration collection, mobile interrogation, and target tracking and location with Harris' Amber-Jack™ Direction-Finding Antenna. This low-power transportable surveillance system is designed with the future in mind—its reconfigurable architecture lends itself to upgrades of new capabilities and wireless standards, while preserving the initial investment in hardware.

### Features

■ Software Defined Radio (SDR) enables simultaneous monitoring of up to ████ ███████████ channel pairs

■ Active interrogation capability emulates base station to collect MINs and ESNs through forced registration; external ██ output available for ███████ requirements

■ Interfaces with AmberJack antenna to form a complete target tracking and location solution using active ████████ ██████ and ███████ techniques ██ the target phone

■ Optional ████████████████████████

■ ██████████████ RF front-end provides ██████████ operation in the U.S. cellular ███ ███ ████████ bands and is ████████████████ to support ████ █████████████████ bands

■ PC-based controller running ████████ ██ provides an intuitive Graphical User Interface (GUI)

■ Industry-standard USB interface enables ████████████████

■ Supports ████████████

██ ██████████████████
██████████ ████████████ for █████████████ operations

*next level solutions*

EXHIBIT C

Received from < > at 7/18/02 11:31:01 AM [Eastern Daylight Time]

JUL-18-2002  11:31        H▮▮AND and KNIGHT LLP                                P.27

*Wireless Products Group*

### Standards Currently Supported

▪ ▮▮▮▮

### Future Standards Supported

▪ Software reconfigurable architecture will allow
  for future software upgrades to support other
  wireless standards and capabilities

### Operating Bands



### Transmit Capabilities

*(For Interrogation and Active Tracking and Location)*

▪ Up to ▮▮ dBm output
▪ Interfaces with an ▮▮▮▮▮▮▮

### Compatible Accessories

▪ ▮▮▮▮▮▮▮▮▮▮
▪ ▮▮▮▮
▪ ▮▮▮

### Interfaces

▪ ▮▮▮▮▮▮▮



▪ Power
  – ▮▮▮▮▮

### Physical Characteristics

▪ Housing: Standard aluminum case
▪ Wheeled transit case
  – Stows ▮▮▮▮
  – Conforms to airline carry-on weight
    and size limits

### PC Controller Characteristics

▪ ▮▮▮▮▮▮ operating system
▪ GUI is easily configured by user for mission
  scenarios
▪ Enables field upgrade of system firmware
▪ Integrated ▮▮▮▮▮▮▮▮▮▮ GUI with
  optional ▮▮▮▮▮▮▮

1. Hardware is preconfigured to work in these bands. Future software upgrades will provide operation in
   these bands—consult Harris Wireless Products Group for availability.

Specifications are subject to change without notice.

SlingRay and Amberjack are trademarks of Harris Corporation.

Windows XP is a registered trademark of Microsoft Corporation.

This product is a restricted use item and can be sold only to authorized law enforcement and government agencies. Its use shall comply
with all local, state and federal statutes associated with the intercept and monitoring of oral communications. Harris Corporation assumes
no liability for any misuse or improper use of the product and makes no representation as to its suitability for any specific application.

**DISTRIBUTION WARNING**

This brochure may be provided only to persons eligible under 18 USC 2512
(Government law enforcement agencies or communications service providers).

This brochure may only be given to U.S. citizens, permanent residents of the U.S.
(green card holders, or Canadians eligible under 22 CFR 126.5.

**HARRIS**

*next level solutions*

Government Communications Systems Division | P.O. Box 37 | Melbourne, FL USA 32902-0037
1-800-358-5297 or wpg@harris.com | www.harris.com

Copyright © 2002 Harris Corporation
Printed in USA on Recyclable Paper 07/02 VPS-504690-3 d9r06

**HARRIS**

**WIRELESS products group**

## *AmberJack™*

### *Dual-Band Direction Finding System*

### Product Description

AmberJack™ is a phased array direction finding (DF) antenna system capable of tracking and locating mobile phone users. The DF antenna array is designed to operate with Harris' Loggerhead™ and StingRay™ products enabling tracking and location of AMPS, TDMA and CDMA phones. AmberJack operates in both the cellular and PCS bands.

AmberJack combines Harris' expertise in phased array antenna technology and tracking and locating systems to offer a state-of-the-art direction finding system. Beam forming technology offers a universal DF antenna for existing as well as future cellular standards.

The DF antenna array incorporates magnetic mounts for ease of installation to the roof of a tracking vehicle and offers a low profile for reduced visibility. User-friendly software, developed for the Windows® operating system, enables intuitive control of the AmberJack system and its companion receiver from a single interface. Once a targeted phone is engaged, information on the direction to the target is dynamically updated for display on the PC.

### Features

- Determines direction of arrival and received signal strength of phone's transmission
- Provides real-time display of direction to the target
- Low power, small size
- User-friendly graphical user interface for the PC or Pocket PC (optional)

*next level solutions*



## *AmberJack®*
### *Direction-Finding System*

#### Product Description

Amberjack® is a phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations. The DF antenna array is designed to operate with Harris' Gossamer®, KingFish®, StingRay®, and StingRay II® products, enabling tracking and location of targeted mobile phones, as well as base stations. AmberJack-X operates in the U.S. cellular 850 and PCS 1900 bands, and AmberJack-G operates in the EGSM 900 and DCS 1800 bands. AmberJack-W operates in all the bands above as well as iDEN™ and UMTS bands I and IV.

Amberjack combines Harris' expertise in phased array antenna technology and tracking and locating systems to offer a state-of-the-art direction-finding system. Phased array technology offers a universal DF antenna for existing, as well as future cellular standards.

The DF antenna array incorporates magnetic mounts for ease of installation on the roof of a tracking vehicle and offers a low profile for reduced visibility. User-friendly software, developed for the Windows® operating system, enables intuitive control of the AmberJack system and its companion receiver from a single interface. Once a target is engaged, information on the direction to the target is dynamically updated for display on the PC.



#### Operations Supported

- Locating mobile phones and base stations
- Tracking mobile phones



# AmberJack®
## Direction-Finding System



### Features

- Determines direction of arrival and received signal strength of a targeted mobile phone's transmission
- Determines direction of arrival and received signal strength of a targeted base station's transmission
- Provides real-time display of direction to the target
- Low power and portable
- User-friendly Graphical User Interface (GUI) for the PC

### Frequency Coverage

- AmberJack-X (U.S. Cellular/PCS 1900)
  - Cellular reverse: 824–849 MHz
  - Cellular forward: 869–894 MHz
  - PCS reverse: 1850–1910 MHz
  - PCS forward: 1930–1990 MHz
- AmberJack-G (EGSM 900/DCS 1800)
  - EGSM reverse: 880–915 MHz
  - EGSM forward: 925–960 MHz
  - DCS reverse: 1710–1785 MHz
  - DCS forward: 1805–1880 MHz

- AmberJack-W (Wideband)
  - iDEN reverse: 806–825 MHz
  - iDEN forward: 851–870 MHz
  - Cellular reverse: 824–849 MHz
  - Cellular forward: 869–894 MHz
  - PCS reverse: 1850–1910 MHz
  - PCS forward: 1930–1990 MHz
  - EGSM reverse: 880–915 MHz
  - EGSM forward: 925–960 MHz
  - DCS reverse: 1710–1785 MHz
  - DCS forward: 1805–1880 MHz
  - UMTS IV reverse: 1710–1755 MHz
  - UMTS IV forward: 2110–2155 MHz
  - UMTS I reverse: 1920–1980 MHz
  - UMTS I forward: 2110–2170 MHz

### External Control

- Laptop PC (Windows® XP Professional)

### Power source

- 12 Vdc at 0.5 A

### Physical Characteristics

- Size: D = 17", H = 4.2"
- Weight: <14 lbs

### Required Accessories (sold separately)

Gossamer with PC Controller, StingRay system, StingRay II, or KingFish with PC Controller

### Optional Accessories

Harpoon™ for DF range extension

### Catalog Part Number

- AJ-X (AmberJack-X)
- AJ-G (AmberJack-G)
- AJ-W (AmberJack-W)

### Authorized Federal Supply Service Information Technology Schedule

- SIN: 132-8 Purchase of Equipment
- SIN: 132-12 Maintenance, Repair Services and Repair Parts/Spare Parts

GSA Contract Number: GS-35F-0293J

General Services Administration Federal Supply Service products and ordering information in this Authorized FSS Information Technology Schedule Pricelist are also available on the GSA Advantage! System. Agencies can browse GSA Advantage! by accessing the GSA's home page via the Internet at www.gsa.gov.



