07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75

LoggerHead 4000PCS

76284567

|||||||||||||||||||||

07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75



76284567

07-13-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75



76284567