IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>Plaintiff,<br><br>vs.<br><br>Federal Bureau of Investigation, et al.,<br><br>Defendants. | No. CV12-1605-SRB-BSB<br><br>**PROPOSED ORDER** |

On March 5, 2014, defendants filed a Motion for Leave to File An Overlength Brief. For good cause shown, it is hereby ORDERED that defendants' motion shall be, and it hereby is, GRANED. Defendant may file a single, consolidated brief, not to exceed 34 pages, in opposition to plaintiff's motion for partial summary judgment and in support of their cross-motion for summary judgment.

IT IS SO ORDERED.