STUART F. DELERY
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BRAD P. ROSENBERG (D.C. Bar No. 467513)
Trial Attorney
KIMBERLY L. HERB (Illinois Bar No. 6296725)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, | No. CV12-1605-SRB-BSB |
| Plaintiff, | **MOTION FOR EXENTION OF TIME** |
| vs. | |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

Defendants Federal Bureau of Investigation, Executive Office for United States Attorneys, Office of Information Policy, and U.S. Department of Justice ("defendants") hereby move for a very modest, four-day extension of time to file their opposition to plaintiff's motion for partial summary judgment and their cross-motion for summary judgment.  In support thereof, defendants state as follows:

1.     This is a Freedom of Information Act ("FOIA") case involving three separate FOIA requests to two government entities, the Federal Bureau of Investigation ("FBI") and the Executive Office for United States Attorneys ("EOUSA").

2.     On February 4, 2014, plaintiff filed a motion for partial summary judgment. *See* ECF No. 84, 02/04/2014.  Plaintiff's motion raised numerous issues, including,

among others:

- Whether plaintiff is entitled to fee waivers.

- Whether plaintiff is entitled to expedited processing.

- Whether EOUSA is required to conduct a search for records.

- Whether defendants are required to produce documents in native digital form.

- Whether defendants are required to provide metadata.

*See* ECF No. 84.

3.      In a FOIA case, the government typically assumes the burden of moving for summary judgment.  Accordingly, the government has proposed, and this Court has adopted, a staggered schedule whereby defendant will file both an opposition to plaintiff's motion for partial summary judgment and a cross-motion for summary judgment.  *See* Order, ECF No. 76, 01/31/2014.  That consolidated filing is currently due on Monday, March 10.

4.      In addition to responding to plaintiff's motion, defendants intend to raise the following issues in their forthcoming cross-motion for summary judgment:

- The adequacy of the FBI's search for records responsive to the FOIA request previously referred-to in the parties' status reports as the WSJ request.

- The applicability of exemptions claimed for records withheld by the FBI in the WSJ request.

- The applicability of exemptions claimed for records withheld by the FBI in the FOIA request that will stand-in for the request[1] previously referred-to in the parties' status reports as the Harris request.

- The adequacy of EOUSA's search for records in response to the FOIA request previously referred-to in the parties' status reports as the EOUSA request.

---

[1] As will be explained in the defendants' forthcoming cross-motion for summary judgment, the adequacy of the FBI's search for records in response to the Harris request is not at issue in this lawsuit.

5.     Defendants have encountered several last-minute problems in preparing their filing.  Specifically, defendant FBI will need to submit three separate declarations in opposition to plaintiff's motion for partial summary judgment and in support of its cross-motion for summary judgment:  1) a declaration defending the adequacy of its search and exemptions claimed for the WSJ request; 2) a declaration defending the exemptions claimed for a sample of records withheld in the FOIA request that will stand-in for the Harris request; and 3) a declaration explaining why the FBI's FOIA processing unit, known as the Records/Information Dissemination Section ("RIDS"), cannot produce documents in native digital form with metadata intact.  Preparation of these declarations has required extensive coordination between litigation counsel, FBI counsel, and RIDS. This has been much more difficult than in a typical FOIA case, in which a given defendant usually submits only one declaration per filing.  Moreover, inclement weather in the greater Washington, D.C. region resulted in a closure of government offices on March 3 and a delayed opening on March 4, presenting further last-minute coordination challenges.  Unfortunately, the last-minute substantive and coordination issues that the defendants have encountered will make it difficult, if not impossible, for the defendants to file their brief with supporting declarations on Monday, March 10.

6.     Moreover, defendants have also encountered some last-minute difficulties in coordinating EOUSA's declaration.  As indicated in the defendants' Motion for Leave to File an Overlength Brief, EOUSA has identified a substantially larger volume of responsive records than it had originally anticipated.  It has also determined that it needs to consult with other DOJ divisions in order to continue to process plaintiff's request. Specifically, EOUSA has to consult with the FBI's RIDS, adding to RIDS's workload relating to this case.  At this time, defendants cannot guarantee that a four-day extension of time will allow EOUSA to complete its processing and therefore move for summary judgment on any exemptions it will claim, but believe that the extension will make it very

likely that EOUSA will be able to do so.[2]  If so, defendants will be able to move for summary judgment on all issues in this litigation, rather than having to move for leave to file a separate summary judgment motion as to EOUSA's exemptions at a later date.

7.     Defendants recognize that this Court, in its Order setting the briefing schedule in this case, has indicated that it will not grant further extensions without a showing of extraordinary circumstances.   Accordingly, defendants do not make this request lightly, and have requested the minimum amount of additional time (four days) that they believe that they need to complete their filing.   In light of the number of separate issues regarding multiple FOIA requests raised in plaintiff's motion, the number of declarations that defendants will need to submit, the complexity of coordinating the filing, and the last-minute issues that have arisen, defendants believe that extraordinary circumstances exist here.   Moreover, defendants note that, while briefing in this matter has been delayed somewhat, defendants have not previously moved for an extension of time to respond to plaintiff's motion for partial summary judgment.   As plaintiff is an unrepresented prisoner, undersigned counsel has not attempted to obtain plaintiff's consent.  *See* LR Civ. 7.3(b).

8.     A proposed order is attached.

---

[2] Even if EOUSA cannot move for summary judgment regarding any exemptions it may claim, it will be prepared to move for summary judgment on the other issues raised in this case.

1

DATED:  March 7, 2014

Respectfully submitted,

2

STUART F. DELERY
Assistant Attorney General

3

4

ELIZABETH J. SHAPIRO
Deputy Branch Director

5

*/s/ Brad P. Rosenberg*

6

BRAD P. ROSENBERG
D.C. Bar No. 467513
KIMBERLY L. HERB
Illinois Bar No. 6296725
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-3374
Facsimile:  (202) 616-8460
E-mail:  brad.rosenberg@usdoj.gov

7

8

9

10

11

12

*Attorneys for Defendants*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2014, I served the attached document by first-class mail, postage pre-paid, on the following, who is not a registered participant of the CM/ECF system:

Daniel D. Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ  85132

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG
D.C. Bar No. 467513
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-3374
Facsimile:  (202) 616-8460
E-mail:  brad.rosenberg@usdoj.gov

*Attorney for Defendants*