1
2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

3
4
5
6
7
8
9

| Daniel David Rigmaiden, | No. CV12-1605-SRB-BSB |
| Plaintiff, | **PROPOSED ORDER** |
| vs. | |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

10
11   On March 7, 2014, defendants filed a Motion for an Extension of Time to file their
12 opposition to plaintiff's motion for partial summary judgment and a cross-motion for
13 summary judgment.  For good cause shown, it is hereby ORDERED that defendants'
14 motion shall be, and it hereby is, GRANED.  Defendant shall file their opposition to
15 plaintiff's motion for partial summary judgment and their cross-motion for summary
16 judgment no later than March 14, 2014.
17   IT IS SO ORDERED.