**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Daniel David Rigmaiden, | No. CV-12-01605-PHX-SRB (BSB) |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

After consideration of this matter, and for good cause shown,

**IT IS ORDERED** that Defendants' Motion for Leave to File an Overlength Brief (Doc. 88) is **GRANTED** and that Defendants may file a consolidated memorandum, up to thirty-four pages long, in opposition to Plaintiff's motion for partial summary judgment (Doc. 84) and in support of their cross-motion for summary judgment.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ /

/ / /

**IT IS FURTHER ORDERED** that Defendants' Motion for Extension of Time (Doc. 89) is **GRANTED** and that the deadline for Defendants to file a consolidated memorandum in opposition to Plaintiff's motion for partial summary judgment (Doc. 84) and in support of their cross-motion for summary judgment is extended to **March 14, 2014**.

Dated this 10th day of March, 2014.

_____
Bridget S. Bade
United States Magistrate Judge