IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, | No. CV12-1605-SRB-BSB |
| Plaintiff, | |
| vs. | **EXHIBIT D: CITED DOCUMENTS FROM THE HARRIS AND EPIC REQUEST** |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

b3
b6
b7C
b7E
b5

Thanks,

-----Original-----
From:
Sent: Tuesday, October 10, 2006 3:45 PM
To:
Cc:
Subject: Trip Report

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

The intent of this email is to provide a brief sypnosis of the events found, verified, and validated and to solicit feedback if the reported items are incomplete or inaccurate. A comprehensive white paper shall be produced, made available on the WITT website, and be announced to all of the [redacted] An EC shall also be forthcoming.

b3
b5
b7E

```
                                                                    ALL INFORMATION CONTAINED
                                                                    HEREIN IS UNCLASSIFIED
                                                                    DATE 10-05-2012 BY 65179 DMH/MJS
```

[           ] (OTD) (FBI)

**From:** [           ] (OGC) (FBI)
**Sent:** Thursday, February 04, 2010 1:57 PM
**To:** [           ] (OTD) (FBI)
**Subject:** RE: NEW LEGISLATION

**UNCLASSIFIED**
**NON-RECORD**

[       ]

Here's the most recent version of the legislative proposal (as of last Fall). We are continuing to try to push this in connection with the [           ] that have been floating around in Congress and generally, but things have been a little quiet on that front as of late. I will let you know if there are any developments.

I managed to find the last version of the [           ] that I had - it is the draft we

[large redaction]

[W] Legislative Propos...   [W] [           ]

**From:** [           ]
**Sent:** Friday, January 29, 2010 8:29 AM
**To:** [           ]
**Subject:** NEW LEGISLATION

**UNCLASSIFIED**
**NON-RECORD**

[   ] Can you email me on the new proposed legislation language that you wrote addressing [                                          ]. It was to clarify existing authority, or establish new authority to provide clear and unambiguous standing authority for federal law enforcement

1

CELL/OTD   013089

(Rev. 01-31-2003)

CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-17-2037
DATE: 10-17-2012

~~SECRET~~//20220820

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                        Date: 08/20/2007

To: Finance                        Attn:

                                   Attn:                           Enc)

    Criminal Investigative         Attn:
                                                                   b6
                                                                   b7C
From: Operational Technology Division                              b7E
                                              TTU/QT-ERF-E
    Contact:

Approved By:

(U) Drafted By:

(U) Case ID #: (S) 268-HQ-1068430

Title: (U) WIRELESS INTERCEPT AND TRACKING TEAM

(U) Synopsis: (S)

(U)   (S)  Derived From : ~~G-3~~
           Declassify On: ~~08/20/2022~~

(U) Enclosure(s): (S)                                              b3
                                                                   b7E
                                                                   b5
(U) Details: (S)

~~SECRET~~//20220820

CELL/OTD 025400

SECRET//20220820

(U) To: Finance  From: Operational Technology Division
Re: (S) 268-HQ-1068430, 08/20/2007

(U) (S) The Tracking Technology Unit (TTU) / Wireless Intercept and Tracking Team (WITT) [redacted]

b3
b7E
b5

(S) [redacted]

(S) [redacted]

b1
b3
b5
b7E

(S) [redacted]

(S) [redacted]

(U) (S) TTU/WITT requests [redacted]

b3
b7E
b5

(U) Contracting Officers are responsible for ensuring that [redacted]

SECRET//20220820

2

CELL/OTD 025401

FBICELL-455

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179/dmh/stp/as

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                                Date: 10/19/2009

To: Finance                     Attn: [redacted] Rm A226 (Enc)          b6
                                                                         b7C
                                                                         b7E

From: Operational Technology Division
      [redacted] TTU/QT-ERF-E
      Contact: [redacted]

Approved By: [redacted]

Drafted By: [redacted]

Case ID #: 268-HQ-1068430

Title: WIRELESS INTERCEPT AND TRACKING TEAM

Synopsis: [redacted]

Enclosure(s): [redacted]

Details: [redacted]

b3
b5
b6
b7C
b7E

   TTU/WITT has determined that it is necessary to procure the [redacted] from Harris Corporation, Inc. using FBI contract, to enhance the FBI's capability to execute missions [redacted]

   The Contracting Officer Technical Representative (COTR) for this procurement is EE [redacted] and can be contacted at the Engineering Research Facility, located in Quantico, Virginia, for any questions.

UNCLASSIFIED

CELL/OTD  024616

FBICELL-457

UNCLASSIFIED

To: Finance    From: Operational Technology Division
Re: 268-HQ-1068430, 10/16/2009

LEAD(s):

Set Lead 1:    (Action)

    FINANCE

        AT PSFO, DC

        [redacted]  b3 b5 b7E b6 b7C

CC: [redacted]

UNCLASSIFIED

3

CELL/OTD 024618

~~SECRET~~//20351016

To: Finance   From: Operational Technology
Re: (U) 268-HQ-1068430, 10/16/2009

LEAD(s):

Set Lead 1: (Action)

    FINANCE

        AT PSFO, DC

(S) [redacted]

(S) [redacted]         b1
                         b3
                         b5
                         b6
                         b7C
                         b7E

CC: [redacted]

♦♦

~~SECRET~~//20351016
4

CELL/OTD    024631

FBICELL-460

(Rev. 05-01-2008)

CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-18-2037
DATE: 10-18-2012

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~//NOFORN/20350716

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                                Date: 07/16/2010

To: Finance                    Attn: [redacted]           ERF A226    b6
                                                                       b7C
From: Operational Technology Division                                  b7E
      [redacted] Tracking Technology Unit
      Contact: [redacted]

Approved By: [redacted]

Drafted By: [redacted]

(U) Case ID #: (S//NF) 268-HQ-1068430

(U) Title: (S//NF) WIRELESS INTERCEPT AND TRACKING TEAM

Synopsis: (S//NF) [redacted]                                           b1
(S)                                                                    b3
                                                                       b7C

Derived From: FBI NSISCG-20090615
Declassify On: 20350716

(U) Enclosure(s): (S//NF) FD369.

Details: (S//NF) [redacted]
(S)                                                                    b1
                                                                       b3
                                                                       b5
                                                                       b7E

[redacted] with Harris
Wireless Products Group (WPG), Melbourne, FL, for procurement of
these devices.

~~SECRET~~//NORFORN/20350406                            [redacted] vpd

CELL/OTD    024625

FBICELL-461

~~SECRET~~//~~20220820~~

(U) To: Finance  From: Operational Technology Division
Re: ~~(S)~~ 268-HQ-1068430, 08/20/2007

LEAD(s):

Set Lead 1: (Action)

    FINANCE

        AT WASHINGTON, DC

(U) ~~(S)~~ [redacted]

b3
b5
b7E

Set Lead 2: (Action)

[redacted]

        AT WASHINGTON, DC

(U) ~~(S)~~ [redacted]

Set Lead 3: (Action)

    CRIMINAL INVESTIGATIVE

        AT WASHINGTON, DC

(U) ~~(S)~~ [redacted]

CC: [redacted]

b3
b5
b6
b7C
b7E

♦♦

~~SECRET~~//~~20220820~~

3

CELL/OTD 025402

FBICELL-515