| | |
|---|---|
| Daniel David Rigmaiden,<br><br>Plaintiff,<br><br>vs.<br><br>Federal Bureau of Investigation, et al.,<br><br>Defendants. | No. CV12-1605-SRB-BSB<br><br>**EXHIBIT D: CITED DOCUMENTS FROM THE HARRIS AND EPIC REQUEST** |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Thanks,

b3
b6
b7C
b7E
b5

-----Original Message-----
From:
Sent: Tuesday, October 10, 2006 3:45 PM
To:
Cc:
Subject: Trip Report

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

The intent of this email is to provide a brief sypnosis of the events found, verified, and validated and to solicit feedback if the reported items are incomplete or inaccurate. A comprehensive white paper shall be produced, made available on the WITT website, and be announced to all of the       An EC shall also be forthcoming.

b3
b5
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-05-2012 BY 65179 DMH/MJS

[____] (OTD) (FBI)

**From:** [____] (OGC) (FBI)
**Sent:** Thursday, February 04, 2010 1:57 PM
**To:** [____] (OTD) (FBI)
**Subject:** RE: NEW LEGISLATION

**UNCLASSIFIED**
**NON-RECORD**

Here's the most recent version of the legislative proposal (as of last Fall). We are continuing to try to push this in connection with the [____] that have been floating around in Congress and generally, but things have been a little quiet on that front as of late. I will let you know if there are any developments.

I managed to find the last version of the [____] that I had - it is the draft we

[Legislative Propos...]  [____]

**From:** [____]
**Sent:** Friday, January 29, 2010 8:29 AM
**To:** [____]
**Subject:** NEW LEGISLATION

**UNCLASSIFIED**
**NON-RECORD**

[____] Can you email me on the new proposed legislation language that you wrote addressing [____]. It was to clarify existing authority, or establish new authority to provide clear and unambiguous standing authority for federal law enforcement

1

CELL/OTD   013089

FBICELL-393

(Rev. 01-31-2003)

CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-17-2037
DATE: 10-17-2012

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~//20220820

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                          Date: 08/20/2007

To: Finance                     Attn:

                                Attn:                                    Enc)

    Criminal Investigative      Attn:
                                                                         b6
                                                                         b7C
From: Operational Technology Division                                    b7E
                                             TTU/QT-ERF-E
      Contact:

Approved By:

Drafted By:

(U) Case ID #: (S) 268-HQ-1068430

Title: (U) WIRELESS INTERCEPT AND TRACKING TEAM

(U) Synopsis: (S)

(U)        (S)    Derived From: ~~G-3~~
                  Declassify On: ~~08/20~~/2022

(U) Enclosure(s): (S)                                                    b3
                                                                         b7E
                                                                         b5

(U) Details: (S)

~~SECRET~~//20220820

CELL/OTD  025400

FBICELL-454

~~SECRET~~//20220820

(U)  To: Finance  From: Operational Technology Division
     Re:  (S)  268-HQ-1068430, 08/20/2007

(U)  (S) The Tracking Technology Unit (TTU) / Wireless Intercept and Tracking Team (WITT) [redacted]   b3 b7E b5

(S) [redacted]

(S) [redacted]   b1 b3 b5 b7E

(S) [redacted]

(S) [redacted]

(U) (S) TTU/WITT requests [redacted]   b3 b7E b5

(U) Contracting Officers are responsible for ensuring that [redacted]

~~SECRET~~//20220820

2

CELL/OTD  025401

FBICELL-455


(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179/dmh/stp/as

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE    Date: 10/19/2009

To: Finance    Attn: ▢ b6
  Rm A226 (Enc)   b7C
               b7E

From: Operational Technology Division
  ▢ /TTU/QT-ERF-E
  Contact: ▢

Approved By: ▢

Drafted By: ▢

Case ID #: 268-HQ-1068430

Title: WIRELESS INTERCEPT AND TRACKING TEAM

Synopsis: ▢

Enclosure(s): ▢

Details: ▢

b3
b5
b6
b7C
b7E

▢ TTU/WITT has determined that it is necessary to procure the ▢ from Harris Corporation, Inc. using FBI contract, to enhance the FBI's capability to execute missions ▢

The Contracting Officer Technical Representative (COTR) for this procurement is EE ▢ and can be contacted at the Engineering Research Facility, located in Quantico, Virginia, for any questions.

UNCLASSIFIED

CELL/OTD  024616

FBICELL-457

UNCLASSIFIED

To: Finance   From: Operational Technology Division
Re: 268-HQ-1068430, 10/16/2009

LEAD(s):

Set Lead 1:   (Action)

<u>FINANCE</u>

   <u>AT PSFO, DC</u>

                                                                    b3
                                                                    b5
                                                                    b7E
                                                                    b6
                                                                    b7C

CC:

UNCLASSIFIED

3

CELL/OTD   024618

SECRET//20351016

To: Finance   From: Operational Technology
Re: (U) 268-HQ-1068430, 10/16/2009

LEAD(s):

Set Lead 1: (Action)

   FINANCE

      AT PSFO, DC

(S) [redacted]

(S) [redacted]  — b1, b3, b5, b6, b7C, b7E

CC: [redacted]

♦♦

SECRET//20351016
4

CELL/OTD   024631

(Rev. 05-01-2008)

CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-18-2037
DATE: 10-18-2012

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~//NOFORN/20350716

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                    Date: 07/16/2010

To: Finance                Attn: [redacted]           ERF A226    b6
                                                                   b7C
From: Operational Technology Division                              b7E
      [redacted] Tracking Technology Unit
      Contact: [redacted]

Approved By: [redacted]

Drafted By: [redacted]

(U) Case ID #: (S//NF) 268-HQ-1068430

(U) Title: (S//NF) WIRELESS INTERCEPT AND TRACKING TEAM

Synopsis: (S//NF) [redacted]                                       b1
(S)                                                                b3
                                                                   b7C

Derived From: FBI NSISCG-20090615
Declassify On: 20350716

(U) Enclosure(s): (S//NF) FD369.

Details: (S//NF) [redacted]                                        b1
(S)                                                                b3
                                                                   b5
                                                                   b7E

[redacted] with Harris Wireless Products Group (WPG), Melbourne, FL, for procurement of these devices.

~~SECRET~~//NORFORN/20350406                          [redacted] vpd

CELL/OTD    024625

SECRET//20220820

(U) To: Finance  From: Operational Technology Division
Re: (S) 268-HQ-1068430, 08/20/2007

LEAD(s):

Set Lead 1: (Action)

FINANCE

AT WASHINGTON, DC

(U) (S) [redacted]

b3
b5
b7E

Set Lead 2: (Action)

[redacted]

AT WASHINGTON, DC

(U) (S) [redacted]

Set Lead 3: (Action)

CRIMINAL INVESTIGATIVE

AT WASHINGTON, DC

(U) (S) [redacted]

CC: [redacted]

b3
b5
b6
b7C
b7E

♦♦

SECRET//20220820

3

CELL/OTD  025402

FBICELL-515