Daniel David Rigmaiden #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

Daniel David Rigmaiden
Pro Se, Plaintiff

US DISTRICT COURT
DISTRICT OF ARIZONA

Daniel David Rigmaiden,
   Plaintiff,
v.
Federal Bureau of Investigation, et al.
   Defendant.

Civil Action No.:

12-CV-01605-SRB-BSB

Motion For Additional Time To Respond To Dkt. #091

Plaintiff, Daniel Rigmaiden, respectfully requests that the Court extend his filing deadline set by Dkt. #093 by an extra 30 days (i.e., to May 19, 2014) for the following reasons:

1. Via order at Dkt. #093, the court required that Plaintiff file a response to Defendants' Cross-Motion for Summary Judgment (Dkt. #091) by April 17, 2014. However, the court stated via order at Dkt. #076 that Plaintiff would have 30 days to respond after being served. Plaintiff was not served until March 20, 2014 — 6 days after Defendants e-filed Dkt. #091. CCA-CADC staff delivered

1

Defendants' motion and related filings on March 20, 2014, at about 2:00 pm, after receiving it in the mail.

2. CCA-CADC is currently on "lock-down" for a facility-wide compliance search. Plaintiff was advised on March 21, 2014 that detainees will not be allowed from their cells (other than for legal visits and medical visits) until March 28, 2014. During the lock-down, Plaintiff will not be allowed to access the CCA-CADC law library computer to research the issues raised in Defendants' filings.

3. In support of its argument, Defendant EOUSA is relying upon a claimed March 13, 2014 disclosure of responsive records to Plaintiff. See Dkt. #091-9, p. 6. Assuming the records were actually sent, Plaintiff will have to wait for them to be delivered to him before he can asses EOUSA's argument.

Respectfully Submitted:

March 20, 2014

*Daniel Rigmaiden*
Daniel Rigmaiden

2

## CERTIFICATE OF SERVICE

I, Daniel David Rigmaiden, certify under penalty of perjury under the laws of the United States of America that on March 20, 2014 I caused the following to be placed into the CCA-CADC mailing system for first-class USPS delivery:

Original attached document addressed to:

Clerk of the Court
Attn: Civil Docketing Section
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

Per Court order at Dkt. #056, the ECF system will effectuate service by providing copies to:

Brad P. Rosenberg, Trial Attorney
Kimberly L. Herb, Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
PO Box 883
Washington, D.C. 20044

By: Daniel Rigmaiden

3