# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Rigmaiden, | No. CV-12-01605-PHX-SRB (BSB) |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

After consideration of this matter and for good cause shown,

**IT IS ORDERED** that Plaintiff's motion for additional time (Doc. 94) is **GRANTED** and the deadline for Plaintiff to respond to Defendants' Cross-Motion for Summary Judgment (Doc. 91) is extended to May 19, 2014.

Dated this 25th day of March, 2014.

_____
Bridget S. Bade
United States Magistrate Judge