IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>Plaintiff,<br><br>vs.<br><br>Federal Bureau of Investigation, et al.,<br><br>Defendants. | No. CV12-1605-SRB-BSB<br><br>**PROPOSED ORDER** |

On April 2, 2014, defendants filed a Motion for Leave to File a Supplemental Memorandum and Declaration or, in the Alternative, to Withdraw a Portion of Their Argument. For good cause shown, it is hereby ORDERED that defendants' motion shall be, and it hereby is, GRANTED as to defendants' request for leave to file a Supplemental Memorandum and Declaration, and that the Supplemental Memorandum (with the Supplemental Statement of Material Facts as to Which There Is No Genuine Issue) and Supplemental Declaration of David M. Hardy, which were filed as Lodged Proposed Documents, shall be deemed to be filed with the Court on this date.

IT IS SO ORDERED.