1 | Daniel David Rigmaiden #10966111
CCA-CADC
2 | PO Box 6300
Florence, AZ 85132
3 | Telephone: none
Email: none
4 |
Daniel David Rigmaiden,
5 | Pro Se, Plaintiff

_ FILED _ LODGED
_ RECEIVED _ COPY

APR 0 5 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

6 | **UNITED STATES DISTRICT COURT**
7 | **DISTRICT OF ARIZONA**

8 | Daniel David Rigmaiden,                          Civil Action No.:

9 |             Plaintiff,                          12-CV-01605-SRB-BSB
  | v.

10 | Federal Bureau of Investigation, et al.       MOTION FOR SPECIFIED RELIEF RE:
   |                                               SUBPOENA FOR CCA-CADC PHONE
11 |             Defendant.                         RECORDINGS OF BRAD ROSENBERG
   |                                               AND DANIEL DAVID RIGMAIDEN

12 |

13 |         Plaintiff, Daniel David Rigmaiden, appearing *pro se*, respectfully requests that the

14 | Court order the clerk of the court to (1) fill out a standard civil subpoena form (of which

15 | Plaintiff does not have and cannot get quickly) with the data specified in this motion and

16 | copied to the attached proposed order, (2) stamp and sign the subpoena form, and (3) provide

17 | it to the United States Marshal Service ("USMS") for service upon Corrections Corporation

18 | of America, Central Arizona Detention Center ("CCA-CADC").  Plaintiff also respectfully

19 | requests that the Court order the USMS to serve the subpoena upon CCA-CADC's agent

20 | specified below and in the attached proposed order.

21 |         Plaintiff makes this request because (1) he does not have any blank subpoena forms for

22 | use in civil cases and cannot obtain them quickly, (2) Plaintiff needs to subpoena recordings

23 | of Brad Rosenberg in the possession of CCA-CADC so that they can be submitted as

24 | evidence in support of Plaintiff's response to *Defendants' Cross-Motion for Summary*

25 | *Judgment* (Dkt. #091), which is due by April 17, 2014 (*see* Dkt. #093), and (3) Plaintiff does

26 | not have the means or funds to have the subpoena served in time to use the recordings as

27 | evidence in support of his response due April 17, 2014.

28 |         The following additional motions/filings are hereby incorporated into this motion by

- 1 -

1  reference pursuant to LRCiv 7.1(d)(2):

2        1.    *Motion to Strike Down Defendants' Cross Motion For Summary Judgment on*

3  *the Basis of it Being Scandalous or, in the Alternative, Compliance With LRCiv 83.7, or for a*

4  *More Definite Statement of an Issue* (filed contemporaneously with this motion) (hereafter

5  "Motion to Strike Down"); and

6        2.    *Motion Under Fed. R. Civ. P. 56(h) For Appropriate Sanctions Against*

7  *Defendant FBI And Counsel For Submitting Declaration in Bad Faith* (filed

8  contemporaneously with this motion) (hereafter "Motion for Sanctions for Bad Faith

9  Declaration").

10        As explained in Plaintiff's *Motion to Strike Down*, Defendant FBI and counsel, Brad

11  Rosenberg, are claiming in their summary judgment motion that Plaintiff entered into an

12  agreement of which Plaintiff contests.  In summary, Mr. Rosenberg claims that "plaintiff has

13  agreed that a similar, pre-processed request by the Electronic Privacy Information Center ('EPIC')

14  can serve as a substitute for his request[,]" Dkt. #091, p. 2,[1] that "[t]he... parties have agreed to

15  use the FBI's search for records in response to the EPIC request as the search for plaintiff's Harris

16  request[,]" *id.*, p. 7, and that "[t]he FBI... has disclosed all non-exempt information that

17  reasonably could be disclosed[,]" *id.*, p. 32, among the other vague, ambiguous, and false claims

18  which are identified in Plaintiff's *Motion to Strike Down*.  In support of his overall claim of this

19  supposed agreement, Mr. Rosenberg relies in part on emails between himself and Plaintiff on the

20  record at Dkt. #091-2, #091-3, and #091-4.  However, Mr. Rosenberg scandalously misquotes,

21  quotes out of chronological order, and/or adds in extra words as he paraphrases the emails to

22  support the existence of the agreement.  *See* Dkt. #091; *see also* Plaintiff's *Motion to Strike*

23  *Down*.  Mr. Rosenberg also relies in part on two false claims made by David M. Hardy (Section

24  Chief of the FBI Record/Information Dissemination Section) in his first declaration at Dkt.

25  #091-6.  *See* Plaintiff's *Motion for Sanctions for Bad Faith Declaration*.

