Daniel David Rigmaiden #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden,
Pro Se, Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>　　　Plaintiff,<br>v.<br><br>Federal Bureau of Investigation, et al.<br><br>　　　Defendant. | Civil Action No.:<br><br>12-CV-01605-SRB-BSB<br><br>MOTION FOR LEAVE TO TAKE DISCOVERY AND INTERROGATORIES, AND MAKE REQUESTS FOR ADMISSION, AND SUBMIT SUBPOENAS PRIOR TO RESPONDING TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT |

　　　Plaintiff, Daniel David Rigmaiden, appearing *pro se*, respectfully requests that the Court provide Plaintiff permission to take discovery under Fed. R. Civ. P. 26 and interrogatories under Fed. R. Civ. P. 33, and make requests for admissions of evidence under Fed. R. Civ. P. 36, and submit subpoenas under Fed. R. Civ. P. 45 before responding to *Defendants' Cross-Motion For Summary Judgment* (Dkt. #091). Plaintiff brings this motion under Fed. R. Civ. P. 56(d)[1] titled, "When Facts are Unavailable to the Nonmovant." In the alternative, Plaintiff requests that the Court deny Defendants' *Cross-Motion for Summary Judgment* and allow the case to proceed to trial. As required by Fed. R. Civ. P. 56(d), Plaintiff has attached a declaration explaining why he has insufficient evidence to adequately respond to Defendants' motion and how discovery, interrogatories, subpoenas, and requests for admissions of evidence will gain Plaintiff the needed evidence.

　　　　　　　　　　＊ ＊ ＊ ＊ ＊

---

1.　"If a nonmovant shows by affidavit or declaration that, for specified reasons, it cannot present facts essential to justify its opposition, the court may: [] (1) defer considering the motion or deny it; [] (2) allow time to obtain affidavits or declarations or to take discovery;..." *Id.*

- 1 -

1        Based on the attached declaration, Plaintiff respectfully requests that this motion be
2 granted and that the herein requested relief be provided.
3        Plaintiff's filings, however inartfully drafted, must be liberally construed and held to
4 less stringent standards than formal pleadings drafted by lawyers. *See* <u>Haines v. Kerner</u>, 404
5 U.S. 519, 520 (1972).
6 ///
7 ///
8 ///
9 ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Respectfully Submitted: March 26, 2014

DANIEL DAVID RIGMAIDEN
Pro Se Plaintiff

*Daniel Rigmaiden*
Daniel D. Rigmaiden

CERTIFICATE OF SERVICE

I, Daniel Rigmaiden, certify under penalty of perjury under the laws of the United States of America that I provided this document to Dan Colmerauer to be mailed USPS first-class delivery of which he completed on: __April 2, 2014__, as follows:

Original attached document addressed to:

Clerk of the Court
Attn: Civil Docketing Section
Sandra Day O'Connor U.S. Courthouse
401 W. Washington St., Suite 130 SPC 1
Phoenix, AZ  85003-2118

Per Court order at Dkt. #056, the ECF system will effectuate service by providing copies to Defendants' counsel: Brad Rosenberg and Kimberly Herb.

By: _____

-3-