# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Rigmaiden,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Federal Bureau of Investigation, et al.,<br><br>　　　　　　Defendants. | No. CV-12-01605-PHX-SRB (SRB)<br><br>**ORDER** |

　　　　Defendants (the government) have filed a "Motion for Leave to File Supplemental Memorandum and Declaration or, in the Alternative, to Withdraw Portion of the Argument." (Doc. 96.) The government seeks leave to file a supplemental memorandum in support of its "Memorandum of Law in Opposition to Plaintiff's Motion for Partial Summary Judgment and in Support of Defendants' Cross-Motion for Summary Judgment" (Docs. 91 and 92) addressing the adequacy of the Federal Bureau of Investigation's (FBI) search for records in response to Plaintiff's Harris request, which was omitted from the government's previous filings. The government also states that its previous filings mistakenly stated that Plaintiff had agreed that the EPIC search could serve as a substitute for his Harris request. (Doc. 96 at 2.) The government withdraws that statement, but clarifies that "the FBI does intend to reply upon the searches that it has already conducted for EPIC as its search for [Plaintiff's] Harris request, as the requests are substantially similar." (Doc. 96 at 3.)

1    Plaintiff has filed a "Motion to Strike Down Defendants' Cross-Motion for
2 Summary Judgment on the Basis of it Being Scandalous or in the Alternative,
3 Compliance with LRCiv 83.7, or for a More Definite Statement of an Issue" (Motion to
4 Strike) asserting that the government's "is being vague and ambiguous" regarding the
5 parties' agreements regarding Plaintiff's Harris request. (Doc. 98.) Plaintiff has also
6 filed a "Motion under Rule 56(h) for Appropriate Sanctions Against Defendant FBI and
7 Counsel for Submitting Declaration in Bad Faith." (Doc. 99.) Plaintiff asserts that the
8 government's cross-motion for summary judgment misrepresents the parties' agreements
9 regarding Plaintiff's Harris request. (Doc. 98.) Plaintiff also argues that the first
10 declaration of David M. Hardy submitted in support of the government's cross-motion
11 (Doc. 91) is "partially false." (Doc. 99.) Finally, Plaintiff has filed a motion for
12 subpoenas to obtain "phone recordings" of conversations with the government's counsel
13 regarding the government's statement that the "parties had agreed to use the FBI's search
14 for records in response to the EPIC request as the search for Plaintiff's Harris request."
15 (Doc. 100.)

16    Because the government's proposed supplemental memorandum addresses
17 Plaintiff's Harris request and the parties' discussions regarding that request at issue in
18 Plaintiff's Motion to Strike, the Court will grant the government's Motion to File a
19 Supplemental Memorandum (Doc. 96), and will deny as moot Plaintiff's Motion to
20 Strike. (Doc. 98.) Additionally, although Plaintiff disagrees with Mr. Hardy's
21 description of the parties' agreements regarding the FBI's search for records in response
22 to Plaintiff's Harris request, it does not appear that Mr. Hardy's declaration was
23 submitted in bad faith and the government has withdrawn its statement that Plaintiff had
24 agreed that the EPIC search could serve as a substitute for his Harris request. (Doc. 96 at
25 2.) Accordingly, the Court will deny Plaintiff's motion for sanctions and his motion for
26 subpoenas. (Doc. 100.)
27    Accordingly,
28

**IT IS ORDERED** that the government's Motion for Leave to File Supplemental Memorandum and Declaration or, in the Alternative, to Withdraw Portion of the Argument (Doc. 96) is **GRANTED** to the extent that the government is granted leave to file a supplemental memorandum in support of its Memorandum of Law in Opposition to Plaintiff's Motion for Partial Summary Judgment and in Support of Defendants' Cross-Motion for Summary Judgment. (Docs. 91 and 92.) The Clerk of Court is directed to file the "Supplemental Memorandum of Law (Including Supplemental Statement of Facts); Supplemental Declaration of David M. Hardy," lodged at docket 97.

**IT IS FURTHER ORDERED** that Plaintiff's "Motion to Strike Down Defendants' Cross-Motion for Summary Judgment on the Basis of it Being Scandalous or in the Alternative, Compliance with LRCiv 83.7, or for a More Definite Statement of an Issue" (Doc. 98) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Plaintiff's Motion Under Rule 56(h) for Appropriate Sanctions (Doc. 99) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Subpoenas (Doc. 100) is **DENIED.**

Dated this 7th day of April, 2014.

_____
Bridget S. Bade
United States Magistrate Judge