**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2014, I served the attached Lodged Proposed Document (Supplemental Memorandum of Law in Support of Defendants' Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Partial Summary Judgment, including the Supplemental Statement of Facts), as well as the attached Declaration of David M. Hardy Regarding the Adequacy of Search for the Harris Corp. Request, by first-class mail, postage pre-paid, on the following, who is not a registered participant of the CM/ECF system:

> Daniel D. Rigmaiden
> Agency # 10966111
> CCA-CADC
> PO Box 6300
> Florence, AZ  85132

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG
D.C. Bar No. 467513
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-3374
Facsimile:  (202) 616-8460
E-mail:  brad.rosenberg@usdoj.gov

*Attorney for Defendants*