Case: 2:12cv1605

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 1 4 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

Daniel David Rigmaiden   # 10966111
FLORENCE-AZ-FLORENCE-CADC-6300
CENTRAL ARIZONA DETENTION CENTER
P.O. BOX 6300
FLORENCE, AZ 85132

(Doc 103, 104)

U.S. DISTRICT COURT CLERK'S OFFICE
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON STREET, SPC 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

TO:

NIXIE    851323057-1N        04/10/14

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
RETURN TO SENDER

RETURN TO SENDER
RANDON CHECKED
UNABLE TO ID/ NO INMATE #
REFUSED/ UNAPPROVED MAIL
UNCLAIMED/ NOT IN CUSTODY
NAME AND # DO NOT MATCH
INMATE NAME NEEDED

RECEIVED
APR 14 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA