IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>Plaintiff,<br><br>vs.<br><br>Federal Bureau of Investigation, et al.,<br><br>Defendants. | No. CV12-1605-SRB-BSB<br><br>**PROPOSED ORDER** |

Plaintiff has a Motion for Leave to Take Discovery and Interrogatories, and Make Requests for Admission, and Submit Subpoenas Prior to Responding to Defendants' Cross-Motion for Summary Judgment (ECF No. 101, 04/03/2014). Plaintiff's motion shall be, and it hereby is, DENIED.

IT IS SO ORDERED.