Daniel Rigmaiden
530 E. McDowell Rd. STE 107-214
Phoenix, AZ 85004

Clerk, Civil Docketing
Sandra Day O'Connor U.S. courthouse
401 W. Washington St. suite 130, SPC 1
Phoenix, AZ 85003

RECEIVED
MAY 05 2014
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

U.S. POSTAGE $000.90
PITNEY BOWES
02 1P
0001654151
MAILED FROM ZIP CODE 85006

85003$2118