

1  Daniel David Rigmaiden
2  530 E McDowell Rd Ste 107-214
   Phoenix, AZ 85004
   Telephone: none
3  Email: freedan@safe-mail.net

4  Daniel David Rigmaiden,
   Pro Se, Plaintiff
5

6              **UNITED STATES DISTRICT COURT**
                  **DISTRICT OF ARIZONA**
7

8  | Daniel David Rigmaiden, | Civil Action No.: |
   | Plaintiff, | 12-CV-01605-SRB-BSB |
9  | v. | |
10 | Federal Bureau of Investigation, et al. | RENEWED MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS |
11 | Defendant. | |

12      Plaintiff, Daniel David Rigmaiden, appearing *pro se*, respectfully submits this

13 *Renewed Motion For Leave To Electronically File Documents*. Plaintiff previously filed a

14 motion for leave to electronically file documents. It was denied because the Court felt

15 Plaintiff would not be able to use the efile system adequately while being detained at CCA-

16 CADC.

17      Plaintiff is no longer detained at CCA-CADC, he was released. *See* United States v.

18 Rigmaiden, CR08-814-PHX-DGC, Dkt. #1136 and #1137. Therefore, he is again requesting

19 leave to use the efile system to file documents. **He has a filing deadline on May 19, 2014,**

20 **and would like to use the efile system no later than that date**. Plaintiff sets forth the

21 requirements below.

22      Before a *pro se* litigant can open an account on the Electronic Filing system, he "must

23 file a motion and demonstrate the means to do so properly by stating [][his] equipment and

24 software capabilities in addition to agreeing to follow all rules and policies referred to in the

25 ECF Administrative Policies and Procedures Manual." ECF Proc. II(B)(3). Plaintiff's filings

26 will be filed from a computer in Phoenix by accessing the court's website using web browser

27 software. The filings will be in PDF form and verified as viewable using Adobe Acrobat.

28 Any document created from word processor software will be converted to PDF rather than

                                    - 1 -

1   printed to paper and scanned into a flat image PDF file, *i.e.*, the filings will have searchable,

2   vector based text.[1]   Plaintiff agrees to follow all rules and policies referred to in the ECF

3   Administrative Policies and Procedures Manual.

4                                                  * * * * *

5          Plaintiff's filings, however inartfully drafted, must be liberally construed and held to

6   less stringent standards than formal pleadings drafted by lawyers. *See* Haines v. Kerner, 404

7   U.S. 519, 520 (1972).

8   ///

9   ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

---

26  1.       "Documents submitted for filing in the ECF system must be in a Portable Document
27  Format (.pdf).  Documents which exist only in paper form may be scanned into .pdf for
    electronic filing.  All electronic documents must be converted to .pdf directly from a word
28  processing program (e.g., Microsoft Word® or Corel WordPerfect®) and **must be text
    searchable**."  ECF Proc. I(B)(4) (emphasis added).

Respectfully Submitted: _May 13, 2014_____

DANIEL DAVID RIGMAIDEN,
Pro Se Plaintiff:

_Daniel Rigmaiden_____
Daniel D. Rigmaiden

## CERTIFICATE OF SERVICE

I, Daniel David Rigmaiden, certify under penalty of perjury under the laws of the

United States of America that on _May 13, 2014_____ I caused the following

to be placed into the mail for first-class United States Postal Service delivery:

Original attached document addressed to:

Clerk of the Court
Attn: Civil Docketing Section
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

Per Court order at Dkt. #056, the ECF system will effectuate service by providing copies to:

Brad P. Rosenberg, Trial Attorney
Kimberly L. Herb, Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
PO Box 883
Washington, D.C. 20044

By: _Daniel Rigmaiden_____