Name: Daniel Rigmaiden

Address: 530 E McDowell Rd.
STE 107-214
Phoenix, AZ 85004

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 15 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Daniel David Rigmaiden

Plaintiff,

v

FBI, et al.

Defendant(s),

Case No. 2:12-cv-1605

**Notice of Change of Address**

CV-12-1605-PHX-SRB-BSB

I, Daniel David Rigmaiden, Plaintiff in the above entitled and numbered action, hereby give notice of change of address. My new mailing address is:

Daniel Rigmaiden
530 E McDowell Rd.
STE 107-214
Phoenix, AZ 85004

Respectfully submitted this 14th day of May, 2014.

Copy of the foregoing mailed

this 14th day of May, 2014, to:

Clerk, US District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington St., SPC 1
Phoenix, AZ 85003-2118