Case: 2:12cv1605

RECEIVED ___ COPY
MAY 19 2014
CLERK U S DISTRICT COURT
BY

Daniel David Rigmaiden   # 10966111
FLORENCE-AZ-FLORENCE-CADC-6300
CENTRAL ARIZONA DETENTION CENTER
P.O. BOX 6300
FLORENCE, AZ 85132

(Doc 108)

