# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, | No. CV-12-01605-PHX-SRB (BSB) |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

Plaintiff has filed a Renewed Motion for leave to Electronically File Documents based on his recent release from incarceration. (Doc. 109.) After consideration of Plaintiff's motion,

**IT IS ORDERED** that Plaintiff's Renewed Motion for leave to Electronically File Documents (Doc. 109) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff must (1) comply with all rules and policies contained in the United States District Court for the District of Arizona's Electronic Case Filing Administrative Policies and Procedures Manual (the ECF Manual),[1] (2) maintain access to the required equipment and software, (3) maintain a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions, (3) be able to electronically transmit documents to the Court in .pdf format, (4) complete the attached registration for electronic filing form

---

[1] The ECF Manual can be obtained at www.azd.uscourts.gov under the tab "E-Filing."

1  (Attachment) to register as a user with the Clerk's Office within **five days** of the date of
2  this Order, (5) register as a subscriber to PACER (Public Access to Electronic Records)
3  within **five days** of the date of this Order.  *See* ECF Manual II.B.3. Any misuse of the
4  ECF system will result in immediate discontinuation of this privilege and disabling of the
5  password assigned to the party.
6       Dated this 21st day of May, 2014.

                                            _____
                                                Bridget S. Bade
                                                United States Magistrate Judge

**PRO SE PARTICIPANT ELECTRONIC CASE FILES REGISTRATION FORM**

This form is to be used to register for an account on the District of Arizona's Electronic Case Files (ECF) System.  Registered users will have privileges to electronically submit documents and to view and retrieve electronic docket sheets and documents as available for cases assigned to the ECF system.  Filers representing themselves and granted leave to electronically file must seek leave to electronically file in each new case.  The following information is required for registration:

Personal Information

First Name _____   Middle Name _____

Last Name _____   Generation _____

Address _____

City _____

State _____   Zip Code _____

Telephone Number _____

Fax Number _____

Your login and password will be sent to the address entered above.  You must enter a valid e-mail address in order to obtain an ECF login.

E-mail address _____

E-mail type:

_____ HTML - Recommended for most e-mail clients

_____ Plain Text - Recommended for older e-mail clients which cannot process HTML e-mail