Daniel David Rigmaiden
530 E McDowell Rd Ste 107-214
Phoenix, AZ 85004
Telephone: none
Email: freedan@safe-mail.net

Daniel David Rigmaiden,
Pro Se, Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, <br><br> Plaintiff, <br> v. <br><br> Federal Bureau of Investigation, et al. <br><br> Defendant. | Civil Action No.: <br><br> 12-CV-01605-SRB-BSB <br><br> MOTION FOR LEAVE TO FILE COMBINED SUMMARY JUDGMENT MOTION RESPONSE/REPLY BEING 4 PAGES OVER LENGTH |

    Plaintiff, Daniel David Rigmaiden, appearing *pro se*, respectfully submits this *Motion For Leave To File Combined Summary Judgment Motion Response/Reply Being 4 Pages Over Length*. Plaintiff is responding to Defendants' cross motion for summary judgment and replying to Defendants' response to his motion for partial summary judgment. According to local rules, Plaintiff is entitled to 17+11 pages = 28 pages. Plaintiff's combined filing is 32 pages. Plaintiff could not address all issues within 28 pages and requests leave to use 4 additional pages.

    Defendants' combined response/cross-motion totaled 39 pages (Dkt. #091) and then Defendants filed a supplement consisting of 7 pages (Dkt. #104) for a total of 46 pages while local rules allow 17+17 = 34 pages. Because Defendants were permitted an additional 12 pages, Plaintiff believes it is fair for him to use an additional 4 pages.

    Therefore, Plaintiff respectfully requests that the Court allow him to file his motion being 4 pages longer than what local rules allow.

    Plaintiff's filings, however inartfully drafted, must be liberally construed and held to less stringent standards than formal pleadings drafted by lawyers. See Haines v. Kerner, 404 U.S. 519, 520 (1972).

1 | Respectfully Submitted: May 27, 2014

3 | DANIEL DAVID RIGMAIDEN,
Pro Se Plaintiff:

*Daniel Rigmaiden*
Daniel D. Rigmaiden

## CERTIFICATE OF SERVICE

I, Daniel David Rigmaiden, certify under penalty of perjury under the laws of the United States of America that on May 27, 2014 I caused the following to be hand delivered as follows:

Original attached document and one copy addressed to:

Clerk of the Court
Attn: Civil Docketing Section
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

Per Court order at Dkt. #056, the ECF system will effectuate service by providing copies to:

Brad P. Rosenberg, Trial Attorney
Kimberly L. Herb, Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
PO Box 883
Washington, D.C. 20044

By: *Daniel Rigmaiden*

- 2 -