1 | Daniel David Rigmaiden
2 | 530 E McDowell Rd Ste 107-214
  | Phoenix, AZ 85004
  | Telephone: none
3 | Email: freedan@safe-mail.net

4 | Daniel David Rigmaiden,
  | Pro Se, Plaintiff



FILED ___ LODGED
RECEIVED ___ COPY

MAY 2 7 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

*[vertical left margin text]* THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE [Rule Number/Section] 5-1

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Daniel David Rigmaiden,

      Plaintiff,

v.

Federal Bureau of Investigation, et al.

      Defendant.

Civil Action No.:

12-CV-01605-SRB-BSB

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff, Daniel David Rigmaiden, being competent to make this declaration and having personal knowledge of the matters stated herein, declares pursuant to 28 U.S.C. § 1746:

## I.    The FBI and its counsel failed to comply with the agreement regarding the 500-page sample.

1.    Regarding my Harris FOIA request sent to the FBI, Counsel for Defendant FBI and I had a verbal agreement to use a 500-page sample of records responsive to Plaintiff's Harris FOIA request and an accompanying *Vaughn* index as a means to argue the applicability of the FOIA exemptions the FBI *plans* to apply to all responsive records in the future. Per the agreement, the sample was supposed to be sufficient enough for the parties to litigate all future withholdings prior to the FBI processing further records. The caveats to this agreement were as follows: (1) I reserve my right to challenge future redactions/withholdings if the subject matter (but not cited exemption) of any given *future* record is not covered by the *Vaughn* index addressing the 500-page sample, and (2) the FBI would have to defend the sufficiency of its search once that issue becomes ripe for review.

2.    Defendant FBI violated the terms of the agreement by failing to provide a 500-

page sample.  Instead, I was provided with 321 "pages" of records by the FBI via letter dated December 13, 2013.  Attached as <u>ATTACHMENT 25</u> is FBI's December 13, 2013 letter to Daniel Rigmaiden RE: FIOPA Request No.: 1212582-000.  The attached is admissible under Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4).  Attached to the letter are the 321 "pages" of sample records.  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the original currently in my possession.

3.     The FBI also violated the agreement by failing to provide a sufficient sample of records for each claimed exemption.  For example, only one sample "page" was provided corresponding to FOIA exemption (b)(1) and only nine sample "pages" were provided corresponding to FOIA exemption (b)(4).  I have isolated the above noted pages and attached them as <u>ATTACHMENT 26</u> and <u>ATTACHMENT 27</u>, respectively.  The attachments are admissible under Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachments are true and correct copies of the originals currently in my possession.   I do not have a sufficient sample to address the FBI's planned future withholdings to be applied across at least 23,000 *yet-to-be-processed* "pages" of records.

4.     Considering the FBI sent a 321-page sample, as opposed to the 500-page sample as agreed upon, the agreement is null and void.  Considering the FBI failed to provide sufficient sample pages for each claimed exemption, the agreement is null and void.  The only records of which the FBI's claimed exemptions are ripe for review are the actual 321 "pages" provided to me thus far.  All future disclosures are not ripe for review.

**II.     Submission of relevant evidence and authentication thereof.**

5.     Attached as <u>ATTACHMENT 01</u> is Federal Bureau of Investigation ("FBI"), *Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1,* Aug. 27, 2007.  The attached is an official record of the FBI--with government seal and signature--and is admissible under Fed. R. Evid. 902(1), Fed. R. Evid. 901(b)(10) and Fed. R. Civ. P. 44(c), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the record obtained by me from

1  https://www.eff.org/files/filenode/061708CKK/082707_dcs01.pdf [EFF PDF Set 1 of 6] (last

2  accessed: May 15, 2014), p. 1-2 of 67 [p. No. 1-2 of attachment]; and

3  https://www.eff.org/files/filenode/061708CKK/082707_dcs06.pdf [EFF PDF Set 6 of 6] (last

4  accessed: May 15, 2014), p. 142 of 148 [p. No. 3 of attachment].

