## ATTACHMENT INDEX

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 01: Federal Bureau of Investigation ("FBI"), *Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1*, Aug. 27, 2007.

ATTACHMENT 02: United States Patent and Trademark Office ("USPTO"), *Trademark Reg. No. 2,555,909 [Loggerhead]* (registered Apr. 2, 2002).

ATTACHMENT 03: Executive Office for United States Attorneys ("EOUSA"), *[M.D.La.] Response to ACLU FOIA Request No. 07-4130*, Aug. 12, 2008, p. 1, 2 ,9, 10, 16, and 18.

ATTACHMENT 04: United States Patent and Trademark Office, *Trademark Reg. No. 2,534,253 [Triggerfish]* (registered Jan. 29, 2002).

ATTACHMENT 05: United States Patent and Trademark Office, *Trademark Reg. No. 2,762,468 [StingRay]* (registered Sep. 9, 2003).

ATTACHMENT 06: United States Patent and Trademark Office, *Trademark Reg. No. 3,499,993 [StingRay II]* (registered Sep. 9, 2008).

ATTACHMENT 07: Department of Homeland Security, United States Secret Service (USSS). (Jun. 29, 2010). Harris equipment (Solicitation Number: 225717).

ATTACHMENT 08: Federal Communications Commission ("FCC"), *FOIA Response to Christopher Soghoian, Center for Applied Cybersecurity Research, FOIA Request No. 2011-586*, Feb. 29, 2012.

ATTACHMENT 09: Department of the Army, Office: U.S. Army Intelligence and Security Command. (Jan. 12, 2009). NOTICE OF INTENT TO AWARD A SOLE SOURCE CONTRACT-HARRIS: KINGFISH DUAL MODE SYSTEM (Solicitation Number: W911W4-09-T-0017).

ATTACHMENT 10: United States Patent and Trademark Office, *Trademark Reg. No. 2,867,227 [KingFish]* (registered Jul. 27, 2004).

ATTACHMENT 11: Space and Naval Warfare Systems Center (SPAWARSYSCEN). (Jun. 10, 2004). *Sole Source Harris Corporation AmberJack G antennas and antenna accessory kits* (Solicitation Number: N65236-04-R-0096).

**ATTACHMENT 12:**   United States Patent and Trademark Office, *Trademark Reg. No. 2,710,009 [AmberJack]* (registered Aug. 22, 2003).

**ATTACHMENT 13:**   United States General Services Administration. (Mar. 11, 2014). FEDERAL SUPPLY SERVICE, INFORMATION TECHNOLOGY SCHEDULE PRICELIST, GENERAL PURPOSE COMMERCIAL INFORMATION TECHNOLOGY EQUIPMENT, SOFTWARE AND SERVICES (Harris).

**ATTACHMENT 14:**   Published patents owned by Harris **(1)** Billhartz, Thomas J., *et al.*, Harris Corp., *Wireless Communications System Including A Wireless Device Locator And Related Methods*, U.S. Patent No. 7,321,777 (Melbourne, FL: Jan. 22, 2008), **(2)** McPherson, Rodney and Lanza, David J., Harris Corp., *Wireless Transmitter Location Determining System And Related Methods*, U.S. Patent No. 7,592,956 (Melbourne, FL: Sept. 22, 2009), **(3)** Otto, James C., Harris Corp., *System And Method For Determining The Geolocation Of A Transmitter*, U.S. Patent No. 5,719,584 (Indian Harbor Beach, FL: Feb. 17, 1998), and **(4)** Proctor, James A, Jr. and Otto, James C., Harris Corp., *Range And Bearing Tracking System With Multipath Rejection*, U.S. Patent No. 5,687,196 (Indialantic, FL: Nov. 11, 1997).

**ATTACHMENT 15:**   1xEV-DO Rel. 0, CELL SITE EMULATOR, & GEOLOCATION EXPERT REPORT RE: The independent operations of the FBI's cell site emulators, etc. used to locate the UTStarcom PC5740 1xEV-DO aircard in United States v. Rigmaiden, CR08-814-PHX-DGC (D.Ariz.), By: Daniel David Rigmaiden (May 29, 2013).

**ATTACHMENT 16:**   **(1)** Miami, FL, USA, *Legislative Files, Harris Sole Source Vendor Letter*, p. 1 (Nov. 29, 2006), **(2)** Miami, FL, USA, *Legislative Files, Inter-Office Memo RE: Harris Sole Source Vendor*, p. 1 (Nov. 13, 2008), **(3)** Miami, FL, USA, *Legislative Files, Harris Sole Source Letter [Attachment B]*, p. 2 (Aug. 25, 2008), **(4)** Miami, FL, USA, *Legislative Files, Harris* Product Datasheets, p. 1-2, **(5)** Miami, FL, USA, *Legislative Files, Harris Product Datasheets*, p. 1, and **(6)** Miami, FL, USA, *Legislative Files, Harris GCSD Price List* (Sep. 2008), p. 1-8.

**ATTACHMENT 17:**   Singel, Ryan (Wired Magazine), FBI E-Mail Shows Rift Over Warrantless Phone Record Grabs (Dec. 20, 2007).

**ATTACHMENT 18:**   Myers, Rachel (ACLU), *With Technology Like This, Who Needs the Law? >> Blog of Rights: Official Blog of the American Civil Liberties Union* (Nov. 14, 2008).

**ATTACHMENT 19:**   Valentino-DeVries, Jennifer (The Wall Street Journal), *'Stingray' Phone Tracker Fuels Constitutional Clash*, p. A1 (Sept. 22, 2011).

**ATTACHMENT 20:**   Zetter, Kim (Wired), *Secrets of FBI Smartphone Surveillance Tool Revealed in Court Fight* (Apr. 09, 2013).

**ATTACHMENT 21:**   Coast to Coast AM, *Lee Lapin - Guests - Coast to Coast AM, Lee Lapin*

*Biography.*

ATTACHMENT 22:    *OpenBTS Public Release,*
http://wush.net/trac/rangepublic/wiki/WikiStart.

ATTACHMENT 23:    Greenberg, Andy (Forbes Magazine), *Despite FCC Scare Tactics,*
*Researcher Demos AT&T Eavesdropping - Forbes* (Jul. 31, 2010).

ATTACHMENT 24:    *CatcherCatcher - Mobile Network Assessment Tools - SRLabs Open*
*Source Projects,* https://opensource.srlabs.de/projects/mobile-network-
assessment-tools/wiki/CatcherCatcher.

ATTACHMENT 25:    FBI's December 13, 2013 letter to Daniel Rigmaiden RE: FIOPA Request
No.: 1212582-000.

ATTACHMENT 26:    One sample "page" provided corresponding to FOIA exemption (b)(1),
within FBI's December 13, 2013 letter to Daniel Rigmaiden RE: FIOPA
Request No.: 1212582-000.

ATTACHMENT 27:    Nine sample "pages" provided corresponding to FOIA exemption (b)(4),
within FBI's December 13, 2013 letter to Daniel Rigmaiden RE: FIOPA
Request No.: 1212582-000.

ATTACHMENT 28:    EOUSA's March 13, 2014 letter to Daniel Rigmaiden RE: Request No.:
11-4585.

ATTACHMENT 29:    Screenshot showing the metadata for the last PDF file from EOUSA's
March 13, 2014, FOIA record disclosure attached as ATTACHMENT 28.
This metadata shows that the software, Redax by Appligent, was used by
EOUSA to assemble and redact the PDF records on October 11, 2012.

**ATTACHMENT 01**

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR  SUMMARY
JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)


ATTACHMENT 01:   Federal Bureau of Investigation ("FBI"), *Response to EFF FOIA
Request Nos. 1056287-000 & 1056307-1,* Aug. 27, 2007.



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

ESQ. MARCIA HOFMANN
ELECTRONIC FRONTIER FOUNDATION
SUITE 650
1875 CONNECTICUT AVENUE, NORTHWEST
WASHINGTON, DC 20009

August 27, 2007

Subject: SYSTEM DCS-3000 and Red Hook

FOIPA No.  1056287- 000  and FOIPA No. 1056307-1

Dear Ms. Hofmann:

　　　The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | Section 552 | Section 552a |
|---|---|---|
| ☒(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☒(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

967 **page(s)** were reviewed and 618 **page(s)** are being released.

☐　Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

　　☐　referred to the OGA for review and direct response to you.

　　☐　referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C.  20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

Enclosure(s)

Please be advised that this is the fourth interim release as ordered by the court on May 7, 2007 for documents concerning surveillance systems known as DCS-3000 and Red Hook.

A decision has not been made concerning your request for a waiver of fees. We will be corresponding with you concerning that request in the near future. In the interim, we are providing you with the enclosed documents. Pursuant to Title 28, Code of Federal Regulations, Section 16.11, there is a fee of ten cents per page for duplication. No fees are assessed for the first 100 pages. If it is determined that you do not qualify for a fee waiver, duplication fees will be assessed accordingly.

**From:**
**To:**                                                                        b6
**Date:**     Wed, Jul 25, 2001 10:07 AM                                       b7C
**Subject:**  Re: DCS3000 Tracker Software

Sounds good         Can't wait to see it.

I was working with some agency guys yesterday.  They are putting together a system with a flat panel ant. and a loggerhead and doing locations based on registrations.  It works.  They have a later software version on their loggerheads (I think).  It will really help when we can use your software for real time display of the loggerhead activity.  As it is, you have to make a pass in the area, move somewhere else, look at the log, etc.  Any word on when Harris can make the change to the loggerhead?

>>>                              07/24 10:05 AM >>>
JP is finished with the software mods that support
the multi-van            integration.                                          b2
                                                                               b6
We are waiting delivery of the COM driver and the                              b7C
final approval of the                                                          b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-14-2007 BY 65179DMH/KSR/MAJ

## ATTACHMENT 02

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)


ATTACHMENT 02:   United States Patent and Trademark Office ("USPTO"), *Trademark Reg. No. 2,555,909 [Loggerhead]* (registered Apr. 2, 2002).

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

REGISTRATION NO: 2555909    SERIAL NO: 76/284567    MAILING DATE: 03/04/2008
REGISTRATION DATE: 04/02/2002
MARK: LOGGERHEAD
REGISTRATION OWNER: Harris Corporation

**CORRESPONDENCE ADDRESS:**

DONALD S. SHOWALTER
GRAYROBINSON, P.A.
P.O. BOX 2328
FORT LAUDERDALE, FL 33303

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# NOTICE OF ACKNOWLEDGEMENT
15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

**ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
009.

MA, MACY L
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION

I) SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

II) SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability Under Sections 8 & 15

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2555909 |
| **REGISTRATION DATE** | 04/02/2002 |
| **SERIAL NUMBER** | 76284567 |
| **MARK SECTION** | |
| **MARK** | LOGGERHEAD |
| **OWNER SECTION (current)** | |
| **NAME** | Harris Corporation |
| **STREET** | 1025 West NASA Boulevard |
| **CITY** | Melbourne |
| **STATE** | Florida |
| **ZIP/POSTAL CODE** | 32919 |
| **COUNTRY** | United States |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Donald S. Showalter, Esquire |
| **FIRM NAME** | GrayRobinson, P.A. |
| **STREET** | P.O. Box 2328 |
| **CITY** | Fort Lauderdale |
| **STATE** | Florida |
| **POSTAL CODE** | 33303 |
| **COUNTRY** | United States |
| **PHONE** | 954-761-7473 |
| **FAX** | 954-761-8112 |
| **ATTORNEY SECTION (proposed)** | |

| NAME | Donald S. Showalter, Esquire |
|---|---|
| FIRM NAME | GrayRobinson, P.A. |
| STREET | P.O. Box 2328 |
| CITY | Fort Lauderdale |
| STATE | Florida |
| POSTAL CODE | 33303 |
| COUNTRY | United States |
| PHONE | 954-761-7473 |
| FAX | 954-761-8112 |
| ATTORNEY DOCKET NUMBER | T578(621020.1259) |
| OTHER APPOINTED ATTORNEY | Thomas L. Kautz |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 009 |
|---|---|
| GOODS OR SERVICES | KEEP ALL LISTED |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT15\762\845 \76284567\xml1\8150002.JP G |
| SPECIMEN DESCRIPTION | Digital image showing the mark as used on the goods |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 300 |
| TOTAL FEE PAID | 300 |

## SIGNATURE SECTION

| SIGNATURE | /Ronald S. Blum II/ |
|---|---|
| SIGNATORY'S NAME | Ronald S. Blum II |
| SIGNATORY'S POSITION | IP General Counsel |
| DATE SIGNED | 02/01/2008 |
| PAYMENT METHOD | DA |

## FILING INFORMATION

| SUBMIT DATE | Fri Feb 01 11:13:04 EST 2008 |
|---|---|
| | USPTO/S08N15-209.36.59.1- |

| | |
|---|---|
| **TEAS STAMP** | 20080201111304604314-2555<br>909-400b1c53aba664d215845<br>26777095f19e5-DA-6461-200<br>80201083804568375 |

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

## Combined Declaration of Use and Incontestability Under Sections 8 & 15 To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2555909
**REGISTRATION DATE:** 04/02/2002

**MARK:** LOGGERHEAD

The owner, Harris Corporation, having an address of
    1025 West NASA Boulevard
    Melbourne, Florida 32919
    United States
is filing a Combined Declaration of Use and Incontestability Under Sections 8 & 15.

For International Class 009, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Digital image showing the mark as used on the goods.
Specimen File1

The registrant hereby appoints Donald S. Showalter, Esquire and Thomas L. Kautz of GrayRobinson, P.A.
    P.O. Box 2328
    Fort Lauderdale, Florida 33303
    United States
to file this Combined Declaration of Use and Incontestability Under Sections 8 & 15 on behalf of the registrant. The attorney docket/reference number is T578(621020.1259).

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

*The owner, or its related company, is using the mark in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in*

*commerce. The owner, or its related company, has continuously used the mark in commerce on or in connection with the goods and/or services identified above, for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still using the mark in commerce on or in connection with the identified goods and/or services. There has been no final decision adverse to the owner's claim of ownership of such mark for such goods and/or services, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /Ronald S. Blum II/     Date: 02/01/2008
Signatory's Name: Ronald S. Blum II
Signatory's Position: IP General Counsel

Mailing Address **(current)**:
  GrayRobinson, P.A.
  P.O. Box 2328
  Fort Lauderdale, Florida 33303

Mailing Address **(proposed)**:
  GrayRobinson, P.A.
  P.O. Box 2328
  Fort Lauderdale, Florida 33303

Serial Number: 76284567
Internet Transmission Date: Fri Feb 01 11:13:04 EST 2008
TEAS Stamp: USPTO/S08N15-209.36.59.1-200802011113046
04314-2555909-400b1c53aba664d21584526777
095f19e5-DA-6461-20080201083804568375



**ROUTING SHEET TO POST REGISTRATION (PRU)**      **Registration Number:**    2555909

**Serial Number:**    76284567

**RAM Sale Number:  6461**

**RAM Accounting Date:  20080201**

**Total Fees:**      $300

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20080201 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20080201 | $200 | 1 | 1 | $200 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**    20080201





# Change Of Correspondence Address

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76284567 |
| **REGISTRATION NUMBER** | 2555909 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 103 |
| **MARK SECTION** | |
| **MARK** | LOGGERHEAD |
| **CORRESPONDENCE SECTION (current)** | |
| **ORIGINAL ADDRESS** | DONALD S. SHOWALTER, ESQUIRE<br>HOLLAND & KNIGHT LLP<br>BROWARD<br>1 E BROWARD BLVD STE 1300<br>FORT LAUDERDALE Florida 33301-1865<br>United States<br>(954) 463-2030<br>(954) 468-7879<br>dshowalt@hklaw.com |
| **NEW CORRESPONDENCE ADDRESS** | |
| **NEW ADDRESS** | Donald S. Showalter, Esquire<br>GrayRobinson, P.A.<br>P.O. Box 2328<br>Fort Lauderdale<br>Florida<br>United States<br>33303<br>954-761-7473<br>954-761-8112 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Donald S. Showalter/ |
| **SIGNATORY NAME** | Donald S. Showalter |
| **SIGNATORY DATE** | 09/27/2007 |
| **SIGNATORY POSITION** | Attorney of Record |
| **FILING INFORMATION SECTION** | |

| SUBMIT DATE | Thu Sep 27 10:22:23 EDT 2007 |
|---|---|
| TEAS STAMP | USPTO/CCA-209.36.59.1-200 70927102223714976-7628456 7-400f5a0b2dde176af18d4ae bbe62af84ff-N/A-N/A-20070 927102018534969 |

# Change Of Correspondence Address

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76284567 |
| **REGISTRATION NUMBER** | 2555909 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 103 |
| **MARK SECTION** | |
| **MARK** | LOGGERHEAD |
| **CORRESPONDENCE SECTION (current)** | |
| **ORIGINAL ADDRESS** | DONALD S. SHOWALTER, ESQUIRE<br>HOLLAND & KNIGHT LLP<br>BROWARD<br>1 E BROWARD BLVD STE 1300<br>FORT LAUDERDALE Florida 33301-1865<br>United States<br>(954) 463-2030<br>(954) 468-7879<br>dshowalt@hklaw.com |
| **NEW CORRESPONDENCE ADDRESS** | |
| **NEW ADDRESS** | Donald S. Showalter, Esquire<br>GrayRobinson, P.A.<br>P.O. Box 2328<br>Fort Lauderdale<br>Florida<br>United States<br>33303<br>954-761-7473<br>954-761-8112 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Donald S. Showalter/ |
| **SIGNATORY NAME** | Donald S. Showalter |
| **SIGNATORY DATE** | 09/27/2007 |
| **SIGNATORY POSITION** | Attorney of Record |
| **FILING INFORMATION SECTION** | |

| SUBMIT DATE | Thu Sep 27 10:22:23 EDT 2007 |
|---|---|
| **TEAS STAMP** | USPTO/CCA-209.36.59.1-200<br>70927102223714976-7628456<br>7-400f5a0b2dde176af18d4ae<br>bbe62af84ff-N/A-N/A-20070<br>927102018534969 |

**Trademark**

| Serial Number (Text) | 76284567 |
|---|---|

NEW CASE DELIVERED

AUG 2 8 2001

LAW OFFICE 103

## PROSECUTION HISTORY

NOP
01/08/02

| | Entry | Date | Initials |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |
| 26. | | | |
| 27. | | | |
| 28. | | | |
| 29. | | | |
| 30. | | | |

☐ See inside of file for additional entries.

