# ATTACHMENT 06

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR  SUMMARY
JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 06:   United States Patent and Trademark Office, *Trademark Reg. No.
3,499,993 [StingRay II]* (registered Sep. 9, 2008).

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 3499993 |
| **REGISTRATION DATE** | 09/09/2008 |
| **SERIAL NUMBER** | 77316689 |
| **MARK SECTION** | |
| MARK | STINGRAY II (stylized and/or with design) |
| **ATTORNEY SECTION (current)** | |
| NAME | Donald S. Showalter |
| FIRM NAME | GRAYROBINSON, PA |
| STREET | PO BOX 2328 |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33303-2328 |
| COUNTRY | United States |
| PHONE | (954) 761-7473 |
| FAX | (954) 761-8112 |
| DOCKET/REFERENCE NUMBER | 621020.1728 |
| **ATTORNEY SECTION (proposed)** | |
| NAME | Donald S. Showalter |
| FIRM NAME | GRAYROBINSON, PA |
| STREET | PO BOX 2328 |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33303-2328 |

| COUNTRY | United States |
|---|---|
| PHONE | (954) 761-7473 |
| FAX | (954) 761-8112 |
| EMAIL | don.showalter@gray-robinson.com |
| DOCKET/REFERENCE NUMBER | 621020.1728 |
| OTHER APPOINTED ATTORNEY | Thomas L. Kautz |

## CORRESPONDENCE SECTION (current)

| NAME | DONALD S. SHOWALTER |
|---|---|
| FIRM NAME | GRAYROBINSON, PA |
| STREET | PO BOX 2328 |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33303-2328 |
| COUNTRY | United States |
| PHONE | (954) 761-7473 |
| FAX | (954) 761-8112 |
| DOCKET/REFERENCE NUMBER | 621020.1728 |

## CORRESPONDENCE SECTION (proposed)

| NAME | DONALD S. SHOWALTER |
|---|---|
| FIRM NAME | GRAYROBINSON, PA |
| STREET | PO BOX 2328 |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33303-2328 |
| COUNTRY | United States |
| PHONE | (954) 761-7473 |
| FAX | (954) 761-8112 |
| EMAIL | don.showalter@gray-robinson.com |
| DOCKET/REFERENCE NUMBER | 621020.1728 |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 009 |
|---|---|

| | |
|---|---|
| **GOODS OR SERVICES** | Multi-channel, software-defined, two-way electronic surveillance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular phones |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT16\IMAGEOUT 16\773\166\77316689\xml1\ 8150002.JPG |
| **SPECIMEN DESCRIPTION** | Digital image showing the mark affixed to the goods. |

## OWNER SECTION (current)

| | |
|---|---|
| **NAME** | Harris Corporation |
| **STREET** | 1025 West NASA Boulevard |
| **CITY** | Melbourne |
| **STATE** | Florida |
| **ZIP/POSTAL CODE** | 32919 |
| **COUNTRY** | United States |

## LEGAL ENTITY SECTION (current)

| | |
|---|---|
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Delaware |

## PAYMENT SECTION

| | |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **NUMBER OF CLASSES PAID** | 1 |
| **SUBTOTAL AMOUNT** | 300 |
| **TOTAL FEE PAID** | 300 |

## SIGNATURE SECTION

| | |
|---|---|
| **SIGNATURE** | /Ronald S. Blum II/ |
| **SIGNATORY'S NAME** | Ronald S. Blum II |
| **SIGNATORY'S POSITION** | Managing Counsel, IP |
| **DATE SIGNED** | 05/13/2014 |
| **PAYMENT METHOD** | DA |

## FILING INFORMATION

| | |
|---|---|
| **SUBMIT DATE** | Tue May 13 10:35:45 EDT 2014 |
| | USPTO/S08N15-162.252.125. |



**TEAS STAMP**

185-20140513103545156179-
3499993-500bb493ffdd047aa
e1d8f5a449d1fa4a90a26f1e4
69c35f8ebba276f64fffedb60
-DA-11353-201405131009358
90192

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

## Combined Declaration of Use and Incontestability under Sections 8 & 15
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 3499993
**REGISTRATION DATE:** 09/09/2008

**MARK:** (Stylized and/or with Design, STINGRAY II)

The owner, Harris Corporation, a corporation of Delaware, having an address of
    1025 West NASA Boulevard
    Melbourne, Florida 32919
    United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 009, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class: Multi-channel, software-defined, two-way electronic surveillance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular phones; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Digital image showing the mark affixed to the goods..
Specimen File1
The registrant's current Attorney Information: Donald S. Showalter of  GRAYROBINSON, PA
    PO BOX 2328
    FORT LAUDERDALE, Florida (FL) 33303-2328
    United States
The docket/reference number is 621020.1728.

The registrant's proposed Attorney Information: Donald S. Showalter of  GRAYROBINSON, PA
    PO BOX 2328
    FORT LAUDERDALE, Florida (FL) 33303-2328
    United States
The docket/reference number is 621020.1728.
The Other Appointed Attorney(s): Thomas L. Kautz.

The phone number is (954) 761-7473.

The fax number is (954) 761-8112.

The email address is don.showalter@gray-robinson.com.
The registrant's current Correspondence Information: DONALD S. SHOWALTER of
GRAYROBINSON, PA
    PO BOX 2328
    FORT LAUDERDALE, Florida (FL) 33303-2328
    United States
The docket/reference number is 621020.1728.

The registrant's proposed Correspondence Information: DONALD S. SHOWALTER of
GRAYROBINSON, PA
    PO BOX 2328
    FORT LAUDERDALE, Florida (FL) 33303-2328
    United States
The docket/reference number is 621020.1728.

The phone number is (954) 761-7473.

The fax number is (954) 761-8112.

The email address is don.showalter@gray-robinson.com.

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1
class(es), plus any additional grace period fee, if necessary.

### Declaration

*The mark is in use in commerce on or in connection with the goods/services identified above, as evidenced
by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use
in commerce for five consecutive years after the date of registration, or the date of publication under 15
U.S.C. Section 1062(c), and is still in use in commerce on or in connection with all goods/services listed in
the existing registration. There has been no final decision adverse to the owner's claim of ownership of
such mark for such goods/services, or to the owner's right to register the same or to keep the same on the
register; and there is no proceeding involving said rights pending and not disposed of either in the United
States Patent and Trademark Office or in a court.*

The signatory being warned that willful false statements and the like are punishable by fine or
imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like
may jeopardize the validity of this submission, declares that all statements made of his/her own knowledge
are true and all statements made on information and belief are believed to be true.


Signature: /Ronald S. Blum II/     Date: 05/13/2014
Signatory's Name: Ronald S. Blum II
Signatory's Position: Managing Counsel, IP

Mailing Address (**current**):

GRAYROBINSON, PA
PO BOX 2328
FORT LAUDERDALE, Florida 33303-2328

Mailing Address **(proposed):**
  GRAYROBINSON, PA
  PO BOX 2328
  FORT LAUDERDALE, Florida 33303-2328

Serial Number: 77316689
Internet Transmission Date: Tue May 13 10:35:45 EDT 2014
TEAS Stamp: USPTO/S08N15-162.252.125.185-20140513103
545156179-3499993-500bb493ffdd047aae1d8f
5a449d1fa4a90a26f1e469c35f8ebba276f64fff
edb60-DA-11353-20140513100935890192



**ROUTING SHEET TO POST REGISTRATION (PRU)**     **Registration Number:**   3499993



**Serial Number:**   77316689

**RAM Sale Number:  3499993**



**RAM Accounting Date:  20140513**

**Total Fees:**      $300

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20140513 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20140513 | $200 | 1 | 1 | $200 |

Physical Location:     - UNKNOWN

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20140513





Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 3,499,993

Registered Sep. 9, 2008

## TRADEMARK
### PRINCIPAL REGISTER



HARRIS CORPORATION (DELAWARE COR-
  PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

FOR: MULTI-CHANNEL, SOFTWARE-DEFINED,
TWO-WAY ELECTRONIC SURVEILLANCE
RADIOS FOR AUTHORIZED LAW ENFORCE-
MENT AND GOVERNMENT AGENCIES FOR IN-
TERROGATING, LOCATING, TRACKING AND
GATHERING INFORMATION FROM CELLULAR
PHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-17-2008; IN COMMERCE 7-17-2008.

OWNER OF U.S. REG. NO. 2,762,468.

THE MARK CONSISTS OF THE WORD "STIN-
GRAY" FOLLOWED BY THE ROMAN NUMERAL
"II" AND A DESIGN OF A "STINGRAY".

SN 77-316,689, FILED 10-30-2007.

ANDREA K. NADELMAN, EXAMINING ATTOR-
NEY

Side - 1



**NOTICE OF ACCEPTANCE OF SOU**
**MAILING DATE: Aug 6, 2008**

The statement of use (SOU) filed for the trademark application identified below has been accepted.  This acceptance means that the mark identified below is entitled to be registered.  Accordingly, the registration will issue in due course barring any extraordinary circumstances.

For further information, visit our website at: http://www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**SERIAL NUMBER:**   77316689
**MARK:**                       STINGRAY II
**OWNER:**                    Harris Corporation

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

DONALD S. SHOWALTER
GRAYROBINSON, PA
PO BOX 2328
FORT LAUDERDALE, FL   33303-2328

## Trademark Snap Shot Publication & Issue Review Stylesheet
(Table presents the data on Publication & Issue Review Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77316689 | FILING DATE | 10/30/2007 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | NADELMAN, ANDREA KOYNE | L.O. ASSIGNED | 110 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 08/06/2008 |
| PUB DATE | 04/15/2008 |
| STATUS | 819-SU - REGISTRATION REVIEW COMPLETE |
| STATUS DATE | 08/05/2008 |
| LITERAL MARK ELEMENT | STINGRAY II |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | STINGRAY II |

| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 20-OWNER AT PUBLICATION |
|---|---|
| NAME | Harris Corporation |
| ADDRESS | 1025 West NASA Boulevard<br>Melbourne, FL 32919 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Multi-channel, software-defined, two-way electronic surveillance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular phones |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | 07/17/2008 | FIRST USE IN COMMERCE DATE | 07/17/2008 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the word "Stingray" followed by the Roman Numeral "II" and a design of a "stingray". |
| PSEUDO MARK | STINGRAY TWO |
| OWNER OF US REG NOS | 2762468 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 08/05/2008 | REGV | O | LAW OFFICE REGISTRATION REVIEW COMPLETED | 015 |
| 07/30/2008 | CNPR | P | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | 014 |
| 07/30/2008 | SUPC | I | STATEMENT OF USE PROCESSING COMPLETE | 013 |
| 07/18/2008 | IUAF | S | USE AMENDMENT FILED | 012 |

| 07/30/2008 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 011 |
| 07/18/2008 | EISU | I | TEAS STATEMENT OF USE RECEIVED | 010 |
| 07/08/2008 | NOAM | O | NOTICE OF ALLOWANCE-MAILED | 009 |
| 04/15/2008 | PUBO | A | PUBLISHED FOR OPPOSITION | 008 |
| 03/26/2008 | NPUB | O | NOTICE OF PUBLICATION | 007 |
| 03/10/2008 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 006 |
| 03/08/2008 | ALIE | A | ASSIGNED TO LIE | 005 |
| 02/13/2008 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 004 |
| 02/12/2008 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 11/03/2007 | MDSM | O | NOTICE OF DESIGN SEARCH CODE AND PSEUDO MARK MAILED | 002 |
| 11/02/2007 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Donald S. Showalter |
| CORRESPONDENCE ADDRESS | DONALD S. SHOWALTER<br>GRAYROBINSON, PA<br>PO BOX 2328<br>FORT LAUDERDALE, FL 33303-2328 |
| DOMESTIC REPRESENTATIVE | NONE |

## PRIOR OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Harris Corporation |
| ADDRESS | 1025 West NASA Boulevard<br>Melbourne, FL 32919 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |



## Trademark Snap Shot ITU Unit Action
### (Table presents the data on ITU Unit Action)

### OVERVIEW

| SERIAL NUMBER | 77316689 | FILING DATE | 10/30/2007 |
|---|---|---|---|
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | NADELMAN, ANDREA KOYNE | L.O. ASSIGNED | 110 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 07/31/2008 |
| PUB DATE | 04/15/2008 |
| STATUS | 818-SU - STATEMENT OF USE ACCEPTED - APPROVED FOR REGISTRATION |
| STATUS DATE | 07/30/2008 |
| LITERAL MARK ELEMENT | STINGRAY II |

| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
|---|---|---|---|
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | STINGRAY II |

| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 20-OWNER AT PUBLICATION |
|---|---|
| NAME | Harris Corporation |
| ADDRESS | 1025 West NASA Boulevard<br>Melbourne, FL 32919 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Multi-channel, software-defined, two-way electronic surveillance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular phones |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | 07/17/2008 | FIRST USE IN COMMERCE DATE | 07/17/2008 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the word "Stingray" followed by the Roman Numeral "II" and a design of a "stingray". |
| PSEUDO MARK | STINGRAY TWO |
| OWNER OF US REG NOS | 2762468 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 07/30/2008 | CNPR | P | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | 014 |
| 07/30/2008 | SUPC | I | STATEMENT OF USE PROCESSING COMPLETE | 013 |
| 07/18/2008 | IUAF | S | USE AMENDMENT FILED | 012 |
| 07/30/2008 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 011 |

| 07/18/2008 | EISU | I | TEAS STATEMENT OF USE RECEIVED | 010 |
| 07/08/2008 | NOAM | O | NOTICE OF ALLOWANCE-MAILED | 009 |
| 04/15/2008 | PUBO | A | PUBLISHED FOR OPPOSITION | 008 |
| 03/26/2008 | NPUB | O | NOTICE OF PUBLICATION | 007 |
| 03/10/2008 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 006 |
| 03/08/2008 | ALIE | A | ASSIGNED TO LIE | 005 |
| 02/13/2008 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 004 |
| 02/12/2008 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 11/03/2007 | MDSM | O | NOTICE OF DESIGN SEARCH CODE AND PSEUDO MARK MAILED | 002 |
| 11/02/2007 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Donald S. Showalter |
| CORRESPONDENCE ADDRESS | DONALD S. SHOWALTER<br>GRAYROBINSON, PA<br>PO BOX 2328<br>FORT LAUDERDALE, FL 33303-2328 |
| DOMESTIC REPRESENTATIVE | NONE |

