## ATTACHMENT 11

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR  SUMMARY
JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)


ATTACHMENT 11:   Space and Naval Warfare Systems Center (SPAWARSYSCEN). (Jun.
10, 2004).  *Sole Source Harris Corporation AmberJack G antennas and
antenna accessory kits* (Solicitation Number: N65236-04-R-0096).

| Home | Getting Started | General Info | Opportunities | Agencies | Privacy |

Buyers: Login | Register    Vendors: Login | Register    Accessibility



# 58 -- Sole Source Harris Corporation AmberJack G antennas and antenna accessory kits

**Solicitation Number:** N65236-04-R-0096
**Agency:** Department of the Navy
**Office:** Space and Naval Warfare Systems Command
**Location:** SPAWAR Systems Center Atlantic

Notice Details    Packages    Interested Vendors List    Print    Link

**Original Synopsis**
Jun 10, 2004
12:00 am

[ Return To Opportunities List ]

**Solicitation Number:**
N65236-04-R-0096

**Notice Type:**
Presolicitation

**Synopsis:**
Added: June 10, 2004
Space and Naval Warfare Systems Center (SPAWARSYSCEN) Charleston intends to negotiate, on a Sole Source basis, with Harris Corporation, 2400 Palm Bay Road NE, Melbourne, FL 32902-0037. The contractor shall provide four (4) ea. AmberJack G magnetic mount vehicular direction find antennas and seven (7) ea. direction find accessory kits. A Firm Fixed Price type contract is anticipated. This notice of intent is not a Request for Competitive Proposals. The applicable NAICS Code is 334511 with a size standard of 750 employees and FSC Code 5810 apply. Comments shall be submitted in writing to Mr. Chris Brutsch, Code 0217CB, Contract Specialist at chris.brutsch@navy.mil no later than 15 days from the date of this notice. See Note 22.

**Contracting Office Address:**
P.O. Box 190022, North Charleston SC 29419-9022

**Point of Contact(s):**
Point of Contact - Chris Brutsch, Contract Specialist, 843-218-5965; Chris Brutsch, Contracting Officer, 843-218-5965

Contract Specialist

[ Return To Opportunities List ]

## GENERAL INFORMATION

**Notice Type:**
Presolicitation

**Posted Date:**
June 10, 2004

**Response Date:**
June 25, 2004

**Archiving Policy:**
Automatic, on specified date

**Archive Date:**
July 25, 2004

**Original Set Aside:**
N/A

**Set Aside:**
N/A

**Classification Code:**
58 -- Communication, detection, & coherent radiation equipment

For Help: Federal Service Desk    Accessibility

## ATTACHMENT 12

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR  SUMMARY
JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 12:   United States Patent and Trademark Office, *Trademark Reg. No. 2,710,009 [AmberJack]* (registered Aug. 22, 2003).

Generated on: This page was generated by TSDR on 2014-05-16 15:18:01 EDT

Mark: AMBERJACK

# AMBERJACK

| | |
|---|---|
| US Serial Number: 76303502 | Application Filing Date: Aug. 21, 2001 |
| US Registration Number: 2710009 | Registration Date: Apr. 22, 2003 |
| Register: Principal | |
| Mark Type: Trademark | |
| Status: The registration has been renewed. | |
| Status Date: Mar. 22, 2013 | |
| Publication Date: Apr. 16, 2002 | Notice of Allowance Date: Jul. 09, 2002 |

## Mark Information

Mark Literal Elements: AMBERJACK

Standard Character Claim: No

Mark Drawing Type: 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of
- Asterisks "..*" identify additional (new) wording in the goods/services.

For: Direction finding antennas for use in locating and tracking mobile telephones

| | |
|---|---|
| International Class(es): 009 - Primary Class | U.S Class(es): 021, 023, 026, 036, 038 |
| Class Status: ACTIVE | |
| Basis: 1(a) | |
| First Use: Oct. 28, 2002 | Use in Commerce: Oct. 28, 2002 |

## Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: No | Currently Use: Yes | Amended Use: No |
| Filed ITU: Yes | Currently ITU: No | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: Harris Corporation | |
| Owner Address: 1025 West NASA Boulevard | |
| Melbourne, FLORIDA 32919 | |
| UNITED STATES | |
| Legal Entity Type: CORPORATION | State or Country Where Organized: DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| Attorney Name: Donald S. Showalter | Docket Number: T596 621020. |
| Attorney Primary Email Address: don.showalter@gray-robinson.com | Attorney Email Authorized: No |

### Correspondent

Correspondent Name/Address: Donald S. Showalter
GRAYROBINSON, P.A.
SUITE 1850
401 EAST LAS OLAS BLVD.
FORT LAUDERDALE, FLORIDA 33301

UNITED STATES
Phone: 954-761-7473
Fax: 954-761-8112
Correspondent e-mail: don.showalter@gray-robinson.com
Correspondent e-mail   No
Authorized:

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Mar. 22, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - MAILED | |
| Mar. 22, 2013 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 66607 |
| Mar. 22, 2013 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 66607 |
| Mar. 22, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 66607 |
| Mar. 07, 2013 | TEAS SECTION 8 & 9 RECEIVED | |
| Jul. 31, 2008 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 75461 |
| Jul. 30, 2008 | ASSIGNED TO PARALEGAL | 75461 |
| Jul. 17, 2008 | TEAS SECTION 8 & 15 RECEIVED | |
| May 19, 2008 | CASE FILE IN TICRS | |
| Apr. 22, 2003 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 27, 2003 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Feb. 26, 2003 | ASSIGNED TO EXAMINER | 73717 |
| Feb. 20, 2003 | STATEMENT OF USE PROCESSING COMPLETE | |
| Dec. 19, 2002 | USE AMENDMENT FILED | |
| Dec. 19, 2002 | TEAS STATEMENT OF USE RECEIVED | |
| Jul. 09, 2002 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Apr. 16, 2002 | PUBLISHED FOR OPPOSITION | |
| Mar. 27, 2002 | NOTICE OF PUBLICATION | |
| Jan. 18, 2002 | ASSIGNED TO EXAMINER | 73717 |
| Oct. 30, 2001 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 30, 2001 | ASSIGNED TO EXAMINER | 73717 |

## Maintenance Filings or Post Registration Information

Affidavit of Continued Use:  Section 8 - Accepted

Affidavit of Incontestability:  Section 15 - Accepted

Renewal Date:  Apr. 22, 2013

## TM Staff and Location Information

**TM Staff Information - None**
**File Location**

Current Location:  Not Found

Date In Location:  Mar. 22, 2013

Side - 1



## NOTICE OF ACCEPTANCE OF §8
## DECLARATION AND §9 RENEWAL
## MAILING DATE: Mar 22, 2013

The declaration and renewal application filed in connection with the registration identified below meets the requirements of Sections 8 and 9 of the Trademark Act, 15 U.S.C. §§1058 and 1059. The declaration is accepted and renewal is granted. The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov.  To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**     2710009
**MARK:**          AMBERJACK
**OWNER:**         Harris Corporation

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

Donald S. Showalter
GRAYROBINSON, P.A.
SUITE 1850
401 EAST LAS OLAS BLVD.
FORT LAUDERDALE, FL   33301

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2710009 |
| **REGISTRATION DATE** | 04/22/2003 |
| **SERIAL NUMBER** | 76303502 |
| **MARK SECTION** | |
| **MARK** | AMBERJACK |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Donald S. Showalter |
| **FIRM NAME** | GRAYROBINSON, P.A. |
| **INTERNAL ADDRESS** | 401 EAST LAS OLAS BLVD. |
| **STREET** | SUITE 1850 |
| **CITY** | FORT LAUDERDALE |
| **STATE** | Florida |
| **POSTAL CODE** | 33301 |
| **COUNTRY** | United States |
| **PHONE** | 954-761-7473 |
| **FAX** | 954-761-8112 |
| **ATTORNEY SECTION (proposed)** | |
| **NAME** | Donald S. Showalter |
| **FIRM NAME** | GRAYROBINSON, P.A. |
| **INTERNAL ADDRESS** | 401 EAST LAS OLAS BLVD. |
| **STREET** | SUITE 1850 |
| **CITY** | FORT LAUDERDALE |

| | |
|---|---|
| STATE | Florida |
| POSTAL CODE | 33301 |
| COUNTRY | United States |
| PHONE | 954-761-7473 |
| FAX | 954-761-8112 |
| EMAIL | don.showalter@gray-robinson.com |
| DOCKET/REFERENCE NUMBER | T596 621020.1276 |
| OTHER APPOINTED ATTORNEY | Thomas L. Kautz |

**CORRESPONDENCE SECTION (current)**

| | |
|---|---|
| NAME | DONALD S. SHOWALTER |
| FIRM NAME | GRAYROBINSON, P.A. |
| INTERNAL ADDRESS | 401 EAST LAS OLAS BLVD. |
| STREET | SUITE 1850 |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33301 |
| COUNTRY | United States |
| PHONE | 954-761-7473 |
| FAX | 954-761-8112 |

**CORRESPONDENCE SECTION (proposed)**

| | |
|---|---|
| NAME | DONALD S. SHOWALTER |
| FIRM NAME | GRAYROBINSON, P.A. |
| INTERNAL ADDRESS | 401 EAST LAS OLAS BLVD. |
| STREET | SUITE 1850 |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33301 |
| COUNTRY | United States |
| PHONE | 954-761-7473 |
| FAX | 954-761-8112 |
| EMAIL | don.showalter@gray-robinson.com |

| DOCKET/REFERENCE NUMBER | T596 621020.1276 |
|---|---|

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 009 |
|---|---|
| GOODS OR SERVICES | Direction finding antennas for use in locating and tracking mobile telephones |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\763\035\76303502\xml1\ S890002.JPG |
| SPECIMEN DESCRIPTION | Digital image showing the mark affixed to the goods. |

## OWNER SECTION (current)

| NAME | Harris Corporation |
|---|---|
| STREET | 1025 West NASA Boulevard |
| CITY | Melbourne |
| STATE | Florida |
| ZIP/POSTAL CODE | 32919 |
| COUNTRY | United States |

## LEGAL ENTITY SECTION (current)

| TYPE | corporation |
|---|---|
| STATE/COUNTRY OF INCORPORATION | Delaware |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 500 |
| TOTAL FEE PAID | 500 |

## SIGNATURE SECTION

| SIGNATURE | /Ronald S. Blum II/ |
|---|---|
| SIGNATORY'S NAME | Ronald S. Blum II |
| SIGNATORY'S POSITION | Managing Counsel, IP |
| DATE SIGNED | 03/06/2013 |
| SIGNATORY'S PHONE NUMBER | (321) 724-3422 |
| PAYMENT METHOD | DA |

| FILING INFORMATION | |
|---|---|
| **SUBMIT DATE** | Thu Mar 07 13:45:27 EST 2013 |
| **TEAS STAMP** | USPTO/S08N09-38.101.126.5<br>3-20130307134527696063-27<br>10009-500628160d47de497bc<br>ffcf5e315c2bdca71c2d16187<br>6e1fe8b9e62c79dc213-DA-71<br>-20130306133001130925 |

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2710009
**REGISTRATION DATE:** 04/22/2003

**MARK:** AMBERJACK

The owner, Harris Corporation, a corporation of Delaware, having an address of
    1025 West NASA Boulevard
    Melbourne, Florida 32919
    United States
is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For International Class 009, the mark is in use in commerce on or in connection with **all** goods or services listed in the existing registration for this specific class: Direction finding antennas for use in locating and tracking mobile telephones ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Digital image showing the mark affixed to the goods..
Specimen File1
The registrant's current Attorney Information: Donald S. Showalter of  GRAYROBINSON, P.A.
    401 EAST LAS OLAS BLVD.
    SUITE 1850
    FORT LAUDERDALE, Florida (FL) 33301
    United States


The registrant's proposed Attorney Information: Donald S. Showalter of  GRAYROBINSON, P.A.
    401 EAST LAS OLAS BLVD.
    SUITE 1850
    FORT LAUDERDALE, Florida (FL) 33301
    United States
The docket/reference number is T596 621020.1276.
The Other Appointed Attorney(s): Thomas L. Kautz.

The phone number is 954-761-7473.

The fax number is 954-761-8112.

The email address is don.showalter@gray-robinson.com.

The registrant's current Correspondence Information: DONALD S. SHOWALTER of
GRAYROBINSON, P.A.
    401 EAST LAS OLAS BLVD.
    SUITE 1850
    FORT LAUDERDALE, Florida (FL) 33301
    United States


The registrant's proposed Correspondence Information: DONALD S. SHOWALTER of
GRAYROBINSON, P.A.
    401 EAST LAS OLAS BLVD.
    SUITE 1850
    FORT LAUDERDALE, Florida (FL) 33301
    United States
The docket/reference number is T596 621020.1276.


The phone number is 954-761-7473.

The fax number is 954-761-8112.

The email address is don.showalter@gray-robinson.com.

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1
class(es), plus any additional grace period fee, if necessary.

## Declaration

### Section 8: Declaration of Use and/or Excusable Nonuse in Commerce
*Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in
connection with the goods and/or services identified above, as evidenced by the attached specimen(s)
showing the mark as used in commerce.*


The undersigned being hereby warned that willful false statements and the like are punishable by fine or
imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like
may jeopardize the validity of this document, declares that he/she is properly authorized to execute this
document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all
statements made on information and belief are believed to be true.

### Section 9: Application for Renewal
*The registrant requests that the registration be renewed for the goods/services identified above.*


Signature: /Ronald S. Blum II/    Date: 03/06/2013
Signatory's Name: Ronald S. Blum II
Signatory's Position: Managing Counsel, IP
Signatory's Phone Number: (321) 724-3422

Mailing Address **(current)**:
  GRAYROBINSON, P.A.
  SUITE 1850
  FORT LAUDERDALE, Florida 33301

Mailing Address **(proposed)**:
  GRAYROBINSON, P.A.
  SUITE 1850
  FORT LAUDERDALE, Florida 33301

Serial Number: 76303502
Internet Transmission Date: Thu Mar 07 13:45:27 EST 2013
TEAS Stamp: USPTO/S08N09-38.101.126.53-2013030713452
7696063-2710009-500628160d47de497bcffcf5
e315c2bdca71c2d161876e1fe8b9e62c79dc213-
DA-71-20130306133001130925



**ROUTING SHEET TO POST REGISTRATION (PRU)**        **Registration Number:**   2710009



**Serial Number:**   76303502

**RAM Sale Number:  2710009**

**RAM Accounting Date:  20130308**



**Total Fees:**        $500

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20130307 | $100 | 1 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20130307 | $400 | 1 | 1 | $400 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20130307





 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO: 2710009    SERIAL NO: 76/303502    MAILING DATE: 07/31/2008
REGISTRATION DATE: 04/22/2003
MARK:  AMBERJACK
REGISTRATION OWNER:  Harris Corporation

**CORRESPONDENCE ADDRESS:**

Donald S. Showalter
GrayRobinson, P.A.
Suite 1850
401 East Las Olas Blvd.
FORT LAUDERDALE FL 33301

# NOTICE OF ACCEPTANCE
15  U.S.C.  Sec.  1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# NOTICE OF ACKNOWLEDGEMENT
15  U.S.C.  Sec.  1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

**ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
009.

RICE, GREGGRY A
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
### CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION
ORIGINAL

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability Under Sections 8 & 15

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2710009 |
| **REGISTRATION DATE** | 04/22/2003 |
| **SERIAL NUMBER** | 76303502 |
| **MARK SECTION** | |
| **MARK** | AMBERJACK |
| **OWNER SECTION (current)** | |
| **NAME** | Harris Corporation |
| **STREET** | 1025 West NASA Boulevard |
| **CITY** | Melbourne |
| **STATE** | Florida |
| **ZIP/POSTAL CODE** | 32919 |
| **COUNTRY** | United States |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Donald S. Showalter |
| **FIRM NAME** | HOLLAND & KNIGHT LLP |
| **STREET** | 1 E BROWARD BLVD STE 1300 |
| **CITY** | FORT LAUDERDALE |
| **STATE** | Florida |
| **POSTAL CODE** | 33301-1865 |
| **COUNTRY** | United States |
| **PHONE** | 954-468-7879 |
| **FAX** | 954-463-2030 |
| **ATTORNEY SECTION (proposed)** | |

| NAME | Donald S. Showalter |
|---|---|
| FIRM NAME | GrayRobinson, P.A. |
| INTERNAL ADDRESS | Suite 1850 |
| STREET | 401 East Las Olas Blvd. |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33301 |
| COUNTRY | United States |
| PHONE | 954-761-7473 |
| FAX | 954-761-8112 |
| ATTORNEY DOCKET NUMBER | 621020.1276 |
| OTHER APPOINTED ATTORNEY | Thomas L. Kautz |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 009 |
|---|---|
| GOODS OR SERVICES | KEEP ALL LISTED |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT2\IMAGEOUT2 \763\035\76303502\xml1\81 50002.JPG |
| SPECIMEN DESCRIPTION | Digital image of the mark as used on the goods |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 300 |
| TOTAL FEE PAID | 300 |

## SIGNATURE SECTION

| SIGNATURE | /Ronald S. Blum II/ |
|---|---|
| SIGNATORY'S NAME | Ronald S. Blum II |
| SIGNATORY'S POSITION | Counsel, IP |
| DATE SIGNED | 07/17/2008 |
| PAYMENT METHOD | DA |

## FILING INFORMATION

| SUBMIT DATE | Thu Jul 17 09:27:04 EDT 2008 |
|---|---|

**TEAS STAMP**

USPTO/S08N15-209.36.59.1-
20080717092704589505-2710
009-4001a93f6b9a1afda2562
615616319b20c6-DA-7241-20
080717090056636853

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability Under Sections 8 & 15 To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2710009
**REGISTRATION DATE:** 04/22/2003

**MARK:** AMBERJACK

The owner, Harris Corporation, having an address of
    1025 West NASA Boulevard
    Melbourne, Florida 32919
    United States
is filing a Combined Declaration of Use and Incontestability Under Sections 8 & 15.

For International Class 009, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Digital image of the mark as used on the goods. Specimen File1

The registrant hereby appoints Donald S. Showalter and Thomas L. Kautz of GrayRobinson, P.A.
    Suite 1850
    401 East Las Olas Blvd.
    FORT LAUDERDALE, Florida 33301
    United States
to file this Combined Declaration of Use and Incontestability Under Sections 8 & 15 on behalf of the registrant. The attorney docket/reference number is 621020.1276.

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

## Declaration

*The owner, or its related company, is using the mark in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The owner, or its related company, has continuously used the mark in commerce on or in*

*connection with the goods and/or services identified above, for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still using the mark in commerce on or in connection with the identified goods and/or services. There has been no final decision adverse to the owner's claim of ownership of such mark for such goods and/or services, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Ronald S. Blum II/     Date: 07/17/2008
Signatory's Name: Ronald S. Blum II
Signatory's Position: Counsel, IP

Mailing Address **(current)**:
  HOLLAND & KNIGHT LLP
  1 E BROWARD BLVD STE 1300
  FORT LAUDERDALE, Florida 33301-1865

Mailing Address **(proposed)**:
  GrayRobinson, P.A.
  401 East Las Olas Blvd.
  FORT LAUDERDALE, Florida 33301

Serial Number: 76303502
Internet Transmission Date: Thu Jul 17 09:27:04 EDT 2008
TEAS Stamp: USPTO/S08N15-209.36.59.1-200807170927045
89505-2710009-4001a93f6b9a1afda256261561
6319b20c6-DA-7241-20080717090056636853



**ROUTING SHEET TO POST REGISTRATION (PRU)**          **Registration Number:**   2710009

**Serial Number:**   76303502

**RAM Sale Number:**  7241

**RAM Accounting Date:  20080717**          **Total Fees:**          $300

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20080717 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20080717 | $200 | 1 | 1 | $200 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20080717





Trademark

Serial Number
(Text)

**76303502**

NEW CASE DELIVERED

OCT 3 1 2001

LAW OFFICE 113

**PROSECUTION HISTORY**

| Entry | Date | Initials |
|-------|------|----------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |
| 21. | | |
| 22. | | |
| 23. | | |
| 24. | | |
| 25. | | |
| 26. | | |
| 27. | | |
| 28. | | |
| 29. | | |
| 30. | | |

NOP
04/16/02

NOA
7/09/02   FEB 27 2003   SOU FILED   12·19·02   ML

☐ See inside of file for additional entries.

## Post Registration

| Section 8 Accepted | | Renewal Granted | | Section 15 |
|---|---|---|---|---|
| (Signature) | (Date) | (Initials) | (Date) | Acknowledged (Signature) |
|  |  |  |  |  |
|  |  |  |  | Cancelled - Section 8 (Date) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | Expired - Section 9 (Date) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

FORM PTO-102

Trademark

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

REG NUM: 2710009
REG DT: 04/22/2003

S/N 76/303502

76-303502

# AMBERJACK

AMBERJACK

PRINCIPAL

LAW OFFICE 103

76-303502

+

**FILING DATE**
August 22, 2001

**ORIGINAL APPLICANT**
Harris Corporation

**GOODS/SERVICES (CLASS 009)**
direction finding antennas for use in lo (ETC)

**FILING BASIS**
ITU

**ORIGINAL CORRESPONDENT**
DONALD S. SHOWALTER

ATTORNEY ADVISOR: _____ Melvin Axilbund

Approved for Publication (Principal Register) (Signature/Date)

10/30/01

Approved for Registration (Section 1(d)) (Signature/Date)

2/27/03

Approved for Registration (Supplemental Register) (Signature/Date)

PUBLISHED
04-16-02

NOA

☐ Abandoned

(Date)

**SPECIMEN**

**Internet Transmission Date:**
12192002

**Serial Number:**
76303502

**Class Number:**
009





## TRADEMARK EXAMINATION WORKSHEET

☐ AMENDMENT STAGE          ☐ NO CHANGE          ☐ PUBLICATION/REGISTRATION STAGE

Name: **MACY**          L.O.  **113**          Serial No. **75 / 76 / 78  _71(h) 8(Q)_**

| INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded. |
|---|

### Legal Instrument Examiner (LIE)

| | Amended | Data Element | |
|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | ☐ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1B     1A     44D     44E | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ Mark Drawing Code | ☐ Design Search Code |
| | | ☐ Scan SubDwg, Del/Images, Rescan dwg | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text editing guidelines.

**MACY**          **03/ 11 /03**
LIE                    DATE

Other: _____

_____

_____

PTO/TM/1553 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

## ~TRADEMARK/SERVICE MARK ALLEGATION OF USE~
### (Statement of Use/Amendment to Allege Use)

### * To the Commissioner for Trademarks *

\<DOCUMENT INFORMATION>
\<TRADEMARK/SERVICEMARK ALLEGATION OF USE>
\<VERSION 1.24>

**\<TRADEMARK/SERVICEMARK INFORMATION>**
\<MARK>   AMBERJACK
\<TYPED FORM>   Yes
\<SERIAL NUMBER>   76303502
\<LAW OFFICE ASSIGNED>   TMO Law Office 113

**\<APPLICANT INFORMATION>**
\<NAME>   Harris Corporation
\<STREET>   1025 West NASA Boulevard
\<CITY>   Melbourne
\<STATE>   FL
\<COUNTRY>   US
\<ZIP/POSTAL CODE>   32919

**\<ATTORNEY INFORMATION>**
\<NAME>   Donald S. Showalter
\<STREET>   One East Broward Boulevard Suite 1300
\<CITY>   Fort Lauderdale
\<STATE>   FL
\<COUNTRY>   USA
\<ZIP/POSTAL CODE>   33301
\<E-MAIL ADDRESS>   dshowalt@hklaw.com
\<AUTHORIZE E-MAIL COMMUNICATION>   No

**\<NOTICE OF ALLOWANCE INFORMATION>**
\<NOTICE OF ALLOWANCE>   YES

**\<GOODS AND SERVICES INFORMATION>**
\<ALL GOODS AND/OR SERVICES IN NOTICE OF ALLOWANCE>   Yes
~ The applicant is using or is using through a related company the mark in commerce on or in connection with all the goods/services listed in the Application/Notice of Allowance. ~

**\<FEE INFORMATION>**
\<TOTAL FEES PAID>   100
\<NUMBER OF CLASSES>   1

**\<USE INFORMATION>**
\<INTERNATIONAL CLASS NUMBER>   009
\<SPECIMEN>   Yes

~TRADEMARK/SERVICE MARK ALLEGATION OF USE~<BR>(Statement of Use/A... Page 2 of 2

<SPECIMEN DESCRIPTION>   a digital image of a label bearing the mark affixed to the goods.
<FIRST USE ANYWHERE DATE>   10/28/2002
<FIRST USE IN COMMERCE DATE>   10/28/2002

**<SIGNATURE AND OTHER INFORMATION>**
~ Applicant requests registration of the above-identified trademark/service mark in the United
States Patent and Trademark Office on the Principal Register established by the Act of July 5,
1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought
to be registered, and is using the mark in commerce on or in connection with the
goods/services identified above, as evidenced by the attached specimen(s) showing the mark
as used in commerce. ~
~ The undersigned being hereby warned that willful false statements and the like are
punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such
willful false statements and the like may jeopardize the validity of this document, declares that
he/she is properly authorized to execute this document on behalf of the Owner; and all
statements made of his/her own knowledge are true and that all statements made on
information and belief are believed to be true. ~
<USE E-SIGNATURE>   Yes
<SIGNATURE>   /Michael S. Yatsko/
<DATE>   12/19/2002
<NAME>   Michael S. Yatsko
<TITLE>   Sr. Intellectual Property Counsel

**<RAM INFORMATION>**
<RAM SALE NUMBER>   512
<RAM ACCOUNTING DATE>   12/19/2002
<INTERNET TRANSMISSION DATE>   Thu Dec 19 09:21:46 EST 2002
<TEAS STAMP>   USPTO/SOU-172.30.228.74-20021219092146354004-76303502-
200eff148a73aade861971ce267a84b9420-RAM-512-20021219082237593004
<E-MAIL ADDRESS FOR ACKNOWLEDGMENT>   dshowalt@hklaw.com

The information collected on this form allows the USPTO to determine whethera mark may be registered on the Principal or Supplemental register, and
providesnotice of an applicant's claim of ownership of the mark. Responses to the requestfor information are required to obtain the benefit of a
registration on the Principal or Supplemental register. 15 U.S.C. §§1051 et seq. and 37 C.F.R. Part 2. Allinformation collected will be made public.
Gathering and providing the information willrequire an estimated 13 minutes (depending if the application is based on an intentto use the mark in
commerce, use of the mark in commerce, or a foreign application or registration).Please direct comments on the time needed to complete this form,
and/or suggestions for reducing this burden to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of
Commerce,Washington D.C. 20231. Please note that the PTO may not conduct or sponsor a collection of information using a form that does not
display a valid OMB control number.

# ~TRADEMARK/SERVICE MARK ALLEGATION OF USE~
## (Statement of Use/Amendment to Allege Use)

### The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| MARK | AMBERJACK |
| TYPED FORM | Yes |
| SERIAL NUMBER | 76303502 |
| LAW OFFICE ASSIGNED | TMO Law Office 113 |
| NAME | Harris Corporation |
| STREET | 1025 West NASA Boulevard |
| CITY | Melbourne |
| STATE | FL |
| COUNTRY | US |
| ZIP/POSTAL CODE | 32919 |
| NAME | Donald S. Showalter |
| STREET | One East Broward Boulevard Suite 1300 |
| CITY | Fort Lauderdale |
| STATE | FL |
| COUNTRY | USA |
| ZIP/POSTAL CODE | 33301 |
| E-MAIL ADDRESS | dshowalt@hklaw.com |
| AUTHORIZE E-MAIL COMMUNICATION | No |
| NOTICE OF ALLOWANCE | YES |
| ALL GOODS AND/OR SERVICES IN NOTICE OF ALLOWANCE | Yes |
| TOTAL FEES PAID | 100 |
| NUMBER OF CLASSES | 1 |
| INTERNATIONAL CLASS NUMBER | 009 |

~TRADEMARK/SERVICE MARK ALLEGATION OF USE~<BR>(Statement of Use/A...   Page 2 of 2

| | |
|---|---|
| SPECIMEN | Yes |
| SPECIMEN DESCRIPTION | a digital image of a label bearing the mark affixed to the goods. |
| FIRST USE ANYWHERE DATE | 10/28/2002 |
| FIRST USE IN COMMERCE DATE | 10/28/2002 |
| USE E-SIGNATURE | Yes |
| SIGNATURE | /Michael S. Yatsko/ |
| DATE | 12/19/2002 |
| NAME | Michael S. Yatsko |
| TITLE | Sr. Intellectual Property Counsel |
| RAM SALE NUMBER | 512 |
| RAM ACCOUNTING DATE | 12/19/2002 |
| INTERNET TRANSMISSION DATE | Thu Dec 19 09:21:46 EST 2002 |
| TEAS STAMP | USPTO/SOU-172.30.228.74-20021219092146354004-76303502-200eff148a73aade861971ce267a84b9420-RAM-512-20021219082237593004 |
| E-MAIL ADDRESS FOR ACKNOWLEDGMENT | dshowalt@hklaw.com |

Go Back

**FEE RECORD SHEET**

Serial Number:   76303502

7/9/02

RAM Sale Number:  512

Total Fees:     $100

RAM Accounting Date:  12/19/2002

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 12/19/2002 | $100 | 1 | $100 |

Page 01 of 01

U.S. Patent and Trademark Office (PTO)

# NOTICE OF ALLOWANCE

(NOTE: If any data on this notice is incorrect, please submit a written request for correction of the NOA to: Assistant Commissioner for Trademarks, Box ITU, 2900 Crystal Drive, Arlington, VA 22202-3513. Please include the serial number of your application on ALL correspondence with the PTO. 15 U.S.C. 1063(b)(2))

**ISSUE DATE OF NOA:** Jul 9, 2002

```
DONALD S. SHOWALTER
HOLLAND & KNIGHT LLP
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE FL 33301-1865
```

**\*\* IMPORTANT INFORMATION: 6 MONTH DEADLINE \*\***

To avoid ABANDONMENT of this application, either a "Statement of Use" (a.k.a. "Allegation of Use") or a "Request for Extension of Time to File a Statement of Use" (a.k.a. "Extension Request") and the appropriate fee(s) must be received in the PTO within six months of the issue date of this Notice Of Allowance (NOA) for those goods and/or services based on intent to use. Failure to do so will result in the ABANDONMENT of this application.

Please note that both the "Statement of Use" and "Extension Request" have many legal requirements, including fees. These requirements are explained in the PTO booklet "Basic Facts About Trademarks", which can be obtained upon request at (703)308-9000. In addition, there are printed forms contained in this booklet (for "Statements of Use" and "Extension Requests") for your use.

## The following information should be reviewed for accuracy:

```
SERIAL NUMBER: 76/303502
MARK:          AMBERJACK
OWNER:         Harris Corporation
               1025 West NASA Boulevard
               Melbourne, FLORIDA  32919
```

This application has the following bases, but not necessarily for all listed goods/services:
Section 1(a): NO     Section 1(b): YES     Section 44(e): NO

## GOODS/SERVICES BY INTERNATIONAL CLASS

009—Direction finding antennas for use in locating and tracking mobile telephones

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

ADDITIONAL INFORMATION MAY BE PRESENT IN THE PTO RECORDS



**UNITED STATES     PARTMENT OF COMMERCE**
**Patent and Trade..ark Office**

ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia 22202−3513

Mar 27, 2002

## NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:            2. Mark:
   76/303,502                AMBERJACK

3. International Class(es):
   9

4. Publication Date:      5. Applicant:
   Apr 16, 2002              Harris Corporation

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark.  If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a notice of allowance pursuant to section 13(b) of the Statute.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA  15250−7954
Phone: (202)512−1800

By direction of the Commissioner.

PCFD10 (REV 07/2000)

DONALD S. SHOWALTER                    TMP&I
HOLLAND & KNIGHT LLP
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE FL 33301-1865

# TRADEMARK EXAMINATION WORKSHEET

☐ AMENDMENT STAGE    ☑ NO CHANGE    ☑ PUBLICATION/REGISTRATION STAGE

Name:_TAMMARA BAKER    L.O. __113____    Date_10/12/01_    Serial No. _76363502_

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

## Legal Instrument Examiner (LIE)

| | Amended | Data Element | |
|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | ☐ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1b | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ Mark Drawing Code | ☐ Design Search Code |
| | | ☐ Scan Sub Drawing | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text/editing guidelines.

_____ LIE        1/30/02 DATE

Other: _____
_____
_____

# NEW SEARCH REQUIRED

**The attached application has been granted either an earlier or later filing date. Please conduct an on-point search for any application that may now represent a possible conflict under Section 2(d).**

**If an intervening, conflicting application was filed, both applications should be handled in accordance with Office policy for handling conflicting and companion applications.**

# OFFICE OF THE COMMISSIONER
# FOR TRADEMARKS

## TRAM CORRECTION FORM

| NAME: | PHONE NUMBER: |
|---|---|
| Ralph Williams | 308-8910 ext. 112 |

| SERIAL NUMBER: | TODAY'S DATE: |
|---|---|
| 76-303502 | 11-2-01 |

CHANGE OF APPLICATION FILING DATE:

Please change the filing date from   8-22-01   to   8-21-01
because:

✓   The Applicant has submitted mailing documents that the application
papers were deposited with the USPS by Express Mail in accordance with
Trademark Rule 1.10 on the referenced date.

___   The return postcard establishes that the Applicant submitted and the
Office acknowledged receipt of the application on the referenced date.

___   Other: _____

_____

_____

TRAMCOR.DOC  5/9/00

EL626297083US

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark: AMBERJACK

International Class: 009

To the Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Sir:

Harris Corporation (Applicant"), a Delaware corporation, located and doing business at 1025 West NASA Boulevard, Melbourne, Florida 32919.

Applicant requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for direction finding antennas for use in locating and tracking mobile telephones in International Class 009.

Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods, pursuant to 15 U.S.C. §1051(b) as amended, by applying the mark to the goods and/or on the packaging for the goods.

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the Applicant; he believes the Applicant to be the owner of the mark sought to be registered, or, if the application is being filed under 15 U.S.C. 1051(b), he believes Applicant to

be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true and that all statements made on information and belief are believed to be true.

The undersigned hereby appoints Donald S. Showalter (R. No. 33,033); Thomas L. Kautz (R. No. 28,726); Leslie J. Hart (R. No. 26,462); Harry M. Fleck (R. No. 24,704) and Michael S. Yatsko (R. No. 28,135), its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark office connected therewith.  Please direct all telephone calls and correspondence to:

> Donald S. Showalter, Esquire
> Holland & Knight LLP
> One East Broward Boulevard, Suite 1300
> Fort  Lauderdale, Florida 33301
> Phone (954) 468-7879
> Fax:  (954) 463-2030
> E-mail:  dshowalt@hklaw.com

HARRIS CORPORATION

By _Michael S. Yatsko_____

Michael S. Yatsko, Esquire
Sr. Intellectual Property Counsel

Date_ 2/14/01 _____

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870.   A duplicate copy of this sheet is attached.

_____          A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

_XX_          An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

CERTIFICATION UNDER 37 C.F.R. 1.10

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on August 21, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL626297083US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

Francine A. Nienow
_____
typed or printed name of person mailing correspondence

FTL1 #543891 v9

2

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: August 21, 2001

Sir:

Transmitted herewith is an application for registration of:

| | |
|---|---|
| Mark: | AMBERJACK |
| In International Class(es): | 009 |
| On Behalf of Applicant: | Harris Corporation |

Applicant is a:

_____  citizen of _____.

_____  partnership of _____.

__X__  corporation of __Delaware_____.

Attached hereto are:

__XX__ one executed application.

__XX__ one drawing (___ *formal*, __X__ *informal*).

_____Three specimens for each International Class.

__XX__ Intent to Use Application - no specimens attached.

_____A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class. The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

__XX__The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870. The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870.   A duplicate copy of this sheet is attached.

_____     A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

XX     An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____
Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

---

**CERTIFICATION UNDER 37 C.F.R. 1.10**

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on August 21, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R.  1.10,  Mailing  Label  Number  EL626297083US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

Francine A. Nienow
_____
typed or printed name of person mailing correspondence

---

FTL1 #543891 v9

2

**76303502**

TRADEMARK APPLICATION SERIAL NO.

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

08/27/2001 SWILSON 00000205 060870   76303502

01 FC:361        325.00 CH

PTO-1555
(5/87)

*U.S. Government Printing Office: 2000 — 466-232/29119

08-22-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #11

·Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida 32919

For:        Direction finding antennas for use in locating and tracking mobile
            telephones

Int. Class: 009

FILING DATE CHANGED
TO: _____8/21/01___
BY OFFICE OF THE COMMISSIONER
FOR TRADEMARKS
APPROVED BY: _____RN_____

# AMBERJACK

REGISTERED
04/22/03

PUBLISHED
04-16-02

76303502

3

```
*** User: maxilbund  ***
```

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 25520 | N/A | 0 | 0 | 0:02 | *mb*[bi,ti] |
| 02 | 6424 | N/A | 0 | 0 | 0:01 | *ja{"ckqxz"}*[bi,ti] |
| 03 | 160 | 66 | 94 | 37 | 0:01 | 1 and 2 |

```
Session started  1/18/02 11:23:49 AM
Session finished 1/18/02 11:25:54 AM
Total search duration 0 minutes 4 seconds
Session duration 2 minutes 5 seconds

Default NEAR limit= 1 ADJ limit= 1
```

```
*** User: maxilbund  ***
```

| #  | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|----|-------------|------------|------------------|---------------------|-------------------------|--------|
| 01 | 25154       | N/A        | 0                | 0                   | 0:01                    | *mb*[bi,ti] |
| 02 | 6342        | N/A        | 0                | 0                   | 0:01                    | *ja{"ckqxz"}*[bi,ti] |
| 03 | 159         | 64         | 95               | 95                  | 0:01                    | 1 and 2 |

```
Session started  10/30/01 4:14:30 PM
Session finished 10/30/01 4:17:18 PM
Total search duration 0:03 minutes
Session Duration 2:48 minutes

Default NEAR limit= 1 ADJ limit= 1
```

```
*** User: maxilbund ***
```

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | windowtalk[on] |
| 02 | 1 | 0 | 1 | 1 | 0:01 | aerostrategy[on] |
| 03 | 3 | 0 | 3 | 3 | 0:01 | "peter beaton"[on] |
| 04 | 2 | 0 | 2 | 2 | 0:01 | "mitsubishi Polyester"[on] |
| 05 | 426 | N/A | 50 | 50 | 0:04 | "harris corporation"[on] |
| 06 | 23792 | N/A | 0 | 0 | 0:02 | (*amb* or *ja*)[bi] |
| 07 | 7 | 0 | 7 | 7 | 0:01 | 5 and 6 |
| 08 | 9859 | N/A | 0 | 0 | 0:01 | (*sting* or *ray*)[bi] |
| 09 | 2 | 0 | 1 | 1 | 0:01 | 5 and 8 |
| 10 | 4008 | N/A | 0 | 0 | 0:01 | (*sword* or *fish*)[bi] |
| 11 | 4 | 0 | 2 | 2 | 0:01 | 5 and 10 |
| 12 | 10687 | N/A | 0 | 0 | 0:01 | (*syn* or *cast*)[bi] |
| 13 | 6 | 2 | 2 | 2 | 0:01 | 5 and 12 |
| 14 | 9 | 1 | 8 | 8 | 0:01 | "multiplex properties"[on] |
| 15 | 3 | 1 | 1 | 1 | 0:01 | "international intertrade"[on] |
| 16 | 27 | 8 | 19 | 19 | 0:01 | "linn products"[on] |
| 17 | 6 | 2 | 1 | 1 | 0:01 | "nautronix"[on] |
| 18 | 1 | 0 | 1 | 1 | 0:01 | "nojko"[on] |

```
Session started  10/30/01 2:51:40 PM
Session finished 10/30/01 3:04:35 PM
Total search duration 0:22 minutes
Session Duration 12:55 minutes

Default NEAR limit= 1 ADJ limit= 1
```

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,710,009

**United States Patent and Trademark Office**

Registered Apr. 22, 2003

TRADEMARK
PRINCIPAL REGISTER

AMBERJACK

HARRIS CORPORATION (DELAWARE COR-
PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

FOR: DIRECTION FINDING ANTENNAS FOR
USE IN LOCATING AND TRACKING MOBILE
TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 10-28-2002; IN COMMERCE 10-28-2002.

SN 76-303,502, FILED 8-21-2001.

MELVIN AXILBUND, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,710,009

Registered Apr. 22, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## AMBERJACK

HARRIS CORPORATION (DELAWARE COR-
  PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

FOR: DIRECTION FINDING ANTENNAS FOR
USE IN LOCATING AND TRACKING MOBILE
TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 10-28-2002; IN COMMERCE 10-28-2002.

SN 76-303,502, FILED 8-21-2001.

MELVIN AXILBUND, EXAMINING ATTORNEY

**SPECIMEN**

**Internet Transmission Date:**
12192002

**Class Number:**
009

**Serial Number:**
76303502







**FEE RECORD SHEET**

**Serial Number:**  76303502

**RAM Sale Number:  512**

**RAM Accounting Date:  12/19/2002**

**Total Fees:**    $100

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 12/19/2002 | $100 | 1 | $100 |

PTO/TM/1553 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

# ~TRADEMARK/SERVICE MARK ALLEGATION OF USE~
## (Statement of Use/Amendment to Allege Use)

### * To the Commissioner for Trademarks *

<DOCUMENT INFORMATION>
<TRADEMARK/SERVICEMARK ALLEGATION OF USE>
<VERSION 1.24>

**<TRADEMARK/SERVICEMARK INFORMATION>**
<MARK>   AMBERJACK
<TYPED FORM>   Yes
<SERIAL NUMBER>   76303502
<LAW OFFICE ASSIGNED>   TMO Law Office 113

**<APPLICANT INFORMATION>**
<NAME>   Harris Corporation
<STREET>   1025 West NASA Boulevard
<CITY>   Melbourne
<STATE>   FL
<COUNTRY>   US
<ZIP/POSTAL CODE>   32919

**<ATTORNEY INFORMATION>**
<NAME>   Donald S. Showalter
<STREET>   One East Broward Boulevard Suite 1300
<CITY>   Fort Lauderdale
<STATE>   FL
<COUNTRY>   USA
<ZIP/POSTAL CODE>   33301
<E-MAIL ADDRESS>   dshowalt@hklaw.com
<AUTHORIZE E-MAIL COMMUNICATION>   No

**<NOTICE OF ALLOWANCE INFORMATION>**
<NOTICE OF ALLOWANCE>   YES

**<GOODS AND SERVICES INFORMATION>**
<ALL GOODS AND/OR SERVICES IN NOTICE OF ALLOWANCE>   Yes
~ The applicant is using or is using through a related company the mark in commerce on or in
connection with all the goods/services listed in the Application/Notice of Allowance. ~

**<FEE INFORMATION>**
<TOTAL FEES PAID>   100
<NUMBER OF CLASSES>   1

**<USE INFORMATION>**
<INTERNATIONAL CLASS NUMBER>   009
<SPECIMEN>   Yes

<SPECIMEN DESCRIPTION>   a digital image of a label bearing the mark affixed to the goods.
<FIRST USE ANYWHERE DATE>   10/28/2002
<FIRST USE IN COMMERCE DATE>   10/28/2002

**<SIGNATURE AND OTHER INFORMATION>**
~ Applicant requests registration of the above-identified trademark/service mark in the United
States Patent and Trademark Office on the Principal Register established by the Act of July 5,
1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought
to be registered, and is using the mark in commerce on or in connection with the
goods/services identified above, as evidenced by the attached specimen(s) showing the mark
as used in commerce. ~
~ The undersigned being hereby warned that willful false statements and the like are
punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such
willful false statements and the like may jeopardize the validity of this document, declares that
he/she is properly authorized to execute this document on behalf of the Owner; and all
statements made of his/her own knowledge are true and that all statements made on
information and belief are believed to be true. ~
<USE E-SIGNATURE>   Yes
<SIGNATURE>   /Michael S. Yatsko/
<DATE>   12/19/2002
<NAME>   Michael S. Yatsko
<TITLE>   Sr. Intellectual Property Counsel

**<RAM INFORMATION>**
<RAM SALE NUMBER>   512
<RAM ACCOUNTING DATE>   12/19/2002
<INTERNET TRANSMISSION DATE>   Thu Dec 19 09:21:46 EST 2002
<TEAS STAMP>   USPTO/SOU-172.30.228.74-20021219092146354004-76303502-
200eff148a73aade861971ce267a84b9420-RAM-512-20021219082237593004
<E-MAIL ADDRESS FOR ACKNOWLEDGMENT>   dshowalt@hklaw.com

The information collected on this form allows the USPTO to determine whethera mark may be registered on the Principal or Supplemental register, and
providesnotice of an applicant's claim of ownership of the mark. Responses to the requestfor information are required to obtain the benefit of a
registration on the Principal or Supplemental register. 15 U.S.C. §§1051 et seq. and 37 C.F.R. Part 2. Allinformation collected will be made public.
Gathering and providing the information willrequire an estimated 13 minutes (depending if the application is based on an intentto use the mark in
commerce, use of the mark in commerce, or a foreign application or registration).Please direct comments on the time needed to complete this form,
and/or suggestions for reducing this burden to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of
Commerce,Washington D.C. 20231. Please note that the PTO may not conduct or sponsor a collection of information using a form that does not
display a valid OMB control number.

## ~TRADEMARK/SERVICE MARK ALLEGATION OF USE~
### (Statement of Use/Amendment to Allege Use)

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| MARK | AMBERJACK |
| TYPED FORM | Yes |
| SERIAL NUMBER | 76303502 |
| LAW OFFICE ASSIGNED | TMO Law Office 113 |
| NAME | Harris Corporation |
| STREET | 1025 West NASA Boulevard |
| CITY | Melbourne |
| STATE | FL |
| COUNTRY | US |
| ZIP/POSTAL CODE | 32919 |
| NAME | Donald S. Showalter |
| STREET | One East Broward Boulevard Suite 1300 |
| CITY | Fort Lauderdale |
| STATE | FL |
| COUNTRY | USA |
| ZIP/POSTAL CODE | 33301 |
| E-MAIL ADDRESS | dshowalt@hklaw.com |
| AUTHORIZE E-MAIL COMMUNICATION | No |
| NOTICE OF ALLOWANCE | YES |
| ALL GOODS AND/OR SERVICES IN NOTICE OF ALLOWANCE | Yes |
| TOTAL FEES PAID | 100 |
| NUMBER OF CLASSES | 1 |
| INTERNATIONAL CLASS NUMBER | 009 |

~TRADEMARK/SERVICE MARK ALLEGATION OF USE~<BR>(Statement of Use/A...   Page 2 of 2

| | |
|---|---|
| SPECIMEN | Yes |
| SPECIMEN DESCRIPTION | a digital image of a label bearing the mark affixed to the goods. |
| FIRST USE ANYWHERE DATE | 10/28/2002 |
| FIRST USE IN COMMERCE DATE | 10/28/2002 |
| USE E-SIGNATURE | Yes |
| SIGNATURE | /Michael S. Yatsko/ |
| DATE | 12/19/2002 |
| NAME | Michael S. Yatsko |
| TITLE | Sr. Intellectual Property Counsel |
| RAM SALE NUMBER | 512 |
| RAM ACCOUNTING DATE | 12/19/2002 |
| INTERNET TRANSMISSION DATE | Thu Dec 19 09:21:46 EST 2002 |
| TEAS STAMP | USPTO/SOU-172.30.228.74-20021219092146354004-76303502-200eff148a73aade861971ce267a84b9420-RAM-512-20021219082237593004 |
| E-MAIL ADDRESS FOR ACKNOWLEDGMENT | dshowalt@hklaw.com |

Go Back

*Filing Date*

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

I hereby certify that this paper or fee is being deposited with the United States Postal Service as first class mail, postage prepaid, in an envelope addressed to: Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington VA 22202-3513 on October 8, 2001.

_Lillian Pillitteri_                          10 - 8 . 2001

Lillian Pillitteri                                     Date

Serial No.:  76/303,502
Filed:      August 21, 2001
Law Office: 103
Applicant:  Harris Corporation
Mark:       AMBERJACK

10-10-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #11

2001 OCT 15 A 11: 12
U.S. PATENT AND TRADEMARK OFFICE
ASST. COMM'R FOR TRADEMARKS

Assistant Commissioner for Trademarks
ATTN: Pre-examination File Receipt Section
2900 Crystal Drive
Arlington VA 22202-3513

Sir:

## REQUEST FOR CORRECTED FILING RECEIPT

Applicant hereby requests a correction to the Filing Receipt mailed by the Trademark Office in connection with the above-identified trademark.

Please note that the filing date of the application should be August 21, 2001 and not August 22, 2001. A copy of the Transmittal with a proper Certificate of Mailing, Express Mail label and return postcard indicating the August 21st date are attached. Also enclosed is a copy of the Filing Receipt with the correction noted.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____
Donald S. Showalter, Reg. No. 33,033

One East Broward Boulevard
P.O. Box 14070
Fort Lauderdale, FL 33302-4070
954-525-1000
954-468-7879 (direct dial)
FTL1 #561317 v1

**POST OFFICE TO·ADDRESSEE**

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE ™

EL626297083US

SEE REVERSE SIDE FOR
SERVICE GUARANTEE AND LIMITS
ON INSURANCE COVERAGE

Customer Copy
Label 11-F July 1997

**ORIGIN (POSTAL USE ONLY)**

| | Day of Delivery | Flat Rate Envelope |
| PO ZIP Code | Next   Second | |
| Date In | Time of Delivery | Postage |
| Mo.  Day  Year | Noon   3 PM | $ |
| Time In | Military | Return Receipt Fee |
| AM   PM | 2nd Day   3rd Day | |
| Weight | Int'l Alpha Country Code | COD Fee | Insurance Fee |
| lbs.  ozs. | | |
| No Delivery | Acceptance Clerk's Initials | Total Postage & Fees |
| Weekend   Holiday | | $ |

**CUSTOMER USE ONLY**
METHOD OF PAYMENT:
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or
Postal Service Acct. No.

WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested...
NO DELIVERY

**FROM:** (PLEASE PRINT)     PHONE (     )

HOLLAND & KNIGHT LLP
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE      FL 33301-1804
Donald S. Showalter

621020-1276

**TO:** (PLEASE PRINT)      PHONE (     )

Box NEW APP FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlingotn, Virginia  22202-3513

**PRESS HARD.**
You are making 3 copies.      FOR PICKUP OR TRACKING CALL 1-800-222-1811    www.usps.gov    EMS

---

Please place your official date stamp on this card and return it to
constitute acknowledgment of receipt by your office on the date
stamped.

EXPRESS MAIL LABEL NO.:   EL626297

| | | 08-22-2001 |
| Mark: | AMBERJACK | U.S. Patent & TMOfc/TM Mail Rcpt Dt. #11 |
| Class: | 009 | |
| Applicant: | Harris Corp. | |

Enclosures: Transmittal cover sheet (dupl.)
            Application w/drawing

**76303502**

A:                                      Docket No. ____T596-1276____

Date____6/21/01____              **Holland and Knight**
                                  PATENT & TRADEMARK DEPT.



**POST OFFICE TO ADDRESSEE**



**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE™

EL626297083US

Mailing Label
Label 11-F  July 1997

**ORIGIN (POSTAL USE ONLY)**

PO ZIP Code

Day of Delivery
☐ Next  ☐ Second

Flat Rate Envelope

Date In

Mo.  Day  Year

Time In
☐ AM  ☐ PM

Weight
lbs.  ozs.

No Delivery
☐ Weekend  ☐ Holiday

☐ 12 Noon  ☐ 3 PM

Military
☐ 2nd Day  ☐ 3rd Day

Int'l Alpha Country Code

Postage
$

Return Receipt Fee

COD Fee   Insurance Fee

Total Postage & Fees
$

Acceptance Clerk Initials

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt   Time
Mo.  Day   ☐ AM  ☐ PM

Delivery Attempt   Time
Mo.  Day   ☐ AM  ☐ PM

Delivery Date   Time
Mo.  Day   ☐ AM  ☐ PM

Signature of Addressee or Agent
X

Name - Please Print
X

Employee Signature

Employee Signature

Employee Signature

**CUSTOMER USE ONLY**
METHOD OF PAYMENT:

Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY  ☐ Weekend  ☐ Holiday

Customer Signature

65/
E02

**FROM:** (PLEASE PRINT)   PHONE (   )

HOLLAND & KNIGHT LLP
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE    FL 33301-1804
Donald S. Showalter

621020-1276

**TO:** (PLEASE PRINT)   PHONE (   )

Box NEW APP FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlingotn, Virginia  22202-3513

**PRESS HARD.**
You are making 3 copies.   FOR PICKUP OR TRACKING CALL 1-800-222-1811   WWW.USPS.GOV   EMS

Please place your official date stamp on this card and return it to constitute acknowledgment of receipt by your office on the date stamped.

EXPRESS MAIL LABEL NO.:  EL626297083US

Mark:      AMBERJACK
Class:     009
Applicant: Harris Corp.

Enclosures: Transmittal cover sheet (dupl.)
            Intent to Use Application w/drawing

Attorney _____DSS_____    Docket No. __T596-1276__

Date _____8/21/01_____    **Holland and Knight**
                              PATENT & TRADEMARK DEPT.

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: August 21, 2001

Sir:

Transmitted herewith is an application for registration of:

Mark:                              AMBERJACK

In International Class(es):        009

On Behalf of Applicant:           Harris Corporation

Applicant is a:

_____     citizen of _____.

_____     partnership of _____.

  X        corporation of   Delaware      .

Attached hereto are:

  XX   one executed application.

  XX   one drawing (\_\_\_ *formal*,  X  *informal*).

_____Three specimens for each International Class.

  XX   Intent to Use Application - no specimens attached.

_____A check in the amount of $325.00 to cover the U.S. Government Fee of
       $325.00 for each Int. Class.  The Commissioner is hereby authorized to
       charge any underpayment of fees associated with this communication
       or credit any overpayment to Deposit Account No. 08-0870.   A
       duplicate copy of this sheet is attached.

  XX  The Commissioner is hereby authorized to charge the filing fee of
      $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870.
      The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

———    A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

__XX__   An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida 33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

---

**CERTIFICATION UNDER 37 C.F.R. 1.10**

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on August 21, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL626297083US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

---

Francine A. Nienow
typed or printed name of person mailing correspondence

---

FTL1 #543891 v9

2

FILING RECEIPT FOR TRADEMARK APPLICATION                    Page 01 of 01

Sep 14, 2001

Receipt on the DATE OF FILING of the application for registration and filing fees is acknowledged for the mark identified below.  The DATE OF FILING is contingent upon the collection of any payment made by check or draft.  Your application will be considered in the order in which it was received and you will be notified as to the examination thereof.  Action on the merits should be expected from the Patent and Trademark Office in approximately 06 months from the filing date.  When inquiring about this application, include the SERIAL NUMBER, DATE OF FILING, OWNER (NAME) and MARK.

DONALD S. SHOWALTER
HOLLAND & KNIGHT LLP
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE FL 33301-1865

DOCKET
9 24 01 r

ATTORNEY
REFERENCE NUMBER
01276 (T596)

---

**PLEASE REVIEW THE ACCURACY OF THE FILING RECEIPT DATA.**

A request for correction to the filing receipt should be submitted within 30 days to the following address:  ASSISTANT COMMISSIONER FOR TRADEMARKS, 2900 CRYSTAL DRIVE, ARLINGTON, VIRGINIA 22202-3513.  The correspondence should be marked to the attention of the Preexamination File Receipt Section.  Or fax a request to 703-308-9096.  The Patent and Trademark Office will review the request and make corrections when appropriate.

---

SERIAL NUMBER:   76/303502
FILING DATE:     Aug 22, 2001   *August 21, 2001*
REGISTER:        Principal
LAW OFFICE:      103
MARK:            AMBERJACK
MARK TYPE(S):    Trademark
DRAWING TYPE:    Words, letters, or numbers in typed form
FILING BASIS:    Sect. 1(b) (Intent to Use)

---

ATTORNEY: Donald S. Showalter

OWNER: Harris Corporation (DELAWARE, Corporation)
       1025 West NASA Boulevard
       Melbourne, FLORIDA  32919

---

FOR: Direction finding antennas for use in locating and tracking mobile telephones
     INT. CLASS: 009

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED



RECEIVED
SEP 2 4 2001

---

TMRRF2 [REV 2/00]        ADDITIONAL INFORMATION MAY BE PRESENT IN THE PTO RECORDS

cc'd KB

**08-22-2001**

U.S. Patent & TMOfo/TM Mail Rcpt Dt. #11

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919

For:      Direction finding antennas for use in locating and tracking mobile
           telephones

Int. Class:   009

# AMBERJACK



**76303502**

3

# 76303502

TRADEMARK APPLICATION SERIAL NO.

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

08/27/2001 SWILSON 00000205 060070   76303502

01 FC:361        325.00 CH

PTO-1555
(5/87)

*U.S. Government Printing Office: 2000 — 466-232/29119

*TRADEMARK*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: August 21, 2001

Sir:

Transmitted herewith is an application for registration of:

      Mark:                      AMBERJACK

      In International Class(es):       009

      On Behalf of Applicant:       Harris Corporation

      Applicant is a:

            ____        citizen of _____.

            ____        partnership of _____.

            __X__       corporation of __Delaware_____.

Attached hereto are:

  _XX__ one executed application.

  _XX__ one drawing (___ *formal*, _X_ *informal*).

  _____Three specimens for each International Class.

  _XX__ Intent to Use Application - no specimens attached.

  _____A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class. The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

  _XX__The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870. The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870.   A duplicate copy of this sheet is attached.

_____   A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

__XX__   An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____
       Donald S. Showalter
       Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

CERTIFICATION UNDER 37 C.F.R. 1.10

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on August 21, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL626297083US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence


Francine A. Nienow
typed or printed name of person mailing correspondence

FTL1 #543891 v9

2

EL626297083US

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark:  AMBERJACK

International Class: 009

To the Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

Harris Corporation (Applicant"), a Delaware corporation, located and doing business at 1025 West NASA Boulevard, Melbourne, Florida  32919.

Applicant requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for direction finding antennas for use in locating and tracking mobile telephones in International Class 009.

Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods, pursuant to 15 U.S.C. §1051(b) as amended, by applying the mark to the goods and/or on the packaging for the goods.

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the Applicant; he believes the Applicant to be the owner of the mark sought to be registered, or, if the application is being filed under 15 U.S.C. 1051(b), he believes Applicant to

be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true and that all statements made on information and belief are believed to be true.

The undersigned hereby appoints Donald S. Showalter (R. No. 33,033); Thomas L. Kautz (R. No. 28,726); Leslie J. Hart (R. No. 26,462); Harry M. Fleck (R. No. 24,704) and Michael S. Yatsko (R. No. 28,135), its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark office connected therewith.  Please direct all telephone calls and correspondence to:

Donald S. Showalter, Esquire
Holland & Knight LLP
One East Broward Boulevard, Suite 1300
Fort  Lauderdale, Florida  33301
Phone (954) 468-7879
Fax:  (954) 463-2030
E-mail:  dshowalt@hklaw.com

HARRIS CORPORATION

By   *Michael S. Yatsko*
Michael S. Yatsko, Esquire
Sr. Intellectual Property Counsel

Date  8/14/01

FTL1 #554328 v3

2

08-22-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #11

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919

For:        Direction finding antennas for use in locating and tracking mobile
            telephones

Int. Class:  009

# AMBERJACK



76303502

3

**ATTACHMENT 13**

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR  SUMMARY
JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)


ATTACHMENT 13:   United States General Services Administration. (Mar. 11, 2014).
FEDERAL SUPPLY SERVICE, INFORMATION TECHNOLOGY
SCHEDULE PRICELIST, GENERAL PURPOSE COMMERCIAL
INFORMATION TECHNOLOGY EQUIPMENT, SOFTWARE AND
SERVICES (Harris).



GSA  U.S. General Services Administration

**FEDERAL SUPPLY SERVICE**
**INFORMATION TECHNOLOGY SCHEDULE PRICELIST**
**GENERAL PURPOSE COMMERCIAL INFORMATION TECHNOLOGY EQUIPMENT, SOFTWARE AND SERVICES**

Special Item No. 132-8  Purchase of Equipment
Special Item No. 132-12 Maintenance, Repair Service and Repair Parts/Spare Parts
Special Item No. 132-32 Term Software Licenses
Special Item No. 132-33 Perpetual Software Licenses
Special Item No. 132-34 Maintenance of Software as a Service
Special Item No. 132-50 Training Courses
Special Item No. 132-51 Information Technology Professional Services

**SIN 132-8 PURCHASE OF EQUIPMENT**
FSC CLASS 7025 - INPUT/OUTPUT AND STORAGE DEVICES
Other Communications Equipment
FSC CLASS 5895 - MISCELLANEOUS COMMUNICATION EQUIPMENT
Miscellaneous Communications Equipment
NOTE: Installation must be incidental to, in conjunction with and in direct support of the products sold under SIN 132-8 of this contract and cannot be purchased separately. If the construction, alteration or repair is segregable and exceeds $2,000, then the requirements of the Davis-Bacon Act apply. In applying the Davis-Bacon Act, ordering activities are required to incorporate wage rate determinations into orders, as applicable.

**SIN 132-12 - MAINTENANCE OF EQUIPMENT, REPAIR SERVICE, AND REPAIR PARTS/SPARE PARTS (FPDS Code J070 - Maintenance and Repair Service)(Repair Parts/Spare Parts - See FSC Class for basic equipment)**
- Maintenance
- Repair Service
- Repair Parts/Spare Parts
**SIN 132-32 - TERM SOFTWARE LICENSES**

**SPECIAL ITEM NUMBER 132-33 - PERPETUAL SOFTWARE LICENSES**

Software maintenance as a product includes the publishing of bug/defect fixes via patches and updates/upgrades in function and technology to maintain the operability and usability of the software product.  It may also include other no charge support that are included in the purchase price of the product in the commercial marketplace.  No charge support includes items such as user blogs, discussion forums, on-line help libraries and FAQs (Frequently Asked Questions), hosted chat rooms, and limited telephone, email and/or web-based general technical support for user's self diagnostics.

Software maintenance as a product does NOT include the creation, design, implementation, integration, etc. of a software package. These examples are considered software maintenance as a service.

FSC CLASS 7030 - INFORMATION TECHNOLOGY SOFTWARE
Large Scale Computers -- Application Software
Microcomputers -- Application Software

**SPECIAL ITEM NUMBER 132-34 - MAINTENANCE OF SOFTWARE AS A SERVICE**

**SIN 132-50 - TRAINING COURSES FOR INFORMATION TECHNOLOGY EQUIPMENT AND SOFTWARE (FPDS Code U012)**

**SIN 132-51 - INFORMATION TECHNOLOGY (IT) PROFESSIONAL SERVICES**
FPDS Code D302    IT Systems Development Services
FPDS Code D306    IT Systems Analysis Services
FPDS Code D307    Automated Information Systems Design and Integration Services
FPDS Code D310    IT Backup and Security Services
FPDS Code D316    IT Network Management Services
FPDS Code D399    Other Information Technology Services, Not Elsewhere Classified

**Note 1:** All non-professional labor categories must be incidental to and used solely to support hardware, software and/or professional services, and cannot be purchased separately.
**Note 2:** Offerors and Agencies are advised that the Group 70 – Information Technology Schedule is not to be used as a means to procure services which properly fall under the Brooks Act. These services include, but are not limited to, architectural, engineering, mapping, cartographic production, remote sensing, geographic information systems, and related services. FAR 36.6 distinguishes between mapping services of an A/E nature and mapping services which are not connected nor incidental to the traditionally accepted A/E Services.

**Note 3:** This solicitation is not intended to solicit for the reselling of IT Professional Services, except for the provision of implementation, maintenance, integration, or training services in direct support of a product. Under such circumstances the services must be performance by the publisher or manufacturer or one of their authorized agents.

**Harris Corporation**
**Government Communications Systems Division**
**2400 Palm Bay Road, NE, Palm Bay, FL 32905-3399**
**Tel: (321) 309-7304 / Fax: (321) 674-2697**
**www.harris.com**

**Contract Number: GS-35F-0283J**

**Period Covered by Contract: March 11, 1999 through September 6, 2014**

General Services Administration
Federal Supply Service

Pricelist current through Modification P00162 Dated March 11, 2014

Products and ordering information in this Authorized FSS Information Technology Schedule Pricelist are also available on the GSA *Advantage!* System.  Agencies can browse GSA *Advantage!* by accessing the Federal Supply Service's Home Page via the Internet at http://www.fss.gsa.gov/

## TABLE OF CONTENTS

INFORMATION FOR ORDERING ACTIVITIES APPLICABLE TO ALL SPECIAL ITEM NUMBERS....... ..................................3
GEOGRAPHIC SCOPE OF CONTRACT....................................................................................................................3
CONTRACTOR'S ORDERING ADDRESS AND PAYMENT INFORMATION.................................................................3
DATA UNIVERSAL NUMBERING SYSTEM (DUNS) NUMBER .................................................................................4
TYPE OF CONTRACTOR ......................................................................................................................................4
CONTRACTOR'S TAXPAYER IDENTIFICATION  NUMBER (TIN)............................................................................4
CAGE CODE NUMBER .........................................................................................................................................4
FOB DESTINATION ..............................................................................................................................................4
DELIVERY SCHEDULE ..........................................................................................................................................4
DISCOUNTS.........................................................................................................................................................4
SMALL REQUIREMENTS.......................................................................................................................................4
MAXIMUM ORDER ..............................................................................................................................................4
CONTRACTORS TASKS/SPECIAL REQUIREMENTS ...............................................................................................5
PURCHASE OF OPEN MARKET ITEMS .................................................................................................................6
OVERSEAS ACTIVITIES.........................................................................................................................................7
SECTION 508 COMPLIANCE .................................................................................................................................7
INSURANCE—WORK ON A GOVERNMENT INSTALLATION.................................................................................8

TERMS AND CONDITIONS APPLICABLE TO PURCHASE OF GENERAL PURPOSE COMMERCIAL INFORMATION TECHNOLOGY EQUIPMENT
(SPECIAL ITEM NUMBER 132-8) ..........................................................................................................................9

TERMS AND CONDITIONS APPLICABLE TO MAINTENANCE, AND REPAIR PARTS/SPARE PARTS FOR GOVERNMENT-OWNED GENERAL
PURPOSE COMMERCIAL INFORMATION TECHNOLOGY EQUIPMENT (AFTER EXPIRATION OF GUARANTEE/WARRANTY PROVISIONS
AND/OR WHEN REQUIRED SERVICE IS NOT COVERED BY GUARANTEE/WARRANTY PROVISIONS) (SPECIAL ITEM NUMBER 132-12)
......................................................................................................................................................................11

TERMS AND CONDITIONS APPLICABLE TO TERM SOFTWARE LICENSES (SPECIAL ITEM NUMBER 132-32), PERPETUAL SOFTWARE
LICENSES (SPECIAL ITEM NUMBER 132-33) AND MAINTENANCE AS A SERVICE (SPECIAL ITEM NUMBER 132-34) OF GENERAL PURPOSE
COMMERCIAL INFORMATION TECHNOLOGY SOFTWARE  .................................................................................15

TERMS AND CONDITIONS APPLICABLE TO TRAINING COURSES FOR GENERAL PURPOSE COMMERCIAL INFORMATION TECHNOLOGY
EQUIPMENT AND SOFTWARE (SPECIAL ITEM NUMBER 132-50)........................................................................ 18

TERMS AND CONDITIONS APPLICABLE TO INFORMATION TECHNOLOGY (IT) PROFESSIONAL SERVICES
(SPECIAL ITEM NUMBER 132-51) .......................................................................................................................20
PERFORMANCE INCENTIVES..............................................................................................................................20
ORDER .............................................................................................................................................................20
PERFORMANCE OF SERVICES ............................................................................................................................20
STOP-WORK ORDER .........................................................................................................................................20
INSPECTION OF SERVICES..................................................................................................................................21
RESPONSIBILITIES OF THE CONTRACTOR ..........................................................................................................21
ORGANIZATIONAL CONFLICTS OF INTEREST .....................................................................................................21
INVOICES ..........................................................................................................................................................22
PAYMENTS........................................................................................................................................................22
INCIDENTAL SUPPORT COSTS ...........................................................................................................................22
DESCRIPTION OF IT SERVICES ...........................................................................................................................22

USA COMMITMENT TO PROMOTE SMALL BUSINESS PARTICIPATION PROCUREMENT
PROGRAMS......................................................................................................................................................... 24

BLANKET PURCHASE AGREEMENT (BPA)............................................................................................................ 25

CONTRACTOR TEAM ARRANGEMENTS .............................................................................................................. 27

PRICING FOR ALL SPECIAL ITEM NUMBERS........................................................................................................28

## INFORMATION FOR ORDERING ACTIVITIES
## APPLICABLE TO ALL SPECIAL ITEM NUMBERS

**SPECIAL NOTICE TO AGENCIES:  Small Business Participation**

SBA strongly supports the participation of small business concerns  in the Federal Acquisition Service. To enhance Small Business Participation SBA policy allows agencies to include in their procurement base and goals, the dollar value of orders expected to be placed against the Federal Supply Schedules, and to report accomplishments against these goals.

For orders exceeding the micropurchase threshold, FAR 8.404  requires agencies to consider the catalogs/pricelists of at least three schedule contractors or consider reasonably available information by using the GSA Advantage!™ on-line shopping service (www.fss.gsa.gov). The catalogs/pricelists, GSA Advantage!™ and the Federal Acquisition Service Home Page (www.fss.gsa.gov) contain information on a broad array of products and services offered by small business concerns.

This information should be used as a tool to assist ordering activities in meeting or exceeding established small business goals. It should also be used as a tool to assist in including small, small disadvantaged, and women-owned small businesses among those considered when selecting pricelists for a best value determination.

For orders exceeding the micropurchase threshold, customers are to give preference to small business concerns when two or more items at the same delivered price will satisfy their requirement.

1.      **GEOGRAPHIC SCOPE OF CONTRACT:**

*Domestic delivery* is delivery within the 48 contiguous states, Alaska, Hawaii, Puerto Rico, Washington, DC, and U.S. Territories. Domestic delivery also includes a port or consolidation point, within the aforementioned areas, for orders received from overseas activities.

*Overseas delivery* is delivery to points outside of the 48 contiguous states, Washington, DC, Alaska, Hawaii, Puerto Rico, and U.S. Territories.

Offerors are requested to check one of the following boxes:

        [ ]      The Geographic Scope of Contract will be domestic and overseas delivery.
        [ ]      The Geographic Scope of Contract will be overseas delivery only.
        [ x ]    The Geographic Scope of Contract will be domestic delivery only. Wireless Products only.

        For :  All other products, Geographic Scope is 48 Contiguous States and Washingotn, DC.


2.      **CONTRACTOR'S ORDERING ADDRESS**
        **Harris Corporation**
        **Government Communications Systems Division**
        **P.O. Box 37**
        **Melbourne, Florida  32902**

        **CONTRACTOR'S PAYMENT INFORMATION:**
        **Citibank Delaware**
        **FBO: Harris Corporation, Government Communications Systems Division**
        **A/C #30523187**
        **P.O. Box 7247 – LB 6759**
        **Philadelphia, PA 19170-6759**


Contractors are required to accept credit cards for payments equal to or less than the micro-purchase threshold for oral or written delivery orders.  Credit cards will be acceptable for payment above the micro-purchase threshold.  In addition, bank account information for wire transfer payments will be shown on the invoice.

The following telephone numbers can be used by ordering activities to obtain technical and/or ordering assistance:
**(800) 358-5297 or (321) 309-7304**

3.      **LIABILITY FOR INJURY OR DAMAGE**
The Contractor shall not be liable for any injury to ordering activity personnel or damage to ordering activity property arising from the use of equipment maintained by the Contractor, unless such injury or damage is due to the fault or negligence of the Contractor.

4.   **STATISTICAL DATA FOR GOVERNMENT ORDERING OFFICE COMPLETION OF STANDARD FORM 279:**
Block 9:  G. Order/Modification Under Federal Schedule
Block 16: Data Universal Numbering System (DUNS) Number: **02-171-5206**
Block 30: Type of Contractor – **Large Business**
Block 31: Woman-Owned Small Business – **No**
Block 36: Contractor's Taxpayer Identification Number (TIN): **34-0276860**

4a.   CAGE Code: 91417
4b.   Contractor has registered with the Central Contractor Registration Database.

5.   **FOB DESTINATION**
(a) Prices cover delivery as provided below to destinations located within the 48 contiguous States and the District of Columbia.
(b) Ordering offices will be required to pay differential between freight charges and express charges where express deliveries are desired by the Government.

6.   **DELIVERY SCHEDULE**
a.   TIME OF DELIVERY:  The Contractor shall deliver to destination within the number of calendar days after receipt of order (ARO), as set forth below:

| SPECIAL ITEM NUMBER | DELIVERY TIME (Days ARO) |
|---|---|
| 132-8 | 90 Days or as agreed to with ordering office |
| 132-12 | As negotiated between the Contractor and Ordering Agency |
| 132-32 | As negotiated between the Contractor and Ordering Agency |
| 132-33 | As negotiated between the Contractor and Ordering Agency |
| 132-34 | As negotiated between the Contractor and Ordering Agency |
| 132-50 | As negotiated between the Contractor and Ordering Agency |
| 132-51 | As negotiated between the Contractor and Ordering Agency |

b.   URGENT REQUIREMENTS:  When the Federal Supply Schedule contract delivery period does not meet the bona fide urgent delivery requirements of an ordering activity, ordering activities are encouraged, if time permits, to contact the Contractor for the purpose of obtaining accelerated delivery.  The Contractor shall reply to the inquiry within 3 workdays after receipt. (Telephonic replies shall be confirmed by the Contractor in writing.)  If the Contractor offers an accelerated delivery time acceptable to the ordering activity, any order(s) placed pursuant to the agreed upon accelerated delivery time frame shall be delivered within this shorter delivery time and in accordance with all other terms and conditions of the contract.

7.   **DISCOUNTS:  PRICES SHOWN ARE NET PRICES; BASIC DISCOUNTS HAVE BEEN DEDUCTED.**
a.   Prompt Payment: 0%, Net 30 days from receipt of invoice or date of acceptance, whichever is later;
b.   Quantity: Quantity discounts are reflected in this Pricelist
c.   Dollar Volume: None
d.   Government Educational Institutions are offered the same discounts as all other Government customers.

8.   **TRADE AGREEMENTS ACT OF 1979, AS AMENDED:**
All items are U.S. made end products, designated country end products, Caribbean Basin country end products, Canadian end products, or Mexican end products as defined in the Trade Agreements Act of 1979, as amended.

9.   **STATEMENT CONCERNING AVAILABILITY OF EXPORT PACKING: N/A**

10.   **SMALL REQUIREMENTS:**  The minimum dollar value of orders to be issued is $100.00.

11.   **MAXIMUM ORDER** (ALL DOLLAR AMOUNTS ARE EXCLUSIVE OF ANY DISCOUNT FOR PROMPT PAYMENT.)

a.   The Maximum Order value for the following Special Item Numbers (SINs) is $500,000:
Special Item Number 132-8 – Purchase of Equipment
Special Item Number 132-12 – Maintenance of  Equipment, Repair Service, and Repair Parts/Spare Parts

Special Item No. 132-32  - Term Software Licenses
Special Item No. 132-33 - Perpetual Software Licenses
Special Item No. 132-34  - Maintenance of Software as a Service
Special Item Number 132-51 – Information Technology (IT) Professional Services

b.      The Maximum Order value for the following Special Item Numbers (SINs) is $25,000:

Special Item Number 132-50 – Training Courses

**12.      ORDERING PROCEEDURES FOR FEDERAL SUPPLY SCHEDULE CONTRACTS**
Ordering activities shall use the ordering procedures of Federal Acquisition Regulation (FAR) 8.405 when placing an order or establishing a BPA for supplies or services. These procedures apply to all schedules.

1      FAR 8.405-1 Ordering procedures for supplies, and services not requiring a statement of work.

b. FAR 8.405-2 Ordering procedures for services requiring a statement of work.

**13.      FEDERAL INFORMATION TECHNOLOGY/TELECOMMUNICATION STANDARDS REQUIREMENTS:** Ordering activities acquiring products from this Schedule must comply with the provisions of the Federal Standards Program, as appropriate (reference: NIST Federal Standards Index). Inquiries to determine whether or not specific products listed herein comply with Federal Information Processing Standards (FIPS) or Federal Telecommunication Standards (FED-STDS), which are cited by ordering activities, shall be responded to promptly by the Contractor.

**13.1      FEDERAL INFORMATION PROCESSING STANDARDS PUBLICATIONS (FIPS PUBS):** Information Technology products under this Schedule that do not conform to Federal Information Processing Standards (FIPS) should not be acquired unless a waiver has been granted in accordance with the applicable "FIPS Publication." Federal Information Processing Standards Publications (FIPS PUBS) are issued by the U.S. Department of Commerce, National Institute of Standards and Technology (NIST), pursuant to National Security Act. Information concerning their availability and applicability should be obtained from the National Technical Information Service (NTIS), 5285 Port Royal Road, Springfield, Virginia 22161. FIPS PUBS include voluntary standards when these are adopted for Federal use. Individual orders for FIPS PUBS should be referred to the NTIS Sales Office, and orders for subscription service should be referred to the NTIS Subscription Officer, both at the above address, or telephone number (703) 487-4650.

**13.2      FEDERAL TELECOMMUNICATION STANDARDS (FED-STDS):** Telecommunication products under this Schedule that do not conform to Federal Telecommunication Standards (FED-STDS) should not be acquired unless a waiver has been granted in accordance with the applicable "FED-STD." Federal Telecommunication Standards are issued by the U.S. Department of Commerce, National Institute of Standards and Technology (NIST), pursuant to National Security Act. Ordering information and information concerning the availability of FED-STDS should be obtained from the GSA, Federal Supply Service, Specification Section, 470 East L'Enfant Plaza, Suite 8100, SW, Washington, DC 20407, telephone number (202)619-8925. Please include a self-addressed mailing label when requesting information by mail. Information concerning their applicability can be obtained by writing or calling the U.S. Department of Commerce, National Institute of Standards and Technology, Gaithersburg, MD 20899, telephone number (301)975-2833.

**14.      CONTRACTOR TASKS / SPECIAL REQUIREMENTS (C-FSS-370) (NOV 2001)**

(a) Security Clearances: The Contractor may be required to obtain/possess varying levels of security clearances in the performance of orders issued under this contract. All costs associated with obtaining/possessing such security clearances should be factored into the price offered under the Multiple Award Schedule.

(b) Travel: The Contractor may be required to travel in performance of orders issued under this contract. Allowable travel and per diem charges are governed by Pub .L. 99-234 and FAR Part 31, and are reimbursable by the ordering agency or can be priced as a fixed price item on orders placed under the Multiple Award Schedule. The Industrial Funding Fee does NOT apply to travel and per diem charges.

*NOTE: Refer to FAR Part 31.205-46 Travel Costs, for allowable costs that pertain to official company business travel in regards to this contract.*

(c) Certifications, Licenses and Accreditations: As a commercial practice, the Contractor may be required to obtain/possess any variety of certifications, licenses and accreditations for specific FSC/service code classifications offered. All costs

---

*Harris Corporation,*
*Government Communications Systems Division*
*(321) 309-7304*

GS-35F-0283J

*Page 5*

associated with obtaining/ possessing such certifications, licenses and accreditations should be factored into the price offered under the Multiple Award Schedule program.

(d)  Insurance:  As a commercial practice, the Contractor may be required to obtain/possess insurance coverage for specific FSC/service code classifications offered.  All costs associated with obtaining/possessing such insurance should be factored into the price offered under the Multiple Award Schedule program.

(e)  Personnel:  The Contractor may be required to provide key personnel, resumes or skill category descriptions in the performance of orders issued under this contract.  Ordering activities may require agency approval of additions or replacements to key personnel.

(f)  Organizational Conflicts of Interest:  Where there may be an organizational conflict of interest as determined by the ordering agency, the Contractor's participation in such order may be restricted in accordance with FAR Part 9.5.

(g)  Documentation/Standards:  The Contractor may be requested to provide products or services in accordance with rules, regulations, OMB orders, standards and documentation as specified by the agency's order.

(h)  Data/Deliverable Requirements:  Any required data/deliverables at the ordering level will be as specified or negotiated in the agency's order.

(i)  Government-Furnished Property:  As specified by the agency's order, the Government may provide property, equipment, materials or resources as necessary.

(j)  Availability of Funds:  Many Government agencies' operating funds are appropriated for a specific fiscal year.  Funds may not be presently available for any orders placed under the contract or any option year.  The Government's obligation on orders placed under this contract is contingent upon the availability of appropriated funds from which payment for ordering purposes can be made.  No legal liability on the part of the Government for any payment may arise until funds are available to the ordering Contracting Officer.

15.   **CONTRACT ADMINISTRATION FOR ORDERING ACTIVITIES:**  Any ordering activity, with respect to any one or more delivery orders placed by it under this contract, may exercise the same rights of termination as might the GSA Contracting Officer under provisions of FAR 52.212-4, paragraphs (l) Termination for the ordering activity's convenience, and (m) Termination for Cause (See C.1.)

16.   **GSA *Advantage!***
GSA *Advantage!* is an on-line, interactive electronic information and ordering system that provides on-line access to vendors' schedule prices with ordering information.  GSA *Advantage!* will allow the user to perform various searches across all contracts including, but not limited to:
(1)      Manufacturer;
(2)      Manufacturer's Part Number; and
(3)      Product categories.

Agencies can browse GSA *Advantage!* by accessing the Internet World Wide Web utilizing a browser (ex.: NetScape).  The Internet address is http://www.fss.gsa.gov/.

17.   **PURCHASE OF OPEN MARKET ITEMS**
NOTE:  Open Market Items are also known as incidental items, noncontract items, non-Schedule items, and items not on a Federal Supply Schedule contract. ODCs (Other Direct Costs) are not part of this contract and should be treated as open market purchases.  Ordering Activities procuring open market items must follow FAR 8.401(d).  For administrative convenience, an ordering activity contracting officer may add items not on the Federal Supply Multiple Award Schedule (MAS) – referred to as open market items – to a Federal Supply Schedule blanket purchase agreement (BPA) or an individual task or delivery order, **only if**-

(1)      All applicable acquisition regulations pertaining to the purchase of the items not on the Federal Supply Schedule have been followed (e.g., publicizing (Part 5), competition requirements (Part 6), acquisition of commercial items (Part 12), contracting methods (Parts 13, 14, and 15), and small business programs (Part 19));
(2)      The ordering activity contracting officer has determined the price for the items not on the Federal Supply Schedule is fair and reasonable;
(3)      The items are clearly labeled on the order as items not on the Federal Supply Schedule; and
(4)      All clauses applicable to items not on the Federal Supply Schedule are included in the order.

---

18.   **CONTRACTOR COMMITMENTS, WARRANTIES AND REPRESENTATIONS**

a.   For the purpose of this contract, commitments, warranties and representations include, in addition to those agreed to for the entire schedule contract:

    (1)   Time of delivery/installation quotations for individual orders;

    (2)   Technical representations and/or warranties of products concerning performance, total system performance and/or configuration, physical, design and/or functional characteristics and capabilities of a product/equipment/service/software package submitted in response to requirements which result in orders under this schedule contract.

    (3)   Any representations and/or warranties concerning the products made in any literature, description, drawings and/or specifications furnished by the Contractor.

b.   The above is not intended to encompass items not currently covered by the GSA Schedule contract.

19.   **OVERSEAS ACTIVITIES**

The terms and conditions of this contract shall apply to all orders for installation, maintenance and repair of equipment in areas listed in the pricelist outside the 48 contiguous states and the District of Columbia, except as indicated below:   None
_____

Upon request of the Contractor, the ordering activity may provide the Contractor with logistics support, as available, in accordance with all applicable ordering activity regulations.  Such ordering activity support will be provided on a reimbursable basis, and will only be provided to the Contractor's technical personnel whose services are exclusively required for the fulfillment of the terms and conditions of this contract.

20.   **BLANKET PURCHASE AGREEMENTS (BPAs)**

The use of BPAs under any schedule contract to fill repetitive needs for supplies or services is allowable. BPAs may be established with one or more schedule contractors. The number of BPAs to be established is within the discretion of the ordering activity establishing the BPA and should be based on a strategy that is expected to maximize the effectiveness of the BPA(s). Ordering activities shall follow FAR 8.405-3 when creating and implementing BPA(s).

21.   **CONTRACTOR TEAM ARRANGEMENTS**

Contractors participating in contractor team arrangements must abide by all terms and conditions of their respective contracts.  This includes compliance with Clauses 552.238-74, Industrial Funding Fee and Sales Reporting, i.e., each contractor (team member) must report sales and remit the IFF for all products and services provided under its individual contract.

22.   **INSTALLATION, DEINSTALLATION, REINSTALLATION**

The Davis-Bacon Act (40 U.S.C. 276a-276a-7) provides that contracts in excess of $2,000 to which the United States or the District of Columbia is a party for construction, alteration, or repair (including painting and decorating) of public buildings or public works with the United States, shall contain a clause that no laborer or mechanic employed directly upon the site of the work shall received less than the prevailing wage rates as determined by the Secretary of Labor.  The requirements of the Davis-Bacon Act do not apply if the construction work is incidental to the furnishing of supplies, equipment, or services. For example, the requirements do not apply to simple installation or alteration of a public building or public work that is incidental to furnishing supplies or equipment under a supply contract. However, if the construction, alteration or repair is segregable and exceeds $2,000, then the requirements of the Davis-Bacon Act applies.

The ordering activity issuing the task order against this contract will be responsible for proper administration and enforcement of the Federal labor standards covered by the Davis-Bacon Act.  The proper Davis-Bacon wage determination will be issued by the ordering activity at the time a request for quotations is made for applicable construction classified installation, deinstallation, and reinstallation services under SIN 132-8.

23.   **SECTION 508 COMPLIANCE**

If applicable, Section 508 compliance information on the supplies and services in this contract are available in Electronic and Information Technology (EIT) at the following: www.harris.com
The EIT standard can be found at:  www.Section508.gov/.

24.   **PRIME CONTRACTOR ORDERING FROM FEDERAL SUPPLY SCHEDULES**

Prime Contractors (on cost reimbursement contracts) placing orders under Federal Supply Schedules, on behalf of an ordering activity, shall follow the terms of the applicable schedule and authorization and include with each order –

    (a)   A copy of the authorization from the ordering activity with whom the contractor has the prime contract (unless a copy was previously furnished to the Federal Supply Schedule contractor); and

(b)    The following statement:
This order is placed under written authorization from _____ dated _____. In the event of any inconsistency between the terms and conditions of this order and those of your Federal Supply Schedule contract, the latter will govern.

25.    **INSURANCE—WORK ON A GOVERNMENT INSTALLATION (JAN 1997)(FAR 52.228-5)**

(a)    The Contractor shall, at its own expense, provide and maintain during the entire performance of this contract, at least the kinds and minimum amounts of insurance required in the Schedule or elsewhere in the contract.

(b)    Before commencing work under this contract, the Contractor shall notify the Contracting Officer in writing that the required insurance has been obtained.  The policies evidencing required insurance shall contain an endorsement to the effect that any cancellation or any material change adversely affecting the Government's interest shall not be effective—

(1)    For such period as the laws of the State in which this contract is to be performed prescribe; or

(2)    Until 30 days after the insurer or the Contractor gives written notice to the Contracting Officer, whichever period is longer.

©    The Contractor shall insert the substance of this clause, including this paragraph ©, in subcontracts under this contract that require work on a Government installation and shall require subcontractors to provide and maintain the insurance required in the Schedule or elsewhere in the contract.  The Contractor shall maintain a copy of all subcontractors' proofs of required insurance, and shall make copies available to the Contracting Officer upon request.

26.    **SOFTWARE INTEROPERABILITY**
Offerors are encouraged to identify within their software items any component interfaces that support open standard interoperability. An item's interface may be identified as interoperable on the basis of participation in a Government agency-sponsored program or in an independent organization program. Interfaces may be identified by reference to an interface registered in the component registry located at http://www.core.gov.

27.    **ADVANCE PAYMENTS**
A payment under this contract to provide a service or deliver an article for the United States Government may not be more than the value of the service already provided or the article already delivered. Advance or pre-payment is not authorized or allowed under this contract. (31 U.S.C. 3324).

## TERMS AND CONDITIONS APPLICABLE TO PURCHASE OF
## GENERAL PURPOSE COMMERCIAL INFORMATION TECHNOLOGY EQUIPMENT
## (SPECIAL ITEM NUMBER 132-8)

**1.     MATERIAL AND WORKMANSHIP**
All equipment furnished hereunder must satisfactorily perform the function for which it is intended.

**2.     ORDER**
Written orders, EDI orders (GSA Advantage! and FACNET), credit card orders, and orders placed under blanket purchase agreements (BPA) agreements shall be the basis for purchase in accordance with the provisions of this contract.  If time of delivery extends beyond the expiration date of the contract, the Contractor will be obligated to meet the delivery and installation date specified in the original order.
For credit card orders and BPAs, telephone orders are permissible.

**3.     TRANSPORTATION OF EQUIPMENT**
        **FOB DESTINATION :**
        (a) Prices cover delivery as provided below to destinations located within the 48 contiguous States and the District of Columbia.
        (b) Ordering offices will be required to pay differential between freight charges and express charges where express deliveries are desired by the Government.

**4.     INSTALLATION AND TECHNICAL SERVICES**

        INSTALLATION.  When the equipment provided under this contract is not normally self-installable, the Contractor's technical personnel shall be available to the ordering activity, at the ordering activity's location, to install the equipment and to train ordering activity personnel in the use and maintenance of the equipment. The charges, if any, for such services are listed below, or in the price schedule:
        <u>Product is self-installable</u>

   **b.     INSTALLATION, DEINSTALLATION, REINSTALLATION.**  The Davis-Bacon Act (40 U.S.C. 276a-276a-7) provides that contracts in excess of $2,000 to which the United States or the District of Columbia is a party for construction, alteration, or repair (including painting and decorating) of public buildings or public works with the United States, shall contain a clause that no laborer or mechanic employed directly upon the site of the work shall received less than the prevailing wage rates as determined by the Secretary of Labor.  The requirements of the Davis-Bacon Act do not apply if the construction work is incidental to the furnishing of supplies, equipment, or services.  For example, the requirements do not apply to simple installation or alteration of a public building or public work that is incidental to furnishing supplies or equipment under a supply contract.  However, if the construction, alteration or repair is segregable and exceeds $2,000, then the requirements of the Davis-Bacon Act applies.

The ordering activity issuing the task order against this contract will be responsible for proper administration and enforcement of the Federal labor standards covered by the Davis-Bacon Act.  The proper Davis-Bacon wage determination will be issued by the ordering activity at the time a request for quotations is made for applicable construction classified installation, deinstallation, and reinstallation services under SIN 132-8.

   1     OPERATING AND MAINTENANCE MANUALS.  The Contractor shall furnish the ordering activity with one (1) copy of all operating and maintenance manuals which are normally provided with the equipment being purchased.

**5.     INSPECTION/ACCEPTANCE**
The Contractor shall only tender for acceptance those items that conform to the requirements of this contract.  Items delivered shall be considered accepted upon delivery  The ordering activity reserves the right to inspect or test any equipment that has been tendered for acceptance.  The ordering activity may require repair or replacement of nonconforming equipment at no increase in contract price.  The ordering activity must exercise its postacceptance rights (1) within a reasonable time after the defect was discovered or should have been discovered; and (2) before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item.

---

6.      **WARRANTY**

a.      Unless specified otherwise in this contract, the Contractor's standard commercial warranty as stated in the contract's commercial pricelist will apply to this contract.

b.      THE WARRANTIES OR CONDITIONS MADE HEREIN BY CONTRACTOR ARE EXCLUSIVE, MADE IN LIEU OF ALL OTHER WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED, (EXCEPT TO TITLE) INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OR CONDITION OF MERCHANTABILITY, ANY IMPLIED WARRANTY OR CONDITION OF FITNESS FOR A PARTICULAR PURPOSE, OR ANY WARRANTY OR CONDITION ARISING OUT OF PERFORMANCE OR CUSTOM OR USAGE OF TRADE.

c.      Limitation of Liability.  Except as otherwise provided by an express or implied warranty, the Contractor will not be liable to the ordering activity for consequential damages resulting from any defect or deficiencies in accepted items.

d.      If inspection and repair of defective equipment under this warranty will be performed at the Contractor's plant, the address is as follows:

> Harris Corporation
> Government Communications Systems Division
> 1000 Perimeter Road
> Palm Bay, Florida  32905

7.      **PURCHASE PRICE FOR ORDERED EQUIPMENT**

The purchase price that the ordering activity will be charged will be  the ordering activity purchase price in effect at the time of order placement, or the ordering activity purchase price in effect on the  installation date (or delivery date when installation is not applicable), whichever is less.

8.      **RESPONSIBILITIES OF THE CONTRACTOR**

The Contractor shall comply with all laws, ordinances, and regulations (Federal, State, City or otherwise) covering work of this character, and shall include all costs, if any, of such compliance in the prices quoted in this offer.

9.      **TRADE-IN OF INFORMATION TECHNOLOGY EQUIPMENT**

When an ordering activity determines that Information Technology equipment will be replaced, the ordering activity shall follow the contracting policies and procedures in the Federal Acquisition Regulation (FAR), the policies and procedures regarding disposition of information technology excess personal property in the Federal Property Management Regulations (FPMR) (41 CFR 101-43.6), and the policies and procedures on exchange/sale contained in the FPMR (41 CFR part 101-46).

## TERMS AND CONDITIONS APPLICABLE TO MAINTENANCE, AND REPAIR PARTS/SPARE PARTS FOR GOVERNMENT-OWNED GENERAL PURPOSE COMMERCIAL INFORMATION TECHNOLOGY EQUIPMENT (AFTER EXPIRATION OF GUARANTEE/WARRANTY PROVISIONS AND/OR WHEN REQUIRED SERVICE IS NOT COVERED BY GUARANTEE/WARRANTY PROVISIONS) (SPECIAL ITEM NUMBER 132-12)

**1.   SERVICE AREAS**

All repair services will be performed at the Contractor's plant for the products indicated as listed below:

**Wireless Products:**

Contact: Phone Number – 1-800-358-5297

Ship to Address:

Harris Corporation
Wireless Products Group
407 North John Rodes Blvd.
Melbourne, FL 32934

**AN/USC-65 (v)5**
Depot Manager/Point of Contact is Bill Dalton – 321-727-5024

Ship to address:

Harris Corporation
1000 Charles J. Herbert Drive
Building 21A
Palm Bay, FL 32905
Attn: Bill Dalton

**LHGXA/LAMDA**
Ship to address:

Harris Corporation
2800 Jordan Blvd
Malabar, FL 32950

*Customers must obtain a Return Memo Authorization (RMA) number, properly pack, insure prepay the shipping charges and ship the defective equipment or part to our factory; or Harris will repair or replace (at our option) the defective equipment or part and pay for its return to you, provided the repair or replacement is due to a cause covered by this warranty.*

**2.   MAINTENANCE ORDER**

a.   Agencies may use written orders, EDI orders, credit card orders, or BPAs, for ordering maintenance under this contract for the products indiciated.  The Contractor shall confirm orders within fifteen (15) calendar days from the date of receipt, except that confirmation of orders shall be considered automatic for renewals for maintenance (Special Item Number 132-12).  Automatic acceptance of order renewals for maintenance service shall apply for machines which may have been discontinued from use for temporary periods of time not longer than 120 calendar days.  If the order is not confirmed by the Contractor as prescribed by this paragraph, the order shall be considered to be confirmed by the Contractor.

b.   The Contractor shall honor orders for maintenance for the duration of the contract period or a lessor period of time, for the equipment shown in the pricelist.  Maintenance service shall commence on a mutually agreed upon date, which will be written into the maintenance order.  Maintenance orders shall not be made effective before the expiration of any applicable maintenance and

parts guarantee/warranty period associated with the purchase of equipment.  Orders for maintenance service shall not extend beyond the end of the contract period.

c.       Maintenance may be discontinued by the ordering activity on thirty (30) calendar days written notice, or shorter notice when agreed to by the Contractor; such notice to become effective thirty (30) calendar days from the date on the notification. However, the ordering activity may extend the original discontinuance date upon written notice to the Contractor, provided that such notice is furnished at least ten (10) calendar days prior to the original discontinuance date.

d.       Annual Funding.  When annually appropriated funds are cited on a maintenance order, the period of maintenance shall automatically expire on September 30th of the contract period, or at the end of the contract period, whichever occurs first.  Renewal of a maintenance order citing the new appropriation shall be required, if maintenance is to continue during any remainder of the contract period.

e.       Cross-year Funding Within Contract Period.  Where an ordering activity's specific appropriation authority provides for funds in excess of a 12 month, fiscal year period, the ordering activity may place an order under this schedule contract for a period up to the expiration of the contract period, notwithstanding the intervening fiscal years.

f.       Ordering activities should notify the Contractor in writing thirty (30) calendar days prior to the expiration of maintenance service, if maintenance is to be terminated at that time.  Orders for continued maintenance will be required if maintenance is to be continued during the subsequent period.


   1    **REPAIR PARTS/SPARE PARTS ORDERS**

       Agencies may use written orders, EDI orders, credit card orders, blanket purchase agreements (BPAs), or small order procedures for ordering repair parts/spare parts under this contract.


**4.       LOSS OR DAMAGE**

When the Contractor removes equipment to his establishment for repairs, the Contractor shall be responsible for any damage or loss, from the time the equipment is removed from the ordering activity installation, until the equipment is returned to such installation.


**5.       SCOPE**

a.       The Contractor shall provide maintenance for all equipment as listed herein, as requested by the ordering activity  during the contract term.  Repair parts/spare parts shall apply exclusively to the equipment types/models indicated within the scope of this Information Technology Schedule.

b.       Equipment placed under maintenance service shall be in good operating condition.

       (1)       In order to determine that the equipment is in good operating condition, the equipment shall be subject to inspection by the Contractor, without charge to the ordering activity.

       (2)       Costs of any repairs performed for the purpose of placing the equipment in good operating condition shall be borne by the Contractor, if the equipment was under the Contractor's guarantee/warranty or maintenance responsibility prior to the effective date of the maintenance order.

       (3)       If the equipment was not under the Contractor's responsibility, the costs necessary to place the equipment in proper operating condition are to be borne by the ordering activity, in accordance with the provisions of Special Item Number 132-12 (or outside the scope of this contract).


**6.       RESPONSIBILITIES OF THE ORDERING ACTIVITY**

a.       Ordering activity personnel shall not perform maintenance or attempt repairs to equipment while such equipment is under the purview of a maintenance order, unless agreed to by the Contractor.

b.       Subject to security regulations, the ordering activity shall permit access to the equipment which is to be maintained or repaired.

**7.     MAINTENANCE RATE PROVISIONS**

a.      The Contractor shall bear all costs of maintenance, including labor, parts, and such other expenses as are necessary to keep the equipment in good operating condition, provided that the required repairs are not occasioned by fault or negligence of the ordering activity.

b.      REGULAR HOURS

The basic monthly rate for each make and model of equipment shall entitle the ordering activity to maintenance service during a mutually agreed upon nine (9) hour principal period of maintenance, Monday through Friday, exclusive of holidays observed at the ordering activity location.

        1     AFTER HOURS

Should the ordering activity require that maintenance be performed outside of Regular Hours, charges for such maintenance, if any, will be specified in the pricelist.  Periods of less than one hour will be prorated to the nearest quarter hour.

        1     TRAVEL AND TRANSPORTATION

If any charge is to apply, over and above the regular maintenance rates, because of the distance between the ordering activity location and the Contractor's service area, the charge will be:

Not pplicable

**8.     REPAIR PARTS/SPARE PARTS RATE PROVISIONS**

All parts, furnished as spares or as repair parts in connection with the repair of equipment, unless otherwise indicated in this pricelist, shall be new, standard parts manufactured by the equipment manufacturer.  All parts shall be furnished at prices indicated in the Contractor's commercial pricelist at a discount of 10% from such listed prices.

**(ANC Product Line only)**

a.      CHARGES.  Charges for repair service will include the labor charge, computed at the rates set forth below, for the time during which repairmen are actually engaged in work, and, when applicable, the charge for travel or transportation.

b.      MULTIPLE MACHINES.  When repairs are ordered by a ordering activity  on two or more machines located in one or more buildings within walking distance of each other, the charges will be computed from the time the repairman commences work on the first machine, until the work is completed on the last machine.  The time required to go from one machine to another, or from one building to another, will be considered actual work performance, and chargeable to the ordering activity, provided the time consumed in going between machines (or buildings) is reasonable.

c.      TRAVEL OR TRANSPORTATION

        (1)     AT THE CONTRACTOR'S SHOP

                (a)     When equipment is returned to the Contractor's shop for adjustments or repairs which are not covered by the guarantee/warranty provision, the cost of transportation, packing, etc., from the ordering activity location to the Contractor's plant, and return to the ordering activity location,

d.      LABOR RATES

        (1)     REGULAR HOURS

The Regular Hours repair service rates listed herein shall entitle the ordering activity to repair service during the period 8:00 a.m. to 5:00 p.m., Monday through Friday, exclusive of holidays observed at the ordering activity location.  There shall be no additional charge for repair service which was requested during Regular Hours, but performed outside the Regular Hours defined above, at the convenience of the Contractor.

REPAIR SERVICE RATES

| LOCATION | MINIMUM CHARGE* | REGULAR HOURS PER HOUR** |
|---|---|---|
| CONTRACTOR'S SHOP | _$168.48_ | _$168.48_ |

*MINIMUM CHARGES INCLUDE _1__ FULL HOURS ON THE JOB.

**FRACTIONAL HOURS, AT THE END OF THE JOB, WILL BE PRORATED TO THE NEAREST QUARTER HOUR.

**9.      GUARANTEE/WARRANTY—REPAIR SERVICE AND REPAIR PARTS/SPARE PARTS**
All parts, furnished either as spares or repairs parts will be guaranteed/warranted for a period twelve (12) months from the date of shipment.

**10.      INVOICES AND PAYMENTS**
a.      Maintenance Service
(1)      Invoices for maintenance service shall be submitted by the Contractor on a quarterly or monthly basis, after the completion of such period.  Maintenance charges must be paid in arrears (31 U.S.C. 3324).  PROMPT PAYMENT DISCOUNT, IF APPLICABLE, SHALL BE SHOWN ON THE INVOICE.
(2)      Payment for maintenance service of less than one month's duration shall be prorated at 1/30th of the monthly rate for each calendar day.
b.      Repair Parts/Spare Parts
Invoices for parts shall be submitted by the Contractor as soon as possible after completion of work.  Payment under blanket purchase agreements will be made quarterly or monthly, except where cash payment procedures are used.  Invoices shall be submitted separately to each ordering activity office ordering services under the contract.  The cost of repair parts shall be shown as a separate item on the invoice, and shall be priced in accordance with paragraph #10, above.  PROMPT PAYMENT DISCOUNT, IF APPLICABLE, SHALL BE SHOWN ON THE INVOICE.

**TERMS AND CONDITIONS APPLICABLE TO TERM SOFTWARE LICENSES (SPECIAL ITEM NUMBER 132-32), PERPETUAL SOFTWARE LICENSES (SPECIAL ITEM NUMBER 132-33) AND MAINTENANCE AS A SERVICE (SPECIAL ITEM NUMBER 132-34) OF GENERAL PURPOSE COMMERCIAL INFORMATION TECHNOLOGY SOFTWARE**

**1.      INSPECTION/ACCEPTANCE**

The Contractor shall only tender for acceptance those items that conform to the requirements of this contract. Items delivered shall be considered accepted upon delivery. The ordering activity reserves the right to inspect or test any software that has been tendered for acceptance.  The ordering activity may require repair or replacement of nonconforming software at no increase in contract price. The ordering activity must exercise its post acceptance rights (1) within sixty (60) days after the defect was discovered or should have been discovered; and (2) before any substantial change occurs in the condition of the software, unless the change is due to the defect in the software.

**2.      GUARANTEE/WARRANTY**

**a.** During the first sixty (60) days following installation of the MET Software (the "Warranty Period"), Harris warrants that the MET Software will operate in material conformance to MET's published specifications. Harris does not, however, warrant that the MET Software or any portion thereof is error-free. During the Warranty Period, if you discover an error in the MET Software that causes it not to operate in material conformance to MET's published specification, you shall submit to Harris a written report describing such error in sufficient detail. Harris will then use its reasonable efforts to correct such error or to provide a software patch or bypass around such error (collectively, "Fixes"). All Fixes provided shall constitute MET Software hereunder and shall be governed by the terms hereof. This limited warranty shall not apply to any error caused by any unauthorized modification to the MET Software or by your failure to incorporate in the Licensed Product(s) any Fixes or Updates that MET has provided.

B        Limitation of Liability.  Except as otherwise provided by an express or implied warranty, the Contractor will not be liable to the ordering activity for consequential damages resulting from any defect or deficiencies in accepted items.

**3.      TECHNICAL SERVICES**

The Contractor, without additional charge to the ordering activity, shall provide a hot line technical support number (1-888-638-0133) for the purpose of providing user assistance and guidance in the implementation of the software for sixty (60) days.  The technical support number is available from 8:00 a.m. to 5:00 p.m., Eastern Time, Monday through Thursday, excluding Holidays.  Software Maintenance (see section 4) may be purchased on a annual basis (see GSA Price List)

**4.      SOFTWARE MAINTENANCE**

a.      Software maintenance as it is defined:

Software Maintenance as a Product

Software maintenance as a product includes the publishing of bug/defect fixes via patches and updates/upgrades in function and technology to maintain the operability and usability of the software product.  It may also include other no charge support that are included in the purchase price of the product in the commercial marketplace.  No charge support includes items such as user blogs, discussion forums, on-line help libraries and FAQs (Frequently Asked Questions), hosted chat rooms, and limited telephone, email and/or web-based general technical support for user's self diagnostics.

Software maintenance as a product does <u>NOT</u> include the creation, design, implementation, integration, etc. of a software package. These examples are considered software maintenance as a service.

Software Maintenance as a Service (SIN 132-34)

Software maintenance as a service creates, designs, implements, and/or integrates customized changes to software that solve one or more problems and is not included with the price of the software. Software maintenance as a service includes person-to-person communications regardless of the medium used to communicate: telephone support, on-line technical support, customized support, and/or technical expertise which are charged commercially.  Software maintenance as a service is billed arrears in accordance with 31 U.S.C. 3324.

b.      Invoices for maintenance service shall be submitted by the Contractor on a quarterly or monthly basis, after the completion of such period.  Maintenance charges must be paid in arrears (31 U.S.C. 3324).  PROMPT PAYMENT DISCOUNT, IF APPLICABLE, SHALL BE SHOWN ON THE INVOICE.

**Software Support:** "Software support" will include phone support, software updates (defined below), and on-line documentation.  Phone support will be available during the hours of 8:00 a.m. to 5:00 p.m., Eastern Time, Monday through Thursday, excluding Holidays.  Product support will be provided in accordance with contract terms.  "Software Update" means a software modification released by contractor on a general, regularly scheduled basis as a standard service offering to its other ordering activities that have the same Software version under maintenance contract with contractor.  Updates may include revisions to Documentation.  A "New Product" or "Upgrade" means any enhancement(s) or addition(s) to SOFTWARE (other than an Update) which contractor does not make available to its ordering activities as part of the standard support service charges under a software maintenance contract, but rather is only provided subject to payment of a separate incremental license fee or upgrade charge.  Software Support may be purchased on a annual basis (see GSA Price List).  If support is purchased, after 12 months invoices for continued software support shall be submitted by the Contractor each year for the following 12 months.

**5.      PERIODS OF TERM LICENSES (132-32) AND MAINTENANCE (132-34)**
a.      The Contractor shall honor orders for periods for the duration of one (1) year.
b.      Term licenses and/or maintenance may be discontinued by the ordering activity on thirty (30) calendar day's written notice to the Contractor.
c.      Annual Funding.  When annually appropriated funds are cited on an order for term licenses and/or maintenance, the period of the term licenses and/or maintenance shall automatically expire on September 30 of the contract period, or at the end of the contract period, whichever occurs first.  Renewal of the term licenses and/or maintenance orders citing the new appropriation shall be required, if the term licenses and/or maintenance is to be continued during any remainder of the contract period.
d.      Cross-Year Funding Within Contract Period.  Where an ordering activity's specific appropriation authority provides for funds in excess of a 12 month (fiscal year) period, the ordering activity may place an order under this schedule contract for a period up to the expiration of the contract period, notwithstanding the intervening fiscal years.
e.      Ordering activities should notify the Contractor in writing thirty (30) calendar days prior to the expiration of an order, if the term licenses and/or maintenance is to be terminated at that time.  Orders for the continuation of term licenses and/or maintenance will be required if the term licenses and/or maintenance is to be continued during the subsequent period.

**6.      CONVERSION FROM TERM LICENSE TO PERPETUAL LICENSE**

Not offered

**7.      TERM LICENSE CESSATION**

Not offered

**8.      UTILIZATION LIMITATIONS – (132-32, 132-33, AND 132-34)**
a.      Software acquisition is limited to commercial computer software defined in FAR Part 2.101.
b.      When acquired by the ordering activity, commercial computer software and related documentation so legend shall be subject to the following:
        (1)      Title to and ownership of the software and documentation shall remain with the Contractor, unless otherwise specified.
        (2)      Software licenses are by site and by ordering activity.  An ordering activity is defined as a cabinet level or independent ordering activity.  The software may be used by any subdivision of the ordering activity (service, bureau, division, command, etc.) that has access to the site the software is placed at, even if the subdivision did not participate in the acquisition of the software.  Further, the software may be used on a sharing basis where multiple agencies have joint projects that can be satisfied by the use of the software placed at one ordering activity's site.  This would allow other agencies access to one ordering activity's database.  For ordering activity public domain databases, user agencies and third parties may use the computer program to enter, retrieve, analyze and present data.  The user ordering activity will take appropriate action by instruction, agreement, or otherwise, to protect the Contractor's proprietary property with any third parties that are permitted access to the computer programs and documentation in connection with the user ordering activity's permitted use of the computer programs and documentation.  For purposes of this section, all such permitted third parties shall be deemed agents of the user ordering activity.
        (3)      Except as is provided in paragraph 8.b(2) above, the ordering activity shall not provide or otherwise make available the software or documentation, or any portion thereof, in any form, to any third party without the prior written approval of the Contractor.  Third parties do not include prime Contractors, subcontractors and agents of the ordering

activity who have the   ordering activity's permission to use the licensed software and documentation at the facility, and who have agreed to use the licensed software and documentation only in accordance with these restrictions.  This provision does not limit the right of the ordering activity to use software, documentation, or information therein, which the ordering activity may already have or obtains without restrictions.

(4)        The ordering activity shall have the right to use the computer software and documentation with the computer for which it is acquired at any other facility to which that computer may be transferred, or in cases of disaster recovery, the ordering activity has the right to transfer the software to another site if the ordering activity site for which it is acquired is deemed to be unsafe for ordering activity personnel; to use the computer software and documentation with a backup computer when the primary computer is inoperative; to copy computer programs for safekeeping (archives) or backup purposes; to transfer a copy of the software to another site for purposes of benchmarking new hardware and/or software; and to modify the software and documentation or combine it with other software, provided that the unmodified portions shall remain subject to these restrictions.

(5)        "Commercial Computer Software" may be marked with the  Contractor's standard commercial restricted rights legend, but the schedule contract and schedule pricelist, including this clause, "Utilization Limitations" are the only governing terms and conditions,  and shall take precedence and supersede any different or additional terms and conditions included in the standard commercial legend.

c.      Single User and Server Licenses.

(1)        The SOFTWARE is distributed under one of two distinct license agreements, a "SINGLE-USER" license or a "SERVER" license.  If the ordering activity purchases a SINGLE-USER license, LICENSOR grants the ordering activity a restricted, non-exclusive, non-transferable license to use the SOFTWARE for installing one copy of the SOFTWARE on a single computer.  Ordering activity may also store or install a copy of the SOFTWARE on a storage device, such as a network server, used (i) to serve the SOFTWARE to another of ordering activity's workstation; or (ii) run the SOFTWARE remotely displayed on another of ordering activity's workstations.  A license for the SOFTWARE may not be shared or used concurrently on different computers.  The SOFTWARE is licensed as a single product; it may not be separated for use on more than one computer.  Contractor shall be allowed to audit ordering activity's use of the SOFTWARE to verify compliance with all terms and conditions hereof.

(2)        If the ordering activity needs to install the SOFTWARE on a server-class machine (e.g., 3or more processors) for use by more than one person or to support batch processing of imagery, the ordering activity must purchase a SERVER license so as not to be restricted by the SINGLE-USER license.

**9.       SOFTWARE CONVERSIONS – (132-32 AND 132-33)**
Not offered

**10.       DESCRIPTIONS AND EQUIPMENT COMPATIBILITY**
The Contractor shall include, in the schedule pricelist, a complete description of each software product and a list of equipment on which the software can be used.  Also, included shall be a brief, introductory explanation of the modules and documentation which are offered.

**11.       RIGHT-TO-COPY PRICING**
Not offered.

## TERMS AND CONDITIONS APPLICABLE TO PURCHASE OF TRAINING COURSES FOR GENERAL PURPOSE COMMERCIAL INFORMATION TECHNOLOGY EQUIPMENT AND SOFTWARE (SPECIAL ITEM NUMBER 132-50)

**1.    SCOPE**
a.        The Contractor shall provide training courses normally available to commercial customers, which will permit ordering activity users to make full, efficient use of general purpose commercial IT products.  Training is restricted to training courses for those products within the scope of this solicitation.
b.        The Contractor shall provide training at the Contractor's facility and/or at the ordering activity's location, as agreed to by the Contractor and the ordering activity.

**2.    ORDER**
Written orders, EDI orders (GSA Advantage! and FACNET), credit card orders, and orders placed under blanket purchase agreements (BPAs) shall be the basis for the purchase of training courses in accordance with the terms of this contract.  Orders shall include the student's name, course title, course date and time, and contracted dollar amount of the course.

**3.    TIME OF DELIVERY**
The Contractor shall conduct training on the date (time, day, month, and year) agreed to by the Contractor and the ordering activity.

**4.    CANCELLATION AND RESCHEDULING**
a.        The Contractor will notify the ordering activity at least seventy-two (72) hours before the scheduled training date, if a student will be unable to attend.  The Contractor will then permit the ordering activity to either cancel the order or reschedule the training at no additional charge.  In the event the training class is rescheduled, the ordering activity will modify its original training order to specify the time and date of the rescheduled training class.
b.        In the event the ordering activity fails to cancel or reschedule a training course within the time frame specified in paragraph a, above, the ordering activity will be liable for the contracted dollar amount of the training course.  The Contractor agrees to permit the ordering activity to reschedule a student who fails to attend a training class within ninety (90) days from the original course date, at no additional charge.
c.        The ordering activity reserves the right to substitute one student for another up to the first day of class.
d.        In the event the Contractor is unable to conduct training on the date agreed to by the Contractor and the ordering activity, the Contractor must notify the ordering activity at least seventy-two (72) hours before the scheduled training date.

**5.    FOLLOW-UP SUPPORT**
The Contractor agrees to provide each student with unlimited telephone support for a period of one (1) year from the completion of the training course. During this period, the student may contact the Contractor's instructors for refresher assistance and answers to related course curriculum questions.

**6.    PRICE FOR TRAINING**
The price that the ordering activity will be charged will be the ordering activity training price in effect at the time of order placement, or the ordering activity price in effect at the time the training course is conducted, whichever is less.

**7.    INVOICES AND PAYMENT**
Invoices for training shall be submitted by the Contractor after ordering activity completion of the training course.  Charges for training must be paid in arrears (31 U.S.C. 3324).  PROMPT PAYMENT DISCOUNT, IF APPLICABLE, SHALL BE SHOWN ON THE INVOICE.

**8.    FORMAT AND CONTENT OF TRAINING**
a.        The Contractor shall provide written materials (i.e., manuals, handbooks, texts, etc.) normally provided with course offerings.  Such documentation will become the property of the student upon completion of the training class.
b.        **If applicable** For hands-on training courses, there must be a one-to-one assignment of IT equipment to students.
c.        The Contractor shall provide each student with a Certificate of Training at the completion of each training course.
d.        The Contractor shall provide the following information for each training course offered:
(1)        The course title and a brief description of the course content, to include the course format (e.g., lecture, discussion, hands-on training);
(2)        The length of the course;
(3)        Mandatory and desirable prerequisites for student enrollment;
(4)        The minimum and maximum number of students per class;

---

*Harris Corporation,*                                    GS-35F-0283J                                    *Page 18*
*Government Communications Systems Division*
*(321) 309-7304*

(5)      The locations where the course is offered;

(6)      Class schedules; and

(7)      Price (per student, per class (if applicable)).

e.       For those courses conducted at the ordering activity's location, instructor travel charges (if applicable), including mileage and daily living expenses (e.g., per diem charges) are governed by Pub. L. 99-234 and FAR Part 31.205-46, and are reimbursable by the ordering activity on orders placed under the Multiple Award Schedule, as applicable, in effect on the date(s) the travel is performed. Contractors cannot use GSA city pair contracts.  The Industrial Funding Fee does NOT apply to travel and per diem charges.

## TERMS AND CONDITIONS APPLICABLE TO INFORMATION TECHNOLOGY (IT) PROFESSIONAL SERVICES (SPECIAL ITEM NUMBER 132-51)

1.  **SCOPE**
    a.  The prices, terms and conditions stated under Special Item Number 132-51 Information Technology Professional Services apply exclusively to IT Services within the scope of this Information Technology Schedule.

    b.  The Contractor shall provide services at the Contractor's facility and/or at the ordering activity location, as agreed to by the Contractor and the ordering activity.

2.  **PERFORMANCE INCENTIVES**
    a.  Performance incentives may be agreed upon between the Contractor and the ordering activity on individual fixed price orders or Blanket Purchase Agreements under this contract in accordance with this clause.

    b.  The ordering activity must establish a maximum performance incentive price for these services and/or total solutions on individual orders or Blanket Purchase Agreements.

    Incentives should be designed to relate results achieved by the contractor to specified targets. To the maximum extent practicable, ordering activities shall consider establishing incentives where performance is critical to the ordering activity's mission and incentives are likely to motivate the contractor. Incentives shall be based on objectively measurable tasks.

3.  **ORDER**
    a.  Agencies may use written orders, EDI orders, blanket purchase agreements, individual purchase orders, or task orders for ordering services under this contract. Blanket Purchase Agreements shall not extend beyond the end of the contract period; all services and delivery shall be made and the contract terms and conditions shall continue in effect until the completion of the order. Orders for tasks which extend beyond the fiscal year for which funds are available shall include FAR 52.232-19 (Deviation – May 2003) Availability of Funds for the Next Fiscal Year. The purchase order shall specify the availability of funds and the period for which funds are available.

    b.  All task orders are subject to the terms and conditions of the contract. In the event of conflict between a task order and the contract, the contract will take precedence.

4.  **PERFORMANCE OF SERVICES**
    a.  The Contractor shall commence performance of services on the date agreed to by the Contractor and the ordering activity.

    b.  The Contractor agrees to render services only during normal working hours, unless otherwise agreed to by the Contractor and the ordering activity.

    The ordering activity should include the criteria for satisfactory completion for each task in the Statement of Work or Delivery Order. Services shall be completed in a good and workmanlike manner.

    Any Contractor travel required in the performance of IT Services must comply with the Federal Travel Regulation or Joint Travel Regulations, as applicable, in effect on the date(s) the travel is performed. Established Federal Government per diem rates will apply to all Contractor travel. Contractors cannot use GSA city pair contracts.

5.  **STOP-WORK ORDER (FAR 52.242-15) (AUG 1989)**
    (a)  The Contracting Officer may, at any time, by written order to the Contractor, require the Contractor to stop all, or any part, of the work called for by this contract for a period of 90 days after the order is delivered to the Contractor, and for any further period to which the parties may agree. The order shall be specifically identified as a stop-work order issued under this clause. Upon receipt of the order, the Contractor shall immediately comply with its terms and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage. Within a period of 90 days after a stop-work is delivered to the Contractor, or within any extension of that period to which the parties shall have agreed, the Contracting Officer shall either-

    > (1)  Cancel the stop-work order; or

---

(2)    Terminate the work covered by the order as provided in the Default, or the Termination for Convenience of the Government, clause of this contract.

(b)    If a stop-work order issued under this clause is canceled or the period of the order or any extension thereof expires, the Contractor shall resume work. The Contracting Officer shall make an equitable adjustment in the delivery schedule or contract price, or both, and the contract shall be modified, in writing, accordingly, if–

(1)    The stop-work order results in an increase in the time required for, or in the Contractor's cost properly allocable to, the performance of any part of this contract; and

(2)    The Contractor asserts its right to the adjustment within 30 days after the end of the period of work stoppage; provided, that, if the Contracting Officer decides the facts justify the action, the Contracting Officer may receive and act upon the claim submitted at any time before final payment under this contract.

©    If a stop-work order is not canceled and the work covered by the order is terminated for the convenience of the Government, the Contracting Officer shall allow reasonable costs resulting from the stop-work order in arriving at the termination settlement.

(d)    If a stop-work order is not canceled and the work covered by the order is terminated for default, the Contracting Officer shall allow, by equitable adjustment or otherwise, reasonable costs resulting from the stop-work order.

6.    **INSPECTION OF SERVICES**
The Inspection of Services–Fixed Price (AUG 1996) (Deviation – May 2003) clause at FAR 52.246-4 applies to firm-fixed price orders placed under this contract.  The Inspection–Time-and-Materials and Labor-Hour (JAN 1986) (Deviation – May 2003) clause at FAR 52.246-6 applies to time-and-materials and labor-hour orders placed under this contract.

7.    **RESPONSIBILITIES OF THE CONTRACTOR**
The Contractor shall comply with all laws, ordinances, and regulations (Federal, State, City, or otherwise) covering work of this character.  If the end product of a task order is software, then FAR 52.227-14 (Deviation – May 2003) Rights in Data – General, may apply.

8.    **RESPONSIBILITIES OF THE ORDERING ACTIVITY**
Subject to security regulations, the ordering activity shall permit Contractor access to all facilities necessary to perform the requisite IT Services.

9.    **INDEPENDENT CONTRACTOR**
All IT Services performed by the Contractor under the terms of this contract shall be as an independent Contractor, and not as an agent or employee of the ordering activity.

10.    **ORGANIZATIONAL CONFLICTS OF INTEREST**
a.    Definitions.
"Contractor" means the person, firm, unincorporated association, joint venture, partnership, or corporation that is a party to this contract.

"Contractor and its affiliates" and "Contractor or its affiliates" refers to the Contractor, its chief executives, directors, officers, subsidiaries, affiliates, subcontractors at any tier, and consultants and any joint venture involving the Contractor, any entity into or with which the Contractor subsequently merges or affiliates, or any other successor or assignee of the Contractor.

An "Organizational conflict of interest" exists when the nature of the work to be performed under a proposed ordering activity contract, without some restriction on ordering activities by the Contractor and its affiliates, may either (i) result in an unfair competitive advantage to the Contractor or its affiliates or (ii) impair the Contractor's or its affiliates' objectivity in performing contract work.

b.    To avoid an organizational or financial conflict of interest and to avoid prejudicing the best interests of the ordering activity, ordering activities may place restrictions on the Contractors, its affiliates, chief executives, directors, subsidiaries and subcontractors at any tier when placing orders against schedule contracts.  Such restrictions shall be consistent with FAR 9.505 and shall be designed to avoid, neutralize, or mitigate

organizational conflicts of interest that might otherwise exist in situations related to individual orders placed against the schedule contract.  Examples of situations, which may require restrictions, are provided at FAR 9.508.

11.     **INVOICES**

The Contractor, upon completion of the work ordered, shall submit invoices for IT services.  Progress payments may be authorized by the ordering activity on individual orders if appropriate.  Progress payments shall be based upon completion of defined milestones or interim products.  Invoices shall be submitted monthly for recurring services performed during the preceding month.

12.     **PAYMENTS**

For firm-fixed price orders the ordering activity shall pay the Contractor, upon submission of proper invoices or vouchers, the prices stipulated in this contract for service rendered and accepted.  Progress payments shall be made only when authorized by the order.  For time-and-materials orders, the Payments under Time-and-Materials and Labor-Hour Contracts at FAR 52.232-7 (DEC 2002), (Alternate II – Feb 2002) (Deviation – May 2003) applies to time-and-materials orders placed under this contract.  For labor-hour orders, the Payment under Time-and-Materials and Labor-Hour Contracts at FAR 52.232-7 (DEC 2002), (Alternate II – Feb 2002) (Deviation – May 2003)) applies to labor-hour orders placed under this contract.

13.     **RESUMES**

Resumes shall be provided to the GSA Contracting Officer or the user ordering activity upon request.

14.     **INCIDENTAL SUPPORT COSTS**

Incidental support costs are available outside the scope of this contract.  The costs will be negotiated separately with the ordering activity in accordance with the guidelines set forth in the FAR.

15.     **APPROVAL OF SUBCONTRACTS**

The ordering activity may require that the Contractor receive, from the ordering activity's Contracting Officer, written consent before placing any subcontract for furnishing any of the work called for in a task order.

16.     **DESCRIPTION OF IT SERVICES**

**Job Title:  ASSOCIATE SOFTWARE/SYSTEM ENGINEER (Rate code:  E-L1)**

Minimum/General Experience:  Limited use and/or application of basic principles, theories, and concepts.  Develops solutions to problems of limited scope.  Limited originality is required in dealing with unusual, incomplete or conflicting data.

Functional Responsibility:  Specific detailed guidelines provided for:  the planning, design, development and implementation of Intra/Internet, computer-based training, web-based training and interactive electronic applications; and analyzing and understanding business requirements.

Minimum Education:  B.S. Engineering/Computer Science, A.S. plus 10 years experience, or 15 years of equivalent experience

**Job Title:  SOFTWARE/SYSTEM ENGINEER (Rate code:  E-L2)**

Minimum/General Experience:  Full use and application of standard principles, theories, concepts and techniques. Provides solutions to a variety of problems involving multiple variables and inter-relationships.

Functional Responsibility:  Purpose and desired results indicated for:  the planning, design, development and implementation of Intra/Internet, computer-based training, web-based training and interactive electronic applications; designs and develops user interface features; developing animation and special effects graphics; analyzing and understanding business requirements and translating into multimedia or web applications; researching and tracking new technologies in order to provide technical expertise in developing applications;  providing draft written design documents, test plans, and test results.

Minimum Education:  M.S. Engineering/Computer Science, B.S. Engineering/Computer Science with 2 years experience, A.S. with 12 years experience, or 17 years of equivalent experience

**Job Title:  SR SOFTWARE/SYSTEM ENGINEER (Rate code:  E-L3)**

Minimum/General Experience:  Wide application of principles, theories, and concepts in the field plus a working knowledge of other related disciplines. Develops thorough, practicable solutions to a variety of difficult problems involving multiple variables.  Considers inter-relations that may not be clearly evident.

Functional Responsibility:  Purpose and desired results indicated for:  the planning, design, development and implementation of Intra/Internet, computer-based training, web-based training and interactive electronic applications; designs and develops user interface features; developing animation and special effects graphics; analyzing and understanding business requirements and translating into multimedia or web applications; researching and tracking new technologies in order to provide technical expertise in developing applications;  providing written design documents, test plans, and test results; working with outside vendors in developing tests to ensure feature functionality.

Minimum Education:  PhD, M.S. Engineering/Computer Science with 3 years experience, B.S. Engineering/Computer Science with 5 years experience, A.S. with 15 years experience, or 19 years of equivalent experience.

---

**Job Title:  LEAD SOFTWARE/SYSTEM ENGINEER (Rate code:  E-L4)**

Minimum/General Experience:  Applies extensive expertise as a generalist or specialist. Develops solutions to complex problems, which require the regular use of ingenuity and creativity.  Consideration is given to the inter-relationships that are not clearly evident.

Functional Responsibility:  Considerable judgment is needed in extensively adapting or in making compromises to fit unusual or complex situations for:  the planning, design, development and implementation of Intra/Internet, computer-based training, web-based training and interactive electronic applications; designs and develops user interface features; developing animation and special effects graphics; analyzing and understanding business requirements and translating into multimedia or web applications; researching and tracking new technologies in order to provide technical expertise in developing applications;  providing written design documents, test plans, and test results; working with outside vendors in developing tests to ensure feature functionality.

Minimum Education:  PhD with 4 years experience, M.S. Engineering/Computer Science with 7 years experience, B.S. Engineering/Computer Science with 9 years experience, A.S. with 19 years experience, or 23 years of equivalent experience.

---

**Job Title:  STAFF SOFTWARE/SYSTEM ENGINEER (Rate code:  E-L5)**

Minimum/General Experience:  Applies advanced principles, theories, and concepts.  Contributes to the development of new principles and concepts. Works on unusually complex problems and provides solutions which are highly innovative and ingenious.

Functional Responsibility:  Acts as advisor to top management and customers on advanced technical research studies and applications for:  the planning, design, development and implementation of Intra/Internet, computer-based training, web-based training and interactive electronic applications; designs and develops user interface features; developing animation and special effects graphics; analyzing and understanding business requirements and translating into multimedia or web applications; researching and tracking new technologies in order to provide technical expertise in developing applications;  providing written design documents, test plans, and test results; working with outside vendors in developing tests to ensure feature functionality.

Minimum Education:  PhD with 9 years experience, M.S. Engineering/Computer Science with 12 years experience, B.S. Engineering/Computer Science with 14 years experience, A.S. with 24 years experience, or 28 years of equivalent experience.

---

**Job Title:  PRINCIPLE SOFTWARE/SYSTEM ENGINEER (Rate code:  E-L6)**

Minimum/General Experience:  Exhibits an exceptional degree of ingenuity, creativity, and resourcefulness.  Applies and/or develops highly advanced technologies, scientific principles, theories and concepts.  Work on highly complex problems, which are broad in scope and provide solutions, which are highly innovative, ingenious, new and unprecedented in nature.

Functional Responsibility:  Works independently to uncover and resolve problems associated with the development and implementation of software programs.  Plans R&D programs and recommends technological application programs to accomplish long-term objectives.  Is the prime spokesperson to customer on company capabilities and future software efforts.

Minimum Education:  PhD with 15 years experience, M.S. Engineering/Computer Science with 18 years experience, B.S. Engineering/Computer Science with 20 years experience.

---

**Job Title: TECHNICIAN (Rate code: NE-LH)**

Minimum/General Experience: No prior experience required

Functional Responsibility: Learns the process for performing basic audits and tests of software products in accordance with software test plans and procedures. Debugs and characterizes defects, providing detailed configuration and descriptions for passing and failing tests for test reports with close supervision. Learns to maintain documentation of test operations and to report results to engineering. Learns processes to identify actual or potential problems in test plans or company products.

Education: High School

---

**Job Title: SR TECHNICIAN (Rate code: NE-LI)**

Minimum/General Experience: 4 years of technical experience

Functional Responsibility: Responsible for performing audits and tests of software products in accordance with software test plans and procedures. Debugs and characterizes defects, providing detailed configuration and descriptions for passing and failing tests for test reports. Maintains documentation of test operations and reports results to engineering. Identifies actual or potential problems in test plans or company products.

Education: High School with 4 years of experience or AA/AS Degree

## USA COMMITMENT TO PROMOTE SMALL BUSINESS PARTICIPATION PROCUREMENT PROGRAMS

### PREAMBLE

*Harris Corporation, GCSD,* provides commercial products and services to ordering activities. We are committed to promoting participation of small, small disadvantaged and women-owned small businesses in our contracts. We pledge to provide opportunities to the small business community through reselling opportunities, mentor-protégé programs, joint ventures, teaming arrangements, and subcontracting.

### COMMITMENT

To actively seek and partner with small businesses.

To identify, qualify, mentor and develop small, small disadvantaged and women-owned small businesses by purchasing from these businesses whenever practical.

To develop and promote company policy initiatives that demonstrate our support for awarding contracts and subcontracts to small business concerns.

To undertake significant efforts to determine the potential of small, small disadvantaged and women-owned small business to supply products and services to our company.

To insure procurement opportunities are designed to permit the maximum possible participation of small, small disadvantaged, and women-owned small businesses.

To attend business opportunity workshops, minority business enterprise seminars, trade fairs, procurement conferences, etc., to identify and increase small businesses with whom to partner.

To publicize in our marketing publications our interest in meeting small businesses that may be interested in subcontracting opportunities.

We signify our commitment to work in partnership with small, small disadvantaged and women-owned small businesses to promote and increase their participation in ordering activity contracts. To accelerate potential opportunities please contact:

Mr. Greg Wagner, Contracts Manager
Phone: (321) 727-6542
Fax: (321) 674-2818
E-mail: gwagne05@harris.com

---

**\*\*The following is a SUGGESTED Blanket Purchase Agreement (BPA) format.\*\***

BEST VALUE
BLANKET PURCHASE AGREEMENT
FEDERAL SUPPLY SCHEDULE

(Insert Customer Name)

In the spirit of the Federal Acquisition Streamlining Act  (ordering activity) and (Contractor) enter into a cooperative agreement to further reduce the administrative costs of acquiring commercial items from the General Services Administration (GSA) Federal Supply Schedule Contract(s) _____ .

Federal Supply Schedule contract BPAs eliminate contracting and open market costs such as: search for sources; the development of technical documents, solicitations and the evaluation of offers.  Teaming Arrangements are permitted with Federal Supply Schedule Contractors in accordance with Federal Acquisition Regulation (FAR) 9.6.

This BPA will further decrease costs, reduce paperwork, and save time by eliminating the need for repetitive, individual purchases from the schedule contract.  The end result is to create a purchasing mechanism for the ordering activity that works better and costs less.

Signatures

_____          _____          _____          _____
Ordering Activity                   Date                          Contractor                           Date

BPA NUMBER_____

(CUSTOMER NAME)
BLANKET PURCHASE AGREEMENT

Pursuant to GSA Federal Supply Schedule Contract Number(s)_____, Blanket Purchase Agreements, the Contractor agrees to the following terms of a Blanket Purchase Agreement (BPA) EXCLUSIVELY WITH (ordering activity):

1    The following contract items can be ordered under this BPA. All orders placed against this BPA are subject to the terms and conditions of the contract, except as noted below:

MODEL NUMBER/PART NUMBER                    *SPECIAL BPA DISCOUNT/PRICE

_____       _____

_____       _____

(2)    Delivery:

DESTINATION                         DELIVERY SCHEDULES / DATES

_____       _____

_____       _____

(3)    The ordering activity estimates, but does not guarantee, that the volume of purchases through this agreement will be _____.

(4)    This BPA does not obligate any funds.

(5)    This BPA expires on _____ or at the end of the contract period, whichever is earlier.

(6)    The following office(s) is hereby authorized to place orders under this BPA:

OFFICE                             POINT OF CONTACT

_____       _____

_____       _____

(7)    Orders will be placed against this BPA via Electronic Data Interchange (EDI), FAX, or paper.

(8)    Unless otherwise agreed to, all deliveries under this BPA must be accompanied by delivery tickets or sales slips that must contain the following information as a minimum:

(a)        Name of Contractor;

(b)        Contract Number;

©         BPA Number;

(d)        Model Number or National Stock Number (NSN);

(e)        Purchase Order Number;

(f)        Date of Purchase;

(g)        Quantity, Unit Price, and Extension of Each Item (unit prices and extensions need not be shown when incompatible with the use of automated systems; provided, that the invoice is itemized to show the information); and

(h)        Date of Shipment.

(9)    The requirements of a proper invoice are specified in the Federal Supply Schedule contract.  Invoices will be submitted to the address specified within the purchase order transmission issued against this BPA.

(10)    The terms and conditions included in this BPA apply to all purchases made pursuant to it.  In the event of an inconsistency between the provisions of this BPA and the Contractor's invoice, the provisions of this BPA will take precedence.

---

BASIC GUIDELINES FOR USING
"CONTRACTOR TEAM ARRANGEMENTS"

Federal Supply Schedule Contractors may use "Contractor Team Arrangements" (see FAR 9.6) to provide solutions when responding to a ordering activity requirements.

These Team Arrangements can be included under a Blanket Purchase Agreement (BPA).  BPAs are permitted under all Federal Supply Schedule contracts.

Orders under a Team Arrangement are subject to terms and conditions or the Federal Supply Schedule Contract.

Participation in a Team Arrangement is limited to Federal Supply Schedule Contractors.

Customers should refer to FAR 9.6 for specific details on Team Arrangements.

Here is a general outline on how it works:

- The customer identifies their requirements.

- Federal Supply Schedule Contractors may individually meet the customers needs, or –

- Federal Supply Schedule Contractors may individually submit a Schedules "Team Solution" to meet the customer's requirement.

- Customers make a best value selection.

## GSA Pricing – Special Item Number 132-8

| PRODUCT NUMBER | DESCRIPTION | GSA PRICE | WARRANTY | COO |
|---|---|---|---|---|
| **Gossamer** | | | | |
| GM-5100 | Gossamer 5100 | $19,696 | 1 YR | USA |
| **KingFish** | | | | |
| KINGFISH | KingFish | $25,349 | 1 YR | USA |
| **StingRay** | | | | |
| STINGRAY | StingRay | $68,479 | 1 YR | USA |
| CONV-2100/1700-W/BP | Converter Band 4 CONUS w/ By Pass | $18,054 | 1 YR | USA |
| **StingRay II** | | | | |
| STINGRAY II | StingRay II | $134,952 | 1 YR | USA |
| SRAY-I-SRAY-II-UP | StingRay I to StingRay II Upgrade | $65,014 | 1 YR | USA |
| **AmberJack** | | | | |
| AJ-W | AmberJack W | $35,015 | 1 YR | USA |
| AJL-W-UP | AmberJack Legacy to W Upgrade | $18,009 | 1 YR | USA |
| AJXG-W-UP | AmberJack W Upgrade | $19,741 | 1 YR | USA |
| OCTOPUS-II | OCTOPUS | $14,589 | 1 YR | USA |
| PA-KIT-25W-CONUS | 25W PA (CONUS) | $10,486 | 1 YR | USA |
| PA-KIT-25W-OCONUS | 25W PA Kit (OCONUS) | $10,486 | 1 YR | USA |
| PA-KIT-25W-AD-CONUS | 25W PA Kit W/AD – RayFish Only (CONUS) | $10,486 | 1 YR | USA |
| PA-KIT-25W-AD-OCONUS | 25W PA Kit W/AD – RayFish Only (OCONUS) | $10,486 | 1 YR | USA |
| HARPOON-PA-KIT-2100 | Harpoon 2100 | $16,915 | 1 YR | USA |
| HARPOON-DUAL-BAND-CONUS | Harpoon (CONUS) | $18,419 | 1 YR | USA |
| HARPOON-DUAL-BAND-OCONUS | Harpoon (OCONUS) | $18,419 | 1 YR | USA |
| HARPOON-PA-KIT-IDEN-800 | Harpoon iDen | $14,954 | 1 YR | USA |
| **MORAY-II** | | | | |
| Moray II | Moray II | $24,984 | 1 YR | USA |
| **WPG** | | | | |
| KFX1-HLS-UP | KingFish X1 to HailStorm Upgrade | $154,557 | 1 YR | USA |
| KFX2-HLS-UP | KingFish X2 to HailStorm Upgrade | $139,511 | 1 YR | USA |
| KFX3-HLS-UP | KingFish X3 to HailStorm Upgrade | $124,466 | 1 YR | USA |
| KFX1-SRAY-II-UP | KingFish X1 to HailStorm Upgrade | $119,907 | 1 YR | USA |
| KFX2-SRAY-II-UP | KingFish X2 to HailStorm Upgrade | $104,861 | 1 YR | USA |
| KFX3-SRAY-II-UP | KingFish X3 to HailStorm Upgrade | $89,816 | 1 YR | USA |
| KFX1-SRAY-II-UP | KingFish X1 to HailStorm Upgrade | $74,771 | 1 YR | USA |

| PRODUCT NUMBER | DESCRIPTION | GSA PRICE | WARRANTY | COO |
|---|---|---|---|---|
| HAILSTORM | HailStorm | $169,602 | 1 Year | USA |
| SRAY-I-HLS-UP | StingRay I to HailStorm Upgrade | $109,421 | 1 Year | USA |
| SRAY-II-HLS-UP | StingRay II to HailStorm Upgrade | $65,652 | 1 Year | USA |
| KFX4-HLS-UP | KingFish X4 to HailStorm Upgrade | $109,421 | 1 Year | USA |
| HARPOON-Dual-Band-700-800 | Harpoon PA Kit - Dual Band 700/800 | $18,419 | 1 Year | USA |
| HARPOON-DB-700-800-UP | Harpoon PA Kit - Dual Band 700/800 Upgrade | $14,134 | 1 Year | USA |

## GSA Pricing – Special Item Number 132-8

AN/USC-65(V)5 Terminal Description:

The AN/USC-65(V)5 terminal is one of a family of highly mobile, self-contained, multi-band satellite terminals in the AN/USC-65 family capable of being rapidly deployed with setup time of 60 minutes or less. This particular version of terminal is lightweight and designed specifically to support point-to-point communications via a dedicated communications channel. Three SHF frequency bands are supported including C-band (3.625-6.425 GHz), X-band (7.25-8.4 GHz) and Ku-band (10.95-14.5 GHz) with future potential to add-on Ka-band (Tx: 30 to 31 GHz, Rx: 20.2 to 21.2 GHz). The AN/USC-65(V)5 operates worldwide with DSCS, NATO, INTELSAT, and other compatible satellite services. It is capable of interfacing with military and commercial satellite communications equipment that is compatible with RS-530 baseband data interface standard. This terminal includes numerous equipment groups including a Receiver Group, Transmitter Group, Antenna Group, Baseband Group, Power Group, Transit Case Group and Auxiliary Equipment Group.

AN/USC-65(V)5 Terminal Part Number: 3099597-102

| Qty | Unit Price | Total Price |
|-----|-----------|-------------|
| 1 | $2,833,616 | $2,833,616 |
| 2 | $2,169,425 | $4,338,851 |
| 3 | $1,750,748 | $5,252,243 |
| 4 | $1,486,831 | $5,947,323 |
| 5 | $1,320,618 | $6,603,088 |
| 6 | $1,282,728 | $7,696,367 |
| 7 | $1,244,838 | $8,713,865 |
| 8 | $1,206,948 | $9,655,584 |
| 9 | $1,169,058 | $10,521,523 |
| 10 | $1,131,168 | $11,311,682 |
| 11 | $1,118,625 | $12,304,873 |
| 12 | $1,106,081 | $13,272,977 |
| 13 | $1,093,538 | $14,215,994 |
| 14 | $1,080,995 | $15,133,925 |
| 15 | $1,068,451 | $16,026,769 |
| 16 | $1,062,115 | $16,993,834 |
| 17 | $1,055,778 | $17,948,226 |
| 18 | $1,049,441 | $18,889,945 |
| 19 | $1,043,105 | $19,818,990 |
| 20 | $1,036,768 | $20,735,362 |

## GSA Pricing – Special Item Number 132-8

AN/USC-65(V)5 Terminal Redundancy Kits Description:

**The Redundancy Kits for the AN/USC-65(V)5 terminal are integrated into Single-String terminals to create Redundant terminals**

AN/USC-65(V)5 Terminal Redundancy Kit Part Number:  3168369-101

| Qty | Unit Price | Total Price |
|---|---|---|
| 1 | $781,984 | $781,984 |
| 2 | $597,666 | $1,195,332 |
| 3 | $481,307 | $1,443,922 |
| 4 | $407,851 | $1,631,402 |
| 5 | $361,454 | $1,807,268 |
| 6 | $350,940 | $2,105,642 |
| 7 | $340,427 | $2,382,989 |
| 8 | $329,914 | $2,639,310 |
| 9 | $319,401 | $2,874,605 |
| 10 | $308,887 | $3,088,873 |
| 11 | $305,383 | $3,359,211 |
| 12 | $301,878 | $3,622,541 |
| 13 | $298,374 | $3,878,862 |
| 14 | $294,870 | $4,128,174 |
| 15 | $291,365 | $4,370,478 |
| 16 | $289,508 | $4,632,124 |
| 17 | $287,650 | $4,890,055 |
| 18 | $285,793 | $5,144,272 |
| 19 | $283,935 | $5,394,773 |
| 20 | $282,078 | $5,641,560 |

## GSA Pricing – Special Item Number 132-8

### Table 1. AN/USC-65(V)5 Float Kit

| Deliverable | Part Number | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| Float Kits | 3170764-101 | 1 | $697,422 | $697,422 |
| Float Kits | 3170764-101 | 2 | $435,844 | $871,687 |
| Float Kits | 3170764-101 | 3 | $348,632 | $1,045,895 |
| Float Kits | 3170764-101 | 4 | $305,033 | $1,220,131 |
| Float Kits | 3170764-101 | 5 | $278,873 | $1,394,367 |
| Float Kits | 3170764-101 | 6 | $260,556 | $1,563,333 |
| Float Kits | 3170764-101 | 7 | $247,471 | $1,732,299 |
| Float Kits | 3170764-101 | 8 | $237,658 | $1,901,264 |
| Float Kits | 3170764-101 | 9 | $230,025 | $2,070,227 |
| Float Kits | 3170764-101 | 10+ | $223,919 | TBD |

### Table 2. Float Kit Contents

| Description | Part Number | Qty | Unit Price |
|---|---|---|---|
| Modulator CCA | 2011633-101 | 1 | NSP |
| Demodulator CCA | 2011634-101 | 1 | NSP |
| Fine Tune CCA (Up Conv) | 2012764-003 | 1 | NSP |
| Fine Tune CCA (Dn Conv) | 2012761-003 | 1 | NSP |
| Dist Amp Assembly 5MHz | 3085351-102 | 1 | NSP |
| HPA Controller | 2006344-004 | 1 | NSP |
| Block Up Converter CCA | 2012762-003 | 1 | NSP |
| Block Down Converter CCA | 2012763-003 | 1 | NSP |
| Primary Tx RF Out Cable | 3095313-301 | 1 | NSP |
| High Power Coax Cable | 3095395-301 | 1 | NSP |
| Patch Panel Cables (6 Each) | SMS-105-103-SMS | 1 | NSP |
| Transport Bag (Float Kit) | 2011658-025 | 1 | NSP |
| Laptop CF-30 (GFE) | 2017476 | 1 | NSP |

## GSA Pricing – Special Item Number 132-8

### Table 3. AN/USC-65(V)5 Supplemental Spare LRUs

| Deliverable | Part Number | Qty | Unit Price | Discount Price |
|---|---|---|---|---|
| Supplemental Spare LRUs | See Table 4 | See Table 4 | $1,494,000 | $655,933 |

### Table 4. Supplemental Spare LRUs Contents

| Description | Part Number | Qty | Unit Price |
|---|---|---|---|
| Dist Amp Assembly 5MHz | 3085351-102 | 1 | NSP |
| Coupler Assembly (L-Band Up) | 3085260-101 | 1 | NSP |
| Splitter 1 CD Assembly (A1A24) | 3085002-101 | 1 | NSP |
| Coupler Assembly (L-Band Dn) | 3085257-101 | 1 | NSP |
| RF Patch Test (Translator) | 3085278-102 | 3 | NSP |
| Block Up Converter CCA | 2012762-003 | 1 | NSP |
| Block Down Converter CCA | 2012763-003 | 1 | NSP |
| Amplifier Assembly (L-Band) | 3096410-101 | 1 | NSP |
| Feed Assembly (X-Band) | 3085291-101 | 1 | NSP |
| Feed Assembly (Ku-Band) | 3085231-101 | 1 | NSP |
| Filter Plate Assembly | 3112847-101 | 1 | NSP |
| Dehydrator Unit | AE01A-D1369-101 | 1 | NSP |
| Fluxgate Compass Assembly | 3091284-101 | 2 | NSP |
| Deicing Controller Assembly | 3073328-101 | 1 | NSP |
| Clinometer Assembly | 3073416-101 | 1 | NSP |
| ACU Assembly | 3082614-106 | 1 | NSP |
| Antenna Junction Box | 3098824-101 | 1 | NSP |
| Dissipator | 3099959-101 | 1 | NSP |
| Laptop CF-30 (GFE) | 2017476 | 2 | NSP |
| X Elevator Actuator Assembly | 3073342-101 | 1 | NSP |
| Elevator Actuator Assembly | 3041884-101 | 1 | NSP |
| Power Supply Assembly (Single) | 2011617-003 | 1 | NSP |
| Power Supply Assembly (Redundant) | 2011617-002 | 1 | NSP |

## GSA Pricing – Special Item Number 132-8

### Table 5. AN/USC-65(V)5 Supplemental Spare Cables

| Deliverable | Part Number | Qty | Unit Price | Discount Price |
|---|---|---|---|---|
| Supplemental Spare Cables | See Table 6 | See Table 6 | $316,136 | $250,091 |

### Table 6. Supplemental Spare Cables Contents

| Description | Part Number | Qty | Unit Price |
|---|---|---|---|
| Cable Assembly (W301) | 3073448-301 | 5 | NSP |
| Cable Assembly (W403) | 3099604-303 | 5 | NSP |
| Cable Assembly (W407) | 3073444-303 | 5 | NSP |
| Cable Assembly (W418) | 3073446-335 | 5 | NSP |
| Cable Assembly (W419) | 3073442-303 | 5 | NSP |
| Cable Assembly (W420) | 3095366-302 | 5 | NSP |
| Cable Assembly (W421) | 3095313-301 | 5 | NSP |
| Cable Assembly (W423) | 3073442-304 | 5 | NSP |
| Cable Assembly (W429) | 3085430-307 | 5 | NSP |
| Cable Assembly (W430) | 3085430-308 | 5 | NSP |
| Cable Assembly (W431) | 3092188-302 | 5 | NSP |
| Cable Assembly (W433) | 3073446-336 | 5 | NSP |
| Cable Assembly (W438) | 3112848-301 | 5 | NSP |
| Cable Assembly (W447) | 3073446-331 | 5 | NSP |
| Cable Assembly (W448) | 3073446-332 | 5 | NSP |
| Cable Assembly (W449) | 3073446-330 | 5 | NSP |
| Cable Assembly (W450) | 3073446-334 | 5 | NSP |
| Cable Assembly (W454) | 3092207-303 | 5 | NSP |
| Cable Assembly (W499) | 3095260-301 | 5 | NSP |
| Cable Assembly (W502) | 3073487-302 | 5 | NSP |
| Cable Assembly (W503) | 3073335-303 | 5 | NSP |
| Cable Assembly (W504) | 3085199-305 | 5 | NSP |
| Cable Assembly (W505) | 3085349-302 | 5 | NSP |
| Cable Assembly (W506) | 3085199-306 | 5 | NSP |
| Cable Assembly (W507) | 3085348-302 | 5 | NSP |

## GSA Pricing – Special Item Number 132-8

**Table 6. Supplemental Spare Cables Contents (*continued*)**

| Description | Part Number | Qty | Unit Price |
|---|---|---|---|
| Cable Assembly (W508) | 3085018-304 | 5 | NSP |
| Cable Assembly (W511) | 3085017-302 | 5 | NSP |
| Cable Assembly (W512) | 3101323-302 | 5 | NSP |
| Cable Assembly (W513) | 3073446-339 | 5 | NSP |
| Cable Assembly (W514) | 3073446-338 | 5 | NSP |
| Cable Assembly (W523) | 3095395-302 | 5 | NSP |
| Cable Assembly (W524) | 3073446-340 | 5 | NSP |
| Cable Assembly (W525) | 3095315-301 | 5 | NSP |
| Cable Assembly (W600) | 3095312-301 | 5 | NSP |
| Cable Assembly (W601) | 3095297-301 | 5 | NSP |
| Cable Assembly (W603) | 3112842-301 | 5 | NSP |
| Cable Assembly (W604) | 3112841-301 | 5 | NSP |
| Cable Assembly (W605) | 3112840-301 | 5 | NSP |
| Cable Assembly (W611) | 3095312-302 | 5 | NSP |
| Patch Panel Cables | SMS-105-103-SMS | 30 | NSP |

## GSA Pricing – Special Item Number 132-8

**ANUSC65(V)1,2,5 Cable Assemblies**

| Nomenclature | Primary Part # | Min Buy | Qty 1 | Qty 5 | Qty 6 | Qty 7 | Qty 8 | Qty 9 |
|---|---|---|---|---|---|---|---|---|
| Exo-Skelton Assy | 3172393-101 | 5 | | $39,251 | $42,243 | $45,235 | $48,226 | $51,218 |
| | Per Unit | | | $7,850 | $7,041 | $6,462 | $6,028 | $5,691 |
| PAA Transport Case | 2011658-025 | 5 | | $11,711 | $12,820 | $13,930 | $15,039 | $16,148 |
| | Per Unit | | | $2,342 | $2,137 | $1,990 | $1,880 | $1,794 |
| Ka Band Feed Transport Case | 2011658-001 | 5 | | $12,389 | $13,485 | $14,580 | $15,676 | $16,771 |
| | Per Unit | | | $2,478 | $2,247 | $2,083 | $1,959 | $1,863 |

| Nomenclature | Primary Part # | Min Buy | Qty 10 | Qty 11 | Qty 12 | Qty 13 | Qty 14 | Qty 15 and greater |
|---|---|---|---|---|---|---|---|---|
| Exo-Skelton Assy | 3172393-101 | 5 | $54,209 | $56,593 | $58,976 | $61,360 | $63,743 | $66,127 |
| | Per Unit | | $5,421 | $5,145 | $4,915 | $4,720 | $4,553 | $4,408 |
| PAA Transport Case | 2011658-025 | 5 | $17,258 | $18,444 | $19,631 | $20,818 | $22,005 | $23,192 |
| | Per Unit | | $1,726 | $1,677 | $1,636 | $1,601 | $1,572 | $1,546 |
| Ka Band Feed Transport Case | 2011658-001 | 5 | $17,866 | $19,114 | $20,362 | $21,610 | $22,857 | $24,105 |
| | Per Unit | | $1,787 | $1,738 | $1,697 | $1,662 | $1,633 | $1,607 |

## GSA Pricing – Special Item Number 132-8

**ANUSC-65(V)1,2,5 CABLES**

| Delivery 150 DARO Primary Part Number | PRICE PER UNIT (multiply price by number of units. Minimum five units) | | | | | | | | | | 15 or Greater |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | |
| 3031089-101 | $1,738.79 | $1,527.43 | $1,366.06 | $1,245.17 | $1,151.14 | $1,075.81 | $990.10 | $918.58 | $858.15 | $806.27 | $761.39 |
| 3073321-301 | $2,473.41 | $2,250.39 | $2,091.24 | $1,971.74 | $1,878.92 | $1,804.56 | $1,738.92 | $1,684.22 | $1,637.93 | $1,598.18 | $1,563.80 |
| 3073321-302 | $2,473.19 | $2,250.39 | $2,091.08 | $1,971.74 | $1,878.80 | $1,804.56 | $1,738.92 | $1,684.22 | $1,637.93 | $1,598.18 | $1,563.80 |
| 3073335-301 | $2,591.57 | $2,297.64 | $2,070.99 | $1,900.86 | $1,768.66 | $1,662.79 | $1,571.37 | $1,495.19 | $1,430.73 | $1,375.40 | $1,327.52 |
| 3073335-302 | $2,622.21 | $2,304.79 | $2,044.39 | $1,908.00 | $1,775.74 | $1,669.82 | $1,578.46 | $1,502.24 | $1,437.75 | $1,382.54 | $1,334.63 |
| 3073335-303 | $2,598.17 | $2,297.64 | $2,070.99 | $1,900.86 | $1,768.66 | $1,662.79 | $1,571.37 | $1,495.19 | $1,430.73 | $1,375.40 | $1,327.52 |
| 3073335-304 | $2,622.21 | $2,304.79 | $2,039.57 | $1,908.00 | $1,775.74 | $1,669.82 | $1,578.46 | $1,502.24 | $1,437.75 | $1,382.54 | $1,334.63 |
| 3073442-302 | $2,409.67 | $2,186.64 | $2,027.34 | $1,908.00 | $1,815.06 | $1,740.71 | $1,675.08 | $1,620.38 | $1,574.11 | $1,534.44 | $1,499.99 |
| 3073442-303 | $2,409.67 | $2,186.64 | $2,027.34 | $1,908.00 | $1,815.06 | $1,740.71 | $1,675.08 | $1,620.38 | $1,574.11 | $1,534.44 | $1,499.99 |
| 3073442-304 | $2,409.67 | $2,077.81 | $1,939.26 | $1,835.35 | $1,754.53 | $1,740.71 | $1,675.08 | $1,620.38 | $1,574.11 | $1,534.44 | $1,499.99 |
| 3073442-305 | $2,402.41 | $2,179.50 | $2,020.28 | $1,900.86 | $1,807.98 | $1,733.67 | $1,673.78 | $1,623.96 | $1,581.71 | $1,545.59 | $1,514.20 |
| 3073444-302 | $3,827.38 | $3,429.02 | $3,290.47 | $3,186.56 | $3,105.74 | $3,158.53 | $3,060.02 | $2,977.92 | $2,908.46 | $2,848.84 | $2,676.19 |
| 3073444-304 | $3,423.00 | $3,229.00 | $3,090.00 | $2,987.00 | $2,906.00 | $2,677.00 | $2,619.00 | $2,575.00 | $2,537.00 | $2,505.00 | $2,484.00 |
| 3073445-302 | $2,173.38 | $1,931.31 | $1,758.56 | $1,628.99 | $1,528.22 | $1,447.49 | $1,387.64 | $1,337.76 | $1,295.55 | $1,259.38 | $1,228.02 |
| 3073445-307 | $1,863.68 | $1,622.86 | $1,450.99 | $1,322.10 | $1,221.72 | $1,141.53 | $1,081.62 | $1,031.78 | $989.52 | $953.38 | $922.06 |
| 3073445-308 | $1,848.52 | $1,608.02 | $1,436.08 | $1,307.26 | $1,207.07 | $1,126.80 | $1,066.93 | $1,017.12 | $974.90 | $938.70 | $907.33 |
| 3073445-309 | $1,785.22 | $1,542.63 | $1,369.20 | $1,239.12 | $1,137.95 | $1,057.02 | $997.19 | $947.25 | $905.07 | $868.92 | $837.58 |
| 3073445-310 | $1,802.58 | $1,559.30 | $1,385.53 | $1,255.33 | $1,153.95 | $1,072.95 | $1,013.08 | $963.18 | $920.96 | $884.77 | $853.48 |
| 3073445-311 | $2,743.32 | $2,494.00 | $2,316.06 | $2,182.48 | $2,078.58 | $1,995.45 | $1,935.64 | $1,885.79 | $1,843.53 | $1,807.38 | $1,775.98 |
| 3073446-305 | $2,131.62 | $1,896.87 | $1,729.20 | $1,603.30 | $1,505.51 | $1,427.16 | $1,367.36 | $1,317.43 | $1,275.26 | $1,239.04 | $1,207.73 |
| 3073446-306 | $2,131.62 | $1,896.87 | $1,729.20 | $1,603.30 | $1,505.51 | $1,427.16 | $1,367.36 | $1,317.43 | $1,275.26 | $1,239.04 | $1,207.73 |
| 3073446-307 | $2,092.94 | $1,859.87 | $1,693.25 | $1,568.27 | $1,471.07 | $1,393.31 | $1,333.49 | $1,283.54 | $1,241.36 | $1,205.21 | $1,173.81 |
| 3073446-308 | $2,092.94 | $1,859.87 | $1,693.25 | $1,568.27 | $1,471.07 | $1,393.31 | $1,333.49 | $1,283.54 | $1,241.36 | $1,205.21 | $1,173.81 |
| 3073446-309 | $1,623.00 | $1,394.26 | $1,230.88 | $1,108.48 | $1,013.16 | $936.90 | $877.00 | $827.18 | $784.94 | $748.81 | $717.43 |
| 3073446-311 | $1,609.60 | $1,381.08 | $1,218.01 | $1,095.57 | $1,000.33 | $924.26 | $864.31 | $814.45 | $772.26 | $736.09 | $704.75 |
| 3073446-312 | $1,521.24 | $1,294.44 | $1,132.44 | $1,010.94 | $916.44 | $840.84 | $780.99 | $731.11 | $688.90 | $652.73 | $621.37 |
| 3073446-318 | $1,521.24 | $1,294.44 | $1,132.44 | $1,010.94 | $916.44 | $840.84 | $780.99 | $731.11 | $688.90 | $652.73 | $621.37 |
| 3073446-319 | $1,557.50 | $1,329.97 | $1,167.61 | $1,045.70 | $950.88 | $875.02 | $815.26 | $765.36 | $723.14 | $686.95 | $655.59 |
| 3073446-323 | $1,557.50 | $1,329.97 | $1,167.61 | $1,045.70 | $950.88 | $875.02 | $815.26 | $765.36 | $723.14 | $686.95 | $655.59 |
| 3073446-324 | $1,972.27 | $1,732.76 | $1,561.84 | $1,433.51 | $1,333.70 | $1,253.85 | $1,194.01 | $1,144.15 | $1,101.96 | $1,065.79 | $1,034.38 |
| 3073446-325 | $1,972.27 | $1,732.76 | $1,561.84 | $1,433.51 | $1,333.70 | $1,253.85 | $1,194.01 | $1,144.15 | $1,101.96 | $1,065.79 | $1,034.38 |
| 3073446-326 | $1,972.27 | $1,732.76 | $1,561.84 | $1,433.51 | $1,333.70 | $1,253.85 | $1,194.01 | $1,144.15 | $1,101.96 | $1,065.79 | $1,034.38 |
| 3073446-327 | $1,972.27 | $1,732.76 | $1,561.84 | $1,433.51 | $1,333.70 | $1,253.85 | $1,194.01 | $1,144.15 | $1,101.96 | $1,065.79 | $1,034.38 |
| 3073446-328 | $1,592.45 | $1,362.94 | $1,199.01 | $1,076.06 | $980.31 | $903.82 | $843.93 | $794.12 | $751.89 | $715.68 | $684.38 |
| 3073446-329 | $1,972.27 | $1,732.76 | $1,561.84 | $1,433.51 | $1,333.70 | $1,253.85 | $1,194.01 | $1,144.15 | $1,101.96 | $1,065.79 | $1,034.38 |
| 3073446-335 | $2,131.62 | $1,896.87 | $1,729.20 | $1,603.30 | $1,505.51 | $1,427.16 | $1,367.36 | $1,317.43 | $1,275.26 | $1,239.04 | $1,207.73 |
| 3073446-336 | $1,640.37 | $1,411.85 | $1,248.62 | $1,126.20 | $1,030.98 | $954.92 | $894.99 | $845.13 | $802.95 | $766.79 | $735.38 |
| 3073446-337 | $1,653.78 | $1,425.04 | $1,261.65 | $1,139.11 | $1,043.81 | $967.56 | $907.67 | $857.86 | $815.63 | $779.43 | $748.13 |

| Delivery 150 DARO | PRICE PER UNIT (multiply price by number of units. Minimum five units) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Primary | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 or |
| Part Number | | | | | | | | | | | Greater |
| 3073446-338 | $2,092.94 | $1,859.87 | $1,693.25 | $1,568.27 | $1,471.07 | $1,393.31 | $1,333.49 | $1,283.54 | $1,241.36 | $1,205.21 | $1,173.81 |
| 3073446-339 | $2,092.94 | $1,859.87 | $1,693.25 | $1,568.27 | $1,471.07 | $1,393.31 | $1,333.49 | $1,283.54 | $1,241.36 | $1,205.21 | $1,173.81 |
| 3073446-340 | $2,131.62 | $1,896.87 | $1,729.20 | $1,603.30 | $1,505.51 | $1,427.16 | $1,367.36 | $1,317.43 | $1,275.26 | $1,239.04 | $1,207.73 |
| 3073446-341 | $1,972.27 | $1,732.76 | $1,561.84 | $1,433.51 | $1,333.70 | $1,253.85 | $1,194.01 | $1,144.15 | $1,101.96 | $1,065.79 | $1,034.38 |
| 3073446-342 | $1,972.27 | $1,732.76 | $1,561.84 | $1,433.51 | $1,333.70 | $1,253.85 | $1,194.01 | $1,144.15 | $1,101.96 | $1,065.79 | $1,034.38 |
| 3073446-343 | $1,972.27 | $1,732.76 | $1,561.84 | $1,433.51 | $1,333.70 | $1,253.85 | $1,194.01 | $1,144.15 | $1,101.96 | $1,065.79 | $1,034.38 |
| 3073446-344 | $1,972.27 | $1,732.76 | $1,561.84 | $1,433.51 | $1,333.70 | $1,253.85 | $1,194.01 | $1,144.15 | $1,101.96 | $1,065.79 | $1,034.38 |
| 3073446-345 | $1,812.69 | $1,576.33 | $1,407.51 | $1,280.88 | $1,182.40 | $1,103.62 | $1,043.75 | $993.86 | $951.65 | $915.47 | $884.11 |
| 3073446-346 | $1,812.69 | $1,576.33 | $1,407.51 | $1,280.88 | $1,182.40 | $1,103.62 | $1,043.75 | $993.86 | $951.65 | $915.47 | $884.11 |
| 3073448-301 | $1,527.39 | $1,296.09 | $1,130.87 | $1,006.96 | $910.58 | $833.37 | $773.60 | $723.69 | $681.46 | $645.27 | $613.97 |
| 3073448-302 | $1,597.29 | $1,367.16 | $1,202.78 | $1,079.49 | $983.48 | $906.78 | $846.93 | $797.05 | $754.84 | $718.67 | $687.31 |
| 3073448-306 | $1,861.27 | $1,629.63 | $1,464.18 | $1,340.09 | $1,243.58 | $1,166.37 | $1,106.59 | $1,056.69 | $1,014.46 | $978.27 | $946.97 |
| 3073448-307 | $1,563.66 | $1,326.31 | $1,156.62 | $1,029.49 | $930.61 | $851.40 | $791.58 | $741.64 | $699.47 | $663.33 | $631.93 |
| 3073487-301 | $3,118.52 | $2,754.34 | $2,615.79 | $2,511.88 | $2,431.06 | $2,449.67 | $2,351.16 | $2,268.98 | $2,199.52 | $2,139.99 | $2,088.39 |
| 3073487-302 | $2,942.92 | $2,748.95 | $2,594.43 | $2,475.09 | $2,382.14 | $2,307.90 | $2,133.36 | $2,089.28 | $2,051.98 | $1,998.22 | $1,946.62 |
| 3073493-302 | $1,906.33 | $1,680.00 | $1,518.35 | $1,397.24 | $1,302.93 | $1,227.58 | $1,167.64 | $1,117.77 | $1,075.58 | $1,039.42 | $1,008.00 |
| 3073496-301 | $2,331.64 | $2,108.61 | $1,949.47 | $1,829.97 | $1,737.15 | $1,662.79 | $1,595.15 | $1,538.87 | $1,491.17 | $1,450.37 | $1,414.93 |
| 3073497-303 | $2,374.06 | $2,151.11 | $1,992.02 | $1,872.56 | $1,779.65 | $1,705.32 | $1,633.81 | $1,574.32 | $1,523.89 | $1,480.75 | $1,443.28 |
| 3073497-304 | $2,067.36 | $1,873.38 | $1,734.83 | $1,617.32 | $1,524.44 | $1,450.13 | $1,390.24 | $1,340.41 | $1,298.17 | $1,199.48 | $1,178.57 |
| 3084998-153 | $1,371.77 | $1,148.82 | $989.57 | $870.13 | $777.24 | $702.92 | $643.11 | $593.19 | $551.02 | $514.88 | $483.49 |
| 3084998-154 | $1,372.65 | $1,149.74 | $990.51 | $871.09 | $778.21 | $703.91 | $644.11 | $594.19 | $552.04 | $515.82 | $484.51 |
| 3084998-155 | $1,373.53 | $1,150.47 | $991.30 | $871.92 | $778.95 | $704.68 | $644.81 | $594.93 | $552.71 | $516.53 | $485.17 |
| 3085017-301 | $2,622.21 | $2,399.30 | $2,240.08 | $2,014.65 | $1,933.83 | $1,953.47 | $1,833.63 | $1,733.86 | $1,649.35 | $1,576.99 | $1,514.20 |
| 3085017-302 | $2,622.21 | $2,399.30 | $2,240.08 | $2,120.66 | $2,027.78 | $1,953.47 | $1,833.63 | $1,733.86 | $1,649.35 | $1,576.99 | $1,514.20 |
| 3085018-301 | $2,163.50 | $1,969.53 | $1,830.98 | $1,727.07 | $1,630.79 | $1,556.40 | $1,486.95 | $1,356.99 | $1,319.69 | $1,287.72 | $1,266.81 |
| 3085018-302 | $2,154.26 | $1,931.49 | $1,772.22 | $1,652.76 | $1,559.85 | $1,448.03 | $1,390.03 | $1,345.95 | $1,308.64 | $1,267.07 | $1,230.66 |
| 3085018-303 | $2,163.94 | $1,969.97 | $1,831.42 | $1,727.50 | $1,630.79 | $1,556.40 | $1,486.95 | $1,357.43 | $1,320.13 | $1,288.16 | $1,267.25 |
| 3085018-304 | $2,154.26 | $1,931.49 | $1,772.22 | $1,652.76 | $1,559.85 | $1,448.46 | $1,390.45 | $1,346.37 | $1,309.07 | $1,267.07 | $1,230.66 |
| 3085019-301 | $2,484.57 | $2,290.60 | $2,152.05 | $2,048.14 | $1,967.32 | $1,917.97 | $1,846.52 | $1,786.97 | $1,736.59 | $1,693.40 | $1,655.97 |
| 3085199-303 | $2,409.67 | $2,186.64 | $2,027.34 | $1,908.00 | $1,815.06 | $1,740.71 | $1,667.38 | $1,606.19 | $1,554.49 | $1,510.10 | $1,471.63 |
| 3085199-304 | $2,473.41 | $2,250.39 | $2,091.24 | $1,971.74 | $1,878.92 | $1,804.56 | $1,731.12 | $1,670.02 | $1,618.24 | $1,573.93 | $1,535.45 |
| 3085199-305 | $2,409.67 | $2,186.64 | $2,027.34 | $1,908.00 | $1,815.06 | $1,740.71 | $1,667.38 | $1,606.19 | $1,554.49 | $1,510.10 | $1,471.63 |
| 3085199-306 | $2,473.41 | $2,250.39 | $2,091.24 | $1,971.74 | $1,878.92 | $1,804.56 | $1,731.12 | $1,670.02 | $1,618.24 | $1,573.93 | $1,535.45 |
| 3085348-301 | $2,586.83 | $2,363.77 | $2,094.10 | $1,990.18 | $1,909.36 | $1,917.97 | $1,838.83 | $1,772.78 | $1,716.98 | $1,669.07 | $1,627.62 |
| 3085348-302 | $2,586.83 | $2,363.77 | $2,204.59 | $2,085.22 | $1,992.24 | $1,917.97 | $1,838.83 | $1,772.78 | $1,716.98 | $1,669.07 | $1,627.62 |
| 3085349-301 | $2,600.89 | $2,261.48 | $2,122.92 | $2,019.01 | $1,938.19 | $1,932.15 | $1,851.82 | $1,784.87 | $1,728.22 | $1,679.66 | $1,637.58 |
| 3085349-302 | $2,608.15 | $2,385.20 | $2,225.95 | $2,106.51 | $2,013.61 | $1,939.30 | $1,858.11 | $1,790.55 | $1,733.29 | $1,684.30 | $1,641.83 |
| 3085407-302 | $4,181.70 | $3,958.78 | $3,799.56 | $3,680.14 | $3,587.26 | $3,515.95 | $3,395.11 | $3,296.91 | $3,213.81 | $3,142.59 | $3,080.79 |
| 3085407-303 | $4,181.70 | $3,958.78 | $3,799.56 | $3,680.14 | $3,587.26 | $3,512.95 | $3,395.11 | $3,296.91 | $3,213.81 | $3,142.59 | $3,080.79 |
| 3085430-305 | $2,592.98 | $2,354.42 | $2,183.87 | $2,055.95 | $1,956.46 | $1,876.98 | $1,817.05 | $1,767.19 | $1,725.01 | $1,688.85 | $1,657.51 |
| 3085430-306 | $2,592.98 | $2,354.42 | $2,183.87 | $2,055.95 | $1,956.46 | $1,876.98 | $1,817.05 | $1,767.19 | $1,725.01 | $1,688.85 | $1,657.51 |
| 3085430-307 | $2,565.73 | $2,326.95 | $2,156.55 | $2,028.62 | $1,929.11 | $1,849.62 | $1,789.67 | $1,739.81 | $1,697.62 | $1,661.45 | $1,630.11 |
| 3085430-308 | $2,565.73 | $2,326.95 | $2,156.55 | $2,028.62 | $1,929.11 | $1,849.62 | $1,789.67 | $1,739.81 | $1,697.62 | $1,661.45 | $1,630.11 |

| Delivery 150 DARO | PRICE PER UNIT (multiply price by number of units. Minimum five units) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Primary** | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | **15 or** |
| **Part Number** | | | | | | | | | | | **Greater** |
| 3092188-301 | $2,267.68 | $2,044.87 | $1,885.57 | $1,766.23 | $1,673.29 | $1,598.94 | $1,533.30 | $1,478.61 | $1,432.34 | $1,392.67 | $1,358.22 |
| 3092188-302 | $2,267.68 | $2,044.87 | $1,885.57 | $1,766.23 | $1,673.29 | $1,598.94 | $1,533.30 | $1,478.61 | $1,432.34 | $1,392.67 | $1,358.22 |
| 3092207-302 | $3,607.58 | $3,384.55 | $3,225.41 | $3,105.91 | $3,013.09 | $2,938.73 | $2,851.81 | $2,779.37 | $2,718.08 | $2,665.55 | $2,620.02 |
| 3092207-303 | $3,504.74 | $3,310.76 | $3,172.21 | $3,068.30 | $2,987.48 | $2,865.50 | $2,807.50 | $2,763.41 | $2,718.08 | $2,665.55 | $2,620.02 |
| 3095297-301 | $2,048.10 | $1,825.07 | $1,665.93 | $1,546.43 | $1,453.49 | $1,379.25 | $1,311.61 | $1,255.33 | $1,207.63 | $1,166.82 | $1,131.38 |
| 3095297-302 | $2,048.10 | $1,825.07 | $1,665.93 | $1,546.43 | $1,453.49 | $1,379.25 | $1,311.61 | $1,255.33 | $1,207.63 | $1,166.82 | $1,131.38 |
| 3095312-301 | $2,515.83 | $2,292.88 | $2,133.79 | $2,014.33 | $1,921.42 | $1,847.09 | $1,771.79 | $1,709.04 | $1,655.85 | $1,610.35 | $1,570.91 |
| 3095312-302 | $2,395.38 | $2,172.54 | $2,013.21 | $1,893.71 | $1,800.89 | $1,726.53 | $1,657.09 | $1,599.14 | $1,550.10 | $1,508.06 | $1,471.63 |
| 3095313-301 | $2,530.12 | $2,275.85 | $2,094.38 | $1,958.28 | $1,852.43 | $1,767.63 | $1,707.85 | $1,657.93 | $1,615.70 | $1,579.58 | $1,548.20 |
| 3095313-302 | $2,166.57 | $1,918.12 | $1,740.82 | $1,607.70 | $1,504.16 | $1,421.45 | $1,361.56 | $1,311.66 | $1,269.43 | $1,233.31 | $1,201.94 |
| 3095315-301 | $1,488.49 | $1,260.37 | $1,097.43 | $975.23 | $880.30 | $804.25 | $744.42 | $694.48 | $652.30 | $616.15 | $584.74 |
| 3095366-301 | $3,260.29 | $3,037.27 | $2,877.97 | $2,758.63 | $2,665.69 | $2,591.44 | $2,512.21 | $2,446.19 | $2,390.41 | $2,342.52 | $2,301.09 |
| 3095366-302 | $3,543.84 | $3,320.81 | $3,161.67 | $3,042.17 | $2,949.23 | $2,874.98 | $2,784.17 | $2,708.49 | $2,644.53 | $2,589.64 | $2,542.06 |
| 3095395-301 | $1,900.17 | $1,672.31 | $1,509.40 | $1,387.35 | $1,292.42 | $1,178.33 | $1,120.33 | $1,076.25 | $1,038.95 | $1,006.97 | $986.06 |
| 3095395-302 | $1,878.85 | $1,655.83 | $1,496.68 | $1,377.18 | $1,284.36 | $1,210.00 | $1,150.15 | $1,100.28 | $1,058.08 | $1,021.91 | $990.57 |
| 3095395-303 | $1,892.00 | $1,698.00 | $1,559.00 | $1,455.00 | $1,374.00 | $1,293.00 | $1,235.00 | $1,191.00 | $1,154.00 | $1,122.00 | $1,101.00 |
| 3095395-304 | $1,937.00 | $1,743.00 | $1,605.00 | $1,501.00 | $1,420.00 | $1,337.00 | $1,279.00 | $1,235.00 | $1,198.00 | $1,166.00 | $1,145.00 |
| 3095399-301 | $2,598.04 | $2,375.12 | $2,215.90 | $2,096.48 | $2,003.60 | $1,929.29 | $1,869.50 | $1,819.58 | $1,777.42 | $1,741.21 | $1,709.82 |
| 3095455-101 | $2,568.36 | $2,345.45 | $2,186.23 | $2,066.81 | $1,973.80 | $1,899.51 | $1,827.34 | $1,767.10 | $1,716.22 | $1,672.52 | $1,634.73 |
| 3095456-101 | $2,645.73 | $2,389.78 | $2,206.95 | $2,069.83 | $1,963.18 | $1,877.86 | $1,817.95 | $1,768.11 | $1,725.94 | $1,689.71 | $1,658.39 |
| 3095456-102 | $2,645.73 | $2,389.78 | $2,206.95 | $2,069.83 | $1,963.18 | $1,877.86 | $1,817.95 | $1,768.11 | $1,725.94 | $1,689.71 | $1,658.39 |
| 3095456-103 | $3,141.38 | $2,877.55 | $2,689.10 | $2,547.89 | $2,437.95 | $2,349.99 | $2,290.12 | $2,240.31 | $2,198.08 | $2,161.89 | $2,130.52 |
| 3095456-104 | $3,141.38 | $2,877.55 | $2,689.10 | $2,547.89 | $2,437.95 | $2,349.99 | $2,290.12 | $2,240.31 | $2,198.08 | $2,161.89 | $2,130.52 |
| 3095456-105 | $2,645.73 | $2,389.78 | $2,206.95 | $2,069.83 | $1,963.18 | $1,877.86 | $1,817.95 | $1,768.11 | $1,725.94 | $1,689.71 | $1,658.39 |
| 3095456-106 | $2,645.73 | $2,389.78 | $2,206.95 | $2,069.83 | $1,963.18 | $1,877.86 | $1,817.95 | $1,768.11 | $1,725.94 | $1,689.71 | $1,658.39 |
| 3095457-101 | $2,406.07 | $2,212.10 | $2,073.55 | $1,969.63 | $1,877.46 | $1,803.13 | $1,734.02 | $1,676.43 | $1,627.62 | $1,585.86 | $1,480.92 |
| 3095458-101 | $3,224.69 | $3,001.92 | $2,842.64 | $2,723.18 | $2,630.27 | $2,555.94 | $2,474.85 | $2,407.27 | $2,350.08 | $2,300.99 | $2,258.52 |
| 3095459-101 | $1,748.95 | $1,515.34 | $1,348.47 | $1,223.19 | $1,125.86 | $1,047.90 | $988.10 | $938.18 | $896.02 | $859.81 | $828.50 |
| 3095460-101 | $1,981.58 | $1,787.61 | $1,649.06 | $1,537.23 | $1,444.33 | $1,317.38 | $1,259.38 | $1,215.29 | $1,177.99 | $1,133.93 | $1,094.53 |
| 3095461-101 | $2,118.87 | $1,895.96 | $1,736.73 | $1,617.32 | $1,524.44 | $1,450.13 | $1,380.64 | $1,322.65 | $1,273.66 | $1,231.59 | $1,195.20 |
| 3095462-101 | $2,756.95 | $2,533.93 | $2,374.78 | $2,255.29 | $2,162.47 | $2,088.10 | $2,016.67 | $1,957.14 | $1,906.77 | $1,863.51 | $1,826.10 |
| 3095463-101 | $2,118.87 | $1,895.96 | $1,736.73 | $1,617.32 | $1,524.44 | $1,450.13 | $1,384.44 | $1,329.79 | $1,283.46 | $1,243.75 | $1,209.41 |
| 3095464-101 | $2,381.10 | $2,187.13 | $2,048.58 | $1,944.66 | $1,863.84 | $1,804.56 | $1,646.41 | $1,602.32 | $1,565.02 | $1,533.05 | $1,512.14 |
| 3095465-101 | $4,032.89 | $3,809.87 | $3,650.72 | $3,531.22 | $3,438.40 | $3,364.04 | $3,267.53 | $3,187.01 | $3,118.88 | $3,060.56 | $3,009.94 |
| 3095466-101 | $4,025.86 | $3,802.91 | $3,643.66 | $3,524.22 | $3,431.32 | $3,357.01 | $3,260.43 | $3,179.96 | $3,111.78 | $3,053.41 | $3,002.83 |
| 3095467-101 | $2,551.44 | $2,328.41 | $2,169.11 | $2,049.77 | $1,956.83 | $1,855.29 | $1,797.29 | $1,719.66 | $1,656.95 | $1,603.28 | $1,556.77 |
| 3095468-101 | $2,131.40 | $1,937.43 | $1,798.88 | $1,688.20 | $1,595.26 | $1,492.16 | $1,434.16 | $1,390.08 | $1,344.50 | $1,302.47 | $1,266.12 |
| 3095469-102 | $2,352.96 | $2,129.86 | $1,970.66 | $1,851.27 | $1,758.40 | $1,684.00 | $1,624.22 | $1,574.32 | $1,532.09 | $1,495.90 | $1,464.60 |
| 3095483-101 | $2,391.20 | $2,168.14 | $2,008.97 | $1,889.46 | $1,796.62 | $1,704.41 | $1,646.41 | $1,597.03 | $1,548.83 | $1,507.51 | $1,471.63 |
| 3095489-101 | $2,111.84 | $1,888.81 | $1,729.67 | $1,610.17 | $1,517.35 | $1,442.99 | $1,308.53 | $1,264.44 | $1,227.14 | $1,195.17 | $1,174.26 |
| 3095490-101 | $1,977.10 | $1,754.19 | $1,594.96 | $1,475.54 | $1,382.66 | $1,308.36 | $1,240.77 | $1,184.45 | $1,136.79 | $1,095.94 | $1,060.54 |
| 3101130G1-52 | $2,210.09 | $1,986.99 | $1,827.79 | $1,708.40 | $1,615.53 | $1,541.24 | $1,469.26 | $1,409.28 | $1,358.62 | $1,315.11 | $1,277.40 |
| 3101130G2-20 | $2,210.09 | $1,986.99 | $1,827.79 | $1,708.40 | $1,615.53 | $1,541.24 | $1,469.26 | $1,409.28 | $1,358.62 | $1,315.11 | $1,277.40 |
| **Delivery 150** | PRICE PER UNIT (multiply price by number of units. Minimum five units) | | | | | | | | | | |

| DARO | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Primary | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 or |
| Part Number | | | | | | | | | | | Greater |
| 3101130G3-25 | $2,209.43 | $1,986.63 | $1,827.32 | $1,707.98 | $1,615.04 | $1,540.69 | $1,469.06 | $1,409.47 | $1,358.96 | $1,315.66 | $1,278.14 |
| 3101130G4-28 | $2,451.87 | $2,228.96 | $2,069.73 | $1,950.31 | $1,857.43 | $1,783.13 | $1,708.25 | $1,645.84 | $1,593.04 | $1,547.78 | $1,508.56 |
| 3101323-301 | $1,842.36 | $1,619.56 | $1,460.26 | $1,340.92 | $1,247.98 | $1,173.62 | $1,104.10 | $1,046.25 | $997.22 | $955.19 | $918.76 |
| 3101323-302 | $1,869.00 | $1,675.00 | $1,536.00 | $1,433.00 | $1,352.00 | $1,106.00 | $1,048.00 | $1,004.00 | $967.00 | $935.00 | $914.00 |
| 3105124-101 | $1,204.00 | $1,010.00 | $871.00 | $767.00 | $687.00 | $721.00 | $663.00 | $619.00 | $582.00 | $550.00 | $529.00 |
| 3106882-303 | $2,189.87 | $1,966.84 | $1,807.70 | $1,688.20 | $1,520.51 | $1,521.02 | $1,451.48 | $1,393.53 | $1,344.50 | $1,302.47 | $1,266.12 |
| 3106882-304 | $1,979.96 | $1,753.82 | $1,592.14 | $1,470.87 | $1,376.68 | $1,301.22 | $1,230.18 | $1,170.98 | $1,120.81 | $1,077.88 | $1,040.68 |
| 3112840-301 | $2,459.12 | $2,236.28 | $2,076.95 | $1,957.59 | $1,864.64 | $1,790.38 | $1,715.04 | $1,652.25 | $1,599.21 | $1,553.67 | $1,514.20 |
| 3112841-301 | $1,570.00 | $1,376.00 | $1,237.00 | $1,133.00 | $1,052.00 | $943.00 | $885.00 | $841.00 | $803.00 | $771.00 | $751.00 |
| 3112842-301 | $2,324.39 | $2,101.47 | $1,942.25 | $1,822.83 | $1,729.95 | $1,655.64 | $1,576.47 | $1,510.48 | $1,454.65 | $1,406.80 | $1,365.32 |
| 3112864-101 | $1,863.68 | $1,640.81 | $1,481.61 | $1,362.07 | $1,269.22 | $1,194.94 | $1,117.68 | $1,053.30 | $998.82 | $952.13 | $911.66 |
| 3170755-101 | $1,602.56 | $1,372.47 | $1,208.12 | $1,084.71 | $988.86 | $912.17 | $852.22 | $802.36 | $760.17 | $724.01 | $692.66 |
| 3176779-301 | $2,055.13 | $1,832.22 | $1,672.99 | $1,553.57 | $1,460.69 | $1,386.28 | $1,320.70 | $1,265.96 | $1,219.64 | $1,180.01 | $1,145.60 |
| 3176779-302 | $2,055.13 | $1,832.22 | $1,672.99 | $1,553.57 | $1,460.69 | $1,386.28 | $1,320.70 | $1,265.96 | $1,219.64 | $1,180.01 | $1,145.60 |
| 3178465-101 | $1,576.19 | $1,348.66 | $1,185.98 | $1,064.11 | $969.32 | $893.38 | $833.54 | $783.68 | $741.49 | $705.32 | $673.98 |
| 3178466-301 | $1,516.18 | $1,281.98 | $1,114.70 | $989.10 | $891.53 | $813.48 | $753.61 | $703.73 | $661.51 | $625.33 | $593.97 |
| 3178466-302 | $1,516.18 | $1,281.98 | $1,114.70 | $989.10 | $891.53 | $813.48 | $753.61 | $703.73 | $661.51 | $625.33 | $593.97 |
| 3178492-101 | $1,551.79 | $1,328.87 | $1,169.65 | $1,050.23 | $957.35 | $883.05 | $820.85 | $769.03 | $725.17 | $687.58 | $655.08 |
| 3178492-102 | $1,551.79 | $1,328.87 | $1,169.65 | $1,050.23 | $957.35 | $883.05 | $820.85 | $769.03 | $725.17 | $687.58 | $655.08 |
| 3178494-101 | $1,682.26 | $1,456.54 | $1,297.29 | $1,177.85 | $1,084.96 | $1,010.64 | $950.73 | $900.91 | $858.66 | $822.52 | $791.13 |
| 3178518-301 | $1,842.36 | $1,619.56 | $1,460.26 | $1,340.92 | $1,247.98 | $1,173.62 | $1,107.99 | $1,053.30 | $1,007.02 | $967.28 | $932.90 |
| 3178520-301 | $2,189.87 | $1,966.84 | $1,807.70 | $1,688.20 | $1,595.26 | $1,492.16 | $1,434.16 | $1,390.08 | $1,352.78 | $1,314.64 | $1,280.26 |
| 3178521-301 | $1,835.33 | $1,612.42 | $1,453.19 | $1,333.77 | $1,240.89 | $1,166.59 | $1,100.90 | $1,046.16 | $999.92 | $960.21 | $925.80 |
| 3178522-301 | $1,648.85 | $1,454.88 | $1,305.77 | $1,176.34 | $1,075.80 | $995.25 | $935.35 | $885.52 | $843.27 | $807.14 | $775.75 |
| 3178523-301 | $1,783.72 | $1,589.75 | $1,451.20 | $1,333.77 | $1,240.89 | $1,166.59 | $1,097.00 | $1,039.10 | $990.11 | $948.04 | $911.66 |
| 3178556-301 | $2,444.00 | $2,250.00 | $2,111.00 | $2,007.00 | $1,926.00 | $1,779.00 | $1,721.00 | $1,677.00 | $1,640.00 | $1,608.00 | $1,587.00 |
| 3193835-301 | $3,598.00 | $3,404.00 | $3,266.00 | $3,162.00 | $3,081.00 | $2,803.00 | $2,745.00 | $2,701.00 | $2,664.00 | $2,632.00 | $2,611.00 |
| BC00230 | $1,362.10 | $1,139.11 | $979.84 | $860.52 | $767.59 | $693.25 | $633.42 | $583.57 | $541.30 | $505.15 | $473.82 |
| SMS-105-10.3-SMS | $1,247.00 | $1,053.00 | $914.00 | $810.00 | $729.00 | $650.00 | $592.00 | $548.00 | $511.00 | $479.00 | $458.00 |
| TRD855SCR-7 | $1,355.51 | $1,132.70 | $973.40 | $853.92 | $761.12 | $686.77 | $626.93 | $577.07 | $534.87 | $498.63 | $467.29 |

## GSA Pricing – Special Item Number 132-8

**TACTICAL SATCOM LRU'S**

| Nomenclature | Primary Part # | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | | PRICE BY UNIT (1 through 7) / UNIT PRICING FOR 8 PLUS BEGINS ON PAGE 42 - Delivery 180 DARO | | | | | | |
| HPA Controller | 2006344-004 | $15,763.68 | $11,360.03 | $9,892.15 | $9,127.45 | $8,477.92 | $8,044.89 | $7,735.59 |
| Fan Tray | 2011627-002 | N/A | N/A | N/A | N/A | $1,789.71 | $1,620.51 | $1,499.65 |
| Fan Tray | 2011629-004 | N/A | N/A | N/A | N/A | $2,882.91 | $2,601.32 | $2,400.19 |
| Modulator Assy CCA | 2011633-101 | N/A | N/A | N/A | N/A | $9,624.22 | $9,461.08 | $9,344.56 |
| Demodulator Assy CCA | 2011634-101 | N/A | N/A | N/A | N/A | $9,624.22 | $9,461.08 | $9,344.56 |
| Fiber Optic Modem Assy | 2011678-101 | $25,439.54 | $20,509.13 | $18,865.66 | $18,043.93 | $17,550.90 | $17,230.08 | $17,000.93 |
| Modem | 2011726-001 | N/A | N/A | N/A | N/A | $9,093.16 | $8,930.02 | $8,813.50 |
| Interface Unit | 2011727-001 | N/A | N/A | N/A | N/A | $17,435.69 | $16,647.76 | $16,084.95 |
| Elevation Actuator | 3041884-101 | $37,043.34 | $24,639.17 | $20,504.45 | $18,437.09 | $17,196.67 | $15,819.62 | $14,836.02 |
| Deicing Controller Assy | 3073328-101 | $62,271.90 | $31,540.21 | $21,296.31 | $16,174.37 | $13,101.20 | $11,037.40 | $9,563.27 |
| X Elevation Actuator | 3073342-101 | $44,868.97 | $27,927.56 | $22,280.41 | $19,456.85 | $17,762.71 | $15,361.03 | $14,796.04 |
| Clinometer Assy | 3073416-101 | $24,163.95 | $12,594.04 | $9,465.57 | $7,628.27 | $6,525.89 | $5,715.20 | $5,136.13 |
| Splitter 1 CD Assy | 3085002-101 | $25,052.29 | $14,279.90 | $10,689.10 | $8,893.70 | $7,816.47 | $7,032.15 | $6,471.91 |
| Splitter 2 CD Assy | 3085003-101 | $22,688.49 | $13,087.77 | $9,887.53 | $8,287.41 | $7,327.33 | $6,311.55 | $5,922.54 |
| Feed Assy (Ku-Band) | 3085231-101 | $220,175.28 | $138,745.11 | $111,601.72 | $98,030.03 | $89,887.02 | $80,031.05 | $78,786.28 |
| IF Patch Panel Assy | 3085250-101 | N/A | N/A | N/A | N/A | $8,969.07 | $8,077.09 | $7,223.68 |
| Coupler Assy (L-Band Up) | 3085270-102 | N/A | N/A | N/A | N/A | $14,363.73 | $12,676.88 | $11,471.99 |
| Coupler Assy (L-Band Dn) | 3085271-101 | N/A | N/A | N/A | N/A | $14,395.93 | $12,673.36 | $11,442.95 |
| Feed Assy (X-Band) | 3085291-101 | $178,881.82 | $115,184.60 | $93,952.19 | $80,553.52 | $76,966.27 | $71,493.46 | $67,584.31 |
| Dist Amp Assy 5MHz | 3085351-102 | N/A | N/A | N/A | N/A | $23,458.56 | $20,901.71 | $19,075.38 |
| Elevation Actuator Motor | 3089965-101 | $20,838.27 | $12,997.48 | $10,526.46 | $9,290.95 | $8,549.64 | $7,988.40 | $7,473.71 |
| X Elevation Actuator Motor | 3089965-102 | $20,820.23 | $13,101.68 | $10,630.65 | $9,395.14 | $8,653.84 | $7,961.23 | $7,446.38 |
| Fluxgate Compass Assy | 3091284-101 | N/A | N/A | N/A | N/A | $4,432.49 | $4,001.51 | $3,693.66 |
| Switch Plate Assembly | 3095407-101 | $100,792.10 | $60,227.19 | $46,705.54 | $39,944.73 | $35,888.24 | $32,341.58 | $29,808.25 |
| W/G Switch Assembly | 3095487-101 | $46,588.72 | $28,381.43 | $22,312.34 | $19,277.79 | $17,457.07 | $16,175.19 | $15,259.56 |
| Amplifier Assy (L-Band) | 3096410-102 | N/A | N/A | N/A | N/A | $15,775.07 | $14,233.36 | $13,132.13 |
| Antenna Junction Box | 3098824-101 | $69,890.72 | $40,032.78 | $30,080.14 | $25,103.81 | $22,118.02 | $19,868.79 | $18,262.19 |
| VME Power Supply | 3099846-101 | $132,137.64 | $86,770.19 | $71,647.71 | $64,086.47 | $59,549.73 | $55,588.39 | $52,758.85 |
| HPA Switch Assy | 3112844-102 | $87,494.92 | $55,384.58 | $44,681.13 | $39,329.41 | $36,118.37 | $33,662.51 | $31,908.32 |
| Filter Plate Assy | 3112847-101 | $88,873.22 | $53,460.26 | $41,655.95 | $35,753.79 | $32,212.49 | $29,650.09 | $27,819.79 |
| Databox (Transducer Assy) | 3130621-101 | $13,756.61 | $8,663.12 | $6,965.29 | $6,116.37 | $5,607.02 | $5,093.96 | $4,727.50 |
| Signal Patch Panel | 3166252-101 | N/A | N/A | N/A | N/A | $2,213.33 | $1,990.51 | $1,831.35 |
| FOM Patch Panel | 3166253-101 | N/A | N/A | N/A | N/A | $2,217.21 | $1,961.96 | $1,779.63 |
| Feed Assy (Ka-Band) | 3178560-101 | N/A | N/A | N/A | N/A | $95,083.47 | $88,503.26 | $83,803.11 |
| LAMDA Tongue Jack | 3208665-101 | N/A | N/A | N/A | N/A | $4,213.46 | $3,734.31 | $3,392.07 |
| LAMDA Tongue Jack (Tan) | 3208665-102 | N/A | N/A | N/A | N/A | $4,213.46 | $3,734.31 | $3,392.07 |
| LAMDA Tongue Jack (Brown) | 3208665-103 | N/A | N/A | N/A | N/A | $4,213.46 | $3,734.31 | $3,392.07 |
| Rubidium Timing Unit | 7021773-002 | $16,937.94 | $11,617.86 | $9,844.50 | $8,957.82 | $8,425.80 | $7,997.55 | $7,691.67 |
| Dehydrator Unit | AE01A-D1369-101 | N/A | N/A | N/A | N/A | $2,887.91 | $2,724.67 | $2,608.08 |
| LAMDA/LHGXA Cover | HAR-0888 | N/A | N/A | N/A | N/A | $2,823.50 | $2,659.62 | $2,542.57 |

---

**Harris Corporation,**
**Government Communications Systems Division**
**(321) 309-7304**

GS-35F-0283J

**TACTICAL SATCOM LRU'S**

| Nomenclature | Primary Part # | PRICE BY UNIT (8 Plus) / UNIT PRICING FOR 1 THROUGH 7 PLUS BEGINS ON PAGE 41 - Delivery 180 DARO | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 or Greater |
| HPA Controller | 2006344-004 | $7,953.01 | $7,811.37 | $7,698.07 | $7,591.64 | $7,502.94 | $7,427.89 | $7,363.56 | $7,307.81 |
| Fan Tray | 2011627-002 | $1,409.01 | $1,338.51 | $1,282.10 | $1,235.25 | $1,196.22 | $1,163.18 | $1,134.86 | $1,110.32 |
| Fan Tray | 2011629-004 | $2,249.35 | $2,132.03 | $2,038.16 | $1,990.87 | $1,951.46 | $1,918.11 | $1,889.52 | $1,864.75 |
| Modulator Assy CCA | 2011633-101 | $9,257.16 | $9,189.18 | $9,134.80 | $9,089.79 | $9,052.27 | $9,020.52 | $8,993.30 | $8,969.72 |
| Demodulator Assy CCA | 2011634-101 | $9,257.16 | $9,189.18 | $9,134.80 | $9,089.79 | $9,052.27 | $9,020.52 | $8,993.30 | $8,969.72 |
| Fiber Optic Modem Assy | 2011678-101 | $16,829.05 | $16,695.38 | $16,300.04 | $16,182.68 | $16,084.87 | $16,002.11 | $15,931.18 | $15,880.05 |
| Modem | 2011726-001 | $8,726.10 | $8,658.13 | $8,603.75 | $8,558.75 | $8,521.25 | $8,489.52 | $8,462.33 | $8,438.76 |
| Interface Unit | 2011727-001 | $15,662.85 | $15,334.54 | $15,071.89 | $14,932.01 | $14,815.44 | $14,716.81 | $14,632.25 | $14,558.98 |
| Elevation Actuator | 3041884-101 | $14,098.31 | $13,524.54 | $12,399.86 | $12,171.53 | $11,981.25 | $12,494.63 | $12,358.71 | $11,793.57 |
| Deicing Controller Assy | 3073328-101 | $8,457.66 | $7,597.75 | $6,569.78 | $6,346.87 | $5,877.74 | $5,480.78 | $5,140.53 | $4,845.66 |
| X Elevation Actuator | 3073342-101 | $14,315.91 | $13,677.63 | $12,793.10 | $12,551.29 | $12,349.79 | $12,179.29 | $12,033.14 | $12,077.91 |
| Clinometer Assy | 3073416-101 | $4,701.83 | $4,364.04 | $4,093.81 | $3,877.83 | $3,697.86 | $3,545.57 | $3,415.03 | $3,301.90 |
| Splitter 1 CD Assy | 3085002-101 | $5,794.97 | $5,565.56 | $5,463.50 | $5,247.91 | $5,068.25 | $4,689.92 | $4,598.89 | $4,444.56 |
| Splitter 2 CD Assy | 3085003-101 | $5,630.79 | $5,403.87 | $4,934.56 | $4,785.58 | $4,661.43 | $4,466.33 | $4,466.33 | $4,311.83 |
| Feed Assy (Ku-Band) | 3085231-101 | $75,539.80 | $72,882.91 | $68,470.07 | $67,969.82 | $67,076.43 | $65,660.67 | $64,447.16 | $63,395.45 |
| IF Patch Panel Assy | 3085250-101 | $6,931.72 | $6,590.45 | $6,064.25 | $5,914.20 | $5,739.65 | $5,526.77 | $5,344.32 | $5,186.18 |
| Coupler Assy (L-Band Up) | 3085270-102 | $10,568.31 | $9,865.46 | $9,303.17 | $8,829.42 | $8,434.62 | $8,100.56 | $7,814.23 | $7,566.07 |
| Coupler Assy (L-Band Dn) | 3085271-101 | $10,520.14 | $9,802.41 | $9,228.22 | $8,750.10 | $8,351.66 | $8,035.74 | $7,725.55 | $7,475.11 |
| Feed Assy (X-Band) | 3085291-101 | $64,652.46 | $62,372.12 | $60,547.86 | $58,922.30 | $57,567.66 | $56,421.44 | $55,438.97 | $54,587.48 |
| Dist Amp Assy 5MHz | 3085351-102 | $17,705.63 | $16,640.27 | $15,787.98 | $15,056.51 | $14,446.95 | $13,931.17 | $13,489.07 | $13,105.92 |
| Elevation Actuator Motor | 3089965-101 | $7,087.69 | $6,787.46 | $6,547.27 | $6,412.17 | $6,299.60 | $6,204.34 | $6,122.69 | $6,051.93 |
| X Elevation Actuator Motor | 3089965-102 | $7,060.24 | $6,759.92 | $6,519.64 | $6,384.31 | $6,271.54 | $6,176.12 | $6,094.32 | $6,023.43 |
| Fluxgate Compass Assy | 3091284-101 | $3,462.78 | $3,283.21 | $3,139.55 | $2,990.14 | $2,865.63 | $2,760.27 | $2,669.97 | $2,591.71 |
| Switch Plate Assembly | 3095407-101 | $27,908.26 | $25,598.75 | $25,248.27 | $24,436.16 | $23,759.39 | $23,186.75 | $22,695.91 | $22,191.08 |
| W/G Switch Assembly | 3095487-101 | $14,572.84 | $14,038.72 | $13,611.43 | $13,211.38 | $12,878.01 | $12,595.91 | $12,354.12 | $12,144.58 |
| Amplifier Assy (L-Band) | 3096410-102 | $12,306.21 | $11,663.83 | $11,149.93 | $10,667.34 | $10,265.20 | $9,924.93 | $9,633.26 | $9,380.48 |
| Antenna Junction Box | 3098824-101 | $17,057.25 | $16,120.07 | $15,370.33 | $14,757.35 | $14,246.53 | $13,814.32 | $13,443.84 | $13,122.75 |
| VME Power Supply | 3099846-101 | $49,061.92 | $48,523.40 | $47,665.69 | $46,817.50 | $46,110.67 | $45,512.59 | $44,999.94 | $44,555.65 |
| HPA Switch Assy | 3112844-102 | $30,592.69 | $29,569.41 | $28,750.79 | $28,086.71 | $27,533.31 | $27,065.05 | $26,663.69 | $26,315.84 |
| Filter Plate Assy | 3112847-101 | $26,447.06 | $25,379.39 | $24,525.25 | $23,657.66 | $22,934.66 | $22,322.89 | $21,798.52 | $21,344.06 |
| Databox (Transducer Assy) | 3130621-101 | $4,452.65 | $4,238.88 | $4,067.86 | $3,975.32 | $3,898.22 | $3,832.97 | $3,777.04 | $3,728.58 |
| Signal Patch Panel | 3166252-101 | $1,711.98 | $1,619.13 | $1,544.86 | $1,499.86 | $1,462.36 | $1,430.63 | $1,403.44 | $1,379.87 |
| FOM Patch Panel | 3166253-101 | $1,642.88 | $1,536.53 | $1,451.45 | $1,370.15 | $1,302.40 | $1,245.07 | $1,195.93 | $1,153.35 |
| Feed Assy (Ka-Band) | 3178560-101 | $80,278.00 | $77,536.24 | $75,342.85 | $73,382.41 | $71,748.72 | $70,366.37 | $69,181.49 | $68,154.59 |
| LAMDA Tongue Jack | 3208665-101 | $3,135.39 | $2,935.75 | $2,776.03 | $2,668.32 | $2,578.56 | $2,502.61 | $2,437.52 | $2,381.09 |
| LAMDA Tongue Jack (Tan) | 3208665-102 | $3,135.39 | $2,935.75 | $2,776.03 | $2,668.32 | $2,578.56 | $2,502.61 | $2,437.52 | $2,381.09 |
| LAMDA Tongue Jack (Brown) | 3208665-103 | $3,135.39 | $2,935.75 | $2,776.03 | $2,668.32 | $2,578.56 | $2,502.61 | $2,437.52 | $2,381.09 |
| Rubidium Timing Unit | 7021773-002 | $7,462.24 | $7,283.81 | $7,141.06 | $6,886.95 | $6,675.19 | $6,496.01 | $6,342.44 | $6,209.33 |
| Dehydrator Unit | AE01A-D1369-101 | $2,520.63 | $2,452.63 | $2,398.22 | $2,353.21 | $2,315.71 | $2,283.99 | $2,256.80 | $2,233.22 |
| LAMDA/LHGXA Cover | HAR-0888 | $2,454.77 | $2,386.49 | $2,331.87 | $2,287.40 | $2,250.35 | $2,218.99 | $2,189.70 | $2,138.58 |

## LHGXA LAMDA Spares

| Part Number | PRICE BY UNIT / UNIT PRICING FOR 5 through 12 - Delivery 270 DARO | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 2005836-001 | $9,880.57 | $9,762.97 | $9,678.34 | $9,613.49 | $9,565.14 | $9,524.47 | $9,492.60 | $9,466.22 |
| 2011672-001 | $11,264.28 | $11,146.69 | $11,062.06 | $10,998.31 | $10,948.85 | $10,910.39 | $10,877.41 | $10,851.04 |
| 2011895-001 | $1,720.03 | $1,602.43 | $1,517.80 | $1,454.06 | $1,404.60 | $1,366.13 | $1,333.16 | $1,306.78 |
| 2012361-003 | $8,404.53 | $8,285.83 | $8,202.30 | $8,138.55 | $8,089.10 | $8,049.53 | $8,017.66 | $7,991.28 |
| 2012361-005 | $5,393.10 | $5,274.40 | $5,189.77 | $5,126.02 | $5,077.67 | $5,037.00 | $5,005.13 | $4,978.75 |
| 2016193-001 | $3,153.21 | $3,019.12 | $2,923.50 | $2,852.07 | $2,796.01 | $2,749.85 | $2,713.58 | $2,683.91 |
| 2016193-002 | $3,831.33 | $3,697.24 | $3,601.63 | $3,530.19 | $3,474.13 | $3,429.07 | $3,392.80 | $3,362.03 |
| 2016193-003 | $4,154.45 | $4,020.37 | $3,924.75 | $3,853.31 | $3,797.26 | $3,751.10 | $3,714.83 | $3,685.15 |
| 2016357-001 | $2,765.24 | $2,646.54 | $2,561.91 | $2,498.17 | $2,449.81 | $2,409.14 | $2,377.27 | $2,350.89 |
| 3020256-501 | $10,664.20 | $10,488.35 | $10,363.05 | $10,267.44 | $10,194.90 | $10,136.65 | $10,088.29 | $10,048.72 |
| 3020256-503 | $12,683.17 | $12,331.47 | $12,079.79 | $11,890.75 | $11,744.57 | $11,626.98 | $11,531.36 | $11,451.13 |
| 3020257-501 | $10,837.85 | $10,662.00 | $10,536.71 | $10,442.19 | $10,369.65 | $10,310.30 | $10,261.94 | $10,222.37 |
| 3020257-503 | $13,006.30 | $12,654.60 | $12,402.91 | $12,213.87 | $12,066.60 | $11,949.00 | $11,853.38 | $11,773.15 |
| 3020259-501 | $10,616.94 | $10,439.99 | $10,314.70 | $10,221.27 | $10,147.64 | $10,088.29 | $10,039.93 | $10,000.36 |
| 3020259-503 | $12,683.17 | $12,331.47 | $12,079.79 | $11,890.75 | $11,744.57 | $11,626.98 | $11,531.36 | $11,451.13 |
| 3020260-501 | $11,201.64 | $11,025.79 | $10,899.40 | $10,805.98 | $10,732.34 | $10,674.09 | $10,625.73 | $10,585.06 |
| 3020260-503 | $13,006.30 | $12,654.60 | $12,402.91 | $12,213.87 | $12,066.60 | $11,949.00 | $11,853.38 | $11,773.15 |
| 3020274-101 | $1,290.30 | $1,172.70 | $1,088.07 | $1,024.33 | $974.87 | $936.40 | $904.53 | $877.05 |
| 3020274-103 | $1,290.30 | $1,172.70 | $1,088.07 | $1,024.33 | $974.87 | $936.40 | $904.53 | $877.05 |
| 3020278-001 | $973.77 | $856.17 | $771.54 | $707.80 | $658.34 | $619.87 | $588.00 | $560.52 |
| 3020278-002 | $973.77 | $856.17 | $771.54 | $707.80 | $658.34 | $619.87 | $588.00 | $560.52 |
| 3020287-101 | $2,258.57 | $2,123.39 | $2,027.77 | $1,955.23 | $1,899.18 | $1,855.22 | $1,818.95 | $1,788.17 |
| 3020287-104 | $2,258.57 | $2,123.39 | $2,027.77 | $1,955.23 | $1,899.18 | $1,855.22 | $1,818.95 | $1,788.17 |
| 3020287-201 | $2,068.43 | $1,935.45 | $1,838.73 | $1,767.29 | $1,711.24 | $1,666.18 | $1,629.91 | $1,599.13 |
| 3020289-201 | $2,897.13 | $2,779.53 | $2,694.90 | $2,632.25 | $2,581.70 | $2,543.23 | $2,511.36 | $2,483.88 |
| 3022705-101 | $1,395.81 | $1,278.21 | $1,193.58 | $1,129.84 | $1,080.38 | $1,040.81 | $1,008.94 | $981.46 |
| 3022709-103 | $18,273.00 | $18,097.15 | $17,971.86 | $17,877.34 | $17,803.70 | $17,745.45 | $17,697.09 | $17,657.53 |
| 3022710-101 | $1,349.65 | $1,230.95 | $1,146.32 | $1,083.67 | $1,034.22 | $994.65 | $962.78 | $935.30 |
| 3022720-103 | $1,196.88 | $1,079.28 | $994.65 | $930.91 | $881.45 | $841.88 | $810.01 | $782.53 |
| 3027433-101 | $8,388.04 | $8,252.86 | $8,156.14 | $8,084.70 | $8,028.65 | $7,983.59 | $7,947.32 | $7,916.54 |
| 3027434-101 | $11,521.47 | $11,386.28 | $11,290.66 | $11,219.22 | $11,163.17 | $11,118.11 | $11,081.84 | $11,051.07 |
| 3031860-101 | $1,215.56 | $1,095.76 | $1,011.14 | $948.49 | $899.03 | $859.47 | $827.59 | $800.12 |
| 3031875-101 | $1,371.63 | $1,252.93 | $1,169.40 | $1,105.66 | $1,056.20 | $1,016.63 | $983.66 | $958.38 |
| 3031876-101 | $1,133.13 | $1,013.34 | $929.81 | $866.06 | $817.70 | $777.04 | $745.16 | $717.69 |
| 3031877-001 | $1,763.99 | $1,645.30 | $1,560.67 | $1,496.92 | $1,448.56 | $1,407.90 | $1,376.03 | $1,348.55 |
| 3031877-002 | $1,965.12 | $1,847.52 | $1,762.90 | $1,698.05 | $1,649.69 | $1,610.13 | $1,577.15 | $1,550.78 |
| 3031884-101 | $1,680.47 | $1,562.87 | $1,478.24 | $1,413.39 | $1,365.03 | $1,325.47 | $1,292.50 | $1,266.12 |
| 3031884-103 | $1,833.24 | $1,715.64 | $1,631.01 | $1,567.26 | $1,517.80 | $1,479.34 | $1,447.46 | $1,419.99 |
| 3032138-101 | $3,126.83 | $3,008.13 | $2,923.50 | $2,860.86 | $2,810.30 | $2,771.83 | $2,739.96 | $2,712.48 |
| 3032138-102 | $3,126.83 | $3,008.13 | $2,923.50 | $2,860.86 | $2,810.30 | $2,771.83 | $2,739.96 | $2,712.48 |
| 3032139-101 | $2,539.93 | $2,421.23 | $2,336.61 | $2,273.96 | $2,224.50 | $2,183.84 | $2,151.96 | $2,124.49 |
| 3032139-102 | $2,935.59 | $2,816.90 | $2,732.27 | $2,668.52 | $2,620.16 | $2,579.50 | $2,547.63 | $2,521.25 |
| 3032140-101 | $3,415.88 | $3,297.19 | $3,212.56 | $3,148.81 | $3,099.35 | $3,060.89 | $3,029.01 | $3,001.54 |
| 3032142-101 | $2,748.75 | $2,631.15 | $2,546.53 | $2,483.88 | $2,433.32 | $2,394.86 | $2,362.98 | $2,335.51 |
| 3032143-101 | $1,183.69 | $1,066.09 | $981.46 | $917.72 | $868.26 | $829.79 | $796.82 | $770.44 |
| 3032145-101 | $1,238.64 | $1,121.04 | $1,036.42 | $972.67 | $923.21 | $884.74 | $852.87 | $825.40 |
| 3032146-101 | $1,296.89 | $1,179.29 | $1,094.67 | $1,030.92 | $981.46 | $943.00 | $910.02 | $883.65 |
| 3032146-102 | $1,246.34 | $1,126.54 | $1,041.91 | $979.26 | $930.91 | $890.24 | $858.37 | $831.99 |
| 3032146-103 | $1,238.64 | $1,121.04 | $1,036.42 | $972.67 | $923.21 | $884.74 | $852.87 | $825.40 |
| 3032147-101 | $1,715.64 | $1,596.94 | $1,512.31 | $1,449.66 | $1,400.20 | $1,360.64 | $1,327.67 | $1,301.29 |
| 3032149-101 | $1,466.15 | $1,348.55 | $1,263.92 | $1,200.18 | $1,150.72 | $1,112.25 | $1,079.28 | $1,052.90 |
| 3032149-102 | $1,470.54 | $1,352.95 | $1,268.32 | $1,204.57 | $1,155.11 | $1,116.65 | $1,084.77 | $1,057.30 |
| 3032149-103 | $1,319.97 | $1,202.37 | $1,117.75 | $1,054.00 | $1,004.54 | $966.08 | $934.20 | $906.73 |
| 3032149-104 | $1,311.18 | $1,193.58 | $1,108.95 | $1,045.21 | $995.75 | $956.18 | $923.21 | $896.83 |
| 3032149-105 | $1,307.88 | $1,190.28 | $1,105.66 | $1,040.81 | $992.45 | $952.89 | $919.91 | $893.54 |
| 3032150-101 | $1,319.97 | $1,202.37 | $1,117.75 | $1,054.00 | $1,004.54 | $966.08 | $934.20 | $906.73 |
| 3032151-101 | $1,695.85 | $1,578.25 | $1,493.63 | $1,429.88 | $1,380.42 | $1,341.95 | $1,310.08 | $1,282.61 |
| 3032161-009 | $1,370.53 | $1,251.83 | $1,168.30 | $1,104.56 | $1,055.10 | $1,015.53 | $982.56 | $956.18 |

## LHGXA LAMDA Spares

| Part Number | PRICE BY UNIT / UNIT PRICING FOR 5 through 12 - Delivery 270 DARO | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 3032170-002 | $983.66 | $864.96 | $780.33 | $717.69 | $668.23 | $628.66 | $596.79 | $570.41 |
| 3032170-003 | $1,001.25 | $883.65 | $799.02 | $736.37 | $685.81 | $647.35 | $615.47 | $588.00 |
| 3032173-101 | $7,509.89 | $7,375.80 | $7,280.19 | $7,207.65 | $7,151.60 | $7,106.53 | $7,069.17 | $7,039.49 |
| 3032177-101 | $12,662.29 | $12,528.21 | $12,432.59 | $12,361.15 | $12,305.10 | $12,260.03 | $12,222.67 | $12,192.99 |
| 3032178-101 | $966.08 | $848.48 | $763.85 | $699.00 | $650.64 | $611.08 | $579.21 | $551.73 |
| 3032182-501 | $1,520.00 | $1,401.30 | $1,317.78 | $1,254.03 | $1,204.57 | $1,165.01 | $1,133.13 | $1,106.76 |
| 3032187-101 | $2,815.80 | $2,697.10 | $2,612.47 | $2,548.72 | $2,499.27 | $2,460.80 | $2,428.93 | $2,401.45 |
| 3032187-102 | $2,815.80 | $2,697.10 | $2,612.47 | $2,548.72 | $2,499.27 | $2,460.80 | $2,428.93 | $2,401.45 |
| 3033182-101 | $1,356.24 | $1,238.64 | $1,154.01 | $1,090.27 | $1,040.81 | $1,002.34 | $969.37 | $943.00 |
| 3033182-102 | $1,097.96 | $980.36 | $895.74 | $831.99 | $782.53 | $744.06 | $711.09 | $684.72 |
| 3033198-101 | $6,965.85 | $6,830.67 | $6,735.05 | $6,662.51 | $6,606.46 | $6,562.50 | $6,525.13 | $6,494.36 |
| 3033199-101 | $6,172.33 | $6,038.25 | $5,942.63 | $5,870.09 | $5,814.04 | $5,770.07 | $5,732.71 | $5,703.03 |
| 3033200-501 | $1,555.17 | $1,422.19 | $1,325.47 | $1,254.03 | $1,197.98 | $1,152.92 | $1,116.65 | $1,085.87 |
| 3033211-101 | $1,540.88 | $1,423.29 | $1,338.66 | $1,274.91 | $1,225.45 | $1,186.99 | $1,154.01 | $1,126.54 |
| 3033222-101 | $1,270.52 | $1,151.82 | $1,067.19 | $1,004.54 | $955.08 | $915.52 | $883.65 | $856.17 |
| 3033224-101 | $1,321.07 | $1,203.47 | $1,118.84 | $1,055.10 | $1,005.64 | $967.17 | $935.30 | $907.83 |
| 3033225-101 | $1,488.13 | $1,369.43 | $1,285.90 | $1,222.16 | $1,172.70 | $1,133.13 | $1,101.26 | $1,074.88 |
| 3033228-002 | $1,680.47 | $1,561.77 | $1,477.14 | $1,413.39 | $1,365.03 | $1,324.37 | $1,292.50 | $1,265.02 |
| 3033228-003 | $1,680.47 | $1,561.77 | $1,477.14 | $1,413.39 | $1,365.03 | $1,324.37 | $1,292.50 | $1,265.02 |
| 3033228-101 | $4,583.09 | $4,464.39 | $4,379.76 | $4,317.11 | $4,267.66 | $4,228.09 | $4,196.22 | $4,168.74 |
| 3036689-101 | $8,068.21 | $7,892.36 | $7,767.07 | $7,673.65 | $7,598.91 | $7,540.66 | $7,492.30 | $7,452.74 |
| 3036690-001 | $973.77 | $856.17 | $771.54 | $707.80 | $658.34 | $619.87 | $588.00 | $560.52 |
| 3036698-501 | $3,440.06 | $3,321.36 | $3,236.74 | $3,174.09 | $3,124.63 | $3,085.07 | $3,053.19 | $3,025.72 |
| 3036698-503 | $3,440.06 | $3,321.36 | $3,236.74 | $3,174.09 | $3,124.63 | $3,085.07 | $3,053.19 | $3,025.72 |
| 3036699-501 | $3,485.13 | $3,367.53 | $3,282.90 | $3,219.15 | $3,169.69 | $3,131.23 | $3,098.26 | $3,070.78 |
| 3036699-503 | $3,485.13 | $3,367.53 | $3,282.90 | $3,219.15 | $3,169.69 | $3,131.23 | $3,098.26 | $3,070.78 |
| 3036700-501 | $3,362.03 | $3,242.23 | $3,158.70 | $3,094.96 | $3,046.60 | $3,005.93 | $2,974.06 | $2,946.58 |
| 3036700-503 | $3,362.03 | $3,242.23 | $3,158.70 | $3,094.96 | $3,046.60 | $3,005.93 | $2,974.06 | $2,946.58 |
| 3036701-101 | $20,623.90 | $20,489.81 | $20,395.29 | $20,322.75 | $20,266.70 | $20,222.74 | $20,185.37 | $20,154.60 |
| 3036720-101 | $1,051.80 | $934.20 | $849.57 | $784.73 | $736.37 | $696.81 | $663.83 | $637.46 |
| 3036720-103 | $1,051.80 | $934.20 | $849.57 | $784.73 | $736.37 | $696.81 | $663.83 | $637.46 |
| 3036721-101 | $1,055.10 | $937.50 | $852.87 | $789.13 | $739.67 | $699.00 | $667.13 | $640.75 |
| 3036721-103 | $1,055.10 | $937.50 | $852.87 | $789.13 | $739.67 | $699.00 | $667.13 | $640.75 |
| 3036722-101 | $1,056.20 | $938.60 | $853.97 | $791.32 | $740.77 | $702.30 | $669.33 | $641.85 |
| 3036722-103 | $1,056.20 | $938.60 | $853.97 | $791.32 | $740.77 | $702.30 | $669.33 | $641.85 |
| 3036724-001 | $973.77 | $856.17 | $771.54 | $707.80 | $658.34 | $619.87 | $588.00 | $560.52 |
| 3036725-001 | $3,578.55 | $3,459.85 | $3,375.22 | $3,312.57 | $3,263.11 | $3,223.55 | $3,191.68 | $3,164.20 |
| 3036726-001 | $3,678.56 | $3,559.86 | $3,475.23 | $3,411.49 | $3,363.13 | $3,322.46 | $3,290.59 | $3,264.21 |
| 3041771-101 | $2,149.76 | $2,032.17 | $1,947.54 | $1,883.79 | $1,834.33 | $1,795.87 | $1,762.90 | $1,736.52 |
| 3041771-102 | $2,165.15 | $2,046.45 | $1,961.83 | $1,898.08 | $1,849.72 | $1,809.06 | $1,777.18 | $1,750.81 |
| 3041773-101 | $2,649.84 | $2,531.14 | $2,446.51 | $2,382.77 | $2,334.41 | $2,293.74 | $2,261.87 | $2,234.39 |
| 3041780-101 | $4,211.60 | $4,077.52 | $3,980.80 | $3,909.36 | $3,853.31 | $3,808.25 | $3,771.98 | $3,741.21 |
| 3041792-102 | $3,069.68 | $2,935.59 | $2,838.88 | $2,767.44 | $2,712.48 | $2,666.32 | $2,630.05 | $2,600.38 |
| 3041798-101 | $1,977.21 | $1,858.51 | $1,774.98 | $1,711.24 | $1,661.78 | $1,622.22 | $1,590.34 | $1,563.96 |
| 3041799-101 | $1,956.33 | $1,837.63 | $1,753.00 | $1,690.36 | $1,640.90 | $1,601.33 | $1,569.46 | $1,541.98 |
| 3041800-101 | $1,712.34 | $1,594.74 | $1,510.11 | $1,446.37 | $1,396.91 | $1,358.44 | $1,324.37 | $1,297.99 |
| 3041801-101 | $1,794.77 | $1,677.17 | $1,592.54 | $1,527.70 | $1,479.34 | $1,439.77 | $1,407.90 | $1,380.42 |
| 3041942-101 | $1,882.69 | $1,763.99 | $1,679.37 | $1,616.72 | $1,567.26 | $1,526.60 | $1,494.72 | $1,467.25 |
| 3048346-101 | $977.07 | $859.47 | $774.84 | $711.09 | $661.64 | $623.17 | $590.20 | $563.82 |
| 3048346-103 | $993.55 | $875.95 | $791.32 | $726.48 | $678.12 | $638.55 | $606.68 | $579.21 |
| 3048351-101 | $3,241.13 | $3,107.05 | $3,010.33 | $2,938.89 | $2,882.84 | $2,837.78 | $2,801.51 | $2,770.73 |
| 3048357-101 | $33,543.37 | $33,367.52 | $33,241.12 | $33,146.61 | $33,072.97 | $33,014.72 | $32,967.46 | $32,926.79 |
| 3055379-101 | $1,069.39 | $950.69 | $866.06 | $803.41 | $753.96 | $714.39 | $682.52 | $655.04 |
| 3055431-101 | $1,958.53 | $1,838.73 | $1,754.10 | $1,691.46 | $1,640.90 | $1,602.43 | $1,570.56 | $1,543.08 |
| 3085290-109 | $1,258.43 | $1,140.83 | $1,056.20 | $992.45 | $943.00 | $904.53 | $870.46 | $845.18 |
| 3085290-110 | $1,210.07 | $1,091.37 | $1,006.74 | $944.09 | $894.64 | $855.07 | $823.20 | $796.82 |
| 3085290-111 | $1,258.43 | $1,140.83 | $1,056.20 | $992.45 | $943.00 | $904.53 | $870.46 | $845.18 |
| 3085290-112 | $1,258.43 | $1,140.83 | $1,056.20 | $992.45 | $943.00 | $904.53 | $870.46 | $845.18 |

## LHGXA LAMDA Spares

| Part Number | PRICE BY UNIT / UNIT PRICING FOR 5 through 12 - Delivery 270 DARO | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 3085290-113 | $1,258.43 | $1,140.83 | $1,056.20 | $992.45 | $943.00 | $904.53 | $870.46 | $845.18 |
| 3093159-101 | $2,627.86 | $2,509.16 | $2,424.53 | $2,361.88 | $2,312.43 | $2,272.86 | $2,239.89 | $2,213.51 |
| 3095337-501 | $55,338.86 | $55,161.91 | $55,036.62 | $54,943.20 | $54,868.46 | $54,810.21 | $54,761.85 | $54,722.29 |
| 3095341-102 | $1,277.11 | $1,158.41 | $1,073.78 | $1,010.04 | $961.68 | $921.01 | $889.14 | $861.66 |
| 3095342-101 | $1,097.96 | $980.36 | $895.74 | $831.99 | $782.53 | $744.06 | $711.09 | $684.72 |
| 3095343-101 | $1,663.98 | $1,545.28 | $1,460.65 | $1,398.01 | $1,348.55 | $1,308.98 | $1,277.11 | $1,249.63 |
| 3095344-101 | $1,372.73 | $1,255.13 | $1,170.50 | $1,106.76 | $1,057.30 | $1,018.83 | $986.96 | $959.48 |
| 3095345-101 | $1,720.03 | $1,602.43 | $1,517.80 | $1,454.06 | $1,404.60 | $1,366.13 | $1,333.16 | $1,306.78 |
| 3095348-009 | $1,344.15 | $1,225.45 | $1,140.83 | $1,078.18 | $1,028.72 | $989.16 | $956.18 | $929.81 |
| 3095349-101 | $1,931.05 | $1,811.25 | $1,726.63 | $1,663.98 | $1,615.62 | $1,574.96 | $1,543.08 | $1,516.71 |
| 3095351-001 | $1,215.56 | $1,095.76 | $1,011.14 | $948.49 | $899.03 | $859.47 | $827.59 | $800.12 |
| 3095351-003 | $3,120.24 | $3,001.54 | $2,916.91 | $2,854.26 | $2,804.81 | $2,765.24 | $2,733.37 | $2,705.89 |
| 3095351-004 | $3,120.24 | $3,001.54 | $2,916.91 | $2,854.26 | $2,804.81 | $2,765.24 | $2,733.37 | $2,705.89 |
| 3095355-101 | $1,226.55 | $1,107.85 | $1,023.23 | $960.58 | $911.12 | $870.46 | $838.58 | $812.21 |
| 3095413-101 | $1,584.85 | $1,466.15 | $1,381.52 | $1,318.87 | $1,269.42 | $1,229.85 | $1,197.98 | $1,170.50 |
| 3095540-101 | $1,324.37 | $1,205.67 | $1,122.14 | $1,058.40 | $1,008.94 | $969.37 | $937.50 | $911.12 |
| 3095730-101 | $1,085.87 | $967.17 | $882.55 | $819.90 | $770.44 | $730.88 | $697.90 | $672.63 |
| 3099125-001 | $1,058.40 | $939.70 | $855.07 | $792.42 | $742.97 | $703.40 | $670.43 | $645.15 |
| 3099126-001 | $1,094.67 | $977.07 | $892.44 | $828.69 | $779.23 | $740.77 | $708.89 | $681.42 |
| 3099127-001 | $1,039.71 | $922.11 | $837.49 | $773.74 | $724.28 | $685.81 | $653.94 | $626.47 |
| 3138751-101 | $71,542.33 | $65,067.76 | $60,339.59 | $56,714.89 | $53,836.44 | $51,488.85 | $49,529.22 | $47,867.44 |
| 3138752-101 | $6,524.03 | $6,255.86 | $6,063.52 | $5,919.55 | $5,807.44 | $5,718.42 | $5,645.88 | $5,584.33 |
| 3138755-101 | $3,297.19 | $3,029.01 | $2,836.68 | $2,692.70 | $2,580.60 | $2,491.57 | $2,419.04 | $2,358.59 |
| 3138757-101 | $9,285.97 | $9,017.80 | $8,825.47 | $8,681.49 | $8,570.48 | $8,480.36 | $8,406.72 | $8,346.28 |
| 3138759-101 | $26,944.60 | $26,064.25 | $25,434.49 | $24,964.09 | $24,597.00 | $24,302.46 | $24,062.86 | $23,862.83 |
| 3138763-101 | $56,209.32 | $51,428.40 | $47,924.59 | $45,234.09 | $43,093.11 | $41,342.31 | $39,879.46 | $38,635.32 |
| 3138771-101 | $99,736.56 | $92,445.39 | $87,047.89 | $82,862.67 | $79,500.64 | $76,729.90 | $74,394.40 | $72,395.20 |
| 3146999-101 | $16,202.37 | $16,068.28 | $15,972.67 | $15,900.13 | $15,844.08 | $15,800.11 | $15,763.84 | $15,733.07 |
| 3150674-101 | $10,106.97 | $9,971.79 | $9,876.17 | $9,803.63 | $9,747.58 | $9,703.62 | $9,666.25 | $9,636.57 |
| 3150675-101 | $4,496.26 | $4,363.28 | $4,266.56 | $4,195.12 | $4,139.07 | $4,094.01 | $4,057.74 | $4,026.96 |
| 3150678-101 | $1,631.01 | $1,513.41 | $1,428.78 | $1,366.13 | $1,315.58 | $1,277.11 | $1,245.24 | $1,217.76 |
| 3150683-101 | $1,114.45 | $996.85 | $912.22 | $848.48 | $799.02 | $760.55 | $727.58 | $701.20 |
| 3152352-101 | $112,398.85 | $104,326.25 | $98,341.85 | $93,695.02 | $89,959.31 | $86,875.34 | $84,274.96 | $82,046.06 |
| 3152360-101 | $21,719.66 | $20,839.31 | $20,210.65 | $19,740.25 | $19,373.16 | $19,079.71 | $18,839.02 | $18,638.99 |
| 3152361-101 | $20,372.21 | $19,490.76 | $18,862.10 | $18,391.70 | $18,024.61 | $17,730.07 | $17,490.47 | $17,290.44 |
| 3152364-101 | $1,916.76 | $1,799.16 | $1,714.54 | $1,650.79 | $1,601.33 | $1,562.87 | $1,529.89 | $1,503.52 |
| 3152365-101 | $43,005.19 | $42,124.84 | $41,496.18 | $41,024.68 | $40,657.59 | $40,365.24 | $40,124.55 | $39,924.52 |
| 3152377-101 | $1,454.06 | $1,336.46 | $1,251.83 | $1,188.09 | $1,138.63 | $1,097.96 | $1,066.09 | $1,039.71 |
| 3152378-101 | $1,402.40 | $1,283.70 | $1,199.08 | $1,136.43 | $1,086.97 | $1,047.41 | $1,015.53 | $989.16 |
| 3152380-101 | $1,840.93 | $1,723.33 | $1,638.70 | $1,574.96 | $1,525.50 | $1,487.03 | $1,454.06 | $1,427.68 |
| 3156277-101 | $1,346.35 | $1,227.65 | $1,143.02 | $1,080.38 | $1,030.92 | $991.35 | $959.48 | $932.00 |
| 3156278-102 | $1,604.63 | $1,485.93 | $1,401.30 | $1,338.66 | $1,289.20 | $1,249.63 | $1,217.76 | $1,190.28 |
| 3178897-101 | $2,314.62 | $2,197.02 | $2,112.40 | $2,048.65 | $1,999.19 | $1,960.73 | $1,927.75 | $1,901.38 |
| AE01A-D1369-101 | $2,792.72 | $2,675.12 | $2,590.49 | $2,525.64 | $2,477.29 | $2,437.72 | $2,404.75 | $2,378.37 |
| AMCFS-206-CO/CO-3A-SM | $1,356.24 | $1,238.64 | $1,154.01 | $1,090.27 | $1,040.81 | $1,002.34 | $969.37 | $943.00 |
| AMC-PW202-G/G-A | $1,251.83 | $1,134.23 | $1,049.60 | $986.96 | $936.40 | $896.83 | $864.96 | $837.49 |
| CW -11 - DIA | $1,251.83 | $1,134.23 | $1,049.60 | $984.76 | $936.40 | $896.83 | $864.96 | $837.49 |
| CW-119 | $1,356.24 | $1,238.64 | $1,154.01 | $1,090.27 | $1,040.81 | $1,002.34 | $969.37 | $943.00 |
| NMS-200W-30.0-NMR | $1,604.63 | $1,485.93 | $1,401.30 | $1,338.66 | $1,289.20 | $1,249.63 | $1,217.76 | $1,190.28 |

## LHGXA LAMDA Spares

| Part Number | PRICE BY UNIT / UNIT PRICING FOR 13 through 20 - Delivery 270 DARO | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 2005836-001 | $9,443.14 | $9,424.46 | $9,406.87 | $9,392.58 | $9,379.39 | $9,367.30 | $9,356.31 | $9,347.52 |
| 2011672-001 | $10,827.96 | $10,808.17 | $10,791.69 | $10,776.30 | $10,764.21 | $10,752.12 | $10,742.23 | $10,732.34 |
| 2011895-001 | $1,283.70 | $1,263.92 | $1,247.44 | $1,232.05 | $1,219.96 | $1,207.87 | $1,197.98 | $1,188.09 |
| 2012361-003 | $7,968.20 | $7,948.42 | $7,931.93 | $7,916.54 | $7,904.45 | $7,891.26 | $7,881.37 | $7,871.48 |
| 2012361-005 | $4,955.67 | $4,936.99 | $4,919.40 | $4,905.11 | $4,890.83 | $4,879.83 | $4,868.84 | $4,860.05 |
| 2016193-001 | $2,657.53 | $2,635.55 | $2,616.87 | $2,599.28 | $2,583.89 | $2,571.80 | $2,559.71 | $2,548.72 |
| 2016193-002 | $3,335.65 | $3,313.67 | $3,293.89 | $3,278.50 | $3,263.11 | $3,249.93 | $3,237.84 | $3,227.94 |
| 2016193-003 | $3,658.78 | $3,636.80 | $3,618.11 | $3,600.53 | $3,585.14 | $3,573.05 | $3,560.96 | $3,549.97 |
| 2016357-001 | $2,327.81 | $2,309.13 | $2,291.54 | $2,277.26 | $2,264.07 | $2,251.98 | $2,240.99 | $2,232.19 |
| 3020256-501 | $10,013.55 | $9,984.98 | $9,960.80 | $9,938.82 | $9,919.03 | $9,902.55 | $9,886.06 | $9,871.77 |
| 3020256-503 | $11,382.98 | $11,324.73 | $11,275.28 | $11,230.21 | $11,191.75 | $11,156.58 | $11,125.80 | $11,098.33 |
| 3020257-501 | $10,189.40 | $10,159.73 | $10,134.45 | $10,112.47 | $10,092.68 | $10,076.20 | $10,059.71 | $10,046.52 |
| 3020257-503 | $11,706.11 | $11,647.86 | $11,597.30 | $11,553.34 | $11,514.87 | $11,480.80 | $11,450.03 | $11,421.45 |
| 3020259-501 | $9,967.39 | $9,937.72 | $9,912.44 | $9,890.46 | $9,870.67 | $9,854.19 | $9,837.70 | $9,824.51 |
| 3020259-503 | $11,382.98 | $11,324.73 | $11,275.28 | $11,230.21 | $11,191.75 | $11,156.58 | $11,125.80 | $11,098.33 |
| 3020260-501 | $10,550.99 | $10,522.42 | $10,497.14 | $10,476.26 | $10,456.47 | $10,438.89 | $10,423.50 | $10,409.21 |
| 3020260-503 | $11,706.11 | $11,647.86 | $11,597.30 | $11,553.34 | $11,514.87 | $11,480.80 | $11,450.03 | $11,421.45 |
| 3020274-101 | $853.97 | $834.19 | $817.70 | $802.32 | $790.23 | $778.14 | $768.24 | $759.45 |
| 3020274-103 | $853.97 | $834.19 | $817.70 | $802.32 | $790.23 | $778.14 | $768.24 | $759.45 |
| 3020278-001 | $537.44 | $517.66 | $501.17 | $485.79 | $473.70 | $461.61 | $451.71 | $441.82 |
| 3020278-002 | $537.44 | $517.66 | $501.17 | $485.79 | $473.70 | $461.61 | $451.71 | $441.82 |
| 3020287-101 | $1,762.90 | $1,739.81 | $1,721.13 | $1,704.64 | $1,689.26 | $1,676.07 | $1,663.98 | $1,654.09 |
| 3020287-104 | $1,762.90 | $1,739.81 | $1,721.13 | $1,704.64 | $1,689.26 | $1,676.07 | $1,663.98 | $1,654.09 |
| 3020287-201 | $1,572.76 | $1,550.78 | $1,532.09 | $1,514.51 | $1,499.12 | $1,487.03 | $1,476.04 | $1,463.95 |
| 3020289-201 | $2,460.80 | $2,441.02 | $2,424.53 | $2,409.14 | $2,397.05 | $2,384.96 | $2,375.07 | $2,366.28 |
| 3022705-101 | $959.48 | $939.70 | $922.11 | $907.83 | $894.64 | $883.65 | $873.75 | $862.76 |
| 3022709-103 | $17,623.46 | $17,594.88 | $17,569.60 | $17,547.62 | $17,527.84 | $17,510.25 | $17,494.87 | $17,481.68 |
| 3022710-101 | $912.22 | $892.44 | $877.05 | $861.66 | $848.48 | $836.39 | $826.49 | $817.70 |
| 3022720-103 | $760.55 | $740.77 | $723.18 | $708.89 | $695.71 | $684.72 | $674.82 | $664.93 |
| 3027433-101 | $7,891.26 | $7,868.18 | $7,850.60 | $7,833.01 | $7,818.73 | $7,805.54 | $7,793.45 | $7,782.46 |
| 3027434-101 | $11,025.79 | $11,002.71 | $10,984.02 | $10,967.54 | $10,952.15 | $10,940.06 | $10,926.87 | $10,916.98 |
| 3031860-101 | $777.04 | $758.35 | $740.77 | $726.48 | $713.29 | $702.30 | $691.31 | $682.52 |
| 3031875-101 | $935.30 | $915.52 | $897.93 | $883.65 | $870.46 | $858.37 | $848.48 | $838.58 |
| 3031876-101 | $695.71 | $675.92 | $659.44 | $645.15 | $630.86 | $619.87 | $608.88 | $600.09 |
| 3031877-001 | $1,325.47 | $1,306.78 | $1,290.30 | $1,276.01 | $1,261.72 | $1,250.73 | $1,239.74 | $1,230.95 |
| 3031877-002 | $1,527.70 | $1,509.01 | $1,491.43 | $1,477.14 | $1,463.95 | $1,452.96 | $1,441.97 | $1,432.08 |
| 3031884-101 | $1,244.14 | $1,224.35 | $1,206.77 | $1,192.48 | $1,179.29 | $1,168.30 | $1,156.21 | $1,147.42 |
| 3031884-103 | $1,396.91 | $1,377.12 | $1,360.64 | $1,345.25 | $1,333.16 | $1,321.07 | $1,311.18 | $1,302.39 |
| 3032138-101 | $2,689.40 | $2,669.62 | $2,653.14 | $2,637.75 | $2,625.66 | $2,613.57 | $2,603.68 | $2,594.88 |
| 3032138-102 | $2,689.40 | $2,669.62 | $2,653.14 | $2,637.75 | $2,625.66 | $2,613.57 | $2,603.68 | $2,594.88 |
| 3032139-101 | $2,102.51 | $2,082.72 | $2,066.24 | $2,051.95 | $2,037.66 | $2,026.67 | $2,016.78 | $2,006.89 |
| 3032139-102 | $2,498.17 | $2,479.48 | $2,461.90 | $2,447.61 | $2,433.32 | $2,422.33 | $2,411.34 | $2,402.55 |
| 3032140-101 | $2,978.46 | $2,959.77 | $2,942.19 | $2,926.80 | $2,914.71 | $2,903.72 | $2,892.73 | $2,883.94 |
| 3032142-101 | $2,312.43 | $2,292.64 | $2,276.16 | $2,260.77 | $2,248.68 | $2,236.59 | $2,226.70 | $2,217.91 |
| 3032143-101 | $747.36 | $727.58 | $711.09 | $695.71 | $683.62 | $672.63 | $661.64 | $651.74 |
| 3032145-101 | $802.32 | $782.53 | $766.05 | $750.66 | $738.57 | $726.48 | $716.59 | $706.70 |
| 3032146-101 | $860.57 | $840.78 | $824.30 | $808.91 | $796.82 | $784.73 | $774.84 | $764.95 |
| 3032146-102 | $808.91 | $790.23 | $772.64 | $758.35 | $745.16 | $733.07 | $722.08 | $713.29 |
| 3032146-103 | $802.32 | $782.53 | $766.05 | $750.66 | $738.57 | $726.48 | $716.59 | $706.70 |
| 3032147-101 | $1,278.21 | $1,258.43 | $1,241.94 | $1,227.65 | $1,213.36 | $1,202.37 | $1,192.48 | $1,182.59 |
| 3032149-101 | $1,029.82 | $1,010.04 | $993.55 | $978.17 | $966.08 | $953.99 | $944.09 | $934.20 |
| 3032149-102 | $1,034.22 | $1,015.53 | $997.95 | $982.56 | $970.47 | $959.48 | $948.49 | $938.60 |
| 3032149-103 | $883.65 | $863.86 | $847.38 | $831.99 | $819.90 | $807.81 | $797.92 | $788.03 |
| 3032149-104 | $874.85 | $855.07 | $837.49 | $823.20 | $810.01 | $799.02 | $789.13 | $778.14 |
| 3032149-105 | $870.46 | $851.77 | $834.19 | $819.90 | $806.71 | $795.72 | $783.63 | $774.84 |
| 3032150-101 | $883.65 | $863.86 | $847.38 | $831.99 | $819.90 | $807.81 | $797.92 | $788.03 |

## LHGXA LAMDA Spares

| Part Number | PRICE BY UNIT / UNIT PRICING FOR 13 through 20 - Delivery 270 DARO | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 3032151-101 | $1,259.52 | $1,239.74 | $1,223.26 | $1,207.87 | $1,195.78 | $1,183.69 | $1,173.80 | $1,165.01 |
| 3032161-009 | $934.20 | $914.42 | $896.83 | $882.55 | $869.36 | $857.27 | $847.38 | $837.49 |
| 3032170-002 | $547.33 | $527.55 | $511.06 | $495.68 | $482.49 | $470.40 | $460.51 | $451.71 |
| 3032170-003 | $564.92 | $545.13 | $527.55 | $513.26 | $501.17 | $489.08 | $479.19 | $469.30 |
| 3032173-101 | $7,013.11 | $6,992.23 | $6,972.45 | $6,954.86 | $6,940.58 | $6,927.39 | $6,915.30 | $6,905.41 |
| 3032177-101 | $12,166.61 | $12,144.63 | $12,124.85 | $12,108.36 | $12,092.98 | $12,080.89 | $12,068.80 | $12,057.81 |
| 3032178-101 | $529.75 | $509.96 | $492.38 | $478.09 | $464.90 | $453.91 | $444.02 | $434.13 |
| 3032182-501 | $1,083.67 | $1,063.89 | $1,047.41 | $1,032.02 | $1,019.93 | $1,006.74 | $996.85 | $988.06 |
| 3032187-101 | $2,378.37 | $2,359.69 | $2,342.10 | $2,326.71 | $2,314.62 | $2,303.63 | $2,292.64 | $2,283.85 |
| 3032187-102 | $2,378.37 | $2,359.69 | $2,342.10 | $2,326.71 | $2,314.62 | $2,303.63 | $2,292.64 | $2,283.85 |
| 3033182-101 | $919.91 | $901.23 | $883.65 | $868.26 | $856.17 | $845.18 | $834.19 | $824.30 |
| 3033182-102 | $661.64 | $641.85 | $625.37 | $609.98 | $597.89 | $586.90 | $575.91 | $566.02 |
| 3033198-101 | $6,469.08 | $6,447.10 | $6,428.41 | $6,410.83 | $6,396.54 | $6,382.25 | $6,371.26 | $6,361.37 |
| 3033199-101 | $5,676.65 | $5,654.67 | $5,634.89 | $5,618.40 | $5,603.02 | $5,590.93 | $5,578.84 | $5,567.85 |
| 3033200-501 | $1,059.50 | $1,037.51 | $1,018.83 | $1,001.25 | $986.96 | $973.77 | $962.78 | $950.69 |
| 3033211-101 | $1,104.56 | $1,084.77 | $1,067.19 | $1,052.90 | $1,039.71 | $1,028.72 | $1,018.83 | $1,008.94 |
| 3033222-101 | $833.09 | $813.31 | $797.92 | $782.53 | $769.34 | $758.35 | $747.36 | $738.57 |
| 3033224-101 | $884.74 | $864.96 | $848.48 | $833.09 | $821.00 | $808.91 | $799.02 | $789.13 |
| 3033225-101 | $1,051.80 | $1,032.02 | $1,015.53 | $1,000.15 | $988.06 | $974.87 | $964.98 | $955.08 |
| 3033228-002 | $1,241.94 | $1,223.26 | $1,206.77 | $1,192.48 | $1,178.19 | $1,167.20 | $1,156.21 | $1,147.42 |
| 3033228-003 | $1,241.94 | $1,223.26 | $1,206.77 | $1,192.48 | $1,178.19 | $1,167.20 | $1,156.21 | $1,147.42 |
| 3033228-101 | $4,146.76 | $4,125.88 | $4,110.49 | $4,095.10 | $4,081.92 | $4,069.83 | $4,059.93 | $4,051.14 |
| 3036689-101 | $7,418.67 | $7,390.09 | $7,364.81 | $7,342.83 | $7,323.05 | $7,306.56 | $7,290.08 | $7,276.89 |
| 3036690-001 | $537.44 | $517.66 | $501.17 | $485.79 | $473.70 | $461.61 | $451.71 | $441.82 |
| 3036698-501 | $3,002.64 | $2,982.85 | $2,967.47 | $2,952.08 | $2,938.89 | $2,926.80 | $2,916.91 | $2,908.12 |
| 3036698-503 | $3,002.64 | $2,982.85 | $2,967.47 | $2,952.08 | $2,938.89 | $2,926.80 | $2,916.91 | $2,908.12 |
| 3036699-501 | $3,048.80 | $3,029.01 | $3,011.43 | $2,997.14 | $2,983.95 | $2,972.96 | $2,963.07 | $2,952.08 |
| 3036699-503 | $3,048.80 | $3,029.01 | $3,011.43 | $2,997.14 | $2,983.95 | $2,972.96 | $2,963.07 | $2,952.08 |
| 3036700-501 | $2,923.50 | $2,904.82 | $2,888.33 | $2,874.05 | $2,859.76 | $2,848.77 | $2,837.78 | $2,828.99 |
| 3036700-503 | $2,923.50 | $2,904.82 | $2,888.33 | $2,874.05 | $2,859.76 | $2,848.77 | $2,837.78 | $2,828.99 |
| 3036701-101 | $20,129.32 | $20,108.44 | $20,088.65 | $20,071.07 | $20,056.78 | $20,043.59 | $20,032.60 | $20,021.61 |
| 3036720-101 | $615.47 | $595.69 | $578.11 | $563.82 | $550.63 | $539.64 | $529.75 | $518.76 |
| 3036720-103 | $615.47 | $595.69 | $578.11 | $563.82 | $550.63 | $539.64 | $529.75 | $518.76 |
| 3036721-101 | $618.77 | $598.99 | $581.40 | $567.12 | $553.93 | $541.84 | $531.95 | $522.05 |
| 3036721-103 | $618.77 | $598.99 | $581.40 | $567.12 | $553.93 | $541.84 | $531.95 | $522.05 |
| 3036722-101 | $619.87 | $600.09 | $582.50 | $568.21 | $555.03 | $544.04 | $534.14 | $524.25 |
| 3036722-103 | $619.87 | $600.09 | $582.50 | $568.21 | $555.03 | $544.04 | $534.14 | $524.25 |
| 3036724-001 | $537.44 | $517.66 | $501.17 | $485.79 | $473.70 | $461.61 | $451.71 | $441.82 |
| 3036725-001 | $3,141.12 | $3,121.34 | $3,104.85 | $3,090.56 | $3,077.37 | $3,065.28 | $3,055.39 | $3,046.60 |
| 3036726-001 | $3,241.13 | $3,222.45 | $3,204.86 | $3,190.58 | $3,176.29 | $3,165.30 | $3,154.31 | $3,145.51 |
| 3041771-101 | $1,713.44 | $1,693.65 | $1,677.17 | $1,661.78 | $1,649.69 | $1,637.60 | $1,627.71 | $1,617.82 |
| 3041771-102 | $1,727.73 | $1,709.04 | $1,691.46 | $1,677.17 | $1,662.88 | $1,651.89 | $1,640.90 | $1,632.11 |
| 3041773-101 | $2,212.41 | $2,192.63 | $2,176.14 | $2,161.85 | $2,147.57 | $2,136.58 | $2,125.59 | $2,116.79 |
| 3041780-101 | $3,715.93 | $3,692.85 | $3,674.16 | $3,657.68 | $3,642.29 | $3,629.10 | $3,618.11 | $3,607.12 |
| 3041792-102 | $2,574.00 | $2,552.02 | $2,533.34 | $2,515.75 | $2,501.46 | $2,488.28 | $2,476.19 | $2,465.20 |
| 3041798-101 | $1,540.88 | $1,521.10 | $1,504.62 | $1,489.23 | $1,477.14 | $1,463.95 | $1,454.06 | $1,445.27 |
| 3041799-101 | $1,518.90 | $1,499.12 | $1,483.73 | $1,468.35 | $1,455.16 | $1,444.17 | $1,433.18 | $1,424.38 |
| 3041800-101 | $1,276.01 | $1,256.23 | $1,238.64 | $1,224.35 | $1,211.17 | $1,200.18 | $1,190.28 | $1,179.29 |
| 3041801-101 | $1,358.44 | $1,338.66 | $1,321.07 | $1,306.78 | $1,293.60 | $1,282.61 | $1,272.71 | $1,262.82 |
| 3041942-101 | $1,445.27 | $1,425.48 | $1,409.00 | $1,394.71 | $1,380.42 | $1,369.43 | $1,359.54 | $1,349.65 |
| 3048346-101 | $540.74 | $520.96 | $504.47 | $489.08 | $476.99 | $464.90 | $455.01 | $445.12 |
| 3048346-103 | $556.13 | $537.44 | $519.86 | $505.57 | $492.38 | $481.39 | $470.40 | $461.61 |
| 3048351-101 | $2,745.46 | $2,722.38 | $2,703.69 | $2,687.21 | $2,672.92 | $2,658.63 | $2,647.64 | $2,636.65 |
| 3048357-101 | $32,892.72 | $32,864.15 | $32,838.87 | $32,815.79 | $32,797.10 | $32,779.52 | $32,765.23 | $32,750.94 |
| 3055379-101 | $633.06 | $612.18 | $596.79 | $581.40 | $568.21 | $556.13 | $546.23 | $537.44 |
| 3055431-101 | $1,520.00 | $1,501.32 | $1,483.73 | $1,468.35 | $1,456.26 | $1,445.27 | $1,434.28 | $1,425.48 |
| 3085290-109 | $822.10 | $802.32 | $784.73 | $770.44 | $758.35 | $746.26 | $736.37 | $725.38 |
| 3085290-110 | $773.74 | $753.96 | $737.47 | $722.08 | $708.89 | $696.81 | $686.91 | $678.12 |

## LHGXA LAMDA Spares

| Part Number | PRICE BY UNIT / UNIT PRICING FOR 13 through 20 - Delivery 270 DARO | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 3085290-111 | $822.10 | $802.32 | $784.73 | $770.44 | $758.35 | $746.26 | $736.37 | $725.38 |
| 3085290-112 | $822.10 | $802.32 | $784.73 | $770.44 | $758.35 | $746.26 | $736.37 | $725.38 |
| 3085290-113 | $822.10 | $802.32 | $784.73 | $770.44 | $758.35 | $746.26 | $736.37 | $725.38 |
| 3093159-101 | $2,191.53 | $2,171.75 | $2,154.16 | $2,139.87 | $2,125.59 | $2,114.59 | $2,104.70 | $2,094.81 |
| 3095337-501 | $54,688.22 | $54,659.64 | $54,634.36 | $54,612.38 | $54,592.60 | $54,576.11 | $54,559.63 | $54,546.44 |
| 3095341-102 | $838.58 | $819.90 | $803.41 | $789.13 | $774.84 | $763.85 | $752.86 | $744.06 |
| 3095342-101 | $661.64 | $641.85 | $625.37 | $609.98 | $597.89 | $586.90 | $575.91 | $566.02 |
| 3095343-101 | $1,226.55 | $1,206.77 | $1,191.38 | $1,176.00 | $1,162.81 | $1,150.72 | $1,140.83 | $1,132.03 |
| 3095344-101 | $936.40 | $916.62 | $899.03 | $884.74 | $872.66 | $860.57 | $850.67 | $840.78 |
| 3095345-101 | $1,283.70 | $1,263.92 | $1,247.44 | $1,232.05 | $1,219.96 | $1,207.87 | $1,197.98 | $1,188.09 |
| 3095348-009 | $906.73 | $886.94 | $870.46 | $856.17 | $841.88 | $830.89 | $821.00 | $811.11 |
| 3095349-101 | $1,493.63 | $1,474.94 | $1,457.36 | $1,441.97 | $1,428.78 | $1,417.79 | $1,406.80 | $1,398.01 |
| 3095351-001 | $777.04 | $758.35 | $740.77 | $726.48 | $713.29 | $702.30 | $691.31 | $682.52 |
| 3095351-003 | $2,683.91 | $2,664.13 | $2,647.64 | $2,632.25 | $2,619.06 | $2,606.97 | $2,597.08 | $2,588.29 |
| 3095351-004 | $2,683.91 | $2,664.13 | $2,647.64 | $2,632.25 | $2,619.06 | $2,606.97 | $2,597.08 | $2,588.29 |
| 3095355-101 | $790.23 | $770.44 | $752.86 | $738.57 | $724.28 | $713.29 | $703.40 | $693.51 |
| 3095413-101 | $1,147.42 | $1,127.64 | $1,112.25 | $1,096.86 | $1,083.67 | $1,072.68 | $1,061.69 | $1,052.90 |
| 3095540-101 | $888.04 | $868.26 | $851.77 | $836.39 | $824.30 | $811.11 | $801.22 | $792.42 |
| 3095730-101 | $649.55 | $629.76 | $612.18 | $597.89 | $583.60 | $572.61 | $562.72 | $552.83 |
| 3099125-001 | $622.07 | $602.29 | $584.70 | $570.41 | $556.13 | $545.13 | $535.24 | $525.35 |
| 3099126-001 | $658.34 | $638.55 | $622.07 | $606.68 | $594.59 | $582.50 | $572.61 | $563.82 |
| 3099127-001 | $603.38 | $583.60 | $567.12 | $551.73 | $539.64 | $527.55 | $517.66 | $508.87 |
| 3138751-101 | $46,435.36 | $45,185.73 | $44,085.57 | $43,105.20 | $42,228.15 | $41,434.63 | $40,714.75 | $40,057.51 |
| 3138752-101 | $5,532.68 | $5,488.71 | $5,450.25 | $5,417.28 | $5,387.60 | $5,361.22 | $5,337.04 | $5,315.06 |
| 3138755-101 | $2,305.83 | $2,261.87 | $2,223.40 | $2,190.43 | $2,160.76 | $2,134.38 | $2,110.20 | $2,089.32 |
| 3138757-101 | $8,293.52 | $8,250.66 | $8,211.09 | $8,178.12 | $8,148.44 | $8,122.07 | $8,097.89 | $8,078.10 |
| 3138759-101 | $23,693.57 | $23,548.50 | $23,423.21 | $23,313.30 | $23,215.48 | $23,128.66 | $23,052.82 | $22,982.48 |
| 3138763-101 | $37,560.44 | $36,622.94 | $35,795.34 | $35,056.77 | $34,394.04 | $33,795.05 | $33,249.92 | $32,750.94 |
| 3138771-101 | $70,657.59 | $69,128.79 | $67,772.55 | $66,554.79 | $65,456.82 | $64,458.88 | $63,545.56 | $62,705.45 |
| 3146999-101 | $15,706.69 | $15,684.71 | $15,664.93 | $15,648.44 | $15,633.06 | $15,620.97 | $15,608.88 | $15,597.89 |
| 3150674-101 | $9,610.20 | $9,589.31 | $9,569.53 | $9,551.95 | $9,537.66 | $9,524.47 | $9,512.38 | $9,502.49 |
| 3150675-101 | $4,000.59 | $3,978.60 | $3,959.92 | $3,942.33 | $3,926.95 | $3,914.86 | $3,903.87 | $3,891.78 |
| 3150678-101 | $1,194.68 | $1,174.90 | $1,158.41 | $1,143.02 | $1,130.93 | $1,118.84 | $1,108.95 | $1,099.06 |
| 3150683-101 | $678.12 | $658.34 | $640.75 | $626.47 | $613.28 | $602.29 | $592.39 | $581.40 |
| 3152352-101 | $80,107.32 | $78,401.58 | $76,884.87 | $75,524.23 | $74,294.38 | $73,176.64 | $72,153.41 | $71,213.71 |
| 3152360-101 | $18,469.73 | $18,324.66 | $18,199.36 | $18,089.46 | $17,992.74 | $17,905.92 | $17,828.98 | $17,758.64 |
| 3152361-101 | $17,121.19 | $16,976.11 | $16,850.82 | $16,740.91 | $16,643.09 | $16,556.27 | $16,480.43 | $16,410.09 |
| 3152364-101 | $1,480.44 | $1,460.65 | $1,444.17 | $1,428.78 | $1,416.69 | $1,404.60 | $1,394.71 | $1,383.72 |
| 3152365-101 | $39,754.17 | $39,609.09 | $39,483.80 | $39,373.89 | $39,276.07 | $39,190.35 | $39,113.41 | $39,043.07 |
| 3152377-101 | $1,017.73 | $997.95 | $980.36 | $966.08 | $952.89 | $940.80 | $930.91 | $921.01 |
| 3152378-101 | $966.08 | $946.29 | $929.81 | $914.42 | $901.23 | $889.14 | $879.25 | $869.36 |
| 3152380-101 | $1,404.60 | $1,384.82 | $1,368.33 | $1,352.95 | $1,340.86 | $1,329.86 | $1,317.78 | $1,308.98 |
| 3156277-101 | $908.92 | $889.14 | $872.66 | $858.37 | $845.18 | $833.09 | $823.20 | $813.31 |
| 3156278-101 | $1,167.20 | $1,147.42 | $1,132.03 | $1,116.65 | $1,103.46 | $1,091.37 | $1,081.48 | $1,072.68 |
| 3156278-102 | $1,167.20 | $1,147.42 | $1,132.03 | $1,116.65 | $1,103.46 | $1,091.37 | $1,081.48 | $1,072.68 |
| 3178897-101 | $1,878.30 | $1,858.51 | $1,840.93 | $1,826.64 | $1,813.45 | $1,802.46 | $1,792.57 | $1,781.58 |
| AE01A-D1369-101 | $2,355.29 | $2,336.61 | $2,319.02 | $2,304.73 | $2,291.54 | $2,280.55 | $2,268.46 | $2,259.67 |
| AMCFS-206-CO/CO-3A-SM | $919.91 | $901.23 | $883.65 | $868.26 | $856.17 | $845.18 | $834.19 | $824.30 |
| AMC-PW202-G/G-A | $815.50 | $795.72 | $778.14 | $763.85 | $750.66 | $739.67 | $729.78 | $719.89 |
| CW -11 - DIA | $815.50 | $795.72 | $778.14 | $763.85 | $750.66 | $739.67 | $729.78 | $719.89 |
| CW-119 | $919.91 | $901.23 | $883.65 | $868.26 | $856.17 | $845.18 | $834.19 | $824.30 |
| NMS-200W-30.0-NMR | $1,167.20 | $1,147.42 | $1,132.03 | $1,116.65 | $1,103.46 | $1,091.37 | $1,081.48 | $1,072.68 |

## LHGXA LAMDA Spares

| Part Number | PRICE BY UNIT / UNIT PRICING FOR 21 through 28 - Delivery 270 DARO | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 2005836-001 | $8,881.52 | $8,873.83 | $8,866.13 | $8,859.54 | $8,854.04 | $8,848.55 | $8,843.05 | $8,838.66 |
| 2011672-001 | $9,479.41 | $9,470.62 | $9,464.02 | $9,457.43 | $9,451.93 | $9,446.44 | $9,440.94 | $9,436.54 |
| 2011895-001 | $1,079.28 | $1,072.68 | $1,064.99 | $1,058.40 | $1,052.90 | $1,047.41 | $1,041.91 | $1,036.42 |
| 2012361-003 | $6,992.23 | $6,983.44 | $6,976.84 | $6,970.25 | $6,964.75 | $6,959.26 | $6,953.76 | $6,949.37 |
| 2012361-005 | $4,372.07 | $4,365.47 | $4,358.88 | $4,351.19 | $4,345.69 | $4,340.20 | $4,335.80 | $4,330.30 |
| 2016193-001 | $2,322.32 | $2,313.53 | $2,305.83 | $2,298.14 | $2,291.54 | $2,286.05 | $2,280.55 | $2,275.06 |
| 2016193-002 | $2,912.51 | $2,903.72 | $2,894.93 | $2,888.33 | $2,881.74 | $2,876.24 | $2,869.65 | $2,864.16 |
| 2016193-003 | $3,193.69 | $3,183.80 | $3,176.11 | $3,169.52 | $3,162.92 | $3,155.23 | $3,149.73 | $3,145.34 |
| 2016357-001 | $1,992.60 | $1,983.81 | $1,977.21 | $1,971.72 | $1,965.12 | $1,960.73 | $1,954.13 | $1,949.74 |
| 3020256-501 | $9,379.39 | $9,368.40 | $9,356.31 | $9,347.52 | $9,338.73 | $9,331.03 | $9,323.34 | $9,316.75 |
| 3020256-503 | $10,631.23 | $10,608.14 | $10,588.36 | $10,568.58 | $10,549.89 | $10,534.51 | $10,519.12 | $10,505.93 |
| 3020257-501 | $9,544.25 | $9,533.26 | $9,522.27 | $9,513.48 | $9,504.69 | $9,495.89 | $9,488.20 | $9,481.61 |
| 3020257-503 | $10,912.58 | $10,889.50 | $10,867.52 | $10,849.94 | $10,831.25 | $10,814.77 | $10,800.48 | $10,785.09 |
| 3020259-501 | $9,334.33 | $9,322.24 | $9,312.35 | $9,302.46 | $9,293.67 | $9,285.97 | $9,278.28 | $9,270.59 |
| 3020259-503 | $10,631.23 | $10,608.14 | $10,588.36 | $10,568.58 | $10,549.89 | $10,534.51 | $10,519.12 | $10,505.93 |
| 3020260-501 | $9,889.36 | $9,878.37 | $9,867.38 | $9,858.58 | $9,849.79 | $9,841.00 | $9,833.31 | $9,826.71 |
| 3020260-503 | $10,912.58 | $10,889.50 | $10,867.52 | $10,849.94 | $10,831.25 | $10,814.77 | $10,800.48 | $10,785.09 |
| 3020274-101 | $706.70 | $697.90 | $691.31 | $684.72 | $679.22 | $673.72 | $668.23 | $663.83 |
| 3020274-103 | $706.70 | $697.90 | $691.31 | $684.72 | $679.22 | $673.72 | $668.23 | $663.83 |
| 3020278-001 | $430.83 | $423.14 | $416.54 | $408.85 | $403.36 | $397.86 | $393.46 | $389.07 |
| 3020278-002 | $430.83 | $423.14 | $416.54 | $408.85 | $403.36 | $397.86 | $393.46 | $389.07 |
| 3020287-101 | $1,571.66 | $1,562.87 | $1,554.07 | $1,547.48 | $1,540.88 | $1,535.39 | $1,529.89 | $1,523.30 |
| 3020287-104 | $1,571.66 | $1,562.87 | $1,554.07 | $1,547.48 | $1,540.88 | $1,535.39 | $1,529.89 | $1,523.30 |
| 3020287-201 | $1,389.21 | $1,379.32 | $1,371.63 | $1,365.03 | $1,358.44 | $1,351.85 | $1,346.35 | $1,340.86 |
| 3020289-201 | $1,948.64 | $1,940.94 | $1,934.35 | $1,926.66 | $1,921.16 | $1,915.66 | $1,911.27 | $1,906.87 |
| 3022705-101 | $823.20 | $815.50 | $807.81 | $801.22 | $795.72 | $790.23 | $784.73 | $780.33 |
| 3022709-103 | $16,607.92 | $16,596.93 | $16,585.94 | $16,576.05 | $16,567.26 | $16,558.47 | $16,551.87 | $16,545.28 |
| 3022710-101 | $775.94 | $769.34 | $762.75 | $755.06 | $749.56 | $744.06 | $739.67 | $735.27 |
| 3022720-103 | $624.27 | $617.67 | $608.88 | $603.38 | $597.89 | $592.39 | $586.90 | $581.40 |
| 3027433-101 | $7,394.49 | $7,384.60 | $7,376.90 | $7,370.31 | $7,363.71 | $7,357.12 | $7,351.62 | $7,346.13 |
| 3027434-101 | $10,371.85 | $10,363.05 | $10,354.26 | $10,347.67 | $10,341.07 | $10,335.58 | $10,327.88 | $10,323.49 |
| 3031860-101 | $645.15 | $636.36 | $629.76 | $623.17 | $617.67 | $611.08 | $606.68 | $602.29 |
| 3031875-101 | $797.92 | $790.23 | $782.53 | $775.94 | $770.44 | $764.95 | $760.55 | $755.06 |
| 3031876-101 | $570.41 | $562.72 | $555.03 | $549.53 | $542.94 | $538.54 | $533.04 | $527.55 |
| 3031877-001 | $1,125.44 | $1,117.75 | $1,111.15 | $1,104.56 | $1,097.96 | $1,093.57 | $1,088.07 | $1,083.67 |
| 3031877-002 | $1,302.39 | $1,293.60 | $1,287.00 | $1,280.41 | $1,274.91 | $1,268.32 | $1,263.92 | $1,259.52 |
| 3031884-101 | $1,058.40 | $1,050.70 | $1,044.11 | $1,036.42 | $1,030.92 | $1,026.52 | $1,021.03 | $1,016.63 |
| 3031884-103 | $1,192.48 | $1,183.69 | $1,177.10 | $1,170.50 | $1,165.01 | $1,159.51 | $1,154.01 | $1,149.62 |
| 3032138-101 | $2,426.73 | $2,419.04 | $2,411.34 | $2,405.85 | $2,399.25 | $2,394.86 | $2,389.36 | $2,383.87 |
| 3032138-102 | $2,426.73 | $2,419.04 | $2,411.34 | $2,405.85 | $2,399.25 | $2,394.86 | $2,389.36 | $2,383.87 |
| 3032139-101 | $1,885.99 | $1,878.30 | $1,870.60 | $1,864.01 | $1,858.51 | $1,853.02 | $1,848.62 | $1,844.23 |
| 3032139-102 | $2,160.76 | $2,153.06 | $2,145.37 | $2,139.87 | $2,134.38 | $2,127.78 | $2,122.29 | $2,117.89 |
| 3032140-101 | $2,691.60 | $2,683.91 | $2,677.31 | $2,669.62 | $2,664.13 | $2,658.63 | $2,654.23 | $2,649.84 |
| 3032142-101 | $2,077.23 | $2,069.53 | $2,062.94 | $2,056.34 | $2,050.85 | $2,045.35 | $2,039.86 | $2,034.36 |
| 3032143-101 | $637.46 | $630.86 | $624.27 | $617.67 | $611.08 | $605.58 | $601.19 | $595.69 |
| 3032145-101 | $685.81 | $678.12 | $670.43 | $664.93 | $659.44 | $653.94 | $648.45 | $644.05 |
| 3032146-101 | $736.37 | $729.78 | $722.08 | $715.49 | $709.99 | $704.50 | $699.00 | $693.51 |
| 3032146-102 | $691.31 | $683.62 | $677.02 | $670.43 | $663.83 | $659.44 | $653.94 | $649.55 |
| 3032146-103 | $685.81 | $678.12 | $670.43 | $664.93 | $659.44 | $653.94 | $648.45 | $644.05 |
| 3032147-101 | $1,125.44 | $1,117.75 | $1,111.15 | $1,104.56 | $1,097.96 | $1,092.47 | $1,088.07 | $1,083.67 |
| 3032149-101 | $896.83 | $889.14 | $882.55 | $875.95 | $869.36 | $863.86 | $859.47 | $855.07 |
| 3032149-102 | $896.83 | $889.14 | $882.55 | $875.95 | $869.36 | $863.86 | $859.47 | $855.07 |
| 3032149-103 | $762.75 | $753.96 | $747.36 | $740.77 | $735.27 | $729.78 | $724.28 | $719.89 |
| 3032149-104 | $755.06 | $747.36 | $740.77 | $734.17 | $727.58 | $722.08 | $717.69 | $713.29 |
| 3032149-105 | $749.56 | $741.87 | $735.27 | $727.58 | $722.08 | $716.59 | $712.19 | $707.80 |
| 3032150-101 | $762.75 | $753.96 | $747.36 | $740.77 | $735.27 | $729.78 | $724.28 | $719.89 |

## LHGXA LAMDA Spares

| Part Number | PRICE BY UNIT / UNIT PRICING FOR 21 through 28 - Delivery 270 DARO | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 3032151-101 | $1,107.85 | $1,101.26 | $1,093.57 | $1,086.97 | $1,081.48 | $1,075.98 | $1,070.49 | $1,066.09 |
| 3032161-009 | $796.82 | $789.13 | $781.43 | $774.84 | $769.34 | $763.85 | $759.45 | $753.96 |
| 3032170-002 | $438.53 | $430.83 | $424.24 | $418.74 | $411.05 | $406.65 | $401.16 | $396.76 |
| 3032170-003 | $455.01 | $447.32 | $439.62 | $433.03 | $427.54 | $422.04 | $417.64 | $412.15 |
| 3032173-101 | $6,728.46 | $6,719.66 | $6,711.97 | $6,705.38 | $6,697.68 | $6,691.09 | $6,685.59 | $6,681.20 |
| 3032177-101 | $11,588.51 | $11,578.62 | $11,570.92 | $11,564.33 | $11,556.64 | $11,550.04 | $11,544.55 | $11,540.15 |
| 3032178-101 | $424.24 | $416.54 | $408.85 | $402.26 | $396.76 | $391.27 | $386.87 | $381.37 |
| 3032182-501 | $938.60 | $932.00 | $923.21 | $917.72 | $912.22 | $906.73 | $901.23 | $895.74 |
| 3032187-101 | $2,138.77 | $2,132.18 | $2,123.39 | $2,117.89 | $2,112.40 | $2,106.90 | $2,101.41 | $2,095.91 |
| 3032187-102 | $2,138.77 | $2,132.18 | $2,123.39 | $2,117.89 | $2,112.40 | $2,106.90 | $2,101.41 | $2,095.91 |
| 3033182-101 | $763.85 | $755.06 | $748.46 | $741.87 | $736.37 | $731.98 | $725.38 | $720.98 |
| 3033182-102 | $538.54 | $531.95 | $524.25 | $517.66 | $512.16 | $506.67 | $502.27 | $495.68 |
| 3033198-101 | $6,042.64 | $6,033.85 | $6,026.16 | $6,019.56 | $6,011.87 | $6,006.37 | $6,000.88 | $5,995.38 |
| 3033199-101 | $5,289.78 | $5,280.99 | $5,273.30 | $5,265.61 | $5,259.01 | $5,253.52 | $5,248.02 | $5,241.43 |
| 3033200-501 | $904.53 | $895.74 | $888.04 | $880.35 | $873.75 | $867.16 | $861.66 | $856.17 |
| 3033211-101 | $923.21 | $915.52 | $908.92 | $903.43 | $895.74 | $891.34 | $885.84 | $881.45 |
| 3033222-101 | $717.69 | $711.09 | $703.40 | $696.81 | $691.31 | $685.81 | $680.32 | $675.92 |
| 3033224-101 | $749.56 | $742.97 | $735.27 | $729.78 | $723.18 | $717.69 | $712.19 | $707.80 |
| 3033225-101 | $930.91 | $922.11 | $915.52 | $910.02 | $903.43 | $897.93 | $892.44 | $888.04 |
| 3033228-002 | $1,073.78 | $1,066.09 | $1,058.40 | $1,052.90 | $1,047.41 | $1,040.81 | $1,035.32 | $1,030.92 |
| 3033228-003 | $1,073.78 | $1,066.09 | $1,058.40 | $1,052.90 | $1,047.41 | $1,040.81 | $1,035.32 | $1,030.92 |
| 3033228-101 | $3,609.32 | $3,602.72 | $3,596.13 | $3,589.54 | $3,582.94 | $3,577.45 | $3,571.95 | $3,567.55 |
| 3036689-101 | $6,913.10 | $6,902.11 | $6,891.12 | $6,882.33 | $6,873.53 | $6,864.74 | $6,857.05 | $6,850.45 |
| 3036690-001 | $430.83 | $423.14 | $416.54 | $408.85 | $403.36 | $397.86 | $393.46 | $389.07 |
| 3036698-501 | $2,763.04 | $2,754.25 | $2,747.65 | $2,742.16 | $2,735.56 | $2,731.17 | $2,724.57 | $2,720.18 |
| 3036698-503 | $2,763.04 | $2,754.25 | $2,747.65 | $2,742.16 | $2,735.56 | $2,731.17 | $2,724.57 | $2,720.18 |
| 3036699-501 | $2,805.90 | $2,798.21 | $2,791.62 | $2,783.92 | $2,778.43 | $2,772.93 | $2,768.54 | $2,764.14 |
| 3036699-503 | $2,805.90 | $2,798.21 | $2,791.62 | $2,783.92 | $2,778.43 | $2,772.93 | $2,768.54 | $2,764.14 |
| 3036700-501 | $2,687.21 | $2,680.61 | $2,674.02 | $2,666.32 | $2,660.83 | $2,655.33 | $2,650.94 | $2,645.44 |
| 3036700-503 | $2,687.21 | $2,680.61 | $2,674.02 | $2,666.32 | $2,660.83 | $2,655.33 | $2,650.94 | $2,645.44 |
| 3036701-101 | $17,738.86 | $17,730.07 | $17,722.37 | $17,715.78 | $17,709.18 | $17,701.49 | $17,695.99 | $17,691.60 |
| 3036720-101 | $497.88 | $490.18 | $483.59 | $476.99 | $470.40 | $464.90 | $460.51 | $456.11 |
| 3036720-103 | $497.88 | $490.18 | $483.59 | $476.99 | $470.40 | $464.90 | $460.51 | $456.11 |
| 3036721-101 | $501.17 | $492.38 | $485.79 | $480.29 | $474.79 | $468.20 | $462.71 | $458.31 |
| 3036721-103 | $501.17 | $492.38 | $485.79 | $480.29 | $474.79 | $468.20 | $462.71 | $458.31 |
| 3036722-101 | $502.27 | $494.58 | $487.98 | $481.39 | $475.89 | $469.30 | $464.90 | $459.41 |
| 3036722-103 | $502.27 | $494.58 | $487.98 | $481.39 | $475.89 | $469.30 | $464.90 | $459.41 |
| 3036724-001 | $430.83 | $423.14 | $416.54 | $408.85 | $403.36 | $397.86 | $393.46 | $389.07 |
| 3036725-001 | $2,872.95 | $2,864.16 | $2,857.56 | $2,852.07 | $2,845.47 | $2,839.98 | $2,834.48 | $2,830.08 |
| 3036726-001 | $2,966.37 | $2,959.77 | $2,952.08 | $2,945.49 | $2,939.99 | $2,934.50 | $2,930.10 | $2,923.50 |
| 3041771-101 | $1,478.24 | $1,469.45 | $1,462.85 | $1,457.36 | $1,450.76 | $1,446.37 | $1,439.77 | $1,435.37 |
| 3041771-102 | $1,490.33 | $1,482.63 | $1,476.04 | $1,469.45 | $1,463.95 | $1,458.46 | $1,452.96 | $1,448.56 |
| 3041773-101 | $1,912.37 | $1,904.67 | $1,896.98 | $1,890.39 | $1,884.89 | $1,879.40 | $1,875.00 | $1,869.50 |
| 3041780-101 | $3,286.19 | $3,277.40 | $3,268.61 | $3,262.02 | $3,255.42 | $3,248.83 | $3,242.23 | $3,237.84 |
| 3041792-102 | $2,245.38 | $2,236.59 | $2,228.90 | $2,221.20 | $2,213.51 | $2,208.02 | $2,202.52 | $2,197.02 |
| 3041798-101 | $1,327.67 | $1,319.97 | $1,313.38 | $1,306.78 | $1,301.29 | $1,294.69 | $1,290.30 | $1,285.90 |
| 3041799-101 | $1,310.08 | $1,302.39 | $1,294.69 | $1,288.10 | $1,282.61 | $1,277.11 | $1,272.71 | $1,267.22 |
| 3041800-101 | $1,096.86 | $1,089.17 | $1,082.58 | $1,077.08 | $1,070.49 | $1,064.99 | $1,059.50 | $1,055.10 |
| 3041801-101 | $1,169.40 | $1,161.71 | $1,154.01 | $1,147.42 | $1,141.93 | $1,136.43 | $1,132.03 | $1,126.54 |
| 3041942-101 | $1,245.24 | $1,236.44 | $1,229.85 | $1,224.35 | $1,218.86 | $1,212.27 | $1,206.77 | $1,202.37 |
| 3048346-101 | $433.03 | $426.44 | $418.74 | $412.15 | $406.65 | $401.16 | $395.66 | $391.27 |
| 3048346-103 | $448.42 | $439.62 | $433.03 | $426.44 | $420.94 | $415.45 | $409.95 | $405.55 |
| 3048351-101 | $2,436.62 | $2,427.83 | $2,420.13 | $2,412.44 | $2,405.85 | $2,399.25 | $2,393.76 | $2,389.36 |
| 3048357-101 | $31,113.34 | $31,101.25 | $31,091.36 | $31,082.57 | $31,072.68 | $31,064.98 | $31,058.39 | $31,050.69 |
| 3055379-101 | $513.26 | $506.67 | $497.88 | $492.38 | $486.88 | $481.39 | $475.89 | $470.40 |
| 3055431-101 | $1,290.30 | $1,282.61 | $1,276.01 | $1,268.32 | $1,262.82 | $1,257.33 | $1,252.93 | $1,248.53 |
| 3085290-109 | $703.40 | $694.61 | $688.01 | $681.42 | $675.92 | $670.43 | $664.93 | $660.54 |
| 3085290-110 | $660.54 | $652.84 | $646.25 | $639.65 | $633.06 | $628.66 | $623.17 | $618.77 |

## LHGXA LAMDA Spares

| Part Number | PRICE BY UNIT / UNIT PRICING FOR 21 through 28 - Delivery 270 DARO | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 3085290-111 | $703.40 | $694.61 | $688.01 | $681.42 | $675.92 | $670.43 | $664.93 | $660.54 |
| 3085290-112 | $703.40 | $694.61 | $688.01 | $681.42 | $675.92 | $670.43 | $664.93 | $660.54 |
| 3085290-113 | $703.40 | $694.61 | $688.01 | $681.42 | $675.92 | $670.43 | $664.93 | $660.54 |
| 3093159-101 | $1,873.90 | $1,865.11 | $1,858.51 | $1,851.92 | $1,846.42 | $1,839.83 | $1,835.43 | $1,831.04 |
| 3095337-501 | $48,397.19 | $48,385.10 | $48,375.21 | $48,365.31 | $48,355.42 | $48,347.73 | $48,341.14 | $48,333.44 |
| 3095341-102 | $693.51 | $685.81 | $679.22 | $672.63 | $666.03 | $660.54 | $656.14 | $651.74 |
| 3095342-101 | $538.54 | $531.95 | $524.25 | $517.66 | $512.16 | $506.67 | $502.27 | $495.68 |
| 3095343-101 | $1,029.82 | $1,023.23 | $1,016.63 | $1,008.94 | $1,003.44 | $997.95 | $993.55 | $988.06 |
| 3095344-101 | $777.04 | $770.44 | $762.75 | $756.15 | $750.66 | $745.16 | $739.67 | $735.27 |
| 3095345-101 | $1,079.28 | $1,072.68 | $1,064.99 | $1,058.40 | $1,052.90 | $1,047.41 | $1,041.91 | $1,036.42 |
| 3095348-009 | $756.15 | $748.46 | $741.87 | $735.27 | $729.78 | $723.18 | $718.79 | $714.39 |
| 3095349-101 | $1,261.72 | $1,254.03 | $1,247.44 | $1,240.84 | $1,234.25 | $1,229.85 | $1,224.35 | $1,219.96 |
| 3095351-001 | $645.15 | $636.36 | $629.76 | $623.17 | $617.67 | $611.08 | $606.68 | $602.29 |
| 3095351-003 | $2,301.44 | $2,293.74 | $2,286.05 | $2,280.55 | $2,275.06 | $2,268.46 | $2,262.97 | $2,258.57 |
| 3095351-004 | $2,301.44 | $2,293.74 | $2,286.05 | $2,280.55 | $2,275.06 | $2,268.46 | $2,262.97 | $2,258.57 |
| 3095355-101 | $649.55 | $641.85 | $635.26 | $628.66 | $623.17 | $617.67 | $612.18 | $606.68 |
| 3095413-101 | $986.96 | $978.17 | $971.57 | $966.08 | $959.48 | $953.99 | $948.49 | $944.09 |
| 3095540-101 | $735.27 | $727.58 | $720.98 | $714.39 | $708.89 | $703.40 | $697.90 | $692.41 |
| 3095730-101 | $527.55 | $519.86 | $513.26 | $506.67 | $501.17 | $494.58 | $490.18 | $485.79 |
| 3099125-001 | $504.47 | $495.68 | $489.08 | $482.49 | $476.99 | $470.40 | $466.00 | $461.61 |
| 3099126-001 | $536.34 | $527.55 | $520.96 | $514.36 | $508.87 | $503.37 | $497.88 | $493.48 |
| 3099127-001 | $487.98 | $480.29 | $473.70 | $467.10 | $460.51 | $456.11 | $450.62 | $446.22 |
| 3138751-101 | $39,453.02 | $38,895.80 | $38,380.34 | $37,900.05 | $37,453.83 | $37,036.19 | $36,643.82 | $36,274.54 |
| 3138752-101 | $4,740.25 | $4,722.67 | $4,707.28 | $4,691.89 | $4,678.71 | $4,666.62 | $4,655.63 | $4,644.64 |
| 3138755-101 | $1,934.35 | $1,916.76 | $1,901.38 | $1,885.99 | $1,873.90 | $1,860.71 | $1,849.72 | $1,837.63 |
| 3138757-101 | $7,141.70 | $7,124.12 | $7,108.73 | $7,093.35 | $7,080.16 | $7,068.07 | $7,055.98 | $7,046.09 |
| 3138759-101 | $21,939.47 | $21,882.32 | $21,830.66 | $21,782.31 | $21,738.34 | $21,697.68 | $21,660.31 | $21,625.14 |
| 3138763-101 | $32,292.63 | $31,869.50 | $31,478.23 | $31,113.34 | $30,772.63 | $30,453.90 | $30,153.86 | $29,871.40 |
| 3138771-101 | $61,932.13 | $61,213.35 | $60,545.12 | $59,919.75 | $59,333.95 | $58,784.42 | $58,265.66 | $57,776.58 |
| 3146999-101 | $13,687.72 | $13,678.92 | $13,670.13 | $13,663.54 | $13,656.94 | $13,651.45 | $13,645.95 | $13,639.36 |
| 3150674-101 | $8,559.49 | $8,549.60 | $8,541.91 | $8,535.31 | $8,527.62 | $8,522.13 | $8,516.63 | $8,511.13 |
| 3150675-101 | $3,670.87 | $3,663.17 | $3,655.48 | $3,647.79 | $3,641.19 | $3,634.60 | $3,629.10 | $3,623.61 |
| 3150678-101 | $1,002.34 | $994.65 | $988.06 | $980.36 | $974.87 | $969.37 | $964.98 | $960.58 |
| 3150683-101 | $552.83 | $545.13 | $538.54 | $531.95 | $525.35 | $519.86 | $515.46 | $511.06 |
| 3152352-101 | $70,344.35 | $69,537.64 | $68,786.98 | $68,085.78 | $67,427.44 | $66,808.67 | $66,226.17 | $65,674.44 |
| 3152360-101 | $17,184.93 | $17,127.78 | $17,076.12 | $17,027.76 | $16,983.80 | $16,943.14 | $16,905.77 | $16,870.60 |
| 3152361-101 | $16,012.23 | $15,955.08 | $15,903.42 | $15,855.07 | $15,811.10 | $15,770.44 | $15,733.07 | $15,697.90 |
| 3152364-101 | $1,255.13 | $1,247.44 | $1,239.74 | $1,233.15 | $1,227.65 | $1,223.26 | $1,217.76 | $1,212.27 |
| 3152365-101 | $35,906.35 | $35,849.20 | $35,796.44 | $35,748.08 | $35,704.12 | $35,663.46 | $35,626.09 | $35,592.02 |
| 3152377-101 | $848.48 | $839.68 | $833.09 | $826.49 | $821.00 | $815.50 | $810.01 | $805.61 |
| 3152378-101 | $802.32 | $795.72 | $789.13 | $781.43 | $775.94 | $770.44 | $766.05 | $760.55 |
| 3152380-101 | $1,184.79 | $1,177.10 | $1,170.50 | $1,163.91 | $1,158.41 | $1,151.82 | $1,147.42 | $1,143.02 |
| 3156277-101 | $778.14 | $771.54 | $763.85 | $758.35 | $751.76 | $746.26 | $740.77 | $736.37 |
| 3156278-102 | $1,003.44 | $995.75 | $989.16 | $981.46 | $975.97 | $970.47 | $966.08 | $961.68 |
| 3178897-101 | $1,621.12 | $1,613.42 | $1,606.83 | $1,600.23 | $1,594.74 | $1,589.24 | $1,583.75 | $1,578.25 |
| AE01A-D1369-101 | $2,040.96 | $2,033.26 | $2,026.67 | $2,020.08 | $2,013.48 | $2,007.99 | $2,003.59 | $1,999.19 |
| AMCFS-206-CO/CO-3A-SM | $763.85 | $755.06 | $748.46 | $741.87 | $736.37 | $731.98 | $725.38 | $720.98 |
| AMC-PW202-G/G-A | $672.63 | $663.83 | $657.24 | $651.74 | $645.15 | $639.65 | $634.16 | $629.76 |
| CW -11 - DIA | $683.62 | $677.02 | $669.33 | $662.73 | $657.24 | $651.74 | $647.35 | $640.75 |
| CW-119 | $763.85 | $755.06 | $748.46 | $741.87 | $736.37 | $731.98 | $725.38 | $720.98 |
| NMS-200W-30.0-NMR | $1,003.44 | $995.75 | $989.16 | $981.46 | $975.97 | $970.47 | $966.08 | $961.68 |

## LHGXA LAMDA Spares

| Part Number | PRICE BY UNIT / UNIT PRICING FOR 29 through 36 - Delivery 270 DARO | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 |
| 2005836-001 | $8,834.26 | $8,829.86 | $8,826.57 | $8,823.27 | $8,819.97 | $8,816.67 | $8,813.38 | $8,810.08 |
| 2011672-001 | $9,432.15 | $9,427.75 | $9,424.46 | $9,421.16 | $9,417.86 | $9,413.46 | $9,411.27 | $9,407.97 |
| 2011895-001 | $1,033.12 | $1,028.72 | $1,025.42 | $1,022.13 | $1,018.83 | $1,015.53 | $1,011.14 | $1,008.94 |
| 2012361-003 | $6,944.97 | $6,940.58 | $6,937.28 | $6,933.98 | $6,930.68 | $6,926.29 | $6,924.09 | $6,920.79 |
| 2012361-005 | $4,325.91 | $4,321.51 | $4,318.21 | $4,314.92 | $4,311.62 | $4,308.32 | $4,305.03 | $4,302.83 |
| 2016193-001 | $2,269.56 | $2,265.17 | $2,260.77 | $2,256.37 | $2,253.08 | $2,249.78 | $2,246.48 | $2,242.09 |
| 2016193-002 | $2,859.76 | $2,855.36 | $2,850.97 | $2,846.57 | $2,842.17 | $2,838.88 | $2,835.58 | $2,832.28 |
| 2016193-003 | $3,139.84 | $3,135.45 | $3,126.66 | $3,126.66 | $3,123.36 | $3,118.96 | $3,115.67 | $3,113.47 |
| 2016357-001 | $1,945.34 | $1,942.04 | $1,937.65 | $1,934.35 | $1,931.05 | $1,926.66 | $1,924.46 | $1,921.16 |
| 3020256-501 | $9,310.15 | $9,304.66 | $9,298.06 | $9,292.57 | $9,288.17 | $9,282.68 | $9,279.38 | $9,274.98 |
| 3020256-503 | $10,480.65 | $10,480.65 | $10,468.56 | $10,458.67 | $10,448.78 | $10,438.89 | $10,430.10 | $10,421.30 |
| 3020257-501 | $9,476.11 | $9,468.42 | $9,462.92 | $9,458.53 | $9,453.03 | $9,448.63 | $9,443.14 | $9,439.84 |
| 3020257-503 | $10,773.00 | $10,760.91 | $10,749.92 | $10,738.93 | $10,727.94 | $10,719.15 | $10,710.36 | $10,702.66 |
| 3020259-501 | $9,263.99 | $9,258.50 | $9,253.00 | $9,247.51 | $9,242.01 | $9,237.61 | $9,233.22 | $9,228.82 |
| 3020259-503 | $10,491.64 | $10,480.65 | $10,468.56 | $10,458.67 | $10,448.78 | $10,438.89 | $10,430.10 | $10,421.30 |
| 3020260-501 | $9,821.22 | $9,813.52 | $9,808.03 | $9,803.63 | $9,798.14 | $9,793.74 | $9,789.34 | $9,784.95 |
| 3020260-503 | $10,773.00 | $10,760.91 | $10,749.92 | $10,738.93 | $10,727.94 | $10,719.15 | $10,710.36 | $10,702.66 |
| 3020274-101 | $659.44 | $655.04 | $651.74 | $648.45 | $645.15 | $640.75 | $637.46 | $635.26 |
| 3020274-103 | $659.44 | $655.04 | $651.74 | $648.45 | $645.15 | $640.75 | $637.46 | $635.26 |
| 3020278-001 | $383.57 | $379.18 | $375.88 | $372.58 | $369.28 | $365.99 | $363.79 | $360.49 |
| 3020278-002 | $383.57 | $379.18 | $375.88 | $372.58 | $369.28 | $365.99 | $363.79 | $360.49 |
| 3020287-101 | $1,518.90 | $1,513.41 | $1,510.11 | $1,505.71 | $1,502.42 | $1,498.02 | $1,494.72 | $1,491.43 |
| 3020287-104 | $1,518.90 | $1,513.41 | $1,510.11 | $1,505.71 | $1,502.42 | $1,498.02 | $1,494.72 | $1,491.43 |
| 3020287-201 | $1,336.46 | $1,332.06 | $1,326.57 | $1,322.17 | $1,318.87 | $1,315.58 | $1,312.28 | $1,308.98 |
| 3020289-201 | $1,902.48 | $1,896.98 | $1,893.68 | $1,890.39 | $1,887.09 | $1,883.79 | $1,881.59 | $1,878.30 |
| 3022705-101 | $775.94 | $771.54 | $768.24 | $764.95 | $761.65 | $758.35 | $753.96 | $751.76 |
| 3022709-103 | $16,538.68 | $16,533.19 | $16,526.59 | $16,521.10 | $16,516.70 | $16,512.30 | $16,507.91 | $16,503.51 |
| 3022710-101 | $730.88 | $725.38 | $722.08 | $718.79 | $715.49 | $712.19 | $708.89 | $706.70 |
| 3022720-103 | $578.11 | $573.71 | $570.41 | $566.02 | $563.82 | $560.52 | $556.13 | $553.93 |
| 3027433-101 | $7,341.73 | $7,337.34 | $7,332.94 | $7,327.45 | $7,324.15 | $7,320.85 | $7,317.55 | $7,314.26 |
| 3027434-101 | $10,317.99 | $10,313.60 | $10,310.30 | $10,305.90 | $10,302.61 | $10,298.21 | $10,294.91 | $10,291.61 |
| 3031860-101 | $597.89 | $593.49 | $590.20 | $586.90 | $582.50 | $579.21 | $575.91 | $573.71 |
| 3031875-101 | $750.66 | $746.26 | $742.97 | $739.67 | $736.37 | $733.07 | $730.88 | $726.48 |
| 3031876-101 | $523.15 | $519.86 | $515.46 | $512.16 | $508.87 | $506.67 | $503.37 | $498.97 |
| 3031877-001 | $1,079.28 | $1,075.98 | $1,070.49 | $1,067.19 | $1,063.89 | $1,060.59 | $1,058.40 | $1,055.10 |
| 3031877-002 | $1,255.13 | $1,250.73 | $1,247.44 | $1,244.14 | $1,239.74 | $1,236.44 | $1,233.15 | $1,230.95 |
| 3031884-101 | $1,011.14 | $1,007.84 | $1,003.44 | $1,000.15 | $996.85 | $993.55 | $991.35 | $988.06 |
| 3031884-103 | $1,145.22 | $1,140.83 | $1,137.53 | $1,134.23 | $1,130.93 | $1,126.54 | $1,124.34 | $1,121.04 |
| 3032138-101 | $2,379.47 | $2,376.17 | $2,371.78 | $2,368.48 | $2,365.18 | $2,362.98 | $2,359.69 | $2,356.39 |
| 3032138-102 | $2,379.47 | $2,376.17 | $2,371.78 | $2,368.48 | $2,365.18 | $2,362.98 | $2,359.69 | $2,356.39 |
| 3032139-101 | $1,838.73 | $1,835.43 | $1,831.04 | $1,827.74 | $1,824.44 | $1,821.15 | $1,818.95 | $1,815.65 |
| 3032139-102 | $2,113.50 | $2,110.20 | $2,106.90 | $2,102.51 | $2,098.11 | $2,095.91 | $2,092.61 | $2,090.42 |
| 3032140-101 | $2,645.44 | $2,639.95 | $2,636.65 | $2,633.35 | $2,630.05 | $2,626.76 | $2,624.56 | $2,621.26 |
| 3032142-101 | $2,031.07 | $2,026.67 | $2,023.37 | $2,020.08 | $2,016.78 | $2,012.38 | $2,009.09 | $2,006.89 |
| 3032143-101 | $592.39 | $588.00 | $583.60 | $580.30 | $577.01 | $573.71 | $570.41 | $568.21 |
| 3032145-101 | $638.55 | $635.26 | $630.86 | $627.56 | $624.27 | $622.07 | $618.77 | $616.57 |
| 3032146-101 | $690.21 | $685.81 | $682.52 | $679.22 | $675.92 | $672.63 | $668.23 | $666.03 |
| 3032146-102 | $645.15 | $640.75 | $636.36 | $633.06 | $629.76 | $627.56 | $624.27 | $620.97 |
| 3032146-103 | $638.55 | $635.26 | $630.86 | $627.56 | $624.27 | $622.07 | $618.77 | $616.57 |
| 3032147-101 | $1,079.28 | $1,074.88 | $1,070.49 | $1,067.19 | $1,063.89 | $1,060.59 | $1,058.40 | $1,055.10 |
| 3032149-101 | $850.67 | $846.28 | $841.88 | $838.58 | $835.29 | $831.99 | $828.69 | $826.49 |
| 3032149-102 | $850.67 | $846.28 | $841.88 | $838.58 | $835.29 | $831.99 | $828.69 | $826.49 |
| 3032149-103 | $715.49 | $711.09 | $707.80 | $704.50 | $701.20 | $696.81 | $694.61 | $691.31 |
| 3032149-104 | $708.89 | $704.50 | $701.20 | $696.81 | $693.51 | $690.21 | $688.01 | $684.72 |
| 3032149-105 | $703.40 | $697.90 | $694.61 | $691.31 | $688.01 | $684.72 | $682.52 | $679.22 |
| 3032150-101 | $715.49 | $711.09 | $707.80 | $704.50 | $701.20 | $696.81 | $694.61 | $691.31 |

## LHGXA LAMDA Spares

| Part Number | PRICE BY UNIT / UNIT PRICING FOR 29 through 36 - Delivery 270 DARO | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 |
| 3032151-101 | $1,061.69 | $1,057.30 | $1,054.00 | $1,050.70 | $1,047.41 | $1,044.11 | $1,039.71 | $1,037.51 |
| 3032161-009 | $749.56 | $745.16 | $741.87 | $738.57 | $735.27 | $731.98 | $729.78 | $725.38 |
| 3032170-002 | $392.37 | $389.07 | $383.57 | $380.28 | $376.98 | $374.78 | $371.48 | $369.28 |
| 3032170-003 | $407.75 | $403.36 | $400.06 | $396.76 | $393.46 | $390.17 | $387.97 | $383.57 |
| 3032173-101 | $6,675.70 | $6,670.21 | $6,665.81 | $6,662.51 | $6,658.12 | $6,654.82 | $6,651.52 | $6,649.32 |
| 3032177-101 | $11,534.65 | $11,529.16 | $11,524.76 | $11,521.47 | $11,518.17 | $11,513.77 | $11,510.47 | $11,508.28 |
| 3032178-101 | $376.98 | $372.58 | $369.28 | $365.99 | $362.69 | $359.39 | $355.00 | $352.80 |
| 3032182-501 | $892.44 | $888.04 | $884.74 | $880.35 | $878.15 | $874.85 | $870.46 | $868.26 |
| 3032187-101 | $2,091.51 | $2,088.22 | $2,084.92 | $2,080.52 | $2,078.33 | $2,075.03 | $2,070.63 | $2,068.43 |
| 3032187-102 | $2,091.51 | $2,088.22 | $2,084.92 | $2,080.52 | $2,078.33 | $2,075.03 | $2,070.63 | $2,068.43 |
| 3033182-101 | $716.59 | $713.29 | $708.89 | $705.60 | $702.30 | $697.90 | $695.71 | $692.41 |
| 3033182-102 | $492.38 | $487.98 | $484.69 | $481.39 | $478.09 | $474.79 | $470.40 | $468.20 |
| 3033198-101 | $5,990.99 | $5,985.49 | $5,981.09 | $5,976.70 | $5,973.40 | $5,970.10 | $5,966.81 | $5,963.51 |
| 3033199-101 | $5,237.03 | $5,232.63 | $5,228.24 | $5,223.84 | $5,220.54 | $5,217.25 | $5,212.85 | $5,209.55 |
| 3033200-501 | $851.77 | $847.38 | $841.88 | $837.49 | $834.19 | $830.89 | $827.59 | $824.30 |
| 3033211-101 | $877.05 | $873.75 | $868.26 | $864.96 | $861.66 | $858.37 | $856.17 | $852.87 |
| 3033222-101 | $670.43 | $667.13 | $663.83 | $659.44 | $656.14 | $653.94 | $650.64 | $648.45 |
| 3033224-101 | $704.50 | $699.00 | $695.71 | $691.31 | $689.11 | $685.81 | $682.52 | $680.32 |
| 3033225-101 | $883.65 | $880.35 | $875.95 | $872.66 | $868.26 | $864.96 | $862.76 | $859.47 |
| 3033228-002 | $1,027.62 | $1,023.23 | $1,019.93 | $1,015.53 | $1,012.24 | $1,008.94 | $1,005.64 | $1,003.44 |
| 3033228-003 | $1,027.62 | $1,023.23 | $1,019.93 | $1,015.53 | $1,012.24 | $1,008.94 | $1,005.64 | $1,003.44 |
| 3033228-101 | $3,564.26 | $3,559.86 | $3,555.46 | $3,552.17 | $3,548.87 | $3,545.57 | $3,542.28 | $3,540.08 |
| 3036689-101 | $6,844.96 | $6,837.26 | $6,831.77 | $6,827.37 | $6,821.88 | $6,817.48 | $6,811.99 | #REF! |
| 3036690-001 | $383.57 | $379.18 | $375.88 | $372.58 | $369.28 | $365.99 | $363.79 | $360.49 |
| 3036698-501 | $2,715.78 | $2,712.48 | $2,708.09 | $2,704.79 | $2,701.49 | $2,698.20 | $2,694.90 | $2,691.60 |
| 3036698-503 | $2,715.78 | $2,712.48 | $2,708.09 | $2,704.79 | $2,701.49 | $2,698.20 | $2,694.90 | $2,691.60 |
| 3036699-501 | $2,759.74 | $2,754.25 | $2,750.95 | $2,747.65 | $2,744.36 | $2,741.06 | $2,738.86 | $2,735.56 |
| 3036699-503 | $2,759.74 | $2,754.25 | $2,750.95 | $2,747.65 | $2,744.36 | $2,741.06 | $2,738.86 | $2,735.56 |
| 3036700-501 | $2,641.05 | $2,636.65 | $2,633.35 | $2,630.05 | $2,626.76 | $2,623.46 | $2,620.16 | $2,617.97 |
| 3036700-503 | $2,641.05 | $2,636.65 | $2,633.35 | $2,630.05 | $2,626.76 | $2,623.46 | $2,620.16 | $2,617.97 |
| 3036701-101 | $17,686.10 | $17,681.71 | $17,678.41 | $17,672.91 | $17,669.62 | $17,666.32 | $17,663.02 | $17,659.73 |
| 3036720-101 | $451.71 | $447.32 | $444.02 | $439.62 | $436.33 | $433.03 | $430.83 | $427.54 |
| 3036720-103 | $451.71 | $447.32 | $444.02 | $439.62 | $436.33 | $433.03 | $430.83 | $427.54 |
| 3036721-101 | $453.91 | $450.62 | $447.32 | $441.82 | $438.53 | $436.33 | $433.03 | $430.83 |
| 3036721-103 | $453.91 | $450.62 | $447.32 | $441.82 | $438.53 | $436.33 | $433.03 | $430.83 |
| 3036722-101 | $456.11 | $451.71 | $448.42 | $445.12 | $440.72 | $437.43 | $434.13 | $431.93 |
| 3036722-103 | $456.11 | $451.71 | $448.42 | $445.12 | $440.72 | $437.43 | $434.13 | $431.93 |
| 3036724-001 | $383.57 | $379.18 | $375.88 | $372.58 | $369.28 | $365.99 | $363.79 | $360.49 |
| 3036725-001 | $2,825.69 | $2,822.39 | $2,817.99 | $2,813.60 | $2,810.30 | $2,808.10 | $2,804.81 | $2,802.61 |
| 3036726-001 | $2,920.21 | $2,915.81 | $2,912.51 | $2,909.22 | $2,905.92 | $2,902.62 | $2,898.23 | $2,896.03 |
| 3041771-101 | $1,430.98 | $1,427.68 | $1,423.29 | $1,419.99 | $1,416.69 | $1,413.39 | $1,410.10 | $1,407.90 |
| 3041771-102 | $1,444.17 | $1,439.77 | $1,435.37 | $1,432.08 | $1,428.78 | $1,426.58 | $1,423.29 | $1,421.09 |
| 3041773-101 | $1,865.11 | $1,860.71 | $1,857.41 | $1,854.12 | $1,850.82 | $1,847.52 | $1,845.32 | $1,840.93 |
| 3041780-101 | $3,232.34 | $3,227.94 | $3,223.55 | $3,220.25 | $3,215.85 | $3,211.46 | $3,208.16 | $3,205.96 |
| 3041792-102 | $2,192.63 | $2,188.23 | $2,182.74 | $2,179.44 | $2,175.04 | $2,171.75 | $2,168.45 | $2,165.15 |
| 3041798-101 | $1,281.51 | $1,277.11 | $1,273.81 | $1,269.42 | $1,266.12 | $1,262.82 | $1,260.62 | $1,257.33 |
| 3041799-101 | $1,262.82 | $1,258.43 | $1,255.13 | $1,251.83 | $1,248.53 | $1,245.24 | $1,241.94 | $1,238.64 |
| 3041800-101 | $1,050.70 | $1,047.41 | $1,041.91 | $1,038.61 | $1,035.32 | $1,033.12 | $1,029.82 | $1,027.62 |
| 3041801-101 | $1,122.14 | $1,117.75 | $1,114.45 | $1,111.15 | $1,107.85 | $1,104.56 | $1,102.36 | $1,097.96 |
| 3041942-101 | $1,197.98 | $1,194.68 | $1,190.28 | $1,186.99 | $1,182.59 | $1,180.39 | $1,177.10 | $1,174.90 |
| 3048346-101 | $386.87 | $382.47 | $379.18 | $374.78 | $371.48 | $369.28 | $365.99 | $363.79 |
| 3048346-103 | $401.16 | $396.76 | $393.46 | $390.17 | $386.87 | $382.47 | $379.18 | $376.98 |
| 3048351-101 | $2,382.77 | $2,378.37 | $2,373.97 | $2,370.68 | $2,366.28 | $2,362.98 | $2,359.69 | $2,356.39 |
| 3048357-101 | $31,044.10 | $31,037.51 | $31,032.01 | $31,027.61 | $31,022.12 | $31,016.62 | $31,012.23 | $31,008.93 |
| 3055379-101 | $466.00 | $462.71 | $459.41 | $455.01 | $451.71 | $449.52 | $446.22 | $444.02 |
| 3055431-101 | $1,244.14 | $1,238.64 | $1,235.35 | $1,232.05 | $1,228.75 | $1,225.45 | $1,223.26 | $1,219.96 |
| 3085290-109 | $656.14 | $652.84 | $648.45 | $645.15 | $640.75 | $637.46 | $635.26 | $631.96 |
| 3085290-110 | $613.28 | $609.98 | $605.58 | $602.29 | $598.99 | $596.79 | $593.49 | $590.20 |

**LHGXA LAMDA Spares**

| Part Number | PRICE BY UNIT / UNIT PRICING FOR 29 through 36 - Delivery 270 DARO | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 |
| 3085290-111 | $656.14 | $652.84 | $648.45 | $645.15 | $640.75 | $637.46 | $635.26 | $631.96 |
| 3085290-112 | $656.14 | $652.84 | $648.45 | $645.15 | $640.75 | $637.46 | $635.26 | $631.96 |
| 3085290-113 | $656.14 | $652.84 | $648.45 | $645.15 | $640.75 | $637.46 | $635.26 | $631.96 |
| 3093159-101 | $1,826.64 | $1,822.24 | $1,818.95 | $1,815.65 | $1,811.25 | $1,807.96 | $1,804.66 | $1,802.46 |
| 3095337-501 | $48,326.85 | $48,321.35 | $48,315.86 | $48,310.36 | $48,304.87 | $48,300.47 | $48,296.07 | $48,291.68 |
| 3095341-102 | $647.35 | $641.85 | $638.55 | $635.26 | $631.96 | $628.66 | $625.37 | $623.17 |
| 3095342-101 | $492.38 | $487.98 | $484.69 | $481.39 | $478.09 | $474.79 | $470.40 | $468.20 |
| 3095343-101 | $983.66 | $979.26 | $975.97 | $972.67 | $969.37 | $966.08 | $962.78 | $960.58 |
| 3095344-101 | $730.88 | $726.48 | $723.18 | $718.79 | $715.49 | $713.29 | $709.99 | $707.80 |
| 3095345-101 | $1,033.12 | $1,028.72 | $1,025.42 | $1,022.13 | $1,018.83 | $1,015.53 | $1,011.14 | $1,008.94 |
| 3095348-009 | $709.99 | $705.60 | $702.30 | $697.90 | $694.61 | $691.31 | $689.11 | $685.81 |
| 3095349-101 | $1,215.56 | $1,211.17 | $1,206.77 | $1,203.47 | $1,200.18 | $1,197.98 | $1,194.68 | $1,192.48 |
| 3095351-001 | $597.89 | $593.49 | $590.20 | $586.90 | $582.50 | $579.21 | $575.91 | $573.71 |
| 3095351-003 | $2,254.18 | $2,250.88 | $2,247.58 | $2,242.09 | $2,239.89 | $2,236.59 | $2,233.29 | $2,231.10 |
| 3095351-004 | $2,254.18 | $2,250.88 | $2,247.58 | $2,242.09 | $2,239.89 | $2,236.59 | $2,233.29 | $2,231.10 |
| 3095355-101 | $603.38 | $598.99 | $595.69 | $592.39 | $589.10 | $584.70 | $581.40 | $579.21 |
| 3095413-101 | $939.70 | $936.40 | $932.00 | $927.61 | $924.31 | $922.11 | $918.82 | $916.62 |
| 3095540-101 | $689.11 | $684.72 | $681.42 | $678.12 | $674.82 | $670.43 | $667.13 | $664.93 |
| 3095730-101 | $481.39 | $476.99 | $473.70 | $469.30 | $466.00 | $462.71 | $459.41 | $457.21 |
| 3099125-001 | $457.21 | $452.81 | $449.52 | $446.22 | $441.82 | $438.53 | $436.33 | $433.03 |
| 3099126-001 | $489.08 | $485.79 | $481.39 | $478.09 | $474.79 | $470.40 | $468.20 | $464.90 |
| 3099127-001 | $440.72 | $437.43 | $433.03 | $429.73 | $426.44 | $424.24 | $420.94 | $418.74 |
| 3138751-101 | $35,927.23 | $35,599.71 | $35,288.68 | $34,994.13 | $34,713.87 | $34,445.70 | $34,192.91 | $33,948.92 |
| 3138752-101 | $4,634.74 | $4,624.85 | $4,617.16 | $4,608.37 | $4,600.67 | $4,594.08 | $4,587.48 | $4,579.79 |
| 3138755-101 | $1,828.84 | $1,820.05 | $1,810.15 | $1,802.46 | $1,794.77 | $1,788.17 | $1,780.48 | $1,773.89 |
| 3138757-101 | $7,035.09 | $7,026.30 | $7,018.61 | $7,009.82 | $7,002.12 | $6,995.53 | $6,988.93 | $6,981.24 |
| 3138759-101 | $21,593.27 | $21,562.49 | $21,533.92 | $21,507.54 | $21,482.26 | $21,459.18 | $21,436.10 | $21,415.22 |
| 3138763-101 | $29,606.53 | $29,354.84 | $29,116.35 | $28,889.94 | $28,674.52 | $28,470.10 | $28,273.37 | $28,087.62 |
| 3138771-101 | $57,312.78 | $56,872.05 | $56,455.51 | $56,056.55 | $55,676.27 | $55,313.58 | $54,966.28 | $54,633.26 |
| 3146999-101 | $13,634.96 | $13,630.56 | $13,626.17 | $13,621.77 | $13,618.48 | $13,614.08 | $13,610.78 | $13,607.48 |
| 3150674-101 | $8,506.74 | $8,502.34 | $8,496.85 | $8,492.45 | $8,489.15 | $8,485.86 | $8,482.56 | $8,479.26 |
| 3150675-101 | $3,619.21 | $3,613.72 | $3,609.32 | $3,606.02 | $3,601.63 | $3,598.33 | $3,595.03 | $3,591.73 |
| 3150678-101 | $955.08 | $950.69 | $947.39 | $944.09 | $940.80 | $937.50 | $935.30 | $932.00 |
| 3150683-101 | $506.67 | $502.27 | $497.88 | $494.58 | $491.28 | $487.98 | $485.79 | $482.49 |
| 3152352-101 | $65,152.38 | $64,657.81 | $64,186.31 | $63,736.79 | $63,310.36 | $62,900.41 | $62,508.04 | $62,133.26 |
| 3152360-101 | $16,837.63 | $16,807.95 | $16,779.38 | $16,753.00 | $16,727.72 | $16,704.64 | $16,682.66 | $16,660.68 |
| 3152361-101 | $15,664.93 | $15,635.25 | $15,606.68 | $15,580.30 | $15,555.02 | $15,531.94 | $15,509.96 | $15,487.98 |
| 3152364-101 | $1,207.87 | $1,204.57 | $1,200.18 | $1,196.88 | $1,193.58 | $1,190.28 | $1,188.09 | $1,183.69 |
| 3152365-101 | $35,557.95 | $35,528.27 | $35,499.70 | $35,473.32 | $35,449.14 | $35,424.96 | $35,402.98 | $35,381.00 |
| 3152377-101 | $801.22 | $796.82 | $793.52 | $790.23 | $786.93 | $782.53 | $780.33 | $777.04 |
| 3152378-101 | $756.15 | $751.76 | $748.46 | $745.16 | $741.87 | $738.57 | $735.27 | $733.07 |
| 3152380-101 | $1,138.63 | $1,134.23 | $1,130.93 | $1,126.54 | $1,123.24 | $1,119.94 | $1,116.65 | $1,114.45 |
| 3156277-101 | $731.98 | $727.58 | $724.28 | $719.89 | $717.69 | $714.39 | $711.09 | $708.89 |
| 3156278-102 | $956.18 | $952.89 | $948.49 | $945.19 | $941.90 | $938.60 | $936.40 | $933.10 |
| 3178897-101 | $1,574.96 | $1,570.56 | $1,567.26 | $1,563.96 | $1,560.67 | $1,556.27 | $1,552.97 | $1,550.78 |
| AE01A-D1369-101 | $1,994.80 | $1,990.40 | $1,987.10 | $1,982.71 | $1,979.41 | $1,976.11 | $1,973.92 | $1,970.62 |
| AMCFS-206-CO/CO-3A-SM | $716.59 | $713.29 | $708.89 | $705.60 | $702.30 | $697.90 | $695.71 | $692.41 |
| AMC-PW202-G/G-A | $625.37 | $622.07 | $617.67 | $613.28 | $609.98 | $607.78 | $604.48 | $601.19 |
| CW -11 - DIA | $637.46 | $633.06 | $629.76 | $626.47 | $623.17 | $619.87 | $616.57 | $613.28 |
| CW-119 | $716.59 | $713.29 | $708.89 | $705.60 | $702.30 | $697.90 | $695.71 | $692.41 |
| NMS-200W-30.0-NMR | $956.18 | $952.89 | $948.49 | $945.19 | $941.90 | $938.60 | $936.40 | $933.10 |

**LMST RDSAT Spares**

| Part Number | DELIVERY | PRICE BY UNIT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| 3073488-101 | 180 Days ARO | $13,565 | $6,891 | $4,769 | $3,707 | $3,071 | $2,646 | $2,343 | |
| | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | | $2,115 | $1,939 | $1,756 | $1,640 | $1,543 | $1,461 | $1,391 | $1,318 |

| Part Number | DELIVERY | PRICE BY UNIT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| 3073488-102 | 180 Days ARO | $17,892 | $7,907 | $5,694 | $4,588 | $3,924 | $3,482 | $3,166 | |
| | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | | $2,929 | $2,744 | $2,176 | $2,055 | $1,954 | $1,869 | $1,795 | $1,635 |

| Part Number | DELIVERY | PRICE BY UNIT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| 3073488-103 | 180 Days ARO | $13,902 | $7,055 | $4,873 | $3,782 | $3,127 | $2,691 | $2,379 | |
| | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | | $2,145 | $1,963 | $1,778 | $1,659 | $1,559 | $1,475 | $1,402 | $1,327 |

| Part Number | DELIVERY | PRICE BY UNIT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| 3085265-102 | 180 Days ARO | $221,303 | $111,927 | $101,437 | $96,192 | $93,045 | $90,947 | $89,448 | |
| | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | | $88,324 | $87,450 | $76,273 | $75,676 | $75,179 | $74,758 | $74,397 | $72,955 |

| Part Number | DELIVERY | PRICE BY UNIT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| 3091284-102 | 180 Days ARO | $23,679 | $11,067 | $8,671 | $7,474 | $6,755 | $6,276 | $5,934 | |
| | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | | $5,677 | $5,478 | $4,605 | $4,473 | $4,363 | $4,270 | $4,190 | $4,030 |

| Part Number | DELIVERY | PRICE BY UNIT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| 3099959-101 | 180 Days ARO | $16,902 | $8,608 | $6,035 | $4,748 | $3,976 | $3,461 | $3,094 | |
| | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | | $2,818 | $2,604 | $2,377 | $2,237 | $2,119 | $2,020 | $1,935 | $1,821 |

| Part Number | DELIVERY | PRICE BY UNIT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| 3102234-201 | 180 Days ARO | $30,442 | $16,935 | $13,827 | $12,273 | $11,341 | $10,719 | $10,276 | |
| | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | | $9,943 | $9,684 | $9,003 | $8,830 | $8,686 | $8,564 | $8,459 | $8,369 |

| Part Number | DELIVERY | PRICE BY UNIT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| 3102244-101 | 180 Days ARO | $15,096 | $8,164 | $5,892 | $4,756 | $4,074 | $3,620 | $3,295 | |
| | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | | $3,052 | $2,862 | $2,687 | $2,563 | $2,459 | $2,371 | $2,296 | $2,234 |

| 3105119-101 | 180 Days ARO | PRICE BY UNIT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| | | $13,148 | $6,817 | $4,709 | $3,655 | $3,022 | $2,601 | $2,300 | |
| | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | | $2,074 | $1,898 | $1,763 | $1,647 | $1,551 | $1,469 | $1,400 | $1,343 |

| 3137273-101 | 180 Days ARO | PRICE BY UNIT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| | | $21,325 | $10,004 | $7,445 | $6,165 | $5,397 | $4,886 | $4,520 | |
| | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | | $4,246 | $4,032 | $3,097 | $2,956 | $2,838 | $2,739 | $2,653 | $2,579 |

| 3137274-101 | 180 Days ARO | PRICE BY UNIT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| | | $17,199 | $9,154 | $6,849 | $5,696 | $5,004 | $4,543 | $4,214 | |
| | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | | $3,967 | $3,775 | $3,587 | $3,460 | $3,354 | $3,264 | $3,187 | $3,121 |

| 3137274-102 | 180 Days ARO | PRICE BY UNIT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| | | $20,357 | $9,244 | $6,804 | $5,584 | $4,852 | $4,364 | $4,016 | |
| | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | | $3,755 | $3,551 | $2,970 | $2,836 | $2,724 | $2,629 | $2,547 | $2,392 |

| 3137275-101 | 180 Days ARO | PRICE BY UNIT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| | | $22,844 | $11,381 | $8,792 | $7,497 | $6,720 | $6,202 | $5,832 | |
| | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | | $5,555 | $5,339 | $4,735 | $4,592 | $4,473 | $4,372 | $4,286 | $4,211 |

| 3219313-101 | 180 Days ARO | PRICE BY UNIT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| | | $157,007 | $91,573 | $83,119 | $78,892 | $76,356 | $74,665 | $73,457 | |
| | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | | $72,551 | $71,847 | $62,583 | $62,084 | $61,669 | $61,317 | $61,016 | $60,212 |

| 3219314-101 | 180 Days ARO | PRICE BY UNIT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| | | $195,372 | $111,139 | $100,611 | $95,348 | $92,189 | $90,084 | $88,580 | |
| | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | | $87,452 | $86,575 | $75,960 | $75,348 | $74,838 | $74,407 | $74,037 | $72,597 |

| 3219315-101 | 180 Days ARO | PRICE BY UNIT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| | | $172,022 | $91,819 | $83,115 | $78,763 | $76,152 | $74,411 | $73,168 | |
| | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | | $72,235 | $71,510 | $67,876 | $67,364 | $66,937 | $66,576 | $66,266 | $65,605 |

| 3219315-102 | 180 Days ARO | PRICE BY UNIT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| | | $172,120 | $91,917 | $83,213 | $78,861 | $76,250 | $74,509 | $73,266 | |
| | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | | $72,333 | $71,608 | $67,983 | $67,470 | $67,043 | $66,682 | $66,372 | $65,711 |

| 3219315-103 | 180 Days ARO | PRICE BY UNIT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| | | $172,032 | $91,829 | $83,125 | $78,773 | $76,161 | $74,421 | $73,177 | |
| | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | | $72,245 | $71,519 | $67,886 | $67,373 | $66,946 | $66,585 | $66,275 | $65,614 |

| 3219316-101 | 180 Days ARO | PRICE BY UNIT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| | | $92,934 | $53,006 | $45,769 | $42,151 | $39,980 | $38,532 | $37,499 | |
| | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | | $36,723 | $36,120 | $31,964 | $31,537 | $31,182 | $30,881 | $30,624 | $30,306 |

**ANTENNA SYSTEM TRANSPORT CASES**
**ARO 180 Days – Offered in Black Only**

| Part Number | PRICE BY UNIT | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nomenclature | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 2011658-015 | LAMDA Interface Kit, | $2,463 | $2,260 | $2,116 | $2,007 | $1,923 | $2,039 | $1,963 | $1,900 | $1,846 | $1,800 | $1,760 |
| 2011658-030 | 3.8m X/Ka Band Feed | $2,267 | $2,057 | $1,907 | $1,794 | $1,707 | $1,802 | $1,719 | $1,650 | $1,592 | $1,541 | $1,498 |
| 2011658-031 | 3.8m Ku Band Feed | $2,326 | $2,116 | $1,966 | $1,853 | $1,766 | $1,887 | $1,804 | $1,735 | $1,676 | $1,626 | $1,583 |
| 2011658-032 | 3.8m C Band Feed | $2,326 | $2,116 | $1,966 | $1,853 | $1,766 | $1,887 | $1,804 | $1,735 | $1,676 | $1,626 | $1,583 |
| 2011658-051 | Ka Band Feed | $2,280 | $2,070 | $1,919 | $1,807 | $1,719 | $1,873 | $1,788 | $1,717 | $1,656 | $1,605 | $1,560 |
| 2011658-052 | Ku Band Feed | $2,280 | $2,070 | $1,919 | $1,807 | $1,719 | $1,873 | $1,788 | $1,717 | $1,656 | $1,605 | $1,560 |
| 2011658-053 | X Band Feed | $2,280 | $2,070 | $1,919 | $1,807 | $1,719 | $1,873 | $1,788 | $1,717 | $1,656 | $1,605 | $1,560 |
| 2011658-054 | C Band Feed | $2,280 | $2,070 | $1,919 | $1,807 | $1,719 | $1,873 | $1,788 | $1,717 | $1,656 | $1,605 | $1,560 |
| 2011658-055 | Tri Band HPA | $1,921 | $1,711 | $1,561 | $1,449 | $1,361 | $1,547 | $1,464 | $1,395 | $1,337 | $1,287 | $1,243 |
| 2011658-056 | ACU | $1,855 | $1,652 | $1,506 | $1,397 | $1,312 | $1,373 | $1,304 | $1,247 | $1,198 | $1,157 | $1,121 |
| 2011658-057 | WG & TA Plate | $3,464 | $3,260 | $3,114 | $3,005 | $2,920 | $3,019 | $2,944 | $2,882 | $2,829 | $2,784 | $2,744 |
| 2011658-058 | Reflector Panel | $3,254 | $3,042 | $2,891 | $2,778 | $2,689 | $2,973 | $2,873 | $2,790 | $2,720 | $2,659 | $2,607 |
| 2011658-059 | Reflector Center Section | $3,020 | $2,809 | $2,658 | $2,545 | $2,457 | $2,759 | $2,662 | $2,580 | $2,511 | $2,452 | $2,401 |
| 2011658-060 | Filter Plate | $2,669 | $2,466 | $2,320 | $2,211 | $2,126 | $2,197 | $2,123 | $2,061 | $2,009 | $1,965 | $1,926 |
| 2011658-061 | HPA Switch | $2,095 | $1,891 | $1,746 | $1,637 | $1,552 | $1,591 | $1,522 | $1,464 | $1,416 | $1,374 | $1,338 |
| 2011658-062 | Pack Out | $2,166 | $1,963 | $1,819 | $1,710 | $1,626 | $1,706 | $1,635 | $1,575 | $1,525 | $1,482 | $1,444 |
| 2011658-063 | ACU Mounting Bracket | $2,427 | $2,224 | $2,080 | $1,971 | $1,887 | $1,946 | $1,874 | $1,815 | $1,765 | $1,721 | $1,684 |
| 2011658-064 | Pedestal Equip | $2,426 | $2,223 | $2,078 | $1,970 | $1,885 | $1,996 | $1,920 | $1,856 | $1,802 | $1,757 | $1,717 |
| 2011658-066 | Cables, LAMDA IF Mini | $2,157 | $1,955 | $1,810 | $1,701 | $1,617 | $1,633 | $1,566 | $1,510 | $1,463 | $1,423 | $1,388 |
| 2011658-067 | Cables, LAMDA IF Maxi 1 | $2,157 | $1,955 | $1,810 | $1,701 | $1,617 | $1,633 | $1,566 | $1,510 | $1,463 | $1,423 | $1,388 |
| 2011658-068 | Cables, LAMDA IF Maxi 2 | $2,157 | $1,955 | $1,810 | $1,701 | $1,617 | $1,633 | $1,566 | $1,510 | $1,463 | $1,423 | $1,388 |
| 2011658-069 | Cables, LMST Maxi 1 | $2,157 | $1,955 | $1,810 | $1,701 | $1,617 | $1,633 | $1,566 | $1,510 | $1,463 | $1,423 | $1,388 |
| 2011658-070 | Cables, LMST Maxi 2 | $2,157 | $1,955 | $1,810 | $1,701 | $1,617 | $1,633 | $1,566 | $1,510 | $1,463 | $1,423 | $1,388 |
| 2011658-071 | Ancillary Equip | $2,157 | $1,955 | $1,810 | $1,701 | $1,617 | $1,633 | $1,566 | $1,510 | $1,463 | $1,423 | $1,388 |
| 2011658-072 | Cables, LMST Mini 1 | $2,157 | $1,955 | $1,810 | $1,701 | $1,617 | $1,633 | $1,566 | $1,510 | $1,463 | $1,423 | $1,388 |
| 2011658-073 | Cables, LMST Mini 2 | $2,157 | $1,955 | $1,810 | $1,701 | $1,617 | $1,633 | $1,566 | $1,510 | $1,463 | $1,423 | $1,388 |
| 2011658-074 | Cables, Dual Ant Mini | $2,157 | $1,955 | $1,810 | $1,701 | $1,617 | $1,623 | $1,557 | $1,502 | $1,456 | $1,416 | $1,381 |
| 2011658-075 | PAA | $2,078 | $1,874 | $1,728 | $1,619 | $1,534 | $1,544 | $1,476 | $1,418 | $1,370 | $1,328 | $1,292 |
| 2011658-076 | Cables, RDSAT 1 | $2,146 | $1,943 | $1,799 | $1,690 | $1,606 | $1,610 | $1,543 | $1,488 | $1,441 | $1,400 | $1,365 |
| 2011658-077 | Cables, RDSAT 2 | $2,146 | $1,943 | $1,799 | $1,690 | $1,606 | $1,610 | $1,543 | $1,488 | $1,441 | $1,400 | $1,365 |
| 2011658-078 | Cables, RDSAT power | $2,146 | $1,943 | $1,799 | $1,690 | $1,606 | $1,610 | $1,543 | $1,488 | $1,441 | $1,400 | $1,365 |
| 2011658-079 | Deployment Float Kit | $2,321 | $2,118 | $1,973 | $1,865 | $1,780 | $1,766 | $1,701 | $1,648 | $1,602 | $1,563 | $1,529 |
| Har-0516 | Carrying Case, bag shipping | $1,415 | $1,218 | $1,077 | $971 | $889 | $826 | $771 | $725 | $686 | $652 | $623 |
| TCS10-B | Tool Case | $1,360 | $1,167 | $1,030 | $927 | $847 | $770 | $718 | $674 | $637 | $606 | $578 |

## GSA Pricing – Special Item Number 132-12

### Table 7.  AN/USC-65(V)5 Extended Warranty Option[1][2]

| Description | Part Number | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| 1-Year Extended Warranty | - | 20 | $26,268 | $525,360 |
| 2-Year Extended Warranty | - | 20 | $52,543 | $1,050,860 |
| 3-Year Extended Warranty | - | 20 | $80,833 | $1,616,660 |
| 4-Year Extended Warranty | - | 20 | $109,170 | $2,183,400 |

[1] Warranty covers repair of failed LRUs and shipment of replacement LRU back to the CONUS field site.

| Part Number | Description | | Extended Price |
|---|---|---|---|
| MT-25WC | Maintenance 25W PA Kit CONUS | 1 year extended maintenance | $1,436 |
| MT-25WO | Maintenance 25W PA Kit OCONUS | 1 year extended maintenance | $1,436 |
| MT-25WCAD | Maintenance 25W PA Kit w/AD (CONUS) | 1 year extended maintenance | $1,819 |
| MT-25WOAD | Maintenance 25W PA Kit w/AD (OCONUS) | 1 year extended maintenance | $1,819 |
| MT-AJW | Maintenance AmberJack W | 1 year extended maintenance | $4,786 |
| MT-CONV4CWBP | Maintenance Converter Band 4 CONUS w/ By Pass | 1 year extended maintenance | $2,584 |
| MT-GM5001 | Maintenance Gossamer 5100 | 1 year extended maintenance | $2,872 |
| MT-HARP21 | Maintenance Harpoon 2100 | 1 year extended maintenance | $1,914 |
| MT-HARPC | Maintenance Harpoon CONUS | 1 year extended maintenance | $1,914 |
| MT-HARPI | Maintenance Harpoon Iden | 1 year extended maintenance | $1,914 |
| MT-HARPO | Maintenance Harpoon OCONUS | 1 year extended maintenance | $1,914 |
| MT-KF | Maintenance KingFish | 1 year extended maintenance | $3,829 |
| MT-OCTII | Miantenance Octopus II | 1 year extended maintenance | $2,297 |
| MT-SR | Maintenance StingRay | 1 year extended maintenance | $10,529 |
| MT-SRII | Maintenance StingRay II | 1 year extended maintenance | $21,058 |
| MT-MORAY-II | MT-MORAY-II | 1 year extended maintenance | $3,829 |
| HRS-FLE-MAINT | Harris Evidence Management System Warranty | 1 year extended maintenance | $376,184.36 |

## GSA Pricing – Special Item Number 132-12

**ANUSC65(V)1,2,5 Cable Assemblies**

| Nomenclature | Primary Part # | Min Buy | Qty 1 | Qty 5 | Qty 6 | Qty 7 | Qty 8 | Qty 9 |
|---|---|---|---|---|---|---|---|---|
| 2.5M AN/USC-65(V)5 Trans Case Sys Refurb with Technology Refreshments | 3216043-101 | 5 | | $3,619,234 | $4,257,767 | $4,896,300 | $5,534,834 | $6,173,367 |
| Per Unit Cost | | | | $723,847 | $709,628 | $699,471 | $691,854 | $685,930 |
| | | | Qty 10 | Qty 11 | Qty 12 | Qty 13 | Qty 14 | Qty 15 |
| 2.5M AN/USC-65(V)5 Trans Case Sys Refurb with Technology Refreshments | 3216043-101 | 5 | $6,811,901 | $7,434,957 | $8,058,012 | $8,681,068 | $9,304,124 | $9,927,180 |
| Per Unit Cost | | | $681,190 | $675,905 | $671,501 | $667,774 | $664,580 | $661,812 |
| | | | Qty 16 | Qty 17 | Qty 18 | Qty 19 | Qty 20 | |
| 2.5M AN/USC-65(V)5 Trans Case Sys Refurb with Technology Refreshments | 3216043-101 | 5 | $10,550,235 | $11,173,291 | $11,796,347 | $12,419,403 | $13,042,458 | |
| Per Unit Cost | | | $659,390 | $657,252 | $655,353 | $653,653 | $652,123 | |

| Nomenclature | Primary Part # | Min Buy | Qty 1 |
|---|---|---|---|
| AN/USC-65(V)5 Ka Band Spares Kit | 3216041-101 | 1 | $1,088,324 |
| Per Unit Cost | | | $1,088,324 |
| AN/USC-65(V)5 Refurbishment & Refreshment Lot | 3216042-101 | 1 | $204,952 |
| Per Unit Cost | | | $204,952 |

**HAILSTORM Maintenance**

| Product Number | Description | GSA Price |
|---|---|---|
| MT-HLS | Maintenance HailStorm - 1 yr Extended Maintenance | $26,705 |

**HARPOON Maintenance**

| Product Number | Description | GSA Price |
|---|---|---|
| MT-HARP700800 | Maintenance Harpoon 700/800 - 1 yr Extended Maintenance | $1,914 |

## GSA Pricing – Special Item Number 132-33

| Product Number | DESCRIPTION | GSA NET PRICE QUANTITY 1-19 | |
|---|---|---|---|
| MET-WKST-SW | Multi-image Exploitation Tool (single-user) | $6,347.25 | per workstation |
| MET-SRVR-SW | Multi-image Exploitation Tool (server license) | $2,720.25 | per CPU |

| Product Number | DESCRIPTION | GSA NET PRICE QUANTITY 20-49 | |
|---|---|---|---|
| MET-WKST-SW | Multi-image Exploitation Tool (single-user) | $5,994.63 | per workstation |
| MET-SRVR-SW | Multi-image Exploitation Tool (server license) | $2,569.13 | per CPU |

| Product Number | DESCRIPTION | GSA NET PRICE QUANTITY 50+ | |
|---|---|---|---|
| MET-WKST-SW | Multi-image Exploitation Tool (single-user) | $5,642.00 | per workstation |
| MET-SRVR-SW | Multi-image Exploitation Tool (server license) | $2,418.00 | per CPU |

| Product Number | DESCRIPTION | GSA NET PRICE | |
|---|---|---|---|
| MET-WKST-MAINT | Multi-image Exploitation Tool (annual SW maint.) | $1,674.97 | per workstation |
| MET-SRVR-MAINT | Multi-image Exploitation Tool (annual SW maint.) | $717.84 | per CPU |

## GSA Pricing – Special Item Number 132-50

**AN/USC-65(V)5 Training Class**

| Description | Location | Price GSA |
|---|---|---|
| 160 Hr Training Class | Port Hueneme, CA | $53,861 |
| 160 Hr Training Class | Gulfport, MS | $50,299 |

**Cost of Training Class includes Instructor Travel Expenses, Labor and Training Materials**

## GSA Pricing – Special Item Number 132-51

**Harris Corporation, GCSD – Contractor Facility Rates (Off-Site)**

| Labor Category | Net Price |
|---|---|
| ASSOCIATE SOFTWARE/SYSTEM ENGINEER - E-L1 | $119.48 |
| SOFTWARE/SYSTEM ENGINEER -- E-L2 | $135.90 |
| SR SOFTWARE/SYSTEM ENGINEER -- E-L3 | $167.18 |
| LEAD SOFTWARE/SYSTEM ENGINEER -- E-L4 | $217.93 |
| STAFF SOFTWARE/SYSTEM ENGINEER -- E-L5 | $281.81 |
| PRINCIPLE SOFTWARE/SYSTEM ENGINEER -- E-L6 | $357.35 |
| TECHNICIAN -- NE-LH | $59.98 |
| SENIOR TECHNICIAN -- NE-LI | $80.84 |

## ATTACHMENT 14

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR  SUMMARY
JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 14:   Published patents owned by Harris **(1)** Billhartz, Thomas J., *et al.*,
Harris Corp., *Wireless Communications System Including A Wireless
Device Locator And Related Methods*, U.S. Patent No. 7,321,777
(Melbourne, FL: Jan. 22, 2008), **(2)** McPherson, Rodney and Lanza,
David J., Harris Corp., *Wireless Transmitter Location Determining
System And Related Methods*, U.S. Patent No. 7,592,956 (Melbourne,
FL: Sept. 22, 2009), **(3)** Otto, James C., Harris Corp., *System And
Method For Determining The Geolocation Of A Transmitter*, U.S. Patent
No. 5,719,584 (Indian Harbor Beach, FL: Feb. 17, 1998), and **(4)**
Proctor, James A, Jr. and Otto, James C., Harris Corp., *Range And
Bearing Tracking System With Multipath Rejection*, U.S. Patent No.
5,687,196 (Indialantic, FL: Nov. 11, 1997).

US007321777B2

(12) **United States Patent**
Billhartz et al.

(10) Patent No.:     **US 7,321,777 B2**
(45) Date of Patent:        *Jan. 22, 2008

(54) **WIRELESS COMMUNICATIONS SYSTEM INCLUDING A WIRELESS DEVICE LOCATOR AND RELATED METHODS**

(75) Inventors: **Thomas Jay Billhartz**, Melbourne, FL (US); **Vivek Krishna**, Palm Bay, FL (US); **Steve Kopman**, Melbourne, FL (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/531,487**

(22) Filed: **Sep. 13, 2006**

(65) **Prior Publication Data**

US 2007/0026873 A1     Feb. 1, 2007

**Related U.S. Application Data**

(63) Continuation of application No. 10/767,794, filed on Jan. 29, 2004, now Pat. No. 7,110,779.

(51) **Int. Cl.**
*H04Q 7/20*      (2006.01)
(52) **U.S. Cl.** ............................... **455/456.2**; 455/456.1; 455/456.5; 455/456.6; 342/457; 370/328
(58) **Field of Classification Search** ...... 455/41.2–41.3, 455/456.1–457, 553.1, 63.4, 562.1, 67.11, 455/67.13, 67.16, 402.2; 342/357.08–357.09, 342/357.1, 450; 340/426.19, 426.22, 539.23, 340/825.49; 370/310.2, 328, 331, 338; 701/201; 702/149
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,526,357 A | 6/1996 | Jandrell | 370/95.2 |
| 5,550,549 A | 8/1996 | Procter, Jr. et al. | 342/47 |
| 5,687,196 A | 11/1997 | Procter, Jr. et al. | 375/347 |
| 5,706,010 A | 1/1998 | Franke | 342/47 |
| 6,292,665 B1 | 9/2001 | Hildebrand et al. | 455/456 |
| 6,680,923 B1 | 1/2004 | Leon | 370/328 |
| 6,865,394 B2 | 3/2005 | Ogino et al. | 455/456.1 |

(Continued)

OTHER PUBLICATIONS

Yellowjacket-A, 802.11a Wi-Fi Analysis System, Berkeley Varitronics Systems.

*Primary Examiner*—George Eng
*Assistant Examiner*—Kamran Afshar
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

(57)          **ABSTRACT**

A wireless communications system may include a plurality of wireless communications devices and a wireless device locator. More particularly, the wireless device locator may include at least one antenna and a transceiver connected thereto, and a controller for cooperating with the transceiver for transmitting a plurality of location finding signals to a target wireless communications device from among the plurality thereof. The target device may transmit a respective reply signal for each of the location finding signals. Additionally, the controller may also cooperate with the transceiver for receiving the reply signals, and it may determine a propagation delay associated with the transmission of each location finding signal and the respective reply signal therefor based upon a known device latency of the target device. As such, the controller may estimate a range to the target device based upon a plurality of determined propagation delays.

**25 Claims, 9 Drawing Sheets**



**US 7,321,777 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,990,428 | B1 * | 1/2006 | Kaiser et al. ............. | 455/456.1 |
| 7,042,868 | B2 * | 5/2006 | Runkle et al. .............. | 370/347 |
| 7,046,987 | B2 * | 5/2006 | Siegel et al. ............. | 455/404.2 |
| 7,110,779 | B2 * | 9/2006 | Billhartz et al. ......... | 455/456.2 |
| 2002/0080759 | A1 | 6/2002 | Harrington et al. ......... | 370/338 |
| 2002/0118655 | A1 | 8/2002 | Harrington et al. ......... | 370/328 |
| 2002/0171586 | A1 | 11/2002 | Martorana et al. ......... | 342/458 |
| 2003/0025602 | A1 | 2/2003 | Medema et al. ......... | 340/568.1 |
| 2003/0034887 | A1 | 2/2003 | Crabtree et al. ............ | 340/539 |
| 2003/0043073 | A1 | 3/2003 | Gray et al. ................. | 342/465 |
| 2003/0117320 | A1 * | 6/2003 | Kim et al. .................. | 342/457 |
| 2003/0128163 | A1 * | 7/2003 | Mizugaki et al. ........... | 342/464 |
| 2003/0162550 | A1 | 8/2003 | Kuwahara et al. ......... | 455/456 |
| 2003/0182062 | A1 | 9/2003 | DeLorme et al. ............ | 701/201 |
| 2003/0191604 | A1 | 10/2003 | Kuwahara et al. ......... | 702/150 |
| 2004/0072566 | A1 * | 4/2004 | Kuwahara et al. ......... | 455/440 |
| 2004/0081139 | A1 | 4/2004 | Beckmann et al. ......... | 370/352 |
| 2004/0110514 | A1 | 6/2004 | Kim et al. ............... | 455/456.1 |
| 2004/0203889 | A1 | 10/2004 | Karaoguz ................. | 455/456.1 |
| 2004/0266348 | A1 | 12/2004 | Deshpande et al. ........ | 455/41.2 |
| 2005/0037775 | A1 | 2/2005 | Moeglein et al. ......... | 455/456.1 |
| 2005/0059411 | A1 | 3/2005 | Zhengdi ................. | 455/456.1 |
| 2006/0183488 | A1 * | 8/2006 | Billhartz ................. | 455/456.5 |

* cited by examiner

Case 2:12-cv-01605-DLR-BSB   Document 116-3   Filed 06/02/14   Page 144 of 193



*FIG. 1*



FIG. 2



FIG. 3

Case 2:12-cv-01605-DLR-BSB   Document 116-3   Filed 06/02/14   Page 146 of 193



*FIG. 4*



FIG. 5

Case 2:12-cv-01605-DLR-BSB   Document 116-3   Filed 06/02/14   Page 148 of 193



*FIG. 6*

*FIG. 7*



*FIG. 8*



FIG. 9



FIG. 10



FIG. 11

US 7,321,777 B2

1

# WIRELESS COMMUNICATIONS SYSTEM INCLUDING A WIRELESS DEVICE LOCATOR AND RELATED METHODS

## FIELD OF THE INVENTION

The present application is a continuation of U.S. patent application serial No. 10/767,794 filed Jan. 29, 2004 now U.S. Pat. No. 7,110,779, the entire content of which is incorporated herein by reference.

## BACKGROUND OF THE INVENTION

wireless location techniques are used in numerous applications. Perhaps the most basic of these applications is for locating lost articles. By way of example, published U.S. patent application Ser. No. 2003/0034887 to Crabtree et al. discloses a portable article locator system for locating lost articles such as glasses, keys, pets, television remotes, etc. More particularly, a wireless transceiver is attached to a person, animal, or other object. A handheld locator transmits a locator signal to the wireless transceiver which includes a unique address code of the transceiver. If the received code matches that stored by the wireless transceiver, it sends a return signal back to the locator device. The locator device uses the return signal to determine the distance and/or direction to the wireless transceiver from the user's location.

The locator device includes an antenna array which includes a plurality of omni-directional antennas. The locator unit determines the bearing to the wireless transceiver by switching between antennas in the antenna array and using Doppler processing to determine a direction of a wireless signal received from the transceiver. The distance to the wireless transmitter is also determined based upon the reception of the wireless signal at each of the antennas of the antenna array. Furthermore, in one embodiment, which is intended to avoid interference between two or more locators in a common area, a plurality of locator signals may be sent from a locator at a standard repetition rate. The locator's receiver then only listens for responses during predetermined windows following each transmission.

In contrast, in some applications it is desirable to determine the location of an unknown signal transmitter. U.S. Pat. No. 5,706,010 to Franke discloses such a system in which a transmitter locator receives a signal from the unknown signal transmitter and processes the signal to determine a bearing to the unknown signal transmitter. The transmitter locator then sends an interrogating signal to the unknown signal transmitter. Upon receiving the interrogating signal, the unknown signal transmitter heterodynes the interrogation signal with its own carrier signal to generate an intermodulation return signal. A processor of the transmitter locator measures the round-trip transit time from the transmission of the interrogation signal to the reception of the intermodulation return signal. A range to the unknown signal transmitter is then calculated based upon the round-trip transit time.

Still another application in which locating a wireless communications device is often necessary is in cellular telephone networks. That is, it may be necessary to locate particular cellular telephone users for law enforcement or emergency purposes, for example. U.S. Pat. No. 6,292,665 to Hildebrand et al., which is assigned to the present assignee, discloses a method for geolocating a cellular phone initiating a 911 call. A base station transceiver transmits a supervisory audio tone (SAT), which is automatically looped back by the calling cellular phone. Returned SAT

2

signals are correlated with those transmitted to determine the range of the cellular phone. In addition, incoming signals from the cellular phone, such as the returned SAT signals, are received by a phased array antenna and subjected to angle of arrival processing to determine the direction of the cellular phone relative to the base station. The cellular phone is geolocated based upon the angle of arrival and the range information. A correction factor provided by the manufacturer of a given cellular telephone is used to account for the loopback path delay through the phone.

One additional area in which wireless device location can be important is in wireless networks, such as wireless local area networks (WLANs) or wide area networks (WANs), for example. A typical prior art approach to locating terminals within a WLAN includes locating a plurality of receivers at fixed locations within a building, for example, and then determining (i.e., triangulating) the position of a terminal based upon a signal received therefrom at each of the receivers.

Another prior art approach for wireless terminal location is to use a direction finding (DF) device which includes a directional antenna for receiving signals when pointed in the direction of a transmitting node. An example of a portable DF device for WLANs is the Yellowjacket 802.11a wi-fi analysis system from Berkeley Varitronics. This device uses a passive DF technique, i.e., it does not solicit any signals from a terminal but instead waits for the terminal to transmit signals before it can determine the direction of the transmission.

Despite the advantages of such prior art wireless communications device locators, additional wireless location features may be desirable in various applications.

## SUMMARY OF THE INVENTION

In view of the foregoing background, it is therefore an object of the present invention to provide a wireless communications device locator which provides enhanced location features and related methods.

This and other objects, features, and advantages in accordance with the present invention are provided by a wireless communications system which may include a plurality of wireless communications devices each having a device type associated therewith from among a plurality of different device types. Further, each device type may have a known device latency associated therewith. The system may also include a wireless device locator. More particularly, the wireless device locator may include at least one antenna and a transceiver connected thereto, and a controller for cooperating with the transceiver for transmitting a plurality of location finding signals to a target wireless communications device from among the plurality of wireless communications devices. The target wireless communications device may transmit a respective reply signal for each of the location finding signals.

Additionally, the controller of the wireless device locator may also cooperate with the transceiver for receiving the reply signals, and it may determine a propagation delay associated with the transmission of each location finding signal and the respective reply signal therefor. This may be done based upon the known device latency of the target wireless communications device. As such, the controller may estimate a range to the target wireless communications device based upon a plurality of determined propagation delays.

In other words, the wireless device locator advantageously provides active range finding. In other words, the

US 7,321,777 B2

3

wireless device locator prompts the target wireless communications device to send reply signals using the location finding signals, rather than passively waiting until the target wireless communications device begins transmitting. This allows for quicker and more efficient device location.

Furthermore, by estimating the range based upon a plurality of propagation delays, the wireless device locator mitigates the effects of variations in the device latency time. That is, while the target wireless communication device has a known device latency, there will necessarily be some amount of variance from one transmission to the next. Using a plurality of propagation delays associated with different transmissions provides a significantly more accurate approximation of the device latency time and, thus, a more accurate range estimation. By way of example, the controller may estimate the range based upon an average (e.g., mean, median, mode, etc.) of the propagation delays.

In addition, each wireless communications device may have a unique identifier (UID) associated therewith, and the controller may insert the UID for the target wireless communications device in each of the location finding signals. Furthermore, the target wireless communications device may generate respective reply signals based upon the UID in the location finding signals. That is, the target wireless communications device will act upon the location finding signals because these signals include its UID, whereas the other wireless communications device will not.

The target wireless communications device may generate unsolicited signals including the UID thereof. As such, the controller may cooperate with the transceiver to receive at least one unsolicited signal from the target device, and the controller may also determine the UID for the target device from the at least one unsolicited signal. Thus, if the UID of a target wireless communications device is not already known, the wireless device locator may passively "listen" for unsolicited signals therefrom (i.e., signals that the wireless communications device did not solicit) and determine the UID based thereon.

Additionally, the controller may also determine the device type of the target wireless communications device based upon the UID. By way of example, the UIDs may include media access control (MAC) addresses of respective wireless communications devices. Accordingly, the controller may determine the device type of the target wireless communications device based upon the MAC address in some applications.

In accordance with another advantageous aspect of the invention, the at least one antenna may be a plurality of antennas, and the controller may cooperate with the plurality of antennas to determine a bearing to the target wireless communications device based upon at least one of the received reply signals. More particularly, the bearing may be a three-dimensional bearing, which may be particularly useful for locating wireless communications devices within a multi-story building, for example. In particular, the antenna(s) may be one or more directional antennas, for example. Further, the wireless device locator may further include a portable housing carrying the at least one antenna, the transceiver, and the controller.

The wireless device locator may be used with numerous type of wireless communications device. For example, the wireless communications devices may be wireless local area network (WLAN) devices, mobile ad-hoc network (MANET) devices, and cellular communications devices.

A method aspect of the invention is for locating a target wireless communications device from among a plurality of wireless communications devices, such as those discussed

4

briefly above. The method may include transmitting a plurality of location finding signals to the target wireless communications device, and receiving a respective reply signal for each of the location finding signals therefrom. The method may further include determining a propagation delay associated with the transmission of each location finding signal and the respective reply signal therefor based upon the known device latency of the target wireless communications device. As such, a range to the target wireless communications device may be estimated based upon a plurality of determined propagation delays.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is schematic block diagram of a wireless communications system in accordance with the present invention including a wireless local area network (WLAN) and wireless device locator for locating WLAN devices thereof.

FIG. 2 is a schematic block diagram generally illustrating the components of the wireless device locator of FIG. 1.

FIG. 3 is a graph illustrating the signal propagation delay and device latency components used by the controller of FIG. 2 to estimate range.

FIG. 4 is a schematic block diagram illustrating an embodiment of the wireless device locator of FIG. 2 for a WLAN implementation.

FIG. 5 is a schematic block diagram illustrating in greater detail an embodiment of the transceiver of the wireless device locator of FIG. 4.

FIGS. 6 and 7 are histograms illustrating range estimation test results performed using the wireless device locator of FIG. 4.

FIG. 8 is a graph illustrating bearing determination in accordance with the present invention.

FIGS. 9 and 10 are schematic block diagrams illustrating alternate embodiments of the wireless communications system of FIG. 1 including a mobile ad-hoc network (MANET) and a cellular network, respectively.

FIG. 11 is a flow diagram illustrating a wireless device location method in accordance with the present invention.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art. Like numbers refer to like elements throughout, and prime and multiple prime notation are used to indicate similar elements in different embodiments.

Referring initially to FIGS. 1 and 2, a wireless communications system 30 illustratively includes a wireless local area network (WLAN) 31 and a wireless location device 32. The WLAN 31 illustratively includes an access point 33 (e.g., a server) and a plurality of WLAN devices or terminals which communicate therewith wirelessly, such as the laptop computers 34, 35, and the desktop computer 36. Various WLAN protocols may be used in accordance with the present invention for such wireless communications (e.g., IEEE 802.11, Bluetooth, etc.), as will be appreciated by those of skill in the art. Moreover, it will also be appreciated that additional access points and/or other numbers of wire-

US 7,321,777 B2

5

less communications devices may be used, even though only a few number thereof are shown for clarity of illustration. Further, numerous other types of WLAN enabled wireless communications devices (e.g., personal data assistants, etc.) may also be used, as will be further appreciated by those skilled in the art.

Each wireless communications device 34-36 in the WLAN 31 has a device type associated therewith from among a plurality of different device types. More particularly, the device type may signify the particular manufacturer and/or model of a given WLAN card or chip set used therein. In some embodiments, it may also signify the standard the device complies with (e.g., IEEE 802.11).

The device type is important in that different device types will have known device latencies associated therewith. For example, different WLAN cards or chip sets will have a certain latency associated with the time they take to process a received signal and generate an acknowledgement reply thereto. These delay times may be fairly consistent across different models from a same manufacturer, or they may vary significantly. Additionally, WLAN protocols such as IEEE 802.11 have a specified interframe spacing associated therewith, as will be appreciated by those skilled in the art. Thus, in circumstances where the interframe spacing requirements are closely adhered to, the latency of a given WLAN card or chip set will be substantially equal to the interframe spacing.

The wireless device locator 32 illustratively includes an antenna 39 and a transceiver 41 connected thereto, as well as a controller 42 connected to the transceiver. These components may conveniently be carried by a portable housing 43 in some embodiments, although they could be implemented in a more stationary embodiment, if desired. In the illustrated example, the antenna 39 is a directional antenna, although omni-directional antennas may also be used, as will be appreciated by those skilled in the art. It will also be appreciated that various antenna/transceiver combinations may be used. As will be discussed further below, more than one antenna may be used in certain embodiments to provide bearing determination capabilities, and separate transceivers may optionally be used for respective antennas, if desired.

Operation of the wireless device locator 32 will now be described with reference to FIG. 3. The controller 42 cooperates with the transceiver 41 for transmitting a plurality of location finding signals to a target wireless communications device to be located from among the plurality of wireless communications devices. In the present example, the laptop 34 is the target device.

As will be appreciated by those skilled in the art, each WLAN device 34-36 in the network 31 will have a unique identifier (UID) associated therewith which is used in signals transmitted between the respective devices and the access point 33. The UID distinguishes the devices 34-36 from one another so that each device only acts upon or responds to signals intended for it, and so the access point 33 knows which device it is receiving signals from.

Depending upon a given implementation, the wireless locator device 32 may or may not know the UID of the target device 34 before hand. For example, in some embodiments the wireless device locator 32 could download the UID from the access point 33 (either wirelessly or over a wired network connection, for example). This may be the case when trying to locate a node in a LAN where the node is already registered with the network. However, if the UID is not known, the wireless device locator 32 may passively listen to the target device 34 for unsolicited signals being transmitted therefrom. This feature may be advantageous for

6

law enforcement applications, or for locating an interfering node that is not registered with a particular network but causes interference therewith, for example. By "unsolicited" signals it is meant that these signals are not solicited by the wireless device locator 32 itself, although such signals may have been solicited from another source (e.g., the access point 33).

The controller 42 cooperates with the transceiver 41 to receive one or more of the unsolicited signals, and the controller determines the UID for the target device 34 therefrom. Of course, the method by which the controller 42 determines the UID from the unsolicited signal will depend upon the given implementation, and whether or to what degree such signals are encrypted.

Additionally, the controller 42 may also determine the device type of the target wireless communications device 34 based upon the UID thereof. By way of example, the UIDs may include media access control (MAC) addresses of respective wireless communications devices. The MAC addresses may be specific to a particular type of device manufacturer, or indicate a particular operational protocol with which the device is operating, as will be appreciated by those skilled in the art. Accordingly, the controller may determine the device type of the target wireless communications device 34 based upon the MAC address thereof in some applications.

As such, to locate the target device 34, the controller inserts the UID therefor in each of the location finding signals. By way of example, the location finding signal may include the UID of the target device 34 in a header packet and a valid but empty data packet. This will force the target device 34 to generate a reply signal acknowledging receipt of the location finding signal (i.e., an ACK signal). Of course, various other location finding signals could be used to cause the target terminal 34 to generate an ACK signal, as will be appreciated by those skilled in the art. The controller 42 cooperates with the transceiver 41 for receiving the reply signals from the target device 34 via the antenna 39. The location finding signals and reply signals may be radio frequency (RF), microwave, optical, or other suitable types of signals, as will be appreciated by those skilled in the art.

The controller 42 determines the propagation delay associated with the transmission of each location finding signal and the respective reply signal therefor, and it uses this propagation delay to estimate a range to the target device 34. However, the propagation delay has to first be determined based upon the total round trip time from the sending of the location finding signal to the reception of the respective reply signal.

The total round trip time will include several components. Referring more particularly to FIG. 3, the first component is the time associated with transmitting a location finding signal 45, which is illustrated with an arrow. That is, this is the time from the beginning of the location finding signal transmission (time $t_0$) to end thereof (time $t_1$). Two time axes are shown in FIG. 3. The top or upper axis represents events that occur at the target device 34, while the bottom or lower axis represents events that occur at the wireless device locator 32.

The second component of the round trip time is the propagation delay or time $t_{PD1}$ it takes for the location finding signal 45 to travel from the wireless device locator 32 to the target device 34 (i.e., from time $t_1$ to $t_2$). The third component of the round trip time is the device latency $t_{DL}$ of the target device 34 (i.e., form time $t_2$ to $t_3$). This is the time it takes the target device 34 to receive, process, and transmit a reply signal 46 responsive to the location finding signal 45.

US 7,321,777 B2

7

8

The final components of the round trip time are propagation delay $t_{PD2}$ of the reply signal 46 (i.e., from time $t_3$ to $t_4$), and the reception time thereof by the wireless device locator 32 (i.e., from time $t_4$ to $t_5$).

The controller 42 will know the times associated with the transmission of the location finding signal 45 (i.e., from time $t_0$ to $t_1$), as well as the time associated with the reception of the reply signal 46 (i.e., from time $t_4$ to $t_5$) for each round trip, since these can be readily measured by the controller. The quantities that the controller 42 will not know are the propagation delays $t_{PD1}$, $t_{PD2}$ and the actual device latency $t_{DL}$.

Yet, as noted above, the controller 42 will have access to the known device latency (i.e., a mean latency) for the given device type of the target device 34, which provides a close approximation of the actual device latency $t_{DL}$. The known device latency could be a measured value based upon collected data, it could be provided by manufacturers, or it could be based upon a value set in a communications standard, as discussed above, for example.

As will be appreciated by those skilled in the art, the actual device latency will likely vary somewhat from one transmission to the next for any wireless communications device, potentially by as little as a few nanoseconds to a few microseconds, depending upon device configurations, processing loads, etc. Accordingly, a close approximation of the total propagation delay (i.e., time $t_{PD1}$+time $t_{PD2}$) may therefore be obtained by substituting the known device latency for the actual device latency $t_{DL}$ and subtracting this value from the time between times $t_1$ and $t_4$. Dividing the total propagation delay by two (since both propagation delays may be considered equal or substantially equal for a stationary or relatively slow moving target device 34) and multiplying this by the speed of light gives the estimated distance to the target device 39, based upon the single propagation delay associated with the signal pair 45, 46.

Yet, as noted above, device latencies tend to vary from one transmission to the next. Since the location finding signals and reply signals are traveling at the speed of light, such variances can make a significant difference in the estimated distances. More particularly, light travels approximately 1000 ft. in one microsecond. Thus, if the device latency varies by one microsecond from one transmission to the next, the estimated distance to the target device 34 would similarly vary by 1000 ft. or so, which likely will be an unacceptable accuracy for many applications.

In accordance with the present invention, the controller 42 advantageously estimates the range to the target device 34 not solely based upon a single measured propagation delay, but rather upon a plurality thereof. More particularly, by estimating the range based upon a plurality of propagation delays, the wireless device locator 32 mitigates the effects of the variations in the actual device latency time. This provides a significantly more accurate approximation of the device latency time and, thus, a more accurate range estimation. By way of example, the controller 42 may estimate the range based upon an average of the propagation delays, though other suitable statistical functions may also be used (e.g., mean, median, mode, etc.). Of course, it should be noted that the average may be taken on the entire round trip delay instead of first subtracting out the known device latency as described above. That is, the same result may be obtained by first taking the average and then subtracting out the known device latency, as will be appreciated by those skilled in the art.

An exemplary embodiment of the present invention is now described with reference to FIGS. 4 and 5. The wireless device locator 32' may use a personal data assistant (PDA) as the controller 42', although a personal computer (PC) or other suitable computing device may also be used. More particularly, the PDA 42' illustratively includes a graphical user interface (GU1) 50', and a received signal strength indication (RSSI) processing module 51' for cooperating with the transceiver 41' to perform above described range estimation processing operations. More particularly, the RSSI module 51' may be implemented as a software module which is run on the PDA 42', as will be appreciated by those skilled in the art, and which cooperates with the GUI to provide range estimates to a user.

The PDA 50' also illustratively includes a battery 52', which may conveniently be used for powering the various transceiver 41' components, as shown. Of course, it will be appreciated that separate batteries may be used, or one or more components of the wireless device locator 32' may be powered by an external (e.g., AC) source. The transceiver 41' operates in accordance with the IEEE 802.11b standard and includes a MAC-less 802.11b radio 58' and a field-programmable gate array (FPGA) 53' connected thereto. The FPGA 53' illustratively includes a packet building module 54', a radio configuration module 55', a receiver filtering module 56', and a simple MAC processing module 57' for processing the location finding signals and reply signals and communicating with the radio 53', in accordance with the 802.11b standard, as will be appreciated by those skilled in the art.

More specifically, the MAC-less radio 58' may be a GINA model EF module from GRE America, Inc., and the FPGA 53' may be a module EPXA10 from Altera Corp. The hardware components of the FPGA 53'' illustratively include an ARM922T processor 60'', block RAM 61'' therefor, a serial/universal serial bus (USB) interface 62'', and a programmable logic section 63''. Additional circuitry including an oscillator 64'', power management circuitry (i.e., regulators, microprocessor supervisor, etc.) 65'', and a programmable read-only memory (PROM)/boot flash memory 66'' are connected thereto as shown, as will be appreciated by those skilled in the art.

Referring now to FIGS. 6-7, a test was conducted in accordance with the present invention in which approximately 1500 location finding signals were transmitted to a stationary wireless IEEE 802.11 device. The time it took to receive the reply signal was measured by ticks of an internal clock of the controller 42, where each tick represents 7.567 ns. From FIG. 6 it may be seen that the reply signals from the target device were returned within between about 20,960 and 21,045 clock ticks, where the transmission of the respective location signals each began at 0 clock ticks. Moreover, if this range is divided into equal sections or bins, the frequency (i.e., number) of round trip times that fell within each of the bins is shown in FIG. 7.

Plotting various statistical functions of the measured clock tick samples (such as the mean and the mode) versus the known distance to the target device allowed statistical curve-fitting to take place, as shown in FIG. 6. It was determined from the test results that taking the mean of the samples provided the most accurate range estimation. More particularly, the ranges to several 802.11b target devices at varying distances were estimated using this approach, and the worst case error for the estimated range was never more than 20 ft. Preferably, the location finding signals are transmitted over a relatively short interval (a few seconds or less) so that if the target device is moving the accuracy of the results will not be significantly diminished. Of course, various numbers of location finding signals and transmission

US 7,321,777 B2

9

intervals may be used depending upon the particular implementation, as will be appreciated by those skilled in the art.

In accordance with another advantageous aspect of the invention, multiple antennas 39a'', 39b'' (FIG. 5) may be used to provide target bearing in addition to the estimated range. Referring more particularly to FIG. 8, bearing determination in the case where the antennas 39a'', 39b'' are directional antennas will now be described. The antennas 39a'', 39b'' have respective reception patterns 70a, 70b, which may be orthogonal to one another (i.e., the former is directed along the x-axis, while the latter is directed along the y-axis).

The target device is at a point P, which is within the reception patterns 70a, 70b. Each of the antenna gain patterns 70a and 70b can be measured and known to the locator, and represented by gain functions G1(θ) and G2(θ) where e represents the angle of deviation from a particular reference direction.

As such, to determine the line of bearing to the target device, the received signal strength is measured from each of the antennas 70a, 70b, respectively. Based upon this information, the controller 42' may then find the angle $\theta_t$ using the relationship G1($\theta_t$)–G2 ($\theta_t$)=P1-P2, where P1 and P2 is the received signal power off antenna 1 and antenna 2, respectively. In other words, the difference in the signal strength received between the two antennas (P1-P2) should equal the difference in the antenna gain of the two antennas at the angle of the line of bearing (G1($\theta_t$)–G2($\theta_t$)) Thus, the target line of bearing to the target device is at $\theta_t$. It should be noted that it is possible that more than one angle θ may satisfy the relationship G1($\theta_t$)–G2($\theta_t$)=P1-P2. These multiple angles represent a line of bearing ambiguity that can easily be resolved by making multiple measurements, as can be appreciated by those skilled in the art.

As noted above, more than one transceiver 41' may be used in certain embodiments, which would allow signal strength measurements to be taken based upon a same reply signal from the target device. However, if only a single transceiver 41' is used, the controller 42' may alternate which antenna 70a, 70b is receiving and measure the received signal strength of successive signals, for example. Moreover, the bearing may be determined in three dimensions, if desired, which may be particularly useful for locating wireless communications devices within a multi-story building, for example, as will be appreciated by those skilled in the art.

While the present invention has been described above with reference to a WLAN wireless device locator 32', it will be appreciated by those skilled in the art that it may also be used in other wireless communications systems with other types of wireless communications devices. Referring now more particularly to FIG. 9, a mobile ad-hoc network (MANET) system 90 illustratively includes a wireless device locator 92 including an antenna 99, such as those described above, and a MANET 91. More particularly, the MANET includes MANET nodes or devices 93-96, of which the node 94 is the target node in the illustrated example. Here, the wireless device locator 92 performs range and/or bearing estimation in the same manner described above, except that it will operate in accordance with the appropriate MANET protocol used within the system 90, as will be appreciated by those skilled in the art.

Another embodiment is illustrated in FIG. 10, in which a wireless device locator 102 having an antenna 109 is used within a cellular communications system 100 for locating cellular devices (e.g., cellular telephones) 104-106 in cellular network 101. The cellular devices 104-106 place and

10

receive calls via a cellar tower 103, as will be appreciated by those skilled in the art. In the illustrated example, the target device is the cell phone 104. Here again, the wireless device locator 102 will communicate using the appropriate operating protocol being used in the cellular network 101 (e.g., code-division multiple access (CDMA), short message service (SMS), etc.), as will be appreciated by those skilled in the art.

Turning now additionally to FIG. 11, a method aspect of the invention is for locating a target wireless communications 34 device from among a plurality of wireless communications devices 34-36. Beginning at Block 110, if the UID for the target device 34 is unknown, the controller 42 may determine the UID from unsolicited signals transmitted by the target device, for example, as described above (Block 112). Of course, in some embodiments, the controller 42 may download the signals from a network access point 33, etc., as also described above.

Once the UID for the target communication device 34 is known, location finding signals are transmitted to the target wireless communications device, at Block 113, and respective reply signals for each of the location finding signals are received therefrom, at Block 114. If the device type (and, thus, the known device latency) are known, at Block 115, then the propagation delay associated with the transmission of each location finding signal and the respective reply signal therefor is determined based upon the known device latency of the target wireless communications device 34, at Block 116. As such, a range to the target wireless communications device 34 is estimated based upon a plurality of determined propagation delays (Block 117), as previously discussed above, thus concluding the illustrated method (Block 118).

Of course, if the device type is unknown, the controller 42 may determine the device type from the reply signal (Block 119), as discussed above, or by other suitable methods which will be appreciated by those skilled in the art. It should be noted that while this step is shown as occurring after the receipt of the reply signals in the illustrated example, the device type determination may be performed prior thereto, such as while determining the UID, for example.

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

1. A wireless communications system comprising:

a plurality of wireless communications devices each having a device type associated therewith from among a plurality of different device types, and each device type having a known device latency associated therewith; and

a wireless device locator comprising

at least one antenna and a transceiver connected thereto, and

a controller for cooperating with said transceiver for transmitting a plurality of location finding signals to a target wireless communications device from among said plurality of wireless communications devices;

said target wireless communications device transmitting a respective reply signal for each of said location finding signals;

US 7,321,777 B2

11

said controller of said wireless device locator also for cooperating with said transceiver for receiving the reply signals,

determining a propagation delay associated with the transmission of each location finding signal and the respective reply signal therefor based upon the known device latency of said target wireless communications device, and

estimating a range to said target wireless communications device based upon a plurality of determined propagation delays.

2. The wireless communications system of claim 1 wherein said controller estimates the range based upon an average of the propagation delays.

3. The wireless communications system of claim 1 wherein said at least one antenna comprises a plurality of antennas; and wherein said controller cooperates with said plurality of antennas to determine a bearing to said target wireless communications device based upon at least one of the received reply signals.

4. The wireless communications system of claim 3 wherein the bearing is a three-dimensional bearing.

5. The wireless communications system of claim 1 wherein said at least one antenna comprises at least one directional antenna.

6. The wireless communications system of claim 1 wherein said wireless device locator further comprises a portable housing carrying said at least one antenna, said transceiver, and said controller.

7. The wireless communications system of claim 1 wherein said wireless communications devices comprise wireless local area network (WLAN) devices.

8. The wireless communications system of claim 1 wherein said wireless communications devices comprise mobile ad-hoc network (MANET) devices.

9. The wireless communications system of claim 1 wherein said wireless communications devices comprise cellular communications devices.

10. A wireless communications system comprising:

a plurality of wireless local area network (WLAN) devices each having a device type associated therewith from among a plurality of different device types, and each device type having a known device latency associated therewith; and

a wireless device locator comprising

at least one antenna and a transceiver connected thereto, and

a controller for cooperating with said transceiver for transmitting a plurality of location finding signals to a target WLAN device from among said plurality of WLAN devices;

said target WLAN device transmitting a respective reply signal for each of said location finding signals;

said controller of said wireless device locator also for cooperating with said transceiver for receiving the reply signals,

determining a propagation delay associated with the transmission of each location finding signal and the respective reply signal therefor based upon the known device latency of said target WLAN device, and

estimating a range to said target WLAN device based upon an average of a plurality of determined propagation delays.

11. The wireless communications system of claim 10 wherein said at least one antenna comprises a plurality of antennas; and wherein said controller cooperates with said

12

plurality of antennas to determine a bearing to said target WLAN device based upon at least one of the received reply signals.

12. A wireless device locator for locating a target wireless communications device comprising:

at least one antenna and a transceiver connected thereto; and

a controller for

cooperating with said transceiver for transmitting a plurality of location finding signals to the target wireless communications device and receiving a respective reply signal therefrom for each of said location finding signals,

determining a propagation delay associated with the transmission of each location finding signal and the respective reply signal therefor based upon a known device latency of the target wireless communications device, and

estimating a range to the target wireless communications device based upon a plurality of determined propagation delays.

13. The wireless device locator of claim 12 wherein said controller estimates the range based upon an average of the propagation delays.

14. The wireless device locator of claim 12 wherein said at least one antenna comprises a plurality of antennas; and wherein said controller cooperates with said plurality of antennas to determine a bearing to the target wireless communications device based upon at least one of the received reply signals.

15. The wireless device locator of claim 12 wherein said at least one antenna comprises at least one directional antenna.

16. The wireless device locator of claim 12 wherein said wireless device locator further comprises a portable housing carrying said at least one antenna, said transceiver, and said controller.

17. The wireless device locator of claim 12 wherein the target wireless communications device comprises a wireless local area network (WLAN) device.

18. The wireless device locator of claim 12 wherein the target wireless communications device comprises a mobile ad-hoc network (MANET) device.

19. The wireless device locator of claim 12 wherein the target wireless communications device comprises a cellular communications device.

20. A method for locating a target wireless communications device from among a plurality of wireless communications devices, each wireless communications device having a device type associated therewith from among a plurality of different device types, and each device type having a known device latency associated therewith, the method comprising:

using a controller cooperating with a transceiver for transmitting a plurality of location finding signals to the target wireless communications device, and receiving a respective reply signal for each of the location finding signals therefrom;

using the controller for determining a propagation delay associated with the transmission of each location finding signal and the respective reply signal therefor based upon the known device latency of the target wireless communications device; and

further using the controller for estimating a range to the target wireless communications device based upon a plurality of determined propagation delays.

US 7,321,777 B2

13

**21**. The method of claim **20** wherein the controller estimates the range based upon an average of the propagation delays.

**22**. The method of claim **20** further comprising determining a bearing to the target wireless communications device based upon at least one of the received reply signals.

**23**. The method of claim **20** wherein the target wireless communications device comprises a wireless local area network (WLAN) device.

14

**24**. The method of claim **20** wherein the target wireless communications device comprises a mobile ad-hoc network (MANET) device.

**25**. The method of claim **20** wherein the target wireless communications device comprises a cellular communications device.

* * * * *

US007592956B2

(12) **United States Patent**
McPherson et al.

(10) Patent No.: **US 7,592,956 B2**
(45) **Date of Patent:** **Sep. 22, 2009**

(54) **WIRELESS TRANSMITTER LOCATION DETERMINING SYSTEM AND RELATED METHODS**

(75) Inventors: **Rodney Keith McPherson**, Palm Bay, FL (US); **David James Lanza**, Indian Harbour Beach, FL (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/029,689**

(22) Filed: **Feb. 12, 2008**

(65) **Prior Publication Data**

US 2009/0201208 A1    Aug. 13, 2009

(51) **Int. Cl.**
*G01S 3/02* (2006.01)

(52) **U.S. Cl.** ...................................... **342/458**; 342/457

(58) **Field of Classification Search** ............ 342/357.06, 342/442, 457, 458, 463–465; 455/456.1, 455/456.3, 457
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,343,212 A | * | 8/1994 | Rose et al. | 342/424 |
| 5,526,001 A | * | 6/1996 | Rose et al. | 342/442 |
| 5,719,584 A | | 2/1998 | Otto | 342/465 |
| 5,890,068 A | | 3/1999 | Fattouche et al. | 455/456 |
| 5,914,687 A | | 6/1999 | Rose | 342/442 |
| 5,974,039 A | | 10/1999 | Schilling | 370/335 |
| 6,054,950 A | | 4/2000 | Fontana | 342/463 |
| 6,233,459 B1 | | 5/2001 | Sullivan | 455/456 |
| 6,249,252 B1 | | 6/2001 | Dupray | 342/450 |
| 6,407,703 B1 | | 6/2002 | Minter et al. | 342/450 |
| 6,765,533 B2 | | 7/2004 | Szajnowski | 342/465 |
| 6,882,315 B2 | | 4/2005 | Richley et al. | 342/465 |
| 7,057,556 B2 | | 6/2006 | Hall et al. | 342/387 |
| 7,187,327 B2 | | 3/2007 | Coluzzi et al. | 342/458 |
| 7,203,497 B2 | | 4/2007 | Belcea | 455/446 |
| 7,203,500 B2 | | 4/2007 | Leeper et al. | 455/456.1 |
| 2003/0112183 A1 | | 6/2003 | Szajnowski | 342/465 |
| 2004/0029558 A1 | | 2/2004 | Liu | 455/414.3 |
| 2006/0087475 A1 | * | 4/2006 | Struckman | 342/451 |
| 2006/0267841 A1 | * | 11/2006 | Lee et al. | 342/463 |
| 2007/0247367 A1 | | 10/2007 | Anjum et al. | 342/464 |
| 2008/0161015 A1 | * | 7/2008 | Maloney et al. | 455/456.1 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 97/28456 | 8/1997 |
| WO | 2007/124300 | 11/2007 |

* cited by examiner

*Primary Examiner*—Dao L Phan
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

(57) **ABSTRACT**

A location determining system for a wireless transmitter is carried by a platform movable relative to the wireless transmitter. The location determining system may include an antenna, and a receiver coupled to the antenna. The location determining system may also include a location determining processor coupled to the receiver to collect, during movement relative to the wireless transmitter, a series of range measurements and a corresponding series of received signal measurements, and to estimate a location of the wireless transmitter based upon the range measurements weighted using the received signal measurements.

**21 Claims, 10 Drawing Sheets**





*FIG. 1*



*FIG. 2*



_FIG. 3_



*FIG. 4*



**FIG. 5**



*FIG. 6*



*FIG. 7*



_FIG. 8_



FIG. 9

NOTE:
$r_2 = r_1 * \{(P_{R1}/P_{R2})^{(1/\alpha)}\}$



POSITION 3

TARGET MS

$r_3$

$r_2$

POSITION 2

$r_1$

POSITION 1

57

*FIG. 10*

US 7,592,956 B2

<div style="columns:2">

**1**

WIRELESS TRANSMITTER LOCATION
DETERMINING SYSTEM AND RELATED
METHODS

FIELD OF THE INVENTION

The present invention relates to the field of wireless transmission, and, more particularly, to a location determining system for a wireless transmitter and related methods.

BACKGROUND OF THE INVENTION

As cellular communication has become prevalent, it is not uncommon for a person to carry a cellular telephone device with them on a daily basis. Because of this, there is desire by local police and fire departments to use a corresponding cellular telephone device to help locate a missing person, for example, a person trapped in a collapsed building or a fugitive. Conventional approaches to cellular telephone device location include systems comprising a plurality of sensors. These systems typically use a triangulation method to determine the location of the cellular telephone device.

One approach to cellular telephone device location is disclosed by U.S. Pat. No. 6,407,703 to Minter et al. The system of Minter et al. includes a plurality of sensors situated in multiple locations/platforms. The system uses angle of arrival (AOA), time difference of arrival (TDOA), and terrain altitude information from signal intercepts from the cellular telephone device to determine the location thereof. The sensors use accurate time synchronization for determining the TDOA of the intercepted signals

Another approach to locating a cellular telephone device is disclosed in U.S. Pat. No. 7,187,327 to Coluzzi et al. This system also includes a plurality of sensors using TDOA and time of arrival measurements of signals received from the cellular telephone device to determine the location thereof. The sensors in this system are also synchronized.

Another approach to locating a cellular telephone device is disclosed in U.S. Pat. No. 7,203,500 to Leeper et al. This system uses a wireless transceiver device to determine range to a companion wireless transceiver device, for example, the cellular telephone device, with signal propagation time measurements. Another approach to locating a cellular telephone device is disclosed in U.S. Pat. No. 7,057,556 to Hall et al. This system includes a plurality of sensors also using TDOA to determine the location of the cellular telephone device.

Another approach is disclosed in U.S. Pat. No. 5,719,584 to Otto, assigned to the present application's assignee, Harris Corporation of Melbourne, Fla. This system uses a plurality of ground based sensors to determine a location of the cellular telephone device by measuring TDOA and AOA values. This network of sensors is also synchronized.

An approach to locating a cellular telephone device within a high-rise structure is disclosed in U.S. Pat. No. 7,203,497 to Belcea. This system includes a plurality of sensors deployed throughout the structure that use signal propagation time measurements to determine the approximate location of the cellular telephone device within the structure.

The prior art systems for location of cellular telephone devices may suffer from several drawbacks. For example, these systems use multiple sensors that are synchronized for generation of TDOA measurements. The systems are also complex and expensive, and require multiple sensors on dif-

**2**

ferent platforms. The systems also provide inaccurate location data if the sensors are not properly deployed.

SUMMARY OF THE INVENTION

In view of the foregoing background, it is therefore an object of the present invention to provide a location determining system for a wireless transmitter that is accurate and less complex.

This and other objects, features, and advantages in accordance with the present invention are provided by a location determining system for a wireless transmitter, the location determining system to be carried by a platform movable relative to the wireless transmitter. The location determining system may include an antenna, and a receiver coupled to the antenna. The location determining system may also include a location determining processor coupled to the receiver to collect, during movement relative to the wireless transmitter, a series of range measurements and a corresponding series of received signal measurements, and to estimate a location of the wireless transmitter based upon the range measurements weighted using the received signal measurements. Advantageously, the location determining system is simpler and less costly to deploy.

For example, the received signal measurements may comprise at least one of bit-error rate measurements, received signal strength measurements, receiver metrics, and signal-to-noise ratio measurements. Additionally, the location determining processor may further estimate an elevation of the wireless transmitter. The location determining processor may estimate the location of the wireless transmitter based upon a least-squares steepest decent algorithm.

The location determining system may also comprise a platform position determining device. The location determining processor may cooperate with the platform position determining device so that the estimated location of the wireless transmitter comprises an estimated geolocation. The location determining processor may collect the series of range measurements using time of flight measurements.

In certain embodiments, the antenna may comprise a directional antenna. In these embodiments, the location determining processor may cooperate with the directional antenna to collect, during movement relative to the wireless transmitter, a corresponding series of angle of arrival measurements. The location determining processor may also estimate the location of the wireless transmitter further based upon the angle of arrival measurements. Furthermore, the location determining processor may weight the angle of arrival measurements based upon the received signal measurements. In some embodiments, the platform may comprise an aircraft. Alternatively, the platform may comprise a ground-based vehicle.

Moreover, the location determining processor may cooperate with the receiver to collect, during movement relative to the wireless transmitter, a corresponding series of received signal strength measurements. The location determining processor may further estimate the location of the wireless transmitter further based upon the received signal strength measurements weighted using the received signal measurements.

Another aspect is directed to a method of estimating a location of a wireless transmitter using a location determining system. The method may comprise collecting, during movement of the location determining system relative to the wireless transmitter, a series of range measurements and a corresponding series of received signal measurements. The method may also include estimating a location of the wireless transmitter based upon the range measurements weighted using the received signal measurements.

</div>

US 7,592,956 B2

3

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic diagram of a location determining system, according to the present invention, being carried by a movable platform.

FIG. 2 is a flowchart illustrating a method of estimating a location of a wireless transmitter using the location determining system, according to the present invention.

FIG. 3 is a more detailed flowchart of the method of estimating a location of a wireless transmitter using the location determining system, according to the present invention.

FIG. 4 is a contour plot of an error surface for a test run of the location determining system, according to the present invention.

FIG. 5 is an exemplary contour plot of an error surface for the location determining system, according to the present invention, superimposed on a map of the geographical terrain.

FIG. 6 is a chart illustrating the process for establishing frame boundaries with a wireless transmitter in the location determining system, according to the present invention.

FIG. 7 is an exemplary three-dimensional contour plot of an error surface for the location determining system, according to the present invention.

FIG. 8 is a schematic diagram of the location determining system, according to the present invention, receiving signals from the wireless transmitter.

FIG. 9 is a schematic diagram of the location determining system, according to the present invention, estimating the location of the wireless transmitter.

FIG. 10 is a second schematic diagram of the location determining system, according to the present invention, estimating the location of the wireless transmitter.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art. Like numbers refer to like elements throughout, and prime notation is used to indicate similar elements in alternative embodiments.

Referring initially to FIG. 1, a communication system 15 illustratively includes a location determining system 22 and a wireless transmitter 21. The location determining system 22 is illustratively carried by a platform 20 movable relative to the wireless transmitter 21. The platform 20 may comprise an airborne platform, for example, an aircraft, or alternatively a ground based vehicle platform, for example, an automobile. As will be appreciated by those skilled in the art, the effective range of the location determining system 22 may increase in embodiments including the airborne platform.

The wireless transmitter 21 illustratively comprises a cellular telephone. The receiver 24 may comprise a receiver compatible with the cellular telephone. As will be appreciated by those skilled in the art, the cellular telephone may be compatible with the Global System for Mobile communications (GSM) standard, the code division multiple access (CDMA) standard, the IS-95 standard, the CDMA2000 standard, or the UMTS mobile telephone standard.

The location determining system 22 illustratively includes an antenna 25, and a receiver 24 coupled to the antenna. The

4

location determining system 22 illustratively includes a location determining processor 23 coupled to the receiver 24 to collect, during movement relative to the wireless transmitter 21, a series of range measurements and a corresponding series of received signal measurements, and to estimate a location of the wireless transmitter based upon the range measurements weighted using the received signal measurements. For example, the range measurements may comprise time of flight measurements, i.e. the time elapsed for a transmission signal to traverse the distance between the platform 20 and the wireless transmitter 21. Advantageously, the location determining system 22 includes a single sensor/antenna 25 for determining the location of the wireless transmitter 21. Accordingly, no synchronization or alignment of the sensors may be needed in some embodiments.

The received signal measurements may comprise, for example, at least one of bit-error rate measurements, received signal strength measurements, receiver metrics (i.e. Viterbi path metrics), and signal-to-noise ratio measurements. In other words, the received signal measurements relate to the quality of the signal being received by the location determining system 22.

Referring briefly to FIG. 6, the time of flight measurements may be based upon the following equation.

$$\underbrace{T_{elapse}}_{Estimated} = 2t_0 + \underbrace{T_{offset}}_{known} + \overbrace{\underbrace{\Delta t_{rx}}_{Bound} + \underbrace{\Delta t_{tx}}_{Bound}}^{Error\ Terms}$$

The distance between the wireless transmitter 21 and the platform 20 may be provided by the following equation.

$$\hat{d} = c\left[\frac{T_{elapse} - T_{offset}}{2}\right] = d + c\left[\frac{\Delta t_{rx} + \Delta t_{tx}}{2}\right]$$

More specifically, and as depicted in the diagram 56 of FIG. 6, the antenna 25 may transmit a signal to be received by the wireless transmitter 21. As will be appreciated by those skilled in the art, the signal may comprise a signal that would routinely prompt a transmission reply from the wireless transmitter 21 under the applicable communication standard. Once the wireless transmitter 21 receives the signal from the location determining system 22, the wireless transmitter transmits a reply signal that is received by the platform 20. As will be appreciated by those skilled in the art, the location determining system 22 may compensate for the mobile transmitter 21 transmission delay, i.e. processing lag ($T_{offset}$) before transmission of a reply signal to the platform 20. In some embodiments, the receiver 24 may comprise a transceiver for transmitting the signal to the wireless transmitter 21.

In other embodiments, the time of flight measurements may be generated using a time of transmission stamp within the reply signal by differing the reply signal receipt time with the indicated time of transmission. As will be appreciated by those skilled in the art, the platform 20 and the wireless transmitter 21 may be time synced via satellite, for example, the Global Positioning System.

In certain embodiments, the antenna 25 may comprise a directional antenna, for example, a switched beam antenna. In these embodiments, the location determining processor 23 cooperates with the directional antenna to collect, during movement relative to the wireless transmitter 21, a corre-

US 7,592,956 B2

sponding series of angle of arrival measurements. The location determining processor 23 estimates the location of the wireless transmitter 21 further based upon the angle of arrival measurements. Furthermore, the location determining processor 23 weights the angle of arrival measurements based upon the received signal measurements, for example, at least one of bit-error rate measurements, received signal strength measurements, receiver metrics, and signal-to-noise ratio measurements.

In other embodiments, the location determining processor 23 may cooperate with the receiver 24 to collect, during movement relative to the wireless transmitter 21, a corresponding series of received signal strength measurements. The location determining processor 23 may estimate the location of the wireless transmitter 21 further based upon the received signal strength measurements weighted using the received signal measurements, for example, at least one of bit-error rate measurements, received signal strength measurements, receiver metrics, and signal-to-noise ratio measurements. The location determining processor 23 may use the received signal strength measurements for breaking the symmetry, ambiguity resolution, etc. In other words, the location determining processor 23 may weight the received signal strength measurements based upon the bit-error rate, for example. In alternative embodiments, the weighting of the received signal strength measurements may also comprise, for example, a unity factor (no weighting).

As the platform 20 moves relative to the wireless transmitter 21, this motion is shown in the diagram 58 of FIG. 8, the location determining processor 23 generates a series of range-bearings equations. As discussed above, each range-bearing equation is based upon at least the range measurements and the received signal measurements but may also include the AOA measurements and the received signal strength measurements. The range-bearing equations may be solved to provide an estimated location of the wireless transmitter 21. As will be appreciated by those skilled in the art, the time elapsed between generation of each range-bearing equation is based upon platform 20 velocity and the type of platform.

Referring briefly to FIG. 4, a contour plot 50 of an error surface for a test run of the location determining system 22 is illustrated. The light grey star points 51 represent the position of the platform 20 as it moves relative to the wireless transmitter 21. The dark grey points 52 represent the iterative, estimated solutions of the series of range-bearing equations, the points moving toward the actual location of the wireless transmitter 21 as they become more accurate. The contour plot of the error surface provides an approximate error of the estimated location of the wireless transmitter 21 based upon the locations of the platform 20. The contour plot 50 may assist a user of the platform 20 (for example, aircraft or ground vehicle) in determining the distribution of errors based upon the geometry, therefore allowing for the optimization of the ground search for the wireless transmitter 21. As will be appreciated by those skilled in the art, FIG. 7 includes an exemplary three-dimensional error contour plot 60.

Referring again to FIG. 1, the location determining processor 23 may estimate the location of the wireless transmitter 21 based upon the range measurements, the angle of arrival measurements, and the received signal strength measurements weighted by the received signal measurements, for example, at least one of bit-error rate measurements, received signal strength measurements, receiver metrics, and signal-to-noise ratio measurements. More specifically, when the received signal measurement indicates a high quality received signal, for example, when the signal-to-noise ratio value is larger, the location determining processor 23 inter-

prets the other associated signal measurements (range measurements, AOA measurements, received signal strength measurements) relevant to the estimation of the wireless transmitter's 21 location to be of a higher quality, and therefore those measurements are more heavily weighted among the total set of measurements relevant to produce the location estimate.

As will be appreciated by those skilled in the art, the accuracy of the location estimate of the wireless transmitter 21, which is based upon the range measurements, the AOA measurements, and the received signal strength measurements, varies based upon the overall geometry of the situation. As the platform 20 moves relative to the wireless transmitter 21, the accuracy of the location estimate improves if the trajectory of the platform: breaks symmetry with regards to the wireless transmitter, reduces ambiguity resolution, and minimizes geometric dilution of precision (GDOP).

Hence, as the platform 20 moves relative to the wireless transmitter 21 and generates a series of range-bearing equations, the location determining processor 23 may give greater weight to range-bearing equations that correspond to positions with received signal measurements indicating a greater quality level. Moreover, the weighting between the range measurements, the received signal strength measurements, and the AOA measurements may be based upon a predetermined ratio that is based upon at least past experimental results.

The location determining system 22 illustratively includes a platform position determining device 26, for example, a Global Positioning System (GPS) receiver. The platform position determining device 26 provides the location determining system 22 with a current geographic location of the platform 20. The location determining processor 23 cooperates with the platform position determining device 26 so that the estimated location of the wireless transmitter 21 comprises an estimated geolocation. In other words, the location determining system 22 provides the estimated longitude and latitude of the wireless transmitter 21. Additionally, the location determining processor 23 estimates an elevation of the wireless transmitter 21, i.e. the altitude of the wireless transmitter. Advantageously, the error contour plot for the estimated location of the wireless transmitter 21 may be superimposed over a map 55 for advantageous reliability and search, example shown in FIG. 5.

Referring now both to FIGS. 1 and 2, a flowchart 30 illustrates a method of estimating a location of a wireless transmitter 21 using a location determining system 22. At Block 31, the method begins and illustratively includes moving at Block 33 the platform relative to the wireless transmitter 21. As will be appreciated by those skilled in the art, it may be preferable to encircle the approximate location of the wireless transmitter 21 to provide more accurate results, i.e. breaking the symmetry.

The method illustratively includes at Block 36 collecting, during movement of the location determining system 22 relative to the wireless transmitter 21, a series of range measurements and a corresponding series of received signal measurements. The method also illustratively includes estimating at Block 40 a location of the wireless transmitter 21 based upon the range measurements weighted using the received signal measurements, ending at Block 42.

Referring now additionally to FIG. 3, another embodiment of the method is now described. In this embodiment of the method, those elements already discussed above with respect to FIG. 2 are given prime notation and most require no further discussion herein. This embodiment differs from the previous embodiment in that the method further comprises a decision

US 7,592,956 B2

7

Block **34'** for determining whether a transmission signal is received from the wireless transmitter **21**. If no signal is received, the method returns to Block **33'** and continues to move the platform **20** until the transmission signal is received. If the transmission signal is received, the method moves on to Block **36'** for collection of measurements. In this embodiment, at Block **36'**, the method further includes collecting corresponding angle of arrival measurements and corresponding received signal strength measurements. Moreover, at Block **40'**, the method further includes using angle of arrival measurements and received signal strength measurements weighted by the received signal measurements to estimate the location of the wireless transmitter **21**. The method ends at Block **42'**.

The location determining processor **23** estimates the location of the wireless transmitter **21** based upon a least-squares steepest decent algorithm. As will be appreciated by those skilled in the art, a detailed exemplary implementation of the mathematical algorithm used by the location determining system **22** of FIG. 1 follows.

The mathematical algorithm includes a Non-Linear Least Squares Steepest Descent Algorithm (NLSSDA) in a full 3D geolocation context using a variety of families of range equations. The algorithm may be applicable for ground level, elevated, or airborne sensors (or a combination thereof). The algorithm may function with a number of networked ground based sensors or a single mobile sensor (ground based or airborne) to accomplish target location estimation. The algorithm, itself rather decoupled from the specific measurement techniques, also works for a broad range of wireless signals, including GSM, IS-95, cdma2000, and UMTS, for example.

Section 1: Introduction

The following description derives and presents the relevant mathematics that apply to the 3D geolocation problem. Note that the various range equations and cost functions derived herein can be weighted and combined into the same adaptive algorithm, providing a viable data fusion technique to incorporate various families of data useful for the location estimation problem. Indeed, the algorithm may allow for the various measurements and families of measurements to be weighted relative to each other, such that, location estimate is optimized in a weighted least-squares sense.

The equations below are derived for the general case where the target is located in a 3D space, which may be useful if the target (wireless transmitter **21**) is in a high-rise building, in a mountainous region, or some similar situation. As will be appreciated by those skilled in the art, the specific case where the target is confined to ground level (i.e. z=0) is a special case and is readily dealt with using the more general equations. The specific coordinate system used is not relevant, and the algorithm has been demonstrated to operate quite effectively in an earth-centered-earth-fixed (ECEF) 3D coordinate system, for example. As will be appreciated by those skilled in the art, other coordinate systems may be used.

Section 2: Time of Flight Based Approach

The primary geolocation method is referred to as the time of flight (TOF) method. The following measurement cost function can be defined for the TOF method:

$$f_i(x) = \sqrt{(x_i - x)^2 + (y_i - y)^2 + (z_i - z)^2} - \frac{c\Delta t_i}{2}, \quad (1)$$

where

8

-continued

$$\Delta t_i = T_{elapse}^i - 3 \cdot T_{slots} + TA, \quad (2)$$

and

$$x = [x_0 y_0 z_0]^T.$$

As will be appreciated by those skilled in the art, equation (2) relates specifically to the GSM standard and may be modified to comply with other wireless standards. The terms in equation (2) are either known or measured, and the remaining terms in (1) depend only on the current positions of the sensor and the target estimate. In one embodiment, $\Delta t_i$=TA and location estimation is based on the reported timing advance (TA). In equations (1) and (2), the measurements are taken with the sensor (antenna **25**) at position i, and the unknown target position at position x. The following overall cost function can be defined over a set of measurements i∈[1 . . . N].

$$F(x) = \sum_{i=1}^{N} \alpha_i^2 f_i^2(x) \quad (3)$$

In equation (3), the $\alpha_i$ is a weighting term and can be set to establish the relative importance and/or quality of the measurements. This is the term that may be related to the signal quality estimate. The position estimate of the target can be updated according to the equation

$$x_{k+1} = x_k - U\nabla_x F(x_k), \quad (4)$$

where U is a diagonal matrix, where the algorithm convergence properties are controlled by the values of the diagonal elements, and

$$\nabla_x F(x_k) = \nabla_x F(x)|_{x_k} = \begin{pmatrix} \frac{\delta F}{\delta x}\Big|_{x_k} \\ \frac{\delta F}{\delta y}\Big|_{x_k} \\ \frac{\delta F}{\delta z}\Big|_{x_k} \end{pmatrix}. \quad (5)$$

It follows that the partial derivatives may be derived, which are used in equation (5). This may be done in the following development.

Let $u_i = (x_i - x)^2 + (y_i - y)^2 + (z_i - z)^2$, then rewrite formula (I) as

$$f_i(x) = \sqrt{u_i} - \frac{c\Delta t_i}{2}. \quad (6)$$

Now using differential Calculus, the partial derivative of the overall cost function in formula (3) is

$$\frac{\delta F}{\delta x} = 2 \cdot \sum_{i=1}^{n} \alpha_i^2 f_i(x) \cdot \frac{\delta f_i(x)}{\delta x}, \text{ where} \quad (7)$$

US 7,592,956 B2

9

$$\frac{\delta f_i(x)}{\delta x} = \frac{1}{2\sqrt{u_i}} \cdot \frac{\delta u_i}{\delta x} \tag{8}$$

$$= \frac{1}{2\sqrt{u_i}} \cdot 2(x_i - x) \cdot (-1)$$

$$= \frac{(x - x_i)}{\sqrt{(x_i - x)^2 + (y_i - y)^2 + (z_i - z)^2}}.$$

The final form of the equation may be written as

$$\frac{\delta F}{\delta x}\Big|_{x_k} = 2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_i(x) \cdot \frac{(x_k - x_i)}{\sqrt{(x_i - x_k)^2 + (y_i - y_k)^2 + (z_i - z_k)^2}}. \tag{9}$$

In like fashion, the other partial derivatives functions can be derived and are summarized below.

$$\frac{\delta F}{\delta y}\Big|_{y_k} = 2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_i(x) \cdot \frac{(y_k - y_i)}{\sqrt{(x_i - x_k)^2 + (y_i - y_k)^2 + (z_i - z_k)^2}} \tag{10}$$

$$\frac{\delta F}{\delta z}\Big|_{z_k} = 2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_i(x) \cdot \frac{(z_k - z_i)}{\sqrt{(x_i - x_k)^2 + (y_i - y_k)^2 + (z_i - z_k)^2}} \tag{11}$$

In summary, the NLSSDA for the TOF method is described by equations (4), (5), and (9)-(11).

Section 3: Received Signal Strength Indication Based Approach

This section derives the equations that use signal power measurements at multiple locations as a way to gain location information of the target. The derivation of the equations is included below in summary form. The measured target signal power at two locations can be used to write the following equations, where a is the path loss exponent, $P_{RX}$ is the measured signal power, and $r_x$ is the range.

$$r_2/r_1 = (P_{r1}/P_{r2})^{1/\alpha} \tag{12}$$

$$(r_2/r_1)^\alpha = (P_{r1}/P_{r2}) \tag{13}$$

$$(r_1/r_2)^\alpha = (P_{r2}/P_{r1}) \tag{14}$$

$$(r_i/r_{i+1})^\alpha = (P_{i+1}/P_i) \tag{15}$$

Now, after taking the log of both sides of (15), and expressing the ranges in terms of the relevant x, y, z coordinates, the following cost function is provided.

$$g_i(x) = \frac{P_{i+1}}{P_i} - \left\{ \frac{\sqrt{(x_i - x)^2 + (y_i - y)^2 + (z_i - z)^2}}{\sqrt{(x_{i+1} - x)^2 + (y_{i+1} - y)^2 + (z_{i+1} - z)^2}} \right\}^\alpha. \tag{16}$$

10

The relevant measurement cost function is expressed as

$$f_{RSSI}^i(x) = \log_{10} g_i(x) \tag{17}$$

$$= P_{i+1}(dB) - P_i(dB) - \alpha \left\{ \begin{array}{l} \log_{10} \sqrt{\begin{array}{l}(x_i - x)^2 + (y_i - y)^2 + \\ (z_i - z)^2\end{array}} - \\ \log_{10} \sqrt{\begin{array}{l}(x_{i+1} - x)^2 + (y_{i+1} - y)^2 + \\ (z_{i+1} - z)^2\end{array}} \end{array} \right\}$$

where again, $x = [x_0 y_0 z_0]^T$ is the current estimated position of the target.

The overall cost function is as described in equation (3), where $f_i(x)$ is replaced with $f_{RSSI}^i(x)$. The derivation of the partial derivatives for the measurement cost function in equation (17) makes use of the following form:

$$\frac{d}{dx} \log_a u = \log_a e \cdot \frac{1}{u} \cdot \frac{du}{dx}. \tag{18}$$

Applying equation (18) to equation (17), consider the following development. Let $u_i = (x_i - x)^2 + (y_i - y)^2 + (z_i - z)^2$, it can then be written as:

$$\frac{\delta f_{RSSI}^i(x)}{\delta x} = -\alpha \left\{ \begin{array}{l} \log_{10} e \cdot \frac{1}{\sqrt{u_i}} \cdot \frac{1}{2\sqrt{u_i}} \cdot 2(x_i - x) \cdot (-1) - \\ \log_{10} e \cdot \frac{1}{\sqrt{u_{i+1}}} \cdot \frac{1}{2\sqrt{u_{i+1}}} \cdot 2(x_{i+1} - x) \cdot (-1) \end{array} \right\} \tag{19}$$

$$\frac{\delta f_{RSSI}^i(x)}{\delta x} = -\alpha \cdot \log_{10} e \cdot \left\{ \frac{(x - x_i)}{u_i} - \frac{(x - x_{i+1})}{u_{i+1}} \right\} \tag{20}$$

$$\frac{\delta f_{RSSI}^i(x)}{\delta y} = -\alpha \cdot \log_{10} e \cdot \left\{ \frac{(y - y_i)}{u_i} - \frac{(y - y_{i+1})}{u_{i+1}} \right\} \tag{21}$$

$$\frac{\delta f_{RSSI}^i(x)}{\delta z} = -\alpha \cdot \log_{10} e \cdot \left\{ \frac{(z - z_i)}{u_i} - \frac{(z - z_{i+1})}{u_{i+1}} \right\}. \tag{22}$$

Now using differential Calculus, the partial derivative of the overall cost function in equation (3) can be written as (recall general development in section 2):

$$\frac{\delta F}{\delta x}\Big|_{x_k} = 2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_{RSSI}^i(x) \cdot \left( -\alpha \cdot \log_{10} e \cdot \left\{ \frac{(x_k - x_i)}{u_i} - \frac{(x_k - x_{i+1})}{u_{i+1}} \right\} \right) \tag{23}$$

$$\frac{\delta F}{\delta y}\Big|_{y_k} = 2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_{RSSI}^i(x) \cdot \left( -\alpha \cdot \log_{10} e \cdot \left\{ \frac{(y_k - y_i)}{u_i} - \frac{(y_k - y_{i+1})}{u_{i+1}} \right\} \right) \tag{24}$$

$$\frac{\delta F}{\delta z}\Big|_{z_k} = 2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_{RSSI}^i(x) \cdot \left( -\alpha \cdot \log_{10} e \cdot \left\{ \frac{(z_k - z_i)}{u_i} - \frac{(z_k - z_{i+1})}{u_{i+1}} \right\} \right). \tag{25}$$

In summary, the NLSSDA for the relative received signal strength indication (RSSI) method is described by equations (4), (5), and (23)-(25).

Referring to FIGS. 9-10, charts 57, 59 illustrate takings of the received signal strength measurements at N points, each pair of measurements may permit the construction of a circle. The target location is estimated as the intersection of the circles.

US 7,592,956 B2

**11**

Section 4: Angle of Arrival Approach

This section derives the equations that use any AOA measurements that may be available at multiple locations as a way to gain location information of the target. These AOA measurements may be made, for example, with the aid of a switched beam antenna **25**. In like fashion, the other partial derivative functions can be derived and are summarized below.

This method is derived for 3D space, however, this may be optimal only if the antenna is highly directional in terms of azimuth and elevation. Indeed, practical antennas are most likely not highly directional in either orientation, however, even low resolution directivity information (used with low weights in the algorithm) may be useful for ambiguity resolution and breaking symmetry in the overall error surface. In the 3D case, it is assumed that the antenna is somewhat directional in terms of azimuth and elevation. The 2D case for antenna directivity may allow azimuth to be easily derived from the equations as a special case.

The derivation of the equations is included below in summary form. The sensor at each position i determines an estimated azimuth and elevation angle to the target. All angles are processed with knowledge of each sensor's measurement position and orientation so that the angles can be converted to a set of linear equations in the relevant 3D Cartesian coordinate system. There will be an equation for each sensor angle measurement. The final set of equations can be written as follows for each sensor i:

$$h_i(x) = z = m_i x + n_i y + b_i.$$  (26)

The relevant measurement cost function is expressed as

$$f_{ANG}^i(x) = m_i x + n_i y + b_i - z,$$  (27)

where again $x = [x_0 y_0 z_0]^T$ is the current estimated position of the target.

The overall cost function is as described in equation (3), where $f_i(x)$ is replaced with $f_{ANG}^i(x)$. The partial derivatives for the measurement cost function in equation (27) are easily established as:

$$\frac{\delta f_{ANG}^i(x)}{\delta x} = m_i$$  (28)

$$\frac{\delta f_{ANG}^i(x)}{\delta y} = n_i$$  (29)

$$\frac{\delta f_{ANG}^i(x)}{\delta z} = -1.$$  (30)

Now using differential Calculus, the partial derivative of the overall cost function in equation (3) can be written as (recall general development in section 2):

$$\frac{\delta F}{\delta x}\Big|_{x_k} = 2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_{ANG}^i(x) \cdot m_i$$  (31)

$$\frac{\delta F}{\delta y}\Big|_{y_k} = 2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_{ANG}^i(x) \cdot n_i$$  (32)

$$\frac{\delta F}{\delta z}\Big|_{z_k} = 2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_{ANG}^i(x) \cdot (-1).$$  (33)

**12**

In summary, the NLSSDA for the relative RSSI method is described by equations (4), (5), and (31)-(33).

Section 5: Synchronized TDOA Approach

For completeness, an embodiment using the synchronized TDOA approach is also described herein, which is applicable for a set of time synchronized sensors. This section derives the synchronized TDOA equations, which use measurements at multiple locations as a way to gain location information of the target. Assuming that the target is located at position $(x_0, y_0, z_0)$, and transmits at time $\tau_0$. Assuming that there are N time synchronized sensors deployed at positions $(x_1, y_1, z_1), \ldots, (x_N, y_N, z_N)$, and that they receive the transmission from target mobile at times $\tau_1, \ldots, \tau_N$. For sensor $i \in 1 \ldots N$, the following cost function may be derived:

$$f_{TDOA}^i(x) = \sqrt{(x_i - x)^2 + (y_i - y)^2 + (z_i - z)^2} - c(\tau_i - \tau),$$  (34)

where c is the speed of light, and $x = [x\ y\ z\ \tau]^T$ is the unknown vector which contains the current estimated position of the target and the estimated target transmission time. This function takes on a low value ideally (and in the absence of all error sources) at all sensors when $x = [x_0 y_0 z_0 \tau_0]^T$.

The cost function specific to the hyperbolic based synchronized TDOA is derived as follows:

$$f_{TDOA}^i(x) - f_{TDOA}^{i+1}(x) = \sqrt{(x_i - x)^2 + (y_i - y)^2 + (z_i - z)^2} - \sqrt{(x_{i+1} - x)^2 + (y_{i+1} - y)^2 + (z_{i+1} - z)^2} - c(\tau_i - \tau) + c(\tau_{i+1} - \tau)$$  (35)

$$f_{TDOA}^i(x) - f_{TDOA}^{i+1}(x) = \sqrt{(x_i - x)^2 + (y_i - y)^2 + (z_i - z)^2} - \sqrt{(x_{i+1} - x)^2 + (y_{i+1} - y)^2 + (z_{i+1} - z)^2} - c(\tau_i - \tau_{i+1})$$  (36)

$$f_{HYP}^i(x) = f_{TDOA}^i - f_{TDOA}^{i+1}(x), \text{ where } x = (x_0, y_0, z_0)^T.$$  (37)

The cost function may be dependent only on the measured time difference of arrival between relevant sensors and the position of the target. Given a perfect measurement in ideal conditions, this cost function approaches zero as the estimate approaches the actual target location. The estimate vector in this case is free of the unknown target transmit time, as this has been subtracted out and is of no practical interest for the location estimation application. The remainder of the development for the hyperbolic case follows that presented in section 2 above.

The overall cost function is as described in equation (3), where $f_i(x)$ is replaced with $f_{HYP}^i(x)$. The relevant partial derivatives of $f_{HYP}^i(x)$ are determined as shown below. Let $u_i = (x_i - x)^2 + (y_i - y)^2 + (z_i - z)^2$, then rewrite the cost function in equation (37) as:

$$f_{HYP}^i(x) = \sqrt{u_i^2} - \sqrt{u_{i+1}^2} - c(\tau_i - \tau_{i+1}).$$  (38)

Now using differential Calculus, the partial derivative of the cost function in equation (38) is

$$\frac{\delta f_{HYP}^i(x)}{\delta x} = \frac{1}{2\sqrt{u_i}} \cdot \frac{\delta u_i}{\delta x} - \frac{1}{2\sqrt{u_{i+1}}} \cdot \frac{\delta u_{i+1}}{\delta x}$$  (39)

$$= \frac{1}{2\sqrt{u_i}} \cdot 2(x_i - x) \cdot (-1) - \frac{1}{2\sqrt{u_{i+1}}} \cdot$$

US 7,592,956 B2

**13**

-continued

$$= \frac{2(x_{i+1} - x) \cdot (-1)}{\sqrt{(x_i - x)^2 + (y_i - y)^2 + (z_i - z)^2}} - \frac{(x - x_{i+1})}{\sqrt{(x_{i+1} - x)^2 + (y_{i+1} - y)^2 + (z_{i+1} - z)^2}},$$

so the final form of the partial derivatives of the system level cost function can be rewritten as:

$$\left. \frac{\delta F}{\delta x} \right|_{x_k} = \tag{40}$$

$$2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_{HYP}^2(x) \cdot \left\{ \frac{(x_k - x_i)}{\sqrt{(x_i - x_k)^2 + (y_i - y_k)^2 + (z_i - z_k)^2}} - \frac{(x_k - x_{i+1})}{\sqrt{(x_{i+1} - x_k)^2 + (y_{i+1} - y_k)^2 + (z_{i+1} - z_k)^2}} \right\},$$

In like fashion, the other partial derivatives functions can be derived and are summarized below.

$$\left. \frac{\delta F}{\delta y} \right|_{y_k} = \tag{41}$$

$$2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_{HYP}^2(x) \cdot \left\{ \frac{(y_k - y_i)}{\sqrt{(x_i - x_k)^2 + (y_i - y_k)^2 + (z_i - z_k)^2}} - \frac{(y_k - y_{i+1})}{\sqrt{(x_{i+1} - x_k)^2 + (y_{i+1} - y_k)^2 + (z_{i+1} - z_k)^2}} \right\}$$

$$\left. \frac{\delta F}{\delta z} \right|_{z_k} = \tag{42}$$

$$2 \cdot \sum_{i=1}^{N} \alpha_i^2 f_{HYP}^2(x) \cdot \left\{ \frac{(z_k - z_i)}{\sqrt{(x_i - x_k)^2 + (y_i - y_k)^2 + (z_i - z_k)^2}} - \frac{(z_k - z_{i+1})}{\sqrt{(x_{i+1} - x_k)^2 + (y_{i+1} - y_k)^2 + (z_{i+1} - z_k)^2}} \right\}$$

Compare these equations to equations (9)-(11), respectively. In summary, the NLSSDA for the TDOA method is described by equations (4), (5), and (40)-(42).

Section 6: Data Fusion Across Measurement Families

The various measurements and equations derived in previous sections can be combined and used simultaneously in the same algorithm (i.e., data fusion). In this case, the adaptive algorithm combines the various measurements, and families of measurements, in a weighted least-squares sense. Assuming that there are N sensor measurements, there are N equations for methods that are not differential in nature (i.e., TOF and AOA methods), and M equations for methods that are differential in nature (i.e., relative RSSI method, and TDOA).

If imposing a restriction that utilizes only independent sensor combinations, then M=N−1. It has been established (via simulations) that with noise and all other error sources enabled, using all of the dependent combinations in addition to the independent combinations affords better performance as a result of averaging the noise and errors components. In the case where all combinations of sensors are used, M=1+ 2+ . . . +N−1, there are $N_{RSSI}$=M RSSI based equations,

**14**

$N_{HYP}$=M TDOA based equations, $N_{TOF}$=N TOF based equations, and $N_{ANG}$=N AOA based equations. The equations discussed in the previous sections are combined to form the overall cost function as follows:

$$F_{COM}(x) = \sum_{i=1}^{N_{TOF}} \alpha_i^2 f_i^2(x) + \sum_{i=1}^{N_{RSSI}} \alpha_{RSSI,i}^2 f_{RSSI,i}^2(x) + \tag{34}$$

$$\sum_{i=1}^{N_{ANG}} \alpha_{ANG,i}^2 f_{ANG,i}^2(x) + \sum_{i=1}^{N_{HYP}} \alpha_{HYP,i}^2 f_{HYP,i}^2(x)$$

The relevant partial derivatives of this function are easily determined using the property that the derivative of a sum of terms is the sum of the derivatives of the terms and using equations (9)-(11), (23)-(25), (31)-(33), and (40)-(42), which have been previously derived. As usual, the position estimate of the target is updated according to the following equation:

$$x_{k+1} = x_k - \mu \nabla_x F_{COM}(x_k), \tag{35}$$

where

$$\nabla_x F_{COM}(x_k) = \nabla_x F_{COM}(x)|_{x_k}$$

$$= \begin{pmatrix} \left. \frac{\delta F_{COM}}{\delta x} \right|_{x_k} \\ \left. \frac{\delta F_{COM}}{\delta y} \right|_{y_k} \\ \left. \frac{\delta F_{COM}}{\delta z} \right|_{z_k} \end{pmatrix}.$$

Using this strategy, by judiciously choosing the $\alpha_i$ terms in (34), different families of measurements, indeed even measurements within families, can be combined in a weighted sense (including turning off by setting the relevant weights to 0) to arrive at a position estimate that is optimized in a weighted least-squares sense. In summary, the NLSSDA for this hybrid approach is described by equations (34), (35), and using the partial derivative terms in (9)-(11), (23)-(25), (31)-(33), and (40)-(42) in the computation of (35).

Section 7: Conclusion

Provided herein is the relevant mathematics used for full 3D geolocation using a variety of measurement families. In addition to providing a range of techniques for location estimation, this technique offers the ability to combine all of the various measurement families into a single algorithm so that a location estimate is computed which is optimum in a weighted least squared sense. The weighting is completely general. Individual measurements can be weighted relative to its peer's measurements, or entire measurement families can be weighted relative to other families of measurements.

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

1. A location determining system for a wireless cellular transmitter, the location determining system to be carried by a platform movable relative to the wireless cellular transmitter and comprising:

US 7,592,956 B2

15

an antenna;

a receiver coupled to said antenna; and

a location determining processor coupled to said receiver

to collect, during movement relative to the wireless cellular transmitter, a series of range measurements, a corresponding series of received signal measurements, a corresponding series of received signal strength measurements, and

to estimate a location of the wireless cellular transmitter based upon the range measurements and the received signal strength measurements, both weighted using the received signal measurements.

**2.** The location determining system according to claim 1 further comprising a platform position determining device; and wherein said location determining processor cooperates with said platform position determining device so that the estimated location of the wireless cellular transmitter comprises an estimated geolocation.

**3.** The location determining system according to claim 1 wherein said location determining processor further estimates an elevation of the wireless cellular transmitter.

**4.** The location determining system according to claim 1 wherein the received signal measurements comprise at least one of bit-error rate measurements, receiver metrics, and signal-to-noise ratio measurements.

**5.** The location determining system according to claim 1 wherein said location determining processor estimates the location of the wireless cellular transmitter based upon a least-squares steepest decent algorithm.

**6.** The location determining system according to claim 1 wherein said location determining processor collects the series of range measurements using time of flight measurements.

**7.** The location determining system according to claim 1 wherein said antenna comprises a directional antenna; wherein said location determining processor cooperates with said directional antenna to collect, during movement relative to the wireless cellular transmitter, a corresponding series of angle of arrival measurements; and wherein said location determining processor estimates the location of the wireless cellular transmitter further based upon the angle of arrival measurements.

**8.** The location determining system according to claim 7 wherein said location determining processor weights the angle of arrival measurements based upon the received signal measurements.

**9.** The location determining system according to claim 1 wherein the platform comprises an aircraft.

**10.** The location determining system according to claim 1 wherein the platform comprises a ground-based vehicle.

**11.** A location determining system for a wireless cellular transmitter, the location determining system to be carried by a platform movable relative to the wireless cellular transmitter and comprising:

a directional antenna;

a receiver coupled to said directional antenna;

a platform position determining device; and

a location determining processor coupled to said receiver and said platform position determining device for

16

collecting, during movement relative to the wireless cellular transmitter, a series of range measurements, a corresponding series of received signal measurements, a corresponding series of angle of arrival measurements, and a corresponding series of received signal strength measurements, and

estimating a geolocation of the wireless cellular transmitter based upon the range measurements, the angle of arrival measurements, the received signal strength measurements, each weighted using the received signal measurements.

**12.** The location determining system according to claim 11 wherein the received signal measurements comprise at least one of bit-error rate measurements, receiver metrics, and signal-to-noise ratio measurements.

**13.** The location determining system according to claim 11 wherein said location determining processor estimates the location of the wireless cellular transmitter based upon a least-squares steepest decent algorithm.

**14.** The location determining system according to claim 11 wherein said location determining processor collects the series of range measurements using time of flight measurements.

**15.** A method of estimating a location of a wireless cellular transmitter using a location determining system, the method comprising:

collecting, during movement of the location determining system relative to the wireless cellular transmitter, a series of range measurements, a corresponding series of received signal measurements, and a corresponding series of received signal strength measurements; and

estimating a location of the wireless cellular transmitter based upon the range measurements and the received signal strength measurements, both weighted using the received signal measurements.

**16.** The method according to claim 15 further comprising collecting, during movement of the location determining system relative to the wireless cellular transmitter, a corresponding series of angle of arrival measurements; and wherein estimating the location of the wireless cellular transmitter comprises estimating the location further based upon the angle of arrival measurements.

**17.** The method according to claim 15 wherein estimating the location of the wireless cellular transmitter comprises estimating a geolocation of the wireless cellular transmitter.

**18.** The method according to claim 15 wherein estimating the location of the wireless cellular transmitter comprises estimating an elevation of the wireless cellular transmitter.

**19.** The method according to claim 15 wherein the received signal measurements comprise at least one of bit-error rate measurements, receiver metrics, and signal-to-noise ratio measurements.

**20.** The method according to claim 15 wherein estimating the location of the wireless cellular transmitter comprises estimating the location of the wireless cellular transmitter based upon a least-squares steepest decent algorithm.

**21.** The method according to claim 15 wherein collecting the series of range measurements comprises collecting a series of time of flight measurements.

\* \* \* \* \*

US005719584A

# United States Patent [19]

## Otto

| [11] | Patent Number: | 5,719,584 |
|---|---|---|
| [45] | Date of Patent: | Feb. 17, 1998 |

[54] **SYSTEM AND METHOD FOR DETERMINING THE GEOLOCATION OF A TRANSMITTER**

[75] Inventor: **James C. Otto**, Indian Harbor Beach, Fla.

[73] Assignee: **Harris Corporation**, Melbourne, Fla.

[21] Appl. No.: **706,909**

[22] Filed: **Sep. 3, 1996**

[51] Int. Cl.⁶ ........................................ G01S 3/02

[52] U.S. Cl. ..................... 342/465; 342/387; 342/457

[58] Field of Search ........................ 342/387, 465, 342/457, 389

[56]                    **References Cited**

U.S. PATENT DOCUMENTS

| 3,789,413 | 1/1974 | Ross et al. | ........................ 343/113 R |
| 4,888,593 | 12/1989 | Friedman et al. | ........................ 342/387 |

| 5,317,323 | 5/1994 | Kennedy et al. | ........................ 342/457 |
| 5,493,308 | 2/1996 | Bingham et al. | ........................ 342/442 |
| 5,526,001 | 6/1996 | Rose et al. | ........................ 342/442 |
| 5,596,313 | 1/1997 | Berglund et al. | ........................ 340/574 |

*Primary Examiner*—Thomas H. Tarcza
*Assistant Examiner*—Dao L. Phan
*Attorney, Agent, or Firm*—Rogers & Killeen

[57]                    **ABSTRACT**

A system and method for determining the geolocation of a transmitter within or without a set of receiving stations. The system includes plural receiving stations which determine the time of arrival and the angle of arrival of a signal from a target unit. The signal determinations are communicated to a central processing unit which determines the geolocation of a radiating unit which would provide such times of arrival and angles of arrival. By use of both time of arrival and angle of arrival information at the central processing unit, the need for receiving stations to cover a desired geographic area is reduced.

**14 Claims, 4 Drawing Sheets**





FIG. I



## FIG. 2
### PRIOR ART



**FIG. 3**
PRIOR ART



FIG. 4

5,719,584

| 1 | 2 |

## SYSTEM AND METHOD FOR DETERMINING THE GEOLOCATION OF A TRANSMITTER

### BACKGROUND OF THE INVENTION

The present invention is related generally to systems and methods for determining the geolocation of radiating apparatus and, in particular, to a system and method for determining the geolocation of one or more radio frequency ("RF") transmitters by combining measurement estimates from two or more types of detecting systems.

The prior art contains numerous types of systems for locating the geolocation of an RF transmitter. In such systems, plural receivers are generally placed at known geolocations and each receiver monitors known frequency bands for signals emanating from an RF source at an unknown location. Upon detection of RF signals having a desired characteristic, the plural stations provide information concerning the detected signal to a central processing unit. The central processing unit (which may be located at one of the receiving stations) typically uses the multiple detected signals from the plural receiving stations to determine the geolocation of the transmitter of the signal. Currently, while other types of geolocating systems are known, most systems determine the geolocation of the transmitter based on the difference in the times of arrival of the same signal at the plural receivers (so called, time-difference-of-arrival, "TDOA", systems) or based on the angle of arrival of the same signal at the plural signals ("AOA" systems).

As explained below with reference to FIGS. 1 to 3, prior art TDOA and AOA geolocation determining systems usually need a minimum of three, geographically diverse, receiving stations to monitor a signal from a transmitter to be located. While three receiving stations may not seem a significantly large number of stations for geolocating purposes, present and expected future transmitting systems, such as analog and digital cellular telephone systems, personal communications systems, and the like, are expected to use transmitters of very low power. In such a system, in order to ensure that an accurate geolocation can be established anywhere within a predetermined geographic area, it is necessary to locate receiving stations throughout the predetermined area. Accordingly, it would be of considerable advantage, if geolocation tasks could be accurately accomplished by fewer than three receiving stations. Such systems could be designed so that any transmitter to be monitored need only to be able to communicate with two receiving stations, at a considerable cost savings for the fixed architecture of the communication system. Additionally, such an advantageous system would have a further advantage in potentially reducing the communication overhead needed to transmit data concerning received signals from the receiving stations to the central processing unit.

It is therefor an object of the present invention to provide a novel geolocating system and method which reduces these and other disadvantages experienced in prior art systems.

It is a further object of the present invention to provide a novel geolocating system and method which requires fewer receiving stations to determine the geolocation of an RF transmitter within a prescribed geographic area.

It is another object of the present invention to provide a novel geolocation system and method which reduces the computational overhead at a central processing system as compared to conventional prior art systems.

It is still another object of the present invention to provide a novel geolocating system and method which accurately determines the geolocation of a RF transmitter within a prescribed geographic area regardless of the location of the transmitter with respect to the receiving stations.

These and many other objects and advantages of the present invention will be readily apparent to one skilled in the art to which the invention pertains from a perusal of the claims, the appended drawings, and the following detailed description of the preferred embodiments.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a pictorial diagram depicting a simplified system in which the present invention may be exploited.

FIG. 2 is a pictorial diagram illustrating the operation of a time-difference-of-arrival system of the prior art.

FIG. 3 is a pictorial diagram illustrating the operation of an angle-of-arrival system of the prior art.

FIG. 4 is a pictorial diagram depicting a system of the present invention.

### DESCRIPTION OF PREFERRED EMBODIMENTS

With reference to FIG. 1, an embodiment of the present invention may be implemented in a geolocation system which utilizes plural fixed receiving sites 10, each connected to a central processing unit 12 through convention communication links 14. A target unit (or unit to be geolocated) 16 transmits a signal, which may be an RF signal or an electromagnetic signal or various types, to plural of the receiving stations.

In operation, the receiving sites (or "receiving stations") 10 each receive the signal from the target unit 16 and send a communication concerning that signal reception to the central processing unit 12. Depending upon the structure of the system, the central processing unit 12 may use the angle of arrivals of the signal at the receiving sites 10 or the times of arrival of the signal at the receiving sites 10 or other conventional means to determine the geolocation of the target unit 16. With a proper system design, the central processing system 12 can simultaneously determine the geolocation of several target units 10 located within the receiving range of plural of the receiving stations 10.

With reference now to FIG. 2, one method by which the central processing unit may determine the geolocation of the target unit is known as time-difference-of-arrival ("TDOA"). In a TDOA system, a target unit transmits a signal which may be received at plural receiving stations 10, in the example system of FIG. 2, RS1, RS2 and RS3. The receiving stations RS1, RS2 and RS3 have a common time framework, such as a signal received from a high precision clock on a geosynchronous satellite, a signal received from the central processing unit 12 (not shown), or from a highly stable local clock (which may be periodically update or brought into synchronization by external signals). When an identifiable portion of the signal from the target unit 10 is received, the time at which the identifiable portion is received is ascertained by the receiving stations RS1, RS2 and RS3 using conventional techniques. Information regarding the received signal, including its time of arrival, is sent from the receiving stations RS1, RS2 and RS3 to the central processing unit. At the central processing unit, the time of arrival of the signal at the various reporting receiving stations RS1, RS2, and RS3 is compared to one another and used to compute the time difference of arrival of the signals.

5,719,584

| 3 | 4 |

By knowing the geolocation of the receiving stations RS1, RS2 and RS3 and the propagation speed of the signals sent from the target unit 16, the central processing unit 12 may determine the geolocation of the target unit within the degree of certainty available from the individual time of arrival signals.

Generally, the time difference of arrival of the same signal between any two receiving stations yields a locus of points along a parabola which intersects at a right angle a line directly connecting the two points. For example, with continued reference to FIG. 2, the possible locations of a target unit sending a signal which arrived at receiving station RS1 at $t_1$ and arrived at receiving station RS2 at $t_2$ is in the shape of a curve 20. With only two receiving stations using a TDOA method of determining, it is generally not possible to determine a precise location for a target unit but only a locus of points along a curve. Therefor, TDOA systems generally use at least three receiving stations to make a geolocation determination. For example, if the same signal as sent in the previous paragraph is also received and time tagged by a third receiving station RS3, the central processing unit 12 may compute two additional curves on which the target unit must lie (within the accuracy of the time determination), one relying upon the time difference of arrival between receiving stations RS1 and RS3 and the other relying upon the time difference of arrival between receiving stations RS2 and RS3. In the prior art system of FIG. 2, a second curve 22 (relying on the times of arrival at receiving stations RS1 and RS3) is shown. The intersection of the curves of the TDOA determinations may be taken as the geolocation of the target unit 16.

As understood by those skilled in the art, the TDOA calculations may be adjusted for factors other than propagation speed of the signals, such as local terrain effects, clock biases, etc.

With reference now to FIG. 3, some systems of the prior art used information regarding the angle of arrival of the signal from the target unit 16 to determine the target unit's geolocation. There are a myriad of methods for determining the angle of arrival of a signal at a receiving site, such as by: the use of a rotating antenna which is rotated to obtain the strongest signal from the target unit; a phase array of antenna elements which may be variably electrically steered to obtain the strongest signal; plural antennas at which the receiving unit may compare the instantaneous phase of the arriving signal at each of the plural antennas to determine the direction of a signal which would provide the received phase relationship among signals; or other convention methods. No matter which angle of arrival method is used, such methods generally are less accurate as a target unit moves close to a line between the receiving stations. For example, if a particular system has an uncertainty of X degrees in the angle of arrival, the uncertainty in the geolocation of the target unit is related to the intersection of the arcs of uncertainty 31 of X degrees from each receiving station. As the target unit moves toward a location which approaches a line between the receiving stations, the intersection of the arcs of uncertainty 31 grow larger until for the extreme case of a target unit on the line between the receiving stations, the system cannot ascertain where the target is located along the line between the receiving units. For example, with respect to the system of FIG. 3, a zone of uncertainty 30, associated with an approximately 90 degree intersection of the arcs of uncertainty from two stations RS1 and RS2 is considerably smaller than the zone of uncertainty 32 associated with a much shallower intersection.

To obviate the problems associated with AOA systems, such systems generally use at least three receiving stations,

each mutually remote from the other. In such systems, the central processing unit 12 obtains AOA information from at least three receiving stations and can always determine a location by use of intersecting arcs which are not at or near lines connecting the receiving stations.

With reference to FIG. 4, a system of the present invention requires only two receiving stations RS 10 and RS 20 to determine the geolocation of a target unit 16. In systems of the present invention, each receiving location 10 receives a signal from the target unit 16 and determines both the angle-of-arrival and the time of arrival of the signal, which is provide, in turn, to the central processing unit 12 through conventional communications links 14. At the central processing unit 12, the time of arrival information between two stations may be used to compute a locus of points along a curve 40 at which the target unit 16 may exist (i.e., the locus of points from which a signal would have the determined time difference of arrival between the given two receiving stations 10). The precise point along the curve 40 at which the target unit 16 is determined to be located is obtained from the intersection of the curve 40 with the bearing lines (from the angles of arrival) AOA1, AOA2 from either one of the receiving stations, RS10 or RS20.

In a system in which multiple receiving antennas are needed to provide geolocating (and/or communications) coverage throughout a geographic area, such as in a low power personal communication system which covers a wide geographic area, only two receiving stations are needed to be able to be in contact with a target unit at any time in order to provide complete geolocating coverage. If in a given system, the signals from a target unit are received at more than two receiving stations, the processing unit can combine the bearing lines and the curves using any vectorial combination scheme. Depending upon the local terrain conditions and other factors, the central processing unit 12 may: weight the signals from some receiving sites more heavily than others; weight the signals in proportion to a metric of signal quality such as signal-to-noise ratio of the received signals; weight more heavily the positions determined from receiving stations closer to the determined location of the target unit; eliminating some of the bearing lines and/or curves for outlying estimates; weighting more heavily the curves determined from the TDOA determinations. Indeed, the central processing unit may determine the geolocation of the target unit using a moment of inertia calculation based on the weighted estimates of position.

As will be perceived by those skilled in the art, the use of the present invention reduces the need for receiving stations to be within receiving range of target units. In a cellular like system in which receiving stations exist throughout a coverage area, no more than two of such receiving stations are required to be able to receive signals from the target units in the system of the present invention.

While preferred embodiments of the present invention have been described, it is to be understood that the embodiments described are illustrative only and the scope of the invention is to be defined solely by the appended claims when accorded a full range of equivalence, many variations and modifications naturally occurring to those of skill in the art from a perusal hereof.

What is claimed is:

1. A system for locating a transmitting unit relative to plural fixed receiving locations, comprising:

(A) a mobile unit transmitting an RF signal;

(B) plural fixed units, each of said fixed units receiving said transmitted signal and each fixed unit comprising:

5,719,584

## 5

(i) means for determining the angle of arrival of said transmitted signal;

(ii) means for determining the time-of-arrival of said transmitted signal;

(C) determination means for determining the location of the mobile unit based on the angle of arrival and the time of arrival of the transmitted signal at each of the fixed units.

2. A locating system for the source of an RF signal comprising:

(A) a clock;

(B) plural receivers, each receiver receiving said RF signal, and each receiver comprising:

(i) angle-of-arrival detector for computing the angle of arrival of said RF signal;

(ii) time-of-arrival detector for determining the time of arrival at said receiver of an identifiable portion of said RF signal, said time of arrival being determined with respect to said clock;

(iii) reporting means for reporting the detected angle-of-arrival and the time-of-arrival; and,

(C) a location determining site for receiving the detected angle-of-arrival and the detected time-of-arrival from each of said plural receivers and for determining therefrom the location of said source of said RF signal.

3. The system of claim 2 wherein said location determining site determines said location by computing the set of locations corresponding to the time-difference-of-arrival of said RF signal at said plural receivers and intersecting said set of locations with one of said angles-of-arrival to determine the location of the source of the RF signal.

4. The system of claim 2 wherein said plurality is 2.

5. The system of claim 2 wherein said plurality is 2 and only one of said angles-of-arrival is used to determined the location of said source.

6. A method for determining the location of a source of an RF signal, comprising the steps of:

(A) determining the angle of arrival and the time of arrival of an identifiable portion of said RF signal at a first receiver location;

(B) determining the time of arrival of said identifiable portion of said RF signal at a second receiver location, said time of arrival determination being coordinated in time with the time of arrival determination of the first receiver location;

(C) determining the locus of points along the surface of the earth from which the time of arrivals at the two receiver locations satisfies the ratio of the two determined times of arrival;

## 6

(D) determining along said locus of points the point at which the angle of arrival from said first receiver location matches the determined angle of arrival, said point being associated with the source of the RF signal.

7. The method of claim 6 further comprising the steps of:

(E) repeating steps (C) and (D) for each set of receiver locations within receiving range of said RF source; and,

(F) determining the location of said RF source by combining the points.

8. The method of claim 7 wherein the points are combined by selectively weighing one or more of the points more heavily than others of the points.

9. The method of claim 8 wherein said step of determining the location is accomplished by computing a moment of inertia of the points.

10. The method of claim 6 wherein only two receivers are used to determine the point.

11. A system for locating a transmitting unit comprising:

(a) a transmitting unit which transmits a signal;

(b) plural means for receiving a signal transmitted by said transmitting unit, said means for receiving being geographically diverse from one another to provide locating coverage over a desired geographic territory; and,

(c) means for decoding the signals received by said plural means for receiving, said means for decoding comprising:

(i) means for determining the angle at which the signal from the transmitting unit arrives at each of said plural means for receiving;

(ii) means for determining the time of arrival of the signal from the transmitting unit at each of said plural means for receiving;

whereby said means for decoding determines the geolocation of said transmitting unit based on the angle of arrival of the signal at one of said means for receiving and the times of arrival of the signal at plural of the means for receiving.

12. The system of claim 11 wherein said means for decoding determines said geolocation by computing the set of locations corresponding to the time-difference-of-arrival of said signal at said plural means of receiving and intersecting said set of locations with one of said angles-of-arrival to determine the location of the source of the signal.

13. The system of claim 12 wherein said plurality of means for receiving is 2.

14. The system of claim 12 wherein said means for determining determines said geolocation with respect to the angle of arrival at plural of said means for receiving.

*   *   *   *   *

US005687196A

# United States Patent [19]

## Proctor, Jr. et al.

| [11] | Patent Number: | **5,687,196** |
|---|---|---|
| [45] | Date of Patent: | **Nov. 11, 1997** |

[54] **RANGE AND BEARING TRACKING SYSTEM WITH MULTIPATH REJECTION**

[75] Inventors: **James Arthur Proctor, Jr.**, Indialantic; **James Carl Otto**, Indian Harbour Beach, both of Fla.

[73] Assignee: **Harris Corporation**, Melbourne, Fla.

[21] Appl. No.: **315,345**

[22] Filed: **Sep. 30, 1994**

[51] Int. Cl.$^6$ ............................... **H04B 7/10**; H04L 1/02

[52] U.S. Cl. ........................ **375/347**; 342/457; 342/463; 455/132

[58] Field of Search ........................... 375/200, 209, 375/343, 346, 348, 349, 347, 367; 342/417, 421, 423, 450, 463; 455/65, 132

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| 4,443,801 | 4/1984 | Klose et al. | 343/242 |
| 4,752,969 | 6/1988 | Rilling | 455/278 |
| 5,260,711 | 11/1993 | Sterzer | 342/375 |
| 5,296,861 | 3/1994 | Knight | 342/357 |
| 5,402,450 | 3/1995 | Lennen | 375/343 |
| 5,548,296 | 8/1996 | Matsmo | 342/457 |
| 5,596,330 | 1/1997 | Yokev et al. | 342/387 |

*Primary Examiner*—Tesfaldet Bocure
*Assistant Examiner*—Bryan Webster
*Attorney, Agent, or Firm*—Rogers & Killeen

[57] **ABSTRACT**

A system and method for tracking a remote RF transmitter with reduced susceptibility to the effects of multipath in which the distance and direction of an arriving RF chirp signal are determined with respect to the earliest arriving portion of the signal which is presumed to be the direct path signal. The received chirp signals, from a remote transmitter are correlated into plural path signals, and the direction and distance to the transmitter is determined from the earliest arriving path signal.

**32 Claims, 2 Drawing Sheets**



Case 2:12-cv-01605-DLR-BSB   Document 116-3   Filed 06/02/14   Page 188 of 193



## FIG. 1



## FIG. 2



FIG. 3

FIG. 4

5,687,196

1

## RANGE AND BEARING TRACKING SYSTEM WITH MULTIPATH REJECTION

### BACKGROUND OF THE INVENTION

The present invention is related generally to systems and methods for determining the range and bearing of the source of radiofrequency ("RF") signal and, in particular, to systems and methods for determining the range and bearing of such signals in the face of multipath and similar noise sources.

Systems and method for determining the distance and bearing of an RF signal are well known. In some systems, a outbound signal having a known power is sent from a base station to a remote station at an unknown location. The remote station may "respond" to the signal from the base station by returning a signal upon receipt of the outbound signal. Such a system is presently produced by Cubic Defense Systems, Inc. as the AN/ARS-6(V) PLS system or by Rockwell International Inc as the Target Locating System (TLS). The distance between the base station and the remote station may be determined by any of the known methods. For example, the distance can be computed by timing the total transit time between the transmission of the outbound signal and the receipt of the response signal. By subtracting the estimated time of the delay in the remote station from the total transit time, the time to traverse twice the distance between the base and the remote stations can obtained and the distance readily computed. By way of another example of prior art systems, the distance between the base and the remote stations can be estimated by knowing the power of the signal transmitted from the remote and measuring the power of the signal received at the base station. Using the inverse square law of signal strength over increasing distances, an estimate of the distance can be obtained from the difference between the transmitted power and the received power.

Likewise, it is known in the prior art to determine the direction of the response signal by one of many techniques. For example, in one of the most simple methods, a loop antenna may be rotated and the strength of the response signal measured. The transmitting station is estimated to be along the line corresponding to the axis of the loop when the loop is position to maximize response signal power. In another example in the prior art, a base station may use plural antennas having a known geometric relationship to one another. The angle of arrival of the response signal may be determined by evaluating the phase of the response signal simultaneously at each of the antennas. The simultaneous phase relationships at the antennas, the geometric relationship of the antennas and the frequency of the response signal can be used to estimate the angle of arrival of the response signal with respect to the antennas.

All of the above-noted systems and methods for determining range and bearing in the prior art experience some difficulty in multipath and other noisy environments typical of where many such tracking and ranging systems are used. For example, with reference to FIG. 1, an RF signal source 10 may be located at location remote and unknown to a base station 12. Plural blocking and/or reflecting elements 14, such as buildings, towers, mountains may exist in the proximity of and in the direct path between the RF signal source 10 and the base station 12. The blocking and/or reflecting elements cause RF signals impinging upon such elements to be blocked, absorbed, reflected, and often a combination of all three. Generally, such elements cause RF signals to be diminished in strength and to change direction.

2

When a source of RF signals such as the remote source 10 radiates RF signals, such signals are blocked and/or reflected by the elements 14 such that instead of a single signal arriving at the base station 12, multiple versions of the same or slightly altered signal arrive at the base station 12. The different versions of the signals arrive at different times because they have travelled different paths of different distances than either the direct version or other indirect versions. The signals may also be altered from one another because each of the signals has experienced a different environment and may have been subject to different noise and interference sources along the different paths.

With continued reference to FIG. 1, in a multipath environment, the signal which arrives directly from the RF signal source 10 at the base station 12 may not be the strongest signal. For example, in the system of FIG. 1 three different paths 20, 22, and 24 between the RF signal source 10 and the base station 12 are shown. (It being understood that generally communications are conducted across an arc and not just at selected lines from the RF signal source.) The first signal path 20 proceeds directly from the RF signal source 10 to the base station 12. Because the first signal path intersects two of the elements, and each element tends to diminish the strength of the signal, the signal arriving at the base station 12 is lower in amplitude or power than a signal arriving without being partially absorbed. Note that when the signal on the first signal path impinged on the elements, it is likely that some portion of the signal was reflected and some portion was refracted and never reached the base station 12 but such reflection and refraction are not shown with respect to the first signal path 20 for simplicity of illustration.

The second signal path 22 in the illustration of FIG. 1 is reflected off two of the elements 14 before reaching the base station 12 (refraction and absorption not being shown). If the reflecting surfaces of these two elements are relatively efficient, a relatively strong signal will reach the base station 12 along the second signal path 22. Because the signal travelling the second signal path 22 travelled a longer distance than the signal travelling the first signal path 20, the signal on the second path will arrive at the base station 12 after the signal on the first signal path 20. Similarly, the third signal path 24 is reflected off an element 14 to reach the base station 12.

Note that in the system of FIG. 1, the various signals arrive at the base station from entirely different angles. In some systems in the prior art, the locating system will operate on the signal having the strongest signal power. As can be seen from the illustration in FIG. 1, such a procedure will lead to an erroneous result as the signal with the strongest power arrives along the second signal path 22, from almost the very opposite of the actual angle to the RF signal source. Note also that if ranging is done on the basis of the strongest signal, the ranging determination will be in error because the strongest (second signal path 22) travels more distance than the distance between the RF signal source 10 and the base station 12.

The influences of multipath signals on distance and angle location has been recognized in the prior art. Some prior art systems ignore the influence of multipath by utilizing a composite signal based on the strengths of the various multipath signals identified by the base station 12 The systems of FIG. 1 illustrate how the composite signal may be erroneous as signal which is the composite of the arriving signals may yield a signal which is misaligned such as the composite signal 26. As can be seen from the illustration, the direct signal path (first signal path 20) will yield the best

5,687,196

3

"direction" information but the "composite" signal 26 received by the base station is a combination of signals from different angles of arrival.

It is accordingly an object of the present invention to provide a novel system and method of tracking a remote RF transmitter which obviates these and other known problems in the prior art.

It is a further object of the present invention to provide a novel system and method of tracking a remote RF transmitter which has a reduced susceptibility to the effects of multipath.

It is another object of the present invention to provide a novel system and method of tracking a remote RF transmitter by determining the range and direction of an arriving signal with respect to the portion of the signal arriving directly from the RF transmitter.

These and many other objects and advantages of the present invention will be readily apparent to one skilled in the art to which the invention pertains from a perusal of the claims, the appended drawings, and the following detailed description of the preferred embodiments.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a pictorial representation of a typical environment in which RF tracking is accomplished, showing the various signal paths.

FIG. 2 is a signal power level graph showing the correlations of signal power in a typical multipath signal.

FIG. 3 is a simplified block diagram of a system in which the present invention may be used.

FIG. 4 is a simplified block diagram of another embodiment of a device in which the method of the present invention can be implemented.

DESCRIPTION OF PREFERRED
EMBODIMENTS

The principles of operation of the present invention can be described with reference to the correlated signal power level graph of FIG. 2. The graph of FIG. 2 depicts the correlated power level of the signal received plotted against time starting from the time of transmission of the signal. In a typical multipath environment, such as shown in the illustration of FIG. 1, the signal power level may have several peaks, each peak corresponding to the arrival of a signal which has taken a different route. For example, in FIG. 2, the first peak could correspond to the signal traveling along the first signal path 20 of FIG. 1, the second peak could correspond to the signal travelling along the second signal path 22 of FIG. 1, et cetera. Note that in the graph of FIG. 2, the "strongest" signal corresponds to the signal travelling on the second signal path 22 and that this is a multipath signal, not the signal arriving directly from the transmitter. Rather, the signal arriving directly from the transmitter is the first signal having a significant peak, i.e. the signal travelling along the first signal path 20. The first arriving signal in this example is weaker than the later arriving signal because the signal was attenuated by passing through the blocking elements 14 illustrated in FIG. 1. Because the "shortest distance between two points is a straight line" and the speed of transmission of the signal through various media is approximately equal, the signal travelling directly from the transmitter to the base station will always be the first signal to arrive (assuming that the signal is not wholly blocked.) The present invention takes advantage of the fact that the first arriving signal is the signal which has travelled the

4

shortest distance and is most likely the signal corresponding to the direct path to the transmitter by selecting this signal from which to determine the range to and angle of arrival from the remote transmitter.

With reference to FIG. 3, the present invention may be embodied in a tracking and locating system in which a base station 10 transmits a signal to a remote unit 12 which relays the signal back to the base station 10. The signal may be a spread spectrum signal, such as a chirp signal. By determining the round trip time and subtracting the known delay within the remote unit 12 and within the base station's detection system, the propagation time is determined and the distance may be calculated. In a preferred embodiment, the base station's receiver is a conventional correlation receiver in which the power level of the arriving signal is correlated in time and the signal arriving first in time is used to determine the total propagation time and angle of arrival.

With reference to FIG. 4, the present invention may be embodied in a direction finding unit having multiple channels 50, each channel being associated with a different antenna 52 (or element in a plural element antenna array). The geometric relationship of the plural antennas 52 is known to the DF unit. Each of the channels 50 may include a low noise amplifier 54 and a bandpass filter 56 which provides the received signal to a mixer 58 which mixes the received signal with a locally generated signal 60. The mixed signal may then be amplified by an intermediate frequency amplifier 62, further filtered by a bandpass filter 64 and adjusted by a gain control circuit 66. The mixed signal may then be applied to a quadrature downconverter which down converts the mixed signal to baseband. The baseband signal may be converted by an analog-to-digital ("A/D") converter 70 to a digital signal which is supplied to a digital signal processor ("DSP") 72. The DSP 72 may be under the control of a small logic device, such as a personal computer 74, which determines the angle and direction of the remote transmitter from the DSP and provides and appropriate display or announcement to a user (not shown).

In the preferred embodiment, it has been found advantageous for the remote transmitter to transmit a signal having two portions, the first portion being a preamble which alerts the base station that the signal is arriving and indicates to the receiver that it should begin receiving. The second portion of the transmitted signal may be a chirp waveform, i.e., a waveform in which the frequency is varied, usually at a linear rate, for a period of time. The transmitted signal may be generated remotely at the transmitter or may be a replay of a signal originally sent by the base station.

Use of a chirp waveform has several advantages in the present invention because of a useful property of mixed chirp signals. It is known that if two identical chirp signals, one time delayed from the other, are mixed, the resulting signal will be a sinusoidal signal with a frequency which is directly proportional to the amount of delay between the two signals.

In operation, when the transmitted signal is received at the base station, it is detected by the receiver which recognizes the preamble and starts a chirp generator 76 which modulates a quadrature modulator 78 to provide an RF chirp signal as the locally generated signal 60 on the mixer input. When the RF chirp signal is mixed with the chirp signals arriving from the remote transmitter (i.e., several time delayed versions of the transmitted chirp signal), a set of sinusoidal signals is generated whose frequencies are proportional to the time they arrived. Thus, after the mixing, the signals in each channel represent the multipath profile of the

5,687,196

**5**

received signal in the frequency domain. In the present invention, the mixing is accomplished at an intermediate frequency and then the frequency spectrum of signals is further downconverted by the quadrature downconverter 68 to baseband. The quadrature modulator 68 may be provided with a modulating/downconverting signal from the Timing and Frequency Synthesizer 40 via a line 42 in a conventional fashion. The signal may then be digitized by the A/D converter and the digitized form of the signal applied to a multichannel DSP 72 which may use conventional techniques (such as a fast Fourier Transform) to determine the spectrum of frequencies at which signal energy is significantly present so that a power level profile may be developed. The PC 74 may review the power level profiles developed by the DSP for all the channels 50 to determine which signal arrived first. Because the relative phase relationships among the signals have been preserved and the PC 74 has been provided with the geometric relationships between the various channels, the PC 74 may conventionally determine the angle of arrival of the first arriving signal.

The filtering and amplifying elements of the DF unit of FIG. 4 may be conventional. The DSP 72 may be a commercially available device such as the TMS 320 C 30 device sold by Texas Instruments.

While not critical to the invention, in one embodiment, an acceptable signal from the transmitter had a center frequency of 915 MHz with a chirp of +/−10 MHz for a duration of approximately 10 millisec. The locally generated (reference) RF chirp used to downconvert to an intermediate frequency may be a signal having a center frequency of 880 MHz.

In the foregoing description, for ease of understanding, the elements of the system have been referred to as "base" and "remote". However, there is nothing critical to the present invention that requires one of the stations be fixed and the other mobile. Additionally, the detailed description may suggest that certain components may be utilized to construct a system of the present invention. However, that suggestion is not to be taken as limiting as it is known that many other components could be utilized to accomplish the same results. For example, the FFT 72 could be replaced by a bank of bandpass filters and appropriate detectors, each measuring the power level of the signal at different frequency ranges. Similarly, while the above description utilizes plural channels 50, the invention could be readily implemented using a single channel which is appropriately multiplexed to the various antennas.

While preferred embodiments of the present invention have been described, it is to be understood that the embodiments described are illustrative only and the scope of the invention is to be defined solely by the appended claims when accorded a full range of equivalence, many variations and modifications naturally occurring to those of skill in the art from a perusal hereof.

What is claimed is:

1. A method for determining the direction with respect to a receiver of a source of a radiated radiofrequency (RF) signal, comprising the steps of:

(a) receiving a multipath signal which has been transmitted by a remote transmitter;

(b) correlating the received multipath signal into plural path signals;

(c) determining the time of arrival of each of the plural path signals;

(d) determining the direction of the remote transmitter from the path signal having the earliest determined time of arrival.

**6**

2. The method of claim 1 wherein said step of correlating comprises the step of determining the signal power level of each path signal.

3. The method of claim 1 wherein said step of receiving is accomplished by plural antennas.

4. The method of claim 3 wherein said step of receiving is accomplished by four antennas equally spaced along the corners of a square.

5. The method of claim 3 wherein said step of determining the direction comprises the step of comparing the phase relationship of the earliest arriving signal at each of the plural antennas for correspondence with predetermined angles of arrival.

6. The method of claim 1 wherein said radiated RF signal is a chirp signal.

7. The method of claim 1 wherein said radiated RF signal is derived from an RF signal received at the remote transmitter.

8. The method of claim 1 wherein step of determining the time of arrival further comprises the steps of:

(c)(1) mixing the plural path signals with a predetermined mixing signal to produced plural mixed signals; and,

(c)(2) calculating the time of arrival of the plural mixed signals.

9. The method of claim 8 wherein said calculated time of arrival for each mixed signal is related to the frequency of each mixed signal.

10. The method of claim 8 wherein said mixing signal is a chirp signal.

11. A system for determining the direction from which a received multipath signal was transmitted, comprising:

plural receiving channels, each channel comprising:

RF signal receiving means for receiving a RF signal and converting said RF signal to a received signal;

bandpass filtering means for filtering said received signal;

a chirp mixer to mix the filtered electrical signal with a chirp signal to produce an intermediate frequency ("IF") signal;

IF filtering means for filtering said IF signal;

a quadrature downconverter to downconvert said filtered IF signal to baseband quadrature signals; and,

an analog-to-digital converter to convert the baseband quadrature signals to digital signals;

digital signal processing means operatively connected to receive and determine the power spectrum of each of said digital signals from said plural receiving channels;

control means for determining the time of arrival of each of said digital signals and for determining the angle of arrival of the digital signal having the earliest time of arrival.

12. A method for determining the distance between a receiver of a radiated radiofrequency (RF) signal and a transmitter of said signal, comprising the steps of:

(a) receiving a multipath signal which has been transmitted by a remote transmitter;

(b) correlating the received multipath signal into plural path signals;

(c) determining the time of arrival of each of the plural path signals;

(d) determining the distance of the remote transmitter from the path signal having the earliest determined time of arrival.

13. The method of claim 12 wherein said step of correlating comprises the step of determining the signal power level of each path signal.

5,687,196

7

**14.** The method of claim **12** wherein said distance determining step comprises a measurement of the time period for the signal to travel from the transmitter to the receiver.

**15.** The method of claim **14** wherein said receiving step comprises the steps of:

(a) transmitting an outward signal to the remote transmitter; and,

(b) transmitting a signal to the receiver responsively to the receipt at the transmitter of the outward signal.

**16.** The method of claim **12** wherein said multipath signal is a spread spectrum signal.

**17.** A system for determining the direction to a remote transmitter from which a chirp signal was transmitted, comprising:

a receiver for receiving a first chirp signal and any multipath chirp signals related thereto;

a chirp generator for providing a locally generated chirp signal;

a mixer for combining the locally generated chirp signal with each of the received chirp signals to generate plural sinusoidal signals whose frequencies are related to the arrival times of the received chirp signals;

a signal processor operatively connected to receive the sinusoidal signals and for determining a power spectrum of the sinusoidal signals; and

a control means for determining from the power spectrum the relative times of arrival of the received chirp signals and for determining the angle of arrival of one of the received chirp signals having the earliest time of arrival.

**18.** The system of claim **17** further comprising a transmitter for transmitting an outgoing triggering signal to the remote transmitter causing the remote transmitter to transmit the first chirp signal.

**19.** The system of claim **18** wherein the outgoing triggering signal is a further chirp signal and the first chirp signal transmitted by the remote transmitter is a replay of the further chirp signal.

**20.** The system of claim **18** further comprising a timer for determining elapsed time between transmission of the triggering signal and reception of the earliest one of the received chirp signals.

**21.** A method of determining the direction to a remote transmitter of an RF chirp signal, comprising the steps of:

(a) receiving plural RF chirp signals resulting from a remotely transmitted RF chirp signal;

(b) generating a local RF chirp signal;

(c) mixing the local RF chirp signal with each of the received RF chirp signals to generate a set of sinusoidal signals whose frequencies are related to the arrival times of the received chirp signals;

8

(d) correlating the sinusoidal signals into plural path signals;

(e) determining which one of the plural path signals arrives first; and

(f) determining the direction to the remote transmitter using the earliest arriving one of the plural path signals.

**22.** The method of claim **21** wherein the step of correlating comprises the steps of determining a spectrum of frequencies with signal energy present, and developing a power level profile.

**23.** The method of claim **21** wherein the step of determining the earliest arriving one of the path signals comprises the step of comparing the frequencies of the sinusoidal signals.

**24.** The method of claim **21** wherein the transmitted RF chirp signal is transmitted in response to a trigger signal received at the remote transmitter.

**25.** The method of claim **24** wherein the trigger signal received at the remote transmitter is an RF chirp signal.

**26.** A method of determining the distance to a remote transmitter of an RF chirp signal, comprising the steps of:

(a) receiving a multipath RF chirp signal resulting from the remotely transmitted signal;

(b) correlating the multipath RF chirp signal into plural path signals;

(c) determining the time of arrival of the first arrived one of the path signals; and

(d) determining the distance of the remote transmitter using the first arrived one of the path signals.

**27.** The system of claim **11** further comprising a transmitter for transmitting a trigger signal to a remote transmitter to initiate transmission of the signal received at said plural receiving channels.

**28.** The system of claim **27** wherein said trigger signal is a chirp signal.

**29.** The system of claim **11** wherein the received RF signal comprises a preamble portion and a following chirp waveform portion, and wherein said RF signal receiving means is activated upon receipt of the preamble portion of the received RF signal.

**30.** The system of claim **17** wherein the received first chirp signal comprises a preamble portion for activating said receiver and a following chirp waveform portion.

**31.** The method of claim **21** wherein each of the received plural RF chirp signals comprises a preamble portion for activating a receiver and a following chirp waveform portion.

**32.** The method of claim **26** wherein the received RF chirp signal comprises a preamble portion for activating a receiver and a following chirp waveform portion.

* * * * *