07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #75



76284567

07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #78



LoggerHead
4000PCS

76284567



07-13-2001

U.S. Patent & TMOfc/TM Mail RcptDt. #78

LoggerHead
4000PCS

76284567