## ATTACHMENT 25

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 25:   FBI's December 13, 2013 letter to Daniel Rigmaiden RE: FIOPA Request
No.: 1212582-000.



**U.S. Department of Justice**

**Federal Bureau of Investigation**
Washington, D.C. 20535

December 13, 2013

Mr. Daniel Rigmaiden
c/o Philip Seplow, Attorney at Law
2000 North Seventh Street
Phoenix, AZ   85006

FOIPA Request No.: 1212582-000
Subject: WIRELESS DEVICE LOCATORS
MANUFACTURED BY HARRIS WPG

Dear Mr. Rigmaiden:

The enclosed CD contains a 500-page sample from records responsive to the above-referenced Harris request.   This same sample was provided to the Electronic Privacy Information Center ("EPIC") in a substantially similar FOIA lawsuit pending in the United States District Court for the District of Columbia.   *See EPIC v. FBI*, D.D.C. No. 12-cv-00667-CKK.   The CD also contains a copy of the *Vaughn* index that was provided to EPIC regarding the 500-page sample.   The FBI agrees to waive copying fees on a one-time basis for the material to be included on this CD in order to expedite this litigation and as a matter of courtesy to you.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosure

**FEDERAL BUREAU OF INVESTIGATION**
**FOI/PA**
**DELETED PAGE INFORMATION SHEET**
**FOI/PA# 1226796-0**

Total Deleted Page(s) = 60                    *Bates Page*

| | |
|---|---|
| Page 14 ~ b3; b7E; | 13 |
| Page 16 ~ b3; b4; b7E; | 15 |
| Page 17 ~ b3; b4; b7E; | 16 |
| Page 18 ~ b3; b4; b7E; | 17 |
| Page 19 ~ b3; b4; b7E; | 18 |
| Page 20 ~ b4; | 19 |
| Page 21 ~ b4; | 20 |
| Page 22 ~ b3; b4; b7E; | 21 |
| Page 23 ~ b4; | 22 |
| Page 24 ~ b4; | 23 |
| Page 25 ~ b3; b4; b7E; | 24 |
| Page 26 ~ b3; b4; b7E; | 25 |
| Page 27 ~ b3; b4; b7E; | 26 |
| Page 28 ~ b3; b4; b7E; | 27 |
| Page 29 ~ b3; b4; b7E; | 28 |
| Page 30 ~ b3; b4; b7E; | 29 |
| Page 31 ~ b3; b4; b7E; | 30 |
| Page 32 ~ b3; b4; b7E; | 31 |
| Page 33 ~ b3; b4; b7E; | 32 |
| Page 34 ~ b3; b4; b7E; | 33 |
| Page 35 ~ b3; b4; b7E; | 34 |
| Page 36 ~ b3; b4; b7E; | 35 |
| Page 37 ~ b3; b4; b7E; | 36 |
| Page 38 ~ b3; b4; b7E; | 37 |
| Page 39 ~ b3; b4; b7E; | 38 |
| Page 40 ~ b3; b4; b7E; | 39 |
| Page 41 ~ b3; b4; b7E; | 40 |
| Page 42 ~ b3; b4; b7E; | 41 |
| Page 43 ~ b3; b4; b7E; | 42 |
| Page 44 ~ b3; b4; b7E; | 43 |
| Page 45 ~ b3; b4; b7E; | 44 |
| Page 46 ~ b3; b4; b7E; | 45 |
| Page 47 ~ b3; b4; b7E; | 46 |
| Page 48 ~ b3; b4; b7E; | 47 |
| Page 49 ~ b3; b4; b7E; | 48 |
| Page 53 ~ b7E; | 52 |
| Page 67 ~ b7E; | 66 |
| Page 84 ~ b4; b7E; | 82 |
| Page 85 ~ b3; b4; b7E; | 83 |
| Page 86 ~ b3; b4; b7E; | 84 |
| Page 87 ~ b3; b4; b7E; | 85 |
| Page 88 ~ b3; b4; b7E; | 86 |
| Page 89 ~ b3; b4; b7E; | 87 |
| Page 90 ~ b3; b4; b7E; | 88 |

Bates Page

Page 91 ~ b3; b4; b7E;      89
Page 92 ~ b3; b4; b7E;      90
Page 93 ~ b3; b4; b7E;      91
Page 94 ~ b3; b4; b7E;      92
Page 95 ~ b3; b4; b7E;      93
Page 102 ~ b3; b5; b7E;     100
Page 103 ~ b3; b5; b7E;     101
Page 115 ~ b3; b7E;         113
Page 116 ~ b3; b7E;         114
Page 117 ~ b3; b7E;         115
Page 118 ~ b3; b7E;         116
Page 119 ~ b3; b7E;         117
Page 120 ~ b3; b7E;         118
Page 121 ~ b3; b7E;         119
Page 122 ~ b3; b7E;         120
Page 123 ~ b3; b7E;         121

XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)   X
X   No Duplication Fee X
X   For this Page     X
XXXXXXXXXXXXXXXXXXXXXXXX

