

b7E

# Introduction to the Mobile Phone Systems

**Overview: Cellular System Concept**

- Cellular System allows the reuse of spectrum within a region by employing centrally connected base stations
- Each base station wirelessly connects to multiple mobiles within a designated geographic area (cell)
- Base stations connect to a Mobile Switching Center (MSC) and then to the Public Switched Telephone Network (PSTN)
- The system allows
  - Reuse of spectrum in regions, increasing the capacity of the system over a trunked radio system
  - Mobility of users in the system without loss of connectivity

CELL/OTD 004325

1



b7E







b7E

b7E

FBICELL-184

b3
b7E

b3
b7E

CELL/OTD 004328

4

FBICELL-185



b3
b7E

b3
b7E

CELL/OTD 004329

5

FBICELL-186



b3
b7E

b3
b7E

CELL/OTD QOA330

6.

b3
b7E





There are currently five cellular technologies in use in the U.S. market
- AMPS          (10% Market Share)
- TDMA (IS-136)  (20%* Market Share)
- GSM           (17% Market Share)
- CDMA          (46% Market Share)
- iDEN          ( 7% Market Share)

b7E

* Carriers are converting TDMA systems to GSM

CELL/OTD 004331

7

FBICELL-188

For Official Use Only

## AMPS (Advanced Mobile Phone Service)

- Background
  - Initial U.S. cellular system
  - Reached feasible system capacity limits in mid 90s
- Limitations
  - Provides basic voice service
  - No additional services: Digital Messaging, Location based services, etc.

b3
b7E

For Official Use Only

## TDMA (Time Division Multiple Access)

- Background
  - Technology was the first commercially available digital cellular technology in U.S.
  - Provides increased system capacity and advanced digital services
- Technology

b3
b7E

- U.S. TDMA systems being replaced with GSM systems

CELL/QTD 004332

8

FBICELL-189





b3
b7E

CELL/OTD 004333

9



Loggerhead
Triggerfish

b3
b7E

# LoggerHead
## Triggerfish Overview

b3
b7E

b3
b7E

CELL/QTD 004334

1



b7E

CELL/DTD 004344

8



Intro to

b7E

FBICELL-194

For Official Use Only

# Introduction to

b7E

For Official Use Only

b3
b7E

ALL/OTD 004342

1

Overview



b3
b7E

FBICELL-196



b3
b7E

FBICELL-197



For Official Use Only

b3
b7E

For Official Use Only

Goal – Learn operation of equipment in simulated case environment

- Agenda
  - EQUIPMENT SET UP
  - SCENARIO #1
  - SCENARIO #2
  - SCENARIO #3

b3
b7E

CELL/OTD 004357

1

FBICELL-198



b7E



b7E

CELL/OTD 004358

2

- Set up

- Location

b7E

CELL/OTD 004359

3

Intro to [    ] b7E

For Official Use Only

# Introduction to

b7E

For Official Use Only

b3
b7E

**StingRay Function**

CELL/OTD 004309

1



b7E



b7E

CELL/QTD 004370

2

**StingRay Overview**



FBICELL-204



StingRay Lab/
Field Exercises

BICELL-205

# StingRay Lab Exercises

b7E

## StingRay Lab Exercises

- Goal –
- Agenda

b3
b7E

CELL/OTD 004393

1





b7E

b3
b7E

CELL/OTD 004394

1



b7E

b7E

CELL/BTD 004395

2

FBICELL-208



b7E



b3
b7E

CELL/OTD 004396

1

FBICELL-209



CELL/OTD 0043

1

For Official Use Only

Scenario #3

- Set up

- Location

For Official Use Only

Scenario #4

- Set up

- Location

CELL/OTD 004398

b7E

2



Appendices

FBICELL-212



Glossary/
Acronyms

FBICELL-213

b7E



# Useful Acronyms

AMPS – Advanced Mobile Phone Service
BSC – Base Station Controller
BSID – Base Station ID
BTS – Base Transceiver Station
CDMA – Code Division Multiple Access
DSSS – Direct Sequence Spread Spectrum
DF – Direction Finding
ESN – Electronic Serial Number
FDMA – Frequency Division Multiple Access
GSM – Global Standard for Mobile Communication
HLR – Home Location Register
IDEN – Integrated Dispatch Enhanced Network
IMEI – International Mobile Equipment Identity
IMSI – International Mobile Subscriber Identity
MIN – Mobile Identification Number
MSC/MTSO – Mobile Switching Center/ Mobile Telephone Switching Office
NID – Network IDentification

CELL/OTD 004399

1

FBICELL-214



PA – Power Amplifier
PCS – Personal Communications Service
PN – Psuedo Noise
PSTN – Public Switched Telephone Network
PTT – Push-to-Talk
RF – Radio Frequency
SID – System IDentification
TDMA – Time Division Multiple Access

TMSI – Temporary Mobile Subscriber Identity
VLR – Visitor Location Register
WITT – Wireless Intercept & Tracking Team

b7E

CELL/OTD 004400

2

b7E



For Official Use Only

# Glossary

For Official Use Only                                                              Glossary

**Access Channel** – Reverse CDMA channel used by mobile stations for communicating to the base station

**Advanced Mobile Phone Service (AMPS)** – First U. S. cellular standard; based on analog FDMA technology

**Base (Transceiver) Station (BTS)** – Fixed radio site communicating with mobiles within a geographical area

**Base Station Controller (BSC)** – Interface between base stations and the switch which conveys switch commands to the appropriate base station and base station requests to the switch

**Camped** – When a mobile is not on a call but actively monitoring the paging or control channel

**Cellular Phone** – Portable radio used to communicate wirelessly in a network

**Code Division Multiple Access (CDMA)** – Spread spectrum technology which uses codes to differentiate signals sharing the same frequencies

**Collection** – Assimilating and storing of intercepted identity information and call content

**Control Channel** – Radio channel on the forward or reverse link used to send commands and requests

**Direct Sequence Spread Spectrum** – Technique employed in US cellular CDMA systems which uses codes shared between sender and receiver to spread transmitted data and send over the air

**Direction Finding (DF)** – A technique used to identify the location of a radio signal

CELL/OTD 004401

1

b7E



For Official Use Only

**Glossary Cont'd**

**Downlink—** *See Forward Link*

**Ec/Io** – Ratio (in dB) between the Pilot Channel signal energy and the total interference in the received bandwidth

**Electronic Serial Number (ESN)** – Unique serial number programmed into the memory of a mobile phone by the manufacturer

**Forward Link—** From the base station to the mobile

**Frequency Division Multiple Access (FDMA)** – Multiplexing technique which uses frequency to distinguish users

**Global Standard for Mobile Communications (GSM)** — Cellular technology utilizing TDMA techniques which originated in Europe

**Home Location Register (HLR)** – Database containing mobile subscriber information for locally registered mobiles

**Idle—** *See Camped*

**Integrated Dispatch Enhanced Network (IDEN)** – Proprietary cellular technology utilized by Nextel

**Intercept—** Reception of communications between a subject and his serving network

**International Mobile Equipment Identity (IMEI)** – Code uniquely identifying the mobile station hardware

**International Mobile Subscriber Identity (IMSI)** – Method of identifying stations in the land mobile service

3



For Official Use Only

**Glossary Cont'd**

**Handoff** — Transferring communication with a mobile station from one base station to another

**Long PN Code** – 42-bit pseudo-random code used to uniquely identify CDMA mobile stations on the uplink

**Mobile Identification Number (MIN)** – Telephone number associated with a mobile phone

**Mobile Station—** *See Cellular Phone*

**Mobile Switching Center (MSC)** – Switch connecting the cellular network to the PSTN which coordinates call routing in a given service area

**Mobile Telephone Switching Office (MTSO)—** *See Mobile Switching Center*

**Multipath** – Radio signals from the transmitter arriving at the receiver via a number of different paths

**Neighbor Channel** – One of a group channels that are probable candidates for handoff

**Network Identification (NID)** – Number uniquely identifying a network within a cellular system

**Paging Channel** – Walsh code channel in the CDMA forward channel used for transmission of control information and pages from the base station to the mobile

**Pilot Channel** – Signal transmitted continuously by CDMA base stations allowing mobiles to acquire base station timing and assess signal quality

4

b3
b7E



CELL/OTD 004402

2

FBICELL-217

b7E



**PN Code Offset** – One of 512 time offset versions of the Short PN Code used to identify CDMA base station sectors in a network

**Power Amplifier (PA)** – Provides gain in a transmitter

**Public Switch Telephone Network (PSTN)** – Collection of interconnected voice-oriented public telephone networks

**Radio Frequency (RF)** – Radio signals between 9 kHz-300 GHz

**Registration** – Process by which a mobile station identifies its location and parameters to a base station

**Reverse Link** – From the mobile to the base station

**Short PN Code** – 15-bit pseudo-random code used to uniquely identify CDMA base station sectors in a network

**Short PN Code Offset** – See PN Code Offset

**Sync Channel** – Walsh code channel 32 in the CDMA forward channel which transports the synchronization message to the mobile

**System Identification (SID)** – Number uniquely identifying a cellular system

**Temporary Mobile Station Identity (TMSI)** – Temporary mobile station identification assigned by the base station

**Time Division Multiple Access (TDMA)** – Multiplexing technique which uses frequency and time to distinguish users

**Traffic Channel** – Communicating path between a mobile station and base station used to transport call content and commands



**Uplink** – See Reverse Link

**Visitor Location Register (VLR)** – Database containing mobile subscriber information for mobiles active in the local system but registered in another cellular system

**Walsh Codes** – 64 orthogonal codes used to define CDMA communication subchannels on the forward link

CELL/OTB 006403

3



CONOPS/
Legal

FBICELL-219

For Official Use Only

# CONOPS Case Studies

b7E

For Official Use Only

## Recent Case Studies – Sample Case 1

**Background:**   • WITT contacted to help

b7E

CELL/OTD 004404

1





CELL/DTD 004405

2

FBICELL-221

**Recent Case Studies - Sample Case 4**

**Background:**    • WITT contacted to help

b7E

CELL/OID 00#00

3

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-13-2012 BY 65179 DMH/stp

**_____ (FBI)**

From: _____
Sent: _____ (OTD) (FBI)
To: Wednesday, May 16, 2007 8:23 AM
Subject: _____

b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

I have contacted Harris, and they are looking into the situation.  This was looked into as part of _____

I'll forward their (Harris) answer to all.

