# ATTACHMENT 26

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)


ATTACHMENT 26:   One sample "page" provided corresponding to FOIA exemption (b)(1), within FBI's December 13, 2013 letter to Daniel Rigmaiden RE: FIOPA Request No.: 1212582-000.



# ATTACHMENT 27

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)

ATTACHMENT 27:  Nine sample "pages" provided corresponding to FOIA exemption (b)(4), within FBI's December 13, 2013 letter to Daniel Rigmaiden RE: FIOPA Request No.: 1212582-000.

# GPS / Ping



b4
b5
b7E

FBICELL-63

# GEOLocation Data—E911



b4
b7E

b7E

25

FBICELL-64

# Court order: 2703(d)

- 2703(d) order— [redacted b4/b5]
  - [redacted] will provision for up to [redacted] max. charge
- [redacted] Language:

[redacted b7E]

26



b3
b4
b7E

Program Growth

- 2004 – Wireless Intercept and Tracking Team (WITT)

b7E

b3
b4
b7E

CELL/OTD 004295

3

FBICELL-152

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-13-2012 BY 65179 DMH/stp

(FBI)

From:             (OTD) (FBI)
Sent: Wednesday, May 16, 2007 9:23 AM
To:
Subject:

b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

I have contacted Harris, and they are looking into the situation. This was looked into as part of

I'll forward their (Harris) answer to all.

-----Original Message-----
From:
Sent: Monday, May 14, 2007 1:09 PM
To:
Cc:
Subject:

**UNCLASSIFIED**
**NON-RECORD**

b4
b6
b7C
b7E

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 000999

1

FBICELL-224

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-19-2012 BY 65179 DMH/stp

                (OTD) (FBI)      b6
                                             b7C

**From:**                      (OTD) (FBI)      b7E
**Sent:** Thursday, July 05, 2007 10:30 AM
**To:**

**Cc:**
**Subject:** 2007 WITT Conference (Cell Phone Tracking)

**UNCLASSIFIED**
**NON-RECORD**

Comrades,

    Last week I attended the **2007 WITT Conference.** Many cell tracking matters were discussed. Since we all hate e-mail, I am going to pick the top 15 bullets and try to keep it short. Please feel free to forward this info to [____]. And if you don't want to read it, you don't hurt my feelings.

                                       b4
                                       b6
                                       b7C
                                       b7E

1

CELL/OTD 001002

FBICELL-226

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/STW

**FW: Summary of 2010 Price List Questions and Revisions**

Sent: Thursday, February 03, 2011 3:18 PM
To:
Attachments: ▮▮▮▮-1.xls (275 KB) [Open as Web Page]

Here's the doc I'd like to review at your earliest convenience.

Quantico Contracts Unit
Federal Bureau of Investigation

From:
Sent: Thursday, January 06, 2011 9:32 AM
To:
Cc:
Subject: RE: Summary of 2010 Price List Questions and Revisions

H▮

Happy New Year – I hope you all had a wonderful holiday.

Please find attached, the latest revised price list. This incorporates ▮▮▮▮ in your item 1 below and deletes the products in your item 4 below.

Regarding item 2, here is what has transpired since the September 2009 price list:

We no longer offer ▮▮▮▮

Our cost to perform the upgrades has increased and the price was adjusted accordingly

The current offering is ▮▮▮▮

The pricing offered for a▮ ▮▮▮▮

Regarding item 3, we have undergone a simple name change ▮▮▮▮ was renamed ▮▮▮▮ This is a name change only and there is no impact to the kit or functionality or pricing from last year's price list. There is no upgrade path from ▮▮▮▮

Please let me know if you require further clarifications

CELL/OTD  026915

Regards,

b3
b6
b7C
b7E

b3
b6
b7C
b7E
b4

FBICELL-362

*This information is only intended for the use of the individual or entity named in this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this email in error, please notify me and delete it immediately.*

b3
b6
b7C
b7E

**From:**
**Sent:** Wednesday, June 22, 2011 4:06 PM
**To:**
**Subject:** RE: Revised         ECP

H

Thank you for taking the time to talk with me this afternoon. Per our conversation here are our continued reservations with the ECP:

Please let me know if you have any questions. I will be in DC tomorrow and QT on Friday.

b3
b4
b6
b7C
b7E

Have a good evening,

*Contracting Officer*
Quantico Contracts Unit
Federal Bureau of Investigation
HQ: (O
QT: (O

**From:**
**Sent:** Tuesday, June 21, 2011 3:42 PM
**To:**
**Cc:**
**Subject:** RE: Revised         ECP

b3
b6
b7C
b7E

Good Afternoon

            were called off to a meeting so I volunteered to provide explanation for the hours given in the price summary.

2

FBICELL-411