## ATTACHMENT 29

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR  SUMMARY
JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV 12-1605-PHX-SRB (BSB)


ATTACHMENT 29:   Screenshot showing the metadata for the last PDF file from EOUSA's
March 13, 2014, FOIA record disclosure attached as <u>ATTACHMENT 28</u>.
This metadata shows that the software, Redax by Appligent, was used by
EOUSA to assemble and redact the PDF records on October 11, 2012.



Crim. Vaughn Index Doc 32.pdf - Adobe Reader

File   Edit   View   Window   Help

1 / 5   102%

**Document Properties**

Description | Security | Fonts | **Custom** | Advanced

Custom Properties

Name:

Value:

| Name | Value |
| --- | --- |
| RedaxBuildDate | Oct 11 2012 |
| Redacted | Appligent Redax 5.0.2 |

You can add custom properties to this document. Each cus
name, which must not be one of the standard property nar
Keywords, Creator, Producer, CreationDate, ModDate, an

Non-resp

**From:**
**Sent:**
**To:**
**Subject:**
**Attachments:**

From the Distric

**From:** CCIPS Ti
**Sent:** Friday, M
**To:** CCIPS Tips
**Subject:** [CCIP