1    STUART F. DELERY
     Assistant Attorney General
2    ELIZABETH J. SHAPIRO
     Deputy Branch Director
3    BRAD P. ROSENBERG (D.C. Bar No. 467513)
     Trial Attorney
4    U.S. Department of Justice
     Civil Division, Federal Programs Branch
5    P.O. Box 883
     Washington, D.C.  20044
6    Telephone: (202) 514-3374
     Facsimile: (202) 616-8460
7    E-mail: brad.rosenberg@usdoj.gov
     Attorneys for Defendants
8

9                    IN THE UNITED STATES DISTRICT COURT

10                      FOR THE DISTRICT OF ARIZONA

11
     Daniel David Rigmaiden,                    No. CV-2012-01605-PHX-SRB(BSB)
12
                                                **NOTICE OF WITHDRAWAL OF**
13                      Plaintiff,              **COUNSEL FOR DEFENDANTS**

14         v.

15
     Federal Bureau of Investigation, et al.,
16
                        Defendants.
17

18

19         To the Clerk of this Court and all parties of record:

20         Please take notice that Kimberly L. Herb, an attorney of record on behalf of

21   Defendants, will no longer serve as counsel in this matter. Ms. Herb should be

22   removed from any service list in this case, including via the Court's Electronic Case

23   Filing System.  Defendants will continue to be represented by the other attorneys in

24   the Department of Justice listed below.

25

26

27

28

1    DATED:  May 30, 2014                    Respectfully submitted,

2                                            STUART F. DELERY
                                             Assistant Attorney General
3
                                             ELIZABETH J. SHAPIRO
4                                            Deputy Branch Director

5                                            /s/ *Brad P. Rosenberg*
                                             BRAD P. ROSENBERG
6                                            D.C. Bar No. 467513
                                             Trial Attorney
7                                            U.S. Department of Justice
                                             Civil Division, Federal Programs Branch
8                                            P.O. Box 883
                                             Washington, D.C.  20044
9                                            Telephone:  (202) 514-3374
                                             Facsimile:  (202) 616-8460
10                                           E-mail:  brad.rosenberg@usdoj.gov

11                                           *Attorneys for Defendants*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on May 30, 2014, I served the attached document on Plaintiff

3

via the CM/ECF system, who is a registered participant.

4

5

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG

6

D.C. Bar No. 467513
Trial Attorney

7

U.S. Department of Justice
Civil Division, Federal Programs Branch

8

P.O. Box 883
Washington, D.C.  20044

9

Telephone:  (202) 514-3374
Facsimile:  (202) 616-8460

10

E-mail:  brad.rosenberg@usdoj.gov

11

*Attorney for Defendants*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28