# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, | No. CV-12-01605-PHX-SRB (BSB) |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

After consideration of this matter and for good cause shown,

**IT IS ORDERED** that Plaintiff's "Motion for Leave to File a Combined Summary Judgment Response/Reply Being 4 Pages Over Length" (Doc. 113) is **GRANTED** and that Plaintiff may file a consolidated memorandum, up to thirty-two pages long, in response to Defendants' cross motion for summary judgment (Doc. 91) and in support of his motion for partial summary judgment. (Doc. 84.)

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Plaintiff's combined response to Defendants' cross motion for summary judgment (Doc. 91) and reply in support of Plaintiff's motion for partial summary judgment (Doc. 84) and the supporting materials, lodged at dockets 114, 115, 116, and 117.

Dated this 2nd day of June, 2014.

Bridget S. Bade
United States Magistrate Judge