IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Federal Bureau of Investigation, et al.,<br><br>　　　　　Defendants. | No. CV12-1605-SRB-BSB<br><br>**DECLARATION OF JULIANA PAPE** |

## DECLARATION OF JULIANA PAPE

I, Juliana Pape, declare the following to be a true and correct statement of facts:

1. I am a Paralegal Specialist at the Executive Office for United States Attorney's Freedom of Information Act Office, United States Department of Justice. As a Paralegal Specialist, I assist in responding to requests and litigation filed under both the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 (1988), and the Privacy Act of 1974, 5 U.S.C. § 552a (1988). The statements I make herein are made on the basis of my review of the official files and records of EOUSA, on my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

2. In preparing this declaration, and in addition to the information identified below, I have reviewed the following materials in the above-captioned case: 1) Pages 17 to 19 of Plaintiff's (1) Response to Defendants' Cross-Motion for Summary Judgment and (2) Reply to Defendants' Response to Plaintiff's Motion for Partial Summary Judgment (ECF No. 114, 06/02/2014); 2) Paragraphs 55 and 56 (on pages 41 and 42) of Plaintiff's Statement of Additional Undisputed Material Facts (ECF No. 115, 06/02/2014); 3) Paragraph 30 of Daniel Rigmaiden's Declaration Under Penalty of Perjury in Support of Plaintiff's Response to Defendants' Motion for Summary Judgment (ECF No. 116, 06/02/2014); and 4) Attachment 29 to Daniel Rigmaiden's Declaration

1  Under Penalty of Perjury in Support of Plaintiff's Response to Defendant's Motion for
2  Summary Judgment (ECF No. 117-4, 06/02/2014).

3       3.   In his filings, plaintiff argues that the metadata in Attachment 29 indicates
4  that the records EOUSA provided to him were assembled in 2012. *See, e.g.*, Paragraph
5  56, ECF No. 115. Attachment 29 appears to be a document produced by EOUSA at
6  Crim. Vaughn Index Doc 32, and was released to plaintiff in response to his FOIA
7  request. It appears to be a screenshot of a Document Properties pop-up window, with the
8  information "RedaxBuildDate Oct 11, 2012" appearing under the "Custom" tab. *See*
9  Attachment 29, ECF No. 117-4.

10      4.   I have reviewed EOUSA's version of that same document (Crim. Vaughn
11 Index Doc 32). EOUSA's version of the document contains the same information in the
12 "Custom" tab as does Attachment 29. *See* Ex. 1 (attached hereto).

13      5.   On June 18, 2014, I called Appligent, Inc., the company that creates the
14 software called Redax, and I asked what the Redax Build Date is. The company
15 informed me that October 11, 2012 is the date that Redax version 5.0.2, which is the
16 version that our office uses, was created.

17      6.   I have also reviewed the "Description" tab in the Document Properties pop-
18 up window for Crim. Vaughn Index Doc 32. The information under the "Description"
19 tab indicates that the document was created on March 10, 2014. A copy of the
20 information contained under the "Description" tab for this document is attached hereto as
21 Exhibit 2.

22      I declare under penalty of perjury that the foregoing is true and correct. Executed
23 on this 20th day of June, 2014.

Juliana Pape



GOVERNMENT EXHIBIT
Ex. 1
PENGAD-Bayonne, N.J.

```
🗎 Crim. Vaughn Index Doc 32.pdf - Adobe Acrobat Pro
File  Edit  View  Redax  CaseMap  DocPreviewer  Window  Help
```

Non-responsive

**From:**
**Sent:**
**To:**
**Subject:**
**Attachments:**

ent privi

From the District of AZ

**From:** CCIPS Tips                                (b)(
**Sent:** Friday, March 30, 2012 3:11
**To:** CCIPS Tips (CRM)
**Subject:** [CCIPS electronic evidenc

Document Properties

Description | Security | Fonts | Initial View | Custom | Advanced

Description
 File: Crim. Vaughn Index Doc 32.pdf
 Title:
 Author:
 Subject:
 Keywords:

 Created: 3/10/2014 10:55:00 AM          [Additional Metadata...]
 Modified: 3/10/2014 10:55:15 AM
 Application:

Advanced
 PDF Producer:
 PDF Version: 1.7 (Acrobat 8.x)
 Location: S:\FOIA\Juliana\Harris-Rigamond Info\Release Documents\
 File Size: 126.94 KB (129,983 Bytes)
 Page Size: 8.50 x 11.00 in          Number of Pages: 5
 Tagged PDF: No                      Fast Web View: Yes

 [Help]                              [OK]  [Cancel]

GOVERNMENT
EXHIBIT
Ex-2