JOYCE R. BRANDA
Acting Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BRAD P. ROSENBERG (D.C. Bar No. 467513)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>  Plaintiff,<br><br>vs.<br><br>Federal Bureau of Investigation, et al.,<br><br>  Defendants. | No. CV12-1605-DLR-BSB<br><br>**MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT (FIRST REQUEST)** |

Defendants Federal Bureau of Investigation (FBI), Executive Office for United States Attorneys (EOUSA), Office of Information Policy, and United States Department of Justice, by and through their undersigned counsel, hereby seek a modest, one-week extension of time, from December 15, 2014 to December 22, 2014, in which to file a Joint Status Report.  In support thereof, defendants state as follows:

1.  This lawsuit involves two FOIA requests to the FBI and one FOIA request to EOUSA.  On November 14, 2014, this Court entered an order that resolved many, but not all, of the issues raised by the parties in their cross-motions for summary judgment.  Because there are several outstanding, remaining issues, this Court ordered the parties to file a status report on or before December 15, 2014.  *See* Order, Dkt. No. 122, at 55.

2. Pursuant to this Court's order, plaintiff[1] and counsel for the defendant conferred, via telephone, on December 5, 2014.[2] The conference revealed some areas of disagreement. At the conclusion of that conference, undersigned counsel for defendants indicated to plaintiff that he would try to forward a draft of a status report to plaintiff early this week that would set forth defendants' respective litigation positions and provide spaces for plaintiff to insert his litigation positions.

3. Undersigned counsel has had to confer internally regarding the issues raised in his December 5 conversation with plaintiff. Those internal deliberations – which will affect the litigating positions of defendants going forward – have not yet concluded. Accordingly, undersigned counsel has not been able to forward a draft of a status report to plaintiff that sets forth defendants' respective litigation positions, and will be unable to do so in sufficient time to allow the parties to file a status report with the Court on its current due date of December 15.

4. Defendants therefore request a one-week extension of time to file the parties' status report with the Court. The extension of time will allow defendants to complete their internal deliberations, provide plaintiff with a draft of a status report, and file a final status report with the Court.

5. The requested extension of time will not prejudice any party. There are no other deadlines in this case. This is the first extension of time that defendants have requested regarding this status report, and the requested extension is for only one week.

6. On December 10, undersigned counsel for defendants sent an e-mail to plaintiff to attempt to ascertain plaintiff's position regarding this motion. Defense counsel had not received a response from plaintiff as of the time of the filing of this

---

[1] Plaintiff is proceeding *pro se*.

[2] Undersigned counsel for defendants was unable to schedule an earlier date to confer with plaintiff for various reasons. Among those reasons, defendants needed sufficient time to analyze this Court's November 14 opinion, which was 55 pages in length. Moreover, and in addition to his numerous other litigation obligations, undersigned defense counsel had to prepare for, and appear at, a preliminary injunction hearing in Anchorage, Alaska, on November 24.

motion.

WHEREFORE, defendants respectfully request that the Court grant a one-week extension of time, until December 22, 2014, for the parties to file a status report.

DATED: December 11, 2014              Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG
D.C. Bar No. 467513
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-3374
Facsimile:  (202) 616-8460
E-mail:  brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2014, I served the attached document on Plaintiff via the CM/ECF system, who is a registered participant.

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG
D.C. Bar No. 467513
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-3374
Facsimile:  (202) 616-8460
E-mail:  brad.rosenberg@usdoj.gov

*Attorney for Defendants*