IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Daniel David Rigmaiden,

                    Plaintiff,

        vs.

Federal Bureau of Investigation, et al.,

                    Defendants.

No. CV12-1605-DLR-BSB

**PROPOSED ORDER**

        On December 11, 2014, Defendants Federal Bureau of Investigation, Executive Office for United States Attorneys, Office of Information Policy, and United States Department of Justice ("Defendants") filed a Motion for Extension of Time to file the parties' Status Report, which is currently due on December 15, 2014.  For good cause shown, it is hereby ORDERED that Defendants' motion shall be, and it hereby is, GRANTED.  The parties shall file a Status Report, as described in this Court's November 14, 2014 Order, on or before December 22, 2014.  IT IS SO ORDERED.