JOYCE R. BRANDA
Acting Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BRAD P. ROSENBERG (D.C. Bar No. 467513)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Federal Bureau of Investigation, et al.,<br><br>　　　　　Defendants. | No. CV12-1605-DLR-BSB<br><br>**SUPPLEMENT REGARDING MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT (FIRST REQUEST)** |

On December 11, 2014, Defendants Federal Bureau of Investigation, Executive Office for United States Attorneys, Office of Information Policy, and United States Department of Justice moved for a one-week extension of time for the parties to file a Joint Status Report. *See* Motion, Dkt. No. 123.  In that motion, defendants indicated that their counsel sent an e-mail to plaintiff to attempt to ascertain plaintiff's position regarding this motion, but that defense counsel had not received a response from plaintiff as of the time of the filing of the motion.  After the motion was filed, plaintiff e-mailed undersigned counsel for defendants to indicate that he had not previously been able to check his e-mail, and that he does not oppose a one-week extension for the parties to file their status report.

| | |
|---|---|
| DATED:  December 12, 2014 | Respectfully submitted, |
| | JOYCE R. BRANDA<br>Acting Assistant Attorney General |
| | ELIZABETH J. SHAPIRO<br>Deputy Branch Director |
| | /s/ *Brad P. Rosenberg*<br>BRAD P. ROSENBERG<br>D.C. Bar No. 467513<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, D.C.  20044<br>Telephone:  (202) 514-3374<br>Facsimile:  (202) 616-8460<br>E-mail:  brad.rosenberg@usdoj.gov |
| | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2014, I served the attached document on Plaintiff via the CM/ECF system, who is a registered participant.

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG
D.C. Bar No. 467513
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-3374
Facsimile:  (202) 616-8460
E-mail:  brad.rosenberg@usdoj.gov

*Attorney for Defendants*