KAB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, | No.  CV 12-1605-PHX-DLR (BSB) |
| Plaintiff, | |
| vs. | **ORDER** |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

Pending before the Court is Defendants' Motion for Extension of Time to File Status Report (Doc. 123).  In the Motion, Defendants seek a one-week extension of time to file a joint status report as required by this Court's November 14, 2014 Order.

**IT IS ORDERED**:

(1)   The reference to the Magistrate Judge is withdrawn as to Defendants' Motion for Extension of Time to File Status Report (Doc. 123).

(2)   Defendants' Motion for Extension of Time to File Status Report (Doc. 123) is **granted.**

(3)   On or before December 22, 2014, the Parties shall file a joint status report numerically listing each issue that remains outstanding (if either party argues that a particular issue listed by the other party is not outstanding, the objecting party shall note his position on that issue in the status report).  After listing the issues, the parties shall advise the Court how they propose to proceed to the resolution of this case.  If the parties propose another round of summary judgment motions, they must include a proposed

1 deadline for filing such motions in the status report. Such status report **shall not** be used
2 to re-argue or ask the Court to reconsider any of the issues decided in the Court's
3 November 14, 2014 Order.
4     Dated this 16th day of December, 2014.

*[signature]*
Douglas L. Rayes
United States District Judge