Daniel David Rigmaiden
530 E McDowell Rd Ste 107-214
Phoenix, AZ 85004
Telephone:
Email: freedan@safe-mail.net

Daniel David Rigmaiden,
Pro Se, Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| Daniel David Rigmaiden, | Civil Action No.: |
|---|---|
| Plaintiff, | 12-CV-01605-DLR-BSB |
| v. | |
| Federal Bureau of Investigation, et al. | NOTICE OF INTENT TO PAY STANDARD DUPLICATION FEES |
| Defendants. | |

Plaintiff, Daniel David Rigmaiden, appearing *pro se*, respectfully submits this *Notice of Intent to Pay Standard Duplication Fees*. On January 12, 2015, the Court ordered: "Within 5 days of the date of this Order, Plaintiff shall file a Notice indicating whether he intends to pay the standard duplication fees as to the remaining searches proposed by Defendants." Dkt. #127, p. 5.

Plaintiff will pay the standard duplication fees for CDs/DVDs as Defendants "provide Plaintiff with all documents responsive to the searches, including any documents that were previously withheld due to the Glomar Response on the Harris Request[]" *id.*, p. 6, and as Defendants complete that task "**within 90 days of Plaintiff's Notice**[.]" *id.*, p. 5.

///
///
///
///
///
///
///
///

- 1 -

Respectfully Submitted: January 13, 2015

DANIEL DAVID RIGMAIDEN,
Pro Se Plaintiff:

s/ Daniel Rigmaiden
Daniel D. Rigmaiden

**CERTIFICATE OF SERVICE**

I, Daniel David Rigmaiden, hereby certify that on January 13, 2015, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Brad P. Rosenberg, Attorney for Defendants

By: s/ Daniel Rigmaiden

- 2 -