# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>    Plaintiff,<br>v.<br><br>Federal Bureau of Investigation, et al.<br><br>    Defendant. | Civil Action No.:<br><br>12-CV-01605-DLR-BSB<br><br>ORDER REQUIRING DEFENDANTS FBI AND EOUSA TO PROVIDE VAUGHN INDEXES |

Plaintiff filed *Motion For Order Requiring Defendants To Provide Vaughn Indexes Addressing All Redactions And Withholdings*. Plaintiff's motion is well taken. There being good cause shown:

**IT IS HEREBY ORDERED** that Defendants FBI and EOUSA shall provide detailed Vaughn indexes to Plaintiff within 72 hours detailing justification for all withholdings and redactions applicable to all FOIA records provided to Plaintiff as of the date of this Order, and all records that will be provided prior to the May 20, 2015, summary judgment filing deadline.

DATED this ____ day of _____, 2015.

_____
Douglas L. Rayes
United States District Judge

- 1 -