**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>　　Plaintiff,<br>v.<br><br>Federal Bureau of Investigation, et al.<br><br>　　Defendant. | Civil Action No.:<br><br>12-CV-01605-DLR-BSB<br><br>ORDER ISSUING SANCTIONS AGAINST DEFENDANTS FBI AND EOUSA |

Plaintiff filed *Motion For Appropriate Sanctions Against Defendants FBI And EOUSA For Failure To Comply With The Court's Deadline*. Plaintiff's motion is well taken. There being good cause shown:

**IT IS HEREBY ORDERED** _____

_____

_____

_____

　　DATED this ____ day of _____, 2015.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Douglas L. Rayes
　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -