IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>Plaintiff,<br><br>vs.<br><br>Federal Bureau of Investigation, et al.,<br><br>Defendants. | No. CV12-1605-DLR-BSB<br><br>**PROPOSED ORDER** |

Plaintiff has a Motion for Sanctions (Dkt. No. 129, 04/16/2015). Plaintiff's motion shall be, and it hereby is, DENIED.

IT IS SO ORDERED.