IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, | No. CV12-1605-DLR-BSB |
| Plaintiff, | **PROPOSED ORDER** |
| vs. | |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

Plaintiff has a Motion for early *Vaughn* indices (Dkt. No. 130, 04/16/2015).
Plaintiff's motion shall be, and it hereby is, DENIED.

IT IS SO ORDERED.