## <u>ATTACHMENT 01</u>

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR


<u>ATTACHMENT 01</u>:   Chain of emails between Daniel Rigmaiden and Defendant FBI's counsel,
Brad Rosenberg, covering December 10, 2014, to December 19, 2014, RE:
FOIPA Request No. 1212582.



Safe-mail.net   Compose **Inbox** Sent Folders | Bull Board | Briefcase Jotter Help **Sign Out**

Search   Drafts Trash Addr book | More | Album | Pref | User Info | Upgrade now!

freedan@Safe-mail.net                Inbox                20 May 2015 00:30



Next Mail     Prev Mail

Reply | Reply All | Forward | Resend     Block Sender

Mark | Go To | Move To | * Inbox * ▼     Delete | Message ▼

Ref: N1U-hK1zmKoQMj

Subject: RE: Rigmaiden v. FBI (No. 12-cv-1605) --
StatusReportandExtensionofTime

Date: 19 Dec 2014 14:40

From: "Rosenberg, Brad (CIV)" <Brad.Rosenberg@usdoj.gov>

To: "Daniel Rigmaiden (freedan@Safe-mail.net)" <freedan@Safe-mail.net>

Printable Version

Show Download

Save Addresses

Mr. Rigmaiden:

I wanted to provide you with one more update. In one of your previous e-mails, you had indicated a desire to receive a CD every other month (in order to try to keep the costs down). Unfortunately, and because of the way that the FBI processes documents (in 500-page batches), the FBI would have to provide two CDs every other month, so the cost would wind up being the same. Based on that information, I assume that you would opt for one CD per month, rather than two CDs every other month. (I believe that CDs are $15 each.) This is the standard method by which the FBI processes FOIA requests.

Also, and to be clear, the 500 pages refers to what would be processed per month. Depending on redactions or withholdings, the number of pages actually released may be smaller.

Again, the FBI is preparing a letter that spells all of this out. But I wanted to get you this information now, in light of our upcoming status report.

Thanks,
-Brad




-----Original Message-----
From: Rosenberg, Brad (CIV)
Sent: Friday, December 19, 2014 12:52 PM
To: Daniel Rigmaiden (freedan@Safe-mail.net)
Subject: FW: Rigmaiden v. FBI (No. 12-cv-1605) -- Status ReportandExtensionofTime

Mr. Rigmaiden:

And to clarify a little bit regarding the first CD -- I think the credit is for part of the cost of the first CD (so there is no charge for that CD), but some of the cost of that first CD gets shifted to the second CD. Again, this will be explained in the FBI's letter.

-Brad


-----Original Message-----
From: Rosenberg, Brad (CIV)
Sent: Friday, December 19, 2014 12:13 PM
To: 'Daniel Rigmaiden'
Subject: RE: Rigmaiden v. FBI (No. 12-cv-1605) -- Status ReportandExtensionofTime

Thanks, Mr. Rigmaiden. This sounds like a workable plan.

Regarding the costs, the complexity arises, among other things, from the fact that you may receive a credit for the first CD, which effectively may make it free. The FBI will charge its standard fees for CDs. The FBI's letter spelling this all out should be ready by Monday.

Once you send me what you have, I'll take a look. As you note, we may need to make some edits on our end. I may take you up on your offer to call you, just to make sure we are all on the same page regarding what will be filed (and I can send the revised document via pdf with the edits also pasted into the body of the e-mail).

Good luck with the move.

-Brad


-----Original Message-----
From: Daniel Rigmaiden [mailto:freedan@Safe-mail.net]
Sent: Friday, December 19, 2014 12:02 PM
To: Rosenberg, Brad (CIV)
Subject: RE: Rigmaiden v. FBI (No. 12-cv-1605) -- Status ReportandExtensionofTime

I'm still working on the status report. A couple things came up regarding my move that I had to address. It ate into a bit of my time this morning.

I will email you what I have once I am finished. It will be after 1pm ET. You can call me on my cell phone at any time between now and Monday. I may not have my computer after today, but I can check my email on my cell phone and open PDF files, but NOT word documents.

If you want to send me an updated version or completed version of the status report after I send

you my additions, please do it via PDF and maybe also paste the text from Word into the body of the email (just in case I can't open the PDF on my phone). Once I get it, we can talk over the phone regarding any final edits or, if I need to do a big edit, I'll type it out on my phone and email it to you so you can just paste it into Word.

