## <u>ATTACHMENT 02</u>

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR

<u>ATTACHMENT 02</u>:   FBI's December 13, 2013, letter to Daniel Rigmaiden RE: FOIPA Request
No. 1212582.  Attached to the letter is the 321-page sample provided by
the FBI.

**U.S. Department of Justice**

**Federal Bureau of Investigation**
Washington, D.C. 20535

December 13, 2013

Mr. Daniel Rigmaiden
c/o Philip Seplow, Attorney at Law
2000 North Seventh Street
Phoenix, AZ  85006

FOIPA Request No.: 1212582-000
Subject: WIRELESS DEVICE LOCATORS
MANUFACTURED BY HARRIS WPG

Dear Mr. Rigmaiden:

The enclosed CD contains a 500-page sample from records responsive to the above-referenced Harris request.   This same sample was provided to the Electronic Privacy Information Center ("EPIC") in a substantially similar FOIA lawsuit pending in the United States District Court for the District of Columbia.   *See EPIC v. FBI*, D.D.C. No. 12-cv-00667-CKK.   The CD also contains a copy of the *Vaughn* index that was provided to EPIC regarding the 500-page sample.   The FBI agrees to waive copying fees on a one-time basis for the material to be included on this CD in order to expedite this litigation and as a matter of courtesy to you.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

**FEDERAL BUREAU OF INVESTIGATION**
**FOI/PA**
**DELETED PAGE INFORMATION SHEET**
**FOI/PA# 1226796-0**

**Total Deleted Page(s) = 60**　　Bates Page

| | Bates Page |
|---|---|
| Page 14 ~ b3; b7E; | 13 |
| Page 16 ~ b3; b4; b7E; | 15 |
| Page 17 ~ b3; b4; b7E; | 16 |
| Page 18 ~ b3; b4; b7E; | 17 |
| Page 19 ~ b3; b4; b7E; | 18 |
| Page 20 ~ b4; | 19 |
| Page 21 ~ b4; | 20 |
| Page 22 ~ b3; b4; b7E; | 21 |
| Page 23 ~ b4; | 22 |
| Page 24 ~ b4; | 23 |
| Page 25 ~ b3; b4; b7E; | 24 |
| Page 26 ~ b3; b4; b7E; | 25 |
| Page 27 ~ b3; b4; b7E; | 26 |
| Page 28 ~ b3; b4; b7E; | 27 |
| Page 29 ~ b3; b4; b7E; | 28 |
| Page 30 ~ b3; b4; b7E; | 29 |
| Page 31 ~ b3; b4; b7E; | 30 |
| Page 32 ~ b3; b4; b7E; | 31 |
| Page 33 ~ b3; b4; b7E; | 32 |
| Page 34 ~ b3; b4; b7E; | 33 |
| Page 35 ~ b3; b4; b7E; | 34 |
| Page 36 ~ b3; b4; b7E; | 35 |
| Page 37 ~ b3; b4; b7E; | 36 |
| Page 38 ~ b3; b4; b7E; | 37 |
| Page 39 ~ b3; b4; b7E; | 38 |
| Page 40 ~ b3; b4; b7E; | 39 |
| Page 41 ~ b3; b4; b7E; | 40 |
| Page 42 ~ b3; b4; b7E; | 41 |
| Page 43 ~ b3; b4; b7E; | 42 |
| Page 44 ~ b3; b4; b7E; | 43 |
| Page 45 ~ b3; b4; b7E; | 44 |
| Page 46 ~ b3; b4; b7E; | 45 |
| Page 47 ~ b3; b4; b7E; | 46 |
| Page 48 ~ b3; b4; b7E; | 47 |
| Page 49 ~ b3; b4; b7E; | 48 |
| Page 53 ~ b7E; | 52 |
| Page 67 ~ b7E; | 66 |
| Page 84 ~ b4; b7E; | 82 |
| Page 85 ~ b3; b4; b7E; | 83 |
| Page 86 ~ b3; b4; b7E; | 84 |
| Page 87 ~ b3; b4; b7E; | 85 |
| Page 88 ~ b3; b4; b7E; | 86 |
| Page 89 ~ b3; b4; b7E; | 87 |
| Page 90 ~ b3; b4; b7E; | 88 |

Page 91 ~ b3; b4; b7E;     89
Page 92 ~ b3; b4; b7E;     90
Page 93 ~ b3; b4; b7E;     91
Page 94 ~ b3; b4; b7E;     92
Page 95 ~ b3; b4; b7E;     93
Page 102 ~ b3; b5; b7E;    100
Page 103 ~ b3; b5; b7E;    101
Page 115 ~ b3; b7E;        113
Page 116 ~ b3; b7E;        114
Page 117 ~ b3; b7E;        115
Page 118 ~ b3; b7E;        116
Page 119 ~ b3; b7E;        117
Page 120 ~ b3; b7E;        118
Page 121 ~ b3; b7E;        119
Page 122 ~ b3; b7E;        120
Page 123 ~ b3; b7E;        121

XXXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)   X
X   No Duplication Fee X
X   For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXXX

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1226796-0

Bates Page

Total Deleted Page(s) = 113
Page 2 ~ b6; b7C; b7E;            223
Page 4 ~ b6; b7C; b7E;            225
Page 13 ~ b3; b4; b7E;            234
Page 15 ~ b3; b4; b7E;            236
Page 16 ~ b3; b4; b7E;            237
Page 17 ~ b3; b4; b7E;            238
Page 18 ~ b3; b4; b7E;            239
Page 19 ~ b3; b4; b7E;            240
Page 20 ~ b3; b4; b7E;            241
Page 21 ~ b3; b4; b7E;            242
Page 23 ~ b3; b4; b7E;            244
Page 24 ~ b3; b4; b7E;            245
Page 25 ~ b6; b7C;               246
Page 26 ~ b3; b7E;               247
Page 27 ~ b3; b7E;               248
Page 28 ~ b3; b7E;               249
Page 29 ~ b3; b7E;               250
Page 30 ~ b3; b4; b7E;            251
Page 31 ~ b3; b7E;               252
Page 32 ~ b3; b7E;               253
Page 33 ~ b3; b4; b7E;            254
Page 34 ~ b3; b4; b7E;            255
Page 35 ~ b3; b4; b7E;            256
Page 36 ~ b3; b4; b7E;            257
Page 43 ~ b7E;                   264
Page 44 ~ b7E;                   265
Page 45 ~ b7E;                   266
Page 88 ~ b3; b5; b6; b7C; b7E;  309
Page 89 ~ b3; b7E;               310
Page 90 ~ b3; b7E;               311
Page 91 ~ b1; b3; b6; b7C; b7E;  312
Page 92 ~ b3; b4; b7E;           313
Page 93 ~ b3; b4; b7E;           314
Page 94 ~ b3; b4; b7E;           315
Page 95 ~ b4; b6; b7C;           316
Page 96 ~ b6; b7C;               317
Page 97 ~ b3; b4; b7E;           318
Page 98 ~ b3; b4; b7E;           319
Page 99 ~ b3; b4; b6; b7C; b7E;  320
Page 100 ~ b3; b4; b7E;          321
Page 101 ~ b3; b6; b7C; b7E;     322
Page 102 ~ b3; b6; b7C; b7E;     323
Page 103 ~ b3; b6; b7C; b7E;     324
Page 104 ~ b3; b6; b7C; b7E;     325

Bates Page        Duplicate of

Page 105 ~ b3; b4; b7E;        326
Page 106 ~ b3; b4; b7E;        327
Page 107 ~ b3; b4; b7E;        328
Page 108 ~ b3; b4; b7E;        329
Page 109 ~ b3; b4; b7E;        330
Page 110 ~ b3; b4; b7E;        331
Page 111 ~ b3; b4; b7E;        332
Page 112 ~ b3; b4; b7E;        333
Page 113 ~ b6; b7C; b7E;        334
Page 114 ~ Duplicate;        335
Page 115 ~ Duplicate;        336
Page 116 ~ Duplicate;        337
Page 117 ~ b3; b4; b7E;        338
Page 118 ~ b3; b4; b7E;        339
Page 119 ~ b3; b4; b7E;        340
Page 120 ~ b3; b4; b7E;        341
Page 121 ~ b1; b3;        342
Page 122 ~ b1; b3;        343
Page 123 ~ b1; b3;        344
Page 124 ~ b1; b3;        345
Page 125 ~ b4;        346
Page 126 ~ b3; b4; b7E;        347
Page 127 ~ b3; b4; b7E;        348
Page 128 ~ b3; b4; b7E;        349
Page 130 ~ b3; b7E;        351
Page 153 ~ b3; b6; b7C; b7E;        373
Page 163 ~ b3; b7E;        382
Page 164 ~ b3; b7E;        383
Page 165 ~ b4;        384
Page 166 ~ b3; b7E;        385
Page 167 ~ b3; b7E;        386
Page 168 ~ b3; b7E;        387
Page 172 ~ b3; b7E;        391
Page 197 ~ b3; b7E;        416
Page 198 ~ b3; b7E;        417
Page 199 ~ b3; b7E;        418
Page 200 ~ b3; b7E;        419
Page 203 ~ b3; b7E;        422
Page 204 ~ b3;        423
Page 205 ~ b3; b7E;        424
Page 206 ~ b3; b7E;        425
Page 207 ~ b3; b7E;        426
Page 208 ~ b3; b7E;        427
Page 215 ~ b3; b7E;        434
Page 216 ~ b3; b7E;        435
Page 217 ~ b3; b7E;        436
Page 246 ~ b3; b7E;        465
Page 247 ~ b3; b7E;        466
Page 248 ~ b3; b7E;        467
Page 249 ~ b3; b7E;        468

FOIA Release 8
1197470 -OTD-Policy 7, FDPS pgs 140
          "              "              141
          "              "              142

```
Page 250 ~ b3; b7E;          469
Page 251 ~ b3; b7E;          470
Page 252 ~ b3; b7E;          471
Page 253 ~ b3; b7E;          472
Page 254 ~ b3; b7E;          473
Page 255 ~ b3; b7E;          474
Page 256 ~ b3; b7E;          475
Page 257 ~ b3; b7E;          476
Page 258 ~ b3; b7E;          477
Page 259 ~ b3; b7E;          478
Page 260 ~ b3; b7E;          479
Page 261 ~ b3; b7E;          480
Page 262 ~ b3; b7E;          481
Page 263 ~ b3; b7E;          482
Page 264 ~ b3; b7E;          483
Page 265 ~ b3; b7E;          484
Page 266 ~ b3; b7E;          485
Page 267 ~ b3; b7E;          486
Page 268 ~ b3; b7E;          487
```

```
XXXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)     X
X    No Duplication Fee  X
X    For this Page       X
XXXXXXXXXXXXXXXXXXXXXXXXX
```

**FEDERAL BUREAU OF INVESTIGATION**
**FOI/PA**
**DELETED PAGE INFORMATION SHEET**
**FOI/PA# 1226796-0**

*Bates Page*

**Total Deleted Page(s) = 22**
**Page 2 ~ b3; b4; b7E;**    493
**Page 3 ~ b3; b4; b7E;**    494
**Page 4 ~ b3; b4; b7E;**    495
**Page 5 ~ b3; b4; b7E;**    496
**Page 6 ~ b3; b4; b7E;**    497
**Page 7 ~ b3; b4; b7E;**    498
**Page 8 ~ b3; b4; b7E;**    499
**Page 9 ~ b3; b4; b7E;**    500
**Page 10 ~ b3; b4; b7E;**    501
**Page 11 ~ b3; b4; b7E;**    502
**Page 12 ~ b3; b4; b7E;**    503
**Page 13 ~ b3; b4; b7E;**    504
**Page 14 ~ b3; b4; b7E;**    505
**Page 15 ~ b3; b4; b7E;**    506
**Page 16 ~ b3; b6; b7C; b7E;**    507
**Page 17 ~ b3; b6; b7C; b7E;**    508
**Page 18 ~ b3; b6; b7C; b7E;**    509
**Page 19 ~ b3; b6; b7C; b7E;**    510
**Page 20 ~ b3; b4; b7E;**    511
**Page 21 ~ b3; b4; b7E;**    512
**Page 22 ~ b3; b4; b7E;**    513
**Page 23 ~ b3; b4; b7E;**    514

**XXXXXXXXXXXXXXXXXXXXXXXXX**
**X   Deleted Page(s)   X**
**X   No Duplication Fee X**
**X   For this Page      X**
**XXXXXXXXXXXXXXXXXXXXXXXXX**



07DEC05
(Proposed)

b6
b7C

Standard Operating Procedure (SOP) for Case Squads requesting
Cell Phone Tracking assistance during
*"Exigent Circumstances"*

**Definition: Exigent Circumstances - An emergency exists that involves the immediate
danger of death or serious physical injury to a person.** Our threshold for utilizing the below
procedure is that the situation demands immediate action to prevent death or serious bodily
injury.

b7E

**Step 1.**

**Step 2.**

b7E

CELL/OTD 002617

5

FBICELL-1

**b7E**

Step 3.

**b6**
**b7C**
**b7E**

Step 4.

**b3**
**b7E**

CELL/OTD 00261

FBICELL-2

b7E

b7E

**Step 5.**

b6
b7C
b7E

Step **6.**

b7E

CELL/OTD 002619

FBICELL-3

**Step 7.** b7E

**Step 8.** b7E

**Step 9.**

**Step 10.**

b7E

**Step 11.**


\*\*\* **Recommendations:**   Any case squad that foresees the use of Cell Tracking should:

    a.  Be familiar with the sample Pen Register/2703(d) Orders.
    b.  Pro-actively meet with their perspective AUSA's and discuss the specifics of the Order.
    c.  Ensure squad members are familiar with the use of the          Pen Registers.   b7E

CELL/OTD:002620

FBICELL-4

Revision: 10/26/2005

b6
b7C

# GSM Cell Phone Tracking For Dummies
## StingRay,

### Prior to tracking, answer the following questions:

b3
b7E

1.
2.
3.
4.

5.

6.
7.
8.
9.
10

*Prior to starting up the Stingray*

b3
b7E

**STEP 1**

**STEP 2**

Turn StingRay system on.

b3
b7E

**STEP 3**

CELL/OTD 003622

**STEP 4**

b3
b7E

**STEP 5**

**STEP 6**

b3
b7E

**STEP 7**

b3
b7E

CELL/OTD 002623

**STEP 8**

b3
b7E

b3
b7E

**STEP 9**

b3
b7E

CELL/OTD 002624

FBICELL-7

**Important Reminders:**

1.

2.

3.

4.

5.

6.

7.
8.

9.

b3
b7E

b3
b7E

CELL/OTD 002626

Revision: 10/26/2005

b6
b7C

b3
b7C

## CDMA Cell Phone Tracking For Dummies
## StingRay,

**CDMA TECHNOLOGY IS RESPONSIBLE FOR APPROXIMATELY 50% OF THE CELL PHONE BUSINESS IN THIS COUNTRY.   THIS APPLIES PRIMARILY TO SPRINT, VERIZON, VIRGIN (PREPAID PHONE) AND A FEW OF THE SMALLER CELL PHONE COMPANIES.**

## Prior to tracking, answer the following questions:

1.
2.
3.
4.
5.

b3
b7E

6.

7.
8.
9.

*Prior to starting up the Stingray system*

### STEP 1

b3
b7E

### STEP 2

Turn StingRay system on

CELL/OTD 002627                                     1

**STEP 3**

b3
b7E

**STEP 4**

**STEP 5**

b3
b7E

**STEP 6**

b3
b7E

**STEP 7**

b3
b7E

FBICELL-10

b3
b7E

**STEP 8**

b3
b7E

**STEP 9**

b3
b7E

CELL/OTD 002629

3

FBICELL-11

**STEP 10**

b3
b7E

**STEP 11**

b3
b7E

**STEP 12**

**STEP 13**

b3
b7E

b3
b7E

CELL/OTD 002630

4

**Important Reminders**

1.
2.

3.

