## ATTACHMENT 03

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR

ATTACHMENT 03: One sample page corresponding to FOIA exemption (b)(1), within FBI's December 13, 2013, 321-page sample provided to Daniel Rigmaiden RE: FOIPA Request No. 1212582.



FBICELL-392