## <u>ATTACHMENT 04</u>

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR

<u>ATTACHMENT 04</u>:   Nine sample pages corresponding to FOIA exemption (b)(4), within FBI's
December 13, 2013, 321-page sample provided to Daniel Rigmaiden RE:
FOIPA Request No. 1212582.

# GPS / Ping



b4
b5
b7E

24

# GEOLocation Data—E911

b4
b7E

b7E

25

 

# Court order: 2703(d)

- 2703(d) order—⬚  **b4**
                    **b5**
  - — ⬚ will provision for up to ⬚
    max. charge
- ⬚ Language:   **b7E**

⬚

26



For Official Use Only

b3
b4
b7E

FBICELL-135

For Official Use Only — **Program Growth**

b7E

- 2004 – Wireless Intercept and Tracking Team (WITT)

For Official Use Only

b3
b4
b7E

CELL/OTD 004295                    3

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**(FBI)**

From:                    (OTD) (FBI)
Sent:        Wednesday, May 16, 2007 9:23 AM
To:

Subject:

b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

I have contacted Harris, and they are looking into the situation.  This was looked into as part of

I'll forward their (Harris) answer to all.

-----Original Message-----
From:
Sent:        Monday, May 14, 2007 1:09 PM
To:

Cc:
Subject:

**UNCLASSIFIED**
**NON-RECORD**

b4
b6
b7C
b7E

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 000999

1

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

(OTD) (FBI)                                                                    b6
                                                                              b7C
**From:** _____(OTD) (FBI)                                   b7E
**Sent:** Thursday, July 05, 2007 10:30 AM
**To:**

**Cc:**
**Subject:** 2007 WITT Conference (Cell Phone Tracking)

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

Comrades,

    Last week I attended the **2007 WITT Conference.**   Many cell tracking matters were discussed.  <u>Since we all hate
e-mail, I am going to pick the top 15 bullets and try to keep it short.  Please feel free to forward this info to</u> _____    b4
_____ And if you don't want to read it, you don't hurt my feelings.                                                           b6
                                                                                                                                       b7C
                                                                                                                                       b7E

1

CELL/OTD 001002

FBICELL-226

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/STW

Office Outlook Web Access   | Type here to search   | This Folder   | 🔍 | 📖 Address Book | 📋 Options | @ | Log Off

| 📨 Mail | 🔄 Reply | 🔄 Reply to All | 🔄 Forward | 📁 Move | ✖ Delete | Close |
| 📅 Calendar | | | | | | |
| 📇 Contacts | **FW: Summary of 2010 Price List Questions and Revisions** |

| 🗑 Deleted Items |
| 📝 Drafts [1] |
| 📥 Inbox |
| 🗑 Junk E-Mail [2] |
| 📤 Sent Items |

**Sent:**       Thursday, February 03, 2011 3:18 PM
**To:**
**Attachments:**                    -1.xls (275 KB) [Open as Web Page]

Here's the doc I'd like to review at your earliest convenience.

Click to view all folders ⮟

Harris

move

Quantico Contracts Unit
Federal Bureau of Investigation

Manage Folders...

b3
b6
b7C
b7E

**From:**
**Sent:** Thursday, January 06, 2011 9:32 AM
**To:**
**Cc:**
**Subject:** RE: Summary of 2010 Price List Questions and Revisions

H

Happy New Year – I hope you all had a wonderful holiday.

Please find attached, the latest revised price list. This incorporates                    in your
item 1 below and deletes the products in your item 4 below.

Regarding item 2, here is what has transpired since the September 2009 price list:

We no longer offer

Our cost to perform the upgrades has increased and the price was adjusted accordingly

The current offering is

The pricing offered for a

Regarding item 3, we have undergone a simple name change                    was renamed
This is a name
change only and there is no impact to the kit or functionality or pricing from last year's
price list.  There is no upgrade path from

Please let me know if you require further clarifications  CELL/OTD   026915

Regards,

b3
b6
b7C
b7E
b4

*This information is only intended for the use of the individual or entity named in this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this email in error, please notify me and delete it immediately.*

b3
b6
b7C
b7E

**From:**
**Sent:** Wednesday, June 22, 2011 4:06 PM
**To:**
**Subject:** RE: Revised         ECP

H

Thank you for taking the time to talk with me this afternoon. Per our conversation here are our continued reservations with the ECP:

b3
b4
b6
b7C
b7E

Please let me know if you have any questions. I will be in DC tomorrow and QT on Friday.

Have a good evening,

*Contracting Officer*
Quantico Contracts Unit
Federal Bureau of Investigation
HQ: (O
QT: (O

**From:**
**Sent:** Tuesday, June 21, 2011 3:42 PM
**To:**
**Cc:**
**Subject:** RE: Revised         ECP

b3
b6
b7C
b7E

Good Afternoon

                        were called off to a meeting so I volunteered to provide explanation for the hours given in the price summary.

FBICELL-411