# ATTACHMENT 08

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR

ATTACHMENT 08:   Daniel Rigmaiden's April 11, 2015, email to Defendant FBI's counsel, Brad Rosenberg, RE: FOIPA Request No. 1212582.



**Ref:** N1B-C0Kw39XqnJ
**Subject:** I need all records by April 13, 2015 and Vaughn index
**Date:** 11 Apr 2015 19:57
**From:** "Daniel Rigmaiden" <freedan@Safe-mail.net>
**To:** Brad.Rosenberg@usdoj.gov

Brad,

I filed my notice of intent to pay fees according to the statutory scheme on January 13, 2015. The court ordered that the FBI and EOUSA shall "provide Plaintiff with all documents responsive to the searches, including any documents that were previously withheld due to the Glomar Response on the Harris Request" within 90 days of that notice.

The word "provide" means they are in my hands within 90 days. Your 90 days is up on April 13, 2015. I will check my mailbox on the morning of April 14, 2015. All of the records from both the FBI and EOUSA need to be there. Just so you are ready for it, my motion for sanctions against your clients for violating the court order (assuming they do) will be filed on April 14, 2015.

Also, in order to write my motion for summary judgment, I need a detailed Vaughn index addressing each and every redaction on every page of every disclosure by both the FBI and EOUSA by April 13, 2015. I will be filing a motion for an order requiring a Vaughn index on April 14, 2015 if the requested Vaughn index is not emailed to me by the end of the day on April 13, 2015.

Daniel Rigmaiden

