## **ATTACHMENT 09**

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR

ATTACHMENT 09:   Daniel Rigmaiden's May 19, 2015, email to Defendant FBI's counsel, Brad Rosenberg, RE: FOIPA Request No. 1212582.



**Ref:** N1B-d253Ehi3rl
**Subject:** the FBI's missing Vaughn index
**Date:** 19 May 2015 01:19
**From:** "Daniel Rigmaiden" <freedan@Safe-mail.net>
**To:** Brad.Rosenberg@usdoj.gov

Brad,

This is a follow up to my email sent to you dated April 11, 2015, wherein I notified you that I would be requiring a full Vaughn index addressing all specific exemptions made within the new document set provided to me by the FBI in response to my Harris FOIA request. At that time, I had only been provided with 1,154 pages of new documents by the FBI. Based on my review of those documents, I decided that the previously provided 321-page sample does not adequately cover the new subject matter. As you previously agreed, this allows me to unilaterally require the FBI to justify all new exemptions within the new documents via a new detailed Vaughn index addressing each specific exemption.

Since my April 11, 2015, email, I was able to review the additional 3,417 pages FedEx shipped to me by the FBI at the last minute on April 13, 2015. Upon completion of my review, I was able to determine that the 3,417 pages also cover subject matter not covered by the previously provided 321-page sample. I assumed this much when I emailed you on April 11, 2015—as you and the FBI were/are obviously committing a fraud upon the Court by ignoring the terms of our agreement and lying to me from the beginning about the scope of the sample—but I also wanted to make sure you understand that my request for a Vaughn index also includes the 3,417 pages shipped on April 13, 2015.

Daniel Rigmaiden

