# ATTACHMENT 10

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR


ATTACHMENT 10:   4,571 redacted pages of FBI Harris FOIA documents and "deleted page
information sheets" referencing an additional 8,457 pages withheld in full,
provided to Daniel Rigmaiden by the FBI, RE: FOIPA Request No.
1212582.

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 81
Page 6 ~ b1; b3; b6; b7C; b7E;
Page 7 ~ b1; b3; b7E;
Page 8 ~ b1; b3; b7E;
Page 9 ~ b1; b3; b6; b7C; b7E;
Page 10 ~ b1; b3; b6; b7C; b7E;
Page 11 ~ b1; b3; b6; b7C; b7E;
Page 12 ~ b1; b3; b6; b7C; b7E;
Page 13 ~ b1; b3; b6; b7C; b7E;
Page 23 ~ b1; b3; b6; b7C; b7E;
Page 24 ~ b1; b3; b6; b7C; b7E;
Page 25 ~ b1; b3; b6; b7C; b7E;
Page 28 ~ b1; b3; b6; b7C;
Page 29 ~ b1; b3; b6; b7C;
Page 30 ~ b1; b3; b6; b7C;
Page 31 ~ b1; b3; b5; b6; b7C;
Page 32 ~ b1; b3; b5; b6; b7C;
Page 33 ~ b1; b3; b5; b6; b7C;
Page 34 ~ b1; b3; b5; b6; b7C;
Page 35 ~ b1; b3; b5; b6; b7C;
Page 36 ~ b1; b3; b5; b6; b7C;
Page 37 ~ b1; b3; b5; b6; b7C;
Page 38 ~ b1; b3; b5; b6; b7C;
Page 39 ~ b1; b3; b5; b6; b7C;
Page 40 ~ b1; b3; b5; b6; b7C;
Page 41 ~ b1; b3; b5; b6; b7C;
Page 42 ~ b1; b3; b5; b6; b7C;
Page 43 ~ b1; b3; b5; b6; b7C;
Page 44 ~ b1; b3; b5; b6; b7C;
Page 45 ~ b1; b3; b5; b6; b7C;
Page 46 ~ b1; b3; b5; b6; b7C;
Page 47 ~ b1; b3; b5; b6; b7C;
Page 48 ~ b1; b3; b5; b6; b7C;
Page 49 ~ b1; b3; b5; b6; b7C; b7E;
Page 50 ~ b1; b3; b5; b6; b7C; b7E;
Page 51 ~ b1; b3; b5; b6; b7C; b7E;
Page 52 ~ b1; b3; b5; b6; b7C; b7E;
Page 53 ~ b1; b3; b5; b6; b7C; b7E;
Page 54 ~ b1; b3; b5; b6; b7C; b7E;
Page 55 ~ b1; b3; b5; b6; b7C; b7E;
Page 56 ~ b1; b3; b5; b6; b7C; b7E;
Page 57 ~ b1; b3; b5; b6; b7C; b7E;
Page 58 ~ b1; b3; b5; b6; b7C; b7E;
Page 59 ~ b1; b3; b5; b6; b7C; b7E;
Page 60 ~ b1; b3; b5; b6; b7C; b7E;
Page 61 ~ b1; b3; b5; b6; b7C; b7E;
Page 62 ~ b1; b3; b5; b6; b7C; b7E;
Page 63 ~ b1; b3; b5; b6; b7C; b7E;
Page 64 ~ b1; b3; b5; b6; b7C; b7E;
```

```
Page 65 ~ b1; b3; b5; b6; b7C; b7E;
Page 66 ~ b1; b3; b5; b6; b7C; b7E;
Page 67 ~ b1; b3; b5; b6; b7C; b7E;
Page 68 ~ b1; b3; b5; b6; b7C; b7E;
Page 69 ~ b1; b3; b5; b6; b7C; b7E;
Page 70 ~ b1; b3; b5; b6; b7C; b7E;
Page 71 ~ b1; b3; b5; b6; b7C; b7E;
Page 72 ~ b1; b3; b5; b6; b7C; b7E;
Page 73 ~ b1; b3; b5; b6; b7C; b7E;
Page 74 ~ b1; b3; b5; b6; b7C; b7E;
Page 75 ~ b1; b3; b5; b6; b7C; b7E;
Page 76 ~ b1; b3; b5; b6; b7C; b7E;
Page 77 ~ b1; b3; b5; b6; b7C; b7E;
Page 78 ~ b1; b3; b5; b6; b7C; b7E;
Page 79 ~ b1; b3; b5; b6; b7C; b7E;
Page 85 ~ b1; b3; b5; b6; b7C; b7E;
Page 86 ~ b1; b3; b5; b6; b7C; b7E;
Page 87 ~ b1; b3; b5; b6; b7C; b7E;
Page 88 ~ b1; b3; b5; b6; b7C; b7E;
Page 89 ~ b1; b3; b5; b6; b7C; b7E;
Page 90 ~ b1; b3; b5; b6; b7C; b7E;
Page 91 ~ b1; b3; b5; b6; b7C; b7E;
Page 92 ~ b1; b3; b5; b6; b7C; b7E;
Page 93 ~ b1; b3; b5; b6; b7C; b7E;
Page 94 ~ b1; b3; b5; b6; b7C; b7E;
Page 95 ~ b1; b3; b5; b6; b7C; b7E;
Page 96 ~ b1; b3; b5; b6; b7C; b7E;
Page 97 ~ b1; b3; b5; b6; b7C; b7E;
Page 98 ~ b1; b3; b5; b6; b7C; b7E;
Page 99 ~ b1; b3; b5; b6; b7C; b7E;
Page 100 ~ b1; b3; b5; b6; b7C; b7E;
Page 101 ~ b1; b3; b5; b6; b7C; b7E;
Page 102 ~ b1; b3; b5; b6; b7C; b7E;


                          XXXXXXXXXXXXXXXXXXXXXXXXX
                          X    Deleted Page(s)     X
                          X    No Duplication Fee X
                          X    For this Page       X
                          XXXXXXXXXXXXXXXXXXXXXXXXX
```

~~SECRET~~

DATE: 10-31-2012
CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c)
DECLASSIFY ON: 10-31-2037

(OGC) (FBI)

From:
Sent:          Thursday, January 22, 2009 12:30 PM
To:                              (OGC) (FBI)
Subject:       FW: New Tech

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET//NOFORN~~
~~RECORD 319~~

b6
b7C
b7E

FYI

Assistant General Counsel

Office of General Counsel FBI
                    Voice
                    Pager
                    Secure Fax
                    Fax

From:                              (OGC) (FBI)
Sent:          Tuesday, January 13, 2009 7:25 PM
To:
Subject:       New Tech

~~SECRET//NOFORN~~
~~RECORD 319~~

b6
b7C
b7E

b1
b3

(S)

1

CELLSITE-9482

~~SECRET~~

(S)

b1
b3

Assistant General Counsel

Office of General Counsel FBI

Voice — b6
Pager — b7C
Secure Fax — b7E
Fax

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20340113
SECRET//NOFORN

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20340113
SECRET//NOFORN


~~SECRET~~

CELLSITE-9483

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 35
Page 8 ~ b3; b5; b6; b7C; b7E;
Page 9 ~ b3; b5; b6; b7C; b7E;
Page 20 ~ Duplicate;
Page 21 ~ Duplicate;
Page 22 ~ Duplicate;
Page 23 ~ Duplicate;
Page 24 ~ Duplicate;
Page 25 ~ Duplicate;
Page 26 ~ Duplicate;
Page 27 ~ Duplicate;
Page 28 ~ Duplicate;
Page 29 ~ Duplicate;
Page 30 ~ Duplicate;
Page 31 ~ Duplicate;
Page 32 ~ Duplicate;
Page 33 ~ Duplicate;
Page 34 ~ Duplicate;
Page 35 ~ Duplicate;
Page 36 ~ Duplicate;
Page 37 ~ Duplicate;
Page 38 ~ Duplicate;
Page 39 ~ Duplicate;
Page 40 ~ Duplicate;
Page 41 ~ Duplicate;
Page 42 ~ Duplicate;
Page 43 ~ Duplicate;
Page 44 ~ Duplicate;
Page 45 ~ Duplicate;
Page 46 ~ Duplicate;
Page 47 ~ Duplicate;
Page 48 ~ Duplicate;
Page 49 ~ Duplicate;
Page 50 ~ Duplicate;
Page 51 ~ Duplicate;
Page 52 ~ Duplicate;

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T80

b6
b7C
b7E

**From:**
**To:**
**Date:**        2/21/03 10:16AM
**Subject:**    Re: Collection of Cell Site Location Data

Thanks for the info.  The question from the field stems from a disparity between the ELSUR guide produced by OEO and ▢▢▢▢▢▢ analysis.  It appears that an SA got hold of both these, noticed the differing opinions, and pointed that out to the CDC ▢▢▢▢▢▢ I don't know if it was related to a specific case or not.

B-5   b5

I'll find out if there is a specific case which requires appropriate advisement, or whether this was just a question raised for interesting conversation between a SA and CDC.  That will help to determine the priority for this.

Thanks.

>>> ▢▢▢▢ 02/14/03 04:23PM >>>

B-5

b6
b7C
b5

Did the question from the field involve a use where they would not otherwise need to get a (d) order?

>>> ▢▢▢▢ 02/14 2:16 PM >>>

B-5

b6
b7C
b5

B-5

Thanks.

CLASSIFICATION INFORMATION
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T80

**From:**
**To:**
**Date:** 2/11/03 10:56AM
**Subject:** Electronic Surveillance Issue

b6
b7C
b7E

B-5

CELLSITE-9566

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T60

**From:**
**To:**
**Date:**        1/23/02 12:15PM
**Subject:**     Re: CCIPS NEW PR/T&T TriggerFish Interpretation

and         has advised CCIPS            of that.
We are in the process of putting together an analysis, but in general here are my thoughts:



b6
b7C
b5
b7E

b5

b5

see note ①

b5

b5

b5

b5
b7E

b6
b7C
b5
b7E

>> [        ] 01/23/02 11:36AM >>>
Lets get [        ] comments before we change the ELSUR Guide.  I read the opinion and agree
with your assessment.  Thanks

>> [        ] 01/23 11:31 AM >>>
I've reviewed the CCIPS analysis and concur [                                    ] Has there been
any additional discussion on this yet?

[        ] This will result in additional changes to the ELSUR manual.  Unless advised to the contrary, I'll
ensure these changes are made.

>> [                    ] 01/17/02 06:27PM >>>
Attached is the most recent legal analysis issued by CCIPS to all AUSA/CTCs recommending that
AUSAs [                                    ]

I have requested that CCIPS delay further dissemination of this opinion until we have had an opportunity
to review it.  They have not yet responded back.

[                    ] AGC
Technology Law Unit
Office of the General Counsel
FEDERAL BUREAU OF INVESTIGATION
935 Pennsylvania Ave., N.W.  Rm [        ]
Washington, D.C. 20535-0001
Tel.
Fax [        ]

Engineering Research Facility
Bldg. 27958A, Rm [        ]
Quantico, VA 22135
Tel [        ]
Fax [        ]

TDY Rochester RA
FBI, Room [        ]
100 State Street
Rochester, NY 14614
Tel [        ]
Fax [        ]

Pag [        ]
Internet E-mail with advance notice to [        ]@leo.gov

b5
b6
b7C
b7E

b5
b6
b7C

b6
b7C

cc: [                                    ]

CELLSITE-9568

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T80

U//FOUO

### *Operating a Cell Site Simulator, or "WITT"Gear, to Locate a Cell Phone*

Operation of a Cell Site Simulator (CSS), or "WITT" gear, requires different court orders under different circumstances.   In order to determine which court order(s) is/are needed in a particular case, a "Cell Phone Location Quick Reference Guide" is attached as Appendix C.  To the extent that a pen register order, or Rule 41 warrant is required, the emergency provisions for each are discussed above, as are the consent exceptions.

*Attorney/client privileged*

*From - Emergency Authority Guide 2008*

U//FOUO

9

b6
b7C

CELLSITE-9569

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T80

U//FOUO

### Appendix C
#### [Cell Phone Location Quick Reference Guide]



| Technique(s) To Be Used | Legal Process Needed | Legal Standard |
|---|---|---|
| | | |

b5
b7E                        b5                        b5

*Note: the exceptions for the consent or implied consent of the subscriber, and the exigent circumstance exception to the Fourth Amendment are discussed above.  These exceptions may be applicable for cell phone location, depending on the facts.*

U//FOUO                                                                                        13

Attorney/Client privileged

CELLSITE-9570

CCIPSEmail.wpd

Case 2:12-cv-01605-DLR-BSB   Document 136-12   Filed 05/20/15   Page 13 of 401

Date:   01/14/2002  09:28 am -0500  (Monday)          b6
From:                                                  b7C
To:  Ccips att:
CC:
Subject:  please forward to CTC's

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T80

Attached is an analysis of the appropriate legal process for locating cell phones, in light of the
changes enacted in the USA PATRIOT Act.

B-5

b5

B-5

The attached analysis will also be available soon in USA Book.

Feel free to contact                              in the Computer Crime and Intellectual          b6
Property Section, or                              in the Office of Enforcement Operations if      b7C
you have any questions or comments.

CELLSITE-9573

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T80

**From:**
**To:**
**Date:** 1/17/02 6:27PM
**Subject:** CCIPS NEW PR/T&T TriggerFish Interpretation

b6
b7C
b5
b7E

Attached is the most recent legal analysis issued by CCIPS to all AUSA/CTCs recommending that

B-5?

I have requested that CCIPS delay further dissemination of this opinion until we have had an opportunity to review it.  They have not yet responded back.

_____ AGC
Technology Law Unit
Office of the General Counsel
FEDERAL BUREAU OF INVESTIGATION
935 Pennsylvania Ave., N.W.  Rm
Washington, D.C. 20535-0001
Tel
Fax

Engineering Research Facility
Bldg. 27958A, Rm
Quantico, VA 22135
Tel
Fax

b6
b7C

TDY Rochester RA
FBI, Room
100 State Street
Rochester, NY 14614
Tel
Fax

Pag
Internet E-mail with advance notice to: _____ @leo.gov

CELLSITE-9574



execute such an order at one central point and not require the "use" of the device outside of the court's jurisdiction.

## II.    Collection of Cell Phone Location Information Directly by Law Enforcement

Law enforcement possesses electronic devices that allow agents to determine the location of certain cellular phones by the electronic signals that they broadcast.  This equipment includes an antenna, an electronic device that processes the signals transmitted on cell phone frequencies, and a laptop computer that analyzes the signals and allows the agent to configure the collection of information.  Working together, these devices allow the agent to identify the direction (on a 360 degree display) and signal strength of a particular cellular phone while the user is making a call. By shifting the location of the device, the operator can determine the phone's location more precisely using triangulation.

In order to use such a device the investigator generally must know the target phone's telephone number (also known as a Mobile Identification Number or MIN).  After the operator enters this information into the tracking device, it scans the surrounding airwaves.  When the user of that phone places or receives a call, the phone transmits its unique identifying information to the provider's local cell tower.  The provider's system then automatically assigns the phone a particular frequency and transmits other information that will allow the phone properly to transmit the user's voice to the cell tower.  By gathering this information, the tracking device determines which call (out of the potentially thousands of nearby users) on which to home in.  While the user remains on the phone, the tracking device can then register the direction and signal strength (and therefore the approximate distance) of the target phone.

### A.    Use of Law Enforcement Cell Phone Tracking Devices Prior to the USA PATRIOT Act of 2001

In 1994, the Office of Enforcement Operations opined that investigators did not need to obtain any legal process in order to use cell phone tracking devices so long as they did not capture

the numbers dialed or other information "traditionally" collected using a pen/trap device. This analysis concluded that the "signaling information" automatically transmitted between a cell phone and the provider's tower does not implicate either the Fourth Amendment or the wiretap statute because it does not constitute the "contents" of a communication. Moreover, the analysis reasoned – prior to the 2001 amendments – that the pen/trap statute did not apply to the collection of such information because of the narrow definitions of "pen register" and "trap and trace device." Therefore, the guidance concluded, since neither the constitution nor any statute regulated their use, such devices did not require any legal authorization to operate.

**B.      The Pen/Trap Statute, As Amended By The USA PATRIOT Act of 2001**

Although the analysis remains unchanged with respect to the Fourth Amendment and the wiretap statute, substantial amendments to the definitions of "pen register" and "trap and trace device" in the USA PATRIOT Act alter the applicability of the pen/trap statute. The new definitions, on their face, strongly suggest that the statute now governs the use of such devices. Where the old definition of "pen register" applied only to "numbers dialed or otherwise transmitted," "pen register" now means

> a device or process which records or decodes dialing, routing, addressing, and signaling information transmitted by an instrument or facility from which a wire or electronic communication is transmitted....

18 U.S.C. § 3127(3). "Signaling information" is a broader term that encompasses other kinds of non-content information used by a communication system to process communications. This definition appears to encompass all of the non-content information passed between a cell phone and the provider's tower.

Similarly, the USA PATRIOT Act broadened the definition of "trap and trace device." Where before the definition included only "the originating number of an instrument or device," the new definition covers "the originating number or other dialing, routing, addressing, and signaling information reasonably likely to identify the source of a wire or electronic communication...." 18 U.S.C. § 3127(4). Like the definition of "pen register," this broader definition appears to include

CELLSITE-9576

such information as the transmission of a MIN, which identifies the source of a communication.

Moreover, the scant legislative history that accompanied passage of the Act suggests Congress intended that the new definitions apply to all communications media, instead of focusing solely on traditional telephone calls.  Although the House Report cannot definitively state the intent of both houses of Congress when passing the final bill, it does strongly suggest that Congress intended that the statute would apply to all technologies:

> This section updates the language of the statute to clarify that the pen/register [sic] authority applies to modern communication technologies. Current statutory references to the target "line," for example, are revised to encompass a "line or other facility."  Such a facility includes: *a cellular telephone number; a specific cellular telephone identified by its electronic serial number (ESN)*; an Internet user account or e-mail address; or an Internet Protocol (IP) address, port number, or similar computer network address or range of addresses. In addition, because the statute takes into account a wide variety of such facilities, section 3123(b)(1)(C) allows applicants for pen register or trap and trace orders to submit a description of the communications to be traced using any of these or other identifiers.
>
> Moreover, the section clarifies that orders for the installation of pen register and trap and trace devices may obtain *any* non-content information – "dialing, routing, addressing, and signaling information" – utilized in the processing and transmitting of wire or electronic communications....
>
> This concept, that the information properly obtained by using a pen register or trap and trace device is non-content information, *applies across the board to all communications media* ... ([and includes] packets that merely request a telnet connection in the Internet context).

H.R. Rept 107-236,  at 52-53 (emphasis added).  Indeed, this last reference to a packet requesting a telnet session – a piece of information passing between machines in order to establish a communication session for the human user – provides a close analogy to the information passing between a cell phone and the nearest tower in the initial stages of a cell phone call.

Finally, the House Report recognizes that pen registers and trap and trace devices could include devices that collect information remotely.  The Report states:

> Further, *because the pen register or trap and trace 'device' is often incapable of being physically 'attached' to the target facility due to the nature of modern communication technology*, section 101 makes two other related changes.

> First, in recognition of the fact that such functions are commonly performed today by software instead of physical mechanisms, the section allows the pen register or trap and trace device to be 'attached or applied' to the target facility [such as an ESN]. Likewise, the definitions of 'pen register' and 'trap and trace device' in section 3127 are revised to include an intangible 'process' (such as a software routine) which collects the same information as a physical device.

H.R. Rept 107-236, at 53 (emphasis added). Thus, the statutory text and legislative history strongly suggest that the pen/trap statute governs the collection of cell phone location information directly by law enforcement authorities.

## C.     The Inapplicability of CALEA's Prohibition on Collection Using Pen/Trap Authority

In passing CALEA in 1994, Congress required providers to isolate and provide to the government certain information relating to telephone communications. At the same time that it created these obligations, it created an exception: carriers shall not provide law enforcement with "any information that may disclose the physical location of the subscriber" in response to a pen/trap order. (A fuller quotation of the language appears, above, in Section I.B.). By its very terms, this prohibition applies only to information collected by a provider and not to information collected directly by law enforcement authorities. Thus, CALEA does not bar the use of pen/trap orders to authorize the use of cell phone tracking devices used to locate targeted cell phones.

## D.     Conclusion

The amended text of the pen/trap statute and the limited legislative history accompanying the 2001 amendments strongly suggest that the non-content information that passes between a cellular phone and the provider's tower falls into the definition of "dialing, routing, addressing, and signaling information" for purposes of the definitions of "pen register" and "trap and trace device." A pen/trap authorization is therefore the safest method of allowing law enforcement to collect such transmissions directly using its own devices.

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 31
Page 2 ~ OTHER;
Page 3 ~ OTHER;
Page 4 ~ OTHER;
Page 5 ~ OTHER;
Page 6 ~ OTHER;
Page 7 ~ OTHER;
Page 8 ~ OTHER;
Page 9 ~ OTHER;
Page 10 ~ OTHER;
Page 11 ~ OTHER;
Page 12 ~ OTHER;
Page 13 ~ OTHER;
Page 14 ~ OTHER;
Page 15 ~ OTHER;
Page 16 ~ OTHER;
Page 17 ~ OTHER;
Page 18 ~ OTHER;
Page 19 ~ OTHER;
Page 20 ~ OTHER;
Page 21 ~ OTHER;
Page 22 ~ OTHER;
Page 23 ~ OTHER;
Page 24 ~ OTHER;
Page 25 ~ OTHER;
Page 26 ~ OTHER;
Page 27 ~ OTHER;
Page 28 ~ OTHER;
Page 29 ~ OTHER;
Page 30 ~ OTHER;
Page 31 ~ OTHER;
Page 162 ~ b3; b5; b6; b7C; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X   No Duplication Fee X
X   For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXXX
```

**From:**
**Sent:** Friday, October 21, 2011 2:43 PM
**To:**
**Subject:** PRIVILEGED AND CONFIDENTIAL/FOR REPRESENTATION PURPOSES ONLY -

b3
b5
b6
b7C
b7E

Hi

I received the FBI's letter endorsing the request for

Just one point of clarification: the memo mentions that the FBI considers the details concerning

Please let me know if I understand the FBI's position correctly and if I do not, let me know.

I can be reached at

Thanks,

1

CELLSITE-11317

**From:**
**Sent:**          Friday, October 21, 2011 3:04 PM
**To:**
**Subject:**       RE: PRIVILEGED AND CONFIDENTIAL/FOR REPRESENTATION PURPOSES ONLY -

b5
b6
b7C
b7E

Thank you for your email.  My understanding is that you have correctly summarized the FBI's position regarding the                                                   I am going to circle back internally on this issue.  I will then get back in touch with you.

Please let me know if you have any questions.  Thanks again.

Federal Bureau of Investigation
Office of the General Counsel

THIS IS A PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT AND ATTORNEY WORK
PRODUCT COMMUNICATION

**From:**
**Sent:** Friday, October 21, 2011 2:43 PM
**To:**
**Subject:** PRIVILEGED AND CONFIDENTIAL/FOR REPRESENTATION PURPOSES ONLY -

Hi

I received the FBI's letter endorsing the request for

b3
b5
b6
b7C
b7E

Just one point of clarification: the memo mentions that the FBI considers the details concerning

Please let me know if I understand the FBI's position correctly and if I do not, let me know.

I can be reached at

1

**From:**
**Sent:** Friday, October 21, 2011 3:06 PM
**To:**
**Subject:** RE: PRIVILEGED AND CONFIDENTIAL/FOR REPRESENTATION PURPOSES ONLY -

b5
b6
b7C
b7E

Ok. Thanks.

Have a nice weekend,

**From:**
**Sent:** Friday, October 21, 2011 3:04 PM
**To:**
**Subject:** RE: PRIVILEGED AND CONFIDENTIAL/FOR REPRESENTATION PURPOSES ONLY -

Thank you for your email.  My understanding is that you have correctly summarized the FBI's position regarding the
I am going to circle back internally on this issue.  I will
then get back in touch with you.

Please let me know if you have any questions.  Thanks again.

b5
b6
b7C

Federal Bureau of Investigation
Office of the General Counsel

THIS IS A PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT AND ATTORNEY WORK
PRODUCT COMMUNICATION

**From:**
**Sent:** Friday, October 21, 2011 2:43 PM
**To:**
**Subject:** PRIVILEGED AND CONFIDENTIAL/FOR REPRESENTATION PURPOSES ONLY -

b3
b5
b6
b7C
b7E

Hi

I received the FBI's letter endorsing the request for

Just one point of clarification: the memo mentions that the FBI considers the details concerning

1

CELLSITE-11319

Please let me know if I understand the FBI's position correctly and if I do not, let me know.

I can be reached at

Thanks

b3
b5
b6
b7C
b7E

2

**From:**
**Sent:** Friday, October 21, 2011 3:18 PM
**To:**
**Subject:** RE: PRIVILEGED AND CONFIDENTIAL/FOR REPRESENTATION PURPOSES ONLY -

Thanks,          You have a nice weekend as well.

b5
b6
b7C

Federal Bureau of Investigation
Office of the General Counsel

THIS IS A PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT AND ATTORNEY WORK
PRODUCT COMMUNICATION

**From**
**Sent:** Friday, October 21, 2011 3:06 PM
**To**
**Subject:** RE: PRIVILEGED AND CONFIDENTIAL/FOR REPRESENTATION PURPOSES ONLY

Ok. Thanks.

Have a nice weekend,

b5
b6
b7C
b7E

**From:**
**Sent:** Friday, October 21, 2011 3:04 PM
**To:**
**Subject:** RE: PRIVILEGED AND CONFIDENTIAL/FOR REPRESENTATION PURPOSES ONLY

Thank you for your email. My understanding is that you have correctly summarized the FBI's position regarding the
                                                          I am going to circle back internally on this issue. I will
then get back in touch with you.

Please let me know if you have any questions. Thanks again.

Federal Bureau of Investigation
Office of the General Counsel

THIS IS A PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT AND ATTORNEY WORK

1

CELLSITE-11321

PRODUCT COMMUNICATION

**From**

**Sent:** Friday, October 21, 2011 2:43 PM

**To**

**Subject:** PRIVILEGED AND CONFIDENTIAL/FOR REPRESENTATION PURPOSES ONLY -

Hi

I received the FBI's letter endorsing the request for

Just one point of clarification: the memo mentions that the FBI considers the details concerning

b3
b5
b6
b7C
b7E

Please let me know if I understand the FBI's position correctly and if I do not, let me know.

I can be reached at

Thanks,

2

**From:**
**Sent:** Friday, October 21, 2011 3:34 PM
**To:**
**Subject:** FW: PRIVILEGED AND CONFIDENTIAL/FOR REPRESENTATION PURPOSES ONLY -

b3
b5
b6
b7C
b7E

As discussed, here is the email from

Federal Bureau of Investigation
Office of the General Counsel

THIS IS A PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT AND ATTORNEY WORK
PRODUCT COMMUNICATION

**From**
**Sent:** Friday, October 21, 2011 2:43 PM
**To:**
**Subject:** PRIVILEGED AND CONFIDENTIAL/FOR REPRESENTATION PURPOSES ONLY -

Hi

I received the FBI's letter endorsing the request for

b3
b5
b6
b7C
b7E

Just one point of clarification: the memo mentions that the FBI considers the details concerning

Please let me know if I understand the FBI's position correctly and if I do not, let me know.

I can be reached at

Thanks,

1

CELLSITE-11323

b6
b7C

From:
Sent:           Friday, October 21, 2011 3:40 PM
To:
Subject:        RE: PRIVILEGED AND CONFIDENTIAL/FOR REPRESENTATION PURPOSES ONLY -

You may have missed my recommended edit on page 5 of the memo.  It went to this issue.

Associate General Counsel
Office of the General Counsel
Federal Bureau of Investigation

THIS COMMUNICATION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT AND ATTORNEY WORK PRODUCT MATERIAL.

b3
b5
b6
b7C
b7E

From:
Sent: Friday, October 21, 2011 3:34 PM
To:
Subject: FW: PRIVILEGED AND CONFIDENTIAL/FOR REPRESENTATION PURPOSES ONLY

As discussed, here is the email from                                                                          Let
me know what you think.  I will call you back to discuss.

Federal Bureau of Investigation
Office of the General Counsel

THIS IS A PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT AND ATTORNEY WORK
PRODUCT COMMUNICATION

b5
b6
b7C
b7E

From:
Sent: Friday, October 21, 2011 2:43 PM
To:
Subject: PRIVILEGED AND CONFIDENTIAL/FOR REPRESENTATION PURPOSES ONLY

Hi

I received the FBI's letter endorsing the request for



1

CELLSITE-11324

Just one point of clarification: the memo mentions that the FBI considers the details concerning

b3
b5
b6
b7C
b7E

Please let me know if I understand the FBI's position correctly and if I do not, let me know.

I can be reached at

Thanks,

CELLSITE-11325

**To:**

**Subject:** RE: PRIVILEGED AND CONFIDENTIAL/FOR REPRESENTATION PURPOSES ONLY -

Ok. Thanks.

Have a nice weekend,

b5
b6
b7C

**From**

**Sent:** Friday, October 21, 2011 3:04 PM

**To**

**Subject:** RE: PRIVILEGED AND CONFIDENTIAL/FOR REPRESENTATION PURPOSES ONLY

Thank you for your email.  My understanding is that you have correctly summarized the FBI's position regarding the
I am going to circle back internally on this issue.  I will
then get back in touch with you.

Please let me know if you have any questions.  Thanks again.

Federal Bureau of Investigation
Office of the General Counsel

THIS IS A PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT AND ATTORNEY WORK
PRODUCT COMMUNICATION

b3
b5
b6
b7C
b7E

**From:**

**Sent:** Friday, October 21, 2011 2:43 PM

**To**

**Subject:** PRIVILEGED AND CONFIDENTIAL/FOR REPRESENTATION PURPOSES ONLY -

Hi

I received the FBI's letter endorsing the request for

Just one point of clarification: the memo mentions that the FBI considers the details

CELLSITE-11326

Please let me know if I understand the FBI's position correctly and if I do not, let me know.

