**(OTD) (FBI)**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-25-2012 BY 65179 DMH/STW

**From:**
**Sent:** Wednesday, March 21, 2012 8:58 AM
**To:** (OTD) (FBI)
**Subject:** FOIA: WITT

Classification: UNCLASSIFIED
======================================================

**From:**
**Sent:** Wednesday, November 03, 2010 2:44 PM
**To:**
**Cc:**
**Subject:** WITT Policy EC

b3
b6
b7C
b7E

Gents,

This has been reviewed by all parties and initially approved.  Please review Electronic copy, as hard copy for signature will working its way to you.____ once the Boss has put his mark on it, please disseminate to all of____ Thanks all for the joint effort.

WITTPolicyEC

======================================================
Classification: UNCLASSIFIED

CELL/OTD 000719

1

CELLSITE-15450

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-25-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:** [ ] OGC) (FBI)
**Sent:** Tuesday, October 02, 2007 11:31 AM
**To:**
**Cc:**
**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

Hi [ ]

The AG order is available at [ ] (6 one down on the list)

b3
b6
b7C
b7E

   -----Original Message-----
**From:** [ ]
**Sent:** Tuesday, October 02, 2007 6:13 AM
**To:**
**Cc:**
**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

Hello [ ]

   Hope all is well.   Would you please e-mail me a copy of [ ] regarding the [ ] and the delegated authority to permit [ ] on a case-by-case basis, to assist in [ ] [ ] I'd like to read "the bible" and see where the MIOG requirements are derived from.   A lot has changed since 1995.   If you don't have it electronically let me know.   If it's short enough, I'll give you a fax number.   If not, you can mail it to to my attention at [ ]

b3
b6
b7C
b7E

   Thanks for the help, [ ]

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 000745

CELLSITE-15469

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-25-2012 BY 65179 DMH/STW

(OTD) (FBI)

**From:** (OTD) (FBI)
**Sent:** Tuesday, October 02, 2007 1:48 PM
**To:** (OTD) (FBI)
**Subject:**

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

See attached note.

Procedure.doc...

**UNCLASSIFIED**

CELL/OTD 000746

1

CELLSITE-15470

-----Original Message-----
**From:**
**Sent:**     Tuesday, October 02, 2007 1:03 PM
**To:**
**Cc:**
**Subject:**

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

Attached is my attempt to separate the                                          b3
from merely                                      matters.   I was feeling strong about   b5
the amendments, until I read                                                       b6
                                                                              Is   b7C
this paragraph the show stopper?  Any suggestions, short of an amended AG Department Order?  I am trying to   b7E
make it easier to support            on WITT matters.

                              Thanks,

<< File: Use of FBI                          wpd >>

-----Original Message-----
**From:**            (OGC) (FBI)
**Sent:**     Tuesday, October 02, 2007 11:31 AM
**To:**
**Cc:**
**Subject:**

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

                                                                              b3
                                                                              b6
                                                                              b7C
                                                                              b7E

H

The AG order is available at                                    (6 one down on the
list)

-----Original Message-----
**From:**
**Sent:**     Tuesday, October 02, 2007 6:13 AM
**To:**
**Cc:**
**Subject:**

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

Hello

Hope all is well.   Would you please e-mail me a copy of
                  regarding the
and the delegated authority to permit          on a case-by-case basis, to assist in
                              I'd like to read "the bible" and see where the MIOG requirements are

2

derived from.   A lot has changed since 1995.   If you don't have it electronically let me know.   If it's short enough, I'll give you a fax number.   If not, you can mail it to to my attention at

Thanks for the help,

b6
b7C
b7E

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 000750

3

CELLSITE-15474

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-28-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | (OGC) (FBI) |
| **Sent:** | Wednesday, October 03, 2007 9:24 AM |
| **To:** | |
| **Cc:** | |
| **Subject:** | |

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Police cooperation case, is as I understand,

b5

**Domestic Police Cooperation** authority is

## 62-3.3 Policy

(1) Upon receipt of requests for investigation from local or state law enforcement agencies involving matters in which there is no FBI jurisdictional interest, the FBI's cooperative role will be limited to the acquisition of records or information from the criminal files of  local or state law enforcement agencies or records of nongovernmental organizations and concerns and other governmental agencies.

(a) Records or information are defined as material normally available to law enforcement agencies which can be obtained without a court order.
(b) When obtaining material outlined above, dissemination authority must be obtained from that agency providing the records/information, when appropriate.
(2) In addition to record gathering and dissemination noted above, the FBI can act in a liaison capacity between local and state law enforcement agencies to facilitate one agency handling the investigative requests of another.
(3) The FBI, on behalf of a local or state law enforcement agency, may verify the location of an individual. No interviews with subjects, suspects, or witnesses should be conducted by Bureau personnel. No extensive efforts are to be expended to locate individuals for  interviews. FBI personnel are to merely verify their whereabouts, such as at a residence address or employment, etc.
(4) Domestic Police Cooperation matters received in the field should be opened on an individual case basis, the subject of the record indexed to the general indices, resulting disclosures recorded in accordance with Privacy Act requirements and maintained in accordance with existing instructions pertaining to the destruction of field office files and records, MAOP, Part II, 2-4.5.
(5) SACs may approve use of FBI resources on behalf of local and state agencies providing such action falls within the above guidelines. No communication need be forwarded to FBIHQ advising of the initiation of a Domestic Police Cooperation investigation.

(6) Name check requests for a review of pertinent information contained in our central records system received by FBIHQ from authorized state and local criminal justice agencies will be | processed by  the|Executive Agencies Dissemination|Unit, Information|Management Division, in accordance with MAOP, Part II,9-3. Completed responses will be returned to the respective field office which covers the territory of the submitting agency for appropriate dissemination.
(7) Domestic Police Cooperation cases are not to be opened in the field for the purpose of conducting foreign inquiries through Interpol. All state and local law enforcement agencies in the United States have direct access to the United States

CELL/OTD 000765

CELLSITE-15475

National Central Bureau (USNCB), Interpol, by mail or via the National Law Enforcement Telecommunications System (NLETS). The USNCB mailing address is: Interpol, U.S. Department of Justice, Washington, D.C. 20530. The NLETS ORI is "DCINTER0/0/."

This authority appears to also be codified by Regulation at 28 CFR 0.85(j)

See also Part I, Section 184-1 Investigative Authority

2) Under DOJ guidelines, the FBI's role in Domestic Police Cooperation, see this manual, Part 1, Section 62, entitled "Domestic Police Cooperation," is

b5

-----Original Message-----
From:
Sent:        Wednesday, October 03, 2007 6:57 AM
To:
Cc:
Subject:

**UNCLASSIFIED**
**NON-RECORD**

b3
b5
b6
b7C
b7E

Thanks for the added info.

Further clarification however is needed on

Thanks,

-----Original Message-----
From:                    (OGC) (FBI)
Sent:        Tuesday, October 02, 2007 3:11 PM
To:
Cc:
Subject:

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

Gentlemen:

CELL/OTD 000766

2

CELLSITE-15476

The issue is, unfortunately, not simply about whether

b3
b5
b7E

So, if the objective is to make it easier to [        ] WITT [        ] matters, then one way would be to

<< File: [        ] pdf >>

OTD is making efforts to clarify and revise the policy and the AG order which if successful should make such assistance less administratively burdensome to provide--so stay tuned.....

**PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL**

Assistant General Counsel
Science & Technology Law Unit
Engineering Research Facility
Bldg. 27958A Room A-207B
Quantico, Va.    22135
Tel:
Fax
Cell

b6
b7C
b7E

SCIENCE & TECHNOLOGY LAW UNIT      -      OFFICE OF THE GENERAL COUNSEL

-----Original Message-----
From:
Sent:          Tuesday, October 02, 2007 1:03 PM
To:
Cc:
Subject:        RE

**UNCLASSIFIED**
**NON-RECORD**

b3
b5
b6
b7C
b7E

Attached is my attempt to separate the [        ] from merely [        ] matters.  I was feeling strong about the amendments, until I read

Is this paragraph the show stopper?   Any suggestions, short of an amended AG Department Order?  I am trying to make it easier to support [        ] WITT [        ]

CELL/OTD 000767

CELLSITE-15477

Thanks,

<< File: Use of FBI_____wpd >>

b3
b6
b7C
b7E

-----Original Message-----
**From:** _____OGC) (FBI)
**Sent:** Tuesday, October 02, 2007 11:31 AM
**To:**
**Cc:**
**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

Hi_____

The AG order is available at_____(6 one down on the list)

-----Original Message-----
**From:** _____
**Sent:** Tuesday, October 02, 2007 6:13 AM
**To:**
**Cc:**
**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

Hello_____

Hope all is well.  Would you please e-mail me a copy of_____ _____ regarding the_____ _____the delegated authority to permit_____on a case-by-case basis, to assist _____I'd like to read "the bible" and see where the MIOG requirements are derived from.   A lot has changed since 1995.   If you don't have it electronically let me know.  If it's short enough, I'll give you a fax number.   If not, you can mail it to to my attention at_____

b3
b6
b7C
b7E

Thanks for the help,

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 000768

CELLSITE-15478

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-26-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:** _____ OGC) (FBI)
**Sent:** Thursday, October 04, 2007 11:04 AM
**To:**
**Cc:**
**Subject:**

b3
b5
b6
b7C
b7E

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

-----Original Message-----
**From:**
**Sent:** Wednesday, October 03, 2007 9:49 AM
**To:**
**Cc:**
**Subject:**

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

Thank you for the added information.    I have a much better understanding of the Domestic Police Cooperation constraints now.

I promise to give you a break if you give me a yes or no answer to:

b3
b5
b6
b7C
b7E

        **Yes  /  No**


            **Sorry for being difficult,**
                **and thanks again,**

-----Original Message-----
**From:** _____ (OGC) (FBI)
**Sent:** Wednesday, October 03, 2007 9:24 AM
**To:**
**Cc:**
**Subject:**

b3
b6
b7C
b7E

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

Police cooperation case, is as I understand

<u>Domestic Police Cooperation</u> authority is

b5

**62-3.3 Policy**

CELL/OTD 000770

CELLSITE-15479

(1) Upon receipt of requests for investigation from local or state law enforcement agencies involving matters in which there is no FBI jurisdictional interest, the FBI's cooperative role will be limited to the acquisition of records or information from the criminal files of  local or state law enforcement agencies or records of nongovernmental organizations and concerns and other governmental agencies.

(a) Records or information are defined as material normally available to law enforcement agencies which can be obtained without a court order.
(b) When obtaining material outlined above, dissemination authority must be obtained from that agency providing the records/information, when appropriate.
(2) In addition to record gathering and dissemination noted above, the FBI can act in a liaison capacity between local and state law enforcement agencies to facilitate one agency handling the investigative requests of another.
(3) The FBI, on behalf of a local or state law enforcement agency, may verify the location of an individual. No interviews with subjects, suspects, or witnesses should be conducted by Bureau personnel. No extensive efforts are to be expended to locate individuals for  interviews. FBI personnel are to merely verify their whereabouts, such as at a residence address or employment, etc.
(4) Domestic Police Cooperation matters received in the field should be opened on an individual case basis, the subject of the record indexed to the general indices, resulting disclosures recorded in accordance with Privacy Act requirements and maintained in accordance with existing instructions pertaining to the destruction of field office files and records, MAOP, Part II, 2-4.5.
(5) SACs may approve use of FBI resources on behalf of local and state agencies providing such action falls within the above guidelines. No communication need be forwarded to FBIHQ advising of the initiation of a Domestic Police Cooperation investigation.

(6) Name check requests for a review of pertinent information contained in our central records system received by FBIHQ from authorized state and local criminal justice agencies will be | processed by  the|Executive Agencies Dissemination|Unit, Information|Management Division, in accordance with MAOP, Part II,9-3. Completed responses will be returned to the respective field office which covers the territory of the submitting agency for appropriate dissemination.
(7) Domestic Police Cooperation cases are not to be opened in the field for the purpose of conducting foreign inquiries through Interpol. All state and local law enforcement agencies in the United States have direct access to the United States National Central Bureau (USNCB), Interpol, by mail or via the National Law Enforcement Telecommunications System (NLETS). The USNCB mailing address is:Interpol, U.S. Department of Justice, Washington, D.C. 20530. The NLETS ORI is "DCINTER0/0/."

This authority appears to also be codified by Regulation at 28 CFR 0.85(j)


See also Part I, Section 184-1 Investigative Authority

2) Under DOJ guidelines, the FBI's role in Domestic Police Cooperation, see this manual, Part 1, Section 62, entitled "Domestic Police Cooperation," is

b5

-----Original Message-----

CELL/OTD 000771

CELLSITE-15480

**From:**
**Sent:**      Wednesday, October 03, 2007 6:57 AM
**To:**
**Cc:**
**Subject:**

**UNCLASSIFIED**
**NON-RECORD**


Thanks for the added info.

    Further clarification however is needed on

b3
b5
b6
b7C
b7E

        Thanks,


    -----Original Message-----
**From:**                          OGC) (FBI)
**Sent:**           Tuesday, October 02, 2007 3:11 PM
**To:**
**Cc:**
**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

b3
b5
b6
b7C
b7E

Gentlemen:

The issue is, unfortunately, not simply about whether

CELL/OTD 000772

CELLSITE-15481

So, if the objective is to make it easier to [        ] WITT [                    ] then one way would be to [                                                    ]

b3
b5
b7E

<< File: [                        ] pdf >>

OTD is making efforts to clarify and revise the policy and the AG order which if successful should make such assistance less administratively burdensome to provide--so stay tuned…..

**PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL**

Assistant General Counsel
Science & Technology Law Unit
Engineering Research Facility
Bldg. 27958A Room A-207B
Quantico, Va.        22135
Tel:
Fax
Cell

b6
b7C
b7E

SCIENCE & TECHNOLOGY LAW UNIT        -        OFFICE OF THE GENERAL COUNSEL

-----Original Message-----
From:
Sent:        Tuesday, October 02, 2007 1:03 PM
To:
Cc:
Subject:

b3
b5
b6
b7C
b7E

UNCLASSIFIED
NON-RECORD

Attached is my attempt to separate the [                            ] from merely [                                        ] matters.   I was feeling strong about the amendments, until I read [                    ]
[                                                                ]
[              ]   Is this paragraph the show stopper?  Any suggestions, short of an amended AG Department Order?  I am trying to make it easier to support [              ] WITT [              ]

Thanks,

<< File: Use of FBI [                        ] wpd >>

-----Original Message-----
From:                    (OGC) (FBI)
Sent:        Tuesday, October 02, 2007 11:31 AM
To:
Cc:
Subject:

b3
b6
b7C
b7E

UNCLASSIFIED
NON-RECORD

CELL/OTD 000773

4

CELLSITE-15482

Hi[____]

The AG order is available at [_____] (6 one down on the list)

-----Original Message-----
**From:**
**Sent:**        Tuesday, October 02, 2007 6:13 AM
**To:**
**Cc:**
**Subject:**

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

b3
b6
b7C
b7E

Hello[____]

Hope all is well.   Would you please e-mail me a copy of[_____] regarding the[_____] and the delegated authority to permit[____] on a case-by-case basis, to assist in[____]

I'd like to read "the bible" and see where the MIOG requirements are derived from.   A lot has changed since 1995.   If you don't have it electronically let me know.  If it's short enough, I'll give you a fax number.   If not, you can mail it to to my attention at[_____]

Thanks for the help,

[____]

<u>**UNCLASSIFIED**</u>

<u>**UNCLASSIFIED**</u>

<u>**UNCLASSIFIED**</u>

<u>**UNCLASSIFIED**</u>

<u>**UNCLASSIFIED**</u>

<u>**UNCLASSIFIED**</u>

<u>**UNCLASSIFIED**</u>

<u>**UNCLASSIFIED**</u>

CELL/OTD 000774

5

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-26-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:**
**Sent:** Monday, October 15, 2007 4:56 PM
**To:**
**Subject:** RE: _____ in Exigent Circumstances

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Looks good. The only thing is : Does  FBIHQ, [    ], need to be cut in like they do for TIIIs.

   -----Original Message-----
   **From:**
   **Sent:** Thursday, October 11, 2007 3:15 PM
   **To:**
   **Cc:**
   **Subject:** _____ in Exigent Circumstances

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

Hey [    ]

   Before we send this out to the office, would you mind reviewing this?   We are just trying to educate our customers on the Exigent Circumstance requirements pertaining to _____  Any corrections or sugestions would be appreciated.

       Thanks,

   << File: September 2007 _____ (Exigent Circumstances).wpd >>

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 000782

1

CELLSITE-15484

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-26-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:**
**Sent:**          Monday, October 15, 2007 5:31 PM
**To:**
**Subject:**          RE:                    in Exigent Circumstances

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Since the Director isn't involved,          probably does not have to be notified.

-----Original Message-----
**From:**
**Sent:**          Thursday, October 11, 2007 3:15 PM
**To:**
**Cc:**
**Subject:**                    in Exigent Circumstances

**UNCLASSIFIED**
**NON-RECORD**

Hey

   Before we send this out to the office, would you mind reviewing this?   We are just trying to educate our customers
on the Exigent Circumstance requirements pertaining to                              Any
corrections or sugestions would be appreciated.

b3
b6
b7C
b7E

             Thanks,

   << File: September 2007          Exigent Circumstances).wpd >>

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 000783

1

CELLSITE-15485

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-26-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:**
**Sent:** Tuesday, October 16, 2007 4:18 PM
**To:**
**Subject:** RE: ____ Case

b3
b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

____ I just went to a class on this.  Unfortunitly ____ requires a PC affidavit for any kind of ____

-----Original Message-----
**From:**
**Sent:** Monday, October 15, 2007 5:59 AM
**To:**
**Cc:**
**Subject:** RE: ____ Case

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Hey ____

b3
b6
b7C
b7E

Good to see you working again.   Just a few reminders: You may want to address the ____

____ you may need a PC order.   However, if you are not familiar with ____

____ Just reminders,  not trying to get in your business.  We are merely humble ____

Take care,

-----Original Message-----
**From:**
**Sent:** Friday, October 12, 2007 2:21 PM
**To:**
**Cc:**
**Subject:** ____ Case

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

____ and I spent the day talking about the ____ case and we have determined a course of action.  The plan is to go up on a wire on either ____ This wire will be used to then spin up to ____ We will be concentrating our efforts on getting a "dirty call" on either ____ it does not matter which one.  We are expecting to be up on the first wire in approximately 30 days after the first dirty call (OEO is requiring 21 days for PC reasons).

Current Efforts
• We have requested ____
____.  These subscribers will be used to get immediate Pen Registers.

CELL/OTD 000785

CELLSITE-15486

- We requested activation of a pen register on ⬚ home number.  We have the order, but the installation requires⬚
- We are going to request to ⬚ on ⬚ We are waiting for him to put⬚

What we need at this time.
- We need someone, preferable ⬚ actively working the pen register subscriber information. This was our largest roadblock in the last TIII.

b3
b6
b7C
b7E

⬚

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 000786

2

CELLSITE-15487

(OTD) (FBI)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-26-2012 BY 65179 DMH/STW

**From:**                  (IR) (FBI)
**Sent:**           Thursday, October 18, 2007 9:20 AM
**To:**
**Subject:**      RE: November 7-8,        of StingRay

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

Thanks,

-----Original Message-----
**From:**
**Sent:**          Thursday, October 18, 2007 3:45 AM
**To:**
**Cc:**
**Subject:**      November 7-8,        of StingRay

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

Gents,

        from the Harris Corp has confirmed that they will be able to join us in various       StingRay on November 7th and 8th at       We are still waiting for the StingRay       It should be done on time.   If      goes well, Harris will leave us with the      for further testing and use.   This project is being undertaken by direction of    "Maybe he thinks we'll need

        Please e-mail me with the         we may be using, so I can send the info to Harris.   This will allow them to       to feed our needs.

        We know you will be short handed.   If anyone of your team is available please join us.  If not, we'll conduct the      and provide you with the results.

                Thanks,

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 000787

CELLSITE-15488

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-26-2012 BY 65179 DMH/STW

_____ **(OTD) (FBI)**

| | |
|---|---|
| **From:** | _____ (OGC) (FBI) |
| **Sent:** | Tuesday, October 23, 2007 2:36 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | RE:_____ in Exigent Circumstances |
| **Importance:** | High |

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

September 2007
_____ Exig...

_____

Sorry for the delay--I was unexpectedly out of the office for a couple of weeks.   I have made some suggested edits to your summary attached --viewable in document/reviewer mode.   Most significantly is the distinction that

b3
b5
b7E

_____

-----Original Message-----

| | |
|---|---|
| **From:** | _____ |
| **Sent:** | Thursday, October 11, 2007 3:07 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | _____ in Exigent Circumstances |

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Hello_____

   If you have a moment would you please review the attached one page document?  Our office and_____always seem to have trouble in dealing with Exigent Circumstance matters.  Any suggestions or clarifications would be appreciated.

      Thanks,
                  _____

  << File: September 2007_____(Exigent Circumstances).wpd >>

*CELL/OTD 000788*

1

CELLSITE-15489

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-26-2012 BY 65179 DMH/STW

☐ (OTD) (FBI)

**From:** ☐ (ITB) (FBI)
**Sent:** Wednesday, October 24, 2007 8:39 AM
**To:** ☐ (OTD) (FBI)
**Subject:** FW: ☐ in Exigent Circumstances

**Importance:** High

**UNCLASSIFIED**
**NON-RECORD**

Please review her changes and let me know if this is good to go. ☐

b3
b6
b7C
b7E

☐

-----Original Message-----
**From:** ☐ (OGC) (FBI)
**Sent:** Tuesday, October 23, 2007 2:36 PM
**To:** ☐
**Cc:** ☐
**Subject:** RE: ☐ in Exigent Circumstances
**Importance:** High

b3
b5
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**



September 2007
☐ (Exig...

☐

Sorry for the delay--I was unexpectedly out of the office for a couple of weeks.   I have made some suggested edits to
your summary attached --viewable in document/reviewer mode.   Most significantly is the distinction that ☐

☐

CELL/OTD 000793 CELLSITE-15492

-----Original Message-----
**From:**
**Sent:** Thursday, October 11, 2007 3:07 PM
**To:**
**Cc:**
**Subject:** [ ] In Exigent Circumstances

**UNDERLINED:**
**UNCLASSIFIED**
**NON-RECORD**


Hello[ ]

    If you have a moment would you please review the attached one page document?  Our office and[ ]always seem to have trouble in dealing with Exigent Circumstance matters.  Any suggestions or clarifications would be appreciated.

          Thanks,

<< File: September 2007 [ ] (Exigent Circumstances).wpd >>


**UNCLASSIFIED**


**UNCLASSIFIED**


**UNCLASSIFIED**

b3
b6
b7C
b7E

CELL/OTD 000794

2

CELLSITE-15493

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-26-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:**                    (OTD) (FBI)
**Sent:**     Thursday, October 25, 2007 10:51 AM
**To:**

**Cc:**
**Subject:**                         User Alerts

b3
b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

The following is a list of items that were discovered and is documented for your
benefits. This is also posted on the WITT website.

b3
b7E

CELLSITE-15496

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-26-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:**             (OTD) (FBI)
**Sent:**   Thursday, October 25, 2007 2:54 PM
**To:**

b6
b7C
b7E

CELL/OTD 000799
CELLSITE-15498

**To:**

b3
b7E

**Subject:**            FW: WITT Technical Operations Alert

**Follow Up Flag:**      Follow up
**Flag Status:**         Flagged

<u>**SENSITIVE BUT UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

CELL/OTD 000801

CELLSITE-15500

-----Original Message-----
**From:**                    (OTD) (CON)
**Sent:**        Thursday, October 25, 2007 2:21 PM
**To:**
**Cc:**
**Subject:**        FW: WITT Technical Operations Alert

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**


Hi
Would you please pass the following information on to each field office _____ is that is all we can do):

Wireless Intercept and Tracking Team Alerts:

_____ WITT _____

(2) The latest iDEN _____     b3
_____ Currently the iDEN _____ StingRay and the _____ is not     b6
supported                                                                                            b7C
                                                                                                     b7E
Remember to check the WITT website often for product and troubleshooting information.  Click here:


Thanks_____ -b

_____
_____ Consultant
Retired FBI SSA, 1984-2006
Tracking Technology Unit
Federal Bureau of Investigation
_____ Office
_____ Cell


**SENSITIVE BUT UNCLASSIFIED**


**SENSITIVE BUT UNCLASSIFIED**


CELL/OTD 000802

4

CELLSITE-15501

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-26-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | |
| **Sent:** | Friday, October 26, 2007 2:19 PM |
| **To:** | |
| **Subject:** | FW: WITT Technical Operations Alert |

b3
b6
b7C
b7E

**Follow Up Flag:**   Follow up
**Flag Status:**   Flagged

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

-----Original Message-----
**From:**                      (OTD) (CON)
**Sent:**          Thursday, October 25, 2007 2:54 PM
**To:**

b6
b7C
b7E

CELL/OTD 000807

CELLSITE-15502

b3
b6
b7C
b7E

**Subject:**        FW: WITT Technical Operations Alert

CELL/OTD 000808
CELLSITE-15503

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**


-----Original Message-----
**From:** ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚(OTD) (CON)
**Sent:** Thursday, October 25, 2007 2:21 PM
**To:**
**Cc:**
**Subject:** FW: WITT Technical Operations Alert

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**


Hi⬚⬚⬚⬚
Would you please pass the following information on to each field office ⬚⬚⬚⬚⬚⬚⬚s that is all we can do):

Wireless Intercept and Tracking Team Alerts:

⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚WITT⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

b3
b6
b7C
b7E

Remember to check the WITT website often for product and troubleshooting information.  Click here:

Thanks⬚⬚⬚ -b


⬚⬚⬚⬚ Consultant
Retired FBI SSA, 1984-2006
Tracking Technology Unit
Federal Bureau of Investigation
⬚⬚⬚⬚ - Office
⬚⬚⬚⬚ - Cell


**SENSITIVE BUT UNCLASSIFIED**


**SENSITIVE BUT UNCLASSIFIED**


**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 000809
CELLSITE-15504

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-26-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:**
**Sent:**       Friday, October 26, 2007 2:43 PM
**To:**
**Subject:**    RE: November 7-8,                    StingRay

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Be sure to have the appropriate      paperwork completed.   Many considerations such as

          -----Original Message-----
**From:**
**Sent:**       Thursday, October 18, 2007 3:45 AM
**To:**

**Cc:**
**Subject:**    November 7-8,                 StingRay

**UNCLASSIFIED**
**NON-RECORD**

Gents,

          from the Harris Corp has confirmed that they will be able to join us in various              StingRay
on November 7th and 8th at                    We are still waiting for the StingRay
                            It should be done on time.   If            goes well, Harris will leave us with the
                            for further testing and use.   This project is being undertaken by direction of           "Maybe
he thinks we'll need

b3
b6
b7C
b7E

     Please e-mail me with the                                    we may be using, so I can send the info
to Harris.   This will allow them to                              to feed our needs.

     We know you will be short handed.   If anyone of your team is available please join us.   If not, we'll conduct the
          and provide you with the results.

                    Thanks,

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 000810

CELLSITE-15505

~~SECRET~~

CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-12-2037

_____ (OTD) (FBI)

**From:**          _____ (OTD) (FBI)
**Sent:**          Tuesday, January 11, 2011 6:51 AM
**To:**            _____
**Subject:**       FW: Field Request _____ Request

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET//NOFORN~~
~~RECORD 268-HQ-1068430~~

b1
b3
b6
b7C
b7E

~~(S)~~

|  |
|--|
|  |

**From:**          _____ (OTD) (FBI)
**Sent:**          Monday, January 10, 2011 11:36 AM
**To:**            _____
**Cc:**
**Subject:**       RE: Field Request _____ Request

b3
b6
b7C
b7E

~~UNCLASSIFIED~~
~~NON-RECORD~~

Thanks

**From:**          _____ (OTD) (FBI)
**Sent:**          Monday, January 10, 2011 11:34 AM
**To:**            _____ (OTD) (FBI)
**Subject:**       FW: Field Request _____ Request

~~UNCLASSIFIED~~
~~NON-RECORD~~

See below

*SSA* _____
*Unit Chief*
*Tracking Technology Unit*
*Operational Technology Division*

**From:**          _____ (OTD) (CON)
**Sent:**          Monday, January 10, 2011 11:28 AM
**To:**            _____
**Subject:**       RE: Field Request _____ Request

~~UNCLASSIFIED~~
~~NON-RECORD~~

~~SECRET~~

CELL/OTD 000840

1

~~SECRET~~

This is being handled by [redacted] is being submitted

| | |
|---|---|
| **From:** | [redacted] (OTD) (FBI) |
| **Sent:** | Monday, January 10, 2011 10:27 AM |
| **To:** | [redacted] |
| **Subject:** | FW: Field Request [redacted] Request |
| **Importance:** | High |

~~UNCLASSIFIED~~
~~NON-RECORD~~

b3
b6
b7C
b7E

Do we have anything that meets the need

*SSA* [redacted]
*Unit Chief*
*Tracking Technology Unit*
*Operational Technology Division*

[redacted]

| | |
|---|---|
| **From:** | [redacted] (OTD) (FBI) |
| **Sent:** | Monday, January 10, 2011 10:09 AM |
| **To:** | |

b6
b7C
b7E

~~SECRET~~   2

CELL/OTD 000841   CELLSITE-15507

b3
b6
b7C
b7E

**Cc:**
**Subject:**     FW: Field Request _____ Request

~~UNCLASSIFIED~~
~~NON-RECORD~~

**From:**
**Sent:**      Friday, January 07, 2011 3:02 PM
**To:**                        (OTD) (FBI)
**Subject:**   Field Request

Hi ____ ,

I was wondering if you could please forward to the _____

b3
b6
b7C
b7E

Thanks,

I was wondering if you could please forward to the

____ is looking to borrow a _____ As always, turnaround is short.....

Thanks in advance,

~~UNCLASSIFIED~~      ~~SECRET~~

CELL/OTD 000843

4

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20360111
SECRET//NOFORN

SECRET



CELL/OTD 000844

CELLSITE-15510

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-26-2012 BY 65179 DMH/STW

**[ ] (OTD) (FBI)**

**From:** [ ] (OTD) (CON)
**Sent:** Thursday, August 25, 2011 8:49 AM
**To:** [ ] (OTD) (FBI)
**Subject:** FW: [ ] -- UNCLASSIFIED

Classification: UNCLASSIFIED
=======================================================

**From:** [ ] (OTD) (FBI)
**Sent:** Wednesday, August 24, 2011 4:48 PM
**To:** [ ]
**Cc:** [ ]
**Subject:** FW: [ ]: UNCLASSIFIED

b3
b6
b7C
b7E

Classification: UNCLASSIFIED
=======================================================

[ ]

Can someone buy [ ] and have it sent/shipped to [ ]
[ ]

**From:** [ ]
**Sent:** Tuesday, August 23, 2011 10:11 AM
**To:** [ ]
**Cc:** [ ]
**Subject:** RE: [ ] --- UNCLASSIFIED

Classification: UNCLASSIFIED
=======================================================

b3
b6
b7C
b7E

It's a [ ] Looks like [ ] may have it for [ ] if you want to
use a credit card.   Let me know.   Thanks.

**From:** [ ] (OTD) (CON)
**Sent:** Tuesday, August 23, 2011 6:41 AM
**To:** [ ]
**Cc:** [ ]
**Subject:** RE: [ ] --- UNCLASSIFIED

Classification: UNCLASSIFIED
=======================================================

CELL/OTD 000845

CELLSITE-15511

Hey ▮

Can you give us the make/model and how many ▮▮▮▮▮ As much information that is on the label ▮▮▮ would help us determine a replacement. ▮▮▮ said we are still identifying funds to get the ▮▮▮

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, August 19, 2011 6:37 PM
**To:** ▮
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: ▮▮▮ --- UNCLASSIFIED

b3
b6
b7C
b7E

Classification: UNCLASSIFIED
=======================================================
Hey ▮▮ What does it look like for a new ▮▮▮▮ We are basically dead in the water right now for WITT, and with the ▮▮▮▮ coming up, we want to get the ▮▮▮▮ ready to go. Please let me know if you need anything else from me. Thanks!

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, August 17, 2011 1:12 PM
**To:** ▮
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: ▮▮▮ --- UNCLASSIFIED

b3
b6
b7C
b7E

Classification: UNCLASSIFIED
=======================================================
▮▮▮ I believe the ▮▮▮▮ could be a contributing issue or the main issue- we had only ▮▮▮▮▮ for about ▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
When I noticed the ▮▮▮▮▮▮ late yesterday, I noted in my ▮▮ request that we probably need a new ▮▮▮ as well. If you guys want to send us a ▮▮▮ and hold off on ordering a new ▮▮▮ we can give that a shot first. Thanks. ▮▮▮

**From:** ▮▮▮▮▮▮▮▮▮ (OTD) (CON)
**Sent:** Wednesday, August 17, 2011 8:37 AM
**To:** ▮
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** ▮▮▮ -- UNCLASSIFIED

b3
b6
b7C
b7E

Classification: UNCLASSIFIED
=======================================================

Hey ▮▮▮
▮▮ wanted me to check a couple of things with you before we order and ship another ▮▮▮ He wanted me to ask you if your ▮▮▮▮▮ He said in order to see the ▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮ If your ▮▮ keeps ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮ then we'll know for sure that you need a ▮▮▮▮▮▮

2

```
====================================================
Classification: UNCLASSIFIED

====================================================
Classification: UNCLASSIFIED

====================================================
Classification: UNCLASSIFIED

====================================================
Classification: UNCLASSIFIED

====================================================
Classification: UNCLASSIFIED

====================================================
Classification: UNCLASSIFIED

====================================================
Classification: UNCLASSIFIED
```

CELL/OTD 000847

CELLSITE-15513

CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-05-2037

**(OTD) (FBI)**

From:
Sent:          Tuesday, August 14, 2007 6:57 PM
To:

Cc:

(S)  Subject:

b1
b3
b6
b7C
b7E

~~SECRET~~
~~RECORD 268-HQ-1068430~~

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(S)

b1
b3
b7E

CELL/OTD

CELLSITE-15514

(S)

b1
b3
b7E
b6
b7C

Good luck...

DERIVED FROM: G-3 FBI Classification Guide G-3, dated 1/97, Foreign Counterintelligence Investigations
DECLASSIFY ON: 20170814
SECRET

SECRET

CELL/OTD 000852

CELLSITE-15515

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-26-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:** (OTD) (FBI)
**Sent:** Monday, September 17, 2007 9:41 AM
**To:**
**Cc:**
**Subject:** RE: Equipment

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

This is the _____ I dropped off the first time I came up there to _____ windth and length.
This is the _____ you were going to check to see if it works with the _____ and could enable you to _____

-----Original Message-----
**From:**
**Sent:** Monday, September 17, 2007 6:38 AM
**To:**
**Cc:**
**Subject:** RE: Equipment

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

I haven't picked one up.   Let me see if _____ transferred one to us.

Did you transfer to us an _____

-----Original Message-----
**From:**
**Sent:** Thursday, September 06, 2007 2:15 PM
**To:**
**Subject:** FW: Equipment

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

This sounds like the _____?

-----Original Message-----
**From:**

CELL/OTD 000910

1

**Sent:** Thursday, September 06, 2007 10:32 AM
**To:**
**Subject:** Equipment

**UNCLASSIFIED**
**NON-RECORD**

Hey

Do you have this item?

Thanks,

x4177

b3
b6
b7C
b7E

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 000911

2

CELLSITE-15517

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-26-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:** (OTD) (FBI)
**Sent:** Friday, September 28, 2007 4:25 PM
**To:**
**Subject:** Your

**UNDERLINE UNCLASSIFIED**
**UNDERLINE NON-RECORD**

b3
b6
b7C
b7E

Your                                        verified, and are ready.
However the one            that we have is not available.
Thus if you need                        you have to use your
If the                                    we can configure the
Let us know.

**UNCLASSIFIED**

CELL/OTD 000912

CELLSITE-15518

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-27-2012 BY 65179 DMH/STW

_____ **(OTD) (FBI)**

**From:** _____ (OTD) (FBI)
**Sent:** Monday, October 01, 2007 10:00 AM
**To:** _____ (OTD) (FBI)
**Subject:** RE: Your _____

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

The _____
No _____ was needed on the _____
_____ were performed on the _____ as required to correct the _____ issue.
Whichever _____ you will be using, you will need to _____ In addition to this
requirement, you will need to _____ I have talked to and requested
_____ for this _____ last Friday but I am still waiting for the delivery of this
_____ I will _____ directly rather than hanging on the _____ I called
_____ on his cell phone and left him a message that he can pick the _____

-----Original Message-----
**From:** _____
**Sent:** Monday, October 01, 2007 5:49 AM
**To:** _____
**Subject:** RE: Your _____

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

Thanks _____

I will determine which ___ we will use _____ and bring it down when I pick up the _____

Thanks again,

P.S.  The _____ right?

-----Original Message-----
**From:** _____ (OTD) (FBI)
**Sent:** Friday, September 28, 2007 4:25 PM
**To:** _____
**Subject:** Your _____

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

Your _____ verified, and are ready.
However the one _____ that we have is not available.
Thus if you need _____ you have to use your _____
If the _____ we can configure the _____

Let us know.

_____

**UNCLASSIFIED**

CELL/OTD 000913

CELLSITE-15519

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 000914

CELLSITE-15520

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-27-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:**
**Sent:** Monday, September 24, 2007 2:58 PM
**To:**
**Cc:**
**Subject:** (OTD) (FBI)
RE: Stingray [        ] problems

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

I had one other issue with the [        ]. After the [        ]

Harris

Apparently the [        ] doesn't always [        ]

-----Original Message-----
**From:**
**Sent:** Thursday, September 20, 2007 4:28 PM
**To:**
**Cc:**
**Subject:** [        ] problems

b3
b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

I ended up not sending our Stingray back to Harris to troubleshoot the [        ] problem we were having.  I now have it working.  The problem appears to be that our [        ] and the new Stingray software now seems to be working.  I informed [        ] of this solution and I thought you guys might like to know as well.  Our [        ] and I assume other Divisions should as well.

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 000915

1

**(OTD) (FBI)**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-27-2012 BY 65179 DMH/STW

**From:**
**Sent:** Wednesday, September 19, 2007 3:02 PM
**To:** (OTD) (FBI)
**Subject:** power supply

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

this is the power supply that          stated that we had to have                I bought mine online through

**UNCLASSIFIED**

CELL/OTD 000916

CELLSITE-15522

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-28-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | _____ (OGC) (FBI) |
| **Sent:** | Friday, March 16, 2007 9:04 AM |
| **To:** | |
| **Cc:** | |
| **Subject:** | |
| **Attachments:** | PRTT unknown Aug 16 2006.doc |

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Attached is a sample for a PR/TT to use WITT_____  I'm happy to speak with the AUSA.

b3
b5
b7E

WITT

WITT

**PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL**

b6
b7C

CELL/OTD 000918

1

CELLSITE-15523

Assistant General Counsel
Science & Technology Law Unit
Engineering Research Facility
Bldg. 27958A Room A-207B
Quantico, Va.  22135
Tel:
Fax
Cell

SCIENCE & TECHNOLOGY LAW UNIT  -  OFFICE OF THE GENERAL COUNSEL

-----Original Message-----
**From:**
**Sent:** Friday, March 16, 2007 6:50 AM
**To:**
**Cc:**
**Subject:** FW:

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

b3
b6
b7C
b7E

Hey

    I hope all is well.   I previously provided        with your pony Pen/2703D Order for utilizing           (WITT)
              to determine if                                        The AUSA apparently
does not feel comfortable with this order and has suggested a search warrant.   Would you mind speaking to the
AUSA directly, so that we can                                                                              
              I would think we could use a "search" or "seizure" warrant as long as we were careful on
our verbage.    I'll get the AUSA's contact info if you like.

            Thanks,

-----Original Message-----
**From:**
**Sent:** Thursday, March 15, 2007 4:26 PM
**To:**
**Subject:** RE:

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

b3
b6
b7C
b7E

My AUSA felt that we should get a search warrant since we didn't have any info that

Can we use the same technology as part of a search warrant?

-----Original Message-----
**From:**
**Sent:** Thursday, March 15, 2007 10:13 AM

2

CELL/OTD 000919

**To:**
**Cc:**
**Subject:** RE:

UNDERLINE UNCLASSIFIED
NON-RECORD

Hey just checking in.

Are we still planning on the                              ?

Thanks,

-----Original Message-----
**From:**
**Sent:** Wednesday, February 21, 2007 5:46 PM
**To:**
**Subject:** FW:

UNCLASSIFIED
NON-RECORD

I am on          and my boss has talked with you about stingray (see below).  We used your affidavit and sent it to our AUSA in          They have been looking at it and I was told that I may be missing some statutory references.  Have you guys ever gotten one of these through
If yes, do you recall the AUSA's name?  If they haven't, I am going to give them
name and number so we can figure this thing out.

Thanks

-----Original Message-----
**From:**
**Sent:** Tuesday, January 30, 2007 3:13 PM
**To:**
**Subject:** FW:

UNCLASSIFIED
NON-RECORD

Per our discussion, the "pen" order for using          et al. to          ...
-----Original Message-----
**From:**
**Sent:** Tuesday, January 30, 2007 3:02 PM
**To:**
**Cc:**
**Subject:** FW:

UNCLASSIFIED
NON-RECORD

b3
b6
b7C
b7E

3

CELL/OTD 000020

CELLSITE-15525

SSA ☐

 As per our phone conversation yesterday, the second attachment "stingray" would be the appropriate pony.  This document has been provided by ☐ bf OGC.   Once the "pen order" has been signed by the judge, please route it and the ☐ to your SAC and CDC ☐ for approval and then provide it to ☐ Please place my name on the ☐ ☐ so SSA ☐ knows to assign it to me.   If you provide me with the ☐ I can ☐ prior to ☐

 I am assuming that your case agent has already subpoenad each of the ☐ to see if your ☐ Just checking!

b3
b6
b7C
b7E

 Thanks,

 ☐

-----Original Message-----
**From:** ☐ (OGC) (FBI)
**Sent:** Monday, November 14, 2005 1:15 PM
**To:** ☐

**Cc:** ☐
**Subject:** RE: ☐

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Attached is a copy of a DRAFT application and order to authorize WITT ☐  Also is a DRAFT app/order for a combined Pen & 2703(d) order that incorporates authority for use of WITT ☐ as well as to ☐

 -----Original Message-----
 **From:** ☐ (OGC) (FBI)
 **Sent:** Monday, November 14, 2005 11:57 AM
 **To:** ☐

 **Cc:** ☐
 **Subject:** RE: ☐

 **UNCLASSIFIED**
 **NON-RECORD**

b3
b6
b7C
b7E

 The attached includes some edits (use document/reviewer to see changes).

 PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL

 ☐
 Assistant General Counsel
 Science & Technology Law Unit
 Engineering Research Facility
 Bldg. 27958A Room A-207B
 Quantico, Va.  22135
 Tel: ☐
 Fax ☐
 pager ☐

 SCIENCE & TECHNOLOGY LAW UNIT  -  OFFICE OF THE GENERAL COUNSEL

*CELL/OTD 000921*     CELLSITE-15526

-----Original Message-----
**From:** 
**Sent:** Monday, November 07, 2005 8:49 PM
**To:** 

**Cc:** 
**Subject:** FW: 

**UNCLASSIFIED**
**NON-RECORD**

We would like to make this document [____] policy ASAP.  This is our latest draft after [____] provided some input earlier. Please provide legal guidance to ensure we have drafted an appropriate SOP for exigent circumstances. [____]

b3
b6
b7C
b7E

-----Original Message-----
**From:** 
**Sent:** Tuesday, October 25, 2005 4:05 PM
**To:** 

**Cc:** 
**Subject:** 

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

    Please review and provide feedback.   We truly need to improve our response time to an "Exigent Circumstance" [_____] situation.   I think an SOP would be a big help.


       Thank you,


**UNCLASSIFIED**


**UNCLASSIFIED**


**UNCLASSIFIED**

*CELL/OTD 000922*

5

CELLSITE-15527

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

CELL/OTD 000923

CELLSITE-15528

**(OTD) (FBI)**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-27-2012 BY 65179 DMH/STW

**From:**
**Sent:** (OGC) (FBI)
Friday, March 16, 2007 12:46 PM
**To:**
**Cc:**

**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

b3
b5
b6
b7C
b7E

obviously my opinion is not necessarily shared by other attorneys, but

-----Original Message-----
**From:**
**Sent:** Friday, March 16, 2007 11:20 AM
**To:**
**Cc:**

**Subject:** RE:

b3
b5
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

I appreciate all your efforts in this matter.  I truly see both arguments.  However,

Thanks again,

**Please provide** with the AUSA's name and phone number so they can work this matter out.

Thanks,

CELL/OTD 000933

CELLSITE-15538

1

-----Original Message-----
**From:** [                    ](OGC) (FBI)
**Sent:** Friday, March 16, 2007 8:04 AM
**To:**
**Cc:**

**Subject:** RE: [                    ]

**UNCLASSIFIED**
**NON-RECORD**

[          ]

Attached is a sample for a PR/TT to use WITT [                    ] I'm happy to speak
with the AUSA.

b3
b6
b7C
b7E

b3
b5
b7E

WITT

WITT

2

CELL/OTD 000934   CELLSITE-15539

**PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL**

Assistant General Counsel
Science & Technology Law Unit
Engineering Research Facility
Bldg. 27958A Room A-207B
Quantico, Va.  22135
Tel:
Fax
Cel

SCIENCE & TECHNOLOGY LAW UNIT  -  OFFICE OF THE GENERAL COUNSEL

-----Original Message-----
**From:**
**Sent:** Friday, March 16, 2007 6:50 AM
**To:**
**Cc:**

**Subject:** FW:

b3
b6
b7C
b7E

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

Hey

I hope all is well.   I previously provided _____ with your pony Pen/2703D Order for utilizing _____ (WITT)   The AUSA apparently does not feel comfortable with this order and has suggested a search warrant.   Would you mind speaking to the AUSA directly

_____ I would think we could use a "search" or "seizure" warrant as long as we were careful on our verbage.   I'll get the AUSA's contact info if you like.

Thanks,

-----Original Message-----
**From:**
**Sent:** Thursday, March 15, 2007 4:26 PM
**To:**
**Subject:** RE:

b3
b6
b7C
b7E

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

My AUSA felt that we should get a search warrant since we didn't have any info that

Can we use the same technology as part of a search warrant?

3

CELL/OTD 000935

CELLSITE-15540

-----Original Message-----
**From:**
**Sent:** Thursday, March 15, 2007 10:13 AM
**To:**
**Cc:**

**Subject:** RE:

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Hey just checking in.

Are we still planning on the                                    ?

Thanks,

-----Original Message-----
**From:**
**Sent:** Wednesday, February 21, 2007 5:46 PM
**To:**
**Subject:** FW:

**UNCLASSIFIED**
**NON-RECORD**

I am on        and my boss has talked with you about stingray (see below).  We    b3
used your affidavit and sent it to our AUSA in           They have been looking at    b6
it and I was told that I may be missing some statutory references.  Have you guys
ever gotten one of these through          If yes, do you recall the AUSA's    b7C
name?  If they haven't, I am going to give them              name and number    b7E
so we can figure this thing out.

Thanks

-----Original Message-----
**From**
**Sent:** Tuesday, January 30, 2007 3:13 PM
**To**
**Subject:** FW:

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

Per our discussion, the "pen" order for using              et al. to

CELL/OTD 000936
CELLSITE-15541

-----Original Message-----
**From:**
**Sent:** Tuesday, January 30, 2007 3:02 PM
**To:**
**Cc:**
**Subject:** FW:

UNDERLINED: UNCLASSIFIED
NON-RECORD

SSA

As per our phone conversation yesterday, the second attachment "stingray" would be the appropriate pony.  This document has been provided by _____ of OGC.   Once the "pen order" has been signed by the judge, please route it and the _____ to your SAC and CDC _____ for approval and then provide it to _____  Please place my name on the _____ so SSA _____ knows to assign it to me.   If you provide me with the _____ I can _____ knows prior to _____

b3
b6
b7C
b7E

I am assuming that your case agent has already subpoenad each of the _____ to see if your _____ Just checking!

Thanks,

-----Original Message-----
**From:** _____ (OGC) (FBI)
**Sent:** Monday, November 14, 2005 1:15 PM
**To:**
**Cc:**
**Subject:** RE:

b3
b6
b7C
b7E

UNDERLINED: UNCLASSIFIED
NON-RECORD

Attached is a copy of a DRAFT application and order to authorize WITT _____   Also is a DRAFT app/order for a combined Pen & 2703(d) order that incorporates authority for use of WITT _____ as well as to _____

-----Original Message-----
**From:** _____ (OGC) (FBI)
**Sent:** Monday, November 14, 2005 11:57 AM
**To:**
**Cc:**
**Subject:** RE:

UNCLASSIFIED
NON-RECORD

The attached includes some edits (use document/reviewer to see changes).

5

CELL/OTD 000937
CELLSITE-15542

PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE
OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL

Assistant General Counsel
Science & Technology Law Unit
Engineering Research Facility
Bldg. 27958A Room A-207B
Quantico, Va.  22135
Tel:
Fax
pager

b6
b7C
b7E

SCIENCE & TECHNOLOGY LAW UNIT  -  OFFICE OF THE GENERAL
COUNSEL

-----Original Message-----
**From:**
**Sent:** Monday, November 07, 2005 8:49 PM
**To:**

**Cc:**

**Subject:** FW:

**UNCLASSIFIED**
**NON-RECORD**

We would like to make this document          policy ASAP.  This is
our latest draft after          provided some input earlier. Please
provide legal guidance to ensure we have drafted an appropriate
SOP for exigent circumstances.

b3
b6
b7C
b7E

-----Original Message-----
**From:**
**Sent:** Tuesday, October 25, 2005 4:05 PM
**To:**

**Cc:**

**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

Please review and provide feedback.   We truly need to
improve our response time to an "Exigent Circumstance"
situation.    I think an SOP would be a big help.

b3
b6
b7C
b7E

CELL/OTD 000938

CELLSITE-15543

Thank you,

b6
b7C

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 000939

CELLSITE-15544

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-27-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:**
**Sent:** Monday, March 19, 2007 10:47 AM
**To:**
**Cc:**

**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

Yes I have heard of the SOP _____ is referencing.  In previous legal presentation this was presented and suggested in a case of this nature that

However, it was always suggested and presented to WITT to way on the side of caution.  I think I can provide you with some of these presentations if you would like.  Please give me a call. thanks

b3
b5
b6
b7C
b7E

_Wireless Intercept Tracking Team (WITT),_

-----Original Message-----
**From:**
**Sent:** Friday, March 16, 2007 12:24 PM
**To:**
**Cc:**
**Subject:** RE:

**UNCLASSIFIED**
**NON-RECORD**

b3
b5
b6
b7C
b7E

I fully understand, however,                                                                    WITT

Please do not misconstrue my dialog with you.  I appreciate the legal concerns and want our office to **fully comply.**   However, as you well know I have never felt comfortable with the Bureau's lack of guidance in this matter.   This unofficial, non written SOP is extremely problematic.

I have never heard of this SOP.   Can you shed light on this?

Thanks,

CELL/OTD 000949

1

-----Original Message-----
**From:** _____ (OGC) (FBI)
**Sent:** Friday, March 16, 2007 11:46 AM
**To:**
**Cc:**

**Subject:** RE: _____

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

b3
b5
b6
b7C
b7E

obviously my opinion is not necessarily shared by other attorneys, but

-----Original Message-----
**From:**
**Sent:** Friday, March 16, 2007 11:20 AM
**To:**
**Cc:**

**Subject:** RE _____

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

b3
b5
b6
b7C
b7E

I appreciate all your efforts in this matter.  I truly see both arguments.  However,

Thanks again,

**Please provide** _____ **with the AUSA's name and phone number so they can work this matter out.**

Thanks,

CELL/OTD 000950

CELLSITE-15546

-----Original Message-----
**From:**
**Sent:** Friday, March 16, 2007 8:04 AM
**To:**
**Cc:**

**Subject:** RE:

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Attached is a sample for a PR/TT to use WITT                    I'm
happy to speak with the AUSA.

b3
b5
b7E

WITT

WITT

**PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL**

b3
b5
b6
b7C
b7E

Assistant General Counsel
Science & Technology Law Unit
Engineering Research Facility
Bldg. 27958A Room A-207B
Quantico, Va.  22135
Tel:
Fax
Cell

SCIENCE & TECHNOLOGY LAW UNIT  -  OFFICE OF THE GENERAL COUNSEL

-----Original Message-----
**From:**
**Sent:** Friday, March 16, 2007 6:50 AM
**To:**
**Cc:**

**Subject:** FW:

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

Hey

   I hope all is well.   I previously provided        with your pony Pen/2703D Order for utilizing                    WITT)                                                  The AUSA apparently does not feel comfortable with this order and has suggested a search warrant.   Would you mind speaking to the AUSA directly.                                                                  I would think we could use a "search" or "seizure" warrant as long as we were careful on our verbage.    I'll get the AUSA's contact info if you like.

b3
b6
b7C
b7E

           Thanks,


-----Original Message-----
**From**
**Sent:** Thursday, March 15, 2007 4:26 PM
**To:**
**Subject:** RE:

b3
b6
b7C
b7E

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

My AUSA felt that we should get a search warrant since we didn't have any info that

Can we use the same technology as part of a search warrant?

-----Original Message-----
**From:**
**Sent:** Thursday, March 15, 2007 10:13 AM
**To:**
**Cc:**

**Subject:** RE:

**UNCLASSIFIED**
**NON-RECORD**

Hey just checking in.

Are we still planning on the

Thanks,

-----Original Message-----
**From:**
**Sent:** Wednesday, February 21, 2007 5:46 PM
**To:**
**Subject:** FW:

**UNCLASSIFIED**
**NON-RECORD**

I am on        and my boss has talked with you about stingray (see below).  We used your affidavit and sent it to our AUSA in        They have been looking at it and I was told that I may be missing some statutory references.  Have you guys ever gotten one of these through        If yes, do you recall the AUSA's name?  If they haven't, I am going to give them        name and number so we can figure this thing out.

Thanks

-----Original Message-----
**From:**
**Sent:** Tuesday, January 30, 2007 3:13 PM
**To:**
**Subject:** FW:

b3
b6
b7C
b7E

CELL/OTD 000953

CELLSITE-15549

**UNCLASSIFIED**
**NON-RECORD**

Per our discussion, the "pen" order for using [_____] et al. to[_____]..

-----Original Message-----
**From:** [_____]
**Sent:** Tuesday, January 30, 2007 3:02 PM
**To:** [_____]
**Cc:** [_____]
**Subject:** FW: [_____]

**UNCLASSIFIED**
**NON-RECORD**

SSA [_____]

   As per our phone conversation yesterday, the second attachment "stingray" would be the appropriate pony.  This document has been provided by [_____] of OGC.   Once the "pen order" has been signed by the judge, please route it and the [_____] to your SAC and CDC[_____] for approval and then provide it to[_____]   Please place my name on the [_____] so SSA[_____] knows to assign it to me.   If you provide me with the[_____] I can[_____] prior to[_____]

   I am assuming that your case agent has already subpoenad each of the[_____] to see if your[_____] [_____] Just checking!


Thanks,

[_____]

-----Original Message-----
**From:** [_____]OGC) (FBI)
**Sent:** Monday, November 14, 2005 1:15 PM
**To:** [_____]

**Cc:** [_____]

**Subject:** RE: [_____]

**UNCLASSIFIED**
**NON-RECORD**

Attached is a copy of a DRAFT application and order to authorize WITT[_____]   Also is a DRAFT app/order for a combined Pen & 2703(d) order that incorporates authority for use of WITT[_____] as well as to[_____]
[_____]

-----Original Message-----
**From:** [_____]OGC) (FBI)
**Sent:** Monday, November 14, 2005 11:57 AM

b3
b6
b7C
b7E

6

CELLSITE-15550

**To:**

**C**

**Subject:** RE:

**UNCLASSIFIED**
**NON-RECORD**

The attached includes some edits (use document/reviewer to see changes).

PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL

b3
b6
b7C
b7E

Assistant General Counsel
Science & Technology Law Unit
Engineering Research Facility
Bldg. 27958A Room A-207B
Quantico, Va.  22135
Tel:
Fax
pag

SCIENCE & TECHNOLOGY LAW UNIT  -  OFFICE OF THE GENERAL COUNSEL

-----Original Message-----
**From:**
**Sent:** Monday, November 07, 2005 8:49 PM
**To:**

**Cc:**

**Subject:** FW:

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

We would like to make this document policy ASAP.  This is our latest draft after provided some input earlier. Please provide legal guidance to ensure we have drafted an appropriate SOP for exigent circumstances

-----Original Message-----
**From:**

**Sent:** Tuesday, October 25, 2005 4:05 PM
**To:**

**Cc:**

**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

    Please review and provide feedback.   We truly need to improve our response time to an "Exigent Circumstance[            ] situation.   I think an SOP would be a big help.

          Thank you,

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 000956

CELLSITE-15552

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

CELL/OTD 000957

CELLSITE-15553

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-27-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:**
**Sent:** Monday, March 19, 2007 4:54 PM
**To:**
**Cc:**

**Subject:**

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

No you are right from that prospective we have never ref agents to [ ] in a SOP. NEXT

b3
b6
b7C
b7E

*<u>Wireless Intercept Tracking Team (WITT),</u>*

-----Original Message-----
**From:**
**Sent:** Monday, March 19, 2007 11:57 AM
**To:**
**Cc:**
**Subject:** RE

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

Hey [ ]

Hope you are doing well.  So we don't confuse the issues, let's take them one at a time:

**The SOP stating that** [ ] Where
can this SOP be found?  Please provide.

b3
b5
b6
b7C
b7E

Thanks,

-----Original Message-----
**From:**
**Sent:** Monday, March 19, 2007 9:47 AM
**To:**
**Cc:**

**Subject:** RE:

b3
b5
b6
b7C
b7E

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

Yes I have heard of the SOP [ ] is referencing.  In previous legal presentation this was presented and
suggested in a case of this nature that [ ]
[ ] However, it was always suggested and presented to

CELLSITE-15554

WITT to way on the side of caution.  I think I can provide you with some of these presentations if you would like.  Please give me a call. thanks

b3
b6
b7C
b7E

-----Original Message-----
**From:**
**Sent:** Friday, March 16, 2007 12:24 PM
**To**
**Cc**

**Subject:** RE:

UNCLASSIFIED
NON-RECORD

b3
b5
b6
b7C
b7E

I fully understand, however

WITT

Please do not misconstrue my dialog with you.  I appreciate the legal concerns and want our office to **fully comply**.   However, as you well know I have never felt comfortable with the Bureau's lack of guidance in this matter. This unofficial, non written SOP is extremely problematic.

I have never heard of this SOP.   Can you shed light on this?

Thanks,

-----Original Message-----
**From:**                          (OGC) (FBI)
**Sent:** Friday, March 16, 2007 11:46 AM
**To:**
**Cc:**

b3
b6
b7C
b7E

**Subject:** RE:

UNCLASSIFIED
NON-RECORD

CELL/OTD 000959

CELLSITE-15555

obviously my opinion is not necessarily shared by other attorneys, but

b3
b5
b7E

-----Original Message-----
**From:**
**Sent:** Friday, March 16, 2007 11:20 AM
**To:**
**Cc:**

**Subject:** RE:

**UNCLASSIFIED**
**NON-RECORD**

I appreciate all your efforts in this matter.  I truly see both arguments.
However,

b3
b5
b6
b7C
b7E

Thanks again,

Please provide        with the AUSA's name and phone number so they
can work this matter out.

Thanks,

-----Original Message-----
**From:**                    (OGC) (FBI)
**Sent:** Friday, March 16, 2007 8:04 AM
**To:**
**Cc:**

**Subject:** RE:

**UNCLASSIFIED**
**NON-RECORD**

3

CELL/OTD 000960

Attached is a sample for a PR/TT to use WITT
I'm happy to speak with the AUSA.

b3
b5
b6
b7C
b7E

WITT

WITT

4

**PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL**

b3
b5
b6
b7C
b7E

Assistant General Counsel
Science & Technology Law Unit
Engineering Research Facility
Bldg. 27958A Room A-207B
Quantico, Va.  22135
Tel:
Fax
Cel

SCIENCE & TECHNOLOGY LAW UNIT  -  OFFICE OF THE GENERAL COUNSEL

-----Original Message-----
**From:**
**Sent:** Friday, March 16, 2007 6:50 AM
**To:**
**Cc:**

**Subject:** FW:


**UNCLASSIFIED**
**NON-RECORD**

Hey

    I hope all is well.   I previously provided     with your pony Pen/2703D Order for utilizing        WITT)

The AUSA apparently does not feel comfortable with this order and has suggested a search warrant.   Would you mind speaking to the AUSA directly,

b3
b6
b7C
b7E

I would think we could use a "search" or "seizure" warrant as long as we were careful on our verbage.   I'll get the AUSA's contact info if you like.

           Thanks,

-----Original Message-----
**From:**
**Sent:** Thursday, March 15, 2007 4:26 PM
**To:**
**Subject:** RE:

**UNCLASSIFIED**
**NON-RECORD**

5

My AUSA felt that we should get a search warrant since we didn't have any info that

Can we use the same technology as part of a search warrant?

-----Original Message-----
**From:**
**Sent:** Thursday, March 15, 2007 10:13 AM
**To:**
**Cc:**
**Subject:** RE:

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Hey just checking in.

Are we still planning on the

Thanks,

-----Original Message-----
**From:**
**Sent:** Wednesday, February 21, 2007 5:46 PM
**To:**
**Subject:** FW:

**UNCLASSIFIED**
**NON-RECORD**

I am on ____ and my boss has talked with you about stingray (see below).  We used your affidavit and sent it to our AUSA in ____  They have been looking at it and I was told that I may be missing some statutory references.  Have you guys ever gotten one of these through ____ If yes, do you recall the AUSA's name? If they haven't, I am going to give them ____ ____ name and number so we can figure this thing out.

b3
b6
b7C
b7E

Thanks

CELL/OTD 008963    CELL-SITE-15559

-----Original Message-----
**From:**
**Sent:** Tuesday, January 30, 2007 3:13 PM
**To:**
**Subject:** FW:

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Per our discussion, the "pen" order for using
et al. to
-----Original Message-----
**From:**
**Sent:** Tuesday, January 30, 2007 3:02 PM
**To:**
**Cc:**
**Subject:** FW:

**UNCLASSIFIED**
**NON-RECORD**

SSA

As per our phone conversation yesterday,
the second attachment "stingray" would be the
appropriate pony.  This document has been
provided by                of OGC.   Once the
"pen order" has been signed by the judge,
please route it and the                   to your
SAC and CDC              for approval and
then provide it to        Please place my name
on the              so SSA         knows to
assign it to me.   If you provide me with the
                 I can                prior to

b3
b6
b7C
b7E

I am assuming that your case agent has
already subpoenad each of the
to see if your
Just checking!

                              Thanks,

-----Original Message-----
**From:**
**Sent:** Monday, November 14, 2005 1:15 PM
**To**

**Cc:**

CELLSITE-15560

**Subject:** RE:

**UNDERLINED: UNCLASSIFIED**
**NON-RECORD**

Attached is a copy of a DRAFT application and order to authorize WITT[          ]        Also is a DRAFT app/order for a combined Pen & 2703(d) order that incorporates authority for use of WITT[          ]as well as to[          ]

-----Original Message-----
**From:**[          ](OGC) (FBI)
**Sent:** Monday, November 14, 2005 11:57 AM
**To:**

**Cc:**

**Subject:** RE:

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

The attached includes some edits (use document/reviewer to see changes).

PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL

Assistant General Counsel
Science & Technology Law Unit
Engineering Research Facility
Bldg. 27958A Room A-207B
Quantico, Va.  22135
Tel:
Fax
pag

SCIENCE & TECHNOLOGY LAW UNIT  -  OFFICE OF THE GENERAL COUNSEL

-----Original Message-----
**From:**

**Sent:** Monday, November 07, 2005 8:49 PM
**To:**

**Cc:**

**Subject:** FW:

**UNDERLINE UNCLASSIFIED
NON-RECORD**

We would like to make this
document          policy ASAP.
This is our latest draft after
provided some input earlier.
Please provide legal guidance
to ensure we have drafted an
appropriate SOP for exigent
circumstances.

b3
b6
b7C
b7E

-----Original Message-----
**From:**

**Sent:** Tuesday, October 25,
2005 4:05 PM
**To:**

**Cc**

b3
b6
b7C
b7E

**Subject:**

**UNCLASSIFIED
NON-RECORD**

   Please review and provide
feedback.   We truly need to
improve our response time to an
"Exigent Circumstance"
                    situation.   I
think an SOP would be a big
help.

                    Thank you,

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

CELL/OTD 000967

CELLSITE-15563

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-27-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:**
**Sent:** Tuesday, March 20, 2007 5:42 PM
**To:**
**Subject:** RE:

**UNCLASSIFIED**
**NON-RECORD**

The emails below began when my AUSA thought                    stingray          b3

                    b6
                    b7C
                    b7E

I foresee using this technology now that I know it exists.  In the next couple weeks, I will probably use the PR/TT or a search warrant to use WITT to                  I'll have my AUSA call you then to ensure that our order (or affidavit) is correct in referring to the technique.

Thanks for all of the info,

-----Original Message-----
**From:**
**Sent:** Friday, March 16, 2007 1:24 PM
**To:**
**Cc:**

**Subject:** RE:

**UNCLASSIFIED**
**NON-RECORD**

                    b3
                    b5
                    b6
                    b7C
                    b7E

I fully understand, however,                    WITT training.

                    Please do not misconstrue my dialog with you.  I appreciate the legal concerns and want our office to **fully comply**.   However, as you well know I have never felt comfortable with the Bureau's lack of guidance in this matter.   This unofficial, non written SOP is extremely problematic.

I have never heard of this SOP.    Can you shed light on this?

                Thanks,

CELL/OTD 000969

CELLSITE-15564

-----Original Message-----
**From:** [          ] (OGC) (FBI)
**Sent:** Friday, March 16, 2007 11:46 AM
**To:**
**Cc:**

**Subject:** RE: [          ]

**UNCLASSIFIED**
**NON-RECORD**

obviously my opinion is not necessarily shared by other attorneys, but

-----Original Message-----
**From:**
**Sent:** Friday, March 16, 2007 11:20 AM
**To:**
**Cc:**

**Subject:** RE: [          ]

**UNCLASSIFIED**
**NON-RECORD**

I appreciate all your efforts in this matter.  I truly see both arguments.  However,

Thanks again,

Please provide [     ] with the AUSA's name and phone number so they can work this matter out.

Thanks,

b3
b5
b6
b7C
b7E

CELL/OTD 000970

CELLSITE-15565

-----Original Message-----
**From:** [redacted] (OGC) (FBI)
**Sent:** Friday, March 16, 2007 8:04 AM
**To:** [redacted]
**Cc:** [redacted]

**Subject:** RE: [redacted]

**UNDERLINED: UNCLASSIFIED**
**UNDERLINED: NON-RECORD**

[redacted]

Attached is a sample for a PR/TT to use WITT [redacted] I'm
happy to speak with the AUSA.

Depending on the circumstances in which the [redacted] in this case will be most

b3
b6
b7C
b7E

b3
b5
b7E

WITT

WITT

CELL/OTD 000971   CELLSITE-15566

**PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL**

b3
b5
b6
b7C
b7E

Assistant General Counsel
Science & Technology Law Unit
Engineering Research Facility
Bldg. 27958A Room A-207B
Quantico, Va.  22135
Tel:
Fax
Cell

SCIENCE & TECHNOLOGY LAW UNIT  -  OFFICE OF THE GENERAL COUNSEL

-----Original Message-----
**From:**
**Sent:** Friday, March 16, 2007 6:50 AM
**To:**
**Cc:**
**Subject:** FW:

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

Hey

b3
b6
b7C
b7E

    I hope all is well.   I previously provided [    ] with your pony Pen/2703D Order for utilizing [            ] (WITT) [                                                      ]  The AUSA apparently does not feel comfortable with this order and has suggested a search warrant.   Would you mind speaking to the AUSA directly [                                                   ]  would think we could use a "search" or "seizure" warrant as long as we were careful on our verbage.    I'll get the AUSA's contact info if you like.

                Thanks,

-----Original Message-----
**From:**
**Sent:** Thursday, March 15, 2007 4:26 PM
**To:**
**Subject:** RE:

b3
b6
b7C
b7E

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

My AUSA felt that we should get a search warrant since we didn't have any info that

Can we use the same technology as part of a search warrant?

-----Original Message-----
**From:**
**Sent:** Thursday, March 15, 2007 10:13 AM
**To:**
**Cc:**
**Subject:** RE:

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Hey just checking in.

Are we still planning on the

Thanks,

-----Original Message-----
**From:**
**Sent:** Wednesday, February 21, 2007 5:46 PM
**To:**
**Subject:** FW:

**UNCLASSIFIED**
**NON-RECORD**

I am on          and my boss has talked with you about stingray
(see below).  We used your affidavit and sent it to our AUSA in
            They have been looking at it and I was told that I may be
missing some statutory references.  Have you guys ever gotten
one of these through          If yes, do you recall the AUSA's
name?  If they haven't, I am going to give them
name and number so we can figure this thing out.

b3
b6
b7C
b7E

Thanks

-----Original Message-----
**From:**
**Sent:** Tuesday, January 30, 2007 3:13 PM
**To:**
**Subject:** FW:

5

CELL/OTD 000973

CELLSITE-15568

**UNCLASSIFIED**
**NON-RECORD**

[ ]

Per our discussion, the "pen" order for using [ ] et al.
to [ ] ..

-----Original Message-----
**From:** [ ]
**Sent:** Tuesday, January 30, 2007 3:02 PM
**To:** [ ]
**Cc:** [ ]
**Subject:** FW: [ ]

**UNCLASSIFIED**
**NON-RECORD**

SSA [ ]

    As per our phone conversation yesterday, the second
attachment "stingray" would be the appropriate pony.  This
document has been provided by [ ] of OGC.   Once
the "pen order" has been signed by the judge, please route it and
the [ ] to your SAC and CDC [ ] for
approval and then provide it to [ ]   Please place my name on
the [ ] so SSA [ ] knows to assign it to me.   If
you provide me with the [ ] I can [ ] prior
to [ ]

    I am assuming that your case agent has already subpoenad
each of the [ ] to see if your [ ]
[ ] Just checking!

            Thanks,

            [ ]

-----Original Message-----
**From:** [ ] (OGC) (FBI)
**Sent:** Monday, November 14, 2005 1:15 PM
**To:** [ ]

**Cc:** [ ]

**Subject:** RE: [ ]

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Attached is a copy of a DRAFT application and order to
authorize WITT [ ]   Also is a DRAFT app/order for
a combined Pen & 2703(d) order that incorporates authority for
use of WITT [ ] as well as to [ ]

    -----Original Message-----
    **From:** [ ] (OGC) (FBI)
    **Sent:** Monday, November 14, 2005 11:57 AM

CELL/OTD 000974

CELLSITE-15569

**To:**

**Cc:**

**Subject:** RE:

**UNCLASSIFIED**
**NON-RECORD**

The attached includes some edits (use document/reviewer to see changes).

PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL

b3
b6
b7C
b7E

Assistant General Counsel
Science & Technology Law Unit
Engineering Research Facility
Bldg. 27958A Room A-207B
Quantico, Va.  22135
Tel:
Fax
page

SCIENCE & TECHNOLOGY LAW UNIT  -  OFFICE OF THE GENERAL COUNSEL

-----Original Message-----
**From:**
**Sent:** Monday, November 07, 2005 8:49 PM
**To:**

**Cc:**

**Subject:** FW:

**UNCLASSIFIED**
**NON-RECORD**

We would like to make this document
policy ASAP.  This is our latest draft after
provided some input earlier. Please provide
legal guidance to ensure we have drafted an
appropriate SOP for exigent circumstances.

b3
b6
b7C
b7E

-----Original Message-----
**From:**

7

CELL/OTD 000975                CELLSITE-15570

**Sent:** Tuesday, October 25, 2005 4:05 PM
**To:**

**Cc:**

**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

    Please review and provide feedback.   We truly need to improve our response time to an "Exigent Circumstance" situation.   I think an SOP would be a big help.

b3
b6
b7C
b7E

        Thank you,

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

*CELL/OTD 000976*   CELLSITE-15571

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-27-2012 BY 65179 DMH/STW

**(OTD) (FBI)**

**From:**
**Sent:** Wednesday, March 21, 2007 9:49 AM
**To:** (OTD) (FBI)
**Subject:** RE: Pen Register

****
**UNCLASSIFIED**
**NON-RECORD**

Just returned to town and read your helpful messages.  I got the faxed warrant information.  Thank you so much. I will call the AUSA and get that done as soon as possible.

-----Original Message-----
**From:**
**Sent:** Monday, March 19, 2007 2:02 PM
**To:**
**Subject:** RE: Pen Register

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

A few more notes:

1.  The order is purely for                        nothing in the order should mention the              That's not necessary.   That's purely Bureau admin and a separate matter.

2.  Costs for you.   The first      costs      each subsequent      is      It used to be      per

3.  Research confirms that

Thanks,

-----Original Message-----
**From:**
**Sent:** Friday, March 16, 2007 3:33 PM
**To:**
**Subject:** RE: Pen Register

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

Just to keep you up-to-date, I have completed the EC and forwarded it to        to cover you.  We will pursue a court order sometime next week with AUSA        It will have the                provision and the                                 in the court order.  M

-----Original Message-----
**From:**
**Sent:** Friday, March 16, 2007 12:57 PM
**To:**
**Cc:**
**Subject:** FW: Pen Register

1

CELL/OTD 000978

CELLSITE-15572

**UNCLASSIFIED**
**NON-RECORD**

Hey⬜

    To keep the ball rolling I have provisioned a⬜      b3
                                                                               b7E

    I however, do need you to complete a short EC to⬜(as she mentions below) asking her to
⬜ She has done so already on good faith, but needs
the paper trail.

                                     Thanks,

    P.S.  I would recommend that you complete a⬜requesting possible⬜
              This way in the event that you need to⬜
⬜
⬜(Just complete the⬜note on it that I am already supporting you on this matter;
attach a copy of the Pen/2703 D order,  and route through your SSA, ASAC/SAC,⬜and
SSA⬜

                        Just a humble sugestion.

-----Original Message-----
From:
Sent:          Friday, March 16, 2007 6:23 AM
To:                                      b3
Subject:     RE: Pen Register (CR-2)                    b6
                                                  b7C
                                                  b7E

**UNCLASSIFIED**
**NON-RECORD**

Hi⬜

⬜, there is no Case ID for⬜ Just so
that I have a clear understanding, they are requesting pen register, trap and trace and⬜
⬜. If this is correct, please let me know and I will⬜
⬜ The line expires 5/12/07.

SA⬜or SA⬜ I will need a short EC requesting this line be placed in the⬜
⬜

Please e-mail or call on ext. 4221, the phone at my desk is not working.

Thanks,

⬜

-----Original Message-----

CELLSITE-15573

**From:**
**Sent:** Friday, March 16, 2007 6:58 AM
**To:**
**Cc:**
**Subject:** Pen Register

**UNCLASSIFIED**
**NON-RECORD**

Hello

    I believe yesterday or "very recently" you went up on a Pen Register for                When you have a moment can you provide me with the            so I can                   know             Also please send to the        so that we can have                        as well.

                                 Thanks,

b3
b6
b7C
b7E

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 000980

CELLSITE-15574

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 256
Page 5 ~ Duplicate;
Page 6 ~ Duplicate;
Page 8 ~ b3; b7E;
Page 9 ~ Duplicate;
Page 11 ~ b3; b7E;
Page 13 ~ b3; b5; b7E;
Page 14 ~ b3; b5; b7E;
Page 15 ~ b3; b5; b7E;
Page 17 ~ b3; b5; b7E;
Page 19 ~ b3; b5; b7E;
Page 20 ~ b3; b5; b7E;
Page 21 ~ Duplicate;
Page 22 ~ b3; b5; b7E;
Page 24 ~ Duplicate;
Page 26 ~ Duplicate;
Page 27 ~ Duplicate;
Page 28 ~ Duplicate;
Page 29 ~ Duplicate;
Page 30 ~ Duplicate;
Page 31 ~ Duplicate;
Page 32 ~ Duplicate;
Page 33 ~ Duplicate;
Page 34 ~ Duplicate;
Page 38 ~ b3; b5; b7E;
Page 39 ~ b3; b5; b7E;
Page 40 ~ b3; b5; b7E;
Page 41 ~ b3; b5; b7E;
Page 42 ~ b3; b5; b7E;
Page 43 ~ b3; b5; b7E;
Page 44 ~ b3; b5; b7E;
Page 45 ~ b3; b5; b7E;
Page 46 ~ b3; b5; b7E;
Page 47 ~ b3; b5; b7E;
Page 48 ~ b3; b5; b7E;
Page 49 ~ b3; b5; b7E;
Page 50 ~ b3; b5; b7E;
Page 51 ~ b3; b5; b7E;
Page 52 ~ b3; b5; b7E;
Page 53 ~ b3; b5; b7E;
Page 54 ~ b3; b5; b7E;
Page 55 ~ b3; b5; b7E;
Page 56 ~ b3; b5; b7E;
Page 57 ~ b3; b5; b7E;
Page 58 ~ b3; b5; b7E;
Page 59 ~ b3; b5; b7E;
Page 60 ~ b3; b5; b7E;
Page 61 ~ b3; b5; b7E;
Page 62 ~ b3; b5; b7E;
```

```
Page 63 ~ b3; b5; b7E;
Page 64 ~ b3; b5; b7E;
Page 65 ~ b3; b5; b7E;
Page 66 ~ b3; b5; b7E;
Page 67 ~ b3; b5; b7E;
Page 68 ~ b3; b5; b7E;
Page 69 ~ b3; b5; b7E;
Page 70 ~ b3; b5; b7E;
Page 71 ~ b3; b5; b7E;
Page 72 ~ b3; b5; b7E;
Page 82 ~ Duplicate;
Page 83 ~ Duplicate;
Page 84 ~ Duplicate;
Page 85 ~ Duplicate;
Page 86 ~ Duplicate;
Page 87 ~ b5;
Page 88 ~ b5;
Page 89 ~ Duplicate;
Page 90 ~ Duplicate;
Page 91 ~ b1; b3; b6; b7C;
Page 92 ~ b1; b3; b6; b7C;
Page 99 ~ Duplicate;
Page 100 ~ Duplicate;
Page 101 ~ Duplicate;
Page 102 ~ Duplicate;
Page 103 ~ Duplicate;
Page 104 ~ Duplicate;
Page 105 ~ Duplicate;
Page 106 ~ Duplicate;
Page 107 ~ Duplicate;
Page 113 ~ b3; b5; b6; b7C; b7E;
Page 116 ~ b3; b5; b7E;
Page 117 ~ b3; b5; b7E;
Page 118 ~ b3; b5; b7E;
Page 119 ~ b6; b7C;
Page 120 ~ b6; b7C;
Page 123 ~ b6; b7C;
Page 125 ~ b3; b5; b6; b7C; b7E;
Page 141 ~ b3; b5; b7E;
Page 142 ~ b3; b5; b7E;
Page 143 ~ b3; b5; b7E;
Page 144 ~ b6; b7C;
Page 145 ~ b6; b7C;
Page 146 ~ b3; b6; b7C; b7E;
Page 174 ~ b3; b6; b7C; b7E;
Page 185 ~ b3; b5; b7E;
Page 186 ~ b3; b5; b7E;
Page 187 ~ b3; b5; b6; b7C; b7E;
Page 188 ~ b3; b5; b7E;
Page 191 ~ Duplicate;
Page 192 ~ Duplicate;
Page 193 ~ Duplicate;
Page 194 ~ Duplicate;
Page 195 ~ Duplicate;
```

```
Page 196 ~ Duplicate;
Page 197 ~ Duplicate;
Page 198 ~ Duplicate;
Page 199 ~ Duplicate;
Page 200 ~ Duplicate;
Page 201 ~ Duplicate;
Page 202 ~ Duplicate;
Page 203 ~ Duplicate;
Page 204 ~ Duplicate;
Page 205 ~ Duplicate;
Page 206 ~ Duplicate;
Page 207 ~ Duplicate;
Page 208 ~ Duplicate;
Page 209 ~ Duplicate;
Page 210 ~ Duplicate;
Page 211 ~ Duplicate;
Page 212 ~ Duplicate;
Page 213 ~ Duplicate;
Page 214 ~ Duplicate;
Page 215 ~ Duplicate;
Page 216 ~ Duplicate;
Page 217 ~ Duplicate;
Page 218 ~ Duplicate;
Page 219 ~ Duplicate;
Page 220 ~ Duplicate;
Page 221 ~ Duplicate;
Page 222 ~ Duplicate;
Page 223 ~ Duplicate;
Page 224 ~ Duplicate;
Page 225 ~ Duplicate;
Page 229 ~ Duplicate;
Page 230 ~ Duplicate;
Page 231 ~ Duplicate;
Page 232 ~ Duplicate;
Page 233 ~ Duplicate;
Page 234 ~ b3; b5; b7E;
Page 235 ~ b3; b5; b7E;
Page 236 ~ b3; b5; b7E;
Page 237 ~ Duplicate;
Page 238 ~ Duplicate;
Page 239 ~ Duplicate;
Page 240 ~ Duplicate;
Page 241 ~ Duplicate;
Page 242 ~ b3; b5; b7E;
Page 243 ~ b3; b5; b7E;
Page 244 ~ b3; b5; b7E;
Page 245 ~ b3; b5; b7E;
Page 246 ~ b3; b5; b7E;
Page 247 ~ b3; b5; b7E;
Page 248 ~ b3; b5; b7E;
Page 249 ~ b3; b5; b7E;
Page 250 ~ b3; b5; b7E;
Page 251 ~ b3; b5; b7E;
Page 252 ~ b3; b5; b7E;
```

```
Page 253 ~ b3; b5; b7E;
Page 254 ~ b3; b5; b7E;
Page 255 ~ b3; b5; b7E;
Page 256 ~ b5;
Page 257 ~ Duplicate;
Page 258 ~ Duplicate;
Page 259 ~ b3; b5; b7E;
Page 260 ~ Duplicate;
Page 261 ~ Duplicate;
Page 262 ~ Duplicate;
Page 263 ~ Duplicate;
Page 264 ~ Duplicate;
Page 265 ~ Duplicate;
Page 266 ~ Duplicate;
Page 267 ~ Duplicate;
Page 268 ~ Duplicate;
Page 269 ~ Duplicate;
Page 270 ~ Duplicate;
Page 271 ~ Duplicate;
Page 272 ~ Duplicate;
Page 273 ~ Duplicate;
Page 274 ~ Duplicate;
Page 275 ~ Duplicate;
Page 276 ~ Duplicate;
Page 277 ~ Duplicate;
Page 278 ~ Duplicate;
Page 279 ~ Duplicate;
Page 280 ~ Duplicate;
Page 281 ~ Duplicate;
Page 282 ~ Duplicate;
Page 283 ~ Duplicate;
Page 284 ~ Duplicate;
Page 285 ~ Duplicate;
Page 286 ~ Duplicate;
Page 287 ~ Duplicate;
Page 288 ~ Duplicate;
Page 289 ~ Duplicate;
Page 290 ~ Duplicate;
Page 291 ~ Duplicate;
Page 297 ~ b1; b3; b7E;
Page 298 ~ b1; b3;
Page 300 ~ b1; b3; b7E;
Page 301 ~ b1; b3; b6; b7C; b7E;
Page 323 ~ Duplicate;
Page 324 ~ Duplicate;
Page 325 ~ Duplicate;
Page 326 ~ Duplicate;
Page 327 ~ Duplicate;
Page 328 ~ Duplicate;
Page 329 ~ Duplicate;
Page 333 ~ b3; b7E;
Page 334 ~ b3; b7E;
Page 335 ~ b3; b7E;
Page 336 ~ Duplicate;
```

```
Page 337 ~ Duplicate;
Page 338 ~ Duplicate;
Page 339 ~ Duplicate;
Page 340 ~ Duplicate;
Page 341 ~ Duplicate;
Page 343 ~ Duplicate;
Page 353 ~ b3; b7E;
Page 354 ~ b3; b7E;
Page 355 ~ b3; b7E;
Page 356 ~ b3; b7E;
Page 357 ~ b3; b7E;
Page 358 ~ b3; b7E;
Page 359 ~ b3; b7E;
Page 360 ~ b3; b7E;
Page 364 ~ b3; b7E;
Page 369 ~ b3; b7E;
Page 370 ~ b3; b7E;
Page 371 ~ b3; b7E;
Page 372 ~ b3; b7E;
Page 373 ~ b3; b7E;
Page 374 ~ Duplicate;
Page 376 ~ b3; b7E;
Page 377 ~ b3; b7E;
Page 383 ~ b3; b7E;
Page 389 ~ b3; b7E;
Page 390 ~ b3; b7E;
Page 391 ~ b3; b7E;
Page 401 ~ b3; b7E;
Page 405 ~ b1; b3; b6; b7C; b7E;
Page 406 ~ b1; b3; b6; b7C;
Page 407 ~ b1; b3; b6; b7C; b7E;
Page 410 ~ b3; b7E;
Page 417 ~ b3; b4; b6; b7C; b7E;
Page 418 ~ b3; b4; b7E;
Page 419 ~ b3; b4; b6; b7C; b7E;
Page 433 ~ b3; b6; b7C; b7E;
Page 434 ~ Duplicate;
Page 435 ~ Duplicate;
Page 436 ~ Duplicate;
Page 437 ~ Duplicate;
Page 438 ~ Duplicate;
Page 439 ~ Duplicate;
Page 452 ~ b3; b6; b7C; b7E;
Page 453 ~ b3; b6; b7C; b7E;
Page 454 ~ b3; b6; b7C; b7E;
Page 457 ~ b3; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-02-2012 BY 65179 DMH/STW

**From:**
**Sent:**          Friday, March 24, 2006 11:42 AM
**To:**

**Cc:**
**Subject:**          WITT  Legal

**UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E

All, this is the most recent Legal presentation from [          ] regarding WITT.  Please distribute... Thanks [          ]

WITT
March 23, 2006

SSA [          ]

-----

**UNCLASSIFIED**

CELL/OTD 001107

CELLSITE-220

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-02-2012 BY 65179 DMH/STW



**Wireless Intercept and Tracking Team**

CELL/OTD 001108

# Cellular Tracking
# Legal Issues

March 23, 2006



# Overview

- **DOJ's Policy on Cellsite Simulators: Pen Register Device (18 U.S.C. § 3127(3))**
  - Old Law vs. New Law
  - Non-Target users (Privacy Interest)
  - Potential Interference
  - Liability
- **Recent Court Decisions on cellsite location data**
  - distinguish
- **Emergency Pen Register Authority**
  - Federal v. State Orders
  - Voluntary Disclosures
- **Loan of ELSUR Policy**
  - liability
- **Protecting Sensitive Techniques**
  - Use as evidence
  - Qualified Privilege

CELL/OTD 001109

2

CELLSITE-222



**New DOJ Opinion:**

b3
b5
b7E

**DOJ/CCIPS**: Pen/Trap **order** ☐

☐ to use its own equipment to obtain any "signaling information" transmitted from a cellular telephone to:

1) Identify a target phone **or**
2) Locate a phone

DOJ:  **"signaling information"** is any non-content information "transmitted by" a telephone instrument

CELL/OTD 001112



# CALEA: technical standard for location parameters (J-STD-025)

- **<u>Origination</u>** (of an outgoing call from target phone)
- **<u>Answer</u>** (at answer of a call terminating to the target phone)
- **<u>Release</u>** (at the end of the call for both incoming and outgoing calls)

- (http://www.tiaonline.org/standards/search_results2.cfm?document_no= J-STD-025-A www.tiaonline.org)

*CELL/OTD 001115*

8

**Wireless Intercept and Tracking Team**

- Recent Court Decisions
  - CALEA prohibits collecting location information "solely pursuant" to a PR/TT
  - SCA 18 USC 2703(d)

b3
b5
b7E

CELL/OTD 001117



# **Guidance**

■

b3
b5
b7E

■ <u>**AND Use a Separate PR/TT order for WITT gear**</u>

   – 

     ■ Advise of

     ■ 

     ■ Not retain records?

CELL/OTD 001121

14



# **Incidental Collection**

(2) advise court of **potential for incidental collection** on innocent users

CELL/OTD 001123

b3
b5
b7E



**Wireless Intercept and Tracking Team**

**(5)**

Therefore, pursuant to 18 U.S.C. § 3123(d), I request that this application and order be sealed until otherwise ordered by this court; and

CELL/GTP 001128

b3
b5
b7E



# STATE Authority

**IF State Authority:** may assist **if** either:

- **Joint case** (i.e. significant FBI interest and resources— **Federal Nexus**

- **Written request from State** for assistance in a purely state matter;

- BOTH Trigger compliance with Loan of ELSUR policy
  – MIOG, Part 2, 16-4.13.4

OTD 001130

b3
b5
b7E

23

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-02-2012 BY 65179 DMH/STW

**From:**
**Sent:** Wednesday, February 21, 2007 5:46 PM
**To:**
**Subject:** FW: Cell Tracking
**Attachments:**

**UNCLASSIFIED**
**NON-RECORD**

I am on ☐ and my boss has talked with you about stingray (see below).  We used your affidavit and sent it to our AUSA in ☐   They have been looking at it and I was told that I may be missing some statutory references.  Have you guys ever gotten one of these through ☐ If yes, do you recall the AUSA's name?  If they haven't, I am going to give them ☐ name and number so we can figure this thing out.

Thanks

SA ☐

☐ Desk
☐ Cell

-----Original Message-----
**From:**
**Sent:** Tuesday, January 30, 2007 3:13 PM
**To:**
**Subject:** FW: ☐

**UNCLASSIFIED**
**NON-RECORD**

☐

Per our discussion, the ☐ for using ☐ et al. ☐
-----Original Message-----
**From:**
**Sent:** Tuesday, January 30, 2007 3:02 PM
**To:**
**Cc:**
**Subject:** FW: ☐

**UNCLASSIFIED**
**NON-RECORD**

SSA ☐

As per our phone conversation yesterday, the second attachment "stingray" would be the appropriate pony.  This document has been provided by ☐ of OGC.

b3
b5
b6
b7C
b7E

CELL/OTD 001069        CELLSITE-253

Thanks,

[ ]

-----Original Message-----
**From:** [ ]
**Sent:** Monday, November 14, 2005 1:15 PM
**To:** [ ]

**Cc:** [ ]
**Subject:** RE: [ ]

UNDERLINED:
**UNCLASSIFIED**
**NON-RECORD**

Attached is a copy of a DRAFT application and order to authorize WITT [ ] Also is a DRAFT app/order for
a[ ]

-----Original Message-----
**From:** [ ]
**Sent:** Monday, November 14, 2005 11:57 AM
**To:** [ ]
**Cc:** [ ]
**Subject:** RE: [ ]

**UNCLASSIFIED**
**NON-RECORD**

The attached includes some edits (use document/reviewer to see changes).

PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR
OGC APPROVAL

[ ]
Assistant General Counsel
Science & Technology Law Unit
Engineering Research Facility
Bldg. 27958A Room A-207B
Quantico, Va.  22135

[ ]

SCIENCE & TECHNOLOGY LAW UNIT  -  OFFICE OF THE GENERAL COUNSEL

-----Original Message-----
**From:** [ ]
**Sent:** Monday, November 07, 2005 8:49 PM
**To:** [ ]
**Cc:** [ ]
**Subject:** FW: [ ]

**UNCLASSIFIED**
**NON-RECORD**

We would like to make this document[ ] This is our latest draft after [ ] provided
some input earlier. Please provide legal guidance to ensure we have drafted an appropriate SOP for
[ ]

b3
b6
b7C
b7E

2

CELL/OTD 001070

CELLSITE-254

*SSA*

-----Original Message-----
**From:**
**Sent:** Tuesday, October 25, 2005 4:05 PM
**To**

**Cc:**
**Subject:**

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Please review and provide feedback.   We truly need to improve our response time to an
I think an SOP would be a big help.

Thank you,

**UNCLASSIFIED**


**UNCLASSIFIED**


**UNCLASSIFIED**


**UNCLASSIFIED**


**UNCLASSIFIED**


**UNCLASSIFIED**


**UNCLASSIFIED**

CELL/OTD 001071

CELLSITE-255

CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-13-2037

**From:**
**Sent:** Thursday, July 20, 2006 4:22 PM
**To:**
**Cc:**
**Subject:** RE: Schedule to meet with you?

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

SECRET
RECORD                              (S)



(S)

(S)

b1
b3
b6
b7C

-----Original Message-----
**From:**
**Sent:** Thursday, July 20, 2006 11:05 AM
**To:**
**Cc:**
**Subject:** RE: Schedule to meet with you?

SECRET
RECORD                              (S)

(S)

SECRET

CELL/OTD 001147         CELLSITE-291

(S)

-----Original Message-----
**From:**
**Sent:** Wednesday, July 19, 2006 2:05 PM
**To:**
**Cc:**
**Subject:** Schedule to meet with you?

SECRET
RECORD

(S)

b1
b3
b6
b7C

(S)

Special Agent

DERIVED FROM: G-3 FBI Classification Guide G-3, dated 1/97, Foreign CounterIntelligence Investigations
DECLASSIFICATION EXEMPTION 1
SECRET

DERIVED FROM: G-3 FBI Classification Guide G-3, dated 1/97, Foreign CounterIntelligence Investigations
DECLASSIFICATION EXEMPTION 1
SECRET

DERIVED FROM: G-3 FBI Classification Guide G-3, dated 1/97, Foreign CounterIntelligence Investigations
DECLASSIFICATION EXEMPTION 1
SECRET

SECRET

CELL/OTD 001148

CELLSITE-292

DERIVED FROM: G-3 FBI Classification Guide G-3, dated 1/97, Foreign Counterintelligence Investigations
DECLASSIFICATION EXEMPTION 1
SECRET

DERIVED FROM: G-3 FBI Classification Guide G-3, dated 1/97, Foreign Counterintelligence Investigations
DECLASSIFICATION EXEMPTION 1
SECRET

DERIVED FROM: G-3 FBI Classification Guide G-3, dated 1/97, Foreign Counterintelligence Investigations
DECLASSIFICATION EXEMPTION 1
SECRET

DERIVED FROM: G-3 FBI Classification Guide G-3, dated 1/97, Foreign Counterintelligence Investigations
DECLASSIFICATION EXEMPTION 1
SECRET



CELL/OTD 001160

CELLSITE-304

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-13-2012 BY 65179 DMH/STW

**From:**
**Sent:**   Tuesday, November 22, 2005 12:05 PM
**To:**

**Cc:**
**Subject:**   RE:

**UNCLASSIFIED**
**NON-RECORD**

Thanks

*SSA*

-----Original Message-----
**From:**
**Sent:** Tuesday, November 22, 2005 12:03 PM
**To:**
**Subject:** RE:

**UNCLASSIFIED**
**NON-RECORD**

FYI:  You might want to include a reference to the below---another policy approval requirement before SAs may

-----Original Message-----
**From:**
**Sent:** Monday, November 14, 2005 11:57 AM
**To:**
**Cc:**
**Subject:** RE:

**UNCLASSIFIED**
**NON-RECORD**

The attached includes some edits (use document/reviewer to see changes).

PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR
OGC APPROVAL

Assistant General Counsel
Science & Technology Law Unit
Engineering Research Facility

b3
b5
b6
b7C
b7E

CELL/OTD 001175

1

CELLSITE-314

Bldg. 27958A Room A-207B
Quantico, Va.  22135

SCIENCE & TECHNOLOGY LAW UNIT  -  OFFICE OF THE GENERAL COUNSEL

-----Original Message-----
**From:**
**Sent:** Monday, November 07, 2005 8:49 PM
**To:**
**Cc:**
**Subject:** FW

**UNCLASSIFIED**
**NON-RECORD**

We would like to make this document        policy ASAP.  This is our latest draft afte        provided some input earlier. Please provide legal guidance to ensure we have drafted an appropriate SOP for

*SSA*

b3
b5
b6
b7C
b7E

-----Original Message-----
**From:**
**Sent:** Tuesday, October 25, 2005 4:05 PM
**To:**

**Cc:**
**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

Please review and provide feedback.   We truly need to improve our response time to an
I think an SOP would be a big help.

Thank you,

**UNCLASSIFIED**

**UNCLASSIFIED**                    CELL/OTD 001176

2

CELLSITE-315

UNCLASSIFIED


UNCLASSIFIED


UNCLASSIFIED

CELL/OTD 001177

CELLSITE-316

**To:**

b3
b5
b6
b7C
b7E

**Subject:**

To All

I agree with most of the provisions of SA[                              ]and most Divisions will need to tailor the guidelines to their own structure. Specific protocol may need to be amended based on the results of meeting with CID concerning case agent[                    ]

CELL/OTD 001188

CELLSITE-323

I have attached a PDF document provided to me by                                    There are subtle differences in our authority emanating form DOJ. I believe

This email does not require a response from anyone - but I welcome ideas that we [    ] can present to further our case and cause to CID.

WITT.pdf

Have a safe holiday season......

SSA

-----Original Message-----
From:
Sent:           Tuesday, December 20, 2005 5:03 PM
To:

b3
b5
b6
b7C
b7E

4

CELL/OTD 001189          CELLSITE-324

**Subject:**      FW: WITT

**UNCLASSIFIED**
**NON-RECORD**

Happy Holidays to each and everyone.

See attached "proposed" guidelines.  Work with your CDC/AUSA to ensure that the procedures they deem appropriate for your division are followed.     WITT matters and are a model to follow.

Thanks

-----Original Message-----
**From:**
**Sent:**      Tuesday, December 20, 2005 2:58 PM
**To:**
**Cc:**
**Subject:**      RE: WITT

**UNCLASSIFIED**
**NON-RECORD**

  << File: Revised SOP fo
This from    may be of some assistance

   -----Original Message-----
   **From:**
   **Sent:**      Tuesday, December 20, 2005 12:40 PM
   **To:**
   **Cc:**
   **Subject:** WITT

   **UNCLASSIFIED**
   **NON-RECORD**

      I spoke with    after her presentation and advised that I'd like a copy of her powerpoint presentation.  She said she thought you'd be getting that out to the Field?  We're trying to come up with guidelines

b3
b5
b6
b7C
b7E

6

CELL/OTD 001191

CELLSITE-326

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-13-2012 BY 65179 DMH/STW

**From:**
**Sent:** Thursday, December 22, 2005 10:05 AM
**To:**
**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

Saw your SOP re: WITT.  You are great - you need to be at HQ writing policy.  I attached a copy of [          ] policy that may be of some value – if not trash it.

Have a Great Christmas!!!!

SSA

**UNCLASSIFIED**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-13-2012 BY 65179 DMH/STW

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                     **Date:** 09/02/2005

**To:**                             **Attn:** All Agents

**From:**
          Chief Division Counsel
          **Contact:** CDC

**Approved By:**


**Drafted By:**

**Case ID #:**                  (Pending)
                                (Pending)

**Title:** Legal Requirements for


**Synopsis:** This EC explains the legal authority required to

_____ Wireless Intercept and Tracking Team (WITT) _____          b3
                                                                        b5
**Enclosure(s):**                                                       b6
                                                                        b7C
                                                                        b7E

CELL/OTD 001207

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

FYI: the attached Wpd doc is the latest in the series of decisions on compelling
-----Original Message-----
**From:**
**Sent:** Monday, October 31, 2005 3:06 PM
**To:**
**Subject:** FW

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

-----Original Message-----
**From:**
**Sent:** Wednesday, October 26, 2005 2:46 PM
**To:** FBI_ALL CDCs
**Cc:** HQ_DIV09_STLU
**Subject:** RE:

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Here's the

    -----Original Message-----
    **From:**
    **Sent:** Wednesday, October 26, 2005 1:30 PM
    **To:** FBI_ALL CDCs
    **Cc:** HQ_DIV09_STLU
    **Subject:**

    **SENSITIVE BUT UNCLASSIFIED**
    **NON-RECORD**

    To Update you on the status of current litigation on the authority to

b3
b5
b6
b7C
b7E



b3
b5
b6
b7C
b7E

**<u>Please keep us apprised of developments in your district.</u>**

PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL

Assistant General Counsel
Science & Technology Law Unit
Engineering Research Facility
Bldg. 27958A Room A-207B
Quantico, Va. 22135

SCIENCE & TECHNOLOGY LAW UNIT  -  OFFICE OF THE GENERAL COUNSEL

CELL/OTD 001215

CELLSITE-337

-----Original Message-----
**From:**
**Sent:** Thursday, September 01, 2005 9:36 AM
**To:** FBI_ALL CDCs
**Subject:**

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

There is a rapidly growing trend among magistrate judges throughout the nation

b3
b5
b6
b7C
b7E

6

b3
b5
b6
b7C
b7E

PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL

Assistant General Counsel
Science & Technology Law Unit
Engineering Research Facility
Bldg. 27958A Room A-207B
Quantico, Va.  22135

SCIENCE & TECHNOLOGY LAW UNIT  -  OFFICE OF THE GENERAL COUNSEL

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 001217

CELLSITE-339

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 001218

CELLSITE-340

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-13-2012 BY 65179 DMH/STW

*© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Slip Copy
Slip Copy, 2005 WL 3471754 (S.D.N.Y.)
(Cite as: 2005 WL 3471754 (S.D.N.Y.))

Only the Westlaw citation is currently available.

United States District Court,
S.D. New York.
In re APPLICATION OF THE UNITED STATES OF
AMERICA FOR AN ORDER FOR DISCLOSURE
OF TELECOMMUNICATIONS RECORDS AND
AUTHORIZING THE USE OF A PEN REGISTER
AND
TRAP AND TRACE
No. 05 MAG.1763.

Dec. 20, 2005.

*OPINION AND ORDER*

GORENSTEIN, Magistrate J.

*1 On October 19, 2005, the Court granted an *ex parte* application from the Government seeking an order requiring a provider of cellular telephone service to produce, *inter alia,* information pertaining to the location of cell site towers receiving a signal from a particular cellular telephone for a period of 60 days. The Court's Order expired on December 18, 2005. Because at least three other district courts have concluded that the Government lacks statutory authority for applications relating to certain types of cell site data, the Court is setting forth the reasons it granted the application in this case. Subsequent to the issuance of the Order, the Court sought additional information and briefing from the Government regarding the application. In addition, the Court asked the Federal Defenders of New York, Inc. to appear as *amicus curiae.* The Court has greatly benefitted from the briefing provided by both sides.

*I. BACKGROUND*

Cellular telephones communicate by means of signals to cellular telephone towers, which are operated by the various commercial carriers that provide cellular telephone service. As a cell phone user moves from place to place, the cell phone automatically switches to the tower that provides the best reception. In this case, the Government's application sought information on a prospective basis regarding cell towers being signaled by a specifically identified cellular telephone. The application, which remains under seal, furnishes detailed information indicating that the user of the target cellular telephone is engaged in ongoing criminal activity involving the illegal sale of contraband and that a warrant for the arrest of this person is outstanding. An order was previously granted by another Magistrate Judge in this District for cell site information with respect to the same target telephone.

The relevant portions of the application seek, for a period of 60 days, "cell site activations" for the telephone. The application also seeks a directive that the provider of the service furnish a map showing cellular tower "locations/addresses, sectors and orientations" as well as "the physical address/location of all cellular towers in the specified market." In a portion of the application not relevant to the instant opinion, the application seeks numbers dialed, incoming numbers, call durations, and other information relating to the subscriber of the target cellular telephone. The application contains additional provisions requiring that the provider furnish certain assistance to the federal law enforcement agents necessary to comply with the requested court order.

While the application uses the term "cell-site activations," the Government has specified that it seeks "cell-site information concerning the physical location of the antenna towers associated with the beginning and termination of calls to and from a particular cellphone." *See* Letter to the Court from Thomas A.G. Brown, dated November 22, 2005 ("Gov't Letter"), at 10. This phrasing corresponds roughly to the information that in fact has been obtained by the Government in this District in the past with respect to cell site information. Under prior orders issued in this District, the Government has been able to obtain a list of each call made by the subject cell phone, along with a date, start time and end time. With respect to the beginning or end of the call (and possibly sometimes in between), there is a listing of a three-digit number assigned to a cellphone tower or base station. At least one cellular provider will give, in addition to the number of the tower, a digit ("I," "2" or "3") indicating a 120 degree "face" of the tower towards which the cell phone is signaling.

*2 In suburban or rural areas, towers can be many miles apart. The Court has examined a map of cellular towers of a provider in lower Manhattan, which is one of the areas more densely populated by towers. In this area, the towers may be anywhere from several hundred feet to as many as 2000 feet or more apart.

The Court is aware of three cases that have considered the availability of cell site data: *In re Application for Pen Register and Trap/Trace Device with Cell Site Location Authority,* 396 F.Supp.2d 747 (S.D.Tex.2005) ("Texas Decision"); *In the Matter of an Application of the United States for an Order (I) Authorizing the Use of a Pen Register and a Trap and Trace Device and (2) Authorizing Release of Subscriber Information and/or Cell Site Information,* 396 F.Supp.2d 294 (E.D.N.Y.2005) ("EDNY Decision); and *In re Application of the United States for an Order Authorizing the Installation and Use of*

CELLSITE-341

*a Pen Register and a Caller Identification System on Telephone Numbers (Sealed) and Production of Real Time Cell Site Information,* 2005 WL 3160860 (D.Md. Nov. 29, 2005) ("Maryland Decision"). These cases appear to involve requests for cell site information that go beyond both what has been sought in this case and what has actually been received by the Government pursuant to any cell site application in this District. First, the cell site information provided in this District is tied only to telephone calls actually made or received by the telephone user. Thus, no data is provided as to the location of the cell phone when no call is in progress. Second, at any given moment, data is provided only as to a single cell tower with which the cell phone is communicating. Thus, no data is provided that could be "triangulated" to permit the precise location of the cell phone user. Third, the data is not obtained by the Government directly but is instead transmitted from the provider digitally to a computer maintained by the Government. That is, the provider transmits to the Government the cell site data that is stored in the provider's system. The Government then uses a software program to translate that data into a usable spreadsheet.

## II. DISCUSSION

The Government's application cites to two enactments: the statutes governing the installation of pen registers and trap and trace devices, 18 U.S.C. §§ 3121-27 ("the Pen Register Statute"), and a provision of the Stored Wire and Electronic Communications and Transactional Records Access Act codified at 18 U.S.C. § 2703. We begin our discussion with the text of these statutes inasmuch as "[e]very exercise in statutory construction must begin with the words of the text." *Saks v. Franklin Covey Co.,* 316 F.3d 337, 345 (2d Cir.2003). "The plainness or ambiguity of statutory language is determined by reference to the language itself, the specific context in which that language is used, and the broader context of the statute as a whole." *Robinson v. Shell Oil Co.,* 519 U.S. 337, 341 (1997) (citations omitted). In general, if the statutory language is not ambiguous, the statute is construed according to the plain meaning of the words. *See, e.g., Greenery Rehab. Group, Inc. v. Hammon,* 150 F.3d 226, 231 (2d Cir.1998) (citing *Rubin v. United States,* 449 U.S. 424, 430 (1981)). We look to the legislative history and other tools of statutory construction only if the statutory terms are ambiguous. *Id.* (citing *Aslanidis v. United States Lines, Inc.,* 7 F.3d 1067, 1073 (2d Cir.1993)).

### A. Pen Register Statute

**\*3** The Pen Register Statute is the statute used to obtain information on an ongoing or prospective basis regarding outgoing calls from a particular telephone (captured by a "pen register") and incoming calls (captured by a "trap and trace" device). These devices are more fully defined in 18 U.S.C. § 3127(3), (4). [FN1] A "pen register" is defined as a device that provides not merely the telephone number of a telephone call dialed from the subject telephone--the most

common use of the term "pen register"--but also "signaling information" transmitted by the subject telephone itself or the "facility from which a wire or electronic communication is transmitted," 18 U.S.C. § 3127(3). The term "signaling information" was added by the USA PATRIOT Act in 2001. *See* Pub.L. No. 107-56, § 216(c)(2), 115 Stat. 272, 290 (2001). Prior to the enactment of the USA PATRIOT act, the District of Columbia Circuit had held in connection with its interpretation of a related statute, 47 U.S.C. § 1001(2), that because a cell phone sends "signals" to cellphone towers in order to operate, the term "signaling information" includes information on the location of cell site towers used by a cellular telephone. *See United States Telecom. Ass'n v. FCC,* 227 F.3d 450, 458, 463-64 (D.C.Cir.2000). [FN2] While one permit decision notes an absence of legislative history indicating that Congress intended cell site data to be included in this term when it enacted the USA PATRIOT Act, *see* Texas Decision, 396 F.Supp.2d at 761, the language enacted is not so limited. Indeed, the legislative history reflects that the language regarding "signaling information" would apply "across the board to all communications media." H.R.Rep. No. 107-236(I), 107th Cong., 1st Sess., *available at* 2001 WL 1205861, at \*53 (Oct. 11, 2001). Accordingly, we will interpret this provision in accordance with its most obvious meaning and the one that naturally would have been available to Congress, through the *United States Telecom* case, when the statutory language was enacted in 2001. *See Lorillard v. Pons,* 434 U.S. 575, 581 (1978) ("Where ... Congress adopts a new law incorporating sections of a prior law, Congress normally can be presumed to have had knowledge of the interpretation given to the incorporated law, at least insofar as it affects the new statute.").

> FN1. At one time, a "pen register" referred perforce to a physical device that recorded information regarding outgoing telephone calls. In this District at least, law enforcement agencies do not in all instances need to install a physical device on a telephone line to obtain information regarding these calls. Instead, information that was heretofore captured by a pen register can now be transmitted digitally by the telephone service provider. The Government has properly assumed that, despite this change in technology, it is bound to follow the Pen Register Statute to obtain information otherwise covered by the statute.

> FN2. Because the location information is "transmitted" by the cell phone, a pen register (not a trap and trace device) identifies location information for both incoming and outgoing calls. *See* 18 U.S.C. § 3127(3).
> On a separate point, *amicus* contends that the "signaling information" available under the Pen Register Statute is only the "signaling information" that is transmitted during a particular telephone call. *See* Letter to the Court from Yuanchung Lee, dated October 27, 2005

("*Amicus* Letter") at 16. The statute is ambiguous on this point, however. It says only that a pen register records the "signaling information transmitted by an instrument or facility from which a wire or electronic communication is transmitted." 18 U.S.C. § 3127(3). The term "is transmitted" is susceptible of two meanings: it could refer either to a particular communication or to an ongoing transmission. It is not necessary to reach this issue, however, because here the Government has sought only cell-site information tied to telephone calls.

In addition, construing the pen register definition as covering the capture of cell site data is the only way to make sense of a separate statute: 47 U.S.C. § 1002. As described in the next section, that statute specifically assumes that cell site data is available under the Pen Register Statute.

Notably, the showing required to install a pen register is a low one: the Government need only identify the law enforcement agency conducting the investigation and certify that the information likely to be obtained is "relevant to an ongoing criminal investigation" being conducted by the agency. 18 U.S.C. § 3122(b)(1), (2). Orders requiring the installation of a pen register may not exceed 60 days, though they may be extended for additional 60- day periods if the required showing is made. 18 U.S.C. § 3123(c). In certain emergency situations, a pen register may be installed even in the absence of a court order. 18 U.S.C. § 3125. The Pen Register Statute explicitly excludes from its definition "the contents of any communication"—an exclusion not relevant to the instant application as there is no effort to obtain the contents of any telephone calls. *See* 18 U.S.C. § 3127(3).

*4 The Government has certified that the cell site information it seeks here is "relevant and material to an ongoing investigation." Thus, the Pen Register Statute would by itself provide authority for the order being sought by the Government were it not for a provision codified elsewhere in the United States Code. That provision occurs in an "exception" clause within 47 U.S.C. § 1002, which is entitled "Assistance capability requirements."

B. *47 U.S.C. § 1002*

Section 1002 was enacted as part of the Communications Assistance for Law Enforcement Act of 1994. It requires telecommunications carriers to ensure that their equipment is capable of providing a law enforcement agency with information to which it may be entitled under statutes relating to electronic surveillance. Section 1002 provides, in pertinent part, as follows:

  a telecommunications carrier shall ensure that its equipment, facilities, or services that provide a customer or subscriber with the ability to originate, terminate, or direct communications are capable of--

* * *
  (2) expeditiously isolating and enabling the government, pursuant to a court order or other lawful authorization, to access call-identifying information that is reasonably available to the carrier--
  (A) before, during, or immediately after the transmission of a wire or electronic communication (or at such later time as may be acceptable to the government); and
  (B) in a manner that allows it to be associated with the communication to which it pertains,
  *except that, with regard to information acquired solely pursuant to the authority for pen registers and trap and trace devices (as defined in section 3127 of Title 18), such call-identifying information shall not include any information that may disclose the physical location of the subscriber (except to the extent that the location may be determined from the telephone number);*

47 U.S.C. § 1002(a)(2) (emphasis added).

The phrase "information that may disclose the physical location of the subscriber" in the exception clause can reasonably be interpreted to encompass the prospective cell site information being sought by the Government here, although, as already discussed, the information the Government obtains in this District "disclose[s] the physical location" of the subscriber in only the roughest manner. [FN3]

  FN3. A literal reading of this exception clause might lead one to question whether it is of any relevance at all to the Government's application inasmuch as the clause is framed only as an exception to the sort of "capab[ilities]" a carrier is obligated to "ensure" that it possesses. Under this reading, the exception clause merely states that a carrier is not obligated to ensure that it possesses the capability to disclose physical location information. The clause says nothing about whether the carrier should or should not disclose such information. Nor does it say anything about whether the Government may obtain an order for such information. As is described below, however, the legislative history relevant to this provision reflects that a literal reading of this kind would be at odds with the intention of Congress.

The effect of the exception clause is not obvious at first glance. But the clause plainly reflects an underlying assumption that physical location data *would* have been obtainable under the Pen Register Statute in the absence of the exception clause. Otherwise, it would have been unnecessary to add the exception clause at all. Indeed, the legislative history of section 1002 states as much. *See* H. Rep. 103-827(I), reprinted in 1994 U.S.C.C.A.N. 3489, 3497, 1994 WL 557197, at *17 (Oct. 4, 1994) ("Currently, in some cellular systems, transactional data that could be obtained by a pen register may include location information."); S. Rep. 103-402, *available at* 1994 WL

CELLSITE-343

562252, at *18 (Oct. 6, 1994) (same). [FN4]

> FN4. In fact, the definition of a "pen register" in effect at the time of the exception clause's passage did not seem to include cell site or location information, inasmuch as the term "pen register," prior to the USA PATRIOT Act amendment in 2001, had been defined as a device that identified "the number dialed or otherwise transmitted." *See* Pub.L. No. 99-508, § 301, 100 Stat 1848 (Oct. 21, 1986). Nonetheless, Congress obviously thought such information was available under the Pen Register Statute when the exception clause was enacted in 1994.

**\*5** But if the exception clause of 47 U.S.C. § 1002(a)(2) is read to mean that a pen register may not be used at all to deliver cell site information to the Government, then the Government may not acquire cell site information by *any* mechanism. This is because the Pen Register Statute is clear that the device that captures cell site information--that is, a "pen register"--may be installed only pursuant to the Pen Register Statute itself. As noted, the Pen Register Statute defines a pen register as a device that provides "signaling information" (*e.g.,* cell site information). *See* 18 U.S.C. § 3127(3). At the same time, the Pen Register Statute states unequivocally (with exceptions not relevant here) that "no person may install or use a pen register ... without first obtaining a court order under section 3123"--that is, pursuant to a court order issued under the Pen Register Statute itself. *See* 18 U.S.C. § 3121(a). Taken together, the two sections require that prospective cell site information may be obtained *only* pursuant to the Pen Register Statute. If the exception clause in 47 U.S.C. § 1002(a)(2) is read to mean that the Pen Register Statute may not be used in any form to obtain cell site information, as is urged by *amicus* and the other cell site cases, the exception clause in combination with section 3121(a) would constitute a directive that cell site information was not obtainable by any mechanism at all.

*Amicus* and the other cell site cases do not address this question and simply assume that 47 U.S.C. § 1002(a)(2) means that some mechanism other than the Pen Register Statute may be used to obtain cell site information as long as this mechanism stands on its own--that is, as an independent ground authorizing the collection of cell site data. The cell site cases believe a search warrant under Fed.R.Crim.P. 41 is the appropriate mechanism, *see, e .g.,* Texas Decision, 396 F.Supp.2d at 757, and *amicus* asserts that it is the Title III wiretap statute, *see* Letter to the Court dated December 6, 2005 from Yuanchung Lee, at 5-6. But, again, this reading fails to give effect to the explicit directives contained in the Pen Register Statute that a pen register--which is defined to include a device providing cell site information--can be installed only pursuant to "a court order under section 3123 of [Title 18]." 18 U.S.C. § 3121(a). In other words, Fed.R.Crim.P. 41 or Title III cannot by themselves provide authority for the

Government's application because any warrant or order issued pursuant to those mechanisms must necessarily authorize the installation of a "pen register."

If the cell site cases and *amicus* were correct in their interpretation of the exception clause--that is, that it constitutes a simple direction that no cell site information may be obtained pursuant to the Pen Register Statute--this Court might conclude that Congress intended that the Government could not obtain cell site information by any means. However, the exception clause in fact does not contain a direction that no cell site information may be obtained "pursuant" to the Pen Register Statute. Instead, it states that cell site information may not be obtained *"solely* pursuant" to the Pen Register Statute. 47 U.S.C. § 1002(a)(2). The phrase "solely pursuant" is an unusual one--so unusual that the only time it appears in the United States Code is in 47 U.S.C. § 1002(a)(2). [FN5]

> FN5. The phrase "only pursuant" appears several dozen times in the United States Code. But in each instance the phrase is used to direct affirmatively how an act is to be done--for example, to direct that judicial review of an order may be obtained "only pursuant" to a particular statutory provision. 49 U.S.C. § 46301(d)(7)(D)(iii). Here, however, the exception clause authorizes something to be done as long as it is *not* done "solely pursuant" to a particular statutory provision. Thus, the statutes using "only pursuant" provide no assistance in our interpretation.

**\*6** The use of the word "solely" is significant. "Solely" means "without another" or "to the exclusion of all else." *See Merriam-Webster's Collegiate Dictionary* (10th ed.2000), at 1114. If we are told that an act is not done "solely" pursuant to some authority, it can only mean that the act is done pursuant to that authority *"with* [ ] another" authority. *Id.* As a result, the use of the word "solely" in section 1002 necessarily implies that "another" mechanism may be combined--albeit in some unspecified way--with the Pen Register Statute to authorize disclosure of cell site information.

As just noted, *amicus* and the other cell-site cases read the exception clause as a direction to the Government to rely exclusively on some other mechanism to obtain the cell-site information and to rely on that other mechanism alone. We have already pointed out one problem with this reading--that it results in a contradiction in the terms of the Pen Register Statute and 47 U .S.C. § 1002. But there is a second problem, which is reflected in section 1002 itself. If section 1002 means that the Pen Register Statute cannot be relied on whatsoever to obtain cell site information, it would have been sufficient for the statute's drafters to use the word "pursuant" rather than the phrase "solely pursuant." In other words, the use of the word "pursuant" would have been enough by itself to give a clear direction

that cell-site information cannot be obtained under the Pen Register Statute. Given the doctrine that "we must, if possible, construe a statute to give every word some operative effect," *Cooper Industries, Inc. v. Aviall Services, Inc.*, 125 S.Ct. 577, 584 (2004), the word "solely" must be given semantic content if it is possible to do so. The most reasonable reading of the word "solely" is that if cell-site information is not being obtained "solely" pursuant to the statute, it is being obtained pursuant to the opposite of "solely": that is, not "alone" but in combination with some other mechanism.

While we have extracted some semantic content out of the word "solely," it has hardly been a satisfying exercise inasmuch as we are left with the conclusion that Congress has given a direction that cell site information may be obtained through some unexplained combination of the Pen Register Statute with some other unspecified mechanism. As unsatisfying as this result is, the only alternative is either (1) to ignore the plain dictate of 18 U.S.C. § 3121(a) by assuming that 47 U.S.C. § 1002 means that some other mechanism may be used to intercept "physical location" information if it can do so on an independent basis, or (2) to ignore Congress's inclusion of the otherwise unnecessary word "solely" and conclude that ongoing cell site data is not obtainable at all.

We reject the first choice as it requires us to ignore a clear statutory command. Nor can we accept the second choice because it requires us to conclude that Congress intended that ongoing cell site location information could not be obtained by any means at all. Congress, however, plainly manifested its intention to the contrary. First, as noted, any such interpretation necessarily reads the word "solely" out of the exception clause. If Congress had intended that no prospective cell site data be obtainable, it would have simply said in the exception clause that physical location information could not be obtained "pursuant" to the Pen Register Statute.

*7 Second, the only legislative history that directly bears on the meaning of the exception clause--consisting of a prepared statement of former Federal Bureau of Investigation ("FBI") director Louis Freeh--reflects that the § 1002 exception was put in at the suggestion of the FBI itself, as a way of assuring Congress that the FBI would rely on mechanisms--referred to as "court orders and subpoenas"--other than the Pen Register Statute to obtain physical location information, including cell site data. *See Police Access to Advanced Communication Systems: Before the Subcommittee on Technology and the Law of the Committee on the Judiciary United States Senate and the Subcommittee on Civil and Constitutional Rights of the Committee on the Judiciary House of Representatives* (1994) (statement of FBI Director Louis J. Freeh) ("Freeh Statement"), *available at* 1994 WL 223962 ("Even when such generalized location information, or any other type of 'transactional' information, is obtained from communications service providers, court orders or

subpoenas are required and are obtained."). Thus, it would not make sense for Congress to have taken Director Freeh up on his proposal by barring law enforcement agencies from obtaining cell site information entirely.

Third, the District of Columbia Circuit, in considering the "solely pursuant" exception in the context of a Federal Communications Commission's rule-making proceeding, approved of the FCC's decision that section 1002 "simply imposes upon law enforcement an authorization requirement different from that minimally necessary for use of pen registers and trap and trace devices." *United States Telecom Ass'n*, 227 F.3d at 463 (citing *In the Matter of Communications Assistance for Law Enforcement Act*, 14 F.C.C.R. 16794, 16815, ¶ 44 (1999)). The plain import of this statement is that law enforcement agencies would be able to get authorizations to obtain cell site information from some mechanism, although the Government would have to meet an authorization requirement different from the minimal standard provided in the Pen Register Statute.

Having rejected the two alternatives--that is, that cell site data can be obtained without reliance on the Pen Register Statute or that it is not obtainable at all--we are back at the originally discussed reading of the word "solely." We thus conclude that Congress expected physical location information--including cell site information--would be obtainable by the Government by using some mechanism in combination with the Pen Register Statute. The idea of combining some mechanism with as yet undetermined features of the Pen Register Statue is certainly an unattractive choice. After all, no guidance is provided as to how this "combination" is to be achieved. But, again, in light of the language used in section 1002, the Court believes that it is the only choice possible.

The next question is (1) whether the other mechanism relied on by the Government--18 U.S.C. § 2703--is an appropriate mechanism to "combine" with the Pen Register Statute, and (2) if so, how section 2703 should be "combined" with the Pen Register Statute. To answer these questions, we turn to an examination of section 2703.

### C. *Section 2703*

*8 Section 2703 contains three main sections that authorize the Government to obtain records. Two are not relevant here: section 2703(a) authorizes disclosure of the contents of wire or electronic communications held by a "provider of electronic communication service" and section 2703(b) authorizes disclosure of the contents of wire or electronic communications in a "remote computing service ."

Section 2703(c)(1) --the section relied upon by the Government--provides that a "governmental entity may require a provider of electronic communication service or remote computing service to disclose a record or other information pertaining to a subscriber to or customer of

such service (not including the contents of communications)," provided the Government "offers specific and articulable facts showing ... reasonable grounds to believe that ... the records or other information sought, are relevant and material to an ongoing criminal investigation" under 18 U.S.C. § 2703(d). A separate portion of section 2703 provides that basic subscriber information--such as name, address and duration of calls--need not even meet this threshold showing but is obtainable merely by subpoena. *See* 18 U.S.C. § 2703(c)(2). The Government may obtain additional information about a subscriber under 18 U.S.C. § 2703(c)(1)(B) as long as the "specific and articulable facts" standard is met.

The first question that arises is whether prospective cell site data is encompassed in the phrase "record or other information pertaining to a subscriber to or customer of [an electronic communication] service."

Certainly, prospective cell site data is "information," and it may also be said--in this District at least--to be in the form of a "record" inasmuch as cell site information is transmitted to the Government only after it has been in the possession of the cell phone company. Cell site data also "pertain[s]" to a subscriber to or customer of cellular telephone service. The remaining question is whether cellular telephone service constitutes an "electronic communication service." According to 18 U.S.C. § 2711(I), we must turn to 18 U.S.C. § 2510 for the definition of this term. Section 2510 defines an "electronic communication service" to mean "any service which provides to users thereof the ability to send or receive wire or electronic communications." 18 U.S.C. § 2510(15).

The phrase "electronic communication" is itself defined. Section 2510(12) provides that "electronic communication" means "any transfer of signs, signals, writing, images, sounds, data, or intelligence of any nature transmitted in whole or in part by a wire, radio, electromagnetic, photoelectronic or photooptical system that affects interstate or foreign commerce." With the definition taken thus far, it would be plain that a user of a cellular telephone is a "customer of an electronic communication service" under section 2703(d) since the cellular telephone makes transmissions to a tower through an electromagnetic system. *See generally* http://www.fda.gov/cellphones/qa.html# I (wireless phones rely on radio-frequency energy, which is a form of electromagnetic energy).

**\*9** *Amicus* argues, however, that an exception contained in the definition of "electronic communication" in section 2510(12) is of importance here. *Amicus* Letter at 8. The exception states that an "electronic communication ... does not include ... any communication from a tracking device (as defined in section 3117 of this title)." 18 U.S.C. § 2510(12)(C). Section 3117 in turn defines a tracking device as "an electronic or mechanical device which permits the tracking of the movement of a person or thing." 18

U.S.C. § 3117(b).

Because a cellular telephone arguably has the capability of being a "device which permits ... tracking"--in addition to its normal voice and data transmission uses--we must determine if the tracking device exception to the definition of "electronic communication" means that a cellular telephone service subscriber is not in fact a "customer of an electronic communication service" under section 2703(c).

To understand the import of this exception, it is necessary to examine what "service" is being provided to the customer of a cellular telephone. This is because the term "electronic communication" is used in section 2703 to describe the sort of "service" that an individual subscribes to or is a customer of, and the Government may only obtain "records or other information" pertaining to such a person. Section 2510(15) says that the relevant service is a service that provides to users thereof the ability to "send or receive ... electronic communications." The exception in section 2510(12)(C) tells us only that "tracking" information is not considered to be an electronic communication. But this exception does not alter the fact that the cellular telephone *service* that the customer uses and to which the subscriber subscribes is nonetheless an "electronic communication service" under section 2510(15).

We next turn back to section 2703, which governs "information" pertaining to "customers and users" of electronic communications service. It is certainly the case that cell site or tracking information constitutes "information" pertaining to customers or users of electronic communications services. Thus, such cell site or tracking information comes within section 2703(c) and consequently is . the sort of "information" that the Government may seek pursuant to an order under section 2703(d).

The objection to this reading, *see Amicus* Letter at 8-9, appears to be as follows: section 2703(c) governs information pertaining to electronic communication services. The definition of "electronic communication" in section 2510(12)(C) excludes tracking information. Therefore, the Government cannot get under section 2703 the tracking information a cell phone provides.

The problem with this syllogism is that it assumes that the term "information" in section 2703(c) is limited by the definition contained in section 2510. In fact, section 2510 does not speak to the scope of the term "information" in section 2703. Rather, section 2510 speaks only to the meaning of the term "electronic communication service," which it defines broadly as a service that "provides to users thereof the ability to send or receive ... electronic communications." Thus, the term "electronic communications service" in section 2703(c) refers broadly to the "service" of providing users with the "ability to send or receive ... electronic communications." It does not refer to any one particular piece of information, such as cell site

CELLSITE-346

information, that might be obtainable from the device carried by the user of the service. While tracking information is not to be considered part of "electronic communications" pursuant to the exception contained in 2510(12)(C), this does not alter the fact that the cellular telephone service to which a cellphone customer subscribes necessarily comes within the definition of section 2510(15). After all, the service a cellular telephone company "provides to users" is the ability to make cellular telephone calls, not exclusively tracking information. Inasmuch as a service that provides cellular telephone capabilities is within section 2510(15), information pertaining to a subscriber to or customer of that "service" is obtainable under section 2703(c).

*10 In other words, information on the location of cell towers is not the "service" to which a cellular customer subscribes. Instead, the user subscribes to the voice--and perhaps data--transmission capabilities provided by the cellular carrier. Although tower location information may be a necessary ingredient for the operation of that service, the "service" to which the user subscribes is still the "electronic communication" capabilities of the cellular telephone. Section 2703(c) tells us broadly that the Government may obtain "information" pertaining to users of this sort of service. Cell site information is just one of many possible categories of "information" that pertains to users of this service. The exception in section 2510(12)(C) does not purport to limit the meaning of the term "information." [FN6]

> FN6. There is potentially an independent reason why the exception clause in section 2510(12)(C) does not limit the Government's ability to obtain cell site information under section 2703. The exception clause points to section 3117 for the definition of a tracking device. Section 3117, however, is a statute that refers to a tracking device that has been "install[ed]" at the behest of the Government. 18 U.S.C. § 3117(a). Here, however, no tracking device has been "installed."

It may seem anomalous that the Government may obtain under section 2703 a particular category of information pertaining to a user of electronic communications that is excepted from the term electronic communications itself. But this is not surprising given the multiple purposes that the section 2510(12)(C) exception serves. The definitions in section 2510 apply across the board to (1) wiretaps; (2) section 2703 applications; and (3) Pen Register Statute applications. See 18 U.S.C. §§ 2510 (introductory clause); 2711(1); and 3127(1). There is no suggestion in the structure of the statues that the section 2510(12)(C) exception was meant to limit in any way the "information" that the Government was entitled to get under section 2703(c).

In light of the analysis so far, section 2703(c)'s use of the term "information" would cover the prospective cell site

data being sought here. At least some of the cell site cases recognize that the term "information" includes historical cell site information. See Texas Decision, 396 F.Supp.2d at 759 n. 16; EDNY Decision, 396 F.Supp.2d at 313; Maryland Decision, 2005 WL 3160860, at *4; see also Amicus Letter at 12. They question, however, whether cell site information not yet in existence at the time of the order--that is, prospective or what is colloquially referred to as "real time" data--may be included in the term "information."

The text of the statute itself contains no limitation of this kind. Some courts have pointed to the title of the chapter in which the statute appears-- the "Stored Wire and Electronic Communications and Transactional Records Access"--as harboring some importance in this regard. See Texas Decision, 396 F.Supp.2d at 760. But this title is of limited significance for two reasons. First, it refers to types of data-- "communications" and "records"-- that are narrower than one of the actual terms in section 2703(c): "information." Second, and more significantly, even the data being obtained regarding the location of the cell phone is in fact "stored" by the carrier--at least in this District. Cell site information is not obtained directly by the Government. Instead, it is transmitted to the Government only after it has come into the possession of the cellular telephone provider in the form of a record.

*11 The question of "historical" versus "real time" data is still of some significance, however. While the data the Government seeks can appropriately be characterized as "stored" or "historical" records by the time the Government gets possession of them, the Government wants that information on an ongoing basis. That is, it wants a continuing order for the cell phone company to provide the stored records in the future.

Amicus and the cell site cases have properly pointed to aspects of 2703 that make it unsuited to requiring the carrier to provide cell site data on an ongoing basis. Amicus Letter at 12. The two related statutes that plainly permit transmission of information to the Government on an ongoing basis--the Pen Register Statute and Title III--both contain limitations, 60 days and 30 days respectively, that cap the duration of any prospective orders. See 18 U.S.C. § 3123(c)(1); 18 U.S.C. § 2518(5). Section 2703, by contrast, contains no such time limitation. In a similar vein, the Pen Register Statute and Title III contain automatic sealing provisions, see 18 U.S.C. § 2518(8)(b) and 3123(d)(1)--provisions that are obviously important to the Government when obtaining ongoing information--whereas section 2703 does not.

These omissions, however, are understandable when considered in the context of the discussion presented thus far. Amicus and the cell site cases have conducted their analysis of section 2703 as an effort to determine whether Congress "intended" section 2703 to cover prospective cell site data. See, e.g., Texas Decision, 396 F.Supp.2d at 760;

*Amicus* Letter at 11-12. But there is no reason to believe that section 2703 was specifically enacted as the mechanism to cover such cell site data inasmuch as the Pen Register Statute professes to be the only statute that authorizes the installation of the device used to capture this sort of data, *i.e.* "signaling information." *See* 18 U.S.C. § 3121(a).

Section 2703, however, remains an appropriate candidate as a legal mechanism that could properly be "combined," as contemplated by 47 U.S.C. § 1002(a)(2), with the Pen Register Statute to obtain cell site locations. This is because the text of section 2703(c) covers the data the Government seeks here. The heart of the statute--granting authority to obtain "information" about cell phone customers--does not on its face contain any limitation regarding when such information may come into being. It is thus susceptible to an interpretation that the "information" sought might come into being in the future. Moreover, because cell site data in this District exists as a record before it is transmitted to the Government, the text of the statute does not prevent the Government from presenting daily or hourly (or even more frequent) applications to the Court to obtain historical cell site data. Thus, as a theoretical matter, the statute permits the Government to obtain cell site data on a continuing or ongoing basis even under a narrow reading of section 2703.

*12 The principal reason why the statute does not serve easily as a fully independent source of authority for providing such data is a structural one: the statute does not contain certain procedural features, such as a time limitation, that Congress has typically included in statutes that permit the gathering of ongoing information. But this is an understandable omission given that Congress envisioned a pen register as the mechanism that would be used to capture cell site data, and the Pen Register Statute contains the procedural features missing from section 2703. In other words, the Pen Register Statute contains the time limitation (and sealing) provisions that are tied to the very "device"--that is, the pen register--that Congress deemed necessary to obtain prospective cell site information. It is thus logical to conclude that these two statutes in combination contain the necessary authority contemplated by Congress in 47 U.S.C. § 1002.

Section 2703 is an appropriate mechanism to "combine" with the Pen Register Statute for yet another reason. As the District of Columbia Circuit recognized, and as is implicit from the statement presented by Director Freeh, the objection to using the Pen Register Statute alone for the purpose of obtaining cell site data was that it contained a "minimal[ ]" authorization requirement. *United States Telecom Ass'n,* 227 F.3d at 463 (citing *In the Matter of Communications Assistance for Law Enforcement Act,* 14 F.C.C.R. 16794, 16815, ¶ 44 (1999)). Thus, the District of Columbia Circuit concluded that the section 1002 exception "simply imposes upon law enforcement an authorization requirement different from that minimally necessary for use of pen registers and trap and trace devices." *Id.* Section 2703, by contrast, contains a higher

authorization requirement than that required for a pen register. While the Pen Register Statute permits disclosure of information upon the mere showing that the information likely to be obtained is "relevant to an ongoing criminal investigation" being conducted by the agency, 18 U.S.C. § 3122(b)(2), section 2703 requires the Government to offer "specific and articulable facts showing ... reasonable grounds to believe that ... the records or other information sought, are relevant and material to an ongoing criminal investigation." *See* 18 U.S.C. § 2703(d). Using section 2703 thus fulfills the apparent purpose of the section 1002 exception: to require something different from than the "minimal[ ]" authorization requirement imposed by the Pen Register Statute.

Of course, *amicus* and the cell site cases suggest that Fed.R.Crim.P. 41 or Title III are better mechanisms than section 2703 to obtain the cell site information. They rely on them, however, based in part on their belief that the non-pen-register mechanism for obtaining cell-site data must operate independently of the Pen Register Statute. [FN7] But once this proposition is rejected, section 2703 is a far more obvious source of authority since it covers the very sort of information that is being sought under the warrant. Its only failing is that it does not explicitly allow for the continuous release of such information. Certainly, Title III does not represent an appropriate fit for cell site information inasmuch as its purpose is to govern the interception of the "contents" of communications. *See, e.g.,* 18 U.S.C. §§ 2510(4), 2511(1); *United States v. New York Tel. Co.,* 434 U.S. 159, 167 (1977) (pen registers not within Title III because they do not acquire the "contents" of communications).

> FN7. Their reliance is also based on the belief that a cell phone is transformed into a "tracking device" when prospective cell site data is sought. For reasons discussed further in the next section, the requirements that attach to tracking devices are not relevant here.

*13 In sum, section 2703 is the most obvious candidate to be used in combination with the Pen Register Statute to authorize the ongoing collection of cell site information because it covers cell site information generally. Section 2703's absence of procedural provisions that typically attach to the transmission of ongoing information is explained by the fact that the pen register is the proper "device" to obtain cell-site information. Thus the Pen Register Statute's procedural provisions that are tied to such a device are appropriately combined with an application under section 2703 to obtain such information.

### D. *Effect of the Fourth Amendment*

The only remaining question is whether the issuance of a court order for cell site information under section 2703 and the Pen Register Statute is unconstitutional because it violates the Fourth Amendment's prohibition against

CELL/OTD 001226

unreasonable searches and seizures. *Amicus* (and some of the cell site cases) discusses the issue in terms of whether the cell phone is a "tracking device" and whether a warrant grounded in probable cause is necessary for the installation of such a device. But the data being sought by the Government in this District is not what *amicus* believes it to be. The information does not provide a "virtual map" of the user's location. *Amicus* Letter at 24. The information does not pinpoint a user's location within a building. Instead, it only identifies a nearby cell tower and, for some carriers, a 120-degree face of that tower. These towers can be up to 10 or more miles apart in rural areas and may be up to a half-mile or more apart even in urban areas. Moreover, the data is provided only in the event the user happens to make or receive a telephone call. Thus, *amicus's* reference to tracking devices and the cases considering this technology is not on point. [FN8]

> FN8. The tracking device statute, 18 U.S.C. § 3117, is of no relevance at all because it provides no guidance on what showing must be made to install a tracking device. It states only that *"If a court is empowered to issue a warrant or other order for the installation of a mobile tracking device, such order may authorize the use of that device within the jurisdiction of the court, and outside that jurisdiction if the device is installed in that jurisdiction."* 18 U.S.C. § 3117(a) (emphasis added); *see also United States v. Gbemisola*, 225 F.3d 753, 758 (D.C.Cir.2000) ("section 3117 does not prohibit the use of a tracking device in the absence of conformity with the section"). Not only is the statute prefaced by a conditional clause, the statute itself contemplates that a tracking device may be installed merely pursuant to an "order"--that is, without a warrant and thus without a probable cause showing. And, of course, it contemplates the "installation" of a tracking device, which has not been sought here.

In any event, the case most strongly relied on by *amicus*, *United States v. Karo*, 468 U.S. 705 (1984), held only that the installation of a true tracking device without the knowledge of the person it was tracking must be the subject of a warrant if the device discloses its location inside someone's home and that information could not have been obtained by observation. 468 U.S. at 714; *cf. United States v. Knotts*, 460 U.S. 276, 282 (1983) (no warrant required where the installed tracking device reveals information observable from a public highway). Here, however, the Government does not seek to install the "tracking device": the individual has chosen to carry a device and to permit transmission of its information to a third party, the carrier. As the Supreme Court has held in the context of telephone numbers captured by a pen register, the provision of information to a third party does not implicate the Fourth Amendment. *See Smith v. Maryland*, 442 U.S. 735, 744 (1979); *see also United States Telecom. Ass'n v. FCC*, 227

F.3d at 459 ("*Smith's* reason for finding no legitimate expectation of privacy in dialed telephone numbers-- that callers voluntarily convey this information to the phone company in order to complete calls--applies as well to much of the information provided by the challenged capabilities.") (referring to information that included "antenna tower location"). *Amicus* argues that the information is not voluntarily conveyed because, unlike telephone numbers, location information is being transmitted even in the absence of a telephone call. *Amicus* Letter at 23 (citing Texas Decision, 396 F.Supp.2d at 756-57). The Court need not reach this question because the only information being sought by the Government here is information tied to an actual telephone call. [FN9]

> FN9. *United States v. Forest*, 355 F.3d 942, 951 (6th Cir.2004), suggests in dictum that there might be a Fourth Amendment concern where a law enforcement agent purposely dialed the target cellphone in order to obtain location data. The court viewed such an act as demonstrating that the user was not voluntarily providing the cell site data. Here, we have no request to authorize such an act.

*Conclusion*

**\*14** The above analysis applies with respect to the instant Order, and is based upon the technology that is available to the Government in this District. Because the Court cannot know how that technology may change, it intends to identify specifically, in any future orders authorizing the provision of cell site information, the character of the information that may be provided by a carrier. Specifically, any such Order will make clear that it contemplates the production only of: (1) information regarding cell site location that consists of the tower receiving transmissions from the target phone (and any information on what portion of that tower is receiving a transmission, if available); (2) tower information that is tied to a particular telephone call made or received by the user; and (3) information that is transmitted from the provider to the Government. If the Government seeks to obtain other information, it should provide additional briefing on why such information is permissible under the relevant authorities.

Slip Copy, 2005 WL 3471754 (S.D.N.Y.)

END OF DOCUMENT

CELL/OTD 001227

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-13-2012 BY 65179 DMH/STW

**From:**
**Sent:** Monday, October 24, 2005 8:54 AM
**To:**
**Cc:**
**Subject:** RE: Standard Operating Procedure (SOP) for Case Agents Requesting

**UNCLASSIFIED**
**NON-RECORD**

Interesting. In light of recent Magistrate views, we might well see more

At any rate, isn't it typically the case that you discuss-

What's you preference?

PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL

Assistant General Counsel
Science & Technology Law Unit
Engineering Research Facility
Bldg. 27958A Room A-207B
Quantico, Va. 22135

b3
b5
b6
b7C
b7E

SCIENCE & TECHNOLOGY LAW UNIT - OFFICE OF THE GENERAL COUNSEL

-----Original Message-----
**From:**
**Sent:** Saturday, October 22, 2005 3:27 PM
**To:**
**Cc:**
**Subject:** RE: Standard Operating Procedure (SOP) for Case Agents Requesting

**UNCLASSIFIED**
**NON-RECORD**

Thank you for your reply. As for your question,

CELL/OTD 001236
CELLSITE-350

I am currently digesting the rest of the information you sent me.   It is extremely helpful.   I am going to draft a separate SOP for [redacted] and send it to you for your review.   **Just to make sure I understand the legal matters!**

Thanks again [redacted]

-----Original Message-----
**From:** [redacted]
**Sent:** Wednesday, October 12, 2005 1:00 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: Standard Operating Procedure (SOP) for Case Agents Requesting [redacted]

**UNCLASSIFIED**
**NON-RECORD**

[redacted]

I'll defer to [redacted] the policy issues, as I understand WITT is trying to address some similar issues directly with [redacted]

By way of background, last year [redacted]

b3
b5
b6
b7C
b7E

CELL/OTD 001237
CELLSITE-351

b3
b5
b6
b7C
b7E

PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL

Assistant General Counsel
Science & Technology Law Unit
Engineering Research Facility
Bldg. 27958A Room A-207B
Quantico, Va.  22135

SCIENCE & TECHNOLOGY LAW UNIT  -  OFFICE OF THE GENERAL COUNSEL

3

-----Original Message-----
**From:**
**Sent:** Tuesday, October 11, 2005 2:07 PM
**To**

**Subject:** Standard Operating Procedure (SOP) for Case Agents Requesting

**UNCLASSIFIED**
**NON-RECORD**

The attached file is the first draft of a proposed SOP to assist [ ] case agents who request [ ]

Boss (SSA [ ] , as we spoke yesterday this is the first draft.

Squad members, please review and provide imput.   Thanks.

[ ]   as this largely pertains to your squad, would you please review and provide any suggestions or input?   Thanks.

[ ]   when you have a moment, would you see if I missed anything?   Thanks

[ ]   when you too have a moment, would you be so kind as to review the attachment for legal considerations?   If you could provide more details regarding a useable procedure for [ ] that would be great.  We really need to determine the quickest procedure for [ ]

Thank you all,

[ ]

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

b3
b5
b6
b7C
b7E

4

CELL/OTD 001239
CELLSITE-353

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-13-2012 BY 65179 DMH/STW

**From:**
**Sent:** Friday, October 28, 2005 8:36 AM
**To:**

**Cc:**
**Subject:** RE: [ ] Cheat Sheets for the StingRay

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Thanks for the guides.  I will have the guys review the cheat sheets and look forward to reviewing the SOP.  Please let ERF review the SOP so we can run them by the Criminal Division for approval. Before any policy can be distributed, it needs to be run by the substantive desks at FBIHQ and OGC. This SOP will actually help our (ERF) efforts in establishing an SOP with FBIHQ for [          ] Keep up the good work.

SSA [          ]
Unit Chief

b3
b5
b6
b7C
b7E

-----Original Message-----
**From:**
**Sent:** Wednesday, October 26, 2005 11:34 AM
**To:**

**Cc:**
**Subject:** [ ] Cheat Sheets for the StingRay

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Enclosed is a "cheat sheet" for dummies guide on the Stingray

SSA [          ]

CELL/OTD 001240

CELLSITE-354

**From:**
**Sent:** Monday, November 14, 2005 11:57 AM
**To:**

**Cc:**
**Subject:** RE:
**Attachments:** SOP for _____ 11142005 @ 1130.wpd

**UNDERLINED**
**UNCLASSIFIED**
**NON-RECORD**

The attached includes some edits (use document/reviewer to see changes).

PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL

Assistant General Counsel
Science & Technology Law Unit
Engineering Research Facility
Bldg. 27958A Room A-207B
Quantico, Va.  22135

SCIENCE & TECHNOLOGY LAW UNIT  -  OFFICE OF THE GENERAL COUNSEL

b3
b6
b7C
b7E

-----Original Message-----
**From:**
**Sent:** Monday, November 07, 2005 8:49 PM
**To:**
**Cc:**
**Subject:** FW:

**UNCLASSIFIED**
**NON-RECORD**

We would like to make this document_____. This is our latest draft after___ provided some input earlier. Please provide legal guidance to ensure we have drafted an appropriate SOP for_____
mpk

*SSA*

-----Original Message-----
**From:**
**Sent:** Tuesday, October 25, 2005 4:05 PM
**To:**

1

CELL/OTD 001250
CELLSITE-356

**Cc:**
**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

Please review and provide feedback.   We truly need to improve                                    I think an SOP would be a big help.

b3
b6
b7C
b7E

Thank you,

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

*CELL/OTD 001251*
CELLSITE-357

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-13-2012 BY 65179 DMH/STW

**From:**
**Sent:** Monday, November 14, 2005 1:15 PM
**To:**

**Cc:**
**Subject:** RE:
**Attachments:** Oct052005.doc

**UNCLASSIFIED**
**NON-RECORD**

Attached is a copy of a DRAFT                                    Also is a DRAFT

-----Original Message-----
**From:**
**Sent:** Monday, November 14, 2005 11:57 AM
**To:**
**Cc:**
**Subject:** RE:

**UNCLASSIFIED**
**NON-RECORD**

The attached includes some edits (use document/reviewer to see changes).

PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR
OGC APPROVAL

b3
b6
b7C
b7E

Assistant General Counsel
Science & Technology Law Unit
Engineering Research Facility
Bldg. 27958A Room A-207B
Quantico, Va. 22135

SCIENCE & TECHNOLOGY LAW UNIT  -  OFFICE OF THE GENERAL COUNSEL

-----Original Message-----
**From:**
**Sent:** Monday, November 07, 2005 8:49 PM
**To:**
**Cc:**
**Subject:** FW:

**UNCLASSIFIED**
**NON-RECORD**

We would like to make this document          policy ASAP.  This is our latest draft after          provided
some input earlier. Please provide legal guidance to ensure we have drafted an appropriate SOP for

CELL/OTD 001256

1

CELLSITE-362

*SSA*

-----Original Message-----
**From:**
**Sent:** Tuesday, October 25, 2005 4:05 PM
**To:**                                                                    b3
**Cc:**                                                                     b6
**Subject:**                                                                b7C
                                                                            b7E

**UNCLASSIFIED**
**NON-RECORD**

   Please review and provide feedback.   We truly need to improve
                                          I think an SOP would be a big help.


         Thank you,


**UNCLASSIFIED**


**UNCLASSIFIED**


**UNCLASSIFIED**


**UNCLASSIFIED**

CELL/OTD 001257

CELLSITE-363

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-13-2012 BY 65179 DMH/STW

**From:**
**Sent:** Wednesday, October 12, 2005 1:00 PM
**To:**
**Cc:**
**Subject:** RE: Standard Operating Procedure (SOP) for Case Agents Requesting
**Attachments:** Oct052005.doc

**UNCLASSIFIED**
**NON-RECORD**

I'll defer to          the policy issues, as I understand WITT is trying to address some similar issues directly with

By way of background, last year

b3
b5
b6
b7C
b7E

001293

1

CELLSITE-399

b3
b5
b6
b7C
b7E

PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL

Assistant General Counsel
Science & Technology Law Unit
Engineering Research Facility
Bldg. 27958A Room A-207B
Quantico, Va. 22135

SCIENCE & TECHNOLOGY LAW UNIT - OFFICE OF THE GENERAL COUNSEL

-----Original Message-----
**From:**
**Sent:** Tuesday, October 11, 2005 2:07 PM
**To:**

**Subject:** Standard Operating Procedure (SOP) for Case Agents Requesting

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

CELL/OTD

001294

CELL/OTD

CELL/OTD

001

2

The attached file is the first draft of a proposed SOP to assist [    ] case agents who request [                    ]

Boss (SSA [    ] as we spoke yesterday this is the first draft.

Squad members,  please review and provide imput.    Thanks.

[    ] as this largely pertains to your squad, would you please review and provide any suggestions or input?  Thanks.

[    ] when you have a moment, would you see if I missed anything?    Thanks

[    ] when you too have a moment, would you be so kind as to review the attachment for legal considerations?  If you could provide more details regarding a useable procedure for [                    ] that would be great.  We really need to determine the quickest procedure for [                            ]

b3
b5
b6
b7C
b7E

Thank you all,

[        ]

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD                                    001295

CELLSITE-401

DATE: 10-15-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-16-2037

\*\*\* ~~SECRET~~ \*\*\*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(U)   Security Addendum to requisition [          ]

(U)   The above-referenced procurement request was reviewed in
order to make a determination as to whether it should be relieved
of the "full and open competition" requirements of the FAR, for
security reasons.

(S)

(S)

b1
b3
b6
b7C
b7E

(U)   Inasmuch as advertisement of this procurement [          ]
[          ], it is
recommended that no advertisement be made.

May 6, 2004                          _____

                                     [          ]
                                     Security Officer
                                     Investigative Technology Division


                                     ~~Derived From:~~  G-3

\*\*\* ~~SECRET~~ \*\*\*

001359

CELL/OTD

DATE: 10-16-2012
CLASSIFIED BY 65179 DMH/SlW
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-16-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

## \*\*\* SECRET \*\*\*

(S)



b1
b3
b6
b7C
b7E

(S)

(U)  Full and open competition of referenced procurement
requirement could

it is recommended that no advertisement be made.

April 29, 2003

Security Officer
Investigative Technology Division

Derived From:  G-3
Declassify On:  X1

## \*\*\* SECRET \*\*\*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-16-2012 BY 65179 DMH/STW

REQ. #

5/10/2004
DATE

ORDERING OFFICE/COST CODE    APPROVED BY

Page___1___ OF___2____

JULIAN DATE

Supply Technician:
Program Manger:
Funding Approved:
COTR:
Room# & Ext:

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order#

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| | | | | Shipping / Insurance | | | | | |
| | | | Recommend by: Unit Chief | | | | | | |
| | | | Requested by/Deliver to: Federal Bureau of Investigation | | | | | | |
| | | | ERF Building 27958A, Quantico, VA22135 Attn: | | | | | Total | |

b3
b4
b6
b7C
b7E

SPECIAL INSTRUCTION:
Ship to Code:
Delivery Restrictions:  M-F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEM:

See attached EC

(Rev. 01-31-2003)

DATE: 10-17-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-17-2037

~~SECRET~~

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** IMMEDIATE                     **Date:** 05/04/2004

**To:** Finance                     **Attn:**

                                    **Attn:**
                                    **Attn:**

    Criminal Investigative          **Attn:**

**From:** Investigative Technology

        **Contact:** EE

**Approved By:**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**Drafted By:**

**Case ID #:** (U) 268-HQ-1068430

(S)     (S)
        (S)
        (S)

b1
b3
b6
b7C
b7E

**Title:** (U) WIRELESS INTERCEPT AND TRACKING TEAM (WITT)

(S)     (S)
        (S)
        (S)

**Synopsis:** (S)

(S)

        (U) Derived From: G-3
            Declassify On: X1

~~SECRET~~

CELL/OTD                    001363

CELLSITE-468

(S)

**Sole Source Justification**

(S)

The following reasons assist in explaining why:

(S)

(S)

b1
b3
b7E

(U) Other companies would probably require a substantial monetary investment and possibly years of development time to make systems that could provide the same capabilities and compete on the same level as the requested system.

(U) All of these reasons support the claim that it is in the FBI's best interest to acquire the requested systems.  Funding for this procurement is available from Budget Item _____ Subobject Classification _____

**NON-ADVERTISEMENT STATEMENT**

(S)

~~SECRET~~

4

CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-17-2037

**Sole Source Justification for**

**07/07/04**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

1.  Identification of the agency and the contracting activity, and specific identification of the document as a "Justification for other than full and open competition". ? - not sure what you want here??

2.  Nature and/ or description of the action being approved.

(S)

3.  A description of the supplies or services required to meet the agency's needs
MINIMUM SALIENT REQUIREMENTS

(S)

b1
b3
b7E

~~SECRET~~

001369

CELLSITE-474

4.  Identification of the statutory authority  (Contracting Officer will complete this questions)
(OMIT)

5.  A demonstration that the proposed contractor's unique qualifications or the nature of the
acquisition requires use of the authority cited.

(S)

6.  A description of efforts made to ensure that offers are solicited from as many potential sources
as is practicable, including whether a notice was or will be publicized as required by Subpart 5.2
and, if not, which exception under 5.202 applies.

b1
b3

7.  A determination by the Contracting Officer  that amount is fair and reasonable  (OMIT)

8.  A description of the market research conducted and the results or a statement of the reason
market was not conducted.

(S)

9. Any other facts supporting the use if other than full and open competition such as:
   example follow on work ; etc.



(S)

b1
b3

10. A listing of the sources, if any, that expressed, in writing, an interest in the acquisition.
    None.

11. A statement of the actions, if any, the agency may take to remove or overcome any barriers
to competition before any subsequent acquisition for the supplies or services required.

   The FBI could initiate a developmental effort with another vendor to design, develop and
manufacture equipment capable of meeting the minimum salient requirements.  However, due to
the urgent and compelling need and exorbitant costs associated with 'reinventing-the-wheel' it is
in the FBI's best interest to use the most expedient, cost-effective solution.  This solution would
be to procure existing, commercially available equipment.

CELL/OTD

~~SECRET~~

001371

CELL/OTD

001:

# ACQUISITION PLAN

## FEDERAL BUREAU OF INVESTIGATION

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/STW

1. Unit/Section/Division: _____ / ITD

2. Description of Requirement: _____

   _____   b3
   _____   b7E

3. Estimated Cost: _____   4. Term of Contract: _____

5. Distribution of Dollars: FY- 04 _____   6. Subobject Class/Budget Item: _____
   FY- _____   FY- _____   Product or Service Code: n/a
   FY- _____   FY- _____

7. Market Research (state how performed & attach): Market survey conducted via internet research and contact/communication with multiple vendors

   Commercial Item: ☒ Yes  ☐ No   Competitive: ☐ Yes  ☒ No
   If no to one or more above, explain: Reference Attached EC for Sole Source Justifications

8. Sources Considered: ☐ FBI Personnel   ☐ Other Government Personnel   ☐ Required Sources (FAR Part 8)
   ☐ 100% Small Bus.   ☐ 8a Set aside   ☐ Disadvantaged (FAR Part 8)
   ☐ Hubzone   ☐ Women-owned   ☒ Other Federal Contracts
   ☐ A-76

9. If Information Technology:   ☐ IRM Review   ☐ AIS Approval

10. Type of Procurement: ☒ Brand Name Only   ☐ Commercial Item   ☐ Functional Specifications
    ☐ Brand Name or Equal   ☐ Compatibility   ☐ Performance-Based Service Contract

11. Contract Type: ☐ BOA   ☐ IDIQ Contract   ☐ Reimbursable Agreement
    ☐ Cost-Reimbursement   ☐ (IFB)   ☐ RFP
    ☒ Firm-Fixed Price   ☐ Incentive   ☐ RFQ
    ☐ Firm-Fixed Price w/Economic Adj.   ☐ Letter Contract (DOJ Approval)   ☐ Time and Material

12. Lease vs Purchase (if lease, analysis attached): No   13. Environmentally Preferable Item: ☐ Yes  ☒ No

14. Inherently Government Function (justified): ☐ Yes  ☒ No

15. Lead Time Required: _____   To be filled in by Contracting Officer.

Approval: _____
Technical Staff Member/(date)        Budget Staff Member/(date)

_____
Legal Review (If applicable)/(date)        Contracting Officer or CCO/(date)

CELL/ITD        001372        CELLSITE-477

May 04,  2004
  EE☐ finished requisition packet ☐
  - requisition ☐
  - classified EC (Secret)
  - Acquisition Plan
  - non-Advertisement (Security) Addendum
  - non-IT Waiver EC (dated 04/2004)

May 12, 2004
  ☐ secretary finalized EC

May 24, 2004
  packet (EC & Requisition) received approval from AD

May 26, 2004
  EC uploaded

June 02, 2004
  packet shipped via courier to ☐

June 23, 2004
  SSA ☐ and EE ☐ visited ☐ in ☐ - met with ☐
  and ☐ (packet could not be located)

June 24, 2004
  met with ☐ and he confirmed packet left building on 06/02/2004

June 25, 2004
  notified ☐ and ☐ that unless packet is located
  by COB that I will need to notify ITD's Security Officer

  approximately 10 minutes after speaking with ☐ received
  first email (from OSSCU Chief ☐

  Numerous email communications follow.

b3
b6
b7C
b7E

CELL/OTD    001373

CELLSITE-478

DATE: 10-17-2012
CLASSIFIED BY: 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-17-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~

## ADDENDUM TO SOLE SOURCE JUSTIFICATION FOR REQUISITION

(S)

b1
b3
b7E

CELL/OTD                    001374

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-13-2012 BY 65179 DMH/STW

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE                    **Date:**  06/19/2003

**To:**  Finance                   **Attn:**

Criminal Investigative

**From:**  Investigative Technology
          **Contact:**  EE

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:**  WIRELESS INTERCEPT AND TRACKING TEAM (WITT)

**Synopsis:**  To request procurement of Stingray
                                      Loggerhead

Harris Corporation

**Enclosure(s):**  FD-369,              in the amount of
Non-IT Waiver and Acquisition Plan.

**Details:**  The WITT has

                              To support their efforts, WITT has
successfully leveraged the engineering capabilities of Harris
Corporation on numerous occasions

b3
b6
b7C
b7E

Harris_Procurement_06132003.wpd

CELL/OTD                    001375

CELLSITE-480

To:  Finance  From:  Investigative Technology
Re:  268-HQ-1068430, 06/19/2003

STINGRAY

b3
b7E

Harris Stingray

The Stingray

1.       The WITT

2

Harris_Procurement_06132003.wpd

CELL/OTD                    001376

CELLSITE-481

To:  Finance   From:  Investigative Technology
Re:  268-HQ-1068430, 06/19/2003

b3
b7E

2.      The Stingray

3.

4.

5.

6.

7.

LOGGERHEAD/

        The FBI-funded, Harris Loggerhead

                                    WITT has procured more than
from the Harris Corporation to support the FBI's criminal and
counterterrorism missions.

CELL/OTD            001377            CELLSITE-482

To:  Finance   From:  Investigative Technology
Re:  268-HQ-1068430, 06/19/2003

b3
b7E

The WITT has identified

LOGGERHEAD

The WITT has an immediate requirement for

Loggerhead                                    some of the FBI's
Loggerhead

the WITT

Harris Corporation, the original vendor of the
systems.

CELL/OTD                      001378  CELLSITE-483

To:   Finance   From:   Investigative Technology
Re:   268-HQ-1068430, 06/19/2003

b3
b7E

[                    ] Harris Corporation is the best
solution as it would allow the WITT [                    ]
[      ] Loggerhead [                                    ]

by Harris.

5

Harris_Procurement_06132003.wpd

To:   Finance   From:   Investigative Technology
Re:   268-HQ-1068430, 06/19/2003


**LEAD(s):**

**Set Lead 1:   (Action)**

    FINANCE

       AT WASHINGTON, DC

       The Engineering Contracts Unit is requested to procure

       Funding is available on FD-369

**Set Lead 2:   (Action)**

       AT WASHINGTON, DC

is requested to approve funding for Stingray Loggerhead                Harris Corporation                Funding is available on FD-369

**Set Lead 3:   (Info)**

    CRIMINAL INVESTIGATIVE

       AT WASHINGTON, DC

       For information only.

**CC:**

b3
b6
b7C
b7E

♦♦

6

Harris_Procurement_06132003.wpd

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-13-2012 BY 65179 DMH/STW

TO:　　　　　　　　　　　　　　　　　　　　　　　　　　Date: 06/19/2003
　　　Information Resources Manager (IRM)

SUBJECT:　　INFORMATION TECHNOLOGY (IT) MATTER
　　　　　　　NON-IT WAIVER REQUEST

　　　The attached requisition, number _____ is from the Investigative Technology Division,
_____ Supervisory Special Agent (SSA) _____ is in charge of the
Wireless Intercept and Tracking Team _____ Electronics Engineer _____

　　　The purpose of the requested equipment is to fill requirements to _____

　　　The requested equipment is not an FBI _____

_____ Therefore,  a non-IT waiver is being requested to expedite this
purchase.

b3
b6
b7C
b7E

# ACQUISITION PLAN

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/STW

## FEDERAL BUREAU OF INVESTIGATION

1. Unit/Section/Division: _____ /ITD

2. Description of Requirement: To request procurement of

b3
b7E

3. Estimated Cost: _____   4. Term of Contract: _____

5. Distribution of Dollars:  FY- 03 _____   6. Subobject Class/Budget Item: _____
   FY- _____   FY- _____        Product or Service Code: n/a
   FY- _____   FY- _____

7. Market Research (state how performed & attach): Market survey conducted via internet research
   and contact/communication with multiple vendors

   Commercial Item:  ☒ Yes  ☐ No          Competitive:  ☐ Yes  ☒ No
   If no to one or more above, explain: Reference Attached EC for Sole Source Justification

8. Sources Considered:  ☐ FBI Personnel      ☐ Other Government Personnel    ☐ Required Sources (FAR Part 8)
   ☐ 100% Small Bus.    ☐ 8a Set aside                ☐ Disadvantaged (FAR Part 8)
   ☐ Hubzone            ☐ Women-owned                ☒ Other Federal Contracts
   ☐ A-76

9. If Information Technology:  ☐ IRM Review      ☐ AIS Approval

10. Type of Procurement:  ☒ Brand Name Only    ☐ Commercial Item      ☐ Functional Specifications
    ☐ Brand Name or Equal   ☐ Compatibility       ☐ Performance-Based Service Contract

11. Contract Type:  ☐ BOA              ☐ IDIQ Contract        ☐ Reimbursable Agreement
    ☐ Cost-Reimbursement              ☐ (IFB)                ☐ RFP
    ☒ Firm-Fixed Price                ☐ Incentive            ☐ RFQ
    ☐ Firm-Fixed Price w/Economic Adj.  ☐ Letter Contract (DOJ Approval)  ☐ Time and Material

12. Lease vs Purchase (if lease, analysis attached):  No      13. Environmentally Preferable Item:  ☐ Yes  ☒ No

14. Inherently Government Function (justified):  ☐ Yes  ☒ No

15. Lead Time Required: _____   To be filled in by Contracting Officer.

Approval: _____          _____
          Technical Staff Member/(date)              Budget Staff Member/(date)

          _____          _____
          Legal Review (If applicable)/(date)        Contracting Officer or CCO/(date)

          CELL/OTD                                   001382          CELLSITE-487

DATE: 10-17-2013
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-17-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

\*\*\* ~~SECRET~~ \*\*\*

(U)   Security Addendum to EC dated 04/24/2003, captioned,
"Wireless Intercept and Tracking Team (WITT)", and requisition
[          ] dated 04/22/03.

(S)

(S)

b1
b3
b6
b7C
b7E

(U)   Full and open competition of referenced procurement
requirement could

it is
recommended that no advertisement be made.

April 24, 2003

Security Officer
Investigative Technology Division

Derived From:   G-3
Declassify On:   X1

\*\*\* ~~SECRET~~ \*\*\*

Rev. 01-31-2003)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/STW

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE                         **Date:**  06/19/2003

**To:**  Finance                           **Attn:**

Criminal Investigative

**From:**  Investigative Technology

      **Contact:**

**Approved By:**



**Drafted By:**

**Case ID #:**   268-HQ-1068430

**Title:**  WIRELESS INTERCEPT AND TRACKING TEAM (WITT)

**Synopsis:**    To request procurement of

b3
b6
b7C
b7E

**Enclosures:**  FD-369, [        ] in the amount of [        ] Non-IT
Waiver, and Acquisition Plan.

**Details:**  One of the WITT's responsibilities



*CELL/OTD*                        *001385*

CELLSITE-489

To:   Finance   From:   Investigative Technology
Re:   268-HQ-1068430, 06/13/2003

b3
b7E

with the Harris Corporation

The WITT has been

2

CELL/OTD                    001386

CELLSITE-490

To:   Finance   From:   Investigative Technology
Re:   268-HQ-1068430, 06/13/2003

b3
b7E

Therefore, WITT recommends
procurement action

3

CELL/OTD

001387

```
To:   Finance   From:   Investigative Technology
Re:   268-HQ-1068430, 06/13/2003
```

**LEAD:**

**Set Lead 1:   (Action)**

    FINANCE

        AT WASHINGTON, DC

            The Engineering Contracts Unit is requested to issue a procurement for ████████████████████ from Harris Corporation to ████████████████████ Funding for this procurement is available from Budget Items ████████ and ██████████ Subobject Classification ██████

**Set Lead 2:   (Action)**

████████████████████

        AT WASHINGTON, DC

████████████████████ is requested to approve funding for the procurement for ██████ from Harris Corporation ████████ Funding for this procurement is available from Budget Items ██████ Subobject Classification ██████ in the amount of ████████

**Set Lead 3:   (Info)**

    CRIMINAL INVESTIGATIVE

        AT WASHINGTON, DC

        For information only.

CC: ████████████████████

b3
b6
b7C
b7E

♦♦

4

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-13-2012 BY 65179 DMH/STW

TO: _____                    Date: 06/19/2003
    Information Resources Manager (IRM)

SUBJECT:    INFORMATION TECHNOLOGY (IT) MATTER
            NON-IT WAIVER REQUEST

The attached requisition, number _____ is from Investigative Technology Division,
_____ Supervisory Special Agent _____ is in charge of the
Wireless Intercept and Tracking Team _____ Electronics Engineer _____
_____ is the individual requesting purchase of this equipment.

The purpose of the requested equipment _____

The requested equipment is not an FBI _____

_____ Therefore, a non-IT waiver is being requested to expedite this
purchase.

b3
b6
b7C
b7E

CELL/OTD                    001389

CELLSITE-493

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-13-2012 BY 65179 DMH/STW

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 07/21/2004

**To:** Finance                    **Attn:**

**From:** Investigative Technology

    **Contact:** EE

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM (WITT)

**Synopsis:** To request the Engineering Contracts Unit (ECU) to approve funding for

**Enclosure(s):** _____ Statement of Work, FD-369 _____ in the amount of _____ copy of Non-IT Waiver EC, Acquisition Plan.

**Details:** The WITT has driven

The WITT would like to utilize their existing ESC with the Harris corporation

b3
b6
b7C
b7E

Harris_TaskQ003.wpd

CELL/OTD

001397

CELLSITE-501

To:   Finance   From:   Investigative Technology
Re:   268-HQ-1068430, 07/21/2004

**LEAD(s):**

**Set Lead 1:   (Action)**

> FINANCE

>> AT WASHINGTON, DC

>> The Engineering Contracts Unit is requested to approve
funding in the amount of [          ] for the purchase of
[                                ] Harris Corporation [                    ]
[          ] Funding for this procurement is available from
Budget Item [      ] Subobject Classification [          ]

CC:   [                              ]

b3
b6
b7C
b7E

Harris_TaskQ003.wpd

CELL/OTD            001398            CELLSITE-502

# ACQUISITION PLAN

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/STW

## FEDERAL BUREAU OF INVESTIGATION

1. Unit/Section/Division: _____ /ITD

2. Description of Requirement: To request _____

b3
b7E

3. Estimated Cost: _____   4. Term of Contract: 1 Base(FY03) W/4 Options

5. Distribution of Dollars: FY- 04 _____   6. Subobject Class/Budget Item: _____
   FY- _____   FY- _____   Product or Service Code: n/a
   FY- _____   FY- _____

7. Market Research (state how performed & attach): N/A

Commercial Item: ☒ Yes ☐ No     Competitive: ☐ Yes ☒ No
If no to one or more above, explain: Reference Attached EC

8. Sources Considered:
   ☐ FBI Personnel          ☐ Other Government Personnel   ☐ Required Sources (FAR Part 8)
   ☐ 100% Small Bus.        ☐ 8a Set aside                ☐ Disadvantaged (FAR Part 8)
   ☐ Hubzone                ☐ Women-owned                 ☒ Other Federal Contracts
   ☐ A-76

9. If Information Technology:   ☐ IRM Review      ☐ AIS Approval

10. Type of Procurement: ☐ Brand Name Only    ☐ Commercial Item      ☒ Functional Specifications
    ☐ Brand Name or Equal   ☐ Compatibility        ☐ Performance-Based Service Contract

11. Contract Type: ☐ BOA                          ☐ IDIQ Contract          ☐ Reimbursable Agreement
    ☒ Cost-Reimbursement              ☐ (IFB)                  ☐ RFP
    ☐ Firm-Fixed Price                ☐ Incentive              ☐ RFQ
    ☐ Firm-Fixed Price w/Economic Adj.   ☐ Letter Contract (DOJ Approval)   ☐ Time and Material

12. Lease vs Purchase (if lease, analysis attached): No     13. Environmentally Preferable Item: ☐ Yes ☒ No

14. Inherently Government Function (justified): ☐ Yes ☒ No

15. Lead Time Required: _____ To be filled in by Contracting Officer.

Approval: _____

|  |  |
|---|---|
| Technical Staff Member/(date) | Budget Staff Member/(date) |
| Legal Review (If applicable)/(date) | Contracting Officer or CCO/(date) |

CELL/OTD

001399

CELLSITE-503

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/STW

REQ. #

7/21/2004
DATE

ORDERING OFFICE/COST CODE     APPROVED BY

Page___1___ OF____1___

JULIAN DATE

Supply Technician:
Program Manger:
Funding Approved:
COTR:
Room# & Ext:

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order#

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | HARRIS Corporation | | | | | | |
| | | | Recommend by: Unit Chief | | | | | | |
| | | | Requested by/Deliver to: Federal Bureau of Investigation | | | | | | |
| | | | ERF Building 27958A, Quantico, VA22135 | | | | | | |
| | | | Attn: | | | | | | Total |

SPECIAL INSTRUCTION:
Ship to Code:
Delivery Restrictions:     M-F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

b3
b4
b6
b7C
b7E

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEM:

See attached EC

CELL/OTD

001409

CELLSITE-513

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-13-2012 BY 65179 DMH/STW

# STATEMENT OF WORK
## Task

Description
In Task ⬚ the contractor shall research and evaluate methods that shall ⬚

b3
b7E

001411   CELLSITE-515

CELL/OTD

Impact on Commercially Available Services

Impact on Current Capabilities

b3
b7E

Demonstration and Product Release
•     The contractor shall provide [        ] which shall reflect the results of these methodologies, which shall be incorporated into a final release to the customer.

•     The contractor shall not provide these features to any other customer unless there exists written approval from both the Contracting Officer (CO) and the Contracting Officer Technical Representative (COTR), or their designees.

Deliverables and Reports
The contractor shall provide the following deliverables and reports:

•     DRAFT RESEARCH REPORT:  The Contractor shall deliver to the customer a draft research report describing its research and evaluation performed in accordance with sub section titled, Description.  If the research indicates that methods described above are not reflective of a realizable solution, the report shall contain the contractor's recommendations and/or proposed modifications for improvement. The report shall cite reference or describe all data, data sources, methodologies, findings, and determinations used or discovered during the research and evaluation.
•     FINAL RESEARCH REPORT:  The Contractor shall deliver a final research report that embodies the draft research report and also addresses or incorporates, as appropriate, all comments or questions from the customer that were submitted to the Contractor in response to the draft research report.

001412

CELL/OTD

CELLSITE-516

- [                    ] The Contractor shall deliver a [                    ] which shall encompass the methods and solutions detailed in the Final Research Report.

The draft and final research reports shall be submitted in both hard copy and electronic copy, with electronic versions in MS Word format (or MS Excel if applicable).  The [                    ] shall be delivered [                    ]

b3
b7E

**Reporting Requirements**
At minimum, the contractor shall provide a status briefing and report to the Contracting Officer (CO) and Contracting Officer Technical Representative (COTR) every 2 months from the start date of the activity.  This briefing should contain at a minimum the following:

Reporting Period Information
1.  A narrative review of work accomplished during the reporting period and significant events/major milestones.
2.  Problem areas
3.  Anticipated activity for the next reporting period
4.  Other relative information as necessary or requested

In addition the contractor shall provide the following:
- The contractor shall inform the CO in writing of the actual task starting date on or before the starting date.
- The contractor shall bring technical issues or potential problems affecting performance to the attention of the COTR as soon as possible.  Verbal reports must be followed up with written reports when directed by the COTR.
- The contractor shall notify the CO when 75 % of the amount of the task has been expended.
- Additional written reports may be required as deemed necessary by the CO or COTR.

Page 3 of 3

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/STW

??????
REQ. #

5/28/2004
DATE

ORDERING OFFICE/COST CODE     APPROVED BY

Page___1___ OF___2___

JULIAN DATE

Supply Technician:
Program Manger:
Funding Approved:
COTR:
Room# & Ext:

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order#

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | HARRIS Corporation | | | | | | |
| | | | | | | | | | b3 b4 b6 b7C b7E |
| | | | Recommend by: Unit Chief | | | | | | |
| | | | Requested by/Deliver to: Federal Bureau of Investigation | | | | | | |
| | | | ERF Building 27958A, Quantico, VA22135 | | | | | Total | |
| | | | Attn: | | | | | | |

SPECIAL INSTRUCTION:
Ship to Code:
Delivery Restrictions:   M-F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEM:

See attached EC

CELL/OTD          001414          CELLSITE-518

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-13-2012 BY 65179 DMH/STW

**FOR OFFICIAL USE ONLY**



# *FBI*
# *Portable Electronic Device Security Management Plan (SMP) for Legacy*

*From*
*Investigative Technology Division*

*Wireless Intercept and Tracking Team (WITT)*

*11/12/2004*

*Federal Bureau of Investigation*
*935 Pennsylvania Avenue, NW*
*Room 9364*
*Washington, DC 20530*

b3
b6
b7C
b7E



*Prepared By:*
*WITT Program Manager*
*WITT Chief Technician*

*Engineering Research Facility, Building*
*Quantico, Virginia  22135*

1

**FOR OFFICIAL USE ONLY**

**FOR OFFICIAL USE ONLY**

# 1    INTRODUCTION

This document serves as the instrument for the Mobile Computing Security Program to identify requirements and assess risk, with the objective of providing an approval-to-operate (ATO).  The information required for this assessment includes, but is not limited to, a complete scope of need, justification, concept of operations, technical specifications, configuration management and residual risk relative to the device being placed into service.  Once completed, and if residual risk is deemed acceptable, an official EC will be generated granting an ATO for those device(s) described within, in the manner set forth in the concept of operations.  Attachments 1 and 2 are "living" documents.  That is they are updated each time there is a change in the configuration, or when new devices are fielded under this SMP.  Attachment 1 is the Configuration Management control document that lists the specific applications in use under this SMP.  Attachment 2 is a complete listing of all devices fielded under this SMP.

b3
b7E

# 2    MISSION BACKGROUND

The WITT provides

The first area of focus for WITT                    WITT

WITT

The second area of focus for WITT                    WITT

2

**FOR OFFICIAL USE ONLY**

CELL/OTD              001416

CELLSITE-520

**FOR OFFICIAL USE ONLY**

Again, WITT

## 3   JUSTIFICATION FOR REQUEST

An important component of WITT's

WITT to manage

WITT's

WITT

This may be the WITT team members

WITT

WITT's

WITT's

b3
b7E

## 4   CONCEPT OF OPERATIONS

The WITT provides

WITT

WITT as necessary

If necessary, a WITT

3

**FOR OFFICIAL USE ONLY**

CELLSITE-521

**FOR OFFICIAL USE ONLY**

## 5    TECHNICAL DATA

b3
b7E

*5.1*

The WITT updates

The WITT can provide this information at any time between updates.

*5.2    Field Control/Storage*

**FOR OFFICIAL USE ONLY**

CELL/OTD          001418

CELLSITE-522

**FOR OFFICIAL USE ONLY**

**5.3**

**5.4    _Technical Specifications_**

b3
b7E

5

**FOR OFFICIAL USE ONLY**

**FOR OFFICIAL USE ONLY**

## 7     POINTS OF CONTACT

The ISSM has approval authority for the [                ] and is responsible for the life cycle system security.  Significant changes in configuration or usage will be submitted to the ISSM by the ISSO for approval.

The ISSO is responsible for day-to-day oversight of the [              ] He is responsible for engineering, development, configuration management and ensuring that the program security requirements are met.   The ISSO also maintains an up-to-date inventory of all [          ] contained within this OP plan and to report any:
- o   Loss
- o   Changes in configuration or usage
- o   Incremental/decremental changes to the baseline to the ISSO and ISSM.

Note: In the event that an ISSM is not assigned, ISSM duties are the responsibility of the assigned security officer.

b3
b6
b7C
b7E

CELL/OTD          14          001428

**FOR OFFICIAL USE ONLY**

CELLSITE-532

## FOR OFFICIAL USE ONLY

## 8    CONFIGURATION MANAGEMENT

Configuration management is a process that controls and manages changes (i.e., new applications, peripherals, changes in configuration, etc.) to a device or system.  By controlling changes made to a system's hardware, software, firmware, and/or documentation, throughout the system/device life cycle, configuration management is a mandatory, integral part of this overall risk management solution.  The ISSM and ISSO are responsible for managing this process.

### *8.1    Incremental Changes*

Incremental changes to the baseline may be vetted and approved by the ISSM.  Minor changes such as the revision number of an application do not require ISSM approval but are to be tracked by the ISSO in the configuration information periodically provided to the ISSM in the configuration management document illustrated in Attachment 1.

### *8.2    Security Architecture and Usage Changes*

Any changes affecting the security architecture including the manner in which the [ ] [ ] are used or the type of data stored on them may require a renegotiated ATO.

## 9    RULES OF BEHAVIOR

The PEDs known as [ ] covered under this SMP are granted deviations from the standard security settings based on operational need.  These deviations have corresponding expected rules of behavior with respect to how they are used, stored, and maintained.  These include:

### *9.1    [ ] Protection*

b3
b7E

### *9.2    Data Protection*

**FOR OFFICIAL USE ONLY**

*9.3*

*9.4*

b3
b7E

*9.5*

CELL/OTD

**FOR OFFICIAL USE ONLY**

001430

CELLSITE-534

**FOR OFFICIAL USE ONLY**



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-13-2012 BY 65179 DMH/STW

# *FBI*
# *Portable Electronic Device*
# *Security and Management Plan (SMP)*

*From*

*Investigative Technology Division*

*Wireless Intercept and Tracking Team (WITT)*

*09/14/2004*

*Federal Bureau of Investigation*
*935 Pennsylvania Avenue, NW*
*Room 9364*
*Washington, DC 20530*

b3
b6
b7C
b7E

*Prepared By:*
*WITT Program Manager*

*Engineering Research Facility, Building*
*Quantico, Virginia  22135*

CELL/OTD

001432

1

**FOR OFFICIAL USE ONLY**

**FOR OFFICIAL USE ONLY**

## 1   INTRODUCTION

This document serves as the instrument for the Mobile Computing Security Program to identify requirements and assess risk, with the objective of providing an approval-to-operate. The information required for this assessment includes, but is not limited to, a complete scope of need, justification, concept of operations, technical specifications, configuration management and residual risk relative to the device being placed into service. Once completed, and if residual risk is deemed acceptable, an official EC will be generated granting an approval to operate (ATO) for those device(s) described within, in the manner set forth in the concept of operations. Attachments 1 and 2 are "living" documents. That is they are updated each time there is a change in the configuration, or when new devices are fielded under this ATO. Attachment 1 is the Configuration Management control document that lists the specific applications in use under this ATO. Attachment 2 is a complete listing of all devices fielded under this ATO.

## 2   MISSION BACKGROUND

The WITT provides

The first area of focus for WITT                    WITT

WITT provides

The second area of focus for WITT                   WITT

Again, WITT

b3
b7E

## 3   JUSTIFICATION FOR REQUEST

**FOR OFFICIAL USE ONLY**

CELLSITE-537

**FOR OFFICIAL USE ONLY**

**4     CONCEPT OF OPERATIONS**

b3
b7E

CELL/OTD                    001434

**FOR OFFICIAL USE ONLY**

CELLSITE-538

**FOR OFFICIAL USE ONLY**

**5      TECHNICAL DATA**

*5.1*

*5.2*      *Field Control/Storage*

b3
b7E

*5.3*

CELL/OTD                                        001435

4

**FOR OFFICIAL USE ONLY**

CELLSITE-539

# FOR OFFICIAL USE ONLY

## 10    RULES OF BEHAVIOR

The PEDs known as [ ] covered under this ATO are granted deviations from the standard security settings based on operational need.  These deviations have corresponding expected rules of behavior with respect to how they are used, stored, and maintained.  These include:

### 10.1    [ ] *Protection*

### 10.2    *Data Protection*

### 10.3

b3
b7E

### 10.4

### 10.5

### 10.6    *PRE/POST Testing and Deployment Procedure*

# FOR OFFICIAL USE ONLY

CELLSITE-546

**FOR OFFICIAL USE ONLY**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-13-2012 BY 65179 DMH/STW



# *FBI*
# *Portable Electronic Device Security and Management Plan (SMP)*

*From*
*Investigative Technology Division*

*Wireless Intercept and Tracking Team (WITT)*

*09/14/2004*

b3
b6
b7C
b7E

*Federal Bureau of Investigation*
*935 Pennsylvania Avenue, NW*
*Room 9364*
*Washington, DC 20530*

*Prepared By:*

*WITT Program Manager*

CELL/OTD          1          001445

**FOR OFFICIAL USE ONLY**

CELLSITE-549

**FOR OFFICIAL USE ONLY**

*Engineering Research Facility, Building*
*Quantico, Virginia  22135*

b3
b6
b7C
b7E

CELL/OTD          001446

**FOR OFFICIAL USE ONLY**

CELLSITE-550

**FOR OFFICIAL USE ONLY**

## 10     RULES OF BEHAVIOR

The PEDs known as [          ] covered under this ATO are granted deviations from the standard security settings based on operational need.  These deviations have corresponding expected rules of behavior with respect to how they are used, stored, and maintained.  These include:

### *10.1* [          ] *Protection*

### *10.2*     *Data Protection*

b3
b7E

### *10.3*

### *10.4*

### *10.5*

CELL/OTD

001455

11

**FOR OFFICIAL USE ONLY**

CELLSITE-552

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-13-2012 BY 65179 DMH/STW

Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE                        **Date:**  05/13/2004

**To:**  Finance                          **Attn:**

**From:**  Investigative Technology
                **Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:**    268-HQ-1068430

**Title:**  WIRELESS INTERCEPT AND TRACKING TEAM (WITT)

**Synopsis:**    To request procurement of

b3
b6
b7C
b7E

**Enclosures:**  FD-369, #xxxxxx in the amount of              copy of
Non-IT Waiver EC, and Acquisition Plan.

**Details:**  One of the WITT's responsibilities

*CELL/OTD*

001467

```
To:   Finance   From:   Investigative Technology
Re:   268-HQ-1068430, 06/13/2003
```

The WITT

Harris Corporation,
Therefore,
WITT recommends

**LEAD:**

**Set Lead 1:  (Action)**

    <u>FINANCE</u>

      <u>AT WASHINGTON, DC</u>

        <u>The Engineering Contracts Unit is requested to issue a procurement</u>

<u>Funding for this procurement is available from Budget Items</u>          Subobject Classification

**CC:**

♦♦

b3
b6
b7C
b7E

3

CELL/OTD                    001469        CELLSITE-558

# ACQUISITION PLAN

## FEDERAL BUREAU OF INVESTIGATION

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-13-2012 BY 65179 DMH/STW

1. Unit/Section/Division: _____ /ITD

2. Description of Requirement: To request procurement _____

_____

b3
b7E

3. Estimated Cost: _____    4. Term of Contract: _____

5. Distribution of Dollars: FY- 04 _____    6. Subobject Class/Budget Item: _____
   FY- _____   FY- _____       Product or Service Code: n/a
   FY- _____   FY- _____

7. Market Research (state how performed & attach): Market survey conducted via internet research and contact/communication with multiple vendors

   Commercial Item: ☒ Yes ☐ No    Competitive: ☐ Yes ☒ No
   If no to one or more above, explain: Reference Attached EC for Sole Source Justifications

8. Sources Considered: ☐ FBI Personnel          ☐ Other Government Personnel    ☐ Required Sources (FAR Part 8)
   ☐ 100% Small Bus.    ☐ 8a Set aside              ☐ Disadvantaged (FAR Part 8)
   ☐ Hubzone            ☐ Women-owned              ☒ Other Federal Contracts
   ☐ A-76

9. If Information Technology:    ☐ IRM Review        ☐ AIS Approval

10. Type of Procurement: ☒ Brand Name Only    ☐ Commercial Item    ☐ Functional Specifications
    ☐ Brand Name or Equal    ☐ Compatibility    ☐ Performance-Based Service Contract

11. Contract Type: ☐ BOA                        ☐ IDIQ Contract        ☐ Reimbursable Agreement
    ☐ Cost-Reimbursement              ☐ (IFB)                ☐ RFP
    ☒ Firm-Fixed Price                ☐ Incentive            ☐ RFQ
    ☐ Firm-Fixed Price w/Economic Adj.    ☐ Letter Contract (DOJ Approval)    ☐ Time and Material

12. Lease vs Purchase (if lease, analysis attached): No    13. Environmentally Preferable Item: ☐ Yes ☒ No

14. Inherently Government Function (justified): ☐ Yes ☒ No

15. Lead Time Required: _____ To be filled in by Contracting Officer.

Approval: _____

   _____          _____
   Technical Staff Member/(date)                  Budget Staff Member/(date)

   _____          _____
   Legal Review (If applicable)/(date)            Contracting Officer or CCO/(date)

CELL/OTD                    001470              CELLSITE-559

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-13-2012 BY 65179 DMH/STW

REQ. #

5/13/2004
DATE

ORDERING OFFICE/COST CODE     APPROVED BY

Page___1___ OF____1____

JULIAN DATE

Supply Technician:
Program Manger:
Funding Approved:
COTR:
Room# & Ext:

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order#

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY | SUBOBJECT CLASS | RI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | Recommend by: Unit Chief | | | | | | |
| | | | Requested by/Deliver to: Federal Bureau of Investigation | | | | | Total | |
| | | | ERF Building 27958A, Quantico, VA22135 | | | | | | |
| | | | Attn: | | | | | | |

b3
b4
b6
b7C
b7E

SPECIAL INSTRUCTION:
Ship to Code:
Delivery Restrictions:     M-F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEM:

See attached EC

CELL/OTD            001471

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/STW



REQ. #

9/14/2004
DATE

ORDERING OFFICE/COST CODE      APPROVED BY

Page___1___ OF ___1___

JULIAN DATE

Supply Technician:
Program Manger:
Funding Approved:
COTR:
　　　Room# & Ext:

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order#

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

b3
b4
b6
b7C
b7E

Recommend by: Unit Chief
Requested by/Deliver to: Federal Bureau of Investigation
ERF Building 27958A, Quantico, VA22135
Attn:

| | | | | | | | | | Total | |

SPECIAL INSTRUCTION:
　　Ship to Code:
　　Delivery Restrictions: M-F, 8am-4:30pm, except holidays
　　Government's Estimate:
　　Previous PO #
　　Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE IT...

See attached EC

CELL/OTD                    001475

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-13-2012 BY 65179 DMH/STW

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                **Date:** 06/03/2004

**To:** Finance                     **Attn:**

      Criminal Investigative

**From:** Investigative Technology

          **Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM (WITT)

**Synopsis:** To request the Engineering Contracts Unit (ECU) to establish an

                                              b3
                                              b6
                                              b7C
                                              b7E

**Enclosures:** FD-369,       in the amount of      , Statement of Work and Acquisition Plan.

**Details:** The WITT plays a critical role

essential that the WITT                              To facilitate this, the WITT requests

CELL/OTD

001476

To:  Finance   From:   Investigative Technology
Re:  268-HQ-1068430, 06/03/2004

**LEAD(s):**

**Set Lead 1:   (Action)**

    FINANCE

        AT WASHINGTON, DC

        The ECU is requested to establish an

Funding in the amount of _____ for
the first year is available from Subobject Classification
Budget Item ____

**Set Lead 2:   (Info)**

    CRIMINAL INVESTIGATIVE

        AT WASHINGTON, DC

        For information only.

**CC:**

b3
b6
b7C
b7E

♦♦

3



~~SECRET~~

DATE: 10-13-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-13-2037



**U.S. Department of Justice**

Federal Bureau of Investigation

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

## JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION
## IN ACCORDANCE WITH 41 U.S.C. 253(c)(6)

All information contained herein is classified "~~SECRET~~" unless so otherwise noted (U).

**(1)   AGENCY AND CONTRACTING ACTIVITY AND IDENTIFICATION OF DOCUMENT.**

(S)

**(2)   NATURE AND/OR DESCRIPTION OF THE ACTION BEING APPROVED.**

(S)

(S)

b1
b3

**(3)   DESCRIPTION OF THE SUPPLIES OR SERVICES.**

(S)

CELL/OTD        Derived From: G3 001487
              Declassify On: X-1
                  ~~SECRET~~

CELLSITE-571

SECRET

(S)

b1
b3

**(4)    STATUTORY AUTHORITY.**

(U)    This contract action is authorized by 41 U.S.C. 253(c)(6), as implemented in FAR 6.302-6, National Security.

**(5)    A DEMONSTRATION THAT THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED.**

(U)    As described in FAR 6.302-6(a)(2), use of other than full and open competition is deemed applicable to satisfy the FBI's minimum needs when the disclosure of agency needs would compromise national security.

(S)

Derived From: G3
Declassify On: X-1

~~SECRET~~

(6)   **EFFORTS MADE TO ENSURE OFFERS ARE SOLICITED FROM AS MANY POTENTIAL SOURCES AS PRACTICABLE.**

(S)

(S)

(S)

b1
b3

001489

(7)   **DEMONSTRATION THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE.**

(U)   The contractor's proposal will be subjected to cost/price analysis, audit, and technical evaluation.  The Contracting Officer will make a determination, in accordance with FAR 15.404-1, that costs are fair and reasonable.

(8)   **A DESCRIPTION OF THE MARKET RESEARCH.**

(S)

CELL/OTD

Derived From:  G3
Declassify On:  X-1
~~SECRET~~

~~SECRET~~

(U)     A market survey will be conducted to determine that the anticipated cost to the government will be fair and reasonable.

**(9)     ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION.**

(S)

**(10)    LISTING OF SOURCES, IF ANY, THAT EXPRESSED A WRITTEN INTEREST IN THE ACQUISITION.**

(U)     Since the requirement is classified, and therefore not publicized, no other source was given the opportunity to express an interest in writing or orally.

b1
b3

**(11)    A STATEMENT OF ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION.**

(S)

001490

CELL/OTD

~~Derived From:  G3~~
~~Declassify On:  X-1~~
~~SECRET~~

4

~~SECRET~~

## (12)   CERTIFICATIONS.

TECHNICAL SPECIALIST CERTIFICATION:

(U)   As Technical Representative of this requirement, I hereby certify that all information contained herein is complete and accurate to the best of my knowledge.

| | |
|---|---|
| [blank] | Date _____ |
| Contracting Officer's Technical Representative (COTR) | |

CONTRACTING OFFICER CERTIFICATION:

(U)   As the Contract Specialist handling this acquisition, I hereby certify that all information contained herein is complete and accurate to the best of my knowledge.

| | |
|---|---|
| [blank] | Date _____ |
| Contracting Officer | |

(U)   Reviewed by:

b6
b7C

| | |
|---|---|
| [blank] | Date _____ |
| Unit Chief | |
| Telecommunications Contracts and Audit Unit | |

Reviewed by:

| | |
|---|---|
| [blank] | Date _____ |
| Chief Contracting Officer | |

Reviewed by:

| | |
|---|---|
| [blank] | Date _____ |
| Office of General Counsel | |

Approved by:

| | |
|---|---|
| _____ | Date _____ |
| Joseph L. Ford | |
| Deputy Assistant Director | |

~~Derived From:  G3~~
~~Declassify On:  X-1~~
~~SECRET~~

5

~~SECRET~~

DATE: 10-13-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-13-2037



**U.S. Department of Justice**

Federal Bureau of Investigation

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

## JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION
## IN ACCORDANCE WITH 41 U.S.C. 253(c)(6)

All information contained herein is classified "~~SECRET~~" unless so otherwise noted (U).

**(1)   AGENCY AND CONTRACTING ACTIVITY AND IDENTIFICATION OF DOCUMENT.**

(S)

**(2)   NATURE AND/OR DESCRIPTION OF THE ACTION BEING APPROVED.**

(S)

(S)

b1
b3

**(3)   DESCRIPTION OF THE SUPPLIES OR SERVICES.**

(S)

Derived From: ~~G3~~
Declassify On: ~~X-1~~
~~SECRET~~

CELLSITE-576

~~SECRET~~

(S)

001493

b1
b3

(4)     **STATUTORY AUTHORITY.**

(U)     This contract action is authorized by 41 U.S.C. 253(c)(6), as implemented in
        FAR 6.302-6, National Security.

(5)     **A DEMONSTRATION THAT THE NATURE OF THE ACQUISITION
        REQUIRES USE OF THE AUTHORITY CITED.**

(U)     As described in FAR 6.302-6(a)(2), use of other than full and open competition is
        deemed applicable to satisfy the FBI's minimum needs when the disclosure of
        agency needs would compromise national security.

(S)

CELL/OTD

~~Derived From:  G3~~
~~Declassify On:  X-1~~
~~SECRET~~

CELLSITE-577

SECRET

**(6)   EFFORTS MADE TO ENSURE OFFERS ARE SOLICITED FROM AS MANY POTENTIAL SOURCES AS PRACTICABLE.**

(S)

(S)

(S)

b1
b3

001494

**(7)   DEMONSTRATION THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE.**

(U)   The contractor's proposal will be subjected to cost/price analysis, audit, and technical evaluation.  The Contracting Officer will make a determination, in accordance with FAR 15.404-1, that costs are fair and reasonable.

**(8)   A DESCRIPTION OF THE MARKET RESEARCH.**

(S)

CELL/OTD

Derived From:  G3
Declassify On:  X-1
SECRET

3

~~SECRET~~

(U)     A market survey will be conducted to determine that the anticipated cost to the government will be fair and reasonable.

**(9)     ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION.**

(S)

**(10)    LISTING OF SOURCES, IF ANY, THAT EXPRESSED A WRITTEN INTEREST IN THE ACQUISITION.**

(U)     Since the requirement is classified, and therefore not publicized, no other source was given the opportunity to express an interest in writing or orally.

b1
b3

**(11)    A STATEMENT OF ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION.**

(S)

CELL/OTD

001495

~~Derived From: G3~~
~~Declassify On: X-1~~
~~SECRET~~

4

~~SECRET~~

## (12)   CERTIFICATIONS.

TECHNICAL SPECIALIST CERTIFICATION:

(U)   As Technical Representative of this requirement, I hereby certify that all information contained herein is complete and accurate to the best of my knowledge.

| | |
|---|---|
| Contracting Officer's Technical Representative (COTR) | Date |

CONTRACTING OFFICER CERTIFICATION:

(U)   As the Contract Specialist handling this acquisition, I hereby certify that all information contained herein is complete and accurate to the best of my knowledge.

| | |
|---|---|
| Contracting Officer | Date |

(U)   Reviewed by:

| | |
|---|---|
| Unit Chief | Date |

Reviewed by:

| | |
|---|---|
| Chief Contracting Officer | Date |

Reviewed by:

| | |
|---|---|
| Office of General Counsel | Date |

Approved by:

| | |
|---|---|
| Joseph L. Ford<br>Deputy Assistant Director | Date |

b6
b7C

001496

CELL/OTD

~~Derived From:  G3~~
~~Declassify On:  X-1~~
~~SECRET~~

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/STW

(Rev. 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE                    **Date:**  07/05/2001

**To:**  Criminal Investigative        **Attn:**
         Finance
         Information Resources

**From:**  Laboratory

         **Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:**  269-HQ-1194267

**Title:**

**Synopsis:**  The Finance Division, Engineering Contracts Unit, is
requested to modify the Basic Ordering Agreement,

**Enclosure(s):**  FD-369, Number            in the amount of          and

b3
b6
b7C
b7E

**Details:**

CELLSITE-591

```
To:  Finance  From:  Laboratory
Re:  269-HQ-1194267, 07/05/2001
```

**LEAD(s):**

**Set Lead 1:   (Adm)**

CRIMINAL INVESTIGATIVE

AT WASHINGTON, DC

For information only.

**Set Lead 2:   (Adm)**

FINANCE

AT WASHINGTON, DC

The Finance Division is requested to procure the
[_____] Funding  totaling to [_____] is available for this
procurement from Budget Item[_____]  Spend Code [_____]

**Set Lead 3:   (Adm)**

INFORMATION RESOURCES

AT WASHINGTON, DC

For information only.

CC:

b3
b6
b7C
b7E

◆◆

3

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 158
Page 4 ~ b6; b7C; b7E;
Page 18 ~ b6; b7C; b7E;
Page 21 ~ b3; b4; b6; b7C; b7E;
Page 22 ~ b6; b7C; b7E;
Page 23 ~ b6; b7C; b7E;
Page 27 ~ b3; b7E;
Page 28 ~ b3; b7E;
Page 40 ~ b3; b7E;
Page 41 ~ b3; b7E;
Page 42 ~ b3; b7E;
Page 43 ~ b3; b7E;
Page 44 ~ b3; b7E;
Page 45 ~ b3; b7E;
Page 46 ~ b3; b7E;
Page 47 ~ b3; b7E;
Page 48 ~ b3; b7E;
Page 49 ~ b3; b7E;
Page 50 ~ b3; b7E;
Page 51 ~ b3; b7E;
Page 52 ~ b3; b7E;
Page 64 ~ b3; b5; b7E;
Page 65 ~ b3; b5; b7E;
Page 73 ~ b3; b6; b7C; b7E;
Page 82 ~ b6; b7C; b7E;
Page 87 ~ b6; b7C; b7E;
Page 88 ~ b3; b5; b6; b7C; b7D; b7E;
Page 89 ~ b3; b5; b6; b7C; b7D; b7E;
Page 90 ~ b3; b5; b6; b7C; b7E;
Page 91 ~ b3; b7E;
Page 92 ~ b4; b6; b7C;
Page 93 ~ b3; b4; b7E;
Page 94 ~ b4;
Page 95 ~ b4;
Page 96 ~ b4;
Page 97 ~ b3; b4; b7E;
Page 98 ~ b3; b4; b7E;
Page 99 ~ b3; b4; b7E;
Page 100 ~ b3; b4; b7E;
Page 101 ~ b3; b6; b7C; b7D; b7E;
Page 102 ~ b7D; b7E;
Page 103 ~ b3; b6; b7C; b7D; b7E;
Page 104 ~ b3; b5; b6; b7C; b7E;
Page 105 ~ b3; b5; b7E;
Page 106 ~ b3; b5; b7E;
Page 107 ~ b3; b5; b7E;
Page 108 ~ b3; b5; b7E;
Page 109 ~ b3; b5; b7E;
Page 110 ~ b3; b5; b7E;
```

```
Page 111 ~ b3; b5; b7E;
Page 112 ~ b3; b5; b7E;
Page 113 ~ b3; b5; b7E;
Page 114 ~ b3; b5; b7E;
Page 115 ~ b3; b5; b7E;
Page 116 ~ b3; b5; b7E;
Page 117 ~ b3; b5; b7E;
Page 118 ~ b3; b5; b7E;
Page 119 ~ b3; b5; b7E;
Page 120 ~ b3; b5; b7E;
Page 121 ~ b3; b5; b7E;
Page 122 ~ b3; b5; b7E;
Page 123 ~ b3; b5; b7E;
Page 124 ~ b3; b5; b7E;
Page 125 ~ b3; b5; b7E;
Page 126 ~ b3; b5; b7E;
Page 127 ~ b3; b5; b7E;
Page 128 ~ b3; b5; b7E;
Page 129 ~ b3; b5; b7E;
Page 130 ~ b3; b5; b7E;
Page 131 ~ b3; b5; b7E;
Page 132 ~ b3; b5; b7E;
Page 133 ~ b3; b5; b7E;
Page 134 ~ b3; b5; b7E;
Page 135 ~ b3; b5; b7E;
Page 137 ~ b3; b5; b7E;
Page 138 ~ b3; b7E;
Page 139 ~ b3; b5; b7E;
Page 140 ~ b3; b5; b7E;
Page 141 ~ b3; b5; b7E;
Page 142 ~ b3; b5; b7E;
Page 143 ~ b3; b5; b7E;
Page 144 ~ b3; b5; b7E;
Page 145 ~ b3; b5; b7E;
Page 146 ~ b3; b5; b7E;
Page 147 ~ b3; b5; b7E;
Page 148 ~ b3; b5; b7E;
Page 149 ~ b3; b5; b6; b7C; b7E;
Page 150 ~ b3; b5; b7E;
Page 151 ~ b3; b7E;
Page 156 ~ b5; b7E;
Page 157 ~ b5;
Page 158 ~ b5; b6; b7C;
Page 159 ~ b5; b6; b7C;
Page 160 ~ b5;
Page 161 ~ b5;
Page 162 ~ b5;
Page 163 ~ b3; b4; b5; b6; b7C; b7E;
Page 164 ~ b3; b4; b5; b7E;
Page 165 ~ b3; b4; b5; b6; b7C; b7E;
Page 166 ~ b3; b4; b5; b6; b7C; b7E;
Page 167 ~ b5; b6; b7C; b7E;
Page 173 ~ b5; b6; b7C; b7E;
Page 174 ~ b5; b6; b7C; b7E;
```

```
Page 175 ~ b3; b5; b6; b7C; b7E;
Page 176 ~ b5; b6; b7C; b7E;
Page 177 ~ b5; b6; b7C; b7E;
Page 178 ~ b5; b6; b7C; b7E;
Page 179 ~ b3; b5; b6; b7C; b7E;
Page 180 ~ b5; b6; b7C; b7E;
Page 181 ~ b5; b6; b7C; b7E;
Page 182 ~ b5; b6; b7C; b7E;
Page 183 ~ b3; b5; b6; b7C; b7E;
Page 184 ~ b5; b6; b7C; b7E;
Page 185 ~ b4; b5; b6; b7C; b7E;
Page 186 ~ b3; b4; b7E;
Page 187 ~ b3; b4; b7E;
Page 188 ~ b3; b4; b7E;
Page 189 ~ b3; b4; b7E;
Page 190 ~ b3; b4; b7E;
Page 192 ~ b3; b4; b7E;
Page 193 ~ b3; b4; b7E;
Page 194 ~ b3; b4; b7E;
Page 195 ~ b3; b4; b7E;
Page 196 ~ b3; b4; b7E;
Page 197 ~ b3; b4; b7E;
Page 198 ~ b3; b4; b7E;
Page 199 ~ b3; b4; b7E;
Page 200 ~ b3; b4; b7E;
Page 201 ~ b3; b4; b7E;
Page 202 ~ b3; b4; b7E;
Page 203 ~ b3; b4; b7E;
Page 204 ~ b3; b4; b7E;
Page 205 ~ b3; b4; b7E;
Page 206 ~ b3; b4; b7E;
Page 207 ~ b3; b4; b7E;
Page 208 ~ b3; b4; b7E;
Page 209 ~ b3; b4; b7E;
Page 210 ~ b3; b4; b7E;
Page 211 ~ b3; b4; b7E;
Page 212 ~ b3; b4; b7E;
Page 213 ~ b3; b4; b7E;
Page 214 ~ b3; b4; b7E;
Page 215 ~ b3; b4; b7E;
Page 216 ~ b3; b4; b7E;
Page 217 ~ b3; b4; b7E;
Page 218 ~ b3; b4; b7E;
Page 219 ~ b3; b4; b7E;
Page 220 ~ b3; b4; b7E;
Page 221 ~ b3; b4; b7E;
Page 222 ~ b3; b4; b7E;
Page 223 ~ b3; b4; b7E;
Page 224 ~ b3; b4; b7E;
Page 225 ~ b3; b4; b7E;
Page 226 ~ b3; b4; b7E;
Page 227 ~ b3; b4; b7E;
Page 228 ~ b3; b4; b7E;
Page 229 ~ b3; b4; b7E;
```

```
Page 231 ~ b3; b4; b7E;
Page 232 ~ b3; b4; b6; b7C; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)     X
X    No Duplication Fee X
X    For this Page       X
XXXXXXXXXXXXXXXXXXXXXXXXX
```

**From:**
**Sent:** Friday, March 30, 2007 10:52 AM
**To:**
**Subject:** RE  Authority for  Phone

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

b6
b7C
b7E
b3

**UNCLASSIFIED**
**NON-RECORD**

Always appreciate of you suggestions  Thanks for your help.  I have decided to talk with  and AUSA
about a Title III.  I don't like all the work but it seems the only way to get him.

-----Original Message-----
**From:**
**Sent:** Friday, March 30, 2007 9:15 AM
**To:**
**Cc:**
**Subject:** Authority for  Phone

b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Hey

I'd get the authority.   Just another tool.

b6
b7C
b7E
b3
b4

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 000984

CELLSITE-14118

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**From:**
**Sent:** Tuesday, March 27, 2007 1:45 PM
**To:**
**Subject:** Glory Report

**UNCLASSIFIED**
**NON-RECORD**

Here is the write up.

b6
b7C
b7E

WITT

Use corel Wordperfect to open.  Later.  I will look for another letter.

**UNCLASSIFIED**

CELL/OTD 000985

1

-----Original Message-----
From:
Sent:            Friday, March 30, 2007 8:54 AM
To:
Cc:
Subject:

b6
b7C
b7E
b3

**UNCLASSIFIED**
**NON-RECORD**

Hey

I hope all is well.  SA          of          presently has a Pen Register up and running for a bank robbery suspect.  We are both familiar with using the                                  However,  I am less familiar with

This would be extremely useful in her case to see                              If this is possible how do you do this?

**If this can be done,**                                        **also be loaded into the**
and done the same way?

Thanks,

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 000987

2

CELLSITE-14121

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**From:**
**Sent:** Monday, April 09, 2007 9:52 AM
**To:**

b6
b7C

**Cc:**

**Subject:**   b7E                      System Access

**UNCLASSIFIED**
**NON-RECORD**

WITT has thus far received the following request from the field offices for individual access to the
Please verify the information.

b7E

b6
b7C

b6
b7C

(WITT):

b6
b7C
b7E

b6
b7C

b6
b7C

CELL/OTD 000988

1

b6
b7C

li

b6
b7C

Thank You,

-----Original Message-----
**From:** (FBI)
**Sent:** Wednesday, April 04, 2007 11:55 AM
**To:**

b6
b7C
b7E

**Subject:** System Access WITT

2

**UNCLASSIFIED**
**NON-RECORD**

b6
b7C
**UNCLASSIFIED**   b7E

**UNCLASSIFIED**

CELL/OTD 000990

CELLSITE-14124

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**From:**
**Sent:** Thursday, April 12, 2007 3:56 PM          b6
**To:**                                            b7C
**Subject:** Info

b6
b7C
b7E
b3

**UNDERLINED: UNCLASSIFIED**
**NON-RECORD**

of WITT will make arrangement for the replacement of your                    At the moment
is occuppied with inventory inspection. He will take care of the request after inspection is completed. When you received the unit, I would be interested to see if there is improvement to your                    reception.

There is litigation matter that needs to be resolve with regard to            product before it can be deployed with the full-blown version that is currently offered. A slim down version is in the work. For the moment, WITT recommends that        shall be take the lead in providing technical support should you have an immediate need for this type of surveillance activities.

**UNCLASSIFIED**

CELL/OTD 000991

1

CELLSITE-14125

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp



**From:** b6
**Sent:** Monday, April 16, 2007 10:48 AM
**To:** b7C
**Cc:** b7E
**Subject:** b3

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Thanks for taking the initiative to help the office out with this service. mpk

*SSA*

b6
b7C

-----Original Message-----
**From:**
**Sent:** Thursday, April 12, 2007 2:21 PM
**To:**

b6
b7C
b7E
b3

**Subject:**

For those of you who send out administrative subpoenas for telephone subscriber information

As most of you are aware, a consumer is entitled to take their phone number to any phone company they so choose.

b7E

*CELL/OTD 000992*

CELLSITE-14126

<< File:          EC.wpd >>

Office:
Cell:
Direct Connect:

b6
b7C
b7E
b3

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 000993

CELLSITE-14127

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**From:**
**Sent:** Friday, April 27, 2007 10:14 AM
**To:**

b6
b7C
b7E
b3

**Cc:**

**Subject:** New_____for StingRay_____

**UNCLASSIFIED**
**NON-RECORD**

Please note that the installation guide to upgrade your Harris equipment is included_____. If you are experiencing difficulty whereby the_____please contact and email us the serial number of your equipment._____Stingray_____Harris_____Stingray_____We will provide a workaround solution to those limited few that experience this problem.

b6
b7C
b7E

**UNCLASSIFIED**

CELL/OTD 000994

CELLSITE-14128

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**From:**
**Sent:** Monday, April 30, 2007 10:08 AM
**To:**

b6
b7C
b7E
b3

**Subject:** Additional Info on _____ for StingRay _____

**UNCLASSIFIED**
**NON-RECORD**

Please attempt to perform the install of the _____ StingRay _____ unit first before updating the _____ If the _____ step as described below, then _____ and report to us the problem and provide us the serial number of your equipment. Do not attempt to _____ is not successful.

Please report to WITT when the _____ is completed so that we can document the procedure. Offices that do not report in will be assume to have not completed _____

Thanks,

b6
b7C
b7E

-----Original Message-----
**From:**
**Sent:** Friday, April 27, 2007 10:14 AM
**To:**

b6
b7C

**Cc:**
**Subject:**   New ▯             for StingRay ▯

**UNCLASSIFIED**
**NON-RECORD**


Please note that the installation guide to upgrade your Harris equipment is included ▯        If you are experiencing difficulty whereby the ▯                                                        please contact and email us the serial number of your equipment ▯

▯ We will provide a workaround solution to those limited few that experience this problem.

b6
b7C
b7E
b3

**UNCLASSIFIED**


**UNCLASSIFIED**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**From:**
**Sent:** Wednesday, May 09, 2007 1:22 PM
**To:**

b6
b7C
**Subject:** b7E                                                    and other guidance)

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

FYI

Just passing on some information about using a                                              b7E
                    If you all have time to verify some of the below information, please do so.  Feedback is the best way to
figure out where the loop-holes are.                                                          b7E

                                                                                              b7E

  - This means that you should not incurr the

b7E   I verified the above information on the                                    If you have a
      chance to buy some                              and are able to do the same kind of testing, please do and send
      feedback

b7E   ---------------------

  •

  •

Thanks to everyone involved so far.        b6
                                            b7C
                                            b7E

CELL/OTD 000997

CELLSITE-14131

**SENSITIVE BUT UNCLASSIFIED**

b6
b7C
b7E

CELL/OTD 000998

2

CELLSITE-14132

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**(FBI)**

**From:**
**Sent:**          (OTD) (FBI)
**To:**           Wednesday, May 16, 2007 9:23 AM

**Subject:**

b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

I have contacted Harris, and they are looking into the situation. This was looked into as part of

I'll forward their (Harris) answer to all.

b6
b7C
b4
b7E

    -----Original Message-----
**From:**          (LA) (FBI)
**Sent:**          Monday, May 14, 2007 1:09 PM
**To:**

**Cc:**
**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

**UNCLASSIFIED**

**UNCLASSIFIED**

*CELL/OTD 000999*

CELLSITE-14133

**UNCLASSIFIED**

CELL/OTD 001001
CELLSITE-14135

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**(FBI)**

| | |
|---|---|
| **From:** | OTD) (FBI) |
| **Sent:** | Thursday, July 05, 2007 10:30 AM |
| **To:** | |

b6
b7C
b7E

**Cc:**
**Subject:**    2007 WITT Conference (Cell Phone Tracking)

b6
b7C
b4
b7E

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

Comrades,

     Last week I attended the **2007 WITT Conference**.   Many cell tracking matters were discussed.  <u>Since we all hate</u> e-mail.  I am going to pick the top 15 bullets and try to keep it short.  Please feel free to forward this info to                        And if you don't want to read it, you don't hurt my feelings.

CELL/OTD 001002
CELLSITE-14136

Let me know if you need additional information.

SSA

b6
b7C

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 001006
CELLSITE-14140

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**From:**
**Sent:** Friday, July 20, 2007 12:52 PM
**To:**

b6
b7C

**Cc:**

**Subject:** b7E

**UNCLASSIFIED**
**NON-RECORD**

All,

b6
b7C
b7E
b3

b7E
b3   One possible delay:

**UNCLASSIFIED**

CELL/OTD 001007

1

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**From:**
**Sent:** Thursday, August 31, 2006 3:24 PM
**To:**
**Cc:**
**Subject:** 5 Quick Steps to Operating the ____ for ____ Technology

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

5 Steps Process for

b6
b7C
b7E
b3

Attached is a quick step guide to operating the ____ gear.

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 001008

CELLSITE-14142

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**From:**
**Sent:**  b6  Tuesday, October 03, 2006 10:06 AM
**To:**  ALL USERS
**Subject:**  b7C  FW:  Training Opportunity
  b7E

**UNCLASSIFIED**
**NON-RECORD**

-----Original Message-----
**From:**
**Sent:**  Tuesday, October 03, 2006 9:38 AM
**To:**
**Cc:**
**Subject:**  Training Opportunity

**UNCLASSIFIED**
**NON-RECORD**  b6
  b7C
  b7E

Hi [ ] ..please disseminate.  Thank you.  b7E

## TRAINING OPPORTUNITY

CELL/OTD 001011

CELLSITE-14145



**UNCLASSIFIED**

**UNCLASSIFIED**

b7E

*CELL/OTD 001012*

CELLSITE-14146

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**From:**

**Sent:** Tuesday, October 03, 2006 10:18 AM                        b6

**To:**                                                            b7C

**Cc:**

**Subject:** FW: Subject killed

**UNCLASSIFIED**
**NON-RECORD**

**UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E

We were looking at data faxed from ____ on a ____ Once again, ____

b7E

Attached is a Wordperfect document dated March 2004, that is another documented example of the same problem.

It is impossible for us to provide quality WITT support to the field without the basic tools. ____ for us.

Thanks,                     b6
                            b7C
                            b7E

b7E

-----Original Message-----

**From:**

**Sent:** Tuesday, October 03, 2006 9:33 AM                        b6

**To:**                                                            b7C

**Subject:** Subject killed

1

*CELL/OTD 001013*

CELLSITE-14147

**UNCLASSIFIED**
**NON-RECORD**

The subject who's [                    ] was shot and killed by St. Johns Florida deputies last night following a pursuit.

Thanks for you help!

b7E

[                    ]

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 001014

CELLSITE-14148

FD-448 (Rev. 6-2-97)



# FBI FACSIMILE

# COVER SHEET

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

## PRECEDENCE

- ☒ Immediate
- ☐ Priority
- ☐ Routine

## CLASSIFICATION

- ☐ Top Secret
- ☐ Secret
- ☐ Confidential
- ☐ Sensitive
- ☒ Unclassified

Time Transmitted: _____  b6
Sender's Initials: _____  b7C
Number of Pages: __1__
(including cover sheet)

To: _____ b4
Name of Office

Date: 03/15/2004

Facsimile Number: _____

Attn: _____ b6
Name        Room      Telephone  b7C

From:

Subject:

        b6
        b7C

Special Handling Instructions: _____

Originator's Name: _____   Telephone: _____

Originator's Facsimile Number: _____

Approved: _____   b6   CELL/OTD 001015
                             b7C

Brief Description of Communication Faxed: _____

## WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or the local FBI Office immediately to arrange for proper disposition.

CELLSITE-14149

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**From:**
**Sent:** Tuesday, October 31, 2006 1:08 PM
**To:**
**Subject:** FW: [ ] class

**UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E

This [                    ] is going to be held next Tuesday - November 7th - if you are interested in sending two people each - please feel free.  The focus is going to be on the [              ] and agents that work [        ] matters - but I know you guys both have had occasions when [                ] would have been beneficial to your case.

Read from below up so you know the details. If it goes well - we will do this again and then include more people - but for right now just send two people if you would like.  Just remember that it is switched to Tuesday, Nov. 7th.

-----Original Message-----
**From:**
**Sent:** Tuesday, October 31, 2006 10:43 AM
**To:**

b6
b7C
b7E

**Cc:**

**Subject:** RE: [      ] class

**UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E

To all:

The [                                ] class is going to be switched to one day earlier - for many reasons - a conflict with [        ] retirement lunch - others couldn't make it - and I will probably have to testify on that day - so it will be held the same time (8:30am) in the LARGE SAC conference room on Tuesday, November 7th.

It is probably more geared toward the agents and TFOs that will be doing the investigative work so that they are better equiped to properly hand things off to - but it would be good for the ISSs who do a lot with [        ] to come.  We will cover everything from the moment you get a [              ] from an informant or other source [                                                                ] There will be a lot of good info and handouts given out so that everyone is up to date on the latest things you need to complete your mission.

I just recently did this twice in the last two weeks for other groups - so it will definitely go about [        ] So plan on a little bit later of a lunch.  I promise you won't be bored.  We will have a short legal portion in the middle by [    ] and also a [        ] Wireless Intercept Tracking Team [                                    ]

Just remember - date switch to Tuesday, November 7th - 8:30am - SAC Large Conference Room.

CELL/OTD 001016

1

CELLSITE-14150

b6
b7C

-----Original Message-----
**From:**
**Sent:**     Monday, October 30, 2006 9:47 AM
**To:**

**Cc:**
**Subject:**            class

b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Crime fighters, On Wednesday 11/8/2006,            will be teaching a class on how to prepare a case
            The class will be a soup to nuts presentation and afterward you will be fully up to speed on what to do. This
is a mandatory class for all                   Make every effort to be there. The class will take about
beginning at 8:30am in the SAC conference room. Txs

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 001017

2

CELLSITE-14151

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp



**From:**
**Sent:** Friday, November 03, 2006 2:16 PM
**To:**

**Cc:**

b6
b7C

**Subject:** b7E    RE: _____ Updates

1

CELL/OTD 001018

CELLSITE-14152

**UNCLASSIFIED**
**NON-RECORD**

b7E

Forgot the attachment.  Ops.

b6
b7C

-----Original Message-----
**From:**
**Sent:**     Friday, November 03, 2006 1:11 PM
**To:**

**Cc:**

b6
b7C

**Subject:**       Updates    b7E

**UNCLASSIFIED**
**NON-RECORD**

2

CELL/OTD  001019          CELLSITE-14153

A new version of the [REDACTED] is available for download.  Follow the directions below to get the new version. [REDACTED]    b7E

[REDACTED]

I have also attached the updated manual.

## Downloading the current version of [REDACTED]    b7E

The most current version, and several previous versions, of the [REDACTED] are available for download over the [REDACTED]    b7E

[REDACTED]

'witt          'w!tt"

[REDACTED]

b6
b7C

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 001020    CELLSITE-14154

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

b3
b7E

# Users Manual



**Version 2.5**

**November 2nd, 2006**

**Wireless Intercept and Tracking Team**
**Tracking Technology Unit**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**From:**
**Sent:**          Tuesday, November 07, 2006 2:10 PM
**To:**
            b6
**Cc:**         b7C
**Subject:**    b7E       RE:                        Nov 15-17, 2006

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

                    will attend this training session. Thanks for the TR number also.

                                        b6
                                        b7C

        -----Original Message-----
**From:**
**Sent:**          Tuesday, November 07, 2006 11:13 AM
**To:**                                                    b6
**Cc:**                                                    b7C
**Subject:**              Nov 15-17, 2006                   b7E

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**


WITT

                                                    WITT

WITT's

b6
b7C
b7E
b3

I have 2 slots open for attending the meeting next week, and would like to extend them to your office, as        s on
the list for receiving capability when it is finally delivered to ERF after the demonstrations.  I recommend
support this trip as he has had experience with the                        although I leave the final attenance   b6
to your recommendation.                                                                                           b7C
                                                                                                                  b7E
I will forward the final EC, with all travel informaton to you once I am provided the names of individuals attending.
Travel will be paid for out of the WITT TR#.

CELL/OTD 001035

CELLSITE-14169

b6
b7C

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 001036

CELLSITE-14170

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**From:**
**Sent:** Monday, November 13, 2006 10:45 AM
**To:**                                                                                    b6
                                                                                           b7C
**Subject:** RE: Subject killed

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

Not sure if you ever heard back on this issue or not.

b6
b7C

Hope that clears it up.                                                                    b4
                                                                                           b7E

b6
b7C

-----Original Message-----
**From:**
**Sent:** Friday, October 06, 2006 1:07 PM
**To:**
**Subject:** FW: Subject killed

b6
b7C
b7E
b4

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

Can we address this issue with         and provide         with some feedback if we have not already done so?

*SSA*
*Wireless Intercept Tracking Team (WITT),*

-----Original Message-----
**From:**
**Sent:** Tuesday, October 03, 2006 10:18 AM                                               b6
**To:**                                                                                    b7C
**Cc:**
**Subject:** FW: Subject killed

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

b6
b7C

CELL/OTD 001037

1

CELLSITE-14171

We were looking at [        ] from [      ] on a homicide case last night.

b4
b7E

b7E

Attached is a Wordperfect document dated March 2004, that is another documented example of the same problem.

It is impossible for us to provide quality WITT support to the field without the basic tools. [                    ] for us.

Thanks,

b6
b7C
b7E

<< File [                    ]   b7E

-----Original Message-----
**From:**
**Sent:** Tuesday, October 03, 2006 9:33 AM
**To:**
**Subject:** Subject killed

b6
b7C

**UNCLASSIFIED**
**NON-RECORD**

The subject who's [        ] we were looking at yesterday, was shot and killed by St. Johns Florida deputies last night following a pursuit.

b7E

Thanks for you help!

**UNCLASSIFIED**


**UNCLASSIFIED**


**UNCLASSIFIED**


**UNCLASSIFIED**

CELL/OTD 001038

CELLSITE-14172

**UNCLASSIFIED**

CELL/OTD 001039

CELLSITE-14173

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**From:**
**Sent:** Tuesday, November 14, 2006 2:49 PM
**To:**
**Cc:**
**Subject:** FYI

**UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E

I will do a repeat of this class when required.

Have a nice day,

**UNCLASSIFIED**

CELL/OTD 001040

CELLSITE-14174

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

(Rev. 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:   ROUTINE                          Date:  11/14/2006

To:

From:

              b7E

      Contact:   SA

Approved By:

                                      b6

Drafted By:                                    b7C

Case ID #:   66F-WF-C197809-TR   (Pending)

Title:  IN-HOUSE          TRAINING  b7E

Synopsis:   WITT training conducted at

Details:   A technical training class on the ☐           · b6
☐ and "WITT Equipment" was conducted on 11/13/06.  The   b7C
class ran from ☐ and was conducted at the ☐ by   b7E

                                                **b7E**

                            WITT

      The following ☐ squad members attended this class:

1)
2)
3)                     b6
4)                     b7C
5)                     b7E
6)
7)
8)
9)

♦♦

CELL/OTD 0010\

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp



**From:**
**Sent:** Tuesday, November 21, 2006 4:49 PM
**To:**
**Cc:**

b6
b7C

**Subject:** PR assistance to another DOJ agency

**<u>SENSITIVE BUT UNCLASSIFIED</u>**
**<u>NON-RECORD</u>**

WITT

If Witt is

WITT

**- NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL**

Assistant General Counsel
Science & Technology Law Unit

b6
b7C
b7E
b5
b3

Quantico, Va.   22135

SCIENCE & TECHNOLOGY LAW UNIT   -   OFFICE OF THE GENERAL COUNSEL

b6
b7C

-----Original Message-----
**From:**
**Sent:** Tuesday, November 21, 2006 9:44 AM
**To:**
**Cc:**

CELL/OTD 001042   CELLSITE-14176

**Subject:**      FW: SAC Authority re "Loan of WITT Equipment"

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Hey [       ]

   Hope all is well.   This should be an easy question, compared to what you have been dealing with.

b6
b7C
b5

                    Thanks, [       ]

   -----Original Message-----
**From:**      [            ]    [            ]
**Sent:**      Monday, November 13, 2006 11:31 AM
**To:**

   b6
   b7C

b6
b7C

**Subject:**      FW: SAC Authority re "Loan of WITT Equipment"

<u>**SENSITIVE BUT UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

CELL/OTD 001044

CELLSITE-14178

Please see below.

-----Original Message-----
**From:**
**Sent:**      Monday, November 13, 2006 10:37 AM
**To:**

**Cc:**
**Subject:**   SAC Authority re "Loan of WITT Equipment"

**<u>SENSITIVE BUT UNCLASSIFIED</u>**
**<u>NON-RECORD</u>**

b6
b7C

[    ] per UC [    ] please forward to the field.  Thanks [    ]

-----Original Message-----
**From:**
**Sent:**      Thursday, November 09, 2006 9:10 AM
**To:**

**Cc:**

**Subject:**   RE: Authority questions

**<u>SENSITIVE BUT UNCLASSIFIED</u>**
**<u>NON-RECORD</u>**

b5
b7E
b3

CELL/OTD 001045

CELLSITE-14179

**PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL**

Assistant General Counsel
Science & Technology Law Unit

Quantico, Va        22135

b6
b7C
b7E
b5
b3

SCIENCE & TECHNOLOGY LAW UNIT        -        OFFICE OF THE GENERAL COUNSEL

-----Original Message-----
**From:**
**Sent:**    Thursday, November 09, 2006 7:43 AM
**To:**
**Cc:**
             (FBI)
**Subject:** RE: Authority questions      b6
                                           b7C

**UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E
b5

WITT

I'll follow the email traffic.  Thanks,

-----Original Message-----
**From:**
**Sent:**        Wednesday, November 08, 2006 7:10 PM
**To:**
**Subject:**      Authority questions

**UNCLASSIFIED**                      b6
**NON-RECORD**                        b7C

CELL/OTD 001048

7

CELLSITE-14182

b5

**********************************************************************

b5

**********************************************************************

b6
b7C

This looks familiar and I assume came from you[ ]It seems that this stuff is really being decided at the HQ / Quantico level and not so much in the field and so I wanted to clarify this with you all.

b5

8

CELL/OTD 001049

CELLSITE-14183

b7E
b5

Thank you in advance for your response to this.

b6
b7C
b7E

PS

Stingray

thanks

**UNCLASSIFIED**

**UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 001050

CELLSITE-14184

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**From:**
**Sent:** Monday, December 04, 2006 5:35 PM
**To:**
**Subject:** RE:

b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Awesome job _____ you guys make this job worthwhile  Thanks Again.  Try WITT 2oo4 and WITT 2oo4 this will change in the near future.

*SSA* _____
*Wireless Intercept Tracking Team (WITT),*

b6
b7C
b7E

-----Original Message-----
**From:**
**Sent:** Monday, December 04, 2006 7:15 AM
**To:**
**Subject:** FW:

**UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E

Hey _____

Below is a summary of the WITT case we worked last week.

_____ and I will be the ones submitting claims.

Thanks,

**P.S.   Is there a new User Name and Password for the WITT site?    If so, what is it?**

-----Original Message-----
**From:**
**Sent:** Thursday, November 30, 2006 1:38 PM
**To:**
**Cc:**
**Subject:** FW:

b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Gentlemen - Many thanks from _____ for your dedication and efforts...we truly appreciate it.  I hope you had a safe trip back, and please let us know if there is ever an opportunity for us to return the favor!

-----Original Message-----

CELL/OTD 001051

1

CELLSITE-14185

**From:**
**Sent:**      Thursday, November 30, 2006 8:06 AM
**To:**

**Cc:**

**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E

Thanks to all for an awesome job in

b6
b7C
b7E

As a side note,

Again, thanks to everyone for a job well done!

*SA*

b6
b7C

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 001052

CELLSITE-14186

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**From:**
**Sent:**  Tuesday, December 05, 2006 4:34 PM
**To:**

b6
b7C

**Cc:**

CELL/OTD 001053  CELLSITE-14187

**Cc:**

**Subject:**      WITT Personnel

b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Good Evening to all,

☐ advised you earlier about her departure from WITT ☐ This communication is to advise you that ☐ ☐ WITT ☐ However, this should not effect our ability to provide you with 24 hour support.  I can be reached at ☐ 24/7 to answer any questions.  To all, Happy Holiday and thanks from all of us at WITT for another outstanding year.  Be Safe!!

*SSA* ☐
*Wireless Intercept Tracking Team (WITT),*
☐

b6
b7C
b7E

**UNCLASSIFIED**

CELL/OTD 001054

CELLSITE-14188

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**From:**
**Sent:** Wednesday, January 03, 2007 4:59 PM                    b6
**To:**                                                          b7C
**Cc:**                                                          b7E
**Subject:** FW:

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

This is what I sent ____ for his report.  Let me know if you see anything that needs to be added.

-----Original Message-----
**From:**                                          b6
**Sent:** Friday, December 22, 2006 10:45 AM        b7C
**To:**                                             b7E
**Subject:** RE:

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Thanks

*SSA*____                                          b6
*Wireless Intercept Tracking Team (WITT),*          b7C
                                                    b7E

-----Original Message-----
**From:**
**Sent:** Friday, December 22, 2006 4:36 AM
**To:**
**Cc:**
**Subject:**

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**                                     b6
                                                   b7C
                                                   b7E

                                                   b6
                                                   b7C
                                                   b7E
Here is a quick down and dirty of our operation on Thursday Dec 21,2006.    b3

CELL/OTD 001056   CELLSITE-14190

b7E
b3

b6
b7C
b7E

On a side note, [    ] was a great help.  He went out of his way to help us [    ]

As per our conversation on the phone, please don't send this out to the field without changing the writer to your name. I don't need the e-mails from other [    ] that usually follow success stories to ERF.  Thanks.

Hope this is what you wanted,

b6
b7C

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**From:**
**Sent:** Tuesday, January 09, 2007 12:38 PM
**To:**
**Cc:**                                                                        b6
**Subject:**           RE:                                                     b7C
                                                                                b7E

**UNCLASSIFIED**
**NON-RECORD**

can you check with to see if he has changed the requested earlier to the site. Thanks

*SSA*                                                    b6
*Wireless Intercept Tracking Team (WITT),*              b7C
                                                         b7E

      -----Original Message-----
**From:**
**Sent:** Tuesday, January 09, 2007 10:28 AM
**To:**
**Cc:**
**Subject:** RE:                                         b6
                                                         b7C
**UNCLASSIFIED**                                          b7E
**NON-RECORD**

Hey

   This worked last time, but no longer seems to work,   Any suggestions?

                  Thanks,

      -----Original Message-----
**From:**
**Sent:** Monday, December 04, 2006 5:35 PM
**To:**
**Subject:** RE                                          b6
                                                         b7C
**UNCLASSIFIED**                                          b7E
**NON-RECORD**

Awesome job        you guys make this job worthwhile Thanks Again.  Try WITT 2oo4 and WITT 2oo4 this will change in the near future.                    b6
                                                                                 b7C
*SSA*
*Wireless Intercept Tracking Team (WITT),*

      -----Original Message-----
**From:**                                                b6
**Sent:**        Monday, December 04, 2006 7:15 AM       b7C
**To:**

                              1

**Subject:** FW:  b7E

**UNCLASSIFIED**
**NON-RECORD**

Hey

Below is a summary of the WITT case we worked last week.

and I will be the ones submitting claims.

Thanks,

b6
b7C
b7E

**P.S.   Is there a new User Name and Password for the WITT site?   If so, what is it?**

-----Original Message-----
**From:**
**Sent:**     Thursday, November 30, 2006 1:38 PM
**To:**
**Cc:**
**Subject:**     FW

**UNCLASSIFIED**                b6
**NON-RECORD**               b7C
                             b7E

Gentlemen - Many thanks from                for your dedication and efforts...we truly appreciate it.  I hope you had a safe trip back, and please let us know if there is ever an opportunity for us to return the favor!

-----Original Message-----
**From:**
**Sent:**     Thursday, November 30, 2006 8:06 AM
**To:**

**Cc:**

**Subject:**

**UNCLASSIFIED**                b6
**NON-RECORD**               b7C
                             b7E

Thanks to all for an awesome job

As a side note,

2

CELL/OTD 001059  CELLSITE-14193

Again, thanks to everyone for a job well done!

b6
b7C
b7E

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 001060   CELLSITE-14194

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**From:**
**Sent:**          Tuesday, January 09, 2007 4:06 PM
**To:**
**Subject:**       RE:

**UNDERLINE** UNCLASSIFIED
**NON-RECORD**

b6
b7C
b7E

Username:  witt2004
Passwd:  witt2oo4

-----Original Message-----
**From:**
**Sent:**       Tuesday, January 09, 2007 10:28 AM
**To:**
**Cc:**
**Subject:**    RE:

**UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E

Hey

This worked last time, but no longer seems to work.   Any suggestions?

Thanks,

-----Original Message-----
**From:**
**Sent:**     Monday, December 04, 2006 5:35 PM
**To:**
**Subject:** RE:

**UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E

Awesome job      you guys make this job worthwhile Thanks Again.  Try WITT 2oo4 and WITT 2oo4 this will
change in the near future.

*SSA*
*Wireless Intercept Tracking Team (WITT),*

-----Original Message-----
**From:**
**Sent:**        Monday, December 04, 2006 7:15 AM
**To:**
**Subject:**     FW:

b6
b7C
b7E

1

**UNCLASSIFIED**
**NON-RECORD**

Hey⬚

Below is a summary of the WITT case we worked last week. ⬚

⬚ ⬚ will be the ones submitting claims.

Thanks,

⬚

b6
b7C
b7E

**P.S.   Is there a new User Name and Password for the WITT site?   If so, what is it?**

-----Original Message-----
From:       ⬚
Sent:                    Thursday, November 30, 2006 1:38 PM
To:           ⬚
Cc:
Subject:          FW: ⬚

**UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E

Gentlemen - Many thanks from⬚for your dedication and efforts…we truly appreciate it.  I hope you had a safe trip back, and please let us know if there is ever an opportunity for us to return the favor!

⬚

-----Original Message-----
From:       ⬚
Sent:                    Thursday, November 30, 2006 8:06 AM
To: ⬚

Cc:

Subject:          ⬚

**UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E

Thanks to all for an awesome job in⬚

As a side note⬚

CELL/OTD 001062

CELLSITE-14196

Again, thanks to everyone for a job well done!

*SA*

b6
b7C

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 001063

CELLSITE-14197

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**From:**
**Sent:** Tuesday, February 13, 2007 12:03 PM
**To:**
**Cc:**
**Subject:** RE: call activity reports from

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E
b3

-----Original Message-----
**From:**
**Sent:** Tuesday, February 13, 2007 11:28 AM
**To:**
**Cc:**
**Subject:** call activity reports from

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E
b3

CELL/OTD 001565   CELLSITE-14199

Thanks.

b6
b7C

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD COMPOSITE-14200

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

**From:**
**Sent:** Tuesday, February 20, 2007 1:00 PM
**To:**
**Subject:** RE[    ] call activity reports from [   ]

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E

Try our [          ] for detailed answers to your questions.

-----Original Message-----
**From:**
**Sent:** Tuesday, February 20, 2007 10:11 AM
**To:**
**Cc:**
**Subject:** RE[   ] call activity reports from [  ]

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E

Thanks for the info.

Two Questions:

b7E

Thanks again,

-----Original Message-----
**From:**
**Sent:** Tuesday, February 13, 2007 12:03 PM
**To:**
**Cc:**
**Subject:** RE:[  ] call activity reports from [  ]

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E
b3

CELL/OTD 001067

CELLSITE-14201

b6
b7C
b7E
b3

-----Original Message-----
**From:**
**Sent:** Tuesday, February 13, 2007 11:28 AM
**To:**
**Cc:**
**Subject:** call activity reports from

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Thanks.

b6
b7C
b7E
b3

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

2

CELL/OTD 001068

CELLSITE-14202



# WITT

**Science & Technology Law Unit**

CELL-OTD   004848

- WITT = Wireless Intercept & Tracking Team

- WITT doesn't intercept; and

- WITT doesn't track

- [ redacted ]   b3 b7E

  ➢ Triggerfish

  ➢ StingRay

  ➢ [ redacted ]

  ➢ LoggerHead

  ➢ [ redacted ]

  ➢ WITT Equipment

**UNCLASSIFIED//FOUO/LAW ENFORCEMENT SENSITIVE**
**DO NOT DISTRIBUTE WITHOUT OGC APPROVAL**

14252

ANN BIRMINGHAM SCHEEL
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-08-0814-PHX-DGC |
|---|---|
| Plaintiff, | **GOVERNMENT'S MEMORANDUM** |
| v. | **RE MOTION FOR DISCOVERY** |
| Daniel David Rigmaiden, et al., | |
| Defendant. | |

The United States, through undersigned counsel, submits this Memorandum in an attempt to clarify and narrow some issues for the upcoming October 28, 2011, hearing regarding Defendant's Motion for Discovery.

First, the United States proposes that the Court assume, arguendo, for Defendant's Motion for Discovery and any forthcoming motion to suppress, that the aircard tracking operation was a Fourth Amendment search and seizure. [1/]

---

[1/] The United States' position continues to be that, as a factual matter, the operation did not involve a search or seizure under the Fourth Amendment. The United States explained in its March 11, 2011, Memorandum Regarding Law Enforcement Privilege that Defendant does not have a reasonable expectation of privacy in his general location or in the cell site records he transmitted wirelessly to Verizon. (CR 465 at 13-17.) Therefore, the use of the cell site simulator is not a search under the Fourth Amendment. See, e.g., Smith v. Maryland, 442 U.S. 735, 740 (1979) ("application of the Fourth Amendment depends on whether the person invoking its protection can claim a 'justifiable,' a 'reasonable,' or a 'legitimate expectation of privacy' that has been invaded by government action"). Nevertheless, in an attempt to simplify the analysis and to avoid unnecessary disclosure of privileged information, the United States will
(continued...)

CELLSITE-14268

1    Second, the United States agrees to rely solely on the Rule 41 tracking warrant,

2  application, and affidavit, No. CR08-90330-MISC, to authorize the use of equipment to

3  communicate directly with Defendant's aircard and determine its location. [2]

4    Third, the United States will agree to allow the Court to factually assume, that, at the

5  conclusion of the July 16, 2008, aircard tracking operation, the FBI located the aircard within

6  Unit 1122 of the Domocilio Apartments. [3]

7    Fourth, with respect to whether the equipment used to locate the aircard was operated in

8  a "man in the middle" manner or caused a brief "disruption of service," the United States will

9  agree that the Court can assume, arguendo, that it did. [4]

10    Fifth, for the purpose of defendant's pending motion(s) to compel discovery and his

11  prospective motion to suppress, the United States does not expect to present facts in any in

12  camera proceeding that it would then request the Court to consider for the purpose of rebutting

13  any of defendant's claims without disclosing those facts to the defendant.

14

15  _____

[1] (...continued)
16  no longer argue in this case only that the aircard tracking operation was not a search or seizure
under the Fourth Amendment, and will instead rely on its authority under the hybrid order and
17  tracking warrant, Defendant's lack of standing, and, if necessary, the agents' good faith reliance
on these court orders.
18

[2] Again, the United States' position is that the hybrid order confers sufficient authority
19  to use a cell site simulator and that a tracking warrant is unnecessary. Nevertheless, the United
States will rely solely on the Rule 41 warrant application, affidavit and order in this case to
20  authorize its use of a cell site simulator. The hybrid order, No. CR08-90331-MISC, will be used
to justify obtaining cell site and other non-content information from Verizon Wireless.
21

[3]  This is not, in fact, accurate. As explained previously, the FBI was only able to
22  narrow the aircard down to three or four apartments. But to avoid disclosure of privileged
information and simplify the Fourth Amendment analysis, the United States will concede, for
23  purposes of any forthcoming motion to suppress, that the FBI located the aircard within Unit
1122 of the Domocilio Apartments.
24

[4] The United States indicated at the September 22, 2011, hearing that it believed "the
25  simulator in this case was taking the message it received from the aircard and sending it on to
a Verizon tower." (RT 9/22/2011 (CR 637) at 61:5-8.) As FBI Agent Bradley Morrison
26  clarifies in the attached affidavit, however, the equipment did not capture any content and it did
not act as a "man in the middle," collecting data and passing it along to Verizon Wireless.
27  (Morrison Aff. 2-3 ¶ 4.)

28                                2

. CELLSITE-14269

1    Finally, the United States is submitting a sworn affidavit from Bradley Morrison, the Unit

2  Chief of the FBI Tracking Technology Unit, to describe facts regarding the aircard tracking

3  operation and clarify some remaining factual issues.   The United States will make Agent

4  Morrison available ex parte and in camera to answer questions the Court may have about the

5  tracking operation and the equipment used.   In addition, the United States will make this

6  individual available for testimony at any future suppression hearing, so long as the United States

7  has an opportunity to file a motion in limine in order to seek to limit cross-examination regarding

8  privileged law enforcement sensitive material.   In order to proceed in this fashion, the United

9  States requests an opportunity to explain, in camera, the basis for its claims of privilege.

10    Respectfully submitted this 27th day of October, 2011.

11                                                   ANN BIRMINGHAM SCHEEL
                                                     Acting United States Attorney
12                                                   District of Arizona

13
                                                     S/Frederick A. Battista
14
15                                                   FREDERICK A. BATTISTA
                                                     PETER S. SEXTON
                                                     JAMES R. KNAPP
16                                                   Assistant U.S. Attorneys

17

18

19

20

21

22

23

24

25

26

27

28
                                            3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2011, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Philip Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden

Taylor Fox
Counsel for Defendant Ransom Carter

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

S/James Knapp

4

CELL/OTD   004867

CELLSITE-14271

**FW:** ☐ **Memo** ☐ **Edits**

**Sent:**      Friday, October 28, 2011 3:12 PM          b6
**To:**                                                  b7C
**Cc:**
**Attachments:**  Pleading Paper.pdf (13 KB)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

Assistant General Counsel                        b6
Science & Technology Law Unit                    b7C
Federal Bureau of Investigation                  b3
                                                 b7E

**THIS COMMUNICATION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT AND ATTORNEY WORK PRODUCT MATERIAL. DO NOT DISCLOSE WITHOUT PRIOR PERMISSION FROM FBI OGC.**

**From:**
**Sent:** Friday, October 28, 2011 2:57 PM            b6
**To:**                                               b7C
**Subject:** RE: ☐ Memo - ☐ Edits

☐ thanks again for your help. Here's what the final version of the memo looks like. We'll keep you posted on the progress.

**From:**
**Sent:** Thursday, October 27, 2011 2:52 PM
**To:**                                               b6
**Cc:**                                               b7C
**Subject:** RE: ☐ Memo - ☐ Edits

As discussed over th phone, here are the documents with edits in track changes format.  I have the agent

CELL/OTD    004880

CELLSITE-14284

standing by to sign and send out, so if you could look at them as quickly as possible, that would be great.

Assistant General Counsel
Science & Technology Law Unit
Federal Bureau of Investigation

b6
b7C

**THIS COMMUNICATION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT AND ATTORNEY WORK PRODUCT MATERIAL. DO NOT DISCLOSE WITHOUT PRIOR PERMISSION FROM FBI OGC.**

**From:**
**Sent:** Thursday, October 27, 2011 1:23 PM
**To:**
**Cc:**
**Subject:** RE: [____] Memo [____] Edits

b6
b7C

[____] asked me to pass along the attached, which incorporates some suggestions from [____] on the draft affidavit. Please let us know where we are on the affidavit and whether you have any comments on the memo [____] sent. We plan to file it in advance of the hearing, which is tomorrow.

Thanks again for your help.

**From:**
**Sent:** Wednesday, October 26, 2011 6:49 PM
**To:**
**Cc:**
**Subject:** [____] Memo [____] Edits

b6
b7C

<< File: Memo re Motion for Discovery JRK20111020 – FAB Edits 10-26-11.wpd >>

CELL/OTD    004881

CELLSITE-14285

**Re: WITT mission in** [        ]

[                    ]

**Sent:** Thursday, August 25, 2011 12:55 AM

**To:** [                                    ]

**Cc:** [                                    ]

b6
b7C
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

[              ]

I'd like to just add my [        ] and appreciation to [        ] for taking the time to help with the mission. Not only was his expertise invaluable, but his instruction on operational techniques was excellent.

Thanks again for your support in allowing [        ] to come out to help. I look forward to employing the WITT mission here in [    ] I know the case agents are all excited in us having this capability.

[          ]

[                    ]

b6
b7C
b7E

**From:** [                        ]

**To:** [                                        ]

**Cc:**

**Sent:** Thu Aug 25 00:35:34 2011

**Subject:** WITT mission in [        ]

b6
b7C
b7E

[        ]

Thank you for your support in putting this mission together. We had a number of difficulties, and without your quick responses and approvals, I don't think we would have pulled it off. Thank you.

I also wanted to let you know that [      ] was a BIG help. I know he was in Denver during the mission, but he was still responsive and provided information, even until after mid-night his time.

b6
b7C
b7E
b3

Below is a summary of the mission, and a list of issues we should work on before the next mission:

**Summary:**

- 

- 

- 

- 

CELL/OTD   004882

b6
b7C
b7E
b3

**Issues:**

b6
b7C
b5
b3
b7E

[          ] and I discussed the possibility of him coming to [      ] to assist with a week's worth of WITT missions, possibly after January. We also discussed the possibility of me coming out to assist [      ] with training for [      ] Obviously, this will be your call. In the mean time, I will be available to assist via phone.

b6
b7C
b7E

b7E

Please let me know your thoughts and what you would like me to do to proceed.

Thank you again for the opportunity. I believe this was a very productive trip,

**Special Agent** [                          ]

b6
b7C

CELLSITE-14288

Date: Fri, 27 Jul 2007 15:15:25 -0700
From:
Subject: Fwd: Fw:          info
To:

b6
b7C
b7D
b7E

Note: forwarded message attached.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

Looking for a deal? Find great prices on flights and hotels with Yahoo! FareChase.
http://farechase.yahoo.com/

--Forwarded Message Attachment--
Date: Thu, 26 Jul 2007 14:30:44 -0300
From:
To:
Subject: Fw:        info

b6
b7C
b7D
b7E

here you go

-----Forwarded Message-----
From:
Sent: Jul 25, 2007 12:21 PM
To:
Subject:        info

b6
b7C
b7D
b7E

Good Morning,

Attached is the

b7E
b3

Let me know if you have any further questions.

Thanks,

*Manager, Customer Support*

b6
b7C
b7E

CELL/OTD          004903   b7E

5/17/2012

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

Subject: [ ] (word format)
Date: Wed, 1 Aug 2007 17:14:03 -0400
From: [ ]
To: [ ]
CC: [ ]

b6
b7C
b7D
b7E

If you need help or have questions feel free to contact us. I have cc'd [ ] who is with our Customer Service Department and walked [ ] thru the same process. Thanks

b6
b7C
b4
b7E

Federal Law Enforcement Marketing Manager

b6
b7C
b7E

CELL/OTD    004942

b7E

5/17/2012

CELLSITE-14346

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 399
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b3; b4; b7E;
Page 5 ~ b3; b4; b7E;
Page 6 ~ b3; b4; b7E;
Page 7 ~ b3; b4; b7E;
Page 8 ~ b3; b4; b7E;
Page 9 ~ b3; b4; b7E;
Page 10 ~ b3; b4; b7E;
Page 11 ~ b3; b4; b7E;
Page 12 ~ b3; b4; b7E;
Page 13 ~ b3; b4; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b4; b7E;
Page 17 ~ b3; b4; b7E;
Page 18 ~ b3; b4; b7E;
Page 19 ~ b3; b4; b7E;
Page 20 ~ b3; b4; b7E;
Page 21 ~ b3; b4; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 29 ~ b3; b4; b7E;
Page 30 ~ b3; b4; b7E;
Page 31 ~ b3; b4; b7E;
Page 32 ~ b3; b4; b7E;
Page 33 ~ b3; b4; b7E;
Page 34 ~ b3; b4; b7E;
Page 35 ~ b3; b4; b7E;
Page 36 ~ b3; b4; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
Page 40 ~ b3; b4; b7E;
Page 41 ~ b3; b4; b7E;
Page 42 ~ b3; b4; b7E;
Page 43 ~ b3; b4; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b7E;
Page 48 ~ b3; b4; b7E;
Page 49 ~ b3; b4; b7E;
```

```
Page 50 ~ b3; b4; b7E;
Page 51 ~ b3; b4; b7E;
Page 52 ~ b3; b4; b7E;
Page 53 ~ b3; b4; b7E;
Page 54 ~ b3; b4; b7E;
Page 55 ~ b3; b4; b7E;
Page 56 ~ b3; b4; b7E;
Page 57 ~ b3; b4; b7E;
Page 58 ~ b3; b4; b7E;
Page 59 ~ b3; b4; b7E;
Page 60 ~ b3; b4; b7E;
Page 61 ~ b3; b4; b7E;
Page 62 ~ b3; b4; b7E;
Page 63 ~ b3; b4; b7E;
Page 64 ~ b3; b4; b7E;
Page 65 ~ b3; b4; b7E;
Page 66 ~ b3; b4; b7E;
Page 67 ~ b3; b4; b7E;
Page 68 ~ b3; b4; b7E;
Page 69 ~ b3; b4; b7E;
Page 70 ~ b3; b4; b7E;
Page 71 ~ b3; b4; b7E;
Page 72 ~ b3; b4; b7E;
Page 73 ~ b3; b4; b7E;
Page 74 ~ b3; b4; b7E;
Page 75 ~ b3; b4; b7E;
Page 76 ~ b3; b4; b7E;
Page 77 ~ b3; b4; b7E;
Page 78 ~ b3; b4; b7E;
Page 79 ~ b3; b4; b7E;
Page 80 ~ b3; b4; b7E;
Page 81 ~ b3; b4; b7E;
Page 82 ~ b3; b4; b7E;
Page 83 ~ b3; b4; b7E;
Page 84 ~ b3; b4; b7E;
Page 85 ~ b3; b4; b7E;
Page 86 ~ b3; b4; b7E;
Page 87 ~ b3; b4; b7E;
Page 88 ~ b3; b4; b7E;
Page 89 ~ b3; b4; b7E;
Page 90 ~ b3; b4; b7E;
Page 91 ~ b3; b4; b7E;
Page 92 ~ b3; b4; b7E;
Page 93 ~ b3; b4; b7E;
Page 94 ~ b3; b4; b7E;
Page 95 ~ b3; b4; b7E;
Page 96 ~ b3; b4; b7E;
Page 97 ~ b3; b4; b7E;
Page 98 ~ b3; b4; b7E;
Page 99 ~ b3; b4; b7E;
Page 100 ~ b3; b4; b7E;
Page 101 ~ b3; b4; b7E;
Page 102 ~ b3; b4; b7E;
Page 103 ~ b3; b4; b7E;
```

```
Page 104 ~ b3; b4; b7E;
Page 105 ~ b3; b4; b7E;
Page 106 ~ b3; b4; b7E;
Page 107 ~ b3; b4; b7E;
Page 108 ~ b3; b4; b7E;
Page 109 ~ b3; b4; b7E;
Page 110 ~ b3; b4; b7E;
Page 111 ~ b3; b4; b7E;
Page 112 ~ b1; b3; b7E;
Page 113 ~ b1; b3; b7E;
Page 116 ~ b1; b3; b4; b7E;
Page 117 ~ b1; b3; b4; b7E;
Page 118 ~ b1; b3; b4; b7E;
Page 119 ~ b1; b3; b4; b7E;
Page 120 ~ b1; b3; b4; b7E;
Page 121 ~ b1; b3; b4; b7E;
Page 122 ~ b1; b3; b4; b7E;
Page 123 ~ b1; b3; b4; b7E;
Page 124 ~ b1; b3; b4; b7E;
Page 125 ~ b1; b3; b4; b7E;
Page 126 ~ b1; b3; b4; b7E;
Page 127 ~ b1; b3; b4; b7E;
Page 128 ~ b1; b3; b4; b7E;
Page 129 ~ b1; b3; b4; b7E;
Page 130 ~ b1; b3; b4; b7E;
Page 131 ~ b1; b3; b4; b7E;
Page 132 ~ b1; b3; b4; b7E;
Page 133 ~ b1; b3; b4; b7E;
Page 134 ~ b1; b3; b4; b7E;
Page 135 ~ b1; b3; b4; b7E;
Page 136 ~ b1; b3; b4; b7E;
Page 137 ~ b1; b3; b4; b7E;
Page 138 ~ b1; b3; b4; b7E;
Page 139 ~ b1; b3; b4; b7E;
Page 140 ~ b1; b3; b4; b7E;
Page 141 ~ b1; b3; b4; b7E;
Page 142 ~ b1; b3; b4; b7E;
Page 143 ~ b1; b3; b4; b7E;
Page 144 ~ b1; b3; b4; b7E;
Page 145 ~ b1; b3; b4; b7E;
Page 146 ~ b1; b3; b4; b7E;
Page 147 ~ b1; b3; b4; b7E;
Page 148 ~ b1; b3; b4; b7E;
Page 149 ~ b1; b3; b4; b7E;
Page 150 ~ b1; b3; b4; b7E;
Page 151 ~ b3; b4; b7E;
Page 152 ~ b3; b4; b7E;
Page 153 ~ b3; b4; b7E;
Page 162 ~ b3; b5; b7E;
Page 163 ~ b3; b5; b7E;
Page 165 ~ b3; b4; b7E;
Page 166 ~ b3; b4; b7E;
Page 167 ~ b3; b4; b7E;
Page 168 ~ b3; b4; b7E;
```

```
Page 169 ~ b3; b4; b7E;
Page 170 ~ b3; b4; b7E;
Page 171 ~ b3; b4; b7E;
Page 172 ~ b3; b4; b7E;
Page 173 ~ b3; b4; b7E;
Page 174 ~ b3; b4; b7E;
Page 175 ~ b3; b4; b7E;
Page 176 ~ b3; b4; b7E;
Page 177 ~ b3; b4; b7E;
Page 178 ~ b3; b4; b7E;
Page 179 ~ b3; b4; b7E;
Page 180 ~ b3; b4; b7E;
Page 181 ~ b3; b4; b7E;
Page 182 ~ b3; b4; b7E;
Page 183 ~ b3; b4; b7E;
Page 184 ~ b3; b4; b7E;
Page 185 ~ b3; b4; b7E;
Page 186 ~ b3; b4; b7E;
Page 187 ~ b3; b4; b7E;
Page 188 ~ b3; b4; b7E;
Page 189 ~ b3; b4; b7E;
Page 190 ~ b3; b4; b7E;
Page 191 ~ b3; b4; b7E;
Page 192 ~ b3; b4; b7E;
Page 193 ~ b3; b4; b7E;
Page 194 ~ b3; b4; b7E;
Page 195 ~ b3; b4; b7E;
Page 196 ~ b3; b4; b7E;
Page 197 ~ b3; b4; b7E;
Page 198 ~ b3; b4; b7E;
Page 199 ~ b3; b4; b7E;
Page 200 ~ b3; b4; b7E;
Page 201 ~ b3; b4; b7E;
Page 202 ~ b3; b4; b7E;
Page 203 ~ b3; b4; b7E;
Page 204 ~ b3; b4; b7E;
Page 205 ~ b3; b4; b7E;
Page 206 ~ b3; b4; b7E;
Page 207 ~ b3; b4; b7E;
Page 208 ~ b3; b4; b7E;
Page 209 ~ b3; b4; b7E;
Page 210 ~ b3; b4; b7E;
Page 211 ~ b3; b4; b7E;
Page 212 ~ b3; b4; b7E;
Page 213 ~ b3; b4; b7E;
Page 214 ~ b3; b4; b7E;
Page 215 ~ b3; b4; b7E;
Page 216 ~ b3; b4; b7E;
Page 217 ~ b3; b4; b7E;
Page 218 ~ b3; b4; b7E;
Page 219 ~ b3; b4; b7E;
Page 220 ~ b3; b4; b7E;
Page 221 ~ b3; b4; b7E;
Page 222 ~ b3; b4; b7E;
```

```
Page 223 ~ b3; b4; b7E;
Page 224 ~ b3; b4; b7E;
Page 225 ~ b3; b4; b7E;
Page 226 ~ b3; b4; b7E;
Page 227 ~ b3; b4; b7E;
Page 228 ~ b3; b4; b7E;
Page 229 ~ b3; b4; b7E;
Page 230 ~ b3; b4; b7E;
Page 231 ~ b3; b4; b7E;
Page 232 ~ b3; b4; b7E;
Page 233 ~ b3; b4; b7E;
Page 234 ~ b3; b4; b7E;
Page 235 ~ b3; b4; b7E;
Page 236 ~ b3; b4; b7E;
Page 237 ~ b3; b4; b7E;
Page 238 ~ b3; b4; b7E;
Page 239 ~ b3; b4; b7E;
Page 240 ~ b3; b4; b7E;
Page 241 ~ b3; b4; b7E;
Page 242 ~ b3; b4; b7E;
Page 243 ~ b3; b4; b7E;
Page 244 ~ b3; b4; b7E;
Page 245 ~ b3; b4; b7E;
Page 246 ~ b3; b4; b7E;
Page 247 ~ b3; b4; b7E;
Page 248 ~ b3; b4; b7E;
Page 249 ~ b3; b4; b7E;
Page 250 ~ b3; b4; b7E;
Page 251 ~ b3; b4; b7E;
Page 252 ~ b3; b4; b7E;
Page 253 ~ b3; b4; b7E;
Page 254 ~ b3; b4; b7E;
Page 255 ~ b3; b4; b7E;
Page 256 ~ b3; b4; b7E;
Page 257 ~ b3; b4; b7E;
Page 258 ~ b3; b4; b7E;
Page 259 ~ b3; b4; b7E;
Page 260 ~ b3; b4; b7E;
Page 261 ~ b3; b4; b7E;
Page 262 ~ b3; b4; b7E;
Page 263 ~ b3; b4; b7E;
Page 264 ~ b3; b4; b7E;
Page 265 ~ b3; b4; b7E;
Page 266 ~ b3; b4; b7E;
Page 267 ~ b3; b4; b7E;
Page 268 ~ b3; b4; b7E;
Page 269 ~ b3; b4; b7E;
Page 270 ~ b3; b4; b7E;
Page 271 ~ b3; b4; b7E;
Page 272 ~ b3; b4; b7E;
Page 273 ~ b3; b4; b7E;
Page 274 ~ b3; b4; b7E;
Page 275 ~ b3; b4; b7E;
Page 276 ~ b3; b4; b7E;
```

```
Page 277 ~ b3; b4; b7E;
Page 278 ~ b3; b4; b7E;
Page 279 ~ b3; b4; b7E;
Page 280 ~ b3; b4; b7E;
Page 281 ~ b3; b4; b7E;
Page 282 ~ b3; b4; b7E;
Page 283 ~ b3; b4; b7E;
Page 284 ~ b3; b4; b7E;
Page 285 ~ b3; b4; b7E;
Page 286 ~ b3; b4; b7E;
Page 287 ~ b3; b4; b7E;
Page 288 ~ b3; b4; b7E;
Page 289 ~ b3; b4; b7E;
Page 290 ~ b3; b4; b7E;
Page 291 ~ b3; b4; b7E;
Page 292 ~ b3; b4; b7E;
Page 294 ~ b3; b7E;
Page 295 ~ b3; b7E;
Page 296 ~ b3; b7E;
Page 297 ~ b3; b7E;
Page 298 ~ b3; b7E;
Page 299 ~ b3; b7E;
Page 300 ~ b3; b7E;
Page 301 ~ b3; b7E;
Page 302 ~ b3; b4; b7E;
Page 303 ~ b3; b4; b7E;
Page 304 ~ b3; b4; b7E;
Page 305 ~ b3; b4; b7E;
Page 306 ~ b3; b4; b7E;
Page 307 ~ b3; b4; b7E;
Page 308 ~ b3; b4; b7E;
Page 309 ~ b3; b4; b7E;
Page 310 ~ b3; b4; b7E;
Page 311 ~ b3; b4; b7E;
Page 312 ~ b3; b4; b7E;
Page 313 ~ b3; b4; b7E;
Page 314 ~ b3; b5; b6; b7C; b7E;
Page 315 ~ b3; b4; b7E;
Page 316 ~ b3; b4; b7E;
Page 317 ~ b3; b4; b7E;
Page 318 ~ b3; b4; b7E;
Page 319 ~ b3; b4; b7E;
Page 320 ~ b3; b4; b7E;
Page 321 ~ b3; b4; b7E;
Page 322 ~ b3; b4; b7E;
Page 323 ~ b3; b4; b7E;
Page 324 ~ b3; b4; b7E;
Page 325 ~ b3; b4; b7E;
Page 326 ~ b3; b4; b7E;
Page 327 ~ b3; b4; b7E;
Page 328 ~ b3; b4; b7E;
Page 329 ~ b3; b4; b7E;
Page 330 ~ b3; b4; b7E;
Page 331 ~ b3; b4; b7E;
```

```
Page 332 ~ b3; b4; b7E;
Page 333 ~ b3; b4; b7E;
Page 334 ~ b3; b4; b7E;
Page 335 ~ b3; b4; b7E;
Page 336 ~ b3; b4; b7E;
Page 337 ~ b3; b4; b7E;
Page 338 ~ b3; b4; b7E;
Page 339 ~ b3; b4; b7E;
Page 340 ~ b3; b4; b7E;
Page 341 ~ b3; b4; b7E;
Page 342 ~ b3; b4; b7E;
Page 343 ~ b3; b4; b7E;
Page 344 ~ b3; b4; b7E;
Page 345 ~ b3; b4; b7E;
Page 346 ~ b3; b4; b7E;
Page 347 ~ b3; b4; b7E;
Page 348 ~ b3; b4; b7E;
Page 349 ~ b3; b4; b7E;
Page 350 ~ b3; b4; b7E;
Page 351 ~ b3; b4; b7E;
Page 352 ~ b3; b4; b7E;
Page 353 ~ b3; b4; b7E;
Page 354 ~ b3; b4; b7E;
Page 355 ~ b3; b4; b7E;
Page 356 ~ b3; b4; b7E;
Page 357 ~ b3; b4; b7E;
Page 358 ~ b3; b4; b7E;
Page 359 ~ b3; b4; b7E;
Page 360 ~ b3; b4; b7E;
Page 361 ~ b3; b4; b7E;
Page 362 ~ b3; b4; b7E;
Page 363 ~ b3; b4; b7E;
Page 364 ~ b3; b4; b7E;
Page 365 ~ b3; b4; b7E;
Page 366 ~ b3; b4; b7E;
Page 367 ~ b3; b4; b7E;
Page 368 ~ b3; b4; b7E;
Page 369 ~ b3; b4; b7E;
Page 370 ~ b3; b4; b7E;
Page 371 ~ b3; b4; b7E;
Page 372 ~ b3; b4; b7E;
Page 373 ~ b3; b4; b7E;
Page 374 ~ b3; b4; b7E;
Page 375 ~ b3; b4; b7E;
Page 376 ~ b3; b4; b7E;
Page 377 ~ b3; b4; b7E;
Page 378 ~ b3; b4; b7E;
Page 379 ~ b3; b4; b7E;
Page 380 ~ b3; b4; b7E;
Page 381 ~ b3; b4; b7E;
Page 382 ~ b3; b4; b7E;
Page 383 ~ b3; b4; b7E;
Page 384 ~ b3; b4; b7E;
Page 385 ~ b3; b4; b7E;
```

```
Page 386 ~ b3; b4; b7E;
Page 387 ~ b3; b4; b7E;
Page 388 ~ b3; b4; b7E;
Page 389 ~ b3; b4; b7E;
Page 390 ~ b3; b4; b7E;
Page 391 ~ b3; b4; b7E;
Page 392 ~ b3; b4; b7E;
Page 393 ~ b3; b4; b7E;
Page 394 ~ b3; b4; b7E;
Page 395 ~ b3; b6; b7C; b7E;
Page 396 ~ b3; b6; b7C; b7E;
Page 401 ~ b3; b4; b6; b7C; b7E;
Page 402 ~ b3; b4; b6; b7C; b7E;
Page 403 ~ b3; b4; b6; b7C; b7E;
Page 404 ~ b3; b4; b6; b7C; b7E;
Page 405 ~ b3; b4; b6; b7C; b7E;
Page 419 ~ b3; b6; b7C; b7E;
Page 420 ~ b3; b6; b7C; b7E;
Page 432 ~ b3; b6; b7C; b7E;
Page 433 ~ b3; b6; b7C; b7E;
Page 434 ~ b3; b6; b7C; b7E;
Page 437 ~ b3; b6; b7C; b7E;
Page 438 ~ b3; b6; b7C; b7E;
Page 439 ~ b3; b6; b7C; b7E;
Page 440 ~ b3; b6; b7C; b7E;
Page 441 ~ b3; b6; b7C; b7E;
Page 442 ~ b3; b6; b7C; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

16 August 2010

Federal Bureau of Investigations
935 Pennsylvania Ave. N.W.
Room 6869 JEH FBI Building
Washington DC 20535

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

Attention: _____ Contracting Officer

Subject: _____ Proposal Dated 16 August 2010

Reference: a) _____ Request for Proposal (RFP) dated 25 January 2010
b) _____

b3
b6
b7C
b7E

Enclosure: 1) Proposal (Volume 1- Technical and Volume 2 – Cost)

Dear _____

_____ is happy to provide its response to the Sponsors referenced (a) RFP for effort to be added under the referenced (b) _____ contract.  Our specific assumptions used in preparing this proposal are included in both the Technical and Cost volumes.

The Consolidated Materials List (CML) for this effort currently is not finalized (non-auditable). Our staff is working to generate an fully auditable CML which we will provide during negotiations.

As requested this proposal shall remain valid for a period of sixty (60) days _____ reserves the right to revise, update, or extend the validity of this proposal should the proposed rates change prior to negotiations.

b3
b6
b7C
b7E

Should you require further information please do not hesitate to contact the undersigned at _____
_____

Very truly yours,

_____

_____
Manager, Contracts

Cc: _____

CELL/OTD 005613



_Old_

## Decision Based on Technical, Cost & Time Criteria

b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-03-2012 BY 65179 DMH/STP

**WITT**
_Wireless Intercept and Tracking Team_

CELLSITE-9763

# Decision Criteria: Technical, Cost, Time

b3
b5
b7E





# Decision Criteria: Technical, Cost, Time

## Technical



b3
b5
b7E



CELLSITE-9765



# Decision Criteria: Technical, Cost, Time

## Cost

■

## Time

■

■

b3
b5
b7E



CELLSITE-9766

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 dmh/stp



b7E

# *Decision Based on Technical, Cost & Time Criteria*



**WITT**
*Wireless Intercept and Tracking Team*

CELLSITE-9767



# IMPROVEMENTS/INNOVATIONS TO PROCESS:



b3
b5
b7E

CELL/OTD 005658

CELLSITE-9768



# Decision Criteria: Technical, Cost, Time



b3
b5
b7E



CELLSITE-9769

16 August 2010

Federal Bureau of Investigations
935 Pennsylvania Ave. N.W.
Room 6869 JEH FBI Building
Washington DC 20535

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

Attention: ☐ Contracting Officer

Subject: ☐ Proposal Dated 16 August 2010

Reference: ☐ Request for Proposal (RFP) dated 25 January 2010

Enclosure:  1) Proposal (Volume 1 - Technical and Volume 2 – Cost)

Dear ☐

b3
b6
b7C
b7E

☐ s happy to provide its response to the Sponsors referenced (a) RFP for effort to be added under the referenced ☐ contract.  Our specific assumptions used in preparing this proposal are included in both the Technical and Cost volumes.

The Consolidated Materials List (CML) for this effort currently is not finalized (non-auditable). Our staff is working to generate an fully auditable CML which we will provide during negotiations.

As requested this proposal shall remain valid for a period of sixty (60) days.  Harris reserves the right to revise, update, or extend the validity of this proposal should the proposed rates change prior to negotiations.

Should you require further information please do not hesitate to contact the undersigned at ☐

Very truly yours,

b3
b6
b7C
b7E

Manager, Contracts

Cc ☐

b3
b6
b7C
b7E

09 September 2010

In Reply Please Refer to:

935 Pennsylvania Ave. N.W.
JEH Bldg Room 6853
Washington, D.C. 20535

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

Attention: _____ Contracting Officer

Subject:      Proposal Information:
              (a) Updated Proposal -
              (b) Fact-finding Responses -

b3
b6
b7C
b7E

Reference:   (a)
             (b)

             (c) Government Questions and Requests for Clarification, dated 24 August 2010
             (d) Proposal discussions and fact-finding meeting held 31 August 2010 – 2
                 September 2010.

Dear _____

_____ through its
_____ is submitting the attached responses to the Government's referenced c, fact-
finding questions which includes information on software dependencies.  Attached also is an
updated proposal for _____ which incorporates the changes and re-phasing of tasks requested
by the Customer per references (c) and (d).

Should you require further information or wish to negotiate please contact the undersigned at
_____

Very truly yours,

b3
b6
b7C
b7E

Manager, Contracts

Cc:

Enclosures:

b7E

LSITE-9901

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

Subject: FW: questions?
Date: Thu, 16 Aug 2007 09:30:51 -0400
From:
To:
CC:

does this help?

b6
b7C

**From**
**Sent:** Thursday, August 16, 2007 8:59 AM
**To**
**Subject:** RE: questions?

**From:**
**Sent:** Thursday, August 16, 2007 8:38 AM
**To:**
**Subject:** questions?

b3
b6
b7C
b7E

The agent who was here yesterday had some questions. I <u>think</u> I know some of the <u>answers</u> to below but I want to be sure so I thought I'd get your input to be sure. Thanks,

Few questions.

1.

2.

b3
b6
b7C
b7E

3.

b6
b7C

CELLSITE-10006
CELL/OTD 005896

Subject: RE: FW: questions?
Date: Fri, 17 Aug 2007 10:04:08 -0400
From:
To:

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-19-2012 BY 65179 DMH/stp

I think setting up a training class would be great, there are a couple other guys from          group that need a training class also.  It wouldn't be hard to get a full class to go over          and new

b3
b6
b7C
b7E

---

**From:**
**Sent:** Friday, August 17, 2007 9:06 AM
**To:**
**Cc:**
**Subject:** FW: FW: questions?

Hi

I've been asking          for his expertise with your questions. I hope this helps. It looks like to me that you guys could use a good training class for a          I could talk to          about a quote if that would help. Don't hesitate to call or e-mail with questions. We're here to help. Thanks

b3
b6
b7C
b7E

---

**From:**
**Sent:** Thursday, August 16, 2007 3:37 PM
**To:**
**Subject:** RE: FW: questions?

It does generally, however let's follow-up a bit shall we.

Question 1.   I'm good

Question 2.

b3
b6
b7C
b7E

Question 3.

b3
b6
b7C
b7E

Thanks,

---

**From:**
**Sent:** Thursday, August 16, 2007 2:35 PM
**To:**
**Subject:** FW: FW: questions?

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 287
Page 2 ~ b3; b6; b7C; b7E;
Page 3 ~ b3; b6; b7C; b7E;
Page 4 ~ b3; b6; b7C; b7E;
Page 5 ~ b3; b6; b7C; b7E;
Page 6 ~ b3; b6; b7C; b7E;
Page 7 ~ b3; b6; b7C; b7E;
Page 8 ~ b3; b6; b7C; b7E;
Page 9 ~ b3; b6; b7C; b7E;
Page 10 ~ b3; b6; b7C; b7E;
Page 11 ~ b3; b6; b7C; b7E;
Page 12 ~ b3; b6; b7C; b7E;
Page 13 ~ b3; b6; b7C; b7E;
Page 14 ~ b3; b6; b7C; b7E;
Page 15 ~ b3; b6; b7C; b7E;
Page 16 ~ b3; b6; b7C; b7E;
Page 17 ~ b3; b6; b7C; b7E;
Page 18 ~ b3; b6; b7C; b7E;
Page 19 ~ b3; b4; b6; b7C; b7E;
Page 20 ~ b3; b4; b7E;
Page 21 ~ b3; b4; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 29 ~ b3; b4; b7E;
Page 30 ~ b3; b4; b7E;
Page 31 ~ b3; b4; b7E;
Page 32 ~ b3; b4; b7E;
Page 33 ~ b3; b4; b7E;
Page 34 ~ b3; b4; b7E;
Page 35 ~ b3; b4; b7E;
Page 36 ~ b3; b4; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b6; b7C; b7E;
Page 40 ~ b3; b4; b6; b7C; b7E;
Page 41 ~ b3; b4; b7E;
Page 42 ~ b3; b4; b7E;
Page 43 ~ b3; b4; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b7E;
Page 48 ~ b3; b4; b6; b7C; b7E;
Page 50 ~ b3; b6; b7C; b7E;
```

```
Page 51 ~ b6; b7C; b7E;
Page 52 ~ b5; b6; b7C;
Page 53 ~ b3; b6; b7C; b7E;
Page 54 ~ b6; b7C; b7E;
Page 55 ~ b5; b6; b7C;
Page 56 ~ b5; b6; b7C;
Page 62 ~ b3; b4; b7E;
Page 63 ~ b3; b4; b7E;
Page 64 ~ b3; b4; b7E;
Page 65 ~ b3; b4; b7E;
Page 66 ~ b3; b4; b7E;
Page 67 ~ b3; b4; b7E;
Page 68 ~ b3; b4; b7E;
Page 69 ~ b3; b4; b7E;
Page 70 ~ b3; b4; b7E;
Page 71 ~ b3; b4; b7E;
Page 72 ~ b3; b4; b7E;
Page 73 ~ b3; b4; b7E;
Page 74 ~ b3; b4; b7E;
Page 75 ~ b3; b4; b7E;
Page 76 ~ b3; b4; b7E;
Page 77 ~ b3; b4; b7E;
Page 78 ~ b3; b4; b7E;
Page 79 ~ b3; b4; b7E;
Page 80 ~ b3; b4; b7E;
Page 81 ~ b3; b4; b7E;
Page 82 ~ b3; b4; b7E;
Page 83 ~ b3; b4; b7E;
Page 84 ~ b3; b4; b7E;
Page 85 ~ b3; b4; b7E;
Page 86 ~ b3; b4; b7E;
Page 87 ~ b3; b4; b7E;
Page 88 ~ b3; b4; b7E;
Page 89 ~ b3; b4; b7E;
Page 90 ~ b3; b4; b7E;
Page 91 ~ b3; b4; b7E;
Page 92 ~ b3; b4; b7E;
Page 93 ~ b3; b4; b7E;
Page 94 ~ b3; b4; b7E;
Page 95 ~ b3; b4; b7E;
Page 96 ~ b3; b4; b7E;
Page 97 ~ b3; b4; b7E;
Page 98 ~ b3; b4; b7E;
Page 99 ~ b3; b4; b7E;
Page 100 ~ b3; b4; b7E;
Page 101 ~ b3; b4; b7E;
Page 102 ~ b3; b4; b7E;
Page 103 ~ b3; b4; b7E;
Page 104 ~ b3; b4; b7E;
Page 105 ~ b3; b4; b7E;
Page 106 ~ b3; b4; b7E;
Page 107 ~ b3; b4; b7E;
Page 108 ~ b3; b4; b7E;
Page 109 ~ b3; b4; b7E;
```

```
Page 110 ~ b3; b4; b7E;
Page 111 ~ b3; b4; b7E;
Page 112 ~ b3; b4; b7E;
Page 113 ~ b3; b4; b7E;
Page 114 ~ b3; b4; b7E;
Page 115 ~ b3; b4; b7E;
Page 116 ~ b3; b4; b7E;
Page 117 ~ b3; b4; b7E;
Page 118 ~ b3; b4; b7E;
Page 119 ~ b3; b4; b7E;
Page 120 ~ b3; b4; b7E;
Page 121 ~ b3; b4; b7E;
Page 122 ~ b3; b4; b7E;
Page 123 ~ b3; b4; b7E;
Page 124 ~ b3; b4; b6; b7C; b7E;
Page 125 ~ b3; b4; b7E;
Page 126 ~ b3; b4; b7E;
Page 127 ~ b3; b4; b7E;
Page 128 ~ b3; b4; b7E;
Page 129 ~ b3; b4; b7E;
Page 130 ~ b3; b4; b7E;
Page 131 ~ b3; b4; b7E;
Page 132 ~ b3; b4; b7E;
Page 133 ~ b3; b4; b7E;
Page 134 ~ b3; b4; b7E;
Page 135 ~ b3; b4; b7E;
Page 136 ~ b3; b4; b7E;
Page 137 ~ b3; b4; b7E;
Page 138 ~ b3; b4; b7E;
Page 139 ~ b3; b4; b7E;
Page 140 ~ b3; b4; b7E;
Page 141 ~ b3; b4; b7E;
Page 142 ~ b3; b4; b7E;
Page 143 ~ b3; b4; b7E;
Page 144 ~ b3; b4; b7E;
Page 145 ~ b3; b4; b7E;
Page 146 ~ b3; b4; b7E;
Page 147 ~ b3; b4; b7E;
Page 148 ~ b3; b4; b7E;
Page 149 ~ b3; b4; b7E;
Page 150 ~ b3; b4; b7E;
Page 151 ~ b3; b4; b7E;
Page 152 ~ b3; b4; b6; b7C; b7E;
Page 153 ~ b3; b4; b6; b7C; b7E;
Page 154 ~ b3; b4; b7E;
Page 155 ~ b3; b4; b7E;
Page 156 ~ b3; b4; b7E;
Page 157 ~ b3; b4; b7E;
Page 158 ~ b3; b4; b7E;
Page 159 ~ b3; b4; b7E;
Page 160 ~ b3; b4; b7E;
Page 161 ~ b3; b4; b7E;
Page 162 ~ b3; b4; b7E;
Page 163 ~ b3; b4; b7E;
```

```
Page 164 ~ b3; b4; b7E;
Page 165 ~ b3; b4; b7E;
Page 166 ~ b3; b4; b6; b7C; b7E;
Page 167 ~ b3; b4; b7E;
Page 168 ~ b3; b4; b7E;
Page 169 ~ b3; b4; b7E;
Page 170 ~ b3; b4; b7E;
Page 171 ~ b3; b4; b7E;
Page 172 ~ b3; b4; b7E;
Page 173 ~ b3; b4; b7E;
Page 174 ~ b3; b4; b7E;
Page 175 ~ b3; b4; b7E;
Page 176 ~ b3; b4; b7E;
Page 177 ~ b3; b4; b7E;
Page 292 ~ b3; b6; b7C; b7E;
Page 293 ~ b3; b4; b7E;
Page 294 ~ b3; b4; b7E;
Page 295 ~ b3; b4; b7E;
Page 296 ~ b3; b4; b7E;
Page 297 ~ b3; b4; b7E;
Page 298 ~ b3; b4; b7E;
Page 299 ~ b3; b4; b7E;
Page 300 ~ b3; b4; b7E;
Page 301 ~ b3; b4; b7E;
Page 302 ~ b3; b4; b7E;
Page 303 ~ b3; b4; b7E;
Page 304 ~ b3; b4; b7E;
Page 305 ~ b3; b4; b7E;
Page 306 ~ b3; b4; b7E;
Page 307 ~ b5; b6; b7C; b7E;
Page 309 ~ b5;
Page 310 ~ b5;
Page 311 ~ b5;
Page 312 ~ b5;
Page 313 ~ b5;
Page 314 ~ b5;
Page 315 ~ b5;
Page 316 ~ b5;
Page 317 ~ b5;
Page 318 ~ b5; b6; b7C;
Page 319 ~ b5; b6; b7C;
Page 320 ~ b5; b6; b7C;
Page 321 ~ b5;
Page 322 ~ b5;
Page 323 ~ b5;
Page 324 ~ b5;
Page 325 ~ b5;
Page 326 ~ b5;
Page 327 ~ b5;
Page 328 ~ b5;
Page 329 ~ b5; b6; b7C;
Page 330 ~ b5; b6; b7C;
Page 352 ~ b1; b3; b5; b6; b7C; b7E;
Page 353 ~ b1; b3; b5; b6; b7C; b7E;
```

```
Page 354 ~ Duplicate;
Page 355 ~ Duplicate;
Page 356 ~ Duplicate;
Page 357 ~ Duplicate;
Page 358 ~ Duplicate;
Page 359 ~ Duplicate;
Page 360 ~ Duplicate;
Page 361 ~ Duplicate;
Page 362 ~ Duplicate;
Page 363 ~ b5; b6; b7C; b7E;
Page 364 ~ b5; b6; b7C; b7E;
Page 365 ~ Duplicate;
Page 366 ~ Duplicate;
Page 367 ~ Duplicate;
Page 368 ~ Duplicate;
Page 369 ~ Duplicate;
Page 370 ~ Duplicate;
Page 371 ~ Duplicate;
Page 372 ~ Duplicate;
Page 373 ~ Duplicate;
Page 388 ~ b5;
Page 389 ~ b5;
Page 390 ~ b5;
Page 391 ~ b5;
Page 392 ~ Duplicate;
Page 393 ~ Duplicate;
Page 394 ~ Duplicate;
Page 395 ~ Duplicate;
Page 396 ~ b5;
Page 397 ~ b5;
Page 398 ~ b5;
Page 399 ~ b5;
Page 400 ~ b5;
Page 401 ~ b5;
Page 402 ~ b5;
Page 403 ~ b5;
Page 404 ~ b5;
Page 405 ~ b5;
Page 408 ~ Duplicate;
Page 409 ~ Duplicate;
Page 410 ~ Duplicate;
Page 411 ~ Duplicate;
Page 412 ~ Duplicate;
Page 413 ~ Duplicate;
Page 414 ~ Duplicate;
Page 415 ~ Duplicate;
Page 416 ~ Duplicate;
Page 417 ~ Duplicate;
Page 418 ~ Duplicate;
Page 419 ~ Duplicate;
Page 420 ~ Duplicate;
Page 421 ~ Duplicate;
Page 422 ~ Duplicate;
Page 423 ~ Duplicate;
```

```
Page 424 ~ Duplicate;
Page 425 ~ Duplicate;
Page 430 ~ b5; b6; b7C; b7E;
Page 436 ~ b5; b6; b7C;
Page 437 ~ b5; b6; b7C;
Page 438 ~ b5; b6; b7C; b7E;
Page 439 ~ b5; b6; b7C; b7E;
Page 440 ~ b5; b6; b7C; b7E;
Page 444 ~ b5; b6; b7C; b7E;
Page 447 ~ b5; b7E;
Page 448 ~ b5; b7E;
Page 458 ~ b3; b7E;
Page 459 ~ b3; b7E;
Page 460 ~ b3; b7E;
Page 461 ~ b5; b6; b7C; b7E;
Page 462 ~ b5; b7E;
Page 463 ~ b5; b7E;
Page 464 ~ b5; b7E;
Page 465 ~ b5; b7E;
Page 466 ~ b5; b7E;
Page 467 ~ b5; b7E;
Page 468 ~ b5; b7E;
Page 469 ~ b5; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-04-2012 BY 65179/dmh/mtc/cc

b6
b7C
b5

Here's the applicable policy: the MIOG (OTD section pertaining to GPS) provides the following guidance:

## 16-4.8.13 Tracking and Location Information - Evidentiary Considerations (TTU) (See MIOG, Part 2, 16-2.12 (3).)

(1) Tracking and location information [                    ] may in fact constitute evidence in a number of investigative scenarios. See MIOG, Part 2, 10-10.8. Hence, such tracking and location information when evidential in nature should be maintained in an appropriate evidence envelope within the IA or IB section of a case file or within the Bulky Evidence Room. (TTU)

(2) Since tracking and location information may constitute evidence in a number of investigative scenarios, it is important that careful consideration be given to field office [        ] WITT personnel becoming involved in the operation of tracking/locating devices, and in the downloading and chain of custody of tracking/locating information, with respect to the potential for being called to testify as a witness at trial (see FBI policy of [                ]. Accordingly, consultation with the field office Chief Division Counsel (CDC) is warranted. Also see MIOG, Part 2, 10-9.8.1(2)(c) and 10-10.16. (TTU)

87

b7E

b5

CELL/OTD 000113    SITE-20282

b5

**10-10.16**

b7E

(4) Expert witnesses are available from the Operational Technology Division, Engineering Research Facility, Quantico, Virginia, for media analysis and court testimony regarding authenticity[                    ]and other associated matters. These normally become points of question at pretrial hearings. It is a well-established fact that media recordings and other technically collected evidence are admissible in court. On the basis of current case law, the government can introduce recording media solely on the testimony of the Agent(s) who monitors and records the intercept (assuming the Agent can identify the voice(s) and testify to the authenticity of the media)

Normally, the Agent who signs the application for a court-ordered intercept will be called as a witness at a suppression hearing[                    ]

b7E

[        ]See MIOG, Part 2, 16-7.2.2, 16- 3.1.6 (7).)

*(5) If, in an unusual circumstance, the government's case mandates a disclosure of FBI technical operations, equipment or technique, the problem should be first brought to the attention of the Chief Division Counsel who will determine the disclosure and the reasons. Alternatives to disclosure will be sought and if no resolution is possible which would protect FBI technical concerns, then notification should be made to FBIHQ, Operational Technology Division, Electronic Surveillance Technology Section, so a final decision can be made in conjunction with the appropriate FBIHQ investigative divisions.*

Hope this is helpful,

**PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL**

Assistant General Counsel
Science & Technology Law Unit
Engineering Research Facility

b6
b7C

SCIENCE & TECHNOLOGY LAW UNIT   -   OFFICE OF THE GENERAL COUNSEL

b6
b7C
b5

CELL/OTD 006118

CELLSITE-20283

b5
b6
b7C

CELL/OTD 006119

CELLSITE-20284

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-04-2012 BY 65179/dmh/stp/as

The United States Court of Appeals for the Eleventh Circuit in <u>United States v. Van Horn</u>, 789 F.2d 1492(11th Cir.), <u>cert. denied</u>, 479 U.S. 854 (1986), recognized a qualified government privilege not to disclose sensitive investigative techniques.  The court opined:

> We recognize a qualifed government privilege not to disclose sensitive investigative techniques in <u>Roviaro v. United States</u>, 353 U.S. 53, 77 S.Ct. 623, 1 L.Ed.2d 639 (1957), the Supreme Court acknowledged the existence of an "informer's privilege." The Court stated that the government has a privielge to withhold the identity of persons who furnish information of violations of law to the police, reasoning that the privilege furthered effective law enforcement by encouraging citizens to come forward with relevant information, 353 U.S. at 59, 77 S. Ct. at 627. . .

> We hold that the privilege applies equally to the nature and location of electronic surveillance equipment.  Disclosing the precise locations where surveillance devices are hidden or their precise specifications will educate criminals regarding how to protect themselves against police surveillance.  Electronic surveillance is an important tool of law enforcement, and its effectiveness should not be unnecessarily compromised. Disclosure of such information will also educate persons on how to employ such techniques themselves, in violation of Title III.  (789 F.2d at 1507 to 1508).

The privilege will only give way if the Defendant can show a need for the information.  789 F.2d at 1508.  To meet this burden, a defendant must establish that the information sought "is relevant and helpful to the defense of the accused, or is essential to a fair determination of a cause." <u>Roviaro v. United States</u>, 353 U.S. 53, 77 S.Ct. 623, 1 L.Ed.2d 639 (1957).   The court must then weigh the defendant's need for the information against the government's interest in non-disclosure and the policies underlying the privilege.  This case-by-case balancing process is necessarily ad hoc.  However, in general, the courts applying the investigative techniques privilege have held that where the defendant has access to evidence from which a jury can determine the accuracy and validity of the surveillance equipment and techniques, the defendant has no need for the information.  <u>See, e.g.</u>,  <u>United States v. Van Horn</u>, 789 F.2d at 1507-08 (concealed microphone in office, location and means of concealment not disclosed because defendant had alternative way to challenge voice identification through the tapes themselves);<u>United States v. Harley</u>, 682 F.2d 1018 (D.C. Cir. 1982); <u>United States v. Garey</u>, 2004 WL 2663023 (M.D.Ga. 2004)(defendant sought nature and technical details of device used to determine geographical location of cellular phone, because phone allegedly used in making threatening calls had been seized from defendant's residence it confirmed the accuracy of the geographic surveillance and defendant had the means to challenge the accuracy of the analysis used to link that phone to the criminal conduct). In contrast, if the defendant has no alternative means to examine the validity and accuracy of the surveillance, the balance will tend to shift in favor of disclosing the information to enable the defense to make his case.  <u>See, e.g.</u>, <u>United States v. Foster</u>, 986 F.2d 541, 543 (D.C. Cir. 1993) (defendant sought location of observation post: officer's observation of drug transaction was key evidence implicating defendant; surveillance not taped or photographed, so no alternative evidence for jury to examine to determine whether surveillance post provided clear view from which officer could make accurate

identification of defendant).

In this case, the Government has a qualified privilege to maintain the confidentiality of the technology and techniques used in the investigation of this case. See, e.g., United States v. Harley, 682 F.2d 1018 (D.C. Cir. 1982); United States v. Angiuilo, 847 F.2d 956, 982-84 (1s Cir. 1988); United States v. Fernandez, 797 F.2d 943, 952-53 (11thCir. 1986).

b5

November 21, 2005
C:\Documents and Settings_____\ocal Settings\Temporary Internet Files\Content.Outlook\RU81ZRKC\protectingsensitive techniques20051212.wpd

b6
b7C

CELLSITE-20286
OTD 00612

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED

b6
b7C

**Subject:**          FW: US Supreme Court Approved Changes to the Federal Rules of Criminal Procedure 5, 6, 32.1, 40, 41, and 58

**UNCLASSIFIED**
**NON-RECORD**

Further follow-up:  the attached contains the actual amendment for Rule 41--on warrants for "tracking devices"

     -----Original Message-----
**From:**
**Sent:**          Friday, January 05, 2007 2:22 PM
**To:**

b6
b7C

**Subject:**          RE: US Supreme Court Approved Changes to the Federal Rules of Criminal Procedure 5, 6, 32.1, 40, 41, and 58

1

**UNCLASSIFIED**
**NON-RECORD**

Folks,

**Attached are the Amendments to Criminal Rules 5, 6, 32.1, 40, 41, and 58 as approved by the US Supreme Court in April 2006, which took effect on December 1, 2006,** along with an excerpt of the "Report of the Advisory Committee on Criminal Rules," RE these Rules.



Criminal_Rules_App
roved_US_Sup...



Combined_CR_Rep
ort_Rules.pdf

b6
b7C

b6
b7C

**Subject:**   Changes to the Federal Rules of Criminal Procedure

**UNCLASSIFIED**
**NON-RECORD**


Ladies and Gentlemen,

Attached are the amendments to the Federal Rules of Criminal Procedure as approved by the Judicial Conference (see www.uscourts.gov website) along with an excerpt of the "Report of the Advisory Committee on Criminal Rules," and, for your edification, a document and chart that describes the rulemaking process.

As always, please forward to appropriate personnel.

<< File: Changes_to_Federal_Rules_Criminal_Procedure.pdf >>        << File: Excerpt_CR.pdf
>>        << File: Federal Rulemaking.doc >>


**UNCLASSIFIED**


**UNCLASSIFIED**


**UNCLASSIFIED**

CELL/OTD 006124

CELLSITE-20289

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-04-2012 BY 65179/dmh/stp/as

## AMENDMENTS TO THE FEDERAL
## RULES OF CRIMINAL PROCEDURE

**Rule 5.  Initial Appearance**

\* \* \* \* \*

**(c)  Place of Initial Appearance; Transfer to Another District.**

\* \* \* \* \*

(3)  *Procedures in a District Other Than Where the Offense Was Allegedly Committed.*  If the initial appearance occurs in a district other than where the offense was allegedly committed, the following procedures apply:

\* \* \* \* \*

(C)  the magistrate judge must conduct a preliminary hearing if required by Rule 5.1;

CELLSITE-20290

2        FEDERAL RULES OF CRIMINAL PROCEDURE

(D) the magistrate judge must transfer the
defendant to the district where the offense
was allegedly committed if:

(i)   the government produces the warrant,
a certified copy of the warrant, or a
reliable electronic form of either; and

* * * * *

## Rule 6.  The Grand Jury

* * * * *

**(e)  Recording and Disclosing the Proceedings.**

* * * * *

**(3)  *Exceptions.***

* * * * *

(D) An attorney for the government may
disclose any grand-jury matter involving
foreign intelligence, counterintelligence (as
defined in 50 U.S.C. § 401a), or foreign

CELL/OTD 006126

CELLSITE-20291

FEDERAL RULES OF CRIMINAL PROCEDURE          3

intelligence information (as defined in Rule 6(e)(3)(D)(iii)) to any federal law enforcement, intelligence, protective, immigration, national defense, or national security official to assist the official receiving the information in the performance of that official's duties. An attorney for the government may also disclose any grand-jury matter involving, within the United States or elsewhere, a threat of attack or other grave hostile acts of a foreign power or its agent, a threat of domestic or international sabotage or terrorism, or clandestine intelligence gathering activities by an intelligence service or network of a foreign power or by its agent, to any appropriate federal, state,

CELL/OTD 006127

CELLSITE-20292

4      FEDERAL RULES OF CRIMINAL PROCEDURE

state subdivision, Indian tribal, or foreign government official, for the purpose of preventing or responding to such threat or activities.

(i)    Any official who receives information under Rule 6(e)(3)(D) may use the information only as necessary in the conduct of that person's official duties subject to any limitations on the unauthorized disclosure of such information.    Any state, state subdivision, Indian tribal, or foreign government official who receives information under Rule 6(e)(3)(D) may use the information only in  a manner consistent with any guidelines issued

CELL/OTD 006128

CELLSITE-20293

FEDERAL RULES OF CRIMINAL PROCEDURE          5

by the Attorney General and the Director of National Intelligence.

\* \* \* \* \*

(7)  *Contempt.*  A knowing violation of Rule 6, or of any guidelines jointly issued by the Attorney General and the Director of National Intelligence under Rule 6, may be punished as a contempt of court.

\* \* \* \* \*

**Rule 32.1.  Revoking or Modifying Probation or Supervised Release**

**(a)  Initial Appearance.**

\* \* \* \* \*

(5)  *Appearance in a District Lacking Jurisdiction.*  If the person is arrested or appears in a district that does not have

6      FEDERAL RULES OF CRIMINAL PROCEDURE

jurisdiction to conduct a revocation hearing, the magistrate judge must:

\* \* \* \* \*

(B)  if the alleged violation did not occur in the district of arrest, transfer the person to the district that has jurisdiction if:

    (i)  the government produces certified copies of the judgment, warrant, and warrant application, or produces copies of those certified documents by reliable electronic means; and

    (ii)  the judge finds that the person is the same person named in the warrant.

\* \* \* \* \*

CELL/OTD 006130

CELLSITE-20295

FEDERAL RULES OF CRIMINAL PROCEDURE          7

**Rule 40.  Arrest for Failing to Appear in Another District or for Violating Conditions of Release Set in Another District**

(a)  **In General.**   A person must be taken without unnecessary delay before a magistrate judge in the district of arrest if the person has been arrested under a warrant issued in another district for:

(i)   failing to appear as required by the terms of that person's release under 18 U.S.C. §§ 3141-3156 or by a subpoena; or

(ii)  violating conditions of release set in another district.

* * * * *

**Rule 41.  Search and Seizure**

(a)  **Scope and Definitions.**

* * * * *

(2)  *Definitions.*   The following definitions apply under this rule:

CELLSITE-20296

8      FEDERAL RULES OF CRIMINAL PROCEDURE

\* \* \* \* \*

   (D) "Domestic terrorism" and "international terrorism" have the meanings set out in 18 U.S.C. § 2331.

   (E) "Tracking device" has the meaning set out in 18 U.S.C. § 3117(b).

**(b) Authority to Issue a Warrant.** At the request of a federal law enforcement officer or an attorney for the government:

   **(1)** a magistrate judge with authority in the district — or if none is reasonably available, a judge of a state court of record in the district — has authority to issue a warrant to search for and seize a person or property located within the district;

   **(2)** a magistrate judge with authority in the district has authority to issue a warrant for a person or

CELL/OTD 006132

CELLSITE-20297

FEDERAL RULES OF CRIMINAL PROCEDURE          9

property outside the district if the person or property is located within the district when the warrant is issued but might move or be moved outside the district before the warrant is executed;

**(3)** a magistrate judge — in an investigation of domestic terrorism or international terrorism — with authority in any district in which activities related to the terrorism may have occurred has authority to issue a warrant for a person or property within or outside that district; and

**(4)** a magistrate judge with authority in the district has authority to issue a warrant to install within the district a tracking device; the warrant may authorize use of the device to track the movement of a person or property located within the district, outside the district, or both.

CELL/OTD 006133
CELLSITE-20298

10        FEDERAL RULES OF CRIMINAL PROCEDURE

\* \* \* \* \*

**(d)  Obtaining a Warrant.**

> **(1)  *In General.***   After receiving an affidavit or other information, a magistrate judge — or if authorized by Rule 41(b), a judge of a state court of record — must issue the warrant if there is probable cause to search for and seize a person or property or to install and use a tracking device.

\* \* \* \* \*

> **(3)  *Requesting a Warrant by Telephonic or Other Means.***

>> (A)  *In General.*  A magistrate judge may issue a warrant based on information communicated by telephone or other reliable electronic means.

CELLSITE-20299

FEDERAL RULES OF CRIMINAL PROCEDURE          11

(B) *Recording Testimony*.  Upon learning that an applicant is requesting a warrant under Rule 41(d)(3)(A), a magistrate judge must:

(i)   place under oath the applicant and any person on whose testimony the application is based; and

(ii)  make a verbatim record of the conversation with a suitable recording device, if available, or by a court reporter, or in writing.

\* \* \* \* \*

**(e)  Issuing the Warrant.**

**(1)  *In General.***  The magistrate judge or a judge of a state court of record must issue the warrant to an officer authorized to execute it.

**(2)  *Contents of the Warrant.***

CELLSITE-20300

12      FEDERAL RULES OF CRIMINAL PROCEDURE

(A) *Warrant to Search for and Seize a Person or Property.*   Except for a tracking-device warrant, the warrant must identify the person or property to be searched, identify any person or property to be seized, and designate the magistrate judge to whom it must be returned.   The warrant must command the officer to:

(i)   execute the warrant within a specified time no longer than 10 days;

(ii)  execute the warrant during the daytime, unless the judge for good cause expressly authorizes execution at another time; and

(iii) return the warrant to the magistrate judge designated in the warrant.

(B) *Warrant for a Tracking Device.* A tracking-

CELLSITE-20301

FEDERAL RULES OF CRIMINAL PROCEDURE          13

device warrant must identify the person or property to be tracked, designate the magistrate judge to whom it must be returned, and specify a reasonable length of time that the device may be used.  The time must not exceed 45 days from the date the warrant was issued.  The court may, for good cause, grant one or more extensions for a reasonable period not to exceed 45 days each.  The warrant must command the officer to:

(i)   complete any installation authorized by the warrant within a specified time no longer than 10 calendar days;

(ii)  perform any installation authorized by the warrant during the daytime, unless the judge for good cause expressly

CELLSITE-20302

14      FEDERAL RULES OF CRIMINAL PROCEDURE

authorizes installation at another time; and

(iii) return the warrant to the judge designated in the warrant.

(3) *Warrant by Telephonic or Other Means.* If a magistrate judge decides to proceed under Rule 41(d)(3)(A), the following additional procedures apply:

(A) *Preparing a Proposed Duplicate Original Warrant.* The applicant must prepare a "proposed duplicate original warrant" and must read or otherwise transmit the contents of that document verbatim to the magistrate judge.

(B) *Preparing an Original Warrant.* If the applicant reads the contents of the proposed duplicate original warrant, the magistrate

CELLSITE-20303

FEDERAL RULES OF CRIMINAL PROCEDURE          15

judge must enter those contents into an original warrant. If the applicant transmits the contents by reliable electronic means, that transmission may serve as the original warrant.

(C) *Modification.* The magistrate judge may modify the original warrant. The judge must transmit any modified warrant to the applicant by reliable electronic means under Rule 41(e)(3)(D) or direct the applicant to modify the proposed duplicate original warrant accordingly.

(D) *Signing the Warrant.* Upon determining to issue the warrant, the magistrate judge must immediately sign the original warrant, enter on its face the exact date and time it is issued, and transmit it by reliable electronic

16      FEDERAL RULES OF CRIMINAL PROCEDURE

means to the applicant or direct the applicant to sign the judge's name on the duplicate original warrant.

**(f)** **Executing and Returning the Warrant.**

**(1)** ***Warrant to Search for and Seize a Person or Property.***

**(A)** *Noting the Time.* The officer executing the warrant must enter on it the exact date and time it was executed.

**(B)** *Inventory.* An officer present during the execution of the warrant must prepare and verify an inventory of any property seized. The officer must do so in the presence of another officer and the person from whom, or from whose premises, the property was taken. If either one is not present, the officer must prepare and verify the

CELL/OTD 006140

CELLSITE-20305

FEDERAL RULES OF CRIMINAL PROCEDURE          17

inventory in the presence of at least one other credible person.

(C) *Receipt.*  The officer executing the warrant must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken or leave a copy of the warrant and receipt at the place where the officer took the property.

(D) *Return.*  The officer executing the warrant must promptly return it — together with a copy of the inventory — to the magistrate judge designated on the warrant. The judge must, on request, give a copy of the inventory to the person from whom, or from whose premises, the property was taken and to the applicant for the warrant.

CELL/OTD 006141

CELLSITE-20306

18      FEDERAL RULES OF CRIMINAL PROCEDURE

**(2)  *Warrant for a Tracking Device.***

(A)  *Noting the Time.*   The officer executing a tracking-device warrant must enter on it the exact date and time the device was installed and the period during which it was used.

(B)  *Return.*   Within 10 calendar days after the use of the tracking device has ended, the officer executing the warrant must return it to the judge designated in the warrant.

(C)  *Service.*   Within 10 calendar days after the use of the tracking device has ended, the officer executing a tracking-device warrant must serve a copy of the warrant on the person who was tracked or whose property was tracked.   Service may be accomplished by delivering a copy to the person who, or whose property, was tracked; or by leaving a

FEDERAL RULES OF CRIMINAL PROCEDURE                19

copy at the person's residence or usual place of abode with an individual of suitable age and discretion who resides at that location and by mailing a copy to the person's last known address.   Upon request of the government, the judge may delay notice as provided in Rule 41(f)(3).

(3) *Delayed Notice.*   Upon the government's request, a magistrate judge — or if authorized by Rule 41(b), a judge of a state court of record — may delay any notice required by this rule if the delay is authorized by statute.

* * * * *

**Rule 58.  Petty Offenses and Other Misdemeanors**

* * * * *

**(b)  Pretrial Procedure.**

* * * * *

CELL/OTD 006143

CELLSITE-20308

20      FEDERAL RULES OF CRIMINAL PROCEDURE

(2) ***Initial Appearance.***  At the defendant's initial

appearance on a petty offense or other

misdemeanor charge, the magistrate judge must

inform the defendant of the following:

\* \* \* \* \*

(G) any right to a preliminary hearing under

Rule 5.1, and the general circumstances, if

any, under which the defendant may secure

pretrial release.

\* \* \* \* \*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-04-2012 BY 65179/dmh/stp/as

COMMITTEE ON RULES OF PRACTICE AND PROCEDURE

OF THE

JUDICIAL CONFERENCE OF THE UNITED STATES

WASHINGTON, D.C. 20544

**DAVID F. LEVI**
CHAIR

**PETER G. McCABE**
SECRETARY

**CHAIRS OF ADVISORY COMMITTEES**

**SAMUEL A. ALITO, JR.**
APPELLATE RULES

**THOMAS S. ZILLY**
BANKRUPTCY RULES

**LEE H. ROSENTHAL**
CIVIL RULES

**SUSAN C. BUCKLEW**
CRIMINAL RULES

**JERRY E. SMITH**
EVIDENCE RULES

**To:**       **Hon. David F. Levi, Chair**
          **Standing Committee on Rules of Practice and Procedure**

**From:**   **Hon. Susan C. Bucklew, Chair**
          **Advisory Committee on Federal Rules of Criminal Procedure**

**Subject:**   **Report of the Advisory Committee on Criminal Rules**

**Date:**     **May 17, 2005**

## I.      Introduction

The Advisory Committee on Federal Rules of Criminal Procedure met on April 4-5, 2005 in Charleston, South Carolina and took action on a number of proposed amendments to the Rules of Criminal Procedure.

* * * * *

## II.      Action Items – Overview

First, the Committee considered two public comments to the following rules:

- Rule 5, Initial Appearance, Proposed Amendment Regarding Use of Electronic Means to Transmit Warrant.

- Rule 32.1, Revoking or Modifying Probation or Supervised Release; Proposed Amendment Regarding Use of Electronic Means to Transmit Warrant.

- Rule 40, Arrest for Failing to Appear in Another District; Proposed Amendment to Provide for Authority to Set Conditions for Release.

Report to Standing Committee
Criminal Rules Advisory Committee
May 2005
Page 2

- Rule 41, Search and Seizure; Proposed Amendment Concerning Use of Electronic Means to Transmit Warrant.

- Rule 58, Petty Offenses and Misdemeanors; Proposed Amendment to Resolve Conflict with Rule 5 Concerning Right to Preliminary Hearing.

- Rule 41, Search and Seizure; Previously Approved Amendment Concerning Tracking Device Warrants.

As noted in the following discussion, the Advisory Committee proposes that amendments to Rule 6 be approved by the Committee and forwarded to the Judicial Conference without being published for comment.

Second, the Committee considered technical and conforming amendments to the following rule:

- Rule 6, The Grand Jury.

As noted in the following discussion, the Advisory Committee proposes that this amendment be forwarded to the Judicial Conference.

* * * * *

### III.   Action Items–Recommendations to Forward Amendments to the Judicial Conference

At its June 2004 meeting, the Standing Committee approved the publication of proposed amendments to Rules 5, 32.1, 40, 41, and 58. The comment period for the proposed amendments was closed on February 15, 2005. The Advisory Committee received two comments on the proposed amendments, and several suggestions from the Style Committee. The Committee made only minor changes as proposed by the Style Committee, and it recommends that all of the proposed amendments be forwarded to the Judicial Conference for approval and transmitted to the Supreme Court. The following discussion briefly summarizes the proposed amendments.

CELL/OTD 006146

CELLSITE-20311

Report to Standing Committee
Criminal Rules Advisory Committee
May 2005
Page 3

1.　　　ACTION ITEM–Rule 5, Initial Appearance, Proposed Amendment Regarding Use of Electronic Means to Transmit Warrant.

The amendment to Rule 5 is intended to permit the magistrate judge to accept a warrant by reliable electronic means. At present, the rule requires the government to produce the original warrant, a certified copy of the warrant, or a facsimile copy of either of those documents. The amendment reflects the availability of improved technology, which makes the use of electronic media as reliable and efficient as using a facsimile. The term "electronic" is used to provide some flexibility, allowing for further technological advances in transmitting data. If electronic means are used, the rule requires that the means be "reliable," and leaves the definition of that term to a court or magistrate judge at the local level. The Advisory Committee received two comments on the published amendment. Federal Public Defender Frank Dunham wrote that the rule should make clear that "non-certified electronic copies" are not reliable electronic means. The Federal Magistrate Judges Association expressed its support for the rule as drafted.

Following consideration of the comments, the Committee unanimously approved the amendment, as published.

*Recommendation–The Advisory Committee recommends that the amendment to Rule 5 be approved and forwarded to the Judicial Conference.*

2.　　　ACTION ITEM–Rule 32.1, Revoking or Modifying Probation or Supervised Release; Proposed Amendment Regarding Use of Electronic Means to Transmit Warrant.

This amendment to Rule 32.1 permits the magistrate judge to accept a judgment, warrant, and warrant application by reliable electronic means. It parallels similar changes to Rule 5, reflecting the same enhancements in technology. As in Rule 5, what constitutes "reliable" electronic means is left to a court or magistrate judge to determine as a local matter. The Committee received only one comment on the published amendment, in which the Federal Magistrate Judges Association expressed its support for the change.

CELLSITE-20312

Following consideration of the comment, the Committee unanimously approved the amendment, as published (with a minor change recommended by the Style Committee).

*Recommendation—The Advisory Committee recommends that the amendment to Rule 32.1 be approved and forwarded to the Judicial Conference.*

3.      **ACTION ITEM–Rule 40, Arrest for Failing to Appear in Another District; Proposed Amendment to Provide for Authority to Set Conditions for Release.**

This amendment to Rule 40 is intended to fill a perceived gap in the rule related to persons who are arrested for violating the conditions of release in another district. It authorizes the magistrate judge in the district where the arrest takes place to set conditions of release. The amendment makes it clear that the judge has this authority not only in cases where the arrest takes place because of failure to appear in another district, but also for violation of any other condition of release. The Committee received only one comment on the published amendment, in which the Federal Magistrate Judges Association expressed its support for the change.

Following consideration of the comment, the Committee unanimously approved the amendment, as published (with a minor change recommended by the Style Committee).

*Recommendation—The Advisory Committee recommends that the amendment to Rule 40 be approved and forwarded to the Judicial Conference.*

4.      **ACTION ITEM–Rule 41, Search and Seizure; Proposed Amendment Concerning Use of Electronic Means to Transmit Warrant.**

CELL/OTD 006148

Report to Standing Committee
Criminal Rules Advisory Committee
May 2005
Page 5

This amendment to Rule 41 authorizes magistrate judges to use reliable electronic means to issue warrants. This parallels similar changes to Rules 5 and 32.1(a)(5)(B)(i), allowing the use of improved technology, and leaving what constitutes "reliable" electronic means to a court or magistrate judge to determine as a local matter. The Committee received only one comment on the published amendment, in which the Federal Magistrate Judges Association expressed its support for the change.

Following consideration of the comment, the Committee unanimously approved the amendment, as published.

*Recommendation–The Advisory Committee recommends that the amendment to Rule 41 be approved and forwarded to the Judicial Conference.*

5.        **ACTION  ITEM–Rule  58,  Petty  Offenses  and Misdemeanors; Proposed Amendment to Resolve Conflict with Rule 5 Concerning Right to Preliminary Hearing.**

Rule 58(b)(2) governs the advice to be given to defendants at an initial appearance on a misdemeanor charge. The amendment eliminates a conflict with Rule 5.1(a) concerning a defendant's entitlement to a preliminary hearing. Instead of attempting to define in this rule when a misdemeanor defendant may be entitled to a Rule 5.1 preliminary hearing, the rule is amended to direct the reader to Rule 5.1. The Committee received only one comment on the published amendment, in which the Federal Magistrate Judges Association expressed its support for the change.

Following consideration of the comment, the Committee unanimously approved the amendment, as published.

*Recommendation–The Advisory Committee recommends that the amendment to Rule 58 be approved and forwarded to the Judicial Conference.*

Report to Standing Committee
Criminal Rules Advisory Committee
May 2005
Page 6

6.　　ACTION ITEM–Rule 41. Search and Seizure; Previously Approved Amendment Concerning Tracking Device Warrants.

An amendment to Rule 41 which would provide procedures for tracking device warrants was recommended, published for public comment, reviewed by the Advisory Committee, and approved by the Standing Committee at its June 2003 meeting for submission to the Judicial Conference. However, subsequent to that meeting the Department of Justice requested additional time to review the proposal. At the April 2005 meeting of the Advisory Committee, Ms. Rhodes stated that the Department had completed its review of the amendment and had no further recommendations for changes to it. In light of the clarification of the Department's position, there is no longer any need to defer submission to the Judicial Conference.

The rule and committee note as approved by the Standing Committee at its June 2003 meeting, including changes proposed by the Style Committee, are submitted again for consideration.

*Recommendation–The Advisory Committee recommends that the amendment to Rule 41 be approved and forwarded to the Judicial Conference.*

7.　　ACTION ITEM–Rule 6. The Grand Jury; Technical and Conforming Amendments.

This amendment makes technical changes to the language added to Rule 6 by the Intelligence Reform and Terrorism Prevention Act of 2004, Pub.L. 108-458, Title VI, § 6501(a), 118 Stat. 3760, in order to bring the new language into conformity with the conventions introduced in the general restyling of the Criminal Rules. No substantive change is intended.

The Advisory Committee unanimously approved the proposal as a technical and conforming amendment, for which no publication and comment period would be necessary.

Report to Standing Committee
Criminal Rules Advisory Committee
May 2005
Page 7

     *Recommendation–The Advisory Committee recommends that the technical and conforming amendment to Rule 6 be approved and forwarded to the Judicial Conference.*

* * * * *

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-04-2012 BY 65179/dmh/stp/as

**PROPOSED AMENDMENTS TO THE
FEDERAL RULES OF CRIMINAL PROCEDURE***

**Rule 5.  Initial Appearance**

1                                        * * * * *

2    (c)  **Place of Initial Appearance; Transfer to Another**

3          **District.**

4                                        * * * * *

5          (3)  ***Procedures in a District Other Than Where the***

6                ***Offense Was Allegedly Committed.***  If the initial

7                appearance occurs in a district other than where

8                the offense was allegedly committed, the

9                following procedures apply:

10                                       * * * * *

11               (C)  the magistrate judge must conduct a

12                     preliminary hearing if required by Rule 5.1

13                     ~~or Rule 58(b)(2)(G)~~;

---

*New material is underlined; matter to be omitted is lined through.

2          FEDERAL RULES OF CRIMINAL PROCEDURE

14          (D)    the  magistrate  judge  must  transfer  the

15                  defendant to the district where the offense

16                  was allegedly committed if:

17          (i)    the government produces the warrant,

18                  a  certified  copy  of  the  warrant,  ~~a~~

19                  ~~facsimile  of  either,~~  or  ~~other~~

20                  ~~appropriate~~ a reliable electronic  form

21                  of either; and

22                              * * * * *

### COMMITTEE NOTE

**Subdivisions (c)(3)(C) and (D).**  The amendment to Rule 5(c)(3)(C) parallels an amendment to Rule 58(b)(2)(G), which in turn has been amended to remove a conflict between that rule and Rule 5.1(a), concerning the right to a preliminary hearing.

Rule 5(c)(3)(D) has been amended to permit the magistrate judge to accept a warrant by reliable electronic means. Currently, the rule requires the government to produce the original warrant, a certified copy of the warrant, or a facsimile copy of either of those documents. This amendment parallels similar changes to Rules 32.1(a)(5)(B)(i) and 41. The reference to a facsimile version of the warrant was removed because the Committee believed that the broader term "electronic form" includes facsimiles.

CELLSITE-20318

FEDERAL RULES OF CRIMINAL PROCEDURE          3

The amendment reflects a number of significant improvements in technology. First, more courts are now equipped to receive filings by electronic means, and indeed, some courts encourage or require that certain documents be filed by electronic means. Second, the technology has advanced to the state where such filings could be sent from, and received at, locations outside the courthouse. Third, electronic media can now provide improved quality of transmission and security measures.  In short, in a particular case, using electronic media to transmit a document might be just as reliable and efficient as using a facsimile.

The term "electronic" is used to provide some flexibility to the rule and make allowance for further technological advances in transmitting data.

The rule requires that if electronic means are to be used to transmit a warrant to the magistrate judge, that the means used be "reliable." While the rule does not further define that term, the Committee envisions that a court or magistrate judge would make that determination as a local matter. In deciding whether a particular electronic means, or media, would be reliable, the court might consider first, the expected quality and clarity of the transmission. For example, is it possible to read the contents of the warrant in its entirety, as though it were the original or a clean photocopy? Second, the court may consider whether security measures are available to insure that the transmission is not compromised. In this regard, most courts are now equipped to require that certain documents contain a digital signature, or some other similar system for restricting access. Third, the court may consider whether there are reliable means of preserving the document for later use.

CELL/OTD 006154

CELLSITE-20319

4        FEDERAL RULES OF CRIMINAL PROCEDURE

### Changes Made After Publication and Comment

The Committee made no changes in the Rule and Committee Note as published.  It considered and rejected the suggestion that the rule should refer specifically to non-certified photocopies, believing it preferable to allow the definition of reliability to be resolved at the local level.  The Committee Note provides examples of the factors that would bear on reliability.

\* \* \* \* \*

### Rule 6.  The Grand Jury

1                          \* \* \* \* \*

2        **(e)   Recording and Disclosing the Proceedings.**

3                          \* \* \* \* \*

4              (3)  *Exceptions.*

5                          \* \* \* \* \*

6                    (D) An  attorney  for  the  government  may

7                         disclose  any  grand-jury  matter  involving

8                         foreign intelligence, counterintelligence (as

9                         defined in 50 U.S.C. § 401a), or foreign

10                        intelligence information (as defined in Rule

CELL/OTD 006155

CELLSITE-20320

FEDERAL RULES OF CRIMINAL PROCEDURE        5

11          6(e)(3)(D)(iii))   to   any   federal   law

12          enforcement,   intelligence,   protective,

13          immigration, national defense, or national

14          security   official   to   assist   the   official

15          receiving   the   information   in   the

16          performance of that official's duties. An

17          attorney   for   the   government   may   also

18          disclose  any  grand-jury  matter  involving,

19          within  the  United  States  or  elsewhere,  a

20          threat of attack or other grave hostile acts of

21          a  foreign  power  or  its  agent,  a  threat  of

22          domestic   or   international   sabotage   or

23          terrorism,   or   clandestine   intelligence

24          gathering   activities   by   an   intelligence

25          service or network of a foreign power or by

26          its agent, to any appropriate federal ~~Federal~~,

27          state~~State~~,   state~~State~~   subdivision,   Indian

CELL/OTD 006156

CELLSITE-20321

6            FEDERAL RULES OF CRIMINAL PROCEDURE

28            tribal, or foreign government official, for

29            the purpose of preventing or responding to

30            such threat or activities.

31            (i)   Any official who receives information

32                  under Rule 6(e)(3)(D) may use the

33                  information only as necessary in the

34                  conduct of that person's official duties

35                  subject to any limitations on the

36                  unauthorized disclosure of such

37                  information. Any stateState, stateState

38                  subdivision, Indian tribal, or foreign

39                  government official who receives

40                  information under Rule 6(e)(3)(D)

41                  may use the information ~~only~~

42                  ~~consistent with such guidelines as the~~

43                  ~~Attorney General and the Director of~~

44                  ~~National Intelligence shall jointly~~

CELL/OTD 006157

CELLSITE-20322

FEDERAL RULES OF CRIMINAL PROCEDURE          7

45                              ~~issue~~ only in a manner consistent with

46                              any guidelines issued by the Attorney

47                              General and the Director of National

48                              Intelligence.

49                                     * * * * *

50        (7)  *Contempt.* A knowing violation of Rule 6, or of

51             any guidelines jointly issued by the Attorney

52             General and the Director of National Intelligence

53             ~~pursuant to~~ under Rule 6, may be punished as a

54             contempt of court.

55                                     * * * * *

### COMMITTEE NOTE

**Subdivision (e)(3) and (7).**   This amendment makes technical changes to the language added to Rule 6 by the Intelligence Reform and Terrorism Prevention Act of 2004, Pub.L. 108-458, Title VI, § 6501(a), 118 Stat. 3760, in order to bring the new language into conformity with the conventions introduced in the general restyling of the Criminal Rules.  No substantive change is intended.

CELL/OTD 006158

CELLSITE-20323

8      FEDERAL RULES OF CRIMINAL PROCEDURE

**Rule 32.1.    Revoking or Modifying Probation or Supervised Release**

1    **(a)   Initial Appearance.**

2                      * * * * *

3          **(5)  *Appearance in a District Lacking Jurisdiction.***

4               If the person is arrested or appears in a district

5               that does not have jurisdiction to conduct a

6               revocation hearing, the magistrate judge must:

7                      * * * * *

8          (B)  if the alleged violation did not occur in the

9               district of arrest, transfer the person to the

10              district that has jurisdiction if:

11                   (i)   the government produces certified

12                        copies of the judgment, warrant, and

13                        warrant application, or produces

14                        copies of those certified documents by

15                        reliable electronic means; and

16                    (ii)  the judge finds that the person is the

17                            same person named in the warrant.

18                                    * * * * *

## COMMITTEE NOTE

**Subdivision (a)(5)(B)(i).**  Rule 32.1(a)(5)(B)(i) has been amended to permit the magistrate judge to accept a judgment, warrant, and warrant application by reliable electronic means. Currently, the rule requires the government to produce certified copies of those documents. This amendment parallels similar changes to Rules 5 and 41.

The amendment reflects a number of significant improvements in technology. First, receiving documents by facsimile has become very commonplace and many courts are now equipped to receive filings by electronic means, and indeed, some courts encourage or require that certain documents be filed by electronic means. Second, the technology has advanced to the state where such filings could be sent from, and received at, locations outside the courthouse. Third, electronic media can now provide improved quality of transmission and security measures. In short, in a particular case, using electronic media to transmit a document might be just as reliable and efficient as using a facsimile.

The term "electronic" is used to provide some flexibility to the rule and make allowance for further technological advances in transmitting data. The Committee envisions that the term "electronic" would include use of facsimile transmissions.

The rule requires that if electronic means are to be used to transmit a warrant to the magistrate judge, the means used be

10      FEDERAL RULES OF CRIMINAL PROCEDURE

"reliable." While the rule does not further define that term, the Committee envisions that a court or magistrate judge would make that determination as a local matter. In deciding whether a particular electronic means, or media, would be reliable, the court might consider first, the expected quality and clarity of the transmission. For example, is it possible to read the contents of the warrant in its entirety, as though it were the original or a clean photocopy? Second, the court may wish to consider whether security measures are available to insure that the transmission is not compromised. In this regard, most courts are now equipped to require that certain documents contain a digital signature, or some other similar system for restricting access. Third, the court may consider whether there are reliable means of preserving the document for later use.

### Changes Made After Publication and Comment

The Committee made minor clarifying changes in the published rule at the suggestion of the Style Committee.

\* \* \* \* \*

### Rule 40.   Arrest for Failing to Appear in Another District **or for Violating Conditions of Release Set in Another District**

1    ~~(a)   In General. If a person is arrested under a warrant~~

2    ~~issued in another district for failing to appear — as~~

3    ~~required by the terms of that person's release under 18~~

CELL/OTD 006161

CELLSITE-20326

FEDERAL RULES OF CRIMINAL PROCEDURE        11

4    ~~U.S.C. §§ 3141–3156 or by a subpoena — the person~~

5    ~~must be taken without unnecessary delay before a~~

6    ~~magistrate judge in the district of the arrest.~~

7    **(a)  In General**. A person must be taken without

8    unnecessary delay before a magistrate judge in the

9    district of arrest if the person has been arrested under

10   a warrant issued in another district for:

11       (i)   failing to appear as required by the terms of that

12             person's release under 18 U.S.C. §§ 3141-3156

13             or by a subpoena; or

14       (ii)  violating conditions of release set in another

15             district.

16                      * * * * *

## COMMITTEE NOTE

**Subdivision (a).** Rule 40 currently refers only to a person arrested for failing to appear in another district. The amendment is intended to fill a perceived gap in the rule that a magistrate judge in the district of arrest lacks authority to set release conditions for a person arrested only for violation of conditions of release. *See,*

CELLSITE-20327

12        FEDERAL RULES OF CRIMINAL PROCEDURE

*e.g.*, *United States v. Zhu*, 215 F.R.D. 21, 26 (D. Mass. 2003). The Committee believes that it would be inconsistent for the magistrate judge to be empowered to release an arrestee who had failed to appear altogether, but not to release one who only violated conditions of release in a minor way. Rule 40(a) is amended to expressly cover not only failure to appear, but also violation of any other condition of release.

---

### Changes Made After Publication and Comment

The Committee made minor clarifying changes in the published rule at the suggestion of the Style Committee.

\* \* \* \* \*

### Rule 41.  Search and Seizure

1    **(a)   Scope and Definitions.**

2                              \* \* \* \* \*

3             **(2)   *Definitions.***   The following definitions apply

4                    under this rule:

5                              \* \* \* \* \*

6             (D)  "Domestic terrorism"  and  "international

7                    terrorism" have the meanings set out in 18

8                    U.S.C. § 2331.

CELL/OTD 006163

CELLSITE-20328

9       (E)  "Tracking device" has the meaning set out

10          in 18 U.S.C. § 3117(b).

11   (b)  **Authority to Issue a Warrant.**  At the request of a

12       federal law enforcement officer or an attorney for the

13       government:

14   (1)  a magistrate judge with authority in the district

15       — or if none is reasonably available, a judge of a

16       state court of record in the district — has

17       authority to issue a warrant to search for and

18       seize a person or property located within the

19       district;

20   (2)  a magistrate judge with authority in the district

21       has authority to issue a warrant for a person or

22       property outside the district if the person or

23       property is located within the district when the

24       warrant is issued but might move or be moved

14     FEDERAL RULES OF CRIMINAL PROCEDURE

25       outside the district before the warrant is

26       executed; ~~and~~

27     (3) a magistrate judge — in an investigation of

28       domestic terrorism or international terrorism ~~(as~~

29       ~~defined in 18 U.S.C. § 2331) having~~ — with

30       authority in any district in which activities

31       related to the terrorism may have occurred~~, may~~

32       <u>has authority to</u> issue a warrant for a person or

33       property within or outside that district~~.~~<u>; and</u>

34    <u>(4)</u> <u>a magistrate judge with authority in the district</u>

35       <u>has authority to issue a warrant to install within</u>

36       <u>the district a tracking device; the warrant may</u>

37       <u>authorize use of the device to track the</u>

38       <u>movement of a person or property located within</u>

39       <u>the district, outside the district, or both.</u>

40         * * * * *

41  **(d)  Obtaining a Warrant.**

CELL/OTD 00

CELL/OTD 006165

CELLSITE-20330

FEDERAL RULES OF CRIMINAL PROCEDURE          15

42      (1)  ~~Probable Cause~~ *In General.*  After receiving an

43            affidavit or other information, a magistrate judge

44            — or if  authorized by Rule 41(b), ~~or~~ a judge of a

45            state court of record — must issue the warrant if

46            there is probable cause to search for and seize a

47            person or property or to install and use a tracking

48            device ~~under Rule 41(e)~~.

49                          * * * * *

50      (3)  *Requesting a Warrant by Telephonic or Other*

51            *Means.*

52            (A)  *In General.* A magistrate judge may issue a

53                  warrant    based    on    information

54                  communicated   by   telephone   or   other

55                  reliable   electronic   means.   ~~appropriate~~

56                  ~~means, including facsimile transmission.~~

16        FEDERAL RULES OF CRIMINAL PROCEDURE

57           (B)  *Recording Testimony*.  Upon learning that

58                an applicant is requesting a warrant <u>under</u>

59                <u>Rule 41(d)(3)(A)</u>, a magistrate judge must:

60                  (i)   place under oath the applicant and any

61                       person on whose testimony the

62                       application is based; and

63                 (ii)   make a verbatim record of the

64                       conversation with a suitable recording

65                       device, if available, or by a court

66                       reporter, or in writing.

67                      \* \* \* \* \*

68      **(e)**  **Issuing the Warrant.**

69           **(1)**  ***In General.***  The magistrate judge or a judge of a

70                state court of record must issue the warrant to an

71                officer authorized to execute it.

72           **(2)**  ***Contents of the Warrant.***

CELLSITE-20332

FEDERAL RULES OF CRIMINAL PROCEDURE 17

73     (A) *Warrant to Search for and Seize a Person*

74     *or Property.* Except for a tracking-device

75     warrant, ~~T~~ the warrant must identify the

76     person or property to be searched, identify

77     any person or property to be seized, and

78     designate the magistrate judge to whom it

79     must be returned. The warrant must

80     command the officer to:

81     ~~(A)~~(i) execute the warrant within a specified

82     time no longer than 10 days;

83     ~~(B)~~(ii) execute the warrant during the daytime,

84     unless the judge for good cause expressly

85     authorizes execution at another time; and

86     ~~(C)~~(iii) return the warrant to the magistrate judge

87     designated in the warrant.

88     (B) *Warrant for a Tracking Device.* A tracking-

89     device warrant must identify the person or

CELL/OTD 006168

CELLSITE-20333

18          FEDERAL RULES OF CRIMINAL PROCEDURE

90          property to be tracked, designate the

91          magistrate judge to whom it must be

92          returned, and specify a reasonable length of

93          time that the device may be used. The time

94          must not exceed 45 days from the date the

95          warrant was issued. The court may, for

96          good cause, grant one or more extensions

97          for a reasonable period not to exceed 45

98          days each. The warrant must command the

99          officer to:

100         (i)   complete any installation authorized

101               by the warrant within a specified time

102               no longer than 10 calendar days;

103         (ii)  perform any installation authorized by

104               the warrant during the daytime, unless

105               the judge for good cause expressly

CELL/OTD 006169

CELLSITE-20334

FEDERAL RULES OF CRIMINAL PROCEDURE          19

106            authorizes installation at another time;

107            and

108            (iii) return the warrant to the judge

109            designated in the warrant.

110    **(3)**  ***Warrant by Telephonic or Other Means.***  If a

111        magistrate judge decides to proceed under Rule

112        41(d)(3)(A), the following additional procedures

113        apply:

114        (A)  *Preparing a Proposed Duplicate Original*

115            *Warrant.* The applicant must prepare a

116            "proposed duplicate original warrant" and

117            must read or otherwise transmit the

118            contents of that document verbatim to the

119            magistrate judge.

120        (B)  *Preparing an Original Warrant.* If the

121            applicant reads the contents of the proposed

122            duplicate original warrant, the ~~The~~

CELL/OTD 006170

CELLSITE-20335

20          FEDERAL RULES OF CRIMINAL PROCEDURE

123          magistrate judge must enter ~~the~~ those

124          contents ~~of the proposed duplicate original~~

125          ~~warrant~~ into an original warrant. If the

126          applicant transmits the contents by reliable

127          electronic means, that transmission may

128          serve as the original warrant.

129     (C)  *Modifications.* The magistrate judge may

130          modify the original warrant. The judge

131          must transmit any modified warrant to the

132          applicant by reliable electronic means under

133          Rule 41(e)(3)(D) or direct the applicant to

134          modify the proposed duplicate original

135          warrant accordingly. ~~In that case, the judge~~

136          ~~must also modify the original warrant.~~

137     (D)  *Signing the ~~Original Warrant and the~~*

138          *~~Duplicate Original~~ Warrant.* Upon

139          determining to issue the warrant, the

CELL/OTD 006171

CELLSITE-20336

FEDERAL RULES OF CRIMINAL PROCEDURE        21

140          magistrate judge must immediately sign the

141          original warrant, enter on its face the exact

142          date and time it is issued, and transmit it by

143          reliable electronic means to the applicant or

144          direct the applicant to sign the judge's name

145          on the duplicate original warrant.

146    **(f)    Executing and Returning the Warrant.**

147         **(1)    Warrant to Search for and Seize a Person or**

148               **Property.**

149         (1)(A) *Noting the Time.*   The officer executing the

150               warrant must enter on it its face the exact date

151               and time it is was executed.

152         (2)(B) *Inventory.*    An officer present during the

153               execution of the warrant must prepare and

154               verify an inventory of any property seized.

155               The officer must do so in the presence of

156               another officer and the person from whom, or

CELL/OTD 006172
CELLSITE-20337

22        FEDERAL RULES OF CRIMINAL PROCEDURE

157              from whose premises, the property was taken.

158              If either one is not present, the officer must

159              prepare and verify the inventory in the

160              presence of at least one other credible person.

161    (3)(C) *Receipt.*   The officer executing the warrant

162              must: (A) give a copy of the warrant and a

163              receipt for the property taken to the person

164              from whom, or from whose premises, the

165              property was taken; or (B) leave a copy of the

166              warrant and receipt at the place where the

167              officer took the property.

168    (4)(D) *Return.*   The officer executing the warrant

169              must promptly return it — together with a

170              copy of the inventory — to the magistrate

171              judge designated on the warrant. The judge

172              must, on request, give a copy of the inventory

173              to the person from whom, or from whose

CELLSITE-20338

FEDERAL RULES OF CRIMINAL PROCEDURE        23

174          premises, the property was taken and to the

175          applicant for the warrant.

176    **(2)   _Warrant for a Tracking Device._**

177          (A)  _Noting the Time._   The officer executing a

178          tracking-device warrant must enter on it the

179          exact date and time the device was installed

180          and the period during which it was used.

181          (B)  _Return._   Within 10 calendar days after the

182          use of the tracking device has ended, the

183          officer executing the warrant must return it

184          to the judge designated in the warrant.

185          (C)  _Service._   Within 10 calendar days after the

186          use of the tracking device has ended, the

187          officer executing a tracking-device warrant

188          must serve a copy of the warrant on the

189          person who was tracked or whose property

190          was tracked.   Service may be accomplished

CELLSITE-20339

24     FEDERAL RULES OF CRIMINAL PROCEDURE

191         <u>by delivering a copy to the person who, or</u>

192         <u>whose property, was tracked; or by leaving</u>

193         <u>a copy at the person's residence or usual</u>

194         <u>place of abode with an individual of</u>

195         <u>suitable age and discretion who resides at</u>

196         <u>that location and by mailing a copy to the</u>

197         <u>person's last known address.  Upon request</u>

198         <u>of the government, the judge may delay</u>

199         <u>notice as provided in Rule 41(f)(3).</u>

200    **(3)** *Delayed Notice.*    Upon the government's

201         <u>request, a magistrate judge — or if authorized by</u>

202         <u>Rule 41(b), a judge of a state court of record —</u>

203         <u>may delay any notice required by this rule if the</u>

204         <u>delay is authorized by statute.</u>

205         \* \* \* \* \*

## COMMITTEE NOTE

The amendments to Rule 41 address three issues: first, procedures for issuing tracking device warrants; second, a

CELL/OTD 006175

CELLSITE-20340

FEDERAL RULES OF CRIMINAL PROCEDURE          25

provision for delaying any notice required by the rule; and third, a provision permitting a magistrate judge to use reliable electronic means to issue warrants.

**Subdivision (a).** Amended Rule 41(a)(2) includes two new definitional provisions. The first, in Rule 41(a)(2)(D), addresses the definitions of "domestic terrorism" and "international terrorism," terms used in Rule 41(b)(2). The second, in Rule 41(a)(2)(E), addresses the definition of "tracking device."

**Subdivision (b).** Amended Rule 41(b)(4) is a new provision, designed to address the use of tracking devices. Such searches are recognized both by statute, *see* 18 U.S.C. § 3117(a) and by caselaw, *see, e.g., United States v. Karo,* 468 U.S. 705 (1984); *United States v. Knotts,* 460 U.S. 276 (1983). Warrants may be required to monitor tracking devices when they are used to monitor persons or property in areas where there is a reasonable expectation of privacy. *See, e.g., United States v. Karo, supra* (although no probable cause was required to install beeper, officers' monitoring of its location in defendant's home raised Fourth Amendment concerns). Nonetheless, there is no procedural guidance in current Rule 41 for those judicial officers who are asked to issue tracking device warrants. As with traditional search warrants for persons or property, tracking device warrants may implicate law enforcement interests in multiple districts.

The amendment provides that a magistrate judge may issue a warrant, if he or she has the authority to do so in the district, to install and use a tracking device, as that term is defined in 18 U.S.C. § 3117(b). The magistrate judge's authority under this rule includes the authority to permit entry into an area where there is a reasonable expectation of privacy, installation of the tracking device, and maintenance and removal of the device. The Committee did not intend by this amendment to expand or contract

26      FEDERAL RULES OF CRIMINAL PROCEDURE

the definition of what might constitute a tracking device. The amendment is based on the understanding that the device will assist officers only in tracking the movements of a person or property. The warrant may authorize officers to track the person or property within the district of issuance, or outside the district.

Because the authorized tracking may involve more than one district or state, the Committee believes that only federal judicial officers should be authorized to issue this type of warrant. Even where officers have no reason to believe initially that a person or property will move outside the district of issuance, issuing a warrant to authorize tracking both inside and outside the district avoids the necessity of obtaining multiple warrants if the property or person later crosses district or state lines.

The amendment reflects the view that if the officers intend to install or use the device in a constitutionally protected area, they must obtain judicial approval to do so. If, on the other hand, the officers intend to install and use the device without implicating any Fourth Amendment rights, there is no need to obtain the warrant. *See, e.g., United States v. Knotts, supra*, where the officers' actions in installing and following tracking device did not amount to a search under the Fourth Amendment.

**Subdivision (d).** Amended Rule 41(d) includes new language on tracking devices. The tracking device statute, 18 U.S.C. § 3117, does not specify the standard an applicant must meet to install a tracking device. The Supreme Court has acknowledged that the standard for installation of a tracking device is unresolved, and has reserved ruling on the issue until it is squarely presented by the facts of a case. *See United States v. Karo*, 468 U.S. 705, 718 n. 5 (1984). The amendment to Rule 41 does not resolve this issue or hold that such warrants may issue only on a showing of probable cause. Instead, it simply provides

CELL/OTD 006177

CELLSITE-20342

FEDERAL RULES OF CRIMINAL PROCEDURE          27

that if probable cause is shown, the magistrate judge must issue the warrant. And the warrant is only needed if the device is installed (for example, in the trunk of the defendant's car) or monitored (for example, while the car is in the defendant's garage) in an area in which the person being monitored has a reasonable expectation of privacy.

**Subdivision (e).** Rule 41(e) has been amended to permit magistrate judges to use reliable electronic means to issue warrants. Currently, the rule makes no provision for using such media. The amendment parallels similar changes to Rules 5 and 32.1(a)(5)(B)(i).

The amendment recognizes the significant improvements in technology. First, more counsel, courts, and magistrate judges now routinely use facsimile transmissions of documents. And many courts and magistrate judges are now equipped to receive filings by electronic means. Indeed, some courts encourage or require that certain documents be filed by electronic means. Second, the technology has advanced to the state where such filings may be sent from, and received at, locations outside the courthouse. Third, electronic media can now provide improved quality of transmission and security measures. In short, in a particular case, using facsimiles and electronic media to transmit a warrant can be both reliable and efficient use of judicial resources.

The term "electronic" is used to provide some flexibility to the rule and make allowance for further technological advances in transmitting data. Although facsimile transmissions are not specifically identified, the Committee envisions that facsimile transmissions would fall within the meaning of "electronic means."

While the rule does not impose any special requirements on use of facsimile transmissions, neither does it presume that those

CELL/OTD 006178

CELLSITE-20343

28      FEDERAL RULES OF CRIMINAL PROCEDURE

transmissions are reliable. The rule treats all electronic transmissions in a similar fashion. Whatever the mode, the means used must be "reliable." While the rule does not further define that term, the Committee envisions that a court or magistrate judge would make that determination as a local matter. In deciding whether a particular electronic means, or media, would be reliable, the court might consider first, the expected quality and clarity of the transmission. For example, is it possible to read the contents of the warrant in its entirety, as though it were the original or a clean photocopy? Second, the court may consider whether security measures are available to insure that the transmission is not compromised. In this regard, most courts are now equipped to require that certain documents contain a digital signature, or some other similar system for restricting access. Third, the court may consider whether there are reliable means of preserving the document for later use.

Amended Rule 41(e)(2)(B) is a new provision intended to address the contents of tracking device warrants. To avoid open-ended monitoring of tracking devices, the revised rule requires the magistrate judge to specify in the warrant the length of time for using the device. Although the initial time stated in the warrant may not exceed 45 days, extensions of time may be granted for good cause. The rule further specifies that any installation of a tracking device authorized by the warrant must be made within ten calendar days and, unless otherwise provided, that any installation occur during daylight hours.

Subdivision (f). Current Rule 41(f) has been completely revised to accommodate new provisions dealing with tracking device warrants. First, current Rule 41(f)(1) has been revised to address execution and delivery of warrants to search for and seize a person or property; no substantive change has been made to that provision. New Rule 41(f)(2) addresses execution and delivery of

CELLSITE-20344

FEDERAL RULES OF CRIMINAL PROCEDURE     29

tracking device warrants.   That provision generally tracks the
structure of revised Rule 41(f)(1), with appropriate adjustments for
the particular requirements of tracking device warrants.   Under
Rule 41(f)(2)(A) the officer must note on the warrant the time the
device was installed and the period during which the device was
used.  And under new Rule 41(f)(2)(B), the officer must return the
tracking device warrant to the magistrate judge designated in the
warrant, within 10 calendar days after use of the device has ended.

Amended   Rule   41(f)(2)(C)   addresses   the   particular
problems of serving a copy of a tracking device warrant on the
person who has been tracked, or whose property has been tracked.
In the case of other warrants, current Rule 41 envisions that the
subjects of the search typically know that they have been searched,
usually within a short period of time after the search has taken
place.  Tracking device warrants, on the other hand, are by their
nature covert intrusions and can be successfully used only when
the person being investigated is unaware that a tracking device is
being used.  The amendment requires that the officer must serve a
copy of the tracking device warrant on the person within 10
calendar days after the tracking has ended.  That service may be
accomplished by either personally serving the person, or both by
leaving a copy at the person's residence or usual abode and by
sending a copy by mail.  The Rule also provides, however, that the
officer may (for good cause) obtain the court's permission to delay
further service of the warrant.   That might be appropriate, for
example, where the owner of the tracked property is undetermined,
or where the officer establishes that the investigation is ongoing
and that disclosure of the warrant will compromise that
investigation.

Use of a tracking device is to be distinguished from other
continuous monitoring or observations that are governed by
statutory provisions or caselaw.  *See* Title III, Omnibus Crime

CELL/OTD 006180

CELLSITE-20345

30      FEDERAL RULES OF CRIMINAL PROCEDURE

Control and Safe Streets Act of 1968, *as amended* by Title I of the 1986 Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2520; *United States v. Biasucci*, 786 F.2d 504 (2d Cir. 1986) (video camera); *United States v. Torres*, 751 F.2d 875 (7th Cir. 1984) (television surveillance).

Finally, amended Rule 41(f)(3) is a new provision that permits the government to request, and the magistrate judge to grant, a delay in any notice required in Rule 41. The amendment is co-extensive with 18 U.S.C. § 3103a(b).   That new provision, added as part of the Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism (USA PATRIOT) Act of 2001, authorizes a court to delay any notice required in conjunction with the issuance of any search warrants.

---

### Changes Made After Publication and Comment

The Committee agreed with the NADCL proposal that the words "has authority" should be inserted in Rule 41(c)(3), and (4) to parallel similar language in Rule 41(c)(1) and (2).    The Committee also considered, but rejected, a proposal from NADCL to completely redraft Rule 41(d), regarding the finding of probable cause.   The Committee also made minor clarifying changes in the Committee Note.

* * * * *

CELL/OTD 006181

CELLSITE-20346

FEDERAL RULES OF CRIMINAL PROCEDURE

**Rule 58.  Petty Offenses and Other Misdemeanors**

1               * * * * *

2    **(b)  Pretrial Procedure.**

3               * * * * *

4         **(2)  *Initial Appearance.*** At the defendant's initial

5              appearance on a petty offense or other

6              misdemeanor charge, the magistrate judge must

7              inform the defendant of the following:

8               * * * * *

9         **(G)** ~~if the defendant is held in custody and~~

10             ~~charged with a misdemeanor other than a~~

11             ~~petty offense, the~~ any right to a preliminary

12             hearing under Rule 5.1, and the general

13             circumstances, if any, under which the

14             defendant may secure pretrial release.

15              * * * * *

CELL/OTD 006182

CELLSITE-20347

32      FEDERAL RULES OF CRIMINAL PROCEDURE

## COMMITTEE NOTE

**Subdivision (b)(2)(G).** Rule 58(b)(2)(G) sets out the advice to be given to defendants at an initial appearance on a misdemeanor charge, other than a petty offense. As currently written, the rule is restricted to those cases where the defendant is held in custody, thus creating a conflict and some confusion when compared to Rule 5.1(a) concerning the right to a preliminary hearing. Paragraph (G) is incomplete in its description of the circumstances requiring a preliminary hearing. In contrast, Rule 5.1(a) is a correct statement of the law concerning the defendant's entitlement to a preliminary hearing and is consistent with 18 U.S.C. § 3060 in this regard. Rather than attempting to define, or restate, in Rule 58 when a defendant may be entitled to a Rule 5.1 preliminary hearing, the rule is amended to direct the reader to Rule 5.1.

---

## Changes Made After Publication and Comment

The Committee no changes to the Rule or Committee note after publication.

\* \* \* \* \*

CELL/OTD 006183

CELLSITE-20348

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-04-2012 BY 65179/dmh/stp/as

b6
b7C

**Subject:**                    FW: Changes to the Federal Rules of Criminal Procedure

**<u>UNCLASSIFIED</u>**
**<u>NON-RECORD</u>**

FYI--as a follow-up to the question raised on warrant requirements for "tracking devices"

-----Original Message-----
**From:**
**Sent:**
**To:**

b6
b7C

**Subject:**        Changes to the Federal Rules of Criminal Procedure

CELL/OTD 006184

CELLSITE-20349

**UNCLASSIFIED**
**NON-RECORD**


Ladies and Gentlemen,

Attached are the amendments to the Federal Rules of Criminal Procedure as approved by the Judicial Conference (see www.uscourts.gov website) along with an excerpt of the "Report of the Advisory Committee on Criminal Rules," and, for your edification, a document and chart that describes the rulemaking process.

As always, please forward to appropriate personnel.


Changes_to_Feder
al_Rules_Crimi...


Excerpt_CR.pdf


Federal
Rulemaking.doc


**UNCLASSIFIED**


**UNCLASSIFIED**

CELL/OTD 006185

CELLSITE-20350

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-04-2012 BY 65179/dmh/stp/as

## AMENDMENTS TO THE FEDERAL
## RULES OF CRIMINAL PROCEDURE

**Rule 11. Pleas**

\* \* \* \* \*

(b)  **Considering and Accepting a Guilty or Nolo Contendere Plea.**

(1)  *Advising and Questioning the Defendant.*

Before the court accepts a plea of guilty or nolo contendere, the defendant may be placed under oath, and the court must address the defendant personally in open court. During this address, the court must inform the defendant of, and determine that the defendant understands, the following:

\* \* \* \* \*

(M) in determining a sentence, the court's obligation to calculate the applicable

CELL/OTD 006186

CELLSITE-20351

2      FEDERAL RULES OF CRIMINAL PROCEDURE

sentencing-guideline range and to consider that range, possible departures under the Sentencing Guidelines, and other sentencing factors under 18 U.S.C. § 3553(a); and

\* \* \* \* \*

**Rule 32. Sentence and Judgment**

\* \* \* \* \*

**(d)  Presence Report.**

**(1)  *Applying     the     Advisory     Sentencing Guidelines.*** The presentence report must:

(A)  identify all applicable guidelines and policy statements of the Sentencing Commission;

(B)  calculate the defendant's offense level and criminal history category;

(C)  state the resulting sentencing range and kinds of sentences available;

(D)  identify any factor relevant to:

FEDERAL RULES OF CRIMINAL PROCEDURE        3

(i)   the appropriate kind of sentence, or

(ii)  the appropriate sentence within the applicable sentencing range; and

(E)  identify any basis for departing from the applicable sentencing range.

(2) *Additional Information.* The presentence report must also contain the following information:

(A)  the defendant's history and characteristics, including:

(i)   any prior criminal record;

(ii)  the defendant's financial condition; and

(iii) any circumstances affecting the defendant's behavior that may be helpful in imposing sentence or in correctional treatment;

CELL/OTD 006188

CELLSITE-20353

4        FEDERAL RULES OF CRIMINAL PROCEDURE

(B) verified      information,     stated     in     a
nonargumentative style, that assesses the
financial, social, psychological, and medical
impact on any individual against whom the
offense has been committed;

(C) when appropriate, the nature and extent of
nonprison programs and resources available
to the defendant;

(D) when  the  law  provides  for  restitution,
information sufficient for a restitution order;

(E) if the court orders a study under 18  U.S.C.
§   3552(b),   any   resulting   report   and
recommendation; and

(F) any   other   information   that   the   court
requires, including information relevant to
the factors under 18 U.S.C. § 3553(a).

\* \* \* \* \*

CELL/OTD 006189

CELLSITE-20354

FEDERAL RULES OF CRIMINAL PROCEDURE        5

## Rule 35.  Correcting or Reducing a Sentence

\* \* \* \* \*

**(b) Reducing a Sentence for Substantial Assistance.**

    **(1) *In General.*** Upon the government's motion made within one year of sentencing, the court may reduce a sentence if the defendant, after sentencing, provided substantial assistance in investigating or prosecuting another person.

\* \* \* \* \*

## Rule 45.  Computing and Extending Time

\* \* \* \* \*

**(c) Additional Time After Certain Kinds of Service.**

Whenever a party must or may act within a specified period after service and service is made in the manner provided under Federal Rule of Civil

CELLSITE-20355

6        FEDERAL RULES OF CRIMINAL PROCEDURE

Procedure 5(b)(2)(B), (C), or (D), 3 days are added after the period would otherwise expire under subdivision (a).

**Rule 49.1.   Privacy Protection For Filings Made with the Court**

**(a) Redacted Filings.** Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, a financial-account number, or the home address of an individual, a party or nonparty making the filing may include only:

(1)  the last four digits of the social-security number and taxpayer-identification number;

(2)  the year of the individual's birth;

(3)  the minor's initials;

CELL/OTD 006191

CELLSITE-20356

FEDERAL RULES OF CRIMINAL PROCEDURE      7

(4)  the last four digits of the financial-account number; and

(5)  the city and state of the home address.

(b)  **Exemptions from the Redaction Requirement.** The redaction requirement does not apply to the following:

(1)  a financial-account number or real property address that identifies the property allegedly subject to forfeiture in a forfeiture proceeding;

(2)  the record of an administrative or agency proceeding;

(3)  the official record of a state-court proceeding;

(4)  the record of a court or tribunal, if that record was not subject to the redaction requirement when originally filed;

(5)  a filing covered by Rule 49.1(d);

CELL/OTD 006192

CELLSITE-20357

8    FEDERAL RULES OF CRIMINAL PROCEDURE

(6) a pro se filing in an action brought under 28 U.S.C. §§ 2241, 2254, or 2255;

(7) a court filing that is related to a criminal matter or investigation and that is prepared before the filing of a criminal charge or is not filed as part of any docketed criminal case;

(8) an arrest or search warrant; and

(9) a charging document and an affidavit filed in support of any charging document.

(c) **Immigration Cases.** A filing in an action brought under 28 U.S.C. § 2241 that relates to the petitioner's immigration rights is governed by Federal Rule of Civil Procedure 5.2.

(d) **Filings Made Under Seal.** The court may order that a filing be made under seal without redaction. The court may later unseal the filing or order the

CELLSITE-20358

FEDERAL RULES OF CRIMINAL PROCEDURE        9

person who made the filing to file a redacted version for the public record.

(e)  **Protective Orders.**  For good cause, the court may by order in a case:

    (1)  require redaction of additional information; or

    (2)  limit or prohibit a nonparty's remote electronic access to a document filed with the court.

(f)  **Option for Additional Unredacted Filing Under Seal.**  A person making a redacted filing may also file an unredacted copy under seal. The court must retain the unredacted copy as part of the record.

(g)  **Option for Filing a Reference List.** A filing that contains redacted information may be filed together with a reference list that identifies each item of redacted information and specifies an appropriate identifier that uniquely corresponds to each item listed. The list must be filed under seal and may be

CELLSITE-20359

10    FEDERAL RULES OF CRIMINAL PROCEDURE

amended as of right. Any reference in the case to a

listed identifier will be construed to refer to the

corresponding item of information.

**(h) Waiver of Protection of Identifiers.**   A person

waives the protection of Rule 49.1(a) as to the

person's own information by filing it without

redaction and not under seal.

**[Model Form for Use in 28 U.S.C. § 2254 Cases Involving a Rule 9 Issue under Section 2254 of Title 28, United States Code]**
**(Abrogated.)**

CELLSITE-20360

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-04-2012 BY 65179/dmh/stp/as

COMMITTEE ON RULES OF PRACTICE AND PROCEDURE

OF THE

JUDICIAL CONFERENCE OF THE UNITED STATES

WASHINGTON, D.C. 20544

**DAVID F. LEVI**
CHAIR

**PETER G. McCABE**
SECRETARY

**CHAIRS OF ADVISORY COMMITTEES**

**CARL E. STEWART**
APPELLATE RULES

**THOMAS S. ZILLY**
BANKRUPTCY RULES

**LEE H. ROSENTHAL**
CIVIL RULES

**SUSAN C. BUCKLEW**
CRIMINAL RULES

**JERRY E. SMITH**
EVIDENCE RULES

**To:**      Hon. David F. Levi, Chair
          **Standing Committee on Rules of Practice and Procedure**

**From:**   Hon. Susan C. Bucklew, Chair
          **Advisory Committee on Federal Rules of Criminal Procedure**

**Subject:**  **Report of the Advisory Committee on Criminal Rules**

**Date:**    **May 20, 2005 (revised July 20, 2006)**

I.        Introduction

The Advisory Committee on Federal Rules of Criminal Procedure ("the Committee") met on April 3-4, 2006 in Washington, D.C. and took action on a number of proposed amendments to the Rules of Criminal Procedure. The Draft Minutes of that meeting are attached.

This report addresses a number of action items: approval of published Rules 11, 32, 35, 45, and 49.1. for transmission to the Judicial Conference; approval of proposed amendments to Rules 29 and 41 for publication and comment; and approval of the time computation template for eventual publication. In addition, the Committee has several information items to bring to the attention of the Standing Committee, most notably continued discussion of a draft amendment to Rule 16.

II.      Action Items–Recommendations to Forward Amendments to the Judicial Conference

1.        **ACTION ITEM–Rule 11. Pleas; Proposed Amendment Regarding Advice to Defendant Under Advisory Sentencing Guidelines.**

This amendment is part of a package of proposals required to bring the rules into conformity with the Supreme Court's decision in *United States v. Booker*, 543 U.S. 220 (2005). *Booker* held that the provisions of the federal sentencing statute that make the Guidelines mandatory violate the Sixth Amendment right to jury trial. With these provisions excised, the Sentencing Reform Act "makes the Guidelines effectively advisory," and "requires a sentencing court to consider Guidelines ranges, see 18 U.S.C.A. § 3553(a)(4) (Supp.2004), but it permits the court to tailor the sentence in light of other statutory concerns as well, see § 3553(a) (Supp.2004)." 543 U.S. at 222. Rule

1

11(b)(M) incorporates this analysis into the information provided to the defendant at the time of a plea of guilty or nolo contendere.

There were many public comments received on this and the other *Booker* amendments. The Sentencing Commission stated that the amendment tracked the approach the Commission believes to be implicit in *Booker*, but it suggested that the word "calculate" be replaced with "determine and calculate." Other comments suggested that the amendment gave the Guidelines greater prominence than warranted under *Booker*, insufficiently emphasizing the remaining sentencing factors set forth in 18 U.S.C. § 3553(a). There was extensive discussion of the public comments and an additional concern, raised at the meeting, that the amendment might be read as requiring a complete guideline calculation in every case. That would be inconsistent with cases such as *United States v. Crosby*, 397 F.3d 103 (2nd Cir. 2005). *Crosby* recognized that the district courts would "normally" have to determine the applicable guideline range. *Id.* at 111. However, in some cases the court may conclude that it is unnecessary to resolve a particular guideline issue because statutory factors under 3553(a) require a variance that moots the guideline issue. *Id.* at 112. Consideration was given to adding a reference to *Crosby* in the note, but this effort was ultimately abandoned because of the difficulty crafting a statement that would be consistent with the varying approaches in the circuits.

The Committee agreed that the function of the rule is to advise a defendant who is pleading guilty of the manner in which the court will determine the defendant's sentence. The published language captures the approach taken by most courts after *Booker*. Here, and in the other *Booker* amendments, the Committee agreed to delete from the Committee Note a reference to the Fifth Amendment requirement of proof beyond a reasonable doubt from the description of *Booker*.

*Recommendation—The Advisory Committee recommends that the proposed amendment to Rule 11 be approved as published and forwarded to the Judicial Conference.*

    **2.**        **ACTION ITEM–Rule 32, Sentencing and Judgment; Proposed Amendment Regarding Notice to Defendant Under Advisory Sentencing Guidelines.**

These amendments adapt two subdivisions of the Rule 32 to *United States v. Booker*, 543 U.S. 220 (2005), which directs courts to consider not only information relevant to the Sentencing Guidelines, but also information relevant to the statutory factors listed in 18 U.S.C. § 3553(a). The Committee is proposing amendments only to subdivisions (d) and (h), which govern presentence reports and notice of possible departures. As noted below, the Committee has withdrawn the proposed amendment to subdivision (k) because of legislative activity that occurred after the approval of the amendments for publication and comment.

**Subdivision (d)** Subdivision (d) of the rule establishes the requirements for presentence reports. It already requires that the report include the applicable Guidelines and information relevant to the guideline calculations. The amendment adds the requirement that the report include

CELL/OTD 006197

CELLSITE-20362

information relevant to the statutory criteria under § 3553(a). However, in light of the difficulty that the probation office may have in determining the scope of the information that would be relevant to the broad statutory criteria under § 3553(a), the proposed amendment requires that information relevant to the statutory criteria be included only when required by the court.

The Committee received critical comments from the Federal Public Defenders and the National Association of Criminal Defense Lawyers who saw the published amendment as improperly giving primacy to the Guidelines in the sentencing process. They also urged that the rule address individually each of the sentencing factors under 3553(a) and that the rule be revised to require the probation office to collect all information relevant to each of the statutory factors. Additionally, they suggested that the title of the heading should be amended to refer to the "advisory" character of the Guidelines.

The Committee agreed that the heading should be revised to refer to the Guidelines as "advisory," and with that change it approved the amendment as published. The Committee felt the published language accurately reflects the approach most courts are taking after *Booker*, and it avoids placing an open-ended and unmanageable obligation on the probation office.

In the Committee Note accompanying the amendment to this subdivision and subdivision (h), the Committee also deleted the Fifth Amendment from the description of the *Booker* decision.

**Subdivision (h).**   The Standing Committee approved publication of an amendment to Rule 32(h) to conform to the Supreme Court's decision in *United States v. Booker*, 543 U.S. 220 (2005). The purpose of Rule 32(h) is to avoid unfair surprise to the parties in the sentencing process. Currently, it requires notice that the court is considering departing from the Guidelines on the basis of factors not identified in the presentence report or pleadings. The proposed amendment stated that the court must provide this notice when it is considering either a departure or a non-guideline sentence based upon the factors in 18 U.S.C. § 3553(a) on the basis of a ground not identified in the presentence report or prehearing submissions.

The public comments to the published draft revealed several ambiguities in the language. The language was interpreted by some as overly broad (requiring notice whenever the court intends to rely on a non-guideline factor) and by others as too narrow (requiring no notice when a factor has been identified for one purpose, but the parties are unaware that the court is considering it for a wholly different purpose). Given the potential for misinterpretation, the Committee agreed that a modification of the published language was needed, and it unanimously accepted the alternative language proposed by the Sentencing Commission.

After discussion at the Standing Committee of recent decisions taking various approaches to the question whether notice must be given, the proposed amendment to subdivision (h) was withdrawn to permit further study.

3

CELLSITE-20363

**Subdivision (k).** The Standing Committee also approved the publication of a proposed amendment to subdivision (k) intended to standardize the collection of data regarding post-*Booker* sentencing by requiring all courts to enter their judgments, including the statement of reasons, on forms prescribed by the Judicial Conference. This provision, which provoked considerable controversy, was withdrawn by the Committee in light of the enactment of § 735 of the USA Patriot Improvement and Reauthorization Act, which amended 28 U.S.C. § 994(w). The amended statute requires the chief judge of each district to provide the Sentencing Commission with an explanation of each sentence including "the written statement of reasons form issued by the Judicial Conference and approved by the United States Sentencing Commission." The Criminal Law Committee withdrew its request for an amendment to Criminal Rules, and the Advisory Committee concluded that an amendment to subdivision (k) was no longer necessary.

*Recommendation–The Advisory Committee recommends that the proposed amendment to Rule 32(d) be approved as published and forwarded to the Judicial Conference.*

3.        **ACTION ITEM–Rule 35, Correcting or Reducing Sentence; Proposed Amendment Regarding Elimination of Reference to Mandatory Sentencing Guidelines.**

This amendment conforms Rule 35(b)(1)(B) to the Supreme Court's decision in *United States v. Booker*, 543 U.S. 220 (2005), holding that the Guidelines are advisory, rather than mandatory. The rule currently states that the court may reduce a sentence if "reducing the sentence accords with the Sentencing Commission's guidelines and policy statements." Although the Guidelines do not currently include provisions governing the correction of sentences under Rule 35, the amendment removes the rule's language that seems, on its face, to be inconsistent with the decision in *Booker*.

Both the Sentencing Commission and the National Association of Criminal Defense Lawyers (NACDL) suggested changes in either the amendment or the note. After discussion, the Committee decided not to alter the amendment. In essence, the proposed changes introduced additional issues that were not part of the amendment as published. NACDL suggested that given the advisory character of the Guidelines, it is no longer appropriate for the rule to require that the motion be made by the government, since powerful evidence of cooperation should be considered under 18 U.S.C. § 3553(a) even in the absence of such a motion. The language of the rule, however, was enacted by Congress. Even if the Committee had the authority to delete this requirement under the Rules Enabling Act, it could not do so without publishing such an amendment for public comment. The Sentencing Commission raised the question whether the *Booker* remedial opinion is applicable to the post-sentencing context. It suggested that the Committee Note be amended to address this issue. The Committee unanimously declined to introduce the new language to the Note, or otherwise to alter the rule as published for public comment. (The only exception was the agreement to eliminate the reference to the Fifth Amendment in the description of the *Booker* decision in this Note, as well as the notes accompanying the other *Booker* amendments.)

4

CELLSITE-20364