

For Official Use Only

# Legal

b7E



For Official Use Only

## Legal Guidelines

- Legal considerations await the OGC's review, analysis, and approval
- Additional Legal and Policy issues being identified
- Updates and reference material will be posted on the WITT web site
- Any specific legal question, guidance, or advice should be referred to your CDC and/or to the OGC

CELL/STD 004317



For Official Use Only

## Preliminary Issues

- Pen Registers
- Title III
- Search Warrants
- Disclosure and Evidentiary Considerations
- Safety Issues

b7E

CELL/OTD 004318

CELLSITE-10904



b7E

b7E

CELL/OTD 004319

1





CELL/OTD 004320

2

CELLSITE-10906



b7E



b7E

CELL/OTD 004321

3

CELLSITE-10907



b7E



b7E

CELL/OTD 004322



b7E



b7E

CELL/OTD 004323

CELLSITE-10909

((o))
widi

For Official Use Only

**Push to Talk**

b7E

### NORMAL VOICE DUTY CYCLES

| | |
|---|---|
| Forward Channel | *CONTINUOUS TRANSMIT* |
| Reverse Channel | *CONTINUOUS TRANSMIT* |

### PUSH TO TALK DUTY CYCLES

Forward Channel

Reverse Channel

11

((o))
widi

For Official Use Only

b7E

12

CELLSITE 004324

6

CELLSITE-10911



Introduction to the Mobile Phone Systems

b7E



**Overview: Cellular System Concept**

- Cellular System allows the reuse of spectrum within a region by employing centrally connected base stations
- Each base station wirelessly connects to multiple mobiles within a designated geographic area (cell)
- Base stations connect to a Mobile Switching Center (MSC) and then to the Public Switched Telephone Network (PSTN)
- The system allows
  - Reuse of spectrum in regions, increasing the capacity of the system over a trunked radio system
  - Mobility of users in the system without loss of connectivity





CELL/OTD 004326

2

CELLSITE-10913



b7E



b7E

b7E



b3
b7E



b3
b7E



b3
b7E



b3
b7E



b3
b7E



b3
b7E

CELL/OTD 004330



b3
b7E

For Official Use Only

**Access Technologies**

b7E

There are currently five cellular technologies in use in
the U.S. market
- AMPS                    (10% Market Share)
- TDMA (IS-136)           (20%* Market Share)
- GSM                     (17% Market Share)
- CDMA                    (46% Market Share)
- iDEN                    ( 7% Market Share)

\* Carriers are converting TDMA systems to GSM

CELL/OTD 004331

7

((o))
witti

For Official Use Only

## AMPS (Advanced Mobile Phone Service)

- Background
  - Initial U.S. cellular system
  - Reached feasible system capacity limits in mid 90s
- Limitations
  - Provides basic voice service
  - No additional services: Digital Messaging, Location based services, etc.

b3
b7E

15

((o))
witti

For Official Use Only

## TDMA (Time Division Multiple Access)

- Background
  - Technology was the first commercially available digital cellular technology in U.S.
  - Provides increased system capacity and advanced digital services
- Technology

b3
b7E

- U.S. TDMA systems being replaced with GSM systems

16

CELL/OTD 004332

8



For Official Use Only
## GSM (Global System for Mobile Communications)

- Background
  - Technology first introduced in Europe and migrated to the U.S.
  - Provides increased system capacity, advanced digital services and ability to offer seamless international mobile operation
- Technology
  - Multiplex users by assigning unique operating time slots in shared frequency channels

- **GSM is the most widely adopted cellular technology in the world**

17

b3
b7E



For Official Use Only
## General Trends

- CDMA and GSM phones will dominate near term U.S. market
  - 83 percent of the market (with conversion of IS-136 systems to GSM)
- 3G Systems will be CDMA based
- Carriers will continue to develop enhanced features

18

CELL/OTD 004333

9

CELLSITE-10920

CELLSITE-10921



For Official Use Only

# LoggerHead,
## Triggerfish Overview

b3
b7E

b3
b7E

CELL/OTD 004334

1

CELLSITE-10922

b7E



CELL/OTD 006343

8

b7E

CELLSITE-10930

For Official Use Only

# Introduction to

b7E

For Official Use Only

b3
b7E

dLL/OTD 004342

CELLSITE-10931

b3
b7E

CELLSITE-10935

b3
b7E

CELLSITE-10947

For Official Use Only

b3
b7E

For Official Use Only

Goal – Learn operation of equipment in simulated case environment

- Agenda
  - EQUIPMENT SET UP
  - SCENARIO #1
  - SCENARIO #2
  - SCENARIO #3

b3
b7E

CELL/OTD 004357



For Official Use Only

**Scenario #1**

- Set up

- Location

3

b7E

For Official Use Only

**Scenario #2**

- Set up

- Location

4

b7E

CELL/OTD 004358

2

CELLSITE-10949

For Official Use Only

Scenario #3

b7E

- Set up

- Location

5

CELL/OTD 004359

CELLSITE-10950

Intro to

b7E

CELLSITE-10959

For Official Use Only

# Introduction to

b7E

For Official Use Only

**StingRay Function**

b3
b7E

CELL/OTD 004369

1



b7E



b7E

CELL/OTD 004370

2

CELLSITE-10971

CELLSITE-10986



b7E

b3
b7E



b7E

b3
b7E

CELL/OTD 004396

**1**

((( ))) **wifi**

For Official Use Only

**Scenario #1**

b7E

- Set up

- Location

3

((( ))) **wifi**

For Official Use Only

**Scenario #2**

b7E

- Set up

- Location

4

CELL/OTD 004395

CELLSITE-10989



b7E

b3
b7E

CELL/OTD 004396

1



b7E

b3
b7E

CELL/OTD 004397

1

For Official Use Only

Scenario #3

b7E

- Set up

- Location

3

For Official Use Only

Scenario #4

b7E

- Set up

- Location

4

CELL/OTD 004398

2

Appendices

CELLSITE-10993

Glossary/
Acronyms

CELLSITE-10994

b7E

For Official Use Only

# Useful Acronyms

b7E

---

For Official Use Only

## Acronyms

**AMPS** – Advanced Mobile Phone Service
**BSC** – Base Station Controller
**BSID** – Base Station ID
**BTS** – Base Transceiver Station
**CDMA** – Code Division Multiple Access
**DSSS** – Direct Sequence Spread Spectrum
**DF** – Direction Finding
**ESN** – Electronic Serial Number
**FDMA** – Frequency Division Multiple Access
**GSM** – Global Standard for Mobile Communication
**HLR** – Home Location Register
**iDEN** – Integrated Dispatch Enhanced Network
**IMEI** – International Mobile Equipment Identity
**IMSI** – International Mobile Subscriber Identity
**MIN** – Mobile Identification Number
**MSC/MTSO** – Mobile Switching Center/ Mobile Telephone Switching Office
**NID** – Network IDentification

2

CELL/GTD 004399

b7E



**For Official Use Only.**

**Acronyms Cont'd**

PA – Power Amplifier
PCS – Personal Communications Service
PN – Psuedo Noise
PSTN – Public Switched Telephone Network
PTT – Push-to-Talk
RF – Radio Frequency
SID – System IDentification
TDMA – Time Division Multiple Access

TMSI – Temporary Mobile Subscriber Identity
VLR – Visitor Location Register
WITT – Wireless Intercept & Tracking Team

3

b7E

CELL/OTD 004400

2

b7E

b7E



## Glossary



For Official Use Only

### Glossary

**Access Channel** – Reverse CDMA channel used by mobile stations for communicating to the base station

**Advanced Mobile Phone Service (AMPS)** – First U. S. cellular standard; based on analog FDMA technology

**Base [Transceiver] Station (BTS)** – Fixed radio site communicating with mobiles within a geographical area

**Base Station Controller (BSC)** – Interface between base stations and the switch which conveys switch commands to the appropriate base station and base station requests to the switch

**Camped** – When a mobile is not on a call but actively monitoring the paging or control channel

**Cellular Phone** – Portable radio used to communicate wirelessly in a network

**Code Division Multiple Access (CDMA)** – Spread spectrum technology which uses codes to differentiate signals sharing the same frequencies

**Collection** – Assimilating and storing of intercepted identity information and call content

**Control Channel** – Radio channel on the forward or reverse link used to send command and requests

**Direct Sequence Spread Spectrum** – Technique employed in US cellular CDMA systems which uses codes shared between sender and receiver to spread transmitted data and send over the air

**Direction Finding (DF)** – A technique used to identify the location of a radio signal

CELL/OTD 004401

CELLSITE-10997

b7E



**For Official Use Only**

## Glossary Cont'd

**Downlink** – *See* Forward Link

**Ec/Io** – Ratio (in dB) between the Pilot Channel signal energy and the total interference in the received bandwidth

**Electronic Serial Number (ESN)** – Unique serial number programmed into the memory of a mobile phone by the manufacturer

**Forward Link** – From the base station to the mobile

**Frequency Division Multiple Access (FDMA)** – Multiplexing technique which uses frequency to distinguish users

**Global Standard for Mobile Communications (GSM)** – Cellular technology utilizing TDMA techniques which originated in Europe

**Home Location Register (HLR)** – Database containing mobile subscriber information for radio registered mobiles

**Idle** – *See* Camped

**Integrated Dispatch Enhanced Network (iDEN)** – Proprietary cellular technology utilized by Nextel

**Intercept** – Reception of communications between a subject and his serving network

**International Mobile Equipment Identity (IMEI)** – Code uniquely identifying the mobile station hardware

**International Mobile Subscriber Identity (IMSI)** – Method of identifying stations in the land mobile service

3

b7E

**For Official Use Only**

## Glossary Cont'd

**Handoff** – Transferring communication with a mobile station from one base station to another

**Long PN Code** – 42-bit pseudo-random code used to uniquely identify CDMA mobile stations on the uplink

**Mobile Identification Number (MIN)** – Telephone number associated with a mobile phone

**Mobile Station** – *See* Cellular Phone

**Mobile Switching Center (MSC)** – Switch connecting the cellular network to the PSTN which coordinates call routing in a given service area

**Mobile Telephone Switching Office (MTSO)** – *See* Mobile Switching Center

**Multipath** - Radio signals from the transmitter arriving at the receiver via a number of different paths

**Neighbor Channel** – One of a group channels that are probable candidates for handoff

**Network Identification (NID)** – Number uniquely identifying a network within a cellular system

**Paging Channel** – Walsh code channel in the CDMA forward channel used for transmission of control information and pages from the base station to the mobile

**Pilot Channel** – Signal transmitted continuously by CDMA base stations allowing mobiles to acquire base station timing and assess signal quality

4

b7E
b3

b7E



**For Official Use Only**

# Glossary Cont'd

**PN Code Offset** – One of 512 time offset versions of the Short PN Code used to identify CDMA base station sectors in a network

**Power Amplifier (PA)** – Provides gain in a transmitter

**Public Switch Telephone Network (PSTN)** – Collection of interconnected voice-oriented public telephone networks

**Radio Frequency (RF)** – Radio signals between 9 kHz-300 GHz

**Registration** – Process by which a mobile station identifies its location and parameters to a base station

**Reverse Link** – From the mobile to the base station

**Short PN Code** – 15-bit pseudo-random code used to uniquely identify CDMA base station sectors in a network

**Short PN Code Offset** – *See* PN Code Offset

**Sync Channel** – Walsh code channel 32 in the CDMA forward channel which transports the synchronization message to the mobile

**System Identification (SID)** – Number uniquely identifying a cellular system

**Temporary Mobile Station Identity (TMSI)** – Temporary mobile station identification assigned by the base station

**Time Division Multiple Access (TDMA)** – Multiplexing technique which uses frequency and time to distinguish users

**Traffic Channel** – Communicating path between a mobile station and base station used to transport call content and commands

5

---

**For Official Use Only**

# Glossary Cont'd

**Uplink** – *See* Reverse Link

**Visitor Location Register (VLR)** – Database containing mobile subscriber information for mobiles active in the local system but registered in another cellular system

**Walsh Codes** – 64 orthogonal codes used to define CDMA communication subchannels on the forward link

6

CELL/OTD 004403

3

CELLSITE-10999

CELLSITE-11000

For Official Use Only

# **CONOPS Case Studies**

b7E

---

For Official Use Only

## Recent Case Studies – Sample Case 1

**Background:**   • **WITT contacted to help**

b7E

CELL/OTD 004404

## Recent Case Studies – Sample Case 2

For Official Use Only

**Background:**       • WITT contacted to help

b7E

## Recent Case Studies – Sample Case 3

For Official Use Only

**Background:**       • WITT contacted to help

b7E

CELL/OTD 004405

2

((ro))

**For Official Use Only**

# Recent Case Studies – Sample Case 4

**Background:**      • **WITT contacted to help**

b7E

CELL/OTD 004406

3

16-7.3.4 Loan of Electronic Surveillance Equipment (See MIOG, Part 2, 10-9.14 & 10-10.10.)

(1) LOAN OF ELECTRONIC SURVEILLANCE EQUIPMENT TO STATE AND LOCAL LAW ENFORCEMENT AGENCIES.

By Department Order 1945-95, dated January 18, 1995 (replacing Department Order 890-80, dated April 29, 1980), the Attorney General delegated to the Federal Bureau of Investigation the authority to approve loans of electronic surveillance equipment to state and local law enforcement agencies for use in their investigations (i.e., NOT joint FBI investigations). Under this delegation, the loan of such equipment is to be made only in exceptional circumstances and to be consistent with federal and state laws, as well as with state and local law enforcement regulations.

Electronic surveillance equipment is defined as any equipment which would be used in Title 18, USC, Section 2510, et seq. (Title III) - or consensual electronic coverages.

(a) It is the policy of the Department of Justice that loans of electronic surveillance equipment to state and local law enforcement agencies are generally to be discouraged and are to be permitted only:

1. in furtherance of the federal government's interests in the investigation and prosecution of violations of state criminal law that are of federal concern;

2. in compliance with all applicable provisions of federal, state and local law;

3. without interfering with state and local control of state and local law enforcement; and

4. without duplication of other federal programs of assistance to state and local law enforcement.

(b) No request may be granted until the head of the state or local law enforcement agency certifies in writing that the agency:

1. has authority under state and local law to borrow the equipment on the terms required by this Order;

2. has valid legal authority under state and local law to conduct the particular electronic surveillance for which the equipment is requested; and

3. cannot obtain the requested equipment from other law enforcement agencies within the state.

(c) The Director of the FBI or his designee may, at his discretion, grant a request for the loan of electronic surveillance equipment upon receipt of a written request from a state or local law enforcement agency. The formal request must contain a copy of a written opinion of the

CELL/OTD 004431

chief legal officer of the state or local government relative to compliance with (b) 1. and (b) 2. above.

(d) The Director of the FBI or his designee shall not grant a request for the loan of electronic surveillance equipment unless the Director or his designee determines that:

1. there is no current need for the equipment within the Bureau;

2. it is in the interest of the United States to facilitate the criminal investigation for which the equipment is needed; and,

3. the agency has previously not violated the terms of any loan of electronic surveillance equipment by the FBI.

(e) Any loan of electronic surveillance equipment shall be made by written agreement between the Director of the Federal Bureau of Investigation or his designee and the state or local law enforcement agency. The agreement shall identify the equipment and state the subject, duration, location, and purpose of the surveillance to be conducted. It shall also include the following provisions:

1. the loan of the equipment is subject to the needs of the Department of Justice, and the equipment must be returned upon request;

2. the loan of the equipment is limited to the duration of the validly authorized surveillance for which it is requested, and in any event not to exceed 90 days;

3. the equipment may be used only for the validly authorized surveillance for which it was requested;

4. the agency will not permit any other person or governmental entity to use the equipment;

5. the agency may disclose electronic surveillance equipment, information concerning it, or its installation or use only with the consent of the Director of the FBI or his designee and subject to the nondisclosure provisions set forth in 28 C.F.R. 1622, 1624, and 1626;

6. the agency will not use the electronic surveillance equipment outside the United States or under circumstances where there is reason to believe that the equipment may be taken outside of the United States, without the approval of the Director of the FBI or his designee; and,

7. the agency will reimburse the United States for all loss or damage to the equipment. Any dispute over the amount of loss or damage will be resolved by the Director of the FBI or his designee, and this resolution will be final. The Director of the FBI or his designee may agree to any other terms consistent with the above stipulations.

CELL/OTD 004432

(f) When the head of the state or local law enforcement agency represents to the Director or his designee that an emergency situation and need for electronic surveillance equipment exist and that the requesting agency is authorized under state law to conduct emergency electronic surveillance in such circumstances, and specifies the provision of state law upon which he is proceeding, the Director or his designee may grant the emergency request. The information required to be submitted by the head of the law enforcement agency in (b) and (c) must be submitted to the Director or his designee within three days of the day on which the loan is made.

(g) The Director of the FBI, pursuant to Attorney General Department Order 1945-95, dated January 18, 1995, has delegated his authority to permit[_____] [_____] on a case-by-case basis, to assist him in the installation and operation of electronic surveillance equipment. Such delegated authority requires the concurrent approval from the Section Chief of the appropriate Criminal Investigative Division section having oversight over the investigative program involved; the Electronic Surveillance Technology Section Chief,| Laboratory Division; and the Office of the General Counsel. If such technical assistance is approved, the state or local court orders (where required) should specifically include the court's authorization for FBI assistance in the state and local electronic surveillance endeavor. Without such approval, no FBI personnel may install the equipment or participate in the surveillance. This restriction does not prohibit maintenance and repair of the equipment when not installed.

b7E

(h) The Director of the FBI will retain all requests for electronic surveillance equipment by state and local law enforcement agencies. The Director will report to the Assistant Attorney General, Criminal Division, on October 1 and April 1 of each year on the duration and results of all loans made pursuant to the order.

(i) The Director of the FBI, pursuant to Attorney General Department Order 1945-95, dated January 18, 1995, has delegated his authority to approve loans of electronic surveillance equipment upon written request from a state or local law enforcement agency. Such delegated authority requires the concurrent approval of the Section Chief of the appropriate Criminal Investigative Division section having oversight over the investigative program involved and the Electronic Surveillance Technology Section Chief, Laboratory Division. Where requests involve installation or operation of technical equipment by FBI[_____] [_____] approval by the Office of the General Counsel is also required.

b7E

(j) The FBI field division must advise FBIHQ when requesting approval to loan electronic surveillance equipment (be it either a routine or an emergency request) whether there is a current need for equipment within the division; whether, in the SAC's opinion, it is within the interests of the United States to loan the requested equipment in the specific criminal investigation; and, whether the agency involved has previously violated the terms of any loan of electronic surveillance equipment by the FBI.

(k) Routine requests should be by electronic communication (EC) to FBIHQ, directed to the Electronic Surveillance Technology Section, Laboratory Division, and to the appropriate Criminal Investigative Division section having oversight over the investigative

CELLSITE-11030

program involved, and should enclose both a written request from the head of the local or state law enforcement agency and the written opinion of the chief legal officer of the local or state government. Emergency requests should be by telephone, confirmed by EC, and followed by an EC, enclosing the necessary documents.

(2) THE USE OF FBI ELECTRONIC SURVEILLANCE EQUIPMENT IN JOINT CASES WHERE STATE AND LOCAL LAW ENFORCEMENT AGENCIES OBTAINED AUTHORITY FOR ITS USE (SEE MIOG, Part 2, 10-10.3 (8).)

(a) A JOINT CASE, for purposes of this section, is an investigation in which there exists significant FBI interest in the subject or subjects of a local investigation and substantial FBI investigative resources have been utilized and/or will be utilized in the planned investigation with the local agency.

(b) FBIHQ authority MUST be obtained prior to any use of FBI electronic surveillance equipment or personnel in furtherance of any order or authority obtained by state or local law enforcement agencies. Should approval be granted for such use, the pertinent local or state order or authority MUST contain specific language authorizing FBI participation and specifying whether the assistance is for installation, monitoring, or whatever is required.

(c) In requesting FBIHQ authority, the field office is to set forth the following information:

1. A synopsis of the investigation conducted to date by FBI and the local agency involved, to include the date the FBI case was opened, as well as when the joint investigation was initiated.

2. the specific SAC comments as to the value of the assistance to the FBI investigation and extent of federal control over local electronic surveillance.

3. the exact nature of equipment to be utilized and technical assistance required, and whether the equipment is on hand in the requesting division.

4. the specific comments of the [                    ] as to the ability of the local                          b7E
agency to properly utilize technical equipment requested.

5. that the local agency has valid legal authority under state or local law to conduct the electronic surveillance for which equipment will be utilized, to include citation of the specific statute;

6. that the Chief Division Counsel or the Assistant U.S. Attorney has reviewed the affidavits and orders to be filed and concurs in their sufficiency; and,

7. that FBI policy in limiting disclosure as set forth in Part 2, Sections 10-10.13 and 10-10.16, of this manual, will be honored in any subsequent local proceedings.

The above information is to be provided by appropriate communication to the attention of the Laboratory Division, as well as to either the Criminal Investigative Division or the [        ] as appropriate.

(d) Any request for FBI assistance in the execution of a locally obtained court order which requires [        ] will be handled separately and will require significant justification. Emergency requests for such assistance are to be discouraged and likely will NOT be approved.

b7E

(3) LOAN OF ELECTRONIC SURVEILLANCE EQUIPMENT TO OTHER FEDERAL AGENCIES.

(a) The loan of FBI technical electronic surveillance equipment to other federal agencies is permissible on a short-term basis. The loan of equipment is subject to availability and must not negatively affect the technical investigative capabilities of the FBI.

(b) For agencies of the Department of Justice (DOJ) (e.g., the Drug Enforcement Administration (DEA)), material support and assistance, including the loan of technical equipment, should be handled on a local level, subject to the provisions stated above.

(c) For agencies outside the DOJ, requests must be made on a headquarters level, and the requesting agency must have appropriate electronic surveillance authority and capability.

(d) All technical equipment provided must be available in existing field office inventory.

**EffDte: 11/12/1998 MCRT#: 838 Div: D7 Cav: SecCls

CELL/OTD 004435

CELLSITE-11032



Wireless Intercept & Tracking Team (WITT): The USA Patriot Act



b5

June 24, 2003          WITT Conference New Orleans          2

CELL/OTD 004436

CELLSITE-11033



# Why the "USA Patriot Act"?

- **Senate: Uniting and Strengthening America (Act)**
- **House: Providing Appropriate Tools Required to Intercept and Obstruct Terrorism (Act)**

June 24, 2003              WITT Conference New Orleans                    3



# Overview

- **The Pen Register and Trap and Trace Statute**
- **Other Amendments to the Wiretap Statute and ECPA relating to Wireless**

June 24, 2003              WITT Conference New Orleans                    4

CELL/OTD 004437

CELLSITE-11034



# I.  The Pen/Trap Statute

- **Old statute:**  the term "pen register" means a *device* which records or decodes electronic or other impulses which identify the *numbers dialed* or otherwise transmitted on the *telephone line to which such device is attached* (18 U.S.C. 3127(3))
- **New statute: Technology-neutral language**

June 24, 2003          WITT Conference New Orleans                    5.



# I.  The Pen/Trap Statute (old statute)

- ***In the matter of the Application of the USA for an Order Authorizing the Use of a Cellular Telephone Digital Analyzer***, 885 F.Supp 197 (S.D. CA 1995).
- **FACTS:**
  - First application denied for failure to describe operation of device. Supp. Affidavit filed.
  - AUSA asks for PR/T&T order out of "abundance of caution"
  - Affidavit discloses that Digital Analyzer (DA) captures ESN, user's cell # and number dialed when in close proximity.

June 24, 2003          WITT Conference New Orleans                    6

CELL/OTD 004438



I. *In the matter of the Application of the USA for an Order Authorizing the Use of a Cellular Telephone Digital Analyzer*, 885 F.Supp 197 (S.D. CA 1995).

- **Holding:**
  - **Court agrees that no order is required.**
  - Court notes:
    The statutory definition of a pen register limits it to a device 'which records or decodes electronic or other impulses which identify the numbers dialed or otherwise transmitted on the telephone line *to which such device is attached....*' 18 U.S.C. 3127(3)".
  - **Court finds that because DA is not "attached" to a line, DA does not qualify as a PR.**

June 24, 2003　　WITT Conference New Orleans　　7



I. *In the matter of the Application of the USA for an Order Authorizing the Use of a Cellular Telephone Digital Analyzer*, 885 F.Supp 197 (S.D. CA 1995).