Specifications are subject to change without notice. Harris is a registered trademark of Harris Corporation. AmberJack, KingFish, Gossamer, StingRay and StingRay II are registered trademarks of Harris Corporation. Harpoon is a trademark of Harris Corporation. Windows XP Professional is a registered trademark of Microsoft Corporation. iDEN is a trademark of Motorola, Inc.

This product is a restricted use item and can be sold only to authorized law enforcement and government agencies. Its use shall comply with all local, state, and federal laws and regulations. Harris Corporation assumes no liability for any misuse or improper use of the product and makes no warranty or representation whatsoever as to its suitability for any specific application.

### DISTRIBUTION WARNING

This brochure may be provided only to persons eligible under 18 USC 2512 (Government law enforcement agencies or communications service providers).



Government Communications Systems | P.O. Box 9800 | Melbourne, FL USA 32902-9800
1-800-358-5297 or wpg@harris.com | www.wpg.harris.com | www.harris.com

Copyright © 2008 Harris Corporation 07/08 514176k VP8 d0105

# *HARRIS*



## *KingFish™ (Preliminary)*

### *Portable CDMA Interrogation, Direction-Finding, and Collection System*

### Product Description

KingFish™ provides investigators with a tool that extracts the telephone number (MIN) and Electronic Serial Number (ESN) from a CDMA mobile telephone. The Active Direction-Finding (DF) capability enables location of a powered-on phone without depending on the suspect to be involved on a call. Additionally, KingFish provides passive Dialed Number Recorder (DNR) and Registration Collection capabilities. Passive operations identify calling patterns and provide information on the suspect's area of operation.

KingFish is based on a Software Defined Radio (SDR) architecture, which enables upgrades to future cellular standards, while preserving the initial investment in hardware. As initially offered, KingFish provides CDMA operation in both the Cellular and PCS bands.

### Features

#### Covert Packaging

- Concealed radio, antennas, and battery power supply
- Wireless remote control from commercially available Pocket PC

#### Intuitive Application Software

- Windows® interface
- Identifies active CDMA channels and catalogs base station parameters
- Provides real-time display of Interrogation and Passive Collection results
- Dynamically updates received signal strength to enable precise location of a target phone



*next level solutions*





## Geolocation (Preliminary)

**PC-Based Intelligent AMPS/TDMA and CDMA Tracking and Location**

### Product Description

Geolocation is a PC-based software application that allows the user to intelligently track and locate targeted AMPS/TDMA or ⋯⋯ cellular phones in the 800 and ⋯ ⋯⋯ bands. Geolocation consists of software and an external GPS receiver. Geolocation will be offered in two options: an AMPS/TDMA Option to be used in conjunction with the Harris LoggerHead™ Interrogator plus the PC Controller™ and the AmberJack™ DF Antenna; and a CDMA Option to be used in conjunction with the Harris StingRay™ system plus the AmberJack™ DF Antenna.

Geolocation provides a user-friendly, geospatially accurate mapping routine which shows on-screen the exact location of the tracking vehicle, plus Direction of Arrival (DOA) information and/or estimated range/location information on the targeted phone.

Providing a visual screen of an accurate local map, the exact location of the tracking vehicle, and the approximate location of the targeted phone, allows for a much more intelligent and expedient method for tracking and location.

### Features

■ User-friendly application running on Windows® 98/2000/XP provides an intuitive Graphical User Interface (GUI)

■ AMPS/TDMA: Interfaces with the LoggerHead™ Handheld Interrogator plus the PC Controller™ and the AmberJack™ Direction-Finding (DF) Antenna

■ CDMA: Interfaces with the StingRay™ plus the AmberJack™ Direction-Finding (DF) Antenna

■ Provided GPS receiver integrates with PC running the application

■ Real-time viewing of tracking vehicle location

■ Real-time viewing of approximate targeted cellular phone location

■ Tracking missions can be stored for post-mission analysis

■ Migration path to GSM and future cellular standards



*next level solutions*



## Harpoon™

### Software-Controlled, High-Power Filtered Amplifier

### Product Description

Harpoon™ is a software-controlled, high-power filtered amplifier that maximizes the multichannel transmit capability of the StingRay II® and significantly improves the performance of the single-channel StingRay® and KingFish® systems by providing high-gain, wide dynamic range, and excellent linearity along with 30 watts of filtered output power. System status indication alerts the user during fault conditions including problems with the RF connections.

- Four Versions Available
  - Harpoon 850/1900 (Dual Band)
  - Harpoon 900/1800 (Dual Band)
  - Harpoon 2100 (Single Band)
  - Harpoon i800 (Single Band)

### Features

- Automatic Level Control
  - Maximizes total output power up to 30 W per band
  - Maintains constant output power
  - Improves power level accuracy
- Filtered Output
  - Improves transmit signal quality
  - Improves receiver sensitivity



### Operations Supported

- Maximizes the multichannel transmit capability of the StingRay II
- Significantly improves the performance of the single-channel StingRay and KingFish systems



# Harpoon™
## Software-Controlled, High-Power Filtered Amplifier


**WIRELESS**
products group

### Standards Supported
- GSM
- CDMA2000®
- iDEN
- UMTS

### Frequency Coverage
- 850/1900: 869–894 MHz/1930–1990 MHz
- 900/1800: 925–960 MHz/1805–1880 MHz
- iDEN 800: 851–870 MHz
- 2100: 2110–2170 MHz

### Physical Characteristics
- Dual Band
  - Size: 10.5" x 14.75" x 5"
  - Weight: 24 lbs
- Single Band
  - Size: 10.5" x 10.5" x 5"
  - Weight: 15 lbs

### Power Specifications
- Input: 10–33 Vdc
- Power Consumption
  - Dual Band: 440 W max
  - Single Band: 280 W max

### Optional Accessories
- Diplexer for dual-band operation with StingRay and KingFish

### Catalog Part Number
- Harpoon 850/1900
- Harpoon 900/1800
- Harpoon i800
- Harpoon 2100



Specifications are subject to change without notice. Harris is a registered trademark of Harris Corporation. KingFish, StingRay, and StingRay II are registered trademarks of Harris Corporation. Harpoon is a trademark of Harris Corporation. CDMA2000 is a registered trademark of the Telecommunications Industry Association in the United States (TIA–USA). iDEN is a trademark of Motorola, Inc.

This product is a restricted use item and can be sold only to authorized law enforcement and government agencies. Its use shall comply with all local, state, and federal laws and regulations. Harris Corporation assumes no liability for any misuse or improper use of the product and makes no warranty or representation whatsoever as to its suitability for any specific application.

**DISTRIBUTION WARNING**

This brochure may be provided only to persons eligible under 18 USC 2512 (Government law enforcement agencies or communications service providers).


**HARRIS®**
assured communications®

Government Communications Systems | P.O. Box 9800 | Melbourne, FL USA 32902-9800
1-800-358-5297 or wpg@harris.com | www.wpg.harris.com | **www.harris.com**

Copyright © 2008 Harris Corporation 07/08 514176m VPB d0341





# UMTS IV Converter

## Overview

**UMTS IV Converter** is a high performance Frequency Converter that enables the StingRay® or KingFish® to operate in the CONUS UMTS IV (2100 MHz DL, 1700MHz UL) band. Its high stability and extremely low phase noise performance enables stand-alone capability; which allows the StingRay/KingFish and Converter to operate with independent references. Its excellent channel-pair rejection enables operation with high-power PAs.