26        Plaintiff exposed Mr. Rosenberg and Defendant FBI's fraud upon the Court via his *Motion*

27

28  1.    All cites to page numbers in Defendants' filings reference the page numbers contained in the court generated ECF stamps added after documents are filed.

1 | *to Strike Down* and *Motion for Sanctions for Bad Faith Declaration*.   Although Plaintiff

2 | already identified many contradictions between what Mr. Rosenberg claims at Dkt. #091 and

3 | what is actually written in the emails and in the FBI's September 25, 2013, letter, Plaintiff is

4 | concerned that the Court will still side with Mr. Rosenberg (a USDOJ attorney) simply

5 | because of where their loyalties lie.[2]   Therefore, Plaintiff needs the recordings of Mr.

6 | Rosenberg to further prove that the agreement Mr. Rosenberg references at Dkt. #091 was

7 | never actually made.[3]   It would be a grave injustice to refuse Plaintiff evidence that can

8 | further prove Mr. Rosenberg and the FBI are committing a fraud upon the Court.  A fraud that

9 | acts to severely prejudice Plaintiff's position in this suit and his arguments raised in *Motion*

10 | *for Partial Summary Judgment* at Dkt. #084.

11 |      As soon as Plaintiff became aware of Mr. Rosenberg's lies, he took affirmative action

12 | to obtain the sought after telephone recordings.  Plaintiff submitted a "Prisoner Information

13 | Request" ("PIR") form and letter to Telephone Officer Preciado at CCA-CADC asking for the

14 | recordings.  *See* EXHIBIT 01.  Plaintiff mailed the PIR and letter to Ms. Preciado on March

15 | 23, 2014.  *See id.*  However, as of the signature date of this motion, he has not received a

16 | response.  Therefore, he seeks the relief requested in this motion.

17 |      The following information will aide the clerk of the court in filling out the subpoena

18 | form for service upon CCA-CADC:

19 | **CCA-CADC Agent Name and Address in Arizona (for service):**

20 | Corrections Corporation of America, Central Arizona Detention Center
C/O C T CORPORATION SYSTEM

21 | 2394 E CAMELBACK RD

22 | 2.     Defendants are already using fallacies of association as a means to draw the Court's attention away from crucial issues such as whether the FBI should disclose records revealing

23 | whether the StingRay and KingFish prevent innocent people from making emergency 9-1-1 calls.  At Dkt. #091, Defendants repeatedly refer to Plaintiff as an "incarcerated individual" in

24 | support their general argument that he is insincere.  *See* Dkt. #091, *passim*.  Defendants even go so far as to insinuate that Plaintiff does not care about public safety: "Mr. Rigmaiden

25 | fashions himself as many things:... even someone who expresses concern for public safety." *Id.*, p. 1 (written by defense counsel with undertones of doubt).  Defendants and their counsel

26 | are deplorable.

27 | 3.     Also of relevance, the agreement Mr. Rosenberg claims exists is not properly on the record pursuant to LRCiv 83.7.  If the Court were to hold Mr. Rosenberg to local rules, as it

28 | **always** holds Plaintiff to local rules, then Mr. Rosenberg's cross-motion for summary judgment must be stricken nonetheless, for being largely frivolous.

PHOENIX, AZ 85016

**Person Requesting Subpoena:**

Daniel David Rigmaiden, Pro Se (unrepresented party)
Agency #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

Email: none
Phone: none

**Case Name:**

Daniel David Rigmaiden v. FBI, et al.
12-CV-01605-SRB-BSB

**Items Requested:**

All recordings of calls (digitally stored information) that were either placed from or answered at the phone in the 500 Unit Case Manager's office as follows: **(a)** calls between detainee/resident Daniel David Rigmaiden (USMS #10966111) and Brad Rosenberg and/or Kimberly Herb (USDOJ attorneys) between July 30, 2014, and December 11, 2013, including, but limited to: July 30, 2014; August 5, 2013; September 26, 2013; October 3, 2013; October 23, 2013; November 19, 2013; November 22, 2013, and December 10, 2013; **(b)** the calls were to/from (202) 514-3374 and possibly other (202) area code numbers; **(c)** the calls began between 7:45am and 11:00am; **(d)** during each call, Daniel Rigmaiden verbally identified himself; **(e)** most if not all calls began with a CCA-CADC staff member on the phone before passing the phone to Mr. Rigmaiden.  Please provide the recording on a CD or DVD.

\* \* \* \* \*

Plaintiff respectfully requests that this motion be granted and the herein requested relief be provided.