5      6.    Attached as <u>ATTACHMENT 02</u> is United States Patent and Trademark Office

6  ("USPTO"), *Trademark Reg. No. 2,555,909 [Loggerhead]* (registered Apr. 2, 2002).  The

7  attached is an official record of the USPTO and is admissible under Fed. R. Evid.  901(b)(10)

8  and Fed. R. Civ. P. 44(c), and Fed. R. Evid. 901(b)(4).  To the extent that Harris Corporation

9  trade inscriptions and the like are relevant, the attached is admissible under Fed. R. Evid.

10 902(7).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the

11 attachment is a true and correct copy of the record obtained by me from http://tsdr.uspto.gov/

12 #caseNumber=2,555,909&caseType=US_REGISTRATION_NO&searchType=documentSear

13 ch (last accessed: May 15, 2014).

14     7.    Attached as <u>ATTACHMENT 03</u> is Executive Office for United States Attorneys

15 ("EOUSA"), *[M.D.La.] Response to ACLU FOIA Request No. 07-4130*,  Aug. 12, 2008, p. 1,

16 2 ,9, 10, 16, and 18.  The attached is an official record of the EOUSA--with government seal

17 and signature--and is admissible under Fed. R. Evid. 902(1), Fed. R. Evid. 901(b)(10) and

18 Fed. R. Civ. P. 44(c), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed.

19 R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the record

20 obtained by me from

21 https://www.aclu.org/pdfs/freespeech/cellfoia_release_074130_20080812.pdf (last accessed:

22 May 15, 2014), p. 1, 2 ,9, 10, 16, and 18.

23     8.    Attached as <u>ATTACHMENT 04</u> is USPTO, *Trademark Reg. No. 2,534,253*

24 *[Triggerfish]* (registered Jan. 29, 2002).  The attached is an official record of the USPTO and

25 is admissible under Fed. R. Evid. 901(b)(10) and Fed. R. Civ. P. 44(c), and Fed. R. Evid.

26 901(b)(4).  To the extent that Harris Corporation trade inscriptions and the like are relevant,

27 the attached is admissible under Fed. R. Evid. 902(7).  Pursuant to Fed. R. Evid. 901(a) and

28 Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the record

1  obtained by me from

2  http://tsdr.uspto.gov/#caseNumber=2,534,253&caseType=US_REGISTRATION_NO&search

3  Type=documentSearch (last accessed: May 15, 2014).

4      9.      Attached as <u>ATTACHMENT 05</u> is USPTO, *Trademark Reg. No. 2,762,468*

5  *[StingRay]* (registered Sep. 9, 2003).  The attached is an official record of the USPTO and is

6  admissible under Fed. R. Evid. 901(b)(10) and Fed. R. Civ. P. 44(c), and Fed. R. Evid. 901(b)

7  (4).  To the extent that Harris Corporation trade inscriptions and the like are relevant, the

8  attached is admissible under Fed. R. Evid. 902(7).  Pursuant to Fed. R. Evid. 901(a) and Fed.

9  R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the record

10  obtained by me from

11  http://tsdr.uspto.gov/#caseNumber=2,762,468&caseType=US_REGISTRATION_NO&search

12  Type=documentSearch (last accessed: May 15, 2014).

13      10.     Attached as <u>ATTACHMENT 06</u> is USPTO, *Trademark Reg. No. 3,499,993*

14  *[StingRay II]* (registered Sep. 9, 2008).  The attached is an official record of the USPTO and

15  is admissible under Fed. R. Evid. 901(b)(10) and Fed. R. Civ. P. 44(c), and Fed. R. Evid.