## Post Registration

| Section 8 Accepted | | Renewal Granted | | Section 15 |
|---|---|---|---|---|
| (Signature) | (Date) | (Initials) | (Date) | Acknowledged |
| | | | | (Signature) |
| | | | | |
| | | | | |
| | | | | **Cancelled - Section 8** |
| | | | | (Date) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | **Expired - Section 9** |
| | | | | (Date) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Trademark

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

REG NUM: 2555909
REG FI: 04/02/2002
S/N 76/284567

76-284567

# LOGGERHEAD

LOGGERHEAD

PRINCIPAL

LAW OFFICE 103

76-284567

**FILING DATE**
July 13, 2001

**ORIGINAL APPLICANT**
Harris Corporation

**GOODS/SERVICES (CLASS 009)**
electronic surveillance transceivers for (ETC)

**FILING BASIS**
USE

**ORIGINAL CORRESPONDENT**
DONALD S. SHOWALTER, ESQUIRE

ATTORNEY ADVISOR: _____

Approved for Publication (Principal Register) (Signature/Date)

Approved for Registration (Section 1(d)) (Signature/Date)

Approved for Registration (Supplemental Register) (Signature/Date)

PUBLISHED
01/08/02

NOA

☐ Abandoned

(Date)

07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75



76284567



07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75



76284567



07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75



76284567



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia 22202-3513

Dec 19, 2001

## NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   76/284,567

2. Mark:
   LOGGERHEAD

3. International Class(es):
   9

4. Publication Date:
   Jan 8, 2002

5. Applicant:
   Harris Corporation

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA  15250-7954
Phone: (202)512-1800

By direction of the Commissioner.

PCFD10 (REV 07/2000)

DONALD S. SHOWALTER, ESQUIRE          TMP&I
HOLLAND & KNIGHT LLP
BROWARD
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE FL 33301-1865

# TRADEMARK EXAMINATION WORKSHEET

☐ AMENDMENT STAGE       ☐ NO CHANGE       ☐ PUBLICATION/REGISTRATION STAGE

Name: ROY, ANA        L.O. **107**    Date **11/9/01**      Serial No. **1284587**

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

## Legal Instrument Examiner (LIE)

| | Amended | Data Element | |
|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | ☐ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1b | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ SCAN DWG | ☐ Design Search Code |
| | | ☐ Sizing/Lining Code | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text editing guidelines.

**AR**      **11/9/01**
LIE              DATE

Other: _____

_____

_____

EL677104017US

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

MARK:   LOGGERHEAD
INTERNATIONAL CLASS:  009

To The Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

Harris Corporation ("Applicant"), is a Delaware corporation, having a place of business at 1025 West NASA Boulevard, Melbourne, Florida 32919.

Applicant has adopted, is using in interstate commerce and requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance transceivers for intercepting, monitoring and gathering information concerning cellular network communications in International Class 009.

The mark was first used in connection with the above goods at least as early as August 25, 1999, was first used in interstate commerce at least as early as August 25, 1999, and is now in use in such commerce.

Three specimens depicting the mark as used in interstate commerce are enclosed.  The mark is used by being affixed to the goods and/or to the packaging for the goods.

The undersigned being warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the Applicant; that Applicant believes it is the owner of the mark sought to be registered; that the mark is in

use in commerce or, if the application is being filed under 15 U.S.C. 1051(b), he/she believes Applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that the specimens or facsimiles show the mark as used on or in connection with the goods or services; and that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

On behalf of Applicant, the undersigned hereby appoints Donald S. Showalter, Reg. No.: 33,033; Thomas L. Kautz, Reg. No.: 28,726; Leslie J. Hart, Reg. No.: 26,462; Michael S. Yatsko, Reg. No.: 28, 135; and Harry M. Fleck, Reg. No.: 24,704, its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark Office connected therewith. Please direct all telephone calls and correspondence to:

> Donald S. Showalter, Esquire
> Holland & Knight LLP
> One East Broward Blvd., Suite 1300
> Fort Lauderdale, FL 33301
> Phone: (954) 468-7879
> Fax: (954) 463-2030
> E-mail: dshowalt@hklaw.com

HARRIS CORPORATION

By _Michael S. Yatsko_ (signature)

Michael S. Yatsko
Attorney Intellectual Property Dept.

Date _7/9/01_

2

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: July 13, 2001

Sir:

Transmitted herewith is an application for registration of:

| | |
|---|---|
| Mark: | LOGGERHEAD |
| In International Class(es): | 009 |
| On Behalf of Applicant: | Harris Corporation |

Applicant is a:

\_\_\_\_    citizen of _____.

\_\_\_\_    partnership of _____.

\_X\_    corporation of \_\_Delaware_____.

Attached hereto are:

\_XX\_ one executed application.

\_XX\_ one drawing (\_\_\_ *formal*, \_X\_ *informal*).

\_XX\_ Three specimens for each International Class.

_____ Intent to Use Application - no specimens attached.

_____A check in the amount of $325.00 to cover the U.S. Government Fee of
$325.00 for each Int. Class. The Commissioner is hereby authorized to
charge any underpayment of fees associated with this communication
or credit any overpayment to Deposit Account No. 08-0870.  A
duplicate copy of this sheet is attached.

\_XX\_ The Commissioner is hereby authorized to charge the filing fee of
$325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870.
The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to
Deposit Account No. 08-0870.   A duplicate copy of this sheet is
attached.

_____   A certified  copy of Reg. No. _____ in the  country of
_____, dated _____, as required for an
application based on a foreign registration.

XX   An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

CERTIFICATION UNDER 37 C.F.R. 1.10

I hereby certify that this document and the documents
referred to as attached therein are being deposited with the
with the U.S. Postal Service on July 13, 2001 in an envelope as
"Express Mail Post Office to Addressee" service under 37
C.F.R.  1.10,  Mailing  Label  Number  EL67704017US
addressed to the Assistant Commissioner for Trademarks,
2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

Francine A. Nienow
typed or printed name of person mailing correspondence

FTL1 #543891 v5

2

# 76284567

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

07/18/2001 TSMITH   00000145 080870   76284567
01 FC:361       325.00 CH

PTO-1555
(5/87)

*U.S. Government Printing Office: 2000 — 466-232/29119

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919


Date of First Use:          August 25, 1999

Date First Used
in Commerce:                August 25, 1999

For:                        electronic  surveillance  transceivers  for  intercepting,
                            monitoring  and  gathering  information  concerning
                            cellular network communications

Int. Class:                 009


# LOGGERHEAD




07-13-2001

U.S. Patent & TMOfc/TM Mail RcptDt. #76



76284567

PUBLISHED
01/08/02

3

```
*** User: kvanston ***
```

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 24707 | N/A | 0 | 0 | 0:01 | *log*[bi,ti] |
| 02 | 8119 | N/A | 0 | 0 | 0:02 | (*head* or *hed*)[bi,ti] |
| 03 | 49 | N/A | 0 | 0 | 0:02 | 1 and 2 |
| 04 | 22 | 0 | 22 | 22 | 0:05 | 3 not dead[ld] |
| 05 | 153 | N/A | 0 | 0 | 0:01 | *logger*[bi,ti] |
| 06 | 65 | 0 | 65 | 65 | 0:05 | 5 not dead[ld] |

```
Session started  9/3/01 11:27:43 AM
Session finished 9/3/01 11:32:49 AM
Total search duration 0:16 minutes
Session Duration 5:06 minutes

Default NEAR limit= 1 ADJ limit= 1
```

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 2,555,909
Registered Apr. 2, 2002

### TRADEMARK
#### PRINCIPAL REGISTER

## LOGGERHEAD

HARRIS CORPORATION (DELAWARE COR-
PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

FOR: ELECTRONIC SURVEILLANCE TRANS-
CEIVERS FOR INTERCEPTING, MONITORING
AND GATHERING INFORMATION CONCERNING
CELLULAR NETWORK COMMUNICATIONS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-25-1999; IN COMMERCE 8-25-1999.

SER. NO. 76-284,567, FILED 7-13-2001.

KATHLEEN M. VANSTON, EXAMINING ATTOR-
NEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,555,909
Registered Apr. 2, 2002

## TRADEMARK
### PRINCIPAL REGISTER

# LOGGERHEAD

HARRIS CORPORATION (DELAWARE COR-
  PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

  FOR: ELECTRONIC SURVEILLANCE TRANS-
CEIVERS FOR INTERCEPTING, MONITORING
AND GATHERING INFORMATION CONCERNING
CELLULAR NETWORK COMMUNICATIONS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-25-1999; IN COMMERCE 8-25-1999.


SER. NO. 76-284,567, FILED 7-13-2001.


KATHLEEN M. VANSTON, EXAMINING ATTOR-
NEY

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919


Date of First Use:          August 25, 1999

Date First Used
in Commerce:                August 25, 1999

For:                        electronic surveillance transceivers for intercepting,
                            monitoring and gathering information concerning
                            cellular network communications

Int. Class:                 009


# LOGGERHEAD


07-13-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75


76284567

# 76284567

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

07/18/2001 TSMITH   00000145 080870   76284567
01 FC:361        325.00 CH

PTO-1555
(5/87)

*U.S. Government Printing Office: 2000 — 466-232/29119

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: July 13, 2001

Sir:

Transmitted herewith is an application for registration of:

Mark:  LOGGERHEAD

In International Class(es):  009

On Behalf of Applicant:  Harris Corporation

Applicant is a:

\_\_\_\_  citizen of _____.

\_\_\_\_  partnership of _____.

\_X\_  corporation of \_\_\_Delaware_____.

Attached hereto are:

\_XX\_  one executed application.

\_XX\_  one drawing (\_\_\_ *formal*, \_X\_ *informal*).

\_XX\_  Three specimens for each International Class.

_____  Intent to Use Application - no specimens attached.

_____ A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class. The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

\_XX\_ The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870. The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

_____      A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

XX      An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____
        Donald S. Showalter
        Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

---

**CERTIFICATION UNDER 37 C.F.R. 1.10**

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on July 13, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL67104017US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

_____
Francine A. Nienow
typed or printed name of person mailing correspondence

---

FTL1 #543891 v5

2

EL677104017US

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

MARK:  LOGGERHEAD
INTERNATIONAL CLASS:  009

To The Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

Harris Corporation ("Applicant"), is a Delaware corporation, having a place of business at 1025 West NASA Boulevard, Melbourne, Florida 32919.

Applicant has adopted, is using in interstate commerce and requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance transceivers for intercepting, monitoring and gathering information concerning cellular network communications in International Class 009.

The mark was first used in connection with the above goods at least as early as August 25, 1999, was first used in interstate commerce at least as early as August 25, 1999, and is now in use in such commerce.

Three specimens depicting the mark as used in interstate commerce are enclosed.  The mark is used by being affixed to the goods and/or to the packaging for the goods.

The undersigned being warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the Applicant; that Applicant believes it is the owner of the mark sought to be registered; that the mark is in

use in commerce or, if the application is being filed under 15 U.S.C. 1051(b), he/she believes Applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that the specimens or facsimiles show the mark as used on or in connection with the goods or services; and that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

On behalf of Applicant, the undersigned hereby appoints Donald S. Showalter, Reg. No.: 33,033; Thomas L. Kautz, Reg. No.: 28,726; Leslie J. Hart, Reg. No.: 26,462; Michael S. Yatsko, Reg. No.: 28, 135; and Harry M. Fleck, Reg. No.: 24,704, its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark Office connected therewith.  Please direct all telephone calls and correspondence to:

> Donald S. Showalter, Esquire
> Holland & Knight LLP
> One East Broward Blvd., Suite 1300
> Fort Lauderdale, FL  33301
> Phone:  (954) 468-7879
> Fax:  (954) 463-2030
> E-mail:  dshowalt@hklaw.com

HARRIS CORPORATION

By _Michael S. Yatsko_
Michael S. Yatsko
Attorney Intellectual Property Dept.

Date_7/9/01_

2

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919

Date of First Use:          August 25, 1999

Date First Used
in Commerce:               August 25, 1999

For:                       electronic surveillance transceivers for intercepting,
                           monitoring and gathering information concerning
                           cellular network communications

Int. Class:                009

# LOGGERHEAD

07-13-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75


76284567

3

07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75



76284567

## ATTACHMENT 03

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR  SUMMARY
JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 03:   Executive Office for United States Attorneys ("EOUSA"), *[M.D.La.]*
*Response to ACLU FOIA Request No. 07-4130*,  Aug. 12, 2008, p. 1,
2 ,9, 10, 16, and 18.



U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C.  20530
202-616-6757   Fax 202-616-6478

Requester:   Catherine Crump                          Request Number:   07-4130

Subject of Request: Mobile Phone Tracking (Item 1-4)                          AUG  1 2  2008

Dear Requester:

      Your request for records under the Freedom of Information Act/Privacy Act has been
processed.  This letter constitutes an interim reply from the Executive Office for United States
Attorneys, the official record-keeper for all records located in this office and the various United States
Attorneys' Offices.  To provide you the greatest degree of access authorized by the Freedom of
Information Act and the Privacy Act, we have considered your request in light of the provisions of both
statutes.

      The records you seek are located in a Privacy Act system of records that, in accordance with
regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy
Act, 28 C.F.R. § 16.81.  We have also processed your request under the Freedom of Information Act
and are making all records required to be released, or considered appropriate for release as a matter of
discretion, available to you.  This letter is a [ X ] partial [    ] full denial.

      Enclosed please find:

   _37_  page(s) are being released in full (RIF);
   _2_  page(s) are being released in part (RIP);
   _____  page(s) are withheld in full (WIF).  **The redacted/withheld documents were reviewed to
determine if any information could be segregated for release.**

      The exemption(s) cited for withholding records or portions of records are marked below.  An
enclosure to this letter explains the exemptions in more detail.

<u>Section 552</u>                                                                                    <u>Section 552a</u>

[   ] (b)(1)        [   ] (b)(4)        [   ] (b)(7)(B)              [ X ] (j)(2)
[   ] (b)(2)        [ X ] (b)(5)        [   ] (b)(7)(C)              [   ] (k)(2)
[   ] (b)(3)        [   ] (b)(6)        [   ] (b)(7)(D)              [   ] (k)(5)
_____        [   ] (b)(7)(A)        [ X ] (b)(7)(E)              [   ] _____
_____                            [   ] (b)(7)(F)

(Page 1 of 2)

[ X ]  47  additional page(s) originated with another government component.  **These records were found in the U.S. Attorney's Office files and may or may not be responsive to your request.** These records will be referred to the following component for review and direct response to you: Department of Justice, Criminal Division.

[ X ]  4   additional page(s) originated with another government component.  **These records were found in the U.S. Attorney's Office files and may or may not be responsive to your request.** These records will be referred to the following component for consultation and our office will respond to you after their review:  U.S. Marshals Service .

[ X ]  See additional information attached.

Although I am aware that this request is the subject of ongoing litigation and that appeals are not ordinarily acted on in such situations, I am required by statute and regulation to inform you that if you consider my response to be a denial of your request, you have the right to file an administrative appeal by writing within 60 days from the date of this letter to the **Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001.**  In light of the fact that this is an interim response, I would ask that you wait until the EOUSA has issued its final response in this request before you file an appeal.

Sincerely,

William G. Stewart II
Assistant Director

Enclosure(s)

(Page 2 of 2)

Case 2:12-cv-01605-DLR-BSB   Document 116-1   Filed 06/02/14   Page 52 of 184

> *except that, with regard to information acquired solely pursuant to the authority for pen registers and trap and trace devices (as defined in section 3127 of title 18, United States Code), such call- identifying information shall not include any information that may disclose the physical location of the subscriber* (except to the extent that the location may be determined from the telephone number)....

Public Law 103-414, sec. 103(a) (1994) ("CALEA") (emphasis supplied). A court is likely to find that this clear expression of Congressional intent, which makes explicit reference to the definitions of pen registers and trap and trace devices, continues to prohibit providers from supplying cell phone location information in response to a pen/trap order.

Because of the 1994 prohibition, law enforcement authorities have sought other means to compel providers to supply this information prospectively. Most commonly, investigators have used orders under section 2703(d) to obtain this information. Although section 2703(d) generally applies only to stored communications, nothing in that section requires that the provider possess the records at the time the order is executed. Moreover, use of such an order does not improperly evade the intent of the CALEA prohibition. Section 2703(d) court orders provide greater privacy protection and accountability than pen/trap orders by requiring (1) a greater factual showing by law enforcement and (2) an independent review of the facts by a court. Indeed, the very language of the CALEA prohibition – limiting its application "to information acquired *solely* pursuant to the authority for pen registers and trap and trace devices" -- indicates that Congress intended that the government be able to obtain this information using some other legal process. Public Law 103-414, sec. 103(a) (emphasis supplied). Thus, 2703(d) orders are an appropriate tool to compel a provider to collect cell phone location information prospectively.

Finally, some have suggested that such orders should rely on the Mobile Tracking Devices statute, 18 U.S.C. § 3117. Although making reference to this statute would not be harmful, it does not provide much legal support for such an order. The statute refers to the "installation" of a "mobile tracking device." This language probably would apply to the provider's use of a software program to track the location of a particular cell phone, even though such a program is not literally a physical "device."

More importantly, however, the language of section 3117 assumes that the court has authority from some other source to order the installation of the device. Section 3117 only gives the court authority to authorize the use of such a device outside of the court's jurisdiction. This added benefit will rarely be an issue where a court issues a 2703(d) order for the collection of cell phone location information by a provider, since amendments in the USA PATRIOT Act assure that 2703(d) orders have nationwide effect. Moreover, a provider may well be able to execute such an order at one central point and not require the "use" of the device outside of the court's jurisdiction.