## PRIOR OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Harris Corporation |
| ADDRESS | 1025 West NASA Boulevard<br>Melbourne, FL 32919 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |



## Trademark Snap Shot Publication Stylesheet
### (Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77316689 | FILING DATE | 10/30/2007 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | NADELMAN, ANDREA KOYNE | L.O. ASSIGNED | 110 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 07/31/2008 |
| PUB DATE | 04/15/2008 |
| STATUS | 818-SU - STATEMENT OF USE ACCEPTED - APPROVED FOR REGISTRATION |
| STATUS DATE | 07/30/2008 |
| LITERAL MARK ELEMENT | STINGRAY II |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | STINGRAY II |

| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
| --- | --- |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 20-OWNER AT PUBLICATION |
| --- | --- |
| NAME | Harris Corporation |
| ADDRESS | 1025 West NASA Boulevard<br>Melbourne, FL 32919 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
| --- | --- |
| DESCRIPTION TEXT | Multi-channel, software-defined, two-way electronic surveillance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular phones |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | 07/17/2008 | FIRST USE IN COMMERCE DATE | 07/17/2008 | CLASS STATUS | 6-ACTIVE |
| --- | --- | --- | --- | --- | --- | --- | --- |

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
| --- | --- |
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the word "Stingray" followed by the Roman Numeral "II" and a design of a "stingray". |
| PSEUDO MARK | STINGRAY TWO |
| OWNER OF US REG NOS | 2762468 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
| --- | --- | --- | --- | --- |
| 07/30/2008 | CNPR | P | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | 014 |
| 07/30/2008 | SUPC | I | STATEMENT OF USE PROCESSING COMPLETE | 013 |
| 07/18/2008 | IUAF | S | USE AMENDMENT FILED | 012 |
| 07/30/2008 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 011 |

| 07/18/2008 | EISU | I | TEAS STATEMENT OF USE RECEIVED | 010 |
| 07/08/2008 | NOAM | O | NOTICE OF ALLOWANCE-MAILED | 009 |
| 04/15/2008 | PUBO | A | PUBLISHED FOR OPPOSITION | 008 |
| 03/26/2008 | NPUB | O | NOTICE OF PUBLICATION | 007 |
| 03/10/2008 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 006 |
| 03/08/2008 | ALIE | A | ASSIGNED TO LIE | 005 |
| 02/13/2008 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 004 |
| 02/12/2008 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 11/03/2007 | MDSM | O | NOTICE OF DESIGN SEARCH CODE AND PSEUDO MARK MAILED | 002 |
| 11/02/2007 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Donald S. Showalter |
| CORRESPONDENCE ADDRESS | DONALD S. SHOWALTER<br>GRAYROBINSON, PA<br>PO BOX 2328<br>FORT LAUDERDALE, FL 33303-2328 |
| DOMESTIC REPRESENTATIVE | NONE |

## PRIOR OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Harris Corporation |
| ADDRESS | 1025 West NASA Boulevard<br>Melbourne, FL 32919 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |





PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 09/30/2011)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77316689 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 110 |
| **NOTICE OF ALLOWANCE** | YES |
| **EXTENSION OF USE** | NO |
| **REQUEST TO DIVIDE** | NO |
| **MARK SECTION** | |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **OWNER SECTION (no change)** | |
| **ATTORNEY SECTION (no change)** | |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 009 |
| **CURRENT IDENTIFICATION** | Multi-channel, software-defined, two-way electronic surveillance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular phones |
| **GOODS AND/OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 07/17/2008 |
| **FIRST USE IN COMMERCE DATE** | 07/17/2008 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT2\IMAGEOUT2 \773\166\77316689\xml2\SO U0002.JPG |
| **SPECIMEN DESCRIPTION** | digital image showing the mark as used on the goods |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 1 |

| SUBTOTAL AMOUNT | 100 |
|---|---|
| TOTAL AMOUNT | 100 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Ronald S. Blum II/ |
| SIGNATORY'S NAME | Ronald S. Blum II |
| SIGNATORY'S POSITION | Counsel, Intellectual Property |
| DATE SIGNED | 07/18/2008 |
| **FILING INFORMATION** | |
| SUBMIT DATE | Fri Jul 18 11:18:08 EDT 2008 |
| TEAS STAMP | USPTO/SOU-209.36.59.1-200 8071811808024433-7731668 9-40090e2ad863d44a4ce7c98 ae866f319b73-DA-6835-2008 0718105257734859 |

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 09/30/2011)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** STINGRAY II (stylized and/or with design)
**SERIAL NUMBER:** 77316689

This Allegation of Use is being filed after a Notice of Allowance has issued.

The applicant, Harris Corporation, having an address of 1025 West NASA Boulevard, Melbourne, Florida United States 32919, is using or is using through a related company or licensee the mark in commerce on or in connection with the goods and/or services as follows:

For International Class 009:
Current identification: Multi-channel, software-defined, two-way electronic survelliance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular phones

The applicant, or the applicant's related company or licensee, is using the mark in commerce on or in connection with all goods and/or services listed in the application or Notice of Allowance or as subsequently modified.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 07/17/2008, and first used in commerce at least as early as 07/17/2008, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) digital image showing the mark as used on the goods.
Specimen File1

The applicant hereby appoints Donald S. Showalter of  GRAYROBINSON, PA, PO BOX 2328, FORT LAUDERDALE, Florida United States 33303-2328 to submit this Trademark/Service Mark Statement of Use on behalf of the applicant. The attorney docket/reference number is 621020.1728.

A fee payment in the amount of $100 will be submitted with the form, representing payment for 1 class.

## Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Ronald S. Blum II/    Date Signed: 07/18/2008
Signatory's Name: Ronald S. Blum II
Signatory's Position: Counsel, Intellectual Property

Mailing Address:
  GRAYROBINSON, PA

  PO BOX 2328
  FORT LAUDERDALE, Florida 33303-2328

RAM Sale Number: 6835
RAM Accounting Date: 07/18/2008

Serial Number: 77316689
Internet Transmission Date: Fri Jul 18 11:18:08 EDT 2008
TEAS Stamp: USPTO/SOU-209.36.59.1-200807181118080244
33-77316689-40090e2ad863d44a4ce7c98ae866
f319b73-DA-6835-20080718105257734859



**FEE RECORD SHEET**

**Serial Number:** 77316689

**RAM Sale Number:** 6835

**RAM Accounting Date:** 20080718

**Total Fees:** $100

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20080718 | $100 | 1 | $100 |

**Transaction Date:** 20080718



## U.S. Patent and Trademark Office (USPTO)

# NOTICE OF ALLOWANCE

NOTE:  If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 571-273-9550.  Please include the serial number of your application on ALL correspondence with the USPTO.

**ISSUE DATE:** Jul 8, 2008

DONALD S. SHOWALTER
GRAYROBINSON, PA
PO BOX 2328
FORT LAUDERDALE, FL 33303-2328

ATTORNEY
REFERENCE NUMBER

621020.1728

---

### ** IMPORTANT INFORMATION:  6 MONTH DEADLINE **

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce.  You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark.  You have six (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of use ("Extension Request").  If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed.  Applicant may file a total of five (5) extension requests.  FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE <u>ABANDONMENT</u> OF YOUR APPLICATION.

Please note that both the "Statement of Use " and "Extension Request" have many legal requirements including fees.  Therefore, we encourage use of the USPTO forms, available online at http://www.uspto.gov/teas/index.html (under "File a PRE-registration form"), to avoid the possible omission of important information.  Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online.  If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

---

### The following information should be reviewed for accuracy:

SERIAL NUMBER:          77/316689
MARK:                   STINGRAY II (AND DESIGN)
OWNER:                  Harris Corporation
                        1025 West NASA Boulevard
                        Melbourne , FLORIDA  32919

Section 1(a): NO                Section 1(b): YES          Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

009 -   Multi-channel, software-defined, two-way electronic survelliance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular phones -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

**ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS**

Side - 1



## NOTICE OF PUBLICATION UNDER §12(a)
### MAILING DATE: Mar 26, 2008
### PUBLICATION DATE:  Apr 15, 2008

The mark identified below will be published in the Official Gazette on Apr 15, 2008.  Any party who believes they will be damaged by registration of the mark may oppose its registration by filing an opposition to registration or a request to extend the time to oppose within thirty (30) days from the publication date on this notice.  If no opposition is filed within the time specified by law, the USPTO may issue a Notice of Allowance.

To view the Official Gazette online or to order a paper copy, visit the USPTO website at http://www.uspto.gov/web/trademarks/tmog/ any time within the five-week period after the date of publication.  You may also order a printed version from the U.S. Government Printing Office (GPO) at http://bookstore.gpo.gov or 202-512-1800.  To check the status of your application, go to http://tarr.uspto.gov/.

**SERIAL NUMBER:**   77316689
**MARK:**          **STINGRAY II**
**OWNER:**         **Harris Corporation**

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

DONALD S. SHOWALTER
GRAYROBINSON, PA
PO BOX 2328
FORT LAUDERDALE, FL   33303-2328

# Trademark Snap Shot Publication & Issue Review Stylesheet
(Table presents the data on Publication & Issue Review Complete)

## OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77316689 | FILING DATE | 10/30/2007 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | NADELMAN, ANDREA KOYNE | L.O. ASSIGNED | 110 |

## PUB INFORMATION

| | |
|---|---|
| RUN DATE | 03/11/2008 |
| PUB DATE | 04/15/2008 |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 03/10/2008 |
| LITERAL MARK ELEMENT | STINGRAY II |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | STINGRAY II |

| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Harris Corporation |
| ADDRESS | 1025 West NASA Boulevard<br>Melbourne, FL 32919 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Multi-channel, software-defined, two-way electronic surveillance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular phones |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the word "Stingray" followed by the Roman Numeral "II" and a design of a "stingray". |
| PSEUDO MARK | STINGRAY TWO |
| OWNER OF US REG NOS | 2762468 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 03/10/2008 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 006 |
| 03/08/2008 | ALIE | A | ASSIGNED TO LIE | 005 |
| 02/13/2008 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 004 |
| 02/12/2008 | DOCK | D | ASSIGNED TO EXAMINER | 003 |

| 11/03/2007 | MDSM | O | NOTICE OF DESIGN SEARCH CODE AND PSEUDO MARK MAILED | 002 |
| 11/02/2007 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Donald S. Showalter |
| CORRESPONDENCE ADDRESS | DONALD S. SHOWALTER<br>GRAYROBINSON, PA<br>PO BOX 2328<br>FORT LAUDERDALE, FL 33303-2328 |
| DOMESTIC REPRESENTATIVE | NONE |



## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77316689 | FILING DATE | 10/30/2007 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | NADELMAN, ANDREA KOYNE | L.O. ASSIGNED | 110 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 02/14/2008 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATON |
| STATUS DATE | 02/13/2008 |
| LITERAL MARK ELEMENT | STINGRAY II |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | STINGRAY II |

| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Harris Corporation |
| ADDRESS | 1025 West NASA Boulevard<br>Melbourne, FL 32919 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | multi-channel, software-defined, two-way electronic surveillance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular phones |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the word "stingray" followed by the Roman Numeral II and a design of a stingray. |
| PSEUDO MARK | STINGRAY TWO |
| OWNER OF US REG NOS | 2762468 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 02/13/2008 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 004 |
| 02/12/2008 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 11/03/2007 | MDSM | O | NOTICE OF DESIGN SEARCH CODE AND PSEUDO MARK MAILED | 002 |

| 11/02/2007 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |
|---|---|---|---|---|

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Donald S. Showalter |
|---|---|
| CORRESPONDENCE ADDRESS | DONALD S. SHOWALTER<br>GRAYROBINSON, PA<br>PO BOX 2328<br>FORT LAUDERDALE, FL 33303-2328 |
| DOMESTIC REPRESENTATIVE | NONE |



*** User:Anadelman ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | 77316689[SN] |
| 02 | 575 | N/A | 0 | 0 | 0:04 | "harris corporation"[on] |
| 03 | 3 | 1 | 2 | 1 | 0:02 | 2762468 |
| 04 | 5587 | N/A | 0 | 0 | 0:01 | *{"sz"}t{"iy"}ng*[bi,ti] |
| 05 | 40380 | N/A | 0 | 0 | 0:02 | *ra{"eiy"}*[bi,ti] |
| 06 | 212 | 116 | 96 | 59 | 0:01 | 4 and 5 |
| 07 | 212 | N/A | 0 | 0 | 0:01 | 6 |
| 08 | 10768 | N/A | 0 | 0 | 0:01 | *ii*[bi,ti] |
| 09 | 81 | 51 | 30 | 25 | 0:01 | 8 and (4 or 5) |
| 10 | 356 | N/A | 0 | 0 | 0:01 | 031905[dc] |
| 11 | 5861 | N/A | 0 | 0 | 0:01 | 031924[dc] |
| 12 | 155 | 67 | 2 | 88 | 0:01 | 10 and 11 |
| 13 | 103 | N/A | 0 | 0 | 0:01 | ((10 or 11) and (8 or 4 or 5)) not (ead[ld] or 12) |
| 14 | 47 | 0 | 2 | 47 | 0:01 | ((10 or 11) and (8 or 4 or 5)) not (dead[ld] or 12 or 6) |
| 15 | 190 | 106 | 1 | 84 | 0:04 | 10 and "009"[cc] |

Session started 2/13/2008 4:21:57 PM
Session finished 2/13/2008 4:31:01 PM
Total search duration 0 minutes 23 seconds
Session duration 9 minutes 4 seconds
Defaut NEAR limit=1ADJ limit=1


Sent to TICRS as Serial Number: 77316689

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

Nov 3, 2007

## NOTICE OF DESIGN SEARCH CODE AND PSEUDO MARK

DONALD S. SHOWALTER
GRAYROBINSON, PA
PO BOX 2328
FORT LAUDERDALE, FL 33303-2328

**ATTORNEY REFERENCE NUMBER:**   621020.1728

| | |
|---|---|
| **SERIAL NUMBER:** | 77/316689 |
| **MARK:** | STINGRAY II AND DESIGN |
| **OWNER:** | Harris Corporation |

The USPTO may assign design search codes and/or pseudo marks, as appropriate, to new applications to assist in searching the USPTO database for conflicting marks. They have no legal significance and will not appear on the registration certificate.