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1226796-0

*Bates Page*

Total Deleted Page(s) = 113
Page 2 ~ b6; b7C; b7E;      223
Page 4 ~ b6; b7C; b7E;      225
Page 13 ~ b3; b4; b7E;      234
Page 15 ~ b3; b4; b7E;      236
Page 16 ~ b3; b4; b7E;      237
Page 17 ~ b3; b4; b7E;      238
Page 18 ~ b3; b4; b7E;      239
Page 19 ~ b3; b4; b7E;      240
Page 20 ~ b3; b4; b7E;      241
Page 21 ~ b3; b4; b7E;      242
Page 23 ~ b3; b4; b7E;      244
Page 24 ~ b3; b4; b7E;      245
Page 25 ~ b6; b7C;          246
Page 26 ~ b3; b7E;          247
Page 27 ~ b3; b7E;          248
Page 28 ~ b3; b7E;          249
Page 29 ~ b3; b7E;          250
Page 30 ~ b3; b4; b7E;      251
Page 31 ~ b3; b7E;          252
Page 32 ~ b3; b7E;          253
Page 33 ~ b3; b4; b7E;      254
Page 34 ~ b3; b4; b7E;      255
Page 35 ~ b3; b4; b7E;      256
Page 36 ~ b3; b4; b7E;      257
Page 43 ~ b7E;             264
Page 44 ~ b7E;             265
Page 45 ~ b7E;             266
Page 88 ~ b3; b5; b6; b7C; b7E;   309
Page 89 ~ b3; b7E;          310
Page 90 ~ b3; b7E;          311
Page 91 ~ b1; b3; b6; b7C; b7E;   312
Page 92 ~ b3; b4; b7E;      313
Page 93 ~ b3; b4; b7E;      314
Page 94 ~ b3; b4; b7E;      315
Page 95 ~ b4; b6; b7C;      316
Page 96 ~ b6; b7C;          317
Page 97 ~ b3; b4; b7E;      318
Page 98 ~ b3; b4; b7E;      319
Page 99 ~ b3; b4; b6; b7C; b7E;   320
Page 100 ~ b3; b4; b7E;     321
Page 101 ~ b3; b6; b7C; b7E;   322
Page 102 ~ b3; b6; b7C; b7E;   323
Page 103 ~ b3; b6; b7C; b7E;   324
Page 104 ~ b3; b6; b7C; b7E;   325

Bates Page          Duplicate 26

| | Bates Page |
|---|---|
| Page 105 ~ b3; b4; b7E; | 326 |
| Page 106 ~ b3; b4; b7E; | 327 |
| Page 107 ~ b3; b4; b7E; | 328 |
| Page 108 ~ b3; b4; b7E; | 329 |
| Page 109 ~ b3; b4; b7E; | 330 |
| Page 110 ~ b3; b4; b7E; | 331 |
| Page 111 ~ b3; b4; b7E; | 332 |
| Page 112 ~ b3; b4; b7E; | 333 |
| Page 113 ~ b6; b7C; b7E; | 334 |
| Page 114 ~ Duplicate; | 335 |
| Page 115 ~ Duplicate; | 336 |
| Page 116 ~ Duplicate; | 337 |
| Page 117 ~ b3; b4; b7E; | 338 |
| Page 118 ~ b3; b4; b7E; | 339 |
| Page 119 ~ b3; b4; b7E; | 340 |
| Page 120 ~ b3; b4; b7E; | 341 |
| Page 121 ~ b1; b3; | 342 |
| Page 122 ~ b1; b3; | 343 |
| Page 123 ~ b1; b3; | 344 |
| Page 124 ~ b1; b3; | 345 |
| Page 125 ~ b4; | 346 |
| Page 126 ~ b3; b4; b7E; | 347 |
| Page 127 ~ b3; b4; b7E; | 348 |
| Page 128 ~ b3; b4; b7E; | 349 |
| Page 130 ~ b3; b7E; | 351 |
| Page 153 ~ b3; b6; b7C; b7E; | 373 |
| Page 163 ~ b3; b7E; | 382 |
| Page 164 ~ b3; b7E; | 383 |
| Page 165 ~ b3; b7E; | 384 |
| Page 166 ~ b3; b7E; | 385 |
| Page 167 ~ b3; b7E; | 386 |
| Page 168 ~ b3; b7E; | 387 |
| Page 172 ~ b3; b7E; | 391 |
| Page 197 ~ b3; b7E; | 416 |
| Page 198 ~ b3; b7E; | 417 |
| Page 199 ~ b3; b7E; | 418 |
| Page 200 ~ b3; b7E; | 419 |
| Page 203 ~ b3; b7E; | 422 |
| Page 204 ~ b3; b7E; | 423 |
| Page 205 ~ b3; b7E; | 424 |
| Page 206 ~ b3; b7E; | 425 |
| Page 207 ~ b3; b7E; | 426 |
| Page 208 ~ b3; b7E; | 427 |
| Page 215 ~ b3; b7E; | 434 |
| Page 216 ~ b3; b7E; | 435 |
| Page 217 ~ b3; b7E; | 436 |
| Page 246 ~ b3; b7E; | 465 |
| Page 247 ~ b3; b7E; | 466 |
| Page 248 ~ b3; b7E; | 467 |
| Page 249 ~ b3; b7E; | 468 |

FOIA Release 8
1197470-OTD-Policy 7, FDPS pgs 140
"    "    141
"    "    142

*Bates Page*

```
Page 250 ~ b3; b7E;        469
Page 251 ~ b3; b7E;        470
Page 252 ~ b3; b7E;        471
Page 253 ~ b3; b7E;        472
Page 254 ~ b3; b7E;        473
Page 255 ~ b3; b7E;        474
Page 256 ~ b3; b7E;        475
Page 257 ~ b3; b7E;        476
Page 258 ~ b3; b7E;        477
Page 259 ~ b3; b7E;        478
Page 260 ~ b3; b7E;        479
Page 261 ~ b3; b7E;        480
Page 262 ~ b3; b7E;        481
Page 263 ~ b3; b7E;        482
Page 264 ~ b3; b7E;        483
Page 265 ~ b3; b7E;        484
Page 266 ~ b3; b7E;        485
Page 267 ~ b3; b7E;        486
Page 268 ~ b3; b7E;        487
```

```
XXXXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)      X
X    No Duplication Fee   X
X    For this Page        X
XXXXXXXXXXXXXXXXXXXXXXXXXX
```