_____

-----Original Message-----
From: _____
Sent: Monday, May 14, 2007 1:09 PM
To: _____
Cc:
Subject: _____

b4
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 000999

1

FBICELL-224

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-15-2012 BY 65179 DMH/stp

(OTD) (FBI)                                                                  b6
                                                                            b7C
From:                                                                       b7E
Sent:                                   (OTD) (FBI)
To:                                     Thursday, July 05, 2007 10:30 AM

Cc:
Subject:                                2007 WITT Conference (Cell Phone Tracking)

UNCLASSIFIED
NON-RECORD

Comrades,

        Last week I attended the 2007 WITT Conference.   Many cell tracking matters were discussed.   Since we all hate    b4
e-mail. I am going to pick the top 15 bullets and try to keep it short.   Please feel free to forward this info to              b6
                    And if you don't want to read it, you don't hurt my feelings.                                              b7C
                                                                                                                              b7E

                                                    1

                                        CELL/OTD 001002

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-19-2012 BY 65179 DMH/stp

(OTD) (FBI)                                                          b3
                                                                    b6
**From:**                                                           b7C
**Sent:**          Monday, April 16, 2007 10:48 AM                  b7E
**To:**
**Cc:**

**Subject:**

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Thanks for taking the initiative to help the office out with this service. mpk

*SSA*
                                                    b6
                                                    b7C

-----Original Message-----
**From:**
**Sent:**          Thursday, April 12, 2007 2:21 PM                  b6
**To:**                                                             b7C
                                                                    b7E
                                                                    b3

**Subject:**
For those of you who send out administrative subpoenas for telephone subscriber information.

As most of you are aware, a consumer is entitled to take their phone number to any phone
company they so choose.

1                  CELL/OTD 000992

FBICELL-227

b6
b7C
b3
b7E

<< File[   ]EC.wpd >>

<u>**SENSITIVE BUT UNCLASSIFIED**</u>

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

b3
b6
b7C
b7E

**(OTD) (FBI)**

**From:**
**Sent:** Friday, April 27, 2007 10:14 AM
**To:**

**Cc:**
**Subject:** New [        ] for StingRa

UNCLASSIFIED
NON-RECORD

Please note that the installation guide to upgrade your Harris equipment is included [        ] If you are experiencing
difficulty whereby the [        ] please contact and email
us the serial number of your equipment [        ]

b6
b7C
b7E

Stingray

Harris

We will provide a workaround solution
to those limited few that experience this problem.

UNCLASSIFIED

CELL/OTD 000994

1

FBICELL-229



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

b3
b6
b7C
b7E

**From:**
**Sent:** Monday, April 30, 2007 10:08 AM
**To:**

**Subject:** Additional Info on                    for StingRay

**UNCLASSIFIED**
**NON-RECORD**

Please attempt to perform the install of the                StingRay             nit first before updating the
                                    If the                            step as described below,
then                    and report to us the problem and provide us the serial number of your equipment. Do not attempt to
                                    is not successful.

b6
b7C
b7E

Please report to WITT when the                        is completed so that we can document the
procedure. Offices that do not report in will be assume to have not completed

Thanks.

-----Original Message-----
**From:**
**Sent:** Friday, April 27, 2007 10:14 AM
**To:**

b6
b7C

CELL/OTD 000995

FBICELL-230

Cc:                                                                                          b3
Subject:      New                           for StingRay                                     b6
                                                                                             b7C
**UNCLASSIFIED**                                                                             b7E
**NON-RECORD**

Please note that the installation guide to upgrade your Harris equipment is included                 If you are
experiencing difficulty whereby the                                                              please
contact and email us the serial number of your equipment.

                          We will provide a workaround solution to those limited few that experience this problem.

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 000996

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

b6
b7C
b7E

**From:**
**Sent:** Wednesday, May 09, 2007 1:22 PM
**To:**

**Subject:** and other guidances)

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

FYI

Just passing on some information about using a                                      b7E
                          If you all have time to verify some of the below information, please do so.  Feedback is the best way to figure out where the loop-holes are.

- This means that you should not incurr the

• I verified the above information on the                                      If you have a chance to buy some                          and are able to do the same kind of testing, please do and send feedback

• 

    b6
    b7C
    b7E

• 

Thanks to everyone involved so far.

CELL/OTD 000997

1

b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 000998

2



CELL/OTD   027706

FBICELL-235

CELL/OTD   028079

FBICELL-243

23-Mar Travel (Arrive)
       Inform Coordinator of arrival / issues
       Equipment Delivery

24-Mar     830 Arrive / Introductions
         900 Scenario Description         5
             Goals / Objectives         10
             Pre-Deployment Functions    5
       1000 Break
       1015
       1100
       1200 Lunch (1.5 HOURS)
       1330
       1430
       1530
       1630

25-Mar     830 Arrive / Issues
         900
       1100
       1200 Lunch (1.5 HOURS)
       1330
       1630

26-Mar     830 Arrive Station
      ??
27-Mar     830
      ??
28-Mar   1200 Lunch (1.5 HOURS)
      2100 Event
29-Mar        NO EVENT
30-Mar     830 Arrive / Issues
         900
       1100
       1200 Lunch (1.5 HOURS)
       1330 In-house Demonstrations / Exercises
       1630 End

31-Mar        Practice Sessions
 1-Apr        Practice Sessions
 2-Apr        Practice Sesions / Packup (Noon)
 3-Apr Travel (Return)

b3
b7E



CELL/OTD 004543

SECRET//ORCON/NOFORN//20350319

(S)

b1
b3
b7E

By

**FEDERAL BUREAU OF INVESTIGATION**

2010

Approved by _____

_____

_____

_____

Reviewed by _____

_____

b7E

*This document contains information that, in whole or in part, are
controlled by originator, and not to be disseminated without prior
approval from the Federal Bureau of Investigation*

CLASSIFIED BY 65179 DMH/STP
REASON: 1.4 (C, G)
DECLASSIFY ON: 11-26-2037
DATE: 11-26-2012

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

Formatted: Font: Bold, Italic

Formatted: Underline
Formatted: Font: Bold, Italic, Underline
Formatted: Font: Bold, Italic, Underline

SECRET//ORCON/NOFORN//20350319

CELL/OTD   019338

FBICELL-259

CLASSIFIED BY 65179 DMH/STP
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-31-2037
DATE: 10-31-2012

# S&T: FBI FY 2009 Mid-Year Review: Performance Report

Initiative Topic: ☐ **b7E**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE



| Key Project, Sub-Project, or Other Component Part of Initiative | Baseline FY 2009 Funding ($K)° | % Obligated° Includes Committed | % Expended° | Project's Contribution to Initiative |
|---|---|---|---|---|
| (S) | | 100% | 0% | |
| | | 100% | 0% | |
| | | 100% | 0% | |
| | | 100% | 0% | |
| | | 100% | 0% | |
| | | ☐ | 0% | |
| | | 100% | 0% | |

b7E

b1
b3
b7E

SECRET

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-02-2012 BY 65179 DMH/STW

## *Critical Unfunded*

| | |
|---|---|
| Unit: | TTU |
| Short Title: | WIRELESS INTERCEPT AND TRACKING TEAM (WITT) |
| Shortfall Amount: | |
| Account(s): | |
| Cost Center: | |
| One-Time or Recurring Requirement | |
| Existing Contract(s): | YES |
| Unit Rank: | 1 |
| SC Rank: | |
| AD Rank: | |
| | |

b7E

**Description of your shortfall:**

specific amplifiers. This request shall provide capability not currently available and identified as a critical gap in locating/tracking wireless devices.

**Why is this critical?**

b7E

*CELL/OTD 008061*

**Why can't you cover this with your current base funding?**      b7E

although has insufficient funding available to cover

The cost of      far exceeds current base funding as required.