Does this sound good? I apologize for the extra hassle. I'm doing my best to get this done while juggling a move, having to work, and not having my computer with me.

Daniel


-------- Original Message --------
From: "Rosenberg, Brad (CIV)" <Brad.Rosenberg@usdoj.gov>
To: Daniel Rigmaiden <freedan@Safe-mail.net>
Subject: RE: Rigmaiden v. FBI (No. 12-cv-1605) -- Status ReportandExtensionofTime
Date: Wed, 17 Dec 2014 17:06:11 +0000

> Thanks, Daniel, for your e-mail. I am available on Friday until about 1 p.m. ET. I am also available any time tomorrow, and any time on Monday.
>
> -Brad
>
>
> -----Original Message-----
> From: Daniel Rigmaiden [mailto:freedan@Safe-mail.net]
> Sent: Wednesday, December 17, 2014 12:03 PM
> To: Rosenberg, Brad (CIV)
> Subject: RE: Rigmaiden v. FBI (No. 12-cv-1605) -- Status Report andExtensionofTime
>
> Thanks. I'm printing all of this out so I can look at it while I am without my computer. I am in the process of moving right now and won't be done until the 22nd so this is going to be a difficult. I may be able to use my phone to type out what I want to add.
>
> I still want the FBI to reprocess, we already agreed on this if you remember. I'm not willing to withdraw that position. I'll pay duplication fees in advance, but only as the material becomes available. In other words, I want the FBI to reprocess and provide me interim releases on DVDs as material becomes available and I'll pay for each DVD before it ships--assuming it's $20 a DVD/CD or whatever over-price the FBI is charging these days for something that costs maybe $0.75.
>
> The FBI wanting me to pay all anticipated duplication fees in advance seems like an attempt to put up a financial hurdle that may prevent me from getting the documents. I will pay for the DVDs/CDs one at a time. There is no support in FOIA for the FBI's position.
>
> As for rebriefing after reprocessing, that is still an option per the terms we discussed previously and also in light of the sample not being 500 pages.

>

> I have not read the attached document and yet and am in a rush at the moment. I'll get back to you soon.

>

> On Friday, I am going to try to get a day off work to in order to work on status report using a computer. Are you going to be available then? Between now and then I'll be on "paper only" and will have my cell phone, which I can use to check email etc. but typing long paragraphs will be difficult.

>

> Daniel

>

>

>

> -------- Original Message --------

> From: "Rosenberg, Brad (CIV)" <Brad.Rosenberg@usdoj.gov>

> To: Daniel Rigmaiden <freedan@Safe-mail.net>

> Subject: RE: Rigmaiden v. FBI (No. 12-cv-1605) -- Status Report andExtensionofTime

> Date: Wed, 17 Dec 2014 16:16:22 +0000

>

> > Hi, Mr. Rigmaiden:

> >

> > Actually, I was about to send the attached draft to you. There are still some edits that we may make on our sections -- in particular, regarding the question of re-processing for the so-called dirty words and a proposed schedule. That said, the attached draft has most of our thoughts regarding next steps, and should provide an adequate basis for you to insert your positions.

> >

> > As reflected in the attached draft, the FBI believes that the re-processing of the request for the so-called dirty words will constitute an enormous burden and will be unlikely to reveal additional, meaningful information. To that end, we would ask that you re-consider your request that the FBI engage in that re-processing. If, however, you wish to have the FBI proceed, the FBI will take the position that you will need to pay the total estimated duplication fees associated with the re-processing in advance. The FBI is still calculating that estimate, as well as estimating the amount of time that would be required for re-processing. We should have that information to you in the next day or two. (To that end, you will see some bracketed blanks in Part 6 regarding costs and timing.) Note also that we do not anticipate any briefing regarding any re-processing of the so-called dirty words after any re-processing is done -- let us know if you disagree (as that could substantially extend any proposed briefing schedule).

> >

> > Also, we should probably add a signature block for you (as this is a joint status report).

> >

> > I'm generally around and available the next couple of days (except Friday afternoon) if you want to give me a call at 202-514-3374.