4.
5.
6.

7.

8.
9.
10.
11.
12.
13.

b3
b7E

**ADDED INFORMATION:**

b3
b7E

b3
b7E

CELL-STD CODE312

6 .




# Overview

- DOJ's Policy on Cellsite Simulators: **Pen Register Device** (18 U.S.C. 3127(3))
  - **BEST PRACTICES**
- Emergency Pen Register Authority
  - Federal v. State Orders
  - Voluntary Disclosures
- Prospective Cell Site Location data
  - Distinguished from WITT
- GPS/Triangulation from provider
- Protecting Sensitive Techniques
  - Use as evidence
- Loan of ELSUR Policy
  - **Using State Orders**
  - **Liability-scope of authority**
- [                    ]

b7E

2




# DOJ Opinion:

**DOJ**: Pen/Trap **order**

b7E

to use a Pen Register Device to obtain "signaling information" transmitted from a cellular telephone to:

1) Identify a target phone **or**
2) Locate a phone

 

# WITT Pen Register— BEST PRACTICES

## <u>BEST PRACTICES:</u>

<u>Use PR/TT order to authorize use of WITT gear</u> —

1. authorize installation & use

b5
b7E

2. Advise of potential

3. Will not retain records beyond use to locate target phone

6

FBICELL-51

 

# Disruption of Service

b5
b7E

- **47 U.S.C. § 333 prohibits interference with cellular frequencies**

- **18 USC 3124: requires that a pen register be implemented with "minimum of interference" to those accorded service-**

b5

**Purge** ▭ **Data**

b7E

▭ preserve 1st Amendment rights & Minimize ▭ data

b5

9

 

# Data Retention

- Maintaining/Purging "Pen" data?
  - WITT policy EC 268-HQ-1068430:

b5

10

FBICELL-55




# Emergency Provision
# 3125(a)(1)

**b5**
**b7E**

- DOJ command Center
- OEO (business hours)
- Emergencies involving:
    - Immediate danger of death or serious injury or immediate threat to a national security interest
-

**b5**
**b7E**

  – MIOG, Part 2, 10-10.7.1
  –

**12**

 # Alternative authority 

**Consent (18 USC 3121(b)(3))**

b5
b7E

**Voluntary Disclosure by Provider** (18 USC 2702(c)(4)) : if provider "reasonably believes that an emergency involving immediate danger of death or serious physical injury to any person justifies the disclosure of: "a record or other information pertaining to a subscriber or customer of such service."

b7E

13

FBICELL-57





# WITT Function vs. Location (Tower/Sector) data from Provider

FBICELL-58



# WITT doesn't collect Cell site data



## WITT equipment:

b7E

15

# Guidance



■                                b5

■   **AND Use a PR/TT order for WITT gear**

      1.                                         b5
                                                       b7E

      2.  Advise of

      3.  Not retain          records

■                                  b5

                                       .21

FBICELL-60




# 4th Amendment Privacy Interest

- ▪ [redacted]                                                                  b5
                                                                               b7E

  — [redacted] <u>Smith v. Maryland</u>, 442 U.S. 435, 744 (1979).
    - ▪ no legitimate expectation of privacy in information knowingly conveyed to a third party
    - ▪ <u>In re Digital Analyzer</u> found "[n]o logical distinction between telephone numbers called and a party's own telephone number (or ESN number), all of which are regularly voluntarily exposed and known to others. 885 F. Supp. at 199 (<u>citing</u> <u>Smith v. Maryland</u>, 442 U.S. 735, 742-45 (1979)).

- ▪ [redacted]                                                                  b5
                                                                               b7E

  [redacted]

22




# 4ᵗʰ Amendment
# Privacy Interest

b5
b7E

- See Kyllo v. United States, 533 U.S. 27 (2001) (use of thermal imager to measure heat emitted from home constituted a search in part because there was no objective reason for the home owner to know that a device would be routinely used to detect and measure heat emitted from his home).

b5
b7E

- See, e.g., United States v. White, 401 U.S. 745, 752 (1971) (plurality opinion) (party to conversation accepts the risk that his listener may betray his confidences); Hoffa v. United States, 385 U.S. 293, 300-03 (1966).

23

# GPS / Ping



b4
b5
b7E

24

# GEOLocation Data—E911

b4
b7E

b7E

25



# Court order: 2703(d)



- 2703(d) order— ☐                                                    **b4**
  ☐                                                                   **b5**
  - — ☐ will provision for up to ☐
    max. charge
- ☐ Language:                                                          **b7E**
  ☐

                                                                       26

# Increased Investigative Use of Technique



- b5 b7E

- **WITT policy EC** 268-HQ-1068430--serial 342 or 66F-HQ-C1384970--serial 13634 entitled Wireless Intercept and Tracking Team (WITT), dated 08/24/2004.

b5 b7E

28

FBICELL-67





# Cellular Tracking as Evidence

b5
b7E

29

FBICELL-68

 

# Protecting Sensitive Techniques

- *Qualified* Government Privilege in Non-disclosure based on ***Roviaro v. United States***, 353 U.S. 53 (1957): disclosure of identity (and testimony) of informant.

  - Generally technique, type of device, location of install, etc. is protected

    - unless Defense can establish disclosure is necessary to defense, I.e., no other/adequate means to cross-examine/test evidence; if so:

    - then Balancing of interests

    -

    b5
    b7E

    - see also Jayme S. Walker "The qualified privilege to protect sensitive investigative techniques from disclosure," LEB Vol 69 NO.5 at 26 (May 2000).

    30



# LOAN of ELSUR:
# STATE Authority



b7E

31



**Science & Technology Law Unit**

# TOPICS

- General discussion and DES/OTD policy discussion

- Law Enforcement Sensitive (LES) – what is it and why is it important

- Pen Register/Trap and Trace  and WITT

- ELSUR support for State and locals

- Other topics as time permits

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL



# General Operational Guidelines

Science & Technology Law Unit

b7E

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

# OTD Policy

Science & Technology Law Unit

b7E

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL



# Law Enforcement Sensitive



**Science & Technology Law Unit**

- Law Enforcement Sensitive (LES) collection devices, systems, techniques, and related information are not to be disclosed. Only the product of the technical operation is disclosed.
- Examples: WITT equipment is LES; CART SOPs are LES.

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL



# WITT

Science & Technology Law Unit

- WITT = Wireless Intercept Tracking Team
- WITT doesn't intercept; and
- WITT doesn't track

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL



# Legal Authority for use of Pen Register Trap and Trace - Summary

- Besides 18 USC § 3121 – 3125 (… relevant to an ongoing criminal investigation …)
- PRT&T captures "… dialing, routing, addressing, and signaling information …"
- **WITT** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  b5
- **WITT is not** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- 18 USC § 3121 states, " … no person may install or use a PRT&T device without first obtaining a court order …" (CALEA)
- The FBI may not use WITT without an order.

**Science & Technology Law Unit**

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

FBICELL-76

# Legal Authority to Deploy WITT

Science & Technology Law Unit



b5

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL



# Legal Authority to Deploy WITT

Science & Technology Law Unit

- When is a Rule 41 Search Warrant necessary? (Probable cause standard)

b5

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

The image covers most of the page as a presentation slide.



# The Requesting Agency shall <u>certify</u> that: (5.c)

- Technical Assistance will be used lawfully.(5.c.1)
- Shall not be used outside of its jurisdiction. (5.c.2)

b5

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

**Science & Technology Law Unit**

# Procedures for field office approval for technical assistance (6)

**Science & Technology Law Unit**

- The CDC <u>shall</u> review the request, the certification(s) and supporting court order and other legal process.(6.1.a)

b5

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL



# Title III vs. Pen/Trap

Science & Technology Law Unit

- Pen/Trap (non-content:                    )   b5
                                                b7E

- Title III – content of communications

                                                b5

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

b5

(2) THE USE OF FBI ELECTRONIC SURVEILLANCE EQUIPMENT IN JOINT CASES WHERE STATE AND LOCAL LAW ENFORCEMENT AGENCIES OBTAINED AUTHORITY FOR ITS USE (SEE MIOG, PART 2, 10-10.3 (8).) (RCU)

| (a) A JOINT CASE, for purposes of this section, is an investigation in which there exists significant FBI interest in the subject or subjects of a local investigation and substantial FBI investigative resources have been utilized and/or will be utilized in the planned investigation with the local agency. (RCU)

| (b) FBIHQ authority MUST be obtained prior to any use of FBI electronic surveillance equipment or personnel in furtherance of any order or authority obtained by state or local law enforcement agencies. Should approval be granted for such use, the pertinent local or state order or authority MUST contain specific language authorizing FBI participation and specifying whether the assistance is for installation, monitoring, or whatever is required.(RCU)

| (c) In requesting FBIHQ authority, the field office is to set forth the following information: (RCU)

| 1. A synopsis of the investigation conducted to date by FBI and the local agency involved, to include the date the FBI
| case was opened, as well as when the joint investigation was initiated. (RCU)

| 2. the specific SAC comments as to the value of the assistance to the FBI investigation and extent of federal control
| over local electronic surveillance. (RCU)

| 3. the exact nature of equipment to be utilized and technical assistance required, and whether the equipment is on
| hand in the requesting division. (RCU)

| 4. the specific comments of the [                    ] as to the complexity of the     b7E
equipment and the ability of the
| local agency to properly utilize technical equipment requested. (RCU)

| 5. that the local agency has valid legal authority under state or local law to conduct the electronic
| surveillance for which equipment will be utilized, to include citation of the specific statute; (RCU)

| 6. that the Chief Division Counsel or the Assistant U.S. Attorney has reviewed the affidavits and orders to be
| filed and concurs in their sufficiency; and, (RCU)

| 7. that FBI policy in limiting disclosure as set forth in Part 2, Sections 10-10.13 and 10-10.16, of this manual, will
| be honored in any subsequent local proceedings. (RCU)

2

CELLSID 006570

The above information is to be provided by appropriate communication to the attention of the Operational Technology Division, as well as to either the Criminal Investigative Division or the _____ as appropriate. (RCU)          b7E

(d) Any request for FBI assistance in the execution of a locally obtained court order which requires _____ will be handled separately and will require significant justification. Emergency requests for such assistance are to be discouraged and likely will NOT be approved. (RCU)

----Original Message----

b5
b6
b7C
b7E

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

3

*CELL/OTD 006371*

FBiCELL-95

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-04-2012 BY 65179/dmh/stp/as

b6
b7C
b7E

From:
Sent:
To:
Subject:

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b6
b7C

Per your request....

The policy verbage reads:

Title 47 United States Code- TELEGRAPHS, TELEPHONES, AND RADIOTELEGRAPHS

CHAPTER 5—WIRE OR RADIO COMMUNICATIONS

SUBCHAPTER III—SPECIAL PROVISIONS RELATING TO RADIO

Part I—General Provisions

Sec. 333. Willful or malicious interference

No person shall willfully or maliciously interfere with or cause interference to any radio communications of any station licensed or authorized by or under this chapter or operated by the United States Government.

b3
b7E

**SENSITIVE BUT UNCLASSIFIED**

1

CELL/OTD 006396

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 dmh/stp



b7E

# *Decision Based on Technical, Cost & Time Criteria*



Wireless Intercept and Tracking Team

CELL/OTD 005657

# IMPROVEMENTS/INNOVATIONS TO PROCESS:

b3
b5
b7E

b3
b5
b7E

CELL/OTD 005658

FBICELL-98



## Decision Criteria: Technical, Cost, Time

b3
b5
b7E



CELL/OTD 005659

FBICELL-99

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

16 August 2010

Federal Bureau of Investigations
935 Pennsylvania Ave. N.W.
Room 6869 JEH FBI Building
Washington DC 20535

Attention: [          ] Contracting Officer                                    b3
                                                                              b6
Subject: [          ] Proposal Dated 16 August 2010                            b7C
                                                                              b7E
Reference: [          ] Request for Proposal (RFP) dated 25 January 2010

Enclosure:  · 1) Proposal (Volume 1 - Technical and Volume 2 – Cost)

Dear [     ]

H/C is happy to provide its response to the Sponsors referenced (a) RFP for effort to be added
under the referenced [          ] contract. Our specific assumptions used in preparing this proposal
are included in both the Technical and Cost volumes.

The Consolidated Materials List (CML) for this effort currently is not finalized (non-auditable).
Our staff is working to generate an fully auditable CML which we will provide during
negotiations.

As requested this proposal shall remain valid for a period of sixty (60) days. Harris reserves the
right to revise, update, or extend the validity of this proposal should the proposed rates change
prior to negotiations.

Should you require further information please do not hesitate to contact the undersigned at [     ]
                                                                              b3
[                          ]                                                   b5
                                                                              b7C
Very truly yours,                                                             b7E

[                          ]


[                          ]

Manager, Contracts

Cc: [                ]

CELL/OTD 005662



- Tower/Sector data:
  1. is generated by the network for network purposes regardless of a LE order.
  2. is necessary to Provision of Service & a call cannot be processed without it.
  3. exists in the network as a **RECORD or Other Information** prior to its being obtained by LE.
  4. NON-Content data; not substance of a communication.
  5. is delivered only at the beginning and end of calls per CALEA J-Std



## _Qualified_ Government Privilege in Non-disclosure based on _Roviaro v. United States,_ 353 U.S. 53 (1957): disclosure of identity (and testimony) of informant.

- **Generally technique, type of device, location of install, etc. is protected**
  - unless Defense can establish disclosure is necessary to defense, I.e., no other/adequate means to cross-examine/test evidence; if so:
  - then Balancing of interests
  -
  - see also Jayme S. Walker "The qualified privilege to protect sensitive investigative techniques from disclosure," LEB Vol 69 NO.5 at 26 (May 2000).

b5
b7E



- <u>Compare</u>, <u>United States v. Van Horn</u>, 789 F.2d 1492 (11th Cir.), <u>cert. denied</u>, 479 U.S. 854 (1986) (concealed microphone in office, defendant sought information about location of device claiming necessary to demonstrate that voices on tape could have been distorted by way mic was hidden and the distortion led to misidentification of the voice), recognized a qualified government privilege not to disclose sensitive investigative techniques.

b5

- <u>With</u> <u>United States v. Foster</u>, 986 F.2d 541, 543 (D.C. Cir. 1993) (defendant sought location of observation post: officer's observation of drug transaction was key evidence implicating defendant; surveillance not taped or photographed, so no alternative evidence for jury to examine to determine whether surveillance post provided clear view from which officer could make accurate identification of defendant).



## U.S. v. Garey, 2004 WL 2663023 (M.D. Ga. Nov. 15, 2004)

- Defendant sought nature & details of pen register used to determine the geographical location of a cellular phone
- Court found the information protected by qualified investigative techniques privilege & national security privilege
- Balanced government's interest in maintaining privilege with Defendant's need for the information

- **Defendant had the <u>Product of the Surveillance</u>: the cellphone used in making threatening calls was found in defendant's house during search of residence;**
  - Defendant did not need to know how the technology traced the geographic location of the phone.
  - locating the phone in the residence confirmed the accuracy of the geographic surveillance;
  - Moreover, Defendant could challenge the technology used to establish that phone found in residence was the one that actually made the criminal calls.