I can be reached at

Thanks,

b6
b7C

CELLSITE-11327

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 149
Page 2 ~ b5; b6; b7C; b7E;
Page 3 ~ b5; b6; b7C; b7E;
Page 4 ~ b3; b5; b6; b7C; b7E;
Page 5 ~ b3; b5; b6; b7C; b7E;
Page 6 ~ b3; b5; b6; b7C; b7E;
Page 7 ~ b3; b5; b6; b7C; b7E;
Page 8 ~ b3; b5; b6; b7C; b7E;
Page 10 ~ b5; b6; b7C; b7E;
Page 11 ~ b5; b6; b7C; b7E;
Page 12 ~ b5; b7E;
Page 13 ~ b5; b7E;
Page 14 ~ b3; b5; b7E;
Page 15 ~ b3; b5; b7E;
Page 16 ~ b3; b5; b7E;
Page 17 ~ b3; b5; b7E;
Page 18 ~ b3; b5; b7E;
Page 19 ~ b3; b5; b7E;
Page 20 ~ b3; b5; b7E;
Page 21 ~ b3; b5; b7E;
Page 22 ~ b3; b5; b7E;
Page 23 ~ b3; b5; b7E;
Page 24 ~ b3; b5; b7E;
Page 25 ~ b3; b5; b7E;
Page 26 ~ b3; b5; b7E;
Page 27 ~ b3; b5; b7E;
Page 28 ~ b3; b5; b7E;
Page 29 ~ b3; b5; b7E;
Page 30 ~ b3; b5; b7E;
Page 31 ~ b3; b5; b7E;
Page 32 ~ b3; b5; b7E;
Page 33 ~ b3; b5; b7E;
Page 34 ~ b3; b5; b7E;
Page 35 ~ b3; b5; b7E;
Page 38 ~ b5; b6; b7C;
Page 39 ~ b3; b5; b6; b7C; b7E;
Page 40 ~ b3; b5; b7E;
Page 41 ~ b3; b5; b7E;
Page 42 ~ b3; b5; b7E;
Page 43 ~ b3; b5; b7E;
Page 44 ~ b3; b5; b7E;
Page 45 ~ b3; b5; b7E;
Page 47 ~ b3; b5; b6; b7C; b7E;
Page 48 ~ b3; b5; b7E;
Page 49 ~ b3; b5; b7E;
Page 50 ~ b3; b5; b7E;
Page 51 ~ b3; b5; b7E;
Page 52 ~ b3; b5; b7E;
Page 53 ~ b3; b5; b7E;
Page 54 ~ b3; b5; b7E;
Page 55 ~ b3; b5; b7E;
Page 56 ~ b3; b5; b6; b7C; b7E;
Page 57 ~ b3; b5; b7E;

Page 58 ~ b3; b5; b7E;
Page 59 ~ b3; b5; b6; b7C; b7E;
Page 60 ~ b3; b5; b7E;
Page 61 ~ b3; b5; b7E;
Page 62 ~ b3; b5; b7E;
Page 63 ~ b3; b5; b7E;
Page 65 ~ b3; b5; b6; b7C; b7E;
Page 66 ~ b3; b5; b6; b7C; b7E;
Page 67 ~ b5; b6; b7C; b7E;
Page 68 ~ b3; b5; b7E;
Page 69 ~ b3; b5; b7E;
Page 70 ~ b3; b5; b7E;
Page 71 ~ b3; b5; b7E;
Page 72 ~ b3; b5; b6; b7C; b7E;
Page 74 ~ b3; b5; b6; b7C; b7E;
Page 75 ~ b3; b5; b6; b7C; b7E;
Page 76 ~ b3; b5; b6; b7C; b7E;
Page 78 ~ b3; b5; b6; b7C; b7E;
Page 79 ~ b3; b5; b6; b7C; b7E;
Page 80 ~ b3; b5; b6; b7C; b7E;
Page 81 ~ b3; b5; b6; b7C; b7E;
Page 82 ~ b3; b5; b6; b7C; b7E;
Page 83 ~ b3; b5; b7E;
Page 85 ~ b5; b6; b7C; b7E;
Page 86 ~ b5; b7E;
Page 87 ~ b3; b5; b7E;
Page 88 ~ b3; b5; b7E;
Page 89 ~ b3; b5; b7E;
Page 91 ~ b3; b5; b6; b7C; b7E;
Page 92 ~ b3; b5; b6; b7C; b7E;
Page 93 ~ b3; b5; b7E;
Page 94 ~ b3; b5; b7E;
Page 98 ~ b5; b7E;
Page 102 ~ Duplicate;
Page 106 ~ b3; b5; b7E;
Page 108 ~ Duplicate;
Page 109 ~ Duplicate;
Page 110 ~ Duplicate;
Page 112 ~ Duplicate;
Page 113 ~ Duplicate;
Page 114 ~ Duplicate;
Page 115 ~ Duplicate;
Page 116 ~ Duplicate;
Page 117 ~ Duplicate;
Page 118 ~ b5; b6; b7C;
Page 119 ~ b3; b5; b6; b7C; b7E;
Page 120 ~ b3; b5; b6; b7C; b7E;
Page 121 ~ b3; b5; b6; b7C; b7E;
Page 122 ~ b5; b6; b7C; b7E;
Page 123 ~ b3; b5; b7E;
Page 124 ~ b3; b5; b6; b7C; b7E;
Page 125 ~ b3; b5; b6; b7C; b7E;
Page 130 ~ b3; b5; b7E;
Page 131 ~ b5; b7E;
Page 132 ~ b5; b7E;
Page 133 ~ b5; b6; b7C; b7E;
Page 134 ~ b5; b6; b7C; b7E;
Page 135 ~ b5; b6; b7C; b7E;

Page 136 ~ b5; b6; b7C; b7E;
Page 137 ~ b5; b6; b7C; b7E;
Page 138 ~ b5; b6; b7C; b7E;
Page 139 ~ b3; b5; b7E;
Page 140 ~ b5; b6; b7C; b7E;
Page 141 ~ b5; b6; b7C; b7E;
Page 143 ~ b5; b6; b7C; b7E;
Page 144 ~ b5; b6; b7C; b7E;
Page 145 ~ b5; b6; b7C; b7E;
Page 146 ~ b5; b6; b7C; b7E;
Page 147 ~ b5; b6; b7C; b7E;
Page 148 ~ b5; b7E;
Page 149 ~ b3; b5; b6; b7C; b7E;
Page 152 ~ b5; b6; b7C; b7E;
Page 153 ~ b5; b6; b7C; b7E;
Page 154 ~ b5; b6; b7C; b7E;
Page 155 ~ b5; b6; b7C; b7E;
Page 156 ~ b5; b6; b7C; b7E;
Page 157 ~ b3; b5; b7E;
Page 158 ~ b3; b5; b6; b7C; b7E;
Page 160 ~ b3; b5; b6; b7C; b7E;
Page 161 ~ b3; b5; b6; b7C; b7E;
Page 165 ~ b3; b5; b7E;
Page 166 ~ b3; b5; b6; b7C; b7E;
Page 167 ~ b5; b6; b7C; b7E;
Page 169 ~ b5; b6; b7C; b7E;
Page 170 ~ b3; b5; b7E;
Page 171 ~ b3; b5; b6; b7C; b7E;
Page 173 ~ b5; b6; b7C; b7E;
Page 174 ~ b3; b5; b7E;
Page 175 ~ b3; b5; b6; b7C; b7E;
Page 178 ~ b3; b5; b6; b7C; b7E;
Page 179 ~ b3; b5; b7E;
Page 180 ~ b3; b5; b7E;
Page 187 ~ b3; b5; b6; b7C; b7E;
Page 191 ~ b5; b7E;
Page 192 ~ b5; b7E;
Page 193 ~ b3; b5; b7E;
Page 194 ~ b3; b5; b7E;

XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X   No Duplication Fee X
X   For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX

Take care,

b3
b5
b6
b7C
b7E

**From:**
**Sent:**        Friday, October 22, 2010 4:31 PM
**To:**
**Subject:**        FW:

Is there any way you could check on this?  Just would like to know what is going out before it hits the shelf.  I'll be in
Orlando all next week wit[     ]  If you need us please just call on the BB.  I think I've handled al[          ]DOJ) requests.

SSA
Violent Crimes/Major Offenders Unit -FBIHQ
"Project Pin-Point" & "Cellular Analysis and Survey Team"

**From:**[              ]OTD) (FBI)
**Sent:** Tuesday, October 19, 2010 1:56 PM

CELLSITE-2247

THIS MESSAGE MAY CONTAIN PRIVILEGED ATTORNEY-CLIENT COMMUNICATION AND ATTORNEY WORK PRODUCT.   DO NOT DISSEMINATE WITHOUT OGC APPROVAL.

*Assistant General Counsel*
*Investigative Law Unit*
*Office of the General Counsel*

b6
b7C

PRIVILEGED ATTORNEY-CLIENT COMMUNICATION AND ATTORNEY WORK PRODUCT.  DO NOT DISSEMINATE WITHOUT OGC APPROVAL.

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

3

CELLSITE-2265



*Wireless Intercept and Tracking Team*

# Cellular Tracking
# Legal Issues

March 3, 2005

CELLSITE-2275



## Table of Content

# **Overview**

- ▪ Pen Register Device (18 U.S.C. § 3127(3))
  - – Old Law vs. New Law
  - – Non-Target users (Privacy Interest)
  - – Potential Interference
- ▪ Sample app & order
- ▪ Protecting Technique
  - – Use as evidence
  - – Qualified Privilege

2

CELLSITE-2276



E-2277



# OLD Policy

b5
b7E

- **Prior Policy**

  - DOJ view: autonomous registration
    data not  "dialed number"

    and .

  - Not content, so



# Pen Register Device: 18 USC 3127(3)

**Old Definition**

- "pen register" means a device which records or decodes electronic or other impulses which **identify the numbers dialed or otherwise transmitted on the telephone line to which such device is attached….**

**New Definition**

- "pen register" means a device *or process* which records or decodes *dialing, routing, addressing, or* <u>signaling</u> *information* <u>transmitted by an instrument or facility from which a wire or electronic communication is transmitted,</u> *provided, however, that such information shall not include the contents of any communication*….

6



# New Law: USA Patriot Act

b5
b7E

- **§ 3127 Pen Register <u>device or process:</u>**
  - "records or decodes <u>dialing, routing, addressing, or signaling information</u>
  - <u>transmitted by an instrument or facility</u> from which a wire or electronic communication is transmitted"

## <u>DOJ</u>:

7


**Wireless Intercept and Tracking Team**

# The Debate:

b5
b7E

**Statutory language**:

- data "utilized in the processing" of a communication <u>see</u> 3121(c) since 1994 LE obligated to restrict recording to "dialing and signaling information utilized in call processing"

- at the time of the call--i.e., occurring in real-time

  - "*from which a wire or electronic communication <u>is</u> transmitted*" not may be transmitted  see 3127(3)

9

CELLSITE-2283



# Debate Cont.

- IF Signaling Information:
  - Implied Consent? — 18 U.S.C. § 3121(b)(3)

    b5
    b7E

    - adequate **Notice** of monitoring by cellular provider to show ACTUAL knowledge
    - Misplaced trust

10



**Wireless Intercept and Tracking Team**

# Debate Cont.

## The dilemma:

b5

CELLSITE-2285



# Emergency Provision

## § 3125(a)(1)

- – DOJ command Center
- – OEO (business hours)
- ▪ Emergencies involving:
  - ▪ Immediate danger of death or serious injury

b5
b7E

- ▪
- ▪ MIOG, Part 2, 10-10.7.1



# Purging Data Collected

- ? Whether it applies to

  b5
  b7E

- preserve 1st Amendment rights &
  Minimize           data

**From:**
**Sent:**       Friday, February 04, 2011 9:28 AM
**To:**
**Subject:**    FW: WITT - OGC

I know you had asked about this some time ago and we were sort of going around and around on it – think the below is a decent road map to follow re use of WITT

Hope all is well in

b5
b6
b7C
b7E

**From:**
**Sent:** Tuesday, January 25, 2011 2:51 PM
**To:**
**Cc:**
**Subject:** RE: WITT - OGC

Hello.  Hope all is well.

Here's my 2 cents:

CELLSITE-2334

**From:**
**Sent:** Friday, November 05, 2010 3:15 PM
**To:**
**Subject:** RE: Comment 519.

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

I think the service provider can/should get us from point A to point B if they are able... has been trying to get some clarity on this....I'm not sure I have been able to help him!

<u>Thx,</u>

b3
b5
b6
b7C
b7E

**From:**
**Sent:** Friday, November 05, 2010 3:10 PM
**To:**
**Subject:** RE: Comment 519.

**From:** Friday, November 05, 2010 2:01 PM
**Sent:**
**To:**
**Cc:**
**Subject:** FW: Comment 519.

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

CELLSITE-2347

1

Thanks,
[redacted]

**From:** [redacted]
**Sent:** Friday, November 05, 2010 2:41 PM
**To:** [redacted]
**Subject:** [redacted]

**From:** [redacted]
**Sent:** [redacted]
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: Comment 519.

b5
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

I agree with your recommendation in your last paragraph below, [redacted] and request that [redacted]

**From:** [redacted]
**Sent:** Thursday, November 04, 2010 3:45 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: Comment 519.

[redacted]

**THIS MESSAGE MAY CONTAIN PRIVILEGED ATTORNEY-CLIENT COMMUNICATION AND ATTORNEY WORK PRODUCT. DO NOT DISSEMINATE WITHOUT OGC APPROVAL.**

[redacted]
*Assistant General Counsel*
*Investigative Law Unit*
*Office of the General Counsel*
[redacted]

**From**
**Sent:** Thursday, November 04, 2010 10:15 AM
**To**
**Subject:** RE: Comment 519.


<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

                                                                                   b3
                                                                                 b5
                                              b6

This I can support.  Thanks.

                                                                 b7C
                                                                 b7E

**From:**
**Sent:**        Thursday, November 04, 2010 10:20 AM
**To:**
**Cc:**

**Subject:**     RE: Comment 519.


THIS MESSAGE MAY CONTAIN PRIVILEGED ATTORNEY-CLIENT COMMUNICATION AND ATTORNEY WORK
PRODUCT.         DO NOT DISSEMINATE WITHOUT OGC APPROVAL.

*Assistant General Counsel*
*Investigative Law Unit*
*Office of the General Counsel*


**From:**
**Sent:** Thursday, November 04, 2010 9:11 AM

3

**To:**
**Subject:** RE: Comment 519.

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

Okay, and I have to say I'm disturbed by the lack of clarity in the statute [ ] could you please refer this to [ ]? It would be some time before I could do it.

Thanks

b3
b5
b6
b7C
b7E

**From:**
**Sent:**          Thursday, November 04, 2010 10:01 AM
**To:**
**Cc:**

**Subject:**      RE: Comment 519.

THIS MESSAGE MAY CONTAIN PRIVILEGED ATTORNEY-CLIENT COMMUNICATION AND ATTORNEY WORK PRODUCT.          DO NOT DISSEMINATE WITHOUT OGC APPROVAL.

*Assistant General Counsel*
*Investigative Law Unit*
<u>*Office of the General Counsel*</u>

**From:**
**Sent:** Thursday, November 04, 2010 8:58 AM
**To:**
**Cc:**
MAZEL,
**Subject:** RE: Comment 519.

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

4

From:
Sent:       Thursday, November 04, 2010 9:30 AM
To:
Cc:
Subject:       RE: Comment 519.

THIS MESSAGE MAY CONTAIN PRIVILEGED ATTORNEY-CLIENT COMMUNICATION AND ATTORNEY WORK
PRODUCT.          DO NOT DISSEMINATE WITHOUT OGC APPROVAL.

b3
b5
b6
b7C
b7E

*Assistant General Counsel*
*Investigative Law Unit*
*Office of the General Counsel*

From:
Sent: Thursday, November 04, 2010 8:27 AM
To:
Cc:
Subject: RE: Comment 519.

UNCLASSIFIED
NON-RECORD

From:
Sent:       Thursday, November 04, 2010 9:16 AM
To:
Cc:
Subject:       FW: Comment 519.

Thanks!

5

CELLSITE-2351

THIS MESSAGE MAY CONTAIN PRIVILEGED ATTORNEY-CLIENT COMMUNICATION AND ATTORNEY WORK PRODUCT.          DO NOT DISSEMINATE WITHOUT OGC APPROVAL.

*Assistant General Counsel*
*Investigative Law Unit*
*Office of the General Counsel*

**From:**
**Sent:** Thursday, November 04, 2010 7:52 AM
**To:**
**Subject:** RE: Comment 519.

b3
b5
b6
b7C
b7E

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

Thanks for copying me.  Did you happen to discuss this with                              as they advise the WITT

**From:**
**Sent:**          Wednesday, November 03, 2010 9:39 AM
**To:**
**Cc:**
**Subject:**          FW: Comment 519.

CELLSITE-2352

From:
Sent:          Thursday, October 28, 2010 2:47 PM
To:
Subject:       FW: New WITT Policy

Hey short timer!  If you get a second can you look this email over?  I haven't read it yet but it doesn't look like anything is
nailed down on the DIOG regarding the use of the gear.

I'm in all next week if you want to talk.

Violent Crimes/Major Offenders Unit -FBIHQ
"Project Pin-Point" & "Cellular Analysis and Survey Team"

b5
b6
b7C
b7E

**From:**
**Sent:** Tuesday, October 26, 2010 11:04 AM
**To:**
**Subject:** RE: New WITT Policy

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

CELLSITE-2354

Take care,

b3
b5
b6
b7C
b7E

**From:**
**Sent:** Friday, October 22, 2010 4:31 PM
**To:**
**Subject:** FW: New WITT Policy

Is there any way you could check on this?  Just would like to know what is going out before it hits the shelf.  I'll be in Orlando all next week with⬜ If you need us please just call on the BB.  I think I've handled all⬜(DOJ) requests.

Violent Crimes/Major Offenders Unit -FBIHQ
"Project Pin-Point" & "Cellular Analysis and Survey Team"

7

CELLSITE-2359

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1


Total Deleted Page(s) = 218
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b3; b4; b6; b7C; b7E;
Page 5 ~ b3; b4; b7E;
Page 6 ~ b3; b4; b7E;
Page 7 ~ b3; b4; b7E;
Page 8 ~ b3; b4; b7E;
Page 9 ~ b3; b4; b7E;
Page 10 ~ b3; b4; b6; b7C; b7E;
Page 11 ~ b3; b4; b7E;
Page 12 ~ b3; b4; b7E;
Page 13 ~ b3; b4; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b4; b7E;
Page 17 ~ b3; b4; b7E;
Page 18 ~ b3; b4; b7E;
Page 19 ~ b3; b4; b7E;
Page 20 ~ b3; b4; b7E;
Page 21 ~ b3; b4; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 29 ~ b3; b4; b7E;
Page 30 ~ b3; b4; b7E;
Page 31 ~ b3; b4; b7E;
Page 32 ~ b3; b4; b7E;
Page 33 ~ b3; b4; b7E;
Page 34 ~ b3; b4; b7E;
Page 35 ~ b3; b4; b7E;
Page 36 ~ b3; b4; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
Page 40 ~ b3; b4; b7E;
Page 41 ~ b3; b4; b7E;
Page 42 ~ b3; b4; b7E;
Page 43 ~ b3; b4; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b7E;
Page 48 ~ b3; b4; b7E;
Page 49 ~ b3; b4; b7E;
```

```
Page 50 ~ b3; b4; b7E;
Page 51 ~ b3; b4; b7E;
Page 52 ~ b3; b4; b7E;
Page 53 ~ b3; b4; b7E;
Page 54 ~ b3; b4; b7E;
Page 55 ~ b3; b4; b7E;
Page 56 ~ b3; b4; b7E;
Page 57 ~ b3; b4; b7E;
Page 58 ~ b3; b4; b7E;
Page 59 ~ b3; b4; b7E;
Page 60 ~ b3; b4; b7E;
Page 61 ~ b3; b4; b7E;
Page 62 ~ b3; b4; b7E;
Page 63 ~ b3; b4; b7E;
Page 64 ~ b3; b4; b7E;
Page 65 ~ b3; b4; b7E;
Page 66 ~ b3; b4; b7E;
Page 67 ~ b3; b4; b7E;
Page 68 ~ b3; b4; b7E;
Page 69 ~ b3; b4; b7E;
Page 70 ~ b3; b4; b7E;
Page 71 ~ b3; b4; b7E;
Page 72 ~ b3; b4; b7E;
Page 73 ~ b3; b4; b7E;
Page 74 ~ b3; b4; b7E;
Page 75 ~ b3; b4; b7E;
Page 76 ~ b3; b4; b7E;
Page 77 ~ b3; b4; b7E;
Page 78 ~ b3; b4; b7E;
Page 79 ~ b3; b4; b7E;
Page 80 ~ b3; b4; b7E;
Page 81 ~ b3; b4; b7E;
Page 82 ~ b3; b4; b7E;
Page 83 ~ b3; b4; b7E;
Page 84 ~ b3; b4; b7E;
Page 85 ~ b3; b4; b7E;
Page 86 ~ b3; b4; b7E;
Page 87 ~ b3; b4; b7E;
Page 88 ~ b3; b4; b7E;
Page 89 ~ b3; b4; b7E;
Page 90 ~ b3; b4; b7E;
Page 91 ~ b3; b4; b7E;
Page 92 ~ b3; b4; b7E;
Page 93 ~ b3; b4; b7E;
Page 94 ~ b3; b4; b7E;
Page 95 ~ b3; b4; b7E;
Page 96 ~ b3; b4; b7E;
Page 97 ~ b3; b4; b7E;
Page 98 ~ b3; b4; b7E;
Page 99 ~ b3; b4; b7E;
Page 100 ~ b3; b4; b7E;
Page 101 ~ b3; b4; b7E;
Page 102 ~ b3; b4; b7E;
Page 103 ~ b3; b4; b7E;
```

```
Page 104 ~ b3; b4; b7E;
Page 105 ~ b3; b4; b7E;
Page 106 ~ b3; b4; b7E;
Page 107 ~ b3; b4; b7E;
Page 108 ~ b3; b4; b7E;
Page 109 ~ b3; b4; b7E;
Page 110 ~ b3; b4; b7E;
Page 111 ~ b3; b4; b7E;
Page 112 ~ b3; b4; b7E;
Page 113 ~ b3; b4; b7E;
Page 114 ~ b3; b4; b7E;
Page 115 ~ b3; b4; b7E;
Page 116 ~ b3; b4; b7E;
Page 117 ~ b3; b4; b7E;
Page 118 ~ b3; b4; b7E;
Page 119 ~ b3; b4; b7E;
Page 120 ~ b3; b4; b7E;
Page 121 ~ b3; b4; b7E;
Page 122 ~ b3; b4; b7E;
Page 123 ~ b3; b4; b7E;
Page 124 ~ b3; b4; b7E;
Page 125 ~ b3; b4; b7E;
Page 126 ~ b3; b4; b7E;
Page 127 ~ b3; b4; b7E;
Page 128 ~ b3; b4; b7E;
Page 129 ~ b3; b4; b7E;
Page 130 ~ b3; b4; b7E;
Page 131 ~ b3; b4; b7E;
Page 132 ~ b3; b4; b7E;
Page 133 ~ b3; b4; b7E;
Page 134 ~ b3; b4; b7E;
Page 135 ~ b3; b4; b7E;
Page 136 ~ b3; b4; b7E;
Page 137 ~ b3; b4; b7E;
Page 138 ~ b3; b4; b7E;
Page 139 ~ b3; b4; b7E;
Page 140 ~ b3; b4; b7E;
Page 141 ~ b3; b4; b7E;
Page 142 ~ b3; b4; b7E;
Page 143 ~ b3; b4; b7E;
Page 144 ~ b3; b4; b7E;
Page 145 ~ b3; b4; b7E;
Page 146 ~ b3; b4; b7E;
Page 147 ~ b3; b4; b7E;
Page 148 ~ b3; b4; b7E;
Page 149 ~ b3; b4; b7E;
Page 150 ~ b3; b4; b7E;
Page 151 ~ b3; b4; b7E;
Page 152 ~ b3; b4; b7E;
Page 153 ~ b3; b4; b7E;
Page 154 ~ b3; b4; b7E;
Page 155 ~ b3; b4; b7E;
Page 156 ~ b3; b4; b7E;
Page 157 ~ b3; b4; b7E;
```

```
Page 158 ~ b3; b4; b7E;
Page 159 ~ b3; b4; b7E;
Page 160 ~ b3; b4; b7E;
Page 161 ~ b3; b4; b7E;
Page 162 ~ b3; b4; b7E;
Page 163 ~ b3; b4; b7E;
Page 164 ~ b3; b4; b7E;
Page 165 ~ b3; b4; b7E;
Page 166 ~ b3; b4; b7E;
Page 167 ~ b3; b4; b7E;
Page 168 ~ b3; b4; b7E;
Page 169 ~ b3; b4; b7E;
Page 170 ~ b3; b4; b7E;
Page 171 ~ b3; b4; b7E;
Page 172 ~ b3; b4; b7E;
Page 173 ~ b3; b4; b7E;
Page 174 ~ b3; b4; b7E;
Page 175 ~ b3; b4; b7E;
Page 176 ~ b3; b4; b7E;
Page 177 ~ b3; b4; b7E;
Page 178 ~ b3; b4; b7E;
Page 179 ~ b3; b4; b7E;
Page 180 ~ b3; b4; b7E;
Page 181 ~ b3; b4; b7E;
Page 182 ~ b3; b4; b7E;
Page 183 ~ b3; b4; b7E;
Page 184 ~ b3; b4; b7E;
Page 185 ~ b3; b4; b7E;
Page 186 ~ b3; b4; b7E;
Page 187 ~ b3; b4; b7E;
Page 188 ~ b3; b4; b7E;
Page 189 ~ b3; b4; b7E;
Page 190 ~ b3; b4; b7E;
Page 191 ~ b3; b4; b7E;
Page 192 ~ b3; b4; b7E;
Page 193 ~ b3; b4; b7E;
Page 194 ~ b3; b4; b7E;
Page 195 ~ b3; b4; b7E;
Page 196 ~ b3; b4; b7E;
Page 197 ~ b3; b4; b7E;
Page 198 ~ b3; b4; b7E;
Page 199 ~ b3; b4; b7E;
Page 200 ~ b3; b4; b7E;
Page 201 ~ b3; b4; b7E;
Page 202 ~ b3; b4; b7E;
Page 203 ~ b3; b4; b7E;
Page 204 ~ b3; b4; b7E;
Page 205 ~ b3; b4; b7E;
Page 206 ~ b3; b4; b7E;
Page 207 ~ b3; b4; b7E;
Page 208 ~ b3; b4; b6; b7C; b7E;
Page 209 ~ b3; b4; b7E;
Page 210 ~ b3; b4; b7E;
Page 211 ~ b3; b4; b7E;
```

```
Page 212 ~ b3; b4; b7E;
Page 213 ~ b3; b4; b7E;
Page 214 ~ b3; b4; b7E;
Page 215 ~ b3; b4; b7E;
Page 216 ~ b3; b4; b7E;
Page 217 ~ b3; b4; b7E;
Page 218 ~ b3; b4; b7E;
Page 219 ~ b3; b4; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 24
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b3; b4; b7E;
Page 5 ~ b3; b4; b7E;
Page 6 ~ b3; b4; b7E;
Page 7 ~ b3; b4; b7E;
Page 8 ~ b3; b4; b7E;
Page 9 ~ b3; b4; b7E;
Page 10 ~ b3; b4; b7E;
Page 11 ~ b3; b4; b7E;
Page 12 ~ b3; b4; b7E;
Page 13 ~ b3; b4; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b4; b7E;
Page 17 ~ b3; b4; b7E;
Page 18 ~ b3; b4; b7E;
Page 19 ~ b3; b4; b7E;
Page 20 ~ b3; b4; b7E;
Page 21 ~ b3; b4; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b7E;


                              XXXXXXXXXXXXXXXXXXXXXXXX
                              X    Deleted Page(s)    X
                              X    No Duplication Fee X
                              X    For this Page      X
                              XXXXXXXXXXXXXXXXXXXXXXXX
```

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 28
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b3; b4; b7E;
Page 5 ~ b3; b4; b7E;
Page 6 ~ b3; b4; b7E;
Page 7 ~ b3; b4; b7E;
Page 8 ~ b3; b4; b7E;
Page 9 ~ b3; b4; b7E;
Page 10 ~ b3; b4; b7E;
Page 11 ~ b3; b4; b7E;
Page 12 ~ b3; b4; b7E;
Page 13 ~ b3; b4; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b4; b7E;
Page 17 ~ b3; b4; b7E;
Page 18 ~ b3; b4; b7E;
Page 19 ~ b3; b4; b7E;
Page 20 ~ b3; b4; b7E;
Page 21 ~ b3; b4; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 29 ~ b3; b4; b7E;

```
XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)   X
X   No Duplication Fee X
X   For this Page     X
XXXXXXXXXXXXXXXXXXXXXXXX
```

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 28
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b3; b4; b7E;
Page 5 ~ b3; b4; b7E;
Page 6 ~ b3; b4; b7E;
Page 7 ~ b3; b4; b7E;
Page 8 ~ b3; b4; b7E;
Page 9 ~ b3; b4; b7E;
Page 10 ~ b3; b4; b7E;
Page 11 ~ b3; b4; b7E;
Page 12 ~ b3; b4; b7E;
Page 13 ~ b3; b4; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b4; b7E;
Page 17 ~ b3; b4; b7E;
Page 18 ~ b3; b4; b7E;
Page 19 ~ b3; b4; b7E;
Page 20 ~ b3; b4; b7E;
Page 21 ~ b3; b4; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 29 ~ b3; b4; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 38
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b3; b4; b7E;
Page 5 ~ b3; b4; b7E;
Page 6 ~ b3; b4; b7E;
Page 7 ~ b3; b4; b7E;
Page 8 ~ b3; b4; b7E;
Page 9 ~ b3; b4; b7E;
Page 10 ~ b3; b4; b7E;
Page 11 ~ b3; b4; b7E;
Page 12 ~ b3; b4; b7E;
Page 13 ~ b3; b4; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b4; b7E;
Page 17 ~ b3; b4; b7E;
Page 18 ~ b3; b4; b7E;
Page 19 ~ b3; b4; b7E;
Page 20 ~ b3; b4; b7E;
Page 21 ~ b3; b4; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 29 ~ b3; b4; b7E;
Page 30 ~ b3; b4; b7E;
Page 31 ~ b3; b4; b7E;
Page 32 ~ b3; b4; b7E;
Page 33 ~ b3; b4; b7E;
Page 34 ~ b3; b4; b7E;
Page 35 ~ b3; b4; b7E;
Page 36 ~ b3; b4; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 26
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b3; b4; b7E;
Page 5 ~ b3; b4; b7E;
Page 6 ~ b3; b4; b7E;
Page 7 ~ b3; b4; b7E;
Page 8 ~ b3; b4; b7E;
Page 9 ~ b3; b4; b7E;
Page 10 ~ b3; b4; b7E;
Page 11 ~ b3; b4; b7E;
Page 12 ~ b3; b4; b7E;
Page 13 ~ b3; b4; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b4; b7E;
Page 17 ~ b3; b4; b7E;
Page 18 ~ b3; b4; b7E;
Page 19 ~ b3; b4; b7E;
Page 20 ~ b3; b4; b7E;
Page 21 ~ b3; b4; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 31
Page 2 ~ b3; b7E;
Page 4 ~ b3; b7E;
Page 5 ~ b7E;
Page 6 ~ b3; b7E;
Page 7 ~ b3; b7E;
Page 8 ~ b3; b7E;
Page 9 ~ b3; b7E;
Page 10 ~ b3; b7E;
Page 11 ~ b3; b7E;
Page 12 ~ b3; b7E;
Page 13 ~ b3; b7E;
Page 14 ~ b3; b7E;
Page 15 ~ b3; b7E;
Page 16 ~ b3; b7E;
Page 17 ~ b3; b7E;
Page 18 ~ b3; b7E;
Page 19 ~ b3; b7E;
Page 20 ~ b3; b7E;
Page 21 ~ b3; b7E;
Page 22 ~ b3; b7E;
Page 23 ~ b3; b7E;
Page 24 ~ b3; b7E;
Page 25 ~ b3; b7E;
Page 26 ~ b3; b7E;
Page 28 ~ b3; b7E;
Page 29 ~ b3; b7E;
Page 30 ~ b3; b7E;
Page 31 ~ b3; b7E;
Page 32 ~ b3; b6; b7C; b7E;
Page 33 ~ b3; b7E;
Page 35 ~ b3; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X   No Duplication Fee X
X   For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

23-Mar  Travel (Arrive)
        Inform Coordinator of arrival / issues
        Equipment Delivery
24-Mar     830 Arrive / Introductions
         900 Scenario Description       5
            Goals / Objectives       10
            Pre-Deployment Functions   5
       1000 Break
       1015
       1100
       1200 Lunch (1.5 HOURS)
       1330
       1430
       1530
       1630
25-Mar     830 Arrive / Issues
        900
       1100
       1200 Lunch (1.5 HOURS)
       1330
       1630
26-Mar     830 Arrive Station
  ??
27-Mar     83
  ??
28-Mar    1200 Lunch (1.5 HOURS)
       2100 Event
29-Mar        NO EVENT
30-Mar     830 Arrive / Issues
        900
       1100
       1200 Lunch (1.5 HOURS)
       1330 In-house Demonstrations / Exercises
       1630 End
31-Mar        Practice Sessions
 1-Apr        Practice Sessions
 2-Apr        Practice Sesions / Packup (Noon)
 3-Apr  Travel (Return)

b3
b7E



CELL/OTD 004543

CELLSITE-10126

**NOTES:**

*If you encounter any problems or have questions, please contact* [ ] *at* [ ]

b6
b7C

CELL/OTD 004566

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1


Total Deleted Page(s) = 16
Page 3 ~ b3; b4; b7E;
Page 9 ~ b3; b7E;
Page 10 ~ b3; b7E;
Page 11 ~ b3; b7E;
Page 12 ~ b3; b7E;
Page 13 ~ b3; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b7E;
Page 17 ~ b3; b7E;
Page 59 ~ b3; b7E;
Page 63 ~ b3; b7E;
Page 69 ~ b3; b7E;
Page 71 ~ b3; b4; b7E;
Page 72 ~ b3; b4; b7E;
Page 73 ~ b3; b4; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)      X
X    No Duplication Fee  X
X    For this Page        X
XXXXXXXXXXXXXXXXXXXXXXXX
```



Cell Tracking

Misc

CELLSITE-6373

**CDMA Glossary A-Z**

Access Attempt
    A sequence of one or more access probe sequences on the Access Channel containing the same message. See also access probe and access probe sequence.

Access Channel
    A Reverse CDMA Channel used by mobile stations for communicating to base stations . The Access Channel is used for short signaling message exchanges such as call originations, responses to pages, and registrations.

Access Channel Message
    The information part of an access probe conssiteing of the message body, length field, and CRC.

Access Channel Preamble
    A sequence of all-zero frames sent at the 4800 bps rate preceeding an Access Channel message. It aids the base station receiver in detecting and syncronizing the Access Probe.

Access Channel Request Message
    An Access Channel message that is autonomously generated by a mobile station.

Access Channel Response Message
    An Access Channel message that is generated to reply to a message received from a base station.

Access Channel Slot
    The assigned time interval for an access probe. An access channel slot consists of an integer number of frames. The transmission of an access probe is performed within the boundaries of an Access Channel slot.

Access Probe
    One Access Channel transmission consisting of a preamble and a message. The transmission is an integer number of frames in length and carries one Access Channel message.

Access Probe Sequence
    A sequence of one or more access probes. The transmitted power escalates during an access probe sequence from a prescribed minimum power until acknowledged by the base station, or until a presribed maxixum power is reached. One or more repetitions of an access probe sequence constitute an access attempt.

Acknowledgement
    A link layer response by a mobile station or a base station confirming that a signaling message was received correctly.

Action time
    The time at which an action implied by a signaling message should take place.

Active set
    The set of pilots associated with the CDMA Channels containing Forward Traffic Channels assigned to a particular mobile station.

Aging
    A mechanism through which the mobile station maintains in its Neighbor Set the pilots that have been recently sent to it from the base station and the pilots whose drop timers have recently expired.

A-key
    A concealed 64-bit pattern stored in the mobile station. It is used to generate and update the mobile station's shared secret data, which is used for authentication. See also authentication and shared secret data.

Analog Paging Channel

A forward analog control channel that is used to page mobile stations and send orders.

**Analog Voice Channel**
A channel on which a voice conversation occurs and on which brief digital messages may be sent from a base station to a mobile station or from a mobile station to a base station.

**Application Layer**
The application layer of the IS-95 air interface provides control of the cellular telephone system. Signaling messages originate and terminate at the application layer. See also Layering, Physical layer and Link layer.

**Area Propatation Model**
A propagation model in which median transmission loss calculations are based on generalized characteristics of the area surrounding the transmitter and receiver, as well as the intervening area. Features such as local environment, terrain roughness, building density are used to modify a median transmission loss equation in order to adopt it to the service area.

**Authentication**
A procedure used by base stations to validate a mobile station identity at system access and other times, and by mobile stations to validate a base station identity when ordered to update the shared secret data.