- **Court addresses application even though not required.**
- **Court denies request because:**
  - As drafted, order is not limited to use in that judicial district
  - **Moreover:** *"The order sought, ...would not insure sufficient accountability. For example, depending upon the effective range of the digital analyzer, telephone numbers and calls made by others than the subjects of the investigation could be inadvertently intercepted." **Id.** at 201.*

b5

June 24, 2003　　WITT Conference New Orleans　　8

CELL/OTD 004439

CELLSITE-11036



# The Pen/Trap Statute (USA Patriot changes)

- **New PR Language:** the term "pen register" means a device *or process* which records or decodes dialing, routing, addressing, or signaling information transmitted by an instrument or facility from which a wire or electronic communication is transmitted ...
- **No content:** ...provided, however, that such information shall not include the contents of any communication (18 U.S.C. 3127(3), (4))
- **Technology-neutral adjustments made throughout PR/T&T statute.**

June 24, 2003          WITT Conference New Orleans          9



# The Pen/Trap Statute (USA Patriot changes)

- **New T&T Language:** the term "trap and trace" means a device *or process* which identify the originating number or other dialing, routing, addressing, and *signaling information reasonably likely to identify the source of a wire or electronic communication...."* 18 U.S.C. § 3127(4).

June 24, 2003          WITT Conference New Orleans          10

CELL/OTD 004440

CELLSITE-11037



June 24, 2003          WITT Conference New Orleans          11



June 24, 2003          WITT Conference New Orleans          12

CELL/OTD 004441

b5



June 24, 2003          WITT Conference New Orleans          13

b5



June 24, 2003          WITT Conference New Orleans          14

CELL/OTD 004442

CELLSITE-11039

b5

b5



June 24, 2003          WITT Conference New Orleans          16

CELL/OTD 004443



# Pen/Trap: Nationwide Effect

- **Can obtain order locally for a device installed in another district (18 U.S.C. 3123(a))**
- **Order is good nationwide, even if providers that carry the communication are located outside of the district (18 U.S.C. 3123(a))**
- **Court issuing the order must have jurisdiction over the offense**

June 24, 2003          WITT Conference New Orleans          17



- **Providers not named in order may demand a certification (18 USC 3123(a))**

June 24, 2003          WITT Conference New Orleans          18

b7E

CELL/OTD 004444

CELLSITE-11041



## Pen/Trap:

- **New reporting requirement where law enforcement uses its own device on a public provider's network pursuant to a pen/trap order (3123(a)(3))**
  - **E.g.: date and time of installation and removal; information collected**
- **No 4yr Sunset onPen/Trap Reports**

June 24, 2003          WITT Conference New Orleans          19

b7E



## Pen/Trap:

- **Actual text triggers reporting when:** "the law enforcement agency implementing an ex parte order under this subsection seeks to do so by installing and using its own pen register or trap and trace device on a packet-switched data network of a provider of electronic communication service to the public" P.L. 107-56, sec. 216

June 24, 2003          WITT Conference New Orleans          20

b7E

CELL/OTD 004445

CELLSITE-11042

b5



June 24, 2003          WITT Conference New Orleans                    21

b5

June 24, 2003          WITT Conference New Orleans          ·          22

CELL/OTD 004448



# Overview

- **The Pen Register and Trap and Trace Statute**
- **Other Amendments to the Wiretap Statute and ECPA**

June 24, 2003      WITT Conference New Orleans      23



# II.  The Computer Trespasser Exception

- **Old law: law enforcement often had to get a wiretap order in order to help victims monitor computer hackers**

b5

- **New law:  new exception to Title III:  18 U.S.C. 2511(2)(I)**
  - **allows interception of "computer trespassers" - i.e. those without authorization to use a computer**

June 24, 2003      WITT Conference New Orleans      24

CELL/OTD 004447

CELLSITE-11044

## II. The Computer Trespasser Exception



b5

[_____] new exception to Title III at 18 U.S.C. 2511(2)(i)

● **Subject to 4-year sunset provision**
  – grandfather clause for pre-sunset offenses

June 24, 2003             WITT Conference New Orleans                25

## Definition of Computer Trespasser

● **"Computer trespasser" defined (18 U.S.C. 2510(21))**
  – Person who accesses "without authorization"
  – Definition continues: "and thus has no reasonable expectation of privacy…"

b5

June 24, 2003             WITT Conference New Orleans                26

CELL/OTD 004448

b5



June 24, 2003          WITT Conference New Orleans          27



## Overview

- **The Pen Register and Trap and Trace Statute**
- **The Computer Trespasser Exception**
- **The Cable Act Fix**
- **Other Amendments to the Wiretap Statute and ECPA**

June 24, 2003          WITT Conference New Orleans          28

CELL/OTD 004449

CELLSITE-11046



# IV. Other Amendments to Title III and ECPA

- **Voice mail fix**
- **Scope of subpoenas under 2703(c)**
- **Voluntary disclosure of information by providers**
- **Nationwide search warrants for e-mail**
- **Voice wiretaps in hacker investigations**

June 24, 2003     WITT Conference New Orleans     29



# Voice Mail Fix

- **Old law: unopened voice mail required a Title III order (18 U.S.C. 2510(1))**
- **Extra problem because of the convergence in technologies**
- **New law: all stored voice is governed by ECPA**
  - **Treat it like e-mail**
  - **Fresh, unopened voice mail: search warrant**
  - **Old or opened: subpoena, 2703(d) order with (delayable) notice**
- **Subject to the 4-year sunset provision**

June 24, 2003     WITT Conference New Orleans     30

CELL/OTD 004450

CELLSITE-11047



# Scope of Subpoenas

- **Old law:  can obtain "basic subscriber information" with a subpoena (18 U.S.C. 2703(c)(1)(C):**
  - name
  - address
  - local and long distance telephone toll billing records
  - telephone number or other subscriber number or identity
  - length of service of a subscriber

June 24, 2003     WITT Conference New Orleans     31



# Subpoena-Broadened Scope

- **New law: all previous categories plus (18 U.S.C. 2703(c)(2)):**
- **Information on credit card/bank account used to pay for an account**
- **"temporarily assigned network address" and "records of session times and durations"**

b5

- **Not subject to 4 yr sunset provision**

June 24, 2003     WITT Conference New Orleans     32

CELL/OTD 004451

CELLSITE-11048



# Voluntary Disclosure By Providers (Part 1)

- **Old law:  providers could disclose content but not non-content records to protect their rights and property**
- **New law:  all voluntary disclosures covered by 18 U.S.C. 2702**
  - **non-public providers can now voluntarily disclose for any reason**
- **Adds disclosures by public providers to protect rights and property (18 U.S.C. 2702(b)(5), (c)(3))**
- **Subject to the 4-year sunset provision**

33



# Voluntary Disclosure by Providers (Part II)

- **Old law:  no explicit provision to allow providers to disclose to protect life and limb**
- **New law:  public providers can disclose <u>content</u> and <u>non-content</u> information in emergencies "involving immediate danger of death or serious physical injury" (18 U.S.C. 2702(b)(6)(C), (c)(4))**
- **Subject to the 4-year sunset provision**

June 24, 2003          WITT Conference New Orleans          34

CELL/OTD 004452

CELLSITE-11049



# Voluntary Disclosure by Providers (Part II)

- **18 USC 2702(b):  Public Provider may voluntarily disclose to law enforcement when:**
  - **USA Patriot Act:  If provider reasonably believes an emergency involving immediate danger of death or serious bodily injury requires disclosure 18 U.S.C. 2702(b)(6)(C).**
  - **Homeland Security Act (P.L. 107-296, §225) further amended USA Patriot Act: "To a Federal, State, or local governmental entity, if the provider, in good faith, believes that an emergency involving danger of death or serious physical injury to any person requires disclosure without delay of <u>communications relating to that emergency</u>." 18 U.S.C 2702(b)(7).**

June 24, 2003          WITT Conference New Orleans          35



# Voluntary Disclosure by Providers (Part II)

- **Assuming emergency situation, LE can provide facts to convince provider that emergency involving danger of death or serious injury exists and provider may disclose.**

  - **Exception applies to content and non-content information (dialing, addressing, routing, signaling, and location)**
  - **REPORTING REQUIREMENT**

b4
b7E

June 24, 2003          WITT Conference New Orleans          36



CELLSITE-11050

b5



June 24, 2003     WITT Conference New Orleans     37



# Q & A

## Associate General Counsel
## Technology Law Unit
## Engineering Research Facility
## FBI Academy Campus USMCB
## Bldg 27958A,  Rm. A-027
## Quantico, VA 22135
## Tel.

June 24, 2003     WITT Conference New Orleans     38

b6
b7C

CELL/OTD 004454

Info

b7E

CELLSITE-11052

For Official Use Only

# CALEA Solutions

b7E

---

For Official Use Only

**Topics**

- Key elements of CALEA

- Various types of Wireless Carrier interconnection configurations

- Further support available from [          ] of [      ]

b6
b7C
b7E

CELL/OTD 004455

CELLSITE-11053





b7E

CELL/OTD 004456

2

CELLSITE-11054



b7E



b7E

CELL/OTD 004457

3

CELLSITE-11055





b7E

b7E



b7E



b7E

CELL/OTD 004459

5



b6
b7C
b7E



b6
b7C
b7E

CELL/OTD 004460

6

CELLSITE-11058



b6
b7C
b7E



b6
b7C
b7E

CELL/OTD 004461

7



b6
b7C
b7E



b3
b7E



b3
b7E



b6
b7C
b7E

CELLSITE-11061



b6
b7C
b7E



b6
b7C
b7E

CELLSITE-11062



b6
b7C
b7E



b6
b7C
b7E

CELL/OTD 004465



b7E



b7E

CELL/OTD 004467

13



b7E



b6
b7C
b7E



CELL/OTD 004468

14



b6
b7C
b7E



b6
b7C
b7E

CELL/OTD 004469

15



b6
b7C
b7E



b7E



b7E

CELL/OTD 004471

CELLSITE-11069

Case 2:12-cr-01605-DLR-BSB   Document 136-15   Filed 05/20/15   Page 93 of 350

CELLSITE-11070



For Official Use Only

# Local Carrier Coverage

b7E



CELL/OTD 004472

For Official Use Only

b7E
b4



CELL/OID 004473

Source:

b4
b7E

CELLSITE-11072

For Official Use Only

b4
b7E



CELL/OTD 004474

Source:

b4
b7E

3

For Official Use Only

b4
b7E



*Source:* 

b4
b7E

4

For Official Use Only



b4
b7E



b4
b7E

*Source:*

5

For Official Use Only

b4
b7E



*Source:* 

b4
b7E

6

For Official Use Only



b4
b7E



*Source:*

b4
b7E

7

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1


Total Deleted Page(s) = 224
Page 6 ~ b6; b7C;
Page 8 ~ b3; b7E;
Page 9 ~ b3; b7E;
Page 10 ~ b3; b7E;
Page 11 ~ b3; b7E;
Page 12 ~ b3; b7E;
Page 13 ~ b3; b7E;
Page 14 ~ b3; b7E;
Page 15 ~ b3; b7E;
Page 16 ~ b3; b7E;
Page 17 ~ b3; b7E;
Page 22 ~ b6; b7C; b7E;
Page 23 ~ b3; b7E;
Page 25 ~ b3; b7E;
Page 28 ~ b6; b7C; b7E;
Page 29 ~ b6; b7C; b7E;
Page 30 ~ b6; b7C; b7E;
Page 31 ~ b6; b7C; b7E;
Page 32 ~ b6; b7C; b7E;
Page 44 ~ b6; b7C; b7E;
Page 52 ~ b3; b7E;
Page 53 ~ b3; b7E;
Page 93 ~ Duplicate;
Page 94 ~ Duplicate;
Page 95 ~ Duplicate;
Page 96 ~ Duplicate;
Page 97 ~ Duplicate;
Page 98 ~ Duplicate;
Page 99 ~ Duplicate;
Page 100 ~ Duplicate;
Page 112 ~ Duplicate;
Page 113 ~ Duplicate;
Page 114 ~ Duplicate;
Page 115 ~ Duplicate;
Page 116 ~ Duplicate;
Page 117 ~ Duplicate;
Page 119 ~ b5; b7E;
Page 120 ~ b5; b7E;
Page 121 ~ b5; b7E;
Page 122 ~ b5; b7E;
Page 123 ~ b5; b7E;
Page 124 ~ b5; b7E;
Page 125 ~ b5; b7E;
Page 126 ~ b5; b7E;
Page 127 ~ b5; b7E;
Page 128 ~ b5; b7E;
Page 129 ~ b5; b7E;
Page 130 ~ b5; b7E;
```

```
Page 131 ~ b5; b7E;
Page 132 ~ b5; b7E;
Page 133 ~ b5; b7E;
Page 134 ~ b5; b7E;
Page 135 ~ b5; b7E;
Page 136 ~ b5; b7E;
Page 137 ~ b5; b7E;
Page 138 ~ b5; b7E;
Page 139 ~ b5; b7E;
Page 140 ~ b5; b7E;
Page 141 ~ Duplicate;
Page 142 ~ Duplicate;
Page 143 ~ Duplicate;
Page 144 ~ Duplicate;
Page 145 ~ Duplicate;
Page 146 ~ Duplicate;
Page 147 ~ Duplicate;
Page 148 ~ Duplicate;
Page 149 ~ Duplicate;
Page 150 ~ Duplicate;
Page 151 ~ Duplicate;
Page 152 ~ Duplicate;
Page 153 ~ Duplicate;
Page 154 ~ Duplicate;
Page 155 ~ Duplicate;
Page 156 ~ Duplicate;
Page 157 ~ Duplicate;
Page 158 ~ Duplicate;
Page 159 ~ Duplicate;
Page 160 ~ Duplicate;
Page 161 ~ Duplicate;
Page 162 ~ Duplicate;
Page 163 ~ Duplicate;
Page 164 ~ Duplicate;
Page 166 ~ b3; b7E;
Page 167 ~ b3; b7E;
Page 168 ~ b3; b7E;
Page 169 ~ b3; b7E;
Page 170 ~ Duplicate;
Page 171 ~ Duplicate;
Page 172 ~ Duplicate;
Page 173 ~ Duplicate;
Page 174 ~ Duplicate;
Page 175 ~ Duplicate;
Page 176 ~ Duplicate;
Page 177 ~ Duplicate;
Page 178 ~ Duplicate;
Page 179 ~ Duplicate;
Page 180 ~ Duplicate;
Page 181 ~ Duplicate;
Page 182 ~ Duplicate;
Page 183 ~ Duplicate;
Page 184 ~ Duplicate;
Page 185 ~ Duplicate;
```

```
Page 186 ~ Duplicate;
Page 188 ~ b3; b4; b7E;
Page 189 ~ b3; b4; b7E;
Page 190 ~ b3; b4; b7E;
Page 191 ~ b3; b4; b7E;
Page 192 ~ b3; b4; b7E;
Page 193 ~ b3; b4; b7E;
Page 194 ~ b3; b4; b7E;
Page 195 ~ b3; b4; b7E;
Page 196 ~ b3; b4; b7E;
Page 197 ~ b3; b4; b7E;
Page 198 ~ b3; b4; b7E;
Page 199 ~ b3; b4; b7E;
Page 200 ~ b3; b4; b7E;
Page 201 ~ b3; b4; b7E;
Page 202 ~ b3; b4; b7E;
Page 203 ~ b3; b4; b7E;
Page 204 ~ b3; b4; b7E;
Page 205 ~ b3; b4; b7E;
Page 206 ~ b3; b4; b7E;
Page 207 ~ b3; b4; b7E;
Page 208 ~ b3; b4; b7E;
Page 209 ~ b3; b4; b7E;
Page 210 ~ b3; b4; b7E;
Page 211 ~ b3; b4; b7E;
Page 212 ~ b3; b4; b7E;
Page 213 ~ b3; b4; b7E;
Page 214 ~ b3; b4; b7E;
Page 215 ~ b3; b4; b7E;
Page 216 ~ b3; b4; b7E;
Page 217 ~ b3; b4; b7E;
Page 218 ~ b3; b4; b7E;
Page 219 ~ b3; b4; b7E;
Page 220 ~ b3; b4; b7E;
Page 221 ~ b3; b4; b7E;
Page 222 ~ b3; b4; b7E;
Page 223 ~ b3; b4; b7E;
Page 224 ~ b3; b4; b7E;
Page 225 ~ b3; b4; b7E;
Page 226 ~ b3; b4; b7E;
Page 227 ~ b3; b4; b7E;
Page 228 ~ b3; b4; b7E;
Page 229 ~ b3; b4; b7E;
Page 230 ~ b3; b4; b7E;
Page 231 ~ b3; b4; b7E;
Page 232 ~ b3; b4; b7E;
Page 233 ~ b3; b4; b7E;
Page 234 ~ b3; b4; b7E;
Page 235 ~ b3; b4; b7E;
Page 236 ~ b3; b4; b7E;
Page 237 ~ b3; b4; b7E;
Page 238 ~ b3; b4; b7E;
Page 239 ~ b3; b4; b7E;
Page 240 ~ b3; b4; b7E;
```

```
Page 241 ~ b3; b4; b7E;
Page 242 ~ b3; b4; b7E;
Page 243 ~ b3; b4; b7E;
Page 244 ~ b3; b4; b7E;
Page 245 ~ b3; b4; b7E;
Page 246 ~ b3; b4; b7E;
Page 247 ~ b3; b4; b7E;
Page 248 ~ b3; b4; b7E;
Page 249 ~ b3; b4; b7E;
Page 250 ~ b3; b4; b7E;
Page 251 ~ b3; b4; b7E;
Page 252 ~ b3; b4; b7E;
Page 253 ~ b3; b4; b7E;
Page 254 ~ b3; b4; b7E;
Page 255 ~ b3; b4; b7E;
Page 256 ~ b3; b4; b7E;
Page 268 ~ b3; b4; b7E;
Page 269 ~ b3; b4; b7E;
Page 270 ~ b3; b4; b7E;
Page 271 ~ b3; b4; b7E;
Page 272 ~ b3; b4; b7E;
Page 273 ~ b3; b4; b7E;
Page 274 ~ b3; b4; b7E;
Page 275 ~ b3; b4; b7E;
Page 276 ~ b3; b4; b7E;
Page 277 ~ b3; b4; b7E;
Page 278 ~ b3; b4; b7E;
Page 279 ~ b3; b4; b7E;
Page 280 ~ b3; b4; b7E;
Page 281 ~ b3; b4; b7E;
Page 282 ~ b3; b4; b7E;
Page 283 ~ b3; b4; b7E;
Page 284 ~ b3; b4; b7E;
Page 285 ~ b3; b4; b7E;
Page 286 ~ b3; b4; b7E;
Page 287 ~ b3; b4; b7E;
Page 288 ~ b3; b4; b7E;
Page 289 ~ b3; b4; b7E;
Page 290 ~ b3; b4; b7E;
Page 291 ~ b3; b4; b7E;
Page 292 ~ b3; b4; b7E;
Page 293 ~ b3; b4; b7E;
Page 294 ~ b3; b4; b7E;
Page 295 ~ b3; b4; b7E;
Page 296 ~ b3; b4; b7E;
Page 297 ~ b3; b4; b7E;
Page 298 ~ b3; b4; b7E;
Page 299 ~ b3; b4; b7E;
Page 300 ~ b3; b4; b7E;
Page 301 ~ b3; b4; b7E;
Page 302 ~ b3; b4; b7E;
Page 303 ~ b3; b4; b7E;
Page 304 ~ b3; b4; b7E;
Page 305 ~ b3; b4; b7E;
```

```
Page 306 ~ b3; b4; b7E;
Page 307 ~ b3; b4; b7E;
Page 308 ~ b3; b4; b7E;
Page 309 ~ b3; b4; b7E;
Page 310 ~ b3; b4; b7E;
Page 311 ~ b3; b4; b7E;
Page 312 ~ b3; b4; b7E;
Page 313 ~ b3; b4; b7E;
Page 314 ~ b3; b4; b7E;
Page 315 ~ b3; b4; b7E;
Page 316 ~ b3; b7E;
Page 317 ~ b3; b7E;
Page 318 ~ b3; b7E;
Page 319 ~ b3; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```



# PROGRAM

# TRAINING COURSE #2

b7E

**APRIL 6-8, 2004**

VA

b7E

CELLSITE-13152

for official use only

b6
b7C
b3
b7E

Page

To: [          ] From:  Investigative Technology
Re:  268-HQ-1068430, 03/22/2004

**Precedence:** PRIORITY          **Date:** 03/22/2004

**To:**                              Attn

**From:**  Investigative Technology
Electronic Surveillance Technology Section, QT-ERF
**Contact:**  SSA

b6
b7C
b7E

**Approved By:**

**Drafted By:**

**Title:**      WIRELESS INERCEPT AND TRACKING TEAM (WITT)

**Synopsis:**     To provide details of [          ] for [          ]
commencing on 04/06/2004 to 04/08/2004 in [          ] Virginia.

**Details:**  The [          ] WITT is tasked with providing FBI field
offices with [          ] llegal guidance, technical
equipment, and technical training necessary for this
[          ] To this end, WITT has organized, established and trained [          ]

b3
b7E

[          ] is hosting a [          ] training course.   The
point-of-contacts for this training are Electronics Engineer (EE)
[          ] and Electronics Technician (ET) [          ] This

b6
b7C
b7E

DTD 001948

CELLSITE-13153

To[          ]From:  Investigative Technology
Re:  268-HQ-1068430, 03/22/2004

training will occur 04/06/2004 through 04/08/2004.  All attendees are requested to travel on Monday 04/05/2004 prior to the training, which starts on Tuesday morning at 8:30 am at the [                          ]Training will be completed Thursday evening, with students having the opportunity to travel back to their field offices on Friday.

b6
b7C
b3
b7E

Hotel reservation can be made at the [                    ]

The Per diem rate is $72 for lodging and $31 for meals.

Class participants are to use [                    ]

Questions can be directed to Supervisory Special Agents [          ]
[          ]o[                    ]

b6
b7C
b7E

CC:  M
     Mr.
     Mr.
     Mr.
     Mr.
     Mr.

◆◆

b6
b7C
b7E
b3

‡ Call [          ]w/ [          ]( Class # )
              #

✓— Need [      ] Provide
✓/# =

ATQ 001848

commencing on 4/6/04 -4/8/04          Page 1

**From:**
**To:**
**Date:**         Wed, Mar 24, 2004, 3:10 PM
**Subject:**                                                      commencing on 4/6/04 -4/8/04

UNCLASSIFIED
NON-RECORD

b3
b6
b7C
b7E

Per SSA                                              please read the attached EC.

If you have any questions, please call me at

UNCLASSIFIED

**CC:**

CELLSITE-13155



b3
b7E

Note — System utilizes

Note —

# Training Guide
# LoggerHead

b3
b7E

CELLSITE-13157

For Official Use Only



b7E

# Training Course #2

VA

April 6 – 8, 2004

b7E

b7E

CELLSITE-13168

CELLSITE-13169

For Official Use Only



# Quick Start Guides

b7E

CELLSITE-13170

For Official Use Only

Solutions

b3
b4
b7E

CELL/010 00564

No

3171

For Official Use Only

# StingRay Quick Reference

b3
b7E

CELL/OTD 00100?