**UMTS IV Converter** enables the StingRay/KingFish to transmit on the UMTS IV downlink band and to receive on both the uplink and downlink bands. It automatically shuts down the downlink receive path during transmit mode, improving system isolation and reducing power consumption.

Active gain compensation guarantees constant gain over temperature, frequency, aging, and other environmental effects during transmit mode and guarantees constant gain over temperature during receive mode.

## Features

**Transmit**
- TX conversion from 1842.5 to 2140 MHz
- 60 MHz low ripple bandwidth
- Circuitry turns off during receive only mode
- Active gain compensation over temp and freq
- Active TX LED status indicator

**Receive**
- RX 1 conversion from 2140 to 1842.5 MHz
- RX 2 conversion bypass
- RX 1 circuitry turns off during transmit mode
- 11dB gain is temperature compensated
- Attenuators are activated from the front panel

**Local Oscillators**
- 0.5° integrated Phase Noise (100Hz – 1MHz)
- 0.2ppb over temperature, ±25ppb/year aging
- LED status indicator

**Mechanical Housing**
- Rugged welded metal case
- Formed lid for convenient transceiver mounting
- Front panel connectors, controls, and indicators



**UMTS IV Converter**



**StingRay and UMTS IV Converter**

**Accessories Included:**
- Transit Case
- AC/DC converter
- DC/DC converter for vehicular operation
- RF cables for StingRay/KingFish connections
- RF cable for PA connection
- Brackets for KingFish Installation



*assuredcommunications®*

HARRIS PROPRIETARY INFORMATION

This information is provided for your convenience. Always call your Account Manager for most current pricing and availability.



**wireless products group**

# WPG Product Pricing

**Effective Date:** 12/7/09
**Update:** 2/24/10

Version S&L 2010

| | | US Domestic Pricing | | | GSA Pricing | | |
|---|---|---|---|---|---|---|---|
| | | | | | 1-15 | 16+ | |
| StingRay | STINGRAY | 75,105 | | | | 68,479 | |
| StingRay GSM Software | SRAY-GSM-SW | 22,000 | 20,900 | | | | |
| StingRay CDMA Software | SRAY-CDMA-SW | 22,000 | 20,900 | | | | |
| StingRay IDEN Software | SRAY-IDEN-SW | 22,000 | 20,900 | | | | |
| StingRay 2100 MHz B1 Down Converter w/ By Pass (OCONUS) | CONV-2100/1900-WBP | 19,800 | 18,800 | | | 18,054 | |
| StingRay 2100 MHz B4 Down Converter w/ By Pass (CONUS) | CONV-2100/1700-WBP | 19,800 | 18,800 | | | 18,054 | |
| | | | | | | | |
| StingRay Replacement Kit | SR-REPLACEMENT KIT | 900 | | | | | |
| Cable Assembly PC/USB - 6' Cable | 3092524-102 | 195 | | | | | |
| Cable Assembly PC/USB - 12' Cable | 3092524-103 | 220 | | | | | |
| Cable DC Power | 3092525-101 | 400 | | | | | |
| StingRay Carrying Case | RE1017HA | 1,100 | | | | | |
| 115V Power Cord | 17250 | 125 | | | | | |
| Laptop PC Controller (Dell Latitude) | 2009523-101 | 3,500 | | | | | |
| Panasonic Toughbook Computer | 2009525-101 | 6,500 | | | | | |
| Adapter, DC (Laptop) (non - Charging) | DE2035-803 | 225 | | | | | |
| Mouse, CMPTR (Micro Trac) | 2009523-003 | 125 | | | | | |
| Auto Power Adapter (9800 & D800) | 2009523-002 | 125 | | | | | |
| Mobile Mast 20' | OSMM-SA-20 | 7,500 | | | | | |
| 12' Extension Cable (TNC to N) | PE3685-144 | 140 | | | | | |
| 12' Extension Cable (TNC to TNC) | PE3414-144 | 140 | | | | | |
| N-F to TNC-F Adapter | PE9131 | 40 | | | | | |
| TNC-F to TNC-F Adapter | PE9089 | 40 | | | | | |
| N-M to TNC-F Adapter | PE9090 | 40 | | | | | |
| N-F to TNC-M Adapter | PE9089 | 40 | | | | | |
| Directional Antenna, Yagi (GSM) Pole Mount | Y2287A-66 | 300 | | | | | |
| SDR Radio Slice | 3092527-201 | 16,000 | | | | | |
| DC-DC Power Supply Module (SR & KF) | 3092577-101 | 1,000 | | | | | |
| Duplex Filter (AMPS/PCS) Stand Alone | WSA-00045 | 1,070 | | | | | |
| Duplex Filter (EGSM/DCS) Stand Alone | WSA-00100 | 2,810 | | | | | |
| Quad Band Mag Mount Antenex Antenna (TNC) | 3174173-101 | 125 | | | | | |
| 15' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 150 | | | | | |
| | | | | | | | |
| StingRay II | STINGRAY II | 148,000 | 140,600 | | | 134,952 | |
| StingRay II Upgrade | STINGRAY II-UP | 75,300 | 71,700 | | | 68,014 | |
| StingRay II GSM Software | SRAY-II-GSM-SW | 22,000 | 20,900 | | | | |
| StingRay II CDMA Software | SRAY-II-CDMA-SW | 22,000 | 20,900 | | | | |
| StingRay II IDEN Software | SRAY-II-IDEN-SW | 22,000 | 20,900 | | | | |
| | | | | | | | |
| Cable Assembly PC/USB - 6' Cable | 3092524-102 | 195 | | | | | |
| Cable Assembly PC/USB - 12' Cable | 3092524-103 | 220 | | | | | |
| Laptop PC Controller (Dell Latitude) | 2009523-101 | 3,500 | | | | | |
| Adapter, DC (Laptop) (non - Charging) | DE2035-803 | 225 | | | | | |
| Panasonic Toughbook Computer | 2009525-101 | 6,500 | | | | | |
| Mouse, CMPTR (Micro Trac) | 2009523-003 | 125 | | | | | |
| Quad Band Mag Mount Antenex Antenna (TNC) | 3174173-101 | 125 | | | | | |
| 15' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 150 | | | | | |
| Quad Band Yagi (Wedge) including 6ft cable (PE 3076-72) | 3118894-201 | 300 | | | | | |
| Cable Assembly, RF (SMA-M to RTANGM-M) 6' | PE3075-72 | 108 | | | | | |
| Cable Assembly, RF (SMA-M to RTANGM-M) 12' | PE3075-144 | 108 | | | | | |
| GPS Antenna | ANT-GPS-SH-SMA | 150 | | | | | |
| AC/DC Converter | ACHA1224-1936 | 900 | | | | | |
| Volt Converter (Universal Plug Kit) | 3142767-101 | 200 | | | | | |
| StingRay II Case | RE04190BHA | 1,200 | | | | | |
| SDR Radio Slice | 3092527-201 | 16,000 | | | | | |

**Harris Proprietary Information**
For Internal Company Use Only

This information is provided for your convenience. Always call your Account Manager for most current pricing and availability.