Plaintiff's filings, however inartfully drafted, must be liberally construed and held to less stringent standards than formal pleadings drafted by lawyers. *See* Haines v. Kerner, 404 U.S. 519, 520 (1972).

///

///

///

Respectfully Submitted: March 26, 2014

DANIEL DAVID RIGMAIDEN
Pro Se Plaintiff

_Daniel Rigmaiden_
Daniel D. Rigmaiden

CERTIFICATE OF SERVICE

I, Daniel Rigmaiden, certify under penalty of perjury under the laws of the United States of America that I provided this document to Dan Colmerauer to be mailed USPS first-class delivery of which he completed on: _April 2, 2014_ as follows:

Original attached document addressed to:

Clerk of the Court
Attn: Civil Docketing Section
Sandra Day O'Connor U.S. Courthouse
401 W. Washington St., Suite 130 SPC 1
Phoenix, AZ 85003-2118

Per court order at Dkt #056, the ECF system will effectuate service by providing copies to Defendants' counsel: Brad Rosenberg and Kimberly Herb.

By: _[signature]_

— 5 —

EXHIBIT 01

**CORRECTIONS CORPORATION OF AMERICA**
**CENTRAL ARIZONA DETENTION CENTER**

*Request for Recorded Calls.*

## PRISONER INFORMATION REQUEST
## SOLICITUD DE INFORMACION

TO/PARA Telephone Officer Preciado

SUBJECT/ASUNTO I am engaged in civil litigation with the FBI (Rigmaiden v. FBI, et al.
2:12-cv-01605-PHX) and have been calling FBI's attorney, Brad Rosenberg, at
202-514-3374 and he has also called me from that number and possibly other (202)
area code numbers. All calls have been from the 500 unit case manager's office phone
on: 12/10/13; 11/22/13; 11/19/13; 10/23/13; 10/3/13; 9/26/13; 7/30/13, 8/5/13 and possibly other dates.
For outgoing calls, if an employee pin # was entered, it was done by M.Iatello, Wilson, or Ordonez.

PRISONER'S NAME (PRINTED)                              PRISONER'S NUMBER
Will you please locate these recordings and provide them to me on a CD? I want to
avoid having to seek a subpoena through the court considering I don't have money to pay to

PRISONER'S SIGNATURE  have it served. This is very urgent. I appreciate your help.    CELL/CELDA        DATE/FECHA
PRIMA DEL PRISONERO

---

RESPONSE/CONTESTACION   Daniel Rigmaiden #10966111   500-C-208
                        Daniel Rigmaiden                   3/23/2014




OFFICIAL'S SIGNATURE/FIRMA DE OFFICIALES                              DATE/FECHA

---

IF RESPONSE IS UNSATISFACTORY, CHECK BELOW AND RESUBMIT THIS FORM FOR REVIEW BY THE FACILITY ADMINISTRA-
TOR.  SI LA RESPUESTA NO ES SATISFACTORIA PONGA UNA CRUZ ABAJO Y VUELVA A SOMETER ESTA FORMA PART QUE EL
ADMINSTRADOR DE ESTA INSTITUCION LO REVISE.

(   ) PLEASE REVIEW/REVISE POR FAVOR                   _____
                                                          SIGNATURE/FIRMA

---

RESPONSE/CONTESTACION: _____




WARDEN'S SIGNATURE/FIRMA DEL WARDEN                              DATE/FECHA

FORM SEC112-P                                                    600901-3201

Mailed to Preciado on 3/24/2014 from CCA-CADC

Date: March 23, 2014
From: Daniel Rigmaiden #10961111
TO: Telephone Officer, Preciado (CCA-CADC)
RE: Request for my recorded phone calls with Brad Rosenberg, Attorney for FBI, phone # 202-514-3374

In case Prisoner Information Request is not clear, I am requesting audio recordings of my phone calls made to/from Brad Rosenber (Kimberly Herb was on speaker phone for a few of the calls as well) the phone # 202-514-3374 and other (202) area code numbers on

December 10, 2013    November 22, 2013    November 19, 2013
October 23, 2013     October 3, 2013      September 26, 2013
July 30, 2014        August 5, 2013       [and other dates]

All of the calls were either placed from or answered at the phone in 500 unit case manager's office. All calls would have been between 7:45am and 11:00am, and if an employee Pin # was used to make the outgoing calls it would have been case manager Militello's, Seargent Wilson's, or Unit Manager Drobney's.

This is very urgent. You can either give the CD to Chief Newton who can then give it to while I am with my computer in "Visitation 3" or you can mail it to an address I provide. Please let me know which option you prefer. I appreciate your assistance.

Page # 1 of 1