16  901(b)(4).  To the extent that Harris Corporation trade inscriptions and the like are relevant,

17  the attached is admissible under Fed. R. Evid. 902(7).  Pursuant to Fed. R. Evid. 901(a) and

18  Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the record

19  obtained by me from

20  http://tsdr.uspto.gov/#caseNumber=3,499,993&caseType=US_REGISTRATION_NO&search

21  Type=documentSearch (last accessed: May 15, 2014).

22      11.     Attached as <u>ATTACHMENT 07</u> is Department of Homeland Security, United

23  States Secret Service (USSS). (Jun. 29, 2010). Harris equipment (Solicitation Number:

24  225717).  The attached is an official record of the federal government and is admissible under

25  Fed. R. Evid. 901(b)(10) and Fed. R. Civ. P. 44(c), and Fed. R. Evid. 901(b)(4).  To the extent

26  that Harris Corporation trade inscriptions and the like are relevant, the attached is admissible

27  under Fed. R. Evid. 902(7).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I

28  certify that the attachment is a true and correct copy of the record obtained by me from

1    https://www.fbo.gov/?

2    s=opportunity&mode=form&id=52b671c48d68c6518b78939677952282&tab=core&_cview=

3    0 (last accessed: May 15, 2014).

4         12.    Attached as <u>ATTACHMENT 08</u> is Federal Communications Commission

5    ("FCC"), *FOIA Response to Christopher Soghoian, Center for Applied Cybersecurity*

6    *Research, FOIA Request No. 2011-586*, Feb. 29, 2012.  The attached is an official record of

7    the FCC--with government seal and signature--and is admissible under Fed. R. Evid. 902(1),

8    Fed. R. Evid. 901(b)(10) and Fed. R. Civ. P. 44(c), and Fed. R. Evid. 901(b)(4).  Pursuant to

9    Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attached record is a true

10   and correct copy of the record provided to me by Mr. Soghoian.  The record is also available

11   on Mr. Soghoian's website: http://files.cloudprivacy.net/FOIA/FCC/fcc-stingray-reply.pdf

12   (last accessed: May 15, 2014).

13        13.    Attached as <u>ATTACHMENT 09</u> is Department of the Army, Office: U.S. Army

14   Intelligence and Security Command. (Jan. 12, 2009). NOTICE OF INTENT TO AWARD A

15   SOLE SOURCE CONTRACT-HARRIS: KINGFISH DUAL MODE SYSTEM (Solicitation

16   Number: W911W4-09-T-0017).  The attached is an official record of the federal government

17   and is admissible under Fed. R. Evid. 901(b)(10) and Fed. R. Civ. P. 44(c), and Fed. R. Evid.

18   901(b)(4).  To the extent that Harris Corporation trade inscriptions and the like are relevant,

19   the attached is admissible under Fed. R. Evid. 902(7).  Pursuant to Fed. R. Evid. 901(a) and

20   Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the record

21   obtained by me from https://www.fbo.gov/index?

22   s=opportunity&mode=form&id=fd03ebae781f3a3fdb7633699bc1e351&tab=core&tabmode=

23   list&= (last accessed: May 15, 2014).

24        14.    Attached as <u>ATTACHMENT 10</u> is USPTO, *Trademark Reg. No. 2,867,227*

25   *[KingFish]* (registered Jul. 27, 2004).  The attached is an official record of the USPTO and is

26   admissible under Fed. R. Evid. 901(b)(10) and Fed. R. Civ. P. 44(c), and Fed. R. Evid. 901(b)

27   (4).  To the extent that Harris Corporation trade inscriptions and the like are relevant, the

28   attached is admissible under Fed. R. Evid. 902(7).  Pursuant to Fed. R. Evid. 901(a) and Fed.

1   R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the record

2   obtained by me from

3   http://tsdr.uspto.gov/#caseNumber=2867227&caseType=US_REGISTRATION_NO&searchT

4   ype=documentSearch (last accessed: May 15, 2014).