## II. Collection of Cell Phone Location Information Directly by Law Enforcement

Law enforcement possesses electronic devices that allow agents to determine the location of certain cellular phones by the electronic signals that they broadcast. This equipment includes an antenna, an electronic device that processes the signals transmitted on cell phone frequencies, and a laptop computer that analyzes the signals and allows the agent to configure the collection of information. Working together, these devices allow the agent to identify the direction (on a 360 degree display) and signal strength of a particular cellular phone while the user is making a call. By shifting the location of the device, the operator can determine the phone's location more precisely using triangulation.

Case 2:12-cv-01605-DLR-BSB   Document 116-1   Filed 06/02/14   Page 53 of 184

In order to use such a device the investigator generally must know the target phone's telephone number (also known as a Mobile Identification Number or MIN). After the operator enters this information into the tracking device, it scans the surrounding airwaves. When the user of that phone places or receives a call, the phone transmits its unique identifying information to the provider's local cell tower. The provider's system then automatically assigns the phone a particular frequency and transmits other information that will allow the phone properly to transmit the user's voice to the cell tower. By gathering this information, the tracking device determines which call (out of the potentially thousands of nearby users) on which to home in. While the user remains on the phone, the tracking device can then register the direction and signal strength (and therefore the approximate distance) of the target phone.

## A. Use of Law Enforcement Cell Phone Tracking Devices Prior to the USA PATRIOT Act of 2001

In 1994, the Office of Enforcement Operations opined that investigators did not need to obtain any legal process in order to use cell phone tracking devices so long as they did not capture the numbers dialed or other information "traditionally" collected using a pen/trap device. This analysis concluded that the "signaling information" automatically transmitted between a cell phone and the provider's tower does not implicate either the Fourth Amendment or the wiretap statute because it does not constitute the "contents" of a communication. Moreover, the analysis reasoned -- prior to the 2001 amendments -- that the pen/trap statute did not apply to the collection of such information because of the narrow definitions of "pen register" and "trap and trace device." Therefore, the guidance concluded, since neither the constitution nor any statute regulated their use, such devices did not require any legal authorization to operate.

## B. The Pen/Trap Statute, As Amended By The USA PATRIOT Act of 2001

Although the analysis remains unchanged with respect to the Fourth Amendment and the wiretap statute, substantial amendments to the definitions of "pen register" and "trap and trace device" in the USA PATRIOT Act alter the applicability of the pen/trap statute. The new definitions, on their face, strongly suggest that the statute now governs the use of such devices. Where the old definition of "pen register" applied only to "numbers dialed or otherwise transmitted," "pen register" now means

> a device or process which records or decodes dialing, routing, addressing, and signaling information transmitted by an instrument or facility from which a wire or electronic communication is transmitted....

18 U.S.C. § 3127(3). "Signaling information" is a broader term that encompasses other kinds of non-content information used by a communication system to process communications. This definition appears to encompass all of the non- content information passed between a cell phone and the provider's tower.

Similarly, the USA PATRIOT Act broadened the definition of "trap and trace device." Where before the definition included only "the originating number of an instrument or device," the new definition covers "the originating number or other dialing, routing, addressing, and signaling information reasonably likely to identify the source of a wire or electronic communication...." 18 U.S.C. § 3127(4). Like the definition of "pen register," this broader definition appears to include such information as the transmission of a MIN, which identifies the source of a communication.

Moreover, the scant legislative history that accompanied passage of the Act suggests Congress intended that the new definitions apply to all communications media, instead of focusing solely on

A "triggerfish" can also be used to determine the cell site being used by a particular cellular telephone. In addition, the cellular telephone company should be able to provide cell site information. Once a cell site is determined, law enforcement agents can conduct surveillance in a more specific area in an effort to identify the user of the cellular telephone.

**Practice note.** See pen register forms (305-308) on USABook at **http://10.173.2.12/usao/eousa/ole/usabook/drug/forms**.

USABook Topic Page - Simulators/Digital Analyzers/Triggerfish

USABook > Electronic Surveillance > Cell Site Simulators, Triggerfish, Cell Phones

A cell site simulator (sometimes called a digital analyzer, cell site locator, triggerfish, ESN reader, or swamp box) is a mobile device that can electronically force a cell phone to register its telephone number (MIN), electronic serial number (ESN), and information about its location, when the phone is turned on. This can be done without the user knowing about it, and without involving the cell phone provider.

Section 216 of the Patriot Act altered the definition of a pen register in 18 U.S.C. § 3127 (3) so that it includes these devices. Consequently, a pen register/trap and trace order must be obtained by the government before it uses such a device.

The use of a triggerfish to locate cellular telephones is an issue of some controversy. The Office of Enforcement Operations (OEO) encourages AUSAs to contact Mark Eckenwiler at (202) 616-0435 if they have questions or concerns.

**Note.** It may also be possible to flash the firmware of a cell phone so that you can intercept conversations using a suspect's cell phone as the bug. You don't even have to have possession of the phone to modify it; the "firmware" is modified wirelessly. This law enforcement tool was recently discussed in a Memorandum Opinion from SDNY, and has been getting a bit of news coverage lately. The authority for doing this can be found in 18 U.S. C. § 2518(11), but it sounds like something that you would not want to do without checking with OEO first.

See also:

- *Electronic Surveillance Manual* Chapter XIV

- Electronic Surveillance Issues

- *Federal Narcotics Prosecutions* § 3.16

- 76 ALR4th 536 ("Search and Seizure of Telephone Company Records Pertaining to Subscriber as Violation of Subscriber's Constitutional Rights")

- USABook topic pages: Electronic Surveillance; Pen Registers

updated 02/23/07

**ATTACHMENT 04**

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR  SUMMARY
JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)


ATTACHMENT 04:   United States Patent and Trademark Office, *Trademark Reg. No.
2,534,253 [Triggerfish]* (registered Jan. 29, 2002).

Trademark

Serial Number
(Text)

76284647

AUG 2 9 2001

## PROSECUTION HISTORY

| Entry | Date | Initials |
|-------|------|----------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |
| 21. | | |
| 22. | | |
| 23. | | |
| 24. | | |
| 25. | | |
| 26. | | |
| 27. | | |
| 28. | | |
| 29. | | |
| 30. | | |

NOP
11/06/01

☐ See inside of file for additional entries.

# NOTES TO THE FILE AND APPROVALS

| DATE | (All Entries Should Be Dated and Initialed) | INITIALS |
|---|---|---|
| 8/30/01 | Computer dictionaries. Ø | T.V. |
| 8/30/01 | TICRS — 4 specimens — discussed w/ Bonnit accept TICRS. | T.V. |

## Post Registration

| Section 8 Accepted | | Renewal Granted | | Section 15 |
| --- | --- | --- | --- | --- |
| (Signature) | (Date) | (Initials) | (Date) | Acknowledged<br>(Signature) |
| | | | | |
| | | | | |
| | | | | Cancelled - Section 8<br>(Date) |
| | | | | |
| | | | | |
| | | | | |
| | | | | Expired - Section 9<br>(Date) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

FORM PTO-102
5-88

Trademark

U.S. DEPARTMENT OF COMMERCE

REG NUM: 2534253
REG DT: 01/29/2002
S/N 76/284647

76-284647

TRIGGERFISH

TRIGGERFISH
PRINCIPAL
LAW OFFICE 103

76-284647

Tawanda Vanhorn

**FILING DATE**
July 13, 2001

**ORIGINAL APPLICANT**
Harris Corporation

**GOODS/SERVICES (CLASS 009)**
electronic surveillance receivers for in (ETC)

**FILING BASIS**
USE

**ORIGINAL CORRESPONDENT**
DONALD S. SHOWALTER

ATTORNEY ADVISOR: _____

PUBLISHED
11/06/01

| Approved for Publication (Principal Register) (Signature/Date) | | NOP | NOA |
|---|---|---|---|
| Approved for Registration (Section 1(d)) (Signature/Date) 8/30/01 | | | |
| Approved for Registration (Supplemental Register) (Signature/Date) | | ☐ Abandoned | (Date) |

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,534,253

Registered Jan. 29, 2002

## TRADEMARK
### PRINCIPAL REGISTER

# TRIGGERFISH

HARRIS CORPORATION (DELAWARE COR-
PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

FOR: ELECTRONIC SURVEILLANCE RECEI-
VERS FOR INTERCEPTING AND MONITORING
CELLULAR NETWORK COMMUNICATIONS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-26-1997; IN COMMERCE 11-26-1997.

SER. NO. 76-284,647, FILED 7-13-2001.

TAWANDA VAN HORN, EXAMINING ATTORNEY



07-13-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70

TRIGGERFISH™ 4000
PART NUMBER: 5089201-108
SERIAL NUMBER: 0226

Certifies to comply with the Limits for a Class A computing
device pursuant to Part 15 of the FCC Rules. See instructions
if interference to radio reception is suspected.

76284647

TICRS



07-13-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70

Electronic System

TRIGGERFISH™ 4000
PART NUMBER: 5089201-103
SERIAL NUMBER: 0226

Certifies to comply with the Limits for a Class A computing device pursuant to Part 15 of the FCC Rules. See instructions if interference to radio reception is suspected.

76284647

DONALD S. SHOWALTER                    TMP&I
HOLLAND & KNIGHT LLP
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE FL 33301-1865



EL677104003US

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

MARK:  TRIGGERFISH
INTERNATIONAL CLASS:  009

To The Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

      Harris Corporation ("Applicant"), is a Delaware corporation, having a place of business at 1025 West NASA Boulevard, Melbourne, Florida  32919.

      Applicant has adopted, is using in interstate commerce and requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance receivers for intercepting and monitoring cellular network communications in International Class 009.

      The mark was first used in connection with the above goods at least as early as November 26, 1997, was first used in interstate commerce at least as early as November 26, 1997, and is now in use in such commerce.

      Three specimens depicting the mark as used in interstate commerce are enclosed.  The mark is used by being affixed to the goods and/or to the packaging for the goods.  The enclosed specimens are in the form of images, namely digital photographs, of the mark affixed to the goods.

      The undersigned being warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the Applicant; that Applicant believes it is the owner of the mark sought to be registered; that the mark is in

use in commerce or, if the application is being filed under 15 U.S.C. 1051(b), he/she believes Applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that the specimens or facsimiles show the mark as used on or in connection with the goods or services; and that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

On behalf of Applicant, the undersigned hereby appoints Donald S. Showalter, Reg. No.: 33,033; Thomas L. Kautz, Reg. No.: 28,726; Leslie J. Hart, Reg. No.: 26,462; Michael S. Yatsko, Reg. No.: 28, 135; and Harry M. Fleck, Reg. No.: 24,704, its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark Office connected therewith.  Please direct all telephone calls and correspondence to:

> Donald S. Showalter, Esquire
> Holland & Knight LLP
> One East Broward Blvd., Suite 1300
> Fort Lauderdale, FL  33301
> Phone:  (954) 468-7879
> Fax:  (954) 463-2030
> E-mail:  dshowalt@hklaw.com

> HARRIS CORPORATION

> By _Michael S. Yatsko_____
> Michael S. Yatsko
> Attorney Intellectual Property Dept.

Date _7/9/01_____

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: July 13, 2001

Sir:

Transmitted herewith is an application for registration of:

Mark:                            TRIGGERFISH

In International Class(es):      009

On Behalf of Applicant:         Harris Corporation

Applicant is a:

_____    citizen of _____.

_____    partnership of _____.

__X__    corporation of __Delaware_____.

Attached hereto are:

__XX__    one executed application.

__XX__    one drawing (___ *formal*, __X__ *informal*).

__XX__    Three specimens for each International Class.

____·__    Intent to Use Application - no specimens attached.

_____    A check in the amount of $325.00 to cover the U.S. Government Fee of
$325.00 for each Int. Class. The Commissioner is hereby authorized to
charge any underpayment of fees associated with this communication
or credit any overpayment to Deposit Account No. 08-0870.    A
duplicate copy of this sheet is attached.

__XX__    The Commissioner is hereby authorized to charge the filing fee of
$325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870.
The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870.   A duplicate copy of this sheet is attached.

_____    A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

__XX__    An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

---

**CERTIFICATION UNDER 37 C.F.R. 1.10**

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on July 13, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL67104003US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

Francine A. Nienow
typed or printed name of person mailing correspondence

---

FTL1 #543891 v4

2

TRADEMARK APPLICATION SERIAL NO. _ **76284647**

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

07/18/2001 SHILNGN1 00000047 000070   76284647
01 FC:361        285.00 CH   ✓

PTO-1555
(5/87)

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919


Date of First Use:          November 26, 1997

Date First Used
in Commerce:               November 26, 1997

For:                        electronic surveillance receivers for intercepting and
                            monitoring cellular network communications

Int. Class:                 009


# TRIGGERFISH



**07-13-2001**
U.S. Patent & TMOfs/TM Mail Rcpt Dt #70


FTL1 #548335 v1


PUBLISHED
11/06/01

**76284647**

3

\*\*\* User: tvanhorn  \*\*\*

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 10237 | N/A | 0 | 0 | 0:01 | "HARRIS'[ON] |
| 02 | 5798 | N/A | 0 | 0 | 0:06 | 1 NOT DEAD[LD] |
| 03 | 418 | N/A | 0 | 0 | 0:02 | "HARRIS CORPORATION"[ON] |
| 04 | 201 | 0 | 201 | 201 | 0:05 | 3 NOT DEAD[LD] |
| 05 | 2193 | N/A | 0 | 0 | 0:02 | *TR?{"GJ"}$1*[BI,TI] |
| 06 | 7382 | N/A | 0 | 0 | 0:02 | *F?S$1H*[BI,TI] |
| 07 | 8 | 3 | 5 | 5 | 0:01 | 5 AND 6 |
| 08 | 1114 | N/A | 0 | 0 | 0:05 | 5 NOT DEAD[LD] |
| 09 | 464 | N/A | 0 | 0 | 0:05 | 8 AND "009"[CC] |
| 10 | 170 | 0 | 170 | 170 | 0:06 | 9 AND ("009"[IC] A[IC] B[IC] 200[IC]) |
| 11 | 3612 | N/A | 0 | 0 | 0:05 | 6 NOT DEAD[LD] |
| 12 | 1826 | N/A | 0 | 0 | 0:06 | 11 AND "009"[CC] |
| 13 | 313 | 0 | 313 | 313 | 0:06 | 12 AND ("009"[IC] A[IC] B[IC] 200[IC]) |

Session started  8/30/01 2:41:56 PM
Session finished 8/30/01 2:52:39 PM
Total search duration 0:52 minutes
Session Duration 10:43 minutes

Default NEAR limit= 1 ADJ limit= 1

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

Reg. No. 2,534,253
Registered Jan. 29, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## TRIGGERFISH

HARRIS CORPORATION (DELAWARE COR-
   PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

FOR: ELECTRONIC SURVEILLANCE RECEI-
VERS FOR INTERCEPTING AND MONITORING
CELLULAR NETWORK COMMUNICATIONS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-26-1997; IN COMMERCE 11-26-1997.

SER. NO. 76-284,647, FILED 7-13-2001.

TAWANDA VAN HORN, EXAMINING ATTORNEY



**UNITED STATES  'PARTMENT OF COMMERCE**
Patent and Tradeᴍ,ark Office

ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia 22202-3513

Oct 17, 2001

## NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   76/284,647

2. Mark:
   TRIGGERFISH

3. International Class(es):
   9

4. Publication Date:
   Nov 6, 2001

5. Applicant:
   Harris Corporation

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark.  If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA  15250-7954
Phone: (202)512-1800

By direction of the Commissioner.

PCFD10 (REV 07/2000)

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919


Date of First Use:          November 26, 1997

Date First Used
in Commerce:               November 26, 1997

For:                        electronic surveillance receivers for intercepting and
                            monitoring cellular network communications

Int. Class:                 009


# TRIGGERFISH



**07-13-2001**

U.S. Patent & TMOfe/TM Mail Rcpt Dt #70

FTL1 #548335 v1

**76284647**

3

TRADEMARK APPLICATION SERIAL NO. _ 76284647

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

07/18/2001 SWILSON1 00000047 080870   76284647
01 FC:361        325.00 CH

PTO-1555
(5/87)

*TRADEMARK*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: July 13, 2001

Sir:

Transmitted herewith is an application for registration of:

| | |
|---|---|
| Mark: | TRIGGERFISH |
| In International Class(es): | 009 |
| On Behalf of Applicant: | Harris Corporation |

Applicant is a:

_____     citizen of _____.

_____     partnership of _____.

_X_     corporation of __Delaware_____.

Attached hereto are:

_XX_ one executed application.

_XX_ one drawing (___ *formal*, _X_ *informal*).

_XX_ Three specimens for each International Class.

_____ Intent to Use Application - no specimens attached.

_____ A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class. The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

_XX_ The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870. The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870.   A duplicate copy of this sheet is attached.

_____    A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

__XX__    An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

CERTIFICATION UNDER 37 C.F.R. 1.10

I hereby certify that this document and the documents referred as attached therein are being deposited with the with the U.S. Postal Service on July 13, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL677104003US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

_____
Francine A. Nienow
typed or printed name of person mailing correspondence

FTL1 #543891 v4

2

EL677104003US

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

MARK:  TRIGGERFISH
INTERNATIONAL CLASS:  009

To The Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

Harris Corporation ("Applicant"), is a Delaware corporation, having a place of business at 1025 West NASA Boulevard, Melbourne, Florida 32919.

Applicant has adopted, is using in interstate commerce and requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance receivers for intercepting and monitoring cellular network communications in International Class 009.

The mark was first used in connection with the above goods at least as early as November 26, 1997, was first used in interstate commerce at least as early as November 26, 1997, and is now in use in such commerce.

Three specimens depicting the mark as used in interstate commerce are enclosed.  The mark is used by being affixed to the goods and/or to the packaging for the goods.  The enclosed specimens are in the form of images, namely digital photographs,of the mark affixed to the goods.