**Design search codes** are numerical codes assigned to figurative, non-textual elements found in marks. For example, if your mark contains the design of a flower, design search code 05.05 would be assigned to your application. Design search codes are described on Internet Web page http://www.uspto.gov/tmdb/dscm/index.html.

**A pseudo mark** may be assigned to marks that include words, numbers, compound words, symbols or acronyms that can have alternative spellings or meanings. For example, if the mark comprises the words "YOU ARE" surrounded by a design of a box, the pseudo mark field in the USPTO database would display the mark as "YOU ARE SQUARE." A mark filed as "URGR8" would receive a pseudo mark of "YOU ARE GREAT."

You are not required to respond to this notice. However, if you would like to suggest additions or changes to the design search codes or pseudo mark assigned to your mark, please send an email to TMDesignCodeComments@USPTO.GOV or call 1-800-786-9199 to speak to a customer service representative. No fee is necessary. (Please include the serial number of your application on ALL correspondence with the USPTO.) The USPTO will review your request and update the record if appropriate.

**Design search codes and pseudo marks assigned to the referenced serial number are listed below.**

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 77316689
### Filing Date: 10/30/2007

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77316689 |
| **MARK INFORMATION** | |
| **\*MARK** | \\TICRS2\EXPORT14\773\166 \77316689\xml1\APP0002.JP G |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | STINGRAY II |
| **COLOR MARK** | NO |
| **\*DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of the word "stingray" followed by the Roman Numeral II and a design of a stingray. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 944 x 732 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Harris Corporation |
| **\*STREET** | 1025 West NASA Boulevard |
| **\*CITY** | Melbourne |
| **\*STATE** (Required for U.S. applicants) | Florida |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** (Required for U.S. applicants only) | 32919 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |

| STATE/COUNTRY OF INCORPORATION | Delaware |
|---|---|

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| *INTERNATIONAL CLASS | 009 |
|---|---|
| *IDENTIFICATION | multi-channel, software-defined, two-way electronic survelliance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular phones |
| FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS SECTION

| PRIOR REGISTRATION(S) | The applicant claims ownership of U.S. Registration Number(s) 2762468. |
|---|---|

## ATTORNEY INFORMATION

| NAME | Donald S. Showalter |
|---|---|
| ATTORNEY DOCKET NUMBER | 621020.1728 |
| FIRM NAME | GrayRobinson, PA |
| STREET | P.O. Box 2328 |
| CITY | Fort Lauderdale |
| STATE | Florida |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 33303-9998 |
| PHONE | (954) 761-7473 |
| FAX | (954) 761-8112 |
| OTHER APPOINTED ATTORNEY | Thomas L. Kautz |

## CORRESPONDENCE INFORMATION

| NAME | Donald S. Showalter |
|---|---|
| FIRM NAME | GrayRobinson, PA |
| STREET | P.O. Box 2328 |
| CITY | Fort Lauderdale |
| STATE | Florida |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 33303-9998 |

| PHONE | (954) 761-7473 |
|---|---|
| FAX | (954) 761-8112 |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Ronald S. Blum II/ |
| SIGNATORY'S NAME | Ronald S. Blum, II |
| SIGNATORY'S POSITION | Counsel, Intellectual Property |
| DATE SIGNED | 10/30/2007 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77316689**
**Filing Date: 10/30/2007**

## To the Commissioner for Trademarks:

**MARK:** STINGRAY II (stylized and/or with design, see <u>mark</u>)

The literal element of the mark consists of STINGRAY II.
The applicant is not claiming color as a feature of the mark. The mark consists of the word "stingray" followed by the Roman Numeral II and a design of a stingray.
The applicant, Harris Corporation, a corporation of Delaware, having an address of

    1025 West NASA Boulevard
    Melbourne, Florida 32919
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

    International Class 009: multi-channel, software-defined, two-way electronic surveillance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular phones
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant claims ownership of U.S. Registration Number(s) 2762468.

The applicant hereby appoints Donald S. Showalter and Thomas L. Kautz of GrayRobinson, PA
    P.O. Box 2328
    Fort Lauderdale, Florida 33303-9998
    United States
to submit this application on behalf of the applicant. The attorney docket/reference number is 621020.1728.

Correspondence Information: Donald S. Showalter
                P.O. Box 2328
                Fort Lauderdale, Florida 33303-9998
                (954) 761-7473(phone)
                (954) 761-8112(fax)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1

class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Ronald S. Blum II/   Date Signed: 10/30/2007
Signatory's Name: Ronald S. Blum, II
Signatory's Position: Counsel, Intellectual Property


RAM Sale Number: 15608
RAM Accounting Date: 10/30/2007

Serial Number: 77316689
Internet Transmission Date: Tue Oct 30 11:38:06 EDT 2007
TEAS Stamp: USPTO/BAS-209.36.59.1-200710301138064851
68-77316689-400a835cad07f6615c538c197994
d97d21-DA-15608-20071030083258761091





**ATTACHMENT 07**

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR  SUMMARY
JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 07:   Department of Homeland Security, United States Secret Service
(USSS). (Jun. 29, 2010). Harris equipment (Solicitation Number:
225717).



| Home | Getting Started | General Info | Opportunities | Agencies | Privacy |
|------|-----------------|--------------|---------------|----------|---------|

Buyers: Login | Register    Vendors: Login | Register    Accessibility

## Harris equipment
**Solicitation Number:** 225717
**Agency:** Department of Homeland Security
**Office:** United States Secret Service (USSS)
**Location:** Procurement Division

**Notice Details** | Packages

Print    Link

Complete View

*Original Synopsis*
*Special Notice*
Jun 29, 2010
11:20 am

**Changed**
Jul 02, 2010
1:23 pm

**Return To Opportunities List**

**Solicitation Number:**
225717

**Notice Type:**
Modification/Amendment

**Synopsis:**
Added: Jun 29, 2010 11:20 am   Modified: Jul 02, 2010 1:06 pm   Track Changes

The U.S. Secret Service intends to negotiate on a sole source basis with Harris Corporation, 150 South Wickham Road, Melbourne, Florida, 32904-1132. The primary North American Industry Classification System (NAICS) code 517410. The SB size standard for this code is $15 million. The contract will cover miscellaneous Harris equipment. Only Harris can provide the expertise, software updates, and specific replacement parts on the proprietary equipment. The anticipated award will be a Firm Fixed Price Contract. This notice is neither a request for proposal nor a solicitation of offers. The determination of the Government not to open this requirement to full and open competition was made in accordance with FAR Part 6.302-1 and is solely at the discretion of the Government. Entities may identify their interest and ability to meet this requirement via a written capability statement only. All capability statements emailed no later than July 12, 2010, 8:00 AM EST will be considered by the Government for the purpose of determining whether to conduct a competitive procurement. A determination by the Government not to compete this proposed requirement based upon responses to this notice, is solely within the discretion of the Government. Any information received will be maintained for future Market Research requirements. No formal solicitation package is available. Reasonable questions, not excessive in length, will be answered if submitted to siobhan.mullen@usss.dhs.gov no later than July 7, 2010 at 1:00 PM EST.

Below, please find a list identifying the equipment the USSS intends to purchase from Harris Corporation:

25 Watt PA Kit, Amberjack W (components of StingRay II), PA Kit 30W 2100 (components of StingRay II), PA Kit 30W Dual Band 850/1900 (components of StingRay II), PA Kit 30W iDEN 800 (components of StingRay II), SideWinder (CDMA, GSM, 2100) components of StingRay II), SR II Upgrade: SRII CDMA, SRII GSM, SRII iDEN, StingRay II, Tactical Power Kit.

Entities may identify their interest and ability to meet this

### GENERAL INFORMATION
**Notice Type:**
Modification/Amendment

**Original Posted Date:**
June 29, 2010

**Posted Date:**
July 2, 2010

**Response Date:**
Jul 12, 2010 8:00 am Eastern

**Original Response Date:**
Jul 12, 2010 8:00 am Eastern

**Archiving Policy:**
Automatic, 15 days after response date

**Archive Date:**
July 27, 2010

**Original Set Aside:**
N/A

**Set Aside:**
N/A

**Classification Code:**
59 – Electrical and electronic equipment components

**NAICS Code:**
517 – Telecommunications/517410 – Satellite Telecommunications

requirement via a written
capability statement only. All
capability statements emailed no
later than July 12, 2010, 8:00 AM
EST will be considered by the
Government for the purpose of
determining whether to conduct a
competitive procurement. A
determination by the Government
not to compete this proposed
requirement based upon
responses to this notice, is solely
within the discretion of the
Government. Any information
received will be maintained for
future Market Research
requirements. No formal
solicitation package is available.

**Contracting Office Address:**
245 MURRAY LANE SW
BLDG T-5
WASHINGTON, District of Columbia 20223

**Place of Performance:**
WASHINGTON, District of Columbia 20223
United States

**Primary Point of Contact.:**
Siobhan E. Mullen
siobhan.mullen@usss.dhs.gov
Phone: 202-406-6818
Fax: 202-406-6801

**Secondary Point of Contact:**
April C. Delancy,
Contract Specialist
april.delancy@usss.dhs.gov
Phone: 202-406-6808

Return To Opportunities List

For Help: Federal Service Desk   Accessibility

## ATTACHMENT 08

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR  SUMMARY
JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)


ATTACHMENT 08:    Federal Communications Commission ("FCC"), *FOIA Response to
Christopher Soghoian, Center for Applied Cybersecurity Research,
FOIA Request No. 2011-586*, Feb. 29, 2012.



Federal Communications Commission
Washington, D.C. 20554

February 29, 2012

Christopher Soghoian
Center for Applied Cybersecurity Research
Indiana University
P.O. Box 2366
Washington, D.C. 20013

By email to chris@soghoian.net

Re: FOIA Control No. 2011-586

Dear Mr. Soghoian:

This responds to your Freedom of Information Act (FOIA) request filed September 28, 2011, seeking "copies of all legal opinions, memoranda, briefs, training manuals, emails and as any other documents including communications with other federal and state agencies, including but not limited to the Department of Justice relating to the use of 'cell site simulators', 'IMSI catchers', 'digital analyzers', 'Triggerfish', 'StingRay', Amberjack or other similar mobile phone surveillance and tracking devices." You also specifically requested any documents that detail:

1. "Whether law enforcement and intelligence agencies have obtained permission from the FCC to use such technologies, and if so, what is required to gain such permission.
2. The legality of the use of these devices by law enforcement agencies, intelligence agencies, the military, as well as private individuals.
3. Whether these technologies interfere with the normal operation of wireless telephone networks."

You request all records created between January 1, 2005 and September 28, 2011.

Much of the information you seek is associated with equipment authorizations issued to the Harris Corporation ("Harris") and Digital Receiver Technology, Inc. ("DRT"). Harris and DRT requested confidential treatment for the documents you seek, and such treatment was afforded in the handling of those equipment authorization applications and grants by the FCC.

The publicly available information submitted with the DRT and Harris applications is available from the Commission's Equipment Authorization System (EAS) database at http://transition.fcc.gov/oet/ea/fccid/, using the FCC IDs XLM201B and XLM9955B1 for DRT and NK73092523, NK73100176, NK73186795 and NK73166210 for Harris grants. With respect to the Harris equipment authorization applications, we are providing four letters in support of one of the applications, variously dated August 21 and 22, 2007, attached to this email and named "Soghoian Document 1" through "Soghoian Document 4."

With respect to other documents related to the equipment applications by DRT and Harris, we are withholding several application components and exhibits and emails both to and from the FCC and the above parties and emails within the FCC under 47 C.F.R. § 0.457(d), as it relates to confidential commercial information and trade secrets; 0.457(e) which covers interagency and interagency communications; and 0.457(g)(5) as it relates to law enforcement investigative techniques and procedures.[1]   See *e.g.*, *National Parks & Conservation Ass'n v. Morton*, 498 F.2d 765 (D.C. Cir. 1974) and *Critical Mass Energy Project v. NRC*, 975 F.2d 871 (D.C. Cir. 1992) (establishing standards for determining whether information submitted to an agency is confidential under FOIA Exemption 4); *NLRB v. Sears Roebuck & Co.*, 421 U.S. 132, 151 (1975) (Exemption 5 is intended to "prevent injury to the quality of agency decisions"); *Public Citizen v. Office of Management and Budget*, 569 F.3d 434 442-43 (D.C. Cir. 2009), *citing Judicial Watch v. FDA*, 449 F.3d 141, 151 (D.C. Cir. 2006) (Exemption 5 applies to materials that are both predecisional and reflect the agency "give-and-take" of the consultative process); and *Tax Analysts v. IRS*, 294 F.3d 71, 79 (D.C. Cir. 2002) (holding that Exemption 7(E) applies to internal agency materials relating to guidelines, techniques, sources, and procedures for law enforcement investigations or procedures, such as internal IRS memorandums).

We have also discovered information associated with license applications, experimental license or special temporary authority applications by ShawnTech Communications, Inc., InlustroTech LLC, DRT, and Tecore, Inc., and other companies.  In some cases, those parties requested confidential treatment of some or all of the information they supplied in pursuit of those licenses. In addition, we located memoranda, internal FCC emails, and interagency emails that are responsive to your request.

With respect to several applications for and grants of Special Temporary Authorization (STA) or experimental licenses by Shawntech Communications, Inc., for "managed access" systems, we are withholding certain application materials and emails to and from the FCC under Sections 0.457(d) as it relates to trade secrets.  You can access the publicly available material for these applications from the Commission's ELS database at https://apps.fcc.gov/oetcf/els/reports/CallsignSearch.cfm, using the call signs WE9XNZ, WE9XRO, WE9XNZ, and WD9XMZ and the File No. 034-EX-PL-2011.

With respect to an application for Special Temporary Authorization (STA) by Tecore, Inc. for a "managed access" system (subsequently dismissed at the request of applicant), we are withholding certain application materials and emails to and from the FCC under Sections 0.457(d) as it relates to trade secrets.  You can access the publicly available material for this application from the Commission's ELS database at https://apps.fcc.gov/oetcf/els/reports/CallsignSearch.cfm, using the File Number 0352-EX-PL-2010.

With respect to these applications for special temporary authority, certain internal emails are withheld as deliberative and predecisional pursuant to Section 0.457(e) of the FCC's rules.

---

[1] These sections correspond to FOIA Exemptions 4, 5, and 7(E), 5 U.S.C. §§ 552(b)(4), (b)(5), and (b)(7)(E)..