**FEDERAL BUREAU OF INVESTIGATION**
**FOI/PA**
**DELETED PAGE INFORMATION SHEET**
**FOI/PA# 1226796-0**

*Bates Page*

**Total Deleted Page(s) = 22**
Page 2 ~ b3; b4; b7E;                    493
Page 3 ~ b3; b4; b7E;                    494
Page 4 ~ b3; b4; b7E;                    495
Page 5 ~ b3; b4; b7E;                    496
Page 6 ~ b3; b4; b7E;                    497
Page 7 ~ b3; b4; b7E;                    498
Page 8 ~ b3; b4; b7E;                    499
Page 9 ~ b3; b4; b7E;                    500
Page 10 ~ b3; b4; b7E;                   501
Page 11 ~ b3; b4; b7E;                   502
Page 12 ~ b3; b4; b7E;                   503
Page 13 ~ b3; b4; b7E;                   504
Page 14 ~ b3; b4; b7E;                   505
Page 15 ~ b3; b4; b7E;                   506
Page 16 ~ b3; b6; b7C; b7E;              507
Page 17 ~ b3; b6; b7C; b7E;              508
Page 18 ~ b3; b6; b7C; b7E;              509
Page 19 ~ b3; b6; b7C; b7E;              510
Page 20 ~ b3; b4; b7E;                   511
Page 21 ~ b3; b4; b7E;                   512
Page 22 ~ b3; b4; b7E;                   513
Page 23 ~ b3; b4; b7E;                   514

```
XXXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X   No Duplication Fee X
X   For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXXX
```

07DEC05
(Proposed)

b6
b7C

## Standard Operating Procedure (SOP) for Case Squads requesting
## Cell Phone Tracking assistance during
## *Exigent Circumstances*

**Definition: Exigent Circumstances - An emergency exists that involves the immediate danger of death or serious physical injury to a person.** Our threshold for utilizing the below procedure is that the situation demands immediate action to prevent death or serious bodily injury.

b7E

**Step 1.**

**Step 2.**

b7E

CELL/OTD 002617

5

FBICELL-1

b7E

Step 3.

b6
b7C
b7E

Step 4.

b3
b7E

CELL/OTD 00261?

b7E

b7E

Step 5.

b6
b7C
b7E

Step 6.

b7E

CELL/OTD 002619

FBICELL-3

**Step 7.**                                                                    b7E

**Step 8.**                                                                    b7E

**Step 9.**

**Step 10.**                                                                   b7E

**Step 11.**

\*\*\* **Recommendations:**   Any case squad that foresees the use of Cell Tracking should:

    a.   Be familiar with the sample Pen Register/2703(d) Orders.
    b.   Pro-actively meet with their perspective AUSA's and discuss the specifics of the
         Order.
    c.   Ensure squad members are familiar with the use of the [        ] Pen Registers.          b7E

CELL/OTD.002620

FBICELL-4

Revision: 10/26/2005

b6
b7C

# GSM Cell Phone Tracking For Dummies
## StingRay,

**Prior to tracking, answer the following questions:**

b3
b7E

1.
2.
3.
4.

5.

6.
7.
8.
9.
10

*Prior to starting up the Stingray*

b3
b7E

**STEP 1**

**STEP 2**

Turn StingRay system on.

b3
b7E

**STEP 3**

CELL/OTD 002622

**STEP 4**

b3
b7E

**STEP 5**

**STEP 6**

b3
b7E

**STEP 7**

b3
b7E

CELL/OTD 002623

FBICELL-6

**STEP 8**

b3
b7E

b3
b7E

**STEP 9**

b3
b7E

CELL/OTD 002624

FBICELL-7

**Important Reminders:**

1.
2.
3.
4.
5.
6.
7.
8.
9.

b3
b7E

b3
b7E

CELL/OTD 002626

FBICELL-8

Revision: 10/26/2005

b6
b7C

b3
b7C

# CDMA Cell Phone Tracking For Dummies
## StingRay,

**CDMA TECHNOLOGY IS RESPONSIBLE FOR APPROXIMATELY 50% OF THE CELL PHONE BUSINESS IN THIS COUNTRY.   THIS APPLIES PRIMARILY TO SPRINT, VERIZON, VIRGIN (PREPAID PHONE) AND A FEW OF THE SMALLER CELL PHONE COMPANIES.**

## Prior to tracking, answer the following questions:

1.
2.
3.
4.
5.

6.

7.
8.
9.

b3
b7E

*Prior to starting up the Stingray system*

## STEP 1

b3
b7E

## STEP 2

Turn StingRay system on

CELL/OTD 002627

1

FBICELL-9

**STEP 3**

b3
b7E

**STEP 4**

**STEP 5**

b3
b7E

**STEP 6**

b3
b7E

**STEP 7**

b3
b7E

CELL/OTD 002628

2

FBICELL-10

b3
b7E

**STEP 8**

b3
b7E

**STEP 9**

b3
b7E

CELL/OTD 002629

3

FBICELL-11

**STEP 10**

b3
b7E

**STEP 11**

b3
b7E

**STEP 12**

**STEP 13**

b3
b7E

b3
b7E

CELL/OTD 002630

4

FBICELL-12

**Important Reminders**

1.
2.

3.

4.
5.
6.

7.

8.
9.
10.
11.
12.
13.

b3
b7E

**ADDED INFORMATION:**

b3
b7E

b3
b7E

6 .



# Overview



- DOJ's Policy on Cellsite Simulators: **Pen Register Device** (18 U.S.C.   3127(3))
  - **BEST PRACTICES**
- Emergency Pen Register Authority
  - Federal v. State Orders
  - Voluntary Disclosures
- Prospective Cell Site Location data
  - Distinguished from WITT
- GPS/Triangulation from provider
- Protecting Sensitive Techniques
  - Use as evidence
- Loan of ELSUR Policy
  - **Using State Orders**
  - **Liability-scope of authority**

b7E

2

 

# **DOJ Opinion:**

b7E

**DOJ**: Pen/Trap **order** [                    ]

[                    ]

to use a Pen Register Device to obtain "signaling information" transmitted from a cellular telephone to:

1) Identify a target phone **or**

2) Locate a phone




# WITT Pen Register—
# BEST PRACTICES

## BEST PRACTICES:

**Use PR/TT order to authorize use of WITT gear** — [redacted]

[redacted]

1. authorize installation & use [redacted]     b5
   b7E

[redacted]

2. Advise of potential [redacted]

[redacted]

3. Will not retain records beyond use to locate target phone




# __Disruption of Service__

b5
b7E

- **47 U.S.C. § 333 prohibits interference with cellular frequencies**

- **18 USC 3124: requires that a pen register be implemented with "minimum of interference" to those accorded service-**

b5

# Purge [_____] Data

b7E

[_____] preserve 1st Amendment

rights & Minimize [_____] data

b5

FBICELL-54

 