**What is the impact if you are unable to obtain funding for this?**

CELL/OTD 008062

FBICELL-262

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

**Federal Bureau of Investigation**

Washington, D.C. 20535-0001

[DATE], 20[YY]

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-02-2012 BY 65179 DMH/STP        b7E

Re:                                    and Non-
Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

Dear

We have been advised by                        of the

                              Consistent with the conditions on the equipment

                              must coordinate with the Federal Bureau of        b7E
Investigation (FBI) to complete this non-disclosure agreement

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page 1 of 6

CELL/OTD 014560

FBICELL-263

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

b7E

and

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page 5 of 6

CELL/OTD 014564

FBICELL-267

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [                              ]s acceptance of the above conditions shall be
evidenced by the signatures below of an authorized representative.

b7E

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this _____ day of _____

b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page 6 of 6

CELL/OTD 014565

FBICELL-268



b6
b7C

b3
b7E

CLASSIFIED BY 65179 DMH/STP
REASON: 1.4 (C, D)
DECLASSIFY ON: 11-14-2037
DATE: 11-14-2012

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~



~~SECRET~~

SECRET



SECRET

FBICELL-271



SECRET



SECRET



**FBI015:**

b3
b7E

(S//NF)          OVERVIEW

Text – Arial 14

A

SECRET





SECRET

**FBI015:**

b3
b7E

(S//NF)   DEPENDENCIES & COLLABORATION

SCHEDULE

Text – Arial 14

     b1
     b3
     b7E

**Collaboration\Level:**
N/A

CUSTOMERS & REQUIREMENTS

MISSION IMPACTS & SUCCESSES

**Customers/Users:**
OTD/TTU

**Mission Impacts:**
Text – Arial 14

**Requirements:**

**Success Stories:**
Text – Arial 14

C

CELL/OTD 009885

SECRET

FBICELL-276



FBICELL-277



FBICELL-278

SECRET



SECRET

FBICELL-279

SECRET



SECRET

FBICELL-280



SECRET



SECRET



FBICELL-283

SECRET

## FBI020:

(S//NF) DEPENDENCIES & COLLABORATION

SCHEDULE

Text — Arial 14

**Collaboration\Level:**
N/A

CUSTOMERS & REQUIREMENTS

MISSION IMPACTS & SUCCESSES

**Customers/Users:**
OTD/TTU

**Mission Impacts:**
Text — Arial 14

**Requirements:**

**Success Stories:**
Text — Arial 14

C

SECRET

b1
b3
b7E

FBICELL-284





FBICELL-286

SECRET



SECRET

FBICELL-287

SECRET



**FBI022:**

b1
b3
b6
b7C
b7E

(S//NF)   DEPENDENCIES & COLLABORATION

SCHEDULE

Text – Arial 14

CUSTOMERS & REQUIREMENTS

**Customers/Users:**
OTD/TTU

**Requirements:**

MISSION IMPACTS & SUCCESSES

**Mission Impacts:**
Text – Arial 14

**Success Stories:**
Text – Arial 14

C

SECRET





**<u>DOJ/CCIPS</u>**: Pen/Trap **order**

any "signaling information" transmitted from a cellular telephone to:

1) Identify a target phone **<u>or</u>**
2) Locate a phone

DOJ: **<u>"signaling information"</u>** is any non-content information "transmitted by" a telephone instrument

b7E



# General Operational Guidelines

b7E

b7E

# The Computer Trespasser Exception (continued)

Practice tips:



b7E

FBICELL-292

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-09-2012 BY 65179 DMH/rs

| From: | | b6 |
| Sent: | Thursday, October 12, 2006 1:57 PM | b7C |
| To: | | b7E |
| Cc: | | |

Subject:   RE    Trip Report to

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E
b5

b3
b6
b7C
b7E

1

CELL/OTD 000502
FBICELL-293

b3
b6
b7C
b7E
b5

Thanks,

—Origin
From:
Sent:     Tuesday, October 10, 2006 2:45 PM
To:
Cc:
Subject:          Trip Report

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

The intent of this email is to provide a brief sypnosis of the events found, verified, and validated and to solicit feedback
if the reported items are incomplete or inaccurate. A comprehensive white paper shall be produced, made available
on the WITT website, and be announced to all of the               An EC shall also be forthcoming.

b3
b5
b7E

b3
b5
b6
b7C
b7E

A [ ] shall be presented in the white paper.

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

3

CELL/OTD 008564

CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (C)
DECLASSIFY ON: 11-13-2037
DATE: 11-13-2012

b6
b7C
b7E

From:
Sent:          Thursday, July 13, 2006 11:18 AM
To:
Cc:

Subject:       EC from VC-WITT

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

SECRET//NOFORN
RECORD 66F-hq-1410124f

As we discussed last week, I emailed [              ] and asked for a copy of the EC that VC-WITT submitted to OTD for
additional [                              ] sent me the attached EC, which was uploaded on the system
around the end of June.

OTD.Equipment.Re
quest EC.wpd

[                              ] of the Stingray [                    ]

b1
b3
b6
b7C
b7E

(S)

(S)    [                    ] FBI/OTD
Unclass email_lmurray@fbiacademy.edu

(S)

Non-Secure
Stu3
Cell
Pager

CLASSIFIED BY: 74484,OTD/FO,OTD
REASON: 1.5(c)
DECLASSIFY ON: 20160743
SECRET//NOFORN

1

CELL/OTD 087905

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-13-2012 BY NSICG J35M24K35

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  PRIORITY                    Date:  06/28/2006

To:                                                                      b6
                                                                         b7C
                                                                         b7E

OTD                          Attn:   AD Kerry E. Haynes                  b6
                                     UC                                  b7C
                                     SSA                                 b7E

CELL/OTD 007906

FBICELL-297

b6
b7C
b7E

**From:**   Criminal Investigative
            VCS/VCU, Room
            Contact:

**Approved By:**

**Drafted By:**

**Case ID #:**   62F-HQ-C1522631 (Pending)
                 7C-HQ-C1510131

**Title:**   CRIMINAL INVESTIGATIVE DIVISION (CID);
             Violent Crime - Wireless Intercept and Tracking Teams
             (VC-WITT)

             CHILD ABDUCTION RAPID DEPLOYMENT TEAMS;
             VIOLENT CRIMES PROGRAM

**Synopsis:**   Request necessary equipment to facilitate outfitting

b6
b7C
b7E

**Details:**   For information, the captioned initiative was approved
by A/EAD                      A/AD                    , and AD Kerry E.
Haynes to assist violent crimes supervisors with
                                                       These facts,
coupled with violent crimes investigations remaining a number
eight priority in the FBI, place an extreme burden on violent
crimes resources.

       CID/VCU, working closely with OTD and CID/CACU recently
coordinated the purchase of    StingRay

b3
b7E

       CID's original    VC-WITT members have received extensive
                                           To facilitate the fielding of

2

FBICELL-298

62F-HQ-C1522631 (Pending)

these ▮▮▮▮▮▮ OTD coordinated the ▮▮▮▮ StingRays,

b3
b7E

        As of 06/16/2006, CID coordinated the training of ▮
additional VC-WITT members from the following offices:

                            Accordingly, CID requests OTD to identify
StingRays, all appropriate supporting equipment,
                                    to support the newly
trained VC-WITTs ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Should
listed equipment not be available through OTD, CID requests OTD
consider the loan of additional equipment until such time CID can
fund the additional purchase of equipment.

        VC-WITT trained agents are working

b7E

        VC-WITT trained agents will serve

3

CELL/OTD 007908

62F-HQ-C1522631 (Pending)

LEAD(S):

b7E

4

CELL/OTD 007909

FBICELL-300

62F-HQ-C1522631 (Pending)

b7E

<u>OPERATIONAL TECHNOLOGY DIVISION</u>

<u>AT QUANTICO, VA</u>

CID requests OTD to identify     StingRays, all appropriate supporting equipment,                    to support the newly trained VC-WITTs in        Should listed equipment not be available through OTD, CID requests OTD consider the loan of additional equipment until such time CID can fund the additional purchase of equipment.

b3
b7E

b7E

5

CELL/OTD 007910

FBICELL-301

62F-HQ-C1522631 (Pending)

b7E

Read and clear.

CC:   1- Executive Staff for Strategic
         Planning and Coordination
      1- Special Assistant to the AD

♦♦

6

CELL/OTD 007911

FBICELL-302



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-29-2012 BY 65179/dmh/stp/as

Exercise Overview
Co-op Missions
Day 2

2.01

Equipment Day 1 and Day 2

b3
b7E

• Student Disk

CELL/OTD   018982

1

**WITT**
Wireless Intercept and Tracking Team

- **Use CALEA Information**

b3
b7E

CELL/OTD 024484

- **CALEA**

2

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-30-2012 BY 65179/dmh/stp/ms

b3
b7E



Version 7.0

25 March 2010

Law Enforcement Sensitive

CELL/OTD   020596

The Federal Bureau of Investigation (FBI) requires that contractors shall not divulge, publish, or disclose information or produce material acquired as or derived from the performance of their duties. For purposes of this clause, "Information" shall include but not limited to: In any media or all media including on the Web or Websites; publications, studies, books, thesis, photographs, press releases describing any part of the subject matter of this contract or any phrase of any program hereunder, except to the extent such is:

(i) Already known to the contractor prior to the commencement of the contract

(ii) Required by law, regulation, subpoena or government or judicial order to be disclosed, including the Freedom of Information Act.

No release of information shall be made without the prior written consent of the Office of Public Affairs and the Contracting Officer. The contractor and the author are warned that disclosure is not without potential consequences. The FBI will make every effort to review proposed publication in a timely manner to accommodate theses and other publications. Where appropriate, in accordance with established academic publishing practices, the FBI reserves the right to author/coauthor any publication derived from this contract. These obligations do not ease upon the completion of the contract.