> >

> > Thanks,

> > -Brad

\> \>

\> \>

\> \>

\> \> -----Original Message-----

\> \> From: Daniel Rigmaiden [mailto:freedan@Safe-mail.net]

\> \> Sent: Wednesday, December 17, 2014 10:44 AM

\> \> To: Rosenberg, Brad (CIV)

\> \> Subject: RE: Rigmaiden v. FBI (No. 12-cv-1605) -- Status Report andExtension ofTime

\> \>

\> \> Are you sending me something soon? I'm not going to have much access to my computer between now and the 22nd--possibly none.

\> \>

\> \> -------- Original Message --------

\> \> From: "Rosenberg, Brad (CIV)" <Brad.Rosenberg@usdoj.gov>

\> \> To: Daniel Rigmaiden <freedan@Safe-mail.net>

\> \> Subject: RE: Rigmaiden v. FBI (No. 12-cv-1605) -- Status Report andExtension ofTime

\> \> Date: Fri, 12 Dec 2014 20:26:33 +0000

\> \>

\> \> \> Thank you, Mr. Rigmaiden, for following up on this after I filed the motion. I went ahead and filed a supplement indicating that you had not previously been able to check your e-mail, and that you do not oppose the one-week extension.

\> \> \>

\> \> \> Thanks again,

\> \> \> -Brad

\> \> \>

\> \> \>

\> \> \> -----Original Message-----

\> \> \> From: Daniel Rigmaiden [mailto:freedan@Safe-mail.net]

\> \> \> Sent: Thursday, December 11, 2014 9:53 PM

\> \> \> To: Rosenberg, Brad (CIV)

\> \> \> Subject: Re: Rigmaiden v. FBI (No. 12-cv-1605) -- Status Report and Extension ofTime

\> \> \>

\> \> \> Brad,

\> \> \>

\> \> \> Sorry I couldn't get back to you in time before you filed. I wasn't able to check my email yesterday and I am only now checking it today. I don't oppose the one week extension. If you would like to file a supplement stating as such then that is okay with me.

\> \> \>

\> \> \> Daniel

\> \> \>

\> \> \> -------- Original Message --------

\> \> \> From: "Rosenberg, Brad (CIV)" <Brad.Rosenberg@usdoj.gov>

\> \> \> To: "Daniel Rigmaiden (freedan@Safe-mail.net)" <freedan@Safe-mail.net>

\> \> \> Subject: Rigmaiden v. FBI (No. 12-cv-1605) -- Status Report and Extension ofTime

\> \> \> Date: Wed, 10 Dec 2014 21:34:56 +0000

\> \> \>

\> \> \> \> Hi, Mr. Rigmaiden:

\> \> \> \>

\> \> \> \>

\> \> \> \>

\> \> \> \> Following-up on our conversation last week, we are still working on a draft of a status report in the above-referenced case. Unfortunately, and for various reasons, that is taking a little bit longer than expected. In order to provide us with sufficient time to confer regarding the draft status report, I plan to ask the court for a one-week extension of time to file a status report (so that the parties5 status report would be due on December 22, rather than December 15). I plan to file the motion tomorrow, probably mid-afternoon eastern time. I would prefer to file it as an unopposed motion. Can you let me know your position on the motion?

\> \> \> \>

\> \> \> \>

\> \> \> \>

\> \> \> \> Thanks,

\> \> \> \>

\> \> \> \> -Brad

\> \> \> \>

\> \> \> \>

\> \> \> \>

\> \> \> \>

\> \> \> \>

\> \> \> \> _____

\> \> \> \>

\> \> \> \> Brad P. Rosenberg

\> \> \> \>

\> \> \> \> Trial Attorney

\> \> \> \>

\> \> \> \> U.S. Department of Justice

\> \> \> \>

\> \> \> \> Civil Division, Federal Programs Branch

\> \> \> \>

\> \> \> \> 20 Massachusetts Ave., N.W.

\> \> \> \>

\> \> \> \> Washington, DC 20001

\> \> \> \>

\> \> \> \> (202) 514-3374

\> \> \> \>

\> \> \> \> (202) 616-8460 (fax)

\> \> \> \>

\> \> \> \>

\> \> \> \>

\> \> \> \>

\> \> \> \>

Reply | Forward | Delete | Message ▼