# Contact Info:

b6
b7c

Assistant General Counsel,

Science &Technology Law Unit,

Office of the General Counsel

•DOJ (CCIPS): www.cybercrime.gov

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-11-2012 BY 65179/dmh/stp/as

**FOR OFFICIAL USE ONLY**



# FBI
# *Portable Electronic Device Security Management Plan (SMP) for Legacy*

*From*

*Investigative Technology Division*

b7E

*Wireless Intercept and Tracking Team (WITT)*

*09/7/2004*

*Federal Bureau of Investigation*
*935 Pennsylvania Avenue, NW*
*Room 9364*
*Washington, DC 20530*

*Prepared By:*

*WITT Program Manager*
*WITT Chief Technician*

b6
b7C
b7E

*Engineering Research Facility, Building*
*Quantico, Virginia 22135*

1

**FOR OFFICIAL USE ONLY**

FBICELL-108

# FOR OFFICIAL USE ONLY

## 1    INTRODUCTION

This document serves as the instrument for the Mobile Computing Security Program to identify requirements and assess risk, with the objective of providing an approval-to-operate. The information required for this assessment includes, but is not limited to, a complete scope of need, justification, concept of operations, technical specifications, configuration management and residual risk relative to the device being placed into service. Once completed, and if residual risk is deemed acceptable, an official EC will be generated granting a Security Management Plan (SMP) for those device(s) described within, in the manner set forth in the concept of operations. Attachments 1 and 2 are "living" documents. That is they are updated each time there is a change in the configuration, or when new devices are fielded under this SMP. Attachment 1 is the Configuration Management control document that lists the specific applications in use under this SMP. Attachment 2 is a complete listing of all devices fielded under this SMP.

## 2    MISSION BACKGROUND

The WITT provides

b3
b7E

## 3    JUSTIFICATION FOR REQUEST

b3
b7E

CELL/OTD

001542

# FOR OFFICIAL USE ONLY

FBICELL-109

**FOR OFFICIAL USE ONLY**

b3
b7E

**4   CONCEPT OF OPERATIONS**

b3
b7E

**FOR OFFICIAL USE ONLY**

FBICELL-110

## FOR OFFICIAL USE ONLY

**5    TECHNICAL DATA**

b3
b7E

**5.1**

b3
b7E

**5.2    Field Control/Storage**

b3
b7E

**5.3**

b3
b7E

CELL/OTD                001544

4

## FOR OFFICIAL USE ONLY

FBICELL-111

# FOR OFFICIAL USE ONLY

### 5.4    Technical Specifications

b3
b7E

CELL/OTD          001545

5

# FOR OFFICIAL USE ONLY

## FOR OFFICIAL USE ONLY

## 8    POINTS OF CONTACT

The ISSM has approval authority for the [              ] and is responsible for the life cycle system security.  Significant changes in configuration or usage will be submitted to the ISSM by the ISSO for approval.

Information Systems Security Manager [              ]

The ISSO is responsible for day-to-day oversight of the [              ] He is responsible for engineering, development, configuration management and ensuring that the program security requirements are met.   The ISSO also maintains an up-to-date inventory of all [              ] contained within this OP plan and to report any:

- o  Loss
- o  Changes in configuration or usage
- o  Incremental/decremental changes to the baseline to the PSO and ISSM.

WITT [              ] Information Systems Security Officer(s): [              ]

Note: In the event that an ISSM is not assigned, ISSM duties are the responsibility of the assigned security officer.

b6
b7C
b7E

b6
b7C
b7E

## 9    CONFIGURATION MANAGEMENT

Configuration management is a process that controls and manages changes (i.e., new applications, peripherals, changes in configuration, etc.) to a device or system.  By controlling changes made to a system's hardware, software, firmware, and/or documentation, throughout the system/device life cycle, configuration management is a mandatory, integral part of this overall risk management solution.  The ISSM and ISSO are responsible for managing this process.

### 9.1    *Incremental Changes*

Incremental changes to the baseline may be vetted and approved by the ISSM.  Minor changes such as the revision number of an application do not require ISSM approval but are to be tracked by the ISSO in the configuration information periodically provided to the ISSM in the configuration management document illustrated in Attachment 1.

### 9.2    *Security Architecture and Usage Changes*

Any changes affecting the security architecture including the manner in which the [              ] are used or the type of data stored on them may require a renegotiated Security Management Plan (SMP).

b7E

CELL/OTD          001555

15

## FOR OFFICIAL USE ONLY

# FOR OFFICIAL USE ONLY

## 10   RULES OF BEHAVIOR

The PEDs known as [REDACTED] covered under this SMP are granted deviations from the
standard security settings based on operational need.  These deviations have corresponding
expected rules of behavior with respect to how they are used, stored, and maintained.  These
include:

b3
b7E

### 10.1   [REDACTED] _Protection_

### 10.2   _Data Protection_

b3
b7E

### 10.3   [REDACTED]

b3
b7E

### 10.4   [REDACTED]

CELL/OTD          001556

16

# FOR OFFICIAL USE ONLY

FBICELL-123

**FOR OFFICIAL USE ONLY**

*10.5*

b3
b7E

CELL/OTD

001557

17

**FOR OFFICIAL USE ONLY**

FBICELL-124

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-12-2012 BY 65179/dmh/stp/as

b6
b7C

From:
Sent:        Friday, August 10, 2007 9:56 AM
To:
Cc:
Subject:     RE: WITT

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

8/10-14/07 would be the best.  Let us know if you want a hotel room on the beach, we may be able to hook you up.

Thanks.

b6
b7C
b7E

-----Original Message-----
From:
Sent:        Wednesday, July 25, 2007 4:24 PM
To:
Subject:     RE: WITT

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

Advise us on the available date for Sept.

-----Original Message-----
From:
Sent:        Tuesday, July 24, 2007 3:18 PM
To:
Subject: RE: WITT

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

b3
b6
b7C
b7E

Put us on the list requestin[ ]Hopefully[ ]will be prioritized for funding.  I will do an[ ]

Again[ ]and I would like to be present fo[ ]August is bad until 27th.  Early Sept,
much better.

Thanks.

-----Original Message-----
From:
Sent:        Tuesday, July 24, 2007 2:50 PM
To:
Subject:     RE: WITT

CELL/OTD    001756

9

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

We would like to see if you could work with your field office

b3
b6
b7C
b7E

-----Original Message-----
From:
Sent:          Tuesday, July 24, 2007 7:04 AM
To:
Subject:       RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

FYI [ ] has a VERY limited tech budget.  Do I need to try to fight my office for extra money next year, or is there a possibility of WITT covering the purchase sometime in the future?

-----Original Message-----
From:
Sent:          Monday, July 23, 2007 4:50 PM
To:
Subject:       FW: WITT

b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

-----Original Message-----
From:
Sent:          Monday, July 23, 2007 4:41 PM
To:
Subject:       WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Mark:

I omit to inform you that we are shipping to your office a few items that were distributed in the conference. One of which is a thumbdrive that contained the powerpoint presentation materials which should be helpful to those who couldn't attend the conference but want to know what was covered. I recalled over the course of time that you had reached out to us and asked why you were not successful

b7E

CELL/OTD   001757

[Material information including where to procure the part is shown in the enclosed attachment.]

b3
b6
b7C
b7E

<< File        pt >>

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

CELL/OTD   001758

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-15-2012 BY 65179/dmh/stp/as

b6
b7C
b7E

**From:**
**Sent:**      Thursday, April 17, 2008 9:14 AM
**To:**        ALL FBI EMPLOYEES
**Subject:**   Historical cell phone location utilizing subpoena

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

Hello all,

I was assisting _____ on a _____ case when he made a very good point which I thought share.

If you are trying to locate an individual via cellular telephone, a simple subpoena for toll records with cell site/tower location _____

_____ Request the information to be delivered in an electronic format.

b6
b7C
b7E

<u>UNCLASSIFIED</u>

CELL/OTD   001829

FBICELL-128

SECRET

b6
b7C

**From:**
**Sent:** Thursday, November 06, 2008 1:29 PM
**To:**
**Subject:** FW: WITT Technical Bulletin

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

How did you get on the WITT update email list?  Are you smart enough to turn the knobs by yourself?

FYI [        ] & I are always enjoying the mild [        ] winters.  I do admit that I miss a bit of snow now and again.

All the best,

b6
b7C
b7E

**From:**
**Sent:** Thursday, November 06, 2008 10:58 AM
**To:**
**Cc:**
**Subject:** WITT Technical Bulletin

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

b1
b3
b6
b7C
b7E

(S)

SENSITIVE BUT UNCLASSIFIED

147

CELL/OTD  001894

FBICELL-129

SECRET



Use Only

b7E

# Introduction to

CELL/OTD DO4254

1

FBICELL-130



CELL/OTD 004255



b7E

CELL/GTD OG4256                                    3

FBICELL-132

Official Use Only

b7E

CELL/QTD 004269

16

FBICELL-133



For Official Use Only

# Quick Start Guides

CELL/GTD 004274



b7E



b3
b4
b7E



For Official Use Only

b7E

b6
b7C
b7E

CELL/GTD 804277

3



b6
b7C
b7E

CELL/OTD 004282

b6
b7C
b7E

CELL/OTD 904283



b6
b7C
b7E

CELL/OTD 004284

b6
b7C
b7E

CELL/OTD 004285

FBICELL-140



b6
b7C
b7E

CELL/OTD 004286

Agenda



FBICELL-142



For Official Use Only

# Welcoming Remarks

b7E

CELL/OTD 004287

1



For Official Use Only

# Agenda – Day 1

b6
b7C

| Activity | Time | Activity Length | Presenter(s) |
|---|---|---|---|
| Welcoming Remarks | 8:30 – 8:45 am | 15 min | |
| Introduction to WITT | 8:45 – 9:00 am | 15 min | |
| Introduction to | 9:00 – 9:10 am | 10 min | |
| Introduction to | 9:10 – 9:20 am | 10 min | |
| Website Demo | 9:20 – 9:35 am | 15 min | |
| Introduction to CONOPS and Surveillance Techniques | 9:35 – 10:00 am | 25 min | |
| Break | 10:00 – 10:15 am | 15 min | |
| Introduction to Legal Issues | 10:15 – 10:25 am | 10 min | |
| Introduction to Wireless Industry | 10:25 – 10:45 am | 20 min | |
| Introduction to Mobile Phone System | 10:45 – 11:20 am | 35 min | |
| Lunch | 11:20 – 12:50 pm | 1 hr 30 min | |
| LoggerHead          Triggerfish Overview | 12:50 – 1:15 pm | 25 min | |
| LoggerHead | 1:15 – 2:45 pm | 1 hr 30 min | |
| Break | 2:45 – 3:00 pm | 15 min | |
| Lab Exercises | 3:00 – 5:00 pm | 2 hrs | |
| Wrap-up and Feedback Forms | 5:00 – 5:15 pm | 15 min | |

b7E

b3
b7E

2

CELL/OTD 004268

FBICELL-144



For Official Use Only

# Agenda – Day 2

b6
b7C

b3
b7E

| Activity | Time | Activity Length | Presenter(s) |
|---|---|---|---|
| Day 1 Review (Question and comments) | 8:30 – 8:40 am | 10 min | |
| | 8:40 – 9:00 am | 20 min | |
| | 9:00 – 9:30 am | 30 min | |
| | 9:30 – 12:00 pm | 2 hrs 30 min | WITT |
| Lunch | 12:00 – 1:30 pm | 1 hr 30 min | |
| | 1:30 – 6:00 pm | 4 hrs 30 min | WITT |
| Wrap-up and Feedback Forms | 6:00 – 6:15 pm | 15 min | |

CELL/OTD 004289

3

FBICELL-145



For Official Use Only

# Agenda – Day 3

| Activity | Time | Activity Length | Presenter(s) |
|---|---|---|---|
| Day 2 Review (Questions and comments) | 8:30 – 8:35 am | 5 min | |
| Introduction t[              ] | 8:35 – 9:10 am | 35 min | b7E |
| StingRay Overview | 9:10 – 10:10 am | 1 hr | |
| StingRa[          ] | 10:10 – 12:00 pm | 1 hr 50 min | |
| Lunch | 12:00 – 1:30 pm | 1 hr 30 min | |
| StingRay | 1:30 – 4:45 pm | 3 hrs 15 min | WITT |
| Wrap-up and Feedback Forms | 4:45 – 5:00 pm | 15 min | |

b7E
b6
b7C

CELL/OTD 004290

4

FBICELL-146



For Official Use Only

# Agenda – Day 4

| Activity | Time | Activity Length | Presenter(s) | |
|---|---|---|---|---|
| Day 3 Review (Questions and comments) | 8:30 – 8:40 am | 10 min | | b6 b7C |
| StingRay | 8:40 – 11:30 am | 2 hrs 50 min | | |
| Lunch | 11:30 – 1:00 pm | 1 hr 30 min | | |
| StingRay | 1:00 – 4:45 pm | 3 hrs 45 min | WITT | b7E |
| Wrap-up and Feedback Forms | 4:45 – 5:00 pm | 15 min | | |

CELL/OTD 004291

5



For Official Use Only

# Agenda – Day 5

b3
b7E

| Activity | Time | Activity Length | Presenter(s) |
|---|---|---|---|
| Day 4 Review (Questions and comments) | 8:00 – 8:10 am | 10 min | |
| StingRay | 8:10 – 10:15 am | 2 hrs 5 min | |
| Feedback Forms | 10:15 – 10:30 am | 15 min | |
| Lunch | 10:30 – 1:00 pm | 2 hrs 30 min | |
| Wrap-up, Closing Remarks, and Dismissal (Collect Badges, Ship Equipment) | 1:00 – 4:00 pm | 3 hrs | |

b6
b7C

CELL/OTD 004292

WITT Intro



FBICELL-149

For Official Use Only

# WITT Program Overview

b7E

For Official Use Only

## Organizational Chart

b7E

CELL/OTD 004293

1

FBICELL-150



**WITT Program Theory**

Wireless technology is ingrained in our modern society.

b7E



**WITT Program Mission**

...AND YOUR INPUT & INVOLEMENT IS KEY!

b7E

CELL/OID 004294

2

FBICELL-151

For Official Use Only

**Program Growth**

b7E

- 2004 – Wireless Intercept and Tracking Team (WITT)

For Official Use Only

b3
b4
b7E

CELL/OTD 004295

3

For Official Use Only

WITT Headquarters Team

b6
b7C
b7E

CELL-OTD 004296

4

b7E



FBICELL-154



WITT

b7E



For Official Use Only

Why Regions

b7E

CELL/OTD 004297                    1

FBiCELL-155

b7E

b7E

CELL/OTD 8042

2

FBICELL-156



b7E



b7E

CELL/OTD 004299                    3

FBICELL-157



b6
b7C
b7E

CELL/OTD 004300

4

Intro

b7E

For Official Use Only

b7E

For Official Use Only

b3
b7E

CELL/OTD 004301

1

FBICELL-160



b7E

b3
b7E

CELL/OTD 004302

2



b3
b7E



b3
b7E

FBiCELL-162

For Official Use Only

b3
b7E

For Official Use Only

b7E

CELL/OTD 004384

4

FBICELL-163

Website Demo



FBICELL-164

((IQ))
For Official Use Only

# WITT Website Demonstration

b7E

---

((IQ))
For Official Use Only

## Effective Tools – WITT Web Site

- PURPOSE: To provide information, interactive media                                    WITT

- ACCESS

b7E

- URL:

- NETWORK CLASSIFICATION: Secret

CELL/OTD 004305

1



b6
b7C
b7E



b6
b7C
b7E

CELL/OTD 0043

2



b6
b7C
b7E



b6
b7C
b7E

CELL/OTD 004307

3

FBICELL-167



b7E
b6
b7C
b3



b6
b7C
b7E
b3

CELL/OTD 004308

4



b7E



b7E

CELL/OTD 004389

5

FBICELL-169



For Official Use Only

# CONOPS

b7E

For Official Use Only

Surveillance Players

b7E

CELL/OTD 004310

1

FBICELL-171



b3
b7E



b3
b7E

CELL/OTD 004311

2



b3
b7E



b3
b7E

CELL/OTD 004312

3

FBICELL-173

For Official Use Only

**Scenario 2**

b3
b7E

For Official Use Only

**Scenario 3**

b3
b7E

CELL/OTD 004343

4

((o))
wiki

For Official Use Only
**Scenario 3**

b3
b7E

((o))
wiki

For Official Use Only
**Scenario 4**

b3
b7E

CELL/OTD C04314

5

FBICELL-175



b3
b7E

b3
b7E

CELL/OTD 004315

6



b3
b7E

CELL/OTD 004316

7

Legal Issues



FBICELL-178



For Official Use Only

# Legal

b7E

For Official Use Only

### Legal Guidelines

- Legal considerations await the OGC's review, analysis, and approval
- Additional Legal and Policy issues being identified
- Updates and reference material will be posted on the WITT web site
- Any specific legal question, guidance, or advice should be referred to your CDC and/or to the OGC