**Autonomous Registration**
A method of registration in which the mobile station registers without an explicit command from the base station.

**Base Station**
A fixed station used for communicating with mobile stations. Depending upon the context, the term base station may refer to a cell, a sector within a cell, an MSC, or other part of the cellular system. It is sometimes used loosely in the standards to mean any land side functionality. See also Mobile Switching Center.

**BCH Code**
See Bose-Chaudhuri-Hocquenghem Code.

**BER**
See bit error rate.

**Bose-Chaudhuri-Hocquenghem Code (BCH Code)**
A large class of error-correcting cyclic codes. For any positive integers m, m > 3, and $t < 2^{m-1}$, there is a binary BCH code with a block length n equal to $2^m - 1$ and n - k < mt parity check bits, where k is the number of information bits. The BCH code has a minimum distance of at least 2t + 1.

**Bit Error Rate (BER)**
Numerically equal to the number of errored bits divided by the total number of bits. Care should be taken when reporting or interpreting "bit error rate" in systems that use encapsulated data or otherwise add overhead to the payload bits. It is normally not meaningful in the CDMA context because whole frames are erased, or not, according to the result of the frame quality check. See Frame Error Rate and Message Error Rate.

**Blank and burst**
The pre-emption of an entire Traffic Channel frame's primary traffic by signaling traffic or secondary traffic.

**Blocking**
Failure of a telecommunication system to provide service in response to a call attempt. Blocking in a CDMA system can be due to hard causes, such as lack of a necessary resource, or to soft causes, such as excessive interference in an air interface.

**bps**
Bits per second.

CELLSITE-6385

**Calling rate**
>The number of originations per unit time in a designated service area. See also Erlang load.

**Candidate set**
>The set of pilots that have been received by the mobile station with sufficient strength to be successfully demodulated, but have not been placed in the Active Set by the Base station. See also Active Set, Neighbor Set, and Remaining Set.

**CDMA**
>See Code Division Multiple Access.

**CDMA Channel**
>The set of channels transmitted between the base station and the mobile stations within a given CDMA frequency assignment. See also Forward CDMA Channel and Reverse CDMA Channel.

**CDMA Channel Number**
>An 11-bit number identifying the center of the CDMA frequency assignment.

**CDMA Frequency Assignment**
>A 1.23 MHz segment of spectrum centered at a discrete frequency identified by the CDMA channel number. The allowable channels are centered on one of the 30 kHz channels of the AMPS system.

**Cell**
>Loosely, one or more collocated base stations. They can service different angular sectors, different frequencies, or both.

**Cell Site**
>The physical location of a cell's radio equipment and supporting systems. This term is also used to refer to the equipment located at the cell site.

**CELP**
>See Code Excited Linear Prediction

**Chip**
>Informal term used to refer to either a binary element of a spreading sequence, or to the time interval that it occupies, or $1/1.2288$ MHz = 813.8 ns, or, at the speed of light, a distance of $c/f$ = (0.3 m/ns)/1.2288 MHz = 244.1 meters.

**Channel Coder**
>A device that adds redundancy to digital data before transmission for the purpose of reducing the end-to-end error rate. See also Convolutional Coder.

**Channel Decoder**
>A device that performs error correction on coded data by exploiting the redundancy introduced by the channel coder. See also Viterbi Decoder.

**Clone**
>A fraudulent subscriber station created by copying a MIN-ESN pair from a legitimate subscriber's over-the-air transactions.

**Code Channel**
>One of the orthogonal subchannels of a CDMA Forward CDMA Channel. Code channel zero is the pilot channel. Code channels 1 through 7 may be assigned to either Paging Channels or Traffic Channels. Code channel 32 may be assigned to either the Sync Channel or to Traffic Channels.

**Code Division Multiple Access**
>A technique for spread-spectrum multiple access digital communication that creates channels through the use of noise-like carrier waves.

**Code Excited Linear Prediction (CELP)**

A technique of voice coding that makes use of linear prediction filters excited by a stimulus looked up from a pre-stored table, based on its similarity to the residue from the LPC filter solution.

**Code Symbol**
A symbol from a finite alphabet that is the output of an error-correcting-code encoder. Information bits enter the encoder and code symbols leave the encoder. The alphabet may be binary, or may have larger dimensionality.

**Codec**
A combination of encoder and decoder, frequently used in the context of speech codec, meaning both components of the speech coding and decoding process, operating in full duplex mode.

**Convolutional Code**
An error-correcting code that is generated by finite-field division of the data sequence, regarded as a polynomial over a finite field, by a generator polynomial. Such a division resembles a discrete convolution.

**Coverage Area**
A geographical area in which a mobile will receive satisfactory signal-to-noise ratio ($E_b/N_0$) in both forward and reverse links. Evaluation of coverage for a CDMA system must take into account the effects of soft handoff and multipath, as well as signal strength.

**CRC**
See Cyclic Redundancy Code.

**Cyclic Redundancy Code (CRC)**
A class of linear error detecting codes that generate a parity check bits as the remainder of a polynomial division of the data, regarded as a polynomial, by a generator polynomial. They are often based on a BCH code, used only for its error detection capability.

**Data Burst Randomization**
The pseudo-random process that determines which power control groups are transmitted by a mobile station when its transmitted bit rate is less than full rate.

**dBc**
The ratio, in dB, of the sideband power of a signal, measured in a given bandwidth at a given frequency offset from the same signal, to the total power of the signal. For a CDMA signal, the signal power is measured in a 1.23 MHz bandwidth.

**dBm**
Power measured in dB relative to one milliwatt.

**dBW**
Power measured in dB relative to one Watt.

**Deinterleaving**
The process of unpermuting the symbols that were permuted by an interleaver.

**Dim-and-Burst**
The process by which primary rate traffic is forced to a lower-than-maximum rate and transmitted together with signaling or secondary traffic in the same frame.

**Distance-Based Registration**
An autonomous registration method in which the mobile station registers whenever it enters a cell whose distance from the cell in which the mobile station last registered exceeds a given threshold.

**Ducting**
Guiding of electromagnetic radiation by refraction due to index gradients in the atmosphere.

**$E_b$**
The energy of an information bit. $E_b$ is measured in Joules, or equivalently in Watts per Hertz.

CELLSITE-6387

**Effective Antenna Elevation (Base Station)**
> The height of the radiation center of the base station antenna above the average elevation of the ground midway between the base station and the mobile. Particular ranges of distance are invoked by the Federal Communications Commission to define height above average terrain (HAAT) for various services.

**Effective Antenna Elevation (Mobile Station)**
> The height of the radiation center of the mobile station antenna above the ground.

**Effective Isotropic Radiated Power (EIRP)**
> The transmitted power multiplied by the antenna gain referenced to an ideal isotropic radiator. EIRP is larger that ERP in the same direction by the gain of an ideal dipole relative to an isotropic radiator, which is 2.1 dB.

**Effective Radiated Power (ERP)**
> The transmitted power multiplied by the antenna gain referenced to a half-wave dipole.

**EIRP**
> See Effective Isotropic Radiated Power.

**Electronic Serial Number (ESN)**
> A 32-bit number assigned by the mobile station equipment manufacturer, uniquely identifying the mobile station equipment.

**Encoder Tail Bits**
> Fixed value bits appended to a block of data in order to flush a convolutional encoder so that it is left in a known state. Leaving the encoder in a known state aids the decoding.

**Erlang**
> A dimensionless unit of telephone traffic intensity. It is numerically equal to the calling rate times the average holding time. It is named for the Norwegian telephone engineer who first popularized the concept.

**Erlang B**
> Also called *Lost Calls Cleared* model. A mathematical model of telephone traffic blocking in which blocked calls are not queued. The Erlang B blocking probability for N resources, calling intensity y Erlangs, is

$$P = \frac{y^N/N!}{\sum_{k=0}^{N} y^k/k!}$$

> Cf. Erlang C Model and Poisson Blocking Model.

**Erlang C**
> Also called *Lost Calls Delayed* model. A mathematical model of telephone traffic blocking in which blocked calls are queued. It is similar to the Poisson Blocking Model, with which it is sometimes confused. The Erlang C blocking probability for N resources, calling intensity y Erlangs, is
>
> (Need to figure out Erlang C Formula!)

**ERP**
> See Effective Radiated Power.

**ESN**
> See Electronic Serial Number.

**Fade Timer**
> A timer kept by the mobile station as a measure of Forward Traffic Channel continuity. If the fade timer expires, the mobile station drops the call.

**FEC**
> See Forward Error Correction

**FER**
> See Frame Error Rate

**Flash**
> An indication sent on a CDMA Traffic Channel indicating that the user directed the mobile station to invoke special processing.

**Flat Fading**
> Radio signal fading characteristic of a multipath environment where the delay spread is less than the reciprocal bandwidth of the signal. Under these circumstances the fading is uniform across the bandwidth of the signal, and thus is essentially just an amplitude change. Also known as frequency-independent fading. Cf. <u>Frequency Selective Fading</u>, <u>Rayleigh Fading</u>, <u>Ricean Fading</u>.

**Foreign NID Roamer**
> A mobile station operating in the same system (SID) but a different network (NID) from the one in which service was subscribed. See also Foreign SID roamer.

**Foreign SID Roamer**
> A mobile station operating in a system (SID) other than the one in which service was subscribed. See also Foreign NID roamer.

<u>**Forward CDMA Channel**</u>
> A CDMA Channel from a base station to mobile stations. The Forward CDMA Channel comprises one or more code channels that are transmitted on a CDMA frequency assignment using a particular pilot PN offset. The code channels are associated with the Pilot Channel, Sync Channel, Paging Channels, and Traffic Channels. The Forward CDMA Channel always includes a Pilot Channel and may include a Sync Channel, up to seven Paging Channels, and up to 63 Traffic Channels. The total number of code channels, including the Pilot Channel, cannot exceed 64.

**Forward Error Correction (FEC)**
> A technique for improving performance of a digital communication channel that applies an error-correcting code in the transmitter and performs correction in the receiver without feedback to the transmitter. "Forward" here refers to the lack of feedback, not the transmission direction.

**Forward Traffic Channel**
> A code channel used to transport service option (usually voice) and signaling traffic from the base station to the mobile station.

**Frame**
> A basic timing interval in a CDMA system. For the Access Channel, Paging Channel, and Traffic Channels, a frame is 20 ms in duration. For the Sync Channel a frame is 80/3 = 26.666 ms in duration.

**Frame Category**
> A classification of a received Traffic Channel frame based upon transmission data rate, the frame contents (primary traffic, secondary traffic, or signaling traffic), and whether there are detected errors in the frame.

**Frame Erasure Rate**
> Ratio of erased frames to total frames. Care should be used to distinguish between frame erasure rate and frame error rate. They are similar, but not identical. Erased frames usually are counted as errored frames, but not all errored frames are erased, that is, some may be undetected by the receiver.

**Frame Error Rate (FER)**
> Ratio of errored frames to total frames. For purposes of this calculation, erased frames count as errored.

CELL/OTD 002605

**Frame Offset**
A time skewing of Traffic Channel frames from System Time in integer multiples of 1.25 ms. The maximum frame offset is 18.75 ms.

**Frame Quality Indicator**
The CRC check applied to 9600 bps and 4800 bps Traffic Channel frames.

**Frequency Selective Fading**
Radio signal fading characteristic of a multipath environment where the delay spread is greater than the reciprocal bandwidth of the signal. Under these circumstances the fading is non-uniform across the bandwidth of the signal. The multipath produces deep notches in the spectrum, and thus strong distortion of the time-domain signal shape. Cf. Flat Fading, Rayleigh Fading, Ricean Fading.

**Fresnel Radius**
The radius r of the circle formed by the intersection of the first Fresnel zone with a plane perpendicular to the line of sight between the transmitting and receiving antennas. In meters it is given by

$$r \; = \; 548 \sqrt{\frac{d_1 d_2}{f(d_1 + d_2)}}, \; d_1, \; d_2 \;\; \text{in km and } f \text{in MHz}$$

**Fresnel Zone**
1. The region in space between successive ellipsoids of revolution whose foci are the transmitting and receiving antennas. The ellipsoids are defined as the locus of points such that the sum of distances to the transmitting and receiving antennas differs from the line-of-sight distance by an interger number of half-wavelengths.

2. The area formed by the intersection of the regions of definition 1 with a plane perpendicular to the line of sight between the transmitting and receiving antennas.

**CDMA Glossary G-M**

**Global Challenge Procedure**
An exchange of information between a mobile station and a base station for the purpose of authenticating the mobile station identity. The base station broadcasts a challenge and each mobile station responds with its unique response when performing a system access. Cf. Unique Challenge-Response Procedure.

**Global Positioning System (GPS)**
A US government satellite system that provides location and time information to users. See Navstar GPS Space Segment / Navigation User Interfaces ICD-GPS-200 for specifications.

**GPS**
See Global Positioning System.

**Handoff**
The act of transferring control of a mobile station from one base station to another. See also Soft Handoff, Hard Handoff.

**Handover**
Synonym for Handoff.

**Hard Handoff**
A handoff characterized by a temporary disconnection of the Traffic Channel. Hard handoffs occur when the mobile station is transferred between disjoint Active Sets, the CDMA frequency assignment changes, the frame offset changes, or the mobile station is directed from a CDMA Traffic Channel to an analog voice channel. Cf. Soft Handoff.

**Hash Function**

CELLSITE-6390

A mathematical function used by the mobile station to select one out of N available resources. The hash function ensures statistically uniform use of the resources.

Height Above Average Terrain (height AAT)
See Effective antenna elevation.

HLR
See Home Location Register.

Home Location Register (HLR)
The database in a wireless communication network that contains registration and user profile information for the system subscribers.

Home System
The system which is transmitting a system identification (SID) which is recognized by the mobile station as its Home SID, normally the system in which service was subscribed (see System Identification).

Idle Handoff
The act of transferring reception of the Paging Channel from one base station to another, when the mobile station is in the Mobile Station Idle State.

Implicit Registration
A registration achieved by a successful transmission of an origination or page response on the Access Channel.

IMSI
See International Mobile Subscriber Station Identity.

Interleaving
The process of reordering code symbols for transmission. Interleaving decorrelates channel fading between adjacent symbols as they enter the decoder, thereby improving the effectiveness of the code.

International Mobile Subscriber Station Identity (IMSI)
A method of identifying stations in the land mobile service as specifed in ITU-T Recommendation E.212.

kHz
Kilohertz ($10^3$ Hertz).

ksps
Kilosymbols per second ($10^3$ symbols per second).

Layering
A conceptual structuring of communication protocols. A layer is defined in terms of its communnication protocol to a peer layer in another entity, and the services it provides to the next higher layer in its own entity.

Layer 1
See Physical layer.

Layer 2
See Link layer.

Layer 3
See Application layer.

LFSR
See Linear Feedback Shift Register

*CELL/OTD 002607*

CELLSITE-6391

sup

Linear FeedbackShift Register (**LFSR** )

A logic circuit that produces pseudo-random binary sequences. They are used to produce the **Short Code** and **Long Code** that are used for spreading and for other purposes in the CDMA system. See the **LFSR** page for more details.

Linear Predictive Coding

A low bit rate coding technique for analog signal sources, usually speech, that models the production process by a filter whose parameters change slowly with time. It is a component of CELP coders. See Code Excited Linear Prediction.

Link Layer

The link layer of the IS-95 air interface provides for the reliable transmission and reception of signaling messages, including error detection, partial duplicate detection and loss. See also Layering, Physical layer, and Application layer.

Log Normal Distribution

The distribution of a random variable whose logarithm follows a normal distribution. A log-normal distribution is characterized by two parameter: its median and its standard deviation. The logarithm radix is often taken as 10, so that both the median and the standard deviaion are conveniently measured in decibel values, $m$ and $s$. The density function of such a log-normal variable $X$ is then:

$$p_X(x) = \frac{10}{\sqrt{2\pi}\,\ln(10)\,\sigma\,x}\exp\left\{-\frac{[10\log(x)-m]^2}{2\,\sigma^2}\right\}$$

In the dB measure this is

$$p_Y(y) = \frac{1}{\sqrt{2\pi}\,\sigma}\exp\left\{-\frac{(y-m)^2}{2\,\sigma^2}\right\}$$

where $Y = 10 \log X$.

**Long Code**

A maximal length sequence with period $2^{42}-1$. A unique phase of the long code identifies each mobile station. It is used for data scrambling on the Forward CDMA Channel, spreading on the Reverse CDMA Channel, and other purposes. See also Maximal length sequence.

**Long Code Mask**

A 42-bit binary number that creates the unique long code phase. See also public long code, private long code, public long code mask, and private long code mask.

LPC

See Linear Predictive Coding.

LSB

Least significant bit.

Maximal Length Sequence (m-sequence)

A periodic binary sequence of period $2^n-1$, $n$ a positive integer, with no internal periodicities and other curious mathematical properties [**Golomb**]. A maximal length sequence can be generated by either of two equivalent linear feedback shift register configurations (see **LFSR**).

Mcps

Megachips per second ($10^6$ chips per second).

MER

See Message Error Rate

Message

In IS-95, a data structure consisting of a length field, message body (or *payload*), and CRC for detection of errors.

Message Error Rate

Ratio of errored messages to total messages. This is a concept having limited value because an errored message may be incorrectly fragmented or coalesced with a neighboring message by the receiver, making the message counts incorrect.

**MHz**
Megahertz ($10^6$ Hertz).

**MIN**
See Mobile Identification Number.

**Mobile Assisted Handoff (MAHO)**
A means of initiating handoff based on signal quality measurements performed by the mobile station and reported to the base station.

**Mobile Identification Number (MIN)**
The 34-bit number that is a digital representation of the 10-digit directory number assigned to a mobile station.

**Mobile Station**
A subscriber station in the Domestic Public Cellular Radio Telecommunications Service, normally intended to be used while in motion or during halts at unspecified points. The category my include both true mobile stations, handheld portable stations, fixed stations, and other devices.

**Mobile Station Class**
A code that defines mobile station maximum transmitter power, slotted operation capability, and dual-mode CDMA/AMPS capability.

**Mobile Station Identification Number (MSIN)**
A part of the E.212 IMSI identifying the mobile station within its home network. See ITU-T Recommendation E.212.

**Mobile Switching Center (MSC)**
A configuration of equipment designed to provide interconnection services among wireless subscriber stations, and between wireless subscriber stations and the public switched telephone network via one or more base stations under its control.

**Mobile Telephone Switching Office (MTSO)**
An out-of-fashion synonym for Mobile Switching Center.

**Modulation Symbol**
A symbol from a discrete alphabet that identifies a unit of modulation. In the Forward CDMA Channel, the modulation symbols are binary, each one representing one interleaved binary symbol from the rate 1/2 convolutional encoder. In the Reverse CDMA Channel the modulation symbols are six-bit entities comprised of interleaved bits from the rate 1/3 encoder; the six bits select one of the 64-Walsh functions for transmission.

**MOS Mean Opinion Score**
The result of a subjective voice quality test, often used to compare speech codec algorithms, where listeners associate a value from one to five quality score to speech samples. The arithmetic mean for a large number of samples is the resulting MOS number. Care must be used when comparing MOS scores taken in different tests, as the results for any particular cohort depend very much on the mix of algorithms under test.

**ms**
Millisecond ($10^{-3}$ second).

**MSB**
Most significant bit.

**MSC**
See Mobile Switching Center

CELLSITE-6393

MSIN
> See Mobile Station Identification Number.

MTSO
> See Mobile Telephone Switching Office.

Multiplex Option
> One of the alternative designs of the multiplex sublayer. Multiplex options permit tailoring such characteristics as the data rate set, frame structure, frame partitioning rules, and rate decision rules for special applications.

Multiplex Sublayer
> One of the conceptual layers of the system that multiplexes and demultiplexes primary traffic, secondary traffic, and signaling. The multiplex sublayer resides between the physical layer and the link layer in the conceptual protocol stack.


**CDMA Glossary N-S**

NAM
> See Number assignment module.

Neighbor Set
> The set of pilots associated with the CDMA Channels that are probable candidates for handoff. Normally the Neighbor Set consists of the pilots associated with CDMA Channels that cover geographical areas near the mobile station. See also Active Set, Candidate Set, and Remaining Set.

Network
> A network is a logical subset of the base stations in a cellular system, as identified by a SID. The network is identified by a unique (SID, NID) pair. A network can be as small or as large as needed, but must be totally contained within a single system.

Non-Autonomous Registration
> A registration method in which the base station initiates registration. See also Autonomous Registration.

Non-Slotted Mode
> An operation mode of the mobile station in which the mobile station continuously monitors the Paging Channel.

ns
> Nanosecond ($10^{-9}$ second).

Null Traffic Channel Data
> One or more frames of 16 '1's followed bu eight '0's sent at the 1200 bps rate. Null traffic channel data is sent when no service option is active and no signaling message is being sent. Null traffic channel data serves to maintain the connectivity between the mobile station and the base station.

Number Assignment Module
> A set of MIN-related parameters stored in the mobile station. The NAM encapsulate the mobile station's network identity. Multiple NAMs are sometimes provided in a mobile stations so that, for example, the mobile can have local identities in adjoining service areas. Use of the NAM is not specified in IS-95, beyond identifying those semi-permanent station numeric indicators that should be stored in it [IS-95, Appendix F].

OLC
> See Overload class.

**Ordered Registration**
A registration method in which the base station orders the mobile station to send registration related parameters.

**Overhead Message**
A message sent by the base station on the Paging Channel to communicate base-station-specific and system-wide information to mobile stations.

**Overload Class (OLC)**
The means used to control system access by mobile stations, typically in emergency or other overloaded conditions. Mobile stations are assigned one (or more) of sixteen overload classes. Access to the CDMA system can then be controlled on a per class basis by persistence values transmitted by the base station.

**Overload Control**
A means to restrict reverse analog control channel accesses by mobile stations. Mobile stations are assigned one (or more) of sixteen control levels. Access is selectively restricted by a base station setting one or more OLC bits in the Overload Control Global Action Message.

**Paging**
The act of seeking a mobile station in order to deliver an incoming call.

**Paging Channel**
A forward communication channel used by a base station to communication to a mobile station when it is not assigned to a traffic channel.

**Parameter-Change Registration**
A registration method in which the mobile station registers when certain of its stored parameters change.

**Parity Check Bits**
Bits added to a sequence of information bits to provide error detection, correction, or both.

**Persistence**
A probability measure used by the mobile station to determine if it should transmit in a given Access Channel Slot.

**Physical Layer**
The part of the communication protocol between the mobile station and thebase station that is responsible for the transmission and reception of data. The physical layer in the transmitting station is presented a frame by the multiplex sublayer and transforms it into an over-the-air waveform. The physical layer in the receiving station transforms the waveform back into a frame and presents it to the multiplex sublayer above it.

**Pilot Channel**
An unmodulated, direct-sequence spread spectrum signal transmitted continuously by each CDMA base station. The Pilot Channel allows a mobile station to acquire the timing of the Forward CDMA Channel, provides a phase reference for coherent demodulation, and provides a means for signal strength comparisons between base stations for determining when to handoff.

**Pilot PN Sequence**
A pair of modified maximal length PN sequences with period $2^{15}$ used to spread the Forward CDMA Channel and the Reverse CDMA Channel. Different base stations are identified by different pilot PN sequence offsets.

**Pilot PN Sequence Offset Index**
The PN offset in units of 64 PN chips of a pilot, relative to the zero offset pilot PN sequence.

**Pilot Strength**
The ratio of received pilot energy to overall received energy. See also $E_c/I_0$.

CELLSITE-6395

**PN Sequence.**
Pseudonoise sequence. A periodic binary sequence approximating, in some sense, a Bernoulli (coin tossing) process with equiprobable outcomes.

**Point to Point Propagation Model**
A propagation model in which median transmission loss calculations are based on specific characteristics and terrain profile of the path along the great circle between the transmitter and receiver.

**Poisson Blocking Model**
Also called *Lost Calls Held* or *Molina* model. A mathematical model of telephone traffic blocking in which blocked calls persist for their normal holding time, even though unserviced. It is similar to the Erlang C blocking model, with which it is sometimes confused. The Poisson blocking probability for N resources, callinsity y Erlangs, is

$$P = e^{-y} \sum_{k=N+1}^{\infty} y^k / k!$$

**Power Control Bit**
A bit sent in every 1.25 ms interval on the Forward Traffic Channel to signal the mobile station to increase or decrease its transmit power.

**Power Control Group**
A 1.25 ms interval on the Forward Traffic Channel and the Reverse Traffic Channel. See also Power Control Bit.

**Power-Down Registration**
An autonomous registration method in which the mobile station registers on power-down.

**Power-Up Registration**
An autonomous registration method in which the mobile station registers on power-up.

**Privacy**
Protection of traffic by means of encryption or other means specifically applied for that purpose.

**Propagation Loss**
The total reduction in radiant power density between the transmitting antenna and the receiving antenna. Propagation loss includes both spreading (free space diffraction) loss and attenuation loss. For non-line of sight situations it also includes diffraction loss around obstacles. It does not include antenna gain or feeder loss. Sometimes called *isotropic* propagation loss.

**Rayleigh Distribution**
The single-parameter probability distribution given by

$$F_R(r) = 1 - \exp\left(-\frac{r^2}{2\sigma^2}\right)$$

or the equivalent density

$$p_R(r) = \frac{r}{2\sigma^2} \exp\left(-\frac{r^2}{2\sigma^2}\right)$$

**Rayleigh Fading**
The deep fading process characteristic of narrowband radio signals in a severe multipath propagation environment. The probability distribution of complex amplitude tends toward a bandlimited Gaussian, which has a Rayleigh distribution of amplitude. Cf. Flat Fading, Frequency Selective Fading, Ricean Fading.

**Receive Objective Loudness Rating (ROLR)**
A perceptually weighted transducer gain of telephone receivers relating electrical excitation from a reference generator to sound pressure at the earphone. The receive objective loudness rating is

normally specified in dB relative to one Pascal per millivolt. See <u>IEEE Standard 269-1992</u>, <u>IEEE Standard 661-1979</u>, <u>ITU-T Recommendations P.76 and P.79</u>.

**Registration**
> The process by which a mobile station makes its presence known to a base station to facilitate call delivery.

**Registration Zone**
> A collection of one or more base stations treated as a unit when determining whether a mobile station should perform zone-based registration.

**Release**
> A process that the mobile station and base station use to inform each other of call disconnect.

**Reverse CDMA Channel**
> The CDMA Channel from the mobile station to the base station. From the base station's perspective, the Reverse CDMA Channel is the sum of all mobile station transmissions on a CDMA frequency assignment.

**Reverse Traffic Channel**
> A Reverse CDMA Channel used to transport user and signaling traffic from a single mobile station to one or more base stations.

**Rice (or Rician) Distribution**
> The probability distribution of the amplitude of a signal composed of a steady component plus independent IID quadrature Gaussian processes. It is applicable when a signal arrives at a receiver by both a line of sight path and by multiple indirect paths. This two-parameter distribution can be represented as

$$p_R(r) = \frac{r}{\sigma^2} \exp\left[-\frac{(r^2 + \alpha^2)}{2\sigma^2}\right] I_0\left(\frac{r\alpha}{\sigma^2}\right)$$

> where $I_0$ is the modified Bessel function of the first kind and order zero and $a$ is the amplitude of the steady component. Note that this reduces to a Rayleigh distribution for $a = 0$.

**Rician Fading**
> The fading process characteristic of radio signals when there is a strong line-of-sight signal path and multiple non-direct signal paths. The probability distribution of complex amplitude tends toward a bandlimited Gaussian with a nonzero mean, which has a Rician distribution of amplitude. Cf. <u>Rayleign Fading</u>, <u>Flat Fading</u>, <u>Frequency Selective Fading</u>.

**Roamer**
> A mobile station that is operating in a cellular system other than its home system.

**ROLR**
> See <u>Receive Objective Loudness Rating</u>.

**Sector**
> Normally one angular segment of the coverage area of a cell, served by one base station. Also used to denote any non-traditional partitioning of the service area, such one strand of a cable-based delivery system.

**Service Option**
> A specific type of user traffic supported by a cellular system. The major service options are speech codecs, facsimile, and various types of data. Service options may be negotiated between base and mobile stations during call setup.

**Serving MSC**
> The MSC which currently has the mobile station obtaining service at one of its cell sites within its coverage area.

CELLSITE-6397

**Shared Secret Data (SSD)**
> A bit pattern stored in the mobile station and known by the base station. SSD is used to support the authentication procedures and voice privacy. Shared Secret Data is maintained during power off.

**Signal-to-Noise Ratio (SNR)**
> The dimensionless ratio $E_b/(N_0+I_0)$, or energy per bit divided by the noise-plus-interference power spectral density. It is usually stated in dB.

**Signaling**
> The information exchanged between the mobile station and the network, or within the network, for the purposes of service provision (e.g., connection establishment).

**Slot Cycle**
> A periodic interval at which a mobile station operating in the slotted mode monitors the Paging Channel.

**Slotted Mode**
> An operation mode of the mobile station in which the mobile station monitors only selected time slots on the Paging Channel when in the Mobile Station Idle State. The primary purpose of slotted mode is power conservation.

**SNR**
> See Signal to Noise Ratio.

**Soft Handoff**
> A handoff occurring while the mobile station is in the Mobile Station Control on the Traffic Channel State. This handoff is characterized by commencing communications with a new base station on the same CDMA frequency assignment before terminating communications with the old base station. Cf. Hard Handoff.

**Symbol**
> See Code Symbol.

**System Identification (SID)**
> A number uniquely identifying a cellular system

**CDMA Glossary T-Z**

**Timer-Based Registration**
> A registration method in which the mobile station registers whenever a counter reaches a predetermined value. The counter is incremented an average of once per 80 ms period.

**Time Reference**
> A reference established by the mobile station that is synchronous with the earliest arriving multipath component used for demodulation.

**TOLR**
> See Transmit Objective Loudness Rating.

**Traffic Channel**
> A communication path between a mobile station and a base station used for user and signaling traffic. The term Traffic Channel implies a Forward Traffic Channel and Reverse Traffic Channel pair. See also Forward Traffic Channel and Reverse Traffic Channel.

**Transmit Objective Loudness Rating (TOLR)**
> A perceptually weighted transducer gain of telephone transmitters relating sound pressure at the microphone to voltage at a reference electrical termination. It is normally specified in dB relative to

one millivolt per Pascal. See IEEE Standard 269-1992, IEEE Standard 661-1979, ITU-T Recommendations P.76 and P.79.

Transcoder
  A device that transforms signals from one type of digital representation to another.

Unique Challenge-Response Procedure
  An exchange of information between a mobile station and a base station for the purpose of authenticating the mobile station identity. The procedure is initiated by the base station and is characterized by the use of a challenge-specific random number. Cf. Global Challenge Procedure.

Visited System
  The cellular system that is providing service to a roaming mobile station.

Visitor Location Register (VLR)
  The database used by a visited system to maintain information about recently-served roaming subscribers.

Voice Privacy
  The process by which user voice transmitted over a traffic channel is afforded a modest degree of cryptographic protection against air-interface eavesdropping.

Walsh Function, or Walsh Code
  One of a set of orthogonal waveforms, based on the Walsh-Hadamard matrices. Walsh functions are used for two purposes in CDMA. In the forward link they are used as orthogonal cover to create independent transmission channels. In the reverse link they are use as orthogonal modulation.

Zone-Based Registration
  An autonomous registration method in which the mobile station registers whenever it enters a zone that is not in the mobile station's zone list.

CELL/OTD 002615

SOP

b3
b7E

1930 Model A Ford

b6
b7C

$7,700.

07DEC05

(Proposed)



# Standard Operating Procedure (SOP) for Case Squads requesting Cell Phone Tracking assistance during
## *"Exigent Circumstances"*

**Definition:  Exigent Circumstances - An emergency exists that involves the immediate danger of death or serious physical injury to a person.**  Our threshold for utilizing the below procedure is that the situation demands immediate action to prevent death or serious bodily injury.

b7E

**Step 1.**

**Step 2.**

b7E

b7E

**Step 3.**

b6
b7C
b7E

**Step 4.**

b3
b7E

CELLSITE-6402

b7E

b7E

**Step 5.**

b6
b7C
b7E

**Step 6.**

b7E

**Step 7.**

b7E

**Step 8.**

b7E

**Step 9.**

**Step 10.**

b7E

**Step 11.**

*** **Recommendations:**   Any case squad that foresees the use of Cell Tracking should:

    a. Be familiar with the sample Pen Register/2703(d) Orders.
    b. Pro-actively meet with their perspective AUSA's and discuss the specifics of the
        Order.
    c. Ensure squad members are familiar with the use of the [          ] Pen Registers.

b7E

Revision: 10/26/2005

b6
b7C

# GSM Cell Phone Tracking For Dummies
## StingRay.

**Prior to tracking, answer the following questions:**

1.
2.
3.
4.
5.

6.
7.
8.
9.
10

b3
b7E

b3
b7E

**STEP 1**

**STEP 2**

Turn StingRay system on.

**STEP 3**

b3
b7E

**STEP 4**

b3
b7E

**STEP 5**

**STEP 6**

b3
b7E

**STEP 7**

b3
b7E

CELLSITE-6407

**STEP 8**

b3
b7E

b3
b7E

**STEP 9**

b3
b7E

CELLSITE-6408

**Important Reminders:**

1.
2.
3.
4.
5.
6.
7.
8.
9.

b3
b7E



b3
b7E

CELL/OTD 002626

CELLSITE-6410

Revision: 10/26/2005

b6
b7C

# CDMA Cell Phone Tracking For Dummies
## StingRay

**CDMA TECHNOLOGY IS RESPONSIBLE FOR APPROXIMATELY 50% OF THE CELL PHONE BUSINESS IN THIS COUNTRY.   THIS APPLIES PRIMARILY TO SPRINT, VERIZON, VIRGIN (PREPAID PHONE) AND A FEW OF THE SMALLER CELL PHONE COMPANIES**

b3
b7E

## Prior to tracking, answer the following questions:

1.
2.
3.
4.
5.