CELLSITE_3174

For Official Use Only

# LoggerHead Quick Reference

b3
b7E

CELL/OTD 001669

LLSITE-13176



For Official Use Only

# Internet Resources

b7E

Agenda

CELLSITE-13183

For Official Use Only

# Welcoming Remarks

b7E

CELLSITE-13184



**For Official Use Only**

# Agenda – Day 1

| Activity | Time | Activity Length | Presenter(s) |
|---|---|---|---|
| Welcoming Remarks | 8:30 – 8:35 am | 5 min | WITT |
| Discussion of Legal Issues | 8:35 – 8:50 am | 15 min | WITT |
| Website Update | 8:50 – 9:00 am | 10 min | |
| Mobile Phone Systems Review | 9:00 – 9:10 am | 10 min | |
| | 9:10 – 9:30 am | 20 min | |
| | 9:30 – 9:50 am | 20 min | WITT |
| **Break** | 9:50 – 10:00 am | 15 min | |
| | 10:00 – 12:00 pm | 2 hrs | WITT |
| **Lunch** | 12:00 – 1:00 pm | 1 hr | |
| | 1:00 – 5:30 pm | 4 hrs 30 min | WITT |

b3
b7E

CELLSITE-13185



For Official Use Only

# Agenda – Day 2

| Activity | Time | Activity Length | Presenter(s) |
|---|---|---|---|
| Day 1 Review (Question and comments) | 8:30 – 8:40 am | 10 min | WITT |
| | 8:40 – 9:00 am | 20 min | |
| | 9:00 – 9:20 am | 20 min | WITT |
| Break | 9:20 – 9:30 am | 10 min | |
| | 9:30 – 12:00 pm | 2 hrs 30 min | WITT |
| Lunch | 12:00 – 1:00 pm | 1 hr | |
| | 1:00 – 5:30 pm | 4 hrs 30 min | WITT |

b3
b7E

CELL/OTD 00190476

CELLSITE-13186



For Official Use Only

# Agenda – Day 3

| Activity | Time | Activity Length | Presenter(s) |
|---|---|---|---|
| Day 2 Review (Questions and comments) | 8:30 – 8:40 am | 10 min | WITT |
| Additional Training | 8:40 – 11:30 pm | 2 hr 50 min | WITT |
| **Lunch** | 11:30 – 1:00 pm | 1 hr 30 min | |
| Additional Training | 1:00 – 3:00 pm | 2 hrs | WITT |
| Wrap-up, Feedback Forms, and Closing Remarks | 3:00 – 3:30 pm | 30 min | WITT |

Legal Issues

CELLSITE-13188

b7E



**For Official Use Only**

# Legal

---

**For Official Use Only**

## Legal Guidelines

- Legal considerations await the OGC's review, analysis, and approval
- Additional Legal and Policy issues being identified
- Updates and reference material will be posted on the WITT web site
- Any specific legal question, guidance, or advice should be referred to your CDC and/or to the OGC





**((•)))**
**Preliminary Issues**

For Official Use Only

- Pen Registers
- Title III
- Search Warrants

b7E

For Official Use Only

b3
b7E

CELLSITE-13190

b7E

b7E



b7E

((IO))
**Effective Tools – WITT Web Site**
For Official Use Only

- PURPOSE:  To provide information, interactive media, and data collection for [ ] and WITT

- ACCESS:  FBINET

- URL [ ]

- NETWORK CLASSIFICATION:  Secret

2

CELL/OTD 004982   1



b3
b7D



b3
b7E

CELLSITE-13193



For Official Use Only

# Mobile Phone Systems Review

b7E

---

For Official Use Only

## Cellular System Concept

- Cellular System allows the reuse of spectrum within a region by employing centrally connected base stations
- Each base station wirelessly connects to multiple mobiles within a designated geographic area (cell)
- Base stations connect to a Mobile Switching Center (MSC) and then to the Public Switched Telephone Network (PSTN)
- The system allows
  - Reuse of spectrum in regions, increasing the capacity of the system over a trunked radio system
  - Mobility of users in the system without loss of connectivity

MSC    PSTN

b7E

2

CELL/OTD 001984





b3
b7E



CELLSITE-13198

((IOI))
ulili

For Official Use Only

b7E

# Introduction to

b7E

---

((IOI))
ulili

For Official Use Only

**Intro to**

* **Frequency Division Multiple Access** (FDMA) uses frequency as the only channel discriminator

frequency

FDMA
time

* **Time Division Multiple Access** (TDMA) uses frequency and time as channel discriminators

frequency

TDMA
time

b3
b7E



b3
b7E



b3
b7E

CELL/OTD 001938

2

For Official Use Only

b7E

b3
b7E

For Official Use Only

b7E

b3
b7E

CELL/OTD 001989

3



b3
b7E



b3
b7E

CELLSITE-13204



b3
b7E

b3
b7E

b3
b7E



b3
b7E



b3
b7E

8

CELLSITE-13207

((·(o)·))
wibt

For Official Use Only

# LoggerHead Overview

b3
b7E

((·(o)·))
wibt

For Official Use Only

## Introduction to LoggerHead

b3
b7E

2

— Loggerhead

CELL/OTD 001995

((IOI))
*WITT*

For Official Use Only

# Who uses TDMA/AMPS?

b3
b7E

((IOI))
*WITT*

For Official Use Only

# LoggerHead Top Panel

b3
b7E

CELL/OTD 001996

2

CELLSITE-13209



((IOI))
**witt**

For Official Use Only

# LoggerHead Setup

b3
b7E

5

((IOI))
**witt**

For Official Use Only

# Modes of Operation

b3
b7E

6

3



CELLSITE-13211

4



b3
b7E



b3
b7E

CELLSITE 1001092

5



b3
b7E



b3
b7E

CELL/OTD 002000

6



b3
b7E



b3
b7E

CELLSITE-13214



CELLSITE-13215

LoggerHead Lab/
Field Exercises

CELLSITE-13216

((°))

**For Official Use Only**

## LoggerHead Lab Exercises

b3
b7E

((°))

**For Official Use Only**

### Introduction

**Goal: Learn LoggerHead operation in a controlled laboratory environment**

b3
b7E

For Official Use Only

**LoggerHead Field Exercises**

b3
b7E

---

For Official Use Only

**Introduction**

**Goal: Learn LoggerHead operation in a simulated case environment**

b3
b7E



b3
b7E

b3
b7E

2

CELLSITE-13219

Intro Tab

b3
b7E

CELLSITE-13220

((1O))
wlth

For Official Use Only

# Introduction to

b7E
b3

---

((1O))
wlth

For Official Use Only

b3
b7E



b3
b7E



b3
b7E

CELL/OTD 002007

2

b3
b7E

5

For Official Use Only

b3
b7E

6

((•))
witt

For Official Use Only.

b3
b7E

7

((•))
witt

For Official Use Only.

b3
b7E

6

CELL/DTD 002000

4



b3
b7E



b3
b7E



CELLSITE-13226



b3
b7E

b3
b7E



b3
b7E



b3
b7E

CELL/OTD 002013

8

CELLSITE-13229

b3
b7E



For Official Use Only

For Official Use Only

b3
b7E

CELL/OTD 002014



b3
b7E



b3
b7E

CELL/OTD: 002015

2



b3
b7E



b3
b7E

CELL/OTD 002016

3

CELLSITE-13232



b3
b7E

b3
b7E



b3
b7E



b3
b7E

CELL/OTD 002015

5





b3
b7E

b3
b7E



CELL/OTD 002019

CELLSITE-13235

b3
b7E

For Official Use Only

For Official Use Only

b3
b7E

CELL/OTD 002020

CELLSITE-13236



For Official Use Only:

b3
b7E

For Official Use Only:

## Introduction

b3
b7E

N

CELLSITE-13238



For Official Use Only

b3
b7E

For Official Use Only

**Introduction**

b3
b7E

CELL/OTD 002022

1





b3
b7E





b3
b7E



CELLSITE-13240

Appendices

CELLSITE-13241

WCDMA Overview

CELLSITE-13242

CELLSITE-13251



b7E

b3
b7E

CELL/OTD 002032
CELLSITE-13252





b3
b7E

b3
b7E

CELL/QTD 002033

2



b3
b7E

b3
b7E

CELLSITE-13254



b3
b7E



b3
b7E

CELLSITE-13255



b3
b7E



b3
b7E

CELL/OTD 002036

5



For Official Use Only

## Scenario 4 -

b3
b7E

For Official Use Only

## Scenario 5 – CALEA Surveillance

b3
b7E

CELL/OTD 002637

6

CELLSITE-13257

((๐))
wibb

For Official Use Only

## Scenario 5 – CALEA Surveillance

b3
b7E

((๐))
wibb

For Official Use Only

## Recent Case Studies – Sample Case 1

**Background:**

b3
b7E

CELL/OTD 002038

CELLSITE-13258



b3
b7E

b3
b7E

CELL/OTD 002039

8

For Official Use Only

# Recent Case Studies – Sample Case 4

**Background:**

b3
b7E

CELLSITE-13260

Case 2:12-cv-01605-DLR-BSB   Document 136-15   Filed 05/20/15   Page 185 of 350

CELLSITE-13268

b7E

CELLSITE-13315

Carrier Information

CELLSITE-13337

Glossary /
Acronyms

CELLSITE-13407

For Official Use Only

# Useful Acronyms

CELL/010 020363

b7E

CELLSITE-13408



For Official Use Only

# Acronyms

**AMPS** – Advanced Mobile Phone Service

**ARFCN** – Absolute Radio Frequency Channel Number

**ATU** – Advanced Telephony Unit

**BCCH** – Broadcast Control CHannel

**BSC** – Base Station Controller

**BSIC** – Base Station Identity Code

**BSID** – Base Station ID

**BTS** – Base Transceiver Station

**CDMA** – Code Division Multiple Access

**DAMPS** – Digital Advanced Mobile Phone Service

**DSSS** – Direct Sequence Spread Spectrum

**DF** – Direction Finding

**ESN** – Electronic Serial Number

**FDMA** – Frequency Division Multiple Access

**GSM** – Global Standard for Mobile Communication

**HLR** – Home Location Register

**iDEN** – Integrated Dispatch Enhanced Network

**IMEI** – International Mobile Equipment Identity

**IMSI** – International Mobile Subscriber Identity

CELL/DTD 002184

CELLSITE-13409



For Official Use Only

# Acronyms Cont'd

**LAC** – Location Area Code

**MCC** – Mobile Country Code

**MIN** – Mobile Identification Number

**MNC** – Mobile Network Code **MIN** – Mobile Identification Number

**MS** – Mobile Station

**MSC/MTSO** – Mobile Switching Center/ Mobile Telephone Switching Office

**NID** – Network IDentification

**PA** – Power Amplifier

**PCS** – Personal Communications Service

**PN** – Psuedo Noise

**PLMN** – Public Land Mobile Network

**PSTN** – Public Switched Telephone Network

**PTT** – Push-To-Talk

**RF** – Radio Frequency

**RSSI** – Received Signal Strength Indication

**SID** – System Identification

**SIM** – Subscriber Identity Module

**TDMA** – Time Division Multiple Access

**TMSI** – Temporary Mobile Subscriber Identity

CELL/OTD 002185

CELLSITE-13410



For Official Use Only

# Acronyms Cont'd

**VLR** – Visitor Location Register

**WITT** – Wireless Intercept and Tracking Team

CELL/DTD 002186



**For Official Use Only**

# Glossary

CELL/OTD 002187

b7E

For Official Use Only

# Glossary

**Access Channel** – Reverse CDMA channel used by mobile stations for communicating to the base station

b3
b7E

**Absolute Radio Frequency Channel Number (ARFCN)** – Number used for describing GSM channels (PCS1900 uses ARFCN's 512-810)

**Advanced Mobile Phone Service (AMPS)** – First U. S. cellular standard; based on analog FDMA technology

**Base [Transceiver] Station (BTS)** – Fixed radio site communicating with mobiles within a geographical area

**Base Station Controller (BSC)** – Interface between base stations and the switch which conveys switch commands to the appropriate base station and base station requests to the switch

**Base Station Identity Code (BSIC)** – Number identifying individual base stations and their capabilities

**Broadcast Control Channel (BCCH)** – Channel used by the base station to send control data to GSM mobiles

**Camped** – When a mobile is not on a call but actively monitoring the paging or control channel

**Cellular Phone** – Portable radio used to communicate wirelessly in a network

**Code Division Multiple Access (CDMA)** – Spread spectrum technology which uses codes to differentiate signals sharing the same frequencies

b3
b7E

**Control Channel** – Radio channel on the forward or reverse link used to send command and requests

CELLSITE-13413



For Official Use Only

# Glossary Cont'd

**Direct Sequence Spread Spectrum** – Technique employed in US cellular CDMA systems which uses codes shared between sender and receiver to spread transmitted data and send over the air

**Direction Finding (DF)** – A technique used to identify the location of a radio signal

**Downlink** – *See* **Forward Link**

**Ec/Io** – Ratio (in dB) between the Pilot Channel signal energy and the total interference in the received bandwidth

**Electronic Serial Number (ESN)** – Unique serial number programmed into the memory of a mobile phone by the manufacturer

**Forward Link** – From the base station to the mobile

**Frequency Division Multiple Access (FDMA)** – Multiplexing technique which uses frequency to distinguish users

**Global Standard for Mobile Communications (GSM)** – Cellular technology utilizing TDMA techniques which originated in Europe

**Handoff** – Process of switching a mobile unit from a voice or control channel of one cell to a new voice or control channel of another cell

**Home Location Register (HLR)** – Database containing mobile subscriber information for locally registered mobiles

**Idle** – *See* **Camped**

**Integrated Dispatch Enhanced Network (iDEN)** – Proprietary cellular technology utilized by Nextel

**Intercept** – Reception of communications between a subject and his serving network

b3
b7E

CELLSITE-13414

CELL/000 01079



For Official Use Only

# Glossary Cont'd

**International Mobile Equipment Identity (IMEI)** – Code uniquely identifying the mobile station hardware

**International Mobile Subscriber Identity (IMSI)** – Method of identifying stations in the land mobile service

**Handoff** – Transferring communication with a mobile station from one base station to another

b3
b7E

**Long PN Code** – 42-bit pseudo-random code used to uniquely identify CDMA mobile stations on the uplink

**Mobile Identification Number (MIN)** – Telephone number associated with a mobile phone

**Mobile Station** – *See* **Cellular Phone**

**Mobile Switching Center (MSC)** – Switch connecting the cellular network to the PSTN which coordinates call routing in a given service area

**Mobile Telephone Switching Office (MTSO)** – *See* **Mobile Switching Center**

**Multipath** - Radio signals from the transmitter arriving at the receiver via a number of different paths

**Neighbor Channel** – One of a group channels that are probable candidates for handoff

**Network Identification (NID)** – Number uniquely identifying a network within a cellular system

**Paging Channel** – Walsh code channel in the CDMA forward channel used for transmission of control information and pages from the base station to the mobile

b3
b7E

CELL/010 00200 CELL

CELLSITE-13415

For Official Use Only



# Glossary Cont'd

**Pilot Channel** – Signal transmitted continuously by CDMA base stations allowing mobiles to acquire base station timing and assess signal quality

**PN Code Offset** – One of 512 time offset versions of the Short PN Code used to identify CDMA base station sectors in a network

**Power Amplifier (PA)** – Provides gain in a transmitter

**Public Switch Telephone Network (PSTN)** – Collection of interconnected voice-oriented public telephone networks

**Radio Frequency (RF)** – Radio signals between 9 kHz-300 GHz

**Registration** – Process by which a mobile station identifies its location and parameters to a base station

**Reverse Link** – From the mobile to the base station

**Short PN Code** – 15-bit pseudo-random code used to uniquely identify CDMA base station sectors in a network

**Short PN Code Offset** – *See* **PN Code Offset**

**Sync Channel** – Walsh code channel 32 in the CDMA forward channel which transports the synchronization message to the mobile

**System Identification (SID)** – Number uniquely identifying a cellular system

**Temporary Mobile Station Identity (TMSI)** – Temporary mobile station identification assigned by the base station

**Time Division Multiple Access (TDMA)** – Multiplexing technique which uses frequency and time to distinguish users

CELLSITE-13416



For Official Use Only

# Glossary Cont'd

**Traffic Channel** – Communicating path between a mobile station and base station used to transport call content and commands

**Uplink** – *See* **Reverse Link**

**Visitor Location Register (VLR)** – Database containing mobile subscriber information for mobiles active in the local system but registered in another cellular system

**Walsh Codes** – 64 orthogonal codes used to define CDMA communication subchannels on the forward link

CELL/OTD 002102

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 85
Page 5 ~ b3; b5; b7E;
Page 6 ~ b1; b3; b5; b7E;
Page 7 ~ b1; b3; b5; b7E;
Page 8 ~ b1; b3; b5; b7E;
Page 9 ~ b5;
Page 10 ~ Duplicate - Finance-12, p. 123 & following;
Page 11 ~ Duplicate - Finance-12, p. 123 & following;
Page 12 ~ Duplicate - Finance-12, p. 123 & following;
Page 13 ~ Duplicate - Finance-12, p. 123 & following;
Page 14 ~ b3; b5; b7E;
Page 15 ~ b1; b3; b5; b7E;
Page 16 ~ b1; b3; b5; b7E;
Page 17 ~ b1; b3; b5; b7E;
Page 18 ~ b5;
Page 19 ~ Duplicate - Finance-11, p. 251-257;
Page 20 ~ Duplicate - Finance-11, p. 251-257;
Page 21 ~ Duplicate - Finance-11, p. 251-257;
Page 22 ~ Duplicate - Finance-11, p. 251-257;
Page 23 ~ Duplicate - Finance-11, p. 251-257;
Page 24 ~ Duplicate - Finance-11, p. 251-257;
Page 25 ~ Duplicate - Finance-11, p. 251-257;
Page 30 ~ Duplicate - Finance-12, p. 21 & following;
Page 31 ~ Duplicate - Finance-12, p. 21 & following;
Page 32 ~ Duplicate - Finance-12, p. 21 & following;
Page 33 ~ Duplicate - Finance-12, p. 21 & following;
Page 34 ~ Duplicate - Finance-12, p. 21 & following;
Page 35 ~ Duplicate - Finance-2, p. 156;
Page 37 ~ b3; b4; b6; b7C; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
Page 40 ~ b3; b4; b7E;
Page 41 ~ b3; b4; b6; b7C; b7E;
Page 42 ~ b3; b4; b7E;
Page 43 ~ b3; b4; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b7E;
Page 48 ~ b3; b4; b7E;
Page 49 ~ b3; b4; b7E;
Page 50 ~ b3; b4; b7E;
Page 65 ~ b3; b4; b6; b7C; b7E;
Page 66 ~ b3; b4; b7E;
Page 67 ~ b3; b4; b7E;
Page 68 ~ b3; b4; b7E;
Page 69 ~ b3; b4; b7E;
Page 70 ~ b3; b4; b7E;
Page 71 ~ b3; b4; b6; b7C; b7E;
```

```
Page 72 ~ b3; b4; b7E;
Page 73 ~ b3; b4; b7E;
Page 74 ~ b3; b4; b7E;
Page 75 ~ b3; b4; b7E;
Page 76 ~ b3; b4; b7E;
Page 77 ~ b3; b4; b7E;
Page 78 ~ b3; b4; b7E;
Page 79 ~ b3; b4; b7E;
Page 80 ~ Duplicate - Finance-1, p. 64;
Page 89 ~ b3; b7E;
Page 90 ~ Duplicate - OTD-Contract-8, p. 67;
Page 91 ~ b3; b7E;
Page 92 ~ b3; b5; b7E;
Page 93 ~ b3; b5; b7E;
Page 94 ~ b3; b5; b7E;
Page 95 ~ b3; b5; b6; b7C; b7E;
Page 96 ~ b3; b5; b7E;
Page 97 ~ b3; b5; b7E;
Page 98 ~ b3; b5; b7E;
Page 99 ~ b3; b5; b6; b7C; b7E;
Page 108 ~ b3; b7E;
Page 109 ~ b3; b4; b7E;
Page 110 ~ b3; b4; b7E;
Page 114 ~ b3; b4; b7E;
Page 115 ~ Duplicate - Finance-11, p. 31;
Page 116 ~ Duplicate - OTD-Contract-8, p. 203;
Page 121 ~ Duplicate - Finance-1, p. 85 & following;
Page 122 ~ Duplicate - Finance-1, p. 85 & following;
Page 123 ~ Duplicate - Finance-1, p. 85 & following;
Page 124 ~ Duplicate - Finance-1, p. 85 & following;
Page 125 ~ Duplicate - Finance-1, p. 85 & following;
Page 128 ~ Duplicate - OTD-Contract-8, p. 203;
Page 152 ~ b1; b3; b7E;
Page 154 ~ b1; b3; b7E;
Page 156 ~ b1; b3; b7E;
Page 157 ~ b1; b3; b7E;
Page 158 ~ b3; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

SECRET//NOFORN/20350708

DMH/rs
ON 10-15-2012

(U) (S//NF) [ ] QUESTIONS:

- (U) Is this a [                    ]
  - Yes, this is a [                    ]

(U) • (S//NF) Is the [                    ] For example: when the system is running a standard [            ]
  - No this is a [                    ]

- (U) Does all [        ] need to be [                    ]
  [                                        ]
  - No, do not [                    ]

- (U) Do you want the ability to [                    ]
  - No, we do not want [                    ]

(U) • (S//NF) Do you want support added to the [                    ]
  - No, but you should be able to [                    ]

- (U) What is the expectation for the SYSTEM [        ] This was not included in the original [        ] SOW or Proposal.
  - [                                        ]

b3
b7E

CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-12-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~//20351216

# ROUGH ORDER OF MAGNITUDE (ROM) ESTIMATE

Supplement 1 to [        ] Task Order

b3
b7E

## FEDERAL BUREAU OF INVESTIGATION

**Derived From: NSISCG-20080301**
**Declassify On: 20351216**

Derived From: NSISCG-20080301
Declassify On: 20351216

~~SECRET~~//20351216

CELLSITE-15879



SECRET//20351216

# FEDERAL BUREAU OF INVESTIGATION

## Supplement 1 to [          ] Task Order

## (U) INTRODUCTION

(U)   (X) This purpose of this paper is to request the vendor to provide Rough Order of Magnitude (ROM) estimate for additional requirements for providing engineering services for the development of products described in the original Statement of Work in the [          ] Task Order.  The following shall provide an overall description of the additional requirements not addressed in the original Statement of Work in the [          ] Task Order.

## (U) DESCRIPTION OF REQUIREMENTS

b3
b7E

(U)   (X) Specifically, the FBI is requesting the vendor to provide ROM estimate for developing, productizing, and delivering additional functionality to the "architecture" or SYSTEM that was previously proposed in the [          ] Task Order. No changes shall be made to the previously agreed upon [          ] Tasking, the enhancement below shall be provided as an addition to the original requirement.

(S)

b1
b3
b7E

Derived From: NSISCG-20080301
Declassify On: 20351216

SECRET//20351216

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-12-2012 BY 65179 DMH/rs



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

19 August 2011

Subject:  ☐Contract☐
New Tasking – ☐

Dear ☐

> Please find enclosed a copy of the Statement of Work (SOW) for engineering services developed by the Federal Bureau of Investigation (FBI).  The FBI is interested in obtaining a proposal for this new task to be performed in accordance with the subject Contract. Contractor shall provide technical and cost proposals to support tasking as set forth in the SOW. Labor rates and similar costs were agreed upon at the award of the Contract, as a result, the Cost Proposal shall be reflective of this. Estimates of hours per labor category are required at a minimum. This SOW provides for an intended new Task Order under the existing ☐ contract; therefore, the FBI does not intend to reimburse the Offeror for any costs incurred in preparing a proposal.

> If there are any question regarding this SOW please submit them to my office within the next five (5) business days. It is therefore requested that your company review the enclosed SOW and if the proposed contract vehicle is appropriate, Cost-Plus Fixed Fee (CPFF), a cost and technical proposal should be submitted in accordance with the terms and conditions of the FBI's Contract prior to but no later than September 6, 2011 at 1:00 PM EST. Unclassified proposals maybe email to ☐ The FBI intends to award this requirement with current year funding. Award is contingent upon receipt of these funds.