# WPG Product Pricing

**Effective Date: 12/7/09**
**Update: 2/24/10**

Version S&L 2010

| Kingfish | KINGFISH | 22,800 | 26,400 | 25,340 |
|---|---|---|---|---|
| KingFish N-Connector Upgrade | KF-N-UP | 2,200 | 2,700 | |
| KingFish GSM Software | KF-GSM-SW | 8,100 | 9,200 | |
| KingFish CDMA Software | KF-CDMA-SW | 9,300 | | |
| KingFish IDEN Software | KF-IDEN-SW | 10,000 | 17,200 | |

| Kingfish Replacement Kit | KF-REPLACEMENT KIT | 1,976 | | |
| Tote Bag Assembly | 3100242-101 | 103 | | |
| Carrying Case, KingFish | RE0513HA | 155 | | |
| Cable Assembly, W102 (PC USB Type A) 6' cable | 3082824-102 | 248 | | |
| Cable DC Power | 3082826-101 | 74 | | |
| Battery Pack (11.1V) | 2014066-101 | 300 | | |
| Lithium-Ion Battery Charger | 2014066-102 | 1,250 | | |
| Battery, Adapter, Lighter (24V, 1.5A) | VA2824 | 140 | | |
| Power Supply (12V, 5A) | ACHA-12501 | 500 | | |
| Quad Band Yagi (Wedge) including 6ft cable (PE 3076-72) | 3118604-201 | 1,500 | | |
| Cable Assembly, RF (SMA-M to RTANGM-M) 6' | PE3076-72 | 104 | | |
| Cable Assembly, RF (SMA-M to RTANGM-M) 12' | PE3076-144 | 108 | | |
| Antenna Device, Wave, GSM (Orange) | 2014620-001 | 22 | | |
| Antenna Device, Wave, PCS/Cell (Green) | 2014620-002 | 22 | | |
| Antenna, ¼ Wave (2.4 GHZ) (Bluetooth) | 2014628-001 | 14 | | |
| Backpack Carrying Case Custom (Blue) | 3100242-103 | 450 | | |
| Backpack Carrying Case Custom (Army Digi-Camo) | 3100242-104 | 420 | | |
| Quad Band Mag Mount Antenna Antenna (SMA) | 3174173-102 | 126 | | |

| AmberJack G | AJ-G | 24,300 | 28,100 | 22,166 |
|---|---|---|---|---|
| AmberJack X | AJ-X | 24,300 | 23,100 | 22,166 |
| AmberJack W | AJ-W | 38,400 | 36,500 | 35,015 |
| AmberJack Legacy to W Upgrade | AJL-W-UP | 19,780 | 18,800 | 18,009 |
| AmberJack X & G to W Upgrade | AJXG-W-UP | 21,680 | 20,600 | 19,741 |

| Cable Assembly, DBDF Antenna, Loggerhead (12') | 3086596-101 | 350 | | |
|---|---|---|---|---|
| Cable Assembly, DBDF Antenna, LH/Gossamer (12') (To be used in place of the | 3120038-101 | 350 | | |
| Carrying Case | RE0512HA-2 | 680 | | |
| Cable Assembly, 3-Way Splitter | DC10A-3J1 | 90 | | |
| Eyebolt, Swivel | 47621 | 54 | | |
| Power Cable Internal | 3087877-101 | 73 | | |
| Tool, Eyebolt | 47641/94682 | 15 | | |
| Webbing Assembly, 12ft. | 96347835 | 38 | | |
| Radome Assembly | 3087882-101 | 600 | | |
| Cable Assembly, DBDF Antenna, SlingRay (12') - (old PN: 3099547-101) Three | KCIII/1660 | 300 | | |
| Cable Assembly, (36') | KCIII/1672-1 | 1,200 | | |
| Cable Assembly, DBDF Antenna, SlingRay (25') | KCIII/1672 | 725 | | |
| Cable Assembly, DBDF Antenna, SlingRay (5 meters or 16' 4") - (old PN: | KCIII/1684 | 925 | | |
| Cable Assembly, DBDF Antenna, SlingRay (50') - (old PN: 3099547-102) | KCIII/1686 | 1,500 | | |
| CASE,CARRYING,AMBERJACK-W | RE022608HA | 120 | | |

| Power Amp Kit | PA-KIT | 3,500 | 3,300 | |
|---|---|---|---|---|

| Power Amp | SM0520-36HH | 7,150 | | |
|---|---|---|---|---|
| Carrying Case | RE0602HA | 700 | | |
| Adapter Cable - SMA Male to SMA Male (12') | PE3377-12 | 130 | | |
| 3 Way DC Splitter | DC10A-3J1 | 100 | | |
| DC Power Cable | CBLIO-00360 | 100 | | |
| Right Angle SMA Coax Adapter | PE9088 | 32 | | |
| Mounting Plate | 3102393-101 | 60 | | |
| Adapter Cable - SMA Male to SMA Male (72') | PE3377-72 | 55 | | |
| Quad Band Mag Mount Antenna Antenna (SMA) | 3174173-102 | 126 | | |

*Harris Proprietary Information*
For Internal Company Use Only

This information is provided for your convenience. Always call your Account Manager for most current pricing and availability.



# WPG Product Pricing

**Effective Date:** 12/7/09
**Update:** 2/24/10

Version S&L 2010

| Description | Part Number | | | |
|---|---|---|---|---|
| Power Amp Kit - 10 Watt | PA-KIT-10W | 4,500 | 4,300 | |
| | | | | |
| Amplifier 10Watt | SM0822-3905 | 250 | | |
| Carrying Case | RE0118HA | 700 | | |
| Adapter Cable - SMA / TNC  (18") w/ Attenuator | 3147080-101 | 100 | | |
| 3 Way DC Splitter | DC15A-3J1 | 70 | | |
| Adapter Cable - SMA / TNC (72") w/ Attenuator | 3147080-102 | 100 | | |
| DC Power Cable for 10-Watt PA | 180-5045-66 | 50 | | |
| AC to DC Power Supply for 10 Watt PA | ACHA1270-1465 | 218 | | |
| AC to DC Power Supply for 10 Watt PA - 25 feet | CBLM8-F00416 | 120 | | |
| Quad Band Mag Mount Antenex Antenna (TNC) | 3174173-101 | 300 | | |
| 18' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 150 | | |
| Attenuator, FXD; 5DB (SMA to SMA) | BW-S5W2 | 60 | | |
| | | | | |
| High Power Filtered 25W PA Kit - (800/850/1900/2100 B4) | PA-KIT-25W CONUS | 11,800 | 10,800 | 10,488 |
| High Power Filtered 25W PA Kit - (800/1800/2100 B1) | PA-KIT-25W OCONUS | 11,800 | 10,800 | 10,488 |
| | | | | |
| High Power antenna | VBC-822-M-1 | 800 | | |
| DC Power Cable (CLA) | 3092525-101 | 120 | | |
| AC/DC Power Converter | ACHA1224-2651 | 200 | | |
| DC / DC Power Cable | CBLIC-20540 | 200 | | |
| RF Cable | 920-10027-012 | 250 | | |
| Carry Case | RE062809HA | 500 | | |
| | | | | |
| High Power Filtered 30W PA Kit- Single Band 800 | PA-KIT-30W IDEN 800 | 16,400 | 15,600 | 14,954 |
| High Power Filtered 30W PA Kit- Single Band 2100 | PA-KIT-30W 2100 | 18,500 | 17,800 | 16,615 |
| High Power Filtered 30W PA Kit- Dual Band 850/1900 | PA-KIT-30W Dual-Band CONUS | 20,000 | 19,200 | 18,419 |
| High Power Filtered 30W PA Kit- Dual Band 900/1800 | PA-KIT-30W Dual-Band OCONUS | 20,000 | 19,200 | 18,419 |
| | | | | |
| | | | | |
| Harpoon AC/DC Converter | ACHA2816-2567 | 200 | | |
| USB Cable Assembly | 3092524-102 | 165 | | |
| USB to AUX Cable Assembly (Beige) | 3181099-101 | 210 | | |
| RF Cable Assembly (Blue) | 920-10027-012 | 250 | | |
| Harpoon Mounting Tray Assembly | 3162605-101 | 300 | | |
| Antenna: 806-2200 MHZ Magnetic Mount | VBC-822-M-1 | 800 | | |
| Coax Adapter; SMA Male to TNC Female | PE9078 | 50 | | |
| Aux to Primary (Harpoon to SRI) Cable Assy | 3186799-101 | 210 | | |
| Aux to Primary (Harpoon to SR II) Cable Assy | 3186900-101 | 180 | | |
| | | | | |
| Tactical Power Kit | OCTOPUS | 20,000 | 19,000 | 18,237 |
| | | | | |
| Directional Antenna, Quad Band w/Handle - *Requires P/N PE3377-72 &PE9078 | SWAN80183G1W3V3 | 740 | | |
| Quad Band Mag Mount Antenex Antenna (TNC) | 3174173-101 | 300 | | |
| 18' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 150 | | |
| Quad Band Mag Mount Antenex Antenna (SMA) | 3174173-102 | 300 | | |
| Antenna; 806-2200MHZ Magnetic Mount | VBC-822-M-1 | 800 | | |
| Directional Antenna, Yagi (Cell) | 3084617-101 | 300 | | |
| Directional Antenna, Yagi (DCS/PCS) | 3084618-101 | 300 | | |
| Directional Antenna, Yagi (GSM) | 3084619-101 | 300 | | |
| Directional Antenna, Quad Band w/Handle w/ Attenuator - Requires P/N PE3377- | 3120062-101 | 1,100 | | |
| Directional Antenna, Yagi (DCS/PCS) - Pole Mount | Y421812 | 300 | | |
| Directional Antenna, Yagi (GSM) Pole Mount | Y2267A-66 | 300 | | |
| Quad Band Yagi (Wedge) 6ft Cable included (PE3862-72) | 3116804-101 | 1,300 | | |