5         15.    Attached as <u>ATTACHMENT 11</u> is Space and Naval Warfare Systems Center

6   (SPAWARSYSCEN). (Jun. 10, 2004). *Sole Source Harris Corporation AmberJack G*

7   *antennas and antenna accessory kits* (Solicitation Number: N65236-04-R-0096). The

8   attached is an official record of the federal government and is admissible under Fed. R. Evid.

9   901(b)(10) and Fed. R. Civ. P. 44(c), and Fed. R. Evid. 901(b)(4). To the extent that Harris

10   Corporation trade inscriptions and the like are relevant, the attached is admissible under Fed.

11   R. Evid. 902(7). Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that

12   the attachment is a true and correct copy of the record obtained by me from

13   https://www.fbo.gov/index?

14   s=opportunity&mode=form&id=fd03ebae781f3a3fdb7633699bc1e351&tab=core&tabmode=

15   list&= (last accessed: May 16, 2014).

16         16.    Attached as <u>ATTACHMENT 12</u> is USPTO, *Trademark Reg. No. 2,710,009*

17   *[AmberJack]* (registered Aug. 22, 2003). The attached is an official record of the USPTO and

18   is admissible under Fed. R. Evid. 901(b)(10) and Fed. R. Civ. P. 44(c), and Fed. R. Evid.

19   901(b)(4). To the extent that Harris Corporation trade inscriptions and the like are relevant,

20   the attached is admissible under Fed. R. Evid. 902(7). Pursuant to Fed. R. Evid. 901(a) and

21   Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the record

22   obtained by me from

23   http://tsdr.uspto.gov/#caseNumber=2710009&caseType=US_REGISTRATION_NO&searchT

24   ype=statusSearch (last accessed: May 16, 2014).

25         17.    Attached as <u>ATTACHMENT 13</u> is United States General Services

26   Administration. (Mar. 11, 2014). FEDERAL SUPPLY SERVICE, INFORMATION

27   TECHNOLOGY SCHEDULE PRICELIST, GENERAL PURPOSE COMMERCIAL

28   INFORMATION TECHNOLOGY EQUIPMENT, SOFTWARE AND SERVICES (Harris).

1  The attached is an official record of the United States General Services Administration and is

2  admissible under Fed. R. Evid.  901(b)(10) and Fed. R. Civ. P. 44(c), and Fed. R. Evid. 901(b)

3  (4).  To the extent that Harris Corporation trade inscriptions and the like are relevant, the

4  attached is admissible under Fed. R. Evid. 902(7).  Pursuant to Fed. R. Evid. 901(a) and Fed.

5  R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the record

6  obtained by me from

7  https://www.gsaadvantage.gov/ref_text/GS35F0283J/0ML8KB.2S6VTT_GS-35F-

8  0283J_HARRISMOD162.PDF (last accessed: May 16, 2014).

9        18.        Attached as <u>ATTACHMENT 14</u> are published patents owned by Harris **(1)**

10  Billhartz, Thomas J., *et al.*, Harris Corp., *Wireless Communications System Including A*

11  *Wireless Device Locator And Related Methods*, U.S. Patent No. 7,321,777 (Melbourne, FL:

12  Jan. 22, 2008), **(2)** McPherson, Rodney and Lanza, David J., Harris Corp., *Wireless*

13  *Transmitter Location Determining System And Related Methods*, U.S. Patent No. 7,592,956

14  (Melbourne, FL: Sept. 22, 2009), **(3)** Otto, James C., Harris Corp., *System And Method For*

15  *Determining The Geolocation Of A Transmitter*, U.S. Patent No. 5,719,584 (Indian Harbor

16  Beach, FL: Feb. 17, 1998), and **(4)** Proctor, James A, Jr. and Otto, James C., Harris Corp.,

17  *Range And Bearing Tracking System With Multipath Rejection*, U.S. Patent No. 5,687,196

18  (Indialantic, FL: Nov. 11, 1997).  The attached are official publications by a public authority

19  (*i.e.*, the USPTO) and are admissible under Fed. R. Evid. 902(5), and Fed. R. Evid. 901(b)(4).