The undersigned being warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the Applicant; that Applicant believes it is the owner of the mark sought to be registered; that the mark is in

use in commerce or, if the application is being filed under 15 U.S.C. 1051(b), he/she believes Applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that the specimens or facsimiles show the mark as used on or in connection with the goods or services; and that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

On behalf of Applicant, the undersigned hereby appoints Donald S. Showalter, Reg. No.: 33,033; Thomas L. Kautz, Reg. No.: 28,726; Leslie J. Hart, Reg. No.: 26,462; Michael S. Yatsko, Reg. No.: 28, 135; and Harry M. Fleck, Reg. No.: 24,704, its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark Office connected therewith. Please direct all telephone calls and correspondence to:

>Donald S. Showalter, Esquire
>Holland & Knight LLP
>One East Broward Blvd., Suite 1300
>Fort Lauderdale, FL 33301
>Phone: (954) 468-7879
>Fax: (954) 463-2030
>E-mail: dshowalt@hklaw.com

HARRIS CORPORATION

By _Michael S. Yatsko_

Michael S. Yatsko
Attorney Intellectual Property Dept.

Date _7/9/01_

2

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919

Date of First Use:        November 26, 1997

Date First Used
in Commerce:              November 26, 1997

For:                      electronic surveillance receivers for intercepting and
                          monitoring cellular network communications

Int. Class:               009

# TRIGGERFISH

07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70

FTL1 #548335 v1

76284647

3



07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70

INTEGERFIST™ 4000
PART NUMBER: 5039-01-103
SERIAL NUMBER: 0226

Certifies to comply with the Limits for a Class A computing
device pursuant to Part 15 of the FCC Rules. See instructions
if interference to radio reception is suspected.

76284647



07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70

TRIGGERFISH 4000
PART NUMBER 5089201-103
SERIAL NUMBER 0226

Certifies to comply with the Limits for a Class A computing device pursuant to Part 15 of the FCC Rules. See instructions if interference to radio reception is suspected.

76284647



07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70

Electronic System

TRIGGERFISH™ 4000
PART NUMBER: 5039-01-103
SERIAL NUMBER: 0226

Certifies to comply with the Limits for a Class A computing
device pursuant to Part 15 of the FCC Rules.  See instructions
if interference to radio reception is suspected.

76284647



07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70

TRIGGERFISH™ 4000

PART NUMBER: 503920I-103

SERIAL NUMBER: 0226

Certifies to comply with the Limits for a Class A computing device pursuant to Part 15 of the FCC Rules. See instructions if interference to radio reception is suspected.

76284647

**ATTACHMENT 05**

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR  SUMMARY
JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)


ATTACHMENT 05:   United States Patent and Trademark Office, *Trademark Reg. No.
2,762,468 [StingRay]* (registered Sep. 9, 2003).

Side - 1



## NOTICE OF ACCEPTANCE OF §8 DECLARATION AND §9 RENEWAL
**MAILING DATE: Apr 24, 2013**

The declaration and renewal application filed in connection with the registration identified below meets the requirements of Sections 8 and 9 of the Trademark Act, 15 U.S.C. §§1058 and 1059. The declaration is accepted and renewal is granted. The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov. To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**   **2762468**
**MARK:**   **STINGRAY**
**OWNER:**   **Harris Corporation**

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA 22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

Donald S. Showalter
GRAYROBINSON, P.A.
P.O. Box 2328
FORT LAUDERDALE, FL 33303

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2762468 |
| **REGISTRATION DATE** | 09/09/2003 |
| **SERIAL NUMBER** | 76303503 |
| **MARK SECTION** | |
| **MARK** | STINGRAY |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Donald S. Showalter |
| **FIRM NAME** | GRAYROBINSON, P.A. |
| **INTERNAL ADDRESS** | 401 EAST LAS OLAS BLVD. |
| **STREET** | SUITE 1850 |
| **CITY** | FORT LAUDERDALE |
| **STATE** | Florida |
| **POSTAL CODE** | 33301 |
| **COUNTRY** | United States |
| **PHONE** | 954-761-7473 |
| **FAX** | 954-761-8112 |
| **ATTORNEY SECTION (proposed)** | |
| **NAME** | Donald S. Showalter |
| **FIRM NAME** | GRAYROBINSON, P.A. |
| **STREET** | P.O. Box 2328 |
| **CITY** | FORT LAUDERDALE |
| **STATE** | Florida |

| POSTAL CODE | 33303 |
| --- | --- |
| COUNTRY | United States |
| PHONE | 954-761-7473 |
| FAX | 954-761-8112 |
| EMAIL | don.showalter@gray-robinson.com |
| DOCKET/REFERENCE NUMBER | T589 621020.1269 |
| OTHER APPOINTED ATTORNEY | Donald S. Showalter |
| **CORRESPONDENCE SECTION (current)** | |
| NAME | DONALD S. SHOWALTER |
| FIRM NAME | GRAYROBINSON, P.A. |
| INTERNAL ADDRESS | 401 EAST LAS OLAS BLVD. |
| STREET | SUITE 1850 |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33301 |
| COUNTRY | United States |
| PHONE | 954-761-7473 |
| FAX | 954-761-8112 |
| **CORRESPONDENCE SECTION (proposed)** | |
| NAME | DONALD S. SHOWALTER |
| FIRM NAME | GRAYROBINSON, P.A. |
| STREET | P.O. Box 2328 |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33303 |
| COUNTRY | United States |
| PHONE | 954-761-7473 |
| FAX | 954-761-8112 |
| EMAIL | don.showalter@gray-robinson.com |
| DOCKET/REFERENCE NUMBER | T589 621020.1269 |
| **GOODS AND/OR SERVICES SECTION** | |

| INTERNATIONAL CLASS | 009 |
|---|---|
| GOODS OR SERVICES | multi-channel, software-defined, two-way electronic surveillance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular telephones |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\763\035\76303503\xml1\ S890002.JPG |
| SPECIMEN DESCRIPTION | Digital image showing the mark affixed to the goods. |

## OWNER SECTION (current)

| NAME | Harris Corporation |
|---|---|
| STREET | 1025 West NASA Boulevard |
| CITY | Melbourne |
| STATE | Florida |
| ZIP/POSTAL CODE | 32919 |
| COUNTRY | United States |

## LEGAL ENTITY SECTION (current)

| TYPE | corporation |
|---|---|
| STATE/COUNTRY OF INCORPORATION | Delaware |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 500 |
| TOTAL FEE PAID | 500 |

## SIGNATURE SECTION

| SIGNATURE | /Ronald S. Blum II/ |
|---|---|
| SIGNATORY'S NAME | Ronald S. Blum II |
| SIGNATORY'S POSITION | Managing Counsel, IP |
| DATE SIGNED | 04/03/2013 |
| SIGNATORY'S PHONE NUMBER | (321) 724-3422 |
| PAYMENT METHOD | DA |

## FILING INFORMATION

| SUBMIT DATE | Wed Apr 03 13:34:06 EDT 2013 |
|---|---|
| TEAS STAMP | USPTO/S08N09-38.101.126.5 3-20130403133406114967-27 62468-5007a633274044fd3d6 35c994a589c2cff839ce9959f 2f7d91eae9c08123d1730-DA- 10367-2013040309134792091 8 |

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2762468
**REGISTRATION DATE:** 09/09/2003

**MARK:** STINGRAY

The owner, Harris Corporation, a corporation of Delaware, having an address of
    1025 West NASA Boulevard
    Melbourne, Florida 32919
    United States
is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of
Registration of a Mark under Sections 8 & 9.

For International Class 009, the mark is in use in commerce on or in connection with **all** goods or services
listed in the existing registration for this specific class: multi-channel, software-defined, two-way
electronic surveillance radios for authorized law enforcement and government agencies for interrogating,
locating, tracking and gathering information from cellular telephones ; or, the owner is making the listed
excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in
connection with any item in this class, consisting of a(n) Digital image showing the mark affixed to the
goods..
Specimen File1
The registrant's current Attorney Information: Donald S. Showalter of  GRAYROBINSON, P.A.
    401 EAST LAS OLAS BLVD.
    SUITE 1850
    FORT LAUDERDALE, Florida (FL) 33301
    United States


.The registrant's proposed Attorney Information: Donald S. Showalter of  GRAYROBINSON, P.A.
    P.O. Box 2328
    FORT LAUDERDALE, Florida (FL) 33303
    United States
The docket/reference number is T589 621020.1269.
The Other Appointed Attorney(s): Donald S. Showalter.

The phone number is 954-761-7473.

The fax number is 954-761-8112.

The email address is don.showalter@gray-robinson.com.
The registrant's current Correspondence Information: DONALD S. SHOWALTER of
GRAYROBINSON, P.A.
   401 EAST LAS OLAS BLVD.
   SUITE 1850
   FORT LAUDERDALE, Florida (FL) 33301
   United States


The registrant's proposed Correspondence Information: DONALD S. SHOWALTER of
GRAYROBINSON, P.A.
   P.O. Box 2328
   FORT LAUDERDALE, Florida (FL) 33303
   United States
The docket/reference number is T589 621020.1269.


The phone number is 954-761-7473.

The fax number is 954-761-8112.

The email address is don.showalter@gray-robinson.com.

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1
class(es), plus any additional grace period fee, if necessary.

**Declaration**

**Section 8: Declaration of Use and/or Excusable Nonuse in Commerce**
*Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in
connection with the goods and/or services identified above, as evidenced by the attached specimen(s)
showing the mark as used in commerce.*


The undersigned being hereby warned that willful false statements and the like are punishable by fine or
imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like
may jeopardize the validity of this document, declares that he/she is properly authorized to execute this
document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all
statements made on information and belief are believed to be true.

**Section 9: Application for Renewal**
*The registrant requests that the registration be renewed for the goods/services identified above.*


Signature: /Ronald S. Blum II/     Date: 04/03/2013
Signatory's Name: Ronald S. Blum II
Signatory's Position: Managing Counsel, IP
Signatory's Phone Number: (321) 724-3422

Mailing Address **(current):**
   GRAYROBINSON, P.A.
   SUITE 1850
   FORT LAUDERDALE, Florida 33301

Mailing Address **(proposed):**
   GRAYROBINSON, P.A.
   P.O. Box 2328
   FORT LAUDERDALE, Florida 33303

Serial Number: 76303503
Internet Transmission Date: Wed Apr 03 13:34:06 EDT 2013
TEAS Stamp: USPTO/S08N09-38.101.126.53-2013040313340
6114967-2762468-5007a633274044fd3d635c99
4a589c2cff839ce9959f2f7d91eae9c08123d173
0-DA-10367-20130403091347920918



**ROUTING SHEET TO POST REGISTRATION (PRU)**     **Registration Number:**   2762468

**Serial Number:**   76303503

**RAM Sale Number:  2762468**

**RAM Accounting Date:  20130403**     **Total Fees:**     $500

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20130403 | $100 | 1 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20130403 | $400 | 1 | 1 | $400 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20130403





Side - 1



# NOTICE OF ACCEPTANCE AND ACKNOWLEDGEMENT OF §§8 & 15 DECLARATION
## MAILING DATE: Nov 22, 2008

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065. The combined declaration is accepted and acknowledged. The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov. To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:** 2762468
**MARK:** STINGRAY
**OWNER:** Harris Corporation

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

Donald S. Showalter
GrayRobinson, P.A.
401 East Las Olas Blvd.
Suite 1850
FORT LAUDERDALE, FL   33301

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2762468 |
| **REGISTRATION DATE** | 09/09/2003 |
| **SERIAL NUMBER** | 76303503 |
| **MARK SECTION** | |
| **MARK** | STINGRAY |
| **OWNER SECTION (current)** | |
| **NAME** | Harris Corporation |
| **STREET** | 1025 West NASA Boulevard |
| **CITY** | Melbourne |
| **STATE** | Florida |
| **ZIP/POSTAL CODE** | 32919 |
| **COUNTRY** | United States |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Donald S. Showalter |
| **FIRM NAME** | HOLLAND & KNIGHT LLP |
| **STREET** | 1 E BROWARD BLVD STE 1300 |
| **CITY** | FORT LAUDERDALE |
| **STATE** | Florida |
| **POSTAL CODE** | 33301-1865 |
| **COUNTRY** | United States |
| **PHONE** | 954-468-7879 |
| **FAX** | 954-463-2030 |
| **ATTORNEY SECTION (proposed)** | |

| NAME | Donald S. Showalter |
|---|---|
| FIRM NAME | GrayRobinson, P.A. |
| INTERNAL ADDRESS | Suite 1850 |
| STREET | 401 East Las Olas Blvd. |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33301 |
| COUNTRY | United States |
| PHONE | 954-761-7473 |
| FAX | 954-761-8112 |
| ATTORNEY DOCKET NUMBER | T589(621020.1269) |
| OTHER APPOINTED ATTORNEY | Thomas L. Kautz |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 009 |
|---|---|
| GOODS OR SERVICES | KEEP ALL LISTED |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT4\IMAGEOUT4\763\035\76303503\xml1\81 50002.JPG |
| SPECIMEN DESCRIPTION | Digital image showing the mark affixed to the goods |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 300 |
| TOTAL FEE PAID | 300 |

## SIGNATURE SECTION

| SIGNATURE | /Ronald S. Blum II/ |
|---|---|
| SIGNATORY'S NAME | Ronald S. Blum II |
| SIGNATORY'S POSITION | Counsel, IP |
| DATE SIGNED | 11/12/2008 |
| PAYMENT METHOD | DA |

## FILING INFORMATION

| SUBMIT DATE | Wed Nov 12 14:54:45 EST 2008 |
|---|---|

| **TEAS STAMP** | USPTO/S08N15-209.36.59.1-<br>20081112145445791166-2762<br>468-40086e6f77f2890d870c8<br>60a013b4409a66-DA-291-200<br>81112111154547230 |
|---|---|

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability under Sections 8 & 15
# To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2762468
**REGISTRATION DATE:** 09/09/2003

**MARK:** STINGRAY

The owner, Harris Corporation, having an address of
    1025 West NASA Boulevard
    Melbourne, Florida 32919
    United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 009, the mark is in use in commerce on or in connection with **all** of the goods or
services listed in the existing registration for this specific class; **and** the mark has been continuously used
in commerce for five (5) consecutive years after the date of registration, or the date of publication under
Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the
existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of
such mark for those goods or services exists, or to the owner's right to register the same or to keep the
same on the register; and, no proceeding involving said rights pending and not disposed of in either the
U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in
connection with any item in this class, consisting of a(n) Digital image showing the mark affixed to the
goods.
Specimen File1

The registrant hereby appoints Donald S. Showalter and Thomas L. Kautz of GrayRobinson, P.A.
    Suite 1850
    401 East Las Olas Blvd.
    FORT LAUDERDALE, Florida 33301
    United States
to file this Combined Declaration of Use and Incontestability under Sections 8 & 15 on behalf of the
registrant. The attorney docket/reference number is T589(621020.1269).

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1
class(es), plus any additional grace period fee, if necessary.

## Declaration

*The owner, or its related company, is using the mark in commerce on or in connection with the goods
and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in*

commerce. The owner, or its related company, has continuously used the mark in commerce on or in connection with the goods and/or services identified above, for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still using the mark in commerce on or in connection with the identified goods and/or services. There has been no final decision adverse to the owner's claim of ownership of such mark for such goods and/or services, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /Ronald S. Blum II/     Date: 11/12/2008
Signatory's Name: Ronald S. Blum II
Signatory's Position: Counsel, IP

Mailing Address **(current)**:
  HOLLAND & KNIGHT LLP
  1 E BROWARD BLVD STE 1300
  FORT LAUDERDALE, Florida 33301-1865

Mailing Address **(proposed)**:
  GrayRobinson, P.A.
  401 East Las Olas Blvd.
  FORT LAUDERDALE, Florida 33301

Serial Number: 76303503
Internet Transmission Date: Wed Nov 12 14:54:45 EST 2008
TEAS Stamp: USPTO/S08N15-209.36.59.1-200811121454457
91166-2762468-40086e6f77f2890d870c860a01
3b4409a66-DA-291-20081112111154547230



**ROUTING SHEET TO POST REGISTRATION (PRU)**  **Registration Number:**   2762468

**Serial Number:**   76303503

**RAM Sale Number:  291**

**RAM Accounting Date:  20081113**  **Total Fees:**      $300

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20081112 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20081112 | $200 | 1 | 1 | $200 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20081112





Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,762,468
Registered Sep. 9, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## STINGRAY

HARRIS CORPORATION (DELAWARE COR-
PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

FOR: MULTI-CHANNEL, SOFTWARE-DEFINED,
TWO-WAY ELECTRONIC SURVEILLANCE
RADIOS FOR AUTHORIZED LAW ENFORCE-
MENT AND GOVERNMENT AGENCIES FOR IN-
TERROGATING, LOCATING, TRACKING AND

GATHERING INFORMATION FROM CELLULAR
TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 3-2-2003; IN COMMERCE 3-2-2003.

SN 76-303,503, FILED 8-21-2001.

MELVIN AXILBUND, EXAMINING ATTORNEY

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**: 76/303503

**APPLICANT**: Harris Corporation

**CORRESPONDENT ADDRESS:**
DONALD S. SHOWALTER, Esq.
HOLLAND & KNIGHT LLP
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE FL 33301-1865

**RETURN ADDRESS:**
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513
**ecom113@uspto.gov**

If no fees are enclosed, the address should include the words "Box Responses - No Fee."

**MARK:** STINGRAY

**CORRESPONDENT'S REFERENCE/DOCKET NO:** N/A

**CORRESPONDENT EMAIL ADDRESS:**
N/A

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and email address.

RE: Serial Number 76/303503

## EXAMINER'S AMENDMENT

In accordance with the authorization granted by Donald S. Showalter, Esq., on July 31, 2002, the application has been AMENDED as indicated below. Please note that if the identification of goods or services has been amended below, any future amendments must be in accordance with 37 C.F.R. 2.71(a); TMEP section 1402.07(e). No response is necessary unless there is an objection to the amendment. If there is an objection to the amendment, the applicant should notify the examining attorney immediately.

Multi-channel, software-defined, two-way electronic surveillance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular telephones

If the applicant has any questions, please contact the assigned examining attorney.[1]

Melvin T. Axilbund
Examining Attorney, Law Office 113

---

[1] Telephone – 703/308-9113, extension 196; e-mail – melvin.axilbund@uspto.gov; facsimile – 703/746-6369.