In addition, there are experimental applications for "managed access" systems that were ultimately withdrawn by the respective applicants, Inlustro Tech LLC and Digital Receiver Technology. The Inlustro Tech LLC application is available in full, and can be accessed at https://apps.fcc.gov/oetcf/els/reports/CallsignSearch.cfm, using the file number 0027-EX-ST-2010. Certain applications materials related to the DRT application are withheld under Section 0.457(s) as it relates to trade secrets  The publicly available information associated with the DRT application can be accessed at the same site using the File Number 0108-EX-PL-2010.

With respect to these applications for experimental licenses, certain internal emails are withheld as deliberative and predecisional pursuant to Section 0.457(e) of the FCC's rules.

In addition, we are withholding certain intra-agency and interagency emails and documents because they are classified or because taken together with other information they could endanger national and homeland security. These documents are withheld under FOIA Exemption 1, 5 U.S.C. § 552(b)(1), which protects classified information from disclosure, Exemption 7(A), 5 U.S.C. § 552(b)(7)(A), which protects from disclosure information compiled for law enforcement purposes whose production could reasonably be expected to interfere with enforcement proceedings, and Exemption 7(E) which protects from disclosure information compiled for law enforcement purposes whose production would disclose techniques and procedures for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. See *National Security Studies v. DOJ*, 331 F.3d 918, 926-929 (D.C. Cir. 2003) (applying Exemption 7(A) in national and homeland security context where bits and pieces of data may aid in piecing together other bits of data); *Lewis-Bay v. DOJ*, 595 F.Supp.2d 120, 137 (D.D.C. 2009) (applying Exemption 7(E) to details of electronic surveillance techniques).

We also reviewed the records to determine if discretionary release is appropriate. *See Memorandum to Heads of Executive Departments and Agencies, Freedom of Information Act*, 74 FR 4683 (2009) (President Obama's memorandum concerning the FOIA); *The Freedom of Information Act (FOIA),* available at <http:// www.usdoj.gov/ag/foia-memo-march2009.pdf> (Attorney General Holder's FOIA Memo). We have determined that the portions withheld here are not appropriate for discretionary release.

Because there are no fees assessed for processing your request, there is no need to rule on your request for a fee waiver. 47 C.F.R. § 0.470 (e)(5).

If you consider this to be a denial of your FOIA request, you may seek review by filing an application for review with the Office of General Counsel within 30 days of the date of this letter. *See* 47 C.F.R. § 461(j).

As you have requested we are providing our response and the responsive documents by email to the email address you provided.

Sincerely,

Julius P. Knapp
Chief,
Office of Engineering and Technology

cc:  FOIA Officer

Aug. 22. 2007  9:21AM                                                      No. 0031   P. 1



**STATE OF WISCONSIN
DEPARTMENT OF JUSTICE**

J.B. VAN HOLLEN
ATTORNEY GENERAL

Raymond P. Taffora
Deputy Attorney General

17 West Main Street
P.O. Box 7857
Madison, WI 53707-7857

James R. Warren
Administrator
Division of Criminal Investigation

21 August 2007

Federal Communications Commission
445 12ᵗʰ Street S.W.
Washington, D.C.  20554

SUBJECT:   Equipment Application for Harris StingRay Product

Dear Chairman Martin:

I am writing to request that the Federal Communications Commission expeditiously grant the pending Harris Corporation equipment authorization application for the StingRay product.  Providing state and local law enforcement officials with access to this equipment is critical to ensuring that we meet our public safety mission.  Section 2.803(a)(1) of the Commission's rules prohibit persons from selling or offering for sale any radio frequency device unless the device is authorized by the Commission through its certification procedures.  Specifically the regulation states:

> No person shall sell or lease, or offer for sale or lease (including advertising for sale or lease), or import, ship or distribute for the purpose of selling or leasing or offering for sale or lease, any radio frequency device unless … [i]n the case of a device subject to certification, such device has been authorized by the Commission in accordance with the rules in this chapter and is properly identified and labeled as required by § 2.925 and other relevant sections in this chapter. 47 C.F.R. § 2.803(a)(1).

Moreover, products, such as intentional radiators must be authorized in accordance with the FCC's certification procedures prior to the initiation of marketing in the U.S.

Granting Harris Corporation's equipment authorization application would enable state and local law enforcement officials to utilize the StingRay product to support detection, tracking and location missions, and search and rescue missions.  The use of this technology by local and state law enforcement officials would enable us to more efficiently and effectively protect and serve the public.

State and local law enforcement's use of such equipment is typically narrow in scope, isolated, and of relatively short duration.  Interference to users outside a predetermined target list is very limited and this device employs a "catch and release" technology that is localized and fixated on a particular signal of interest.

Moreover, the StingRay product provides for an automatic release for emergency calls. Also, we ask that the Commission keep in mind that state and local law enforcement agencies comply with all applicable laws including approved court orders for use of such equipment.

We respectfully request that the Commission grant the application and consider the benefits this equipment would provide to state/local law enforcement agencies. The Commission's time and attention to this matter is greatly appreciated. Please do not hesitate to contact the undersigned.

Sincerely,

James R. Warren
Administrator
Wisconsin Department of Justice
Division of Criminal Investigation



# CITY OF HOUSTON

**Houston Police Department**
1200 Travis   Houston, Texas 77002-6000   713/247-1000

Bill White, Mayor

CITY COUNCIL MEMBERS:     Toni Lawrence  Jarvis Johnson  Anne Clutterbuck Ada Edwards  Addie Wiseman M.J. Khan, P.E.  Pam Holm  Adrian Garcia

Carol Alvarado      Peter Brown      Sue Lovell      Melissa Noriega      Ronald C. Green      Michael Berry          CITY CONTROLLER: Annise D. Parker

August 22nd, 2007

**Harold L. Hurtt**
**Chief of Police**



Federal Communications Commission
445 12<sup>th</sup> Street SW
Washington, D.C. 20554

SUBJECT:   <u>Equipment Application for Harris StingRay Product</u>

Dear Chairman Martin:

I am writing to request that the Federal Communications Commission expeditiously grant the pending Harris Corporation equipment authorization application for the StingRay product.  Providing state and local law enforcement officials with access to this equipment is critical to ensuring that we meet our public safety mission.  Section 2.803(a)(1) of the Commission's rules prohibit persons from selling or offering for sale any radio frequency device unless the device is authorized by the Commission through its certification procedures. Specifically, the regulation states:

> No person shall sell or lease, or offer for sale or lease (including advertising for sale or lease), or import, ship or distribute for the purpose of selling or leasing or offering for sale or lease, any radio frequency device unless ... [i]n the case of a device subject to certification, such device has been authorized by the Commission in accordance with the rules in this chapter and is properly identified and labeled as required by § 2.925 and other relevant sections in this chapter. 47 C.F.R. § 2.803(a)(1).



Moreover, products, such as intentional radiators must be authorized in accordance with the FCC's certification procedures prior to the initiation of marketing in the U.S.

Granting Harris Corporation's equipment authorization application would enable state and local law enforcement officials to utilize the StingRay product to support detection, tracking and location missions, and search and rescue missions. The use of this technology by local and state law enforcement officials would enable us to more efficiently and effectively protect and serve the public.

State and local law enforcement's use of such equipment is typically narrow in scope, isolated, and of relatively short duration. Interference to users outside a predetermined target list is very limited and this device employs a "catch and release" technology that is localized and fixated on a particular signal of interest. Moreover, the StingRay product provides for an automatic release for emergency calls. Also, we ask that the Commission keep in mind that state and local law enforcement agencies comply with all applicable laws including approved court orders for the use of such equipment.

We respectfully request that the Commission grant the application and consider the benefits this equipment would provide to state/local law enforcement agencies. The Commission's time and attention to this matter is greatly appreciated.

Please do not hesitate to contact me if I may be of assistance, I may be reached at bcmcdaniel@houstonpd.us and at (713) 254-0574.

Sincerely,

Breck C. McDaniel, Sergeant
Homicide Division





*City of Alexandria, Virginia*
*Department of Police*
*2003 Mill Road*
*Alexandria, Virginia 22314*
*www.alexandriava.gov*



*David P. Baker*
*Chief of Police*

*Telephone 703.838.4700*
*Fax 703.838.6345*

22 August 2007

Federal Communications Commission
445 12th Street S.W..
Washington, D.C. 20554

SUBJECT:   Equipment Application for Harris StingRay Product

Dear Chairman Martin:

I am writing to request that the Federal Communications Commission expeditiously grant the pending Harris Corporation equipment authorization application for the StingRay product. Providing state and local law enforcement officials with access to this equipment is critical to ensuring that we meet our public safety mission. Section 2.803(a)(1) of the Commission's rules prohibit persons from selling or offering for sale any radio frequency device unless the device is authorized by the Commission through its certification procedures. Specifically the regulation states:

> No person shall sell or lease, or offer for sale or lease (including advertising for sale or lease), or import, ship or distribute for the purpose of selling or leasing or offering for sale or lease, any radio frequency device unless ... [i]n the case of a device subject to certification, such device has been authorized by the Commission in accordance with the rules in this chapter and is properly identified and labeled as required by § 2.925 and other relevant sections in this chapter. 47 C.F.R. § 2.803(a)(1).

Moreover, products, such as intentional radiators must be authorized in accordance with the FCC's certification procedures prior to the initiation of marketing in the U.S.

Granting Harris Corporation's equipment authorization application would enable state and local law enforcement officials to utilize the StingRay product to support detection, tracking and location missions, and search and rescue missions. The use of this technology by local and state law enforcement officials would enable us to more efficiently and effectively protect and serve the public.

*Accredited by the Commission on Accreditation for Law Enforcement Agencies, Inc.*

State and local law enforcement's use of such equipment is typically narrow in scope, isolated, and of relatively short duration. Interference to users outside a predetermined target list is very limited and this device employs a "catch and release" technology that is localized and fixated on a particular signal of interest. Moreover, the StingRay product provides for an automatic release for emergency calls. Also, we ask that the Commission keep in mind that state and local law enforcement agencies comply with all applicable laws including approved court orders for use of such equipment.

We respectfully request that the Commission grant the application and consider the benefits this equipment would provide to state/local law enforcement agencies. The Commission's time and attention to this matter is greatly appreciated. Please do not hesitate to contact the undersigned.

Sincerely,


Name:          Earl Cook
Title:          Executive Deputy Chief
Date:          22 August 2007
Organization: Alexandria Police Department

2

*Colonel James Teare, Sr.*
*Chief of Police*



**ANNE
ARUNDEL
COUNTY**
M   A   R   Y   L   A   N   D

Police Department
8495 Veterans Hwy.
Millersville, MD 21:
(410) 222-8050

August 22, 2007

Federal Communications Commission
445 12<sup>th</sup> Street, S.W.
Washington, D. C. 20554

SUBJECT:    <u>Equipment Application for Harris StingRay Product</u>

Dear Chairman Martin:

I am writing to request that the Federal Communications Commission expeditiously grant the pending Harris Corporation equipment authorization application for the StingRay product. Providing state and local law enforcement officials with access to this equipment is critical to ensuring that we meet our public safety mission. Section 2.803(a)(1) of the Commission's rules prohibit persons from selling or offering for sale any radio frequency device unless the device is authorized by the Commission through its certification procedures.  Specifically the regulation states:

> No person shall sell or lease, or offer for sale or lease (including advertising for sale or lease), or import, ship or distribute for the purpose of selling or leasing or offering for sale or lease, any radio frequency device unless ... [i]n the case of a device subject to certification, such device has been authorized by the Commission in accordance with the rules in this chapter and is properly identified and labeled as required by § 2.925 and other relevant sections in this chapter. 47 C.F.R. § 2.803(a)(1).

Moreover, products, such as intentional radiators must be authorized in accordance with the FCC's certification procedures prior to the initiation of marketing in the U.S.

Granting Harris Corporation's equipment authorization application would enable state and local law enforcement officials to utilize the StingRay product to support detection, tracking and location missions, and search and rescue missions.  The use of this technology by local and state law enforcement officials would enable us to more efficiently and effectively protect and serve the public.

State and local law enforcement's use of such equipment is typically narrow in scope, isolated, and of relatively short duration.  Interference to users outside a predetermined target list is very limited and this device employs a "catch and release" technology that is localized and fixated on a particular signal of interest.  Moreover, the StingRay product provides for an automatic release for emergency calls. Also, we ask that the Commission keep in mind that state and local law enforcement agencies comply with all applicable laws including approved court orders for use of such equipment.

*Nationally Accredited Law Enforcement Agency*

We respectfully request that the Commission grant the application and consider the benefits this equipment would provide to state/local law enforcement agencies. The Commission's time and attention to this matter is greatly appreciated. Please do not hesitate to contact the undersigned.

Sincerely,

James Teare, Sr.
Chief of Police

JT/ksm

*Nationally Accredited Law Enforcement Agency*

# ATTACHMENT 09

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 09:   Department of the Army, Office: U.S. Army Intelligence and Security
Command. (Jan. 12, 2009). NOTICE OF INTENT TO AWARD A
SOLE SOURCE CONTRACT-HARRIS: KINGFISH DUAL MODE
SYSTEM (Solicitation Number: W911W4-09-T-0017).

| Home | Getting Started | General Info | Opportunities | Agencies | Privacy |

Buyers: Login | Register     Vendors: Login | Register     Accessibility



## --NOTICE OF INTENT TO AWARD A SOLE SOURCE CONTRACT-HARRIS: KINGFISH DUAL MODE SYSTEM

**Solicitation Number: W911W4-09-T-0017**
Agency: Department of the Army
Office: U.S. Army Intelligence and Security Command
Location: HQ USAINSCOM, Directorate of Contracting

Notice Details | Packages | Interested Vendors List          Print     Link

**Complete View**

Original Synopsis
*Presolicitation*
Jan 12, 2009
6:06 pm

Changed
Jan 13, 2009
9:00 am
*Solicitation*

Changed
Jan 15, 2009
12:19 pm

[ Return To Opportunities List ]

**Solicitation Number:**
W911W4-09-T-0017

**Notice Type:**
Solicitation

**Synopsis:**
Added: Jan 12, 2009 6:06 pm   Modified: Jan 15, 2009 12:19 pm   Track Changes

This is a NOTICE OF INTENT TO AWARD A SOLE SOURCE CONTRACT using the simplified acquisition procedures of FAR Part 13 to procure supplies and services to support the HQ, USAINSCOM, 1st IO CMD EW Section as follows:

HARDWARE:

*Harris KingFish, 1-Channel, Dual Mode Package systems that can be operated in two separate modes; Man-Portable and Vehicular Mounted. The Man-Portable system mode is battery powered CDMA, GSM and iDEN Interrogation Tracking and Location, and Signal Information Collection System. The Vehicular Mounted system mode is portable, 12VDC powered CDMA, GSM, iDEN Interrogation, Tracking and Location, and Signal Information Collection System.