# Data Retention

- ## Maintaining/Purging "Pen" data?
  - WITT policy EC 268-HQ-1068430:

b5

10

FBICELL-55




# Emergency Provision
## 3125(a)(1)

b5
b7E

- **DOJ command Center**
- **OEO (business hours)**
- Emergencies involving:
  - Immediate danger of death or serious injury or  immediate threat to a national security interest

b5
b7E

  – MIOG, Part 2, 10-10.7.1

12

FBICELL-56



# Alternative authority



**Consent (18 USC 3121(b)(3))**

b5
b7E

**Voluntary Disclosure by Provider** (18 USC 2702(c)(4)) : if provider "<u>reasonably believes</u> that an emergency involving immediate danger of death or serious physical injury to any person justifies the disclosure of: "<u>a record or other information pertaining to a subscriber or customer of such service.</u>"

b7E

13

FBICELL-57

 

# WITT Function vs. Location (Tower/Sector) data from Provider

 

# WITT doesn't collect
# Cell site data

## WITT equipment:

b7E

15

# Guidance

b5

- **AND Use a PR/TT order for WITT gear**

  b5
  b7E

  1. 
  2. Advise of
  3. Not retain           records

- 

b5

.21



# 4th Amendment
# Privacy Interest



b5
b7E

[redacted] _Smith v. Maryland_, 442 U.S. 435, 744 (1979).

- no legitimate expectation of privacy in information knowingly conveyed to a third party
- _In re Digital Analyzer_ found "[n]o logical distinction between telephone numbers called and a party's own telephone number (or ESN number), all of which are regularly voluntarily exposed and known to others.  885 F. Supp. at 199 (citing _Smith v. Maryland_, 442 U.S. 735, 742-45 (1979)).

b5
b7E

22




# 4th Amendment
# Privacy Interest

b5
b7E

- See Kyllo v. United States, 533 U.S. 27 (2001) (use of thermal imager to measure heat emitted from home constituted a search in part because there was no objective reason for the home owner to know that a device would be routinely used to detect and measure heat emitted from his home).

b5
b7E

- See, e.g., United States v. White, 401 U.S. 745, 752 (1971) (plurality opinion) (party to conversation accepts the risk that his listener may betray his confidences); Hoffa v. United States, 385 U.S. 293, 300-03 (1966).

23

# GPS / Ping



b4
b5
b7E

24

# GEOLocation Data—E911



b4
b7E

b7E

25

# Court order: 2703(d)



- **2703(d) order—**
    b4
    b5
  - [ ] will provision for up to [ ] max. charge
- **Language:**

    b7E

    26



# Increased Investigative Use of Technique

b5
b7E

- **WITT policy EC** 268-HQ-1068430—serial 342 or 66F-HQ-C1384970—serial 13634 entitled Wireless Intercept and Tracking Team (WITT), dated 08/24/2004.

b5
b7E

28

FBICELL-67

# Cellular Tracking as Evidence



b5
b7E

29




# Protecting Sensitive Techniques

- *Qualified* Government Privilege in Non-disclosure based on ***Roviaro v. United States***, **353 U.S. 53 (1957):** disclosure of identity (and testimony) of informant.

  - Generally technique, type of device, location of install, etc. is protected

    - unless Defense can establish disclosure is necessary to defense, I.e., no other/adequate means to cross-examine/test evidence; if so:

    - then Balancing of interests

  -  

    b5
    b7E

    - see also Jayme S. Walker "The qualified privilege to protect sensitive investigative techniques from disclosure," LEB Vol 69 NO.5 at 26 (May 2000).

      30

# LOAN of ELSUR:
# STATE Authority



b7E

31



**Science & Technology Law Unit**

# TOPICS

- General discussion and DES/OTD policy discussion
- Law Enforcement Sensitive (LES) – what is it and why is it important
- Pen Register/Trap and Trace  and WITT
- ELSUR support for State and locals
- Other topics as time permits

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL



# General Operational Guidelines

Science & Technology Law Unit

b7E

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL



# OTD Policy

Science & Technology Law Unit

b7E

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL



# Law Enforcement Sensitive



**Science & Technology Law Unit**

- Law Enforcement Sensitive (LES) collection devices, systems, techniques, and related information are not to be disclosed.  Only the product of the technical operation is disclosed.

- Examples: WITT equipment is LES; CART SOPs are LES.

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL



**Science & Technology Law Unit**

# WITT

- WITT = Wireless Intercept Tracking Team
- WITT doesn't intercept; and
- WITT doesn't track

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL



# Legal Authority for use of Pen Register Trap and Trace - Summary

**Science & Technology Law Unit**

- Besides 18 USC § 3121 – 3125 (… relevant to an ongoing criminal investigation …)
- PRT&T captures "… dialing, routing, addressing, and signaling information …"
- WITT

b5

- **WITT is not**

- 18 USC § 3121 states, " … no person may install or use a PRT&T device without first obtaining a court order …" (CALEA)
- The FBI may not use WITT without an order.

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL



Legal Authority to Deploy WITT

Science & Technology Law Unit

b5

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL



# Legal Authority to Deploy WITT

- When is a Rule 41 Search Warrant necessary? (Probable cause standard)

Science & Technology Law Unit

b5

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL



**Science & Technology Law Unit**

# The Requesting Agency shall <u>certify</u> that: (5.c)

- Technical Assistance will be used lawfully.(5.c.1)
- Shall not be used outside of its jurisdiction. (5.c.2)

b5

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

FBICELL-79



# Procedures for field office approval for technical assistance (6)

Science & Technology Law Unit

- The CDC **shall** review the request, the certification(s) and supporting court order and other legal process.(6.1.a)

b5

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

FBICELL-80



# Title III vs. Pen/Trap

**Science & Technology Law Unit**

- Pen/Trap (non-content: ▮▮▮▮▮▮)
  - ➤
  - ➤
  - ➤
  - ➤

- Title III — content of communications
  - ➤
  - ➤
  - ➤

b5
b7E

b5

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

b5

(2) THE USE OF FBI ELECTRONIC SURVEILLANCE EQUIPMENT IN JOINT CASES WHERE STATE AND LOCAL LAW ENFORCEMENT AGENCIES OBTAINED AUTHORITY FOR ITS USE (SEE MIOG, PART 2, 10-10.3 (8).) (RCU)