Law Enforcement Sensitive

CELL/OTD   020597

## TABLE OF CONTENTS

1.     SCOPE...........................................................................................2
    1.1.   Document Overview.........................................................2

2.     APPLICABLE DOCUMENTS...........................................................3
    2.1.   Government Documents..................................................3
    2.2.   Non-Government Documents...........................................3

b3
b7E

**Law Enforcement Sensitive**

CELL/OTD  020598

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-03-2012 BY 65179/dmh/stp/as

UNCLASSIFIED//FOUO/LES



b3
b6
b7C
b7E

TTU

EE

March 28, 2012

UNCLASSIFIED//FOUO/LES

CELL/OTD   021389

FBICELL-308



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/STP

**2011 FUNDING**

PROJECT NAME          FUNDING TYPE      FUNDING      COST

b3
b7E

Total          Funding
Total          nding

**Total Project Expenditures**

CELL/OTD    012491

FBICELL-350



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-25-2012 BY 65179 DMH/STW

**From:**
**Sent:** Wednesday, January 19, 2011 8:26 AM
**To:**
**Subject:** FUNDING PROPOSAL

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

2011
FUNDING.xls

Here you go

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD  012493

1


ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/STP

**From:**
**Sent:** Tuesday, January 18, 2011 2:58 PM
**To:**
**Cc:**
**Subject:** RE: UPDATED

b3
b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Attached is the _____ portion of my recommendations for allocating FY2011 _____ funding which I will present at the Section Chiefs meeting tomorrow.  Overall, it provides _____ I believe it is reasonable to expect the _____ base funds be applied to cover the remaining _____

FY2011
oposed Alloca

When your spend plan is finalized, please let me know how much base funding will be applied to these and other WITT projects so I can update the reporting database.

Thanks

**From:**
**Sent:** Thursday, January 06, 2011 6:57 AM
**To:**
**Cc:**
**Subject:** UPDATED

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

_____ As per our meeting yesterday attached is the latest MUST
HAVE/SUPPORT bare bones request. As discussed my budget is a running
target tied to cost module funding and I cannot specifically identify what
base funds _____ I have to support the _____ identified requirements.
Additionally even if a requisition is submitted and approved Finance
Division is only authorizing _____ funding due to the continuing resolution.
I will say that _____ will use base funds to support, however, at this time
I simply cannot provide a specific number.. Hope this assists in your
presentation to the Executive Board.

b3
b6
b7C
b7E

<< File _____ 2011 FUNDING.xls >>

CELL/OTD  012495

FBICELL-353

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/STW

# IT Acquisition Form

## Section 7 Attachment

### Requirements Analysis

b3
b7E

The Wireless Intercept and Tracking Team (WITT), in support of

development efforts undertaken by WITT have determined that

WITT

as specified in requisition

### Analysis of Alternatives

b3
b7E

### Section 508 Statement

Wireless Intercept and Tracking Team conducted an evaluation of the systems and have submitted the following comments regarding compliance of Section 508 requirements.

1194.3  General Exceptions

Systems are critical to the direct fulfillment of missions and are not used for routine administrative and business applications

### Subpart B -- Technical Standards

b3
b7E

CELL/OTD   026793



b3
b7E

Subpart C – Functional Performance Criteria

CELL/OTD   026794

FBICELL-355

b3
b7E

Subpart D – Information, Documentation, and Support

      (a) Documentation is offered in hardcopy (paper) as well as softcopy
         (CD) at no additional charge.
      (b) End users are instructed in the product features, visually or through
         instruction verbally at request, at no additional charge.
      (c) Support services accommodate the communication needs of end-users
         with disabilities.

## System Security Plan

A System Security Plan has been completed and in place for use of the
[                ] EC dated 06/30/2004 from Security Division has been
attached to requisition package

b3
b7E

CELL/OTD 026795

## Sole Source Justification

b3
b7E

## Independent Government Cost Estimate

WITT has submitted a quotation from the vendor [          ] which details the cost of this procurement. Pricing is according to GSA price listings.

## Life Cycle Cost Estimate

## Earned Value Management Plan

WITT continuously ensures planning, scheduling, and budget monitoring through its program management efforts. [WITT]

Detailed reports can be generated providing management the proper information to plan future procurements and deployments as the need arises.

b3
b7E

## Privacy Impact Assessment

The Office of General Council has been contacted and has reviewed the request for a Privacy Impact Assessment (PIA).

## Risk Assessment

WITT has identified through research and development efforts that [          ] WITT has a proven and successful history with the vendor of these systems. [          ] Sufficient funding is also in place for this procurement, and as well as plans for the maintenance over the full lifecycle of these products. Refer to acquisition planning form [          ] for specific estimates and distribution of costs.

b3
b7E

CELL/OTD   026796

b6
b7C

**From:**
**Sent:** Tuesday, August 23, 2011 10:56 AM
**To:**
**Subject:** Summary of Action Items from 8/9 Meeting --- UNCLASSIFIED

**Classification: UNCLASSIFIED**
============================================================

Hi

Here's a summary of the action items/things to document that I wrote down from the 8/9-8/10 meeting at Harris. Please share with                      as well if you think appropriate.

Items to note:
-      was notified 7/11/11 orally and 7/12/11 in writing of the FBI     b3
  - o    8/9/11 meeting provided an update and                          was present for this portion    b6
  - o    Meeting with                      noted that he's not interested in            agreed    b7C
-      provided back up documentation to              demonstrating the    b7E
-                         will follow up with          to get copies of                      noted to            that items 1-7 on his notes were
  - o    These reports will be used to communicate
-      made very clear to              that they are continued
  - o                 please clarify my above statement since I was not there at this portion of the meeting
  - o                 provided
-                                   PO copies mailed to          internally

-                                                       however, the            warranty as put in place by          include                  definitely for FBI

b3
b6
b7C
b7E

Action items fo
-    Letter providing FBI position

                 will only be available on
-    E-mail          and verify that the FBI is receiving
-                 can I have a copy of the requirements documents that we approved for each of the Task Orders

1



Letter summarizing the ▮

Provide ▮ official answers to ▮ completed 8/15
    o
- ▮ review file/documentation to see what ▮
    ▮ memory recalls the FBI deciding to wait for
- ▮ informed ▮ that only ▮

b3
b6
b7C
b7E

- ▮ will review the ▮ capabilities with ▮
- ▮ will send a ▮ back to FBI and send copy of ▮ report
- ▮ will provide a revised version of the ▮ schedule since the FBI has been working off the original proposed schedule.
- Harris will provide ▮ with a copy of the ▮ for testing

Thanks ▮

▮

*Contracting Officer*

*Finance Division*

▮

=================================================================
Classification: UNCLASSIFIED

2

FBICELL-359

**From:**
**Sent:** Friday, August 05, 2011 4:48 PM
**To:**
**Subject:**

b6
b7C
b3
b7E

A couple of [redacted] tests are coming up to support the release of the [redacted] We're pretty confident about these dates but there is still a possibility they may change pending the discovery of any [redacted] issues.

[redacted] start on 8/16/11. This test will be a full up [redacted] We will be verifying [redacted] The full up test will probably take a week to complete. Since [redacted] is planning to observe this testing, we will verify the [redacted] When [redacted] arrives on 8/17/11 we should be ready to start testing on [redacted]

[redacted] The purpose of this testing is to verify [redacted] works and is conducted [redacted] This is a subset of the [redacted] test. Given it verifies [redacted] does not plan to observe this testing.

1

FBICELL-360

Harris calendar

b6
b7C

**From:**
**Sent:** Saturday, August 28, 2010 2:02 PM
**To:**
**Cc:**
**Subject:** RE: Harris calendar

H

Thanks for the schedule below I'll these dates in mind when asking for documentation and scheduling meetings.

In terms of scheduling for next week here's a *tentative outline*:
- Monday – 8/30/10
  - o  FBI meetings @ VA/DC in the AM.
  - o  Travel to Melbourne for Harris meetings in the afternoon
- Tuesday – 8/31/10 – 8:30AM start time
  - o  Contract Administration:
    - ▪ Review/definition of processes/expectations for future TO proposals
    - ▪ Review/confirm product code names, define process for changing names
    - ▪ Contract Pricing – one consolidated, updated price list
  - o
  - o  IP discussions
    - ▪ Harris to provide letter of IP assertions – review/discuss
    - ▪ FB            review of IP/Classification            for products
    - ▪ Review of any IP concerns
  - o            discussion of timeline for product receipt
- Wednesday – 9/1/10
  - o  Possible spill over for contractual matters
  - o  Review of            goals/vision
  - o            Technical discussions
    - ▪ Review of requests for clarifications & questions
    - ▪ Review of conditions and assumptions clarifications
  - o            – Technical discussions
    - ▪ Review of requests for clarifications & questions
    - ▪ Review of conditions and assumptions clarifications
- Thursday – 9/2/10
  - o            – Technical discussions
    - ▪ Review of requests for clarifications & questions
    - ▪ Review of conditions and assumptions clarifications
  - o            – Technical discussions
    - ▪ Review of requests for clarifications & questions
    - ▪ Review of conditions and assumptions clarifications
- Friday – 9/3/10
  - o  Possible spill over for technical reviews
  - o  FBI travel back to DC/VA
- Should any order of the technical discussions change, the FBI will notify Harris ASAP.
  - o  To best prepare for the meeting I would recommend at a minimum:
    - ▪ Revised Equipment Pricing List
    - ▪ Be prepared to discuss responses to the questions/clarifications/conditions & assumptions

b3
b6
b7C
b7E

Addition to Attendee List            is a possible attendee for the meetings on Wednesday 9/1/10.

Have a good weekend,

8/28/2010

FBICELL-361

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/STW

Office Outlook Web Access | Type here to search | This Folder | Address Book | Options | Log Off

Mail | Reply | Reply to All | Forward | Move | Delete | Close

**FW: Summary of 2010 Price List Questions and Revisions**

Calendar
Contacts

Deleted Items
Drafts [1]
Inbox
Junk E-Mail [2]
Sent Items

Click to view all folders ❯

Harris

move

Manage Folders...

Sent:       Thursday, February 03, 2011 3:18 PM
To:
Attachments:                                 ~1.xls (275 KB) [Open as Web Page]

Here's the doc I'd like to review at your earliest convenience.