CELL/STD 004317

1



For Official Use Only

## Preliminary Issues

- Pen Registers
- Title III
- Search Warrants
- Disclosure and Evidentiary Considerations
- Safety Issues

b7E

CELL/DTD 004318

2



b7E





CELL/OTD 004325

1



For Official Use Only

## Overview: Cellular Components

While multiple access techniques are employed in mobile systems, cellular systems share common system components

b7E



For Official Use Only

## Cellular System Frequency Bands

Communication between the mobiles and the network occur in two frequency bands in the United States*

Cellular Spectrum Allocations in North America

PCS Spectrum Allocations in North America

* Nextel's iDEN solution operates in the 806-824MHz and 851-869MHz frequency bands

CELL/OTD 004326

2

FBICELL-183



b7E



b7E

CELL/OTD 004327          3



b3
b7E



b3
b7E

CELL/OTD 004328                    4

FBICELL-185



b3
b7E



b3
b7E

CELL/OTD 004329

5



b3
b7E



b3
b7E

CELL/STD Q04330

6



b3
b7E

For Official Use Only

## Access Technologies

There are currently five cellular technologies in use in the U.S. market
- AMPS      (10% Market Share)
- TDMA (IS-136)      (20%* Market Share)
- GSM      (17% Market Share)
- CDMA      (46% Market Share)
- iDEN      ( 7% Market Share)

b7E

\* Carriers are converting TDMA systems to GSM

CELL/GTD 004331

7

For Official Use Only

## AMPS (Advanced Mobile Phone Service)

- Background
  - Initial U.S. cellular system
  - Reached feasible system capacity limits in mid 90s
- Limitations
  - Provides basic voice service
  - No additional services: Digital Messaging, Location based services, etc.

b3
b7E

For Official Use Only

## TDMA (Time Division Multiple Access)

- Background
  - Technology was the first commercially available digital cellular technology in U.S.
  - Provides increased system capacity and advanced digital services
- Technology

b3
b7E

- U.S. TDMA systems being replaced with GSM systems

CELL/QTD 004332

8

FBICELL-189



For Official Use Only

## GSM (Global System for Mobile Communications)

- Background
  - Technology first introduced in Europe and migrated to the U.S.
  - Provides increased system capacity, advanced digital services and ability to offer seamless international mobile operation
- Technology
  - Multiplex users by assigning unique operating time slots in shared frequency channels

- **GSM is the most widely adopted cellular technology in the world**

b3
b7E

17



For Official Use Only

## General Trends

- CDMA and GSM phones will dominate near term U.S. market
  - 33 percent of the market (with conversion of IS-136 systems to GSM)
- 3G Systems will be CDMA based
- Carriers will continue to develop enhanced features



FBICELL-190

Loggerhead
Triggerfish

b3
b7E



FBICELL-191

For Official Use Only

# LoggerHead
## Triggerfish Overview

b3
b7E



For Official Use Only

b3
b7E

CELL/OTD 004334

1

FBICELL-192



b7E

CELL/OTD 004341

8

Intro to



b7E



Introduction to

b7E



b3
b7E

ALL/DTD 004342

1

Overview



FBICELL-196

b3
b7E



FBICELL-197

b3
b7E



For Official Use Only

Goal – Learn operation of equipment in simulated case environment

- Agenda
  - EQUIPMENT SET UP
  - SCENARIO #1
  - SCENARIO #2
  - SCENARIO #3

b3
b7E

CELL/OTD 004357

1

((·Q·)) For Official Use Only    Scenario #1

- Set up

- Location

b7E

((·Q·)) For Official Use Only    Scenario #2

- Set up

- Location

b7E

CELL/OTD 004358    2

For Official Use Only

Scenario #3

- Set up

- Location

b7E

CELL/OTD 004359

3

b7E

For Official Use Only

# Introduction to

b7E

For Official Use Only

b3
b7E

**StingRay Function**



CELL/OTD 004370

2



FBICELL-204

StingRay Lab/
Field Exercises

BICELL-205





b7E

b3
b7E

CELL/OTD 004393

1



b7E

b3
b7E

CELL/OTD 004394

1



CELL/STD 004395

b7E

b7E

2



b7E



b3
b7E

CELL/OTD 004396

1





b7E

b3
b7E

CELL/OTD 0043

1

For Official Use Only

**Scenario # 3**

• Set up

• Location

b7E

For Official Use Only

**Scenario # 4**

• Set up

• Location

b7E

CELL/OTD 004398

2

FBICELL-211

Appendices

FBICELL-212

FBICELL-213



b7E



For Official Use Only

# Useful Acronyms



For Official Use Only

**Acronyms**

AMPS – Advanced Mobile Phone Service
BSC – Base Station Controller
BSID – Base Station ID
BTS – Base Transceiver Station
CDMA – Code Division Multiple Access
DSSS – Direct Sequence Spread Spectrum
DF – Direction Finding
ESN – Electronic Serial Number
FDMA – Frequency Division Multiple Access
GSM – Global Standard for Mobile Communication
HLR – Home Location Register
iDEN – Integrated Dispatch Enhanced Network
IMEI – International Mobile Equipment Identity
IMSI – International Mobile Subscriber Identity
MIN – Mobile Identification Number
MSC/MTSO – Mobile Switching Center/ Mobile Telephone Switching Office
NID – Network IDentification

2

CELL/OTD 004399

1



For Official Use Only

Acronym Control

PA – Power Amplifier
PCS – Personal Communications Service
PN – Psuedo Noise
PSTN – Public Switched Telephone Network
PTT – Push-to-Talk
RF – Radio Frequency
SID – System IDentification
TDMA – Time Division Multiple Access

TMSI – Temporary Mobile Subscriber Identity
VLR – Visitor Location Register
WITT – Wireless Intercept & Tracking Team

b7E

CELL/OTD 004400

2

b7E



For Official Use Only

# Glossary



For Official Use Only · Glossary

**Access Channel** – Reverse CDMA channel used by mobile stations for communicating to the base station

**Advanced Mobile Phone Service (AMPS)** – First U. S. cellular standard; based on analog FDMA technology

**Base (Transceiver) Station (BTS)** – Fixed radio site communicating with mobiles within a geographical area

**Base Station Controller (BSC)** – Interface between base stations and the switch which conveys switch commands to the appropriate base station and base station requests to the switch

**Camped** – When a mobile is not on a call but actively monitoring the paging or control channel

**Cellular Phone** – Portable radio used to communicate wirelessly in a network

**Code Division Multiple Access (CDMA)** – Spread spectrum technology which uses codes to differentiate signals sharing the same frequencies

**Collection** – Assimilating and storing of intercepted identity information and call content

**Forward Channel** – Radio channel on the forward or reverse link used to send commands and requests

**Direct Sequence Spread Spectrum** – Technique employed in US cellular CDMA systems which uses codes shared between sender and receiver to spread transmitted data and send over the air

**Direction Finding (DF)** – A technique used to identify the location of a radio signal



CELL/OTD 004401

1

FBICELL-216

b7E



**For Official Use Only**

## Glossary Cont'd

**Downlink** – *See* Forward Link

**Ec/Io** – Ratio (in dB) between the Pilot Channel signal energy and the total interference in the received bandwidth

**Electronic Serial Number (ESN)** – Unique serial number programmed into the memory of a mobile phone by the manufacturer

**Forward Link** – From the base station to the mobile

**Frequency Division Multiple Access (FDMA)** – Multiplexing technique which uses frequency to distinguish users

**Global Standard for Mobile Communications (GSM)** – Cellular technology utilizing TDMA techniques which originated in Europe

**Home Location Register (HLR)** – Database containing mobile subscriber information for locally registered mobiles

**Idle** – *See* Camped

**Integrated Dispatch Enhanced Network (iDEN)** – Proprietary cellular technology utilized by Nextel

**Intercept** – Reception of communications between a subject and his serving network

**International Mobile Equipment Identity (IMEI)** – Code uniquely identifying the mobile station hardware

**International Mobile Subscriber Identity (IMSI)** – Method of identifying stations in the land mobile service

3



**For Official Use Only**

## Glossary Cont'd

**Handoff** – Transferring communication with a mobile station from one base station to another

b3
b7E

**Long PN Code** – 42-bit pseudo-random code used to uniquely identify CDMA mobile stations on the uplink

**Mobile Identification Number (MIN)** – Telephone number associated with a mobile phone

**Mobile Station** – *See* Cellular Phone

**Mobile Switching Center (MSC)** – Switch connecting the cellular network to the PSTN which coordinates call routing in a given service area

**Mobile Telephone Switching Office (MTSO)** – *See* Mobile Switching Center

**Multipath** – Radio signals from the transmitter arriving at the receiver via a number of different paths

**Neighbor Channel** – One of a group channels that are probable candidates for handoff

**Network Identification (NID)** – Number uniquely identifying a network within a cellular system

**Paging Channel** – Walsh code channel in the CDMA forward channel used for transmission of control information and pages from the base station to the mobile

**Pilot Channel** – Signal transmitted continuously by CDMA base stations allowing mobiles to acquire base station timing and assess signal quality

4



CELL/OTD 004402

2

b7E



For Official Use Only

**Glossary Cont'd**

**PN Code Offset** – One of 512 time offset versions of the Short PN Code used to identify CDMA base station sectors in a network

**Power Amplifier (PA)** – Provides gain in a transmitter

**Public Switch Telephone Network (PSTN)** – Collection of interconnected voice-oriented public telephone networks

**Radio Frequency (RF)** – Radio signals between 9 kHz-300 GHz

**Registration** – Process by which a mobile station identifies its location and parameters to a base station

**Reverse Link** – From the mobile to the base station

**Short PN Code** – 15-bit pseudo-random code used to uniquely identify CDMA base station sectors in a network

**Short PN Code Offset** – *See* PN Code Offset

**Sync Channel** – Walsh code channel 32 in the CDMA forward channel which transports the synchronization message to the mobile

**System Identification (SID)** – Number uniquely identifying a cellular system

**Temporary Mobile Station Identity (TMSI)** – Temporary mobile station identification assigned by the base station

**Time Division Multiple Access (TDMA)** – Multiplexing technique which uses frequency and time to distinguish users

**Traffic Channel** – Communicating path between a mobile station and base station used to transport call content and commands



For Official Use Only

**Glossary Cont'd**

**Uplink** – *See* Reverse Link

**Visitor Location Register (VLR)** – Database containing mobile subscriber information for mobiles active in the local system but registered in another cellular system

**Walsh Codes** – 64 orthogonal codes used to define CDMA communication subchannels on the forward link

CELL/OTD 004403

3

FBICELL-218

CONOPS/
Legal



FBICELL-219



For Official Use Only

# CONOPS Case Studies

b7E

---

For Official Use Only

## Recent Case Studies – Sample Case 1

Background:   • WITT contacted to help

b7E

CELL/OTD  004404

1

For Official Use Only

## Recent Case Studies – Sample Case 2

**Background:**   • WITT contacted to help

b7E



For Official Use Only

## Recent Case Studies – Sample Case 3

**Background:**   • WITT contacted to help

b7E

CELL/OTD 004405

2

For Official Use Only

## Recent Case Studies - Sample Case 4

**Background:** • WITT contacted to help

b7E

CELL/OTD COMSO

3

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

_____ (FBI)

From: _____ (OTD) (FBI)
Sent: Wednesday, May 16, 2007 9:23 AM
To:

Subject:

                                             b6
                                             b7C
                                             b7E

**UNCLASSIFIED**
**NON-RECORD**

I have contacted Harris, and they are looking into the situation.  This was looked into as part of

I'll forward their (Harris) answer to all.

-----Original Message-----
From:
Sent: Monday, May 14, 2007 1:09 PM
To:

Cc:
Subject:

**UNCLASSIFIED**
**NON-RECORD**

                                             b4
                                             b6
                                             b7C
                                             b7E

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 000999

1

FBICELL-224

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

b6
b7C
b7E

(OTD) (FBI)

**From:** _____ (OTD) (FBI)
**Sent:** Thursday, July 05, 2007 10:30 AM
**To:**

**Cc:**
**Subject:** 2007 WITT Conference (Cell Phone Tracking)

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

Comrades,

Last week I attended the **2007 WITT Conference.** Many cell tracking matters were discussed. <u>Since we all hate e-mail, I am going</u> to pick the top 15 bullets and try to keep it short. Please feel free to forward this info to _____ And if you don't want to read it, you don't hurt my feelings.

b4
b6
b7C
b7E

1

CELL/OTD 001002

FBICELL-226

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

b3
b6
b7C
b7E

**(OTD) (FBI)**

From:
Sent:                    Monday, April 16, 2007 10:48 AM
To:
Cc:

Subject:

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Thanks for taking the initiative to help the office out with this service. mpk

*SSA*

b6
b7C

-----Original Message-----
From:
Sent:        Thursday, April 12, 2007 2:21 PM
To:

b6
b7C
b7E
b3

Subject:

For those of you who send out administrative subpoenas for telephone subscriber information,

As most of you are aware, a consumer is entitled to take their phone number to any phone
company they so choose.

*CELL/OTD 000992*

FBICELL-227

b6
b7C
b3
b7E

<< File            EC.wpd >>

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 000993

2

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

b3
b6
b7C
b7E

**(OTD) (FBI)**

**From:**
**Sent:** Friday, April 27, 2007 10:14 AM
**To:**

**Cc:**

**Subject:** New _____ for StingRa

**UNCLASSIFIED**
**NON-RECORD**

Please note that the installation guide to upgrade your Harris equipment is included _____ if you are experiencing difficulty whereby the _____ please contact and email us the serial number of your equipment. _____ Stingray _____ Harris _____ We will provide a workaround solution to those limited few that experience this problem.

b6
b7C
b7E

**UNCLASSIFIED**

CELL/OTD 000994

1

FBICELL-229

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

b3
b6
b7C
b7E

**From:**
**Sent:**        Monday, April 30, 2007 10:08 AM
**To:**

**Subject:**        Additional Info on [                    ] for StingRay [          ]

**UNCLASSIFIED**
**NON-RECORD**

Please attempt to perform the install of the [                ] StingRay [            ] nit first before updating the          b6
[                            ] If the [                                              ] step as described below,          b7C
then[                ] land report to us the problem and provide us the serial number of your equipment. Do not attempt to          b7E
[                                          ] is not successful.

Please report to WITT when the [                                    ] is completed so that we can document the
procedure. Offices that do not report in will be assume to have not completed [                    ]

Thanks,

-----Original Message-----
**From:**                                                                                                      b6
**Sent:**        Friday, April 27, 2007 10:14 AM                                                               b7C
**To:**

CELL/OTD 000995

FBICELL-230

Cc:
Subject: New          for StingRay

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Please note that the installation guide to upgrade your Harris equipment is included         If you are experiencing difficulty whereby the                             please contact and email us the serial number of your equipment.

We will provide a workaround solution to those limited few that experience this problem.

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 000996

2

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

b6
b7C
b7E

**From:**
**Sent:**          Wednesday, May 09, 2007 1:22 PM
**To:**

**Subject:**                                    and other guidance)

**<u>SENSITIVE BUT UNCLASSIFIED</u>**
**<u>NON-RECORD</u>**

FYI

Just passing on some information about using a                                          b7E
                          If you all have time to verify some of the below information, please do so.  Feedback is the best way to
figure out where the loop-holes are.

- This means that you should not incurr the

- I verified the above information on the                                           If you have a
  chance to buy some                              and are able to do the same kind of testing, please do and send
  feedback

b6
b7C
b7E

- 

- 

Thanks to everyone involved so far.