6.

7.
8.
9.

b3
b7E

*Prior to starting up the Stingray system,*

## STEP 1

b3
b7E

## STEP 2

Turn StingRay system on.

**STEP 3**

**STEP 4**

b3
b7E

**STEP 5**

b3
b7E

**STEP 6**

b3
b7E

**STEP 7**

b3
b7E

2
CELLSITE-6412

b3
b7E

**STEP 8**

b3
b7E

**STEP 9**

b3
b7E

CELL/OTD 002629

3
CELLSITE-6413

**STEP 10**

b3
b7E

**STEP 11**

b3
b7E

**STEP 12**

**STEP 13**

b3
b7E

b3
b7E

**Important Reminders**

1.
2.

3.

4.
5.                                                                                          b3
6.                                                                                          b7E

7.

8.
9.
10
11
12
13

**ADDED INFORMATION:**

b3
b7E

b3
b7E

CELL/OTD 002652



**Wireless Intercept and Tracking Team**

# StingRay Overview
# CDMA

CELL/OTD 002636



**Wireless Intercept and Tracking Team**

# Introduction to StingRay

## StingRay is a

b3
b7E

2

# WITT
**Wireless Intercept and Tracking Team**

# Who uses CDMA?

From our technology matrix, Sprint and Verizon use CDMA in addition to many smaller regional operators

| TECH | NATIONWIDE SERVICE PROVIDERS | |
|------|------|------|
| **CDMA** | verizon wireless | Sprint |
| **TDMA/ Analog** | cingular fits you best | |
| **GSM** | T·· Mobile· / cingular fits you best | |
| **iDEN** | NEXTEL | |

CELL/OTD 002638

b3
b7E

3
CELLSITE-6422

**StingRay**

*Wireless Intercept and Tracking Team*

b3
b7E

CELL/OTD 002639

CELLSITE-6423





b3
b7E

CELL-010 002640

5

CELLSITE-6424



# Modes of Operation

b3
b7E

CELL/OTD 002641

**Wireless Intercept and Tracking Team**

b3
b7E

CELLSITE-6426

**Wireless Intercept and Tracking Team**

b3
b7E

CELL/OTD 002643



**Wireless Intercept and Tracking Team**

b3
b7E

CELL/OTD 002644

9





b3
b7E

CELL/OTD 002645

CELLSITE-6429



**Wireless Intercept and Tracking Team**



b3
b7E

CELLSITE-6430



b3
b7E

CELL/OTD 002647

CELLSITE-6431

**Wireless Intercept and Tracking Team**

b3
b7E

CELL/OTD 002648



b3
b7E

CELL/OTD 002649

CELLSITE-6433



# StingRay Overview GSM

WITT
Wireless Intercept and Tracking Team

CELL/OTD 002650

CELLSITE-6434



**Wireless Intercept and Tracking Team**

# Introduction to StingRay

## StingRay is a

b3
b7E

CELL/OTD 002651



**Wireless Intercept and Tracking Team**

# Who uses GSM?

From our technology matrix, Cingular and T Mobile use GSM technology. In addition, majority of non- U.S. carriers operate with GSM technologies

| TECH | NATIONWIDE SERVICE PROVIDERS | |
|------|---|---|
| CDMA | verizonwireless | Sprint |
| TDMA/ Analog | cingular fits you best | |
| GSM | T Mobile | cingular fits you best |
| iDEN | NEXTEL | |

CELL/OTD 002652
b3
b7E



**StingRay**

b3
b7E

CELL/OTD 002653

CELLSITE-6437



# StingRay Setup

b3
b7E

CELL/OTD 002654



# Modes of Operation

b3
b7E

CELL/OTD 002655

CELLSITE-6439



b3
b7E

CELL/OTD 002656



**Wireless Intercept and Tracking Team**

CELL/OTD 002657

b3
b7E



**Wireless Intercept and Tracking Team**



b3
b7E

CELL/OTD 002658

**Wireless Intercept and Tracking Team**

CELL/0TD 002659

b3
b7E



b3
b7E

CELL/OTD 002660



b3
b7E

CELL/OTD 002661

**Wireless Intercept and Tracking Team**

b3
b7E

CELL/OTD 002662

13
SITE-6446



b3
b7E

CELL/OTD 002663



**Wireless Intercept and Tracking Team**

b3
b7E

CELL/OTD 002664



CELL/OTD

CELL/OTD 002665

CELLSITE-6449

# NEWSYOUCANUSE

**ISSUE : 25**
**2006**

# CELLULAR SURVEILLANCE!

## The Feds know where you are right now!

**I**n 2006 carrying a cell phone is as common as carrying your ID. When cell phones were first introduced to the consumer market in 1983, the only people you would see carrying one were professionals like doctors and lawyers and of course your occasional drug dealer- this was back when cell phones were as big as bricks. At this time these people were the only ones who could afford the $3,995 to buy the phone and the inevitable $1000 cell bill. Today cell phones themselves are cheap and the bills are even cheaper and with the advent of prepaid cell phones you don't even need good credit anymore.

Why have cell phones become so easily accessible in our society? Is it really all about corporate competition bringing down the prices of cell phone plans, that are making cell phones so convenient and easy for everyone to get their hands on? If you believe in the idea of Conspiracy Theory then you are more likely to believe that cell phones have been made more readily available to ANYONE because it benefits big brother.

Most Americans carry cell phones, but many may not know that government agencies can track a persons movements through the signals that emanate from their cell phone.

Beginning in October of 2001, the Federal Communications Commission required cellular carriers to make cell phones Global Positioning System* (GPS) enabled. (GPS- A system of satellites, computers, and receivers that is able to determine the latitude and longitude of a receiver on Earth by calculating the time difference for signals from different satellites to reach the receiver. Basically some shit that track exactly where you are on earth.) This was done in an effort to enhance the services of 911, which requires all cellular carriers to be able to pinpoint a 911 caller's location

### Your cell phone can be used to track you even when it is OFF!

to within 50 to 300 meters of their location.

Cellular operators like Verizon Wireless and Cingular Wireless know, within about 300 yards, the location of their subscribers whenever a phone is turned on. Even if the phone is not in use it is communicating with cell phone tower sites, and the wireless provider keeps track

## Tracking a Cellphone

Cellphones act like low-power radio transmitters. By using multiple cell towers to measure a signal transmitted by the phone, providers can determine the location of that phone with an accuracy of about 300 yards.



CELLPHONE TOWER

SIGNAL

CELLPHONE

United States District Court, Southern District of Texas                    The New York Times

of the phone's position as it travels. The operators have said that they turn over location information when presented with a court order to do so.

Prosecutors argue that having such information is crucial to finding suspects, corroborating their whereabouts with witness accounts, or helping build a case for a wiretap on the phone.

The government has routinely used records of cellphone calls and caller locations to show where a suspect was at a particular time, with access to those records obtainable under a lower legal standard. (Wireless operators keep cellphone location records for varying lengths of time, from several months to years.)

But it is unclear how often prosecutors have asked courts for the right to obtain cell-tracking data as a suspect is moving. And the government is not required to report publicly when it makes such requests.

Legal experts say that such live tracking has tended to happen in drug-trafficking cases. In a 2003 Ohio case, for example, federal drug agents used cell tracking data to arrest and convict two men on drug charges.

In recent months there have been four requests from the U.S. Department of Justice to track people through their cell phones with not showing probable cause." (Probable Cause-Reasonable grounds for belief that an accused person may be subject to arrest or the issuance of a warrant.)

Of the four such motions made, judges in New York, Texas and Maryland denied the Department of Justice's requests, stating that the government lacked statutorial authority to track cell phone location without a warrant.

In the New York and Texas cases, the courts approved FBI requests for other information from the wireless carriers, including logs of numbers a cell phone user called and received calls from. Court orders for that information require law enforcement agencies to show only that the information is relevant to an ongoing investigation.

But the FBI also sought cell-site locations, which the courts said amounted to the ability to monitor someone's movements. The judges ruled that such information requires law enforcement to show "probable cause" that a crime has been or is being committed.

But most recently, on Dec. 20, 2005 a fourth judge, in New York, ruled in the government's favor, finding that the USA Patriot Act and federal wiretapping laws allow police to track cell phone signals without showing probable cause.

What does this all mean to you? The bottom line is this. The technology in your cell phone makes it possible for the government to track your whereabouts in real time. If they have the technology it would be in your best interest to assume that they are using. Whether it is legal and constitutional is of no consequence- do you really have the money or time to test it. Not only do you need to watch what you say on the cell phone you need to be mindful of where you take it! You've been warned.



## GPS Ain't All Bad!

The basic concept behind GPS is a great thing. The technology makes it possible for you to remotely track your children in the event they are abducted or get lost. There are dozens of devices popping up using GPS technology that can be purchased for as little as $50 that may save the life of your child. GPS also allows 911 operators to locate you in an emergency when you call them from your cell phone. Companies like On-Star use GPS to track vehicles' whereabouts and allows motorists to summon emergency help or to ask directions. So the Technology used as it was intended to be beneficial to all of us- its the misuse and invasion of privacy that we must concern ourselves with.

CELL/OTD 002667

CELLSITE-6451

3.1.3.1005

CELLSITE-6452

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 134
Page 7 ~ b3; b4; b6; b7C; b7E;
Page 8 ~ b3; b4; b7E;
Page 9 ~ b3; b4; b7E;
Page 10 ~ b3; b4; b7E;
Page 11 ~ b3; b4; b7E;
Page 13 ~ b3; b7E;
Page 14 ~ b3; b7E;
Page 15 ~ b3; b7E;
Page 16 ~ b3; b7E;
Page 17 ~ b3; b7E;
Page 23 ~ b3; b7E;
Page 24 ~ b3; b7E;
Page 25 ~ b3; b7E;
Page 26 ~ b3; b7E;
Page 27 ~ b3; b7E;
Page 28 ~ b3; b7E;
Page 29 ~ b3; b7E;
Page 30 ~ b3; b7E;
Page 31 ~ b3; b7E;
Page 35 ~ b3; b4; b7E;
Page 36 ~ b3; b4; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
Page 40 ~ b3; b4; b7E;
Page 43 ~ b3; b7E;
Page 44 ~ b3; b7E;
Page 45 ~ b3; b7E;
Page 46 ~ b3; b7E;
Page 47 ~ b3; b7E;
Page 48 ~ b3; b7E;
Page 49 ~ b3; b7E;
Page 50 ~ b3; b7E;
Page 51 ~ b3; b7E;
Page 52 ~ b3; b7E;
Page 53 ~ b3; b7E;
Page 54 ~ b3; b7E;
Page 55 ~ b3; b6; b7C; b7E;
Page 98 ~ b5; b6; b7C; b7E;
Page 99 ~ b5; b6; b7C; b7E;
Page 100 ~ b5; b6; b7C; b7E;
Page 108 ~ b3; b6; b7C; b7E;
Page 109 ~ b3; b7E;
Page 110 ~ b3; b4; b7E;
Page 111 ~ b3; b7E;
Page 112 ~ b3; b7E;
Page 113 ~ b3; b7E;
Page 127 ~ b3; b4; b7E;
```

```
Page 128 ~ b3; b4; b7E;
Page 129 ~ b3; b4; b7E;
Page 130 ~ b3; b4; b7E;
Page 131 ~ b3; b4; b7E;
Page 132 ~ b3; b4; b7E;
Page 133 ~ b3; b4; b7E;
Page 134 ~ b3; b4; b7E;
Page 135 ~ b3; b4; b7E;
Page 136 ~ b3; b4; b7E;
Page 137 ~ b3; b4; b7E;
Page 138 ~ b3; b4; b7E;
Page 139 ~ b3; b4; b6; b7C; b7E;
Page 140 ~ b3; b4; b7E;
Page 141 ~ b3; b4; b7E;
Page 142 ~ b3; b4; b7E;
Page 143 ~ b3; b4; b7E;
Page 144 ~ b3; b4; b7E;
Page 145 ~ b3; b4; b7E;
Page 146 ~ b3; b4; b7E;
Page 147 ~ b3; b4; b7E;
Page 148 ~ b3; b4; b7E;
Page 149 ~ b3; b4; b7E;
Page 150 ~ b3; b4; b7E;
Page 151 ~ b3; b4; b7E;
Page 152 ~ b3; b4; b7E;
Page 153 ~ b3; b4; b7E;
Page 154 ~ b3; b4; b7E;
Page 155 ~ b3; b4; b7E;
Page 156 ~ b3; b4; b7E;
Page 157 ~ b3; b4; b7E;
Page 158 ~ b3; b4; b7E;
Page 159 ~ b3; b4; b7E;
Page 160 ~ b3; b4; b7E;
Page 161 ~ b3; b4; b7E;
Page 162 ~ b3; b4; b7E;
Page 163 ~ b3; b4; b7E;
Page 164 ~ b3; b4; b7E;
Page 165 ~ b3; b4; b7E;
Page 166 ~ b3; b4; b7E;
Page 167 ~ b3; b4; b7E;
Page 168 ~ b3; b4; b7E;
Page 169 ~ b3; b4; b7E;
Page 170 ~ b3; b4; b7E;
Page 171 ~ b3; b4; b7E;
Page 172 ~ b3; b4; b7E;
Page 173 ~ b3; b4; b7E;
Page 174 ~ b3; b4; b7E;
Page 175 ~ b3; b4; b7E;
Page 176 ~ b3; b4; b7E;
Page 177 ~ b3; b4; b7E;
Page 178 ~ b3; b4; b6; b7C; b7E;
Page 185 ~ b3; b4; b7E;
Page 186 ~ b3; b4; b7E;
Page 187 ~ b3; b4; b7E;
```