> Should you have any questions concerning this matter, please contact me at ☐ ☐ response may be faxed to ☐ secure fax☐

Sincerely,

Contracting Officer

<u>Attached</u>: Statement of Work for ☐ Tasking

b3
b6
b7C
b7E

b3
b6
b7C
b7E

CELLSITE-15908

UNCLASSIFIED//For Official Use Only/Law Enforcement Sensitive

## STATEMENT OF WORK

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-12-2012 BY 65179 DMH/rs

**[ ] Program**

b3
b7E

**[ ] Task Order 1**

# 1   (U//LES) SCOPE

## 1.1   (U//LES) Task Overview

(U//LES) The objective of the [            ] task will be to modify and or adapt the [                                        ] systems to support investigators in [                                        ]

b3
b7E

## 1.2   (U) Task Deliverables

- (U) Weekly Status Report (See Section 3.3)
- (U) Monthly Program Review (See Section 3.3)
- (U) System Testing Plan (See Section 3.2)
- (U) System Demonstration at contractor facility (See Section 3.2)
- (U) Final Technical Summary Report (See Section 3.2)
- (U) [                                        ]

## 1.3   (U//LES) Sub Task 1

(U) The vendor shall perform analysis, modeling, and testing to verify the capability of the [                                        ] This requirement shall include the following:

b3
b7E

a) [                                        ]

b)

c)

d) **(U)** The work performed in this task shall include engineering and prototyping mechanical housings to result in the integration of electrical and mechanical improvements into a single package.

UNCLASSIFIED//For Official Use Only/Law Enforcement Sensitive
1

CELLSITE-15923

UNCLASSIFIED//For Official Use Only/Law Enforcement Sensitive

## 1.4  (U//LES) Sub Task 2

(U//LES) The vendor shall produce a ⬛⬛⬛⬛⬛⬛⬛⬛⬛ that demonstrates ⬛⬛⬛⬛⬛⬛⬛⬛⬛ This requirement shall include:

a)

b)

c)  **(U)** The performance specifications of developments under this task shall be in accordance with ⬛⬛⬛ ⬛⬛⬛⬛⬛⬛

b3
b7E

## 2   (U//LES) Sub Task Milestones and Requirements

## 2.1  (U//LES) Sub Task Milestones

- (U) The initial kick off meeting shall be held no later than 30 days after contract award.
- (U) A Preliminary design review shall be held 2 months after contract award. The vendor shall deliver a PDR report to the Contracting Officer's Technical Representative (COTR) no later than 2 weeks after completion of the meeting.
- (U) A Critical design review shall be held 6 months after contract award. The vendor shall deliver a CDR report to the COTR no later than 2 weeks after completion of the meeting.
- (U//LES) The vendor shall conduct a demonstration / user acceptance test of the ⬛⬛⬛⬛⬛ to the COTR and approved government attendees. The vendor shall deliver a full report of the conduct of the test and user acceptance/rejection with a mitigation plan in the case of COTR rejection. Testing shall be conducted no later than 2 weeks prior to the end of the period of performance.
- (U) The vendor shall deliver an acceptance test plan to the COTR 2 weeks prior to the demonstration / user acceptance test.
- (U//LES) The vendor shall deliver to the COTR a report of analysis, modeling and testing that verifies the capability of the ⬛⬛⬛⬛⬛⬛ ⬛⬛⬛⬛⬛⬛ This report shall not be an assemblage of power point slides, although their use in support of written narrative is acceptable. This report shall be due at the end of the period of performance.
- (U) Transition of deliverables shall be coordinated with the COTR at the end of the period of performance.

b3
b7E

UNCLASSIFIED//For Official Use Only/Law Enforcement Sensitive

CELLSITE-15924

UNCLASSIFIED//For Official Use Only/Law Enforcement Sensitive

## 2.2  (U) Sub Task Requirements

- (U) The vendor shall provide personnel with the requisite knowledge, technical background and skills to successfully complete the tasks described in this SOW. These qualities shall include but are not limited to:
  - ○
  - ○
  - ○
  - ○
  - ○

# 3   (U) Requirements

## 3.1  Security Standards and Regulations

(U) Refer to [ ] Statement of Work section 2.3 for guidance.

(U) SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

b3
b7E

## 3.2  (U) Contractor Furnished Documentation

(U) PDR report (as described in Section 2)
(U) CDR report (as described in Section 2)
(U) Final report of analysis, modeling and testing (as described in Section 2)
(U) Refer to [ ] Statement of Work section 2.6 for any additional documentation not explicitly stated in this SOW.

## 3.3  (U) Status Reporting

(U) Refer to [ ] Statement of Work Section 3.3 for guidance

## 3.4  (U) Formal Meetings

(U) Refer to [ ] Statement of Work Section 3.4 for guidance

CELLSITE-15925

## 3.5  (U) Government Furnished Equipment

(U) The government does not anticipate the need for any Government Furnished Equipment (GFE) on this task. However, if the purchase of equipment is required the vendor shall obtain written authorization from the government Contracting Officer prior to any individual purchase equal to or exceeding $50,000.00. The Contracting Officer may lower or raise the $50,000.00 threshold at his/her discretion. If the CO and COTR approve such a purchase the item shall become property of the government, and as such will be maintained in accordance to currently existing property accountability procedures. The COTR will determine final disposition of any such items at the end of the period of performance of this task.

## 3.6  (U) Period of Performance

(U) The vendor shall propose the most efficient and cost effective schedule to complete this requirement for government consideration. All deliverables and milestones are expected to be proposed at their specified date in the above deliverable / milestone schedule or otherwise adjusted by the vendor and justified. Based on the needs of the government and complexity of the requirement, the government recommends a period no longer than 12 months. This recommended period includes 90 days to allow for review, preparation and submission of deliverables and closeout activities by government personnel.

## 3.7  (U) Place of Performance

(U) The vendor shall perform all work under this task at the vendor's facilities. Therefore the government expects no travel charges.

## 4    (U) Contact Information

## 4.1  (U) Government Points of Contact

- Contracting Officer

  [          ]

  Federal Bureau of Investigation
  Headquarters; Room 6853
  935 Pennsylvania Ave. NW
  Washington, DC 20535

  [          ]

- Contracting Officer's Technical Representative

  [          ]

  ERF Bldg 27958A
  Quantico, VA 22135

  [          ]

b6
b7C

CELLSITE-15926

UNCLASSIFIED//For Official Use Only/Law Enforcement Sensitive

# STATEMENT OF WORK

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-12-2012 BY 65179 DMH/rs

[_____] **Program**

b3
b7E

[_____] **Task Order 1 Rev**

## 1   (U//LES) SCOPE

### 1.1   (U//LES) Task Overview

(U//LES) The objective of the [_____] task will be to modify and or adapt the [_____] systems to support investigators in [_____]

b3
b7E

### 1.2   (U) Task Deliverables

- (U) Weekly Status Report (See Section 3.3)
- (U) System Demonstration at contractor facility (See Section 3.2)
- (U) Final Technical Summary Report (See Section 3.2)
- (U[_____]

### 1.3   (U//LES) Sub Task 1

(U) The vendor shall perform analysis, modeling, and testing to verify the capability of the [_____] This requirement shall include the following:

b3
b7E

a) [_____]

b)

c)

d) **(U)** The work performed in this task shall include engineering and prototyping mechanical housings to result in the integration of electrical and mechanical improvements into a single package.

e) **(U)** The work performed under this task shall serve as the basis for a [_____] It shall leverage

UNCLASSIFIED//For Official Use Only/Law Enforcement Sensitive

1

CELLSITE-15927

UNCLASSIFIED//For Official Use Only/Law Enforcement Sensitive

experience gained from [                          ] but shall not be a

f) **(U)** The work performed under this task shall detail the process required to create an [                          ] that is superior in performance to [                    ]

    I.    (U)
    II.    (U)
    III.    (U)
    IV.    (U)
    V.    (U)

b3
b7E

## 1.4  (U//LES) Sub Task 2

(U//LES) The vendor shall produce a [                    ] that demonstrates [                    ] This requirement shall include:

a)

b)

b3
b7E

c) **(U)** The performance specifications of developments under this task shall be in accordance with Stingray [                    ]

## 1.5  (U//LES) Sub Task 3

(U//LES) The vendor shall provide a proof of concept implementation of an [      ] [                    ]

a) **(U//LES)** The [          ] developed under this task shall provide everything necessary for [                          ] on government owned equipment.

b3
b7E

b) **(U)** Work under this task shall build on prior experience and research gained on vendor IRAD.

c) **(U)** The development requirements shall be in accordance to the eventual use of this [                          ]

## 2  (U//LES) Sub Task Milestones and Requirements

## 2.1  (U//LES) Sub Task Milestones

- (U) The initial kick off meeting shall be held no later than 30 days after contract award.
- (U//LES) The vendor shall conduct a demonstration of the [                ] to the COTR and approved government attendees. The vendor shall deliver a full report of the conduct of the test with a future

UNCLASSIFIED//For Official Use Only/Law Enforcement Sensitive

CELLSITE-15928

mitigation/milestone plan based on the test results and follow on work to productize. Testing shall be conducted no later than 2 weeks prior to the end of the period of performance.

- (U//LES) The vendor shall deliver to the COTR a report of analysis, modeling and testing that verifies the capability of the ☐ ☐ This report shall not be an assemblage of power point slides, although their use in support of written narrative is acceptable. This report shall be due at the end of the period of performance.    **b3  b7E**

- (U) Transition of deliverables shall be coordinated with the COTR at the end of the period of performance.

## 2.2  (U) Sub Task Requirements

- (U) The vendor shall provide personnel with the requisite knowledge, technical background and skills to successfully complete the tasks described in this SOW. These qualities shall include but are not limited to:
  - ○
  - ○
  - ○
  - ○
  - ○

# 3   (U) Requirements

## 3.1  Security Standards and Regulations

(U) Refer to ☐ Statement of Work section 2.3 for guidance.    **b3  b7E**

(U) SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

## 3.2  (U) Contractor Furnished Documentation

(U) Final report of analysis, modeling and testing (as described in Section 2)
(U) Refer to ☐ Statement of Work section 2.6 for any additional documentation not explicitly stated in this SOW.

## 3.3   (U) Status Reporting

CELLSITE-15929

UNCLASSIFIED//For Official Use Only/Law Enforcement Sensitive

(U) Refer to [                    ] Statement of Work Section 3.3 for guidance

b3
b7E

## 3.4  (U) Formal Meetings

(U) Refer to [                    ] Statement of Work Section 3.4 for guidance

## 3.5  (U) Government Furnished Equipment

(U) The government does not anticipate the need for any Government Furnished Equipment on this task. However, if the additional purchase of equipment is required the vendor shall obtain written authorization from the government Contracting Officer prior to any individual purchase equal to or exceeding $50,000.00. The Contracting Officer may lower or raise the $50,000.00 threshold at his/her discretion. If the CO and COTR approve such a purchase the item shall become property of the government, and as such will be maintained in accordance to currently existing property accountability procedures. The COTR will determine final disposition of any such items at the end of the period of performance of this task.

## 3.6  (U) Period of Performance

(U) The vendor shall propose the most efficient and cost effective schedule to complete this requirement for government consideration. All deliverables and milestones are expected to be proposed at their specified date in the above deliverable / milestone schedule or otherwise adjusted by the vendor and justified. Based on the needs of the government and complexity of the requirement, the government recommends a period no longer than 12 months. This recommended period includes 90 days to allow for review, preparation and submission of deliverables and closeout activities by government personnel.

## 3.7  (U) Place of Performance

(U) The vendor shall perform all work under this task at the vendor's facilities. Therefore the government expects no travel charges.

## 4  (U) Contact Information

## 4.1  (U) Government Points of Contact

- Contracting Officer
  [                    ]
  Federal Bureau of Investigation
  Headquarters; Room 6853

b6
b7C

UNCLASSIFIED//For Official Use Only/Law Enforcement Sensitive

4

CELLSITE-15930

UNCLASSIFIED//For Official Use Only/Law Enforcement Sensitive

935 Pennsylvania Ave. NW
Washington, DC 20535

- <u>Contracting Officer</u>'s Technical Representative

ERF Bldg 27958A
Quantico, VA 22135

b6
b7C

UNCLASSIFIED//For Official Use Only/Law Enforcement Sensitive

CELLSITE-15931

UNCLASSIFIED//For Official Use Only/Law Enforcement Sensitive

## STATEMENT OF WORK

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-12-2012 BY 65179 DMH/rs

**Program**

**Task Order 1**

# 1 (U//LES) SCOPE

b3
b7E

## 1.1 (U//LES) Task Overview

(U//LES) The objective of the [         ] task will be to modify and or adapt the [                                        ] to support investigators in [                              ]

## 1.2 (U) Task Deliverables

- (U) Weekly Status Report (See Section 3.3)
- (U) Monthly Program Review (See Section 3.3)
- (U) System Testing Plan (See Section 3.2)
- (U) System Demonstration at contractor facility (See Section 3.2)
- (U) Final Technical Summary Report (See Section 3.2)
- (U)

## 1.3 (U//LES) Sub Task 1

(U) The vendor shall perform analysis, modeling, and testing to verify the capability of the [                              ] This requirement shall include the following:

b3
b7E

a)

b)

c)

d) **(U)** The work performed in this task shall include engineering and prototyping mechanical housings to result in the integration of electrical and mechanical improvements into a single package.

UNCLASSIFIED//For Official Use Only/Law Enforcement Sensitive

CELLSITE-15932

UNCLASSIFIED//For Official Use Only/Law Enforcement Sensitive

## 1.4  (U) Sub Task 2

(U) The vendor shall produce a [                    ] that demonstrates [                    ] This requirement shall include:

a)

b)

c)  **(U)** The performance specifications of developments under this task shall be in accordance with Stingray [                    ]

b3
b7E

# 2   (U) Sub Task Milestones and Requirements

## 2.1  (U) Sub Task Milestones

- (U) The initial kick off meeting shall be held no later than 30 days after contract award.
- (U) A Preliminary design review shall be held 2 months after contract award. The vendor shall deliver a PDR report to the Contracting Officer's Technical Representative (COTR) no later than 2 weeks after completion of the meeting.
- (U) A Critical design review shall be held 6 months after contract award. The vendor shall deliver a CDR report to the COTR no later than 2 weeks after completion of the meeting.
- (U) The vendor shall conduct a demonstration / user acceptance test of the [                    ] to the COTR and approved government attendees. The vendor shall deliver a full report of the conduct of the test and user acceptance/rejection with a mitigation plan in the case of COTR rejection. Testing shall be conducted no later than 2 weeks prior to the end of the period of performance.
- (U) The vendor shall deliver an acceptance test plan to the COTR 2 weeks prior to the demonstration / user acceptance test.
- (U) The vendor shall deliver to the COTR a report of analysis, modeling and testing that verifies the capability of the [                    ] This report shall not be an assemblage of power point slides, although their use in support of written narrative is acceptable. This report shall be due at the end of the period of performance.
- (U) Transition of deliverables shall be coordinated with the COTR at the end of the period of performance.

b3
b7E

## 2.2  (U) Sub Task Requirements

UNCLASSIFIED//For Official Use Only/Law Enforcement Sensitive

CELLSITE-15933

- (U) The vendor shall provide personnel with the requisite knowledge, technical background and skills to successfully complete the tasks described in this SOW. These qualities shall include but are not limited to:
  - ○
  - ○
  - ○
  - ○
  - ○

b3
b7E

# 3   (U) Requirements

## 3.1  Security Standards and Regulations

(U) Refer to _____ Statement of Work section 2.3 for guidance.

(U) SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

## 3.2  (U) Contractor Furnished Documentation

(U) PDR report (as described in Section 2)
(U) CDR report (as described in Section 2)
(U) Final report of analysis, modeling and testing (as described in Section 2)
(U) Refer to _____ Statement of Work section 2.6 for any additional documentation not explicitly stated in this SOW.

b3
b7E

## 3.3  (U) Status Reporting

(U) Refer to _____ Statement of Work Section 3.3 for guidance

## 3.4  (U) Formal Meetings

(U) Refer to _____ Statement of Work Section 3.4 for guidance

## 3.5  (U) Government Furnished Equipment

(U) The government does not anticipate the need for any Government Furnished Equipment (GFE) on this task. However, if the purchase of equipment is required

CELLSITE-15934

UNCLASSIFIED//For Official Use Only/Law Enforcement Sensitive

the vendor shall obtain written authorization from the government Contracting Officer prior to any individual purchase equal to or exceeding $50,000.00. The Contracting Officer may lower or raise the $50,000.00 threshold at his/her discretion. If the CO and COTR approve such a purchase the item shall become property of the government, and as such will be maintained in accordance to currently existing property accountability procedures. The COTR will determine final disposition of any such items at the end of the period of performance of this task.

## 3.6  (U) Period of Performance

(U) The vendor shall propose the most efficient and cost effective schedule to complete this requirement for government consideration. All deliverables and milestones are expected to be proposed at their specified date in the above deliverable / milestone schedule or otherwise adjusted by the vendor and justified. Based on the needs of the government and complexity of the requirement, the government recommends a period no longer than 12 months. This recommended period includes 90 days to allow for review, preparation and submission of deliverables and closeout activities by government personnel.

## 3.7  (U) Place of Performance

(U) The vendor shall perform all work under this task at the vendor's facilities. Therefore the government expects no travel charges.

## 4    (U) Contact Information

## 4.1  (U) Government Points of Contact

- Contracting Officer

  Federal Bureau of Investigation
  Headquarters; Room 6853
  935 Pennsylvania Ave. NW
  Washington, DC 20535

b6
b7C

- Contracting Officer's Technical Representative

  ERF Bldg 27958A
  Quantico, VA 22135

CELLSITE-15935

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-12-2012 BY 65179 DMH/rs



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

22 September 2011

b3
b6
b7C
b7E

Contract: _____
Subject:     Award of _____ Task Order

Good Afternoon _____

Enclosed for you records are copies of all award documentation for engineering services required under Subtask 1 of the _____ Task Order. Documentation includes a copy of SF-30 Modification awarding and funding the Task Order under _____ and Purchase Order _____

b3
b7E

The SOW, formerly identified as _____ Task Order 1, and _____ Cost and Technical proposals are incorporated into the Contract through this modification.

Any questions concerning this matter, please forward to the above address to my attention, e-mail to _____, or you may call me at _____

Sincerely,

b6
b7C

_____
Contracting Officer
Science and Technology Contracts Unit

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-12-2012 BY 65179 DMH/rs

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|
| | 1 | 1 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicble)* |
|---|---|---|---|
| Mod 1 | Sep 22, 2011 | | |

**6. ISSUED BY**    CODE

Federal Bureau of Investigation
Room 6853
935 Pennsylvania Ave. NW
Washington, DC 20535

**7. ADMINISTERED BY** *(if other than Item 6)*    CODE

Same as Item 6.

**8. NAME AND ADDRESS OF CONTRACTOR** *(No., street, county, State and ZIP Code)*

(X)   **9A. AMENDMENT OF SOLICIATION NO.**

**9B. DATED** *(SEE ITEM 11)*

**10A. MODIFICATION OF CONTRACT/ORDER NO.**

[X]   **10B. DATED** *(SEE ITEM 13)*

Sep 15, 2009

b3
b6
b7C
b7E

**CODE**    **FACILITY CODE**

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers    [ ] is extended,    [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a)By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE
DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer
already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this
amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** *(if required)*

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

**CHECK ONE**

**A.** THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

**B.** THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc. )* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

**C.** THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

[X] **D.** OTHER *(Specify type of modification and authority)*
FAR 43.103(a) "Bilateral" and FAR 32.7 "Funding"

**E. IMPORTANT:**   Contractor   [ ] is not,   [X] is required to sign this document and return ___1___ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this modification is to award Subtask 1 of [____] a new Task Order under
the above Contract. This modification provides [_____] for Phase 1; [_____] for Phase 2; and
[_____] of incremental funding for Phase 3 of Subtask 1 through PO [_____] for a total of [_____]
[_____] The Period of Performance for this effort is 9/22/11-5/22/12. The following
documents are hereby incorporated into the Contract: FBI [____] SOW dated 9/1/11 and [_____]
Cost and Technical Proposal documentation dated 9/8/11. All work is to be conducted in
accordance with the SOW and Terms and Conditions of the Contract. Contractor exceeds funding
at own risk. All technical guidance is to come from [_____] COTR. Invoice to COTR.

b3
b4
b6
b7C
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* |
|---|---|
| | Contracting Officer |
| **15B. CONTRACTOR/OFFEROR** | **16B. UNITED STATES OF AMERICA** |
| *(Signature of person authorized to sign)*    **15C. DATE SIGNED** | *(Signature of Contracting Officer)*    **16C. DATE SIGNED** |

**STANDARD FORM 30**   (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-15953

UNCLASSIFIED//FOUO/LES

## *STATEMENT OF WORK*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-12-2012 BY 65179 DMH/rs

### ☐☐☐☐☐☐**Program**

### ☐☐☐☐☐☐**Task Order 2**☐☐☐

## 1   SCOPE

b3
b7E

### 1.1  *Task Overview*

This Task Order requires that the Contractor provide engineering services to the Operational Technology Division's (OTD)☐☐☐☐☐☐☐☐☐☐☐☐ through development and execution of ☐☐☐☐☐☐☐☐☐☐☐☐

The FBI is the principal investigative arm of the United States Department of Justice.  It is charged with gathering and reporting facts, locating witnesses, and obtaining evidence in cases involving Federal jurisdiction.  The mission of the FBI's OTD is to provide forensic services to the FBI and other law enforcement agencies and to support their ability to conduct lawfully authorized electronic surveillance.  To that end, the OTD is engaged in a number of development projects and activities that focus on developing the forensic, collection, surveillance, and tactical communications capabilities required for law enforcement to accomplish its objectives.  The projects supported through the ☐☐☐☐☐☐☐☐☐☐☐☐

The focus of this overall effort is to provide the services required to ☐☐☐☐☐☐☐☐☐☐ to support specific case requirements for ☐☐☐☐☐☐☐ The ☐☐☐☐ shall be designed to ensure FBI ☐☐☐☐☐☐ can effectively ☐☐☐☐☐☐☐☐☐☐☐☐

b3
b7E

The purpose of this SOW is to describe the tasking necessary to support the FBI's requirement to ☐☐☐☐☐☐☐☐☐☐☐The task shall be achieved through engineering support to the ☐☐☐☐

## 1.2  Deliverables: Pre-Award and Post-Award

### 1.2.1 Task Order Proposal Instructions, Pre-Award

As a part of the proposal for this effort, the Contractor shall provide the following documents:
- Project Management Plan (See Section 2.2)

UNCLASSIFIED//FOUO/LES

CELLSITE-15954

UNCLASSIFIED//FOUO/LES

- [          ] Documentation (See Section 1.3.1(a))
- [          ] (Section 1.3.1(a) and 1.3.1 (b))
  - [          ]

## 1.2.2 Task Order Deliverables, Post-Award

The FBI intends to award the following on a firm fixed-price basis:

- [                    ] identified in Section 1.3.1(b) in accordance with the requirements of Section 1.3.1.
- Monthly Status Reporting (See Section 2.2) – to minimize administrative burdens and costs, this information may be provided as part of the ongoing monthly Contract reporting

## 1.3  Category of Efforts

The FBI currently owns [          ] that have been used by [    ] and [    ] for [                    ] in support of FBI investigations.  OTD's [                    ] is also a user of the [                    ] for similar usage but different operational goals than [          ] The FBI's goal is to field all [          ] to the [          ] [                    ] [          ] The Key Areas below detail the FBI's needs that shall at a minimum be met. The Contractor is to provide a technical approach to at a minimum meet these needs and may provide alternative strategies for review.

b3
b7E

## 1.3.1 Key Areas

1.3.1



b3
b7E

CELLSITE-15955

UNCLASSIFIED//FOUO/LES

**1.3.1**



b3
b7E

**1.3.1**

## 2   Requirements

CELLSITE-15956

UNCLASSIFIED//FOUO/LES

## 2.3  Security Standards and Regulations

Refer to [          ] Statement of Work section 2.3 for guidance.

**SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.**

## 2.4  Contractor Furnished Documentation

Refer to [          ] Statement of Work sections 2.6 and 3.2 for guidance.

b3
b7E

Project management plan shall consist of the Contractor's proposed solution to include the composition of required project team, complete task schedule, and total labor and non-labor costs for fully implementing the proposed solution.

*Status Reporting*

Refer to [          ] Statement of Work Section 3.3 for guidance.

## 2.5  Formal Meetings

Refer to [          ] Statement of Work Section 3.4 for guidance.