This information is provided for your convenience. Always call your Account Manager for most current pricing and availability.



# WPG Product Pricing

**Effective Date: 12/7/09**
**Update: 2/24/10**

Version S&L 2010

| Description | Part Number | | | |
|---|---|---|---|---|
| SlingRay 2100 MHz B1 Down Converter w/ By Pass (OCONUS) | CONV-2100/1900-WBP | 19,800 | 18,800 | 18,054 |
| SlingRay 2100 MHz B4 Down Converter w/ By Pass (CONUS) | CONV-2100/1700-WBP | 19,800 | 18,800 | 18,054 |

| | | | | |
|---|---|---|---|---|
| HA1225-1937 | Adapter | | 2,100 | |

| | | | | |
|---|---|---|---|---|
| Laptop PC | 2009823 | | 3,600 | |
| Toughbook PC | 2009826 | | 6,500 | |
| Rugged Mini-PC | 2014069 | | 6,200 | |

| | | | | |
|---|---|---|---|---|
| Directional Antenna, Quad Band w/Handle - *Requires P/N PE3377-72 &PE9070 | SWAN80163G1W3V3 | | 700 | |
| Quad Band Mag Mount Antenex Antenna (TNC) | 3174173-101 | | 125 | |
| 15' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | | 50 | |
| Quad Band Mag Mount Antenex Antenna (SMA) | 3174173-102 | | 125 | |
| Antenna; 806-2200MHZ Magnetic Mount | VBC-822-M-1 | | 300 | |
| Directional Antenna, Yagi (Cell) | 3084617-101 | | 300 | |
| Directional Antenna, Yagi (DCS/PCS) | 3084618-101 | | 300 | |
| Directional Antenna, Yagi (GSM) | 3084619-101 | | 300 | |
| Directional Antenna, Quad Band w/Handle w/ Attenuator - Requires P/N PE3377- | 3120002-101 | | 1,000 | |
| Directional Antenna, Yagi (DCS/PCS) - Pole Mount | Y421612 | | 500 | |
| Directional Antenna, Yagi (GSM) Pole Mount | Y2287A-66 | | 500 | |
| Quad Band Yagi (Wedge) 6ft Cable included (PE3662-72) | 3118694-101 | | 1,500 | |

| | | | | |
|---|---|---|---|---|
| Repair for all WPG products not covered by warranty. Charges are $65.00/hr plus REPAIR | | | Domestic & Int'l | GSA |
| Maintenance 4W PA Kit | MT-4W | | 600 | |
| Maintenance 10W PA Kit | MT-10W | | 800 | |
| Maintenance 25W PA Kit CONUS | MT-25WC | | 1,500 | 1,436 |
| Maintenance 25W PA Kit OCONUS | MT-25WO | | 1,500 | 1,436 |
| Maintenance AmberJack X | MT-AJX | | 3,000 | 2,872 |
| Maintenance AmberJack G | MT-AJG | | 3,000 | 2,872 |
| Maintenance AmberJack W | MT-AJW | | 5,000 | 4,788 |
| Maintenance Converter Band 1 OCONUS w/ BP | MT-CONV1O | | 2,000 | 2,584 |
| Maintenance Converter Band 4 CONUS w/ BP | MT-CONV4C | | 2,700 | 2,584 |
| Maintenance Harpoon 2100 | MT-HARP21 | | 2,000 | 1,914 |
| Maintenance Harpoon CONUS | MT-HARPC | | 2,000 | 1,914 |
| Maintenance Harpoon IDEN | MT-HARPI | | 2,000 | 1,914 |
| Maintenance Harpoon OCONUS | MT-HARPO | | 2,000 | 1,914 |
| Maintenance KingFish | MT-KF | | 4,000 | 3,829 |
| Maintenance Octopus | MT-OCT | | 2,700 | 2,584 |
| Maintenance StingRay | MT-SR | | 11,000 | 10,529 |
| Maintenance StingRay I | MT-SRII | | 22,000 | 21,058 |

| | | | | |
|---|---|---|---|---|
| Training - Melbourne | TRAIN-MLB | | 3,000 | |
| Training - Melbourne 1-Day Course | TRAIN-MLB-1 | | 1,500 | |
| Training - Florida | TRAIN-FL | | 4,000 | |
| Training - East Coast | TRAIN-EC | | 10,000 | |
| Training - East Coast 1-Day Course | TRAIN-EC-1 | | 1,750 | |
| Training - West Coast | TRAIN-WC | | 10,000 | |
| Training - West Coast 1-Day Course | TRAIN-WC-1 | | 5,000 | |

**Harris Proprietary Information**
For Internal Company Use Only

This Information is provided for your convenience. Always call your Account Manager for most current pricing and availability.



Version S&L 2010

# WPG Product Pricing

**Effective Date:** 12/7/09
**Update:** 2/24/10

**WPG Contact Information:**

**Michael Dillon**
Federal, State and Local Law Enforcement
(571) 246-7450
michael.dillon@harris.com

**Rich Roosa**
DoD, SOCOM, International, Federal Intelligence
Ph: (321) 309-7430
Cell: (321) 223-9551
richard.roosa@harris.com

**Lin Vinson**
ARMY, National Security, Federal Intelligence
(321) 258-2585
lin.vinson@harris.com

**Susan McCreary**
Sales/Support
321-309-7450 (Office)
321-258-9831 (BlkBry)
321-409-6975 (fax)
www.wpg.harris.com
www.premier.harris.com/wpg
susan.mccreary@harris.com

*Harris Proprietary Information*
For Internal Company Use Only



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE



## products group

### HARRIS GCSD
### PRICE LIST
*Effective September 2008*
*All price quotes are in USD ($)*

***This price list supersedes all previous price lists. Prices and products are subject to change without notice. Products are subject to discontinuation without notice.***



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

## AmberJack

| MODEL NUMBER | DESCRIPTION | PRICE | |
|---|---|---|---|
| | | 1 to 15 Units | 16+ Units |
| AJ-G | The AmberJack-G DF Antenna is a phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations Forward and Reverse in the GSM 900 and 1800 MHz Bands.* | $ 24,300 | $ 23,100 |
| AJ-X | The AmberJack-X DF Antenna is a phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations Forward and Reverse in the GSM 800 and 1900 MHz Bands.* | $ 24,300 | $ 23,100 |
| AJ-W | The AmberJack-W DF Antenna is a wideband phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations Forward and Reverse in the frequency bands from 800MHz to 2100 MHz* | $ 38,400 | $ 36,500 |
| AJ-GUP | AmberJack-G DF Antenna Upgrade. Upgrades the legacy AJ-DF antenna to the AJ-G antenna. | $ 13,000 | $ 12,400 |
| AJ-XUP | AmberJack-X DF Antenna Upgrade. Upgrades the legacy AJ-DF antenna to the AJ-X antenna. | $ 9,000 | $ 8,600 |
| AJ-WUP | AmberJack-W DF Antenna Upgrade. Upgrades the legacy DF antenna to the AJ-W antenna. | $ 18,000 | $ 17,100 |