20  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attached are

21  true and correct copies of the USPTO publications obtained by me from **(1)**

22  http://www.freepatentsonline.com/7321777.html (last accessed: May 16, 2014) [attachment p.

23  No. 1-18], **(2)**  http://www.freepatentsonline.com/7592956.html (last accessed: May 16, 2014)

24  [attachment p. No. 19-37], **(3)** http://www.freepatentsonline.com/5719584.html (last

25  accessed: May 16, 2014) [attachment p. No. 38-45], and **(4)**

26  http://www.freepatentsonline.com/5687196.html (last accessed: May 16, 2014) [attachment p.

27  No. 46-52].

28        19.        Attached as <u>ATTACHMENT 15</u> is 1xEV-DO Rel. 0, CELL SITE EMULATOR,

- 7 -

1 | & GEOLOCATION EXPERT REPORT RE: The independent operations of the FBI's cell site

2 | emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v.

3 | Rigmaiden, CR08-814-PHX-DGC (D.Ariz.), By: Daniel David Rigmaiden (May 29, 2013).

4 | The attached is my expert report and is admissible under Fed. R. Evid. 901(b)(1), and Fed. R.

5 | Evid. 901(b)(4). Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that

6 | the attachment is a true and correct copy of my original signed expert report currently in my

7 | possession.

8 |      20.     Attached as <u>ATTACHMENT 16</u> is **(1)** Miami, FL, USA, *Legislative Files,*

9 | *Harris Sole Source Vendor Letter,* p. 1 (Nov. 29, 2006), **(2)** Miami, FL, USA, *Legislative*

10 | *Files, Inter-Office Memo RE: Harris Sole Source Vendor,* p. 1 (Nov. 13, 2008), **(3)** Miami, FL,

11 | USA, *Legislative Files, Harris Sole Source Letter [Attachment B],* p. 2 (Aug. 25, 2008), **(4)**

12 | Miami, FL, USA, *Legislative Files, Harris* Product Datasheets, p. 1-2, **(5)** Miami, FL, USA,

13 | *Legislative Files, Harris Product Datasheets,* p. 1, and **(6)** Miami, FL, USA, *Legislative*

14 | *Files, Harris GCSD Price List* (Sep. 2008), p. 1-8. The attached are official records of the

15 | city of Miami, FL and are admissible under Fed. R. Evid. 901(b)(10) and Fed. R. Civ. P.

16 | 44(c), and Fed. R. Evid. 901(b)(4). To the extent that Harris Corporation trade inscriptions

17 | and the like are relevant, the attached are admissible under Fed. R. Evid. 902(7). Pursuant to

18 | Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and

19 | correct copy of the records obtained by me from **(1)**

20 | http://egov.ci.miami.fl.us/Legistarweb/Attachments/34768.pdf (last accessed: May 16, 2014)

21 | [p. No. 1 of attachment], **(2)** http://egov.ci.miami.fl.us/Legistarweb/Attachments/47993.pdf

22 | (last accessed: May 16, 2014) [p. No. 2 of attachment], **(3)**

23 | http://egov.ci.miami.fl.us/Legistarweb/Attachments/48003.pdf (last accessed: May 16, 2014)

24 | [p. No. 3-12 of attachment], **(4)**

25 | http://egov.ci.miami.fl.us/Legistarweb/Attachments/34769.pdf (last accessed: May 16, 2014)

26 | [p. No. 13-14 of attachment], **(5)**

27 | http://egov.ci.miami.fl.us/Legistarweb/Attachments/34771.pdf (last accessed: May 16, 2014)

28 | [p. No. 15-16 of attachment], and **(6)**

1  http://egov.ci.miami.fl.us/Legistarweb/Attachments/48000.pdf [cached at:

2  https://info.publicintelligence.net/Harris-SurveillancePriceList.pdf] (last accessed: May 16,

3  2014) [p. No. 17-24 of attachment].