Trademark

Serial Number
(Text)

76303503

NEW CASE DE...

OCT 3 1...

LAW OFFICE 113

## PROSECUTION HISTORY

| | Entry | | Date | Initials |
|---|---|---|---|---|
| 1. | | | JAN 1 8 2002 | |
| 2. | Amdt A, Encls | JUL 24 2002 | 07/16/02 / AUG 1 2002 | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | NOP 10/22/02 | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | NOA 1/14/03 | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | SOU FILED | | JUN 5 2003 | MC |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |

☐ See inside of file for additional entries.

## Post Registration

| Section 8 Accepted | | Renewal Granted | | Section 15 |
| (Signature) | (Date) | (Initials) | (Date) | Acknowledged (Signature) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | Cancelled - Section 8 (Date) |
| | | | | |
| | | | | |
| | | | | |
| | | | | Expired - Section 9 (Date) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

09/10/02



Approved for Publication (Principal Register) (Signature/Date)

8/1/02

Approved for Registration (Section 1(d)) (Signature/Date)

Approved for Registration (Supplemental Register) (Signature/Date)

PUBLISHED
10/22/02

NOA

Abandoned

(Date)

**SPECIMEN**

**Internet Transmission Date:**
06/05/2003

**Serial Number:**
76303503



**International Class:**
009



# NEW SEARCH REQUIRED

**The attached application has been granted either an earlier or later filing date.  Please conduct an on-point search for any application that may now represent a possible conflict under Section 2(d).**

**If an intervening, conflicting application was filed, both applications should be handled in accordance with Office policy for handling conflicting and companion applications.**

✓ 1, 18/02

**SPECIMEN**

**Internet Transmission Date:**
06/05/2003

**International Class:**
009

**Serial Number:**
76303503







PTO Form 1553 (Rev 4/2009)
OMB Control #0651-0009 (Exp. 08/31/2004)

# Statement of Use Filing

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| MARK | STINGRAY |
| OWNER | |
| NAME | Harris Corporation |
| STREET | 1025 West NASA Boulevard |
| CITY | Melbourne |
| STATE | FL |
| ZIP/POSTAL CODE | 32919 |
| COUNTRY | US |
| ATTORNEY | |
| NAME | Donald S. Showalter |
| FIRM NAME | Holland & Knight LLP |
| INTERNAL ADDRESS | Suite 1300 |
| STREET | One East Broward Boulevard |
| CITY | Fort Lauderdale |
| STATE | FL |
| ZIP/POSTAL CODE | 33301 |
| COUNTRY | USA |
| PHONE | (954) 468-7879 |
| FAX | (954) 463-2030 |
| EMAIL | don.showalter@hklaw.com |
| DOCKET NUMBER | 621020.01269 (T589) |
| OTHER APPOINTED ATTORNEY | Thomas L. Kautz |
| SERIAL NUMBER | 76303503 |

file://C:\TEAS\20030605141144486041-76303503.htm

6/6/03

| | |
|---|---|
| LAW OFFICE ASSIGNED | TMO Law Office 113 |
| NOTICE OF ALLOWANCE | YES |
| EXTENSION OF USE | NO |
| GOODS AND/OR SERVICES | |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| INTERNATIONAL CLASS | 009 |
| FIRST USE ANYWHERE DATE | 03/02/2003 |
| FIRST USE IN COMMERCE DATE | 03/02/2003 |
| SPECIMEN FILE NAME(S) | 65127183114-05113703016-STINGRAY.jpg |
| SPECIMEN DESSCRIPTION | digital image showing the mark affixed to the goods. |
| SIGNATURE INFORMATION | |
| SIGNATURE | /Michael S. Yatsko/ |
| SIGNATURE DATE | 06/05/2003 |
| SIGNATORY NAME | Michael S. Yatsko |
| SIGNATORY POSITION | Sr. Intellectual Property Counsel |
| PAYMENTS | |
| NUMBER OF CLASSES | 1 |
| SUBTOTAL AMOUNT | 100 |
| TOTAL AMOUNT | 100 |
| RAM SALE NUMBER | 904 |
| RAM ACCOUNTING DATE | 20030605 |

PTO Form 1553 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

## Trademark/Service Mark Statement of Use
### (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** STINGRAY
**SERIAL NUMBER:** 76303503

This Allegation of Use is being filed after a Notice of Allowance has issued.

The applicant, Harris Corporation, residing at 1025 West NASA Boulevard , Melbourne, FL US 32919, is using or is using through a related company the mark in commerce on or in connection with the goods and/or services as follows:

For International Class: 009 all goods and/or services as listed in the Notice of Allowance.
The mark was first used at least as early as 03/02/2003, and first used in commerce at least as early as 03/02/2003, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) digital image showing the mark affixed to the goods.
Specimen-1

A fee payment in the amount of $100 will be submitted with the form, representing payment for 1 class.

### Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Michael S. Yatsko/ Date: 06/05/2003
Signatory's Name: Michael S. Yatsko
Signatory's Position: Sr. Intellectual Property Counsel

Go Back

file://C:\TEAS\20030605141144486041-76303503.htm                          6/6/03

01/14/03

**FEE RECORD SHEET**

Serial Number:   76303503

RAM Sale Number:  904

RAM Accounting Date:  20030605

Total Fees:     $100

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20030605 | $100 | 1 | $100 |

PTO Form 1553 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Statement of Use Filing

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76303503 |
| **LAW OFFICE ASSIGNED** | TMO Law Office 113 |
| **NOTICE OF ALLOWANCE** | YES |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| MARK | STINGRAY |
| **OWNER SECTION (no change)** | |
| **ATTORNEY SECTION** | |
| NAME | Donald S. Showalter |
| FIRM NAME | Holland & Knight LLP |
| INTERNAL ADDRESS | Suite 1300 |
| STREET | One East Broward Boulevard |
| CITY | Fort Lauderdale |
| STATE | FL |
| ZIP/POSTAL CODE | 33301 |
| COUNTRY | USA |
| PHONE | (954) 468-7879 |
| FAX | (954) 463-2030 |
| EMAIL | don.showalter@hklaw.com |
| DOCKET NUMBER | 621020.01269 (T589) |
| OTHER APPOINTED ATTORNEY | Thomas L. Kautz |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 009 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |

| | |
|---|---|
| FIRST USE ANYWHERE DATE | 03/02/2003 |
| FIRST USE IN COMMERCE DATE | 03/02/2003 |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT5\IMAGEOUT5 \763\035\76303503\xml1\SO U0002.JPG |
| SPECIMEN DESCRIPTION | digital image showing the mark affixed to the goods. |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| SUBTOTAL AMOUNT | 100 |
| TOTAL AMOUNT | 100 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Michael S. Yatsko/ |
| SIGNATORY NAME | Michael S. Yatsko |
| SIGNATORY DATE | 06/05/2003 |
| SIGNATORY POSITION | Sr. Intellectual Property Counsel |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu Jun 05 14:11:44 EDT 2003 |
| TEAS STAMP | USPTO/SOU-172.30.228.74-2 0030605141144486041-76303 503-200813ae16247747a7525 4514b56c979f-RAM-904-2003 0605113717175143 |

PTO Form 1553 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 06/30/2005)

## Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** STINGRAY
**SERIAL NUMBER:** 76303503

This Allegation of Use is being filed after a Notice of Allowance has issued.

The applicant, Harris Corporation, residing at 1025 West NASA Boulevard , Melbourne, FL US 32919, is using or is using through a related company or licensee the mark in commerce on or in connection with the goods and/or services as follows:

For International Class: 009, the applicant, or the applicant's related company or licensee, is using the mark in commerce on or in connection with all goods and/or services listed in the application or Notice of Allowance.
The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 03/02/2003, and first used in commerce at least as early as 03/02/2003, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) digital image showing the mark affixed to the goods. .
Specimen-1

The applicant hereby appoints Donald S. Showalter and Thomas L. Kautz of Holland & Knight LLP, Suite 1300, One East Broward Boulevard, Fort Lauderdale, FL USA 33301 to submit this Statement of Use Filing on behalf of the applicant. The attorney docket/reference number is 621020.01269 (T589).

A fee payment in the amount of $100 will be submitted with the form, representing payment for 1 class.

### Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Michael S. Yatsko/     Date: 06/05/2003
Signatory's Name: Michael S. Yatsko
Signatory's Position: Sr. Intellectual Property Counsel

Mailing Address:
  Holland & Knight LLP
  Suite 1300
  One East Broward Boulevard
  Fort Lauderdale, FL 33301

RAM Sale Number: 904
RAM Accounting Date: 06/05/2003

Serial Number: 76303503
Internet Transmission Date: Thu Jun 05 14:11:44 EDT 2003
TEAS Stamp: USPTO/SOU-172.30.228.74-2003060514114448
6041-76303503-200813ae16247747a75254514b
56c979f-RAM-904-20030605113717175143



**FEE RECORD SHEET**

**Serial Number:** 76303503

**RAM Sale Number: 904**

**Total Fees:** $100

**RAM Accounting Date: 20030605**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20030605 | $100 | 1 | $100 |



Page 01 of 01

U.S. Patent and Trademark Office (PTO)

# NOTICE OF ALLOWANCE

(NOTE: If any data on this notice is incorrect, please submit a written request for correction of the NOA to: Assistant Commissioner for Trademarks, Box ITU, 2900 Crystal Drive, Arlington, VA 22202-3513. Please include the serial number of your application on ALL correspondence with the PTO. 15 U.S.C. 1063(b)(2))

**ISSUE DATE OF NOA:** Jan 14, 2003

DONALD S. SHOWALTER
HOLLAND & KNIGHT LLP
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE FL 33301-1865

## ** IMPORTANT INFORMATION: 6 MONTH DEADLINE **

To avoid ABANDONMENT of this application, either a "Statement of Use" (a.k.a. "Allegation of Use") or a "Request for Extension of Time to File a Statement of Use" (a.k.a. "Extension Request") and the appropriate fee(s) must be received in the PTO within six months of the issue date of this Notice Of Allowance (NOA) for those goods and/or services based on intent to use. Failure to do so will result in the ABANDONMENT of this application.

Please note that both the "Statement of Use" and "Extension Request" have many legal requirements, including fees. These requirements are explained in the PTO booklet "Basic Facts About Trademarks", which can be obtained upon request at (703)308-9000. In addition, there are printed forms contained in this booklet (for "Statements of Use" and "Extension Requests") for your use.

### The following information should be reviewed for accuracy:

SERIAL NUMBER: 76/303503
MARK:          STINGRAY
OWNER:         Harris Corporation
               1025 West NASA Boulevard
               Melbourne, FLORIDA  32919

This application has the following bases, but not necessarily for all listed goods/services:
    Section 1(a): NO      Section 1(b): YES     Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

009—multi-channel, software-defined, two-way electronic surveillance radios for authorized
   law enforcement and government agencies for interrogating, locating, tracking and
   gathering information from cellular telephones

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

TMFRP9  (10/99)      ADDITIONAL INFORMATION MAY BE PRESENT IN THE PTO RECORDS

## U.S. Patent and Trademark Office (PTO)

# NOTICE OF ALLOWANCE

NOTE: If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 571-273-9550.  Please include the serial number of your application on ALL correspondence with the USPTO.

**ISSUE DATE:**  Jan 14, 2003

DONALD S. SHOWALTER
HOLLAND & KNIGHT LLP
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE FL 33301-1865

---

### ** IMPORTANT INFORMATION:  6 MONTH DEADLINE **

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce.  You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark.  You have six (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of use ("Extension Request").  If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed.  Applicant may file a total of five (5) extension requests.  FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE <u>ABANDONMENT</u> OF YOUR APPLICATION.

Please note that both the "Statement of Use " and "Extension Request" have many legal requirements including fees.  Therefore, we encourage use of the USPTO forms, available online at http://www.uspto.gov/teas/index.html (under "File a PRE-registration form"), to avoid the possible omission of important informaton.  Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online.  If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

---

### The following information should be reviewed for accuracy:

SERIAL NUMBER:        76/303503
MARK:                 STINGRAY
OWNER:                Harris Corporation

                      1025 West NASA Boulevard
                      Melbourne , FLORIDA  32919

Section 1(a): NO          Section 1(b): YES          Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

009 -    multi-channel, software-defined, two-way electronic surveillance radios for authorized law enforcement and
         government agencies for interrogating, locating, tracking and gathering information from cellular telephones

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS

# TRADEMARK EXAMINATION WORKSHEET

☐ AMENDMENT STAGE ☐ NO CHANGE ☐ PUBLICATION/REGISTRATION STAGE

Name: **Tawana Campbell**  L.O. 113  Date **August, 15, 2002**  No. 74/75/76/78

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

## Legal Instrument Examiner (LIE)

| | Amended | Data Element | |
|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | ☐ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1b  Add   Delete | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ Mark Drawing Code | ☐ Design Search Code |
| | | ☐ Scan Sub Drawing | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text editing guidelines.

_____  8/15/02
LIE                                               DATE

Other: _____

_____

_____

## EXAMINING ATTORNEY'S TRADE-UPS WORKSHEET

☑ EXAM. AMENDMENT     ☐ CORRECTION     ☐ AMENDMENT PREVIOUSLY NOT ENTERED

Examining Attorney: **Melvin T. AXILBUND**     L.O. 113     Serial No. 76/303503

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

| | Amended | Data Element | |
|---|---|---|---|
| **Class Data** | ✓ | ☐ Prime/International Class | ☑ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1(b) | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ Mark Drawing Code | ☐ Design Search Code |
| | | ☐ | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration(s) | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with TRADEUPS guidelines.

**Melvin Axilbund**
EXAMINING ATTORNEY                    DATE: 7/31/02

Other: _____

_____

_____

● ●

# TRADEMARK EXAMINATION WORKSHEET

☑ AMENDMENT STAGE          ☐ NO CHANGE          ☐ PUBLICATION/REGISTRATION STAGE

Name:  Yuvanna Chaphiv          L.O. __113_____          Date _JUL 2 2 2002_          Serial No. _76/303503_____

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

## Legal Instrument Examiner (LIE)

| | Amended | Data Element | |
|---|---|---|---|
| **Class Data** | ✗ | ☐ Prime/International Class | ☑ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1b | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ Mark Drawing Code | ☐ Design Search Code |
| | | ☐ Scan Sub Drawing | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| | | ☐ Prior Registration | |
| | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name Address | |

_____YC_____          JUL 2 2 2002
          LIE



************* -COMM. JOURNAL- ************** DATE JUL-18-2002 **** TIME 10:57 **********

MODE = MEMORY TRANSMISSION            START=JUL-18 10:46    END=JUL-18 10:57

FILE NO.=256

| STN NO. | COMM. | ONE-TOUCH/ABBR NO. | STATION NAME/TEL. NO. | PAGES | DURATION |
|---------|-------|---------------------|------------------------|-------|----------|
| 001 | OK | # | 17037468133# | 027/027 | 00:10:39 |

-HOLLAND AND KNIGHT LLP -

********************* -               - ********   -           ***********

**HOLLAND & KNIGHT LLP**

One East Broward Boulevard
P.O. Box 14070 (ZIP 33302-4070)
Fort Lauderdale, Florida 33301

954-525-1000
FAX 954-463-2030
http://www.hklaw.com

Annapolis        New York
Atlanta          Northern Virginia
Bethesda         Orlando
Boston           Providence
Bradenton        San Antonio
Chicago          San Francisco
Fort Lauderdale  Seattle
Jacksonville     St. Petersburg
Lakeland         Tallahassee
Los Angeles      Tampa
Melbourne        Washington, D.C.
Miami            West Palm Beach

International Offices:
Caracas*         São Paulo
Helsinki         Tel Aviv*
Mexico City      Tokyo
Rio de Janeiro   *Representative Office

## FACSIMILE

**TO:**

| Malvin T. Axilbund | U.S. Patent and Trademark Office | (703) 746-8118 |
|---|---|---|
| NAME | COMPANY/FIRM | FAX NUMBER |
| Arlington | VA | (703) 308-9118 |
| CITY | STATE | (TELEPHONE NUMBER) |

**FROM:**

| Donald S. Showalter | (954) 468-7879 | 27 |
|---|---|---|
| NAME | TELEPHONE | TOTAL PAGES (including Cover Sheet) |

**FOR THE RECORD:**

DATE: July 18, 2002       URGENCY: ☒ SUPER RUSH    ☐ RUSH    ☐ REGULAR

FAXED BY:                 FILE #: 321020-1269    CLIENT NAME: Harris Corp.

CONFIRMED: ☐ YES ☐ NO    NAME:                  TIME:

If you did not receive all of the pages or find that they are illegible, please call (954) 525-1000

**CONFIDENTIALITY NOTICE** This facsimile, along with any documents, files, or attachments, may contain information that is confidential, privileged, or otherwise exempt from disclosure. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, printing, distribution or use of any information contained in or attached to this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by facsimile or by telephone collect at the numbers stated above, and destroy the original facsimile and its attachments without reading, printing or saving in any manner. Your cooperation is appreciated. Thank you.

**MESSAGE:**
Please see attached -

Re: Response to Office Action

Serial No.: 76/308,505
Applicant: Harris Corporation
Filed: August 21, 2001
Examiner: Malvin T. Axilbund
Law Office: 118
Mark: STINGRAY
Enclosures: Response to Office Action
            Exhibit A - STINGRAY (4 pages)
            Exhibit B - STINGRAY brochure (9 pages)
            Exhibit C - STINGRAY (2 pages)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

I hereby certify that this paper or fee has been transmitted via facsimile to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington VA 22202-3513 on July 18, 2002 via facsimile number (703) 746-8113.

*Karen J. Harvey*                              7/18/02
Karen J. Harvey                                 Date

| | |
|---|---|
| Serial No.: | 76/303,503 |
| Applicant: | Harris Corporation |
| Filed: | August 21, 2001 |
| Examiner: | Melvin T. Axilbund |
| Law Office: | 113 |
| Mark: | STINGRAY |

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington VA 22202-3513

Sir:

### RESPONSE TO OFFICE ACTION

This responds to the Office Action mailed January 18, 2002.