* Rugged Mini-PC Controller, GD Go Book MR-1. Quantity: (2 ea)

SOFTWARE:

*KingFish CDMA Software Package. Quantity: (2 ea)

*KingFish GSM Software Package. Quantity: (2 ea)

*KingFish iDEN Software Package. Quantity: (2 ea)

**The Harris KingFish system includes 1-year Hardware maintenance warranty and access to Software upgrades. Extended maintenance agreements includes an additional 12 months of Hardware and Software upgrades.

TRAINING:

**GENERAL INFORMATION**

**Notice Type:**
Solicitation

**Original Posted Date:**
January 12, 2009

**Posted Date:**
January 15, 2009

**Response Date:**
-

**Original Response Date:**
January 14, 2009

**Archiving Policy:**
Manual Archive

**Archive Date:**
February 22, 2011

**Original Set Aside:**
N/A

**Set Aside:**
N/A

**NAICS Code:**
334 – Computer and Electronic
Product Manufacturing/334290 –
Other Communications Equipment
Manufacturing

*Training-East Coast, KingFish CDMA. Quantity: (3 students) 12 hours/ 2 day course

*Training-East Coast, KingFish GSM. Quantity: (3 students) 12 hours/2 day course

*Training-East Coast, KingFish iDEN. Quantity: (3 students) 12 hours/2 day course

The Government intends to award a sole source contract for the above supplies and services to the firm of Harris Corporation; DBA Government Communication Systems Division, 2400 Palm Bay Road NE, Palm Bay, FL 32905. The Proposed contract action is for supplies and services for which the Government intends to solicit only one source. Under the authority of FAR 6.302-1, Only one responsible source and no other supplies or services will satisfy the agency requirements. DURATION: Delivery of these supplies and services shall be 90 days upon receipt of award. All quotations received within 2 days after date of publication of this synopsis will be considered by the Government.

A determination by the Government not to compete with this proposed purchase order/contract based upon responses to this notice is solely within the discretion of the Government. Information received will be considered solely for the purpose of determining whether to conduct a competitive procurement. For specific questions, please contact Mr. Gregory J. Jimmerson, Contract Specialist (Contractor Support Davis-Paige Management Systems, LLC), gregory.j.jimmerson@us.army.mil or phone (703) 428-4582 or Mr. Robert E. Jones, Contracting Officer, robert.e.jones6@us.army.mil or (703) 428-4587. Interested persons may identify their interest and capability to respond to the requirement not later than 12:30pm (EST) 16 January 2009.

Gregory J. Jimmerson
Davis-Paige Management Systems, LLC
Contract Specialist
Contract Support
Supporting INSCOM OPARC/DOC

Robert E. Jones
Contract Officer
HQ, USAINSCOM

Please consult the list of document viewers if you cannot open a file.

**Solicitation 1**

**Type:** Solicitation
**Posted Date:** January 13, 2009

https://acquisition.army.mil/asfi/solicitation_view....
**Description:** See Solicitation

Case 2:12-cv-01605-SOURCE CONTROL-- Document 146-3 Filed 06/02/14 Page 72 of 149

**Contracting Office Address:**

HQ USAINSCOM, Directorate of Contracting, ATTN: IAPC-DOC, 8825
Beulah Street, Fort Belvoir, VA 22060-5246

**Point of Contact(s):**

Gregory J. Jimmerson, 703-428-4582

HQ USAINSCOM, Directorate of Contracting

Return To Opportunities List

For Help: Federal Service Desk   Accessibility

## ATTACHMENT 10

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR  SUMMARY
JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)


ATTACHMENT 10:   United States Patent and Trademark Office, *Trademark Reg. No. 2,867,227 [KingFish]* (registered Jul. 27, 2004).

Side - 1



# NOTICE OF ACCEPTANCE OF §8 DECLARATION AND §9 RENEWAL
## MAILING DATE: Feb 28, 2014

The declaration and renewal application filed in connection with the registration identified below meets the requirements of Sections 8 and 9 of the Trademark Act, 15 U.S.C. §§1058 and 1059.  The declaration is accepted and renewal is granted.  The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov.  To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**     2867227
**MARK:**               KINGFISH
**OWNER:**             Harris Corporation

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

Donald S. Showalter
GrayRobinson, P.A.
P.O. Box 2328
FORT LAUDERDALE, FL   33303

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2867227 |
| **REGISTRATION DATE** | 07/27/2004 |
| **SERIAL NUMBER** | 76303814 |
| **MARK SECTION** | |
| **MARK** | KINGFISH |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Donald S. Showalter |
| **FIRM NAME** | GrayRobinson, P.A. |
| **INTERNAL ADDRESS** | Suite 1850 |
| **STREET** | 401 East Las Olas Blvd. |
| **CITY** | FORT LAUDERDALE |
| **STATE** | Florida |
| **POSTAL CODE** | 33301 |
| **COUNTRY** | United States |
| **PHONE** | 954-761-7473 |
| **FAX** | 954-761-8112 |
| **EMAIL** | dshowalter@gray-robinson.com |
| **DOCKET/REFERENCE NUMBER** | T595(621020. |
| **ATTORNEY SECTION (proposed)** | |
| **NAME** | Donald S. Showalter |
| **FIRM NAME** | GrayRobinson, P.A. |
| **STREET** | P.O. Box 2328 |

| CITY | FORT LAUDERDALE |
|---|---|
| STATE | Florida |
| POSTAL CODE | 33303 |
| COUNTRY | United States |
| PHONE | 954-761-7473 |
| FAX | 954-761-8112 |
| EMAIL | don.showalter@gray-robinson.com |
| DOCKET/REFERENCE NUMBER | T595-621020.1275 |
| OTHER APPOINTED ATTORNEY | Thomas L. Kautz |
| **CORRESPONDENCE SECTION (current)** | |
| NAME | Donald S. Showalter |
| FIRM NAME | GrayRobinson, P.A. |
| INTERNAL ADDRESS | Suite 1850 |
| STREET | 401 East Las Olas Blvd. |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33301 |
| COUNTRY | United States |
| PHONE | 954-761-7473 |
| FAX | 954-761-8112 |
| EMAIL | dshowalter@gray-robinson.com |
| DOCKET/REFERENCE NUMBER | T595(621020. |
| **CORRESPONDENCE SECTION (proposed)** | |
| NAME | Donald S. Showalter |
| FIRM NAME | GrayRobinson, P.A. |
| STREET | P.O. Box 2328 |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33303 |
| COUNTRY | United States |
| PHONE | 954-761-7473 |

| FAX | 954-761-8112 |
|---|---|
| EMAIL | don.showalter@gray-robinson.com |
| DOCKET/REFERENCE NUMBER | T595-621020.1275 |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 009 |
|---|---|
| GOODS OR SERVICES | electronic surveillance transceivers for tracking, locating and gathering information from cellular telephones |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\763\038\76303814\xml1\ S890002.JPG |
| SPECIMEN DESCRIPTION | Digital image showing the mark affixed to the goods. |

## OWNER SECTION (current)

| NAME | Harris Corporation |
|---|---|
| STREET | 1025 West NASA Boulevard |
| CITY | Melbourne |
| STATE | Florida |
| ZIP/POSTAL CODE | 32919 |
| COUNTRY | United States |

## LEGAL ENTITY SECTION (current)

| TYPE | corporation |
|---|---|
| STATE/COUNTRY OF INCORPORATION | Delaware |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 500 |
| TOTAL FEE PAID | 500 |

## SIGNATURE SECTION

| SIGNATURE | /Ronald S. Blum II/ |
|---|---|
| SIGNATORY'S NAME | Ronald S. Blum II |
| SIGNATORY'S POSITION | Managing Counsel, IP |
| DATE SIGNED | 02/11/2014 |

| PAYMENT METHOD | DA |
|---|---|
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed Feb 12 07:38:12 EST 2014 |
| TEAS STAMP | USPTO/S08N09-38.101.126.5<br>3-20140212073812838447-28<br>67227-500f333898b93ca97ba<br>8781e338115f0f6f44f6ff649<br>5b401c6bfab8fe133dcd9-DA-<br>6515-20140211153517737541 |

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2867227
**REGISTRATION DATE:** 07/27/2004

**MARK:** KINGFISH

The owner, Harris Corporation, a corporation of Delaware, having an address of
    1025 West NASA Boulevard
    Melbourne, Florida 32919
    United States
is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For International Class 009, the mark is in use in commerce on or in connection with **all** goods or services listed in the existing registration for this specific class: electronic surveillance transceivers for tracking, locating and gathering information from cellular telephones ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Digital image showing the mark affixed to the goods..
Specimen File1
The registrant's current Attorney Information: Donald S. Showalter of GrayRobinson, P.A.
    Suite 1850
    401 East Las Olas Blvd.
    FORT LAUDERDALE, Florida (FL) 33301
    United States
The docket/reference number is T595(621020..

The registrant's proposed Attorney Information: Donald S. Showalter of GrayRobinson, P.A.
    P.O. Box 2328
    FORT LAUDERDALE, Florida (FL) 33303
    United States
The docket/reference number is T595-621020.1275.
The Other Appointed Attorney(s): Thomas L. Kautz.

The phone number is 954-761-7473.

The fax number is 954-761-8112.

The email address is don.showalter@gray-robinson.com.

The registrant's current Correspondence Information: Donald S. Showalter of GrayRobinson, P.A.
    Suite 1850
    401 East Las Olas Blvd.
    FORT LAUDERDALE, Florida (FL) 33301
    United States
The docket/reference number is T595(621020..

The registrant's proposed Correspondence Information: Donald S. Showalter of GrayRobinson, P.A.
    P.O. Box 2328
    FORT LAUDERDALE, Florida (FL) 33303
    United States
The docket/reference number is T595-621020.1275.


The phone number is 954-761-7473.

The fax number is 954-761-8112.

The email address is don.showalter@gray-robinson.com.

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

**Declaration**

**Section 8: Declaration of Use and/or Excusable Nonuse in Commerce**
*Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*


The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

**Section 9: Application for Renewal**
*The registrant requests that the registration be renewed for the goods/services identified above.*


Signature: /Ronald S. Blum II/     Date: 02/11/2014
Signatory's Name: Ronald S. Blum II
Signatory's Position: Managing Counsel, IP

Mailing Address **(current)**:
    GrayRobinson, P.A.
    401 East Las Olas Blvd.
    FORT LAUDERDALE, Florida 33301

Mailing Address **(proposed):**
  GrayRobinson, P.A.
  P.O. Box 2328
  FORT LAUDERDALE, Florida 33303

Serial Number: 76303814
Internet Transmission Date: Wed Feb 12 07:38:12 EST 2014
TEAS Stamp: USPTO/S08N09-38.101.126.53-2014021207381
2838447-2867227-500f333898b93ca97ba8781e
338115f0f6f44f6ff6495b401c6bfab8fe133dcd
9-DA-6515-20140211153517737541



**ROUTING SHEET TO POST REGISTRATION (PRU)**       **Registration Number:**   2867227



**Serial Number:**   76303814

**RAM Sale Number:  2867227**

**RAM Accounting Date:  20140212**       **Total Fees:**       $500

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20140212 | $100 | 1 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20140212 | $400 | 1 | 1 | $400 |

Physical Location: 650  - PUBLICATION AND ISSUE SECTION

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**    20140212





Side - 1



# NOTICE OF ACCEPTANCE AND ACKNOWLEDGEMENT OF §§8 & 15 DECLARATION
**MAILING DATE: Aug 29, 2009**

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065. The combined declaration is accepted and acknowledged. The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov. To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**   2867227
**MARK:**           KINGFISH
**OWNER:**          Harris Corporation

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

Donald S. Showalter
GrayRobinson, P.A.
401 East Las Olas Blvd.
Suite 1850
FORT LAUDERDALE, FL   33301

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2867227 |
| **REGISTRATION DATE** | 07/27/2004 |
| **SERIAL NUMBER** | 76303814 |
| **MARK SECTION** | |
| **MARK** | KINGFISH |
| **OWNER SECTION (current)** | |
| **NAME** | Harris Corporation |
| **STREET** | 1025 West NASA Boulevard |
| **CITY** | Melbourne |
| **STATE** | Florida |
| **ZIP/POSTAL CODE** | 32919 |
| **COUNTRY** | US |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Donald S. Showalter |
| **FIRM NAME** | HOLLAND & KNIGHT LLP |
| **INTERNAL ADDRESS** | ONE E BROWARD BLVD STE 1300 |
| **STREET** | ONE EAST BROWARD BOULEVARD, SUITE 1300 |
| **CITY** | FORT LAUDERDALE |
| **STATE** | Florida |
| **POSTAL CODE** | 33301 |
| **COUNTRY** | United States |
| **PHONE** | 954-468-7879 |
| **FAX** | 954-463-2030 |

| EMAIL | dshowalt@hklaw.com |
|---|---|
| ATTORNEY DOCKET NUMBER | T595-1275 |
| **ATTORNEY SECTION (proposed)** | |
| NAME | Donald S. Showalter |
| FIRM NAME | GrayRobinson, P.A. |
| INTERNAL ADDRESS | Suite 1850 |
| STREET | 401 East Las Olas Blvd. |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33301 |
| COUNTRY | United States |
| PHONE | 954-761-7473 |
| FAX | 954-761-8112 |
| EMAIL | dshowalter@gray-robinson.com |
| ATTORNEY DOCKET NUMBER | T595(621020.1275) |
| OTHER APPOINTED ATTORNEY | Thomas L. Kautz |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 009 |
| GOODS OR SERVICES | KEEP ALL LISTED |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT7\IMAGEOUT7 \763\038\76303814\xml1\81 50002.JPG |
| SPECIMEN DESCRIPTION | Digital image showing the mark affixed to the goods |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 300 |
| TOTAL FEE PAID | 300 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Ronald S. Blum II/ |
| SIGNATORY'S NAME | Ronald S. Blum II |
| SIGNATORY'S POSITION | Counsel, IP |

| DATE SIGNED | 08/12/2009 |
|---|---|
| PAYMENT METHOD | DA |
| **FILING INFORMATION** ||
| SUBMIT DATE | Wed Aug 12 10:50:53 EDT 2009 |
| TEAS STAMP | USPTO/S08N15-38.101.126.6<br>2-20090812105053088472-28<br>67227-440b3df1ad6136f9353<br>7895443573fa-DA-6446-2009<br>0812094033634697 |

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability under Sections 8 & 15 To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2867227
**REGISTRATION DATE:** 07/27/2004

**MARK:** KINGFISH

The owner, Harris Corporation, having an address of
    1025 West NASA Boulevard
    Melbourne, Florida 32919
    US
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 009, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Digital image showing the mark affixed to the goods.
Specimen File1

The registrant hereby appoints Donald S. Showalter and Thomas L. Kautz of GrayRobinson, P.A.
    Suite 1850
    401 East Las Olas Blvd.
    FORT LAUDERDALE, Florida 33301
    United States
to file this Combined Declaration of Use and Incontestability under Sections 8 & 15 on behalf of the registrant. The attorney docket/reference number is T595(621020.1275).