| (a) A JOINT CASE, for purposes of this section, is an investigation in which there exists significant FBI interest in the subject or subjects of a local investigation and substantial FBI investigative resources have been utilized and/or will be utilized in the planned investigation with the local agency. (RCU)

| (b) FBIHQ authority MUST be obtained prior to any use of FBI electronic surveillance equipment or personnel in furtherance of any order or authority obtained by state or local law enforcement agencies. Should approval be granted for such use, the pertinent local or state order or authority MUST contain specific language authorizing FBI participation and specifying whether the assistance is for installation, monitoring, or whatever is required.(RCU)

| (c) In requesting FBIHQ authority, the field office is to set forth the following information: (RCU)

| 1. A synopsis of the investigation conducted to date by FBI and the local agency involved, to include the date the FBI
| case was opened, as well as when the joint investigation was initiated. (RCU)

| 2. the specific SAC comments as to the value of the assistance to the FBI investigation and extent of federal control
| over local electronic surveillance. (RCU)

| 3. the exact nature of equipment to be utilized and technical assistance required, and whether the equipment is on
| hand in the requesting division. (RCU)

| 4. the specific comments of the _____ as to the complexity of the equipment and the ability of the                    b7E
| local agency to properly utilize technical equipment requested. (RCU)

| 5. that the local agency has valid legal authority under state or local law to conduct the electronic
| surveillance for which equipment will be utilized, to include citation of the specific statute; (RCU)

| 6. that the Chief Division Counsel or the Assistant U.S. Attorney has reviewed the affidavits and orders to be
| filed and concurs in their sufficiency; and, (RCU)

| 7. that FBI policy in limiting disclosure as set forth in Part 2, Sections 10-10.13 and 10-10.16, of this manual, will
| be honored in any subsequent local proceedings. (RCU)

2

| The above information is to be provided by appropriate communication to the attention of the Operational Technology Division, as well as to either the Criminal Investigative Division or the [                    ] as appropriate. (RCU)                    b7E

(d) Any request for FBI assistance in the execution of a locally obtained court order which requires [                                        ] will be handled separately and will require significant justification. Emergency requests for such | assistance are to be discouraged and likely will NOT be approved. (RCU)

-----Original Message-----

b5
b6
b7C
b7E

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

3

CELL/OTD 006371

FBiCELL-95

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-04-2012 BY 65179/dmh/stp/as

b6
b7C
b7E

From:
Sent:
To:
Subject:

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b6
b7C

Per your request....

The policy verbage reads:

Title 47 United States Code- TELEGRAPHS, TELEPHONES, AND RADIOTELEGRAPHS

CHAPTER 5--WIRE OR RADIO COMMUNICATIONS

SUBCHAPTER III--SPECIAL PROVISIONS RELATING TO RADIO

Part I--General Provisions

Sec. 333. Willful or malicious interference

No person shall willfully or maliciously interfere with or cause interference to any radio communications of any station licensed or authorized by or under this chapter or operated by the United States Government.

b3
b7E

**SENSITIVE BUT UNCLASSIFIED**

1

CELL/OTD 006396

FBICELL-96

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 dmh/stp



b7E

## Decision Based on Technical, Cost & Time Criteria



CELL/OTD 005657

# IMPROVEMENTS/INNOVATIONS TO PROCESS:

b3
b5
b7E

b3
b5
b7E

CELL/OTD 005658



## Decision Criteria: Technical, Cost, Time

b3
b5
b7E



CELL-HQ 005559

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

16 August 2010

Federal Bureau of Investigations
935 Pennsylvania Ave. N.W.
Room 6869 JEH FBI Building
Washington DC 20535

Attention: [          ] Contracting Officer

Subject: [          ] Proposal Dated 16 August 2010

Reference: [          ] Request for Proposal (RFP) dated 25 January 2010

Enclosure:    1) Proposal (Volume 1- Technical and Volume 2 – Cost)

Dear [      ]

H/C is happy to provide its response to the Sponsors referenced (a) RFP for effort to be added
under the referenced [          ] contract. Our specific assumptions used in preparing this proposal
are included in both the Technical and Cost volumes.

The Consolidated Materials List (CML) for this effort currently is not finalized (non-auditable).
Our staff is working to generate an fully auditable CML which we will provide during
negotiations.

As requested this proposal shall remain valid for a period of sixty (60) days. Harris reserves the
right to revise, update, or extend the validity of this proposal should the proposed rates change
prior to negotiations.

Should you require further information please do not hesitate to contact the undersigned at [      ]
[          ]

Very truly yours,

Manager, Contracts

Cc: [          ]

CELL/OTD 005662



- Tower/Sector data:

  1. is generated by the network for network purposes regardless of a LE order.

  2. is necessary to Provision of Service & a call cannot be processed without it.

  3. exists in the network as a **RECORD or Other Information** prior to its being obtained by LE.

  4. NON-Content data; not substance of a communication.

  5. is delivered only at the beginning and end of calls per CALEA J-Std



- *Qualified* Government Privilege in Non-disclosure based on ***Roviaro v. United States***, 353 U.S. 53 (1957): disclosure of identity (and testimony) of informant.

  - Generally technique, type of device, location of install, etc. is protected

    - unless Defense can establish disclosure is necessary to defense, i.e., no other/adequate means to cross-examine/test evidence; if so:

    - then Balancing of interests

    -

    - see also Jayme S. Walker "The qualified privilege to protect sensitive investigative techniques from disclosure," LEB Vol 69 NO.5 at 26 (May 2000).

b5
b7E



**Compare** United States v. Van Horn, 789 F.2d 1492 (11th Cir.), cert. denied, 479 U.S. 854 (1986) (concealed microphone in office, defendant sought information about location of device claiming necessary to demonstrate that voices on tape could have been distorted by way mic was hidden and the distortion led to misidentification of the voice), recognized a qualified government privilege not to disclose sensitive investigative techniques.

b5

- **With** **United States v. Foster**, 986 F.2d 541, 543 (D.C. Cir. 1993) (defendant sought location of observation post: officer's observation of drug transaction was key evidence implicating defendant; surveillance not taped or photographed, so no alternative evidence for jury to examine to determine whether surveillance post provided clear view from which officer could make accurate identification of defendant).