Quantico Contracts Unit
Federal Bureau of Investigation

From:
Sent: Thursday, January 06, 2011 9:32 AM
To:
Cc:
Subject: RE: Summary of 2010 Price List Questions and Revisions

H

Happy New Year – I hope you all had a wonderful holiday.

Please find attached, the latest revised price list.  This incorporates                    in your
item 1 below and deletes the products in your item 4 below.

Regarding item 2, here is what has transpired since the September 2009 price list:

We no longer offer

Our cost to perform the upgrades has increased and the price was adjusted accordingly

The current offering is

The pricing offered for a

Regarding item 3, we have undergone a simple name change                    was renamed
This is a name
change only and there is no impact to the kit or functionality or pricing from last year's
price list.  There is no upgrade path from

Please let me know if you require further clarifications   CELL/OTD   026915

Regards,

b3
b6
b7C
b7E

b3
b6
b7C
b7E
b4

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/STW

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

CELL/OTD     027001

FBICELL-363

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications



b3
b7E

CELL/OTD 027002

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

FBICELL-364

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

CELL/OTD 027003

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

FBICELL-365

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

CELL/OTD   027005

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications



b3
b7E

14

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications
CELL/OTD  027004

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

CELL/OTD   027007

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

FBICELL-368

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-06-2012 BY 65179 DMH/SW

Office Outlook Web Access

| Type here to search | This Folder | | 🔍 | Address Book | Options | ❓ | Log Off |

- Mail
- Calendar
- Contacts
  - Deleted Items
  - Drafts
  - Inbox
  - Junk E-Mail [2]
  - Sent Items

Click to view all folders ▾

- Harris
- move

Manage Folders...

Reply | Reply to All | Forward | Move | Delete | Close

**Harris**

Sent: Friday, June 25, 2010 9:02 AM
To:
Cc:

Per our discussions out at the WITT Conference in San Diego, and based on your interest in our _____ we are working to loan you one of the next production units _____ for evaluation at Quantico. We should be able to get it up to you in about 2 weeks (the week ending July 9th). Should we send it to your attention, or to someone else. Please advise.

**Regards,**

*HARRIS* **GCSD**

**Wireless Products Group** ><)))*>

P.O. Box 9800

Mailstop R5-11A

Melbourne, FL 32902-9800

Ph
Ce
Fa
email

b3
b6
b7C
b7E

CELL/OTD   027006

Connected to Microsoft Exchange

FBICELL-369

~~SECRET~~//NOFORN

CLASSIFIED BY 65179 DMH/STG
REASON: 1.4 (C)
DECLASSIFY ON: 11-08-2037
DATE: 11-08-2012

Project Submission Instructions

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE.

b1
b3
b7E

Overview

(S)

(S)

The FBI's [____] team will assist bureau units with their initial high-level project plans prior to the multi-agency review. To increase the likelihood of approval, it will be helpful to keep several elements in mind as you craft your submission documents.

1. *Describe how your project relates to the current and future challenges presented by one (or more) of the specific technologies noted:*

2. *Think in terms of "gaps!"*
   Describe current/future operational shortcomings and how the project will overcome them.

3. *Identify the specific benefits that will accrue to the FBI's* [____]

b3
b7E

4. *Is the project sustainable beyond the funding period identified?*
   Preference is more likely to be given to projects that will be maintained by [____] once the initiative concludes.

5. [____]
   Collaboration, in development and/or procurement phases, is looked upon favorably and demonstrates that duplication of effort is being avoided.

6. *Identify the base funds your unit will contribute to the effort.*
   Doing so demonstrates your unit's commitment to the program. (Be aware that unit funding is <u>not</u> offset by any enhancement funds you receive, nor should a unit reallocate funds to other projects i[____] monies are provided.)

CELL/OTD    012558

~~SECRET~~//NOFORN

~~SECRET~~//NOFORN

### Process

Please review the [ ] document "Understanding the Core Principles" to ensure that you understand the ground rules and that your intended submission falls within the scope of the program.

b3
b7E

Initial submissions can be crafted using a Word template designed for that purpose. (Filename: [ ] Submission Form-Rev06-11.dot). Save the completed template as a Word document with a filename that begins with your unit's acronym (for example: [ ] FY2012.doc)

Supplement your completed worksheet with any information that will help explain the nature of the project (the challenge, [ ] anticipated benefits, etc.).

Create a brief (6 slide) Powerpoint® briefing that can be used to introduce your submission to the [ ] For a particularly complex project a member of your unit may be asked to present a technical overview to one or both of the review groups.

E-mail completed submission documents via [ ] to the following members of the FBI's [ ] team:

SSA [ ] Lead
SSA [ ] ntractor)
[ ] (contractor)

b3
b6
b7C
b7E

You will be contacted by a member of the [ ] team to discuss and fine-tune your submission before it is reviewed by (a) the [ ] and (b) the [ ]

Revised  June 2011

CELL/OTD   012559

~~SECRET~~//NOFORN

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-04-2012 BY 65179/dmh/stp/am

b3
b6
b7C
b7E

**From:**
**Sent:** Monday, December 19, 2011 5:24 PM
**To:**
**Cc:**

**Subject:** RE          Website Changes

**Classification:** UNCLASSIFIED//FOUO
================================================================
HI

See below for the materials to be updated / added to the                      I also included quick start
guides I received from Harris. These guides contains Harris proprietary information. Let us know if there's anything else
you need.

Additional Material:

b3
b7E

1

CELL/OTD   022383

FBICELL-372

Classification: UNCLASSIFIED//FOUO
=======================================================
Have you assigned the Website updates yet? ⬜ will want an update the first week in January and I will be off the week next week. Let me know. Thanks.

b6
b7C

From: ⬜
Sent: Wednesday, December 07, 2011 10:00 AM
To: ⬜
Subject: ⬜ Website Changes

Classification: UNCLASSIFIED//FOUO
=======================================================
⬜—per our discussion here is the list of areas that need to be addressed and who is responsible for completing.  Please meet with your team and set a deadline of when items are due since you are familiar with each person's workload.  Just let me know the deadline set so I can set a tickler and send reminders periodically.  I briefed ⬜ on our discussions and with ⬜ upstairs yesterday, so he can provide more guidance to the areas with his/your names.  If I missed anything, let me know. :0)

b6
b7C
b7E

<< File: Website Changes 2011.docx >>

Thank you and have a glorious day!

⬜
Management & Program Analyst

=======================================================
Classification: UNCLASSIFIED//FOUO

=======================================================
Classification: UNCLASSIFIED//FOUO

=======================================================
Classification: UNCLASSIFIED//FOUO

=======================================================
Classification: UNCLASSIFIED//FOUO

CELL/OTD   022385

3

FBICELL-374

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-03-2012 BY 65179 /dmh/stp/as



**Wireless Intercept and Tracking Team**

# Reference Material

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-06-2012 BY 65179 DMH/STP

b6
b7C

**(OTD) (FBI)**

**From:**           (OTD)(FBI)
**Sent:** Tuesday, June 21, 2011 9:34 AM
**To:**           (OTD) (FBI)
**Subject:** RE: PPT so far — UNCLASSIFIED//FOUO

**Classification:** UNCLASSIFIED//FOUO
==============================================

For your review (all changes requested made)

2011 WITT
OVERVIEW BRIEFI...

**From**           (OTD) (FBI)
**Sent:** Tuesday, June 21, 2011 7:23 AM
**To:**       (OTD) (CON)
**Subject:** RE: PPT so far — UNCLASSIFIED//FOUO

b6
b7C
b7E

**Classification:** UNCLASSIFIED//FOUO
==============================================

Way to long see me

**From**           (OTD) (CON)
**Sent:** Monday, June 20, 2011 4:36 PM
**To**          
**Subject:** PPT so far — UNCLASSIFIED//FOUO

**Classification:** UNCLASSIFIED//FOUO
==============================================

Just waiting for      input (which he is diligently working on).  This is what we have so far.
<< File: 2011 WITT     OVERVIEW BRIEFING.ppt >>

==============================================
**Classification:** UNCLASSIFIED//FOUO

==============================================
**Classification:** UNCLASSIFIED//FOUO

==============================================
**Classification:** UNCLASSIFIED//FOUO

CECELLOOTB

000001        00

1

SECRET



CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, D, G)
DECLASSIFY ON: 10-04-2037
DATE: 10-04-2012

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

# Federal Bureau of Investigation

# Wireless Intercept Tracking Team

## WITT Program Briefing

Wireless Intercept and Tracking Team

SECRET

SECRET



b1
b3
b7E

b1
b3
b7E

■ Protecting Government Investments

SECRET

FBICELL-378



SECRET

# WITT Mission

"Provide the FBI with technologies to support

... (Growing User Base)...