CELL/OTD 000997

1

FBICELL-232

b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 000998

2

FBICELL-233

CELL/OTD   027706

FBICELL-235

CELL/OTD   O28079

FBICELL-243

23-Mar Travel (Arrive)
       Inform Coordinator of arrival / Issues
       Equipment Delivery
24-Mar    830 Arrive / Introductions
          900 Scenario Description        5
             Goals / Objectives        10
             Pre-Deployment Functions    5
       1000 Break
       1015
       1100
       1200 Lunch (1.5 HOURS)
       1330
       1430
       1530
       1630
25-Mar    830 Arrive / Issues
        900
       1100
       1200 Lunch (1.5 HOURS)
       1330
       1630
26-Mar    830 Arrive Station
    ?? 
27-Mar    830
    ??
28-Mar    1200 Lunch (1.5 HOURS)
       2100 Event
29-Mar      NO EVENT
30-Mar    830 Arrive / Issues
        900
       1100
       1200 Lunch (1.5 HOURS)
       1330 In-house Demonstrations / Exercises
       1630 End
31-Mar      Practice Sessions
 1-Apr      Practice Sessions
 2-Apr      Practice Sesions / Packup (Noon)
 3-Apr Travel (Return)

b3
b7E



CELL/OTD 004543

SECRET//ORCON/NOFORN//20350319

(S)

b1
b3
b7E

By

FEDERAL BUREAU OF INVESTIGATION

2010

CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 11-26-2037
DATE: 11-26-2012

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

Approved by

Reviewed by

b7E

*This document contains information that, in whole or in part, are controlled by originator, and not to be disseminated without prior approval from the Federal Bureau of Investigation*

Formatted: Font: Bold, Italic

Formatted: Underline

Formatted: Font: Bold, Italic, Underline

Formatted: Font: Bold, Italic, Underline

SECRET//ORCON/NOFORN//20350319

CELL/OTD   019338

CLASSIFIED BY 65179 DMM/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-31-2037
DATE: 10-31-2012

# S&T: FBI FY 2009 Mid-Year Review: Performance Report

Initiative Topic:

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b7E

| Key Project, Sub-Project, or Other Component Part of Initiative | Baseline FY 2009 Funding ($K)* | % Obligated* Includes Committed | % Expended* | Project's Contribution to Initiative |
|---|---|---|---|---|
| | | 100% | 0% | |
| | | 100% | 0% | |
| | | 100% | 0% | |
| | | 100% | 0% | |
| | | 100% | 0% | |
| | | | 0% | |
| | | 100% | 0% | |

(S)

(U//FOUO)

b7E

SECRET

b1
b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-02-2012 BY 65179 DMH/STW

# *Critical Unfunded*

| | |
|---|---|
| Unit: | TTU |
| Short Title: | WIRELESS INTERCEPT AND TRACKING TEAM (WITT) |
| Shortfall Amount: | |
| Account(s): | |
| Cost Center: | |
| One-Time or Recurring Requirement | |
| Existing Contract(s): | YES |
| Unit Rank: | 1 |
| SC Rank: | |
| AD Rank: | |
| | |

b7E

**Description of your shortfall:**

specific amplifiers. This request shall provide capability not currently available and identified as
a critical gap in locating/tracking wireless devices.

**Why is this critical?**

b7E

**Why can't you cover this with your current base funding?** [                    ]   b7E

[            ]although has insufficient funding available to cover [            ]

[        ] The cost of [                    ]far exceeds current base funding as required.

**What is the impact if you are unable to obtain funding for this?**

CELL/OTD 008062

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

[DATE], 20[YY]

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-02-2012 BY 65179 DMH/STW     b7E

Re: [redacted] and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

Dear [redacted]

We have been advised by [redacted] of the [redacted] Consistent with the conditions on the equipment [redacted] must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement [redacted]     b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page 1 of 6

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

b7E

and

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page 5 of 6

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [                    ]s acceptance of the above conditions shall be
evidenced by the signatures below of an authorized representative

b7E

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this _____ day of _____

b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CELL/OTD 014565

FBICELL-268

~~SECRET~~

SECRET//NOFORN

(FBI seal) **FBI Project Reviews**

# Tracking Technology Unit

SECRET//NOFORN

~~SECRET~~

b6
b7C

b3
b7E

CELL/OTD 000828

CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 11-14-2037
DATE: 11-14-2012

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

SECRET



FBI001:

OVERVIEW

(S//NF)

Text – Arial 14

A

b3
b7E

SECRET

SECRET



b3
b7E

b1
b3
b7E

b1
b3
b7E

SECRET

SECRET



**FBI001:**

(S//NF) DEPENDENCIES & COLLABORATION

SCHEDULE

Text – Arial 14

MISSION IMPACTS & SUCCESSES

**Mission Impacts:**
Text – Arial 14

**Success Stories:**
Text – Arial 14

b3
b7E

b1
b3
b7E

(S)

C

SECRET

SECRET

SECRET//NOFORN

**FBI001:**

b3
b7E

(S//NF)                                    DELIVERABLES

(S)

**Deliverable Description:**
Text – Arial 14

**Quantity:**

b1
b3
b7E

| Customers | Deliverable Type | Capability Maturity Level | Maturity Date |
|---|---|---|---|
| Text – Arial 10 | | | |

TECHNICAL PERFORMANCE

Text – Arial 14

SECRET//NOFORN

D

SECRET

SECRET



FBI015:

(S//NF)                          OVERVIEW

Text – Arial 14

A

SECRET

b3
b7E

CELL-OTD 000685

SECRET



FBICELL-275

SECRET



b3
b7E

(S//NF)   DEPENDENCIES & COLLABORATION

SCHEDULE

**FBI015:**

(S)

Text – Arial 14

   b1
   b3
   b7E

**Collaboration\Level:**
N/A

CUSTOMERS & REQUIREMENTS

MISSION IMPACTS & SUCCESSES

**Customers/Users:**
OTD/TTU

**Mission Impacts:**
Text – Arial 14

**Requirements:**

**Success Stories:**
Text – Arial 14

C

CELL/OTD 009885

SECRET



SECRET

SECRET//ORCON//NOFORN

**FBIO15:**

b3
b7E

(S/NF)                           DELIVERABLES

(S)

**Deliverable Description:**
Text – Arial 14

**Quantity:**

| Customers | Deliverable Type | Capability Maturity Level | Maturity Date |
|---|---|---|---|
| Text – Arial 10 | | | |

b1
b3
b7E

TECHNICAL PERFORMANCE

Text – Arial 14

D

SECRET

SECRET

CELL/OTD 00986



FBICELL-278

SECRET



FBI016:

(S//NF)     PROJECT IDENTIFICATION          PERFORMANCE SUMMARY

b1
b3
b6
b7C
b7E

COST/FUNDING (,000)          RISKS & ISSUES

**Risks:**
Text – Arial 14

**Issues:**
Text – Arial 14

b1
b3
b7E

B

SECRET

~~SECRET~~



**FBI016:**

(S//NF)  DEPENDENCIES & COLLABORATION

SCHEDULE

Text – Arial 14

b1
b3
b7E

**Collaboration\Level:**
N/A

CUSTOMERS & REQUIREMENTS

MISSION IMPACTS & SUCCESSES

**Customers/Users:**
OTD/TTU

**Mission Impacts:**
Text – Arial 14

**Requirements:**

**Success Stories:**
Text – Arial 14

C

~~SECRET~~

SECRET



SECRET



FBICELL-282

SECRET



**FBI020:**

b1
b3
b6
b7C
b7E

(S//NF)   PROJECT IDENTIFICATION          PERFORMANCE SUMMARY

(S)

COST/FUNDING (,000)                    RISKS & ISSUES

**Risks:**
Text – Arial 14

b1
b3
b7E

**Issues:**
Text – Arial 14

B

SECRET

FBICELL-283

SECRET

## FBI020:

CLASSIFICATION SXN

**(S/NF)** DEPENDENCIES & COLLABORATION

SCHEDULE

Text – Arial 14

**Collaboration\Level:**
N/A

CUSTOMERS & REQUIREMENTS

**Customers/Users:**
OTD/TTU

**Requirements:**

MISSION IMPACTS & SUCCESSES

**Mission Impacts:**
Text – Arial 14

**Success Stories:**
Text – Arial 14

C

SECRET

b1
b3
b7E

CELL/OTD 000903

SECRET

**FBI020:**

SECRET//NOFORN

(S//NF)                          DELIVERABLES

b1
b3
b7E

(S)

**Deliverable Description:**
Text – Arial 14

**Quantity:**

| Customers | Deliverable Type | Capability Maturity Level | Maturity Date |
|---|---|---|---|
| Text – Arial 10 | | | |

TECHNICAL PERFORMANCE

Text – Arial 14

D

SECRET//NOFORN

SECRET

SECRET



SECRET



SECRET

SECRET

**FBI022:**

b1
b3
b6
b7C
b7E

(S)

(S//NF) **DEPENDENCIES & COLLABORATION**

**SCHEDULE**

Text – Arial 14

CELL/OTD 00987

**CUSTOMERS & REQUIREMENTS**

**MISSION IMPACTS & SUCCESSES**

**Customers/Users:**
OTD/TTU

**Mission Impacts:**
Text – Arial 14

**Requirements:**

**Success Stories:**
Text – Arial 14

C

SECRET

FBICELL-288

SECRET



b1
b3
b7E

SECRET



b7E

**DOJ/CCIPS**: Pen/Trap **order**

any "signaling information" transmitted from a cellular telephone to:

1) Identify a target phone **or**
2) Locate a phone

DOJ: **"signaling information"** is any non-content information "transmitted by" a telephone instrument



# General Operational Guidelines

b7E

b7E

# The Computer Trespasser
# Exception (continued)

Practice tips:



b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-09-2012 BY 65179 DMH/rs

**From:**
**Sent:** Thursday, October 12, 2006 1:57 PM
**To:**
**Cc:**

**Subject:** RE:             Trip Report to

b6
b7C
b7E

<u>**SENSITIVE BUT UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

b3
b6
b7C
b7E
b5

b3
b6
b7C
b7E

1

CELL/OTD 000502
FBICELL-293

b3
b6
b7C
b7E
b5

Thanks,

——Orig
From:
Sent:        Tuesday, October 10, 2006 3:45 PM
To:
Cc:
Subject:            Trip Report

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

The intent of this email is to provide a brief sypnosis of the events found, verified, and validated and to solicit feedback
if the reported items are incomplete or inaccurate. A comprehensive white paper shall be produced, made available
on the WITT website, and be announced to all of the          An EC shall also be forthcoming.

b3
b5
b7E

2

FBICELL-294

b3
b5
b6
b7C
b7E

A [          ] shall be presented in the white paper.

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

3

CELL/OTD 008564

CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (C)
DECLASSIFY ON: 11-13-2037
DATE: 11-13-2012

b6
b7C
b7E

From:
Sent:                    Thursday, July 13, 2006 11:18 AM
To:
Cc:

Subject:                 EC from VC-WITT

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

SECRET//NOFORN
RECORD 66f-hg-1410124f

As we discussed last week, I emailed [          ] and asked for a copy of the EC that VC-WITT submitted to OTD for additional [                              ] sent me the attached EC, which was uploaded on the system around the end of June.

OTD.Equipment.Re
quest EC.wpd

[          ] of the Stingray [                              ]

b1
b3
b6
b7C
b7E

(S)

(S)   [          ] FBI/OTD
      Unclass email lmurray@fblacademy.edu

(S)   [          ]   Non-Secure
                     Stu3
                     Cell
                     Pager

CLASSIFIED BY: 74484 OTD/FO,OTD
REASON: 1.5(a)
DECLASSIFY ON: 20160743
SECRET//NOFORN

1

CELL/OTD 007905

FBICELL-296

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-13-2012 BY NSICG F85M26K45

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  PRIORITY                    Date:   06/28/2006

To:                                                                    b6
                                                                       b7C
                                                                       b7E

    OTD                         Attn:  AD Kerry E. Haynes.            b6
                                       UC                             b7C
                                       SSA                            b7E

                                                CELL/OTD 007906

b6
b7C
b7E

**From:**  Criminal Investigative
VCS/VCU, Room
Contact:

**Approved By:**

**Drafted By:**

**Case ID #:**  62F-HQ-C1522631 (Pending)
7C-HQ-C1510131

**Title:**  CRIMINAL INVESTIGATIVE DIVISION (CID);
Violent Crime - Wireless Intercept and Tracking Teams
(VC-WITT)

CHILD ABDUCTION RAPID DEPLOYMENT TEAMS;
VIOLENT CRIMES PROGRAM

**Synopsis:**  Request necessary equipment to facilitate outfitting

b6
b7C
b7E

**Details:**  For information, the captioned initiative was approved
by A/EAD             A/AD                  , and AD Kerry E.
Haynes to assist violent crimes supervisors with

These facts,
coupled with violent crimes investigations remaining a number
eight priority in the FBI, place an extreme burden on violent
crimes resources.

CID/VCU, working closely with OTD and CID/CACU, recently
coordinated the purchase of      StingRay

b3
b7E

CID's original      VC-WITT members have received extensive

To facilitate the fielding of

2

CELL/OTD 007907

62F-HQ-C1522631 (Pending)

these _____ OTD coordinated the _____ StingRays,                    b3
                                                                                          b7E

        As of 06/16/2006, CID coordinated the training of [____]
additional VC-WITT members from the following offices:

_____

_____ Accordingly, CID requests OTD to identify
StingRays, all appropriate supporting equipment, _____
_____ to support the newly
trained VC-WITTs _____ Should
listed equipment not be available through OTD, CID requests OTD
consider the loan of additional equipment until such time CID can
fund the additional purchase of equipment.

        VC-WITT trained agents are working _____           b7E

_____

_____ VC-WITT trained agents will serve _____

3

FBICELL-299

62F-HQ-C1522631 (Pending)

LEAD(S):

b7E

4

CELL/OTD 007909

62F-HQ-C1522631 (Pending)

b7E

OPERATIONAL TECHNOLOGY DIVISION

AT QUANTICO, VA

CID requests OTD to identify [    ] StingRays, all appropriate supporting equipment, [                    ] to support the newly trained VC-WITTs in [                    ] Should listed equipment not be available through OTD, CID requests OTD consider the loan of additional equipment until such time CID can fund the additional purchase of equipment.

b3
b7E

b7E

5

CELL/OTD 007910

FBICELL-301

62F-HQ-C1522631 (Pending)

b7E

Read and clear.

CC:  1- Executive Staff for Strategic
         Planning and Coordination
      1- Special Assistant to the AD

♦♦

6

CELL/OTD 007911

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-29-2012 BY 65179/dmh/stp/as

Exercise Overview
Co-op Missions
Day 2

2.01

Equipment Day 1 and Day 2



- Student Disk

b3
b7E

CELL/OTD      018982

1



**Wireless Intercept and Tracking Team**

- ■ Use CALEA Information

- ■

- ■ CALEA

b3
b7E

CELL/OTD 024484

2

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-30-2012 BY 65179/dmh/stp/as

b3
b7E



**Version 7.0**

**25 March 2010**

**Law Enforcement Sensitive**

CELL/OTD   020596

The Federal Bureau of Investigation (FBI) requires that contractors shall not divulge, publish, or disclose information or produce material acquired as or derived from the performance of their duties. For purposes of this clause, "Information" shall include but not limited to: In any media or all media including on the Web or Websites; publications, studies, books, thesis, photographs, press releases describing any part of the subject matter of this contract or any phrase of any program hereunder, except to the extent such is:

    (i) Already known to the contractor prior to the commencement of the contract

    (ii) Required by law, regulation, subpoena or government or judicial order to be disclosed, including the Freedom of Information Act.

No release of information shall be made without the prior written consent of the Office of Public Affairs and the Contracting Officer. The contractor and the author are warned that disclosure is not without potential consequences. The FBI will make every effort to review proposed publication in a timely manner to accommodate theses and other publications. Where appropriate, in accordance with established academic publishing practices, the FBI reserves the right to author/coauthor any publication derived from this contract. These obligations do not ease upon the completion of the contract.