```
Page 188 ~ b3; b4; b7E;
Page 189 ~ b3; b4; b7E;
Page 190 ~ b3; b4; b7E;
Page 191 ~ b3; b4; b7E;
Page 193 ~ b3; b6; b7C; b7E;
Page 194 ~ b3; b7E;
Page 198 ~ b3; b7E;
Page 200 ~ b3; b7E;
Page 201 ~ b3; b7E;
Page 202 ~ b3; b7E;
Page 203 ~ b3; b7E;
Page 204 ~ b3; b7E;
Page 205 ~ b3; b7E;
Page 206 ~ b3; b7E;
Page 207 ~ b3; b7E;
Page 208 ~ b3; b7E;
Page 209 ~ b3; b7E;
Page 210 ~ b3; b7E;
Page 211 ~ b3; b7E;
Page 212 ~ b3; b7E;
Page 213 ~ b3; b7E;
Page 214 ~ b3; b7E;
Page 215 ~ b3; b7E;
Page 216 ~ b3; b7E;
Page 326 ~ b6; b7C;
Page 361 ~ b6; b7C;
Page 362 ~ b6; b7C;
Page 363 ~ b6; b7C;
Page 367 ~ b6; b7C;
Page 368 ~ b6; b7C;
Page 369 ~ b6; b7C;
Page 370 ~ b1; b3; b6; b7C; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)     X
X    No Duplication Fee X
X    For this Page       X
XXXXXXXXXXXXXXXXXXXXXXXX
```

DATE: 10-11-2012
CLASSIFIED BY 65179/9mh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-11-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b6
b7C

**From:**
**To:**
**Date:**      Thu, May 8, 2003   3:12 PM
**Subject:**   FYI - Info you requested  -  (* * * SECRET * * *)

* * * SECRET * * *

b3
b7E

**Two units are available:**                 and

(S)

b1
b3

SECRET
CELL/OTD                    001528

CELLSITE-594

1

(S) ································································ b1
b3

If you have additional questions or need more info feel free to
holla'!

Thanks

* * * SECRET * * *

CC:

b6
b7C

SECRET

CELL/OTD                    001529

CELLSITE-595

2

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-11-2012 BY 65179/dmh/stp/as

**FOR OFFICIAL USE ONLY**



# *FBI*
# *Portable Electronic Device*
# *Security Management Plan*
# *(SMP) for Legacy*

*From*
*Investigative Technology Division*

*Wireless Intercept and Tracking Team (WITT)*

*09/7/2004*

*Federal Bureau of Investigation*
*935 Pennsylvania Avenue, NW*
*Room 9364*
*Washington, DC 20530*

*Prepared By:*
*WITT Program Manager*
*WITT Chief Technician*

*Engineering Research Facility, Building*
*Quantico, Virginia  22135*

b6
b7C
b7E

1

CELLSITE-606

**FOR OFFICIAL USE ONLY**

## 1    INTRODUCTION

This document serves as the instrument for the Mobile Computing Security Program to identify requirements and assess risk, with the objective of providing an approval-to-operate.  The information required for this assessment includes, but is not limited to, a complete scope of need, justification, concept of operations, technical specifications, configuration management and residual risk relative to the device being placed into service.  Once completed, and if residual risk is deemed acceptable, an official EC will be generated granting a Security Management Plan (SMP) for those device(s) described within, in the manner set forth in the concept of operations. Attachments 1 and 2 are "living" documents.  That is they are updated each time there is a change in the configuration, or when new devices are fielded under this SMP.  Attachment 1 is the Configuration Management control document that lists the specific applications in use under this SMP.  Attachment 2 is a complete listing of all devices fielded under this SMP.

## 2    MISSION BACKGROUND

The WITT provides

The first area of focus for WITT

b3
b7E

## 3    JUSTIFICATION FOR REQUEST

CELL/OTD

001542

2

**FOR OFFICIAL USE ONLY**

CELLSITE-607

**FOR OFFICIAL USE ONLY**

b3
b7E

**4   CONCEPT OF OPERATIONS**

b3
b7E

CELL/OTD                    001543
**FOR OFFICIAL USE ONLY**

CELLSITE-608

# FOR OFFICIAL USE ONLY

**5      TECHNICAL DATA**

*5.1*

*5.2*      *Field Control/Storage*

b3
b7E

*5.3*

CELL/OTD                                001544

# FOR OFFICIAL USE ONLY

CELLSITE-609

FOR OFFICIAL USE ONLY

**5.4**     **_Technical Specifications_**

b3
b7E

CELL/OTD                    001545

5

## FOR OFFICIAL USE ONLY

## 8    POINTS OF CONTACT

The ISSM has approval authority for the [          ] and is responsible for the life cycle system security.  Significant changes in configuration or usage will be submitted to the ISSM by the ISSO for approval.

Information Systems Security Manager: [                    ]

The ISSO is responsible for day-to-day oversight of the [          ] He is responsible for engineering, development, configuration management and ensuring that the program security requirements are met.   The ISSO also maintains an up-to-date inventory of all [          ] contained within this OP plan and to report any:

- o   Loss
- o   Changes in configuration or usage
- o   Incremental/decremental changes to the baseline to the PSO and ISSM.

WITT [          ] Information Systems Security Officer(s): [                    ]
[                    ]

Note: In the event that an ISSM is not assigned, ISSM duties are the responsibility of the assigned security officer.

b6
b7C
b7E

## 9    CONFIGURATION MANAGEMENT

Configuration management is a process that controls and manages changes (i.e., new applications, peripherals, changes in configuration, etc.) to a device or system.  By controlling changes made to a system's hardware, software, firmware, and/or documentation, throughout the system/device life cycle, configuration management is a mandatory, integral part of this overall risk management solution.  The ISSM and ISSO are responsible for managing this process.

### *9.1*    *Incremental Changes*

Incremental changes to the baseline may be vetted and approved by the ISSM.  Minor changes such as the revision number of an application do not require ISSM approval but are to be tracked by the ISSO in the configuration information periodically provided to the ISSM in the configuration management document illustrated in Attachment 1.

### *9.2*    *Security Architecture and Usage Changes*

Any changes affecting the security architecture including the manner in which the [          ] [          ] are used or the type of data stored on them may require a renegotiated Security Management Plan (SMP).

CELL/OTD                    001555

## FOR OFFICIAL USE ONLY

CELLSITE-620

**FOR OFFICIAL USE ONLY**

## 10    RULES OF BEHAVIOR

The PEDs known as [ ] covered under this SMP are granted deviations from the standard security settings based on operational need.  These deviations have corresponding expected rules of behavior with respect to how they are used, stored, and maintained.  These include:

### *10.1*    [ ] *Protection*

### *10.2*    *Data Protection*

b3
b7E

### *10.3*

### *10.4*

CELL/OTD       001556

16

**FOR OFFICIAL USE ONLY**

CELLSITE-621

**FOR OFFICIAL USE ONLY**

*10.5*

b3
b7E

CELL/OTD          001557

17
**FOR OFFICIAL USE ONLY**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-11-2012 BY 65179/dmh/stp/as



# Federal Bureau of Investigation

# Wireless Intercept and Tracking Team (WITT)



SSA

**Program Manager**

**April 17, 2003**

b3
b6
b7C
b7E

CELLSITE-629

# WITT Program Overview

**WITT**

b3
b7E

2

DATE: 10-11-2012
CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-11-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

\* \* \* ~~SECRET~~ \* \* \*

b3
b4
b7E

**TASK ORDER CONTRACT**

TASK #1

(S)

(S)

(S)

(S)

\* (S)
\* (S)

(S)

\* (S)

(S)

\* (S)

(S)

b1
b3

\* (S)

(S)

\* (S)

(S)

\* (S)

(S)

\* (S)

(S)

\* (S)
\* (S)

(S)

\* (S)

(S)

\* (S)

(S)

\* \* \* ~~SECRET~~ \* \* \*

1

CELL/OTD 001599

* * * ~~SECRET~~ * * *

**TASK ORDER CONTRACT**
**TASK #1**

b3
b4
b7E



b1
b3

* * * ~~SECRET~~ * * *

2

* * * SECRET * * *

TASK ORDER CONTRACT
TASK #1

b3
b4
b7E



The deliverables for Task #1 shall include:

b1
b3

* * * SECRET * * *                                        3

CELL/OTD 001607

CELLSITE-646

DATE: 10-11-2012
CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-11-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

\* \* \* ~~SECRET~~ \* \* \*

## STATEMENT OF WORK

**1** INTRODUCTION
   (S)

(S)

b1
b3

**2** OBJECTIVE
   (S)

(S)

   (S)

(S)

   (S)

(S)

**3** TASK DESCRIPTION
   (U) After the award of the contract, the FBI will provide task assignments in writing to the contractor.  The contractor will submit, in writing, a best estimate for the technical approach, cost, and amount of time needed to perform the task as well as a description of the task milestones and deliverables.  Written approval from the FBI Contracting Officer will be required before the contractor will be authorized to proceed with the task order.  The price quote for each task order shall include all items to be procured by the contractor for use in the task assignment.

**4** SCOPE

\* \* \* ~~SECRET~~ \* \* \*



CELLSITE-647

\* \* \* SECRET \* \* \*

(S) [redacted]

- (S) [redacted]
  (S) [redacted]

- (S) [redacted]
  (S) [redacted]

- (S) [redacted]
  (S) [redacted]

- (S) [redacted]
  (S) [redacted]

- (S) [redacted]
  (S) [redacted]

b1
b3

## 5 REQUIREMENTS

(U) Once a contract is established, the following events will occur on a task assignment basis:

- Task Assignment:  (U) The FBI will provide a task assignment in writing to the contractor.  The contractor will submit, in writing, a best estimate for the technical approach, cost, and amount of time needed to perform the task as well as a description of the task milestones and deliverables.  Written approval from the FBI Contracting Officer will be required before the contractor will be authorized to proceed with the task order.  The price quote for each task order shall include all items to be procured by the contractor for use in the task assignment.

- Technical Review Meetings:  (U) The contractor shall conduct technical review meeting(s) to give the FBI a technical description of the proposed effort. Meeting(s) will also be conducted to provide the FBI with an on going status of the task effort.  Meeting schedules and locations will be determined at a later date.

- Acceptance Testing:  (U) Once a demonstration device is constructed for a task, the contractor shall conduct an Acceptance Test to demonstrate compliance with technical requirements.  An FBI representative shall participate and witness the Acceptance Test.  Within thirty days of the completion of the Acceptance Test, the FBI shall provide written description of the device's technical deficiencies to the contractor.

\* \* \* SECRET \* \* \*

* * * SECRET * * *

- Product Delivery:  (U) Once the contractor has demonstrated that the developed product (device, system, or study) complies with the FBI requirements, the contractor shall deliver the product to the FBI in the quantity specified in the task assignment.

**6 Security**

(U) The work described in this Statement of Work is considered sensitive.  Release of any information related to this work may compromise the FBI's mission and is prohibited without prior written consent from the FBI.



CELL/QTD 001604
* * * SECRET * * *

CELLSITE-649

SECRET

CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-12-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEP
WHERE SHOWN OTHERWISE

b6
b7C
·b3
b7E

**From:**
**To:**
**Date:**     Mon, Feb 2, 2004   8:24 AM
**Subject:**

(S)

b1
b3
b7E

plus i heard last week that one of their main [          ] guys has
left the company to pursue a career in dentistry - whats up wit
that? go figure...

(S)

dont worry - as soon as the release hits we'll test/confirm it
and ship/email it out right away!

SECRET

DATE: 10-02-2013
CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-12-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

# *** SECRET ***

(U)   Security Addendum to EC dated 03/13/03, captioned, "Wireless Intercept and Tracking Team (WITT) ⬚⬚⬚⬚⬚ and requisition #128815 dated 03/12/03.

b3
b7E

(S)

(S)

(S)

b1
b3

(S)

(S)

(S)

(S)

(U)   Full and open competition of referenced procurement requirement could ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ it is recommended that no advertisement be made.

b3
b7E

April 24, 2003

Security Officer
Investigative Technology Division

b6
b7C

Derived From:  G-3
Declassify On:  X1

# *** SECRET ***

\*\*\* ~~SECRET~~ \*\*\*

\*\*\* ~~SECRET~~ \*\*\*

CELL/OTD 001625

CELLSITE-655

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-12-2012 BY 65179/dmh/stp/as

**From:**
**Sent:**          Monday, July 23, 2007 4:50 PM
**To:**
**Subject:**       FW: WITT

<u>SENSITIVE BUT UNCLASSIFIED</u>
<u>NON-RECORD</u>

-----Original Message-----
**From:**
**Sent:**          Monday, July 23, 2007 4:41 PM
**To:**
**Subject:**       WITT

<u>SENSITIVE BUT UNCLASSIFIED</u>
<u>NON-RECORD</u>

I omit to inform you that we are shipping to your office a few items that were distributed in the ____ conference. One of
which is a thumbdrive that contained the powerpoint presentation materials which should be helpful to those who couldn't
attend the conference but want to know what was covered. I recalled over the course of time that you had reached out to
us and asked why you were not successful in _____

b3
b6
b7C
b7E

[Material information
including where to procure the part is shown in the enclosed attachment.]

____ppt

In addition Harris claims

<u>SENSITIVE BUT UNCLASSIFIED</u>

<u>SENSITIVE BUT UNCLASSIFIED</u>

CELL/OTD     001753
6

CELLSITE-741

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-12-2012 BY 65179/dmh/stp/as

**From:**
**Sent:**           Tuesday, July 24, 2007 2:50 PM
**To:**
**Subject:**         RE: WITT

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

We would like to see if you could work with your field office

-----Original Message-----
**From:**
**Sent:**          Tuesday, July 24, 2007 7:04 AM
**To:**
**Subject:**        RE: WITT

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

FYI,   has a VERY limited tech budget.  Do I need to try to fight my office for extra money next year, or is there a
possibility of WITT covering the purchase sometime in the future?

b3
b6
b7C
b7E

-----Original Message-----
**From:**
**Sent:**          Monday, July 23, 2007 4:50 PM
**To:**
**Subject:** FW: WITT

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

-----Original Message-----
**From:**
**Sent:**          Monday, July 23, 2007 4:41 PM
**To:**
**Subject:** WITT

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

CELL/OTD   001754

7

CELLSITE-742

[blank box]

I omit to inform you that we are shipping to your office a few items that were distributed in the [redacted] conference. One of which is a thumbdrive that contained the powerpoint presentation materials which should be helpful to those who couldn't attend the conference but want to know what was covered. I recalled over the course of time that you had reached out to us and asked why you were not successful [redacted]

[Material information including where to procure the part is shown in the enclosed attachment.]

<< File [redacted] ppt >>

[redacted] In addition Harris claims [redacted]

b3
b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELLSITE-743

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-12-2012 BY 65179/dmh/stp/as

**From:**
**Sent:** Friday, August 10, 2007 9:56 AM
**To:**
**Cc:**
**Subject:** RE: WITT

<u>SENSITIVE BUT UNCLASSIFIED</u>
<u>NON-RECORD</u>

8/10-14/07 would be the best.  Let us know if you want a hotel room on the beach, we may be able to hook you up.

Thanks,

-----Original Message-----
**From:**
**Sent:** Wednesday, July 25, 2007 4:24 PM
**To:**
**Subject:** RE: WITT

<u>SENSITIVE BUT UNCLASSIFIED</u>
<u>NON-RECORD</u>

Advise us on the available date for Sept.

-----Original Message-----
**From:**
**Sent:** Tuesday, July 24, 2007 3:18 PM
**To:**
**Subject:** RE: WITT

<u>SENSITIVE BUT UNCLASSIFIED</u>
<u>NON-RECORD</u>

Put us on the list requesting       Hopefully            will be prioritized for funding.   I will do an

Again,                  and I would like to be present for            August is bad until 27th.  Early Sept, much better.

Thanks,

-----Original Message-----
**From:**
**Sent:** Tuesday, July 24, 2007 2:50 PM
**To:**
**Subject:** RE: WITT

b3
b6
b7C
b7E

CELL/OTD   001756

9

CELLSITE-744

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

We would like to see if you could work with your field office

    -----Original Message-----
From:
Sent:       Tuesday, July 24, 2007 7:04 AM
To:
Subject:    RE: WITT

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

FYI, [ ] has a VERY limited tech budget.  Do I need to try to fight my office for extra money next year, or is there a possibility of WITT covering the purchase sometime in the future?

b3
b6
b7C
b7E

    -----Original Message-----
From:
Sent:       Monday, July 23, 2007 4:50 PM
To:
Subject:    FW: WITT

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

    -----Original Message-----
From:
Sent:       Monday, July 23, 2007 4:41 PM
To:
Subject:    WITT

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

Mark:

I omit to inform you that we are shipping to your office a few items that were distributed in the [ ] conference. One of which is a thumbdrive that contained the powerpoint presentation materials which should be helpful to those who couldn't attend the conference but want to know what was covered. I recalled over the course of time that you had reached out to us and asked why you were not successful

[Material information including where to procure the part is shown in the enclosed attachment.]

<< File:          ppt >>

In addition Harris claims

b3
b6
b7C
b7E

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-12-2012 BY 65179/dmh/stp/as

**From:**
**Sent:** Friday, August 10, 2007 11:02 AM
**To:**
**Cc:**
**Subject:** FW: WITT

<u>**SENSITIVE BUT UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

Sorry 9/10-14

-----Original Message-----
**From:**
**Sent:** Friday, August 10, 2007 9:56 AM
**To:**
**Cc:**
**Subject:** RE: WITT

<u>**SENSITIVE BUT UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

8/10-14/07 would be the best.  Let us know if you want a hotel room on the beach, we may be able to hook you up.

Thanks,

-----Original Message-----
**From:**
**Sent:** Wednesday, July 25, 2007 4:24 PM
**To:**
**Subject:** RE: WITT

<u>**SENSITIVE BUT UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

Advise us on the available date for Sept.

-----Original Message-----
**From:**
**Sent:** Tuesday, July 24, 2007 3:18 PM
**To:**
**Subject:** RE: WITT

<u>**SENSITIVE BUT UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

b3
b6
b7C
b7E

Put us on the list requesting [ ] Hopefully [ ] will be prioritized for funding.   I will do an [ ]

Again [ ] and I would like to be present for [ ] August is bad until 27th.  Early Sept, much better.

Thanks,

-----Original Message-----
**From:**
**Sent:**      Tuesday, July 24, 2007 2:50 PM
**To:**
**Subject:**   RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

We would like to see if you could work with your field office [ ]

b3
b6
b7C
b7E

-----Original Message-----
**From:**
**Sent:**      Tuesday, July 24, 2007 7:04 AM
**To:**
**Subject:**   RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

FYI, [ ] has a VERY limited tech budget.  Do I need to try to fight my office for extra money next year, or is there a possibility of WITT covering the purchase sometime in the future?

-----Original Message-----
**From:**
**Sent:**      Monday, July 23, 2007 4:50 PM
**To:**
**Subject:**   FW: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

CELLSITE-748

-----Original Message-----
From:
Sent:                    Monday, July 23, 2007 4:41 PM
To:
Subject:                 WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

I omit to inform you that we are shipping to your office a few items that were distributed in the
[      ]conference. One of which is a thumbdrive that contained the powerpoint presentation
materials which should be helpful to those who couldn't attend the conference but want to know
what was covered. I recalled over the course of time that you had reached out to us and asked
why you were not successful[                                                                ]

[                                                      ][Material information including where to
procure the part is shown in the enclosed attachment.]

    << File:[         ]ppt >>

In addition Harris claims

b3
b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**


**SENSITIVE BUT UNCLASSIFIED**


**SENSITIVE BUT UNCLASSIFIED**


**SENSITIVE BUT UNCLASSIFIED**


**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD   001761

14

CELLSITE-749

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

CELL/OTD   001762

CELLSITE-750

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-12-2012 BY 65179/dmh/stp/as

**From:**
**Sent:** Friday, August 10, 2007 3:15 PM
**To:**
**Cc:**
**Subject:** RE: WITT

<u>SENSITIVE BUT UNCLASSIFIED</u>
<u>NON-RECORD</u>

Hi

Here are some recent developments that have come out of the meeting _____ (WITT Program Manager) attended at Harris Corporation this week that I would like to bring to your attention as it relates to my planned

WITT was anticipating that Harris Corporation

-
-

I will folllow up with a telephone call to clarify if necessary.

b3
b6
b7C
b7E

-----Original Message-----
**From:**
**Sent:** Friday, August 10, 2007 11:02 AM
**To:**
**Cc:**
**Subject:** FW: WITT

<u>SENSITIVE BUT UNCLASSIFIED</u>
<u>NON-RECORD</u>

Sorry 9/10-14

-----Original Message-----
**From:**
**Sent:** Friday, August 10, 2007 9:56 AM
**To:**
**Cc:**
**Subject:** RE: WITT

CELL/OTD   001763

CELLSITE-751

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**


8/10-14/07 would be the best.  Let us know if you want a hotel room on the beach, we may be able to hook you up.

Thanks,



-----Original Message-----
From:
Sent:            Wednesday, July 25, 2007 4:24 PM
To:
Subject:         RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**


Advise us on the available date for Sept.

-----Original Message-----
From:
Sent:            Tuesday, July 24, 2007 3:18 PM
To:
Subject:         RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**


Put us on the list requesting [   ] Hopefully[          ]will be prioritized for funding.   I will do an

Again[            ]and I would like to be present for[        ] August is bad until 27th.  Early Sept, much better.

Thanks,



-----Original Message-----
From:
Sent:            Tuesday, July 24, 2007 2:50 PM
To:
Subject:         RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**



We would like to see if you could work with your field office

b3
b6
b7C
b7E

CELL/OTD    001704

CELLSITE-752

-----Original Message-----
From:
Sent:           Tuesday, July 24, 2007 7:04 AM
To:
Subject:        RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

FYI, ☐ has a VERY limited tech budget.  Do I need to try to fight my office for extra money next year, or is there a possibility of WITT covering the purchase sometime in the future?

-----Original Message-----
From:
Sent:           Monday, July 23, 2007 4:50 PM
To:
Subject:        FW: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

-----Original Message-----
From:
Sent:           Monday, July 23, 2007 4:41 PM
To:
Subject:        WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

I omit to inform you that we are shipping to your office a few items that were distributed in the ☐ conference. One of which is a thumbdrive that contained the powerpoint presentation materials which should be helpful to those who couldn't attend the conference but want to know what was covered. I recalled over the course of time that you had reached out to us and asked why you were not successful

[Material information including where to procure the part is shown in the enclosed attachment.]

<< File:        ppt >>

CELL/OTD    001765

18

3

CELLSITE-753

b3
b6
b7C
b7E

In addition Harris claims

b3
b6
b7C
b7E

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

CELL/DTD   001766

CELLSITE-754

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-12-2012 BY 65179/dmh/stp/as

**From:**
**Sent:** Tuesday, August 14, 2007 2:15 PM
**To:**
**Subject:** RE: WITT

<u>SENSITIVE BUT UNCLASSIFIED</u>
<u>NON-RECORD</u>

-----Original Message-----
**From:**
**Sent:** Friday, August 10, 2007 3:57 PM
**To:**
**Subject:** RE: WITT

<u>SENSITIVE BUT UNCLASSIFIED</u>
<u>NON-RECORD</u>

b3
b6
b7C
b7D

Sounds good.
Thanks

-----Original Message-----
**From:**
**Sent:** Friday, August 10, 2007 3:15 PM
**To:**
**Cc:**
**Subject:** RE: WITT

<u>SENSITIVE BUT UNCLASSIFIED</u>
<u>NON-RECORD</u>

Hi

Here are some recent developments that have come out of the meeting                (WITT Program Manager)
attended at Harris Corporation this week that I would like to bring to your attention as it relates to my planned
                                                                                                    WITT was
anticipating that Harris Corporation

20

I will folllow up with a telephone call to clarify if necessary.

-----Original Message-----
**From:**
**Sent:**          Friday, August 10, 2007 11:02 AM
**To:**
**Cc:**
**Subject:**       FW: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Sorry 9/10-14

b3
b6
b7C
b7E

-----Original Message-----
**From:**
**Sent:**          Friday, August 10, 2007 9:56 AM
**To:**
**Cc:**
**Subject:**       RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

8/10-14/07 would be the best.  Let us know if you want a hotel room on the beach, we may be able to hook you up.

Thanks.

-----Original Message-----
**From:**
**Sent:**          Wednesday, July 25, 2007 4:24 PM
**To:**
**Subject:**       RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

CELLSITE-756

Advise us on the available date for Sept.

-----Original Message-----
**From:**
**Sent:** Tuesday, July 24, 2007 3:18 PM
**To:**
**Subject:** RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Put us on the list requesting        Hopefully                will be prioritized for funding.   I will do an

Again,                          would like to be present for              August is bad until 27th. Early Sept, much better.

Thanks,

-----Original Message-----
**From:**
**Sent:** Tuesday, July 24, 2007 2:50 PM
**To:**
**Subject:** RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

We would like to see if you could work with your field office

-----Original Message-----
**From:**
**Sent:** Tuesday, July 24, 2007 7:04 AM
**To:**
**Subject:** RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

FYI      has a VERY limited tech budget.  Do I need to try to fight my office for extra money next year, or is there a possibility of WITT covering the purchase sometime in the future?

22

CELLSITE-757

-----Original Message-----
**From:**
**Sent:**      Monday, July 23, 2007 4:50 PM
**To:**
**Subject:**   FW: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

-----Original Message-----
**From:**
**Sent:**      Monday, July 23, 2007 4:41 PM
**To:**
**Subject:**   WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

I omit to inform you that we are shipping to your office a few items that were
distributed in the [        ] conference. One of which is a thumbdrive that contained the
powerpoint presentation materials which should be helpful to those who couldn't
attend the conference but want to know what was covered. I recalled over the course
of time that you had reached out to us and asked why you were not successful

b3
b6
b7C
b7E

[Material information including
where to procure the part is shown in the enclosed attachment.]

<< File [        ].ppt >>

In addition Harris claims

**SENSITIVE BUT UNCLASSIFIED**

23

*CELL/OTD   001770*

CELLSITE-758

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

CELL/OTD   001771

24

5

CELLSITE-759

HEREIN IS UNCLASSIFIED
DATE 10-15-2012 BY 65179/dmh/stp/as

**From:**
**Sent:** Sunday, September 23, 2007 6:13 PM
**To:**
**Subject:**

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

-----Original Message-----
**From:**
**Sent:** Tuesday, August 14, 2007 6:02 PM
**To:**
**Subject:** RE:

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

-----Original Message-----
**From:**
**Sent:** Tuesday, August 14, 2007 5:05 PM
**To:**
**Subject:** FYI

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

CELL/OTD    001772

CELLSITE-760

-----Original Message-----
**From:**
**Sent:**          Tuesday, August 14, 2007 4:42 PM
**To:**
**Subject:**      RE: WITT

<u>SENSITIVE BUT UNCLASSIFIED</u>
<u>NON-RECORD</u>

Got it today.  Let us know when.

-----Original Message-----
**From:**
**Sent:**       Tuesday, August 14, 2007 2:15 PM
**To:**
**Subject:** RE: WITT

<u>SENSITIVE BUT UNCLASSIFIED</u>
<u>NON-RECORD</u>

b3
b6
b7C
b7E

-----Original Message-----
**From:**
**Sent:**          Friday, August 10, 2007 3:57 PM
**To:**
**Subject:**          RE: WITT

<u>SENSITIVE BUT UNCLASSIFIED</u>
<u>NON-RECORD</u>

Sounds good.
Thanks

CELL/OTD     001773

-----Original Message-----

26

CELLSITE-761

**From:**
**Sent:** Friday, August 10, 2007 3:15 PM
**To:**
**Cc:**
**Subject:** RE: WITT

<u>SENSITIVE BUT UNCLASSIFIED</u>
<u>NON-RECORD</u>

Hi

Here are some recent developments that have come out of the meeting _____ (WITT Program Manager) attended at Harris Corporation this week that I would like to bring to your attention as it relates to my planned _____

_____   WITT was anticipating that Harris Corporation

I will folllow up with a telephone call to clarify if necessary.

b3
b6
b7C
b7E

-----Original Message-----
**From:**
**Sent:** Friday, August 10, 2007 11:02 AM
**To:**
**Cc:**
**Subject:** FW: WITT

<u>SENSITIVE BUT UNCLASSIFIED</u>
<u>NON-RECORD</u>

Sorry 9/10-14

-----Original Message-----
**From:**
**Sent:** Friday, August 10, 2007 9:56 AM
**To:**
**Cc:**
**Subject:** RE: WITT

<u>SENSITIVE BUT UNCLASSIFIED</u>
<u>NON-RECORD</u>

CELL/DTD   001774

27

3

CELLSITE-762

8/10-14/07 would be the best.  Let us know if you want a hotel room on the beach, we may be able to hook you up.

Thanks,

-----Original Message-----
From:
Sent:           Wednesday, July 25, 2007 4:24 PM
To:
Subject:        RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Advise us on the available date for Sept.

-----Original Message-----
From:
Sent:           Tuesday, July 24, 2007 3:18 PM
To:
Subject:        RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Put us on the list requesting [ ] Hopefully [ ] will be prioritized for funding.
I will do an [ ]

Again [ ] would like to be present for [ ] August is bad
until 27th.  Early Sept, much better.

Thanks,

b3
b6
b7C
b7E

-----Original Message-----
From:
Sent:           Tuesday, July 24, 2007 2:50 PM
To:
Subject:        RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

We would like to see if you could work with your field office [ ]

-----Original Message-----
**From:**
**Sent:** Tuesday, July 24, 2007 7:04 AM
**To:**
**Subject:** RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

FYI, [ ] has a VERY limited tech budget. Do I need to try to fight my office for extra money next year, or is there a possibility of WITT covering the purchase sometime in the future?

-----Original Message-----
**From:**
**Sent:** Monday, July 23, 2007 4:50 PM
**To:**
**Subject:** FW: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

-----Original Message-----
**From:**
**Sent:** Monday, July 23, 2007 4:41 PM
**To:**
**Subject:** WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

I omit to inform you that we are shipping to your office a few items that were distributed in the [ ] conference. One of which is a thumbdrive that contained the powerpoint presentation materials which should be helpful to those who couldn't attend the conference but want to know what was covered. I recalled over the course of time that you had reached out to us and asked why you were not successful

[Material information including where to procure the part is shown in the enclosed attachment.]

<< File: [ ] ppt >>

29

In addition Harris claims

b3
b6
b7C
b7E

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

30

CELL/OTD        0017777        CELLSITE-765

6

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-15-2012 BY 65179/dmh/stp/as

**From:**
**Sent:**          Wednesday, October 10, 2007 8:46 AM
**To:**            ALL AGENTS
**Subject:**       Wireless Intercept and Tracking Team

<u>**SENSITIVE BUT UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

Hello all,

b3
b6
b7C
b7E

FYI, the basic SOP for requesting cell tracking is obtaining a Title 18, Section 2703(d) pen order.

The best way to offer up our services to the locals is have them call you, then you give them [      ] or my cell numbers, and we will talk them through the process.

<u>**SENSITIVE BUT UNCLASSIFIED**</u>

CELL/OTD   001781

34

CELLSITE-767

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-15-2012 BY 65179/dmh/stp/as

**From:**
**Sent:** Monday, October 15, 2007 4:13 PM
**To:**
**Subject:** WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Did you receive your_____ yet?
I have a_____ for you. It can be shipped out to your office.
The_____ is still pending.
Let me know if you and your team still want an on-site working demonstration/training of the_____ system at your location.
You should now be able to use the_____ to work in collaboration with your StingRay on any and all_____ tracking mission.

-----Original Message-----
**From:**
**Sent:** Tuesday, July 24, 2007 3:18 PM
**To:**
**Subject:** RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Put us on the list requesting_____ Hopefully_____ will be prioritized for funding.   I will do an_____

Again,_____ would like to be present for_____ August is bad until 27th.  Early Sept, much better.

Thanks.

-----Original Message-----
**From:**
**Sent:** Tuesday, July 24, 2007 2:50 PM
**To:**
**Subject:** RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

We would like to see if you could work with your field office and_____

b3
b6
b7C
b7E

CELL/OTD   0017782

1

CELLSITE-768

-----Original Message-----
From:
Sent:           Tuesday, July 24, 2007 7:04 AM
To:
Subject:        RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

FYI, [ ] has a VERY limited tech budget.  Do I need to try to fight my office for extra money next year, or is there a possibility of WITT covering the purchase sometime in the future?

-----Original Message-----
From:
Sent:           Monday, July 23, 2007 4:50 PM
To:
Subject:        FW: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

-----Original Message-----
From:
Sent:           Monday, July 23, 2007 4:41 PM
To:
Subject:        WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

I omit to inform you that we are shipping to your office a few items that were distributed in the [ ] conference. One of which is a thumbdrive that contained the powerpoint presentation materials which should be helpful to those who couldn't attend the conference but want to know what was covered. I recalled over the course of time that you had reached out to us and asked why you were not successful [ ]

[Material information including where to procure the part is shown in the enclosed attachment.]

<< File [ ] ppt >>

In addition Harris claims

CELL/OTD   001783                                          CELLSITE-769

b3
b6
b7C
b7E

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-15-2012 BY 65179/dmh/stp/as

**From:**
**Sent:** Monday, October 15, 2007 4:19 PM
**To:**
**Cc:**
**Subject:**

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

b3
b6
b7C
b7E

- Pls prepare and ship out to

Pls close out the ☐ that ☐ out in a few months ago once ☐ has shipped out the items t

<u>UNCLASSIFIED</u>

CELL/OTD   001785

CELLSITE-771

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-15-2012 BY 65179/dmh/stp/as

**From:**
**Sent:** Friday, November 16, 2007 11:16 AM
**To:**

**Cc:**
**Subject:** RE: WITT Equipment

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

If                                              unit at                              we would recommend it be transferred to his office.
We understand that the

I have heard that the

    -----Original Message-----
**From:**
**Sent:** Friday, November 16, 2007 9:58 AM
**To:**
**Cc:**
**Subject:** RE: WITT Equipment

b3
b6
b7C
b7E

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

OK.  I did not know that - I only stayed for one night at the tech conference.

Just so you know, for some reason, I have two                         Not sure why, but I do.   I just noticed that I have two last week.  I thought the other case was an            but now that I have inventory, I was going through all of our

            do you need one?

                        does not need it, then what do you want with it?

I would imagine that some where, some division needs one.

If you want me to keep both, then so be it.
Thanks again for getting back to me.

**From:**
**Sent:** Thursday, November 15, 2007 1:05 PM
**To:**
**Cc:**
**Subject:** WITT Equipment

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

CELL/OTD   001808

CELLSITE-772

1

In the [           ] we advise the attendees to retain [           ]

-----Original Message-----
**From:**
**Sent:** Thursday, November 15, 2007 12:11 PM
**To:**
**Subject:** FW: WITT Equipment ?

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

Hello there.  What shall we do with [        ] you probably told me and I forgot-surplus is or send it back to you or hold it for now?

-----Original Message-----
**From:**
**Sent:** Tuesday, November 13, 2007 1:58 PM
**To:**
**Subject:** RE: WITT Equipment ?

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

Thanks.

[        ]

**From:**
**Sent:** Tuesday, November 13, 2007 1:07 PM
**To:**
**Subject:** RE: WITT Equipment ?

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

I'll find out what [   ] wants.  I would guess we can send them back to the unit.  Ill get back to you.

[        ]

-----Original Message-----
**From:**
**Sent:** Tuesday, November 13, 2007 12:59 PM
**To:**
**Subject:** WITT Equipment ?

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

Guys,

b3
b6
b7C
b7E

CEL62/OTD    001809

2

CELLSITE-773

b3
b6
b7C
b7E

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

CELL/OTD   001810

63

CELLSITE-774

3

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-15-2012 BY 65179/dmh/stp/as

**From:**
**Sent:** Thursday, April 17, 2008 9:14 AM
**To:** ALL FBI EMPLOYEES
**Subject:** Historical cell phone location utilizing subpoena

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

Hello all,

I was assisting                    on a            case when he made a very good point which I thought share.

If you are trying to locate an individual via cellular telephone, a simple subpoena for **toll records with cell site/tower location**                                                                                                                         Request the information to be delivered in an electronic format.

b6
b7C
b7E

<u>UNCLASSIFIED</u>

CELL/OTD    001829

82

CELLSITE-775

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-15-2012 BY 65179/dmh/stp/as

**From:**
**Sent:**          Monday, May 19, 2008 12:51 PM
**To:**
**Subject:**

UNDERLINE UNCLASSIFIED
NON-RECORD

Just in case you hadn't heard this yet

**From:**
**Sent:**          Monday, May 19, 2008 10:14 AM
**To:**

b3
b6
b7C
b7E

93
CELL/OTD    001840    CELLSITE-776
1

**Cc:**
**Subject:**

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

See below for some good information provided by [ ] WITT SA [ ] in [ ]

SSA [ ]

| | |
|---|---|
| **From:** | |
| **Sent:** | Friday, May 16, 2008 6:50 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | |

b3
b4
b6
b7C
b7E

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

Couple of items from [ ]

Yesterday [ ] put on a one day class in [ ] for all law enforcement to discuss their commitment to helping law enforcement. They are apparently doing this in all regions of the country.  Catch the one nearest you!   It was pretty good they had members of their [ ] present, and their legal compliance team.  They even feed us breakfast and lunch.  No charge. [ ]

Please pass on as appropriate.

94

2

CELL/OTD   001844 CELLSITE-777

Division

**From:**
**Sent:** Tuesday, April 15, 2008 3:05 PM
**To:**
**Cc:**
**Subject:**

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

b3
b6
b7C
b7E

**From:**
**Sent:** Tuesday, April 15, 2008 3:57 PM
**To:**
**Cc:**
**Subject:**

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

Gentlemen,  I was approached by the [ ] regarding the ability to [ ]

Division

<u>UNCLASSIFIED</u>

<u>UNCLASSIFIED</u>

95

CELL/OTD  001842

CELLSITE-778

3

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-15-2012 BY 65179/dmh/stp/as

**From:**
**Sent:** Monday, May 19, 2008 2:31 PM
**To:**

**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

FYI

**From:**
**Sent:** Monday, May 19, 2008 12:17 PM
**To:**

b3
b6
b7C
b7E

97

**Cc:**
**Subject:**

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

All:

FYI:  See below for additional info from

SSA

b3
b6
b7C
b7E

**From:**
**Sent:** Monday, May 19, 2008 11:42 AM
**To:**
**Subject:**

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

CELL/OTD  001845       CELLSITE-781

**From:**
**Sent:** Monday, May 19, 2008 10:38 AM
**To:**
**Subject:**

UNCLASSIFIED
NON-RECORD

*SSA*
*Unit Chief*

**From:**
**Sent:** Monday, May 19, 2008 10:14 AM
**To:**

b3
b6
b7C
b7E

99

CELL/OTD   001846   CELLSITE-782

3

**Cc:**
**Subject:**

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

See below for some good information provided by ☐ WITT SA ☐ in ☐

☐

SSA ☐

b3
b4
b6
b7C
b7E

**From:** ☐
**Sent:**        Friday, May 16, 2008 6:50 PM
**To:**
**Cc:**

**Subject:**

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

Couple of items from ☐

☐
Yesterday ☐ put on a one day class in ☐ for all law enforcement to discuss their commitment to helping law enforcement. They are apparently doing this in all regions of the country.  Catch the one nearest you!   It was pretty good they had members of their ☐ present, and their legal compliance team.  They even feed us breakfast and lunch.  No charge. ☐

CELL/OTD  001847

CELLSITE-783

Please pass on as appropriate.

SA [ ]
[ Division ]

| From: | |
|---|---|
| Sent: | Tuesday, April 15, 2008 3:05 PM |
| To: | |
| Cc: | |
| Subject: | |

b3
b6
b7C
b7E

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

| From: | |
|---|---|
| Sent: | Tuesday, April 15, 2008 3:57 PM |
| To: | |
| Cc: | |
| Subject: | |

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

Gentlemen,  I was approached by the [ ] regarding the ability to [ ]

SA [ ]
[ Division ]

CELL/OTD   001848
101

CELLSITE-784

**To:**

**Cc:**

**Subject:**          Important WITT Technical Bulletin

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

b3
b6
b7C
b7E

If additional technical support is needed, contact WITT staff. Please also share this information to your          colleagues.

SENSITIVE BUT UNCLASSIFIED

140

4

CELL/OTD   001887

CELL SITE-789

**From:**
**Sent:** Thursday, November 06, 2008 1:29 PM
**To:**
**Subject:** FW: WITT Technical Bulletin

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

How did you get on the WITT update email list?  Are you smart enough to turn the knobs by yourself?

FYI, _____ are always enjoying the mild ____ winters.  I do admit that I miss a bit of snow now and again.

All the best,

---

**From:**
**Sent:** Thursday, November 06, 2008 10:58 AM
**To:**
**Cc:**
**Subject:** WITT Technical Bulletin

b1
b3
b6
b7C
b7E

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

(S)

SENSITIVE BUT ~~SECRET~~ FIED

147

SENSITIVE BUT UNCLASSIFIED



CELL/OTD   001895                CELLSITE-795

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1


Total Deleted Page(s) = 155
Page 9 ~ b3; b7E;
Page 10 ~ b3; b7E;
Page 11 ~ b3; b7E;
Page 12 ~ b3; b7E;
Page 18 ~ b3; b7E;
Page 21 ~ b3; b7E;
Page 22 ~ b3; b7E;
Page 40 ~ b1; b3; b5; b6; b7C; b7E;
Page 41 ~ b1; b3; b5; b6; b7C; b7E;
Page 42 ~ b3; b4; b7E;
Page 43 ~ b3; b4; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 48 ~ b3; b7E;
Page 49 ~ b3; b7E;
Page 50 ~ b3; b7E;
Page 51 ~ b3; b7E;
Page 52 ~ b3; b7E;
Page 53 ~ b3; b7E;
Page 54 ~ b3; b7E;
Page 55 ~ b3; b7E;
Page 140 ~ b6; b7C; b7E;
Page 142 ~ b1; b3; b6; b7C; b7E;
Page 167 ~ b3; b6; b7C; b7E;
Page 210 ~ b3; b6; b7C; b7E;
Page 211 ~ b3; b6; b7C; b7E;
Page 262 ~ b6; b7C;