## 2.6  Government Points of Contact

**FBI Contracting Officer's Technical Representative (COTR)**

[          ]

Federal Bureau of Investigation
Engineering Research Facility
Building 27958A
Quantico, VA  22135

[          ]

**[          ] Technical Point of Contact (TPOC)**

[          ]

Federal Bureau of Investigation
Engineering Research Facility
Building 27958A
Quantico, VA  22135

b3
b6
b7C
b7E

CELLSITE-15957

UNCLASSIFIED//FOUO/LES

## *STATEMENT OF WORK*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-12-2012 BY 65179 DMH/rs

### ☐☐☐ Program

### ☐☐☐ Task Order 2 ☐☐☐

## 1  SCOPE

b3
b7E

### 1.1  *Task Overview*

This Task Order requires that the Contractor provide engineering services to the Operational Technology Division's (OTD)

The FBI is the principal investigative arm of the United States Department of Justice.  It is charged with gathering and reporting facts, locating witnesses, and obtaining evidence in cases involving Federal jurisdiction.  The mission of the FBI's OTD is to provide forensic services to the FBI and other law enforcement agencies and to support their ability to conduct lawfully authorized electronic surveillance.  To that end, the OTD is engaged in a number of development projects and activities that focus on developing the forensic, collection, surveillance, and tactical communications capabilities required for law enforcement to accomplish its objectives.  The projects supported through the

The focus of this overall effort is to provide the engineering services required to ☐☐☐☐☐☐ to support specific case requirements for ☐☐☐☐☐☐ to ensure ☐☐☐☐☐ can effectively ☐☐☐☐☐☐

b3
b7E

The purpose of this SOW is to describe the tasking necessary to support the FBI's requirement to ☐☐☐☐☐ The task shall be achieved through engineering support to the ☐☐☐

## 1.2  Deliverables: Pre-Award and Post-Award

### 1.2.1 Task Order Proposal Instructions, Pre-Award

As a part of the proposal for this effort, the Contractor shall provide the following documents:

CELLSITE-15969

UNCLASSIFIED//FOUO/LES

- Project Management Plan (See Section 2.2)
- ⬚ Documentation (See Section 1.3.1(a))
- ⬚ (Section 1.3.1(a) and (b))

## 1.2.2 Task Order Deliverables, Post-Award

The FBI intends to award the following on a firm fixed-price basis:

- ⬚ identified in Section 1.3.1(b) in accordance with the requirements of 1.3.1.
- Monthly Status Reporting (See Section 2.2) – this information may be provided as part of the ongoing monthly Contract reporting

## 1.3  Category of Efforts

The FBI currently owns ⬚ that have been used by ⬚ and ⬚ for ⬚ in support of FBI investigations.  OTD's ⬚ is also a user of the ⬚ for similar usage but different operational goals than ⬚ The FBI's goal is to field all ⬚ to the ⬚

⬚

⬚ The Key Areas below detail the FBI's needs that shall at a minimum be met. The Contractor is to provide a technical approach to at a minimum meet these needs and may provide alternative strategies for review.

b3
b7E

## 1.3.1 Key Areas

a) ⬚

b3
b7E

CELLSITE-15970

UNCLASSIFIED//FOUO/LES

b3
b7E

## 2   Requirements

## 2.1   Security Standards and Regulations

Refer to [                    ] Statement of Work section 2.3 for guidance.

**SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up**

CELLSITE-15971

UNCLASSIFIED//FOUO/LES

procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

## 2.2  Contractor Furnished Documentation

Refer to [                    ] Statement of Work sections 2.6 and 3.2 for guidance.

Project management plan shall consist of the Contractor's proposed solution to include the composition of required project team, complete task schedule, and total labor and non-labor costs for fully implementing the proposed solution.

*Status Reporting*

Refer to [                    ] Statement of Work Section 3.3 for guidance.

b3
b7E

## 2.3  Formal Meetings

Refer to [                    ] Statement of Work Section 3.4 for guidance.

## 2.4  Government Points of Contact

**FBI Contracting Officer's Technical Representative**

[                    ]

Federal Bureau of Investigation
Engineering Research Facility
Building 27958A
Quantico, VA  22135

[                    ]

[        ] **Technical Point of Contact**

[                    ]

Federal Bureau of Investigation
Engineering Research Facility
Building 27958A
Quantico, VA  22135

[                              ]

b3
b6
b7C
b7E

CELLSITE-15972

UNCLASSIFIED//FOUO/LES

## *STATEMENT OF WORK*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-12-2012 BY 65179 DMH/rs

**Program**

**Task Order 2**

# 1   SCOPE

b3
b7E

## 1.1   *Task Overview*

This Task Order requires that the Contractor provide engineering services to the Operational Technology Division's (OTD)
for the

The FBI is the principal investigative arm of the United States Department of Justice.  It is charged with gathering and reporting facts, locating witnesses, and obtaining evidence in cases involving Federal jurisdiction.  The mission of the FBI's OTD is to provide forensic services to the FBI and other law enforcement agencies and to support their ability to conduct lawfully authorized electronic surveillance.  To that end, the OTD is engaged in a number of development projects and activities that focus on developing the forensic, collection, surveillance, and tactical communications capabilities required for law enforcement to accomplish its objectives.  The projects supported through

The focus of this overall effort is to provide the services required to
to support specific case requirements for
can effectively

b3
b7E

The purpose of this SOW is to describe the tasking necessary to support the FBI's requirement to                          The task shall be achieved through engineering support to the

## 1.2   Deliverables: Pre-Award and Post-Award

### 1.2.1  Task Order Proposal Instructions, Pre-Award

As a part of the proposal for this effort, the Contractor shall provide the following documents:

- Project Management Plan (See Section 2.2)

UNCLASSIFIED//FOUO/LES

CELLSITE-15973

- ☐ Documentation (See Section 1.3.1(a))
- ☐ (Section 1.3.1(a) and (b))
  - ○ ☐

## 1.2.2 Task Order Deliverables, Post-Award

The FBI intends to award the following on a firm fixed-price basis:

- ☐ identified in Section 1.3.1(b) in accordance with the requirements of 1.3.1
- Monthly Status Reporting (See Section 2.2) – to minimize administrative burdens and costs, this information may be provided as part of the ongoing monthly Contract reporting

## 1.3  Category of Efforts

The FBI currently owns ☐ that have been used by ☐ and ☐ for ☐ in support of FBI investigations.  OTD's ☐ is also a user of the ☐ for similar usage but different operational goals than ☐ The FBI's goal is to field all ☐ to the ☐ ☐ The Key Areas below detail the FBI's needs that shall at a minimum be met. The Contractor is to provide a technical approach to at a minimum meet these needs and may provide alternative strategies for review.

b3
b7E

## 1.3.1 Key Areas

b3
b7E

CELLSITE-15974

UNCLASSIFIED//FOUO/LES

b3
b7E

## 2   Requirements

## 2.1   Security Standards and Regulations

Refer to [                    ] Statement of Work section 2.3 for guidance.

**SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.**

CELLSITE-15975

UNCLASSIFIED//FOUO/LES

## 2.2   Contractor Furnished Documentation

Refer to [ ] Statement of Work sections 2.6 and 3.2 for guidance.

Project management plan shall consist of the Contractor's proposed solution to include the composition of required project team, complete task schedule, and total labor and non-labor costs for fully implementing the proposed solution.

*Status Reporting*

Refer to [ ] Statement of Work Section 3.3 for guidance.

b3
b7E

## 2.3   Formal Meetings

Refer to [ ] Statement of Work Section 3.4 for guidance.

## 2.4   Government Points of Contact

**FBI Contracting Officer's Technical Representative**

[ ]

Federal Bureau of Investigation
Engineering Research Facility
Building 27958A
Quantico, VA  22135

[ ]

[ ] **Technical Point of Contact**

[ ]

Federal Bureau of Investigation
Engineering Research Facility
Building 27958A
Quantico, VA  22135

[ ]

b3
b6
b7C
b7E

CELLSITE-15976

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-12-2012 BY 65179 DMH/rs

TR # for [        ] FY13 [        ] @ [    ] A        $                     [        ]

b3
b4
b7E

CELLSITE-15980

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-12-2012 BY 65179 DMH/rs

**Development Tasks**

b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-12-2012 BY 65179 DMH/rs

| Group | Est Time | Contract Type | Est Price | |
|-------|----------|---------------|-----------|---|
|  | 1 week | fixed price | $ | |
|  | 3 weeks | fixed price | $ | |
|  | 1 week | fixed price | $ | |
|  | 1 month | cost plus | $ | |
|  | ? | cost plus | $ | |
|  | 2 weeks | cost plus | $ | |
|  | ? | ? | $ | |
|  | 1 week | fixed price | $ | |

TOTAL        $

b3
b4
b7E

CELLSITE-15982

UNCLASSIFIED//FOUO/LES

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-12-2012 BY 65179 DMH/rs

# STATEMENT OF WORK

## ⬚ Program

## ⬚ Task Order 2 ⬚

## 1   SCOPE

b3
b7E

### 1.1  *Task Overview*

This Task Order requires that the Contractor provide engineering services to the Operational Technology Division's (OTD) ⬚

⬚ for the ⬚

The FBI is the principal investigative arm of the United States Department of Justice.  It is charged with gathering and reporting facts, locating witnesses, and obtaining evidence in cases involving Federal jurisdiction.  The mission of the FBI's OTD is to provide forensic services to the FBI and other law enforcement agencies and to support their ability to conduct lawfully authorized electronic surveillance.  To that end, the OTD is engaged in a number of development projects and activities that focus on developing the forensic, collection, surveillance, and tactical communications capabilities required for law enforcement to accomplish its objectives. ⬚

The focus of this overall effort is to provide the engineering services required to ⬚ to support specific case requirements for ⬚

⬚ can effectively ⬚

b3
b7E

The purpose of this SOW is to describe the tasking necessary to support the FBI's requirement to ⬚ The task shall be achieved through engineering support to the ⬚

## 1.2  Deliverables: Pre-Award and Post-Award

### 1.2.1 Task Order Proposal Instructions, Pre-Award

As a part of the proposal for this effort, the Contractor shall provide the following documents:

CELLSITE-15986

UNCLASSIFIED//FOUO/LES

- Project Management Plan (See Section 2.2)
- ⬚ Documentation (See Section 1.3.1(a))
- ⬚ (Section 1.3.1(a) and (b))

## 1.2.2 Task Order Deliverables, Post-Award

The FBI intends to award the following on a firm fixed-price basis:

- ⬚ identified in Section 1.3.1(b) in accordance with the requirements of 1.3.1.
- Monthly Status Reporting (See Section 2.2) – this information may be provided as part of the ongoing monthly Contract reporting

## 1.3  Category of Efforts

The FBI currently owns ⬚ that have been used by ⬚ and ⬚ for ⬚ in support of FBI investigations.  OTD's ⬚ is also a user of the ⬚ for similar usage but different operational goals than ⬚ The FBI's goal is to field all ⬚ to the ⬚ The Key Areas below detail the FBI's needs that shall at a minimum be met. The Contractor is to provide a technical approach to at a minimum meet these needs and may provide alternative strategies for review.

b3
b7E

## 1.3.1 Key Areas

a)

b3
b7E

UNCLASSIFIED//FOUO/LES

CELLSITE-15987

UNCLASSIFIED//FOUO/LES

b3
b7E

## 2   Requirements

## 2.1  Security Standards and Regulations

Refer to [                    ] Statement of Work section 2.3 for guidance.

**SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.**

CELLSITE-15988

UNCLASSIFIED//FOUO/LES

## 2.2 Contractor Furnished Documentation

Refer to [               ] Statement of Work sections 2.6 and 3.2 for guidance.

Project management plan shall consist of the Contractor's proposed solution to include the composition of required project team, complete task schedule, and total labor and non-labor costs for fully implementing the proposed solution.

*Status Reporting*

b3
b7E

Refer to [               ] Statement of Work Section 3.3 for guidance.

## 2.3 Formal Meetings

Refer to [               ] Statement of Work Section 3.4 for guidance.

## 2.4 Government Points of Contact

**FBI Contracting Officer's Technical Representative**

[          ]

Federal Bureau of Investigation
Engineering Research Facility
Building 27958A
Quantico, VA  22135
[               ]

[      ] **Technical Point of Contact**

b3
b6
b7C
b7E

[               ]

Federal Bureau of Investigation
Engineering Research Facility
Building 27958A
Quantico, VA  22135
[                  ]

CELLSITE-15989

SECRET//NOFORN/20370120

DATE: 10-12-2012
CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-12-2037

# Statement of Work

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

# Task Order 1

# Federal Bureau of Investigation



CELL/OTD    022024

SECRET//NOFORN/20370120

CELLSITE-15996

~~SECRET~~//NOFORN/20370120

# *STATEMENT OF WORK*

# **Task Order 1**

b3
b7E

(U) **1.0   (S//NF) INTRODUCTION**

(S)

(U) **1.1  (S//NF) Project Description and Background**

b1
b3
b7E

(S)

(U) The structure of this statement of work consists of the following: Section 1 provides a broad project description and background of the task requirements; Section 2 details

SECRET//NOFORN/20370120

the specific system requirements, key technology areas, concept of operations, and technical approach; Section 3 lists and describes the tasks to be accomplished; Section 4 lists the deliverables, and Section 5 lists the customer representatives, roles and contact information.

(U) **2.0   (S//NF) Scope**

(U) Within this statement of work, all references to a "system" or "equipment" or [ ] are defined as a product that is [ ]

**2.1 Task Overview**

(S)

**2.1.1  Driving System Requirements**

b1
b3
b7E

(S) 2.1.1.1

2.1.1.2

2.1.1.3

2.1.1.4

2.1.1.5

2.1.1.6

2.1.1.7

2.1.1.8

2.1.1.9

SECRET//NOFORN/20370120

## 2.1.2  Key Technology Area

(S)  **2.1.2.1**

b1
b3
b7E

**2.1.2.2**

(U)  ## 2.2  (S//NF) Concept of Operations

(U) The concept of operations, key assumptions, technical discussion points, challenges and conceptions for each of the following                     shall be presented here for information purpose and discussion to aid in the development effort:

- 
- 
- 
- 

(S)

b1
b3
b7E

SECRET//NOFORN/20370120

(U) **2.2.1 (S//NF) Key Assumptions**

(S) 



(S)

2.2.1.1

2.2.1.2

2.2.1.3

2.2.1.4

2.2.1.5

2.2.1.6

2.2.1.7

2.2.1.8

2.2.1.9

b1
b3
b7E

(U) **2.2.2 (S//NF) Technical Discussion**



b3
b7E

SECRET//NOFORN/20370120



## 2.2.3 Technical Challenges and Conceptions

(S)

b1
b3
b7E

SECRET//NOFORN/20370120

CELL/OTD   022029   CELLSITE-16001

## 3.0 (U) Task Descriptions

(U)   (S//NF) This section describes the tasks to be completed. It is divided into five major areas:

(a) **General Project Tasks** – General project tasks include a kickoff meeting to be conducted at the customer's facility, a general project status review conducted at the midpoint of the project, and a monthly or bi-monthly at the customer's discretion status reports identifying current task status, risks, mitigations, percent complete, expected date of completion, and actual date of completion.

(b) **Platform** – Addition of



(c)

(d)

b3
b7E

(e) **Demonstration** – Conduct a demonstration of a working system at the customer facility to include a

SECRET//NOFORN/20370120

## 4.0   (U) Deliverables

(U) This section describes the deliverable items from the task order.

- (U) Monthly or Bi-Monthly Status Report (at customer discretion)
- (U) Monthly or Bi-Monthly Program Review (at customer discretion)
- (U) Technical Proposal
- (U) System Testing Plan
- (U)                                                                 b3
- (U) System Demonstration at customer facility           b7E
- (U) Final Technical Summary Report

## 4.1  Security Standards and Regulations

**(U) SECURITY STATEMENT:** This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breach of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

## 5.0  Customer Representative



– Contracting Officer

*The following Bureau personnel may be contacted in performance of this work, but are not authorized to negotiate contractual issues:*

b6
b7C

Programmatic and Technical Personnel

a)                      Project Manager/COTR

b)                      Program Manager/Unit Chief

CELL/OTD   022031

CELLSITE-16003

SECRET//NOFORN/20360307

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 10-15-2012
CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-15-2037

b3
b7E

# Contract

## Statement of Work

## Task Order 5

## Federal Bureau of Investigation

CELL/OTD   022016

SECRET//NOFORN/20360307

CELLSITE-16004

SE~~CRE~~T//NOFORN/20360307

# STATEMENT OF WORK

Contract

## Task Order 5

b3
b7E

## 1.0   (S//NF) INTRODUCTION



## 1.1   (S//NF) Project Description and Background

b1
b3
b7E



CELLSITE-16005

SECRET//NOFORN/20360307

(U) The structure of this statement of work consists of the following: Section 1 provides a broad project description and background of the task requirements; Section 2 details the specific system requirements, key technology areas, concept of operations, and technical approach; Section 3 lists and describes the tasks to be accomplished; Section 4 lists the deliverables, and Section 5 lists the customer representatives, roles and contact information.

(U) **2.0   (S//NF) Scope**

(U) Within this statement of work, all references to a "system" or "equipment" or ☐ are defined as a product that is ☐

## 2.1 Task Overview

(S)

### 2.1.1  Driving System Requirements



**2.1.1.1**

**2.1.1.2**

**2.1.1.3**

**2.1.1.4**

**2.1.1.5**

**2.1.1.6**

**2.1.1.7**

**2.1.1.8**

b1
b3
b7E

CELL/OTD   022018

SECRET//NOFORN/20360307

CELLSITE-16006

SECRET//NOFORN/20360307

(S) **2.1.1.9**

## 2.1.2  Key Technology Area

**2.1.2.1**

(S)                                                                                                    b1
                                                                                                       b3
                                                                                                       b7E

**2.1.2.2**

(U) **2.2   (S//NF) Concept of Operations**

(U) The concept of operations, key assumptions, technical discussion points,
challenges and conceptions for each of the following [        ] shall be
presented here for information purpose and discussion to aid in the development effort:

- 
- 
- 
- 

(S)                                                                                                    b1
                                                                                                       b3
                                                                                                       b7E



CELLSITE-16007

SECRET//NOFORN/20360307

(U) **2.2.1 (S//NF) Key Assumptions**

(S)

(S) 2.2.1.1

2.2.1.2

2.2.1.3

2.2.1.4

2.2.1.5

2.2.1.6

2.2.1.7

2.2.1.8

2.2.1.9



b1
b3
b7E

(U) **2.2.2 (S//NF) Technical Discussion**



b3
b7E

CELL/OTD          022020

CELLSITE-16008

SECRET//NOFORN/20360307



b3
b7E

## 2.2.3 Technical Challenges and Conceptions

(S)

b1
b3
b7E

CELLSITE-16009

SECRET//NOFORN/20360307

## 3.0 (U) Task Descriptions

(U)  (S//NF) This section describes the tasks to be completed. It is divided into five major areas:

(a) **General Project Tasks** – General project tasks include a kickoff meeting to be conducted at the customer's facility, a general project status review conducted at the midpoint of the project, and a monthly or bi-monthly at the customer's discretion status reports identifying current task status, risks, mitigations, percent complete, expected date of completion, and actual date of completion.

(b) [                    ] **Platform** – Addition of [                    ]

(c)

(d)

b3
b7E

(e) **Demonstration** – Conduct a demonstration of a working system at the customer facility to include a mixture of [                    ]

CELL/OTD    022022

CELLSITE-16010

SECRET//NOFORN/20360307

## 4.0    (U) Deliverables

(U) This section describes the deliverable items from the task order.

- (U) Monthly or Bi-Monthly Status Report (at customer discretion)
- (U) Monthly or Bi-Monthly Program Review (at customer discretion)
- (U) Technical Proposal
- (U) System Testing Plan
- (U) [                                    ]          b3
                                                     b7E
- (U) System Demonstration at customer facility
- (U) Final Technical Summary Report

## 4.1  Security Standards and Regulations

**(U) SECURITY STATEMENT:** This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

## 5.0  Customer Representative

[                         ] – Contracting Officer          [                              ]

*The following Bureau personnel may be contacted in performance of this work, but are not authorized to negotiate contractual issues:*

b6
b7C

Programmatic and Technical Personnel

a) [                    ] – Project Manager/COTR          [                      ]

b) [                    ] Program Manager/Unit Chief



CELL/OTD    022023

CELLSITE-16011

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE



~~SECRET~~//NOFORN/20360225

DATE: 10-12-2012
CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-12-2037

b3
b7E

# Contract

## Statement of Work

## Task Order 4

# Federal Bureau of Investigation

CELL/OTD     022000



CELLSITE-16012

SECRET//NOFORN/20360225

# *STATEMENT OF WORK*

## Contract

## Task Order 4

b3
b7E

## 1.0   (U) INTRODUCTION

The purpose of this document is to provide the vendor with a statement of work that describes the requirements for the development of an [                    ] The following shall provide an overall description and requirements of the task set forth in this Statement of Work.

## 1.1   (S//NF) Project Description and Background

(S)

b1
b3
b7E

CELL/OTD       022001

CELLSITE-16013

SECRET//NOFORN/20360225

(S)

(U) The structure of this statement of work consists of the following: Section 1 provides a broad project description and background of the task requirements; Section 2 details the specific system requirements, key technology areas, concept of operations, and technical approach; Section 3 lists and describes the tasks to be accomplished; Section 4 lists the deliverables, and Section 5 lists the customer representatives, roles and contact information.

b1
b3
b7E

(U) **2.0   (S//NF) Scope**

(U) Within this statement of work, all references to a "system" or "equipment" or [                    ] are defined as a product that is [                              ]

## 2.1 Task Overview



(S)

### 2.1.1  Driving System Requirements



(S)

2.1.1.1

2.1.1.2

2.1.1.3

2.1.1.4

2.1.1.5

b1
b3
b7E

SECRET//NOFORN/20360225

3

*CELL/OTD*          022002          CELLSITE-16014

SECRET//NOFORN/20360225



**2.1.1.6**

(S)

**2.1.1.7**

**2.1.1.8**

**2.1.1.9**

**2.1.1.10**

**2.1.1.11**

**2.1.1.12**

**2.1.1.13**

**2.1.1.14**

b1
b3
b7E

## 2.1.2  Key Technology Area

**2.1.2.1**

(S)

**2.1.2.2**

**2.1.2.3**

**2.1.2.4**

**2.1.2.5**

**2.1.2.6**

**2.1.2.7**

SECRET//NOFORN/20360225

CELL/OTD        022003   CELLSITE-16015

SECRET//NOFORN/20360225

(S)

b1
b3
b7E

### 2.1.3  Operating Requirements

2.1.3.1

b3
b7E

2.1.3.2

2.1.3.3

2.1.3.4

2.1.3.5    (U) The system shall be logically

(U)  **2.1.4  (S//NF) System Capabilities**

(S)

b1
b3
b7E

(U)  **2.2    (S//NF) Concept of Operations**

(U) The concept of operations and technical approach for each integral function shall be defined as follows. The primary goal of defining each of the integral function is to provide a description of the operating requirements

SECRET//NOFORN/20360225

(U) **2.2.1 (S//NF**



b1
b3
b7E

SECRET//NOFORN/20360225

**2.2.1.8**

b3
b7E

**2.2.1.9** The system performs the following general sequence of operations:



**2.2.1.9.1**

(S)

**2.2.1.9.2**

b1
b3
b7E

**2.2.1.9.3**

**2.2.1.9.4**

SECRET//NOFORN/20360225

**2.2.2.10**   The system performs the following general sequence of operations



**2.2.2.10.1**
(S)

**2.2.2.10.2**

b1
b3
b7E

**2.2.2.10.3**

CELL/OTD   022008   CELLSITE-16020

SECRET//NOFORN/20360225

**2.2.3.11**  (U) The system performs the following general sequence of operations:



**2.2.3.11.1** (S)

**2.2.3.11.2**

b1
b3
b7E

**2.2.3.11.3**

SECRET//NOFORN/20360225

## 3.0    (U) Task Descriptions

(U)   (S//NF) This section describes the tasks to be completed. It is divided into five major areas:

(a) **General Project Tasks** – General project tasks include a kickoff meeting to be conducted at the customer's facility, a general project status review conducted at the midpoint of the project, and a monthly or bi-monthly at the customer's discretion status reports identifying current task status, risks, mitigations, percent complete, expected date of completion, and actual date of completion.