*Requires PC Controller Software for Gossamer Operations.*

| AmberJack Accessories | | PRICE |
|---|---|---|
| 3088596-101 | Cable Assembly, DBDF Antenna, Loggerhead (12") | $ 650 |
| 3120038-101 | Cable Assembly, DBDF Antenna, LH/Gossamer (12") (To be used in place of the 3088596-101 for both LH and Gossamer) | $ 650 |
| KCIU/1660 | Cable Assembly, DBDF Antenna, StingRay (12')- (old PN: 3099547-101) | $ 800 |
| REG512HA-2 | Carrying Case | $ 890 |
| DC15A-3J1 | Cable Assembly, 3-Way Splitter | $ 170 |
| 47621 | Eyebolt, Swivel | $ 34 |
| 3087877-101 | Power Cable Internal | $ 73 |
| 47641/94882 | Tool, Eyebolt | $ 15 |
| 8834T561 | Webbing Assembly, 12ft. | $ 35 |
| 3087882-101 | Radome Assembly | $ 1,800 |
| KCIU/1672 | Cable Assembly, DBDF Antenna, StingRay (25') | $ 975 |
| KCIU/1684 | Cable Assembly, DBDF Antenna, StingRay (5 meters or 16' 4") - (old PN: 3099547-103) | $ 825 |
| KCIU/1696 | Cable Assembly, DBDF Antenna, StingRay (50') - (old PN: 3099547-102) | $ 1,000 |



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

## StingRay

| MODEL NUMBER | DESCRIPTION | PRICE 1 to 15 Units | 16+ Units |
|---|---|---|---|
| STINGRAY | StingRay (4 module) – 1-CH Xmit Interrogation and Direction Finding Transportable Unit. | $ 75,100 | $ 71,307 |
| SRAY-GSM-SW | StingRay – GSM Software Package | $ 22,000 | $ 20,900 |
| SRAY-CDMA-SW | StingRay – CDMA Software Package | $ 22,000 | $ 20,900 |
| SRAY-IDEN-SW | StingRay – IDEN Software Package | $ 22,000 | $ 20,900 |
| SRAY-UMTS-SW | StingRay – UMTS Software Package | N/C | N/C |
| SRAY-GSM-SW-INTCP | StingRay – GSM Intercept Software Package without S/C | $ 27,400 | $ 26,000 |
| SRAY-GSM-SW-INTCP-SC | StingRay – GSM Intercept Software Package with S/C (Restricted Sales only Federal Customer) | $ 50,000 | $ 25,000 |
| UMTS-B1-CONV | StingRay 2100/1900MHz Down Converter | $ 16,000 | $ 15,200 |
| UMTS-B4-CONV | StingRay 2100/1700MHz Down Converter | $ 16,000 | $ 15,200 |
| AIRBRN-KIT-CONUS | Airborne DF Kit CONUS | $ 9,000 | $ 8,550 |

## StingRay II

| STINGRAY II | StingRay II – 4-CH Multi-Xmit Interrogation and Direction Finding Transportable Unit. | $ 148,000 | $ 140,600 |
|---|---|---|---|
| STINGRAY II-UP | StingRay II – StingRay to StingRay II Upgrade | $ 65,000 | $ 61,800 |
| SRAY II-GSM-SW | StingRay – GSM Software Package | $ 22,000 | $ 20,900 |
| SRAY II-CDMA-SW | StingRay – CDMA Software Package | $ 22,000 | $ 20,900 |
| SRAY II-IDEN-SW | StingRay – IDEN Software Package | $ 22,000 | $ 20,900 |
| SRAY II-GSM-SW-INTCP | StingRay – GSM Intercept Software Package | $ 27,400 | $ 26,000 |
| SRAY II-GSM-SW-INTCP-SC | StingRay – GSM Intercept Software Package with S/C (Restricted Sales only Federal Customer) | $ 50,000 | $ 25,000 |
| SRAY II-UMTS-SW | StingRay – UMTS Software Package | N/C | N/C |

| StingRay Accessories | | PRICE | |
|---|---|---|---|
| 3092524-102 | Cable Assembly PC/USB - 6' Cable | $ 196 | |
| 3092524-103 | Cable Assembly PC/USB - 12' Cable | $ 220 | |
| 3092525-101 | Cable DC Power | $ 171 | |
| RE1017HA | Carrying Case | $ 925 | |
| 17250 | 115V Power Cord | $ 8 | |
| 2009523-101 | Laptop PC Controller (Dell Latitude D630) | $ 3,500 | |
| 2009525-101 | Panasonic Toughbook Computer | $ 6,500 | |
| DE2035-803 | Adapter, DC (Laptop) (non- Charging) | $ 226 | |
| 2009523-003 | Mouse, CMPTR (Micro Trac) | $ 50 | |
| 2009523-002 | Auto Power Adapter (8500 & D600) | $ 128 | |
| OSMM-SA-20 | Mobile Mast 20' | $ 2,990 | |
| PE9665-144 | 12' Extension Cable (TNC to N) | $ 80 | |
| PE3414-144 | 12' Extension Cable (TNC to TNC) | $ 85 | |
| PE9131 | N-F to TNC-F Adapter | $ 48 | |
| PE9099 | TNC-F to TNC-F Adapter | $ 28 | |
| PE9090 | N-M to TNC-F Adapter | $ 30 | |
| PE9089 | N-F to TNC-M Adapter | $ 28 | |



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

| *StingRay Accessories continued...* | | PRICE | |
|---|---|---|---|
| Y2287A-56 | Directional Antenna, Yagi (GSM) Pole Mount | $ | 100 |
| FPPA-400 | Field Portable Power Adapter (Military Vehicles) | $ | 2,900 |
| FPPS-375 | Field Portable Power Source (Battery Pack) | $ | 1,700 |
| FPACPS | Field Portable AC Power Source | $ | 900 |
| 3092527-201 | SDR Radio Slice | $ | 15,000 |
| 3092577-101 | DC-DC Power Supply Module (SR & KF) | $ | 1,400 |
| WSA-00045 | Duplex Filter (AMPS/PCS) Stand Alone | $ | 1,970 |
| WSA-00106 | Duplex Filter (EGSM/DCS) Stand Alone | $ | 2,310 |
| 3174173-101 | Quad Band Mag Mount Antenex Antenna (TNC) | $ | 125 |



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

| MODEL NUMBER | DESCRIPTION | PRICE | |
|---|---|---|---|
| | | 1 to 15 Units | 16+ Units |
| KINGFISH | KingFish – Man Portable Interrogation and Direction Finding Unit for the CDMA waveform | $ 27,800 | $ 26,400 |
| KF-GSM-SW | KingFish – GSM Software Package | $ 18,100 | $ 17,200 |
| KF-CDMA-SW | KingFish – CDMA Software Package | $ 18,100 | $ 17,200 |
| KF-IDEN-SW | KingFish – IDEN Software Package | $ 18,100 | $ 17,200 |
| KF-UMTS-SW | KingFish – UMTS Software Package | N/C | N/C |
| *KingFish Accessories* | | **PRICE** | |
| 3100242-101 | Tote Bag Assembly | $ 570 | |
| RE0513HA | Carrying Case, KingFish | $ 950 | |
| 3092524-102 | Cable Assembly, W102 (PC USB Type A)  6' cable | $ 196 | |
| 3092525-101 | Cable DC Power | $ 171 | |
| 2014068-101 | Battery Pack (11.1V) | $ 256 | |
| 2014068-102 | Lithium-Ion Battery Charger | $ 426 | |
| VA2524 | Battery, Adapter, Lighter (24V, 1.5A) | $ 140 | |
| ACHA-12501 | Power Supply (12V, 5A) | $ 190 | |
| 3118694-201 | Quad Band Yagi (Wedge) including 6ft cable (PE 3076-72) | $ 1,300 | |
| PE3076-72 | Cable Assembly, RF (SMA-M to RTANGM-M) 6' | $ 104 | |
| PE3076-144 | Cable Assembly, RF (SMA-M to RTANGM-M) 12' | $ 108 | |
| 2014620-001 | Antenna Device, Wave, PCS/Cell (Green) | $ 22 | |
| 2014628-001 | Antenna, ¼ Wave (2.4 GHZ) (Bluetooth) | $ 18 | |
| 2014629-002 | Antenna Device, Wave, GSM (Orange) | $ 22 | |
| 3100242-103 | Backpack Carrying Case Custom (Blue) | $ 660 | |
| 3100242-104 | Backpack Carrying Case Custom (Army Digi-Camo) | $ 660 | |
| 3174173-102 | Quad Band Mag Mount Antenex Antenna (SMA) | $ 125 | |