4       21.     Attached as <u>ATTACHMENT 17</u> is Singel, Ryan (Wired Magazine), FBI E-Mail

5  Shows Rift Over Warrantless Phone Record Grabs (Dec. 20, 2007). The attached is printed

6  news material and is admissible under Fed. R. Evid. 902(6), and Fed. R. Evid. 901(b)(4).

7  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a

8  true and correct copy of the printed news material obtained by me from

9  http://archive.wired.com/print/politics/onlinerights/news/2007/12/fbi_cell (last accessed: May

10  17, 2014).

11       22.     Attached as <u>ATTACHMENT 18</u> is Myers, Rachel (ACLU), *With Technology*

12  *Like This, Who Needs the Law? >> Blog of Rights: Official Blog of the American Civil*

13  *Liberties Union* (Nov. 14, 2008). The attached is printed news material and is admissible

14  under Fed. R. Evid. 902(6), and Fed. R. Evid. 901(b)(4). Pursuant to Fed. R. Evid. 901(a)

15  and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of the

16  printed news material obtained by me from https://www.aclu.org/print/blog/free-speech-

17  national-security/technology-who-needs-law (last accessed: May 17, 2014).

18       23.     Attached as <u>ATTACHMENT 19</u> is Valentino-DeVries, Jennifer (The Wall Street

19  Journal), *'Stingray' Phone Tracker Fuels Constitutional Clash*, p. A1 (Sept. 22, 2011). The

20  attached is printed news material and is admissible under Fed. R. Evid. 902(6), and Fed. R.

21  Evid. 901(b)(4). Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that

22  the attachment is a true and correct copy of the printed news material obtained by me from

23  http://online.wsj.com/news/articles/SB10001424053111904194604576583112723197574#pri

24  ntMode (last accessed: May 17, 2014).

25       24.     Attached as <u>ATTACHMENT 20</u> is Zetter, Kim (Wired), *Secrets of FBI*

26  *Smartphone Surveillance Tool Revealed in Court Fight* (Apr. 09, 2013). The attached is

27  printed news material and is admissible under Fed. R. Evid. 902(6), and Fed. R. Evid. 901(b)

28  (4). Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment

1  is a true and correct copy of the printed news material obtained by me from

2  http://www.wired.com/threatlevel/2013/04/verizon-rigmaiden-aircard/all/ (last accessed: May

3  17, 2014).

4      25.     Attached as <u>ATTACHMENT 21</u> is Coast to Coast AM, *Lee Lapin - Guests -*

5  *Coast to Coast AM*, Lee Lapin Biography.  The attached is printed news material and is

6  admissible under Fed. R. Evid. 902(6), and Fed. R. Evid. 901(b)(4). Pursuant to Fed. R. Evid.

7  901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct copy of

8  the printed news material obtained by me from http://www.coasttocoastam.com/guest/lapin-

9  lee/6469 (last accessed: May 17, 2014).

10     26.     Attached as <u>ATTACHMENT 22</u> is *OpenBTS Public Release*,

11  http://wush.net/trac/rangepublic/wiki/WikiStart.  The attached is a printed Internet resource

12  and is admissible under Fed. R. Evid. 901(a), and Fed. R. Evid. 901(b)(4).  Pursuant to Fed.

13  R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify that the attachment is a true and correct

14  copy of the printed Internet resource obtained by me from

15  http://wush.net/trac/rangepublic/wiki/WikiStart (last accessed: May 18, 2014).

16     27.     Attached as <u>ATTACHMENT 23</u> is Greenberg, Andy (Forbes Magazine),

17  *Despite FCC Scare Tactics, Researcher Demos AT&T Eavesdropping - Forbes* (Jul. 31,

18  2010).  The attached is printed news material and is admissible under Fed. R. Evid. 902(6),

19  and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I

20  certify that the attachment is a true and correct copy of the printed news material obtained by

21  me from http://www.forbes.com/sites/firewall/2010/07/31/despite-fcc-scare-tactics-

22  researcher-demos-att-eavesdropping/print/ (last accessed: May 18, 2014).