### Identification of Goods

Please amend the identification of goods to read:

"multi-channel, software-defined, two-way electronic surveillance radios for interrogating, locating, tracking and gathering information from cellular telephones".

### Remarks

Registration has initially been refused over the cited registration in view of

its recitation of "transmitters and receivers for computer networks" and

"transceivers". Applicant acknowledges that likelihood of confusion must be

assessed based on the goods as described in the cited registration and not based on comparison of the respective actual goods of Registrant and Applicant.  Applicant further acknowledges that the present refusal cannot be overcome merely by limiting the identification of goods so as to describe a subset of Registrant's goods. However, provided the scope of the original recitation of goods is not expanded, it is appropriate to amend the identification of goods to distinguish those of a cited registration.  Moreover, evidence may properly be considered under circumstances where the cited registration is vague as to the nature of the goods it lists.  In re Trackmobile, 15 U.S.P.Q.2d (1152 TTAB 1990). Applicant respectfully submits such circumstances are present here.

The description of goods in the cited registration is unquestionably vague.  It provides no insight as to the nature of the goods it purports to describe. "Transmitters and receivers for computer networks" says nothing about what is being transmitted or received, for what purpose, or how.  Are these transmitters and receivers wireless or hardwired?  That information cannot be ascertained from the recitation of goods.

"Transceivers" is even more vague.  That term can be used to describe products ranging from toy "walkie-talkies" sold to ordinary consumers for use by children to highly sophisticated secure communications gear purchased by aerospace companies for use in the next generation of jet fighter aircraft.  Again, it also cannot be determined from the face of the cited registration whether these

"transceivers" are wireless or hardwired or what they might be used for.  The answers were revealed only by a search of the Registrant's web site.

That search revealed only one product sold by the Registrant called "STINGRAY".  While the terms "transceiver" or "transmitter and receiver for computer networks" can be used to describe the product, a much clearer understanding can be gleaned from a brochure and a white paper published by Registrant on its web site.  Copies of same are enclosed as Exhibits A and B respectively to this Response.

As Exhibits A and B reflect, Registrant's "STINGRAY" has nothing whatsoever to do with carrying out surveillance of cellular telephones.  The product is a file transfer server that allows exchange of electronic documents regardless of platform, protocol or communication method.  As Exhibit A expressly indicates at pg. 8, the product is targeted to "large or small companies" such as "ad agencies, publishers, newspapers, graphic designers, printers, repro houses, solicitous offices and many more".  Because the product transmits and receives files, it is capable of being described as a "transmitter", a "receiver" or a "transceiver".  Those terms, however, are hardly enlightening as to the true nature of the goods.

By way of contrast, Applicant's goods are not targeted to business customers.  They are described in Exhibit C.  As can be seen, Applicant's goods are a software-defined radio that enables simultaneous monitoring of multiple cellular channels for carrying out surveillance of cellular telephones and more particularly, for

interrogating, locating, tracking and gathering information from cellular telephones. Importantly, as the second pages of Exhibit C reflects, "[T]his product is a restricted item and can be sold only to authorized law enforcement and government agencies". Such customers are highly sophisticated and not readily confused. Consistent with the "Distribution Warning" which appears on that same page, Exhibit C has been redacted to delete information which might be misused by some who might seek to circumvent the product.

It is to be noted that Exhibit C does not even use the word "transceiver" to describe Applicant's goods. Accordingly, the identification of goods has been amended. The amended description not only conforms more closely to the terminology being used by Applicant to describe the product in the marketplace, but also more clearly distinguishes Applicant's goods from those of the cited registration.

In view of the ambiguity present in the cited registration, In re Trackmobile, supra, is instructive. In that case, the facial similarity of the two marks in question was not in dispute. The sole issue was whether the goods were related. Comparing only the wording of the cited registration to the goods recited by the applicant in that case, it could certainly be argued the goods at issue were closely related.

Applicant's goods were for "mobile railcar movers". The cited registration covered, in pertinent part, "runways and monorails with manual, mechanical, hydraulic, pneumatic, electric and electronic control vehicles - namely, light railway

motor tractors".   The Examiner had contended that the respective goods as so described were "identical or nearly identical".  However, his refusal to register was reversed by the Board.

After noting that the goods of both parties were not sold to ordinary consumers, the Board pointed out that the Applicant had presented extrinsic evidence that showed that the actual goods of the parties were really quite different. The evidence showed that the registrant's goods were relatively small unmanned devices used to carry boxes, parts and other loads from point to point in a factory. In contrast, Applicant's mover was a $350,000.00 piece of equipment capable of moving up to ten, 100 Ton railway cars.

The Board stated:

> [W]e could as did the Examining Attorney, interpret the individual words in those two terms so as to come up with meanings for the terms which are quite similar.  For example, a "tractor" can be described as  a "mover" and a "railcar" can be said to run on a "railway".

It concluded that it would be improper to do so, however.

> [W]hen the description of goods for a cited registration is somewhat unclear, as is the case herein, it is *improper* to simply consider that information in a vacuum and attach all possible interpretations *to* it when the applicant has presented evidence showing that the description of goods has a specific meaning to members of the trade. In re Trackmobile, supra, at 1154. (emphasis added).

The Trackmobile Board quoted with approval In re Protection

Controls, Inc., 185 U.S.P.Q. 692, 694 (TTAB 1975):

5

"[T]he identification of goods in the [cited] registration as 'monitoring instrument', per se, is so indefinite and so all inclusive as to be meaningless in attempting to ascertain whether the respective monitoring apparatus [of applicant and registrant] relate to the same or disparate fields... [T]he better approach in this particular situation... is to authorize publication of the mark for opposition..." (emphasis added).

Applicant submits that is the better approach here also.

Upon considering the evidence made of record here of the true nature of Applicant's goods as compared to those of the cited registration, it is apparent that the two are quite unrelated. For that reason, as In re Trackmobile, supra, teaches, attempts to build artificial semantic bridges between them should be resisted. As Exhibits A & B clearly reflect, the Registrant's goods are computer networking products for use by small and large businesses to facilitate transfer of documents. As Exhibit C shows, Applicant's goods are nothing of that sort. They are instead, highly specialized software-defined radios for carrying out electronic surveillance of cellular telephones. As Exhibit C expressly indicates, Applicant's goods are targeted specifically to law enforcement and government agencies for official use. Indeed, Applicant's products are subject to legal/regulatory restrictions which preclude their sale to the ordinary small or large business customers of the type who according to Exhibits A & B might buy Registrant's product.

The respective target customer groups in either case do not include ordinary consumers. Registrant's business customers can be assumed to be relatively sophisticated and discriminating since purchase of computer hardware and the like

by businesses is not undertaken lightly and is typically the responsibility of persons with significant skill and technical expertise.   Applicant's customers are unquestionably highly skilled and discriminating.  The purchase of sophisticated electronic surveillance gear is generally within the purview of experts who are not at all likely to be confused as to the source, origin, sponsorship or approval of such products.

### Conclusion

In view of the foregoing, reconsideration and withdrawal of the outstanding refusal under Section 2(d) is solicited.  The identification of goods has been amended to more clearly distinguish the terms used in the cited registration.  Even more importantly, evidence made of record here reveals the cited registration is vague and that the goods it covers are quite unrelated to the goods recited in the present application.

While it is believed the Application is now in condition for publication, the Examiner is encouraged to contact the undersigned by telephone should any issues remain to be resolved.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard
P.O. Box 14070
Fort Lauderdale, FL  33302-4070
954-525-1000  (phone)
954-468-7879 (direct dial)
954-463-2030 (fax)
dshowalt@hklaw.com (e-mail)

Enclosures:  Exhibits A, B & C

FTL1 #596774 v1

Received from < > at 7/18/02 11:31:01 AM [Eastern Daylight Time]

JUL-18-2002  11:26          HOLLAND and KNIGHT LLP                              P.10

Received from < > at 7/18/02 11:31:01 AM [Eastern Daylight Time]

EXHIBIT A
(4 pgs. to follow)

|Home|News|**Products**|Support|Update|Contacts|Ir
| **Overview** | **Hardware** | **Software** | **3rd Party** | Awa



NEW!
**Available soon!**



Products

# StingRay

### The Way You Communicate is About to Change!





**Also
suitable
for
mounting
in 19"
server
racks!**

What is
StingRay?

What are the
benefits of
StingRay?

How does
StingRay
work?

Who needs
StingRay?

Technical
Details

Models

## Was ist StingRay?

StingRay is the new file transfer server from Hermstedt that allows
users to exchange electronic documents with anyone, anywhere
regardless of platform, protocol or communication method. Bringing
together Hermstedt hardware, software and expertise in an
affordable, secure and easy-to-use file transfer solution, StingRay
looks set to change the way the industry communicates for good.

## What are the benefits of StingRay?

- **Out-of-the-box server solution** with all hardware and
  software needed for professional file transfer pre-installed and
  configured

- **Maximum security and control** with outstanding safety
  features guarantee the necessary protection for the transfer of
  important and sensitive data.

- **Universal connectivity**: StingRay supports numerous file
  transfer protocols and various communication methods such as
  ADSL, SDSL, ISDN

ADSL, SDSL, ISDN, ...

- **Scalable configuration**: available with 2 or 30 channel ISDN interface, ADSL, SDSL, Ethernet...

- **Seamless workflow integration** into the corporate network and business workflow

- Client usage via **intuitive browser interface for Macintosh, Windows or Linux.**

- **Store & Forward** function for incoming and outgoing jobs

- Attractive 2U form factor: **For mounting in 19" server rack or as standalone device**

- **Automatic updates**: Download from the Internet or remote installtion via Hermstedt

- Optional LSD monitoring service monitors and reports faults or problems with the server or the external connections.

## How does Stingray work?

Once installed StingRay is the only communication module between the outside world and the internal network, offering absolute security against hackers and virus infections. What's more, StingRay is equipped with a key that literally locks the system, making it impossible to re-configure the server.

The server works like a post box whereby the post Ð in this case the files to be transferred Ð is forwarded to the server, which in turn sends it on to the addressee. Even incoming files land in the first instance on StingRay, which is equipped with an 80GB hard disk. Users can then access the server to fetch the incoming files and work locally on them as usual, without once coming into contact with the outside world. The simple browser interface enables the status of incoming and outgoing jobs to be checked at any time.

The intuitive and easy-to-use browser interface enables StingRay to be used from any work station in the network - regardless of the operating system running on the client station, be it Windows, Macintosh or even Linux. As such the user can perform simple send and received tasks, can access the central telephone directory and can check the status of incoming and outgoing jobs online at any time. The administration and configuration tools are also accessed via the

browser interface.

StingRay can be used with all available types of communication lines, such as ADSL, SDSL, ISDN, LAN and even leased lines. All clients can use the server, regardless of their operating systems (Mac, Windows, Linux). What's more, StingRay recognises absolutely all transfer protocols (e.g. Leonardo, Easy Transfer, Transmission Manager, Eurofile, FTP) and as such enables uncomplicated file transfer with absolutely anyone, anywhere.

## Who needs StingRay?

Ideal for large or small companies, StingRay addresses the needs of businesses that require the following:

- Secure peer-to-peer file transfer
- Reliable availability around the clock
- File transfer across any platform, protocol or communication method
- A simple solution requiring no technical expertise

e.g. Ad agencies, publishers, newspapers, grafic designers, printers, repro houses, solicitors offices, and many more.

## Technical Specification

### Hardware

- Approved international ATX power supply with special low noise fan
- Micro-ATX motherboard
- ca. 900 MHz CPU with special low noise fan
- 128 MB PC-133 SD-RAM
- 40 - 80 GB hard disk
- 2 network interface cards (10/100 MBit auto-sense)
- Hermstedt DSL communication adapter
- Hermstedt ISDN communication adapter (2 channel basic rate or 30 channel primary rate interface)
- 1 free PCI Slot

### Software

- Linux operating system
- Hermstedt adapter drivers for Linux
- Hermstedt file transfer stacks for the various communication types (ISDN, ADSL, leased line, etc.) and protocols (Leonardo, Leonardo Over IP, EuroFile, ISDN Manager, Easy Transfer, etc.)
- Browser interface for administration and file transfer tasks
- Database to store and manage transfer and logging information and jobs
- STINGRAY SDK programming interface for integration into a corporate workflow

## Models

StingRay is available in 2 standard models:

■ **Mark II** : 2 network interfaces, DSL interface, basic rate ISDN interface

■ **Mark V** : 2 network interfaces, DSL interface, primary rate ISDN interface

Customer specific variants available on request.

All rights reserved. Subject to changes without prior notice.
© Hermstedt AG 05/02 Z

|Home|News|**Products**|Support|Update|Contacts|Ir
| **Overview** | **Hardware** | **Software** | **3rd Party** | **Awa**

Last update: 16.06.2002
© Hermstedt
AG
Mail to: WebMaster

*Communication is our busines*

JUL-18-2002  11:28        HOLLAND and KNIGHT LLP                              P.15

Received from < > at 7/18/02 11:31:01 AM [Eastern Daylight Time]

EXHIBIT B
(9 pgs. to follow)

JUL-18-2002  11:28       HOLLAND and KNIGHT LLP                        P.16



**by Hermstedt**

# StingRay File Transfer Server

# White Paper

**Hermstedt AG**
**Mannheim, Germany**

**April 2002**

JUL-18-2002  11:28          HOLLAND and KNIGHT LLP                                    P.17

2

# STINGRAY
## ~ File Transfer Server ~

■ **Key Points**                                          3

■ **Background**                                          4

■ **Product Description**                                 5
  ○ **Features and Benefits**                             5
  ○ **Technical Specification**                           8

■ **Target Markets and Applications**                     9



StingRay White Paper Z v.1

3

# STINGRAY
## ~ File Transfer Server ~



## ■ *Key Points*

- ♦ **Maximum security and control**
  STINGRAY focuses on the increased need for secure file transfer in network environments. Outstanding security features give file transfer and vital data the protection it demands.

- ♦ **Universal connectivity**
  Supporting numerous file transfer protocols and varying communication methods STINGRAY provides consistent, high-performance connectivity for universal communication with partners all over the world.

- ♦ **Scalable configuration**
  With two standard configurations available for either basic or primary rate ISDN, DSL and Ethernet, and a browser interface for client usage, STINGRAY is designed to grow with the company's communication needs.

- ♦ **Seamless workflow integration**
  The browser interface, Grand Central Pro client software, and the STINGRAY SDK (Software Development Kit) provide many ways to seamlessly integrate STINGRAY and the file transfer process into the corporate network and business workflow.

- ♦ **Easy to use**
  A pre-configured out-of-the-box solution with all the tools and services required for professional file transfer already integrated. No additional software needed, users and administrator shielded from technical complexities, and a simple and intuitive browser interface make using STINGRAY as easy as it gets.

**HERMSTEDT**
Communication Products

StingRay White Paper Z v.1

4

## ■ *Background*

Over the last two decades several methods of transferring data – with varying degrees of reliability, speed and costs – have evolved. These include, for example, fax, courier, email, leased line, and peer-to-peer ISDN. The obvious advantages of latter having led to peer-to-peer ISDN being the preferred method used in the prepress and publishing industry.

Hermstedt AG looks back on almost 15 years of experience in digital communication technologies and the Hermstedt products have become the de-facto standard for file transfer in the prepress industry. Every day hundreds of thousands of users exchange terabytes of data via Hermstedt products – within Europe, across the Atlantic Ocean, from the U.S. to Argentina, in Japan, or from China to Germany. As the recognised expert for ISDN for the Macintosh operating system with a current market share of over 80 percent, Hermstedt has since extended their hardware and software technologies to also include solutions for Windows and Linux operation systems.

Today, the industry is faced with a variety of new issues influencing and affecting corporate data communication. The availability of new, broadband 'Internet-based' communication technologies is becoming more and more widespread, the various alternative operating systems require compatible, multi-platform solutions, and, in times of increased virus and hacker attacks from the Internet, security has become one of the most important issues faced by companies today. The outcome of these developments has resulted in increased demands being placed on the digital data and file transfer process.

The STINGRAY file transfer server is Hermstedt' s answer to this new challenging situation. An appliance server dedicated to the sole function of sending and receiving data, STINGRAY addresses both security concerns and the emerging new technologies. All the required hardware, software and tools for secure and reliable electronic file transfer are integrated into a single pre-configured system.

In most communication systems, such as web or e-mail servers, there is a physical connection between the internal corporate and the external network, i.e. the Internet. This exchange point must be secured by a complex and complicated firewall. Hermstedt's STINGRAY file transfer server, however, solves this problem in a different, more effective way. Two or more separate network adapters connect to the internal network and to the Internet, and with absolutely no routing functionality STINGRAY keeps these two worlds totally separate. The STINGRAY server is the only communication relay for the complete digital data transfer and with a manually locking mechanism to prevent configuration changes and the possibility (optional) to check incoming files with anti-virus software, STINGRAY guarantees maximum security for file transfer process.

To address the new broadband technologies and the need for increasing bandwidth, the STINGRAY server incorporates a DSL interface and a high-end model is available for primary rate ISDN. The very nature of STINGRAY ensures that these communication channels are available for the whole corporate network and enables simple integration into the normal business and network workflow.

## HERMSTEDT
### Communication Products

StingRay White Paper Z v.1

To ensure stable operation and availability of the STINGRAY server 24 hours a day, 7 days a week, the server and the communication stacks have been built on the Linux operating system. In multi-platform environments, such a system has the added advantage of superior integration with Windows-, Macintosh and Linux client systems. In addition, a so-called 'watchdog' background control programme monitors the operation of the STINGRAY server, optimises database content and structure and reports any abnormalities arising.

Hermstedt decided to develop the complete STINGRAY server in-house rather than basing it on a standard hardware platform. Such as strategy has enabled Hermstedt to incorporate their complete knowledge in hardware and software design and development into the product, resulting in a multi-talented file transfer server and maximum benefit for the customer.

## ■ *Product Description*

### A. Features and Benefits

♦ **Maximum security and control**

is the most important benefit of the STINGRAY file transfer server. Being the only connection module between the internal network and the external communication channels – these being separated by two network adapters with absolutely no physical interconnection – STINGRAY guarantees maximum security. What's more, the STINGRAY server is located in-house, giving companies total control over their digital data communication.
The STINGRAY server is equipped with a key lock, which provides a manual locking mechanism to prevent changes being made to the system configuration. Only when the key is switched to the programming mode can the system configuration be modified.