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

## Declaration

*The mark is in use in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in*

*continuous use in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce. There has been no final decision adverse to the owner's claim of ownership of such mark, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Ronald S. Blum II/    Date: 08/12/2009
Signatory's Name: Ronald S. Blum II
Signatory's Position: Counsel, IP

Mailing Address **(current)**:
  HOLLAND & KNIGHT LLP
  ONE EAST BROWARD BOULEVARD, SUITE 1300
  FORT LAUDERDALE, Florida 33301

Mailing Address **(proposed)**:
  GrayRobinson, P.A.
  401 East Las Olas Blvd.
  FORT LAUDERDALE, Florida 33301

Serial Number: 76303814
Internet Transmission Date: Wed Aug 12 10:50:53 EDT 2009
TEAS Stamp: USPTO/S08N15-38.101.126.62-2009081210505
3088472-2867227-440b3df1ad6136f935378954
43573fa-DA-6446-20090812094033634697



**ROUTING SHEET TO POST REGISTRATION (PRU)**      **Registration Number:**   2867227



**Serial Number:**   76303814



**RAM Sale Number:  6446**

**RAM Accounting Date:  20090812**      **Total Fees:**      $300

    Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20090812 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20090812 | $200 | 1 | 1 | $200 |

Physical Location: 650  - PUBLICATION AND ISSUE SECTION

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20090812





Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,867,227

Registered July 27, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## KINGFISH

HARRIS CORPORATION (DELAWARE COR-
PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

FOR: ELECTRONIC SURVEILLANCE TRANS-
CEIVERS FOR TRACKING, LOCATING AND
GATHERING INFORMATION FROM CELLULAR

TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 12-10-2003; IN COMMERCE 12-10-2003.

SN 76-303,814, FILED 8-23-2001.

MELVIN AXILBUND, EXAMINING ATTORNEY

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3514
www.uspto.gov

# NOTICE OF ACCEPTANCE OF STATEMENT OF USE

## Jun 18, 2004

TM13

ATTORNEY
REFERENCE NUMBER:

DONALD S. SHOWALTER
HOLLAND & KNIGHT LLP
ONE EAST BROWARD BOULEVARD, SUITE 1300
ONE E BROWARD BLVD STE 1300
FORT LAUDERDALE FL 33301

T595-1275

| | |
|---|---|
| **SERIAL NUMBER:** | 76/303814 |
| **MARK:** | KINGFISH |
| **OWNER:** | Harris Corporation |

The Statement of Use (SOU) filed for the trademark application identified above has been accepted.  This acceptance means that the mark will register and the registration certificate will issue in due course barring any extraordinary circumstances.

For further information please check the USPTO web site at www.uspto.gov or call the Trademark Assistance Center at 703-308-9000.



Trademark

| Serial Number (Text) | ‖‖‖‖‖‖‖‖‖ 76303814 |

## PROSECUTION HISTORY

NEW CASE DELIVERED
NOV 1 2001
LAW OFFICE 113

| | Entry | Date | Initials |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | NOP | | |
| 8. | 03/05/02 | EXT REQ FILED | 4-8-2 |
| 9. | | EXT REQ GRANTED | 12-20-2 |
| 10. | NOA 05/28/02 | | |
| 11. | | 2d EXT REQ FILED | 5-1-03 |
| 12. | | 2d EXT REQ GRT) | 8-1-03 |
| 13. | | | 11-26-03 |
| 14. | | EXT REQ GRANTED | 12-1003 |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |
| 26. | | | |
| 27. | | | |
| 28. | | | |
| 29. | | | |
| 30. | | | |

☐ See inside of file for additional entries.



## Post Registration

| Section 8 Accepted | | Renewal Granted | | Section 15 |
|---|---|---|---|---|
| (Signature) | (Date) | (Initials) | (Date) | Acknowledged |
| | | | | (Signature) |



Trademark

DRM PTO-102
99

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

Approved for Publication (Principal Register) (Signature/Date)

Approved for Registration (Section 1607)(Signature/Date)

Approved for Registration (Supplemental Register) (Signature/Date)

PUBLISHED
03/05/02

NOA

Abandoned

(Date)



**FEE RECORD SHEET**                    5/02                    Serial Number:  76303814

RAM Sale Number:  1208                          Total Fees:        $100

RAM Accounting Date:  20040428

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 04/28/2004 | $100 | 1 | $100 |

PTO Form 1553 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Statement of Use Filing

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76303814 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **NOTICE OF ALLOWANCE** | YES |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| MARK | KINGFISH |
| **OWNER SECTION (no change)** | |
| **ATTORNEY SECTION** | |
| NAME | Donald S. Showalter |
| FIRM NAME | Holland & Knight LLP |
| INTERNAL ADDRESS | Suite 1300 |
| STREET | One East Broward Boulevard |
| CITY | Fort Lauderdale |
| STATE | FL |
| ZIP/POSTAL CODE | 33301 |
| COUNTRY | USA |
| PHONE | (954) 468-7879 |
| FAX | (954) 463-2030 |
| DOCKET NUMBER | 621020.1275 |
| OTHER APPOINTED ATTORNEY | Thomas L. Kautz |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 009 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| FIRST USE ANYWHERE DATE | 12/10/2003 |

| | |
|---|---|
| FIRST USE IN COMMERCE DATE | 12/10/2003 |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT9\IMAGEOUT9\763\038\76303814\xml1\SO U0002.JPG |
| SPECIMEN DESCRIPTION | Digital image showing the mark affixed to the goods |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| SUBTOTAL AMOUNT | 100 |
| TOTAL AMOUNT | 100 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Michael S. Yatsko/ |
| SIGNATORY NAME | Michael S. Yatsko |
| SIGNATORY DATE | 04/28/2004 |
| SIGNATORY POSITION | Sr. Counsel, Intellectual Property |
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed Apr 28 14:02:21 EDT 2004 |
| TEAS STAMP | USPTO/SOU-172.30.230.5-20 040428140221346060-763038 14-200467a683b057e7152d1e 9787aa49bdb6-RAM-1208-200 40428105756284113 |

PTO Form 1553 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** KINGFISH
**SERIAL NUMBER:** 76303814

This Allegation of Use is being filed after a Notice of Allowance has issued.

The applicant, Harris Corporation, residing at 1025 West NASA Boulevard, Melbourne, FL US 32919, is using or is using through a related company or licensee the mark in commerce on or in connection with the goods and/or services as follows:

For International Class: 009, the applicant, or the applicant's related company or licensee, is using the mark in commerce on or in connection with all goods and/or services listed in the application or Notice of Allowance.
The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 12/10/2003, and first used in commerce at least as early as 12/10/2003, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Digital image showing the mark affixed to the goods.
Specimen-1

The applicant hereby appoints Donald S. Showalter and Thomas L. Kautz of Holland & Knight LLP, Suite 1300, One East Broward Boulevard, Fort Lauderdale, FL USA 33301 to submit this Statement of Use Filing on behalf of the applicant. The attorney docket/reference number is 621020.1275.

A fee payment in the amount of $100 will be submitted with the form, representing payment for 1 class.

## Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Michael S. Yatsko/     Date: 04/28/2004
Signatory's Name: Michael S. Yatsko
Signatory's Position: Sr. Counsel, Intellectual Property

Mailing Address:
   Holland & Knight LLP
   Suite 1300
   One East Broward Boulevard
   Fort Lauderdale, FL 33301

RAM Sale Number: 1208
RAM Accounting Date: 04/28/2004

Serial Number: 76303814
Internet Transmission Date: Wed Apr 28 14:02:21 EDT 2004
TEAS Stamp: USPTO/SOU-172.30.230.5-20040428140221346
060-76303814-200467a683b057e7152d1e9787a
a49bdb6-RAM-1208-20040428105756284113



**FEE RECORD SHEET**

Serial Number:   76303814

RAM Sale Number:  1208

Total Fees:   $100

RAM Accounting Date:  20040428

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 04/28/2004 | $100 | 1 | $100 |

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3514
www.uspto.gov

# NOTICE OF APPROVAL OF EXTENSION REQUEST

## Dec 11, 2003

TM13

ATTORNEY
REFERENCE NUMBER:

DONALD S. SHOWALTER
HOLLAND & KNIGHT LLP
ONE EAST BROWARD BOULEVARD, SUITE 1300
ONE E BROWARD BLVD STE 1300
FORT LAUDERDALE FL 33301

T595-1275

**SERIAL NUMBER:**  76/303814
**MARK:**  KINGFISH
**OWNER:**  Harris Corporation
**EXTENSION REQUEST NUMBER:** 3    **NOTICE OF ALLOWANCE DATE:** May 28, 2002

A Notice of Allowance was issued on May 28, 2002 for the trademark application identified above.  The THIRD request for Extension of Time to File a Statement of Use has been approved.  Applicant must continue to file extension requests every 6 months calculated from the date the Notice of Allowance was issued until a Statement of Use is filed.  Please note that a Statement of Use cannot be filed more than 36 months from the issuance date of the Notice of Allowance.

For further information please check the USPTO web site at www.uspto.gov or call the Trademark Assistance Center at 703-308-9000.

**FEE RECORD SHEET**

Serial Number:   76303814

5/02

RAM Sale Number:  831

Total Fees:      $150

RAM Accounting Date:  20031126

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Extension Request for SOU | 7004 | 11/26/2003 | $150 | 1 | $150 |

PTO Form 1581 (Rev 4/2000)

OMB Control #0651-0009 (Exp. 08/31/2004)

# Extension Statement of Use Filing

*EXT'N GRANTED 12-10-03*

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76303814 |
| **MARK SECTION** | |
| MARK | KINGFISH |
| **OWNER SECTION** | |
| NAME | Harris Corporation |
| STREET | 1025 West NASA Boulevard |
| CITY | Melbourne |
| STATE | FL |
| ZIP/POSTAL CODE | 32919 |
| COUNTRY | US |
| **ATTORNEY SECTION** | |
| ???????NAME | Donald S. Showalter |
| ???????FIRM NAME | Holland & Knight LLP |
| ???????INTERNAL ADDRESS | Suite 1300 |
| ???????STREET | One East Broward Boulevard |
| ???????CITY | Fort Lauderdale |
| ???????STATE | FL |
| ???????ZIP/POSTAL CODE | 33301 |
| ???????COUNTRY | USA |
| ???????PHONE | (954) 468-7879 |
| ???????FAX | (954) 463-2030 |
| ???????EMAIL | don.showalter@hklaw.com |
| ???????AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| ???????DOCKET NUMBER | 621020.01275 (T595) |
| ???????OTHER APPOINTED ATTORNEY(S) | Thomas L. Kautz |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |

| GOODS AND/OR SERVICES SECTION | |
|---|---|
| ???????INTERNATIONAL CLASS | 009 |
| ??????? KEEP EXISTING GOODS AND/OR SERVICES | YES |
| **EXTENSION DEFINITION SECTION** | |
| ???????EXTENSION NUMBER | 3 |
| ???????ONGOING EFFORT | Preparation for shipment. |
| ???????ALLOWANCE MAIL DATE | 20020528 |
| ???????STATEMENT OF USE | NO |
| **SIGNATURE SECTION** | |
| ??????? SIGNATURE | /Michael S. Yatsko/ |
| ??????? SIGNATORY NAME | Michael S. Yatsko |
| ??????? SIGNATORY DATE | 11/26/2003 |
| ??????? SIGNATORY POSITON | Sr. Intellectual Property Counsel |
| **PAYMENT SECTION** | |
| ???????NUMBER OF CLASSES | 1 |
| ???????SUBTOTAL AMOUNT | 150 |
| ???????TOTAL AMOUNT | 150 |
| ???????RAM SALE NUMBER | 831 |
| ???????RAM ACCOUNTING DATE | 20031126 |
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed Nov 26 11:56:58 EST 2003 |
| TEAS STAMP | USPTO/ESU-172.30.230.5-20031126115658702047-76303814-20021a45ca68c1ba7994f4946ff851a763DA831-20031126102607084059 |

PTO Form 1581 (Rev 4/2000)

OMB Control #0651-0009 (Exp. 08/31/2004)

## Trademark/Service Mark Extension for Filing a Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**SERIAL NUMBER:**?76303814
**MARK:**? KINGFISH

The applicant, Harris Corporation, residing at 1025 West NASA Boulevard , Melbourne, FL US 32919, requests a si
month extension of time to file the Statement of Use under 37 C.F.R. Section 2.89 in this application. ?? The Notice
Allowance mailing date was 05/28/2002.

For International Class 009, the applicant has a bona fide intention to use the mark in commerce on or in connection
with all of the goods and/or services listed in the Notice of Allowance.

This is the third extension request. ? The applicant has made the following ongoing efforts to use the mark in
commerce on or in connection with those goods and/or services for which use of the mark has not yet been made:
Preparation for shipment.

A fee payment in the amount of $150 will be submitted with the form, representing payment for 1 class.

### Declaration

The undersigned being hereby warned that willful false statements and the like are punishable by fine or
imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may
jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on beha
of the Owner; and all statements made of his/her own knowledge are true and that all statements made on informatio
and belief are believed to be true.