FBICELL-105



U.S. v. Garey, 2004 WL 2663023 (M.D. Ga. Nov. 15, 2004)

- Defendant sought  nature & details of pen register used to determine the geographical location of a cellular phone
- Court found the information protected by qualified investigative techniques privilege  & national security privilege
- Balanced government's interest in maintaining privilege with Defendant's need for the information

- **Defendant had the <u>Product of the Surveillance</u>:  the cellphone used in making threatening calls was found in defendant's house during search of residence;**
    - Defendant did not need to know how the technology traced the geographic location of the phone.
    - locating the phone in the residence confirmed the accuracy of the geographic surveillance;
- Moreover, Defendant could challenge the technology used to establish that phone found in residence was the one that actually made the criminal calls.



# Contact Info:

Assistant General Counsel,

Science &Technology Law Unit,

Office of the General Counsel

•DOJ (CCIPS): www.cybercrime.gov

b6
b7C

FBICELL-107

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-11-2012 BY 65179/dmh/stp/as

**FOR OFFICIAL USE ONLY**



# *FBI*
# *Portable Electronic Device*
# *Security Management Plan*
# *(SMP) for Legacy*

b7E

*From*
*Investigative Technology Division*

*Wireless Intercept and Tracking Team (WITT)*

*09/7/2004*

*Federal Bureau of Investigation*
*935 Pennsylvania Avenue, NW*
*Room 9364*
*Washington, DC 20530*



*Prepared By:*
*WITT Program Manager*
*WITT Chief Technician*

b6
b7C
b7E

*Engineering Research Facility, Building*
*Quantico, Virginia 22135*

1

**FOR OFFICIAL USE ONLY**

## FOR OFFICIAL USE ONLY

## 1    INTRODUCTION

This document serves as the instrument for the Mobile Computing Security Program to identify requirements and assess risk, with the objective of providing an approval-to-operate. The information required for this assessment includes, but is not limited to, a complete scope of need, justification, concept of operations, technical specifications, configuration management and residual risk relative to the device being placed into service. Once completed, and if residual risk is deemed acceptable, an official EC will be generated granting a Security Management Plan (SMP) for those device(s) described within, in the manner set forth in the concept of operations. Attachments 1 and 2 are "living" documents. That is they are updated each time there is a change in the configuration, or when new devices are fielded under this SMP. Attachment 1 is the Configuration Management control document that lists the specific applications in use under this SMP. Attachment 2 is a complete listing of all devices fielded under this SMP.

## 2    MISSION BACKGROUND

The WITT provides

b3
b7E

## 3    JUSTIFICATION FOR REQUEST

b3
b7E

CELL/OTD                                        001542

2

## FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY

b3
b7E

**4    CONCEPT OF OPERATIONS**

b3
b7E

CELL/OTD                    001543
3
FOR OFFICIAL USE ONLY

FBICELL-110

FOR OFFICIAL USE ONLY

## 5   TECHNICAL DATA

[redacted]   b3
b7E

### 5.1 [redacted]

[redacted]   b3
b7E

### 5.2   *Field Control/Storage*

[redacted]   b3
b7E

### 5.3 [redacted]

[redacted]   b3
b7E

CELL/OTD                    001544

4

FOR OFFICIAL USE ONLY

**FOR OFFICIAL USE ONLY**

*5.4*    *Technical Specifications*

b3
b7E

CELL/OTD                    001545

5.

**FOR OFFICIAL USE ONLY**

FBICELL-112

# FOR OFFICIAL USE ONLY

## 8    POINTS OF CONTACT

The ISSM has approval authority for the [          ] and is responsible for the life cycle
system security.  Significant changes in configuration or usage will be submitted to the ISSM by
the ISSO for approval.

b6
b7C
b7E

Information Systems Security Manager [                              ]

The ISSO is responsible for day-to-day oversight of the [              ] He is responsible for
engineering, development, configuration management and ensuring that the program security
requirements are met.   The ISSO also maintains an up-to-date inventory of all [              ]
contained within this OP plan and to report any:

- o   Loss·
- o   Changes in configuration or usage
- o   Incremental/decremental changes to the baseline to the PSO and ISSM.

WITI [          ] Information Systems Security Officer(s): [                    ]
[          ]

b6
b7C
b7E

Note: In the event that an ISSM is not assigned, ISSM duties are the responsibility of the
assigned security officer.

## 9    CONFIGURATION MANAGEMENT

Configuration management is a process that controls and manages changes (i.e., new
applications, peripherals, changes in configuration, etc.) to a device or system.  By controlling
changes made to a system's hardware, software, firmware, and/or documentation, throughout the
system/device life cycle, configuration management is a mandatory, integral part of this overall
risk management solution.  The ISSM and ISSO are responsible for managing this process.

### 9.1    _Incremental Changes_

Incremental changes to the baseline may be vetted and approved by the ISSM.  Minor changes
such as the revision number of an application do not require ISSM approval but are to be tracked
by the ISSO in the configuration information periodically provided to the ISSM in the
configuration management document illustrated in Attachment 1.

### 9.2    _Security Architecture and Usage Changes_

Any changes affecting the security architecture including the manner in which the [          ]
[          ] are used or the type of data stored on them may require a renegotiated Security
Management Plan (SMP).

b7E

CELL/OTD          001555

15

# FOR OFFICIAL USE ONLY

# FOR OFFICIAL USE ONLY

## 10 ·  RULES OF BEHAVIOR

The PEDs known as [        ] covered under this SMP are granted deviations from the standard security settings based on operational need.  These deviations have corresponding expected rules of behavior with respect to how they are used, stored, and maintained.  These include:

b3
b7E

### 10.1   [        ] *Protection*

### 10.2   *Data Protection*

b3
b7E

### 10.3   [        ]

b3
b7E

### 10.4

CELL/OTD                    001556

# FOR OFFICIAL USE ONLY

FBICELL-123

**FOR OFFICIAL USE ONLY**

*10.5*

b3
b7E

CELL/OTD                    001557

17

**FOR OFFICIAL USE ONLY**

FBICELL-124

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-12-2012 BY 65179/dmh/stp/as

b6
b7C

From:
Sent:                Friday, August 10, 2007 9:56 AM
To:
Cc:
Subject:            RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

8/10-14/07 would be the best.  Let us know if you want a hotel room on the beach, we may be able to hook you up.