**MISSION GOALS**

WITT PROGRAM

•Program Management
•R&D and Procurement
•24x7 Operational Support
•Training
•Liaison (Gov't / Commercial)

SECRET

CELL/OTD

000004

b3
b7E

FBICELL-379



FBICELL-380

SECRET

# Training Provided

- Encompasses different platforms and technologies to ensure state-of-the-art WITT [          ] technologies are available to field requests

b3
b7E

- Additionally, WITT [          ] [          ] and [          ] and [          ] provided

- WITT equipment [          ]

- [          ] include:

b3
b7E

CELL/OTD

000007

SECRET

FBICELL-381

SECRET

# Preparation for Court Testimony



CELL/OTD

000014

b3
b5
b7E

SECRET

FBICELL-388

SECRET

# Preparation for Court Testimony



SECRET

b3
b7E

CELL/OTD

000015

~~SECRET~~

# Locating a Subject - WITT Mission



b7E

- Requires active WITT ☐ participation
- Requires legal authority, varies by mission specifics

~~SECRET~~

FBICELL-390

~~SECRET~~

# Target Identification



b1
b3
b7E

~~SECRET~~

FBICELL-392

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-05-2012 BY 65179 DMH/MJS

b6
b7C

**From:** _____ (OTD) (FBI)
**Sent:** Thursday, February 04, 2010 1:57 PM
**To:** _____ (OGC) (FBI)
**Subject:** _____ (OTD) (FBI)
RE: NEW LEGISLATION

**UNCLASSIFIED**
**NON-RECORD**

Here's the most recent version of the legislative proposal (as of last Fall). We are continuing to try to push this in connection with the _____ that have been floating around in Congress and generally, but things have been a little quiet on that front as of late. I will let you know if there are any developments.

b3
b5
b6
b7C
b7E

I managed to find the last version of the _____ that I had - it is the draft we

b6
b7C
b7E

Legislative Propos...

**From:** _____
**Sent:** Friday, January 29, 2010 8:29 AM
**To:** _____
**Subject:** NEW LEGISLATION

**UNCLASSIFIED**
**NON-RECORD**

Can you email me on the new proposed legislation language that you wrote addressing_____ It was to clarify existing authority, or establish new authority to provide clear and unambiguous standing authority for federal law enforcement

1

CELL/OTD   013089

UNCLASSIFIED//FOUO/LES
# STATEMENT OF WORK

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/rs

b3
b7E

[ ] **Program**

[ ]

# 1   SCOPE

## 1.1   *Task Overview*

This Task Order requires that the Contractor provide engineering services to the

[ ]

The FBI is the principal investigative arm of the United States Department of Justice.  It is charged with gathering and reporting facts, locating witnesses, and obtaining evidence in cases involving Federal jurisdiction.  The mission of the FBI's [ ] is to provide [ ] to the FBI and other law enforcement agencies and to support their ability to conduct lawfully authorized [ ] To that end, the [ ] is engaged in a number of development projects and activities that focus on developing the [ ] capabilities required for law enforcement to accomplish its objectives.  The projects supported through the [ ] are primarily engaged in the accurate collection, processing and presentation of [ ]

b3
b7E

The focus of this overall effort is to provide the engineering services required to enhance the effectiveness of the [ ] to the level necessary to support specific case requirements for [ ] These enhancements shall be designed to improve the overall functionality of the [ ]

The purpose of this SOW is to describe the tasking necessary to support the FBI's requirement to deliver [ ] through engineering support to [ ]

b3
b7E

## 1.2   Deliverables

- Project Management Plan (See Section 2.2)
- Weekly Status Report (See Section 2.3)
- Monthly Program Review (See Section 2.3)
- Final Summary Report (See Section 2.2)

FBICELL-394

UNCLASSIFIED//FOUO/LES

## 1.3  Category of Efforts

The FBI currently owns

b3
b7E

The FBI's goal is to provide the field upgraded enhancements to compliment their

### 1.3.1 Key Areas

Enhancements:  Development tasks

b3
b7E

Investigation tasks

b3
b7E

FBICELL-395

UNCLASSIFIED//FOUO//LES

b3
b7E

a) **Special Requirements – N/A**

## 2  Requirements

## 2.1  Security Standards and Regulations

Refer to [                    ] Statement of Work section 2.3 for guidance.

**SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breach of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.**

## 2.2  Contractor Furnished Documentation

Refer to [                    ] Statement of Work sections 2.6 and 3.2 for guidance.

b3
b7E

Project management plan shall consist of the Contractor's proposed solution to include the composition of required project team, complete task schedule, and total labor and non-labor costs for fully implementing the proposed solution.

*Status Reporting*

Refer to [                    ] Statement of Work Section 3.3 for guidance.

## 2.3  Formal Meetings

Refer to [                    ] Statement of Work Section 3.4 for guidance.

b3
b7E

## 2.4  Government Points of Contact

**FBI Contracting Officer's Technical Representative**

[                    ]

Federal Bureau of Investigation
Engineering Research Facility

UNCLASSIFIED//FOUO//LES

3

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/rs

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

FBICELL-397

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

FBICELL-398

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/rs

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

FBICELL-399

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications



UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

10

11

b3
b7E

12

13

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

14.

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

FBICELL-404

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/rs

b3
b7E

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

FBICELL-405

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

b6
b7C
b3
b7E

**From:**
**Sent:**          Wednesday, August 25, 2010 11:09 AM
**To:**
**Subject:**

I confirm, that I want harris to purchase items [        ] for the project but:

This only for items that we did not already provide them, as I believe that we may have already

Also, I would like them to pay for any services needed for the [        ] as well.

These [        ] would not become property of harris at end of contract, and shall be F bumbered.

This is my opinion, and think [        ] will make final call on this.

-----Original Message-----
**From:**                                                                    b3
**To:**                                                                      b6
**Sent:** Wed Aug 25 11:03:49 2010                                           b7C
**Subject:** RE:                                                             b7E

Hi [        ]

Just to be clear - you do not want to issue them [        ] for any of the 4 items listed in the attachment. Instead you would like Harris to purchase these with funding from the task order once awarded. Please be advised that they will be tacking on [              ] to these purchases, i.e. [              ]

Please confirm.

Thanks

-----Original Message-----
**From:**                                                                    b3
**Sent:** Tuesday, August 24, 2010 4:52 PM                                   b6
**To:**                                                                      b7C
**Subject:** FW:                                                             b7E

**From:**
**Sent:** Tuesday, August 24, 2010 4:49 PM
**To:**
**Subject:** RE:

[        ] please forward to [        ]

I did not agree to [        ] any of the [              ] to Harris.  They were listed in the technical part of the proposal.  I would rather they buy them, to include the service, and quote that as part of the contract price.

1

FBICELL-406

Page 1 of 2

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

b6
b7C

**From:**
**Sent:** Thursday, December 17, 2009 12:00 PM
**To:**
**Subject:** RE: Recap of Discussions and Agreements at December 4th Meeting, etc.

Thanks for following up – just wanted to make sure that this was on your radar screen.

Happy holidays,

**From:**
**Sent:** Thursday, December 17, 2009 8:06 AM
**To:**
**Subject:** Re: Recap of Discussions and Agreements at December 4th Meeting, etc.

:Sorry
In NY. We are good-working on letter to you. Happy Holidays!

b6
b7C
b7E

**From**
**To**
**Cc**
**Sent:** Tue Dec 15.13:45:13 2009
**Subject:** RE: Recap of Discussions and Agreements at December 4th Meeting, etc.
H

Just checking back in with you about this message, and to see if you have any updated information about
the status of Harris'                              application...

Thanks.

**From:**
**Sent:** Wednesday, December 09, 2009 4:36 PM
**To**
**Cc**
**Subject:** Recap of Discussions and Agreements at December 4th Meeting, etc.

b6
b7C
b7E

I wanted to recap what we discussed and agreed to at our meeting on December 4th and follow up with
you about the items you asked me to reconfirm with

I told          that you had spoken to                              about the
condition language that you and I developed on at our meeting on November 23rd

and that they are willing to accept this language as the
condition for the                          I have reconfirmed that          is fine with this language, but
we think that the condition should                          We assume that Harris has no issue with making that

8/26/2010

- The FBI concurs.

25. *No warranty terms are offered.*

- Warranty terms, if applicable, will be in accordance with the terms of the contract [ ] signed 9/15/09.

b3
b7E

26. *If WPG products are required for this effort they are priced at the* [ ] *price list value with no additional burdens.*

- The FBI concurs. However, please see Cost Proposal page 37 and 38 and adjust pricing accordingly.

27. *The Consolidated Materials Listing (CML) is not auditable at proposal submission. Harris is continuing to firm material pricing to provide for negotiations.*

- Please clarify assumption.
- REVISION PER 8/31/10: See revised cost proposal for final documentation.

28 [ ] *Harris will monitor and assess this during performance and will notify the customer as necessary.*

- The FBI concurs.

29. *In support of the effort,* [ ] *will be developed and provided to* [ ] *who is the* [ ] *developer. Actual modifications to* [ ] *must be performed by* [ ] *and are not priced in this proposal.*

b3
b7E

- The [ ] portion of this tasking has been deleted from the SOW and no services shall be required under this Tasking.

30. *This task is unclassified and will be worked in a suitable environment commensurate with the security classification. Harris assumes that no security clearances or NDA will be required.*

- The FBI agrees that work to be performed under this tasking are unclassified.
- At the Harris-FBI meeting on 6/24/10, both parties agreed that all Harris employees involved with the [ ] contract shall sign the FD-868. The classification level of this tasking does not exempt it from the need for and requirements of the NDA.



**HARRIS**

**Memo**

DATE:   April 1ˢᵗ, 2010

TO:

FROM:

SUBJECT:            Summary

Description

Release Summary

**HARRIS CORPORATION**

*assuredcommunications*

b3
b6
b7C
b7E

b3
b7E

b3
b7E

b3
b7E

**HARRIS**

HARRIS CORPORATION

Government Communications
Systems Division
P.O. Box 9800
Melbourne, FL USA 32902-9800
Corporate phone 1-321-727-9100
phone 1-321-309-7139
fax 1-321-674-2872

b6
b7C
b7E

29 June 2010

In Reply Please Refer to

935 Pennsylvania Ave. N.W.
JEH Bldg Room 6853
Washington, D.C. 20535

Attention: _____ Contracting Officer

Subject: _____ IDIQ Program Action items

Reference: (a)_____ IDIQ Contract No _____
(b) Program Meeting, 23 June 2010

b3
b6
b7C
b7E

Dea___

Harris Corporation, Government Communications Systems Division (HGCSD) through its Wireless
Solutions is submitting the attached questions regarding the _____ Task Order 1 Statement of
Work (SOW).