Law Enforcement Sensitive

CELL/OTD    020597

# TABLE OF CONTENTS

1.    SCOPE................................................................................................................2
  1.1.   Document Overview.....................................................................................2

2.    APPLICABLE DOCUMENTS.............................................................................3
  2.1.   Government Documents................................................................................3
  2.2.   Non-Government Documents.......................................................................3

b3
b7E

**Law Enforcement Sensitive**

CELL/OTD   020598

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-03-2012 BY 65179/dmh/stp/as

UNCLASSIFIED//FOUO/LES






b3
b6
b7C
b7E

TTU

EB

March 28, 2012

UNCLASSIFIED//FOUO/LES

CELL/OTD   027389

FBICELL-308

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/STW

**2011 FUNDING**

| PROJECT NAME | FUNDING TYPE | FUNDING | COST |
|---|---|---|---|
| | | | |

b3
b7E

Total    Funding
Total    nding

**Total Project Expenditures**

CELL/OTD    012491

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-25-2012 BY 65179 DMH/STW

**From:**
**Sent:**      Wednesday, January 19, 2011 8:26 AM
**To:**
**Subject:**        FUNDING PROPOSAL

**SENSITIVE BUT UNCLASSIFIED**                                          b3
**NON-RECORD**                                                         b6
                                                                       b7C
                                                                       b7E

2011
FUNDING.xls

Here you go

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD   012493

1

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/STW

**From:**
**Sent:** Tuesday, January 18, 2011 2:58 PM
**To:**
**Cc:**
**Subject:** RE: UPDATED

b3
b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Attached is the ███ portion of my recommendations for allocating FY2011 ███ funding which I will present at the Section Chiefs meeting tomorrow.  Overall, it provides ███ I believe it is reasonable to expect that ███ base funds be applied to cover the remaining ███

FY2011
oposed ███ Alloca

When your spend plan is finalized, please let me know how much base funding will be applied to these and other WITT projects so I can update the reporting database.

Thanks

**From:**
**Sent:** Thursday, January 06, 2011 6:47 AM
**To:**
**Cc:**
**Subject:** UPDATED

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

███ As per our meeting yesterday attached is the latest MUST HAVE/SUPPORT bare bones request. As discussed my budget is a running target tied to cost module funding and I cannot specifically identify what base funds ███ I have to support the ███ identified requirements. Additionally even if a requisition is submitted and approved Finance Division is only authorizing ███ funding due to the continuing resolution. I will say that ███ will use base funds to support, however, at this time I simply cannot provide a specific number.. Hope this assists in your presentation to the Executive Board.

b3
b6
b7C
b7E

<< File: ███ 2011 FUNDING.xls >>

CELL/OTD  012495

FBICELL-353

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/STW

# IT Acquisition Form

## *Section 7 Attachment*

### Requirements Analysis

b3
b7E

The Wireless Intercept and Tracking Team (WITT), in support of

development efforts undertaken by WITT have determined that

WITT

as specified in requisition

### Analysis of Alternatives

b3
b7E

### Section 508 Statement

Wireless Intercept and Tracking Team conducted an
evaluation of the systems and have submitted the following comments regarding
compliance of Section 508 requirements.

1194.3 General Exceptions

Systems are critical to the direct fulfillment of missions and are not used for
routine administrative and business applications

Subpart B -- Technical Standards

b3
b7E

CELL/OTD   026793

b3
b7E

Subpart C – Functional Performance Criteria

CELL/OTD   026794

FBICELL-355

b3
b7E

Subpart D – Information, Documentation, and Support

   (a) Documentation is offered in hardcopy (paper) as well as softcopy
    (CD) at no additional charge.
   (b) End users are instructed in the product features, visually or through
    instruction verbally at request, at no additional charge.
   (c) Support services accommodate the communication needs of end-users
    with disabilities.

## System Security Plan

A System Security Plan has been completed and in place for use of the[     ]
[     ]EC dated 06/30/2004 from Security Division has been
attached to requisition package[  ]

b3
b7E

CELL/OTD   026795

## Sole Source Justification

b3
b7E

## Independent Government Cost Estimate

WITT has submitted a quotation from the vendor        which details the cost of this procurement. Pricing is according to GSA price listings.

## Life Cycle Cost Estimate

## Earned Value Management Plan

WITT continuously ensures planning, scheduling, and budget monitoring through its program management efforts. WITT

b3
b7E

Detailed reports can be generated providing management the proper information to plan future procurements and deployments as the need arises.

## Privacy Impact Assessment

The Office of General Council has been contacted and has reviewed the request for a Privacy Impact Assessment (PIA).

## Risk Assessment

WITT has identified through research and development efforts that     WITT has a proven and successful history with the vendor of these systems. Sufficient funding is also in place for this procurement, and as well as plans for the maintenance over the full lifecycle of these products. Refer to acquisition planning form    for specific estimates and distribution of costs.

b3
b7E

b6
b7C

**From:**
**Sent:** Tuesday, August 23, 2011 10:56 AM
**To:**
**Subject:** Summary of Action Items from 8/9 Meeting — UNCLASSIFIED

Classification: UNCLASSIFIED
=============================================================

Hi

Here's a summary of the action items/things to document that I wrote down from the 8/9-8/10 meeting at Harris. Please share with                     as well if you think appropriate.

Items to note:
-              was notified 7/11/11 orally and 7/12/11 in writing of the FBI
    o   8/9/11 meeting provided an update and                                was present for this portion
    o   Meeting with                          noted that he's not interested in                    agreed
-           provided back up documentation to               demonstrating the
-                        will follow up with          to get copies of                    noted to          that items 1-7 on his notes were
    o   These reports will be used to communicate
-           made very clear to                    that they are continued
    o   please clarify my above statement since I was not there at this portion of the meeting
    o   provided
-                                    PO copies mailed to        internally
-                                                            however, the          warranty as put in place by          include                    definitely for FBI

b3
b6
b7C
b7E

Action items for
-   Letter providing FBI position
                        will only be available on
-   E-mail          and verify that the FBI is receiving
-              can I have a copy of the requirements documents that we approved for each of the Task Orders

1

- Letter summarizing the ▮
- Provide ▮ official answers to ▮ completed 8/15
  o
- ▮ review file/documentation to see what ▮ memory recalls the FBI deciding to wait for
- ▮ Informed ▮ that only ▮

b3
b6
b7C
b7E

- ▮ will review the ▮ capabilities with ▮
- ▮ will send a ▮ back to FBI and send copy of ▮ report
- ▮ will provide a revised version of the ▮ schedule since the FBI has been working off the original proposed schedule
- Harris will provide ▮ with a copy of the ▮ for testing

Thanks

*Contracting Officer*

*Finance Division*

==================================================
Classification: UNCLASSIFIED

2

**From:**
**Sent:** Friday, August 05, 2011 4:48 PM
**To:**
**Subject:**

b6
b7C
b3
b7E

A couple of [____] tests are coming up to support the release of the [____] We're pretty confident about these dates but there is still a possibility they may change pending the discovery of any [____] issues.

[____] start on 8/16/11. This test will be a full up [____] We will be verifying [____] The full up test will probably take a week to complete. Since [____] is planning to observe this testing, we will verify the [____] When [____] arrives on 8/17/11 we should be ready to start testing on [____]

[____] The purpose of this testing is to verify [____] works and is conducted [____] This is a subset of the [____] test. Given it verifies [____] does not plan to observe this testing.

FBICELL-360

Harris calendar                                                              Page 1 of 2

<!-- b6 b7C -->
b6
b7C

From:
Sent:   Saturday, August 28, 2010 2:02 PM
To:
Cc:
Subject: RE: Harris calendar

H

Thanks for the schedule below I'll these dates in mind when asking for documentation and scheduling meetings.

In terms of scheduling for next week here's a *tentative outline*:
- **Monday – 8/30/10**
    - o   FBI meetings @ VA/DC in the AM.
    - o   Travel to Melbourne for Harris meetings in the afternoon
- **Tuesday – 8/31/10 – 8:30AM start time**
    - o   Contract Administration:
        - ▪   Review/definition of processes/expectations for future TO proposals
        - ▪   Review/confirm product code names, define process for changing names
        - ▪   Contract Pricing – one consolidated, updated price list
    - o
    - o   IP discussions
        - ▪   Harris to provide letter of IP assertions – review/discuss
        - ▪   FBI            review of IP/Classification            for products
        - ▪   Review of any IP concerns
    - o               discussion of timeline for product receipt
- **Wednesday – 9/1/10**
    - o   Possible spill over for contractual matters
    - o   Review o        goals/vision
    - o            – Technical discussions
        - ▪   Review of requests for clarifications & questions
        - ▪   Review of conditions and assumptions clarifications
    - o            – Technical discussions
        - ▪   Review of requests for clarifications & questions
        - ▪   Review of conditions and assumptions clarifications
- **Thursday – 9/2/10**
    - o            – Technical discussions
        - ▪   Review of requests for clarifications & questions
        - ▪   Review of conditions and assumptions clarifications
    - o            – Technical discussions
        - ▪   Review of requests for clarifications & questions
        - ▪   Review of conditions and assumptions clarifications
- **Friday – 9/3/10**
    - o   Possible spill over for technical reviews
    - o   FBI travel back to DC/VA
- Should any order of the technical discussions change, the FBI will notify Harris ASAP.
    - o   To best prepare for the meeting I would recommend at a minimum:
        - ▪   Revised Equipment Pricing List
        - ▪   Be prepared to discuss responses to the questions/clarifications/conditions & assumptions

b3
b6
b7C
b7E

Addition to Attendee List                              is a possible attendee for the meetings on Wednesday
9/1/10.

Have a good weekend,

8/28/2010

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/STW

Office Outlook Web Access    Type here to search    This Folder    Address Book    Options    Log Off

- Mail
- Calendar
- Contacts
- Deleted Items
- Drafts [1]
- Inbox
- Junk E-Mail [2]
- Sent Items

Click to view all folders

- Harris
- move
- Manage Folders...

Reply    Reply to All    Forward    Move    Delete    Close

## FW: Summary of 2010 Price List Questions and Revisions

**Sent:** Thursday, February 03, 2011 3:18 PM
**To:**
**Attachments:** ~1.xls (275 KB) [Open as Web Page]

b3
b6
b7C
b7E

Here's the doc I'd like to review at your earliest convenience.

Quantico Contracts Unit
Federal Bureau of Investigation

From:
Sent: Thursday, January 06, 2011 9:32 AM
To:
Cc:
Subject: RE: Summary of 2010 Price List Questions and Revisions

H

Happy New Year – I hope you all had a wonderful holiday.

Please find attached, the latest revised price list. This incorporates                in your
item 1 below and deletes the products in your item 4 below.

b3
b6
b7C
b7E
b4

Regarding item 2, here is what has transpired since the September 2009 price list:

We no longer offer

Our cost to perform the upgrades has increased and the price was adjusted accordingly

The current offering is

The pricing offered for a

Regarding item 3, we have undergone a simple name change                was renamed
This is a name
change only and there is no impact to the kit or functionality or pricing from last year's
price list.  There is no upgrade path from

Please let me know if you require further clarifications    CELL/OTD    026915

Regards,

FBICELL-362

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/STW

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

CELL/OTD    027001

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

CELL/OTD 027002

b3
b7E

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

CELL/OTD 027003

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

cELL/OTD   027005

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

FBICELL-366

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

14

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

CELL/OTD 027007

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-06-2012 BY 65179 DMH/SW

Office Outlook Web Access | Type here to search | This Folder | Address Book | Options | Log Off

Mail
Calendar
Contacts
Deleted Items
Drafts
Inbox
Junk E-Mail [2]
Sent Items

Click to view all folders ↴

Harris
move
Manage Folders...

Reply | Reply to All | Forward | Move | Delete | Close

b3
b6
b7C
b7E

**Harris**

Sent: Friday, June 25, 2010 9:02 AM
To:
Cc:

H

Per our discussions out at the WITT Conference in San Diego, and based on your interest in our
_____ we are working to loan you one of the first production units _____ for evaluation
at Quantico. We should be able to get it up to you in about 2 weeks (the week ending July 9th). Should we send it to
your attention, or to someone else. Please advise.

# Regards,

*HARRIS* GCSD

Wireless Products Group  ><)))*>

P.O. Box 9800

Mailstop R5-11A

Melbourne, FL 32902-9800

Ph
Ce
Fa
email

CELL/OTD    027006

Connected to Microsoft Exchange

~~SECRET~~//NOFORN

CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C)
DECLASSIFY ON: 11-08-2037
DATE: 11-08-2012

**Project Submission Instructions**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

Overview

b1
b3
b7E

(S)

(S)

The FBI's _____ team will assist bureau units with their initial high-level project plans prior to the multi-agency review. To increase the likelihood of approval, it will be helpful to keep several elements in mind as you craft your submission documents.

1. *Describe how your project relates to the current and future challenges presented by one (or more) of the specific technologies noted.*

2. *Think in terms of "gaps!"*
   Describe current/future operational shortcomings and how the project will overcome them.

   b3
   b7E

3. *Identify the specific benefits that will accrue to the FBI's*

4. *Is the project sustainable beyond the funding period identified?*
   Preference is more likely to be given to projects that will be maintained by _____ once the initiative concludes.

5. 
   Collaboration, in development and/or procurement phases, is looked upon favorably and demonstrates that duplication of effort is being avoided.

6. *Identify the base funds your unit will contribute to the effort.*
   Doing so demonstrates your unit's commitment to the program. (Be aware that unit funding is not offset by any enhancement funds you receive, nor should a unit reallocate funds to other projects if _____ monies are provided.)

CELL/OTD   012558

~~SECRET~~//NOFORN

~~SECRET~~//NOFORN

Process

Please review the [redacted] document "Understanding the Core Principles" to ensure that you understand the ground rules and that your intended submission falls within the scope of the program.

Initial submissions can be crafted using a Word template designed for that purpose. (Filename: [redacted] Submission Form-Rev06-11.dot). Save the completed template as a Word document with a filename that begins with your unit's acronym (for example: [redacted] FY2012.doc)

Supplement your completed worksheet with any information that will help explain the nature of the project (the challenge, [redacted] anticipated benefits, etc.).

Create a brief (6 slide) Powerpoint© briefing that can be used to introduce your submission to the [redacted] [redacted] For a particularly complex project a member of your unit may be asked to present a technical overview to one or both of the review groups.

E-mail completed submission documents via [redacted] to the following members of the FBI's [redacted] team:

SSA [redacted] Lead
SSA [redacted]
[redacted] ntractor)
[redacted] (contractor)

You will be contacted by a member of the [redacted] team to discuss and fine-tune your submission before it is reviewed by (a) the [redacted] and (b) the [redacted]

Revised  June 2011

b3
b7E

b3
b6
b7C
b7E

CELL/OTD   012559

~~SECRET~~//NOFORN

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-04-2012 BY 65179/dmh/stp/as

b3
b6
b7C
b7E

**From:**
**Sent:** Monday, December 19, 2011 5:24 PM
**To:**
**Cc:**

**Subject:** RE         Website Changes

Classification: UNCLASSIFIED//FOUO
=================================================
Hi

See below for the materials to be updated / added to the                    I also included quick start
guides I received from Harris. These guides contains Harris proprietary information. Let us know if there's anything else
you need.

Additional Material:

b3
b7E

1            CELL/OTD   022383

FBICELL-372

Classification: UNCLASSIFIED//FOUO
=======================================================

Have you assigned the Website updates yet?        will want an update the first week in January and I will be off the          b6
week next week.  Let me know.  Thanks.                                                                                              b7C


From:
Sent: Wednesday, December 07, 2011 10:00 AM
To:
Subject:        Website Changes


Classification: UNCLASSIFIED//FOUO
=======================================================

        -per our discussion here is the list of areas that need to be addressed and who is responsible
for completing.  Please meet with your team and set a deadline of when items are due since you are
familiar with each person's workload.  Just let me know the deadline set so I can set a tickler and
send reminders periodically.  I briefed        on our discussions and with        upstairs yesterday,
so he can provide more guidance to the areas with his/your names.  If I missed anything, let me
know. :0)                                                                                                                          b6
                                                                                                                                   b7C
<< File: Website Changes 2011.docx >>                                                                                              b7E

Thank you and have a glorious day!