Page 263 ~ b6; b7C;
Page 264 ~ b6; b7C;
Page 284 ~ b3; b6; b7C; b7E;
Page 285 ~ b3; b6; b7C; b7E;
Page 286 ~ b3; b5; b6; b7C; b7E;
Page 287 ~ b3; b5; b6; b7C; b7E;
Page 310 ~ b5;
Page 311 ~ b5;
Page 312 ~ b5;
Page 313 ~ b5;
Page 314 ~ b5;
Page 315 ~ b5;
Page 316 ~ b5;
Page 317 ~ b5;
Page 318 ~ b5;
Page 319 ~ Duplicate;
Page 320 ~ Duplicate;
Page 321 ~ Duplicate;
Page 322 ~ Duplicate;
Page 323 ~ Duplicate;
```

```
Page 324 ~ Duplicate;
Page 325 ~ Duplicate;
Page 326 ~ Duplicate;
Page 327 ~ Duplicate;
Page 328 ~ Duplicate;
Page 329 ~ Duplicate;
Page 330 ~ Duplicate;
Page 331 ~ Duplicate;
Page 332 ~ Duplicate;
Page 333 ~ Duplicate;
Page 334 ~ Duplicate;
Page 335 ~ Duplicate;
Page 336 ~ Duplicate;
Page 337 ~ Duplicate;
Page 338 ~ b3; b7E;
Page 339 ~ b3; b7E;
Page 340 ~ b3; b7E;
Page 341 ~ b3; b7E;
Page 342 ~ b3; b7E;
Page 343 ~ b3; b7E;
Page 344 ~ b3; b7E;
Page 345 ~ b3; b7E;
Page 346 ~ b3; b7E;
Page 347 ~ b3; b7E;
Page 348 ~ b3; b7E;
Page 350 ~ b5; b6; b7C; b7E;
Page 351 ~ b5; b6; b7C; b7E;
Page 352 ~ b3; b7E;
Page 353 ~ b3; b7E;
Page 354 ~ b3; b7E;
Page 355 ~ b3; b7E;
Page 375 ~ b3; b7E;
Page 379 ~ b3; b7E;
Page 380 ~ b3; b7E;
Page 381 ~ b3; b7E;
Page 382 ~ b3; b7E;
Page 383 ~ b3; b7E;
Page 384 ~ b3; b7E;
Page 385 ~ b3; b7E;
Page 386 ~ b3; b7E;
Page 387 ~ b3; b7E;
Page 389 ~ b3; b7E;
Page 397 ~ b6; b7C; b7E;
Page 398 ~ b3; b4; b7E;
Page 399 ~ b3; b4; b7E;
Page 400 ~ b3; b4; b7E;
Page 401 ~ b3; b4; b7E;
Page 402 ~ b3; b4; b7E;
Page 403 ~ b3; b4; b7E;
Page 404 ~ b3; b4; b7E;
Page 405 ~ b3; b4; b7E;
Page 406 ~ b3; b4; b7E;
Page 407 ~ b3; b4; b7E;
Page 408 ~ b3; b4; b7E;
```

```
Page 409 ~ b3; b4; b7E;
Page 410 ~ b3; b4; b7E;
Page 411 ~ b3; b4; b7E;
Page 412 ~ b3; b4; b7E;
Page 413 ~ b3; b4; b7E;
Page 414 ~ b3; b4; b7E;
Page 415 ~ b3; b4; b7E;
Page 416 ~ b3; b4; b7E;
Page 417 ~ b3; b4; b7E;
Page 418 ~ b3; b4; b7E;
Page 419 ~ b3; b4; b7E;
Page 420 ~ b3; b4; b7E;
Page 421 ~ b3; b4; b7E;
Page 422 ~ b3; b4; b7E;
Page 423 ~ b3; b4; b7E;
Page 424 ~ b3; b4; b7E;
Page 425 ~ b3; b4; b7E;
Page 426 ~ b3; b4; b7E;
Page 427 ~ b3; b4; b7E;
Page 428 ~ b3; b4; b7E;
Page 429 ~ b3; b4; b7E;
Page 430 ~ b3; b4; b7E;
Page 431 ~ b3; b4; b7E;
Page 432 ~ b3; b4; b7E;
Page 433 ~ b3; b4; b7E;
Page 434 ~ b3; b4; b7E;
Page 435 ~ b3; b4; b7E;
Page 436 ~ b3; b4; b7E;
Page 437 ~ b3; b4; b7E;
Page 438 ~ b3; b4; b7E;
Page 439 ~ b3; b4; b7E;
Page 469 ~ b6; b7C; b7E;
Page 470 ~ b6; b7C; b7E;
Page 491 ~ Duplicate;
Page 492 ~ Duplicate;
Page 493 ~ Duplicate;
Page 494 ~ Duplicate;
Page 497 ~ Duplicate;
Page 498 ~ Duplicate;
Page 499 ~ Duplicate;
Page 511 ~ b5; b7E;
Page 512 ~ b5; b7E;
Page 513 ~ b5; b7E;
Page 514 ~ b5; b7E;
Page 515 ~ b5; b7E;
Page 516 ~ b5; b7E;
Page 517 ~ b5; b7E;
Page 518 ~ b5; b7E;
Page 519 ~ b5; b7E;
Page 520 ~ b5; b7E;
Page 521 ~ b5; b7E;
Page 522 ~ b5; b7E;
Page 523 ~ b5; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXXX
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-06-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | (OTD)(FBI) |
| **Sent:** | Tuesday, June 21, 2011 9:34 AM |
| **To:** | (OTD) (FBI) |
| **Subject:** | RE: PPT so far --- UNCLASSIFIED//FOUO |

b6
b7C

Classification: UNCLASSIFIED//FOUO
=================================================

For your review (all changes requested made)

2011 WITT
OVERVIEW BRIEFI..

| | |
|---|---|
| **From** | (FBI) |
| **Sent:** Tuesday, June 21, 2011 7:23 AM | |
| **To:** | (CON) |
| **Subject:** RE: PPT so far --- UNCLASSIFIED//FOUO | |

b6
b7C

Classification: UNCLASSIFIED//FOUO
=================================================

Way to long see me

| | |
|---|---|
| **From** | (OTD) (CON) |
| **Sent:** Monday, June 20, 2011 4:36 PM | |
| **To** | |
| **Subject:** PPT so far --- UNCLASSIFIED//FOUO | |

Classification: UNCLASSIFIED//FOUO
=================================================

Just waiting for [     ] input (which he is diligently working on).  This is what we have so far.
 << File: 2011 WITT [     ] OVERVIEW BRIEFING.ppt >>

=================================================
Classification: UNCLASSIFIED//FOUO

=================================================
Classification: UNCLASSIFIED//FOUO

=================================================
Classification: UNCLASSIFIED//FOUO

000001   00

1

CELLSITE-1662



# Federal Bureau of Investigation

DATE: 10-04-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, D, G)
DECLASSIFY ON: 10-04-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE



# Wireless Intercept Tracking Team

## WITT Program Briefing



Wireless Intercept and Tracking Team

CELLSITE-1663



(S)

CELL/OTD

3000000

b1
b3
b7E

■ **Protecting Government Investments**

(S)

b1
b3
b7E

CELLSITE-1664

# WITT Mission



"Provide the FBI with technologies to support

*… (Growing User Base)…*

b3
b7E

**MISSION GOALS**

WITT PROGRAM

- Program Management
- R&D and Procurement
- 24x7 Operational Support
- Training
- Liaison (Gov't / Commercial)

CELL/OTD

0000004

CELLSITE-1665

# Technology/Capabilities/Tools Mapping to Mission Goals



*Technique/Tool*     **MISSION GOALS**    *Technique/Tool*

b3
b7E

**In General – Techniques/Tools are multi-purpose  (Re-use)**

<u>**POPULAR EXAMPLES of Techniques/Tools**</u>

CELL/OTD

0000005

CELLSITE-1666



# Training Provided

- Encompasses different platforms and technologies to ensure state-of-the-art WITT ⬚ technologies are available to field requests

- Additionally, WITT ⬚ and ⬚ and ⬚ provided

- WITT equipment ⬚

- ⬚ include:

☐
☐
☐
☐
☐
☐
☐
☐
☐
☐

b3
b7E

b3
b7E

CELL/OTD

0000007

~~SECRET~~

SECRET

# Preparation for Court Testimony



CELL/OTD

000014

b3
b7E
b5

CELLSITE-1672

SECRET

# Preparation for Court Testimony

b3
b7E

CELL/OTD

0000015

CELLSITE-1673

# Locating a Subject - WITT Mission

b7E



- ■ Requires active WITT [     ] participation
- ■ Requires legal authority, varies by mission specifics

CELL/OTD

000016

CELLSITE-1674



# Target Identification



CELL/OTD

(S)

000018

b1
b3
b7E

CELLSITE-1676



# Criminal Investigative Division Cellular Analysis and Survey Teams (CAST)

**Carrier Tower Data**



**Measured Tower Data**

CELL/OTD

000019

**FBI CID formed the Cellular Analysis and Survey Team (CAST) by CID late 2009.**

**The FBI used cell phone tracking to gather evidence which lead to a conviction for a rogue New York City cop. According to an article by Peter J. Sampson, The Record (Hackensack N.J.), the FBI used a computer mapping program and "call detail" logs obtained from Sprint Nextel to track the activities of Kelvin L. Jones, suspected of a $1 Million perfume heist. The FBI was able to track Jones' movement on the day of the Carlstadt robbery using cell phone records, which proved to be highly incriminating along with other evidence. Because of his experience and training as a police officer, Jones knew how to cover his tracks, even using a prepaid anonymous cell phone. However, because of the cell phone tracking evidence, Jones was convicted last month**

http://www.cellplaza.org/blog/2129/fbi-using-cell-phones-to-track-criminals/

<u>Use Case 1</u>:  Prove a subject was at the scene of a crime (historical)
      **\*\*Generate Evidence**
<u>Use Case 2</u>:  Provide pattern of life vs. historical known subject locations/POI
      **\*\*Locate subjects by purely investigative means and service provider data**

*Utilize Commercial (Non-Sensitive) Measurement Equipment and Commercial Mapping Software due to Exposure and used in Criminal Prosecutions.*

CELLSITE-1677



Unclassified//Law Enforcement Sensitive

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-24-2012 BY 65179 DMH/STW



# Investments

15 April 2011

Unclassified//Law Enforcement Sensitive

000046

CELL/OTD

CELLSITE-1687



DATE: 10-04-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-04-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE





# Welcome / Logistics

## June 23, 2009






# Opening Remarks
# Welcome



- Opening Remarks
  - Management Remarks
  - Logistics

- Welcome / Attendee Introduction
  - Participants (2009)
    - FBI Operational Technology Division
      - Tracking Technology Unit / Wireless Intercept and Tracking Team
      - OTD Liaison
      - OGC
    - FBI Field Offices
      -
      -
      - FBI Offices (56 Field Offices)
      - Violent Crimes (VCMO) - SSA
    - Vendors

000065

b7E

CELL/OTD

CELLSITE-1697






# Tracking Technology Unit



# Wireless Intercept and Tracking Team

# Introductions

## Engineers, Electronic Technician, Contractors

000066

CELL/OTD

CELLSITE-1698



SECRET



# Meeting Objectives



- Provide Information …
  - Research and Development of Technology
  - Procurement Status (Equipment)
  - Operational Support Issues
  - Policies and procedures

- Solicit Information
  - FEEDBACK! TTU/WITT needs to hear from you! 

- Sponsor the working relationship
  - Talk amongst yourselves




000067

CELLSITE-1699



SECRET



# Disclaimer





- Due to varying audience background and experience

  - "Some" material shall be presented again from the FY2008 conference with updated information

- Due to the nature of the presentations,

  - **Contact Tracking Technology Unit, Quantico, Va for authorization for duplication and release ability**

000068

CELL/OTD





# AGENDA

| TUESDAY JUNE 23rd, 2009 | | |
|---|---|---|
| **START – END** | **TOPIC** | **PRESENTER** |
| 9:00 – 9:15am | Welcome/Opening Remarks () (0:05)<br>Admin/Buses/Tax Exempt/Rental Cars () (0:10) | ASAC<br>BK |
| 9:15 – 09:30am | TTU / WITT Overview ( ) (0:15) | HB (0:15 Min) |
| 09:30 – 09:45 | Break | |
| 09:45 – 11:00 | Program Status (7) (:10)<br>(19) (:20)<br>Update (6) (:10)<br>(8) (:20)<br>R&D (10) (:15) | SN (1Hr 0:15 Min) |
| 11:00 – 11:30 | Update (:30) | RT (0:30 Min) |
| 11:30 – Noon | | WC (0:30 Min) |
| Noon – 13:00 | Lunch | |
| 13:00 – 14:00 | | Vendor (1Hr) |
| 14:00 – 14:15 | Break | |
| 14:15 – 15:15 | Updates | EJ (1 Hr) |
| 15:15 – 15:30 | Wrap Up / Questions (15:30 Depart) | TTU |

c3690c09

b3
b7E

CELL/SITE

CELLSITE-1701



# AGENDA



- **Day 2**

| WEDNESDAY JUNE 24TH, 2009 | | |
|---|---|---|
| **START – END** | **TOPIC** | **PRESENTER** |
| 9:00 – 11:00am | ⬜ (2:00) | Vendor (2:00 Hr) |
| 11:00 – 11:15am | Break | |
| 11:15 – Noon | ⬜ <br> Carrier Location Technologies <br> CALEA Issues (Roamers) <br> Calling System Overview | KT (0:45 Min) |
| Noon – 1:00pm | Lunch | |
| 13:00 – 14:00 | Legal / Policy / Guidelines | JK (1:00 Hr) |
| 14:00 – 14:15 | Questions | |
| 14:15 – 15:15 | Legal / Policy / Guidelines | JK (1:00 Hr) |
| 15:15 – 15:30 | Wrap Up / Questions (15:30 Depart) | |

000070

b3
b7E

CELL/OTD

CELLSITE-1702



# AGENDA



- Day 3

| THURSDAY JUNE 25TH, 2009 | | |
|---|---|---|
| START – END | TOPIC | PRESENTER |
| 09:00 – 09:45 | | CL (0:45 Min) |
| 09:45 – 10:15 | CID/VCMO Update | CC (0:30 Min) |
| 10:15 – 10:30 | Schools / 10 Steps | HB (0:15 Min) |
| 10:30 – 10:45 | TTU Requirements | BK (0:15 Min) |
| 10:45 – 11:00 | Recognition | BK (0:15 Min) |
| 11:00 – 12:00 | Wrap Up / Questions | (1:00 Hr) |
| 12:00 | Depart for Hotel | |

000071

b3
b7E

CELL/OTD

CELLSITE-1703

SECRET



# Questions





## Presentations available on TTU/WITT website

## Immediate Needs or Concerns??

## CONTACT INFORMATION

_____

_____

_____

_____

000072

CELL/OTD

CELLSITE-1704





~~SECRET~~/NOFORN

# Tracking Technology Unit Overview



## The Tracking Technology Unit provides…

| | |
|---|---|
| Research and Development | |
| Operational Support | 24x7 field support<br>• Technical Issues<br>• Deployment of Personnel<br>• Deployment of Equipment |
| Liaison | |
| Program Management | Budget Execution/Management<br>Operator Training Programs |

**In support of**

b7E

b3
b7E

CELL/OTD



~~SECRET~~

~~SECRET~~/NOFORN

b3
b7E

b3
b7E

000074

CELL/OTD

- On-going, forward looking studies to identify advances in

- Identify techniques, within in support of

- Vendor –

~~SECRET~~/NOFORN

CELLSITE-1706

~~SECRET~~




SECRET/NOFORN

# (FBI Funded - Background)



(S)

b1
b3
b7E

000075

CELL/OTD



~~SECRET~~/NOFORN



(S)

b1
b3
b7E

CELL/OTD

~~SECRET~~/NOFORN

CELLSITE-1708

SECRET/NOFORN

(S)

b1
b3
b7E

580077

CELL/OTD

CELLSITE-1709

~~SECRET~~

SECRET/NOFORN



| PROJECT IDENTIFICATION | PERFORMANCE SUMMARY |
|---|---|

(S)



b100078

b1
b3
b7E

CELL/OTD

SECRET/NOFORN

CELLSITE-1710



SECRET/NOFORN



| DEPENDENCIES & COLLABORATION | SCHEDULE |
|---|---|



(S)

000070

b1
b3
b7E

CELL/OTD

CELLSITE-1711

SECRET

~~SECRET~~

SECRET/NOFORN

## DELIVERABLES

(S)

b1
b3
b7E

CELLSITE-1712

SECRET/NOFORN

(Procurement)

(S)



000081

b1
b3
b7E

CELL/OTD

CELLSITE-1713

SECRET//NOFORN

(Procurement)

(S)



b1
b3
b7E

SECRET//NOFORN

CELLSITE-1714

000082

~~SECRET~~/NOFORN




**(Procurement)**

| PROJECT IDENTIFICATION | PERFORMANCE SUMMARY |
|---|---|



(S)

b3
b1
b3
b7E

CELL/OTD

~~SECRET~~/NOFORN

CELLSITE-1715



~~SECRET~~

~~SECRET~~/NOFORN



**(Procurement)**

| DEPENDENCIES & COLLABORATION | SCHEDULE |
|---|---|
| **Dependencies:** N/A<br><br>**Collaboration:** N/A | To commence when funding available. |

| CUSTOMERS & REQUIREMENTS | MISSION IMPACTS & SUCCESSES |
|---|---|
| **Customer/Users:** Substantive FBI investigations.<br><br><br><br>**Requirements:** | **Mission Impacts:**<br><br><br><br>**Success Stories:** |

b3
b7E

000084

CELLSITE-1716

~~SECRET~~




SECRET/NOFORN

**(Procurement)**

## DELIVERABLES

(S)

000085

b1
b3
b7E

CELL/OTD

SECRET/NOFORN

CELLSITE-1717



SECRET/NOFORN

(S)



b1
b3
b7E

000086

CELL/OTD

SECRET

SECRET/NOFORN



**PROJECT IDENTIFICATION**          **PERFORMANCE SUMMARY**

(S)

b1
b3
b7E

CELL/OTD

SECRET

SECRET/NOFORN



| DEPENDENCIES & COLLABORATION | SCHEDULE |
|---|---|
| **Dependencies:** N/A<br><br>**Collaboration:** N/A | Further contractor effort to commence as soon as funding released. |

b3
b7E

CELL/OTD

| CUSTOMERS & REQUIREMENTS | MISSION IMPACTS & SUCCESSES |
|---|---|
| **Customer/Users:** Substantive FBI investigations.<br><br><br>**Requirements:** | **Mission Impacts:**<br><br><br>**Success Stories:** |

SECRET/NOFORN

CELLSITE-1720

SECRET

SECRET/NOFORN



## DELIVERABLES

(S)



b▲00089
b1
b3
b7E

CELL/OTD

SECRET

SECRET/NOFORN

**(Procurement)**

(S)



b1
b3
b7E

CELL/OTD

~~SECRET~~

SECRET/NOFORN

**(Procurement)**



| PROJECT IDENTIFICATION | PERFORMANCE SUMMARY |
|---|---|

(S)



b1
b3
b7E

000091

CELL/OTD

CELLSITE-1723

SECRET

SECRET

SECRET/NOFORN



**(Procurement)**

| DEPENDENCIES & COLLABORATION | SCHEDULE |
|---|---|

(S)



b1
b3
b7E

000092

CELL/OTD

CELLSITE-1724



SECRET



SECRET/NOFORN



**(Procurement)**



**DELIVERABLES**

(S)

b1
b3
b7E

000093

CELL/OTD

CELLSITE-1725



~~SECRET~~/NOFORN

**(Procurement)**

(S)

b1
b3
b7E

000094

CELL/OTD

CELLSITE-1726

~~SECRET~~

SECRET/NOFORN




**(Procurement)**

| PROJECT IDENTIFICATION | PERFORMANCE SUMMARY |
| --- | --- |

(S)



b1
b3
b7E

CELL/OTD

CELLSITE-1727

SECRET/NOFORN




**(Procurement)**

| DEPENDENCIES & COLLABORATION | SCHEDULE |
|---|---|
| **Dependencies:**  N/A <br><br> **Collaboration:**  N/A | All procurements expected to be completed by Q2 2011 |

| CUSTOMERS & REQUIREMENTS | MISSION IMPACTS & SUCCESSES |
|---|---|
| **Customer/Users:** Substantive FBI investigations. <br><br> **Requirements:** | **Mission Impacts:**  Satisfies preparedness required for <br><br> **Success Stories:** |

b3
b7E

000096

CELL/OTD

SECRET/NOFORN

CELLSITE-1728






SECRET/NOFORN

**(Procurement)**

## DELIVERABLES

(S)

b197
b1
b3
b7E

CELL/OTD

CELLSITE-1729

SECRET

SECRET/NOFORN

**(Procurement)**



(S)

b1
b3
b7E

CELL/OTD

SECRET

SECRET/NOFORN



**(Procurement)**



| PROJECT IDENTIFICATION | PERFORMANCE SUMMARY |
|---|---|



(S)

b1
b3
b7E

CELL/OTD

SECRET/NOFORN

CELLSITE-1731

SECRET


~~SECRET~~/NOFORN



**(Procurement)**

| DEPENDENCIES & COLLABORATION | SCHEDULE |
|---|---|
| **Dependencies:**  N/A<br><br>**Collaboration:**  N/A | Estimate delivery completion Q1 2011. |

b3
b7E

000100

CELL/OTD

| CUSTOMERS & REQUIREMENTS | MISSION IMPACTS & SUCCESSES |
|---|---|
| **Customer/Users:** Substantive FBI investigations.<br><br><br>**Requirements:** | **Mission Impacts:**<br><br>**Success Stories:** |

~~SECRET~~/NOFORN

CELLSITE-1732

~~SECRET~~

~~SECRET~~/NOFORN

**(Procurement)**

## DELIVERABLES

(S)

000101

b1
b3
b7E

CELL/OTD

~~SECRET~~

CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, D, G)
DECLASSIFY ON: 10-04-2037

**(OTD) (FBI)**

(S)
From: _____ (OTD) (FBI)
Sent: Wednesday, March 31, 2010 11:46 AM
To: _____ (OTD) (FBI)
Subject: RE: (S//NF)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**SECRET//NOFORN**
**RECORD 268-HQ-1068430**

b1
b3
b6
b7C
b7E

(S) _____

(S)

(S)
From: _____ (OTD) (FBI)
Sent: Wednesday, March 31, 2010 9:16 AM
To: _____ (OTD) (FBI)
Subject: RE: (S//NF)

**SECRET//NOFORN**
**RECORD 268-HQ-1068430**

(S)

(S//NF) _____ can you get briefed on _____ then let me know.  I'm pretty jam packed with schedules until after april.  Then the conference hits.. :(

b1
b3
b6
b7C
b7E

(S)
From: _____ (OTD) (FBI)
Sent: Wednesday, March 31, 2010 9:10 AM
To: _____ (OTD) (FBI)
Subject: RE: (S//NF)

**SECRET//NOFORN**
**RECORD 268-HQ-1068430**

Thanks

(S)
From: _____ (OTD) (FBI)
Sent: Tuesday, March 30, 2010 1:08 PM
To: _____ (OTD) (FBI)
Subject: (S//NF)

**SECRET//NOFORN**
**RECORD 268-HQ-1068430**

b1
b3
b6
b7C
b7E

(S) _____

(S)

(S)

CELL/OTD

4

CELLSITE-1734

(S)

b1
b3
b6
b7C
b7E

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20350330
SECRET//NOFORN

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20350330
SECRET//NOFORN

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20350330
SECRET//NOFORN

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20350330
SECRET//NOFORN

SECRET

000105

5

CELLSITE-1735

[redacted] (OTD) (FBI)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-17-2012 BY 65179 DMH/STW

b6
b7C
b7E
b3

**From:** [redacted] (OTD) (FBI)
**Sent:** Thursday, February 18, 2010 10:45 AM
**To:**
**Cc:**
**Subject:** RE: [redacted] Meeting

**UNDERLINED: UNCLASSIFIED**
**NON-RECORD**

[redacted]

I would bring the [redacted] issues to [redacted] and his advisory board.

b6
b7C
b7E
b3

[redacted]

**From:** [redacted] (OTD) (FBI)
**Sent:** Wednesday, February 17, 2010 3:49 PM
**To:**
**Cc:**
**Subject:** RE: [redacted] Meeting

**UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E
b3

**From:** [redacted]
**Sent:** Wednesday, February 17, 2010 3:02 PM
**To:**
**Cc:**

b6
b7C
b7E
b3

CELL/OTD        24 000124        CELLSITE-1736

**Subject:** [ ] Meeting

**UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E

[ ]

Can you put on paper what you were explaining to me about the application for [ ] that [ ]

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD                    000125

CELLSITE-1737

~~SECRET~~

CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-04-2037

**(OTD) (FBI)**

**From:** _____ (OTD) (FBI)
**Sent:** Friday, January 29, 2010 8:08 AM
**To:** _____ (OTD) (FBI)
**Cc:**

b6
b7C

(U) **Subject:** (S//NF) Please Pass to _____

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET//NOFORN~~
~~RECORD 268-hq-1068430~~



(S)

b1
b3
b6
b7C
b7E

cell: _____

(U)  (S) P.S.  As a last request... could you get me _____ email address.  I would like to get on the path of emailing him

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFY ON: 20350129~~
~~SECRET//NOFORN~~

CELL/OTD                    000128

~~SECRET~~

28

CELLSITE-1738

CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, D)
DECLASSIFY ON: 09-24-2037

**(OTD) (FBI)**

b7E

From:                           (OTD) (FBI)
Sent:        Wednesday, January 27, 2010 10:30 AM
To:

(U)  Subject:                (S/NF) Upcoming Suppor

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

SECRET//NOFORN
RECORD 268-HQ-1068430

FYI -

(U)  (S/NF) The following is just for planning purposes and information not to be desseminatted.
------------------

b1
b3
b6
b7C
b7E

(S)

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20350127
SECRET//NOFORN

CELL/OTD            000132

SECRET

CELLSITE-1739

[____] - Can you fi[___]h.

Thanks,
[____]

b6
b7C
b7E

**From:** [_____] (OTD) (FBI)
**Sent:** Monday, January 11, 2010 9:46 AM
**To:**
**Subject:**

~~CONFIDENTIAL~~
~~RECORD 319-0~~

[____]

Got this from [_____] regarding some results from [_____] Do you have any idea what he's speaking of?

Thanks. [____]

b6
b7C
b7E

**From:** [_____] (FBI)
**Sent:** Wednesday, December 30, 2009 5:09 PM
**To:**
**Subject:**

~~CONFIDENTIAL~~
~~RECORD 319-0~~

(S)   [____] Sorry about that. I don't think [_____]

Does that help? If not let me know and I will get more info from [_____] or [_____] Thanks and Happy New Year.

[____]

Office
Blackberry

b1
b3
b6
b7C
b7E

**From:** [_____] (OTD) (FBI)
**Sent:** Thursday, December 31, 2009 3:21 AM
**To:**
**Subject:**

~~CONFIDENTIAL~~
~~RECORD 319-0~~

[____]

Great seeing you, and sorry for the delay in answering this. I'll confess...I'm not sure I remember what [_____] you were speaking of. There were quite a few issues brought up and I'm not recalling this specifically. Can you give me a name?

Thanks.. [____]

b6
b7C
b7E

CELL/OTD          000141

**From:** [_____] (FBI)
**Sent:** Friday, December 11, 2009 1:04 AM
**To:**
**Subject:**

~~SECRET~~   41

CELLSITE-1742

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:** _____ (OTD) (FBI)
**Sent:** Monday, October 05, 2009 5:33 PM
**To:**                                                                b6
                                                                       b7C
                                                                       b3
**Cc:**                                                                b7E
**Subject:** Issue found with _____

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

This is to advise/update everyone on the new _____

                                                                       b3
                                                                       b7E

**From:** _____ (OTD) (FBI)
**Sent:** Friday, October 02, 2009 4:49 PM
**To:**                                                                b3
                                                                       b6
**Subject:**                                                           b7C
                                                                       b7E
**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

_____ et al.

                                                                       b3
                                                                       b6
                                                                       b7C
                                                                       b7E

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD          000160

CELLSITE-1743

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD          000161

CELLSITE-1744

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/STW

(OTD) (FBI)

From: _____ (OTD) (FBI)
Sent: Friday, October 02, 2009 4:49 PM
To:
Subject:

b3
b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

_____ et al.

b3
b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD                    000162

CELLSITE-1745

CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-04-2037

**(OTD) (FBI)**

| | | b3 |
|---|---|---|
| **From:** | (OTD) (FBI) | b6 |
| **Sent:** | Wednesday, September 16, 2009 2:59 PM | b7C |
| **To:** | | b7E |
| **Cc:** | |
| **Subject:** | RE: Equipment |

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET//NOFORN~~
~~RECORD 268-hq-1068430~~

(S)

b1
b3
b6
b7C
b7E

| **From:** | (OTD) (FBI) |
|---|---|
| **Sent:** | Thursday, September 10, 2009 3:34 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | RE: Equipment |

~~SECRET//NOFORN~~
~~RECORD 268-hq-1068430~~

(S) I got a mental image of one of our guys with

Thanks for the laugh.  Good luck.

b1
b3
b6
b7C
b7E

| **From:** | (OTD) (FBI) |
|---|---|
| **Sent:** | Thursday, September 10, 2009 3:10 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | RE: Equipment |

~~SECRET//NOFORN~~
~~RECORD 268-hq-1068430~~

(S) called me up and asked I meet her at 10:30 at their offsite.  I'll be there on time.

b1
b3
b6
b7C
b7E

SECRET

(S)

b1
b3
b6
b7C
b7E

Thanks again, talk to you later.

| | |
|---|---|
| **From:** | (OTD) (FBI) |
| **Sent:** | Thursday, September 10, 2009 2:09 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | RE: Equipment |

SECRET//NOFORN
RECORD 268-hq-1068430

(S)

b1
b3
b6
b7C
b7E

Let me know if the meeting time is good as soon as possible.

| | |
|---|---|
| **From:** | (OTD) (FBI) |
| **Sent:** | Thursday, September 10, 2009 11:38 AM |
| **To:** | (OTD) (FBI) |
| **Subject:** | Equipment |

SECRET//NOFORN
RECORD 268-hq-1068430

(S)

b1
b3
b6
b7C
b7E

(S)

CELLSITE-1748

SECRET

(S)   •
      •

b1
b3
b6
b7C
b7E

(S)   Now that you just mentioned the

      •

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20340910
SECRET//NOFORN


DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20340910
SECRET//NOFORN


DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20340910
SECRET//NOFORN


DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20340910
SECRET//NOFORN


DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20340910
SECRET//NOFORN


CELL/OTD
SECRET

000168

CELLSITE-1749

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-17-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

| | | |
|---|---|---|
| **From:** | | (OTD) (FBI) | b3 |
| **Sent:** | Thursday, September 10, 2009 3:15 PM | b6 |
| **To:** | | b7C |
| **Cc:** | | |
| **Subject:** | RE: Problem | b7E |

**UNCLASSIFIED**
**NON-RECORD**

Single Issue...

**From:** (OTD) (FBI)
**Sent:** Thursday, September 10, 2009 3:01 PM
**To:**
**Cc:**
**Subject:** FW: Problem

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

See me. Do we have a problem with what has been sent out or is this a single issue

*Unit Chief*
*Tracking Technology Unit*
*Operational Technology Division*

**From:** (FBI)
**Sent:** Thursday, September 10, 2009 1:09 PM
**To:**
**Cc:**
**Subject:** Problem

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

CELL/OTD

CELLSITE-1750

b3
b7E

b3
b7E

b3
b7E

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD            000170

CELLSITE-1751

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-20-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:** _____ (OTD) (FBI)
**Sent:** Monday, January 19, 2009 1:38 PM
**To:**
**Cc:**
**Subject:** FW: New WITT Equipment Deployment

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E

I recalled having a conversation with _____ our supply tech, a while back and he did indicated at that time he did shipped to _____ I will consult with _____ and request him to look up the shipping form.

**From:** _____ (FBI)
**Sent:** Friday, January 09, 2009 2:49 PM
**To:**
**Cc:** _____ (FBI)
**Subject:** RE: New WITT Equipment Deployment

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Hi _____ Hope you had a good Cristmas and New Years.  Regarding your equipment email, I don't think we ever received any of the _____ so please don't wait for us to return them before sending out the _____ Also, we sent back _____ last summer that you were going to replace, and we never received the replacement.  TTU did send us some _____ but we never received a replacement for _____ Any chance you could send us one?  Thanks.

b6
b7C
b7E

**From:** _____ (OTD) (FBI)
**Sent:** Tuesday, December 16, 2008 2:10 PM
**To:**

b6
b7C
b7E

**Cc:**
**Subject:** New WITT Equipment Deployment

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

*CELL/OTD*              *000232*

133

CELLSITE-1754

ERF shall be deploying the following additional equipment to your ⬚ field office in a continuing effort to provide ⬚

b3
b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD                    000233

CELLSITE-1755

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-20-2012 BY 65179 DMH/STW

_____ (OTD) (FBI)

**From:** _____ (OTD) (FBI)    b6
**Sent:** Wednesday, December 31, 2008 10:17 AM    b7C
**To:**    b7E
**Cc:**
**Subject:**

UNCLASSIFIED
NON-RECORD

I think its great they are getting the word out.  Although they should mention something that goes to the fact that we really
need_____

_____

**From:** _____ (OTD) (FBI)    b6
**Sent:** Monday, December 29, 2008 8:19 AM    b7C
**To:**    b7E
**Cc:**
**Subject:**

UNCLASSIFIED
NON-RECORD

_____

I don't really agree with what they are doing.  This is the first time I have heard that they need our_____

_____

    b6
    b7C
We can demo a_____exercise but we should not allow them to_____    b7E

Your thoughts?

_____

**From:** _____ (OTD) (FBI)    b6
**Sent:** Monday, December 29, 2008 6:59 AM    b7C
**To:**    b7E
**Subject:**

UNCLASSIFIED
NON-RECORD

_____are we on the schedule to assist in this___training?    b6
    b7C
SSA_____.    b7E
Unit Chief
Tracking Technology Unit
Operational Technology Division
_____

CELL/OTD

000236

**From:** _____ (FBI)

137

CELLSITE-1756

**Sent:** Wednesday, December 24, 2008 11:24 AM
**To:**
**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E

For your info.

**From:** _____(FBI)
**Sent:** Monday, December 15, 2008 9:31 AM
**To:**
**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

I agree

**From:** _____(FBI)
**Sent:** Monday, December 15, 2008 7:40 AM
**To:**
**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

We should not give up our[_____]This is not a[_____]We need to remain
operational.

b6
b7C
b7E

**From:** _____(FBI)
**Sent:** Friday, December 12, 2008 4:29 PM
**To:**
**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

FYI?

**From:** _____(FBI)
**Sent:** Friday, December 12, 2008 4:22 PM
**To:**
**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E

To support this training

b6
b7C
b7E

An EC should be coming out at some point but I wanted you guys to have a heads up.

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD

000238

CELLSITE-1758

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-20-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

| | | |
|---|---|---|
| **From:** | (OTD) (FBI) | b6 |
| **Sent:** | Tuesday, December 16, 2008 3:28 PM | b7C |
| **To:** | | b7E |
| **Subject:** | Training Schedule | |

**UNCLASSIFIED**
**NON-RECORD**

is proposing the following dates for          training:

b3
b6
b7C
b7E

The second class will be                              The third class will be

We will work on sending out invites and making necessary arrangements before year-end to ensure availability and commitments.

**UNCLASSIFIED**

CELL/OTD          000241

CELLSITE-1759

**To:**

**Cc:**

b6
b7C
b7E

**Subject:**       Important WITT Technical Bulletin

<u>SENSITIVE BUT UNCLASSIFIED</u>
<u>NON-RECORD</u>

b3
b7E

<u>SENSITIVE BUT UNCLASSIFIED</u>

CELL/OTD       000263

CELLSITE-1763

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-14-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

| From: | _____ (OTD) (CON) | b6 |
| Sent: | Thursday, March 20, 2008 2:24 PM | b7C |
| To: | | b7E |
| Cc: | | |
| Subject: | Invitation to attend an advanced WITT training class at ERF | |

**UNCLASSIFIED**
**NON-RECORD**

Hi Folks,
Our group is putting together a training class next month, travel days Sunday, April 6 and Friday, April 11. Topics will include _____ Good Stuff!! I know everybody is busy and that some are just coming off the road and that coming to Quantico isn't tops for a training venue, but we would love to show you _____ Please RSVP to me as soon as you can. It would be best to let me know by my cell number after this Friday, as I will be out of the office most of next week. Thanks. _____

b6
b7C
b3
b7E

_____
Retired FBI SSA, 1984-2006
Tracking Technology Unit
Federal Bureau of Investigation
_____ - Office
_____ - Cell

**UNCLASSIFIED**

CELL/OTD          000272

CELLSITE-1764

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-14-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:**                               OTD) (FBI)
**Sent:**           Tuesday, November 06, 2007 11:38 AM
**To:**

b6
b7C
b7E

To:

b6
b7C
b7E

**To:**

b6
b7C
b7E

**Cc:** [                    ](OTD) (FBI)
**Subject:** Delegation of Authority and guidelines for use of WITT Equipment

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Greetings,

In addition to the EC I forwarded to you yesterday, attached is a EC (with guidelines) delgating authority for use of WITT to UC level.

CELL/OTD                      000277                      CELLSITE-1767

Previously a SC had to approve.

The guidelines establish the authority levels for various scenarios.  This is as important if not more so that the delegation to the UC level instead of SC level.



wittdeligationofauth
ority.wpd

Please forward to users and management as you deem appropriate.

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD                    000278

CELLSITE-1768

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-24-2012 BY 65179 DMH/STW

Standard Operating Procedure  (SOP)  for Case  Squads  requesting
Cell Phone Tracking assistance, including tracking under
*"**Exigent  Circumstances**"*



b5
b6
b7C
b7E

CELL/OTD                              000347

CELLSITE-1812

Official Use Only

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-24-2012 BY 65179 DMH/STW

# Introduction to Tracking Equipment

**June 25, 2003**

b6
b7C
b7E

CELL/OTD

0003365



Official Use Only

# WITT Equipment Overview



b7E

b3
b7E

000366

CELLSITE-1820



icial Use Only

**nent, Technology and Carriers**

b3
b7E

000367

CELL/OTD

CELLSITE-1821



Official Use Only

# Equipment Terminology

b3
b7E

000368

CELL/OTD



Official Use Only

# Scenario and Function Flow

**Equipment Functions are designed to address Mission Needs**

000369

b3
b7E

CELL/OTD

CELLSITE-1823



# ...ual Equipment  Presentations

- LoggerHead

- StingRay

b3
b7E

CELL/OTD



Official Use Only

b3
b7E

CELL/OTD

000371

ficial Use Only

ggerhead

000372

b3
b7E

CELL/OTD

Official Use Only

**Loggerhead**

b3
b7E

000374

CELL/OTD

CELLSITE-1828



Official Use Only

witt gerhead

b3
b7E

000375

CELL/OTD

CELLSITE-1829



Official Use Only

Loggerhead



b3
b7E

000376

CELL/OTD

CELLSITE-1830



# StingRay

000386

CELL/0TD

b3
b7E



StingRay

 official Use Only

b3
b7E

000388

CELL/OTD

ITE-1842



000389

b3
b7E

CELL/OTD

CELLSITE-1843



Official Use Only

Stingray

b3
b7E

000390

CELL/OTD

CELLSITE-1844

ifficial Use Only

**StingRay**

b3
b7E

000391

CELL/OTD

CELLSITE-1845





Official Use Only

# Equipment Summary

Equipment

LoggerHead

Stingray



000393

b3
b7E

CELL/OTD

CELLSITE-1847



ificial Use Only

# Other WITT Developments

000394

b3
b7E

CELL/OTD

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-18-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:**
**Sent:** Monday, November 21, 2005 3:43 PM
**To:**

b6
b7C
b7E

**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

Unless SSA [        ] emands that we go out, because he can call the ASAC and demand that we go the next time a 5' 3" lady armed with a cell phone robs a bank.

b3
b6
b7C
b7E

-----Original Message-----
**From:**
**Sent:** Monday, November 21, 2005 1:56 PM
**To:**

**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

FYI. No more [    ] cases since the [        ] does not work.   Well, it never really worked anyway.

b3
b7E

*CELL/OTD*                          000443                          CELLSITE-1892

b3
b6
b7C
b7E

*SSA*
*PROGRAM MNGR. WITT*
*OTD         DIVISION 18*
*office*

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

(Rev. 01-31-2003)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-18-2012 BY 65179 DMH/STW

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                **Date:** 05/28/2004

**To:** Finance              **Attn:**

Building L (Enc)

Building L (Enc)

**From:** Investigative Technology
OT-ERF
    **Contact:** EE

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM (WITT)

**Synopsis:** To request the Engineering Contracts Unit (ECU) to approve funding for continuing development on

**Enclosure(s):** Task O-002 Statement of Work, FD-369 ?????? in the amount of          copy of  Non-IT Waiver EC, Acquisition Plan.

**Details:**  The WITT has driven the development and implementation

b6
b7C
b7E

b3
b7E

Harris_FY04_Procurement.wpd

CELL/OTD          000450

To:   Finance   From:   Investigative Technology
Re:   268-HQ-1068430, 05/28/2004


**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>FINANCE</u>

        <u>AT WASHINGTON, DC</u>

        The Engineering Contracts Unit is requested to approve
funding in the amount of [          ] for the purchase of engineering
services from Harris Corporation to support Task Q-002
developments.
Funding for this procurement is available from Budget Item [      ]
Subobject Classification [          ]

**CC:**

b3
b6
b7C
b7E

♦♦

CELL/OTD            000451

Harris_FY04_Procurement.wpd

CELLSITE-1895

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-21-2012 BY 65179 DMH/STW

# ACQUISITION PLAN

# FEDERAL BUREAU OF INVESTIGATION

1. Unit/Section/Division: _____

2. Description of Requirement: _____
   _____  b7E

3. Estimated Cost: _____  4. Term of Contract: _____

5. Distribution of Dollars: FY- <u>03</u> _____  6. Subobject Class/Budget Item: _____
   FY- _____    FY- _____         Product or Service Code: <u>n/a</u> _____
   FY- _____    FY- _____

7. Market Research (state how performed & attach): <u>Market survey conducted via internet research and contact/communication with multiple vendors</u>

   Commercial Item: ☒ Yes  ☐ No       Competitive: ☐ Yes  ☒ No
   If no to one or more above, explain: <u>Reference Attached EC for Sole Source Justification</u>

8. Sources Considered:  ☐ FBI Personnel          ☐ Other Government Personnel   ☐ Required Sources (FAR Part 8)
                        ☐ 100% Small Bus.        ☐ 8a Set aside                 ☐ Disadvantaged (FAR Part 8)
                        ☐ Hubzone                ☐ Women-owned                  ☒ Other Federal Contracts
                        ☐ A-76

9. If Information Technology:  ☐ IRM Review      ☐ AIS Approval

10. Type of Procurement:  ☒ Brand Name Only     ☐ Commercial Item      ☐ Functional Specifications
                          ☐ Brand Name or Equal ☐ Compatibility        ☐ Performance-Based Service Contract

11. Contract Type:  ☐ BOA                          ☐ IDIQ Contract              ☐ Reimbursable Agreement
                    ☐ Cost-Reimbursement           ☐ (IFB)                      ☐ RFP
                    ☒ Firm-Fixed Price             ☐ Incentive                  ☐ RFQ
                    ☐ Firm-Fixed Price w/Economic Adj.  ☐ Letter Contract (DOJ Approval)  ☐ Time and Material

12. Lease vs Purchase (if lease, analysis attached): No    13. Environmentally Preferable Item: ☐ Yes  ☒ No

14. Inherently Government Function (justified): ☐ Yes  ☒ No

15. Lead Time Required: _____  To be filled in by Contracting Officer.

Approval: _____
          Technical Staff Member/(date)                        Budget Staff Member/(date)

          _____
          Legal Review (If applicable)/(date)                  Contracting Officer or CCO/(date)

          CELL/OTD                    000452               CELLSITE-1896

(Rev. 01-31-2003)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-18-2012 BY 65179 DMH/STW

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 04/12/2004

**To:** Finance                    **Attn:**

Building L (Enc)

Building L (Enc)

(Enc)                b6
Enc)                b7C
Enc)                b3
                    b7E

Criminal Investigative

**From:** Investigative Technology
                                                QT-ERF
    **Contact:** EE

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430                    b6
                                                b7C
**Title:** WIRELESS INTERCEPT AND TRACKING TEAM (WITT)      b3
                                                b7E
**Synopsis:** To request procurement of Stingray

**Enclosure(s):** FD-369, 0155172 in the amount of
Non-IT Waiver, Acquisition Plan and vendor price quotes

**Details:** The WITT has driven the development and implementation      b3
                                                b7E

Harris_FY04_Procurement.wpd

CELL/OTD              000459              CELLSITE-1897

To:  Finance  From:  Investigative Technology
Re:  268-HQ-1068430, 04/12/2004

b3
b7E

b3
b7E

2                    Harris_FY04_Procurement.wpd

To:   Finance   From:   Investigative Technology
Re:   268-HQ-1068430, 04/12/2004

**Sole Source Justification**

_____ is to procure additional       b3
systems of _____                         The   b7E
following seven reasons explain why:

1.

2.

3.

4.

5.

6.

7.

                                                                          b3
                                                                          b7E

     All of these reasons support the claim that it is in
the FBI's best interest to acquire additional systems of _____
_____         Therefore, a sole-source
procurement action to obtain _____

To:  Finance  From:  Investigative Technology
Re:  268-HQ-1068430, 04/12/2004

is requested.  These items are available on GSA
Contract           Funding for this procurement is available
from Budget Item      Subobject Classifications

b3
b7E

b3
b7E

**Sole Source Justification**

Their market analysis
consisted of Internet-based research and direct telephone contact
with sales and technical representatives of multiple companies.
Some of these companies

Therefore,     recommends procurement action to purchase

A sole-source procurement action to obtain

b3
b7E

4                    Harris_FY04_Procurement.wpd

CELL/OTD

To:  Finance  From:  Investigative Technology
Re:  268-HQ-1068430, 04/12/2004

is requested.  These items are available on GSA
Contract                  Funding for this procurement is available
from Budget Item        Subobject Classifications

b3
b7E

b3
b7E

**SOLE SOURCE JUSTIFICATION**
        Purchasing
directly from the manufacturer is the only viable solution as it
would allow

b3
b7E

5

Harris_FY04_Procurement.wpd

CELLSITE-1901

To:  Finance   From:  Investigative Technology
Re:  268-HQ-1068430, 04/12/2004

CONTINUATION OF EXISTING MAINTENANCE/SERVICE AGREEMENTS (MSA)
              The WITT has a continuing requirement for
manufacturer-provided maintenance/service support for

b3
b7E

b3
b7E

SOLE SOURCE JUSTIFICATION

b3
b7E

Therefore, a sole-source
procurement action to purchase the requested MSA is requested.

6                         Harris_FY04_Procurement.wpd

CELL/OTD                                          CELLSITE-1902

To:   Finance   From:   Investigative Technology
Re:   268-HQ-1068430, 04/12/2004


Funding for this procurement is available from Budget Item [          ]     b7E
Subobject Classification [          ]

7                    Harris_FY04_Procurement.wpd

To:   Finance   From:   Investigative Technology
Re:   268-HQ-1068430, 04/12/2004


**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>FINANCE</u>

       <u>AT WASHINGTON, DC</u>

       The Engineering Contracts Unit is requested to procure

                                                                 b3
                                                                 b7E

**Set Lead 2:   (Action)**

       <u>AT WASHINGTON, DC</u>

                                                                   b3
                                                                  b7E

**Set Lead 3:   (Info)**

    <u>CRIMINAL INVESTIGATIVE</u>

       <u>AT WASHINGTON, DC</u>

       For information only.

CC:                QT-ERF
                QT-ERF (Enc)
                QT-ERF (Enc)            b6
                QT-ERF (Enc)            b7C
                QT-ERF (Enc)

♦♦

8

Harris_FY04_Procurement.wpd

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-21-2012 BY 65179 DMH/STW

## JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION
## IN ACCORDANCE WITH TITLE 41, U.S.C. 253 (c)(6)

**(1)   AGENCY AND THE CONTRACTING ACTIVITY & IDENTIFICATION OF DOCUMENT:**

In a response to a requirement from the Wireless Intercept and Tracking Team (WITT), [              ] Investigative Technology Division (ITD),  Federal Bureau of Investigation (FBI), the Engineering Contracts Unit (ECU) has prepared this Justification for other than full and open competition for the renewal of a Maintenance and Service Agreement (MSA) with