(b)

(c)

(d)



b3
b7E

(e) **Demonstration** – Conduct a demonstration of a working system at the customer facility to include a

CELL/OTD      022014

CELLSITE-16026

SECRET//NOFORN/20360225

## 4.0   (U) Deliverables

(U) This section describes the deliverable items from the task order.

- (U) Monthly Status Report
- (U) Monthly Program Review
- (U) System Power Requirements for ⬚
- (U) System Testing Plan
- (U) ⬚
- (U) System Demonstration at customer facility
- (U) Pictorial system connection diagram
- (U) Final Technical Summary Report

b3
b7E

## 4.1   Security Standards and Regulations

(U) **SECURITY STATEMENT:** This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

## 5.0   Customer Representative

⬚ – Contracting Officer

*The following Bureau personnel may be contacted in performance of this work, but are not authorized to negotiate contractual issues:*

b6
b7C

Programmatic and Technical Personnel

a) ⬚ – Project Manager/COTR

b) ⬚ Program Manager/Unit Chief

*CELL/OTD     022015*

CELLSITE-16027

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 106
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b3; b4; b7E;
Page 5 ~ b3; b4; b7E;
Page 6 ~ b3; b4; b7E;
Page 7 ~ b3; b4; b7E;
Page 8 ~ b3; b4; b7E;
Page 9 ~ b3; b4; b7E;
Page 10 ~ b3; b4; b7E;
Page 11 ~ b3; b4; b7E;
Page 12 ~ b3; b4; b7E;
Page 13 ~ b3; b4; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b4; b7E;
Page 17 ~ b3; b4; b7E;
Page 18 ~ b3; b4; b7E;
Page 19 ~ b3; b4; b7E;
Page 20 ~ b3; b4; b6; b7C; b7E;
Page 21 ~ b3; b4; b6; b7C; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 29 ~ b3; b4; b7E;
Page 30 ~ b3; b4; b7E;
Page 31 ~ b3; b4; b7E;
Page 32 ~ b3; b4; b7E;
Page 33 ~ b3; b4; b7E;
Page 34 ~ b3; b4; b7E;
Page 35 ~ b3; b4; b7E;
Page 36 ~ b3; b4; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
Page 40 ~ b3; b4; b7E;
Page 41 ~ b3; b4; b7E;
Page 42 ~ b3; b4; b7E;
Page 43 ~ b3; b4; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b7E;
Page 48 ~ b3; b4; b7E;
Page 49 ~ b3; b4; b7E;
```

```
Page 50 ~ b3; b4; b7E;
Page 51 ~ b3; b4; b7E;
Page 52 ~ b3; b4; b7E;
Page 53 ~ b3; b4; b7E;
Page 54 ~ b3; b4; b7E;
Page 55 ~ b3; b4; b7E;
Page 56 ~ b3; b4; b7E;
Page 57 ~ b3; b4; b7E;
Page 58 ~ b3; b4; b7E;
Page 59 ~ b3; b4; b7E;
Page 60 ~ b3; b4; b7E;
Page 61 ~ b3; b4; b7E;
Page 62 ~ b3; b4; b7E;
Page 63 ~ b3; b4; b7E;
Page 64 ~ b3; b4; b7E;
Page 65 ~ b3; b4; b6; b7C; b7E;
Page 80 ~ b3; b4; b7E;
Page 81 ~ b3; b4; b6; b7C; b7E;
Page 82 ~ b3; b4; b7E;
Page 83 ~ b3; b4; b6; b7C; b7E;
Page 84 ~ b3; b4; b7E;
Page 85 ~ b3; b4; b7E;
Page 97 ~ b3; b7E;
Page 99 ~ Duplicate;
Page 100 ~ Duplicate;
Page 101 ~ Duplicate;
Page 102 ~ Duplicate;
Page 106 ~ b1; b3; b7E;
Page 108 ~ b1; b3; b7E;
Page 109 ~ b1; b3; b7E;
Page 147 ~ b3; b5; b6; b7C; b7E;
Page 148 ~ b3; b5; b6; b7C; b7E;
Page 149 ~ b3; b5; b6; b7C; b7E;
Page 150 ~ b3; b5; b6; b7C; b7E;
Page 151 ~ b3; b5; b6; b7C; b7E;
Page 152 ~ b3; b5; b6; b7C; b7E;
Page 153 ~ b3; b6; b7C; b7E;
Page 154 ~ b3; b5; b6; b7C; b7E;
Page 158 ~ b3; b5; b6; b7C; b7E;
Page 159 ~ b3; b4; b7E;
Page 160 ~ b3; b4; b7E;
Page 161 ~ b3; b4; b7E;
Page 162 ~ b3; b4; b7E;
Page 163 ~ b3; b7E;
Page 164 ~ b3; b7E;
Page 173 ~ b3; b6; b7C; b7E;
Page 179 ~ b3; b7E;
Page 180 ~ b3; b7E;
Page 184 ~ Duplicate;
Page 185 ~ Duplicate;
Page 190 ~ b3; b6; b7C; b7E;
Page 191 ~ b3; b7E;
Page 202 ~ Duplicate;
Page 203 ~ Duplicate;
```

```
Page 204 ~ Duplicate;
Page 205 ~ Duplicate;
Page 206 ~ Duplicate;
Page 207 ~ Duplicate;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-15-2012 BY 65179 DMH/rs



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

23 May 2011

Subject:

Request for Engineering Change Proposal:

Dear

Please find attached the supplement to the original developed by the Federal Bureau of Investigation (FBI). was awarded under in September of 2010 for these requested engineering services. This enhancement to the original shall be performed in accordance with the Contract. shall provide technical and cost engineering change proposals (ECP) to support this enhancement as set forth in the SOW. Labor rates and similar costs were agreed upon at the award of the contract and Task Order, as a result, the FBI does not anticipate an extensive Cost Proposal. Estimates of hours per labor category are required at a minimum. Additional supporting documentation is also attached and referenced in the SOW enhancement document.

If there are any question regarding this SOW please submit them to my office within the next five (5) business days. It is requested that review the enclosed SOW and if the proposed contract vehicle is appropriate, Cost-Plus Fixed Fee (CPFF), a cost and technical ECP should be submitted in accordance with the terms and conditions of the Contract no later than June 14, 2011 at 1:00 PM EST or sooner. Unclassified proposals shall be emailed to

Should you have any questions concerning this matter, please contact me at the e-mail address above or

Sincerely

Contracting Officer

Attached: Supplemental Statement of Work for

b3
b6
b7C
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-15-2012 BY 65179 DMH/rs

This enhancement to the original [ ] Statement of Work is meant to define the task requested of [ ] the [ ]

## Background

## Description of Required Changes

b3
b7E

The Contractor shall utilize the latest version of the

- 
- 
- 
- 
- 
- 
- 

[ ] shall be responsible for creating the

*Government Furnished Information (GFI)*

As part of this Task Order enhancement documentation the Government will provide the following information:

The Government will furnish

The Government will also provide an

b3
b7E

More details on

Lastly, the Government will provide a

UNCLASSIFIED//FOUO/LES

## *STATEMENT OF WORK*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/rs

## Program

b3
b7E

# 1   SCOPE

## 1.1   *Task Overview*

This Task Order requires that the Contractor provide engineering services to the

The FBI is the principal investigative arm of the United States Department of Justice.  It is charged with gathering and reporting facts, locating witnesses, and obtaining evidence in cases involving Federal jurisdiction.  The mission of the FBI's _____ is to provide _____ to the FBI and other law enforcement agencies and to support their ability to conduct lawfully authorized _____ To that end, the _____ is engaged in a number of development projects and activities that focus on developing the _____ capabilities required for law enforcement to accomplish its objectives.  The projects supported through the _____ are primarily engaged in the accurate collection, processing and presentation of _____

b3
b7E

The focus of this overall effort is to provide the engineering services required to enhance the effectiveness of the _____ to the level necessary to support specific case requirements for _____ These enhancements shall be designed to improve the overall functionality of the _____

b3
b7E

The purpose of this SOW is to describe the tasking necessary to support the FBI's requirement to deliver _____ through engineering support to _____

## 1.2   Deliverables

- Project Management Plan (See Section 2.2)
- Weekly Status Report (See Section 2.3)
- Monthly Program Review (See Section 2.3)
- Final Summary Report (See Section 2.2)

CELLSITE-11152

UNCLASSIFIED//FOUO/LES

## 1.3  Category of Efforts

The FBI currently owns

b3
b7E

The FBI's goal is to provide the field upgraded enhancements to compliment their

### 1.3.1 Key Areas

**Enhancements:   Development tasks**

b3
b7E

**Investigation tasks**

b3
b7E

CELLSITE-11153

UNCLASSIFIED//FOUO/LES

b3
b7E

a) **Special Requirements** – N/A

# 2  Requirements

## 2.1  Security Standards and Regulations

Refer to [ ] Statement of Work section 2.3 for guidance.

**SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.**

## 2.2  Contractor Furnished Documentation

Refer to [ ] Statement of Work sections 2.6 and 3.2 for guidance.

Project management plan shall consist of the Contractor's proposed solution to include the composition of required project team, complete task schedule, and total labor and non-labor costs for fully implementing the proposed solution.

b3
b7E

*Status Reporting*

Refer to [ ] Statement of Work Section 3.3 for guidance.

## 2.3  Formal Meetings

Refer to [ ] Statement of Work Section 3.4 for guidance.

b3
b7E

## 2.4  Government Points of Contact

**FBI Contracting Officer's Technical Representative**

[ ]
Federal Bureau of Investigation
Engineering Research Facility

CELLSITE-11154

UNCLASSIFIED//FOUO/LES

Building 27958A
Quantico, VA  22135

Technical Point of Contact

Federal Bureau of Investigation
Engineering Research Facility
Building 27958A
Quantico, VA  22135

b3
b6
b7C
b7E

UNCLASSIFIED//FOUO/LES
4

CELLSITE-11155

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-15-2012 BY 65179 DMH/rs

I2-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation



| | | |
|---|---|---|
| **Purchase Order for Supplies or Services** | | |

IMPORTANT: Mark all packages and papers with contract and/or order numbers

| 1. Date of Order | 2. O | 3. Mod. No. | 4. Mod. Date | 5. Page No. |
|---|---|---|---|---|
| 06/16/20.. | | 1 | 6/23/11 | |

**6. To Contractor** *(Name, Address and Zip Code):*

**7. Ship to** (Consignee and address, Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958
QUANTICO, VA 2...5.

**8. Issuing Office** (Address correspondence to:)
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, J. E.H.O. BLDG.
WASHINGTON, DC 205-5

**9. Send Invoice to:** (Name, Address and Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958
QUANTICO, VA 22105

b3
b6
b7C
b7E
b4

| 10. Business Classification | 11. F.O.B. Point | 12. Discount Terms |
|---|---|---|
| | DESTINATION | NET 30 DAYS |

**13. Schedule**

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| CONTRACT # | DUE DATE 06/17/2011 | | | | |
| CONTINUATION OF ENGINEERING SERVICES | | | | | |
| INCREMENTAL FUNDING | | SERVICES | | | |
| UNDER THE | ALL SERVICES TO BE PERFORMED | | | | |
| IN ACCORDANCE WITH THE SOW AND TERMS & CONDITIONS OF | | | | | |
| THE CONTRACT. POP: 5/18/11-8/15/11. TECHNICAL GUIDANCE | | | | | |
| IS TO COME FROM THE COTR. INVOICE TO COTR. | | | | | |
| CONTRACTOR EXCEEDS FUNDING AT OWN RISK. | | | | | |
| *************************************************** | | | | | |
| ALL PAYMENTS BY THE GOVERNMENT UNDER THIS ORDER SHALL | | | | | |
| BE MADE BY ELECTRONIC FUNDS TRANSFER (EFT). THE VENDOR | | | | | |
| SHALL PROVIDE THIS INFORMATION ON EACH INVOICE OR | | | | | |
| SUBMIT SF-3881 FORM TO: FBI, COMMERCIAL PAYMENTS UNIT | | | | | |
| RM. 1987, J. EDGAR HOOVER BLDG. | | | | | |
| 935 PENNSYLVANIA AVENUE, NW | | | | | |

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**15. Grand Total**  XXXXXXXXXX

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

**16. United States of America By** *(Signature)*

Point of Contact - Invoice Payment Status:
Commercial Payments Unit

**17. Name** *(Typed)*  XXXXXXXXXX

*Title: Contracting Officer*

**ORIGINAL**

CELLSITE-11156

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation



### Purchase Order for Supplies or Services

IMPORTANT: Mark all packages and papers with contract and/or order numbers

| 1. Date of Order | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. |
|---|---|---|---|---|
| 05/18/2011 | | 1 | 6/23/11 | |

**6. To Contractor** (Name, Address and Zip Code):

**7. Ship to** (Consignee and address, Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA 22135

b3
b6
b7C
b7E
b4

**8. Issuing Office** (Address correspondence to:)
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, DC 20535

**9. Send Invoice to:** (Name, Address and Zip Code)
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA 22135

| 10. Business Classification | 11. F.O.B. Point | 12. Discount Terms |
|---|---|---|
| | DESTINATION | |

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|

IF THIS INFORMATION IS NOT SUPPLIED ON THE INVOICE
THE INVOICE WILL BE CONSIDERED AN IMPROPER INVOICE AND
SHALL BE RETURNED.

A PROPER INVOICE SUBMITTED FOR PAYMENT TO THE FBI MUST
CONTAIN THE FOLLOWING: THE NAME OF THE VENDOR, THE
INVOICE NUMBER, THE CONTRACT OR PURCHASE ORDER NUMBER,
THE INVOICE DATE, DESCRIPTION OF ITEM (WITH LINE ITEM
NUMBER), PRICE AND QUANTITY OF GOODS OR SERVICES
RENDERED, SHIPPING AND/OR PAYMENT TERMS, PAYMENT (ACH
BANKING / ROUTING NUMBER TO ALLOW FOR PAYMENT), CONTACT
NAME, TITLE AND TELEPHONE NUMBER AND ANY OTHER
SUPPORTING DOCUMENTATION AS REQUIRED BY THE
CONTRACT.

ENGINEERING SERVICES

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**15. Grand Total** ➤

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

**Point of Contact - Invoice**
Commercial Payments Uni

**16. United States of America**
By (Signature)

**17. Name** (Typed)

Title: Contracting Officer

**ORIGINAL**

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation



### Purchase Order for Supplies or Services

IMPORTANT: Mark all packages and papers with contract and/or order numbers

| 1. Date of Order | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. |
|---|---|---|---|---|
| 05/18/2011 | | 1 | 6/23/11 | |

**6. To Contractor (Name, Address and Zip Code):**

**7. Ship to (Consignee and address, Zip Code):**
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA 22135

**8. Issuing Office (Address correspondence to):**
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH FBI HQ BLDG.
WASHINGTON, DC 20535

**9. Send Invoice to: (Name, Address and Zip Code):**
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA 22135

b3
b6
b7C
b7E

| 10. Business Classification | 11. F.O.B. Point | 12. Discount Terms |
|---|---|---|
| | DESTINATION | NET 30 DAY |

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| | ************************************************* MOD 1 DATED 6-23-11 PROVIDES FUNDING SERVICES TO BE PROVIDED IN ACCORDANCE WITH TERMS AND CONDITIONS OF THE CONTRACT, SOW, AND DOCUMENTATION, BASED ON THOSE AGREEMENT. CONTRACTOR IS NOT TO EXCEED IN THE COMPLETION OF THIS TASKING. POP FOR FUNDING LINE 5/18/11-8/31/11 INVOICE TO COTR. TECHNICAL GUIDANCE WILL COME FROM THE CONTRACTOR EXCEED FUNDING AT OWN RISK. | | | | |

**14. Type of Order**

☐ **A. Purchase -** Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery -** This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

CONTRACTOR NUMBER

| 15. **Grand Total** ▶ | |
|---|---|

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

Commercial Payments Unit

| 16. United States of America By (Sign | |
|---|---|
| 17. Name (T | |
| Title: Co | |

**ORIGINAL**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-15-2012 BY 65179 DMH/rs



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

12 July 2010

b3
b6
b7C
b7E

Subject:

Dear

    Please find enclosed a copy of the Statements of Work (SOW) for engineering services developed by the Federal Bureau of Investigation (FBI)..

    The FBI is interested in obtaining a proposal for this task to be performed in accordance with the subject Contract. Contractor shall provide technical and cost proposals to support tasking as set forth in the Statement of Work.

    If there are any question regarding this SOW please submit them to my office within the next five (5) business days.

    It is therefore requested that your company review the enclosed SOW and if the proposed contract vehicle is appropriate, Cost-Plus Fixed Fee (CPFF), a cost and technical proposal should be submitted in accordance with the terms and conditions of the FBI's Contract no later than August 2, 2010 1:00 PM EST or sooner. Unclassified proposals maybe email to

    Should you have any questions concerning this matter, please contact me at
response may be faxed to     ecure fax

Sincerely,

Contracting Officer

b3
b6
b7C
b7E

Attached: Statement of Work for

CELLSITE-11159

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-15-2012 BY 65179 DMH/rs



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

23 May 2011

Subject:

Request for Engineering Change Proposal                                    b3
                                                                           b6
                                                                           b7C
Dear                                                                       b7E

Please find attached the supplement to the original _____ Statements of Work (SOW) developed by the Federal Bureau of Investigation (FBI) _____ was awarded under _____ in September of 2010 for these requested engineering services. This enhancement to the original _____ shall be performed in accordance with the Contract. _____ shall provide technical and cost engineering change proposals (ECP) to support this enhancement as set forth in the SOW. Labor rates and similar costs were agreed upon at the award of the contract and Task Order, as a result, the FBI does not anticipate an extensive Cost Proposal. Estimates of hours per labor category are required at a minimum. Additional supporting documentation is also attached and referenced in the SOW enhancement document.

If there are any question regarding this SOW please submit them to my office within the next five (5) business days. It is requested that _____ review the enclosed SOW and if the proposed contract vehicle is appropriate, Cost-Plus Fixed Fee (CPFF), a cost and technical ECP should be submitted in accordance with the terms and conditions of the Contract no later than June 14, 2011 at 1:00 PM EST or sooner. Unclassified proposals shall be emailed to _____

Should you have any questions concerning this matter, please contact me at the e-mail address above or _____

Sincerely,                                                                 b3
                                                                           b6
                                                                           b7C
                                                                           b7E

Contracting Officer

Attached: Supplemental Statement of Work for _____

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-15-2012 BY 65179 DMH/rs



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

22 March 2011

Subject: Engineering Change Proposal -

b3
b6
b7C
b7E

Dear

Please find enclosed a copy of the Statements of Work (SOW) for engineering services to provide an                         under the task previously awarded by the Federal Bureau of Investigation (FBI). This enhancement to the original Task shall be performed in accordance with the subject Contract.        shall provide technical and cost proposals to support this enhancement as set forth in the attached Statement of Work. Because labor rates and similar costs were agreed upon at the award of the contract and Task Order, an extensive Cost Proposal is not anticipated. Estimates of hours per labor category are required at a minimum.

If there are any question regarding this SOW please submit them to my office within the next five (5) business days. It is requested that you the        review the enclosed SOW and if the proposed contract vehicle is appropriate, Cost-Plus Fixed Fee (CPFF), a cost and technical proposal should be submitted in accordance with the terms and conditions of the FBI's Contract prior to but no later than April 7, 2010 1:00 PM EST. Proposals may be submitted through fax at one of the numbers below or through unclassified e-mail a

Should you have any questions concerning this matter, please contact me at         response may be faxed to          secure fax

Sincerely,

b3
b6
b7C
b7E

Contracting Officer

Attached: Enhancement to Statement of Work for

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-23-2012 BY 65179 DMH/rs

6 April 2011

935 Pennsylvania Ave. N.W.
JEH Bldg Room 6853
Washington, D.C. 20535

b3
b6
b7C
b7E

Attention:                    Contracting Officer

Subject:

Reference:      (a)
                (b)

Attachment:                 Taskable Engineering ECP Proposal

Dear

Please see the enclosed ECP proposal for the above referenced item.

For technical questions please contact                    Program Manager at
                      or contact the undersigned

Very truly yours,

Contracts

b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-15-2012 BY 65179 DMH/rs



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

21 March 2011

**Contract:**

**Subject:**          Responses to

b3
b6
b7C
b7E

Good Afternoon

Please accept this letter as the Federal Bureau of Investigation's official acceptance of the
                                        dated 18 March 2011, Revision A.

If there are any questions please do not hesitate to contact my office.

Sincerely,

Contracting Officer
Science and Technology Contracts Unit

1

CELLSITE-11169

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-15-2012 BY 65179 DMH/rs



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

13 July 2010

b3
b6
b7C
b7E

Subject:

Dear

Please find enclosed a copy of the Statements of Work (SOW) for engineering services developed by the Federal Bureau of Investigation (FBI).

The FBI is interested in obtaining a proposal for this task to be performed in accordance with the subject Contract. Contractor shall provide technical and cost proposals to support tasking as set forth in the Statement of Work.

If there are any question regarding this SOW please submit them to my office within the next five (5) business days.

It is therefore requested that your company review the enclosed SOW and if the proposed contract vehicle is appropriate, Cost-Plus Fixed Fee (CPFF), a cost and technical proposal should be submitted in accordance with the terms and conditions of the FBI's Contract prior to but no later than August 3, 2010 1:00 PM EST. Unclassified proposals maybe email to

Should you have any questions concerning this matter, please contact me at
response may be faxed to          secure fax

Sincerely,

Contracting Officer

b3
b6
b7C
b7E

Attached: Statement of Work for

CELLSITE-11170

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-15-2012 BY 65179 DMH/rs

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 1 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICAITON NO. Mod 2 | 3. EFFECTIVE DATE 04/08/11 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|

**6. ISSUED BY**               CODE

Federal Bureau of Investigation

Washington, DC 20535

**7. ADMINISTERED BY (If other than Item 6)**    CODE

Same as Item 6.

**8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)**

(X) **9A. AMENDMENT OF SOLICIATION NO.**

**9B. DATED (SEE ITEM 11)**

**10A. MODIFICATION OF CONTRACT/ORDER NO.**

**10B. DATED (SEE ITEM 11)**
04/07/11

CODE                    FACILITY CODE

b3
b6
b7C
b7E

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a)By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;

or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPIRATION DATA (If required)**

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| ✗ | D. | OTHER (Specify type of modification and authority) FAR 43.103(a) Bilateral and FAR 32.7 Funding |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ___1___ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

The purpose of this modification is to provide incremental funding in the amount of [          ] for services under the [          ] awarded under [          ] and the corresponding SF-30 Mod 1. Services are to be performed in accordance with the SOW, schedule agreed upon at award, Terms and Conditions of [          ] and FY11 Continuing Resolutions. All technical guidance is to come from COTR [          ] Funding for this PO shall be utilized with a POP of 4/8/11-9/30/11; funding from the previous PO shall be exhausted first before utilizing this PO. Contractor exceeds funding at own risk.

b3
b6
b7C
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR _____ (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA _____ (Signature of Contracting Officer) | 16C. DATE SIGNED |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

b3
b6
b7C
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-15-2012 BY 65179 DMH/rs

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation



## Purchase Order for Supplies or Services

IMPORTANT: Mark all packages and papers with contract and/or order numbers

| 1. Date of Order | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. |
|---|---|---|---|---|
| 04/07/2011 | | | | 1 |

**6. To Contractor** *(Name, Address and Zip Code)*:

**7. Ship to** *(Consignee and address, Zip Code)*:
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

**8. Issuing Office** *(Address correspondence to)*:
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEF F.B.I. BLDG.
WASHINGTON, DC  20535

**9. Send Invoice to:** *(Name, Address and Zip Code)*:
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

| 10. Business Classification | 11. F.O.B. Point | 12. Discount Terms |
|---|---|---|
| OTHER LARGE BUSINESS | DESTINATION | NET 30 DAYS |

b3
b6
b7C
b7E
b4

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| CONTRACT | DUE DATE:09/30/2011 | | | | |

ENGINEERING SERVICES –

INCREIMENTAL FUNDING FOR ____ TASKING, ALL SERVICES
TO BE PERFORMED IN ACCORDANCE WITH THE SOW, TERMS &
CONDITIONS OF THE CONTRACT, AND FY11 CR. TECHNICAL
GUIDANCE COMES FROM COTR.  INVOICES TO COTR
CONTRACTOR EXCEEDS FUNDS AT OWN RISK POP 4/8/11-9/30/11
*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*-*
ALL PAYMENTS BY THE GOVERNMENT UNDER THIS ORDER SHALL
BE MADE BY ELECTRONIC FUNDS TRANSFER (EFT).  THE VENDOR
SHALL PROVIDE THIS INFORMATION ON EACH INVOICE OR
SUBMIT SF-3881 FORM TO:  FBI, COMMERCIAL PAYMENTS UNIT
                          RM. 1987, J. EDGAR HOOVER BLDG
                          935 PENNSYLVANIA AVENUE, NW
                          WASHINGTON, DC 20535
IF THIS INFORMATION IS NOT AVAILABLE TO THE GOVERNMENT,
THE INVOICE WILL BE CONSIDERED AN IMPROPER INVOICE AND
SHALL BE RETURNED.