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

## PC Controllers

| MODEL NUMBER | DESCRIPTION | PRICE | |
|---|---|---|---|
| 2009523-101 | Laptop PC Controller (Dell Latitude D630) | $ | 3,500 |
| 2015651-101 | Mini PC Controller (OQO) | $ | 3,200 |
| 2014069-101 | Rugged Mini PC Controller (OD Go Book) | $ | 4,900 |
| 3084625-101 | Laptop Computer, Lightweight, Low Power, 12" Screen | $ | 3,000 |
| 2009525-101 | Panasonic Toughbook Computer | $ | 6,500 |
| **PC Controller Accessories** | | **PRICE** | |
| 3058870-101 | Serial Cable | $ | 40 |
| 2009523-003 | Mouse, CMPTR (Micro Trac) | $ | 50 |
| 2009523-002 | Auto Power Adapter (8500 & D600) | $ | 128 |

## PA Kits

| MODEL NUMBER | DESCRIPTION | PRICE | |
|---|---|---|---|
| | | 1 to 15 Units | 16+ Units |
| PA-KIT-30W IDEN 800 | High Powered Filtered 30W PA Kit - Single Band IDEN 800 | $ 14,000 | $ 13,300 |
| PA-KIT-30W 2100 | High Powered Filtered 30W PA Kit - Single Band UMTS 2100 | $ 16,000 | $ 15,200 |
| PA-KIT-30W Dual-Band OCONUS | High Powered Filtered 30W PA Kit - Dual Band 850/1900 | $ 17,500 | $ 16,600 |
| PA-KIT-30W Dual-Band OCONUS | High Powered Filtered 30W PA Kit - Dual Band 900/1800 | $ 17,500 | $ 16,600 |
| 3184472-101 | Harpoon Diplexer Kit (Use w/SR I) | $ 650 | $ 650 |
| | Need Mag Mount Antenna Specified | | |

## UMTS Band Converters

| MODEL NUMBER | DESCRIPTION | PRICE | |
|---|---|---|---|
| | | 1 to 15 Units | 16+ Units |
| CONV-2100/1900 | UMTS Band IV -AWS Converter | $ 16,000 | $ 15,200 |
| CONV-2100/1900 | UMTS Band I Converter | $ 16,000 | $ 15,200 |

# ATTACHMENT B

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7009 2250 0003 8907 7508

| | |
|---|---|
| Postage | $ 208 |
| Certified Fee | 285 |
| Return Receipt Fee (Endorsement Required) | 230 |
| Restricted Delivery Fee (Endorsement Required) | 723 |
| Total Postage & Fees | $ |

Postmark Here   500

Sent To
Executive Office, United States Attorneys

Street, Apt. No.; or PO Box No. 600 E Street, N.W.

City, State, ZIP+4 Washington, DC 20530-001

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Executive Office, United States Attorneys
FOIA/Privacy Staff, USDOJ
Suite 7300, Bicentennial Bld.
600 E Street, N.W.
Washington, DC 20530-001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☑ Yes

2. Article Number (Transfer from service label)  7009 2250 0003 8907 7508

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# ATTACHMENT C

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  Daniel Rigmaiden has no commercial interest in the records requested via EOUSA FOIA
     request, certified return receipt article No. 7009 2250 0003 8907 7508;

BY:  Daniel David Rigmaiden

---

I, Daniel David Rigmaiden, declare the following:

1.     This declaration establishes that my interests in the records requested via EOUSA
FOIA request letter, certified return receipt article No. 7009 2250 0003 8907 7508, are not in
my commercial interest.  In my original FOIA request letter I stated that "the records requested
are not sought for a commercial purpose and I plan to disseminate the responsive material to
the public at no cost."  *Id.*, p. 7.  I also "certif[ied] as true and correct to the best of my
knowledge and belief that I have a compelling need for expedited processing and that the
requested records are not for commercial purposes."  *Id.*, p. 8.

2.     My primary purpose for seeking the records requested in the EOUSA FOIA
request is to obtain evidence for my defense in United States v. Rigmaiden, CR08-814-PHX-
DGC, pending in the District of Arizona.  I am representing myself in CR08-814-PHX-DGC
and I need the requested records to use as evidence in support of a motion to suppress evidence
currently due April 27, 2012.  *See* D.Ariz., CR08-814-PHX-DGC, Dkt. #768 (Court order
indicating that motion to suppress due on April 27, 2012).  I have absolutely no plans to profit
from the requested records and they will all be disseminated to the public via the public record
in CR08-814-PHX-DGC.

3.     In order to advance public understanding, the requested documents will also be
given to my contacts at (1) the American Civil Liberties Union of Northern California (Linda
Lye, Staff Attorney) (2) the American Civil Liberties Union of Arizona (Daniel Pochoda, Staff
Attorney) and (3) the Electronic Frontier Foundation (Kevin Bankston, Senior Staff Attorney)
—all nonprofit entities who have a history of notifying the public about illegal government

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: Daniel Rigmaiden has no commercial interest in the records requested via EOUSA FOIA
     request, certified return receipt article No. 7009 2250 0003 8907 7508;

BY: Daniel David Rigmaiden

---

conduct at no cost. I will also forward all records to Jennifer Valentino-DeVries at The Wall

Street Journal as they have taken an interest in notifying the public about the specific type of

illegal government conduct discussed in the EOUSA FOIA request. Although The Wall Street

Journal is a for-profit newspaper, previous news articles published about CR08-814-PHX-DGC

and the government's use of the Harris StingRay were freely disseminated on the Internet by

The Wall Street Journal. *See* EOUSA FOIA request letter, certified return receipt article No.

7009 2250 0003 8907 7508. I will not charge anyone for the documents I am requesting via the

EOUSA FOIA request.

     4.     Although I plan on providing the requested documents to various entities, I am

not requesting records on behalf of anyone other than myself. I am not associated with any of

the above entities and they are not aware of my specific FOIA request. My primary interest is

to obtain evidence for my self-represented defense in CR08-814-PHX-DGC.

     5.     I have neither the resources nor the means to profit from any records provided in

response to the EOUSA FOIA request. I am currently incarcerated awaiting trial on CR08-814-

PHX-DGC and am not permitted to conduct commercial activities from within the facility

where I am housed: Corrections Corporation of America, Central Arizona Detention Center.

     6.     I declare, certify, verify, and state under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct to the best of my knowledge,

except as to those matters which are therein stated on information and belief, and, as to those

matters, I believe it to be true. *See* 28 U.S.C. § 1746 ("Wherever... any matter is required or

permitted to be supported, evidenced, established, or proved by the sworn... affidavit, in writing

## DECLARATION UNDER PENALTY OF PERJURY

RE: Daniel Rigmaiden has no commercial interest in the records requested via EOUSA FOIA
     request, certified return receipt article No. 7009 2250 0003 8907 7508;

BY: Daniel David Rigmaiden

---

of the person making the same [], such matter may, with like force and effect, be supported,

evidenced, established, or proved by the unsworn declaration..., in writing of such person

which is subscribed by him, as true under penalty of perjury, and dated..."); 18 U.S.C. § 1621

("Whoever... in any declaration... under penalty of perjury as permitted under section 1746 of

title 28, United States Code, willfully subscribes as true any material matter which he does not

believe to be true... is guilty of perjury and shall, except as otherwise expressly provided by

law, be fined under this title or imprisoned not more than five years, or both....").