23     28.     Attached as <u>ATTACHMENT 24</u> is *CatcherCatcher - Mobile Network*

24  *Assessment Tools - SRLabs Open Source Projects*,

25  https://opensource.srlabs.de/projects/mobile-network-assessment-tools/wiki/CatcherCatcher.

26  The attached is a printed Internet resource and is admissible under Fed. R. Evid. 901(a), and

27  Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I

28  certify that the attachment is a true and correct copy of the printed Internet resource obtained

1   by me from https://opensource.srlabs.de/projects/mobile-network-assessment-

2   tools/wiki/CatcherCatcher (last accessed: May 18, 2014).

3        29.      Attached as <u>ATTACHMENT 28</u> is EOUSA's March 13, 2014 letter to Daniel

4   Rigmaiden RE: Request No.: 11-4585.  This is the EOUSA's record production it claims is

5   responsive to my Harris FOIA request.  The attached is admissible under Fed. R. Evid. 901(a),

6   and Fed. R. Evid. 901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I

7   certify that the attachment is a true and correct copy of the original currently in my possession.

8        30.      Attached as <u>ATTACHMENT 29</u> is a screenshot showing the metadata for the last

9   PDF file from EOUSA's March 13, 2014, FOIA record disclosure.  This metadata shows that the

10  software, Redax by Appligent, was used by EOUSA to assemble and redact the PDF records on

11  October 11, 2012.[1] The attached is admissible under Fed. R. Evid. 901(a), and Fed. R. Evid.

12  901(b)(4).  Pursuant to Fed. R. Evid. 901(a) and Fed. R. Civ. P. 56(e)(1), I certify the attachment

13  is a true/correct copy of the original in my possession.

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ───────────────────────────────
    1.      The process of assembling the EOUSA's PDF's into attachments that can be uploaded
28  to PACER has stripped the metadata from the files.  However, the screenshot is admissible
    evidence and the original files can be produced for the Court's review upon request.

1    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is

2  true and correct.

3

4    Executed on: _May  27,  2014_____ in Phoenix, AZ, USA.

5

6                                    DANIEL DAVID RIGMAIDEN,
                                     Pro Se Plaintiff:
7

8                                    _Daniel Rigmaiden_____
                                     Daniel David Rigmaiden
9                                    530 E McDowell Rd Ste 107-214
                                     Phoenix, AZ 85004
10                                   Telephone: none

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | Respectfully Submitted: May 27, 2014

2

3 |                                  DANIEL DAVID RIGMAIDEN,
                                     Pro Se Plaintiff:
4

5

6 |                                  Daniel D. Rigmaiden

7

8 |                          **CERTIFICATE OF SERVICE**

9 |        I, Daniel David Rigmaiden, certify under penalty of perjury under the laws of the

10 | United States of America that on May 27, 2014 _____ I caused the following

11 | to be hand delivered as follows:

12

13 | Original attached document and one copy (but only one set of attachments due to lack of

14 | funds to print another 2036 pages) addressed to:

15 | Clerk of the Court
     Attn: Civil Docketing Section
16 | Sandra Day O'Connor U.S. Courthouse
     401 West Washington Street, Suite 130, SPC 1
17 | Phoenix, AZ 85003-2118

18

19 | Per Court order at Dkt. #056, the ECF system will effectuate service by providing copies to:

20 | Brad P. Rosenberg, Trial Attorney
     Kimberly L. Herb, Trial Attorney
21 | U.S. Department of Justice
     Civil Division, Federal Programs Branch
22 | PO Box 883
     Washington, D.C. 20044
23

24

25

26

27

28 | By: Daniel Rigmaiden

                                  - 13 -