♦ **Universal, flexible connectivity**

is becoming more and more important with companies increasing their international activities. STINGRAY can send and receive files regardless of the type of communication (ISDN, LAN connections, DSL, cable modem, leased line, etc.) and the protocol (LEONARDO, LEONARDO over IP, EuroFile, ISDN Manager, FTP, etc.) and, as such, enables universal communication with partners all over the world. The numerous connection types and protocols supported by STINGRAY can be securely shared across the entire organisation network to make file transfer more flexible than ever before.
Available around the clock and with annoying engaged signals a thing of the past, STINGRAY provides consistent, high-performance connectivity. The benefits for both the company and it's business partners from being constantly available are significant. The resulting operating efficiencies and faster, more responsive communication enable companies to improve the service offered to its partners, which eminently leads to tighter bonds and improved business relationships.

**HERMSTEDT**
Communication Products

6

♦ **Scalable configuration**

The STINGRAY server is designed to grow with the communication demands and transfer needs of the company. Two standard configurations with either a 2 or 30 channel ISDN interface, a DSL interface and two network cards offer optimal solutions for most companies needs. The browser interface enables client usage of simple send and receive tasks within the network or alternatively for full-featured file transfer additional licenses of LEONARDO INTERNET EXPRESS or GRAND CENTRAL PRO client software can be purchased as required.

For more demanding applications, customer specific models are available upon request and more than one STINGRAY can be used together for larger network environments requiring even higher data throughput.

♦ **Seamless workflow integration**

The simple browser interface or the full-featured GRAND CENTRAL PRO client software enable STINGRAY and the file transfer process to be seamlessly integrated into the corporate network and business workflow.

For even more flexibility STINGRAY SDK (Software Development Kit) provides a programming interface enabling companies to write their own programmes and completely integrate the STINGRAY server into the existing corporate workflow. All the advantages and features of the STINGRAY server can be accessed and used, for example, from an existing database application or ERP software.

♦ **Easy to use**

The STINGRAY is a pre-configured out-of-the-box solution with no additional software needed. It is ready for immediate operation – requiring no time-consuming installation and configuration - and saves time and IT-resources both in initial set-up and on-going maintenance. The concept behind STINGRAY is to shield the users and administrator from technical complexities and minimise the need for trained IT staff. Thanks to the simple and intuitive user interface, STINGRAY can be used, configured and administered by even non-technical individuals using just a conventional browser.

♦ **Store and forward mechanism**

STINGRAY operates using a store and forward mechanism for both incoming and outgoing jobs. The internal user enters the recipient's address, selects the files to be transferred and sends the job in the normal manner. The job is subsequently transferred to the STINGRAY server upon which the task is 'accomplished' for the user. The server takes over the transmission and forwards the files to the receiving site according to priority, bandwidth availability, the recipients communication method, etc. The particular advantage of this process being that the users need not be affected by the available bandwidth and can continue working again almost immediately.

In a similar way, incoming files arrive and are stored in the first instance on the STINGRAY server. From here the files can either be forwarded on to the internal recipient directly or alternatively be stored until they are fetched accordingly.



HERMSTEDT
Communication Products

Received from < > at 7/18/02 11:31:01 AM [Eastern Daylight Time]

7

♦ **Browser interface**

Thanks to the intuitive and easy-to-use browser interface STINGRAY is truly multi-platform and can be used from any client computer in the network regardless of the operating system, be it Windows, Mac OS or even Linux. No additional software is required – any conventional browser will do – giving the added benefit that users are accustomed to the software interface.
The multilingual browser enables clients in the network to perform simple send and receive tasks, to access the central address directory and to track online the status of sent and received jobs at any time. The administration and configuration tools are also accessed using the browser interface, meaning that the administrator can modify settings or monitor activity from any workstation in the network.

♦ **Full-featured file transfer applications**

For full-featured file transfer client versions of Hermstedt's traditional file transfer software LEONARDO INTERNET EXPRESS and GRAND CENTRAL PRO can be used together with the STINGRAY server. With GRAND CENTRAL PRO, for example, users can pre-schedule jobs to be sent at a given time, automate their workflow using hot folders, send files directly out of DTP applications, and automatically send delivery notes with the job. As communication demands and/or user numbers grow, additional licenses can be added to the network at any time.

♦ **Automatic updates**

Automatic updates over the wire help simplify keeping the STINGRAY firmware and application software versions up-to-date. Hermstedt automatically informs the administrator when new releases or updates are available. Depending on the preferred method these can either be downloaded directly from the Internet or alternatively installed remotely over the wire by Hermstedt engineers – assuming of course that the key is switched to the programming mode to allow changes to the system configuration!

♦ **LSD monitoring service**

The LEONARDO SERVICE DIRECTORY (LSD) provides a monitoring service for the STINGRAY server, giving added protection against damage arising from faults or disturbances. Once activated, this service keeps the administrator informed of potential problems, for example overheating, or problems with the line, etc., before they become critical. As soon as an irregularity is detected, LSD notifies the administrator by email or SMS.

♦ **Attractive Design & Form**

With its sleek design and brushed aluminium front panel the STINGRAY looks more like a high-end stereo system than a typical server. What's more, the 2U housing is equipped for rack mounting and/or with feet for use as standalone device



HERMSTEDT
Communication Products

8

## B. Technical Specification

- ♦ **Hardware**
  - – Approved international ATX power supply with special low noise fan
  - – Micro-ATX motherboard
  - – ca. 900 MHz CPU with special low noise fan
  - – 128 MB PC-133 SD-RAM
  - – 40 - 80 GB hard disk
  - – 2 network interface cards (10/100 MBit auto-sense)
  - – Hermstedr DSL communication adapter
  - – Hermstedt ISDN communication adapter (2 channel basic rate or 30 channel primary rate interface)
  - – 1 free PCI Slot

- ♦ **Software**
  - – Linux operating system
  - – Hermstedt adapter drivers for Linux
  - – Hermstedt file transfer stacks for the various communication types (ISDN, ADSL, leased line, etc.) and protocols (Leonardo, Leonardo Over IP, EuroFile, ISDN Manager, Easy Transfer, etc.)
  - – Browser interface for administration and file transfer tasks
  - – Database to store and manage transfer and logging information and jobs
  - – STINGRAY SDK programming interface for integration into a corporate workflow



**HERMSTEDT**
Communication Products

StingRay White Paper Z v.1

## ■ *Target Markets & Applications*

The STINGRAY file transfer server addresses a variety of needs and is ideal for companies large and small

- – requiring secure peer-to-peer file transfer,
- – having need of reliable availability around the clock,
- – needing to use and make various file transfer protocols and communication technologies available for their partners,
- – having no dedicated IT personal and looking for a simple solution with no hassles

Target markets and user groups for the STINGRAY file transfer server include

- – ad agencies
- – publishing houses
- – newspapers
- – graphic designers
- – printers
- – solicitor/lawyer offices

yet many further potential applications are imaginable. For example,

- – video streaming
- – MP3 juke box in pubs and restaurants



Received from < > at 7/18/02 11:31:01 AM [Eastern Daylight Time]

JUL-18-2002  11:31          HOLLAND and KNIGHT LLP                              P.25

EXHIBIT C
(2 pgs. to follow)



StingRay™

*Transportable CDMA*
*Interrogation, Tracking*
*and Location, and*
*Signal Information*
*Collection System*

## Product Description

StingRay™ is Harris' latest offering in a long line of advanced wireless surveillance products. StingRay is a multichannel software defined radio that performs network base station surveys, Dialed Number and registration collection, mobile interrogation, and target tracking and location with Harris' Amber-Jack™ Direction-Finding Antenna. This low-power transportable surveillance system is designed with the future in mind—its .reconfigurable architecture lends itself to upgrades of new capabilities and wireless standards, while preserving the initial investment in hardware.

## Features

- Software Defined Radio (SDR) enables simultaneous monitoring of up to ███████████████ channel pairs
- Active interrogation capability emulates base station to collect MINs and ESNs through forced registration; external ██ output available for ████████ requirements
- Interfaces with AmberJack antenna to form a complete target tracking and location solution using active ████████ and ████████ techniques the target phone

- Optional ████████████████
- ████████ RF front-end provides ██████ operation in the U.S. cellular ████████ bands and is ██████████████ to support ████████████ bands
- PC-based controller running █████ provides an intuitive Graphical User interface (GUI)
- Industry-standard USB interface enables ███████████
- Supports ████████████████████████
designed for
operations

*next level solutions*

EXHIBIT C



*Wireless Products Group*

**Standards Currently Supported**

- ▪ [redacted]

**Future Standards Supported**

- ▪ Software reconfigurable architecture will allow for future software upgrades to support other wireless standards and capabilities

**Operating Bands**

- ▪ 

**Transmit Capabilities**

*(For Interrogation and Active Tracking and Location)*

- ▪ Up to ▮dBm output
- ▪ Interfaces with an [redacted]



**Compatible Accessories**

- ▪ [redacted]
- ▪ [redacted]
- ▪ [redacted]

**Interfaces**



- ▪ [redacted]

**Power**

- ▪ [redacted]

**Physical Characteristics**

- ▪ Housing: Standard aluminum case
- ▪ Wheeled transit case
  - Stows [redacted]
  - Conforms to airline carry-on weight and size limits

**PC Controller Characteristics**

- ▪ [redacted] operating system
- ▪ GUI is easily configured by user for mission scenarios
- ▪ Enables field upgrade of system firmware
- ▪ Integrated [redacted] GUI with optional [redacted]

1. Hardware is preconfigured to work in these bands. Future software upgrades will provide operation in these bands—consult Harris Wireless Products Group for availability.

Specifications are subject to change without notice.

StingRay and Amberjack are trademarks of Harris Corporation.

Windows XP is a registered trademark of Microsoft Corporation.

This product is a restricted use item and can be sold only to authorized law enforcement and government agencies. Its use shall comply with all local, state and federal statutes associated with the intercept and monitoring of oral communications. Harris Corporation assumes no liability for any misuse or improper use of the product and makes no representation as to its suitability for any specific application.

### DISTRIBUTION WARNING

This brochure may be provided only to persons eligible under 18 USC 2512 (Government law enforcement agencies or communications service providers).

This brochure may only be given to U.S. citizens, permanent residents of the U.S. (green card holders), or Canadians eligible under 22 CFR 126.3.

## HARRIS

*next level solutions*

Government Communications Systems Division | P.O. Box 37 | Melbourne, FL USA 32902-0037
1-800-358-5297 or wpg@harris.com | www.harris.com

Copyright © 2002 Harris Corporation
Printed in USA on Recyclable Paper 07/02 VPS-506690-9 d0108

## UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| **SERIAL NO.**      **APPLICANT** <br> 76/303503 Harris Corporation <br><br> **MARK** <br> STINGRAY <br><br> **ADDRESS** <br> DONALD S. SHOWALTER <br> HOLLAND & KNIGHT LLP <br> 1 E BROWARD BLVD STE 1300 <br> FORT LAUDERDALE FL 33301-1865 <br><br> **ACTION NO.** 02 <br> **MAILING DATE** 01/18/02 <br> **REF. NO.** <br><br> FORM PTO-1525 (5-90)      U.S. DEPT. OF COMM. & TM OFFICE | **PAPER NO.** <br><br> **ADDRESS:** <br> **Commissioner for Trademarks** <br> **2900 Crystal Drive** <br> **Arlington, VA 22202-3513** <br> **www.uspto.gov** <br><br> If no fees are enclosed, the address should include the words "Box Responses - No Fee." <br><br> Please provide in all correspondence: <br> 1. Filing Date, serial number, mark and Applicant's name. <br> 2. Mailing date of this Office action. <br> 3. Examining Attorney's name and Law Office number. <br> 4. Your telephone number and ZIP code. |

**A PROPER RESPONSE TO THIS OFFICE ACTION MUST BE RECEIVED WITHIN 6 MONTHS FROM THE DATE OF THIS ACTION IN ORDER TO AVOID *ABANDONMENT*.** *For your convenience and to ensure proper handling of your response, a label has been enclosed. Please attach it to the upper right corner of your response. If the label is not enclosed, print or type the Trademark Law Office No., Serial No., and Mark in the upper right corner of your response.*

RE: Serial Number: 76/303503

**Mark - STINGRAY**

The assigned examining attorney has reviewed the referenced application and determined the following.

Registration refused - likelihood of confusion

The examining attorney refuses registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d), because the applicant's mark, when used on or in connection with the identified goods, so resembles the mark in U.S. Registration No. 2120825 as to be likely to cause confusion, to cause mistake, or to deceive. TMEP section 1207. See the enclosed registration.

The examining attorney must analyze each case in two steps to determine whether there is a likelihood of confusion. First, the examining attorney must look at the marks themselves for similarities in appearance, sound, connotation and commercial impression. *In re E. I. DuPont de Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (CCPA 1973). Second, the examining attorney must compare the goods or services to determine if they are related or if the activities surrounding their marketing are such that confusion as to origin is likely. *In re August Storck KG*, 218 USPQ

76/303503                              -2-

823 (TTAB 1983); *In re International Telephone and Telegraph Corp.*, 197 USPQ 910 (TTAB 1978); *Guardian Products Co., v. Scott Paper Co.*, 200 USPQ 738 (TTAB 1978).

The applicant seeks to register STINGRAY for "electronic surveillance transceivers for tracking, locating and gathering information from cellular telephones." The registered mark is also STINGRAY. It is used on "narrow and broadband transmitters and receivers used for computer networks; and telephone sets, fax modems and transceivers."

It appears that STINGRAY is an arbitrary term with respect to transmitters and receivers. In this instance, the applicant proposes to use that arbitrary term for specialized transceivers, while the registrant already applies it to "transceivers." It is well settled that the issue of likelihood of confusion between marks must be determined on the basis of the goods or services as they are identified in the application and the registration. *Canadian Imperial Bank of Commerce v. Wells Fargo Bank*, 811 F.2d 1490, 1 USPQ2d 1813 (Fed. Cir. 1987); *Paula Payne Products Co. v. Johnson Publishing Co., Inc.*, 473 F.2d 901, 177 USPQ 76 (CCPA 1973). Since the identification of the registrant's goods is very broad, it is presumed that the registration encompasses all goods of the type described, including those in the applicant's more specific identification, that they move in all normal channels of trade and that they are available to all potential customers. *In re Elbaum*, 211 USPQ 639, 640 (TTAB 1981).

Having multiple sources for the same goods with the same mark will create a likelihood of confusion.

Although the examining attorney has refused registration, the applicant may respond to the refusal to register by submitting evidence and arguments in support of registration. If the applicant has any questions or needs assistance in responding to this Office action, please contact the assigned examining attorney.[1]

Melvin T. Axilbund
Examining Attorney, Law Office 113

---

### NOTICE CONCERNING INTERNATIONAL CLASS 42

Effective January 1, 2002, the 8th edition of the Nice Agreement governing the classification of goods and services divided prior International Class 42 into four service mark classes. Information about revised International Class 42 and new International Classes 43, 44, and 45 is available at www.uspto.gov/web/offices/tac/notices/notices.htm.

*All applications filed on or after January 1, 2002, must comply with the new classification schedule.* For applications filed *before* January 1, 2002, the new classification schedule is optional. Applicants opting to amend to the new schedule must advise the assigned examining attorney.

---

[1] Telephone – 703/308-9113, extension 196; e-mail – melvin.axilbund@uspto.gov; facsimile – 703/746-6369. In addition to traditional mail, material intended as a response to an action may be sent as a facsimile to 703/746-8113 and, if appropriate as electronic mail, to ecom113@uspto.gov.

*** User: maxilbund   *** Serial Number: 75031610   *** 10/30/01 4:35:28 PM   *

# StingRay

Mark
      STINGRAY

Pseudo Mark
      STING RAY

Goods and Services
      IC 009.  US 021 023 026 036 038.  G & S: narrow and broadband
      transmitters and receivers used for computer networks; and telephone
      sets, fax modems and transceivers

Mark Drawing Code
      (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

Serial Number
      75031610

Filing Date
      December 12, 1995

Publication for Opposition Date
      September 23, 1997

Registration Number
      2120825

Registration Date
      December 16, 1997

Owner Name and Address
      (REGISTRANT) Hermstedt GmbH CORPORATION FED REP GERMANY Carl-Reuther-Str.
      3 D-68305 Mannheim FED REP GERMANY

Section 44 Indicator
      SECT44

Priority Date
      July 21, 1995

Type of Mark
      TRADEMARK

Register
      PRINCIPAL

Live Dead Indicator
      LIVE

Attorney of Record
      Linda A. Kuczma

*** Search: 3 *** Document Number: 56 ***

```
*** User: maxilbund  ***

 #    Total   Dead    Live    Live    Status/  Search
       Marks   Marks   Viewed  Viewed  Search
                       Docs    Images  Duration

01    3252    N/A       0       0       0:01   *sting*[bi,ti]

02    7086    N/A       0       0       0:01   *ray*[bi,ti]

03     115     47      68      19       0:01   1 and 2


Session started  1/18/02 11:35:52 AM
Session finished 1/18/02 11:39:49 AM
Total search duration 0 minutes 3 seconds
Session duration 3 minutes 57 seconds

Default NEAR limit= 1 ADJ limit= 1
```

# OFFICE OF THE COMMISSIONER
# FOR TRADEMARKS

## TRAM CORRECTION FORM

| NAME: | PHONE NUMBER: |
|---|---|
| Ralph Williams | 308-8910 ext. 112 |

| SERIAL NUMBER: | TODAY'S DATE: |
|---|---|
| 76.303503 | 11-2-01 |

CHANGE OF APPLICATION FILING DATE:

Please change the filing date from  _8-22-01_  to  _8-21-01_
because:

_✓_  The Applicant has submitted mailing documents that the application
papers were deposited with the USPS by Express Mail in accordance with
Trademark Rule 1.10 on the referenced date.

___  The return postcard establishes that the Applicant submitted and the
Office acknowledged receipt of the application on the referenced date.