Signature: /Michael S. Yatsko/ Date: 11/26/2003
Signatory's Name: Michael S. Yatsko
Signatory's Position: Sr. Intellectual Property Counsel

Go Back

PTO Form 1581 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)



EXT REQ GRANTED
8-1-03

## Trademark/Service Mark Extension for Filing a Statement of Use
### (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**SERIAL NUMBER:** 76303814
**MARK:** KINGFISH

The applicant, Harris Corporation, residing at 1025 West NASA Boulevard , Melbourne, FL US 32919, requests a six-month extension of time to file the Statement of Use under 37 C.F.R. Section 2.89 in this application.   The Notice of Allowance mailing date was 05/28/2002.

For International Class 009, the applicant has a bona fide intention to use the mark in commerce on or in connection with all of the goods and/or services listed in the Notice of Allowance.

This is the second extension request.   The applicant has made the following ongoing efforts to use the mark in commerce on or in connection with those goods and/or services for which use of the mark has not yet been made: preparation for production for the goods.

A fee payment in the amount of $150 will be submitted with the form, representing payment for 1 class.

### Declaration

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Michael S. Yatsko/ Date: 05/01/2003
Signatory's Name: Michael S. Yatsko
Signatory's Position: Sr. Intellectual Property Counsel

Go Back

PTO Form 1581 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Extension Statement of Use Filing

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76303814 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **MARK SECTION** | |
| MARK | KINGFISH |
| **OWNER SECTION (no change)** | |
| **ATTORNEY SECTION** | |
| NAME | Donald S. Showalter |
| FIRM NAME | Holland & Knight LLP |
| INTERNAL ADDRESS | Suite 1300 |
| STREET | One East Broward Boulevard |
| CITY | Fort Lauderdale |
| STATE | FL |
| ZIP/POSTAL CODE | 33301 |
| COUNTRY | USA |
| PHONE | (954) 468-7879 |
| FAX | (954) 463-2030 |
| EMAIL | don.showalter@hklaw.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET NUMBER | 621020.01275 (T595) |
| OTHER APPOINTED ATTORNEY | Thomas L. Kautz |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 009 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |

| EXTENSION SECTION | |
|---|---|
| EXTENSION NUMBER | 3 |
| ONGOING EFFORT | Preparation for shipment. |
| ALLOWANCE MAIL DATE | 05/28/2002 |
| STATEMENT OF USE | NO |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| SUBTOTAL AMOUNT | 150 |
| TOTAL AMOUNT | 150 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Michael S. Yatsko/ |
| SIGNATORY NAME | Michael S. Yatsko |
| SIGNATORY DATE | 11/26/2003 |
| SIGNATORY POSITION | Sr. Intellectual Property Counsel |
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed Nov 26 11:56:58 EST 2003 |
| TEAS STAMP | USPTO/ESU-172.30.230.5-20 0311261156587 02047-763038 14-20021a45ca68c1ba7994f4 946ff851a763DA831-2003112 6102607084059 |

PTO Form 1581 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Trademark/Service Mark Extension for Filing a Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**FEE RECORD SHEET**

**Serial Number:**   76303814

**RAM Sale Number:  831**

**Total Fees:**   $150

**RAM Accounting Date:  20031126**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Extension Request for SOU | 7004 | 11/26/2003 | $150 | 1 | $150 |

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3514
www.uspto.gov

# NOTICE OF APPROVAL OF EXTENSION REQUEST

## Nov 20, 2003

TM13                                    ATTORNEY
                                        REFERENCE NUMBER:

DONALD S. SHOWALTER
HOLLAND & KNIGHT LLP
ONE EAST BROWARD BOULEVARD, SUITE 1300        T595-1275
ONE E BROWARD BLVD STE 1300
FORT LAUDERDALE FL 33301

**SERIAL NUMBER:** 76/303814
**MARK:** KINGFISH
**OWNER:** Harris Corporation
**EXTENSION REQUEST NUMBER:** 2     **NOTICE OF ALLOWANCE DATE:** May 28, 2002

A Notice of Allowance was issued on May 28, 2002 for the trademark application identified above.  The SECOND request for Extension of Time to File a Statement of Use has been approved.  Applicant must continue to file extension requests every 6 months calculated from the date the Notice of Allowance was issued until a Statement of Use is filed.  Please note that a Statement of Use cannot be filed more than 36 months from the issuance date of the Notice of Allowance.

For further information please check the USPTO web site at www.uspto.gov or call the Trademark Assistance Center at 703-308-9000.

**FEE RECORD SHEET**

**Serial Number:** 76303814

**RAM Sale Number: 70**

**Total Fees:** $150

**RAM Accounting Date: 20030502**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Extension Request for SOU | 7004 | 20030502 | $150 | 1 | $150 |

PTO Form 1581 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

# Extension Statement of Use Filing

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76303814 |
| **MARK SECTION** | |
| MARK | KINGFISH |
| **OWNER SECTION** | |
| NAME | Harris Corporation |
| STREET | 1025 West NASA Boulevard |
| CITY | Melbourne |
| STATE | FL |
| ZIP/POSTAL CODE | 32919 |
| COUNTRY | US |
| **ATTORNEY SECTION** | |
| NAME | Donald S. Showalter |
| FIRM NAME | Holland & Knight LLP |
| INTERNAL ADDRESS | Suite 1300 |
| STREET | One East Broward Boulevard |
| CITY | Fort Lauderdale |
| STATE | FL |
| ZIP/POSTAL CODE | 33301 |
| COUNTRY | USA |
| PHONE | (954) 468-7879 |
| FAX | (954) 463-2030 |
| EMAIL | dshowalt@hklaw.com |
| DOCKET NUMBER | 621020.01275 (T595) |

| OTHER APPOINTED ATTORNEY(S) | Thomas L. Kautz |
|---|---|
| **LAW OFFICE ASSIGNED** | TMO Law Office 113 |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 009 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| **EXTENSION DEFINITION SECTION** | |
| EXTENSION NUMBER | 2 |
| ONGOING EFFORT | preparation for production for the goods. |
| ALLOWANCE MAIL DATE | 20020528 |
| STATEMENT OF USE | NO |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Michael S. Yatsko/ |
| SIGNATORY NAME | Michael S. Yatsko |
| SIGNATORY DATE | 05/01/2003 |
| SIGNATORY POSITON | Sr. Intellectual Property Counsel |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| SUBTOTAL AMOUNT | 150 |
| TOTAL AMOUNT | 150 |
| RAM SALE NUMBER | 70 |
| RAM ACCOUNTING DATE | 20030502 |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu May 01 15:27:53 EDT 2003 |
| TEAS STAMP | USPTO/ESU-172.30.228.74-20030501152753744129-76303814-2006bf399c15ea1a715cfa4a3aa5e1bfa9dDA70-20030501145726595138 |

PTO Form 1581 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Extension Statement of Use Filing

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76303814 |
| **LAW OFFICE ASSIGNED** | TMO Law Office 113 |
| **MARK SECTION** | |
| MARK | KINGFISH |
| **OWNER SECTION (no change)** | |
| **ATTORNEY SECTION** | |
| NAME | Donald S. Showalter |
| FIRM NAME | Holland & Knight LLP |
| INTERNAL ADDRESS | Suite 1300 |
| STREET | One East Broward Boulevard |
| CITY | Fort Lauderdale |
| STATE | FL |
| ZIP/POSTAL CODE | 33301 |
| COUNTRY | USA |
| PHONE | (954) 468-7879 |
| FAX | (954) 463-2030 |
| EMAIL | dshowalt@hklaw.com |
| DOCKET NUMBER | 621020.01275 (T595) |
| OTHER APPOINTED ATTORNEY | Thomas L. Kautz |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 009 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| **EXTENSION SECTION** | |
| EXTENSION NUMBER | 2 |

| ONGOING EFFORT | preparation for production for the goods. |
|---|---|
| ALLOWANCE MAIL DATE | 05/28/2002 |
| STATEMENT OF USE | NO |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| SUBTOTAL AMOUNT | 150 |
| TOTAL AMOUNT | 150 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Michael S. Yatsko/ |
| SIGNATORY NAME | Michael S. Yatsko |
| SIGNATORY DATE | 05/01/2003 |
| SIGNATORY POSITION | Sr. Intellectual Property Counsel |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu May 01 15:27:53 EDT 2003 |
| TEAS STAMP | USPTO/ESU-172.30.228.74-2 0030501152753744129-76303 814-2006bf399c15ea1a715cf a4a3aa5e1bfa9dDA70-200305 01145726595138 |

PTO Form 1581 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Trademark/Service Mark Extension for Filing a Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**FEE RECORD SHEET**

**Serial Number:**   76303814

**RAM Sale Number:** 70

**RAM Accounting Date:** 20030502

**Total Fees:**   $150

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Extension Request for SOU | 7004 | 20030502 | $150 | 1 | $150 |

PTO/TM/1581 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

## ~REQUEST FOR EXTENSION OF TIME TO FILE A STATEMENT OF USE~

### * To the Commissioner for Trademarks *

<DOCUMENT INFORMATION>
<TRADEMARK/SERVICEMARK EXTENSION>
<VERSION 1.24>

**<TRADEMARK/SERVICEMARK INFORMATION>**
<MARK>   KINGFISH
<SERIAL NUMBER>   76303814
<LAW OFFICE ASSIGNED>   TMO Law Office 113



**<APPLICANT INFORMATION>**
<NAME>   Harris Corporation
<STREET>   1025 West NASA Boulevard
<CITY>   Melbourne
<STATE>   FL
<COUNTRY>   USA
<ZIP/POSTAL CODE>   32919

**<NOTICE OF ALLOWANCE INFORMATION>**
<NOTICE OF ALLOWANCE MAILING DATE>   05/28/2002

**<GOODS AND SERVICES INFORMATION>**
<ALL GOODS AND/OR SERVICES IN NOTICE OF ALLOWANCE>   Yes
~ Applicant has a bona fide intention to use or use through a related company the mark in commerce on or in connection with all the goods/services listed in the Notice of Allowance. ~

**<EXTENSION REQUEST INFORMATION>**
<NUMBER OF EXTENSION REQUEST>   1

**<FEE INFORMATION>**
<TOTAL FEES PAID>   150
<NUMBER OF CLASSES>   1

**<SIGNATURE AND OTHER INFORMATION>**
~ Declaration: Applicant has a continued bona fide intention to use or use through a related company the mark in commerce on or in connection with all the goods/services listed in the Notice of Allowance. Applicant requests a six-month extension of time to file the Statement of Use under 37 CFR 2.89. ~
~ The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true. ~
<SIGNATURE>   /Donald S. Showalter/

11/12/02

&lt;DATE&gt;    11/08/2002
&lt;NAME&gt;    Donald S. Showalter
&lt;TITLE&gt;    Attorney for Applicant
&lt;TELEPHONE NUMBER&gt;   (954) 468-7879
&lt;E-MAIL ADDRESS&gt;   dshowalt@hklaw.com

**&lt;RAM INFORMATION&gt;**
&lt;RAM SALE NUMBER&gt;    462
&lt;RAM ACCOUNTING DATE&gt;    20021108
&lt;INTERNET TRANSMISSION DATE&gt;    Friday, 11-08-2002 11:03:11 EST
&lt;TEAS STAMP&gt;    USPTO/ESU-65127183114-20021108110314103-76303814-
1244fb9460c183f1c7894c6adce222f83e6-RAM-462-20021108105514103

The information collected on this form allows the USPTO to determine whethera mark may be registered on the Principal or Supplemental register, and providesnotice of an applicant's claim of ownership of the mark. Responses to the requestfor information are required to obtain the benefit of a registration on the Principal or Supplemental register. 15 U.S.C. §§1051 et seq. and 37 C.F.R. Part 2. Allinformation collected will be made public. Gathering and providing the information willrequire an estimated 13 minutes (depending if the application is based on an intentto use the mark in commerce, use of the mark in commerce, or a foreign application or registration).Please direct comments on the time needed to complete this form, and/or suggestions for reducing this burden to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce,Washington D.C. 20231. Please note that the PTO may not conduct or sponsor a collection of information using a form that does not display a valid OMB control number.

11/12/02

## ~REQUEST FOR EXTENSION OF TIME TO FILE A STATEMENT OF USE~

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| MARK | KINGFISH |
| SERIAL NUMBER | 76303814 |
| LAW OFFICE ASSIGNED | TMO Law Office 113 |
| NAME | Harris Corporation |
| STREET | 1025 West NASA Boulevard |
| CITY | Melbourne |
| STATE | FL |
| COUNTRY | USA |
| ZIP/POSTAL CODE | 32919 |
| NOTICE OF ALLOWANCE MAILING DATE | 05/28/2002 |
| ALL GOODS AND/OR SERVICES IN NOTICE OF ALLOWANCE | Yes |
| NUMBER OF EXTENSION REQUEST | 1 |
| TOTAL FEES PAID | 150 |
| NUMBER OF CLASSES | 1 |
| SIGNATURE | /Donald S. Showalter/ |
| DATE | 11/08/2002 |
| NAME | Donald S. Showalter |
| TITLE | Attorney for Applicant |
| TELEPHONE NUMBER | (954) 468-7879 |
| E-MAIL ADDRESS | dshowalt@hklaw.com |
| RAM SALE NUMBER | 462 |
| RAM ACCOUNTING DATE | 20021108 |
| INTERNET TRANSMISSION DATE | Friday, 11-08-2002 11:03:11 EST |

11/12/02

TEAS STAMP
USPTO/ESU-65127183114-20021108110314103-76303814-
1244fb9460c183f1c7894c6adce222f83e6-RAM-462-
20021108105514103

Go Back

11/12/02

**FEE RECORD SHEET**

5/28/02

Serial Number:   76303814

RAM Sale Number:  462

RAM Accounting Date:  20021108

Total Fees:   $150

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Extension Request for SOU | 7004 | 11/08/2002 | $150 | 1 | $150 |

**FEE RECORD SHEET**

**Serial Number:**  76303814

**RAM Sale Number:  462**

**RAM Accounting Date:   20021108**

**Total Fees:**      $150

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Extension Request for SOU | 7004 | 11/08/2002 | $150 | 1 | $150 |