Thanks

b6
b7C
b7E

-----Original Message-----
From:
Sent:                Wednesday, July 25, 2007 4:24 PM
To:
Subject:            RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Advise us on the available date for Sept.

-----Original Message-----
From:
Sent:                Tuesday, July 24, 2007 3:18 PM
To:
Subject: RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

Put us on the list requestin[      ]Hopefully[      ]will be prioritized for funding.  I will do an[      ]
Again[      ]and I would like to be present fo[      ]August is bad until 27th.  Early Sept,
much better.

Thanks.

-----Original Message-----
From:
Sent:                Tuesday, July 24, 2007 2:50 PM
To:
Subject:            RE: WITT

CELL/OTD   001756

9

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

We would like to see if you could work with your field office

b3
b6
b7C
b7E

-----Original Message-----
From:
Sent:          Tuesday, July 24, 2007 7:04 AM
To:
Subject:       RE: WITT

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

FYI      has a VERY limited tech budget.  Do I need to try to fight my office for extra money next year, or
is there a possibility of WITT covering the purchase sometime in the future?

-----Original Message-----
From:
Sent:          Monday, July 23, 2007 4:50 PM
To:
Subject:       FW: WITT

b6
b7C
b7E

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

-----Original Message-----
From:
Sent:          Monday, July 23, 2007 4:31 PM
To:
Subject:       WITT

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

Mark:

I omit to inform you that we are shipping to your office a few items that were distributed in the
conference. One of which is a thumbdrive that contained the powerpoint presentation materials which
should be helpful to those who couldn't attend the conference but want to know what was covered. I
recalled over the course of time that you had reached out to us and asked why you were not
successful

b7E

[Material information including where to procure the part is shown in the enclosed attachment.]

<< File            pt >>

b3
b6
b7C
b7E

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

CELL/OTD  001758

FBICELL-127

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-15-2012 BY 65179/dmh/stp/as

b6
b7C
b7E

**From:**
**Sent:** Thursday, April 17, 2008 9:14 AM
**To:** ALL FBI EMPLOYEES
**Subject:** Historical cell phone location utilizing subpoena

UNCLASSIFIED
NON-RECORD

Hello all,

I was assisting _____ on a _____ case when he made a very good point which I thought share.

If you are trying to locate an individual via cellular telephone, a simple subpoena for toll records with cell site/tower location

Request the information to be delivered in an electronic format.

b6
b7C
b7E

UNCLASSIFIED

CELL/OTD   001829

FBICELL-128

~~SECRET~~

b6
b7C

From:
Sent:       Thursday, November 06, 2008 1:29 PM
To:
Subject:    FW: WITT Technical Bulletin

~~SENSITIVE BUT UNCLASSIFIED~~
~~NON-RECORD~~

How did you get on the WITT update email list?  Are you smart enough to turn the knobs by yourself?

FYI [ ] & I are always enjoying the mild [ ] winters.  I do admit that I miss a bit of snow now and again.

All the best,

b6
b7C
b7E

From:
Sent:       Thursday, November 06, 2008 10:58 AM
To:
Cc:
Subject:    WITT Technical Bulletin

~~SENSITIVE BUT UNCLASSIFIED~~
~~NON-RECORD~~

b1
b3
b6
b7C
b7E

(S)

~~SENSITIVE BUT UNCLASSIFIED~~

147

CELL/OTD  001894

~~SECRET~~

FBICELL-129

wttr

~of Use Only

b7E

# Introduction to

CELL/OTD 004254



CELL/OTD 004255

FBiCELL-131



CELL/GTB OG4256                                    3

FBICELL-132



CELL/QTD 004269

16

FBICELL-133



For Official Use Only

# Quick Start Guides

CELL/GTD 004274

b7E

FBICELL-134



For Official Use Only

b3
b4
b7E

FBICELL-135



For Official Use Only

b7E

b6
b7C
b7E

CELL/GTD 804277

FBICELL-136



b6
b7C
b7E

CELL/OTD 004282



b6
b7c
b7E

CELL/OTD 804283



b6
b7C
b7E

CELL/OTD 004284



b6
b7C
b7E

CELL/OTD 004285

FBICELL-140



b6
b7C
b7E

CELL/OTD 004286



Agenda

FBICELL-142



For Official Use Only

# Welcoming Remarks

b7E

CELL/OTD 006287

1

For Official Use Only

**Agenda – Day 1**

| Activity | Time | Activity Length | Presenter(s) |
|---|---|---|---|
| Welcoming Remarks | 8:30 – 8:45 am | 15 min | |
| Introduction to WITT | 8:45 – 9:00 am | 15 min | |
| Introduction to | 9:00 – 9:10 am | 10 min | |
| Introduction to | 9:10 – 9:20 am | 10 min | |
| Website Demo | 9:20 – 9:35 am | 15 min | |
| Introduction to CONOPS and Surveillance Techniques | 9:35 – 10:00 am | 25 min | |
| Break | 10:00 – 10:15 am | 15 min | |
| Introduction to Legal Issues | 10:15 – 10:25 am | 10 min | |
| Introduction to Wireless Industry | 10:25 – 10:45 am | 20 min | |
| Introduction to Mobile Phone System | 10:45 – 11:20 am | 35 min | |
| Lunch | 11:20 – 12:50 pm | 1 hr 30 min | |
| LoggerHead        Triggerfish Overview | 12:50 – 1:15 pm | 25 min | |
| LoggerHead | 1:15 – 2:45 pm | 1 hr 30 min | |
| Break | 2:45 – 3:00 pm | 15 min | |
| Lab Exercises | 3:00 – 5:00 pm | 2 hrs | |
| Wrap-up and Feedback Forms | 5:00 – 5:15 pm | 15 min | |