We appreciate this opportunity to provide you with this data submittal and look forward to your
answers/clarifications. For technical questions please contact _____
_____ or contact the undersigned at _____
Please copy _____

Very truly yours,

b3
b6
b7C
b7E

Cc:

Enclosures:

assuredcommunications®

*This information is only intended for the use of the individual or entity named in this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this email in error, please notify me and delete it immediately.*

b3
b6
b7C
b7E

**From:**
**Sent:** Wednesday, June 22, 2011 4:06 PM
**To:**
**Subject:** RE: Revised          ECP

Hi

Thank you for taking the time to talk with me this afternoon. Per our conversation here are our continued reservations with the ECP:

Please let me know if you have any questions. I will be in DC tomorrow and QT on Friday.

b3
b4
b6
b7C
b7E

Have a good evening,

*Contracting Officer*
Quantico Contracts Unit
Federal Bureau of Investigation
HQ: (O
QT: (O

**From:**
**Sent:** Tuesday, June 21, 2011 3:42 PM
**To:**
**Cc:**
**Subject:** RE: Revised          ECP

b3
b6
b7C
b7E

Good Afternoon

                              were called off to a meeting so I volunteered to provide explanation for the hours given in the price summary.

2

FBICELL-411

Not knowing anything about the other [redacted] efforts you referenced, we can't really comment on the similarities or differences between those efforts and the requested changes to [redacted] We can only tell you what it will cost to change the [redacted]

b3
b7E

We've taken a closer look at the hours and believe they are a fair estimate of the work required.  What follows is the tasking for each set of hours.

b3
b7E

**HARRIS Corporation**

b3
b6
b7C
b7E

**From:** [redacted]
**Sent:** Tuesday, June 21, 2011 12:03 PM
**To:** [redacted]
**Subject:** RE: Revise [redacted] ECP

Julie,

3



CELL/OTD  019412

FBICELL-413



Background:

b3
b7E

CELL/OTD . 018317

* *FOR OFFICIAL USE ONLY* *

FBICELL-414



Model

b3
b7E

CELL/OTD 018318

* *FOR OFFICIAL USE ONLY* *



# Disclaimer

____ does not have knowledge of case specifics ____ It is a tool which was developed for ____ in conjunction with WITT ____

____ are for local CDC and FBI Field Office Management to address.

* *FOR OFFICIAL USE ONLY* *

b3
b7E

CELL/OTD 018323

FBICELL-420



This is administered in the

**FOR OFFICIAL USE ONLY**

b3
b7E

CELL/OTD  018324

FBICELL-421



Technologies

In addition

any information given to us about these services.

**FOR OFFICIAL USE ONLY**

b3
b7E

CELL/OTD   O18331



Technology

b3
b7E

CELL/OTD   018332

b3
b7E

NOTE:

**FOR OFFICIAL USE ONLY**



Tools

b3
b7E

CELL/OTD   018333

* *FOR OFFICIAL USE ONLY* *

FBICELL-430



Tools

b3
b7E

CELL/OTD   018334

* "FOR OFFICIAL USE ONLY" *

FBICELL-431



**FOR OFFICIAL USE ONLY**

b3
b7E

CELL/OTD  018335

FBICELL-432



| | | | |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

b3
b7E

CELL/OTD  018336

* "FOR OFFICIAL USE ONLY" *

FBICELL-433



1.

2.

3.

4.

5.

**FOR OFFICIAL USE ONLY**

b3
b7E

CELL/OTD  018340

FBICELL-437



- **We do not**
- **We do**
- 
- 
- 
- **We control**

b3
b7E

CELL/OTD  018341

**FOR OFFICIAL USE ONLY**

FBICELL-438

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

January 25, 2010

Harris Corporation Inc.,
407 N John Rodes Blvd
Melbourne, FL 32934
Attn:

                    REF: Contract                                          b3
                                                                          b6
Dear                                                                      b7C
                                                                          b7E

        Please find enclosed a copy of Statement of Work (SOW)
for services developed by the Federal Bureau of Investigation
(FBI),regarding support services.

        The FBI is interested in obtaining a proposal for this
task to be performed. Contractor shall provide a technical and
cost proposal to support tasking as set forth in the Statement of
Work.

        If there are any question regarding this SOW please
submit them to my office within the next five (5) business days.

        It is therefore requested that your company review the
enclosed SOW and if the proposed contract vehicle is appropriate,
Cost Plus Fixed Fee (CPFF) a cost and Technical proposal should
be submitted in accordance with the terms and conditions of the
FBI's Contract no later than February 19, 2010, 1:00 PM or
sooner.

        Should you have any questions concerning this matter,
please contact me a                        response may be faxed to           b6
                         secure fax                                           b7C

                                Sincerely,


                                Contract Officer
                                Quantico Contracts Unit

Enclosure

~~SECRET~~

## *STATEMENT OF WORK*

CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-19-2037
DATE: 10-19-2012                    b3
                                    b7E

## Program

## Task Order 1

# 1   SCOPE

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

## 1.1  *Task Overview*



b1
b3
b7E

{S}

## 1.2  Deliverables

b3
b7E

- •
- •
- •
- •
- •
- •
- •

## 1.3

b1
b3
b7E

{S}

~~SECRET~~
1

~~SECRET~~

(S) ————————————————————————————————————

b1
b3
b7E

### 1.3.1 Key Technology Areas

b1
b3
b7E

(S) ————————————————————————————————————

## 2   Concept of Operations

### 2.1  *Assumptions in Concept of Operations*

b1
b3
b7E

(S) ————————————————————————————————————

~~SECRET~~
2

~~SECRET~~

## 2.1.1 Technical Concept of Operations

b1
b3
b7E

(S)



~~SECRET~~
3



~~SECRET~~

b1
b3
b7E

(S)

**2.1.2 Generalized Sequence of Events**

b1
b3
b7E

(S)

~~SECRET~~
4



{S}

b1
b3
b7E

## 3   Requirements

## 3.1   Security Standards and Regulations

Refer to [                    ] Statement of Work section 2.3 for guidance.

b3
b7E

**SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breach of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract**

SECRET
5

SECRET

information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

## 3.2 Contractor Furnished Documentation

Refer to [redacted] Statement of Work section 2.6 for list.

b1
b3
b7E

(S)

## 3.3 Status Reporting

Refer to [redacted] Statement of Work Section 3.3 for guidance

## 3.4 Formal Meetings

Refer to [redacted] Statement of Work Section 3.4 for guidance

b1
b3
b7E

## 3.5 Government Furnished Equipment

(S)

SECRET
6

FBICELL-445

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-19-2012 BY 65179 DMH/KJS

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535-0001

b6
b7C
b7E

Re:                                                    and Non-Disclosure
Obligations

De

We have been advised by                of the

                                                      must coordinate with the Federal Bureau of Investigation (FBI) to
complete this non-disclosure agreement

b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-03-2013 BY NSICG F85M24K45

b7E

## Operational Technology Division

### Tracking Technology Unit

b3
b7E

## FACT SHEET

System Capability:

b3
b7E

CELL/OTD 014491

FBICELL-447



~~SECRET~~

CLASSIFIED BY 65179/dmh/mtp/ao
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-16-2037
DATE: 10-16-2012

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE



# Statement of Need

b3
b7E

To accompany Requisition

The Tracking Technology Unit (TTU), Wireless Intercept and Tracking Team (WITT) is tasked with providing FBI Field Offices with current and emerging

In response to this tasking, WITT provides a 24x7 operational support effort for all FBI field offices with personnel and equipment deployment.

b1
b3
b7E

(S)

~~SECRET~~

CELL/OTD   024683

CLASSIFIED BY 65179/dmh/stp/ax
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-16-2037
DATE: 10-16-2012

## STATEMENT OF NEED
### And
## SOLE SOURCE JUSTIFICATION
### Requisition

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(S)

b1
b3
b6
b7C
b7E

UC

*CELL/OTD   024679*

SECRET

CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-16-2037
DATE: 10-16-2012

## STATEMENT OF NEED

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**Background**

b1
b3
b7E

(S)

**Market Research**

b1
b3
b7E

(S)

SECRET

*CELL/OTD  024678*

FBICELL-450

UNCLASSIFIED//FOUO

*STATEMENT OF WORK*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179/dmh/stp/as

b3
b7E

Platform

# 1. SCOPE

## 1.1 Task Overview

## 1.2 Deliverables

b3
b7E

## 1.3 Key Technology Areas

b3
b7E

UNCLASSIFIED//FOUO
1

CELL/OTD   024671

UNCLASSIFIED//FOUO

b3
b7E

## 2   Concept of Operations

b3
b7E

## 3   Requirements

## 3.2   Security Standards and Regulations

b3
b7E

UNCLASSIFIED//FOUO
2

CELL/OTD   024672

FBICELL-452

UNCLASSIFIED//FOUO

b3
b7E

## 3.3  Contractor Furnished Documentation / Data

## 3.4  Status Reporting

b3
b7E

## 3.5  Formal Meetings

## 3.6  Government Contact Information

FBI Contracting Officer

b6
b7C

FBI Contracting Officer's Technical Representative

UNCLASSIFIED//FOUO

*CELL/OTD   024673*

CLASSIFIED BY 65179/dmh/stp/am
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-17-2037
DATE: 10-17-2012