Management & Program Analyst


=======================================================
Classification: UNCLASSIFIED//FOUO

=======================================================
Classification: UNCLASSIFIED//FOUO

=======================================================
Classification: UNCLASSIFIED//FOUO

=======================================================
Classification: UNCLASSIFIED//FOUO


CELL/OTD   022385

3

FBICELL-374

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-03-2012 BY 65179 /dmh/stp/as



**WITT**

*Wireless Intercept and Tracking Team*



## Reference Material

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-06-2012 BY 65179 DMH/STW

b6
b7C

| | (OTD) (FBI) |

**From:** [redacted] (OTD)(FBI)
**Sent:** Tuesday, June 21, 2011 9:34 AM
**To:** [redacted] (OTD) (FBI)
**Subject:** RE: PPT so far — UNCLASSIFIED//FOUO

Classification: UNCLASSIFIED//FOUO
=================================================

For your review (all changes requested made)

2011 WITT
OVERVIEW BRIEFI...

**From** [redacted] (OTD) (FBI)
**Sent:** Tuesday, June 21, 2011 7:23 AM
**To:** [redacted] OTD) (CON)
**Subject:** RE: PPT so far --- UNCLASSIFIED//FOUO

b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO
=================================================

Way to long see me

**From** [redacted] OTD) (CON)
**Sent:** Monday, June 20, 2011 4:36 PM
**To** [redacted]
**Subject:** PPT so far — UNCLASSIFIED//FOUO

Classification: UNCLASSIFIED//FOUO
=================================================

Just waiting for [redacted] input (which he is diligently working on).  This is what we have so far.
<< File: 2011 WITT [redacted] OVERVIEW BRIEFING.ppt >>

=================================================
Classification: UNCLASSIFIED//FOUO

=================================================
Classification: UNCLASSIFIED//FOUO

=================================================
Classification: UNCLASSIFIED//FOUO

000001   00

1

SECRET

CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, D, G)
DECLASSIFY ON: 10-04-2037
DATE: 10-04-2012

# Federal Bureau of Investigation

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

# Wireless Intercept Tracking Team

## WITT Program Briefing

Wireless Intercept and Tracking Team

SECRET

SECRET



■ Protecting Government Investments

SECRET

b1
b3
b7E

b1
b3
b7E

SECRET



# WITT Mission

"Provide the FBI with technologies to support

b3
b7E

... *(Growing User Base)...*

**MISSION GOALS**

WITT PROGRAM

- Program Management
- R&D and Procurement
- 24x7 Operational Support
- Training
- Liaison (Gov't / Commercial)

CELL/OTD

000004

SECRET

SECRET

# Technology/Capabilities/Tools
## Mapping to Mission Goals

*Technique/Tool*          **MISSION GOALS**          *Technique/Tool*

b3
b7E

CELL-OTD

**In General – Techniques/Tools
are multi-purpose  (Re-use)**

POPULAR EXAMPLES of Techniques/Tools

0000005

SECRET

FBICELL-380

SECRET

# Training Provided

- Encompasses different platforms and technologies to ensure state-of-the-art WITT [redacted] technologies are available to field requests
- Additionally, WITT [redacted] and [redacted] and [redacted] provided
- WITT equipment [redacted]
- [redacted] include:
  - □
  - □
  - □
  - □
  - □
  - □
  - □
  - □
  - □

b3
b7E

b3
b7E

CELL/OTD

0000007

SECRET

SECRET

# Preparation for Court Testimony

CELL/OTD

000014

b3
b5
b7E

SECRET

# Preparation for Court Testimony

CELL/OTD

000015

b3
b7E

SECRET

FBICELL-389

SECRET



# Locating a Subject - WITT Mission

b7E



- Requires active WITT [ ] participation
- Requires legal authority, varies by mission specifics

SECRET

SECRET

# Target Identification



SECRET

FBICELL-392

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-05-2012 BY 65179 DMH/LJS

b6
b7C

(OTD) (FBI)

From:
Sent:           Thursday, February 04, 2010 1:57 PM          (OGC) (FBI)
To:                                                          (OTD) (FBI)
Subject:        RE: NEW LEGISLATION

UNCLASSIFIED
NON-RECORD

Here's the most recent version of the legislative proposal (as of last Fall).  We are continuing to try to push this in connection with the _____ that have been floating around in Congress and generally, but things have been a little quiet on that front as of late.  I will let you know if there are any developments.

b3
b5
b6
b7C
b7E

I managed to find the last version of the _____ that I had - it is the draft we

Legislative Propos...

b6
b7C
b7E

From:
Sent:           Friday, January 29, 2010 8:29 AM
To:
Subject:        NEW LEGISLATION

UNCLASSIFIED
NON-RECORD

Can you email me on the new proposed legislation language that you wrote addressing_____. It was to clarify existing authority, or establish new authority to provide clear and unambiguous standing authority for federal law enforcement

1

CELL/OTD   013089

UNCLASSIFIED//FOUO/LES

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/rs

## *STATEMENT OF WORK*

b3
b7E

### Program

---

## 1   SCOPE

### 1.1   *Task Overview*

This Task Order requires that the Contractor provide engineering services to the

The FBI is the principal investigative arm of the United States Department of Justice.  It is charged with gathering and reporting facts, locating witnesses, and obtaining evidence in cases involving Federal jurisdiction.  The mission of the FBI's _____ is to provide _____ to the FBI and other law enforcement agencies and to support their ability to conduct lawfully authorized _____ To that end, the _____ is engaged in a number of development projects and activities that focus on developing the _____ capabilities required for law enforcement to accomplish its objectives.  The projects supported through the _____ are primarily engaged in the accurate collection, processing and presentation of _____

b3
b7E

The focus of this overall effort is to provide the engineering services required to enhance the effectiveness of the _____ to the level necessary to support specific case requirements for _____ These enhancements shall be designed to improve the overall functionality of the _____

The purpose of this SOW is to describe the tasking necessary to support the FBI's requirement to deliver _____ through engineering support to _____

b3
b7E

### 1.2   Deliverables

- Project Management Plan (See Section 2.2)
- Weekly Status Report (See Section 2.3)
- Monthly Program Review (See Section 2.3)
- Final Summary Report (See Section 2.2)

UNCLASSIFIED//FOUO/LES
1

FBICELL-394

UNCLASSIFIED//FOUO/LES

## 1.3  Category of Efforts

The FBI currently owns

b3
b7E

The FBI's goal is to provide the field upgraded enhancements to compliment their

### 1.3.1 Key Areas

**Enhancements:  Development tasks**

b3
b7E

**Investigation tasks**

b3
b7E

FBICELL-395

UNCLASSIFIED//FOUO//LES

b3
b7E

a) Special Requirements – N/A

## 2  Requirements

## 2.1  Security Standards and Regulations

Refer to [                    ] Statement of Work section 2.3 for guidance.

b3
b7E

**SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.**

## 2.2  Contractor Furnished Documentation

Refer to [                ] Statement of Work sections 2.6 and 3.2 for guidance.

b3
b7E

Project management plan shall consist of the Contractor's proposed solution to include the composition of required project team, complete task schedule, and total labor and non-labor costs for fully implementing the proposed solution.

*Status Reporting*

Refer to [                ] Statement of Work Section 3.3 for guidance.

## 2.3  Formal Meetings

Refer to [                ] Statement of Work Section 3.4 for guidance.

b3
b7E

## 2.4  Government Points of Contact

### FBI Contracting Officer's Technical Representative

[                    ]

Federal Bureau of Investigation
Engineering Research Facility

UNCLASSIFIED//FOUO//LES

3

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/rs

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/rs

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications



10

11

b3
b7E

12

13

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

FBICELL-402

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

14.

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/rs

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

b6
b7C
b3
b7E

From:
Sent: Wednesday, August 25, 2010 11:09 AM
To:
Subject:

I confirm, that I want harris to purchase items [ ] for the project but:

This only for items that we did not already provide them, as I believe that we may have already [ ]

Also, I would like them to pay for any services needed for the [ ] as well.

These [ ] would not become property of harris at end of contract, and shall be F bumbered.

This is my opinion, and think [ ] will make final call on this.

[ ]

----- Original Message -----
From:                                                                                  b3
To:                                                                                    b6
Sent: Wed Aug 25 11:03:49 2010                                                         b7C
Subject: RE:                                                                           b7E

Hi [ ]

Just to be clear - you do not want to issue them [ ] for any of the 4 items listed in the attachment. Instead you would like Harris to purchase these with funding from the task order once awarded. Please be advised that they will be tacking on [ ] to these purchases, i.e. [ ]

Please confirm.

Thanks

----- Original Message -----
From:                                                                                  b3
Sent: Tuesday, August 24, 2010 4:52 PM                                                 b6
To:                                                                                    b7C
Subject: FW:                                                                           b7E

From:
Sent: Tuesday, August 24, 2010 4:49 PM
To:
Subject: RE:

[ ] please forward to [ ]

I did not agree to [ ] any of the [ ] to Harris. They were listed in the technical part of the proposal. I would rather they buy them, to include the service, and quote that as part of the contract price.

[ ]

1

Page 1 of 2

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

b6
b7C

**From:**

**Sent:** Thursday, December 17, 2009 12:00 PM

**To:**

**Subject:** RE: Recap of Discussions and Agreements at December 4th Meeting, etc.

Thanks for following up – just wanted to make sure that this was on your radar screen.

Happy holidays,

**From:**
**Sent:** Thursday, December 17, 2009 8:06 AM
**To:**
**Subject:** Re: Recap of Discussions and Agreements at December 4th Meeting, etc.

Sorry
In NY. We are good-working on letter to you. Happy Holidays!

b6
b7C
b7E

**From:**
**To:**
**Cc:**
**Sent:** Tue Dec 15.13:45:13 2009
**Subject:** RE: Recap of Discussions and Agreements at December 4th Meeting, etc.
H

Just checking back in with you about this message, and to see if you have any updated information about the status of Harris                         application...

Thanks.

**From:**
**Sent:** Wednesday, December 09, 2009 4:36 PM
**To:**
**Cc:**
**Subject:** Recap of Discussions and Agreements at December 4th Meeting, etc.

b6
b7C
b7E

I wanted to recap what we discussed and agreed to at our meeting on December 4th and follow up with you about the items you asked me to reconfirm with

I told          that you had spoken to                                                about the
condition language that you and I developed on at our meeting on November 23rd

                                         and that they are willing to accept this language as the
condition for the                         I have reconfirmed that          is fine with this language, but
we think that the condition should                We assume that Harris has no issue with making that

8/26/2010

FBICELL-407

- The FBI concurs.

*25. No warranty terms are offered.*

- Warranty terms, if applicable, will be in accordance with the terms of the contract [      ] signed 9/15/09.

<div style="text-align: right;">b3<br>b7E</div>

*26. If WPG products are required for this effort they are priced at the [      ] price list value with no additional burdens.*

- The FBI concurs. However, please see Cost Proposal page 37 and 38 and adjust pricing accordingly.

*27. The Consolidated Materials Listing (CML) is not auditable at proposal submission. Harris is continuing to firm material pricing to provide for negotiations.*

- Please clarify assumption.
- REVISION PER 8/31/10: See revised cost proposal for final documentation.

*2[        ]* *Harris will monitor and assess this during performance and will notify the customer as necessary.*

- The FBI concurs.

*29. In support of the effort[        ] will be developed and provided to [      ] who is the [      ] developer. Actual modifications to [      ] must be performed by [        ] and are not priced in this proposal.*

<div style="text-align: right;">b3<br>b7E</div>

- The [      ] portion of this tasking has been deleted from the SOW and no services shall be required under this Tasking.

*30. This task is unclassified and will be worked in a suitable environment commensurate with the security classification. Harris assumes that no security clearances or NDA will be required.*

- The FBI agrees that work to be performed under this tasking are unclassified.
- At the Harris-FBI meeting on 6/24/10, both parties agreed that all Harris employees involved with the [        ] contract shall sign the FD-868. The classification level of this tasking does not exempt it from the need for and requirements of the NDA.



**HARRIS**

**Memo**

DATE: April 1st, 2010

TO:

b3
b6
b7C
b7E

FROM:

SUBJECT:                 Summary

Description

b3
b7E

Release Summary

b3
b7E

b3
b7E

**HARRIS CORPORATION**

*assuredcommunications®*

**HARRIS**

HARRIS CORPORATION

Government Communications
Systems Division
P.O. Box 9800
Melbourne, FL USA 32902-9800
Corporate phone 1-321-727-9100
phone 1-321-309-7139
fax 1-321-674-2572

b6
b7C
b7E

29 June 2010

In Reply Please Refer to

935 Pennsylvania Ave. N.W.
JEH Bldg Room 6853
Washington, D.C. 20535

Attention: ⬛⬛⬛ Contracting Officer

Subject: ⬛⬛ IDIQ Program Action items

b3
b6
b7C
b7E

Reference: (a⬛⬛ IDIQ Contract No⬛⬛
(b) Program Meeting, 23 June 2010

Dear⬛

Harris Corporation, Government Communications Systems Division (HGCSD) through its Wireless Solutions is submitting the attached questions regarding the ⬛⬛ Task Order 1 Statement of Work (SOW).

We appreciate this opportunity to provide you with this data submittal and look forward to your answers/clarifications. For technical questions please contact⬛ or contact the undersigned at⬛

Please copy⬛

Very truly yours,

b3
b6
b7C
b7E

Cc:⬛

Enclosures:

*assuredcommunications®*

*This information is only intended for the use of the individual or entity named in this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this email in error, please notify me and delete it immediately.*

b3
b6
b7C
b7E

**From:**
**Sent:** Wednesday, June 22, 2011 4:06 PM
**To:**
**Subject:** RE: Revised        ECP

H

Thank you for taking the time to talk with me this afternoon. Per our conversation here are our continued reservations with the ECP:

Please let me know if you have any questions. I will be in DC tomorrow and QT on Friday.

b3
b4
b6
b7C
b7E

Have a good evening,

*Contracting Officer*
Quantico Contracts Unit
Federal Bureau of Investigation
HQ: (O
QT: (O

**From:**
**Sent:** Tuesday, June 21, 2011 3:42 PM
**To:**
**Cc:**
**Subject:** RE: Revised        ECP

b3
b6
b7C
b7E

Good Afternoon

were called off to a meeting so I volunteered to provide explanation for the hours given in the price summary.

2

Not knowing anything about the other [          ] efforts you referenced, we can't really comment on the similarities or differences between those efforts and the requested changes to [          ] We can only tell you what it will cost to change the [          ]

b3
b7E

We've taken a closer look at the hours and believe they are a fair estimate of the work required. What follows is the tasking for each set of hours.

b3
b7E

- 
- 
- 
- 
- 
- 
- 

**HARRIS Corporation**

b3
b6
b7C
b7E

**From:** [          ]
**Sent:** Tuesday, June 21, 2011 12:03 PM
**To:** [          ]
**Subject:** RE: Revise [          ] ECP

Julie,

3



CELL/OTD 019412

FBICELL-413



Background:

b3
b7E

CELL/OTD · 018317

**FOR OFFICIAL USE ONLY**

FBICELL-414

Model



b3
b7E

CELL/OTD  018318

* *FOR OFFICIAL USE ONLY* *

# Disclaimer

[redacted] does not have knowledge of case specifics [redacted] It is a tool which was developed for [redacted] in conjunction with WITT [redacted] [redacted] are for local CDC and FBI Field Office Management to address.

b3
b7E

CELL/OTD   018323

**FOR OFFICIAL USE ONLY**



This is administered in the

CELL-OTD   018324

b3
b7E

**FOR OFFICIAL USE ONLY**

FBICELL-421



Technologies

In addition

any information given to us about these services.

b3
b7E

CELL/OTD   018331

**FOR OFFICIAL USE ONLY**

FBICELL-428



Technology

b3
b7E

CELL/OTD 018332

b3
b7E

NOTE:

**FOR OFFICIAL USE ONLY**



Tools

b3
b7E

CELL/OTD   018333

* *FOR OFFICIAL USE ONLY* *

FBICELL-430



Tools

b3
b7E

CELL/OTD 0183334

* *FOR OFFICIAL USE ONLY* *

FBICELL-431

b3
b7E



CELL/OTD  018335

Unknown     Unknown

* *FOR OFFICIAL USE ONLY* *

FBICELL-432

b3
b7E

CELL/OTD 018336

| | | | |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

* *FOR OFFICIAL USE ONLY* *

FBICELL-433



b3
b7E

CELL/OTD 018340

1.