b3
b7E

**(2)  NATURE AND/OR DESCRIPTION OF ACTION BEING APPROVED:**

The WITT has a requirement for the renewal of a Maintenance and Service Agreement (MSA) for the acquisition of

b3
b7E

**(3) DESCRIPTION OF SUPPLIES AND SERVICES (INCLUDING THE ESTIMATED VALUE):**

The WITT has a continuing requirement for manufacturer provided maintenance and service, to

b3
b7E

**(4)  STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AN OPEN COMPETITION:**

This contract action is authorized by 41 U.S.C. 253(c)(6), as set forth in the Federal Acquisition Regulation (FAR) 6.302-6. – don't think this one is right!!!!!!!!!!!

????? not sure if this is right…..should it be 6.302-1(2), (ii),(i),(2) Only One Responsible Source and No Other Supplies or Services Will Satisfy Agency Requirements???

  This acquisition is in accordance with the authority FAR 6.302 as only one responsible source, i.e. Harris Corporation, can support th[                              ]

b3
b7E

(2) When the supplies or services required by the agency are available from only one responsible source, or, for DoD, NASA and the Coast Guard, from only one or a limited number of responsible sources, and no other types of supplies or services will satisfy agency requirements, full and open competition need not be provided for;

(ii) Supplies may be deemed to be available only from the original source in the case of a follow-on contract for the continued development or production of a major system or highly specialized equipment, including major components thereof, when it is likely that the award to any other source would result in – (A) substantial duplication of cost to the Government that is not expected to be recovered through competition.

(i)     unique supplies or services available from only one source or only one supplier with unique capabilities;

(2) The existence of limited rights in data, patent rights, copyrights, or secret processes;

**(5) DEMONSTRATION THAT THE NATURE OF THE ACQUISITION JUSTIFIES THE USE OF THE AUTHORITY CITED.**

       ???  this section dealt with non-advertising….not sure what you want here  :o(

**(6)     EFFORTS MADE TO ENSURE OFFERS ARE SOLICITED FROM AS MANY POTENTIAL SOURCES AS PRACTICABLE,  INCLUDING COMPLIANCE WITH SUBPART 5.2 AND, IF NOT WHICH EXCEPTION UNDER 5.202 APPLIES:**

    This procurement was advertised in the FEDBIZOPS…..Not sure what you want in here?

**(7)  DETERMINATION THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE:**

000468                                    CELLSITE-1908

A cost analysis will be performed as part of the evaluation process which will ensure that the government will pay a fair and reasonable price for the maintenance, services and upgrades.

**(8)      MARKET SURVEY**

WITT has determined that based on the existing need of the FBI it is in the best interest of the FBI to limit competition to the                                                    acknowledges that other vendors may possess comparable levels of general                               similar to that required to perform the necessary maintenance, services and upgrades required as part of this procurement.  However,

b3
b7E

WITT conducts ongoing, extensive market research by speaking with employees in telecommunication roles from other law enforcement and intelligence agencies, and by attending technical meetings and conferences in an attempt to gather facts regarding maintenance, service and upgrade the systems and equipment.  Based on the above it has been determined that                          is the only viable source capable of meeting the minimum requirements of this acquisition.

**(9)      ANY OTHER FACTORS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION:**

The                                                       requiring support under the continuation of the requested Maintenance and Service Agreement (MSA) are vital components in the FBI's

b7E

**(10)     LISTING OF SOURCES, IF ANY, THAT EXPRESSED, IN WRITING, AN INTEREST IN THE ACQUISITION:**

This requirement was advertised in the FedBizOps as required by Part 5 of the Federal Acquisition Regulation (FAR) and received no sources expressed interest......

**(11)    A STATEMENT OF ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED:**

b7E

The [                                    ] will continue to monitor the market, the telecommunications community and industry, both public and private, as well as other government agencies, both intelligence and law enforcement, in an effort to determine if any other vendors possess the technical capabilities required to provide maintenance and service [                                    ]

As the Contracting Officer's Technical Representative, (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is accurate and complete.

_____                    _____
                                           Date

COTR
Investigative Technology Division

As the Contract Officer of record, I hereby certify that to the best of my knowledge and belief, all information contained in this justification is accurate and complete.

[          ]                               _____
Contract Specialist                        Date
Engineering Contracts Unit

                                  b6
                                  b7C

Reviewed By:

[          ]                               _____
Unit Chief                                 Date.
Engineering Contracts Unit

Reviewed By:

[          ]                               _____
Office of the Chief Contracting Officer    Date

Reviewed By:

_____                    _____
Office of General Counsel    b6            Date
                             b7C
Approved By:

[          ]                               _____
Competition Advocate                       Date

CELL/OTD                      000470                      CELLSITE-1910

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-21-2012 BY 65179 DMH/STW

## JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION
## IN ACCORDANCE WITH TITLE 41, U.S.C. 253 (c)(6)

**(1)  AGENCY AND THE CONTRACTING ACTIVITY & IDENTIFICATION OF DOCUMENT:**

In a response to a requirement from the Wireless Intercept and Tracking Team (WITT),             Investigative Technology Division (ITD),  Federal Bureau of Investigation (FBI), the Engineering Contracts Unit (ECU) has prepared this Justification for other than full and open competition for the renewal of a Maintenance and Service Agreement (MSA)

b3
b7E

**(2)  NATURE AND/OR DESCRIPTION OF ACTION BEING APPROVED:**

The WITT has a requirement for the renewal of a Maintenance and Service Agreement (MSA) for the acquisition of

b3
b7D

**(3) DESCRIPTION OF SUPPLIES AND SERVICES (INCLUDING THE ESTIMATED VALUE):**

The WITT has a continuing requirement for manufacturer provided maintenance and service, to include

b3
b7E

**(4)  STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AN OPEN COMPETITION:**

This contract action is authorized by 41 U.S.C. 253(c)(6), as set forth in the Federal Acquisition Regulation (FAR) 6.302-6. – don't think this one is right!!!!!!!!!!!

????? not sure if this is right…..should it be 6.302-1(2), (ii),(i),(2) Only One Responsible Source and No Other Supplies or Services Will Satisfy Agency Requirements???

   This acquisition is in accordance with the authority FAR 6.302 as only one responsible source, i.e. Harris Corporation, can support the

b3
b7E

(2) When the supplies or services required by the agency are available from only one responsible source, or, for DoD, NASA and the Coast Guard, from only one or a limited number of responsible sources, and no other types of supplies or services will satisfy agency requirements, full and open competition need not be provided for;

(ii) Supplies may be deemed to be available only from the original source in the case of a follow-on contract for the continued development or production of a major system or highly specialized equipment, including major components thereof, when it is likely that the award to any other source would result in – (A) substantial duplication of cost to the Government that is not expected to be recovered through competition.

   (i)       unique supplies or services available from only one source or only one supplier with unique capabilities;

(2) The existence of limited rights in data, patent rights, copyrights, or secret processes;

**(5) DEMONSTRATION THAT THE NATURE OF THE ACQUISITION JUSTIFIES THE USE OF THE AUTHORITY CITED.**

   ???  this section dealt with non-advertising….not sure what you want here  :o(

**(6)      EFFORTS MADE TO ENSURE OFFERS ARE SOLICITED FROM AS MANY POTENTIAL SOURCES AS PRACTICABLE,  INCLUDING COMPLIANCE WITH SUBPART 5.2 AND, IF NOT WHICH EXCEPTION UNDER 5.202 APPLIES:**

   This procurement was advertised in the FEDBIZOPS…..Not sure what you want in here?

**(7)  DETERMINATION THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE:**

   A cost analysis will be performed as part of the evaluation process which will ensure that the government will pay a fair and reasonable price for the maintenance, services and upgrades.

CELLSITE-1912

**(8)     MARKET SURVEY**

WITT has determined that based on the existing need of the FBI it is in the best interest of the FBI to limit competition to the ⬚⬚⬚⬚⬚⬚ acknowledges that other vendors may possess comparable levels of general ⬚⬚⬚⬚⬚⬚ similar to that required to perform the necessary maintenance, services and upgrades required as part of this procurement. However, ⬚⬚⬚⬚⬚⬚

b3
b7E

WITT conducts ongoing, extensive market research by speaking with employees in telecommunication roles from other law enforcement and intelligence agencies, and by attending technical meetings and conferences in an attempt to gather facts regarding maintenance, service and upgrade the systems and equipment. Based on the above it has been determined that ⬚⬚⬚⬚⬚⬚ is the only viable source capable of meeting the minimum requirements of this acquisition.

**(9)     ANY OTHER FACTORS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION:**

The ⬚⬚⬚⬚⬚⬚ requiring support under the continuation of the requested Maintenance and Service Agreement (MSA) are vital components in the FBI's ⬚⬚⬚⬚⬚⬚

b7E

**(10)    LISTING OF SOURCES, IF ANY, THAT EXPRESSED, IN WRITING, AN INTEREST IN THE ACQUISITION:**

This requirement was advertised in the FedBizOps as required by Part 5 of the Federal Acquisition Regulation (FAR) and received no sources expressed interest......

**(11)    A STATEMENT OF ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT**

CELLSITE-1913

**ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED:**

b7E

[REDACTED] will continue to monitor the market, the telecommunications community and industry, both public and private, as well as other government agencies, both intelligence and law enforcement, in an effort to determine if any other vendors possess the technical capabilities required to provide maintenance and service [REDACTED]

As the Contracting Officer's Technical Representative, (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is accurate and complete.

_____          _____
                                 Date

COTR
Investigative Technology Division

As the Contract Officer of record, I hereby certify that to the best of my knowledge and belief, all information contained in this justification is accurate and complete.

_____          _____
                                 Date

Contract Specialist
Engineering Contracts Unit

b6
b7C

Reviewed By:

_____          _____
Unit Chief                       Date.
Engineering Contracts Unit

Reviewed By:

_____          _____
Office of the Chief Contracting Officer    Date

Reviewed By:

_____          _____
Office of General Counsel        Date

Approved By:

_____          _____
Competition Advocate             Date

b6
b7C

# ACQUISITION PLAN

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-21-2012 BY 65179 DMH/STW

## FEDERAL BUREAU OF INVESTIGATION

1. Unit/Section/Division: _____/ITD                                          b7E

2. Description of Requirement: To request procurement of

3. Estimated Cost: _____   4. Term of Contract: _____

5. Distribution of Dollars: FY- 04 _____   6. Subobject Class/Budget Item:
   FY- _____   FY- _____         Product or Service Code: n/a

7. Market Research (state how performed & attach): Market survey conducted via internet research and contact/communication with multiple vendors

Commercial Item: ☒ Yes ☐ No      Competitive: ☐ Yes ☒ No
If no to one or more above, explain: Reference Attached EC for Sole Source Justifications

8. Sources Considered: ☐ FBI Personnel      ☐ Other Government Personnel      ☐ Required Sources (FAR Part 8)
   ☐ 100% Small Bus.   ☐ 8a Set aside          ☐ Disadvantaged (FAR Part 8)
   ☐ Hubzone           ☐ Women-owned           ☒ Other Federal Contracts
   ☐ A-76

9. If Information Technology: ☐ IRM Review      ☐ AIS Approval

10. Type of Procurement: ☒ Brand Name Only   ☐ Commercial Item     ☐ Functional Specifications
    ☐ Brand Name or Equal   ☐ Compatibility      ☐ Performance-Based Service Contract

11. Contract Type: ☐ BOA               ☐ IDIQ Contract      ☐ Reimbursable Agreement
    ☐ Cost-Reimbursement   ☐ (IFB)              ☐ RFP
    ☒ Firm-Fixed Price     ☐ Incentive          ☐ RFQ
    ☐ Firm-Fixed Price w/Economic Adj.   ☐ Letter Contract (DOJ Approval)   ☐ Time and Material

12. Lease vs Purchase (if lease, analysis attached): No   13. Environmentally Preferable Item: ☐ Yes ☒ No

14. Inherently Government Function (justified): ☐ Yes ☒ No

15. Lead Time Required: _____ To be filled in by Contracting Officer.

Approval: _____
Technical Staff Member/(date)                    Budget Staff Member/(date)

Legal Review (If applicable)/(date)              Contracting Officer or CCO/(date)

CELLSITE-1915

CELL/OTD        000475

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-20-2012 BY 65179 DMH/STW

??????
**REQ. #**

7/3/2004
**DATE**

ORDERING OFFICE/COST CODE          /          APPROVED BY

Page___1___ OF____2_____

JULIAN DATE

b6
b7C

Supply Technician:
Program Manger:
Funding Approved:
COTR:
Room# & Ext:          ERF-QT   Ext

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order#

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 1 | | | Engineering Services | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | Recommend by: Unit Chief | | | | | | |
| | | | Requested by/Deliver to: Federal Bureau of Investigation | | | | | | |
| | | | ERF Building 27958A, Quantico, VA 22135 | | | | | Total | |
| | | | Attn: | | | | | | |

b3
b7E

SPECIAL INSTRUCTION:
Ship to Code:                    ERF
Delivery Restrictions:    M-F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITE

See attached EC

# ACQUISITION PLAN

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-20-2012 BY 65179 DMH/STW

## FEDERAL BUREAU OF INVESTIGATION

b7E

1. Unit/Section/Division: [                    ]/ITD

2. Description of Requirement: To request procurement of [                    ]

3. Estimated Cost: (Req??????) [          ]   4. Term of Contract: _____

5. Distribution of Dollars: FY- 04 [        ]     6. Subobject Class/Budget Item: [          ]   b7E
   FY- 05 [        ] FY- 06 [        ]        Product or Service Code: n/a
   FY- 07 [        ] FY- 08 [        ]

7. Market Research (state how performed & attach): Reference Attached EC for Sole Source Justification

   Commercial Item: [X] Yes [ ] No       Competitive: [ ] Yes [X] No
   If no to one or more above, explain: Reference Attached EC for Sole Source Justification

8. Sources Considered:  [ ] FBI Personnel          [ ] Other Government Personnel     [ ] Required Sources (FAR Part 8)
                        [ ] 100% Small Bus.        [ ] 8a Set aside                  [ ] Disadvantaged (FAR Part 8)
                        [ ] Hubzone                [ ] Women-owned                   [X] Other Federal Contracts
                        [ ] A-76

9. If Information Technology:  [ ] IRM Review      [ ] AIS Approval

10. Type of Procurement: [X] Brand Name Only      [ ] Commercial Item        [ ] Functional Specifications
                         [ ] Brand Name or Equal  [X] Compatibility          [ ] Performance-Based Service Contract

11. Contract Type: [ ] BOA                        [ ] IDIQ Contract          [ ] Reimbursable Agreement
                   [ ] Cost-Reimbursement         [ ] (IFB)                  [ ] RFP
                   [X] Firm-Fixed Price           [ ] Incentive              [ ] RFQ
                   [ ] Firm-Fixed Price w/Economic Adj.  [ ] Letter Contract (DOJ Approval)  [ ] Time and Material

12. Lease vs Purchase (if lease, analysis attached): No     13. Environmentally Preferable Item: [ ] Yes [X] No

14. Inherently Government Function (justified): [ ] Yes [X] No

15. Lead Time Required: _____   To be filled in by Contracting Officer.

Approval: _____

　　　　Technical Staff Member/(date)　　　　　　　　　Budget Staff Member/(date)

_____

　　　　Legal Review (If applicable)/(date)　　　　　　　Contracting Officer or CCO/(date)

CELLSITE-1924

CELL/OTD          000497

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-20-2012 BY 65179 DMH/STW

STATEMENT OF WORK

**1 INTRODUCTION**

b7E

**2 OBJECTIVE**

This Statement of Work defines the Engineering Services required to support the customer's mission. The goal of this Engineering Services Contract (ESC) is to have an established contract vehicle for the development of _____ systems. Developments will involve _____

if necessary.

**3 TASK DESCRIPTION**

After the award of the contract, the customer will provide task assignments in writing to the contractor. The contractor will submit, in writing, a best estimate for the technical approach, cost, and amount of time needed to perform the task as well as a description of the task milestones and deliverables. Written approval from the customer's Contracting Officer (CO) will be required before the contractor will be authorized to proceed with the task order. The price quote for each task order shall include all items to be procured by the contractor for use in the task assignment.

**4 SCOPE**

The contractor shall, on a task assignment basis, provide the following:

- 
- 
- 
- 
- 

b7E

CELL/OTD                         000498

CELLSITE-1925

**5** REQUIREMENTS

Once a contract is established, the following events will occur on a task assignment basis:

- Task Assignment:  The customer (i.e. Contracting Officer/CO) will provide a task assignment in writing to the contractor.  The contractor will submit, in writing, a best estimate for the technical approach, cost, and amount of time needed to perform the task as well as a description of the task milestones and deliverables. Written approval from the CO will be required before the contractor will be authorized to proceed with the task order.  The price quote for each task order shall include all items to be procured by the contractor for use in the task assignment.

- Technical Review Meetings:  The contractor shall conduct technical review meeting(s) (conference call/briefings) to give the customer a technical description of the proposed effort.  Meeting(s) will also be conducted to provide the customer with an on going status of the task effort.  Meeting schedules and locations will be determined at a later date.

- Acceptance Testing:  Once a demonstration device is constructed for a task, the contractor shall conduct an Acceptance Test to demonstrate compliance with technical requirements.  The customer, or customer representative, shall participate and witness the Acceptance Test.  Within thirty days of the completion of the Acceptance Test, the customer shall provide written description of the device's technical deficiencies to the contractor.

- Product Delivery:  Once the contractor has demonstrated that the developed product (device, system, or study) complies with the customer's requirements, the contractor shall deliver the product to the customer in the quantity specified in the task assignment.

**6** Security

The work described in this Statement of Work is considered sensitive.  Release of any information related to this work is prohibited without prior written consent from the customer.

CELL/OTD

000499

CELL/OTD

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-18-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:**

**Sent:** Wednesday, October 31, 2007 9:48 AM

**To:**

**Cc:**

b6
b7C

**Subject:**     RE: Cellular Telephone Tracking in Exigent Circumstances

**UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b5

See answers embedded below.

**PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OIC APPROVAL**

*Office of Integrity and Compliance*
*JEH*
*Tel*
*Fax*
*Mobile*

-----Original Message-----
**From:**                                (WF) (FBI)
**Sent:**     Friday, October 26, 2007 12:44 AM
**To:**
**Cc:**
**Subject:**     RE: Cellular Telephone Tracking in Exigent Circumstances

b6
b7C

**UNCLASSIFIED**
**NON-RECORD**

b5
b7E

E-1927

b5

2702 emergency
disclosure EC 2...

And sample exigent letter.

2702ltr revised
20070829wpd.wp...

b5
b7E

Thanks for all the help and guidance,

-----Original Message-----
**From:** [                    ] (OGC) (FBI)
**Sent:** Tuesday, October 23, 2007 2:36 PM
**To:**
**Cc:**
**Subject:** RE: Cellular Telephone Tracking in Exigent Circumstances
**Importance:** High

b6
b7C

**UNCLASSIFIED**
**NON-RECORD**

<< File: September 2007 Tech Tool (Exigent Circumstances[    ]20071023.wpd >>

b5
b6
b7C
b7E

-----Original Message-----
**From:** [                    ] (FBI)

2

CELLSITE-1928

**Sent:**    Thursday, October 11, 2007 3:07 PM
**To:**
**Cc:**
**Subject:**    Cellular Telephone Tracking in Exigent Circumstances

**UNCLASSIFIED**
**NON-RECORD**

Hello

    If you have a moment would you please review the attached one page document?  Our office and always seem to have trouble in dealing with Exigent Circumstance matters.  Any suggestions or clarifications would be appreciated.

        Thanks,

    << File: September 2007 Tech Tool (Exigent Circumstances).wpd >>

b6
b7C
b7E

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD-000502

CELLSITE-1929

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-20-2012 BY 65179 DMH/STW

**D R A FT  August 29, 2007**

b5

CELL/OTD-008503

**D R A FT  August 29, 2007**

b5

CELLSITE-1931

**D R A FT  August 29, 2007**

CELL/OTD: 000505

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-18-2012 BY 65179 DMH/STW

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                              **Date:** 09/14/2007

**To:** All Divisions                    **Attn:** ADIC/SAC
                                                CDC

**From:** Office of the General Counsel
          Science and Technology Law Unit
          **Contact:**

b6
b7C

**Approved By:** Pistole John S
                 Caproni Valerie E

**Drafted By:**

**Case ID #:** 333-HQ-A1562641

**Title:** EMERGENCY DISCLOSURE OF RECORDS OR STORED CONTENTS OF
           COMMUNICATIONS; 18 U.S.C. 2702

**Synopsis:** Provides updated guidance and additional clarification
regarding emergency disclosures pursuant to 18 U.S.C. § 2702.
Provides a  revised sample letter for use to request disclosure
from providers of records or stored contents in exigent
circumstances.

**Reference:** 319X-HQ-A1487720-OGC Serial 332

**Administrative:** This is a privileged FBI attorney communication;
do not circulate outside of the FBI without the permission of the
Office of the General Counsel (OGC). This document contains
footnotes, please download into WordPerfect to read.

**Enclosure(s):** Updated Sample Request Letter for Emergency
Disclosure.

**Details:**

b5

CELLSITE 000506

To:   All Divisions   From:   Office of the General Counsel
Re:        333-HQ-A1562641, 09/14/2007


**LEAD(s):**

**Set Lead 1:   (Action)**

     ALL RECEIVING OFFICES

        Distribute to all supervisory personnel involved in the

1
1
1
1
1
1
1
1

♦♦

b6
b7C
b7E

CELLSITE-1947

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 80
Page 3 ~ b6; b7C; b7E;
Page 6 ~ b3; b5; b6; b7C; b7E;
Page 7 ~ b3; b5; b7E;
Page 8 ~ b3; b5; b7E;
Page 9 ~ b3; b5; b7E;
Page 10 ~ b3; b5; b6; b7C; b7E;
Page 11 ~ b3; b5; b6; b7C; b7E;
Page 12 ~ b3; b5; b6; b7C; b7E;
Page 13 ~ b3; b5; b6; b7C; b7E;
Page 18 ~ b6; b7C; b7E;
Page 25 ~ b6; b7C; b7E;
Page 30 ~ b3; b7E;
Page 31 ~ b3; b7E;
Page 32 ~ b3; b7E;
Page 33 ~ b3; b7E;
Page 36 ~ b3; b7E;
Page 37 ~ b3; b5; b7E;
Page 38 ~ b3; b5; b7E;
Page 39 ~ b3; b5; b7E;
Page 43 ~ b6; b7C; b7E;
Page 46 ~ b3; b6; b7C; b7E;
Page 50 ~ b3; b5; b6; b7C; b7E;
Page 51 ~ b3; b5; b6; b7C; b7E;
Page 52 ~ b3; b5; b6; b7C; b7E;
Page 53 ~ b3; b5; b6; b7C; b7E;
Page 54 ~ b3; b5; b6; b7C; b7E;
Page 157 ~ b6; b7C; b7E;
Page 158 ~ b6; b7C; b7E;
Page 160 ~ b3; b7E;
Page 165 ~ b6; b7C; b7E;
Page 166 ~ b6; b7C; b7E;
Page 168 ~ b3; b7E;
Page 170 ~ b3; b5; b7E;
Page 171 ~ b3; b5; b7E;
Page 172 ~ b3; b5; b7E;
Page 173 ~ b3; b5; b7E;
Page 174 ~ b3; b5; b7E;
Page 175 ~ b3; b5; b7E;
Page 176 ~ b3; b5; b7E;
Page 177 ~ b3; b5; b7E;
Page 178 ~ b3; b5; b7E;
Page 179 ~ b3; b5; b7E;
Page 180 ~ b3; b5; b7E;
Page 190 ~ b6; b7C; b7E;
Page 198 ~ b3; b5; b6; b7C; b7E;
Page 199 ~ b3; b5; b7E;
Page 200 ~ b3; b5; b7E;
Page 201 ~ b3; b5; b7E;
```

```
Page 202 ~ b3; b5; b7E;
Page 203 ~ b3; b5; b7E;
Page 204 ~ b3; b5; b7E;
Page 205 ~ b3; b5; b7E;
Page 206 ~ b3; b5; b7E;
Page 207 ~ b3; b5; b7E;
Page 208 ~ b3; b5; b7E;
Page 209 ~ b3; b5; b7E;
Page 210 ~ Duplicate - 1197470-OTD-Policy-4 p. 75 & following;
Page 211 ~ Duplicate - 1197470-OTD-Policy-4 p. 75 & following;
Page 212 ~ Duplicate - 1197470-OTD-Policy-4 p. 75 & following;
Page 213 ~ Duplicate - 1197470-OTD-Policy-4 p. 75 & following;
Page 214 ~ Duplicate - 1197470-OTD-Policy-4 p. 75 & following;
Page 215 ~ Duplicate - 1197470-OTD-Policy-4 p. 75 & following;
Page 225 ~ Duplicate - 1197386-OTD-Bu-Training-8 p. 155;
Page 226 ~ b3; b5; b6; b7C; b7E;
Page 264 ~ b3; b5; b7E;
Page 265 ~ b3; b5; b6; b7C; b7E;
Page 269 ~ Duplicate - p. 264 & following;
Page 270 ~ Duplicate - p. 264 & following;
Page 272 ~ b3; b7E;
Page 274 ~ b6; b7C; b7E;
Page 316 ~ b6; b7C; b7E;
Page 398 ~ b3; b5; b7E;
Page 399 ~ b3; b5; b7E;
Page 400 ~ b3; b5; b7E;
Page 401 ~ b3; b5; b7E;
Page 402 ~ b3; b5; b7E;
Page 403 ~ b3; b5; b7E;
Page 404 ~ b3; b5; b7E;
Page 405 ~ b3; b5; b7E;
Page 406 ~ b3; b5; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-24-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

b6
b7C
b7E

**From:** _____ (OTD) (FBI)
**Sent:** Monday, November 05, 2007 11:54 AM
**To:**

CELLSITE-15347

**To:**



b3
b6
b7C
b7E

**Cc:** [redacted] (OTD) (FBI)
**Subject:** WITT EC

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

CELL/OTD 000523

3

CELLSITE-15349

WPD

See attached EC ____ referred to at the ____ Conference.  The EC clearly states that ____ have primary responsibility for ____ should remain in the custody of the ____ (inventory accountability).  As you see, the EC went to CDCs ____ It was not addressed to the SACs, ASACs or even the Criminal SSAs.  Questions/concerns should be directed to UC ____

b3
b6
b7C
b7E

Thanks for the info re the WITT EC, ____ had requested a copy when it was approved and when we did not receive a copy I erroneously assumed that it had not gone out.

**UNCLASSIFIED**

CELLSITE-15350

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-24-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:** _____ (ITB) (FBI)                                    b3
**Sent:** Monday, November 05, 2007 9:41 AM                              b6
**To:**                                                                  b7C
**Cc:**
                                                                         b7E
**Subject:** RE: _____ in Exigent Circumstances

**UNCLASSIFIED**
**NON-RECORD**

Thanks again for the assistance and guidance. _____

                                                                         b6
                                                                         b7C
                                                                         b7E

   -----Original Message-----
**From:** _____ (OGC) (FBI)                                    b3
**Sent:** Wednesday, October 31, 2007 9:48 AM                            b6
**To:**                                                                  b7C
**Cc:**                                                                  b7E
**Subject:** RE: _____ in Exigent Circumstances

**UNCLASSIFIED**
**NON-RECORD**

See answers embedded below.

_____ As evident from the below questions, there is still a need to get policy guidance out to the field on requesting disclosure of information from providers in exigent circumstances under 18 USC 2702.   That was the objective of the draft EC on voluntary disclosure under exigent circumstances.  What is the status of that EC--attached below.

**PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OIC APPROVAL**

*Office of Integrity and Compliance*
*JEH 7646*
*Tel:*
*Fax*
*Mobile*

CELL-OTD 000233

CELLSITE-15359

-----Original Message-----
**From:**
**Sent:**   Friday, October 26, 2007 12:44 AM
**To:**
**Cc:**
**Subject:** RE:                          In Exigent Circumstances

b3
b6
b7C
b7E

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

b3
b5
b6
b7C
b7E

StingRay                                    The WITT Stingray

Thanks for all the help and guidance,

b3
b6
b7C
b7E

-----Original Message-----
**From:**                        (OGC) (FBI)
**Sent:**            Tuesday, October 23, 2007 2:36 PM
**To:**
**Cc:**
**Subject:**        RE:                        In Exigent Circumstances
**Importance:**     High

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

<< File: September 2007          (Exigent Circumstances        20071023.wpd >>

CELLSITE-15360

b3
b5
b6
b7C
b7E

-----Original Message-----
**From:**
**Sent:** Thursday, October 11, 2007 3:07 PM
**To:**
**Cc:**
**Subject:**                        in Exigent Circumstances

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

Hello

    If you have a moment would you please review the attached one page document?  Our office and
_____always seem to have trouble in dealing with Exigent Circumstance matters.  Any suggestions or
clarifications would be appreciated.

         Thanks,

    << File: September 2007 _____ (Exigent Circumstances).wpd >>

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

3

CELLSITE-15361

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-24-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:** _____ (OTD) (FBI)
**Sent:** Tuesday, November 06, 2007 7:22·AM
**To:**

b6
b7C
b7E

CELL~OTD  000536

CELLSITE-15362

**To:**

b3
b6
b7C
b7E

**Cc:**

**Subject:**          FW: Yet Another WITT Technical Operations Alert

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

CELL/OTD 000558

All,

3

Please see important email below from WITT.

-----Original Message-----
**From:**              (OTD) (FBI)
**Sent:**         Monday, November 05, 2007 3:22 PM
**To:**
**Cc:**

**Subject:**      Yet Another WITT Technical Operations Alert

<u>**SENSITIVE BUT UNCLASSIFIED**</u>                                    b3
<u>**NON-RECORD**</u>                                                   b6
                                                                        b7C
                                                                        b7E

Wireless Intercept and Tracking Team Alert:

(1) Harris Corporation
                        StingRay
                                                        WITT is currently

-----Original Message-----
**From:**              OTD) (CON)
**Sent:**         Thursday, October 25, 2007 2:21 PM
**To:**
**Cc:**
**Subject:**      FW: WITT Technical Operations Alert                   b3
                                                                        b6
<u>**SENSITIVE BUT UNCLASSIFIED**</u>                                    b7C
<u>**NON-RECORD**</u>                                                   b7E

Hi
Would you please pass the following information on to each field office              is that is all we can do):

Wireless Intercept and Tracking Team Alerts:

                                    WITT

                                                StingRay

Remember to check the WITT website often for product and troubleshooting information.  Click here:

Thanks

              Consultant

4

CELL/OTD  000539

CELLSITE-15365

Retired FBI SSA, 1984-2006
Tracking Technology Unit
Federal Bureau of Investigation

Office
Cell

b6
b7C

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELL-CTD  000540

CELLSITE-15366

**(OTD) (FBI)**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-24-2012 BY 65179 DMH/STW

**From:**
**Sent:** Tuesday, November 06, 2007 11:09 AM
**To:**
**Subject:** FW: Yet Another WITT Technical Operations Alert

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

-----Original Message-----
**From:** OTD) (CON)
**Sent:** Tuesday, November 06, 2007 7:22 AM
**To:**
**Cc:**

**Subject:** FW: Yet Another WITT Technical Operations Alert

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

All,

Please see important email below from WITT.

-----Original Message-----
**From:** OTD) (FBI)
**Sent:** Monday, November 05, 2007 3:22 PM
**To:**
**Cc:**

**Subject:** Yet Another WITT Technical Operations Alert

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

Wireless Intercept and Tracking Team Alert:

(1) Harris Corporation

StingRay

WITT

-----Original Message-----
**From:** (OTD) (CON)
**Sent:** Thursday, October 25, 2007 2:21 PM
**To:**
**Cc:**
**Subject:** FW: WITT Technical Operations Alert

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**



1

CELLSITE-15367

Hi [ ]
Would you please pass the following information on to each [ ] is that all we can do):

Wireless Intercept and Tracking Team Alerts:

[ ]

[ ] WITT [ ]
[ ]

[ ]

[ ] StingRay [ ]

[ ]

Remember to check the WITT website often for product and troubleshooting information.  Click here:

b3
b6
b7C
b7E

[ ]

Thanks [ ]

[ ] Consultant
Retired FBI SSA, 1984-2006
Tracking Technology Unit
Federal Bureau of Investigation
[ ] - Office
[ ] - Cell

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELLSITE 000542

CELLSITE-15368

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-01-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:** [redacted] (OTD) (FBI)
**Sent:** Tuesday, November 06, 2007 11:38 AM
**To:**

b3
b6
b7C
b7E

**To:**

b3
b6
b7C
b7E

**Cc:**
**Subject:** Delegation of Authority and guidelines for use of WITT Equipment

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Greetings,

In addition to the EC I forwarded to you yesterday, attached is a EC (with guidelines) delgating authority for use of WITT to UC level.

CELL-PTD 000545

Previously a SC had to approve.

The guidelines establish the authority levels for various scenarios.  This is as important if not more so that the delegation to the UC level instead of SC level.



wittdeligationofauth
ority.wpd

Please forward to users and management as you deem appropriate.

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 000546

4

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-24-2012 BY 65179 DMH/STW

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                          **Date:** 06/18/2007

**To:** Operational Technology      **Attn:**  SC Anthony P. DiClemente
                                           UC [          ]

**From:** Operational Technology Division,
            [                                              ]
                Tracking Technology Unit (TTU)
            **Contact:** UC [          ]

**Approved By:** AD Thomas Marcus C                              b3
                 SC DiClemente Anthony P                         b6
                 UC [                    ]                        b7C
                                                                 b7E

**Drafted By:** [                          ]

**Case ID #:** 268-HQ-1068430    (Pending)

**Title:** WIRELESS INTERCEPT TRACKING TEAM (WITT);
           DELEGATION OF AUTHORITY

**Synopsis:**  To document the delegation of authority to approve the
[                              ] - Wireless Intercept Tracking Team
(WITT)" from the Operational Technology Division (OTD),
[                                              ] Section Chief
(SC) to the Unit Chief (UC), Tracking Technology Unit (TTU),    b3
[      ] OTD.                                                    b7E

**Details:** [                                                  ]
[
                                                                  ]

     In an effort to streamline both routine and after hours
approval of exigent WITT operations, lend further clarity to
authority levels, and enhance documentation for WITT endeavors in
[                    ] the required FBIHQ approval has been delegated
from SC,[      ]to the UC, [      ]with responsibility for the WITT
Program. The UC for WITT Program will insure that [                    ]
[                          WITT                     WITT            ]
[                                              ]status prior to
approval. The requesting division will be responsible for

CELL/OTD 000547

To:  Operational Technology  From:  Operational Technology
Re:  268-HQ-1068430, 06/18/2007


documenting the request to OTD in an EC.  The OTD will document
its decision as well as any resulting action in an EC. In
accordance with the above, the TTU Chief will be responsible for
adhering to and applying the below MIOG provisions as well as the
legal authorities as identified below in reviewing and approving
requests for                                              Any request
which requires a deviation from the MIOG provisions or legal         b3
authorities as identified below must be referred to the        SC    b7E
for approval. No change is being requested to the policy for the

To:  Operational Technology  From:  Operational Technology
Re:  268-HQ-1068430, 06/18/2007

The MIOG policy for [          ] doesn't specify the form by
which the HQ approval must be obtained; it requires that it be          b3
obtained and states only that the enumerated information "is to          b7E
be provided by appropriate communication... "  So, verbally,
telephonically, by email, etc.…would arguably satisfy the
policy, the concern should be with documenting approval so as
to be able to demonstrate compliance.


    Below is a summary outline of the legal authorities:


    [        ] WITT [              ] AUTHORITIES

A.  FEDERAL CASE

    1. Federal Court Order:
        i.      Pen Register/Trap & Trace (18 USC 3121 et
        seq.)
            1. WITT equipment functions as a Pen Register
               device as that is defined in 18 U.S.C. 3127
               because [                              ]

7

To:  Operational Technology   From:  Operational Technology
Re:  268-HQ-1068430, 06/18/2007

Accordingly, authorization pursuant to the
PR/TT statute is required to use WITT ☐
2. The same Pen Register/Trap and Trace Order
   may be used both to ☐

   ☐ WITT ☐ .  DOJ has
   recommended that for WITT authorization, the
   below items be addressed.
3. Operative PR/TT Language :



b3
b7E

4.

ii.   Search Warrant to ☐

   1. Rule 41 & 28 U.S.C. 1651(a)-All Writs Act:
      When WITT ☐ is used to ☐
      ☐

8

CELLSITE-15380

To:  Operational Technology  From:  Operational Technology
Re:  268-HQ-1068430, 06/18/2007


**LEAD(s):**

**Set Lead 1:  (Action)**

OPERATIONAL TECHNOLOGY

    <u>AT QUANTICO, VIRGINIA</u>

    Review and if appropriate approve delegation of authority
from OTD,⬛⬛⬛⬛ Section Chief level to Unit Chief, Program
Manager, WITT operations.

b3
b7E

♦♦

CELL-OTD 0005525

13

CELLSITE-15385

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-24-2012 BY 65179 DMH/STW

OTD) (FBI)

**From:**
**Sent:** Thursday, November 29, 2007 10:08 AM
**To:** (OTD) (FBI)
**Subject:** FW: WITT Stuff

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

-----Original Message-----
**From:**
**Sent:** Wednesday, November 28, 2007 3:24 PM
**To:**
**Subject:** WITT Stuff

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

witt_contacts.     witt_          conversion.wp
wpd               t.wpd          d

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 0008

CELLSITE-15386

WITT Inventory        Updated: 7/30/07

| S/N | WITT | Description |
|---|---|---|
| | | Harris Triggerfish |
| | | Harris Triggerfish |
| | | Harris Loggerhead |
| | | Harris Stingray |
| | | Harris Stingray |
| | | Harris Stingray |
| | | Stingray |

b3
b7E

**Stingray**

**Stingray**

b3
b7E

Prepared by:

Nextel:

b6
b7C
b7E

CELLSITE-15390

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-27-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | (OTD) (FBI) |
| **Sent:** | Tuesday, December 11, 2007 1:10 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | RE:     issues summary |

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

My comments and concerns are noted in red.

      Thanks,

            Comments
on   risk...

-----Original Message-----
| | |
|---|---|
| **From:** | |
| **Sent:** | Thursday, December 06, 2007 4:40 PM |
| **To:** | |
| **Subject:** | FW:    issues summary |

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Please review content re WITT      risks and provide constructive feedback.

b3
b6
b7C
b7E

Please review    discussion and provide any additional input/clarification as needed.

CELL/OTD 000568

b6
b7C
b7E

| | |
|---|---|
| **From:** | (OGC) (FBI) |
| **Sent:** | Wednesday, December 05, 2007 3:28 PM |
| **To:** | |
| **Cc:** | |

CELLSITE-15392

**Subject:** [        ] Issues summary

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

[        ]

Thanks for taking the time to get together on Monday and review potential area of compliance risk relative to the
[                                    ]

I've put together a summary of my notes and a little extra stuff in an attempt to describe these issues.  I have included
a couple of brackets requesting additional input and would appreciate if you would rank these issues in terms of
priority or significance of risk.  I welcome all comments.

  << File[        ]risk issues 20071203.wpd >>

I need to produce a Leading Risk Indicator Report by next Thursday Dec. 13.  So anything you could provide prior to
that date would be much appreciated.

[                    ]
*Office of Integrity and Compliance*
*JEH 7646*
*Tel:*
*Fax*
*Mobile*

b3
b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 000569

2

CELLSITE-15393

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/STW

[                ] (OTD) (FBI)

| | |
|---|---|
| **From:** | [                ] (OGC) (FBI) |
| **Sent:** | Tuesday, December 11, 2007 2:30 PM |
| **To:** | [                ] (OTD) (FBI) |
| **Subject:** | RE: [         ] issues summary |

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Thanks [        ]

BTW: I was probably the source of that "nebulous verbal policy" but in defense it was provided in the best interest of the agents [                ]

b3
b5
b6
b7C
b7E

[                ]
*Office of Integrity and Compliance*
*JEH 7646*
*Tel:*
*Fax*
*Mobile*

**PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OIC APPROVAL**

| | |
|---|---|
| **From:** | [                ] |
| **Sent:** | Tuesday, December 11, 2007 1:10 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | RE: [        ] issues summary |

b3
b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

My comments and concerns are noted in red.

      Thanks,

         [        ]

         << File [        ] Comments on [      ] risk issues 20071203.wpd >>

-----Original Message-----

| | |
|---|---|
| **From:** | [                ] |
| **Sent:** | Thursday, December 06, 2007 4:40 PM |
| **To:** | |
| **Subject:** | FW: [        ] issues summary |

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

CELL/OTD 000577

CELLSITE-15399

Please review content re WITT [____] risks and provide constructive feedback.

[____]

Please review [____] discussion and provide any additional input/clarification as needed. [____]