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is subject to the terms and conditions of the above-numbered contract.

**15.**
**Grand Total** XXXXXXXXXX

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

**16. United States of America**
**By** *(Signature)*

**Point of Contact - Invoice Payment Status:**
Commercial Payments Unit -

**17. Name** *(Typed)*          XXXXXXXXXX

*Title: Contracting Officer*

**ORIGINAL**

CELLSITE-11172

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation



## Purchase Order for Supplies or Services

IMPORTANT: Mark all packages and papers with contract and/or order numbers

| 1. Date of Order | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. |
|---|---|---|---|---|
| 04/07/2011 | | | | 2 |

**6. To Contractor** *(Name, Address and Zip Code):*

**7. Ship to** *(Consignee and address, Zip Code):*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

**8. Issuing Office** *(Address correspondence to):*
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6825, JEF F.B.I. BLDG.
WASHINGTON, DC  20535

**9. Send Invoice to:** *(Name, Address and Zip Code):*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

b3
b6
b7C
b7E

| 10. Business Classification | 11. F.O.B. Point | 12. Discount Terms |
|---|---|---|
| OTHER LARGE BUSINESS | DESTINATION | NET 30 DAYS |

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| | ******************************************************<br>A PROPER INVOICE SUBMITTED FOR PAYMENT TO THE FBI MUST CONTAIN THE FOLLOWING: THE NAME OF THE VENDOR; AN INVOICE NUMBER; THE CONTRACT OR PURCHASE ORDER NUMBER; THE INVOICE DATE; DESCRIPTION (I.E. NAME OR ITEM LINE NUMBER), PRICE AND QUANTITY OF GOODS OR SERVICES RENDERED; SHIPPING AND/OR PAYMENT TERMS; TAXPAYER ID#; BANKING / ROUTING NUMBER TO ALLOW EFT PAYMENT; CONTACT NAME, TITLE AND TELEPHONE NUMBER AND ANY OTHER SUBSTANTIATING DOCUMENTATION AS REQUIRED BY THE CONTRACT.<br>******************************************************<br>NOTE:   THE FEDERAL GOVERNMENT IS CURRENTLY OPERATING UNDER A "CONTINUING RESOLUTION" (CR). THIS PURCHASE ORDER HAS BEEN ISSUED FOR AUTHORIZED LIMITED FUNDING UNDER THE TERMS OF A CONTINUING RESOLUTION TO COVER EXPENSES INCURRED BY THE GOVERNMENT DURING THE PERIOD 10/01/10 THROUGH | | | | |

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is subject to the terms and conditions of the above-numbered contract.

**15.**
**Grand Total**  ► XXXXXXXXXXX

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

**16. United States of America**
By *(Signature)*

**Point of Contact - Invoice Payment Status**
Commercial Payments Unit

**17. Name** *(Typed)*    XXXXXXXXXXX

*Title: Contracting Officer*

**ORIGINAL**

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation



## Purchase Order for Supplies or Services

IMPORTANT: Mark all packages and papers with contract and/or order numbers

| 1. Date of Order | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. |
|---|---|---|---|---|
| 04/07/2011 | | | | 3 |

**6. To Contractor** *(Name, Address and Zip Code):*

**7. Ship to** (Consignee and address, Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

**8. Issuing Office** *(Address correspondence to):*
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEF F.B.I. BLDG.
WASHINGTON, DC  20535

**9. Send Invoice to:** (Name, Address and Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

| 10. Business Classification | 11. F.O.B. Point | 12. Discount Terms |
|---|---|---|
| OTHER LARGE BUSINESS | DESTINATION | NET 30 DAYS |

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| | 04/08/11. ADDITIONAL FUNDING IS PENDING FINAL ALLOCATION OF THE FBI'S APPROPRIATION. | | | | b3 b6 b7C b7E b4 |

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**15. Grand Total**  See

CONTRACTOR NUMBER

**Point of Contact - Purchase Order Information:**

Commercial Payments Unit

**ORIGINAL**

CELLSITE-11174

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/rs

**UNCLASSIFIED**
## STATEMENT OF WORK

[            ] **Program**

[            ] **Task Order 1**

b3
b7E

# 1   SCOPE

## 1.1   *Task Overview*

This Task Order requires that the Contractor provide engineering services and operational support to the [            ]

The FBI is the principal investigative arm of the United States Department of Justice.  It is charged with gathering and reporting facts, locating witnesses, and obtaining evidence in cases involving Federal jurisdiction.  The mission of the FBI's [            ] is to provide [            ] to the FBI and other law enforcement agencies and to support their ability to conduct lawfully authorized [            ]  To that end, the [            ] is engaged in a number of development projects and activities that focus on developing the [            ] capabilities required for law enforcement to accomplish its objectives.  The projects supported through the [            ] are primarily engaged in the accurate collection, processing and presentation of [            ]

b3
b7E

The focus of this overall effort is to provide the engineering services required to enhance the functionality of the [            ] necessary to support specific case requirements for [            ]  The systems shall be designed, installed, and tested to assure that the configured system is operationally correct.  The contractor shall support the system installation and remote troubleshooting as required. Quick reaction software development expertise may be required.

b3
b7E

The purpose of this SOW is to describe the tasking necessary to support the FBI's ability to [            ] under specific legal guidelines.   The task shall be achieved through engineering support to the current [            ]

b3
b7E

CELLSITE-11175

UNCLASSIFIED

## 1.2  Deliverables

- Project Management Plan (See Section 2.2)
- Weekly Status Report (See Section 2.3)
- Monthly Program Review (See Section 2.3)
- System Testing Plan (See Section 2.2)
- System Demonstration at contractor facility
- Final Summary Report (See Section 2.2)

## 1.3  Category of Efforts

The FBI currently owns

The FBI's goal is to field a

b3
b7E

studies are intended to provide the FBI with approaches to resolving future issues through

### 1.3.1  Key Areas

a)    It has been determined that the existing systems require certain    ts technical capabilities and operational support.  The contractor shall perform the following

- 
- 
- 

b3
b7E

b)

he contractor shall perform the following system improvements:

- 
- 

- 
- 
- 
- 

b3
b7E

UNCLASSIFIED
2

CELLSITE-11176

UNCLASSIFIED

- [   ]

c) [          ] sees a number of longer term issues that require attention, such as [          ] In order to be mitigating the risks associated with [          ] would require the vendor to perform studies that will help guide future efforts. The contractor shall perform the following studies:

b3
b7E



d) [   ] **Only Requirements** – [   ] has requirements specific to their operational use of [   ] This would perhaps make a [          ] since these capabilities [          ] The contractor shall perform the following:

b3
b7E

- [          ]
- [          ]

# 2   Requirements

## 2.1   Security Standards and Regulations

Refer to [          ] Statement of Work section 2.3 for guidance.

**SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.**

b3
b7E

## 2.2   Contractor Furnished Documentation

Refer to [          ] Statement of Work sections 2.6 and 3.2 for guidance.

Project management plan shall consist of the Contractor's proposed solution to include the composition of required project team, complete task schedule, and total labor and non-labor costs for fully implementing the proposed solution.

CELLSITE-11177

UNCLASSIFIED

## 2.3  Status Reporting

Refer to [                    ] Statement of Work Section 3.3 for guidance.

## 2.4  Formal Meetings

Refer to [                    ] Statement of Work Section 3.4 for guidance.

## 2.5  Government Points of Contact

**FBI Contracting Officer's Technical Representative**

[                                        ]

Federal Bureau of Investigation
Engineering Research Facility
Building 27958A
Quantico, VA  22135

[                    ]

[        ] **Technical Point of Contact**

[                                ]

b3
b6
b7C
b7E

CELLSITE-11178

SECRET//NOFORN/20350401

DATE: 10-15-2012
CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-15-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

# *STATEMENT OF WORK*

**Program**

b3
b7E

Task Order 1

Federal Bureau of Investigation

Derived From: NSISCG-20080201
Declassify On: 20350401

CELLSITE-11180

SECRET//NOFORN/20350629

DATE: 10-15-2012
CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-15-2037

# *STATEMENT OF WORK*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE



**Program**

b3
b7E

Task Order 1

Federal Bureau of Investigation

Derived From: NSISCG-20080301
Declassify On: 20350629

CELLSITE-11185

SECRET//NOFORN/20350629

(U) **1** **(S//NF)  SCOPE**

(S)

b1
b3
b7E

## 1.1  (U//FOUO/LES)  Task Requirement Overview

(U//FOUO/LES) This task is complex and multifaceted; as such it shall be acceptable to approach its completion in phases. Section 3.1 of this Task Order Statement of Work, details the expected phase 1 milestone.

(U//FOUO/LES) All documentation as described in the _____ Statement of Work section 2.6 will be made available for the government.

b3
b7E

(U//FOUO/LES) All requirements as detailed in sections 3.1, 3.2 and 3.3 of the _____ Statement of Work will be included under this Task Order. Weekly status reporting required in section 3.3 of the _____ Statement of Work will be acceptable in an email format and delivered to both the CO and COTR.

## 1.2  (U//FOUO/LES)  Deliverables
- (U//FOUO/LES)  Weekly Status Report (See Section 3.3)
- (U//FOUO/LES)  Monthly Program Review (See Section 3.3)
- (U//FOUO/LES)  System Testing Plan (See Section 3.2)
- (U//FOUO/LES)  _____

- (U//FOUO/LES)  System Demonstration at contractor facility
- (U//FOUO/LES)  Final Technical Summary Report (See Section 3.2)

(S) **1.3**

b1
b3
b7E

SECRET//NOFORN/20350629

CELLSITE-11186

SECRET//NOFORN/20350629

(S)

b1
b3
b7E

(U)  **1.3.1 (S//NF)  Key Technology Areas**

a)  **(U//FOUO/LES)**

b)  **(U//FOUO/LES)**

b3
b7E

c)  **(U//FOUO/LES)**

d)  **(U//FOUO/LES)**

(S)

b1
b3
b7E

(U)  **2  (S//NF)  Concept of Operations**

(S)

b1
b3
b7E

SECRET//NOFORN/20350629

3

CELLSITE-11187

SECRET//NOFORN/20350629

(U//FOUO/LES) The above are generalized categories of

b3
b7E

(U)   **3   (S//NF)  Requirements**

The Contractor shall adhere to the following:

(S)

b1
b3
b7E

(U//FOUO/LES) Figure 1 depicts

b3
b7E

(U//FOUO/LES) The vendor shall

CELLSITE-11189

SECRET//NOFORN/20350629



(S)

b1
b3
b7E

(U//FOUO/LES)  The system shall provide

b3
b7E

(S)

b1
b3
b7E

## 3.1  (U//FOUO/LES) Phase 1 Deliverable Description

(U//FOUO/LES) Phase 1 shall

b3
b7E

CELLSITE-11192

## 3.2  (U//FOUO/LES)  Security Standards and Regulations

(U//FOUO/LES)  Refer to ░░░░░░░░░░░░░░ Statement of Work section 2.3 for guidance.

(U//FOUO/LES)  **SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.**

## 3.3  (U//FOUO/LES)  Contractor Furnished Documentation

(U//FOUO/LES)  Refer to ░░░░░░░░░░░░░░ Statement of Work section 2.6 for list.

b3
b7E

## 3.4  (U//FOUO/LES)  Status Reporting

(U//FOUO/LES)  Refer to ░░░░░░░░░░░░░░ Statement of Work Section 3.3 for guidance

## 3.5  (U//FOUO/LES)  Formal Meetings

(U//FOUO/LES)  Refer to ░░░░░░░░░░░░░░ Statement of Work Section 3.4 for guidance

## 3.6  (U//FOUO/LES)  Government Furnished Equipment

(U//FOUO/LES)  Government shall not supply any equipment for fulfillment of this task.

CELLSITE-11193

SECRET//NOFORN/20350630

DATE: 10-15-2012
CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-15-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

# *STATEMENT OF WORK*

 **Program**

b3
b7E

Task Order 1

# Federal Bureau of Investigation

Derived From: NSISCG-20080301
Declassify On: 20350630

SECRET//NOFORN/20350630

CELLSITE-11194

SECRET//NOFORN/20350630

(U) **1** **(S//NF) SCOPE**

(S)

b1
b3
b7E

## 1.1 *(U//FOUO/LES) Task Overview*

(U//FOUO/LES) Task Order Description (Reference sec 3.8 of _____ SOW):
    (U//FOUO/LES) Capability Task Order
        Sub Task d:

    (U//FOUO/LES) Technology Task Order
        Sub Task number including but not limited to: d,f,i

    (U//FOUO/LES) Engineering Task Order
        Sub Task d: Engineering Development

(U//FOUO/LES) All documentation as described in the _____ Statement of Work section 2.6 will be made available for the government.

(U//FOUO/LES) All requirements as detailed in sections 3.1, 3.2 and 3.3 of the _____ Statement of Work will be included under this Task Order. Weekly status reporting required in section 3.3 will be acceptable in an email format and delivered to both the CO and COTR.

b3
b7E

## 1.2 (U//FOUO/LES) Deliverables

- (U//FOUO/LES) Weekly Status Report (See Section 3.3)
- (U//FOUO/LES) Monthly Program Review (See Section 3.3)
- (U//FOUO/LES) System Testing Plan (See Section 3.2)
- (U//FOUO/LES)

CELLSITE-11195

SECRET//NOFORN/20350630

- (U//FOUO/LES)  System Demonstration at contractor facility
- (U//FOUO/LES)  [                                    ] (See Section 3.2)
- (U//FOUO/LES)  Final Technical Summary Report (See Section 3.2)

**1.3**

(S)



(U)  **1.3.1 (S//NF)  Key Technology Areas**

b1
b3
b7E

(S)

CELLSITE-11196

SECRET//NOFORN/20350630

(S)

(U)   2   (S//NF)  Concept of Operations

(S)



b1
b3
b7E

(U//FOUO/LES) The above are generalized categories

b3
b7E

(S)

b1
b3
b7E

CELLSITE-11197

SECRET//NOFORN/20350630

(S)

(U)  **3   (S//NF)  Requirements**
The Contractor shall adhere to the following:

(S)



b1
b3
b7E

## 3.1  (U//FOUO/LES)  Security Standards and Regulations

(U//FOUO/LES)  Refer to                          Statement of Work section
2.3 for guidance.

b3
b7E

CELLSITE-11198

SECRET//NOFORN/20350630

(U//FOUO/LES)  SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

## 3.2  (U//FOUO/LES)  Contractor Furnished Documentation

(U//FOUO/LES)  Refer to ⬚ Statement of Work section 2.6 for list.

## 3.3  (U//FOUO/LES)  Status Reporting

(U//FOUO/LES)  Refer to ⬚ Statement of Work Section 3.3 for guidance

b3
b7E

## 3.4  (U//FOUO/LES)  Formal Meetings

(U//FOUO/LES)  Refer to ⬚ Statement of Work Section 3.4 for guidance

## 3.5  (U//FOUO/LES)  Government Furnished Equipment

(U//FOUO/LES)  Government shall not supply any equipment for fulfillment of this task.

CELLSITE-11199

SECRET//NOFORN/20350629

DATE: 10-15-2012
CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-15-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

# *STATEMENT OF WORK*

**Program**

b3
b7E

Task Order 1

Federal Bureau of Investigation

Derived From: NSISCG-20080301
Declassify On: 20350629

CELLSITE-11200

SECRET//NOFORN/20350629

(U)  **1  (S//NF)  SCOPE**

(S)

b1
b3
b7E

## 1.1  *(U//FOUO/LES)  Task Overview*

(U//FOUO/LES) Task Order Description (Reference sec 3.8 o[            ]SOW):
    (U//FOUO/LES) Capability Task Order
        Sub Task d:[                                        ]

    (U//FOUO/LES) Technology Task Order

    (U//FOUO/LES) Engineering Task Order
        Sub Task d: Engineering Development

(U//FOUO/LES) All documentation as described in the[            ]
    Statement of Work section 2.6 will be made available for the government.

(U//FOUO/LES) All requirements as detailed in sections 3.1, 3.2 and 3.3 of the
    [            ]Statement of Work will be included under this Task Order.
    Weekly status reporting required in section 3.3 will be acceptable in an
    email format and delivered to both the CO and COTR.

b3
b7E

## 1.2  (U//FOUO/LES)  Deliverables

- (U//FOUO/LES)  Weekly Status Report (See Section 3.3)
- (U//FOUO/LES)  Monthly Program Review (See Section 3.3)
- (U//FOUO/LES)  System Testing Plan (See Section 3.2)
- (U//FOUO/LES[                                                    ]
- (U//FOUO/LES)  System Demonstration at contractor facility
- (U//FOUO/LES)[                                        ](See Section 3.2)
- (U//FOUO/LES)  Final Technical Summary Report (See Section 3.2)

SECRET//NOFORN/20350629

SECRET//NOFORN/20350629



**1.3**

(S)

(U)  **1.3.1 (S//NF)  Key Technology Areas**

(S)

b1
b3
b7E

(U)  **2   (S//NF)  Concept of Operations**

(S)

CELLSITE-11202

SECRET//NOFORN/20350629

(S)



b1
b3
b7E

(U//FOUO/LES) The above are generalized categories of

b3
b7E

(S)

b1
b3
b7E

(U) **3   (S//NF)  Requirements**
The Contractor shall adhere to the following:

(S)

SECRET//NOFORN/20350629

CELLSITE-11203

SECRET//NOFORN/20350629

(S)



b1
b3
b7E

## 3.1  (U//FOUO/LES)  Security Standards and Regulations

(U//FOUO/LES)  Refer to [                    ] Statement of Work section
2.3 for guidance.

b3
b7E

(U//FOUO/LES)  SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.



CELLSITE-11204

SECRET//NOFORN/20350629

## 3.2  (U//FOUO/LES)  Contractor Furnished Documentation

(U//FOUO/LES)  Refer to [          ] Statement of Work section 2.6 for list.

## 3.3  (U//FOUO/LES)  Status Reporting

(U//FOUO/LES)  Refer to [          ] Statement of Work Section 3.3 for guidance

b3
b7E

## 3.4  (U//FOUO/LES)  Formal Meetings

(U//FOUO/LES)  Refer to [          ] Statement of Work Section 3.4 for guidance

## 3.5  (U//FOUO/LES)  Government Furnished Equipment

(U//FOUO/LES)  Government shall not supply any equipment for fulfillment of this task.

CELLSITE-11205

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/rs

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/rs

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications



b3
b7E

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

14.

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/rs

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

CELLSITE-11214

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 10-16-2012
CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-16-2037

SECRET//NOFORN/20350825

**Technical Questions:**

Reference Documents
- Doc A.            Technical Proposal
- Doc B
  Statement of Work

b3
b7E

Clarifications

(S)



b1
b3
b7E

(U//FOUO)  2.  Section 2.0 – Scope of Work, paragraph 3, states these tasks are based on

b3
b7E

(S)

b1
b3
b7E

SECRET//NOFORN/20350825

CELLSITE-11215

SECRET//NOFORN/20350825

(S)

- (U//FOUO) Please clarify

(S)

- (U//FOUO) Please clarify

b1
b3
b7E

- (U//FOUO) Please clarify

(S)

(U//FOUO) 3. Section 3.1 – Assumptions, paragraph 1, states that since this

b3
b7E

- Please provide a

(S)

b1
b3
b7E

(U//FOUO) 5. Section 2.2 -

b3
b7E

SECRET//NOFORN/20350825

SECRET//NOFORN/20350825



(S)                                                                          b1
                                                                             b3
                                                                             b7E

(U//FOUO)  6.  Section 2.4                                                   b3
                                                                             b7E

(S)                                                                          b1
                                                                             b3
                                                                             b7E

CELLSITE-11217

SECRET ✗

CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-16-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**Technical Questions:**

(U//FOUO/LES) ☐ Cost Proposal, August 16th 2010:

(U//FOUO/LES) 12.0 Task Pricing

(S)

(U//FOUO/LES) 14.0 Phase I summary

(S)

b1
b3
b7E

(U//FOUO/LES) 15.4 Phase II systems subtask 5: manual production

(S)

(U//FOUO/LES) 16.3 Phase III system subtask 3

(S)

(U) (S//NF ☐ Technical Proposal. August 16th 2010:

(U//FOUO) 1. 2.2.3

(S)

(U//FOUO/LES) 3.1.2.1

(S)

b1
b3
b7E

(U//FOUO/LES) 3.1.3 Verify that

(S)

(U//FOUO/LES) 3.2.2.1

(S)



SECRET ✗

SECRET



(S)

b1
b3
b7E

(U//FOUO/LES)  3.4.5 and 3.4.6:

(S)

(U//FOUO/LES) 4.2 Availability to Other Users

b3
b7E

(S)

b1
b3
b7E

SECRET

CELLSITE-11219

SECRET

DATE: 10-16-2012
CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-16-2037

**Technical Questions:**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b3
b7E

Reference Documents
(U)
(S//NF)  Doc A. [          ] Technical Proposal
(S//NF)  Doc B. [                    ] Task Order 1 SOW
(S//NF)  Doc C. [                    ] Task Order 1 SOW

(U)  *Clarifications:  (S//NF)  All Sections 4-7 apply to both Doc B and Doc C to provide the FBI with*

(S)

b1
b3
b7E

SECRET

SECRET

(S)

(U//FOUO//LES) 8. Section 3.0 - Deliverables, item 4, states that

b1
b3
b7E

(S)



SECRET

CELLSITE-11221

SECRET//NOFORN/20350825

CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-16-2037

**Cost Proposal Clarifications**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

Reference Documents
- (U//FOUO) Doc A, _____ Cost Proposal, August 09, 2010.
- (U) (S//NF) Doc B, _____
  Statement of Work

Clarifications

(U) 1. Section 10.0 – Conditions and Assumptions, item 6, states ____ is          b3
                                                                                  b7E



- (U) Please clarify and submit the said "separate cover" fo____



(U) 2. Section 10.0 – Conditions and Assumptions, item 7, states, ____



(S)
                                                                                  b1
                                                                                  b3
                                                                                  b7E



(U) 3. Section 10.0 – Conditions and Assumptions, item 8, states, ____ will

____ As such ____ requires ____
with respect to ____

- (U) Please identify any products considered ____ or produced on

  Describe any relation to government funding that was input if any.  Include
  also, clarifications of work considered ____ that was funded
  outside of previous Gov't funded ____                                           b3
                                                                                  b7E
- (U) Please clarify how this statement, which includes no delivery of



SECRET//NOFORN/20350825

CELLSITE-11222

SECRET//NOFORN/20350825

(U)  4.  Section 10.0 – Conditions and Assumptions, item 9, states, "No estimates have been included for providing Contractor team member working notes called out in Paragraph 2.6(f).  Note; this is not a standard practice. [          ] will assess the cost and schedule impact if this review is required.

- (U)  Please clarify the approach that shall be taken, as well as the assessment of costs/schedules associated.

(U) 5.  Section 10.0 – Conditions and Assumptions, item 18, states, "The proposed price for the study options assumes that the option will be exercised at the same time as the base award in order for it to be completed, with the base program period of performance.

- (U)  Please clarify impacts to overall program, should the FBI not consider the "optional" study, or exercised at a later date.

(U)  6.  Section 10.0 – Conditions and Assumptions, item 19, states, "This proposal assumes [          ] will have the right to incorporate any results of this program into its commercial products as applicable.