Executed on _February 22, 2012_ , in Florence, Arizona, United States of America.

                                       Daniel David Rigmaiden


                                       Daniel Rigmaiden
                                       Agency # 10966111
                                       CCA-CADC
                                       PO Box 6300
                                       Florence, AZ 85132


- Page # 3 of 3 -

**ATTACHMENT 48**

DANIEL RIGMAIDEN'S FIRST DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 48:   OIP's May 10, 2012 letter to Daniel Rigmaiden RE: determination of
EOUSA FOIA appeal (No. AP-2012-01749) by Janice Galli McLeod,
Associate Director of the Office of Information Policy; RE: October 10,
2011 FOIA request letter to the EOUSA;

U.S. Department of Justice
OIP/NYAV-11050

*Washington, D.C. 20530*

Official Business
Penalty for Private Use $300

Hasler
016H H66010-47
$00.450
05/10/2012
Mailed From 20530
US POSTAGE

US OFFICIAL MAIL
$300 Penalty
For Private Use

MAY 14 20

5 DUC

8513286300 B902



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

Telephone: (202) 514-3642

MAY 10 2012

Mr. Daniel Rigmaiden
Register No. 10966-111
CCA-CADC                                    Re:       Appeal No. AP-2012-01749
Post Office Box 6300                                   Your letter dated February 15, 2012
Florence, AZ  85132                                   JGM:SKV

Dear Mr. Rigmaiden:

       You attempted to appeal from the failure of the Executive Office for United States
Attorneys (EOUSA) to respond to your request for access to certain policies, practices and
procedures.

       Department of Justice regulations provide for an administrative appeal to the Office of
Information Policy only after there has been an adverse determination by a component.  See 28
C.F.R. § 16.9(a) (2011).  As no adverse determination has yet been made by EOUSA, there is no
action for this Office to consider on appeal.

       As you may know, the Freedom of Information Act authorizes requesters to file a lawsuit
when an agency takes longer than the statutory time period to respond.  See 5 U.S.C.
§ 552(a)(6)(C)(i).  However, I can assure you that this Office has contacted EOUSA and has
been advised that your request is being processed.  If you are dissatisfied with EOUSA's final
response you may appeal again to this Office.

       This Office has forwarded a copy of your letter to EOUSA.  I suggest that you contact
EOUSA's Requester Service Center at (202) 252-6041 for further updates regarding the status of
your request.

                                    Sincerely,

                                    Janice Galli McLeod
                                    Associate Director

## ATTACHMENT 49

DANIEL RIGMAIDEN'S FIRST DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 49:   EOUSA's May 3, 2013 letter to Daniel Rigmaiden RE: answer to
October 10, 2011 FOIA request: "Request No.: 11-4585" with "Subject
of Request: Location Tracking Devices.";



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W., Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 252-6020   FAX: 252-6047   (www.usdoj.gov/usao)*

Requester: _____Daniel Rigmaiden_____

Request Number:___11-4585_____

Subject of Request:____Location Tracking Devices_____

MAY - 3 2013

Dear Requester:

      The Executive Office for United States Attorneys has received your Freedom of Information Act request and assigned the above number to the request.

      You have requested all Department of Justice records concerning location tracking devices. We do not maintain records in a manner which would enable us to reasonably search for this information. Therefore, we must deny your request.

      For your information, we recently released records to the ACLU in response to a request which generally overlaps your request. We obtained these records through a structured inquiry to which we and the ACLU agreed. If you would be amenable to receiving a copy of these records to satisfy your request, please let us know, and we will forward them to you.

      This is our final action on this above-numbered request. You may appeal this decision in this matter by writing to the **Office of Information Policy, Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001.** Both the envelope and the letter of appeal should be marked "FOIA Appeal." Your appeal must be received by OIP within 60 days from the date of this letter. If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court. 28 C.F.R. § 16.9.

                      Sincerely,

                      Susan B. Gerson
                      Assistant Director

Form No. 006 - 3/10

**U.S. Department of Justice**
Executive Office for United States Attorneys
*FOIA/DC*

*600 E St. NW*
*Rm. 7300 BICN*
*Washington, D.C. 20530*

Official Business

**CERTIFIED MAIL**

7001 2510 0008 0110 5359

Daniel D. McMaiden
#10906 11
CCA - CADC, P.O. Box 6300
Florence, AZ 85132

016H16601052

$06.11⁰

US OFFICIAL MAIL
$300 Penalty
For Private Use

05/03/2013
Mailed From 20530
**US POSTAGE**

MAY 6 2013

Hasler

**ATTACHMENT 50**

DANIEL RIGMAIDEN'S FIRST DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 50:   FBI's July 12, 2013 letter to Daniel Rigmaiden RE: providing 94 page
paper-form (*i.e.*, non-native digital form records) response to: "FOIPA
Request No. 1180900-000; Subject: Wall Street Journal Article On Cell
Site Simulator Devices";  Note: 94 page letter attachment not attached;



U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
$ 09.88
JUL 15 2013
MAILED FROM ZIP C09E-22602
UNITED STATES POSTAGE
Priority Mail
ComBusiPrice

500C

U.S. Department of Justice
Federal Bureau of Investigation
170 Marcel Drive
Winchester, VA 22602

JUL 17 2013

DANIEL DAVID RIGMAIDEN
**10966111
CCA-CADC
POST OFFICE BOX 6300
FLORENCE, AZ 85132



PRIORITY MAIL
UNITED STATES POSTAL SERVICE
Visit us at usps.com

**U.S. Department of Justice**



**Federal Bureau of Investigation**
*Washington, D.C. 20535*

July 12, 2013

MR. DANIEL DAVID RIGMAIDEN
**10966111
CCA-CADC
POST OFFICE BOX 6300
FLORENCE, AZ 85132

FOIPA Request No.    1180900- 000
Subject: WALL STREET JOURNAL ARTICLE ON
CELL SITE SIMULATOR DEVICES

Dear Mr. Rigmaiden:

        The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Sections 552/552a.  Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision.  In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely.  The exemptions used to withhold information are marked below and explained on the enclosed Explanation of Exemptions:

|  | **Section 552** |  | **Section 552a** |
|---|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☑ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☑ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) |  | ☐ (k)(7) |

**94 page(s)** were reviewed and **94 page(s)** are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA].  This information has been:

    ☐ referred to the OGA for review and direct response to you.
    ☐ referred to the OGA for consultation.  The FBI will correspond with you regarding this information when the consultation is finished.

☐
      In accordance with standard FBI practice and pursuant to FOIA exemption (b)(7)(E) [5 U.S.C. § 552 (b)(7)(E)], this response neither confirms nor denies the existence of your subject's name on any watch lists.

      For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.   See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010).   This response is limited to those records that are subject to the requirements of the FOIA.   This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

☑ You have the right to appeal any denials in this release.   Appeals should be directed in writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html. Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely. The envelope and the letter should be clearly marked "Freedom of Information Appeal."   Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

☐  The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation.   Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s).   Our experience has shown when ident, references usually contain information similar to the information processed in the main file(s).   Because of our significant backlog, we have given priority to processing only the main investigative file(s).   If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

      Additionally, In response to your Freedom of Information Act (FOIA) request seeking documents related to FBI general counsel Valerie Caproni's appearance on a May, 2011 Brookings Institution panel, we conducted a search of our records and were unable to identify records responsive to the FOIA.   If you have additional information pertaining to the subject that you believe was of investigative interest to the Bureau, please provide us the details and we will conduct an additional search.

Sincerely,

David M. Hardy
Section Chief
Record/Information Dissemination Section
Records Management Division

Enclosure(s): Bates pages WSJCELL-1 through WSJCELL-94