___  Other:  _____

_____

_____

TRAMCOR.DOC  5/9/00

```
*** User: maxilbund  ***
```

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 3194 | N/A | 0 | 0 | 0:01 | *sting*[bi,ti] |
| 02 | 7000 | N/A | 0 | 0 | 0:01 | *ray*[bi,ti] |
| 03 | 111 | 47 | 64 | 64 | 0:01 | 1 and 2 |
| 04 | 1552 | N/A | 0 | 0 | 0:01 | 010106[dc] |
| 05 | 99 | N/A | 0 | 0 | 0:01 | 241304[dc] |
| 06 | 2 | 2 | 0 | 0 | 0:01 | 1 and (4 5) |
| 07 | 1100 | N/A | 0 | 0 | 0:01 | 0319$[sd] |
| 08 | 1358505 | N/A | 0 | 0 | 0:05 | "016"[cc] |
| 09 | 67324 | N/A | 0 | 0 | 0:02 | 038[ic] |
| 10 | 433 | N/A | 0 | 0 | 0:01 | 7 and (8 9) |
| 11 | 1560690 | N/A | 0 | 0 | 0:05 | dead[ld] |
| 12 | 252 | 0 | 8 | 252 | 0:01 | 10 not 11 |

```
Session started  10/30/01 4:31:09 PM
Session finished 10/30/01 4:42:01 PM
Total search duration 0:21 minutes
Session Duration 10:52 minutes

Default NEAR limit= 1 ADJ limit= 1
```

```
*** User: maxilbund  ***
```

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | windowtalk[on] |
| 02 | 1 | 0 | 1 | 1 | 0:01 | aerostrategy[on] |
| 03 | 3 | 0 | 3 | 3 | 0:01 | "peter beaton"[on] |
| 04 | 2 | 0 | 2 | 2 | 0:01 | "mitsubishi Polyester"[on] |
| 05 | 426 | N/A | 50 | 50 | 0:04 | "harris corporation"[on] |
| 06 | 23792 | N/A | 0 | 0 | 0:02 | (*amb* or *ja*)[bi] |
| 07 | 7 | 0 | 7 | 7 | 0:01 | 5 and 6 |
| 08 | 9859 | N/A | 0 | 0 | 0:01 | (*sting* or *ray*)[bi] |
| 09 | 2 | 0 | 1 | 1 | 0:01 | 5 and 8 |
| 10 | 4008 | N/A | 0 | 0 | 0:01 | (*sword* or *fish*)[bi] |
| 11 | 4 | 0 | 2 | 2 | 0:01 | 5 and 10 |
| 12 | 10687 | N/A | 0 | 0 | 0:01 | (*syn* or *cast*)[bi] |
| 13 | 6 | 2 | 2 | 2 | 0:01 | 5 and 12 |
| 14 | 9 | 1 | 8 | 8 | 0:01 | "multiplex properties"[on] |
| 15 | 3 | 1 | 1 | 1 | 0:01 | "international intertrade"[on] |
| 16 | 27 | 8 | 19 | 19 | 0:01 | "linn products"[on] |
| 17 | 6 | 2 | 1 | 1 | 0:01 | "nautronix"[on] |
| 18 | 1 | 0 | 1 | 1 | 0:01 | "nojko"[on] |

```
Session started  10/30/01 2:51:40 PM
Session finished 10/30/01 3:04:35 PM
Total search duration 0:22 minutes
Session Duration 12:55 minutes

Default NEAR limit= 1 ADJ limit= 1
```



# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

I hereby certify that this paper or fee is being deposited with the United States Postal Service as first class mail, postage prepaid, in an envelope addressed to: Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington VA 22202-3513 on October 8, 2001.

_Lillian Pillitteri_                    10-8-2001
Lillian Pillitteri                              Date

Serial No.:       76/303,503
Filed:            August 21, 2001                      10-10-2001
Law Office:       103                        U.S. Patent & TMOfc/TM Mail Rcpt Dt. #11
Applicant:        Harris Corporation
Mark:             STINGRAY

Assistant Commissioner for Trademarks
ATTN: Pre-examination File Receipt Section
2900 Crystal Drive
Arlington VA 22202-3513

Sir:

## REQUEST FOR CORRECTED FILING RECEIPT

Applicant hereby requests a correction to the Filing Receipt mailed by the Trademark Office in connection with the above-identified trademark.

Please note that the filing date of the application should be August 21, 2001 and not August 22, 2001. A copy of the Transmittal with a proper Certificate of Mailing, Express Mail label and return postcard indicating the August 21st date are attached. Also enclosed is a copy of the Filing Receipt with the correction noted.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____
    Donald S. Showalter, Reg. No. 33,033

One East Broward Boulevard
P.O. Box 14070
Fort Lauderdale, FL 33302-4070
954-525-1000
954-468-7879 (direct dial)
FTL1 #561319 v1

**POST OFFICE TO ADDRESSEE**

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE™

*EL626297106US*

EL626297106US

Customer Copy
Label 11-F  July 1997

SEE REVERSE SIDE FOR
SERVICE GUARANTEE AND LIMITS
ON INSURANCE COVERAGE

ORIGIN (POSTAL USE ONLY)

PO Zip Code: 33500

Date In: 8/21/01

Time In: 12:00 PM

Weight: lbs. ozs.

No Delivery: Weekend / Holiday

Day of Delivery: Next / Second

Flat Rate Envelope

Postage: $

Return Receipt Fee

COD Fee   Insurance Fee

Total Postage & Fees: $ 12.45

WAIVER OF SIGNATURE

FROM: (PLEASE PRINT)
HOLLAND & KNIGHT LLP
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE     FL 33301-1804
Donald S. Showalter

621020-1269

TO: (PLEASE PRINT)
Box NEW APP FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia   22202-3513

PRESS HARD.   FOR PICKUP OR TRACKING CALL 1-800-222-1811   WWW.USPS.GOV   EMS

---

Please place your official date stamp on this card and return it to
constitute acknowledgment of receipt by your office on the date
stamped.

EXPRESS MAIL LABLE NO.:   EL626297

Mark:       STINGRAY
Class:      009
Applicant:  Harris Corp.

08-22-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt #11

1 Cover Sheet (dupl.)
Use Application w/Drawing

**76303503**

Date_____8/21/01_____

Docket No. __T589-1269__

**Holland and Knight**
PATENT & TRADEMARK DEPT.

**POST OFFICE TO ADDRESSEE**

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE™

EL626297106US

*EL626297106US*

| ORIGIN (POSTAL USE ONLY) | | | DELIVERY (POSTAL USE ONLY) | | |
|---|---|---|---|---|---|
| PO ZIP Code | Day of Delivery | Flat Rate Envelope | Delivery Attempt | Time | Employee Signature |
| | □ Next □ Second | | Mo. Day | □ AM □ PM | |
| Date In | | Postage | Delivery Attempt | Time | Employee Signature |
| | □ 12 Noon □ 3 PM | $ | Mo. Day | □ AM □ PM | |
| Time In | Military | Return Receipt Fee | Delivery Date | Time | Employee Signature |
| □ AM □ PM | □ 2nd Day □ 3rd Day | | Mo. Day | □ AM □ PM | |
| Weight | Int'l Alpha Country Code | COD Fee  Insurance Fee | Signature of Addressee or Agent | | |
| ____ lbs. ____ ozs. | | | X | | |
| No Delivery | Acceptance Clerk Initials | Total Postage & Fees | Name - Please Print | | |
| □ Weekend □ Holiday | | $ | X | | |

CUSTOMER USE ONLY
METHOD OF PAYMENT:

Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

□ WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY   □ Weekend   □ Holiday

FROM: (PLEASE PRINT)   PHONE (   )

HOLLAND & KNIGHT LLP
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE   FL 33301-1804

TO: (PLEASE PRINT)   PHONE (   )

Customer Signature

PRESS HARD.
You are making 3 copies.   FOR PICKUP OR TRACKING CALL 1-800-222-1811   www.usps.gov   EMS

Mailing Label
Label 11-F  July 1997

---

Please place your official date stamp on this card and return it to
constitute acknowledgment of receipt by your office on the date
stamped.

EXPRESS MAIL LABLE NO.:  EL626297106US

Mark:       STINGRAY
Class:      009
Applicant:  Harris Corp.

Enclosures:   Transmittal Cover Sheet (dupl.)
              Intent to Use Application w/Drawing

DOCKET
8/21/01

Attorney ___DSS___        Docket No. ___T589-1269___

Date ___8/21/01___        **Holland and Knight**
                          PATENT & TRADEMARK DEPT.

*TRADEMARK*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: August 21, 2001

Sir:

Transmitted herewith is an application for registration of:

| | |
|---|---|
| Mark: | STINGRAY |
| In International Class(es): | 009 |
| On Behalf of Applicant: | Harris Corporation |

Applicant is a:

_____       citizen of _____.

_____       partnership of _____.

\_\_X\_\_       corporation of \_\_\_Delaware_____.

Attached hereto are:

\_XX\_\_ one executed application.

\_XX\_\_ one drawing (\_\_\_ *formal*, \_X\_\_ *informal*).

_____Three specimens for each International Class.

\_XX\_\_ Intent to Use Application - no specimens attached.

_____A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class. The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

\_XX\_\_ The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870. The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

——   A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

_XX_   An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

---

**CERTIFICATION UNDER 37 C.F.R. 1.10**

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on August 21, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL626297106US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

Francine A. Nienow
typed or printed name of person mailing correspondence

FTL1 #543891 v12

2

FILING RECEIPT FOR TRADEMARK APPLICATION 

Page 01 of 01

Sep 14, 2001

Receipt on the DATE OF FILING of the application for registration and filing fees is acknowledged for the mark identified below. The DATE OF FILING is contingent upon the collection of any payment made by check or draft. Your application will be considered in the order in which it was received and you will be notified as to the examination thereof. Action on the merits should be expected from the Patent and Trademark Office in approximately 06 months from the filing date. When inquiring about this application, include the SERIAL NUMBER, DATE OF FILING, OWNER NAME, and MARK.

DONALD S. SHOWALTER
HOLLAND & KNIGHT LLP
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE FL 33301-1865

DOCKET
9/24/01

**ATTORNEY
REFERENCE NUMBER**

01269 (T589)

## PLEASE REVIEW THE ACCURACY OF THE FILING RECEIPT DATA.

A request for correction to the filing receipt should be submitted within 30 days to the following address: ASSISTANT COMMISSIONER FOR TRADEMARKS, 2900 CRYSTAL DRIVE, ARLINGTON, VIRGINIA 22202-3513. The correspondence should be marked to the attention of the Preexamination File Receipt Section. Or fax a request to 703-308-9096. The Patent and Trademark Office will review the request and make corrections when appropriate.

```
SERIAL NUMBER: 76/303503
FILING DATE:   Aug 22, 2001        August 21, 2001
REGISTER:      Principal
LAW OFFICE:    103
MARK:          STINGRAY
MARK TYPE(S):  Trademark
DRAWING TYPE:  Words, letters, or numbers in typed form
FILING BASIS:  Sect. 1(b) (Intent to Use)
```

ATTORNEY: Donald S. Showalter

OWNER: Harris Corporation (DELAWARE, Corporation)
       1025 West NASA Boulevard
       Melbourne, FLORIDA  32919

FOR: Electronic surveillance transceivers for tracking, locating and gathering
     information from cellular telephones
     INT. CLASS: 009

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED


RECEIVED
SEP 2 4 2001

TMPRF2 (REV 2/00)        ADDITIONAL INFORMATION MAY BE PRESENT IN THE PTO RECORDS

Rec'd KA

**08-22-2001**

U.S. Patent & TMOfc/TM Mall Rcpt Dt. #11

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919

For:        Electronic surveillance transceivers for tracking, locating and
            gathering information from cellular telephones

Int. Class:  009

# STINGRAY



**76303503**

**76303503**

TRADEMARK APPLICATION SERIAL NO.

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

08/27/2001 SWILSON 00000206 000070  76303503

01 FC:361        325.00 CH

PTO-1555
(5/87)

*U.S. Government Printing Office: 2000 — 466-232/29119

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: August 21, 2001

Sir:

Transmitted herewith is an application for registration of:

Mark:                                STINGRAY

In International Class(es):          009

On Behalf of Applicant:             Harris Corporation

Applicant is a:

\_\_\_\_        citizen of _____.

\_\_\_\_        partnership of _____.

 X          corporation of  Delaware_____.

Attached hereto are:

 XX   one executed application.

 XX   one drawing (\_\_\_ *formal*,  X  *informal*).

_____Three specimens for each International Class.

 XX   Intent to Use Application - no specimens attached.

_____A check in the amount of $325.00 to cover the U.S. Government Fee of
$325.00 for each Int. Class. The Commissioner is hereby authorized to
charge any underpayment of fees associated with this communication
or credit any overpayment to Deposit Account No. 08-0870. A
duplicate copy of this sheet is attached.

 XX   The Commissioner is hereby authorized to charge the filing fee of
$325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870.
The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870.   A duplicate copy of this sheet is attached.

—         A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

XX         An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

---

CERTIFICATION UNDER 37 C.F.R. 1.10

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on August 21, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL62629710 6US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

_____
Francine A. Nienow
typed or printed name of person mailing correspondence

---

FTL1 #543891 v12

2

EL626297106US

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark:  STINGRAY

International Class: 009

To the Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

Harris Corporation (Applicant"), a Delaware corporation, located and doing business at 1025 West NASA Boulevard, Melbourne, Florida 32919.

Applicant requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance transceivers for tracking, locating and gathering information from cellular telephones in International Class 009.

Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods, pursuant to 15 U.S.C. §1051(b) as amended, by applying the mark to the goods and/or on the packaging for the goods.

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the Applicant; he believes the Applicant to be the owner of the mark sought to be registered, or, if

the application is being filed under 15 U.S.C. 1051(b), he believes Applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true and that all statements made on information and belief are believed to be true.

The undersigned hereby appoints Donald S. Showalter (R. No. 33,033); Thomas L. Kautz (R. No. 28,726); Leslie J. Hart (R. No. 26,462); Harry M. Fleck (R. No. 24,704) and Michael S. Yatsko (R. No. 28,135), its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark office connected therewith. Please direct all telephone calls and correspondence to:

Donald S. Showalter, Esquire
Holland & Knight LLP
One East Broward Boulevard, Suite 1300
Fort  Lauderdale, Florida  33301
Phone (954) 468-7879
Fax:  (954) 463-2030
E-mail:  dshowalt@hklaw.com

HARRIS CORPORATION

By _Michael S. Yatsko_____
Michael S. Yatsko, Esquire
Sr. Intellectual Property Counsel

Date_8/14/01_____

FTL1 #554328 v2

2

**08-22-2001**

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #11

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919

For:    Electronic surveillance transceivers for tracking, locating and
gathering information from cellular telephones

Int. Class:  009

# STINGRAY



**76303503**

3

EL626297106US

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark:  STINGRAY

International Class: 009

To the Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

Harris Corporation (Applicant"), a Delaware corporation, located and doing business at 1025 West NASA Boulevard, Melbourne, Florida  32919.

Applicant requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance transceivers for tracking, locating and gathering information from cellular telephones in International Class 009.

Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods, pursuant to 15 U.S.C. §1051(b) as amended, by applying the mark to the goods and/or on the packaging for the goods.

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the Applicant; he believes the Applicant to be the owner of the mark sought to be registered, or, if

the application is being filed under 15 U.S.C. 1051(b), he believes Applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true and that all statements made on information and belief are believed to be true.

The undersigned hereby appoints Donald S. Showalter (R. No. 33,033); Thomas L. Kautz (R. No. 28,726); Leslie J. Hart (R. No. 26,462); Harry M. Fleck (R. No. 24,704) and Michael S. Yatsko (R. No. 28,135), its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark office connected therewith.  Please direct all telephone calls and correspondence to:

Donald S. Showalter, Esquire
Holland & Knight LLP
One East Broward Boulevard, Suite 1300
Fort  Lauderdale, Florida  33301
Phone (954) 468-7879
Fax:  (954) 463-2030
E-mail:  dshowalt@hklaw.com

HARRIS CORPORATION

By _Michael S. Yatsko_

Michael S. Yatsko, Esquire
Sr. Intellectual Property Counsel

Date __8/14/01__

FTL1 #554328 v2

2

*TRADEMARK*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: August 21, 2001

Sir:

Transmitted herewith is an application for registration of:

|  |  |
|---|---|
| Mark: | STINGRAY |
| In International Class(es): | 009 |
| On Behalf of Applicant: | Harris Corporation |

Applicant is a:

_____ citizen of _____.

_____ partnership of _____.

__X__ corporation of ___Delaware___.

Attached hereto are:

__XX__ one executed application.

__XX__ one drawing (___ *formal*, __X__ *informal*).

_____ Three specimens for each International Class.

__XX__ Intent to Use Application - no specimens attached.

_____ A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class. The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

__XX__ The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870. The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

____    A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

__XX__    An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

**CERTIFICATION UNDER 37 C.F.R. 1.10**

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on August 21, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL626297106US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

_____
Francine A. Nienow
typed or printed name of person mailing correspondence

FTL1 #543891 v12

2

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870.   A duplicate copy of this sheet is attached.

— A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

XX      An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

CERTIFICATION UNDER 37 C.F.R. 1.10

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on August 21, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL626297106US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

Francine A. Nienow
_____
typed or printed name of person mailing correspondence

FTL1 #543891 v12

2

# 76303503

TRADEMARK APPLICATION SERIAL NO.

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

06/27/2001 SWILSON  00000206 000070  76303503

01 FC:361       325.00 CH

PTO-1555
(5/87)

*U.S. Government Printing Office: 2000 — 466-232/29119



**08-22-2001**

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #11

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida 32919

FILING DATE CHANGED
TO: _____ 8/2/01
BY OFFICE OF THE COMMISSIONER
FOR TRADEMARKS
APPROVED BY: _____ R.W.

For:     Electronic surveillance transceivers for tracking, locating and
         gathering information from cellular telephones

Int. Class: 009

# STINGRAY

PUBLISHED
10/22/02



**76303503**

3