PTO/TM/1581 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

## ~REQUEST FOR EXTENSION OF TIME TO FILE A STATEMENT OF USE~

### * To the Commissioner for Trademarks *

\<DOCUMENT INFORMATION>
\<TRADEMARK/SERVICEMARK EXTENSION>
\<VERSION 1.24>

**\<TRADEMARK/SERVICEMARK INFORMATION>**
\<MARK>   KINGFISH
\<SERIAL NUMBER>   76303814
\<LAW OFFICE ASSIGNED>   TMO Law Office 113

**\<APPLICANT INFORMATION>**
\<NAME>   Harris Corporation
\<STREET>   1025 West NASA Boulevard
\<CITY>   Melbourne
\<STATE>   FL
\<COUNTRY>   USA
\<ZIP/POSTAL CODE>   32919

**\<NOTICE OF ALLOWANCE INFORMATION>**
\<NOTICE OF ALLOWANCE MAILING DATE>   05/28/2002

**\<GOODS AND SERVICES INFORMATION>**
\<ALL GOODS AND/OR SERVICES IN NOTICE OF ALLOWANCE>   Yes
~ Applicant has a bona fide intention to use or use through a related company the mark in commerce on or in connection with all the goods/services listed in the Notice of Allowance. ~

**\<EXTENSION REQUEST INFORMATION>**
\<NUMBER OF EXTENSION REQUEST>   1

**\<FEE INFORMATION>**
\<TOTAL FEES PAID>   150
\<NUMBER OF CLASSES>   1

**\<SIGNATURE AND OTHER INFORMATION>**
~ Declaration: Applicant has a continued bona fide intention to use or use through a related company the mark in commerce on or in connection with all the goods/services listed in the Notice of Allowance. Applicant requests a six-month extension of time to file the Statement of Use under 37 CFR 2.89. ~
~ The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true. ~
\<SIGNATURE>   /Donald S. Showalter/

11/12/02

~REQUEST FOR EXTENSION OF TIME TO FILE A STATEMENT OF USE~          Page 2 of 2

<DATE>   11/08/2002
<NAME>   Donald S. Showalter
<TITLE>   Attorney for Applicant
<TELEPHONE NUMBER>   (954) 468-7879
<E-MAIL ADDRESS>   dshowalt@hklaw.com

**<RAM INFORMATION>**
<RAM SALE NUMBER>   462
<RAM ACCOUNTING DATE>   20021108
<INTERNET TRANSMISSION DATE>   Friday, 11-08-2002 11:03:11 EST
<TEAS STAMP>   USPTO/ESU-65127183114-20021108110314103-76303814-
1244fb9460c183f1c7894c6adce222f83e6-RAM-462-20021108105514103

The information collected on this form allows the USPTO to determine whether a mark may be registered on the Principal or Supplemental register, and provides notice of an applicant's claim of ownership of the mark. Responses to the request for information are required to obtain the benefit of a registration on the Principal or Supplemental register. 15 U.S.C. §§1051 et seq. and 37 C.F.R. Part 2. All information collected will be made public. Gathering and providing the information will require an estimated 13 minutes (depending if the application is based on an intent to use the mark in commerce, use of the mark in commerce, or a foreign application or registration). Please direct comments on the time needed to complete this form, and/or suggestions for reducing this burden to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington D.C. 20231. Please note that the PTO may not conduct or sponsor a collection of information using a form that does not display a valid OMB control number.

11/12/02

## ~REQUEST FOR EXTENSION OF TIME TO FILE A STATEMENT OF USE~

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| MARK | KINGFISH |
| SERIAL NUMBER | 76303814 |
| LAW OFFICE ASSIGNED | TMO Law Office 113 |
| NAME | Harris Corporation |
| STREET | 1025 West NASA Boulevard |
| CITY | Melbourne |
| STATE | FL |
| COUNTRY | USA |
| ZIP/POSTAL CODE | 32919 |
| NOTICE OF ALLOWANCE MAILING DATE | 05/28/2002 |
| ALL GOODS AND/OR SERVICES IN NOTICE OF ALLOWANCE | Yes |
| NUMBER OF EXTENSION REQUEST | 1 |
| TOTAL FEES PAID | 150 |
| NUMBER OF CLASSES | 1 |
| SIGNATURE | /Donald S. Showalter/ |
| DATE | 11/08/2002 |
| NAME | Donald S. Showalter |
| TITLE | Attorney for Applicant |
| TELEPHONE NUMBER | (954) 468-7879 |
| E-MAIL ADDRESS | dshowalt@hklaw.com |
| RAM SALE NUMBER | 462 |
| RAM ACCOUNTING DATE | 20021108 |
| INTERNET TRANSMISSION DATE | Friday, 11-08-2002 11:03:11 EST |

11/12/02

~REQUEST FOR EXTENSION OF TIME TO FILE A STATEMENT OF USE~          Page 2 of 2

TEAS STAMP

USPTO/ESU-65127183114-20021108110314103-76303814-
1244fb9460c183f1c7894c6adce222f83e6-RAM-462-
20021108105514103

Go Back

11/12/02

 

Page 01 of 01

## U.S. Patent and Trademark Office (PTO)
# NOTICE OF ALLOWANCE

(NOTE: If any data on this notice is incorrect, please submit a written request for correction of the NOA to: Assistant Commissioner for Trademarks, Box ITU, 2900 Crystal Drive, Arlington, VA 22202-3513. Please include the serial number of your application on ALL correspondence with the PTO. 15 U.S.C. 1063(b)(2))

**ISSUE DATE OF NOA:** May 28, 2002

DONALD S. SHOWALTER
HOLLAND & KNIGHT LLP
ONE EAST BROWARD BOULEVARD, SUITE 1300
ONE E BROWARD BLVD STE 1300
FORT LAUDERDALE FL  33301

ATTORNEY
REFERENCE NUMBER
T595-1275

---

### ** IMPORTANT INFORMATION: 6 MONTH DEADLINE **

To avoid ABANDONMENT of this application, either a "Statement of Use" (a.k.a. "Allegation of Use") or a "Request for Extension of Time to File a Statement of Use" (a.k.a. "Extension Request") and the appropriate fee(s) must be received in the PTO within six months of the issue date of this Notice Of Allowance (NOA) for those goods and/or services based on intent to use. Failure to do so will result in the ABANDONMENT of this application.

Please note that both the "Statement of Use" and "Extension Request" have many legal requirements, including fees. These requirements are explained in the PTO booklet "Basic Facts About Trademarks", which can be obtained upon request at (703)308-9000. In addition, there are printed forms contained in this booklet (for "Statements of Use" and "Extension Requests") for your use.

---

### The following information should be reviewed for accuracy:

SERIAL NUMBER: 76/303814
MARK:      KINGFISH
OWNER:     Harris Corporation
           1025 West NASA Boulevard
           Melbourne, FLORIDA  32919

This application has the following bases, but not necessarily for all listed goods/services:
    Section 1(a): NO      Section 1(b): YES      Section 44(e): NO

## GOODS/SERVICES BY INTERNATIONAL CLASS

009—electronic surveillance transceivers for tracking, locating and gathering information
    from cellular telephones

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

---

```
*** User: tvanhorn ***
```

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 2523 | N/A | 0 | 0 | 0:01 | "HARRIS"[ON] |
| 02 | 1286 | N/A | 100 | 100 | 0:05 | 1 NOT DEAD[LD] |
| 03 | 426 | N/A | 0 | 0 | 0:03 | "HARRIS CORPORATION"[ON] |
| 04 | 203 | 0 | 203 | 203 | 0:05 | 3 NOT DEAD[LD] |
| 05 | 17484 | N/A | 0 | 0 | 0:01 | *K{"iy"}NG*[BI,TI] |
| 06 | 3738 | N/A | 0 | 0 | 0:02 | *F{"iy"}SH*[BI,TI] |
| 07 | 87 | 40 | 47 | 47 | 0:01 | 5 AND 6 |
| 08 | 18356 | N/A | 0 | 0 | 0:01 | *K{v}NG*[BI,TI] |
| 09 | 88 | N/A | 0 | 0 | 0:01 | 6 AND 8 |
| 10 | 48 | 0 | 48 | 48 | 0:05 | 9 NOT DEAD[LD] |

```
Session started  10/31/01 5:04:46 PM
Session finished 10/31/01 5:11:01 PM
Total search duration 0:25 minutes
Session Duration 6:15 minutes

Default NEAR limit= 1 ADJ limit= 1
```

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919

For:       Electronic surveillance transceivers for tracking, locating and
           gathering information from cellular telephones

Int. Class:   009

# KINGFISH



08-23-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #79



**76303814**

3

# 76303814

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

08/28/2001 SWILSON 00000121 000070   76303814

01 FC:361          325.00 CH

PTO-1555
(5/87)

*U.S. Government Printing Office: 2000 — 466-232/29119

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks          **Docket No.: T595-1275**
2900 Crystal Drive
Arlington, VA 22202-3513

Date: August 23, 2001

Sir:

Transmitted herewith is an application for registration of:

      Mark:                          KINGFISH

      In International Class(es):     009

      On Behalf of Applicant:     Harris Corporation

      Applicant is a:

           _____        citizen of _____.

           _____        partnership of _____.

           __X__        corporation of __Delaware_____.

Attached hereto are:

   __XX__  one executed application.

   __XX__  one drawing (____ *formal*, __X__ *informal*).

   _____Three specimens for each International Class.

   __XX__  Intent to Use Application - no specimens attached.

   _____A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class. The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

   __XX__  The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870. The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

_____   A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

__XX__   An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

CERTIFICATION UNDER 37 C.F.R. 1.10

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on August 23, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL67103904US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

Francine A. Nienow
typed or printed name of person mailing correspondence

FTL1 #543891 v14

2

EL677103904US

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark:  KINGFISH

International Class: 009

To the Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

   Harris Corporation (Applicant"), a Delaware corporation, located and doing business at 1025 West NASA Boulevard, Melbourne, Florida  32919.

   Applicant requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance transceivers for tracking, locating and gathering information from cellular telephones in International Class 009.

   Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods, pursuant to 15 U.S.C. §1051(b) as amended, by applying the mark to the goods and/or on the packaging for the goods.

   The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the Applicant; he believes the Applicant to be the owner of the mark sought to be registered, or, if

the application is being filed under 15 U.S.C. 1051(b), he believes Applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true and that all statements made on information and belief are believed to be true.

The undersigned hereby appoints Donald S. Showalter (R. No. 33,033); Thomas L. Kautz (R. No. 28,726); Leslie J. Hart (R. No. 26,462); Harry M. Fleck (R. No. 24,704) and Michael S. Yatsko (R. No. 28,135), its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark office connected therewith.  Please direct all telephone calls and correspondence to:

Donald S. Showalter, Esquire
Holland & Knight LLP
One East Broward Boulevard, Suite 1300
Fort  Lauderdale, Florida 33301
Phone (954) 468-7879
Fax:  (954) 463-2030
E-mail:  dshowalt@hklaw.com

HARRIS CORPORATION

By _Michael S Yatsko_

Michael S. Yatsko, Esquire
Sr. Intellectual Property Counsel

Date _8/16/01_

FTL1 #554733 v1

2

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919

For:          Electronic surveillance transceivers for tracking, locating and
              gathering information from cellular telephones

Int. Class:   009

# KINGFISH

08-23-2001

U.S. Patent & TMOfo/TM Mail Rcpt Dt. #79

76303814

3

EL677103904US

*TRADEMARK*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark:  KINGFISH

International Class: 009

To the Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

Harris Corporation ("Applicant"), a Delaware corporation, located and doing business at 1025 West NASA Boulevard, Melbourne, Florida  32919.

Applicant requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance transceivers for tracking, locating and gathering information from cellular telephones in International Class 009.

Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods, pursuant to 15 U.S.C. §1051(b) as amended, by applying the mark to the goods and/or on the packaging for the goods.

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the Applicant; he believes the Applicant to be the owner of the mark sought to be registered, or, if

the application is being filed under 15 U.S.C. 1051(b), he believes Applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true and that all statements made on information and belief are believed to be true.

The undersigned hereby appoints Donald S. Showalter (R. No. 33,033); Thomas L. Kautz (R. No. 28,726); Leslie J. Hart (R. No. 26,462); Harry M. Fleck (R. No. 24,704) and Michael S. Yatsko (R. No. 28,135), its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark office connected therewith.  Please direct all telephone calls and correspondence to:

Donald S. Showalter, Esquire
Holland & Knight LLP
One East Broward Boulevard, Suite 1300
Fort  Lauderdale, Florida  33301
Phone (954) 468-7879
Fax:  (954) 463-2030
E-mail:  dshowalt@hklaw.com

HARRIS CORPORATION

By _____

Michael S. Yatsko, Esquire
Sr. Intellectual Property Counsel

Date ___8/16/01___

FTL1 #554733 v1

2

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks          **Docket No.: T595-1275**
2900 Crystal Drive
Arlington, VA 22202-3513

Date: August 23, 2001

Sir:

Transmitted herewith is an application for registration of:

Mark:                          KINGFISH

In International Class(es):    009

On Behalf of Applicant:        Harris Corporation

Applicant is a:

   \_\_\_\_          citizen of _____.

   \_\_\_\_          partnership of _____.

  **X**          corporation of  Delaware          .

Attached hereto are:

  **XX**   one executed application.

  **XX**   one drawing (\_\_\_ *formal*,  **X**  *informal*).

  \_\_\_\_\_Three specimens for each International Class.

  **XX**   Intent to Use Application - no specimens attached.

  _____A check in the amount of $325.00 to cover the U.S. Government Fee of
$325.00 for each Int. Class. The Commissioner is hereby authorized to
charge any underpayment of fees associated with this communication
or credit any overpayment to Deposit Account No. 08-0870. A
duplicate copy of this sheet is attached.

  **XX**   The Commissioner is hereby authorized to charge the filing fee of
$325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870.
The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

___     A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

XX     An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida 33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

---

CERTIFICATION UNDER 37 C.F.R. 1.10

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on August 23, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL67103904US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

_____
Francine A. Nienow
typed or printed name of person mailing correspondence

---

FTL1 #543891 v14

2

# 76303814

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

06/26/2001 SMILSON 00000121 000070   76303814

01 FC:361          325.00 CH

PTO-1555
(5/87)

*U.S. Government Printing Office: 2000 — 466-232/29119

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919

For:       Electronic  surveillance  transceivers  for  tracking,  locating  and
           gathering information from cellular telephones

Int. Class:  009

# KINGFISH

08-23-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #79

PUBLISHED
03/05/02

76303814

3