b6
b7C

b7E

b3
b7E

CELL/OTD 004268



For Official Use Only

Agenda – Day

b6
b7C

b3
b7E

| Activity | Time | Activity Length | Presenter(s) |
|---|---|---|---|
| Day 1 Review (Question and comments) | 8:30 – 8:40 am | 10 min | |
| | 8:40 – 9:00 am | 20 min | |
| | 9:00 – 9:30 am | 30 min | |
| | 9:30 – 12:00 pm | 2 hrs 30 min | WITT |
| Lunch | 12:00 – 1:30 pm | 1 hr 30 min | |
| | 1:30 – 6:00 pm | 4 hrs 30 min | WITT |
| Wrap-up and Feedback Forms | 6:00 – 6:15 pm | 15 min | |

CELL/OTD 004289

3



For Official Use Only

| Activity | Time | Activity Length | Presenter(s) |
|---|---|---|---|
| Day 2 Review (Questions and comments) | 8:30 – 8:35 am | 5 min | |
| Introduction t | 8:35 – 9:10 am | 35 min | |
| StingRay Overview | 9:10 – 10:10 am | 1 hr | |
| StingRa | 10:10 – 12:00 pm | 1 hr 50 min | |
| Lunch | 12:00 – 1:30 pm | 1 hr 30 min | |
| StingRa | 1:30 – 4:45 pm | 3 hrs 15 min | WITT |
| Wrap-up and Feedback Forms | 4:45 – 5:00 pm | 15 min | |

b7E
b6
b7C

CELL/OTD 004298

4

FBICELL-146



For Official Use Only

Agenda – Day 4

| Activity | Time | Activity Length | Presenter(s) | |
|---|---|---|---|---|
| Day 3 Review (Questions and comments) | 8:30 – 8:40 am | 10 min | | b6 |
| StingRay | 8:40 – 11:30 am | 2 hrs 50 min | | b7C |
| Lunch | 11:30 – 1:00 pm | 1 hr 30 min | | |
| StingRay | 1:00 – 4:45 pm | 3 hrs 45 min | WITT | b7E |
| Wrap-up and Feedback Forms | 4:45 – 5:00 pm | 15 min | | |

CELL/OTD 004291

5

FBICELL-147



For Official Use Only

b3
b7E

| Activity | Time | Activity Length | Trainer(s) |
|---|---|---|---|
| Day 4 Review (Questions and comments) | 8:00 – 8:10 am | 10 min | |
| StingRay | 8:10 – 10:15 am | 2 hrs 5 min | |
| Feedback Forms | 10:15 – 10:30 am | 15 min | |
| Lunch | 10:30 – 1:00 pm | 2 hrs 30 min | |
| Wrap-up, Closing Remarks, and Dismissal (Collect Badges, Ship Equipment) | 1:00 – 4:00 pm | 3 hrs | |

b6
b7C

CELL/OTD 004292

WITT Intro



FBICELL-149

# WITT Program Overview

b7E

Organizational Chart

b7E

CELL/OTD 004293

1



For Official Use Only

### WITT Program Theory

Wireless technology is ingrained in our modern society.

b7E

For Official Use Only

### WITT Program Mission

...AND YOUR INPUT & INVOLEMENT IS KEY!

b7E

CELL/OTD 004294

2

FBICELL-151

For Official Use Only

b7E

• 2004 – Wireless Intercept and Tracking Team (WITT)

For Official Use Only

b3
b4
b7E

CELL/OTD 004295                                    3



b6
b7C
b7E

4

CELL/OTD 00x296

b7E



FBICELL-154

For Official Use Only

WITT

b7E

For Official Use Only

Why Regions

b7E

CELL/OTD 004297

1

FBICELL-155



b7E

b7E

CELL/OTD 0042

2



b7E

b7E

FBICELL-157



b6
b7C
b7E

CELL/OTD 004300

4



Intro

b7E

FBICELL-159



For Official Use Only

b7E

b3
b7E

CELL/OTD 004301

1



b7E

b3
b7E

CELL/OTD 004302

2



b3
b7E

b3
b7E

CELL/OTD 004303          3

FBICELL-162



b3
b7E

b7E

CELL/OTD 004394

4



Website Demo

FBICELL-164

For Official Use Only

# WITT Website Demonstration

b7E

For Official Use Only

## Effective Tools – WITT Web Site

- PURPOSE: To provide information, interactive media WITT

- ACCESS

b7E

- URL:

- NETWORK CLASSIFICATION: Secret

CELL/OTD 004305

1



b6
b7C
b7E



b6
b7C
b7E

CELL/OTD 0043

2



b6
b7C
b7E

b6
b7C
b7E

FBICELL-167



b7E
b6
b7C
b3

b6
b7C
b7E
b3

CELL/OTD 004308

4



b7E

b7E

CELL/OTD 004309

5

CONOPS/Surveillance
Techniques



FBICELL-170



CELL/OTD 004310

1

FBICELL-171



b3
b7E



b3
b7E

CELL/OTD 00A3

2



b3
b7E

b3
b7E

CELL/OTD 004312

3

FBICELL-173



CELL/OTD 004343

4



b3
b7E

b3
b7E

CELL/OTD 004314

5



Scenario 4

b3
b7E

Scenario 5 – CALEA Surveillance

b3
b7E

CELL/OTD 004315

6

FBICELL-176



Scenario 5 – CALEA Surveillance

b3
b7E

CELL/OTD 004316

7

FBICELL-177



Legal Issues

FBICELL-178



# Legal



b7E

For Official Use Only

**Legal Guidelines**

- Legal considerations await the OGC's review, analysis, and approval
- Additional Legal and Policy issues being identified
- Updates and reference material will be posted on the WITT web site
- Any specific legal question, guidance, or advice should be referred to your CDC and/or to the OGC

CELL/BTD 004317

1



b7E

CELL/DTD 004318

2



Mobile Phone
System

FBICELL-181