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(Rev. 01-31-2003)

SECRET//20220820

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                        Date:  08/20/2007

To:  Finance                    Attn:

                                Attn:                                    Enc)

     Criminal Investigative     Attn:

                                                                        b6
                                                                        b7C
From:  Operational Technology Division                                  b7E
                                    TTU/OT-ERF-E
          Contact:

Approved By:

(U)    Drafted By:

       Case ID #: (S)   268-HQ-1068430

       Title:  (U)  WIRELESS INTERCEPT AND TRACKING TEAM

(U)    Synopsis:  (S)

(U)            (S)      Derived From : G-3
                        Declassify On:  08/20/2022

(U)    Enclosure(s):  (S)                                                b3
                                                                        b7E
                                                                        b5
(U)    Details:  (S)

SECRET//20220820

CELL/OTD   025400

FBICELL-454

~~SECRET~~//20220820

(U)    To:  Finance  From:  Operational Technology Division
       Re:  (S)    268-HQ-1068430, 08/20/2007

(U)          (S)  The Tracking Technology Unit (TTU) / Wireless                  b3
       Intercept and Tracking Team (WITT)                                        b7E
                                                                                 b5

       (S)

(S)                                                                              b1
                                                                                 b3
                                                                                 b5
                                                                                 b7E

       (S)

(S)

(U)          (S)  TTU/WITT requests                                              b3
                                                                                 b7E
                                                                                 b5

             (U)  Contracting Officers are responsible for ensuring
       that

                            ~~SECRET~~//20220820

                                   2

                        CELL/OTD  025401

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179/dmh/stp/as

Statement of Need
To accompany Requisition                          b3
                                                  b7E

The Tracking Technology Unit (TTU), Wireless Intercept and
Tracking Team (WITT) is tasked with providing FBI Field Offices
with

                              In response to this tasking, WITT provides
engineering and operational support efforts for all FBI field
offices with

WITT identified the following operational deployment issues and
requirements:
                                                  b3
                                                  b6
                                                  b7C
                                                  b7E

SSA

CELL/OTD  025382

FBICELL-456

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179/dmh/stp/as

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                    Date: 10/19/2009

To: Finance                    Attn:                                    b6
                               Rm A226 (Enc)                            b7C
                                                                       b7E

From: Operational Technology Division
                                          TTU/QT-ERF-E
       Contact:

Approved By:

Drafted By:

Case ID #: 268-HQ-1068430

Title: WIRELESS INTERCEPT AND TRACKING TEAM

Synopsis:

Enclosure(s):

Details:                                                                b3
                                                                       b5
                                                                       b6
                                                                       b7C
                                                                       b7E

        TTU/WITT has determined that it is necessary to procure the
                                                              from
Harris Corporation, Inc. using FBI contract, to enhance the FBI's
capability to execute missions

        The Contracting Officer Technical Representative (COTR) for
this procurement is EE                        and can be contacted at the
Engineering Research Facility, located in Quantico, Virginia, for any
questions.

UNCLASSIFIED

CELL/OTD   024616

FBICELL-457

UNCLASSIFIED

To:   Finance   From:  Operational Technology Division
Re:   268-HQ-1068430, 10/16/2009

Contracting Officers are responsible for ensuring that

b3
b7E

UNCLASSIFIED

2

CELL/OTD  024617

UNCLASSIFIED

To:  Finance  From:  Operational Technology Division
Re:  268-HQ-1068430, 10/16/2009


LEAD(s):

Set Lead 1:  (Action)

    FINANCE

      AT PSFO, DC

b3
b5
b7E
b6
b7C

CC:

UNCLASSIFIED

3

CELL/OTD  024618

SECRET//20351016

To:  Finance  From: Operational Technology
Re:  (U)  268-HQ-1068430, 10/16/2009


LEAD(s):

Set Lead 1:  (Action)

    FINANCE

      AT PSFO, DC

      (S)

(S)

    b1
    b3
    b5
    b6
    b7C
    b7E

CC:

♦♦

SECRET//20351016
4

CELL/OTD  024631

CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-18-2037
DATE: 10-18-2012

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(Rev. 05-01-2008)

SECRET//NOFORN/20350716

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                    Date:  07/16/2010

To:  Finance                  Attn:  [          ]      ERF A226    b6
                                                                   b7C
From:  Operational Technology Division                            b7E
       [                              ]Tracking Technology Unit
           Contact:  [                    ]

Approved By:  [                    ]

Drafted By:  [                    ]

(U)  Case ID #:  (S//NF)  268-HQ-1068430

(U)  Title:  (S//NF) WIRELESS INTERCEPT AND TRACKING TEAM

     Synopsis:  (S//NF) [                              ]      b1
(S)  [                                              ]         b3
     [                                              ]         b7C

          Derived From :  FBI NSISCG-20090615
          Declassify On:  20350716

(U)  Enclosure(s):  (S//NF) FD369.

     Details:  (S//NF) [                              ]
(S)  [                                              ]         b1
     [                                              ]         b3
     [                                              ]         b5
     [                                              ]         b7E

     [                                          ]with Harris
Wireless Products Group (WPG), Melbourne, FL, for procurement of
these devices.

                    SECRET//NOFORN/20350406          [          ]vpd

                              CELL/OTD   024625

SECRET//NOFORN/20350406

To:   Finance   From:  Operational Technology Division
Re:   (S//NF)  268-HQ-1068430, 07/16/2010

(U) The Contracting Officer Technical Representative (COTR) for
this procurement is Electronics Engineer (EE)           and
can be contacted at the Engineering Research Facility, located in
Quantico, Virginia, for any questions.

b6
b7C
b7E

(U)

LEAD(s):

SECRET//NOFORN/20350406

2

CELL/OTD   024626

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/rs

# LEGAL AND REGULATORY OVERVIEW OF [REDACTED] ISSUES

b6
b7C
b7E

### March 2, 2010

Presented by

[REDACTED]
Assistant General Counsel
Science and Technology Law Unit
Office of the General Counsel
Federal Bureau of Investigation

SSA [REDACTED]
Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation

Law Enforcement Sensitive - For Official Use Only - Do Not Disseminate Outside the FBI Without
Permission from the Office of the General Counsel

TESTI_010_00838

# BACKGROUND ON

b3
b7E

Law Enforcement Sensitive – For Official Use Only – Do Not Disseminate Outside the FBI Without Permission from the Office of the General Counsel

2

FBICELL-464



# Questions?

*Law Enforcement Sensitive - For Official Use Only - Do Not Disseminate Outside the FBI Without Permission from the Office of the General Counsel*

26

FBICELL-488

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-21-2012 BY 65179 DMH/rs

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                    Date:  04/14/2009

To: All Field Offices          Attn:  ADICs
                                       SACs
                                       Criminal Program ASACs
                                 CDCs
                                       VCMO SSAs

From:  Criminal Investigative
       Violent Crimes/Major Offenders Unit (VC/MOU)
       Contact:  SSA                                          b6
                                                              b7C

Approved By:

Drafted By:

Case ID #: 62F-HQ-C1522631

Title:  Violent Crimes - Wireless Intercept Tracking Team
        (WITT)

Synopsis:  To provide guidance on the new
                                                    as it pertains
to Wireless Intercept and Tracking Team (WITT) related matters.

Reference: 268-HQ-1068430 Serial 620

Administrative:                                               b7E

                                                and for
usage of cellular wireless telephone locating equipment (Wireless
Intercept and Tracking Team - WITT)".

UNCLASSIFIED

CELL/OTD   012964

DECLASSIFIED BY 65179 DMH/rs
ON 11-21-2012

From:
Sent:       Friday, July 31, 2009 11:47 AM
To:
Subject:

b6
b7C
b7E

CONFIDENTIAL
RECORD 268-HQ-1068430

Attached,

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20340731
CONFIDENTIAL

CELL/OTD   Q12853

1

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-15-2013 BY NSICG J76J10T80

## STATEMENT OF NEEDS

The Tracking Technology Unit (TTU), Wireless Intercept and Tracking Team (WITT) is
responsible for providing FBI field divisions with

In response to this tasking, TTU/WITT has identified and determined that
an                                                                                    b3
                                                                                      b6
                                                                                      b7C
The training courses provide                                                          b7E

SSA
TTU/WITT Unit Chief

CELL/OTD    025019

FBICELL-491

To: Finance  From: Operational Technology
Re: 268-HQ-1068430 , 10/20/2008

LEAD(s):

Set Lead 1:  (Action)

TRAINING

AT QUANTICO, VA

The Delivery, Support and Logistics Unit is requested
to approve the TTU/WITT training classes based on the information
provided.

CC:

b6
b7C

UNCLASSIFIED

2

CELL/OTD   025018

FBICELL-492

~~SECRET//20220820~~

(U)   To:  Finance  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 08/20/2007

LEAD(s):

Set Lead 1:  (Action)

    FINANCE

      AT WASHINGTON, DC

(U)    (S)

Set Lead 2:  (Action)

      AT WASHINGTON, DC

(U)    (S)

b3
b5
b7E

Set Lead 3:  (Action)

    CRIMINAL INVESTIGATIVE

      AT WASHINGTON, DC

(U)    (S)

CC:

b3
b5
b6
b7C
b7E

♦♦

~~SECRET//20220820~~

3

CELL/OTD   025402

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**From:**
**Sent:**      Thursday, August 31, 2006 3:24 PM
**To:**
**Cc:**
**Subject:**   5 Quick Steps to Operating the [ ] for [ ] Technology

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E
b3

5 Step Process for

Attached is a quick step guide to operating the [ ] gear.

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 001008

1