2.

3.

4.

5.

**FOR OFFICIAL USE ONLY**



- We do not
- We do
- 
- 
- 
- We contro

b3
b7E

CELL/OTD  018341

**FOR OFFICIAL USE ONLY**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

January 25, 2010

Harris Corporation Inc.,
407 N John Rodes Blvd
Melbourne, FL 32934
Attn: [        ]

      REF: Contract [        ]

Dear [        ]

      Please find enclosed a copy of Statement of Work (SOW) for services developed by the Federal Bureau of Investigation (FBI),regarding support services.

      The FBI is interested in obtaining a proposal for this task to be performed. Contractor shall provide a technical and cost proposal to support tasking as set forth in the Statement of Work.

      If there are any question regarding this SOW please submit them to my office within the next five (5) business days.

      It is therefore requested that your company review the enclosed SOW and if the proposed contract vehicle is appropriate, Cost Plus Fixed Fee (CPFF) a cost and Technical proposal should be submitted in accordance with the terms and conditions of the FBI's Contract no later than February 19, 2010, 1:00 PM or sooner.

      Should you have any questions concerning this matter, please contact me a [        ] response may be faxed to [        ]
[        ] secure fax [        ]

      Sincerely,

      Contract Officer
      Quantico Contracts Unit

Enclosure

b3
b6
b7C
b7E

b6
b7C

~~SECRET~~
## *STATEMENT OF WORK*

CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-19-2037
DATE: 10-19-2012

b3
b7E

Program

Task Order 1

## 1  SCOPE

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

### 1.1  *Task Overview*

b1
b3
b7E

(S)

### 1.2  Deliverables

b3
b7E

- 
- 
- 
- 
- 
- 
- 

### 1.3

b1
b3
b7E

(S)

~~SECRET~~
1



SECRET

(S)

b1
b3
b7E

### 1.3.1 Key Technology Areas

b1
b3
b7E

(S)

## 2   Concept of Operations

### 2.1  *Assumptions in Concept of Operations*

b1
b3
b7E

(S)

FBICELL-441

SECRET

## 2.1.1 Technical Concept of Operations

b1
b3
b7E



(S)

FBICELL-442

SECRET

b1
b3
b7E

(S)

## 2.1.2 Generalized Sequence of Events

b1
b3
b7E

(S)

SECRET
4



b1
b3
b7E



(S)

## 3 Requirements

### 3.1 Security Standards and Regulations

Refer to [                    ] Statement of Work section 2.3 for guidance.

b3
b7E

**SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract**

SECRET
5

FBICELL-444

SECRET

information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

## 3.2 Contractor Furnished Documentation

Refer to [redacted] Statement of Work section 2.6 for list.

b1
b3
b7E

(S)

## 3.3 Status Reporting

Refer to [redacted] Statement of Work Section 3.3 for guidance

## 3.4 Formal Meetings

Refer to [redacted] Statement of Work Section 3.4 for guidance

b1
b3
b7E

## 3.5 Government Furnished Equipment

(S)

SECRET
6

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-19-2012 BY 65179 DMH/MJS

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

b6
b7C
b7E

Re: _____ and Non-Disclosure
Obligations

Dea_____

We have been advised by _____ of the

_____ must coordinate with the Federal Bureau of Investigation (FBI) to
complete this non-disclosure agreement _____

b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-03-2013 BY NSICG F85M26K45

**Operational Technology Division**

b7E

**Tracking Technology Unit**

## FACT SHEET

b3
b7E

System Capability:

b3
b7E

CELL/OTD 014491

FBICELL-447

~~SECRET~~

CLASSIFIED BY: 65179dmh/stp/as
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-16-2037
DATE: 10-16-2012

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE



# Statement of Need

b3
b7E

To accompany Requisition [ ]

The Tracking Technology Unit (TTU), Wireless Intercept and Tracking Team (WITT) is tasked with providing FBI Field Offices with current and emerging [ ]

[ ] In response to this tasking, WITT provides a 24x7 operational support effort for all FBI field offices with personnel and equipment deployment.

b1
b3
b7E

(S)

~~SECRET~~

CELL/OTD   024683

CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-16-2037
DATE: 10-16-2012

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

# STATEMENT OF NEED
## And
# SOLE SOURCE JUSTIFICATION
## Requisition

(S)

b1
b3
b6
b7C
b7E

U

CELL/OTD   024679

SECRET

CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-16-2037
DATE: 10-16-2012

# STATEMENT OF NEED

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

## Background

b1
b3
b7E

(S)

## Market Research

b1
b3
b7E

(S)

SECRET

CELL/OTD   024678

UNCLASSIFIED//FOUO
## *STATEMENT OF WORK*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179/dmh/stp/as

b3
b7E

### Platform

## 1  SCOPE

### 1.1  Task Overview

### 1.2  Deliverables

b3
b7E

### 1.3  Key Technology Areas

b3
b7E

b3
b7E

CELL/OTD   024671

FBICELL-451

UNCLASSIFIED//FOUO

b3
b7E

## 2  Concept of Operations

b3
b7E

## 3  Requirements

## 3.2  Security Standards and Regulations

b3
b7E

CELL/OTD   024672

FBICELL-452

UNCLASSIFIED//FOUO

### 3.3  Contractor Furnished Documentation / Data

b3
b7E

### 3.4  Status Reporting

### 3.5  Formal Meetings

b3
b7E

### 3.6  Government Contact Information

FBI Contracting Officer

FBI Contracting Officer's Technical Representative

b6
b7C

UNCLASSIFIED//FOUO

*CELL/OTD   024673*

FBICELL-453

CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-17-2037
DATE: 10-17-2012

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(Rev. 01-31-2003)

SECRET//20220820

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                    Date:   08/20/2007

To:  Finance                Attn:

                            Attn:                          Enc)

     Criminal Investigative    Attn:
                                                              b6
                                                              b7C
From:  Operational Technology Division                        b7E
                                    TTU/QT-ERF-E
       Contact:

Approved By:

Drafted By:

Case ID #: (X)   268-HQ-1068430

    Title:  (U)   WIRELESS INTERCEPT AND TRACKING TEAM

(U)      Synopsis:    (S)


(U)              (X)      Derived From : G-3
                         Declassify On:  08/20/2022
                                                              b3
(U)      Enclosure(s):   (X)                                  b7E
                                                              b5

(U)      Details:   (S)


SECRET//20220820


CELL/OTD   025400

FBICELL-454

SECRET//20220820

(U)   To:  Finance  From:  Operational Technology Division
Re: (S)   268-HQ-1068430, 08/20/2007

(U)          (S)  The Tracking Technology Unit (TTU) / Wireless
Intercept and Tracking Team (WITT)                                b3
                                                                  b7E
                                                                  b5

(S)

(S)

                                                                  b1
                                                                  b3
                                                                  b5
                                                                  b7E

(S)

(S)

(U)          (S)  TTU/WITT requests                               b3
                                                                  b7E
                                                                  b5

          (U)  Contracting Officers are responsible for ensuring
that

SECRET//20220820

2

CELL/OTD   025401

FBICELL-455

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179/dmh/stp/as

Statement of Need
To accompany Requisition

b3
b7E

The Tracking Technology Unit (TTU), Wireless Intercept and Tracking Team (WITT) is tasked with providing FBI Field Offices with

In response to this tasking, WITT provides engineering and operational support efforts for all FBI field offices with

WITT identified the following operational deployment issues and requirements:

b3
b6
b7C
b7E

SSA

CELL/OTD   025382

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179/dmh/stp/as

(Rev. 05-01-2008)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                    Date:  10/19/2009

To:   Finance              Attn:                                   b6
                           Rm A226 (Enc)                           b7C
                                                                   b7E

From:  Operational Technology Division
                                          TTU/QT-ERF-E
         Contact:

Approved By:

Drafted By:

Case ID #: 268-HQ-1068430

Title:  WIRELESS INTERCEPT AND TRACKING TEAM

Synopsis:

Enclosure(s):

Details:                                                           b3
                                                                   b5
                                                                   b6
                                                                   b7C
                                                                   b7E

          TTU/WITT has determined that it is necessary to procure the
                                                               from
Harris Corporation, Inc. using FBI contract, to enhance the FBI's
capability to execute missions

          The Contracting Officer Technical Representative (COTR) for
this procurement is EE                    and can be contacted at the
Engineering Research Facility, located in Quantico, Virginia, for any
questions.

UNCLASSIFIED

CELL/OTD  024616

UNCLASSIFIED

To:   Finance   From:   Operational Technology Division
Re:   268-HQ-1068430, 10/16/2009

      Contracting Officers are responsible for ensuring that

b3
b7E

UNCLASSIFIED

2

*CELL/OTD   024617*

UNCLASSIFIED

To: Finance From: Operational Technology Division
Re: 268-HQ-1068430, 10/16/2009

LEAD(s):

Set Lead 1: (Action)

    FINANCE

       AT PSFO, DC

                                                                  b3
                                                                 b5
                                                                  b7E

CC:

b6
b7C

UNCLASSIFIED

3

CELL/OTD 024618

FBICELL-459

SECRET//20351016

To: Finance   From: Operational Technology
Re:   (U)   268-HQ-1068430, 10/16/2009


LEAD(s):

Set Lead 1:   (Action)

   FINANCE

      AT PSFO, DC

         (S)

(S)

CC:

♦♦

b1
b3
b5
b6
b7C
b7E

SECRET//20351016
4

CELL/OTD   024631

FBICELL-460

CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-18-2037
DATE: 10-18-2012

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(Rev. 05-01-2008)

~~SECRET~~//NOFORN/20350716

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE              Date: 07/16/2010

To: Finance              Attn: [               ]  ERF A226      b6
                                                                b7C
From: Operational Technology Division                          b7E
      [          ] Tracking Technology Unit
           Contact: [                    ]

Approved By: [                    ]

Drafted By: [                    ]

(U)  Case ID #: (S//NF) 268-HQ-1068430

(U)  Title: (S//NF) WIRELESS INTERCEPT AND TRACKING TEAM

     Synopsis: (S//NF) [                    ]          b1
(S)  [                                          ]       b3
     [                                          ]       b7C

          Derived From : FBI NSISCG-20090615
          Declassify On: 20350716

(U)  Enclosure(s): (S//NF) FD369.

     Details: (S//NF) [                    ]
(S)  [                                          ]       b1
     [                                          ]       b3
     [                                          ]       b5
     [                                          ]       b7E

     [                                   ] with Harris
     Wireless Products Group (WPG), Melbourne, FL, for procurement of
     these devices.

          ~~SECRET~~//NORFORN/20350406          [          ] vpd

                         CELL/OTD   024625

SECRET//NOFORN/20350406

(U)

To:   Finance   From:   Operational Technology Division
Re:   (S//NF)   268-HQ-1068430, 07/16/2010


(U) The Contracting Officer Technical Representative (COTR) for
this procurement is Electronics Engineer (EE)                     and
can be contacted at the Engineering Research Facility, located in
Quantico, Virginia, for any questions.

b6
b7C
b7E

(U)




LEAD(s):

SECRET//NOFORN/20350406

2

CELL/OTD   024626

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/rs

# LEGAL AND REGULATORY OVERVIEW OF [ ]

b6
b7C
b7E

# [ ] ISSUES

### March 2, 2010

Presented by

[ ]
Assistant General Counsel
Science and Technology Law Unit
Office of the General Counsel
Federal Bureau of Investigation

SSA [ ]
Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation

Law Enforcement Sensitive - For Official Use Only - Do Not Disseminate Outside the FBI Without
Permission from the Office of the General Counsel

1

CELL-010-00000173

FBICELL-463

# BACKGROUND ON

b3
b7E

Law Enforcement Sensitive – For Official Use Only – Do Not Disseminate Outside the FBI Without
Permission from the Office of the General Counsel

2



# Questions?

Law Enforcement Sensitive - For Official Use Only - Do Not Disseminate Outside the FBI Without Permission from the Office of the General Counsel

28

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-21-2012 BY 65179 DMH/rs

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                    Date: 04/14/2009

To: All Field Offices        Attn: ADICs
                                   SACs
                                   Criminal Program ASACs
                              CDCs
                                   VCMO SSAs

From: Criminal Investigative
        Violent Crimes/Major Offenders Unit (VC/MOU)
        Contact: SSA ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                    b6
                                                               b7C

Approved By: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Drafted By: ▓▓▓▓▓▓▓▓▓▓▓▓

Case ID #: 62F-HQ-C1522631

Title: Violent Crimes - Wireless Intercept Tracking Team
        (WITT)

Synopsis: To provide guidance on the new ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ as it pertains
to Wireless Intercept and Tracking Team (WITT) related matters.

Reference: 268-HQ-1068430 Serial 620

                                                               b7E
Administrative: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and for
usage of cellular wireless telephone locating equipment (Wireless
Intercept and Tracking Team - WITT)".
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

UNCLASSIFIED

CELL/OTD   012964

DECLASSIFIED BY 65179 DMH/rs
ON 11-21-2012

**From:**
**Sent:** Friday, July 31, 2009 11:47 AM
**To:**
**Subject:**

b6
b7C
b7E

CONFIDENTIAL
RECORD 268-HQ-1068430

Attached,

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20340731
CONFIDENTIAL

CELL/OTD    Q12853

1

FBICELL-490

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-15-2013 BY NSICG J76J18T80

## STATEMENT OF NEEDS

The Tracking Technology Unit (TTU), Wireless Intercept and Tracking Team (WITT) is
responsible for providing FBI field divisions with

In response to this tasking, TTU/WITT has identified and determined that
an

The training courses provide

b3
b6
b7C
b7E

SSA
TTU/WITT Unit Chief

CELL/OTD      025019

To:  Finance  From:  Operational Technology
Re:  268-HQ-1068430 ,  10/20/2008


LEAD(s):

Set Lead 1:   (Action)

TRAINING

AT QUANTICO, VA

The Delivery, Support and Logistics Unit is requested
to approve the TTU/WITT training classes based on the information
provided.

CC:

b6
b7C

♦♦

CELL/OTD   025018.

FBICELL-492

SECRET//~~20220820~~

(U) To: Finance From: Operational Technology Division
Re: (U) 268-HQ-1068430, 08/20/2007

LEAD(s):

Set Lead 1: (Action)

    FINANCE

       AT WASHINGTON, DC

(U)    (U)

Set Lead 2: (Action)

       AT WASHINGTON, DC

(U)    (U)

b3
b5
b7E

Set Lead 3: (Action)

    CRIMINAL INVESTIGATIVE

       AT WASHINGTON, DC

(U)    (U)

CC:

b3
b5
b6
b7C
b7E

♦♦

SECRET//~~20220820~~

3

CELL/OTD 025402

FBICELL-515

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**From:**
**Sent:** Thursday, August 31, 2006 3:24 PM
**To:**
**Cc:**
**Subject:** 5 Quick Steps to Operating the [ ] for [ ] Technology

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

5 Steps Process for

Attached is a quick step guide to operating the [ ] gear.

**SENSITIVE BUT UNCLASSIFIED**

b6
b7C
b7E
b3

CELL/OTD 001008

1