```
b3
b6
b7C
b7E
```

**From:** [_____] (OGC) (FBI)
**Sent:** Wednesday, December 05, 2007 3:28 PM
**To:**
**Cc:**
**Subject:** [____] issues summary

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

[____]

Thanks for taking the time to get together on Monday and review potential area of compliance risk relative to the [_____]

I've put together a summary of my notes and a little extra stuff in an attempt to describe these issues.  I have included a couple of brackets requesting additional input and would appreciate if you would rank these issues in terms of priority or significance of risk.  I welcome all comments.

    << File: [____] risk issues 20071203.wpd >>

I need to produce a Leading Risk Indicator Report by next Thursday Dec. 13.  So anything you could provide prior to that date would be much appreciated.

```
b3
b6
b7C
b7E
```

[____]
*Office of Integrity and Compliance*
*JEH 7646*
*Tel:* [____]
*Fax* [____]
*Mobile* [____]

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 000578

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 000579

CELLSITE-15401

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/STW

☐ **(OTD) (FBI)**

**From:** ☐ (OGC) (FBI)
**Sent:** Tuesday, December 11, 2007 4:00 PM
**To:** ☐ TD) (FBI)
**Subject:** RE: ☐ issues summary

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b5
b6
b7C
b7E

☐

*Office of Integrity and Compliance*
*JEH 7646*
*Tel:* ☐
*Fax* ☐
*Mobile* ☐
**PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OIC APPROVAL**

**From:** ☐
**Sent:** Tuesday, December 11, 2007 2:55 PM
**To:** ☐ (OGC) (FBI)
**Subject:** RE: ☐ issues summary

b3
b5
b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Please don't take it personnel.   However, ☐

Thanks for listening, ☐

-----Original Message-----
**From:** ☐ (OGC) (FBI)
**Sent:** Tuesday, December 11, 2007 2:30 PM
**To:** ☐
**Subject:** RE: ☐ issues summary

b3
b5
b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Thanks ☐

BTW: I was probably the source of that "nebulous verbal policy" but in defense it was provided in the best interest of the agents ☐

CELL/OTD 000580

CELLSITE-15402

*Office of Integrity and Compliance*
*JEH 7646*
*Tel:*
*Fax*
*Mobile*

b3
b5
b6
b7C
b7E

**PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OIC APPROVAL**

| | |
|---|---|
| **From:** | |
| **Sent:** | Tuesday, December 11, 2007 1:10 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | RE: issues summary |

<u>**SENSITIVE BUT UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

b3
b6
b7C
b7E

My comments and concerns are noted in red.

      Thanks,

                << File Comments on risk issues 20071203.wpd >>

-----Original Message-----
**From:**
**Sent:** Thursday, December 06, 2007 4:40 PM
**To:**
**Subject:** FW: issues summary

<u>**SENSITIVE BUT UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

b3
b6
b7C
b7E

Please review content re WITT risks and provide constructive feedback.

Please review discussion and provide any additional input/clarification as needed.

**From:**        OGC) (FBI)
**Sent:**       Wednesday, December 05, 2007 3:28 PM
**To:**
**Cc:**
**Subject:**    Issues summary

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Thanks for taking the time to get together on Monday and review potential area of compliance risk relative to the

I've put together a summary of my notes and a little extra stuff in an attempt to describe these issues. I have included a couple of brackets requesting additional input and would appreciate if you would rank these issues in terms of priority or significance of risk. I welcome all comments.

    << File:     risk issues 20071203.wpd >>

I need to produce a Leading Risk Indicator Report by next Thursday Dec. 13. So anything you could provide prior to that date would be much appreciated.

*Office of Integrity and Compliance*
*JEH 7646*
*Tel:*
*Fax*
*Mobile*

b3
b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 000582

CELLSITE-15404

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-25-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | (OTD) (CON) |
| **Sent:** | Friday, January 18, 2008 6:24 PM |
| **To:** | (OTD) (FBI) |
| **Cc:** | (OTD) (FBI) |
| **Subject:** | RE: |

**UNCLASSIFIED**
**NON-RECORD**

This is _____ is the second phase of the _____ It can _____ b3
_____ of the StingRay. If you need one right away, _____ is back in the office next Tuesday and   b6
he can request a _____ StingRay box.   b7C
   b7E

_____ Consultant
Retired FBI SSA, 1984-2006
Tracking Technology Unit
Federal Bureau of Investigation
_____ Office
_____ Cell

| | |
|---|---|
| **From:** | |
| **Sent:** | Wednesday, January 16, 2008 10:41 AM |
| **To:** | (OTD) (CON) |
| **Cc:** | |
| **Subject:** | |

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Hey _____

   I know _____ is out of town so I thought I might ask you.   Does _____ (Harris) _____
currently work on the _____ If so, do we have a copy of the _____
_____ wanted to determine where we stand with this mission.  Do we have any other _____ etc. that works well
fo _____

                        Thanks,

**UNCLASSIFIED**

**UNCLASSIFIED**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-25-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:** _____ (OTD) (FBI)
**Sent:** Tuesday, January 29, 2008 11:31 AM
**To:**
**Cc:**

**Subject:** RE:_____

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

See answer below. I copied everyone shown so that the information is shared. I also requested _____ to send us an advanced copy of the powerpoint slides for the _____ in March 24-28. I will also take your request to have _____ prepared a cheat sheet (quick user guide) for the system operations.

**From:** _____
**Sent:** Wednesday, January 16, 2008 2:53 PM
**To:**
**Cc:**
**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

Hello _____

b3
b6
b7C
b7E

There is a **very remote** possibility of needing to do some _____ in the near future so I have a few questions for you:

CELL/OTD 000585                    1

CELLSITE-15406

5.   If you have any time next week, I would like to get together and play with the ⬚⬚⬚⬚⬚⬚⬚⬚ or what ever we did purchase?

Per our conversation, your busy schedule would not permit much time for you to play with the system. We will prepare and ship the entire system to ⬚ for preparation of the ⬚⬚⬚⬚

    Thanks,

    ⬚⬚⬚⬚

b3
b6
b7C
b7E

**UNCLASSIFIED**

**UNCLASSIFIED**

CELLSITE-15407

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-25-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | |
| **Sent:** | Monday, May 19, 2008 1:21 PM |
| **To:** | |
| **Subject:** | FW: |

**UNCLASSIFIED**
**NON-RECORD**

Good info below:

All:

FYI:  See below for additional info from _____ at OTD regarding _____

b3
b6
b7C
b7E

SSA _____
Violent Crimes Unit

c)
fax)

| | |
|---|---|
| **From:** | (OTD) (FBI) |
| **Sent:** | Monday, May 19, 2008 11:42 AM |
| **To:** | |
| **Subject:** | FW |

**UNCLASSIFIED**
**NON-RECORD**

We've had some success with _____ in the very recent past.  I'd like to throw some notes for you to share if needed with your folks.

It is possible to _____

b3
b6
b7C
b7E

Some things to note when _____

1.  you will be able to _____

2.  you will only be able to _____

CELL/OTD 000659   CELLSITE-15408

**From:** [                    ] (OTD) (FBI)
**Sent:** Monday, May 19, 2008 10:38 AM
**To:** [              ] (OTD) (FBI)
**Subject:** FW: [                    ]

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

*SSA* [                    ]
*Unit Chief*
*Tracking Technology Unit*
*Operational Technology Division*
[                    ]

**From:** [                  ] (CID) (FBI)
**Sent:** Monday, May 19, 2008 10:14 AM
**To:**

b6
b7C
b7E

CELL/OTD 000681
CELLSITE-15409

b3
b6
b7C
b7E

**Cc:**
**Subject:**     FW:

**UNCLASSIFIED**
**NON-RECORD**

See below for some good information provided by VC WITT

SSA
Violent Crimes Unit

**From:**
**Sent:**     Friday, May 16, 2008 6:50 PM
**To:**
**Cc:**

**Subject:**     RE:

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Couple of items from

Yesterday       put on a one day class in        or all law enforcement to discuss their commitment to helping law enforcement. They are apparently doing this in all regions of the country.  Catch the one nearest you!   It was pretty good they had members of their                                              present, and their legal compliance team.  They even feed us breakfast and lunch.  No charge.   What I did learn was        does have a

We did some testing in the office on a ▢
the Stingray.  Not sure if it will work with ▢ but this is a start.

I recently talked to ▢ they advised they currently have ▢

Please pass on as appropriate.

b3
b6
b7C
b7E

**From:** ▢
**Sent:** Tuesday, April 15, 2008 3:05 PM
**To:**
**Cc:**
**Subject:** RE: ▢

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

b3
b6
b7C
b7E

My understanding is that these ▢ - that although operates the same way - I don't believe by
our current standards – we can track them with the Stingray.  I am pretty sure of that.

**From:** ▢
**Sent:** Tuesday, April 15, 2008 3:57 PM
**To:**
**Cc:**
**Subject:**

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

b3
b6
b7C
b7E

Gentlemen,  I was approached by the Child Porn squad regarding the ability to ▢ Has
anybody used a Pen/TRAP or WITT ▢ to ▢ I'm assuming that ▢
. If anybody has done this
before it there a pony out there?

CELL/OTD 000662

CELLSITE-15411

b6
b7C
b7E

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 000663

CELLSITE-15412

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-25-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | ⬚ (OTD) (FBI) |
| **Sent:** | Tuesday, May 27, 2008 11:02 AM |
| **To:** | |
| **Cc:** | |
| **Subject:** | |

**UNCLASSIFIED**
**NON-RECORD**

⬚

⬚ forced ⬚ to go up on a Pen Register on a ⬚ ⬚ also helped make this possible, and they were up and running. Everytime that ⬚ ⬚ on the Pen Register. This happened about 2.5 weeks ago. ⬚ He had to switch and use ⬚ although he ultimately got the guy!

⬚ was not ⬚ so he was ok to ⬚ Remember not to do this on ⬚ as they are ⬚ You still have the issues of ⬚ if the guy is a heavy user...

Talk to ⬚ about the ⬚ case and we should be able to force ⬚ to replicate.

⬚

P.S. If you don't make any way with this, I'll call up ⬚ and get everyone together again to see how it was done.

| | |
|---|---|
| **From:** | ⬚ |
| **Sent:** | Tuesday, May 20, 2008 6:44 AM |
| **To:** | |
| **Cc:** | |
| **Subject:** | |

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

Hey ⬚

Hope all is well. I went through the below message traffic. While we can ⬚ WITT ⬚ the last time we tried to go up on an actual "pen register" the phone company ⬚ stated they could not provide ⬚ They could provide ⬚ but only manually and with significant time delay. If you remember we then asked ⬚ and he confirmed that this was correct. We even tried to force the phone company's hand by submitting a court order, but there was no success. Is this still the case? Is this true of all the phone companies or do some of them have the ⬚ ⬚ to provide ⬚

⬚

| | |
|---|---|
| **From:** | ⬚ |
| **Sent:** | Monday, May 19, 2008 1:21 PM |
| **To:** | |
| **Subject:** | |

CELL/OTD 000668

CELLSITE-15413

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Good info below:

All:

FYI:  See below for additional info from [                ] at OTD regarding [                ]

[        ]

SSA[                    ]                                                                      b3
Violent Crimes Unit                                                                    b6
                                                                                                b7C
                                                                                                b7E

| From: | [          ] (OTD) (FBI) |
| Sent: | Monday, May 19, 2008 11:42 AM |
| To: | |
| Subject: | |

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

[        ]

We've had some success with [              ] in the very recent past.  I'd like to throw some notes for you to share if needed with your folks.

It is possible to go up on a "pen register" and [                                              ]

Some things to note when [              ]

| From: | [          ] (OTD) (FBI) |
| Sent: | Monday, May 19, 2008 10:38 AM |
| To: | [          ] (OTD) (FBI) |
| Subject: | |

CELL/OTD 000669

2

CELLSITE-15414

**UNCLASSIFIED**
**NON-RECORD**

SSA ⬜
Unit Chief
Tracking Technology Unit
Operational Technology Division

b6
b7C

| From: | | ⬜(CID) (FBI) |
| Sent: | Monday, May 19, 2008 10:14 AM |
| To: | |

b6
b7C
b7E

**Cc:**
**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

See below for some good information provided by VC WITT

SSA
Violent Crimes Unit

**From:**
**Sent:**        Friday, May 16, 2008 6:50 PM
**To:**
**Cc:**

**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

Couple of items from

Yesterday            put on a one day class in           for all law enforcement to discuss their commitment to helping law    b3
enforcement. They are apparently doing this in all regions of the country.  Catch the one nearest you!   It was pretty good    b6
they had members of their                                        present, and their legal compliance team.  They    b7C
even feed us breakfast and lunch.  No charge.   What I did learn was             does have a                              b7E

We did some testing in the office on a
the Stingray.  Not sure if it will work with                       but this is a start.

I recently talked to        and they advised they currently have a

Please pass on as appropriate.

CELLSITE-15416

b6
b7C
b7E

**From:**
**Sent:**     Tuesday, April 15, 2008 3:05 PM
**To:**
**Cc:**
**Subject:**

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

b3
b6
b7C
b7E

My understanding is that these [                    ] - that although operates the same way - I don't believe by our current standards - we can [            ] Stingray.  I am pretty sure of that.

**From:**
**Sent:**     Tuesday, April 15, 2008 3:57 PM
**To:**
**Cc:**
**Subject:**

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

Gentlemen,  I was approached by the Child Porn squad regarding the ability to [              ] Has     b3
anybody used a Pen/TRAP or WITT [        ] to [              ] I'm assuming that         b6
[                                        ] If anybody has done this                     b7C
before it there a pony out there?                                                        b7E

<u>UNCLASSIFIED</u>

<u>UNCLASSIFIED</u>        CELL/OTD 000672

CELLSITE-15417

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:**
**Sent:**     Tuesday, May 27, 2008 4:04 PM
**To:**
**Subject:**

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

FYI

b3
b6
b7C
b7E

**From:**
**Sent:**     Friday, May 23, 2008 11:01 AM
**To:**
**Cc:**
**Subject:**

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

No - but if we meet we can raise the issue.  What were the facts re the [          ] issue

**From:**
**Sent:**     Friday, May 23, 2008 10:58 AM
**To:**
**Cc:**
**Subject:**

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

Since we're on the topic, has policy ever been issued regarding the [                    ] we receive from the [                ]  The issue came up after the [        ] incident last year, but I have not seen a formal policy either way regarding this issue.

**From:**
**Sent:**     Friday, May 23, 2008 10:54 AM
**To:**
**Cc:**
**Subject:**

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

CELL/OTD 000674

CELLSITE-15418

This was an old issue that we were going to give a second look w OGC.   Based on your assessment and of others with a technical or operational expertise -

Is this tool something we should seek to use as a [          ]                              etc **OR** is this a tool that we should not seek?

We only want to meet re this issue if someone thinks that the tool has operational value?  What do you think?  What does [      ] do??

**From:**
**Sent:**      Friday, May 23, 2008 10:29 AM
**To:**
**Cc:**
**Subject:**

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

I went in circles with this issue a few years ago when ERF had purchased [          ] but refused to distribute them due to legal concerns and a lack of policy for their deployment.  I assisted by writing a policy and they ended up

One of the problems in a tactical situation is that you will [          ]

[          ] Contact Engineer [          ] of the WITT unit at ERF for more details on this issue.

[          ]

but are probably doing more harm than good.  I have discussed this issue with SSA [          ] and he can be contacted for more details on the [          ] issues.

[          ]

b3
b6
b7C
b7E

**From:**
**Sent:**      Thursday, May 22, 2008 12:48 PM
**To:**
**Cc:**
**Subject:**

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

Any comments or suggestions?  This topic was a previous concern - is it still of interest?  Do you have any HQ guidance re this topic - is it adequate??

**From:**
**Sent:**      Thursday, May 22, 2008 12:44 PM
**To:**
**Cc:**
**Subject:**

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

CELLSITE 000675

2

Our scenario is straight forward -

_____ - with SAC approval - we want the ability to _____

b3
b6
b7C
b7E

Our overarching concern is for the safety of _____

I will not be able to confirm until tomorrow when I get back in the office - but let's use next Weds afternoon at 200p as the target date.   Do you have a room number??

| From: | SABOL, SHERRY E. (OGC) (FBI) |
| Sent: | Wednesday, May 21, 2008 2:46 PM |
| To: | |
| Cc: | |
| Subject: | |

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

AGC _____ has significant background on _____ issues and relevant statutory authorities as they relate to _____ and I'm told the _____ Given that _____ is gone and likely has the most background on what you're looking to achieve, I think it would be helpful for ____ to sit down with _____ and I to determine what scenarios you're concerned about. We will likely need to regroup with the _____ regarding the establishment of a process by which to handle requests.

Are you available to meet at HQ next week - does Wednesday afternoon at 2pm work for you?

**Sherry E. Sabol**
Section Chief
Science and Technology Law Office
Office of the General Counsel
HQ: _____
Chantilly: _____
bb _____
*PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL*

| From: | |
| Sent: | Wednesday, May 21, 2008 12:59 PM |
| To: | SABOL, SHERRY E. (OGC) (FBI) |
| Cc: | |
| Subject: | |

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Sherry

CELL/OTD 000676

3

CELLSITE-15420

One of Motta's unresolved projects was to provide⬚⬚⬚⬚with guidance re the use of a⬚⬚⬚⬚ tool to improve the safety⬚⬚⬚⬚   b3   b7E

Would you assign someone to review this issue.

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 000677

CELLSITE-15421

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-27-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:**                      (OTD) (FBI)
**Sent:**        Thursday, May 29, 2008 5:01 PM
**To:**

b6
b7C
b7E

CELL/OTD 000678

CELLSITE-15422

**To:**

**Cc:**
**Subject:**       FW: Important WITT News Bulletin

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

**From:**       (OTD) (FBI)
**Sent:**     Thursday, May 22, 2008 4:18 PM
**To:**              OTD) (FBI)
**Subject:**   Important WITT News Bulletin

b3
b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Could you disseminate this news bulletin to the field for the WITT program as some may not visit our website on a regular basis?

In the recent weeks [redacted] has identified a problem with the [redacted] Current investigation of the problem reveals that the [redacted] Further analysis work is continuing and until a permanent solution is reached, a successful workaround solution has been identified.

CELL/OTD 000681

4

CELLSITE-15425

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-25-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:**
**Sent:**          Thursday, July 10, 2008 10:35 AM
**To:**

b3
b6
b7C
b7E

**Subject:**       Pony for Pen Register Coverage with

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

ALCON:

Attached is an EC to be completed by the case squad to initiate Pen Register coverage.  I have taken the request for
coverage for [    ] and added a few lines to help us.  I talked with [    ] and we came up with the additional verbiage to
ensure we get the line setup correctly in the [                    ]  Also, we added the part about [           ]
[                                      ]

Please let me know if you all have any questions.

Pony for Pen
Register.ec

<u>**UNCLASSIFIED**</u>

CELL/OTD 000684

1

CELLSITE-15427

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-25-2012 BY 65179 DMH/STW

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 07/10/2008

**To:** ☐                    **Attn:** ☐

**From:** ☐

**Approved By:**                                        b3

**Drafted By:**                                        b6
                                                       b7C
**Case ID #:** - SUB PEN   (Pending)                   b7E

**Title:**

**Synopsis:** Request squad ☐ assistance to initiate pen register coverage.

**Details:** ☐ assistance is requested to initiate pen register coverage in captioned matter.  The target of the pen register is as follows:

        NUMBER:
        NAME:
        ADDRESS:

        Additionally, ☐ is requested to ☐        b3
        and also setup to ☐                       b7E

        When initiating the pen register, ☐

        *(LIST CASE AGENT AND* ☐ *WORKING THE* ☐
        *CASE)*

    ♦♦

UNCLASSIFIED

CELL/OTD 000685

CELLSITE-15428

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-27-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:** _____ OTD) (FBI)
**Sent:** Thursday, July 10, 2008 3:07 PM
**To:**

b6
b7C
b7E

CELL/OTD 000686   CELLSITE-15429

**To:**
**Cc:**
**Subject:**          FW: WITT News Bulletin

<u>SENSITIVE BUT UNCLASSIFIED</u>
<u>NON-RECORD</u>

b3
b6
b7C
b7E

NOTE the issue of

Please forward as appropriate....

**From:**              (OTD) (FBI)
**Sent:**       Thursday, July 10, 2008 1:58 PM
**To:**                (OTD) (FBI)
**Subject:**       WITT News Bulletin

<u>SENSITIVE BUT UNCLASSIFIED</u>
<u>NON-RECORD</u>

Pls help disseminate the following critical information to all                    folks involved with WITT

The                                           is no longer available due to pending patent infringement.

b3
b6
b7C
b7E

<u>SENSITIVE BUT UNCLASSIFIED</u>

<u>SENSITIVE BUT UNCLASSIFIED</u>

CELL/OTD 000688

4

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-27-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | (ITB) (FBI) |
| **Sent:** | Thursday, July 17, 2008 7:51 AM |
| **To:** | |
| **Subject:** | FW: Draft PR/TT policy w/ WITT |

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

Please take a look at this. I have not gotten a chance yet but will later today.

*SSA*

EAD Azmi
Information and Technology Branch

---

| | |
|---|---|
| **From:** | (OGC) (FBI) |
| **Sent:** | Wednesday, July 16, 2008 1:12 PM |
| **To:** | (DO) (FBI) |
| **Subject:** | Draft PR/TT policy w/ |

b3
b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

prttdraft071508.do
c

Your comments please….

*Attorney*
*Office of Integrity and Compliance*
*JEH 7646*
*Tel*
*Fax*
*Mobile*
*http://oic.fbinet.fbi/*

**This information may be privileged and/or deliberative- NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OIC APPROVAL**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 000691

1

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:**           (OTD) (FBI)
**Sent:** Wednesday, March 21, 2012 9:02 AM
**To:**          (OTD) (FBI)
**Subject:** FOIA: WITT

Classification: UNCLASSIFIED
======================================================

**From:**    OTD) (FBI)
**Sent:** Thursday, November 06, 2008 10:58 AM
**To:**

b3
b6
b7C
b7E

b3
b6
b7C
b7E

**Cc:**
(FBI)
**Subject:** WITT Technical Bulletin

<u>**SENSITIVE BUT UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

If haven't done so there is a new                          which offers an added capability o

CELLSITE-15448
CELL/OTD 000713

Those who do not have access to the TTU [redacted] can contact [redacted]

[redacted]

[redacted] If additional technical support is needed, contact WITT staff. Please also share this information to your [redacted] colleagues.

b3
b6
b7C
b7E

[redacted]

**SENSITIVE BUT UNCLASSIFIED**
=======================================================
Classification: UNCLASSIFIED

4