(S)

b1
b3
b7E

(U)  7.  Section 10.0 – Conditions and Assumptions, item 21, states "This proposal schedule was prepared considering [                    ]          (current [          ] internal developments) will be available per our current internal schedule to support this effort.  If any deviations occur these will be assessed and addressed with the **Customer.**

b3
b7E

(S)

b1
b3
b7E

SECRET//NOFORN/20350825

CELLSITE-11223

SECRET//NOFORN/20350825

(S)

b1
b3
b7E

(U) 8.  Section 10.0 – Conditions and Assumptions, item 28, states "The Customer will provide as

b3
b7E

- (U)  Please clarify who the Customer is, as the FBI is considered the Sponsor for this task.

(S)

b1
b3
b7E

(U) 9.  Doc A, Page 26, under section entitled" SUBTASK: #1

b3
b7E

- (U)  Please clarify the use of term

SECRET//NOFORN/20350825

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs

Phone call w [ ] on 8/10/10 @ 2:45

Called to let me know she'll be providing a spreadsheet w/ changes/mods for POs – some of the pricing we're using isn't the best pricing. They included GSA and Contract pricing and allowed us to use whatever was "cheapest." We used contract pricing not knowing there were two price lists. She calculates approximately [ ] in changes – credits.

[ ] is also working on one consolidated price list for the contract to avoid future confusion. She has suggested that we do a quote per order to ensure most up to date pricing [ ] sees this as a potential administrative burden if pricing has already been established.

[ ] also is under the impression that if the GSA contract pricing adjusts (something allowable under the GSA Contract vehicle) we would be able to take advantage of lower prices or pay more if prices went up, [ ] informed her that that is NOT how FFP contracts work. Both parties will look into this before making final determinations. [ ] needs to discuss w/ OGC the feasibility of having "2 contracts" under one and the ability to change pricing mid stream like that on an FFP contract.

[ ] noted that each cost proposal on the TOs had lengthily conditions and assumptions [ ] said these were inserted per the original contract. Reference 2.6 is from the original SOW for the contract.

b3
b6
b7C
b7E

CELLSITE-11225

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs

**Contract Meeting** – **Project Status Reports and Planning,** ▯ **Contract Mods**

**Contract** ▯

**Date:** 6/23/10 at ▯

**Attendees:** ▯

b3
b6
b7C
b7E

**Topics: 6-23-10**

- Project Status Reports
  - ○ ▯ wants 2 slides per project 1) project status and 2) project plan (w/ start date) and wants ▯ to identify key personnel on each.
  - ○ Comments: presentations were too lengthy, repeated information presented in March and April of 2010 ▯
    ▯ in ▯ internal initiative on equipment progress
  - ○ Projecting all ▯ by late July 2010
  - ○ ▯ informed that condensed version will be made available to ▯
    - ▪ ▯ received assurance that new ▯ can be added to ▯ and can ▯ as needed
  - ○ Off Topic Presentations:
    - ▪ ▯
    - ▪ WITT conference discussed products and Q&A with field

b3
b6
b7C
b7E

- Space for work:
  - ○ Identified FBI designated space for classified work to begin – includes equipment to start work and storage, ▯
  - ○ Space is currently "restricted" until our security personnel can approve it as ▯
    ▯ security personnel should be approving the space for use by 6/25
    - ▪ Need a ▯ – closest "approved ▯ is in offsite ▯
- Statements of Work
  - ○ ▯ has many questions – information within is unclear, need "scope definition," ▯
    ▯ SOW lacks clarity and teeth – no "shall" within SOW.
    ▯ thinks they are asking for more detail than required – he should provide definition of an end result and it's ▯ responsibility to do the "how"
  - ○ All questions and secure information should go through ▯ to track SOW changes
  - ○ ▯ can turn around a technical and cost proposal within 2-3 weeks

b3
b6
b7C
b7E

- Contracting Matters
  - ○ COs decided to retract all services funding ▯ as SOWs were unclear, new contract with new "starting points" for all Tasks – cannot use previous SOW ▯ will need to send TO Letter to ▯ for each SOW to gain technical and cost proposals and define new scope per project.
  - ○
  - ○ ▯

1

- ▪ [redacted] personnel and [redacted] met to discuss and identify classified [redacted] unclassified technical requirements
- ▪ [redacted] stated all personnel are now secret-cleared through at least one other agency and those that should be working with us have been put in for [redacted]
  - o [redacted] audited [redacted] forward pricing rates and required recalculation – removed "study" pricing to include "development" pricing
    - ▪ Requiring additional [redacted] for adjustment on [redacted] for [redacted] original estimate was below [redacted] informed [redacted] they needed to rethink this request due to unreasonableness

b3
b6
b7C
b7E
b5

- • Ideas/Questions

[redacted]

**Action Items**
- • FBI
  - o (M) [redacted] needs Secure Fax/Phone as FBI [redacted]
    - ▪ Will FBI security personnel need to review/clear this space?
  - o [redacted]
    [redacted]
  - o (M) SOWs unclear, must be revised and prepared for TO Letter Request
  - o (K) Pull POs back into req stage and prepare TO Letter Request for [redacted]
    - ▪ POs to pull: [redacted] all services funding
    - ▪ Advise [redacted] to destroy POs and Mods sent to them on 6/8/10 as funds have been withdrawn until such time as proper technical and cost proposals have been agreed upon.
    - ▪ Prepare TO Letter Requests for services funding
      - • Include schedule of events for TO Letter and Kick Off meeting for projects
  - o (M) Revise DD-254
    - ▪ Include [redacted] office on documentation
    - ▪ Add statement defining "secret" and "unclassified" specifications
      - • "When removed from this document, all technical requirements listed below are UNCLASSIFIED, but sensitive. These technical requirements shall not be divulged outside of the Contractor project team and the Sponsor"
  - o (M)/(K) Need [redacted] SOWs to see original scope and requirements definition
  - o (M) Gain all remaining [redacted] from the field and mail to [redacted] ASAP (on [redacted] FedEx Account) to ensure late July

b3
b6
b7C
b7E

2

- o (K) [redacted] – need delivery definition – before or after updates via SOW?
- o (K) Modify contract to incorporate [redacted]
- o (K) Respond to [redacted] proposal of Action Items from 6/28/10
- o (K) Contact [redacted] operators and request address change for [redacted] Vendor #
  - ▪ [redacted]
  - ▪ [redacted]
  - ▪ [redacted]
  - ▪ [redacted]

b3
b6
b7C
b7E

- • [redacted]
- o Gain approval for "restricted space" to start work
  - ▪ Need schedule of requirements and anticipated dates before permanent [redacted] specific space is ready for work start
- o Have all employees connected to the [redacted]
- o Provide questions regarding SOWs to FBI ASAP – will be provided 5 business days after TO Letter Request released to ask any additional questions
- o [redacted] – 2 weeks to turn around technical proposal for review to [redacted]
- o Prepare for anticipated TO Letter requesting cost/technical proposal for all SOWs
  - ▪ For planning purposes – Note Current Year Funding – all work must start NLT 9/15/10
- o Will be providing revised (reduced) pricing on [redacted] equipment based on quantity price breaks on materials
- o Continue [redacted] and reship NLT late July
- o Provide breakdown of quality assurance policies in place for all equipment

3

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

13 July 2010

b3
b6
b7C
b7E

Subject:

Dear

Please find enclosed a copy of the Statements of Work (SOW) for engineering services developed by the Federal Bureau of Investigation (FBI).

The FBI is interested in obtaining a proposal for this task to be performed in accordance with the subject Contract. Contractor shall provide technical and cost proposals to support tasking as set forth in the Statement of Work.

If there are any question regarding this SOW please submit them to my office within the next five (5) business days.

It is therefore requested that your company review the enclosed SOW and if the proposed contract vehicle is appropriate, Cost-Plus Fixed Fee (CPFF), a cost and technical proposal should be submitted in accordance with the terms and conditions of the FBI's Contract prior to but no later than August 3, 2010 1:00 PM EST. Unclassified proposals maybe email to

Should you have any questions concerning this matter, please contact me at              esponse may be faxed to              secure fax

b3
b6
b7C
b7E

Sincerely,

Contracting Officer

Attached: Statement of Work for

CELLSITE-11237

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

1 August 2011

b3
b6
b7C
b7E

Subject:  Request for Engineering Change Proposal

Dear

        Please find attached the supplement to the original        Statements of Work (SOW)
developed by the Federal Bureau of Investigation (FBI)        was awarded under        in  b3
September of 2010 for these requested engineering services. This enhancement to the original Task shall  b7E
be performed in accordance with the Contract.        shall provide technical and cost engineering
change proposals (ECP) to support this enhancement as set forth in the SOW. Labor rates and similar
costs were agreed upon at the award of the contract and Task Order, as a result, the FBI does not
anticipate an extensive Cost Proposal. Estimates of hours per labor category are required at a minimum.

        If there are any questions regarding this SOW please submit them to my office or log them for
discussions during the FBI status review meeting during the week of August 8. It is requested that
review the enclosed SOW and if the proposed contract vehicle is appropriate, Cost-Plus Fixed Fee
(CPFF), a cost and technical ECP should be submitted in accordance with the terms and conditions of
the Contract no later than August 17, 2011 at 2:00 PM EST or sooner. Unclassified proposals shall be
emailed to

        Should you have any questions concerning this matter, please contact me at the e-mail address
above or

                                                          Sincerely,

                                                          b3
                                                          b6
                                                          b7C
                                                          b7E
                                                          Contracting Officer

Attached: Supplement 2 to Statement of Work for        Task Order

CELLSITE-11238

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

22 March 2011

b3
b6
b7C
b7E

Subject:       

Engineering Change Proposal -     Task Order

Dear 

Please find enclosed a copy of the Statements of Work (SOW) for engineering services to provide an [          ] to the ongoing [        ] Task Order under the task previously awarded by the Federal Bureau of Investigation (FBI). This enhancement to the original Task shall be performed in accordance with the subject Contract. [       ] shall provide technical and cost proposals to support this enhancement as set forth in the attached Statement of Work. Because labor rates and similar costs were agreed upon at the award of the contract and Task Order, an extensive Cost Proposal is not anticipated. Estimates of hours per labor category are required at a minimum.

b3
b7E

If there are any question regarding this SOW please submit them to my office within the next five (5) business days. It is requested that you the [      ] review the enclosed SOW and if the proposed contract vehicle is appropriate, Cost-Plus Fixed Fee (CPFF), a cost and technical proposal should be submitted in accordance with the terms and conditions of the FBI's Contract prior to but no later than April 7, 2010 1:00 PM EST. Proposals may be submitted through fax at one of the numbers below or through unclassified e-mail at [                    ]

Should you have any questions concerning this matter, please contact me at [          ] [    ] response may be faxed to [           ] secure fax [            ]

Sincerely,

b3
b6
b7C
b7E

Contracting Officer

Attached: Enhancement to Statement of Work for [        ] Tasking

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 1 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICAITON NO. Mod 3 | 3. EFFECTIVE DATE 04/28/11 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| Federal Bureau of Investigation Room 6853 935 Pennsylvania Ave. NW Washington, DC 20535 | | Same as Item 6. | |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

(X)

| 9A. AMENDMENT OF SOLICITATION NO. |
|---|
| 9B. DATED (SEE ITEM 11) |

X | 10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 11) 09/15/09

b3
b6
b7C
b7E

CODE          FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required)

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. | OTHER (Specify type of modification and authority) FAR 43.103(a) "Bilateral" |

E. IMPORTANT:  Contractor [ ] is not, [X] is required to sign this document and return ___1___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to identify the use for the remaining funding on this PO. To date _____ is remaining _____ is to be utilized for contract close out and remaining vouchers _____ is to be utilized for the _____ follow-on project funded under _____ and _____ A no-cost POP is provided for funding on this PO until 9/14/11. All services are to be conducted in accordance with the SOW and Terms & Conditions of the contract. Technical guidance is to come from the COTR, _____ Invoice to COTR. Contractor exceeds funding at own risk.

b3
b6
b7C
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) Contracts Manager | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Contracting Officer |
|---|---|
| 15B. _____ | 15C. DATE SIGNED 6/17/11 |  16B. _____ | 16C. DATE SIGNED 5.20.11 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

b6
b7C

CELLSITE-11247

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE 1 | OF 1 | PAGES |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICAITON NO. Mod 2 | 3. EFFECTIVE DATE 04/28/11 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY                    CODE | 7. ADMINISTERED BY (If other than Item 6)       CODE |
|---|---|
| Federal Bureau of Investigation<br>Room 6853<br>935 Pennsylvania Ave. NW<br>Washington, DC 20535 | Same as Item 6. |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICIATION NO. | b3 b6 b7C b7E |
|---|---|---|---|
| | | 9B. DATED (SEE ITEM 11) | |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. | |
| | | 10B. DATED (SEE ITEM 11) 04/07/11 | |

| CODE | FACILITY CODE |
|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a)By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of the amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>FAR 32.7 "Funding" and 43.103 "Bilateral" |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ——1—— copies to the issuing office.   b3 b6 b7C b7E

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is provide final increment of funding for engineering services for the [        ] Tasking in the amount of [        ] for a total of [        ] on this PO. [      ] will be remaining for contract close out. All services is to be conducted in accordance with the SOW and Terms & Conditions of the contract. Period of Performance is: 4/8/11-9/30/11. Technical guidance is to come from the COTR, [        ], Invoice to COTR. Contractor exceeds funding at own risk.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | Contracting Officer |
| 15C. DATE SIGNED 5/17/11 | 16C. DATE SIGNED 5.20.11   b6 b7C |

Previous edition unusable

ORM 30 (REV. 10-83)
FAR (48 CFR) 53.243

CELLSITE-11248

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE 1 | OF | PAGES 1 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICAITON NO. Mod 1 | 3. EFFECTIVE DATE 04/28/11 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|

| 6. ISSUED BY          CODE | 7. ADMINISTERED BY (If other than Item 6)     CODE |
|---|---|
| Federal Bureau of Investigation<br>Room 6853<br>935 Pennsylvania Ave. NW<br>Washington, DC 20535 | Same as Item 6. |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | 10B. DATED (SEE ITEM 11) 04/28/11 |

b3
b6
b7C
b7E

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. | OTHER (Specify type of modification and authority)<br>FAR 32.7 "Funding" and 43.103 "Bilateral" |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ___1___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter)

The purpose of this modification is (1) Award Efforts 1 _____ and _____ and _____ Costs _____ in accordance with the _____ ECP dated 4/7/11 in the total amount of _____ Funding may come from _____ and _____ transferred from _____ for the _____ Tasking. All services is to be conducted in accordance with the SOW, ECP dated 4/7/11, and Terms & Conditions of the contract. Period of Performance is: 4/28/11-9/14/11. Technical guidance is to come from the COTR, _____ Invoice to COTR. Contractor exceeds funding at own risk.

b3
b6
b7C
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | Contracting Officer |
| 15B. ...(Sign) | 15C. DATE SIGNED 5/17/4 | 16B. ...(Sign) | 16C. DATE SIGNED 5.20.11 |

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (46 CFR) 53.243

b6
b7C

CELLSITE-11249

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs

**Summary**

As of August 2011

**Restrictions**



b3
b6
b7C
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs

Project:
Vendor:
New PO:
Req:

b3
b6
b7C
b7E

## PCM

Funding for items, quantities, and services identified in this order. All technical guidance will be provided by _____ COTR for this effort. Services will be performed in accordance with the SOW. Period of Performance: 6/4/10-6/4/11. Terms and conditions are those in effect under the contract. Contractor exceeds funding at their own risk. Invoices to be sent to _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

@EFT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

@PRO

---

Project:
Vendor:
New PO
Req:

## PCM

Incremental funding for ongoing efforts under the _____ project. All technical guidance will be provided by _____, COTR for this effort. Services will be performed in accordance with the SOW. Period of Performance: 6/4/10-6/4/11. Terms and conditions are those in effect under the contract. Contractor exceeds funding at their own risk. Invoices to be sent to _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

@EFT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

@PRO

b3
b6
b7C
b7E

## Mod 1

The purpose of this modification is to provide incremental funding for ongoing engineering services under the _____ effort in the amount of _____ The period of performance is 6/4/10-6/4/11. All work shall be performed in accordance with the Statement of Work and the terms and conditions of the Contract. All technical guidance will be provided by _____ COTR for this effort. Contractor exceeds funding at own risk.

---

Project:
Vendor:
New PO
Req:

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs

**PCM**

Incremental funding for ongoing efforts under the ▮▮▮▮ project. All technical guidance will be provided by ▮▮▮▮▮▮▮▮ COTR for this effort. Services will be performed in accordance with the SOW. Period of Performance: 6/4/10-6/4/11. Terms and conditions are those in effect under the contract. Contractor exceeds funding at their own risk. Invoices to be sent to ▮▮▮▮▮▮

```
***************************************************
@EFT
***************************************************
@PRO
```
b3
b6
b7C
b7E

**Mod 1**

The purpose of this modification is to provide incremental funding for ongoing engineering services under the ▮▮▮▮ effort in the amount of ▮▮▮▮ The period of performance is 6/4/10-6/4/11. All work shall be performed in accordance with the Statement of Work and the terms and conditions of the Contract. All technical guidance will be provided by ▮▮▮▮▮▮ COTR for this effort. Contractor exceeds funding at own risk.

Project: ▮▮▮▮▮
Vendor ▮▮▮▮▮
New PO ▮▮▮▮
Req ▮▮▮▮

**PCM**

Incremental funding for ongoing efforts under the ▮▮▮▮ project. All technical guidance will be provided by ▮▮▮▮▮▮▮▮ COTR for this effort. Services will be performed in accordance with the SOW. Period of Performance: 6/4/10-6/4/11. Terms and conditions are those in effect under the contract. Contractor exceeds funding at their own risk. Invoices to be sent to ▮▮▮▮

```
***************************************************
@EFT
***************************************************
@PRO
```
b3
b6
b7C
b7E

**Mod 1**

The purpose of this modification is to provide incremental funding for ongoing engineering services under the ▮▮▮▮ effort in the amount of ▮▮▮▮ The period of performance is 6/4/10-6/4/11. All work shall be performed in accordance with the Statement of Work and the terms and conditions of the Contract. All technical guidance will be provided by ▮▮▮▮▮▮ COTR for this effort. Contractor exceeds funding at own risk.

Project: ▮▮▮▮▮
Vendor: ▮▮▮▮▮
New PO ▮▮▮▮

b3
b7E

CELLSITE-11253

Req [        ]

**PCM**

Incremental funding for ongoing efforts under the [        ] project. All technical guidance will be provided by [        ] COTR for this effort. Services will be performed in accordance with the SOW. Period of Performance: 6/4/10-6/4/11. Terms and conditions are those in effect under the contract. Contractor exceeds funding at their own risk. Invoices to be sent to [        ]

b3
b6
b7C
b7E

*****************************************************

@EFT

*****************************************************

@PRO

**Mod 1**

The purpose of this modification is to provide incremental funding for ongoing engineering services under the [        ] effort in the amount of $[        ] The period of performance is 6/4/10-6/4/11. All work shall be performed in accordance with the Statement of Work and the terms and conditions of the Contract. All technical guidance will be provided by [        ] COTR for this effort. Contractor exceeds funding at own risk.

b3
b6
b7C
b7E

Project: [        ]
Vendor: [        ]
New PO [        ]
Req: [        ]

**PCM**

Funding for items, quantities, and services identified in this order. All technical guidance will be provided by [        ] COTR for this effort. Services will be performed in accordance with the SOW. Period of Performance: 6/4/10-6/4/11. Terms and conditions are those in effect under the contract. Contractor exceeds funding at their own risk. Invoices to be sent to [        ]

b3
b6
b7C
b7E

*****************************************************

@EFT

*****************************************************

@PRO

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs

**FAR 43.103(a) Bilateral Modification**

The purpose of this modification is to incorporate the following:

1) Special Provision on Commercialization of Technology Developed Under Contract (Contractor Retains Patent Rights) (Attachment 1)

2)

Corporation

employees

3) The COTR, _____, is hereby provided with the authority to facilitate and authorize the ____ in Item 2 of this Modification.

All other terms and conditions of the contract remain unchanged.

b3
b6
b7C
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|
| | 1 | | 1 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|
| Mod 9 | 03/21/11 | | |

**6. ISSUED BY**  CODE

Federal Bureau of Investigation
Room 6853
935 Pennsylvania Ave. NW
Washington, DC 20535

**7. ADMINISTERED BY (If other than Item 6)**  CODE

Same as Item 6.

**8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)**

(X)

b3
b6
b7C
b7E

**9A. AMENDMENT OF SOLICIATION NO.**

**9B. DATED (SEE ITEM 11)**

**10A. MODIFICATION OF CONTRACT/ORDER NO.**

| x | **10B. DATED (SEE ITEM 11)** |
|---|---|
| | 09/15/09 |

CODE | FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a)By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

**CHECK ONE**

A.  THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B.  THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)..

C.  THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

| x | D.  OTHER (Specify type of modification and authority)<br>FAR 43.103(a)  Bilateral |
|---|---|

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ———— 1 ———— copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

The purpose of this modification is to provide additional language in the following section of the [        ] documentation of the contract, Section H.6 "Travel" is hereby updated to the following: For any travel required under this Contract for which the Contractor intends to request government funding, the Contractor shall acquire written pre-approval from the COTR and verification of funding. Travel to and from the contractor facility or other designated work sites or travel within a 50-mile radius of these facilities shall not reimbursed. Any travel required shall be reimbursed in accordance with the Federal Travel Regulations.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Contracts Manager | Contracting Officer    b6<br>b7C<br>b7E |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE |
|---|---|---|---|
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE 1 | OF | PAGES 1 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|
| Mod 9 | 03/21/11 | | |

| 6. ISSUED BY                      CODE | 7. ADMINISTERED BY (If other than Item 6)      CODE |
|---|---|
| Federal Bureau of Investigation<br><br>935 Pennsylvania Ave. NW<br>Washington, DC 20535 | Same as Item 6. |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICIATION NO. |
|---|---|---|
| | | b3<br>b6<br>b7C<br>b7E |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| CODE                FACILITY CODE | | 09/15/09 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a)By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPIRATION DATA (If required) |
|---|
| |

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. | OTHER (Specify type of modification and authority)<br>FAR 43.103(a) Bilateral |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ___1___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to: (1) provide additional language to Section H.9 "Travel" of the [          ] documentation of this contract. This section is hereby updated to the following: For any travel required under this Contract for which the Contractor intends to request government funding, the Contractor shall acquire written pre-approval from the COTR and verification of funding. Travel to and from the Contractor facility or other designated work sites or travel within a 50-mile radius of these facilities shall not be reimbursed. Any travel required shall be reimbursed in accordance with the Federal Travel Regulations. (2) GFE sited on [      ] Letter [        ] dated 1/25/11 are hereby transferred into the contract.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

b3
b6
b7C
b7E

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Contracts Manager | Contracting Officer |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

| NSN 7540-01-152-8070<br>Previous edition unusable | STANDARD FORM 30 (REV. 10-83)<br>Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|

CELLSITE-11259

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-23-2012 BY 65179 DMH/rs

25 January 2011

935 Pennsylvania Ave. N.W.
JEH Bldg Room 6853
Washington, D.C. 20535

b3
b6
b7C
b7E

Attention:                          Contracting Officer

Subject:

Reference

Dea

Contractor is respectfully requesting approval to Transfer the following Items to the above referenced contract.

b3
b7E

Note: The                        are currently  on  the                           and the
                        was previously on the                Contract.

Please approve by signing below:

Should you have any questions, please contact me

Sincerely,

b3
b6
b7C
b7E

Contract Administrator

CELLSITE-11260

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

23 February 2012

b3
b6
b7C
b7E

Contract:
Subject:        Close Out & POP Update

Good Afternoon

With this letter, I hereby adjust the period of performance for the funding on Line 3 of Purchase Order                 to 31 January 2012. As such, please proceed with the close out of the line of funding. Once we have closed this item, all residual funding will be deobligated.

If there are any questions please do not hesitate to contact my office.

Sincerely,

Contracting Officer
Science and Technology Contracts Unit

CELLSITE-11263