ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs

## SF-30 AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

### SF-30 PAGE 2 OF 2

**Contract #** 

**Awarded:** 9/15/09

**Mod #:** 8

**Mod Effective Date:** 2/15/11

The purpose of this modification is to incorporate the following documents into the Contract

- The consolidated price list entitled "Detailed        Pricing List (1-5-11) FINAL" e-mailed by     to CO 1/6/11 at 9:33AM;
- The fully executed Intellectual Property Assertions Letter      e-mailed to     from CO 2/14/11 at 10:01AM;

This modification also includes the following actions:

- The FBI hereby exercises Option Year 1 of the     Contract, with a POP of 9/15/10-9/15/11;
- Addition of FAR Clause 52.209-9 "Updates of Publicly Available Information Regarding Responsibility Matters" JAN 2011 into the Contract.

All technical guidance is to come from COTR,     All other terms and conditions of     Contract apply. All work to be performed in accordance with the Statements of Work. Contractor exceeds funds at own risk.

b3
b6
b7C
b7E

CELLSITE-11264

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

21 October 2011

b3
b6
b7C
b7E

Contract:
Subject:          FBI Response to ☐ Letter ☐ dated 11 October 2011

Good Afternoon ☐

On October 6, 2011, Program Manager ☐ requested the FBI convert funding originally proposed for ☐ in the amount of ☐ This conversion was requested to cover additional service hours not estimated in the original proposal. ☐ estimated an additional ☐ under Phase 2 and ☐ under Phase 3 would be required in order to complete the original requirements of the ☐ Task Order (TO).

On October 7, 2011, the FBI requested ☐ provide additional information and assurances demonstrating actions taken by ☐ to control costs and share in the financial responsibility of these overruns. The above referenced ☐ Letter ☐ provides the requested response. The FBI appreciates ☐ efforts to mitigate such risks in the future.

In response to the conversion request and this Letter, the FBI provides the following approvals and assertions:

b3
b7E

- September 2010: ☐ proposed ☐ of funding for ☐ under the ☐ TO;
- Winter 2011: the FBI provided equipment required in the proposal as Government Furnished Equipment, yielding a savings of ☐ for the government;
- Mary 2011: the FBI approved the conversion of ☐ of the ☐ budget towards ☐ required under Phase 1 of the TO, requested by ☐ in April 2011;
- The FBI hereby approves the conversion of the remaining ☐ of this original ☐ budget towards the above requested ☐ for Phases 2 and 3;

The FBI understands that [____] is not requesting additional funding beyond the originally awarded TO value. Regardless, the above requests for funding conversion represent additional funding required in excess of the originally budgeted funding for [_____] As such, the requested additional [_____] is hereby recorded as cost overruns required to complete the [_____] under the TO. The FBI appreciates [____] use of management reserve and benefits from other efficiencies in order to identify the remaining funds necessary. [____] is advised that no additional funding beyond this portion shall be afforded to complete these efforts.

If there are any questions please do not hesitate to contact my office.

b3
b6
b7C
b7E

Sincerely,

Contracting Officer
Science and Technology Contracts Unit

2

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | 1 | | 1 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. *(if applicble)* |
|---|---|---|---|---|
| Mod 10 | Jul 6, 2011 | | | |

**6. ISSUED BY**                 **CODE**

Federal Bureau of Investigation
Room 6853
935 Pennsylvania Ave. NW
Washington, DC 20535

**7. ADMINISTERED BY** *(if other than Item 6)*     **CODE**

Same as Item 6.

b3
b6
b7C
b7E

**8. NAME AND ADDRESS OF CONTRACTOR**     *(No., street, county, State and ZIP Code)*

**CODE**            **FACILITY CODE**

(X)
**9A. AMENDMENT OF SOLICIATION NO.**

| | |
|---|---|
| | **9B. DATED** *(SEE ITEM 11)* |

**10A. MODIFICATION OF CONTRACT/ORDER NO.**

[X] **10B. DATED** *(SEE ITEM 13)*

Sep 15, 2009

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE
DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer
already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this
amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA**     *(if required)*

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:     *(Specify authority)*     THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B.    THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES     *(such as changes in paying office,* *appropriation date, etc.   )* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C.    THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| [X] | D.   OTHER *(Specify type of modification and authority)*     FAR 43.103(a) "Bilateral" | |

**E. IMPORTANT:**   Contractor [ ] is not, [X] is required to sign this document and return _____ 1 copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (**     *Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this modification is (1) to incorporate [ ] Letter [ ] dated 6/13/11 and
the updated price list e-mailed 6/13/11 at 2:58PM into the Contract in accordance with its
SOW, terms, and conditions; (2) the duties and authorities of the Contracting Officer are
hereby transferred from [ ]  All other terms and conditions remain
the same.

b3
b6
b7C
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER     *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER     *(Type or print)* | |
|---|---|---|---|
| Contracts Manager | | Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | | *(Signature of Contracting Officer)* | |

NSN 7540-01-152-8070
Previous edition unusable

**STANDARD FORM 30** (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-11269

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | |
|---|---|---|
| | 1. CONTRACT ID CODE | PAGE 1 OF PAGES 1 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|
| Mod 11 | Sep 22, 2011 | | |

6. ISSUED BY                    CODE

Federal Bureau of Investigation
Room 6853
935 Pennsylvania Ave. NW
Washington, DC 20535

7. ADMINISTERED BY (If other than Item 6)    CODE

Same as Item 6.

b6
b7C

8. NAME AND ADDRESS OF CONTRACTOR    (No., street, county, State and ZIP Code)

(X)

9A. AMENDMENT OF SOLICIATION NO.

9B. DATED    (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.    b3
b7E

10B. DATED    (SEE ITEM 13)
Sep 15, 2009

CODE                    FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers    ☐ is extended,    ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE
DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer
already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this
amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA    (If required)

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:    (Specify authority)    THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| ☒ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES    (such as changes in paying office, appropriation date, etc.    ) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| ☐ | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT:    Contractor ☒ is not,    ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (    Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

In accordance with FAR Clause 52.217-9 of the RFP, the purpose of this modification is
exercise Option Year 2 under the _____ Contract (Block 10A). This documentation serves
as the government's intent and The POP for this Option is 9/15/2011-9/15/2012. All other
and conditions remain unchanged and in full effect.

b3
b6
b7C
b7E

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER    (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER    (Type or print) |
|---|---|
| | Contracting Officer |
| 15B. CONTRACTOR/OFFEROR | 16B. UNITED STATES OF AMERICA |
| (Signature of person authorized to sign)    15C. DATE SIGNED | 16C. DATE SIGNED    9/22/11 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30    (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-11270

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs

## SF-30 AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

### SF-30 PAGE 2 OF 2

Purchase Order Number ☐                                              b3
Modification # 1                                                     b6
              ☐      Task Order under ☐                             b7C
                                                                     b7E

The purpose of this modification is to provide incremental funding in the amount of ☐ for services under the ☐ Task Order. Period of Performance: 9/14/10-9/14/11. All technical guidance to come from ☐ technical lead ☐ Services to be performed in accordance with the sow and documents below.

Documentation Incorporated:
The following documents are hereby incorporated into the SOW for this Task Order under ☐

-  FBI ☐ Task Order Letter, Statement of Work, and accompanying documents dated 7/12/10;
-  ☐ Cost and Technical Proposals dated 8/9/10;
-  FBI ☐ technical questions and requests for clarifications e-mailed 8/24/10;      b3
-  FBI Responses to Conditions and Assumptions e-mailed 8/25/10;                    b7E
-  ☐ Response to FBI 8/24 and 8/25 documentation dated 8/27/10;
-  ☐ Revisions dated 9/9/10 ☐ Meeting Action Items ☐ Responses to Proposal Questions, and ☐ Proposal Update Summary Price Table (8 September 2010).
-  FBI Revised Responses to Conditions and Assumptions e-mailed 9/14/10;

Award Summary:
The FBI the hereby awards this Task Order on the following estimates provided in ☐ ☐ Proposal Update Summary Price Table (8 September 2010)" under the previously agreed up on Cost-Plus Fixed Fee pricing:

-  Development: ☐
-  ☐
-  ☐
                                                                     b3
The Total estimated cost of this Task Order is ☐ The FBI provides incremental   b6
funding throug ☐ n the amount o ☐                                    b7C
                                                                     b7E

General:
Terms and conditions are those in effect under the contract. Contractor exceeds funding at own risk. Invoices to be sent to ☐ COTR.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs

## SF-30 AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

### SF-30 PAGE 2 OF 2

Purchase Order Number
Modification # 1
             Task Order under

b3
b6
b7C
b7E

The purpose of this modification is to provide incremental funding in the amount of
for services under the            Task Order. Period of Performance: 9/14/10-9/14/11. All
technical guidance to come from            , technical lead            Services to be
performed in accordance with the sow and documents below.

Documentation Incorporated:
The following documents are hereby incorporated into the SOW for this Task Order under

- FBI            Task Order Letter, Statement of Work, and accompanying documents
  dated 7/13/10;
-             Cost and Technical Proposals dated 8/9/10;
- FBI            technical questions and requests for clarifications submitted 8/26/10;
-       Revisions dated 9/9/10            Summary Price Table and accompanying
  revisions to Technical Proposal, and Responses to Government            Questions;
- FBI Revised Responses to Conditions and Assumptions (C&As)
  o The FBI concurs with the following C&As: 1, 5, 7, 12, 17, 30, 32, and 35;
  o C&As 21, 28, and 29 responses stand per        9/9/10 revisions;
  o Responses for all other C&As shall be those provided in the FBI's Responses to
    C&As for the        tasking e-mailed 9/14/10.

b3
b7E

Award Summary:
The FBI the hereby awards this Task Order on the following estimates provided
            Summary Price Table" dated 9/9/10 under the previously agreed up on Cost-Plus
Fixed Fee pricing:

- Development
-

The Total estimated cost of this Task Order is            The FBI provides incremental
funding through            in the amount of

b3
b6
b7C
b7E

General:
Terms and conditions are those in effect under the contract. Contractor exceeds funding at own
risk. Invoices to be sent to            COTR.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs

## SF-30 AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

### SF-30 PAGE 2 OF 2

Purchase Order Number:
Modification # 1
Task Order under

<u>Documentation Incorporated:</u>
The purpose of this modification is to provide incremental funding in the amount of
for services under the _____ Task Order. Period of Performance: 9/14/10-9/14/11. All
technical guidance to come from _____ technical lead _____ Services to be
performed in accordance with the sow and documents below.

<u>The following documents are hereby incorporated into the SOW for this Task Order under</u>
_____
- _____ Task Order Letters, Statement of Work, and
  accompanying documents dated 7/13/10;
- _____ Cost and Technical Proposals dated 8/9/10;
- FBI _____ technical questions and requests for clarifications submitted 8/26/10;
- _____ Revisions dated 9/9/10 _____ Contractor Bid or Proposal Information (Revised
  Costing), _____ Price Summary Table and accompanying Technical Proposal
  Revisions, and Responses to Government _____ Questions;
- FBI Revised Responses to Conditions and Assumptions (C&As)
  o The FBI concurs with the following C&As: 1, 5, 12, 17, 29, 30, and 34;
  o C&As 18, 27, and 28 responses stand per _____ 9/9/10 revisions.
  o Responses for all other C&As shall be those provided in the FBI's Responses to
    C&As for the _____ tasking e-mailed 9/14/10;

<u>Award Summary:</u>
The FBI hereby awards this Task Order on the following estimates provided in _____
_____ Summary Price Table" dated 9/9/10 under the previously agreed up on Cost-Plus
Fixed Fee pricing:

_____ Development _____

The Total estimated cost of this Task Order is _____ The FBI provides incremental
funding through _____ in the amount of _____

<u>General:</u>
Terms and conditions are those in effect under the contract. Contractor exceeds funding at own
risk. Invoices to be sent to _____ COTR.

b3
b6
b7C
b7E

HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs

## SF-30 AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

### SF-30 PAGE 2 OF 3

b3
b6
b7C
b7E

Purchase Order Number:
Modification # 1
Task Order unde

The purpose of this modification is to provide incremental funding in the amount of
for services under the                    Period of Performance: 9/14/10-
9/14/11. All technical guidance to come from                    technical lead
Services to be performed in accordance with the sow and documents below.

Documentation Incorporated:
The following documents are hereby incorporated into the SOW for this Task Order under

- FBI          Task Order Letter, Statement of Work, and accompanying documents
  dated 7/13/10;
- FBI          technical questions and requests for clarifications submitted 8/26/10;
-        Revisions dated 9/9/10          Cost Proposal Revision I (9 September 2010),
  Revised Technical Proposal submitted 9/9/10, and Responses to Government
  Questions;
- FBI Responses to Conditions and Assumptions (C&As) in          Cost Proposal
  Revision I (9 September 2010):
  o The FBI concurs with the following C&As: 1, 3, 4, 7, 15, 20, 22, 29, 30, 31, 33,
    34, and 35;
  o C&A 5 – the FBI shall, to the best of its ability support the response provided in
    the FBI's Responses to C&As for the          tasking e-mailed 9/14/10; however,
    for the above PO funding sources prevented the FBI from allocating all funding
    on one PO line.          does not need to invoice to these lines in any specific order;
  o C&A 11 – the FBI concurs with this statement. However, should this application
    be used for any other work, costs associated with the application shall be shared
    by users;
  o Responses for all other C&As shall be those provided in the FBI's Responses to
    C&As for the          tasking e-mailed 9/14/10.

b3
b7E

Award Summary:
The FBI the hereby awards this Task Order on the following estimates provided in
          Cost Proposal Revision I (9 September 2010)" under the previously agreed up on
Cost-Plus Fixed Fee pricing:

- Phase I:
- Phase II
- Phase II

b3
b6
b7C
b7E

## SF-30 AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

### SF-30 PAGE 3 OF 3

Purchase Order Number
Modification # 1
                    Task Order under

b3
b6
b7C
b7E

Award Summary (Con):
The Total estimated cost of this Task Order is                    The FBI provides incremental
funding through                    in the amount of

General:
Terms and conditions are those in effect under the contract. Contractor exceeds funding at own
risk. Invoices to be sent to                    COTR.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs

MOD 7
J-FBI-09-211

The purpose of this modification is to incorporate the following: 1) Add ⬛⬛⬛ and ⬛⬛⬛ equipment to the above contract. Pricing and specifications per quote ⬛⬛⬛ dated 9/15/10 in e-mail on 9/16/10 at 3:34PM are hereby incorporated into the contract; 2) ⬛⬛⬛, preferably the COTR; 3) The following product names have been updated and shall hold all contractual weight and product/service/specification requirements as agreed upon in previous documentation, including restrictions ⬛⬛⬛

⬛⬛⬛

b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs

Project:
Vendor:
New PO:
Previous PO

## PCM

b3
b6
b7C
b7E

Funding for items, quantities, and services identified in this order. All technical guidance will be provided by [REDACTED]. COTR for this effort. Services will be performed in accordance with the SOW. POP lines 1-10: 6/2/10-6/2/11 lines 11 and 12: 4/12/2010-4/12/2011. Terms and conditions are those in effect under the contract. Contractor exceeds funding at their own risk. Invoices to be sent to [REDACTED]
**********************************************************
@EFT
**********************************************************
@PRO


## Mod 1

The purpose of this modification is to provide funding for items, quantities, and services in the amount of [REDACTED] The period of performance for Lines 1-10 is 6/2/10-6/2/11 and for training on Lines 11 and 12 is 4/12/2010-4/11/2011. All work shall be performed in accordance with the original Statement of Work and the terms and conditions of the Contract. All technical guidance will be provided by [REDACTED] COTR for this effort. Contractor exceeds funding at own risk.

b3
b6
b7C
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs

<u>OTHER REQS</u> – **bold = PO to cut** – Notes from Discussion w/ ⬚ and ⬚ 6/2/10

NO NEED to send ⬚ – they're all continuation of effort, just send POs.
OGC – no need for *this* trip

When can we start sending these things down – need their classified space 1st?

b3
b6
b7C
b7E

TOPICS

- 
- 
- 
- 

Why sending money – 

CELLSITE-11278

# *Critical Unfunded*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/rs

| | |
|---|---|
| Unit: | |
| Short Title: | WIRELESS INTERCEPT AND TRACKING TEAM (WITT) |
| Shortfall Amount: | |
| Account(s): | |
| Cost Center: | |
| One-Time or Recurring Requirement | One Time |
| Existing Contract(s): | YES |
| Unit Rank: | 1 |
| SC Rank: | |
| AD Rank: | |
| | |

b7E

**Description of your shortfall:**

This request shall provide capability not currently available and identified as

**Why is this critical?**

b3
b7E

b3
b7E

**Why can't you cover this with your current base funding?**

, although has insufficient funding available to cover he cost of far exceeds current base funding as required.

b7E

**What is the impact if you are unable to obtain funding for this?**

b3
b7E

CELLSITE-11286

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 71
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b3; b4; b7E;
Page 5 ~ b3; b4; b7E;
Page 6 ~ b3; b4; b7E;
Page 7 ~ b3; b4; b7E;
Page 8 ~ b3; b4; b7E;
Page 9 ~ b3; b4; b7E;
Page 10 ~ b3; b4; b7E;
Page 11 ~ b3; b4; b7E;
Page 12 ~ b3; b4; b7E;
Page 13 ~ b3; b4; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b4; b7E;
Page 17 ~ b3; b4; b7E;
Page 18 ~ b3; b4; b7E;
Page 19 ~ b3; b4; b7E;
Page 20 ~ b3; b4; b7E;
Page 21 ~ b3; b4; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 29 ~ b3; b4; b7E;
Page 30 ~ b3; b4; b7E;
Page 31 ~ b3; b4; b7E;
Page 32 ~ b3; b4; b7E;
Page 33 ~ b3; b4; b7E;
Page 35 ~ b1; b3; b7E;
Page 36 ~ b1; b3; b6; b7C; b7E;
Page 37 ~ b1; b3; b7E;
Page 38 ~ b1; b3; b7E;
Page 39 ~ b1; b3; b7E;
Page 40 ~ b1; b3; b7E;
Page 41 ~ b1; b3; b7E;
Page 42 ~ b1; b3; b7E;
Page 43 ~ b1; b3; b7E;
Page 44 ~ b1; b3; b7E;
Page 45 ~ b1; b3; b7E;
Page 46 ~ b1; b3; b7E;
Page 47 ~ b1; b3; b7E;
Page 48 ~ b1; b3; b7E;
Page 49 ~ b1; b3; b7E;
Page 50 ~ b1; b3; b7E;
Page 51 ~ b1; b3; b7E;
Page 52 ~ b1; b3; b7E;
Page 53 ~ b1; b3; b7E;
Page 54 ~ b1; b3; b7E;

Page 55 ~ b1; b3; b7E;
Page 56 ~ b1; b3; b7E;
Page 57 ~ b1; b3; b7E;
Page 58 ~ b1; b3; b7E;
Page 59 ~ b1; b3; b7E;
Page 62 ~ b3; b7E;
Page 63 ~ b3; b7E;
Page 64 ~ b3; b7E;
Page 71 ~ b1; b3; b7E;
Page 83 ~ b1; b3; b7E;
Page 91 ~ b6; b7C;
Page 96 ~ b3; b5; b7E;
Page 120 ~ b3; b4; b6; b7C; b7E;
Page 122 ~ b1; b3; b7E;
Page 143 ~ Duplicate;
Page 144 ~ Duplicate;
Page 145 ~ Duplicate;
Page 146 ~ Duplicate;
Page 160 ~ b3; b5; b6; b7C; b7E;

```
XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X   No Duplication Fee X
X   For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/rs

**From:**
**Sent:** Monday, July 20, 2009 11:42 AM
**To:**
**Cc:**
**Subject:** RE

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

Good morning.  All efforts on the part of [____] are performed at their facility in [_____] Historically, they have not required access to FBI-spaces in the past, nor are they expected to require access anytime in the future.

Thank you,

Wireless Intercept Tracking Team

**From:**
**Sent:** Thursday, July 16, 2009 1:47 PM
**To:**
**Cc:**
**Subject:** REQ

**UNCLASSIFIED**
**NON-RECORD**

The Acquisition Security Unit (ASU) has received the Finance Division's request to conduct a [_____] assessment on [_____] I further identified on the FD-369 as StingRay [____] This procurement is identified for the [_____] for use on an [_____]

Can you clarify whether or not [____] will be coming into the facility to install, maintain, or repair the system in support of this requisition?  Is there a Statement of Work or RFP in which the security requirements are listed? If so, please provide a copy.

Thank you.

b3
b6
b7C
b7E

To provide feedback to SecD, please click here:

1

CELLSITE-5354

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/rs

**From:**
**Sent:** Tuesday, July 28, 2009 5:58 PM
**To:**
**Subject:** RE:

**Attachments:** ☐ Item List.xls

b3
b6
b7C
b7E
b5

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

   This is the unclassified list of [              ] for the [    ] SOW. I think I've captured everything that
we might be doing as a regular order. Sorry it took so long but I wanted to make sure it was inclusive of everything rather
than get hit with mods later.

[      ] did want me to also include a couple of notes (for you not [                              ]

Thanks,

Notes:

1 [                                                                        ]
already. (I think he just wants to get that as a firm agreement)

2 [                                                          ]

[icon] Item List.xls
(28 KB)

**From:**
**Sent:** Monday, July 27, 2009 5:06 PM
**To:**
**Subject:** RE:

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

Use this number [              ]

Thanks

1

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/rs

# ACQUISITION SECURITY REQUEST

| Request Date:    June 4, 2009 | Anticipated Procurement Date:    September 30, 2009 |
|---|---|

## VENDOR INFORMATION

☐ **Reseller With Access to FBI Facilities**     ☐ **Reseller With No Access to FBI Facilities**

| Vendor Name: | |
|---|---|
| Vendor Address: | |

☑ **Manufacturer**

| Vendor Name: | |
|---|---|
| Vendor Address: | |

b3
b7E

☑ **Contractor Providing Classified Services**

| Vendor Name: | |
|---|---|
| Vendor Address: | |

## PRODUCT/SERVICES INFORMATION

| 1. Products being procured (list the specific hardware / software / services in detail) | i.e.; |
|---|---|
| 2. What entity will be purchasing and using the product (Location, Division, Section, Unit, and Program)? | WITT  program |

b3
b7E

| 4. Highest Classification / Security Requirements (i.e. Top Secret, Top Secret SCI, Secret, SBU, LES, etc.) | The highest classification level needed by the contractor to perform this work will be SECRET. |
|---|---|
| 5. Who is installing and maintaining the equipment/software (FBI personnel, vendor, other)? | The Bureau will be installing and maintaining this equipment. There may be times when vendor support will be requested. |
| 6. Will the vendor require access to classified information/systems? | The vendor may be required to have access classified information. |
| 7. Other information/comments? | |

## PROCUREMENT INFORMATION

| Contracting Officer Name/ Phone: | |
|---|---|
| FBI COTR Name/Phone: | |
| Requisition Number: | |
| Purchase Order Number: | |
| Contract Number: | |

b6
b7C

## DOCUMENTATION ATTACHED

☑ Answers to the Acquisition Risk Questions (the replacement for the SF-328)
☐ Key Management Personnel Listing (KMPL)
☑ FD-369 Requisition for Supplies and/or Equipment

## PRIORITY

**All requests will be handled by date received by ASU unless specific issues affecting the priority, i.e. Director's Priority, are specifically provided in writing by the Contracting Officer.**

Comments:

b7E

Return to Acquisition Security Unit, PA-555
Unclassified Fax: 202

CELLSITE-5384

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE



SECRET

DATE: 10-18-2012
CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-18-2037

## Justification for Other Than Full and Open Competition
## In Accordance With 41 U.S.C. 253 (c)(6)

**1.    IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI)
The contracting activity is the

b3
b7E

**2.    NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

(U) The proposed acquisition strategy is to award a non-competitive contract effort for

**3.    DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

(U)        is responsible for providing the FBI with

The FBI's Wireless Intercept and Tracking Team (WITT) plays a critical role in the

(S)

b1
b3
b7E

(U)        is requesting this sole source procurement with                in the amount of
Requisitions        for         and         for         have been
submitted to begin funding the requirement.



SECRET

CELLSITE-5385



SECRET

4.  **IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6).   The regulatory authority is FAR 6.302-6(a)(2).  Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

5.  **DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

(S)



b1
b3
b7E

6.  **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.  Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information).  This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

b3
b7E



SECRET

CELLSITE-5386



SECRET

7.  **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U)  The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable.  Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8.  **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

(U) [ ] continuously conducts market surveys to determine state-of-the-art technologies.  The engineers, technicians, and technical personnel are in constant contact with equipment vendors, other technical members of the intelligence community, as well as visiting trade shows, reviewing trade journals, and browsing the Internet. [ ] routinely conducts and attends working group (WG) meetings with vendors to assess the capabilities, performance, and quality of equipment that meets the needs of the FBI. [ ] assessed available capabilities and have determined that other vendor technologies have not yet achieved the advanced capabilities that [ ] can provide.

b3
b7E

9.  **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

(U) [ ] See paragraph (5) above for facts supporting the use of other then full and open competition.

10.  **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

11.  **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

12.  **TECHNICAL REPRESENTATIVE CERTIFICATION**

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.



SECRET

SECRET

(U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

Contracting Officer's Technical Representative  (Date)

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

b6
b7C

Contracting Officer                              (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

, Supervisory Contracting Officer                    (Date)

, FBI Chief Contracting Officer              (Date)

Office of General Counsel                          (Date)

Approved By:

, Competition Advocate              (Date)

SECRET

CELLSITE-5388

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 10-14-2011
CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-18-2037

(Rev. 05-01-2008)



~~SECRET~~

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE  **Date:**  06/04/2009

**To:**  Finance  **Attn:**

**From:**  Operational Technology Divisioin

**Contact:**

**Approved By:**

b6
b7C
b7E

**Drafted By:**

**Case ID #:**  (U)   268-HQ-1068430

**Title:**  (U)  Program Requisition

**Synopsis:**  (S)

(S)

b1
b3
b7E

**Derived From:**  Multiple Sources
**Declassify On:**  20190604

(U)  **Enclosure(s):**  (S)

**Details:**  (S)

(S)

b1
b3
b7E

~~SECRET~~

.wpd

CELLSITE-5389

SECRET

To:   Finance   From:   Operational Technology Divisioin
Re:   (U)   268-HQ-1068430, 06/04/2009

(S)



b1
b3
b7E

(U) Additional reference information about the [          ]
program is available in the enclosed documents. Questions

SECRET



3

CELLSITE-5391

SECRET

To:   Finance   From:   Operational Technology Divisioin
Re:   (U)   268-HQ-1068430, 06/04/2009

b6
b7C
b7E

regarding this tasking should be directed to EE.

(U)   Contracting Officers are responsible for ensuring that

SECRET

4

CELLSITE-5392

SECRET

To:  Finance  From:  Operational Technology Divisioin
Re:  (U)  268-HQ-1068430, 06/04/2009

**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>FINANCE</u>

        <u>AT WASHINGTON, DC</u>

b3
b7E

        (U) ⬚ requests that the Finance Division begin contract action with ⬚ to initiate the ⬚ contract vehicle. Requisitions number ⬚ for the amount of ⬚ and ⬚ for ⬚ from budget items ⬚ and ⬚ are available to begin this action.

◆◆

SECRET

5

CELLSITE-5393

**\* \* \* SECRET \* \* \***

**STATEMENT OF NEED**

DATE: 11-06-2012
CLASSIFIED BY 65179/dmh/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 11-06-2037

**PROJECT/ACTIVITY:** [          ]   Project

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**PROJECT/ACTIVITY LEADER:** [                    ]

PURPOSE:

(U) To request authorization and funding to initiate a new
project/activity within the [                    ]
[        ] Wireless Intercept and Tracking Team (WITT).

b3
b6
b7C
b7E

**THE NEED STATEMENT:**

(S)

b1
b3
b7E

**STRATEGIC MISSION ELEMENT**

(U) (S) As established in the Federal Bureau of Investigation (FBI)
Strategic Plan, the [                    ] is responsible
for researching, procuring, and deploying specialized
[                    ] The mission
areas that will benefit from the development of the proposed new
capability include: [        ]

b3
b7E

**BASIS OF NEED**

(S)

b1
b3
b7E

[268-HQ-1068430]

**\* \* \* SECRET \* \* \***

[May 11, 2009]

CELLSITE-5394

* * * SECRET * * *

## STATEMENT OF NEED

(S)

b1
b3
b7E

## PROPOSED PROJECT/ACTIVITY SUMMARY

(S)

[268-HQ-1068430]                                    [May 11, 2009]

* * * SECRET * * *

* * * SECRET * * *

## STATEMENT OF NEED

(S)



SPECIAL CONSIDERATIONS/CONSTRAINTS

(S)

b1
b3
b7E

* * * SECRET * * *

## STATEMENT OF NEED

**APPROVAL**

b6
b7C



Prepared by:
*(Project Leader)*

Printed Name   Signature   Date   6/4/09

Concurred by:

Printed Name   Signature   Date

Approved by:
*(Unit Chief)*

Printed Name   Signature   Date   6/4/09

CELLSITE-5397

ALL INFORMATION CONTAINED
Case 2:12-cv-01605-DLR-BSB   Document 136-16   Filed 05/20/15   Page 33 of 350
WHERE SHOWN OTHERWISE

DATE: 10-18-2012
~~SECRET~~  BY 65179 DMH/rs
) REASON: 1.4 (c, g)
DECLASSIFY ON: 10-18-2037

# FEDERAL BUREAU OF INVESTIGATION

~~SECRET~~

**Precedence:** ROUTINE                    **Date:** 07/13/2009

**To:** Finance                 **Attn:**
                                  **Acting Section Chief**
                                  **Procurement Section (PS)**

**From:** Finance Division
          Quantico Contracts Unit
          **Contact:**                              b6
                                                    b7C
**Approved By:**

**Drafted By:**

**Case ID #:**  (U) 268-HQ-1068430

**Title: (U)** <u>Pre-solicitation Approval</u>

This Document is Classified "~~Secret~~" in its Entirety

**Synopsis:** (U) To request authorization from the Acquisition Review Board
(ARB) to begin formal solicitation procedures on a sole source basis, wit
for the acquisition of                                              b3
                                                                    b7E

        (U) This solicitation will result in an Indefinite Delivery
Indefinite Quantity (IDIQ) type contract. The contract will include
provisions for Cost Plus Fixed Fee (CPFF), Firm Fixed Price (FFP), and
Time and Material tasking. The guaranteed minimum for the resulting
contract is                and the estimated cost over the life of the
contract is not to exceed                                            b1
                                                                    b3
        (U)             Derived From: G-3                            b7E
                        Declassify On: X1

(S) **Details: (S)**

(S)



~~Secret~~

~~SECRET~~

CELLSITE-5398

SECRET

To:  Finance  From.  Finance Division
Re: 07/13/2009

b1
b3
b7E

(S)

(U) The work being performed by _____ involves classified
technology and sophisticated techniques that will be developed under this
contract.   These techniques provide valuable assistance to the various
field offices with ongoing investigations. Tasks to be performed under the
proposed contract include the  following:

(S)

b1
b3
b7E

(U) _____ is necessary for our
field personnel to keep current with technology _____

(S)

b1
b3
b7E

2


SECRET

CELLSITE-5399

~~SECRET~~

To:  Finance  From.  Finance Division
Re: 07/13/2009

       (U)  Initial funding in the amount of [                    ] for this requirement has been provided from Cost Code [          ]

       (U)  The ARB is requested to approve the issuance of a sole source, non-publicized solicitation and subsequent contract award to [                        ] for the acquisition of the required equipment; engineering services; and development and quick reaction efforts in support of this program.

b3
b7E

20-Acquisition Review Board
1-File

3

~~SECRET~~

CELLSITE-5400

(Rev. 01-31-2003)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-18-2037

SECRET

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 06/01/2009

**To:** Finance Division                **Attn:**

**From:** Operational Technology Division

    **Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:** (U)  268-HQ-1068430

**Title:** (U)    program requisition

**Synopsis:** (S)

    b3
    b6
    b7C
    b7E

b1
b3
b7E

(U) (S)     **Derived From :  G-3**
    **Declassify On:  X1**

(U) **Enclosure(s):** (S) Project Management Office (PMO) Phase II
    Review Planning and Specification Document
    (Project Plan)

    (U) (S)     Statement of Need (SON)

**Details:** (S)

b1
b3
b7E

SECRET

CELLSITE-5401

SECRET

To:  Finance Division   From:  Operational Technology Division
Re:  (U)   268-HQ-1068430, 06/01/2009

b1
b3
b7E



(S)

(U) Additional reference information about the _____ program
is available in the enclosed documents. Questions regarding this
tasking should be directed to EE.

SECRET

3

b6
b7C

CELLSITE-5403

~~SECRET~~

```
To:  Finance Division  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 06/01/2009
```

(U)  Contracting Officers are responsible for ensuring

**LEAD(s):**

**Set Lead 1:  (Action)**

b3
b7E

<u>FINANCE</u>

<u>AT QUANTICO</u>

(U) [ ] requests that the Quantico Contracts
Unit begin contract action with [ ]
[ ] to initiate the [ ] contract vehicle. Requisitions
number [ ] for the amount of [ ] and [ ] for
[ ] from budget items [ ] and [ ] are available to begin
this action.

♦♦



~~SECRET~~

4



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

SECRET

DATE: 10-18-2012
CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-18-2037

## Justification for Other Than Full and Open Competition
## In Accordance With 41 U.S.C. 253 (c)(6)

(U) This document is classified "SECRET" in its entirety, unless otherwise noted.

1. **IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

   (U) In response to a requirement from the Operational Technology Division (OTD), [          ] [          ] has prepared this Justification for Other Than Full and Open Competition for the establishment of an Indefinite Delivery Indefinite Quantity (IDIQ) type contract with provisions for Firm Fixed Price, Cost Plus Fixed Fee and Time and Materials for quick reaction tasking with [          ] acquisition of [          ]

   b3
   b7E

2. **NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

   (U) The proposed acquisition strategy is to award a contract in support of on going missions of the FBI involving [          ] This [          ] is only available through the [          ]

3. **DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

   (U) [          ] is responsible for providing the FBI with [          ]

   b1
   b3
   b7E

   [          ] The FBI's Wireless Intercept and Tracking Team (WITT) plays a critical role in the [          ]

   (S)

SECRET

CELLSITE-5405

SECRET

(S)

b1
b3
b7E

(U) _____ contemplates the award of an IDIQ type contract with provision for FFP, CPFF and T&M for quick reaction type tasking as required by the contract in support of ongoing efforts. The estimated cost over the life of the contract is _____ The guaranteed minimum is _____ and maximum not to exceed _____ The initial term of the contract will be for the base 12 month period, with four additional one-year options.

## 4. IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6). The regulatory authority is FAR 6.302-6(a)(2). Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

## 5. DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED

(S)

b1
b3
b7E

SECRET

CELLSITE-5406

SECRET

(S) _____

b1
b3

(U) Therefore, in accordance with 41 U.S.C. 253 (c)(6), as authorized by FAR 6-302-6 this procurement will not be conducted as a full and open competition, as disclosure of the FBI's need would compromise national security and the FBI's missions.

6. **EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE,** INCLUDING COMPLIANCE WITH SUBPART 5.2 AND, IF NOT, WHICH EXCEPTION UNDER FAR PART 5.202 APPLIES:

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement. Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information). This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

b1
b3
b7E

(S)

7. **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U) A cost and price analysis will be conducted prior to award each task to ensure the FBI is paying a fair and reasonable price for all equipment and services.



SECRET



SECRET

8.  **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

(U) [____] continuously conducts market surveys to determine state-of-the-art technologies. The engineers, technicians, and technical personnel are in constant contact with equipment vendors, other technical members of the intelligence community, as well as visiting trade shows, reviewing trade journals, and browsing the Internet. [____] routinely conducts and attends working group (WG) meetings with vendors to assess the capabilities, performance, and quality of equipment that meets the needs of the FBI. [____] assessed available capabilities and have determined that other vendor technologies have not yet achieved the advanced capabilities that [_____] can provide.

(U) The [____] continues to search the market place for contractors to expand its contractor base for both diversity and competition. To the extent that is possible, a market survey was done. Because even limited search of the market places involves discussions with contractors about

[_____]

[_____] contracts with additional contractor must be kept to a minimum. Publication in the Fedbizopps and other public offerings are not possible because of the damage that this would case to national security.

b3
b7E

9.  **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

[_____] See paragraph (5) above for facts supporting the use of other then full and open competition.

10. **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

11. **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

**Conclusion--**

(U) Based on the above findings, it is hereby determined, that in accordance with FAR the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the



SECRET

CELLSITE-5408

SECRET

disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

SECRET

# FEDERAL BUREAU OF INVESTIGATION
## Internal Routing/Action Slip

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs

| TO | ROOM | NAME/TITLE | | | |
|----|------|------------|---|---|---|
| | | **FINANCE DIVISION - ASPU** | | | |
| | 6863 | | | | |
| | | | | | |
| | | | | | |
| | | **DIVISION FRONT OFFICE** | | | |
| 6 | | | | | |
| | | | | | |
| | | **SECTION FRONT OFFICE** | | | |
| 5 | | | | | |
| 4 | | | | | |
| 3 | | | | | |
| | | | | | |
| | | **UNIT** | | | |
| 2 | | | | | |
| 1 | | | | | |

**FY 2009**

**SPENDING PLAN
TRANSACTION SUMMARY**
REQ:

ACCOUNT:

**BALANCE OF BI
BEFORE REQUEST:**
AMOUNT:

**BALANCE OF BI
AFTER REQUEST:**

b3
b6
b7C
b7E

The _____ requests ASPU establish a purchase order with _____ to procure the _____ Funding source is FY 09 _____ budget account: _____ in the amount of _____ for equipment.

**BUDGET APPROVAL STAMP AFFIXED TO THE REQUISITION SIGNIFIES
CONCURRENCE OF THIS REQUISITION.**

☐ FOR YOUR INFO  ☐ NOTE & RETURN
X APPROPRIATE ACTION
☐ RECORD & RETURN
REMARKS:

**Note: For your review and approval. Please initial cover
and requisition where indicated.  Thank you.**

**Case ID #: 319B-HQ-A1487504**

**FROM / LAST:**

b6
b7C
b7E

F9 09

rec'd 11/26/1

FD-369 (Rev. 2-21-89)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/rs

RECEIVED

**FEDERAL  BUREAU OF INVESTIGATION**

**REQUISITION FOR SUPPLIES AND/OR EQUIPMENT**

b3
b4
b6
b7C
b7E

Page 1 of 1

Req. #

November 14, 2008
Date

| | |
|---|---|
| Supply Technician: | |
| Program Manager: | |
| Funding Approved: | |
| Requester: | |

Ordering Office/Cost Code        Approved By

Julian Date

| | |
|---|---|
| Contract Specialist: | |
| Date Received: | |
| PPMS Approval: | |
| Purchase Order # | |

FY 09

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | Each | | | | | |
| 2 | | | | Each | | | | | |
| 3 | | | | Each | | | | | |
| 4 | | | | Each | | | | | |

**BUDGET APPROVAL**

**Requisition Description:**
Equipment

**Suggested Vendor:**

**SIGNATURE**

**DATE** 11/20/08

**SPECIAL INSTRUCTIONS**
Ship to Code:
Delivery Instructions:
Government's Estimate
Previous PO #
Previous Contract #

**JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:**
See attached EC

**RECEIVED**
APR 0 6 2009
BY:

CELLSITE-5412

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs

# ACQUISITION SECURITY REQUEST

| Request Date: | | Anticipated Procurement Date: | |
|---|---|---|---|

## VENDOR INFORMATION

☐ **Reseller With Access to FBI Facilities**   ■ **Reseller With No Access to FBI Facilities**

| Vendor Name: | |
|---|---|
| Vendor Address: | |

☐ **Manufacturer**

| | | b3 |
|---|---|---|
| Vendor Name: | | b6 |
| Vendor Address: | | b7C |
| | | b7E |

☐ **Contractor Providing Classified Services**

| Vendor Name: | |
|---|---|
| Vendor Address: | |

## PRODUCT/SERVICES INFORMATION

| 1. Products being procured (list the specific hardware / software / services in detail) | |
|---|---|
| 2. What entity will be purchasing and using the product (Location, Division, Section, Unit, and Program)? | Wireless Intercept and Tracking Team |
| | FBI |
| 4. Highest Classification / Security Requirements (i.e. Top Secret, Top Secret SCI, Secret, SBU, LES, etc.) | |
| 5. Who is installing and maintaining the equipment/software (FBI personnel, vendor, other)? | Bureau Engineers, Technicians |
| 6. Will the vendor require access to classified information/systems? | No |
| 7. Other information/comments? | none |

## PROCUREMENT INFORMATION

| Contracting Officer Name/ Phone: | |
|---|---|
| FBI COTR Name/Phone: | |
| Requisition Number: | |
| Purchase Order Number: | |
| Contract Number: | |

## DOCUMENTATION ATTACHED

☐ Answers to the Acquisition Risk Questions (the replacement for the SF-328)
☐ Key Management Personnel Listing (KMPL)
■ FD-369 Requisition for Supplies and/or Equipment

## PRIORITY

**All requests will be handled by date received by ASU unless specific issues affecting the priority, i.e. Director's Priority, are specifically provided in writing by the Contracting Officer.**

Comments:

Return to Acquisition Security Unit, PA-555
Unclassified Fax: 202

CELLSITE-5413

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE   OF   PAGES |
|---|---|---|---|

| 2. AMENDMENT/MODIFICAITON NO. MOD#2 | 3. EFFECTIVE DATE 09/15/09 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|

| 6. ISSUED BY                          CODE | 7. ADMINISTERED BY (If other than Item 6)          CODE |
|---|---|

FBI

Federal Bureau of Investigation
JEH FBI Bldg Room 6853
935 Pennsylvania Avenue NW
Washington, DC 20535-0001
Attn:

b6
b7C

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICIATION NO. |
|---|---|---|
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | b3 b7E |
| | | 10B. DATED (SEE ITEM 11) 09/15/09 |

| CODE | FACILITY CODE |
|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers  ☐ is extended,  ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a)By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPIRATION DATA (If required) |
|---|

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| ✗ | D. | OTHER (Specify type of modification and authority) Funding FAR 32.7 |

E. IMPORTANT:  Contractor ☐ is not, ☒ is required to sign this document and return ____1____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to provide funding for [        ] Proposal submitted on 9/14/09. Tasking to be performed in accordance with the SOW dated 9/11/09. This requirement shall be performed as a CPFF effort.  Terms and conditions are those in effect under the current contract. Period of performance is 9/30/09 thur 9/30/10.  Total funds for this effort is [        ] all remaining funds on this order shall be tasked prior to the conclusion of this effort.
Total for
Remaining Funding:

b3
b6
b7C
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | Contracting Officer |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

| NSN 7540-01-152-8070 Previous edition unusable | STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|

CELLSITE-5414



**U.S. Department of Justice**
Federal Bureau of Investigation



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/rs

## Purchase Order for Supplies or Services

| 1. Date of Order 01/07/2010 | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. 1 |
|---|---|---|---|---|

**6. To Contractor** (Name, Address and Zip Code):

**7. Ship to** (Consignee and address, Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA 22135

b3
b6
b7C
b7E

**8. Issuing Office** (Address correspondence to):
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D.C. 20535

**9. Send Invoice to:** (Name, and Address and Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA 22135

| 10. Business Classification | 11. F.O.B. Point DESTINATION | 12. Discount Terms NET 30 DAYS |
|---|---|---|

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| CONTRACT | DUE DATE:07/30/2010 | | | | |
| CONTRACT | DUE DATE:07/30/2010 | | | | |
| CONTRACT | DUE DATE:07/30/2010 | | | | |
| CONTRACT | DUE DATE:07/30/2010 | | | | |

b3
b4
b7E
b6
b7C

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**15. Grand Total** ➡ XXXXXX

*See Instructions on Reverse*

Point of Contact - Purchase Order Information:

Point of Contact - Invoice Payment Status:
Commercial Payments Unit

**16. United States of America**
By (Signature)

**17. Name** (Typed)                    XXXXXXXXXX

Title: Contracting Officer

B – BUYER

CELLSITE-5416

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation



| | | | | |
|---|---|---|---|---|
| **Purchase Order for Supplies or Services** | | | | |

| 1. Date of Order<br>01/07/2010 | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No.<br>2 |
|---|---|---|---|---|

| 6. To Contractor *(Name, Address and Zip Code):* | 7. Ship to (Consignee and address, Zip Code):<br>FEDERAL BUREAU OF INVESTIGATION<br>ATTN:<br>BUILDING 27958A<br>QUANTICO, VA 22135    b3 b6 b7C b7E |
|---|---|
| 8. Issuing Office *(Address correspondence to):*<br>FEDERAL BUREAU OF INVESTIGATION<br>PROCUREMENT SECTION<br>ROOM 6823, JEH F.B.I. BLDG.<br>WASHINGTON, D. C.   20535 | 9. Send Invoice to: (Name, Address and Zip Code):<br>FEDERAL BUREAU OF INVESTIGATION<br>ATTN:<br>BUILDING 27958A<br>QUANTICO, VA 22135 |

| 10. Business Classification | 11. F.O.B. Point<br>DESTINATION | 12. Discount Terms<br>NET 30 DAYS |
|---|---|---|

| 13. Schedule | | | | | |
|---|---|---|---|---|---|
| Line No.<br>(A) | Supplies or Services<br>(B) | Quantity Ordered<br>(C) | Unit<br>(D) | Unit Price<br>(E) | Amount<br>(F) |
| CONTRACT | DUE DATE:07/30/2010 | | | | |
| CONTRACT | DUE DATE:07/30/2010 | | | | |
| CONTRACT | DUE DATE:07/30/2010 | | | | |
| CONTRACT | DUE DATE:07/30/2010 | | | | |

b3 b4 b7E b6 b7C

| 14. Type of Order | | 15. | |
|---|---|---|---|
| ☐ **A. Purchase -** Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated. | ☐ **B. Delivery -** This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract. | **Grand Total** ➤ XXXXXX X<br>b7E b6 b7C | *See Instructions on Reverse* |

| Point of Contact - Purchase Order Information: | 16. United States of America<br>By *(Signature)* |
|---|---|
| Point of Contact - Invoice Payment Status:<br>Commercial Payments Unit | 17. Name *(Typed)*          XXXXXXXXXXX<br><br>*Title: Contracting Officer* |

B – BUYER

CELLSITE-5417

12-201 (Rev. 9-6-2006)



# U.S. Department of Justice
Federal Bureau of Investigation



## Purchase Order for Supplies or Services

| 1. Date of Order | 2. | 3. Mod. No. | 4. Mod. Date | 5. Page No. |
|---|---|---|---|---|
| 01/07/2010 | | | | 3 |

**6. To Contractor** *(Name, Address and Zip Code)*:

**7. Ship to** *(Consignee and address, Zip Code)*:
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

b3
b6
b7C
b7E

**8. Issuing Office** *(Address correspondence to)*:
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.  20535

**9. Send Invoice to:** *(Name, Address and Zip Code)*:
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

| 10. Business Classification | 11. F.O.B. Point | 12. Discount Terms |
|---|---|---|
| | DESTINATION | NET 30 DAYS |

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| CONTRACT | DUE DATE:07/30/2010 | | | | |
| CONTRACT | DUE DATE:07/30/2010 | | | | |
| CONTRACT | DUE DATE:01/30/2011 | | | | |
| CONTRACT | DUE DATE:01/30/2011 | | | | |

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**15. Grand Total** ➡ XXXXXX XX

b3
b4
b7E
b6
b7C

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

**Point of Contact - Invoice Payment Status:**
Commercial Payments Unit

**16. United States of America**
By *(Signature)*

**17. Name** *(Typed)*    XXXXXXXXXXX

*Title: Contracting Officer*

B – BUYER

CELLSITE-5418

12-201 (Rev. 9-6-2006)



## U.S. Department of Justice
Federal Bureau of Investigation



### Purchase Order for Supplies or Services

| 1. Date of Order 01/07/2010 | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. 4 |
|---|---|---|---|---|

**6. To Contractor** *(Name, Address and Zip Code):*

**7. Ship to** *(Consignee and address, Zip Code):*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

b3
b6
b7C
b7E

**8. Issuing Office** *(Address correspondence to):*
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.  20535

**9. Send Invoice to:** *(Name, Address and Zip Code):*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

| 10. Business Classification | 11. F.O.B. Point DESTINATION | 12. Discount Terms NET 30 DAYS |
|---|---|---|

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| CONTRACT # | DUE DATE:01/30/2011 | | | | |
| CONTRACT # | DUE DATE:01/30/2011 | | | | |

FUNDING FOR ITEMS,QUANTITIES AND SERVICES AS IDENTIFEID
IN THIS ORDER. TERMS AND CONDITIONS ARE THOSE IN EFFECT
UNDER THE CURRENT CONTRACT.   PERIOD OF PERFORMANCE IS
1/7/10 THUR 7/30/10 FOR LINE 1 THUR 10. PERIOD OF
PERFORMANCE FOR LINES 11 THUR 14 IS 1/7/10 THUR 1/20/11
COTR OF RECORD FOR THIS REQUIREMENT IS
CONTRACTOR EXCEEDS TOTAL FUNDING AT THEIR OWN RISK

b3
b4
b6
b7C
b7E

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

| 15. Grand Total ▶ | XXXXXXXXXX |
|---|---|

*See Instructions on Reverse*

Point of Contact - Purchase Order Information:

Point of Contact - Invoice Payment Status:
Commercial Payments Unit

**16. United States of America**
By *(Signature)*

**17. Name** *(Typed)*   XXXXXXXXXX

*Title: Contracting Officer*

B – BUYER

CELLSITE-5419

12-201 (Rev. 9-6-2001)



**U.S. Department of Justice**
Federal Bureau of Investigation



| Purchase Order for Supplies or Services | | | | |
|---|---|---|---|---|
| 1. **Date of Order**<br>01/07/2010 | 2. **Order No.** | 3. **Mod. No.** | 4. **Mod. Date** | 5. **Page No.**<br>5 |

| 6. **To Contractor** *(Name, Address and Zip Code)*: | 7. **Ship to** *(Consignee and address, Zip Code)*:<br>FEDERAL BUREAU OF INVESTIGATION<br>ATTN:<br>BUILDING 27958A<br>QUANTICO, VA  22135     b3<br>b6<br>b7C<br>b7E |
|---|---|
| 8. **Issuing Office** *(Address correspondence to)*:<br>FEDERAL BUREAU OF INVESTIGATION<br>PROCUREMENT SECTION<br>ROOM 6823, JEH F.B.I. BLDG.<br>WASHINGTON, D. C.  20535 | 9. **Send Invoice to:** *(Name, Address and Zip Code)*:<br>FEDERAL BUREAU OF INVESTIGATION<br>ATTN:<br>BUILDING 27958A<br>QUANTICO, VA  22135 |

| 10. **Business Classification** | 11. **F.O.B. Point**<br>DESTINATION | 12. **Discount Terms**<br>NET 30 DAYS |
|---|---|---|

| 13. Schedule | | | | | |
|---|---|---|---|---|---|
| **Line No.**<br>(A) | **Supplies or Services**<br>(B) | **Quantity Ordered**<br>(C) | **Unit**<br>(D) | **Unit Price**<br>(E) | **Amount**<br>(F) |
| | ALL PAYMENTS BY THE GOVERNMENT UNDER THIS ORDER SHALL BE MADE BY ELECTRONIC FUNDS TRANSFER (EFT).  THE VENDOR SHALL PROVIDE THIS INFORMATION ON EACH INVOICE OR SUBMIT SF-3881 FORM TO:  FBI, COMMERCIAL PAYMENTS UNIT RM. 1987, J. EDGAR HOOVER BLDG 935 PENNSYLVANIA AVENUE, NW WASHINGTON, DC 20535 IF THIS INFORMATION IS NOT AVAILABLE TO THE GOVERNMENT, THE INVOICE WILL BE CONSIDERED AN IMPROPER INVOICE AND SHALL BE RETURNED. A PROPER INVOICE SUBMITTED FOR PAYMENT TO THE FBI MUST CONTAIN THE FOLLOWING: THE NAME OF THE VENDOR; AN INVOICE NUMBER; THE CONTRACT OR PURCHASE ORDER NUMBER; THE INVOICE DATE; DESCRIPTION (I.E. NAME OR ITEM LINE NUMBER), PRICE AND QUANTITY OF GOODS OR SERVICES RENDERED; SHIPPING AND/OR PAYMENT TERMS; TAXPAYER ID#; | | | | |

14. **Type of Order**

☐ A. **Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ B. **Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

15. **Grand Total** ▶ XXXXXXXXXXX

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

Point of Contact - Invoice Pa
Commercial Payments Unit -

16. **United States of America**
By *(Signature)*

17. **Name** *(Typed)*      XXXXXXXXXXX

*Title: Contracting Officer*

B – BUYER

CELLSITE-5420

# FBI

**U.S. Department of Justice**
Federal Bureau of Investigation

*Reg.*



## Purchase Order for Supplies or Services

| 1. Date of Order | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. |
|---|---|---|---|---|
| 01/07/2010 | | | | 6 |

**6. To Contractor** *(Name, Address and Zip Code)*:

**7. Ship to** *(Consignee and address, Zip Code)*:
FEDERAL BUREAU OF INVESTIGATION
ATTN
BUILDING 27958A
QUANTICO, VA   22135

b3
b6
b7C
b7E

**8. Issuing Office** *(Address correspondence to)*:
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.   20535

**9. Send Invoice to:** *(Name, Address and Zip Code)*:
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA   22135

| 10. Business Classification | 11. F.O.B. Point | 12. Discount Terms |
|---|---|---|
| | DESTINATION | NET 30 DAYS |

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| | BANKING / ROUTING NUMBER TO ALLOW EFT PAYMENT; CONTACT NAME, TITLE AND TELEPHONE NUMBER AND ANY OTHER SUBSTANTIATING DOCUMENTATION AS REQUIRED BY THE CONTRACT. | | | | |
| | | | | | b3 b6 b7C b7E |

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**15. Grand Total** ➤

*See Instructions on Reverse*

CONTRACTOR NUMBER

**Point of Contact - Purchase Order Information:**

Commercial Payments Unit -

**16. U**
**B**

**17. Na**
Title. Contracting Officer

B – BUYER

CELLSITE-5421

FD-369 (Rev. 2-21-89)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/rs

**FEDERAL BUREAU OF INVESTIGATION**

**REQUISITION FOR SUPPLIES AND/OR EQUIPMENT**

Page 1 of 2

Req. #

Date: October 16, 2009

Ordering Office/Cost Code

Approved By

Julian Date

Supply Technician:
Program Manager:
Funding Approved:
Requester:
COTR:

10/29/09

**ENTERED**

**FY 2010**

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order #

b3
b4
b6
b7C
b7E

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL |
|--------|----------------------|--------|------------------|---------------|------|------------------|-----|-----------|-------|
| 1 | | | | each | | | | | |
| 2 | | | | each | | | | | |
| 3 | | | | each | | | | | |
| 4 | | | | each | | | | | |
| 5 | | | | each | | | | | |
| 6 | | | | each | | | | | |
| 7 | | | | each | | | | | |
| 8 | | | | each | | | | | |
| 9 | | | | each | | | | | |
| 10 | | | | each | | | | | |
| 11 | | | | each | | | | | |
| 12 | | | | each | | | | | |
| 13 | | | | each | | | | | |

SPECIAL INSTRUCTIONS:
Ship to Code:
Delivery Instructions: M-F, 8am-4pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:
see attached EC

**RECEIVED**

NOV 3 0 2009

BY:

CELLSITE-5422

| | Req. # | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM # | NATIONAL STOCK NUMBER StockNumber | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL | |
| 14 | | | | each | | | | | | |

**Requisition Description:**
Equipment and training

**Suggested Vendor:**

b3
b4
b7E

CELLSITE-5423

# ACQUISITION SECURITY REQUEST

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-23-2012 BY 65179 DMH/rs

| Request Date: | | Anticipated Procurement Date: | |

## VENDOR INFORMATION

☐ **Reseller With Access to FBI Facilities**    ■ **Reseller With No Access to FBI Facilities**

| Vendor Name: | | |
| Vendor Address: | | |

☐ **Manufacturer**         ☐ **Hardware**    ☐ **Software**    ☐ **Maintenance**

| Vendor Name: | |
| Vendor Address: | |

☐ **Contractor Providing Classified Services**       ☐ **DD Form 254 Required**

| Vendor Name: | |
| Vendor Address: | |

b3
b6
b7C
b7E

## PRODUCT/SERVICES INFORMATION

☐ **FISMA System**    ☐ **Critical Asset System**    ☐ **Telecommunications**    ☐ **Audiovisual**

| 1. Products being procured (list the specific hardware / software / services in detail) | |
| 2. What entity will be purchasing and using the product (Location, Division, Section, Unit, and Program)? | Wireless Intercept and Tracking Team |
| 3. | Stand alone systems |
| 4. Highest Classification / Security Requirements (i.e. Top Secret, Top Secret SCI, Secret, SBU, LES, etc.) | Secret |
| 5. Who is installing and maintaining the equipment/software (FBI personnel, vendor, other)? | FBI personnel |
| 6. Will the vendor require access to classified information/systems? | no |

## PROCUREMENT INFORMATION

| Contracting Officer Name/ Phone: | |
| FBI COTR Name/Phone: | |
| Program Manager/Technical POC: | |
| Requisition Number: | |
| Purchase Order Number: | |
| Contract Number: | |

## DOCUMENTATION ATTACHED

☐ Answers to the Acquisition Risk Questions (the replacement for the SF-328)
☐ Key Management Personnel Listing (KMPL)
☐ FD-369 Requisition for Supplies and/or Equipment
☐ Statement of Work (SOW) – Required if a classified contract

## PRIORITY

**All requests will be handled by date received by ASU unless specific issues affecting the priority, i.e. Director's Priority, are specifically provided in writing by the Contracting Officer.**

Comments:

*439*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs

(Rev. 05-01-2008)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                    Date:  10/19/2009

To:  Finance                      Attn:

From:  Operational Technology Division

              Contact:

b6
b7C
b7E

Approved By:

Drafted By:

Case ID #:  268-HQ-1068430

Title:  WIRELESS INTERCEPT AND TRACKING TEAM

Synopsis:  The Quantico Contracts Unit (QCU) is requested to initiate the procurement

b3
b7E

Enclosure(s):

Details:  The Law Enforcement community continues to employ

The trend is expected to not only continue, but dynamically increase with the continued

_____WITT has determined that it is necessary to procure the identified _____ listed on the attached FD-369 from _____ using FBI contract, to enhance the FBI's capability to _____

b3
b6
b7C
b7E

The Contracting Officer Technical Representative (COTR) for this procurement is EE _____ and can be contacted at

UNCLASSIFIED

wpd

OCT 26 2009

CELLSITE-5425



UNCLASSIFIED

To:  Finance  From:  Operational Technology Division
Re:  268-HQ-1068430, 10/16/2009

b3
b7E

the Engineering Research Facility, located in Quantico, Virginia,
for any questions.
          Contracting Officers are responsible for ensuring that

UNCLASSIFIED

CELLSITE-5426

UNCLASSIFIED

To:   Finance   From:   Operational Technology Division
Re:   268-HQ-1068430, 10/16/2009


LEAD(s):

Set Lead 1:   (Action)

   `FINANCE

     AT PSFO, DC

    The Quantico Contracts Unit (QCU) is requested to initiate the
procurement of

CC:

b3
b6
b7C
b7E

UNCLASSIFIED

3

CELLSITE-5427

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/rs

**U.S. Department of Justice**
Federal Bureau of Investigation

*Reg*

# Purchase Order for Supplies or Services

| 1. Date of Order | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. |
|---|---|---|---|---|
| 09/15/2009 | | | | 1 |

| 6. To Contractor (Name, Address and Zip Code) | 7. Ship to (Consignee and address, Zip Code) |
|---|---|
| | FEDERAL BUREAU OF INVESTIGATION b3<br>ATTN: b6<br>BUILDING 27958A b7C<br>QUANTICO, VA 22135 b7E |

| 8. Issuing Office (Address correspondence to:) | 9. Send Invoice to: (Name, Address and Zip Code) |
|---|---|
| FEDERAL BUREAU OF INVESTIGATION<br>PROCUREMENT SECTION<br>ROOM 6823, JEH F.B.I. BLDG.<br>WASHINGTON, D. C. 20535 | FEDERAL BUREAU OF INVESTIGATION<br>ATTN:<br>BUILDING 27958A<br>QUANTICO, VA 22135 |

| 10. Business Classification | 11. F.O.B. Point | 12. Discount Terms |
|---|---|---|
| OTHER LARGE BUSINESS | DESTINATION | NET 30 DAYS |

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| CONTRACT | DUE DATE:06/30/2010 | | | | |
| CONTRACT | DUE DATE:06/30/2010 | | | | |
| CONTRACT | DUE DATE:06/30/2010 | | | | |
| CONTRACT | DUE DATE:06/30/2010 | | | | |

b3
b4
b7E
b6
b7C

| 14. Type of Order | 15. |
|---|---|
| ☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.  ☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract. | **Grand Total** ➤ XXXX XX<br>*See Instructions on Reverse* |

Point of Contact - Purchase Order Information:

Point of Contact - Invoice Payment Status:
Commercial Payments Unit -

| 16. United States of America<br>By (Signature) |
|---|
| 17. Name (Typed) XXXXXXXXXXX<br>Title: Contracting Officer |

B – BUYER

CELLSITE-5428

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation



## Purchase Order for Supplies or Services

| 1. Date of Order 09/15/2009 | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. 2 |
|---|---|---|---|---|

| 6. To Contractor *(Name, Address and Zip Code)*: | 7. Ship to (Consignee and address, Zip Code):<br>FEDERAL BUREAU OF INVESTIGATION<br>ATTN:<br>BUILDING 27958A<br>QUANTICO, VA  22135 |
|---|---|
| 8. Issuing Office (Address correspondence to):<br>FEDERAL BUREAU OF INVESTIGATION<br>PROCUREMENT SECTION<br>ROOM 6823, JEH F.B.I. BLDG.<br>WASHINGTON, D.C.  20535 | 9. Send Invoice to: (Name, Address and Zip Code):<br>FEDERAL BUREAU OF INVESTIGATION<br>ATTN:<br>BUILDING 27958A<br>QUANTICO, VA  22135 |

b3
b6
b7C
b7E

| 10. Business Classification OTHER LARGE BUSINESS | 11. F.O.B. Point DESTINATION | 12. Discount Terms NET 30 DAYS |
|---|---|---|

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| | FUNDING FOR ITEMS AND QUANTITIES IN ACCORDANCE WITH THE TERMS OF THE CONTRACT. PERIOD OF PERFORMANE IS 9/30/09 THRU 6/30/2010. COTR OF RECORD IS ___ FOR ALL TECHNICAL GUIDANCE. CONTRACTOR EXCEEDS FUNDS AT THEIR OWN RISK.<br>ALL PAYMENTS BY THE GOVERNMENT UNDER THIS ORDER SHALL BE MADE BY ELECTRONIC FUNDS TRANSFER (EFT).  THE VENDOR SHALL PROVIDE THIS INFORMATION ON EACH INVOICE OR SUBMIT SF-3881 FORM TO:  FBI, COMMERCIAL PAYMENTS UNIT<br>RM. 1987, J. EDGAR HOOVER BLDG<br>935 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20535<br>IF THIS INFORMATION IS NOT AVAILABLE TO THE GOVERNMENT, THE INVOICE WILL BE CONSIDERED AN IMPROPER INVOICE AND SHALL BE RETURNED. | | | | |

| 14. Type of Order<br>☐ A. Purchase - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.   ☐ B. Delivery - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract. | 15. Grand Total ▶ XXXXXXXXXXX<br>*See Instructions on Reverse* |
|---|---|

| Point of Contact - Purchase Order Information:<br><br>Point of Contact - Invoice Payment Status<br>Commercial Payments Unit | 16. United States of America<br>By *(Signature)*<br><br>17. Name *(Typed)*                    XXXXXXXXXXX<br>*Title: Contracting Officer* |
|---|---|

B – BUYER
CELLSITE-5429



# U.S. Department of Justice
Federal Bureau of Investigation



## Purchase Order for Supplies or Services

| 1. Date of Order 09/15/2009 | 2. O | 3. Mod. No. | 4. Mod. Date | 5. Page No. 3 |
|---|---|---|---|---|

**6. To Contractor** (Name, Address and Zip Code):

**7. Ship to** (Consignee and address, Zip Code)
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

b3
b6
b7C
b7E

**8. Issuing Office** (Address correspondence to):
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.  20535

**9. Send Invoice to:** (Name, Address and Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

| 10. Business Classification OTHER LARGE BUSINESS | 11. F.O.B. Point DESTINATION | 12. Discount Terms NET 30 DAYS |
|---|---|---|

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| | A PROPER INVOICE SUBMITTED FOR PAYMENT TO THE FBI MUST CONTAIN THE FOLLOWING: THE NAME OF THE VENDOR; AN INVOICE NUMBER; THE CONTRACT OR PURCHASE ORDER NUMBER; THE INVOICE DATE; DESCRIPTION (I.E. NAME OR ITEM LINE NUMBER), PRICE AND QUANTITY OF GOODS OR SERVICES RENDERED; SHIPPING AND/OR PAYMENT TERMS; TAXPAYER ID#; BANKING / ROUTING NUMBER TO ALLOW EFT PAYMENT; CONTACT NAME, TITLE AND TELEPHONE NUMBER AND ANY OTHER SUBSTANTIATING DOCUMENTATION AS REQUIRED BY THE CONTRACT. | | | | |

b3
b6
b7C
b7E

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

CONTRACTOR NUMBER

**15.**
**Grand Total**
See Instructions on Reverse

Point of Contact - Purchase Order Info

Commercial Payments

**16.** U
E

**17.** N

Title: Contracting Officer

B – BUYER

CELLSITE-5430



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/rs

FD-369 (Rev. 2-21-89)

**FEDERAL BUREAU OF INVESTIGATION**

**REQUISITION FOR SUPPLIES AND/OR EQUIPMENT**

Req. #

b3
b4
b6
b7C
b7E

Page 1 of 1

November 14, 2008
Date

Ordering Office/Cost Code

Approved By

Contract Specialist
Date Received:
PPMS Approval:
Purchase Order #

Julian Date

Supply Technician:
Program Manager:
Funding Approved:
Requester:
TR:

Entered in   3/19/09

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE |
|--------|----------------------|--------|------------------|---------------|------|------------------|-----|------------|
| 1 | | | | Each | | | | |
| 2 | | | | Each | | | | |
| 3 | | | | Each | | | | |
| 4 | | | | Each | | | | |

**Requisition Description:**
Equipment

**Suggested Vendor:**

**SPECIAL INSTRUCTIONS:**
Ship to Code:
Delivery Instructions:
Government's Estimate
Previous PO #
Previous Contract #

**JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:**
See attached EC

04/01/2009 14:04 FAX 17036326723

SRU

CELLSITE-5431

401

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** PRIORITY                    **Date:** 11/14/2008

**To:** Finance                    **Attn:**
                                    **Attn:**

**From:** Operational Technology

          **Contact:**                                         b6
                                                               b7C
**Approved By:**                          11/17/08             b7E

**Drafted By:**

**Case ID #:** 268-HQ-1068430-614

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:** To request procurement of

**Enclosure(s):**      FD-369                in the amount of
                       Vendor Quote, IT Acquisition form

**Details:** Law enforcement                          have,
in recent years, increased their use of                        b3
                                                               b7E

criminal investigations is still expected to rise in the
upcoming years as

                                             Wireless
Intercept and Tracking Team (WITT) supports

efforts that continuously evaluate the ability of
                                             WITT has
historically satisfied

wpd



CELLSITE-5432

To:   Finance   Fron.   Operational Technology
Re:   268-HQ-1068430 ,   11/14/2008

all law

enforcement and

b3
b7E

WITT has determined that it is essential to
inventory of
systems.

Contracting Officers are responsible for ensuring that

2

wpd

To:  Finance   From   Operational Technology
Re:  268-HQ-1068430 ,  11/14/2008


**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>FINANCE</u>

        <u>AT PSFO, DC</u>

        The Engineering Contracts Unit is requested to
procure [                                                                    ]
Funding is specified on the attached form FD-369.


**Set Lead 2:   (Action)**

    [                                    ]

        <u>AT WASHINGTON, DC</u>

        [                              ] is requested to
approve funding for the procurement of [                ]
[                                      ] Funding is available as
specified on the attached form FD-369.

b3
b6
b7C
b7E


CC:  [                              ]

◆◆

3                                         [        ] wpd

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/rs

FD-369 (Rev. 2-21-89)

**FEDERAL BUREAU OF INVESTIGATION**

**REQUISITION FOR SUPPLIES AND/OR EQUIPMENT**

Page 1 o

Req. #

November 14, 2008
Date

Ordering Office/Cost Code        Approved        Julian Date

Supply Technician:
Program Manager:                                        Contract Specialist:
Funding Approved:                                        Date Received:
Requester:                                               PPMS Approval:
C    t:                                                  Purchase Order #

FY 09

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL |
|--------|----------------------|--------|------------------|---------------|------|------------------|-----|------------|-------|
| 1 | | | | Each | | | | | |
| 2 | | | | Each | | | | | |
| 3 | | | | Each | | | | | |
| 4 | | | | Each | | | | | |

**Requisition Description:**
Equipment

**Suggested Vendor:**

b3
b4
b6
b7C
b7E

SPECIAL INSTRUCTI
Ship to Code:
Delivery Instructions:
Government's Estimate
Previous PO #
Previous Contract #

**JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:**
See attached EC

CELLSITE-5435

FD-369 (Rev. 2-21-89)

**FEDERAL BUREAU OF INVESTIGATION**

**REQUISITION FOR SUPPLIES AND/OR EQUIPMENT**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/rs

Page 1 of 2

Req. #

October 17, 2008
Date

Supply Technician:
Program Manager:
Funding Approved:
Requester:
C  R:

Ordering Office/Cost Code         Approved By

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order #

Julian Date
b3
b4
b6
b7C
b7E

**FY 2009**

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL |
|--------|----------------------|--------|------------------|---------------|------|------------------|-----|------------|-------|
| 1 | | | | ea | | | | | |
| 2 | | | | ea | | | | | |
| 3 | | | | ea | | | | | |
| 4. | | | | ea | | | | | |
| 5 | | | | ea | | | | | |
| 6 | | | | ea | | | | | |
| 7 | | | | ea | | | | | |
| 8 | | | | ea | | | | | |
| 9 | | | | ea | | | | | |

**Requisition Description:**
Equipment

**Suggested Vendor:**

**SPECIAL INSTRUCTIONS:**
Ship to Code:
Delivery Instructions:   M-F, 8am-4pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

**JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:**

CELLSITE-5436

Req. #

| ITEM # | NATIONAL STOCK NUMBER StockNumber | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL |
|--------|-----------|--------|------------------|------|------|------|------|------|------|
| | | | | | | | | | |

b3
b7E

FD-369 (Rev. 2-21-89)

**FEDERAL BUREAU OF INVESTIGATION**

**REQUISITION FOR SUPPLIES AND/OR EQUIPM**

Req. #

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/rs

b3
b4
b6
b7C
b7E

Page 1 of

February 13, 2009
Date

Ordering Office/Cost Code

Approved By

lian Date

Supply Technician:
Program Manager:
nding Approved:
quester:
COTR:

**FY 2009**

ialist:

Date Received:

PPMS Approval:

Purchase Order #

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL |
|--------|------------------------|--------|------------------|---------------|------|------------------|-----|------------|-------|
| 1 | | | | ea | | | | | |
| 2 | | | | ea | | | | | |
| 3 | | | | ea | | | | | |
| 4 | | | | ea | | | | | |
| 5 | | | | ea | | | | | |
| 6 | | | | ea | | | | | |
| 7 | | | | ea | | | | | |

**Requisition Description:**
Equipment

**Suggested Vendor:**

**SPECIAL INSTRUCTIONS:**
Ship to Code:
Delivery Instructions: M-F, 8am-4pm, except holidays
Government's Estimate
evious PO #
ious Contract #

**JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:**
See attached EC

CELLSITE-5438

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 10-19-2012
CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-19-2037

SECRET

# FBI ▮▮▮▮ Program ▮▮▮ Order 1

b3
b7E

Task Order Descriptions (Reference section 3.8 ▮▮▮▮ SOW):

Capability Task Order
    Sub Task d ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Technology Task Order
    Sub Task number including but not limited to: d,f,i
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Engineering Task Order
    Sub Task d: ▮▮▮▮▮▮▮▮

All documentation as described in the ▮▮▮▮ Statement of Work section 2.6 will be made available for the government.

All requirements as detailed in sections 3.1, 3.2 and 3.3 of the ▮▮▮▮ Statement of Work will be included under this Task Order. Weekly status reporting required in section 3.3 will be acceptable in a email format and delivered to both the CO and COTR. The government does NOT require an award/kick-off meeting for this individual task order.

(S) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

b1
b3
b7E

Specifically the vendor shall:

(S) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

(S) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

SECRET

CELLSITE-5440

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs

AUG-24-2010  15:19             P.07

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 1 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICAITON NO. Mod 2 | 3. EFFECTIVE DATE 08/24/10 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| Federal Bureau of Investigation Room 6853 935 Pennsylvania Ave. NW Washington, DC 20535 | | Same as item 6. | |

b3
b6
b7C
b7E

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

(X) 9A. AMENDMENT OF SOLICIATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

X 10B. DATED (SEE ITEM 11)  09/15/09

CODE     FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a)By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

| **13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.** | |
|---|---|
| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) FAR 52.243-2 "Changes - Cost-Reimbursement" |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return _____1_____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to provide a no cost extension to the period of performance for the above PO for the _____ effort. The revised POP is 9/30/10-3/31/11. All work is to be performed in accordance with the statement of work and all terms and conditions remain the same. Contractor exceeds funding at their own risk. All technical guidance to come from the COTR _____

b3
b6
b7C
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Contracts Manager | Contracting Officer |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED 8/24/10 | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED 8/25/10 |
|---|---|---|---|

Previous edition unusable

FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-5442

```
************** -COMM. JOURNAL- ***************** DATE AUG-25-2010 ***** TIME 11:42 ********
```

MODE = MEMORY TRANSMISSION          START=AUG-25 11:39    END=AUG-25 11:42

FILE NO.=942

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---------|-------|---------------------|----------------------|-------|----------|
| 001 | OK | ☎ | | 001/001 | 00:02:15 |

```
***************************** -    - ***** ***********
```

AUG-24-2010  15:19                                    P.07

b3
b6
b7C
b7E

---

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 1 |

2. AMENDMENT/MODIFICATION NO.    3. EFFECTIVE DATE    4. REQUISITION/PURCHASE REQ. NO.    5. PROJECT NO. (If applicable)
Mod 2                            08/24/10

6. ISSUED BY                CODE                7. ADMINISTERED BY (If other than Item 6)

Federal Bureau of Investigation          Same as item 6.
            Room 6953
935 Pennsylvania Ave. NW
Washington, DC 20535

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)    (X)    9A. AMENDMENT OF SOLICITATION NO.

                                                            9B. DATED (SEE ITEM 11)

                                                            10A. MODIFICATION OF CONTRACT/ORDER NO.

                                                            10B. DATED (SEE ITEM 11)
CODE              FACILITY CODE                              09/15/09

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

CHECK ONE  A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)
X    FAR 52.243-2 "Changes - Cost-Reimbursement"

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ___1___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to provide a no cost extension to the period of performance for the above PO for the          effort. The revised POP is 9/30/10-3/31/11. All work is to be performed in accordance with the statement of work and all terms and conditions remain the same. Contractor exceeds funding at their own risk. All technical guidance to come from the COTR.

b3
b6
b7C
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)    16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

Contracts Manager

15B. DATE SIGNED    8/24/10          16C. DATE SIGNED    8/25/10

PREVIOUS EDITION UNUSABLE          FORM 30 (REV. 10-83)
                                   JA FAR (48 CFR) 53.243

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs

TOTAL P.07    CELLSITE-5443

12-201 (Rev. 9-6-2006)



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs

**U.S. Department of Justice**
Federal Bureau of Investigation



## Purchase Order for Supplies or Services

| 1. Date of Order 09/15/2009 | 2. Or | 3. Mod. No. / | 4. Mod. Date | 5. Page No. 1 |
|---|---|---|---|---|

**6. To Contractor** (Name, Address and Zip Code):

**7. Ship to** (Consignee and address, Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

b3
b6
b7C
b7E

**8. Issuing Office** (Address correspondence to):
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.  20535

**9. Send Invoice to:** (Name, Address and Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

| 10. Business Classification OTHER LARGE BUSINESS | 11. F.O.B. Point DESTINATION | 12. Discount Terms NET 30 DAYS |
|---|---|---|

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| CONTRACT | DUE DATE:03/31/2011 | | | | |

SERVICES TO BE PERFORMED IN ACCORDANCE WITH THE SOW

ENGINEERING SERVICES TO BE PERFORMED IN ACCORDANCE WITH
THE SOW AND THE TERMS OF THE CONTRACT. PERIOD OF
PERFORMANCE IS 9/30/09 THRU 9/30/10 COTR OF RECORD IS
_____ FOR ALL TECHNICAL GUIDANCE. CONTRACTOR
EXCEEDS TOTAL FUNDS AT THEIR OWN RISK
ALL PAYMENTS BY THE GOVERNMENT UNDER THIS ORDER SHALL
BE MADE BY ELECTRONIC FUNDS TRANSFER (EFT).  THE VENDOR
SHALL PROVIDE THIS INFORMATION ON EACH INVOICE OR
SUBMIT SF-3881 FORM TO:  FBI, COMMERCIAL PAYMENTS UNIT
                          RM. 1987, J. EDGAR HOOVER BLDG
                          935 PENNSYLVANIA AVENUE, NW
                          WASHINGTON, DC 20535
IF THIS INFORMATION IS NOT AVAILABLE TO THE GOVERNMENT,
THE INVOICE WILL BE CONSIDERED AN IMPROPER INVOICE AND
SHALL BE RETURNED.

b3
b6
b7C
b7E
b4

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**15. Grand Total** ▶ XXXXXXXXXXX

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

**16. United States of America** By (Signature) XXXXXXXXXXXX

**Point of Contact - Invoice Payment Status:**
Commercial Payments Unit

**17. Name** (Typed)

*Title: Contracting Officer*

**B - BUYER**

CELLSITE-5444

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation



| Purchase Order for Supplies or Services |
|---|

| 1. Date of Order 09/15/2009 | 2. O | 3. Mod. No. / | 4. Mod. Date | 5. Page No. 2 |
|---|---|---|---|---|

**6. To Contractor** *(Name, Address and Zip Code)*

**7. Ship to.** *(Consignee and address, Zip Code)*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

b3
b6
b7C
b7E

**8. Issuing Office** *(Address correspondence to)*
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.  20535

**9. Send Invoice to:** *(Name, Address and Zip Code)*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

| 10. Business Classification OTHER LARGE BUSINESS | 11. F.O.B. Point DESTINATION | 12. Discount Terms NET 30 DAYS |
|---|---|---|

| 13. Schedule |
|---|

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| | A PROPER INVOICE SUBMITTED FOR PAYMENT TO THE FBI MUST CONTAIN THE FOLLOWING: THE NAME OF THE VENDOR; AN INVOICE NUMBER; THE CONTRACT OR PURCHASE ORDER NUMBER; THE INVOICE DATE; DESCRIPTION (I.E. NAME OR ITEM LINE NUMBER), PRICE AND QUANTITY OF GOODS OR SERVICES RENDERED; SHIPPING AND/OR PAYMENT TERMS; TAXPAYER ID#; BANKING / ROUTING NUMBER TO ALLOW EFT PAYMENT; CONTACT NAME, TITLE AND TELEPHONE NUMBER AND ANY OTHER SUBSTANTIATING DOCUMENTATION AS REQUIRED BY THE CONTRACT. ************************************************** MOD 1, DATED 8/24/10, POP CHANGED TO 9/30/10-3/31/11 THIS IS A NO COST EXTENSION TO PROVIDE ADDITIONAL TIME TO COMPLETE REQUIREMENTS | | | | b3 b6 b7C b7E |

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

CONTRACTOR NUMBER

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**15. Grand Total** ▶

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

Point of Contact - Invoice
Commercial Payments Unit -

16. Unite
By (S

17. Name

Title:

B - BUYER
CELLSITE-5445

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation



| Purchase Order for Supplies or Services | | | | |
|---|---|---|---|---|

| 1. Date of Order 06/02/2010 | 2. | 3. Mod. No. | 4. Mod. Date | 5. Page No. 5 |
|---|---|---|---|---|

| 6. To Contractor (Name, Address and Zip Code): | 7. Ship to (Consignee and address, Zip Code): FEDERAL BUREAU OF INVESTIGATION ATTN: BUILDING 27958A QUANTICO, VA 22135 |
|---|---|

b3
b6
b7C
b7E

| 8. Issuing Office (Address correspondence to): FEDERAL BUREAU OF INVESTIGATION PROCUREMENT SECTION ROOM 6823, JEH F.B.I. BLDG. WASHINGTON, D. C. 20535 | 9. Send Invoice to: (Name, Address and Zip Code): FEDERAL BUREAU OF INVESTIGATION ATTN: BUILDING 27958A QUANTICO, VA 22135 |
|---|---|

| 10. Business Classification | 11. F.O.B. Point DESTINATION | 12. Discount Terms NET 30 DAYS |
|---|---|---|

| 13. Schedule | | | | | |
|---|---|---|---|---|---|
| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
| | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* A PROPER INVOICE SUBMITTED FOR PAYMENT TO THE FBI MUST CONTAIN THE FOLLOWING: THE NAME OF THE VENDOR; AN INVOICE NUMBER; THE CONTRACT OR PURCHASE ORDER NUMBER; THE INVOICE DATE; DESCRIPTION (I.E. NAME OR ITEM LINE NUMBER), PRICE AND QUANTITY OF GOODS OR SERVICES RENDERED; SHIPPING AND/OR PAYMENT TERMS; TAXPAYER ID#; BANKING / ROUTING NUMBER TO ALLOW EFT PAYMENT; CONTACT NAME, TITLE AND TELEPHONE NUMBER AND ANY OTHER SUBSTANTIATING DOCUMENTATION AS REQUIRED BY THE CONTRACT. MOD 1 DATED 8/17/10, LINE 3 IS DELETED DUE TO A CHANGE IN MISSION REQUIREMENTS, KMM | | | | |

b3
b6
b7C
b7E

| 14. Type of Order | | 15. Grand Total |
|---|---|---|
| ☐ A. Purchase - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated. CONTRACTOR NUMBER | ☐ B. Delivery - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract. | |

*See Instructions on Reverse*

| Point of Contact - Purchase Order Information: | 16. U By |
|---|---|
| Commercial Payments Unit | 17. Na Ti |

B - CELLSITE-5446

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation



| Purchase Order for Supplies or Services | | |
|---|---|---|

| 1. Date of Order 06/02/2010 | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. 4 |
|---|---|---|---|---|

**6. To Contractor** (Name, Address and Zip Code):

**7. Ship to** (Consignee and address, Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

**8. Issuing Office** (Address correspondence to):
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.  20535

**9. Send Invoice to:** (Name, Address and Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

b3
b6
b7C
b7E

| 10. Business Classification | 11. F.O.B. Point DESTINATION | 12. Discount Terms NET 30 DAYS |
|---|---|---|

| 13. Schedule | | | | | |
|---|---|---|---|---|---|
| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |

FUNDING FOR ITEMS, QUANTITIES, AND SERVICES IDENTIFIED
IN THIS ORDER. ALL TECHNICAL GUIDANCE WILL BE PROVIDED
BY                              COTR FOR THIS EFFORT.
SERVICES WILL BE PERFORMED IN ACCORDANCE WITH THE SOW.
POP LINES 1-10: 6/2/10-6/2/11 LINES 11 AND 12: 4/12/10-
4/12/2011. TERMS AND CONDITIONS ARE THOSE IN EFFECT
UNDER THE CONTRACT. CONTRACTOR EXCEEDS FUNDING AT THEIR
OWN RISK. INVOICES TO BE SENT TO
*********************************************************
ALL PAYMENTS BY THE GOVERNMENT UNDER THIS ORDER SHALL
BE MADE BY ELECTRONIC FUNDS TRANSFER (EFT).   THE VENDOR
SHALL PROVIDE THIS INFORMATION ON EACH INVOICE OR
SUBMIT SF-3881 FORM TO:  FBI, COMMERCIAL PAYMENTS UNIT
                         RM. 1987, J. EDGAR HOOVER BLDG
                         935 PENNSYLVANIA AVENUE, NW
                         WASHINGTON, DC 20535
IF THIS INFORMATION IS NOT AVAILABLE TO THE GOVERNMENT,
THE INVOICE WILL BE CONSIDERED AN IMPROPER INVOICE AND
SHALL BE RETURNED.

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

| 15. Grand Total | X XXXXXXXXXXX |
|---|---|

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

**16. United States of America**
**By** (Signature)

**Point of Contact - Invoice Payment Status:**
Commercial Payments Unit -

**17. Name** (Typed)                    XXXXXXXXXXX

*Title: Contracting Officer*

B - BUYER                    CELLSITE-5447

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation



| Purchase Order for Supplies or Services | | | | |
|---|---|---|---|---|
| 1. Date of Order 06/02/2010 | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. 3 |

**6. To Contractor** (Name, Address and Zip Code):

**7. Ship to:** (Consignee and address, Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

b3
b6
b7C
b7E

**8. Issuing Office** (Address correspondence to):
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.  20535

**9. Send Invoice to:** (Name, Address and Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

| 10. Business Classification | 11. F.O.B. Point DESTINATION | 12. Discount Terms NET 30 DAYS |
|---|---|---|

| 13. Schedule | | | | | |
|---|---|---|---|---|---|
| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
| CONTRACT | DUE DATE:06/02/2011 | | | | |
| CONTRACT | DUE DATE:06/02/2011 | | | | |
| CONTRACT | DUE DATE:04/12/2011 | | | | |
| CONTRACT | DUE DATE:04/12/2011 | | | | |

b3
b4
b7E
b6
b7C

**14. Type of Order**
☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**15. Grand Total**  XXXXXXXXXX

*See Instructions on Reverse*

Point of Contact - Purchase Order Information:

Point of Contact - Invoice Payment Status:
Commercial Payments Unit

**16. United States of America**
By (Signature)

**17. Name** (Typed)  XXXXXXXXXXX

Title: Contracting Officer

CELLSITE-5448

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation



## Purchase Order for Supplies or Services

| 1. Date of Order 06/02/2010 | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. 2 |
|---|---|---|---|---|

**6. To Contractor** *(Name, Address and Zip Code):*

**7. Ship to** *(Consignee and address, Zip Code):*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

b3
b6
b7C
b7E

**8. Issuing Office** *(Address correspondence to):*
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.  20535

**9. Send Invoice to:** *(Name, and Zip Code):*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

| 10. Business Classification | 11. F.O.B. Point DESTINATION | 12. Discount Terms NET 30 DAYS |
|---|---|---|

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| CONTRACT | DUE DATE:06/02/2011 | | | | |
| CONTRACT | DUE DATE:06/02/2011 | | | | |
| CONTRACT | DUE DATE:06/02/2011 | | | | |
| CONTRACT | DUE DATE:06/02/2011 | | | | |

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**15. Grand Total** ▶ XXXXXXXX

See Instructions

b3
b4
b7E
b6
b7C

**Point of Contact - Purchase Order Information:**

**16. United States of America By** *(Signature)*

**Point of Contact - Invoice Payment Status:**
Commercial Payments Unit

**17. Name** *(Typed)*      XXXXXXXXXX

*Title:* Contracting Officer

**B - BUYER**
CELLSITE-5449

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation



| **Purchase Order for Supplies or Services** | | | | | |
|---|---|---|---|---|---|

| 1. Date of Order 06/02/2010 | 2. | 3. Mod. No. Mod 1 | 4. Mod. Date | | 5. Page No. 1 |
|---|---|---|---|---|---|

**6. To Contractor** *(Name, Address and Zip Code)*

**7. Ship to:** *(Consignee and address, Zip Code)*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

b3
b6
b7C
b7E

**8. Issuing Office** *(Address correspondence to)*
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.  20535

**9. Send Invoice to:** *(Name, Address and Zip Code)*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

| 10. Business Classification | 11. F.O.B. Point DESTINATION | 12. Discount Terms NET 30 DAYS |
|---|---|---|

| **13. Schedule** | | | | | |
|---|---|---|---|---|---|
| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
| CONTRACT | DUE DATE:06/02/2011 | | | | |
| CONTRACT | DUE DATE:06/02/2011 | | | | |
| CONTRACT | DUE DATE:06/02/2011 | | | | |
| CONTRACT | DUE DATE:06/02/2011 | | | | |

**14. Type of Order**

☐ **A. Purchase -** Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery -** This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**15. Grand Total** ➤ XXXXXXXX

b3
b4
b7E
b6
b7C

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

**16. United States of America By** *(Signature)*  XXXXXXXXXXXXX

**Point of Contact - Invoice Payment Status:**
Commercial Payments Unit -

**17. Name** *(Typed)*

*Title: Contracting Officer*

**B - BUYER**

CELLSITE-5450

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE 1 | OF | PAGES 1 |

| 2. AMENDMENT/MODIFICAITON NO. Mod 5 | 3. EFFECTIVE DATE 06/04/10 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |

**Federal Bureau of Investigation**
Room 6853
935 Pennsylvania Ave. N.W.
Washington, DC 20535

Same as Item 6.

b3
b6
b7C
b7E

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |

9B. DATED (SEE ITEM 11)

X   10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 11)   09/15/09

| CODE | FACILITY CODE |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a)By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. | OTHER (Specify type of modification and authority) 43.103(b)(1) Unilateral Administrative Modification |

E. IMPORTANT:  Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to hereby remove the _____ equipment from the above referenced contract. All other terms and conditions remain the same.

b3
b6
b7C
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Contracting Officer |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16C. DATE SIGNED 6/4/10 |
| (Signature of person authorized to sign) | | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-5451

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs

**From:**

**Sent:** Friday, June 04, 2010 3:01 PM

**To:**

**Cc:**

**Subject:** RE: ____ - Update

b3
b6
b7C
b7E

Good Afternoon ____

Thank you for your continued patience. Please be advised, I am faxing down Mod 1 to PO ____ On this PO we have deobligated the funding for Lines 1 and 2 for ____ Based on a change in mission requirements, we will no longer be requiring these pieces of equipment. The revised PO reflects this change.

Secondly, please be advised that the FBI intends to remove the ____ equipment from Contract ____ ____ An official modification to the contract will also be included with the revised PO referenced above.

Please let me know if you have any questions.

Thank you again for your assistance,

____

**From:**

**Sent:** Wednesday, June 02, 2010 3:21 PM

**To:**

**Cc:**

**Subject:** ____ - Update

**Importance:** High

____ product UPDATEF_FINAL.pdf>>

Good afternoon ____

Please see the attached letter.

Hope you're well.

b3
b6
b7C
b7E

**Sr. Contract Administrator**

6/4/2010

CELLSITE-5452



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs

**From:**
**Sent:** Wednesday, June 02, 2010 3:21 PM
**To:**
**Cc:**
**Subject:** Update
**Importance:** High
**Attachments:** product UPDATEF_FINAL.pdf

product UPDATEF_FINAL.pdf>>

Good afternoon

Please see the attached letter.

Hope you're well.

**Sr. Contract Administrator**

b3
b6
b7C
b7E

*"It is better to travel well than to arrive."*

**-Buddha**

*"This information is only intended for the use of the individual or entity named in this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this email in error, please notify me and delete it immediately."*

6/2/2010

CELLSITE-5453

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs

**From:**
**Sent:** Friday, June 04, 2010 2:44 PM
**To:**
**Subject:** RE

Hi

Per our discussions, I will also send _____ a modification to the contract removing the _____ equipment from the contract.

Thank you,

-----Original Message-----
From:
Sent: Wednesday, June 02, 2010 6:36 PM
To:
Subject

I spoke with _____ and _____ about recovering the money from the _____ If one of you will be availabe Friday afternoon we can coordinate getting it done then. Right after you deobligate the funds you can tell _____ not to expect the order.

I'll be hitting the road in a few minutes but will be back Friday. I'll be availabe on my blackberry the whole time

Thanks,

b3
b6
b7C
b7E

CELLSITE-5454

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs

**From:**
**Sent:** Friday, June 04, 2010 2:14 PM
**To:**

**Subject:** RE: Deobligation of funds

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Hi

Per our discussions and your request, I will be de-obligating the following lines on PO _____ for _____ equipment:

b3
b6
b7C
b7E

Thank you,

**From:**
**Sent:** Friday, June 04, 2010 1:05 PM
**To:**

**Subject:** RE: Deobligation of funds

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Hi

Please wait and I'll give a call if everything is good to go.

Thanks,

**From:**
**Sent:** Friday, June 04, 2010 1:04 PM
**To:**

**Subject:** RE: Deobligation of funds

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Hi

I will be by the phone/FMS and available for the deobligations. _____ should I wait for your call or just deobligate at 2PM?

Thanks,

1

CELLSITE-5455

12-201 (Rev. 9-6-2006)



## U.S. Department of Justice
### Federal Bureau of Investigation



| Purchase Order for Supplies or Services |
|---|

| 1. Date of Order 01/07/2010 | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. 6 |
|---|---|---|---|---|

**6. To Contractor** (Name, Address and Zip Code):

**7. Ship to** (Consignee and address, Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA 22135

**8. Issuing Office** (Address correspondence to:)
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D.C. 20535

**9. Send Invoice to:** (Name, Address and Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA 22135

b3
b6
b7C
b7E

| 10. Business Classification | 11. F.O.B. Point DESTINATION | 12. Discount Terms NET 30 DAYS |
|---|---|---|

| 13. Schedule | | | | | |
|---|---|---|---|---|---|
| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
| | BANKING / ROUTING NUMBER TO ALLOW EFT PAYMENT; CONTACT NAME, TITLE AND TELEPHONE NUMBER AND ANY OTHER SUBSTANTIATING DOCUMENTATION AS REQUIRED BY THE CONTRACT. ✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻ MOD 1 DATED 6/4/10: FUNDING ON LINES 1 & 2 DEOBLIGATED TOTAL         BASED ON CHANGE OF MISSION REQUIREMENTS | | | | |
| | | | | b3 b6 b7C b7E | |

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**15. Grand Total**

*See Instructions on Reverse*

CONTRACTOR NUMBER

**Point of Contact - Purchase Order Information:**

Commercial Payments Unit

**16. United States of America By** (Signature)

**17. Name** (Type or Print)

Title: Con

B - BUYER
CELLSITE-5456

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation



| Purchase Order for Supplies or Services | | | | |
|---|---|---|---|---|
| 1. Date of Order 01/07/2010 | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. 5 |

**6. To Contractor** *(Name, Address and Zip Code)*:

**7. Ship to** (Consignee and address, Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA   22135

**8. Issuing Office** *(Address correspondence to)*:
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.   20535

**9. Send Invoice to:** (Name, Address and Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA   22135

b3
b6
b7C
b7E

| 10. Business Classification | 11. F.O.B. Point DESTINATION | 12. Discount Terms NET 30 DAYS |
|---|---|---|

**13. Schedule**

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| | ALL PAYMENTS BY THE GOVERNMENT UNDER THIS ORDER SHALL BE MADE BY ELECTRONIC FUNDS TRANSFER (EFT).  THE VENDOR SHALL PROVIDE THIS INFORMATION ON EACH INVOICE OR SUBMIT SF-3881 FORM TO:  FBI, COMMERCIAL PAYMENTS UNIT RM. 1987, J. EDGAR HOOVER BLDG 935 PENNSYLVANIA AVENUE, NW WASHINGTON, DC 20535 IF THIS INFORMATION IS NOT AVAILABLE TO THE GOVERNMENT, THE INVOICE WILL BE CONSIDERED AN IMPROPER INVOICE AND SHALL BE RETURNED. A PROPER INVOICE SUBMITTED FOR PAYMENT TO THE FBI MUST CONTAIN THE FOLLOWING: THE NAME OF THE VENDOR; AN INVOICE NUMBER; THE CONTRACT OR PURCHASE ORDER NUMBER; THE INVOICE DATE; DESCRIPTION (I.E. NAME OR ITEM LINE NUMBER), PRICE AND QUANTITY OF GOODS OR SERVICES RENDERED; SHIPPING AND/OR PAYMENT TERMS; TAXPAYER ID#; | | | | |

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

| 15. Grand Total ▶ | XXXXXXXXXX |
|---|---|

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

**16. United States of America By** *(Signature)*

**Point of Contact - Invoice Payment Status:**
Commercial Payments Unit

**17. Name** *(Typed)*          XXXXXXXXXX

*Title: Contracting Officer*

**B - BUYER**
CELLSITE-5457

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation



| Purchase Order for Supplies or Services |
|---|

| 1. Date of Order 01/07/2010 | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. 4 |
|---|---|---|---|---|

**6. To Contractor** (Name, Address and Zip Code):

**7. Ship to** (Consignee and address, Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135
b3
b6
b7C
b7E

**8. Issuing Office** (Address correspondence to):
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.  20535

**9. Send Invoice to:** (Name, Address and Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

| 10. Business Classification | 11. F.O.B. Point DESTINATION | 12. Discount Terms NET 30 DAYS |
|---|---|---|

| 13. Schedule | | | | | |
|---|---|---|---|---|---|
| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
| CONTRACT | DUE DATE:01/30/2011 | | | | |
| CONTRACT | DUE DATE:01/30/2011 | | | | |

FUNDING FOR ITEMS, QUANTITIES AND SERVICES AS IDENTIFEID
IN THIS ORDER. TERMS AND CONDITIONS ARE THOSE IN EFFECT
UNDER THE CURRENT CONTRACT.  PERIOD OF PERFORMANCE IS
1/7/10 THUR 7/30/10 FOR LINE 1 THUR 10.  PERIOD OF
PERFORMANCE FOR LINES 11 THUR 14 IS 1/7/10 THUR 1/20/11
COTR OF RECORD FOR THIS REQUIREMENT IS
CONTRACTOR EXCEEDS TOTAL FUNDING AT THEIR OWN RISK

b3
b4
b7E
b6
b7C

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

| 15. Grand Total ▶ | XXXXXXXXXXX |
|---|---|

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

**16. United States of America By** (Signature)

**Point of Contact - Invoice Payment Status:**
Commercial Payments Unit

**17. Name** (Typed)          XXXXXXXXXXX

Title: Contracting Officer

**B - BUYER**
CELLSITE-5458

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation



| Purchase Order for Supplies or Services | | | | | |
|---|---|---|---|---|---|
| 1. Date of Order 01/07/2010 | 2. Order No. | 3. Mod. No. | 4. Mod. Date | | 5. Page No. 3 |

**6. To Contractor** *(Name, Address and Zip Code)*:

**7. Ship to** (Consignee and address, Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

b3
b6
b7C
b7E

**8. Issuing Office** (Address correspondence to):
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D.C.  20535

**9. Send Invoice to:** (Name, Address and Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

| 10. Business Classification | 11. F.O.B. Point DESTINATION | 12. Discount Terms NET 30 DAYS |
|---|---|---|

**13. Schedule**

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| CONTRACT | DUE DATE:07/30/2010 | | | | |
| CONTRACT | DUE DATE:07/30/2010 | | | | |
| CONTRACT | DUE DATE:01/30/2011 | | | | |
| CONTRACT | DUE DATE:01/30/2011 | | | | |

b3
b4
b7E
b6
b7C

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**15. Grand Total** ➤ XXXXXXXX

*See Instructions on Reverse*

Point of Contact - Purchase Order Information:

**16. United States of America**
By *(Signature)*

Point of Contact - Invoice Payment Status:
Commercial Payments Unit

**17. Name** *(Typed)*   XXXXXXXXXX

*Title: Contracting Officer*

B - BUYER
CELLSITE-5459

12-201 (Rev. 9-6-2006)



## U.S. Department of Justice
### Federal Bureau of Investigation



| **Purchase Order for Supplies or Services** |
|---|

| 1. Date of Order 01/07/2010 | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. 2 |
|---|---|---|---|---|

**6. To Contractor** (Name, Address and Zip Code)

**7. Ship to** (Consignee and address, Zip Code)
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

b3
b6
b7C
b7E

**8. Issuing Office** (Address correspondence to):
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.  20535

**9. Send Invoice to:** (Name, Address and Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

| 10. Business Classification | 11. F.O.B. Point DESTINATION | 12. Discount Terms NET 30 DAYS |
|---|---|---|

**13. Schedule**

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| CONTRACT | DUE DATE:07/30/201 | | | | |
| CONTRACT | DUE DATE:07/30/2010 | | | | |
| CONTRACT | DUE DATE:07/30/2010 | | | | |
| CONTRACT | DUE DATE:07/30/2010 | | | | |

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**15. Grand Total** ➤ XXXXXXXXX

b3
b4
b7E
b6
b7C

*See Instructions on Re*

**Point of Contact - Purchase Order Information:**

**16. United States of America By** (Signature)

**Point of Contact - Invoice Payment Status:**
Commercial Payments Unit

| 17. Name (Typed) | XXXXXXXXXX |
|---|---|
| Title: Contracting Officer | |

**B - BUYER**

CELLSITE-5460

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/rs

12-201 (Rev. 9-6-2006)



## U.S. Department of Justice
### Federal Bureau of Investigation



| **Purchase Order for Supplies or Services** |
|---|

| 1. Date of Order 01/07/2010 | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. 1 |
|---|---|---|---|---|

**6. To Contractor** (Name, Address and Zip Code):

**7. Ship to** (Consignee and address, Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

b3
b6
b7C
b7E

**8. Issuing Office** (Address correspondence to):
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.  20535

**9. Send invoice to:** (Name, Address and Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

| 10. Business Classification | 11. F.O.B. Point DESTINATION | 12. Discount Terms NET 30 DAYS |
|---|---|---|

| 13. Schedule | | | | | |
|---|---|---|---|---|---|
| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
| CONTRACT | DUE DATE:07/30/2010 | | | | |
| CONTRACT | DUE DATE:07/30/2010 | | | | |
| CONTRACT | DUE DATE:07/30/2010 | | | | |
| CONTRACT | DUE DATE:07/30/2010 | | | | |

b3
b4
b7E
b6
b7C

**14. Type of Order**

☐ A. Purchase - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ B. Delivery - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

| 15. Grand Total ➤ | XXXXXXXXXXX |
|---|---|

*See Instructions on Reverse*

Point of Contact - Purchase Order Information:

**16. United States of America By** (Signature)

Point of Contact - Invoice Payment Status:
Commercial Payments Unit

**17. Name** (Typed)    XXXXXXXXXXX

Title: Contracting Officer

B - BUYER
CELLSITE-5461

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation



| Purchase Order for Supplies or Services | | | | |
|---|---|---|---|---|
| 1. Date of Order 06/02/2010 | | 3. Mod. No. | 4. Mod. Date | 5. Page No. 1 |

**6. To Contractor** (Name, Address and

**7. Ship to** (Consignee and address, Zip Code)
FEDERAL BUREAU OF INVESTIGATION b3
ATTN: b6
BUILDING 27958A b7C
QUANTICO, VA 22135 b7E

**8. Issuing Office** (Address correspondence to):
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D.C. 20535

**9. Send Invoice to:** (Name, Address and Zip Code)
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA 22135

| 10. Business Classification | 11. F.O.B. Point DESTINATION | 12. Discount Terms NET 30 DAYS |
|---|---|---|

**13. Schedule**

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| CONTRACT | DUE DATE:06/02/2011 | | | | |
| CONTRACT | DUE DATE:06/02/2011 | | | | |
| CONTRACT | DUE DATE:06/02/2011 | | | | |
| CONTRACT | DUE DATE:06/02/2011 | | | | |

b3
b4
b7E
b6
b7C

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**15. Grand Total** ➤ XXXXXXXXXXX

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

**16. United States of America**
**By** (Signature)

**Point of Contact - Invoice Payment Status:**
Commercial Payments Unit -

**17. Name** (Typed) XXXXXXXXXXX

*Title: Contracting Officer*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/rs

B - BUYER
CELLSITE-5466

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs

## ACQUISITION SECURITY REQUEST

| Request Date: | | Anticipated Procurement Date: | |
|---|---|---|---|

### VENDOR INFORMATION

☐ **Reseller With Access to FBI Facilities**    ■ **Reseller With No Access to FBI Facilities**

| Vendor Name: | | |
|---|---|---|
| Vendor Address: | | |

☐ **Manufacturer**    ☐ **Hardware**    ☐ **Software**    ☐ **Maintenance**

| Vendor Name: | |
|---|---|
| Vendor Address: | |

☐ **Contractor Providing Classified Services**    ☐ **DD Form 254 Required**

| Vendor Name: | |
|---|---|
| Vendor Address: | |

b3
b6
b7C
b7E

### PRODUCT/SERVICES INFORMATION

☐ **FISMA System**    ☐ **Critical Asset System**    ☐ **Telecommunications**    ☐ **Audiovisual**

| | |
|---|---|
| 1. Products being procured (list the specific hardware / software / services in detail) | |
| 2. What entity will be purchasing and using the product (Location, Division, Section, Unit, and Program)? | Wireless Intercept and Tracking Team |
| | Stand alone systems |
| 4. Highest Classification / Security Requirements (i.e. Top Secret, Top Secret SCI, Secret, SBU, LES, etc.) | Secret |
| 5. Who is installing and maintaining the equipment/software (FBI personnel, vendor, other)? | FBI personnel |
| 6. Will the vendor require access to classified information/systems? | no |

### PROCUREMENT INFORMATION

| Contracting Officer Name/ Phone: | |
|---|---|
| FBI COTR Name/Phone: | |
| Program Manager/Technical POC: | |
| Requisition Number: | |
| Purchase Order Number: | |
| Contract Number: | |

### DOCUMENTATION ATTACHED

☐ Answers to the Acquisition Risk Questions (the replacement for the SF-328)
☐ Key Management Personnel Listing (KMPL)
☐ FD-369 Requisition for Supplies and/or Equipment
☐ Statement of Work (SOW) – Required if a classified contract

### PRIORITY

**All requests will be handled by date received by ASU unless specific issues affecting the priority, i.e. Director's Priority, are specifically provided in writing by the Contracting Officer.**

Comments:



FD-369 (Rev. 2-21-89)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/rs

**FEDERAL BUREAU OF INVESTIGATION**

**REQUISITION FOR SUPPLIES AND/OR EQUIPMENT**

Page 1 of 2

Req. #

**ENTERED**
3/23/10

February 19, 2010
Date

Supply Technician:
Program Manager:
Funding Approved:
Requester:
COTR:

Ordering Office/Cost Code

Approved By

Specialist:
Received:

PPMS Approval:
Purchase Order #

Julian Date

3/5/10

**FY 2010**

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | each | | | | | |
| 2 | | | | each | | | | | |
| 3 | | | | EACH | | | | | |
| 4 | | | | each | | | | | |
| 5 | | | | each | | | | | |
| 6 | | | | each | | | | | |
| 7 | | | | each | | | | | |
| 8 | | | | each | | | | | |
| 9 | | | | each | | | | | |

b3
b4
b6
b7C
b7E

SPECIAL INSTRUCTIONS:
Ship to Code:
Delivery Instructions:   M-F, 8am-4pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:
see attached EC

RECEIVED
APR 12 2010
BY:

CELLSITE-5468

Req. #

Page 2 of 2

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL |
|--------|----------------------|--------|------------------|---------------|------|------------------|-----|-----------|-------|
| 10 | StockNumber | | | each | | | | | |
| 11 | | | | each | | | | | |
| 12 | | | | EACH | | | | | |
| 13 | | | | EACH | | | | | |

b3
b4
b7E

**Requisition Description:**
Equipment

**Suggested Vendor:**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | 1. CONTRACT ID CODE | | PAGE | OF | PAGES |
|---|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICAITON NO. Amendment #1 | 3. EFFECTIVE DATE 09/17/09 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| FBI | | FBI 935 Pennsylvania Avenue NW JEH/FBI Bldg Room 6853 Washington, DC 20535-0001 | |

**8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)**

| (X) | 9A. AMENDMENT OF SOLICIATION NO. |
|---|---|
| x | RF ☐     b3  b7E |
| | 9B. DATED (SEE ITEM 11) 07/28/09 |
| | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | 10B. DATED (SEE ITEM 11) |

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;

or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter mekes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. | OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ——1—— copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this amendment is to provide the attached question for clarification of your proposal.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | | |
|---|---|---|---|
| | | Contacting Officer     b6  b7C | |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-5470

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs

# Questions:

Enclosure 2 (Contractor Purchasing System Review (CPSR) Approval)

Letter from [ ] January 4, 2006 grants approval for [ ] purchasing system. Approval is to run through December 31, 2006. Unless it is revoked it should run an additional 3 years, to December 31, 2009.

Letter from [ ] dated March 6, 2008 references a non-enclosed letter dated March 8, 2007 from the same [ ] regarding approval for the system to be extended for one year until March 8, 2009.

*Was approval revoked between January 2006 and March 2008?*
*Why?*
*Last listed date of expiration of approval is March 8, 2009. We are past that date, is continued approval under re-consideration?*
*Was the March 8, 2007 letter in regards to reinstating the approval?*

Volume II (Cost/Pricing) page 17 top

[ ] has been notified by the [ ]

base allocations. ... In addition [ ] has been notified by the [ ]

b3
b6
b7C
b7E

*What was the date of notification?*
*Where is the notification?*
*What is being done to remedy?*
*Where does the process stand as of today?*

CELLSITE-5471

run an additional 3 years, to December 31, 2009.

Letter from[REDACTED]dated March 6, 2008 references a non-enclosed letter dated March 8, 2007 from the same[REDACTED]regarding approval for the system to be extended for one year until March 8, 2009.

Was approval revoked between January 2006 and March 2008?
Why?
Last listed date of expiration of approval is March 8, 2009. We are past that date, is continued approval under re-consideration?
Was the March 8, 2007 letter in regards to reinstating the approval?

Volume II (Cost/Pricing) page 17 top[REDACTED]has been notified by the[REDACTED]

base allocations. ... In addition[REDACTED]has been notified by the[REDACTED]

What was the date of notification?
Where is the notification?
What is being done to remedy?
Where does the process stand as of today?

b3
b6
b7C
b7E

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 34
Page 49 ~ b3; b6; b7C; b7E;
Page 61 ~ b3; b4; b6; b7C; b7E;
Page 77 ~ b3; b6; b7C; b7E;
Page 164 ~ b3; b5; b7E;
Page 165 ~ b3; b5; b7E;
Page 166 ~ b3; b5; b6; b7C; b7E;
Page 167 ~ b3; b5; b6; b7C; b7E;
Page 175 ~ b1; b3; b7E;
Page 177 ~ b3; b4; b6; b7C; b7E;
Page 178 ~ b3; b4; b7E;
Page 179 ~ b3; b4; b7E;
Page 180 ~ b3; b4; b7E;
Page 181 ~ b3; b4; b7E;
Page 182 ~ b3; b4; b7E;
Page 183 ~ b3; b4; b7E;
Page 184 ~ b3; b4; b7E;
Page 185 ~ b3; b4; b7E;
Page 186 ~ b3; b4; b7E;
Page 213 ~ b3; b4; b7E;
Page 214 ~ b3; b4; b7E;
Page 215 ~ b3; b4; b7E;
Page 216 ~ b3; b4; b7E;
Page 217 ~ b3; b4; b7E;
Page 221 ~ b3; b6; b7C; b7E;
Page 222 ~ b3; b6; b7C; b7E;
Page 223 ~ b3; b4; b7E;
Page 224 ~ b3; b4; b7E;
Page 225 ~ b3; b4; b7E;
Page 226 ~ b3; b4; b7E;
Page 227 ~ b3; b4; b7E;
Page 228 ~ b3; b4; b7E;
Page 229 ~ b3; b4; b7E;
Page 230 ~ b3; b4; b7E;
Page 235 ~ b3; b6; b7C; b7E;

XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)   X
X   No Duplication Fee X
X   For this Page     X
XXXXXXXXXXXXXXXXXXXXXXXX

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

January 25, 2010

b3
b6
b7C
b7E

Harris Corporation Inc.,
407 N John Rodes Blvd
Melbourne, FL 32934
Attn: ☐

REF: Contract ☐

Dear Madam:

Please find enclosed a copy of Statement of Work (SOW)
for services developed by the Federal Bureau of Investigation
(FBI),regarding support services.

The FBI is interested in obtaining a proposal for this
task to be performed. Contractor shall provide a technical and
cost proposal to support tasking as set forth in the Statement of
Work.

If there are any question regarding this SOW please
submit them to my office within the next five (5) business days.

It is therefore requested that your company review the
enclosed SOW and if the proposed contract vehicle is appropriate,
Cost Plus Fixed Fee (CPFF) a cost and Technical proposal should
be submitted in accordance with the terms and conditions of the
FBI's Contract no later than February 19, 2010, 1:00 PM or
sooner.

Should you have any questions concerning this matter
please contact me at ☐ response may be faxed to ☐
☐ secure fax ☐

Sincerely

b6
b7C

Contract Officer
Quantico Contracts Unit

Enclosure

CELLSITE-10497

~~SECRET~~

CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-19-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

# STATEMENT OF WORK

### Program

b3
b7E

### Task Order 1

## 1   SCOPE

### 1.1  *Task Overview*

(S)

b1
b3
b7E

### 1.2  Deliverables

- 
- 
- 
- 

- 
- 
- 

b3
b7E

### 1.3

(S)

b1
b3
b7E

CELLSITE-10498

~~SECRET~~



(S)                                                                                                      b1
                                                                                                         b3
                                                                                                         b7E

### 1.3.1 Key Technology Areas



(S)                                                                                                      b1
                                                                                                         b3
                                                                                                         b7E

## 2   Concept of Operations

## 2.1  *Assumptions in Concept of Operations*



(S)                                                                                                      b1
                                                                                                         b3
                                                                                                         b7E

CELLSITE-10499

SECRET

## 2.1.1 Technical Concept of Operations

(S)



b1
b3
b7E

CELLSITE-10500

SECRET



(S)

b1
b3
b7E

## 2.1.2 Generalized Sequence of Events

b1
b3
b7E



(S)

CELLSITE-10501

~~SECRET~~

(S)



b1
b3
b7E

b3
b7E

## 3   Requirements

## 3.1  Security Standards and Regulations

Refer to ⬚⬚⬚⬚⬚⬚⬚ Statement of Work section 2.3 for guidance.

**SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract**

CELLSITE-10502

~~SECRET~~

information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

## 3.2  Contractor Furnished Documentation

Refer to [                    ] Statement of Work section 2.6 for list.

(S)

b1
b3
b7E

## 3.3  Status Reporting

Refer to [                ] Statement of Work Section 3.3 for guidance

## 3.4  Formal Meetings

Refer to [                    ] Statement of Work Section 3.4 for guidance

## 3.5  Government Furnished Equipment

(S)

b1
b3
b7E

CELLSITE-10503



ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs

## FEDERAL BUREAU OF INVESTIGATION
### FACSIMILE TRANSMITTAL COVER SHEET

FROM: FEDERAL BUREAU OF INVESTIGATION
ROOM 6853, Quantico Contracts
10TH & PENNSYLVANIA AVE., N.W.
WASHINGTON, D.C.  20535



b6
b7C

PLEASE SIGN AND RETURN TO MY OFFICE AS AUTHORIZATION OF RECEIPT
OF DOCUMENTS

DATE: 1/25/2010
PLEASE DELIVER THE FOLLOWING PAGE(S) TO:
NAME
Firm
Fax:

THIS FACSIMILE IS BEING SENT BY:

NAME:
FAX #:
SECURE

_____ic.fbi.gov

_All pages received_

_1/26/10_

b6
b7C
b3
b7E

NUMBER OF PAGES, (INCLUDING COVER SHEET): 8

*IF YOU DO NOT RECEIVE ALL PAGES, OR  HAVE ANY QUESTIONS, PLEASE
NOTIFY ME AT

Please advise if you do not receive all pages. Any questions
please call. A hard copy will not follow . Thanks so much for
your assistance.

b6
b7C

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-23-2012 BY 65179 DMH/rs

23 June 2010                                              In Reply Please Refer to [ ]

Attention [ ] Contracting Officer

Reference: [ ]          Delivery Orders: [ ]

b3
b7E
b6
b7C

Dear [ ]

[ ] like to thank you for the opportunity to perform this work.  There are several issues related to the Delivery Orders (DO) that must be resolved in order for us to perform.  Without resolution it would be difficult for [ ] support the Customer's efforts and ensure they receive the desired products, in a suitable timeframe at an agreed upon value.

To that we have detailed several changes in copies of the attached DO's and as well as additional comments, assumptions, and questions noted below.

We look forward to resolving these issues soonest and proceeding forward with these DOs

b3
b7E
b6
b7C

b5

[     ] Comments & Considerations for Delivery Order Numbers:

b3
b7E

Each Delivery Order (DO) has been established with incremental funding. Statements of Work (SOW) are to be or have been provided. [     ] has several questions on the SOW's received thus far necessitating the need for a technical meeting to clarify the requirements and DO deliverables.  This Technical meeting must be held within the next few weeks.  Once the requirements are clearly defined [     ] must prepare and submit proposals to the Customer in order to establish the firm contract value (including COM, and fee) for each DO.  Definitization should occur on or before 180 days.

The DO's once formally definitized by the Customer will establish each DO value and Period of Performance (POP).

Assumptions:

- Current Incremental Funding establishes the baseline value and is not to be construed to represent a firm total DO value and is subject to the Limitation of Funds Clause 52.232.22.
- The POP dates called out in each DO of 6/4/2010 – 6/4/2011 will be adjusted based on the negotiations.
- Payment Invoices: Block 9 states an individual to send the invoices to the attention of.  Within the body of the DO direction states that the invoices will be submitted to the COTR [     ] [     ] Section G.3 lists the Invoice Requirements for the IDIQ.

b3
b7E
b6
b7C

  - Based on each of these [     ] will submit invoices:
    - Original invoice is submitted to the COTR, currently named as [     ]
    - [     ] is responsible to review and verify DO progress/acceptance.
    - [     ] to affix his verification notice to the original invoice and forward to the cognizant CO who in turn will approve the invoice or recommend corrective action.  Approved invoices will be forwarded by the CO to the payment office.
    - Payment Terms will be Net 30 once the COTR received the original invoice.
- Intellectual Property rights assertions will be made, if appropriate, each DO. [     ] typically does not provide documentation to the Customer on its internally developed (IRAD).

Specific Questions to individual DO's:

- **DO** [     ]
  - Two CLINs (0001 and 0002) are called out.
    - CLIN 0001 [     ]
    - CLIN 0002 [     ]

b7E

- The SOW does not clearly define what is relative to CLIN 0001 and that to CLIN 0002.

- Customer please clarify why the two CLINs, and how invoices should be handled.

    _____ Expend funds linearly (expend CLIN 1 up to [____] then invoice CLIN 0002 up to [____] or whatever the firm DO value is negotiated at).

    or

    _____ Expend funds consecutively (Contractor determines apportionment for each CLIN and invoices this amount on the invoices; based on the negotiated DO value).

    or

    _____   _____

    b7E
    b5

- **DO** [____] **& DO** [____]
    - DO [____] requires [____] to study and develop enhancements to the [____]
    - DO [____] orders [____]
    - The POP for each is noted as 6/4/10-6/4/11.
    - o [____] currently believes that we must perform DO [____] to some level prior to engaging in the manufacture and delivery of [____]
        - POP will need to be adjusted to reflect this.  Once the requirements of DO [____] are clarified at the upcoming Technical Meeting [____] will propose the value and POP to the Customer.
        - The revised hardware is what will be required by [____] and the period of performance will remain To Be Defined (TBD) until the outcome of [____] allows the team to define the delivery.
        - The per unit price for the [____] may change given the hardware update to the Customer's new requirements [____]

    b3
    b7E
    b5

The Assumptions, Issues and Questions denoted herein have been reviewed and are either acceptable or in work by the Contracting Officer and/or Contractor's Contract Manager

Signed by:

_____          _____

Customer
Date: _____          Date: _____

b3
b7E

JUN-08-2010  19:45                                            703              P.05

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | 1 | | 1 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|
| Mod 1 | 06/04/10 | | |

**6. ISSUED BY**           CODE

Federal Bureau of Investigation

935 Pennsylvania Ave. NW
Washington, DC 20535

**7. ADMINISTERED BY (If other than Item 6)**     CODE

Same as Item 6.

b3
b6
b7C
b7E

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICIATION NO. |
|---|---|---|

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

(X)  10B. DATED (SEE ITEM 11)   06/04/10

CODE            FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a)By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. | OTHER (Specify type of modification and authority) FAR 32.7 Funding |

E. IMPORTANT:  Contractor ☐ is not, ☒ is required to sign this document and return ____1____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to provide incremental funding for ongoing engineering services under the ~~The Cost Plus Fixed Fee~~ effort in the amount of _____ The period of performance is 6/4/10-6/4/11. All work shall be performed in accordance with the Statement of Work and the terms and conditions of the Contract. All technical guidance will be provided by _____ COTR for this effort. Contractor exceeds funding at own risk.

TBN

b6
b7C
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs

CELLSITE-10508

~ JUN-08-2010  19:46                                                    703              P.09

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | 1 | | 1 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applible) |
|---|---|---|---|
| Mod 1 | 06/04/10 | | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| Federal Bureau of Investigation<br>935 Pennsylvania Ave. NW<br>Washington, DC 20535 | | Same as Item 6. | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICIATION NO. |
|---|---|---|---|
| | | | 9B. DATED (SEE ITEM 11) |
| | | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| CODE | FACILITY CODE | | 06/04/10 |

b6
b7C
b3
b7E

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers  ☐ is extended,  ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>FAR 32.7 Funding |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ____1____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to provide incremental funding for ongoing engineering services under the [    ] effort in the amount of [    ] The period of performance is 6/4/10-6/4/11. All work shall be performed in accordance with the Statement of Work and the terms and conditions of the Contract. All technical guidance will be provided by [    ] COTR for this effort. Contractor exceeds funding at own risk.

*The Cost Plus Fixed Fee*

TBN

b3
b7E
b6
b7C

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs

CELLSITE-10509

JUN-08-2010  19:47                                      703            P.12

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE 1 | OF | PAGES 1 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICAITON NO. Mod 1 | 3. EFFECTIVE DATE 06/04/10 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |

| 6. ISSUED BY        CODE | 7. ADMINISTERED BY (If other than Item 6)        CODE |
|---|---|
| Federal Bureau of Investigation<br>935 Pennsylvania Ave. NW<br>Washington, DC 20535 | Same as Item 6. |

b3
b6
b7C
b7E

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

(X)  9A. AMENDMENT OF SOLICIATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.  X

X  10B. DATED (SEE ITEM 11)   06/04/10

CODE

b7E

ENTS OF SOLICITATIONS

☐ The above numbered ... or receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge ... on or as amended, by one of the following methods:
(a)By completing items 8 ... ding receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or ... ers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE
PLACE DESIGNATED FOR ... RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment
your desire to change an o ... ded each telegram or letter makes reference to the solicitation and this
amendment, and is receive ...

12. ACCOUNTING AND A ...

| | N OF CONTRACTS/ORDERS.<br>S DESCRIBED IN ITEM 14. |
|---|---|
| CHECK ONE | A.  THIS ... NO. I ... | ES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER |
| | B.  THE A ... appro ... | INISTRATIVE CHANGES (such as changes in paying office, OF FAR 43.103(b). |
| | C.  THIS ... | Y OF: |
| X | D.  OTHER (Specify type of modification and authority)<br>FAR 32.7 Funding | |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ___1___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to provide incremental funding for ongoing engineering services under the ~~~~~~~~ effort in the amount of ~~~~~~~~. The period of performance is ~~6/4/10-6/4/11~~ All work shall be performed in accordance with the Statement of Work and the terms and conditions of the Contract. All technical guidance will be provided by ~~~~~~~~ COTR for this effort. Contractor exceeds funding at own risk.

*THIS COST Plus Fixed Fee*
*TBN*

b3
b6
b7C
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 8A or 10A, as heretofore changed, remain unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs

CELLSITE-10510

JUN-08-2010 19:47                                   703          P.15

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE | OF | PAGES |
| --- | --- | --- | --- |
| | 1 | | 1 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicble) |
| --- | --- | --- | --- |
| Mod 1 | 06/04/10 | | |

**6. ISSUED BY**          CODE

Federal Bureau of Investigation

935 Pennsylvania Ave. NW
Washington, DC 20535

**7. ADMINISTERED BY (if other than Item 6)**          CODE

Same as Item 6.

b3
b6
b7C
b7E

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 8A. AMENDMENT OF SOLICIATION NO. |
| --- | --- | --- | --- |
| | | | |
| | | | 8B. DATED (SEE ITEM 11) |
| | | | |
| | | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | x | |
| | | | 10B. DATED (SEE ITEM 11) |
| CODE | FACILITY CODE | | 06/04/10 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a)By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (if required)**

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| --- | --- | --- |
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| x | D. | OTHER (Specify type of modification and authority) FAR 32.7 Funding |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return _____ 1 _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

The purpose of this modification is to provide incremental funding for ~~ongoing~~ engineering   the Cost Plus Fixed Fee
services ~~under the~~              effort in the amount of                    The period of performance is     b6
TBN ~~6/4/10-6/4/11.~~ All work shall be performed in accordance with the Statement of Work and the   b7C
terms and conditions of the Contract. All technical guidance will be provided by                     b3
     COTR for this effort. Contractor exceeds funding at own risk.                                    b7E

Except as provided herein, all terms and conditions of the document referenced in Item 8A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
| --- | --- | --- |
| **15B. CONTRACTOR/OFFEROR** | 15C. DATE SIGNED | **16B. UNITED STATES OF AMERICA** | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs

CELLSITE-10511

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/rs

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                         **Date:** 3/17/2010

**To:** Finance                    **Attn:** Mr. _____ QT-ERF
                                        Rm _____ (Enc)

**From:** Operational Technology Division
                                        TTU/QT-ERF-E
            **Contact:** _____                                    b6
                                                                          b7C

**Approved By:** _____

**Drafted By:** _____ jdp

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:** The Quantico Contracts Unit (OCU) is requested to
initiate the procurement of _____ for                    b7E
equipment in support of the Bureau's _____
_____ mission.

**Enclosure(s):** ASU Checklist, FD-369 _____ in the amount of
_____

**Details:** The Law Enforcement community continues to employ _____



                                                                          b3
                                                                          b7E
            TTU/WITT has determined that it is necessary to procure       b6
the identified _____ equipment listed on the attached             b7C
FD-369 from _____ using FBI contract, to enhance
the FBI's capability to _____

            The Contracting Officer Technical Representative (COTR)
for this procurement is EE _____ and can be contacted at


                                UNCLASSIFIED

UNCLASSIFIED

To:   Finance   From:   Operational Technology Division
Re:   268-HQ-1068430, 3/17/2010

the Engineering Research Facility, located in Quantico, Virginia, for any questions.
        Contracting Officers are responsible for ensuring that

b3
b7E

UNCLASSIFIED

2

UNCLASSIFIED

To:   Finance   From:   Operational Technology Division
Re:   268-HQ-1068430, 3/17/2010


LEAD(s):

Set Lead 1:   (Action)

FINANCE

AT PSFO, DC

The Quantico Contracts Unit (OCU) is requested to initiate the procurement of

b6
b7C
b7E

CC:   Mrs[                    ]-ERF (Enc)
      Mr. [                 ] QT-ERF (Enc)

UNCLASSIFIED

3

CELLSITE-10514

FD-369 (Rev. 2-21-89)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/rs

**FEDERAL BUREAU OF INVESTIGATION**

**REQUISITION FOR SUPPLIES AND/OR EQUIPM**

Page 1 of 1

Req. #

**ENTERED**

March 17, 2010

Date

TTU/1845

Ordering Office/Cost Code          Approved By

**FY 2010**

Supply Technician:
Program Manager:
Funding Approved:
Requester:
COTR:

Contract Specialist:                          b6
Date Received:                                b7C
PPMS Approval:                                b7E
Purchase Order #

Date

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |

Requisition Description:

Suggested Vendor:

b3
b7E
b4

**SPECIAL INSTRUCTIONS:**

Ship to Code:
Delivery Instructions:    M-F 8am-5pm except holidays
Government's Estimate:
Previous PO #
Previous Contract #

**JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:**

see attached EC

b7E

MAY 1 0 2010

CELLSITE-10515

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/rs

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                              **Date:** 02/18/2010

**To:** Finance                    **Attn:** UC [          ]
                                           Quantico Contracts Unit

**From:** Operational Technology

        Contact: [                    ]                          b6
                                                                 b7C
**Approved By:** [                    ]                           b7E

**Drafted By:** [                    ] hbj

**Case ID #:** 319B4-HQ-A1487496-OTD— 17½

**Title:** PURCHASES EXCEEDING THE SIMPLIFIED
ACQUISITION THRESHOLD

**Synopsis:** The [                    ] requests the
Quantico Contracts Unit to procure [                    ] for the
[        ] under requisition number [          ]. This equipment has been
designated as [                    ]                                b3
                                                                    b7E
**Enclosure(s):** Requisition number [      ] Acquisition Security
Request, Acquisition Security Unit Checklist, and Sole Source
Justification.

**Details:** [                    ]

     The enclosed requisition identifies [          ]
equipment for the [          ]. The [          ] has been       b6
working in association with the [          ]                     b7C
[          ] to identify, evaluate, and procure Commercial Off-the-Shelf   b7E
(COTS) [          ] that meet the FBI's
unique technical investigative and legal requirements.

UNCLASSIFIED

CELLSITE-10516

UNCLASSIFIED

To:  Finance  From:  Operational Technology
Re:  319B4-HQ-A1487496-OTD, 02/18/2010

Through rigorous testing of multiple COTS ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ has determined that the ▮▮▮▮ ▮▮▮▮▮▮ best meets the technical and legal criteria established for a ▮▮▮▮▮▮▮▮ that will be provided ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

b3
b7E

Without this equipment, the ▮▮▮▮ will be unable to fulfill its obligations to maintain and improve the ▮▮▮▮▮▮▮▮▮▮

It should be noted that contracting officers are responsible for ensuring that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

b3
b7E

UNCLASSIFIED

2

CELLSITE-10517

UNCLASSIFIED

To:   Finance   From:   Operational Technology
Re:   319B4-HQ-A1487496-OTD, 02/18/2010


**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>FINANCE</u>

      <u>AT WASHINGTON, DC</u>

      The Quantico Contracts Unit is requested to procure requested [                    ] equipment for the [                    ] as referenced in requisition number [                    ]

cc: [                    ]   ERF-E
                      ERF

b6
b7C
b3
b7E

◆◆

UNCLASSIFIED

3

FD-369 (Rev. 2-21-89)

**FEDERAL BUREAU OF INVESTIGATION**

b7E

**REQUISITION FOR SUPPLIES AND/OR EQUIPMENT**

ALL INFORMATION CONTAINED HEREIN IS UNCLASSIFIED DATE 10-23-2012 BY 65179 DMH/rs

Page 1 of 1

Req. #

**ENTERED**

Date

February 18, 2010

Ordering Office/Cost Code

Julian Date

Supply Technician:
Program Manager:
Funding Approved:
Requester:
COTR:

**FY 2010**

Contract Specialist:      b6
Date Received:           b7C
PPMS Approval:           b7E
Purchase Order #

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL |
|--------|----------------------|--------|------------------|---------------|------|-----------------|-----|-----------|-------|
| 1      |                      |        |                  | EA            |      |                 |     |           |       |

**Requisition Description:**

b3
b7E

**Suggested Vendor:**

**SPECIAL INSTRUCTIONS:**

Ship to Code:
Delivery Instructions:
Government's Estimate:          b7E
Previous PO #                   b6
Previous Contract #             b7C

**JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:**

RECEIVED
APR 09 2010
BY:

CELLSITE-10519

~~SECRET~~

CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-22-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

# Justification and Approval
# For
# Other than Full and Open Competition
### In accordance With 41 U.S.C. 253 (c) (1)

1. **Identification of the agency and the contracting activity, and specific identification of the document as a "Justification for Other Then Full and Open Competition."**

   The Federal Bureau of Investigation's Quantico Contracts Unit (QCU) has prepared this justification for Other than Full and Open Competition in response to a requirement from the [                    ] to establish a fixed price contract for the acquisition for equipment.

2. **Nature and/or description of the action being approved.**

   This Justification for Other Than Full and Open Competition is being prepared in accordance with the authority of FAR 6.302-1 "Only One Responsible Source and No Other Supplies or Services Will Satisfy Agency Requirements."

3. **A description of the supplies or services required to meet the agency's needs (including the estimated value).**

   The [        ] [      ] has been working in association with the [              ] [        ] to identify, evaluate, and procure Commercial Off-the-Shelf (COTS)

b7E



(S)

b1
b3
b7E



~~SECRET~~

SECRET

(S)

b1
b3
b7E

The total is

4.  **An identification of the statutory authority permitting other than full and open competition.**

    FAR 6.302-1 Only One Responsible Source and No Other Supplies or Services Will Satisfy Agency Requirements.

5.  **A demonstration that the proposed contractor's unique qualifications or the nature of the acquisition requires use of the authority cited.**

    system is proprietary is the only company that makes the specific item that is being requested for procurement.

    b3
    b7E

6.  **A description of efforts made to ensure that offers are solicited from as many potential sources as is practicable, including whether a notice was or will be publicized as required by Subpart 5.2 and, if not, which exception under 5.202 applies.**

    No publication of this procurement will be made in accordance with FAR 5.202(a)(1) because of the sensitive nature of this program and technical capabilities. Although some of the expertise may exist in the FBI and Intelligence Community today, it is not feasible or practicable to advertise this requirement openly as it will represent unnecessary risk by divulging the nature of the mission of the Unit and this program.

7.  **A determination by the contracting officer that the anticipated cost to the Government will be fair and reasonable.**

    The Contracting Officer will ensure that the anticipated cost to the government will be fair and reasonable. Techniques may include an analysis of proposed direct costs,



SECRET

CELLSITE-10521

~~SECRET~~

audit or comparison of proposed indirect factors with audited factors in use elsewhere in the Government and comparison of proposed rates to published rates.

8. **A description of the market research conducted and the results or a statement of the reason market research was not conducted.**

   Over the past year, the ⬜ has evaluated three ⬜ ⬜

   Based on its fulfillment of very specific evaluation criteria, th⬜ has selected the⬜ ⬜

   FBI representatives from ⬜ will continue to do market research and meet with vendor representatives to further research.

   b3
   b7E

9. **Any other facts supporting the use of other than full and open competition**

   (S) ⬜

   b1
   b3
   b7E

10. **A listing of the sources, if any, that expressed, in writing, an interest in the acquisition.**

    None

11. **A statement of the actions, if any, the agency may take to remove or overcome any barriers to competition before any subsequent acquisition for the supplies or services required.**

    The FBI will continue to do market surveys to identify potential sources on subsequent acquisitions.



~~SECRET~~

~~SECRET~~

**TECHNICAL REPRESENTATIVE CERTIFICATION:**

As Technical Representative of the requiring office, I have reviewed the data provided in support of the Justification and Approval to Procure Using Other Than Full and Open Competition. I certify that the data is accurate and complete to the best of my knowledge and belief.

2/18/2010
_____
date

b6
b7C

**12. CONTRACT SPECIALIST:**

I have reviewed the data provided in support of the Justification and Approval to Procure Using Other Than Full and Open Competition. I certify that the data is accurate and complete to the best of my knowledge and belief.

_____
Date



~~SECRET~~

CELLSITE-10523

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/rs

**(OTD)(FBI)**

**From:**
**Sent:** Friday, February 12, 2010 12:00 PM      (OTD) (FBI)
**To:**
**Cc:**
**Subject:**

b6
b7C
b3
b7E

**Attachments:**            Sole Source Justification.doc

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

I've attached a J&A for the purchase of                        sole-source from              This purchase
should use contract                with              as the COTR and              as CO.

Please let me know if you need any additional information.

b6
b7C
b3
b7E

Thank you,

Source Justific...

**SENSITIVE BUT UNCLASSIFIED**

1

CELLSITE-10524

~~SECRET~~

DATE: 10-22-2012
CLASSIFIED BY 65179 DMH/STP/BAW/LES
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-22-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**From:**
**Sent:**      Thursday, April 12, 2012 2:19 PM
**To:**
**Subject:**      Fw:

Just an FYI

------Original Message------

From:                                                                          b3
To:                                                                            b6
To:                                                                            b7C
To:                                                                            b7E
To:
To:
Cc:
Cc:
Cc:
Cc:
Subject:
Sent: Apr 12, 2012 12:49 PM

Hi

Please see attached zip for the
release. I created separate

(S)                                                                            b1
                                                                               b3
                                                                               b7E

~~SECRET~~

CELLSITE-10526

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/rs

Project
Vendor
New PO:
Req

b3
b6
b7C
b7E

## PCM

Funding for items, quantities, and services identified in this order. All technical guidance will be provided by ⬚ COTR for this effort. Services will be performed in accordance with the SOW. Period of Performance: 6/4/10-6/4/11. Terms and conditions are those in effect under the contract. Contractor exceeds funding at their own risk. Invoices to be sent to

⬚

*****************************************************
@EFT
*****************************************************
@PRO

---

Project:
Vendor
New PO:
Req

b3
b6
b7C
b7E

## PCM

Incremental funding for ongoing efforts under the ⬚ All technical guidance will be provided by ⬚ COTR for this effort. Services will be performed in accordance with the SOW. Period of Performance: 6/4/10-6/4/11. Terms and conditions are those in effect under the contract. Contractor exceeds funding at their own risk. Invoices to be sent to ⬚
*****************************************************
@EFT
*****************************************************
@PRO

## Mod 1

The purpose of this modification is to provide incremental funding for ongoing engineering services under the ⬚ effort in the amount of ⬚ The period of performance is 6/4/10-6/4/11. All work shall be performed in accordance with the Statement of Work and the terms and conditions of the Contract. All technical guidance will be provided by ⬚ COTR for this effort. Contractor exceeds funding at own risk.

b3
b6
b7C
b7E

---

Project:
Vendor:
New PO:
Req

CELLSITE-10527

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/rs

**PCM**

Incremental funding for ongoing efforts under the [          ] All technical guidance will be provided by [          ] COTR for this effort. Services will be performed in accordance with the SOW. Period of Performance: 6/4/10-6/4/11. Terms and conditions are those in effect under the contract. Contractor exceeds funding at their own risk. Invoices to be sent to [          ]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

@EFT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

@PRO

b3
b6
b7C
b7E

**Mod 1**

The purpose of this modification is to provide incremental funding for ongoing engineering services under the [          ] effort in the amount of [          ] The period of performance is 6/4/10-6/4/11. All work shall be performed in accordance with the Statement of Work and the terms and conditions of the Contract. All technical guidance will be provided by [          ] COTR for this effort. Contractor exceeds funding at own risk.

Project: [          ]
Vendor [          ]
New PO: [          ]
Req: [          ]

**PCM**

Incremental funding for ongoing efforts under the [          ] project. All technical guidance will be provided by [          ] COTR for this effort. Services will be performed in accordance with the SOW. Period of Performance: 6/4/10-6/4/11. Terms and conditions are those in effect under the contract. Contractor exceeds funding at their own risk. Invoices to be sent to [          ]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

@EFT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

@PRO

b3
b6
b7C
b7E

**Mod 1**

The purpose of this modification is to provide incremental funding for ongoing engineering services under the [          ] effort in the amount of [          ] The period of performance is 6/4/10-6/4/11. All work shall be performed in accordance with the Statement of Work and the terms and conditions of the Contract. All technical guidance will be provided by [          ] COTR for this effort. Contractor exceeds funding at own risk.

Project: [          ]
Vendor [          ]
New PO: [          ]

b3
b7E

Req:

**PCM**

Incremental funding for ongoing efforts under the _____ project. All technical guidance will be provided by _____ COTR for this effort. Services will be performed in accordance with the SOW. Period of Performance: 6/4/10-6/4/11. Terms and conditions are those in effect under the contract. Contractor exceeds funding at their own risk. Invoices to be sent to _____

*****************************************************

@EFT

*****************************************************

@PRO

b6
b7C
b3
b7E

**Mod 1**

The purpose of this modification is to provide incremental funding for ongoing engineering services under the _____ effort in the amount of _____ The period of performance is 6/4/10-6/4/11. All work shall be performed in accordance with the Statement of Work and the terms and conditions of the Contract. All technical guidance will be provided by _____ COTR for this effort. Contractor exceeds funding at own risk.

---

Project:
Vendor
New PO:
Req:

**PCM**

Funding for items, quantities, and services identified in this order. All technical guidance will be provided by _____ COTR for this effort. Services will be performed in accordance with the SOW. Period of Performance: 6/4/10-6/4/11. Terms and conditions are those in effect under the contract. Contractor exceeds funding at their own risk. Invoices to be sent to _____

*****************************************************

@EFT

*****************************************************

@PRO

b6
b7C
b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/rs

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | 1 | | 1 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicble)* |
|---|---|---|---|
| Mod 1 | Jul 7, 2011 | | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY *(If other than Item 6)* | CODE |
|---|---|---|---|

Federal Bureau of Investigation

935 Pennsylvania Ave. NW
Washington, DC 20535

Same as Item 6.

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| | | 9B. DATED *(SEE ITEM 11)* |
| | (X) | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | 10B. DATED *(SEE ITEM 13)* |

b3
b6
b7C
b7E

7/8/2011

| CODE | FACILITY CODE |
|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE
DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer
already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this
amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA | *(If required)* |
|---|---|

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| ☒ | D. OTHER *(Specify type of modification and authority)* FAR 32.7 "Funding" and 43.103 "Bilateral" | |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ___1___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION ( *Organized by UCF section headings, including solicitation/contract subject matter where feasible.*)

The purpose of this modification is to provide funding in the amount not to exceed _____ for the purpose of preparing and executing a briefing for projects under _____ in accordance with the terms and conditions of the Contract, _____ dated 7/7/11, and e-mails ending 7/8/11 at 7:47 AM between COs. Technical POC for briefing is _____ and COTR for the Contract is _____ POP for services: 7/7/11-7/11/11. Contractor exceeds funding at own risk.

b3
b6
b7C
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* |
|---|---|
| Contracts Manager | Contracting Officer |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | | *(Signature of Contracting Officer)* | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-10530

FD-369 (Rev. 2-21-89)

**FEDERAL BUREAU OF INVESTIGATION**

**REQUISITION FOR SUPPLIES AND/OR EQUIPMENT**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/rs

Req. #

b7E

*ENTERED*

Page 1 of 1
b6
b7C

July 7, 2011

Date

**OTD**

Ordering Office       Approved By

Julian Date

Supply Technician:

Program Manager:

Funding Approved:

Requester:

COTR:

b6
b7C
b7E

Contract Specialist:

Date Received:

PPMS Approval:

Purchase Order #

2/7/11

**FY 2011**

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | COST CODE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | ea | | | | | |

**Requisition Description:**

**Suggested Vendor:**

b3
b7E

**SPECIAL INSTRUCTIONS:**

Ship to Code:

Delivery Instructions:

Government's Estimate:

Previous PO #        None

Previous Contract #

b7E

**JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:**

CELLSITE-10531

**████████████ (OTD) (FBI)**

| | | |
|---|---|---|
| From: | ████████████ (OTD) (FBI) | b3 |
| Sent: | Thursday, July 07, 2011 10:44 AM | b6 |
| To: | | b7C |
| Cc: | (OTD) (FBI) | b7D |
| Subject: | FW: Follow on brief with ████ request for suggested dates. --- SECRET | |

Classification: SECRET

Classified By: C37W75B74
Declassify On: 20210601
Derived From: FBI NSISC
==================================================

████████

Thanks for helping me out on this. Since I'm not in a unit, I don't have a financial person assigned, and ████ from ████ is on leave....

Vendor: ████████████████

b6
b7C
b3
b7E

Justification: ████████ provide a detailed briefing to OTD management and OGC personnel of work being performed under the ████████ contract as well as legal compliance modifications to ████████ products. The briefing is necessary for OTD management to conduct program oversight of activities covered under the ████████
████████

Cost: Estimated at ████ – (quote is due ████ today).

Funding source ████ (I spoke with ████ this morning. He will release funding once I identify the exact amount).

Contracting officer: ████████
Requestor: SSA ████ (703) ████

If I have left anything out, please call me (703) ████ or cell (202) ████ I am committed to getting this to ████ by close of business today.

Thanks again,

b3
b6
b7C
b7E

████████

From: ████████ FD)(FBI)
Sent: Thursday, July 07, 2011 9:34 AM
To: ████ (OTD) (FBI)
Subject: RE: Follow on brief with ████ request for suggested dates. --- SECRET

Classification: ~~SECRET~~

Classified By: C37W75B74
Declassify On: 20210601
Derived From: FBI NSISC

CELLSITE-10533

========================================================

FYI ▯ I'm at ERF today and tomorrow – please have the req come to me. I will keep ▯ informed of anything that arises.

Thanks,

▯

b3
b6
b7C
b7E

**From** ▯ (OTD) (FBI)
**Sent:** Thursday, July 07, 2011 9:32 AM
**To** ▯ (OTD) (FBI)
**Cc:** ▯
**Subject:** RE: Follow on brief with ▯ request for suggested dates. --- SECRET

Classification: SECRET

Classified By: C37W75B74
Declassify On: 20210601
Derived From: FBI NSISC
========================================================

▯

I am authorizing funding from ▯ for this brief.  The difference between this brief and the one they gave on March 3rd is that this one will include the projects they were prohibited from discussing at the first brief.

I am in communication with ▯ and ▯ and will have a requisition to them by COB today.

b3
b6
b7C
b7E

Thank you,

▯

**From:** ▯ (OTD) (FBI)
**Sent:** Thursday, July 07, 2011 8:49 AM
**To:** ▯ (OTD) (FBI)
**Cc:** ▯
▯ (OTD) (FBI)
**Subject:** RE: Follow on brief with ▯ request for suggested dates. --- SECRET
**Importance:** High

Classification: SECRET

Classified By: C37W75B74
Declassify On: 20210601
Derived From: FBI NSISC
========================================================

b3
b6
b7C
b7E

▯ Need EC justification, requisition , cost proposal, funding source, etc so this can get completed ▯ **will need to do a PO by Friday morning** . I you have authorized this already ▯ will bill the FBI for their time to do power points, travel, and time as this has been a historical issue ▯ did not authorize this nor are funds to be taken from

2

CELLSITE-10534

existing [redacted] projects/tasks since these are already encumbered [redacted] discussed this with you already).. If [redacted] is doing this on their dime then no problem. [redacted] wants to cut a separate PO so that funding from ongoing task orders will not be utilized for this briefing.. Currently [redacted] has three personnel to conduct this brief and it is the same brief that was conducted with you several weeks ago.

To prevent a possible Ratification issue this needs to be completed and [redacted] needs requisition NLT Friday am.. .

b3
b6
b7C
b7E

**From:** [redacted] (OTD) (FBI)
**Sent:** Wednesday, July 06, 2011 2:48 PM
**To:**
**Cc:**

**Subject:** RE: Follow on brief with [redacted] request for suggested dates. --- SECRET

Classification: SECRET

Classified By: C37W75B74
Declassify On: 20210601
Derived From: FBI NSISC
=============================================================

(U) I heard back from OGC S&TLU and A/DAD Bryars about their planned attendance, but nothing from [redacted] as of yet. Do you plan to send a representative?

V/R,

b3
b6
b7C
b7E

SSA [redacted]
[redacted]
Operational Technology Division
703 [redacted]

**From** [redacted] (OGC) (FBI)
**Sent:** Tuesday, July 05, 2011 9:30 AM
**To:** [redacted] (OTD) (FBI)
**Subject:** RE: Follow on brief with [redacted] request for suggested dates. --- SECRET

Classification: SECRET

Classified By: C37W75B74
Declassify On: 20210601
Derived From: FBI NSISC
=============================================================

3

If you have any latitude on timing for this important brief, later is better for me than earlier.  I have a 10:45 at JEH with my Section Chief that will run to about 12:00.  It's possible that I can make [ ] by 1:00 but it will be tight.

b3
b6
b7C
b7E

Associate General Counsel and Unit Chief
Science and Technology Law Unit
Office of the General Counsel
(703[ ]
(Cell) (202)[ ]

**From:** [ ] OTD) (FBI)
**Sent:** Friday, July 01, 2011 9:37 AM
**To:**
**Cc:**

**Subject:** RE: Follow on brief with [ ] request for suggested dates. --- SECRET

b3
b6
b7C
b7E

Classification: SECRET

Classified By: C37W75B74
Declassify On: 20210601
Derived From: FBI NSISC
====================================================

I confirmed with [ ] that they are available to travel to [ ] location on July 11th for completing the briefing of FBI[ ] The start time is still TBD, but will likely be 1pm.

Please contact [ ] and permit them to brief all FBI [ ] without restriction.

The target audience for the brief is the FBI's [ ] team, OGC S&TLU representatives, and OTD Executive Management. Of course, the CO, COTR and project leads are welcome to attend, if available.

b3
b6
b7C
b7E

SSA [ ]

Operational Technology Division
703[ ]

**From:** [ ] (OTD) (FBI)

4

CELLSITE-10536

**Sent:** Thursday, June 09, 2011 2:28 PM
**To:**

b3
b6
b7C
**Subject:** RE: Follow on brief with ☐ request for suggested dates. --- SECRET
b7E

Classification: SECRET

Classified By: C37W75B74
Declassify On: 20210601
Derived From: FBI NSISC
=====================================================

(U) ☒ I appreciate that the program management and oversight that comes with ☐ Over the past three years, I have received numerous briefings from the projects leaders in the units, yet I continue to learn of previously undisclosed projects that require a determination regarding their inclusion in the FBI's portfolio.

(U) ☒ Over the past year, I have had the opportunity to receive a few briefings from ☐ and found them to contain information that adds greatly to the information provided by the FBI project leaders. There have also been times when I have learned of projects and capabilities that hadn't been briefed to me by our own personnel, and learned that ☐ continues to be prohibited by the FBI project leads from briefing me on some projects. This troubles me.

b3
b6
b7C
b7E

(U) ☒ In order for me to be satisfied that I am getting a complete and accurate picture of activities at ☐ I must proceed with scheduling a briefing by ☐ is welcome to send representatives, as well as representatives from QCU, OGC S&TLU and OTD management. I will make available additional funding as necessary (FY11 and FY12) to cover the cost of this necessary program management activity.

(U) ☒ ☐ is planning to conduct a briefing regarding ☐ on July 11th for ☐ I intend to schedule an FBI specific brief for the following day. For those who have an interest in attending, please advise as to your availability.

SSA ☐

Operational Technology Division
703 ☐

**From:**
**Sent:** Monday, June 06, 2011 11:23 AM
**To:**

**Cc:**

**Subject:** RE: Follow on brief with ☐ request for suggested dates. --- SECRET

b3
b6
b7C
b7E

CELLSITE-10537

```
Classification: SECRET

Classified By: C37W75B74
Declassify On: 20210601
Derived From: FBI NSISC
=====================================================
```

Good Morning ▢

Just to follow-up and provide some additional information, I've reviewed the contract and PO documents and we currently do not have funding available within the current budget to accommodate additional presentations or briefings. Please let me know if you have any questions.

b6
b7C

Thank you and have a good day,

▢

**From:** [             ](FD)(FBI)
**Sent:** Friday, June 03, 2011 3:40 PM
**To:**

b6
b7C
b3
b7E

**Subject:** RE: Follow on brief with [        ] request for suggested dates. --- SECRET

```
Classification: SECRET

Classified By: C37W75B74
Declassify On: 20210601
Derived From: FBI NSISC
=====================================================
```

Good Afternoon ▢

It is in the FBI's best interest to have our own representatives provide the presentation. This strategy would be more cost effective as it would not require the funding for [        ] preparation/presentation and would eliminate the need for government travel. Furthermore, our FBI representatives could provide a more in depth presentation as they are intricately involved in the programs and are more familiar with the FBI operational needs.

I support [        ] recommendation for an internal presentation. If I can be of any further assistance please do not hesitate to contact me.

b3
b6
b7C
b7E

Thank you,

▢

703 [        ]

**From:** [                 ](OTD) (FBI)
**Sent:** Thursday, June 02, 2011 7:40 AM
**To:**

6

CELLSITE-10538

Cc:

b3
b6
b7C
b7D

**Subject:** RE: Follow on brief with ☐ request for suggested dates. --- SECRET

Classification: SECRET

Classified By: C37W75B74
Declassify On: 20210601
Derived From: FBI NSISC
==================================================

☐ via PM ☐ and COTAR ☐ can conduct a full brief at no cost. Additionally ☐ is unaware of our Con Ops and ☐ can provide an enhanced brief here at ERF. Will this meet your requirement.. We can also include ☐

b3
b6
b7C
b7E

**From:** ☐
**Sent:** Wednesday, June 01, 2011 4:15 PM
**To:** ☐
**Cc:** ☐
**Subject:** Follow on brief with ☐ request for suggested dates. --- SECRET

Classification: SECRET

Classified By: C37W75B74
Declassify On: 20210601
Derived From: FBI NSISC
==================================================

All,

(U) (S/) I would like to receive the follow-on brief from ☐ soon, to include the projects that they weren't permitted to brief to myself and OGC last time.

(U//FOUO ☐ has advised that they are prepared to present at their location and it would cost the FBI approx ☐ for the prep and presentation time.  I was very pleased with the earlier briefing  and would like to wrap this up soon.

b3
b6
b7C
b7E

 (U) Please advise regarding your availability so we can get this accomplished.

V/R,

SSA ☐ :
☐
Operational Technology Division
703 ☐

CELLSITE-10539

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/rs



**U.S. Department of Justice**

Federal Bureau of Investigation

935 Pennsylvania Ave. NW
Washington, DC 20535

1 July 2010

Subject:     Action Items for 6-23-10 Program Meeting
                                          Contract

Dear

Thank you for taking the time to meet with our                    on June 23, 2010. As we made
clear during the meeting, we are anxious to get work started under this contract. Additionally,
our funding has a life expectancy. As advised on during this Program Meeting             has been
instructed not to proceed with any additional services and additional work regarding any
Purchase Orders revoked during the meeting             has been advised to stop work until such
time that the FBI submits official tasking statements of work and has provided funding for
services.

Cancelled Purchase Orders: The following Purchase Orders are hereby withdrawn and            s
instructed to destroy these documents as funding has been deobligated until Taskings have been
officially awarded. These awards will be issued under new Purchase Orders. POs to destroy:

Forthcoming Tasking Requests: The FBI is working diligently to complete our final, official
Statements of Work (SOW) for the above Taskings. It is our intention to submit these Taskings
on 7/12/10 for a technical and cost proposal from             Each Tasking should be treated as an
individual project; therefore, a response for one Tasking should not be held or delay any
responses to other Taskings             is the Contracting Officer's Technical Representative
for the             Contract. Any Technical Leads on individual Taskings will be identified
within the SOW or at the Tasking Kick-Off Meeting.

Security Matters: Please provide the FBI with a status of the secured space for            work
and a proposed schedule for any outstanding requirements in order to . We are working with
Security to coordinate the requested STE and making adjustments to the DD-254. Unfortunately,
these requirements must go through the security division. We have provided them with the

b3
b6
b7C
b7E

b3
b6
b7C
b7E

background and delays on this project; however, we are unable to control the rate at which they provide us with the final equipment and documentation.

NDAs: The NDAs for all participants in ⬚ contract require an FBI employee to witness the signature on behalf of the Director of the FBI ⬚ is making arrangements during the week of 7/6/10 for those ⬚ individuals still needing to sign an NDA before assisting in the proposal responses. All original documents shall be mailed to ⬚ for tracking. Any travel conducted as a result of these signatures will not be funded by the FBI.

b3
b7E
b6
b7C

⬚ Services: The engineers for this program have signed the required NDA, as such, services under PO ⬚ for the ⬚ may start as soon as possible ⬚ under this effort are classified, while the specific ⬚ development is unclassified – please see the SOW and other contract documentation for specific details – all terms and conditions apply per the contract. ·

⬚

If I can be of further assistance with this effort you may contact me via e-mail at ⬚ @ic.fbi.gov.

b6
b7C
b3
b7E

Sincerely,

⬚

Contracting Officer

# Task Order 1 Questions

b3
b7E

Regarding Section "1.3.1 Key Areas" of the _____ SOW, the items are listed as "examples" of what should be done on the Task.  In order to properly bid these activities, we are making the following assumptions. The contractor requests that you review these assumptions, verify their accuracy and provide more clarification where necessary.

1)

2)

3)

b3
b7E

b3
b7E

SITE-10543

| | Current Restriction | Sponsor Proposed Restrictions | Assumptions |
|---|---|---|---|
| No Court Order | | | b3 b7E |
| Network Owner Authorization or Consent | | | b3 b7E |
| Pen Register/Trap & Trace | | | b3 b7E |

TE-10544



b3
b7E

b3
b7E

b3
b7E

-10545

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/rs



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

25 April 2012

b3
b6
b7C
b7D

Subject:   Contrac⬚
Task Order Letter Request

Dear⬚

Please find enclosed a copy of the Statements of Work (SOW) for training developed by the Federal Bureau of Investigation (FBI. This requirement describes the need for training of FBI personnel in the operation of the⬚device. The FBI intends to award this requirement as a new Task Order under the existing⬚Contract utilizing Firm Fixed Price (FFP) provisions. The FBI is interested in obtaining a proposal for this task to be performed in accordance with the subject Contract. Contractor shall provide technical and cost proposals to support tasking as set forth in the Statement of Work. Contractor is requested to provide pricing on a per person/student basis and per class for a comparison and determination of most cost effective and efficient strategy for obtaining the necessary training. In the future, the FBI may consider adding this training to the Contract price list.

The award of this TO is contingent upon receipt of funding. If there are any question regarding this SOW please submit them to my office, in writing, within the next five (5) business days. It is therefore requested that your company review the enclosed SOW and if the proposed contract vehicle is appropriate, a cost and technical proposal should be submitted in accordance with the terms and conditions of the FBI's Contract no later than 10 May 2012 at 1:00 PM EST or sooner. Unclassified proposals maybe email t⬚@ic.fbi.gov.

b3
b6
b7C
b7E

Should you have any questions concerning this matter, please contact me at 202⬚ ⬚response may be faxed to 202⬚

Attached: Statement of Work fo⬚Training Tasking

b3
b7E

CELLSITE-10546

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/rs

**From:**
**Sent:** Wednesday, April 25, 2012 1:54 PM
**To:**
**Subject:** New Task Order unde
**Attachments:** TO 2_4-25-12 Letter t                     Training_TO 2_
                 4-25-12.pdf

b6
b7C
b3
b7E

Good Afternoon

Attached, please find a Task Order Request Letter and accompanying SOW for a new task order under the
Contract. The FBI requests a technical and cost proposal in accordance with the Contract to obtain the identified
services. Within the next 5 business days, please submit any questions regarding this requirement to my office, directly.
Proposals are due by 1PM on 10 May 2012. E-mail submission is preferred.

Thank you for your assistance,

*Contracting Officer*
Federal Bureau of Investigation
HQ: (O) 202            | (F) 202
QT: (O) 703            | (F) 703
BB: 202

b6
b7C


Called around 3pm
to inform that training materials
had already been developed.
They will said materials
for review + send

b7E

per
class

CELLSITE-10547

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/rs

Provided By

5/8/12

b6
b7C
b3
b7E

## Training Evaluation

**Cost Assessment:**

The cost of the course is [        ] for one instructor per four students.  The FBI requests [        ] students and [        ] instructors so we can perform [    ] classes simultaneously for a cost of [        ] This equates to [        ] per student for [    ] days of instruction which includes [        ] of classroom instruction [        ] of deployment practical exercises with emphasis on [        ] will include a written test and a practical application test.

b7E

We also requested two classes simultaneously to get as many [        ] trained in the shortest amount of time.

**Technical Evaluation:**

The [        ] training material consists of six sections.

1

2

3

4

5

6

b3
b7E

CELLSITE-10548

~~SECRET~~

HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 10-23-2037

**(FD)(FBI)**

| | | |
|---|---|---|
| **From:** | (OTD) (FBI) | b3 |
| **Sent:** | Thursday, September 09, 2010 12:12 PM | b6 |
| **To:** | | b7C |
| **Subject:** | RE: | b7E |

~~SECRET//NOFORN~~
~~RECORD 268-HQ-1068430~~

(S)

| | |
|---|---|
| SSA | b1 |
| Unit Chief | b3 |
| Tracking Technology Unit | b6 |
| Operational Technology Division | b7C |
| 703 | b7E |
| 202 | |

| | | |
|---|---|---|
| **From:** | (OTD) (FBI) | |
| **Sent:** | Thursday, September 09, 2010 11:14 AM | |
| **To:** | | |
| **Subject:** | | |

~~SECRET//NOFORN~~
~~RECORD 268-HQ-1068430~~

Here is the [ ] Anything marked with red is not directly traceable to exact wording. Some may be
inferred but not defined, others may not be compliant. These are the areas where we need to question them.

b3
b6
b7C
b7E

<< File: [ ] xls >>

**DERIVED FROM: Multiple Sources**
**DECLASSIFY ON: 20350909**
~~SECRET//NOFORN~~

**DERIVED FROM: Multiple Sources**
**DECLASSIFY ON: 20350909**
~~SECRET//NOFORN~~

~~SECRET~~

CELLSITE-10549

SECRET//NOFORN

DECLASSIFIED BY 65179 DMH/rs
ON 10-23-2012

b3
b7E

**SOW vs. Proposal**



| | SOW | Proposal |
|---|---|---|
| 1 | | 2.1.1 second paragraph |
| 2 | | 2.1.1 paragraph 5, |
| 3 | | Inferred by other statements ▉ See section 2.4 "requirements Non Compliance" |
| 4 | | 2.1.1 para 4 |
| 5 | | Inferred capability to the extent ▉ |
| 6 | | 2.1.1.2 para 2 bullet 1, para 8 bullet items |
| 7 | | 2.1.1.2 para 8 first bullet item |
| 8 | | 2.1.1.2 para 8 ▉ |

b3
b7E

b3
b7E

SECRET//NOFORN

b3
b7E



| 9 | 2.1.1.2 para 2 bullet 2, 2.1.1.2 para 3 bullet 2 |
| 10 | 2.1.1.2 para 2 bullets 4&5 |
| 11 | 2.1.1.2 para 2 bullet 5 |
| 12 | 2.1.1.2 para 8 |
| 13 | 2.1.1.2 para 8 |
| 14 | See section 2.4 "Requirements Non Compliance" |
| 15 | 2.1.1 para 5, 2.1.1.1 para 1 |
| 16 | 2.1.1.2 para 2 bullet 3, 2.1.1.2 para 3 bullet 4, 2.1.1.2 para 6 |
| 17 | 2.1.1.2 para 2 bullet 7 |
| 18 | 2.1.1.2 para 7 |

b3
b7E

SECRET//NOFORN

CELLSITE-10555

SECRET//NOFORN

b3
b7E

b3
b7E



| | |
|---|---|
| 19 | 2.1.1.1 para 1 |
| 20 | 2.1.1 para 5 |
| 21 | 2.1.1.2 para 2 bullet 5 |
| 22 | 2.1.1.2 para 2 bullet 7, 2.1.1.2 para 9 |
| 23 | 2.1.1 para 5, 2.1.1.1 para 5 |
| 24 | 2.1.1.2 para 8 |
| 25 | 2.1.1.2 para 8 |
| 26 | 2.1.1.2 para 3 bullet 2 |
| 27 | 2.1.1.2 para 8 |

CELLSITE-10556

SECRET//NOFORN

b3
b7E

b3
b7E



| 28 | 2.1.1.2 para 8 |
| 29 | 2.1.1.2 para 8 |
| 30 | 2.1.1.2 para 2 bullets 4,6,10,13,15,16; 2.1.1.2 para 3 bullets 3, 6; 2.1.1.2 para 7; 2.1.1.2 para 8 |
| 31 | 2.1.1.2 para 2 bullet 7; 2.1.1.2 para 3 bullet 6; 2.1.1.2 para 8 |
| 32 | 2.1.1.2 para 8 |
| 33 | 2.1.1.2 para 8 |
| 34 | Is part of stage 2, but not mentioned specifically |
| 35 | 2.1.1.2 para 8 |
| 36 | 2.1.1.2 para 8 |

CELLSITE-10557

SECRET//NOFORN

b3
b7E



37    2.1.1.2 para 15

38    2.1.1.2 para 15

39    2.1.1.2 para 15

40    2.1.1.1 para 1    2.1.1.2 para 15

41    2.1.1.2 para 8

42    2.1.1 para 5

43    2.1.1.2 para 5

44    2.1.1.4

b3
b7E

SECRET//NOFORN

CELLSITE-10558

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-23-2012 BY 65179 DMH/rs

[                      ] Training Program provides [                              ] to the [                ] in conducting [                              ] The Program of Instruction will emphasize the use of [        ] equipment [        ] This includes

b3
b7E

The basic outline of the Program of Instruction is broken down into [                ] the [    ] equipment [                                ]

b3
b7E

[                                                                ] shall demonstrate the required understanding of [                                ] through both written and practical operation examinations. The requirements for receiving WITT certification are as follows:

b3
b7E

1.

2.

3.

b3
b7E

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 105
Page 8 ~ Duplicate - Finance-3, p. 22 & following;
Page 9 ~ Duplicate - Finance-3, p. 22 & following;
Page 10 ~ Duplicate - Finance-3, p. 22 & following;
Page 11 ~ Duplicate - Finance-3, p. 22 & following;
Page 12 ~ Duplicate - Finance-3, p. 22 & following;
Page 13 ~ Duplicate - Finance-3, p. 22 & following;
Page 14 ~ Duplicate - Finance-3, p. 22 & following;
Page 15 ~ Duplicate - Finance-3, p. 22 & following;
Page 16 ~ Duplicate - Finance-3, p. 22 & following;
Page 17 ~ Duplicate - Finance-3, p. 22 & following;
Page 18 ~ Duplicate - Finance-3, p. 22 & following;
Page 19 ~ Duplicate - Finance-3, p. 22 & following;
Page 20 ~ b3; b4; b6; b7C; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 29 ~ b3; b4; b7E;
Page 30 ~ b3; b4; b7E;
Page 31 ~ b3; b4; b7E;
Page 32 ~ b3; b4; b7E;
Page 33 ~ b3; b4; b7E;
Page 34 ~ b3; b4; b7E;
Page 35 ~ b3; b4; b7E;
Page 36 ~ b3; b4; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
Page 40 ~ b3; b4; b7E;
Page 41 ~ b3; b4; b7E;
Page 42 ~ b3; b4; b7E;
Page 43 ~ b3; b4; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b7E;
Page 48 ~ b3; b4; b7E;
Page 49 ~ b3; b4; b7E;
Page 50 ~ b3; b4; b7E;
Page 51 ~ b3; b4; b7E;
Page 52 ~ b3; b4; b7E;
Page 53 ~ b3; b4; b7E;
Page 54 ~ b3; b4; b7E;
Page 55 ~ b3; b4; b7E;
Page 56 ~ b3; b4; b7E;
Page 57 ~ b3; b4; b7E;
Page 58 ~ b3; b4; b7E;
```

```
Page 59 ~ b3; b4; b7E;
Page 60 ~ b3; b4; b7E;
Page 61 ~ b3; b4; b7E;
Page 62 ~ b3; b4; b7E;
Page 63 ~ b3; b4; b7E;
Page 64 ~ b3; b4; b7E;
Page 65 ~ b3; b4; b7E;
Page 66 ~ b3; b4; b7E;
Page 67 ~ b3; b4; b7E;
Page 68 ~ b3; b4; b7E;
Page 69 ~ b3; b4; b7E;
Page 70 ~ b3; b4; b7E;
Page 76 ~ b3; b4; b6; b7C; b7E;
Page 77 ~ b3; b4; b7E;
Page 78 ~ b3; b4; b7E;
Page 79 ~ b3; b4; b6; b7C; b7E;
Page 80 ~ b3; b7E;
Page 83 ~ b3; b7E;
Page 84 ~ b3; b7E;
Page 85 ~ b3; b7E;
Page 206 ~ b3; b7E;
Page 207 ~ b3; b7E;
Page 208 ~ b3; b7E;
Page 209 ~ b3; b7E;
Page 210 ~ b3; b7E;
Page 211 ~ b3; b7E;
Page 220 ~ b3; b4; b7E;
Page 221 ~ b3; b4; b7E;
Page 222 ~ b3; b4; b6; b7C; b7E;
Page 226 ~ b3; b4; b7E;
Page 229 ~ b3; b4; b7E;
Page 230 ~ b3; b4; b7E;
Page 231 ~ b3; b4; b7E;
Page 232 ~ b3; b4; b7E;
Page 233 ~ b3; b4; b7E;
Page 234 ~ b3; b4; b7E;
Page 235 ~ b3; b4; b7E;
Page 237 ~ b3; b4; b7E;
Page 238 ~ b3; b4; b7E;
Page 239 ~ b3; b4; b6; b7C; b7E;
Page 240 ~ b3; b4; b7E;
Page 241 ~ b3; b4; b7E;
Page 242 ~ b3; b4; b7E;
Page 243 ~ b3; b4; b6; b7C; b7E;
Page 244 ~ b3; b4; b7E;
Page 245 ~ b3; b4; b7E;
Page 246 ~ b3; b4; b7E;
Page 247 ~ b3; b4; b7E;
Page 248 ~ b3; b4; b7E;
Page 249 ~ b3; b4; b7E;
Page 250 ~ b3; b4; b7E;
Page 251 ~ b3; b4; b7E;
Page 252 ~ b3; b4; b7E;
Page 253 ~ b3; b4; b7E;
```

```
Page 254 ~ b3; b4; b7E;
Page 255 ~ b3; b4; b7E;
Page 256 ~ b3; b4; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXXX
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/rs

**From:**

**Sent:** Wednesday, March 03, 2010 11:21 AM

**To:**

**Subject:** Fw

**Importance:** High

b3
b6
b7C
b7E

FYI

---

**From:**
**To:**
**Cc:**
**Sent:** Wed Mar 03 11:16:43 2010
**Subject:** RE:

Hi

did a check on our records which DOES indicate you have                for all of you              and                        systems.                    will be in contact to assist with getting                          Please accept our apologies for any confusion this has caused.

Is there a time we (you                    ) can talk today regarding your projects through the            contract and follow-ons on                WE have an immediate issue we must resolve in order to keep work going.  I am available after 2pm today - please let me know when would be convenient for your team.

Thanks,

b3
b6
b7C
b7E

---

**From:**
**Sent:** Wednesday, March 03, 2010 10:28 AM
**To:**
**Cc:**
**Subject:** RE:

b3
b6
b7C
b7E

Have you heard anything more about the                      issue.  We have                      without the

                      has the

CELLSITE-16028

But the other ▯▯▯ are:

We would like to get these out to the field ASAP.

Thanks,

b3
b6
b7C
b7E

********** –COMM. JOURNAL– ******************* DATE NOV-23-2010 ***** TIME 17:33 ********

MODE = MEMORY TRANSMISSION          START=NOV-23 17:30      END=NOV-23 17:33

FILE NO.=119

| STN NO. | COMM. | ONE-TOUCH/ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---------|-------|--------------------|-----------------------|-------|----------|
| 001 | OK | ⌗ | | 003/003 | 00:02:25 |

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/rs

************************************ –    – ***** –     *********

**FD-448**
Revised
10-27-2004

FEDERAL BUREAU OF INVESTIGATION
## FACSIMILE COVER SHEET

### PRECEDENCE
○ Immediate     ○ Priority       ○ Routine

### CLASSIFICATION
○ Top Secret    ○ Secret    ○ Confidential    ○ Sensitive    ○ Unclassified

### TO

| Name of Office: | | Facsimile Number: | Date: 11/23/2010 |
|---|---|---|---|
| | | Room: | Telephone Number: |

### FROM

Name of Office:
**FBI – Science and Technology Contracts Unit**

Number of Pages: (Including cover)
**3**

Originator's Telephone Number:

Originator's Facsimile Number:

Originator's Name:

Approved:

### DETAILS

Subject:
**Mod 1** [          ] **extending POP.**

Special Handling Instructions:
**Please let me know if the document does not come out clearly and I can try submitting differently.**

Brief Description of Communication Faxed:
**Thank you for your assistance and have a Happy Thanksgiving.**

### WARNING
Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

b3
b6
b7C
b7E

FEDERAL BUREAU OF INVESTIGATION CELLSITE-16043

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/rs

**RE** **Issue**

**Sent:** Thursday, August 19, 2010 7:40 PM
**To:**
**Cc:**
**Attachments:** Legacy Interactions.pdf (234 KB)

b3
b6
b7C
b7E

And let's try that again WITH the attachment...

<<Legacy Interactions.pdf>>

**From:**
**Sent:** Thursday, August 19, 2010 7:38 PM
**To:**
**Cc:**
**Subject:** RE: Issue

b3
b6
b7C
b7E

Hi

Here is an updated version including the

Take care,

RE:     Issue

**From:**
**Sent:** Thursday, August 05, 2010 10:18 PM
**To:**
**Cc:**
**Subject:**            Issue

Hi

Please take a look at the attached and let me know if this will suffice for clarifying this issue.

Regards,

b3
b6
b7C
b7E

<< File: Legacy____cjd.pdf >>

************** -COMM. JOURNAL- ******************* DATE MAR-14-2011 ***** TIME 13:19 ********

MODE = MEMORY TRANSMISSION          START=MAR-14 13:18    END=MAR-14 13:19

FILE NO.=295

| STN NO. | COMM. | ONE-TOUCH/ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---------|-------|--------------------|--------------------|-------|----------|
| 001 | OK | ☎ | | 001/001 | 00:00:32 |

*********************************** - - ***** - ************

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/rs

MAR-11-2011 10:54                                        P.05

b3
b6
b7C
b7E

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

Mod 2          02/10/11

Federal Bureau of Investigation
Room 6053
935 Pennsylvania Ave. NW
Washington, DC 20535

Same as Item 5.

01/24/11

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS.

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

FAR 43.103 (a) bilateral

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ___1___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION

The purpose of this modification is to provide additional funding in the amount of ___ for additional ___ in accordance with the SOW, Terms & Conditions of the contract, and Full Continuing Resolution restrictions. Period of Performance is extended to 1/24/11-12/21/11 All technical guidance is to come from the COTR. Contractor exceeds funding at own risk.

b3
b6
b7C
b7E

2/14-201                    3/14/11

TOTAL P.05

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/rs

| TRANSMISSION VERIFICATION REPORT |
|---|

```
                                    TIME   : 06/24/2011 13:15
                                    NAME   : GCU
                                    FAX    :
                                    TEL    :
                                    SER.# : 000F6J321760
```

b3
b6
b7C
b7E

```
DATE,TIME          06/24  13:13
FAX NO./NAME
DURATION           00:01:12
PAGE(S)            05
RESULT             OK
MODE               STANDARD
                   ECM
```

| FD-448<br>Revised<br>10-27-2004 | FEDERAL BUREAU OF INVESTIGATION<br>**FACSIMILE COVER SHEET** |
|---|---|

### PRECEDENCE

◦ Immediate          ◦ Priority          ◦ Routine

### CLASSIFICATION

◦ Top Secret     ◦ Secret     ◦ Confidential     ◦ Sensitive     ◦ Unclassified

### TO

| Name of Office: | | Facsimile Number: | Date:<br>**06/24/2011** |
|---|---|---|---|
| Attn: | | Room: | Telephone Number: |

b3
b6
b7C
b7E

### FROM

| Name of Office:<br>**FBI - Science and Technology Contracts Unit** | Number of Pages: (including cover)<br>**5** |
|---|---|
| Originator's Name: | Originator's Telephone Number: | Originator's Facsimile Number: |

Approved:

### DETAILS

Subject:
**Please find attached Mod 4 to the** ____ **Task Order, PO** ____ **providing award of** ____

b3
b7E

Special Handling Instructions:
**Please sign the attached SF-30 (Mod 30) and fax back to the number above.**

Brief Description of Communication Faxed:
**Thank you for your assistance and have a good day.**

CELLSITE-16102

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/rs

**FD-448**
Revised
10-27-2004

# FEDERAL BUREAU OF INVESTIGATION
## FACSIMILE COVER SHEET

---

### PRECEDENCE

◯ Immediate          ◯ Priority          ◯ Routine

### CLASSIFICATION

◯ Top Secret      ◯ Secret      ◯ Confidential      ◯ Sensitive      ◯ Unclassified

### TO

| Name of Office: | Facsimile Number: | Date: 06/24/2011 |
|---|---|---|

| Attn: | | Room: | Telephone Number: |
|---|---|---|---|

### FROM

| Name of Office: **FBI - Science and Technology Contracts Unit** | Number of Pages: (including cover) **5** |
|---|---|

b3
b6
b7C
b7E

| Originator's Name: | Originator's Telephone Number: | Originator's Facsimile Number: |
|---|---|---|

Approved:

### DETAILS

Subject:
**Please find attached Mod 4 to the** ☐ **Task Order, PO** ☐ **providing award of** ☐

☐

b3
b7E

Special Handling Instructions:
**Please sign the attached SF-30 (Mod 30) and fax back to the number above.**

Brief Description of Communication Faxed:
**Thank you for your assistance and have a good day.**

### WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/rs

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | 1 | | 1 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicble)* |
|---|---|---|---|
| Mod 4 | Jun 23, 2011 | | |

**6. ISSUED BY**   CODE

Federal Bureau of Investigation
Room 6853
935 Pennsylvania Ave. NW
Washington, DC 20535

**7. ADMINISTERED BY** *(If other than Item 6)*   CODE

Same as Item 6.

**8. NAME AND ADDRESS OF CONTRACTOR** *(No., street, county, State and ZIP Code)*

( X )

9A. AMENDMENT OF SOLICIATION NO.

b3
b6
b7C
b7E

9B. DATED *(SEE ITEM 11)*

10A. MODIFICATION OF CONTRACT/ORDER NO.

[ X ]  10B. DATED *(SEE ITEM 13)*

05/18/2011

CODE   FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] Is extended, [ ] Is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a)By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA   *(If required)*

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  *(Specify authority)*  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES  *(such as changes in paying office, appropriation date, etc.)*  SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| [ X ] | D. OTHER  *(Specify type of modification and authority)*  FAR 32.7 "Funding" and 43.103 "Bilateral" | |

**E. IMPORTANT:**  Contractor [ ] is not, [ X ] is required to sign this document and return ___1___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (   *Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this modification is to provide funding for services for the [          ] Tasking. Services are to be provided in accordance with the Terms & Conditions of the contract, SOW, and ECP agreements. POP for [       ] is 6/10/11-8/31/11; original [        ] Task is extended through 8/30/11 for consistency. For [                    ], TL [       ] Contractor shall not exceed [       ] and does so at own risk. Technical guidance will come from [                    ]. The following documentation is hereby incorporated into the award of [          ] and Contract: 1) SOW and support docs e-mailed 5/23/11 at 4:33PM; 2) ECP Technical doc e-mailed 6/14/11 at 5:10PM; 3) e-mail chain 6/23/11 at 3:43PM; and 4) [       ] ECP Cost doc to be revised and agreed upon ASAP.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

b3
b6
b7C
b7E

| 15A. NAME AND TITLE OF SIGNER  *(Type or print)* | 16A. NAME AND TITLE OF CONTRACTING OFFICER ·  *(Type or print)* |
|---|---|
| | Contracting Officer |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| *(Signature of person authorized to sign)* | | *(Signature of Contracting Officer)* | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30   (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-16104

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/rs

**(FD)(FBI)**

**From:** _____ (FD)(FBI)
**Sent:** Tuesday, June 07, 2011 3:10 PM
**To:** _____ (OTD) (FBI)
**Subject:** FW: requisition _____ -- UNCLASSIFIED

Classification: UNCLASSIFIED
=================================================

Hi _____

Attached is the revised requisition with the additional equipment we discussed yesterday.

Thanks,

_____

**From:** _____ (OTD) (FBI)
**Sent:** Tuesday, June 07, 2011 1:26 PM
**To:** _____ (FD)(FBI)
**Subject:** RE: requisition _____ --- UNCLASSIFIED

Classification: UNCLASSIFIED
=================================================

_____ Attached is req _____ with the changes.  SRU made all changes in FMS.  The quantity on line 18 was changed and lines 19-27 were added using a different account.

_____ 3598.pdf

**From:** _____ (OTD) (CON)
**Sent:** Monday, June 06, 2011 2:46 PM
**To:** _____ (OTD) (FBI)
**Subject:** requisition _____ -- UNCLASSIFIED

Classification: UNCLASSIFIED
=================================================

_____

Can you please add lines below in PAMS for the above requisition –

Increase line #18 to a total of _____

b3
b6
b7C
b7E

1

CELLSITE-16105

b3
b4
b7E

☐ - once the changes have been made in PMA I will send print out a new req and send it to you.


Thank you both for your help!!!!   ☺

b6
b7C

cell
office


```
==========================================================
Classification: UNCLASSIFIED

==========================================================
Classification: UNCLASSIFIED

==========================================================
Classification: UNCLASSIFIED
```

CELLSITE-16106

FD-369 (Rev. 2-21-89)

RECEIVED

**FEDERAL BUREAU OF INVESTIGATION**

**REQUISITION FOR SUPPLIES AND/OR EQUIPMENT**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/rs

2009 DEC 22 PM 2: 45

ACQUISITION STRATEGY
AND PLANNING UNIT

ENTERED

Page 1 of 2

b3
b6
b7C
b7E

| | |
|---|---|
| Req. # | |

December 8, 2009
Date

TTU/1845
Ordering Office/Cost Code

Marcus C. Thomas
Approved By

Julian Date

Supply Technician:
Program Manager:
Funding Approved:
Requester:
COTR:

12/10/09

09-0
**FY09-00**

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order #

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | each | | | | | |
| 2 | | | | each | | | | | |
| 3 | | | | each | | | | | |
| 4 | | | | each | | | | | |
| 5 | | | | each | | | | | |
| 6 | | | | each | | | | | |
| 7 | | | | each | | | | | |
| 8 | | | | each | | | | | |
| 9 | | | | each | | | | | |
| 10 | | | | each | | | | | |

b3
b4
b7E

**SPECIAL INSTRUCTIONS:**
Ship to Code:            P45
Delivery Instructions:  M-F, 8am-4pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

**JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:**
see attached EC

CELLSITE-16107

Page 2 of 2

Req. #

| ITEM # | NATIONAL STOCK NUMBER StockNumber | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 11 | | | | each | | | | | |
| 12 | | | | each | | | | | |
| 13 | | | | each | | | | | |
| 14 | | | laptop | each | | | | | |

b3
b4
b7E

**Requisition Description:**
Equipment

**Suggested Vendor:**



RECEIVED

JAN 0 8 2010

BY: QCU

CELLSITE-16108

FD-369 (Rev. 2-21-89)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/rs

**FEDERAL BUREAU OF INVESTIGATION**

**REQUISITION FOR SUPPLIES AND/OR EQUIPMENT**

Page 1 of 2

| Req. # | |

February 8, 2011

Date

ENTERED

TTU

Ordering Office

Marcus C. Thomas   2/28/2011

Approved By

Julian Date

b3
b6
b7C
b7E

Supply Technician:
Program Manager:
Funding Approved:
Requester:
COTR:

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order #

**FY 2011**

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | COST CODE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | each | | | | | |
| 2 | | | laptop | each | | | | | |
| 3 | | | | EACH | | | | | |
| 4 | | | | EACH | | | | | |
| 5 | | | | EACH | | | | | |
| 6 | | | | EACH | | | | | |
| 7 | | | | EACH | | | | | |
| 8 | | | | EACH | | | | | |
| 9 | | | | EACH | | | | | |
| 10 | | | | EACH | | | | | |

b3
b4
b6
b7C
b7E

**SPECIAL INSTRUCTIONS:**

Ship to Code: P45
Delivery Instructions: M-F 8am-4pm
Government's Estimate:
Previous PO #
Previous Contract #

**JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:**

see attached EC

MAR 17 2011

CELLSITE-16109

Req. #

| ITEM # | NATIONAL STOCK NUMBER StockNumber | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | COST CODE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 11 | | | | EACH | | | | | |
| 12 | | | | EACH | | | | | |
| 13 | | | | EACH | | | | | |
| 14 | | | | EACH | | | | | |
| 15 | | | | EACH | | | | | |
| 16 | | | | EACH | | | | | |
| 17 | | | | EACH | | | | | |
| 18 | | | | EACH | | | | | |

**Requisition Description:**

Equipment

**Suggested Vendor:**

b3
b4
b7E

CELLSITE-16110

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/rs

FD-369 (Rev. 2-21-89)

**FEDERAL BUREAU OF INVESTIGATION**

**REQUISITION FOR SUPPLIES AND/OR EQUIPMENT**

Req. #

Page 1 of 2

ENTERED
 by TTU

Marcus C. Thomas  2/28/2011

February 8, 2011
Date

Ordering Office

Approved By

b3
b6
b7C
b7E

Supply Technician:
Program Manager:
Funding Approved:
Requester:
COTR:

3/22/11

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order #:

Julian Date

**FY 2011**

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS | COST CODE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | each | | | | | |
| 2 | | | laptop | each | | | | | |
| 3 | | | | EACH | | | | | |
| 4 | | | | EACH | | | | | |
| 5 | | | | EACH | | | | | |
| 6 | | | | EACH | | | | | |
| 7 | | | | EACH | | | | | |
| 8 | | | | EACH | | | | | |
| 9 | | | | EACH | | | | | |
| 10 | | | | EACH | | | | | |

b3
b4
b7E

**SPECIAL INSTRUCTIONS:**

Ship to Code:   P45
Delivery Instructions:   M-F 8am-4pm
Government's Estimate:
Previous PO #
Previous Contract #

**JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:**
see attached EC

CELLSITE-16111

b3
b7E

13 June 2011

In Reply Please Refer to:

935 Pennsylvania Ave. N.W.
JEH Bldg Room 6853
Washington, D.C. 20535

Attention:            Contracting Officer

Subject:      Updated Product Pricing Sheet dated 10 June 2011

Reference:            IDIQ Contract No.
                Dated 31 March 2011

Attached:      Pricing List 6 June 2011

b3
b6
b7C
b7E

Dear

The attached price listing is as of 6 June 2011 and includes updates to the following:

1) Addition of firm pricing for the

2) Change to            pricing policy

The items are highlighted in orange on the updated listing for your convenience. Please incorporate the Pricing Sheet into the contract.

Should you have any questions, please contact me at

Regards,

b3
b6
b7C
b7E

FE-16112

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/rs

**(FD)(FBI)**

**From:** [                    ](OTD) (CON)
**Sent:** Monday, June 06, 2011 2:46 PM
**To:** [                    ](OTD) (FBI)
**Subject:** requisition[        ] --- UNCLASSIFIED

b6
b7C

Classification: UNCLASSIFIED
======================================================

[        ]

Can you please add lines below in PAMS for the above requisition –

✓ Increase line #18 to a total of [        ]

b3
b4
b7E

[                                                                    ]

b6
b7C

[        ] – once the changes have been made in PMA I will send print out a new req and send it to you.

Thank you both for your help!!!!  ☺

1

CELLSITE-16113

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/rs

FD-369 (Rev. 2-21-89)

**FEDERAL BUREAU OF INVESTIGATION**

**REQUISITION FOR SUPPLIES AND/OR EQUIPMENT**

Page 1 of 2

_____
Req. #

ENTERED
E317111
BY

February 8, 2011
_____
Date

TTU
_____
Ordering Office

Marcus C. Thomas   2/28/2011
_____
Approved By

Julian Date
_____

Supply Technician:
Program Manager:
Funding Approved:
Requester:
COTR:

Contract Specialist: _____
Date Received: _____
PPMS Approval: _____
Purchase Order # _____

b3
b6
b7C
b7E

**FY 2011**

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | COST CODE | UNIT PRICE | TOTAL |
|--------|----------------------|--------|------------------|---------------|------|------------------|-----------|------------|-------|
| 1 | | | | each | | | | | |
| 2 | | | | each | | | | | |
| 3 | | | | EACH | | | | | |
| 4 | | | | EACH | | | | | |
| 5 | | | | EACH | | | | | |
| 6 | | | | EACH | | | | | |
| 7 | | | | EACH | | | | | |
| 8 | | | | EACH | | | | | |
| 9 | | | | EACH | | | | | |
| 10 | | | | EACH | | | | | |

b3
b4
b6
b7C
b7E

**SPECIAL INSTRUCTIONS:**

Ship to Code:    P45
Delivery Instructions:    M-F 8am-4pm
Government's Estimate:
Previous PO #
Previous Contract #

**JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:**

see attached EC

CELLSITE-16120

Req. #

| ITEM # | NATIONAL STOCK NUMBER StockNumber | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | COST CODE | UNIT PRICE | TOTAL |
|--------|------|------|------|------|------|------|------|------|------|
| 11 | | | | EACH | | | | | |
| 12 | | | | EACH | | | | | |
| 13 | | | | EACH | | | | | |
| 14 | | | | EACH | | | | | |
| 15 | | | | EACH | | | | | |
| 16 | | | | EACH | | | | | |
| 17 | | | | EACH | | | | | |
| 18 | | | | EACH | | | | | |

**Requisition Description:**
Equipment

**Suggested Vendor:**

b3
b7E

CELLSITE-16121

b3
b7E

THE HIGHEST CLASSIFICATION CONTAINED
HEREIN IS:   U - FOUO - LES

DATE: 6 APR 11

OFAX# 204-007

## SECURE FAX HEADER SHEET

TO:

FAX

FROM:

EBI RM 6253

935 PA AVE

WASH DC 20535

b3
.b6
b7C
b7E

STU-III FAX#:

UNCLASS FAX#:

UNCLASSIFIED
SUBJECT/COMMENTS:   For

IDIQ - ECP

THIS FAX CONSISTS OF <u>HEADER</u> + __7__ PAGES.

PLEASE SIGN THE DOCUMENT RECEIPT BELOW AND FAX BACK TO EITHER NUMBER
ABOVE TO AVOID TRACER ACTION. THANK YOU.

(recd)   4/6/11 @ 4:17PM

(Pr____ ____e)                     (Date)

THE HIGHEST CLASSIFICATION CONTAINED
HEREIN IS:

U - FOUO - LES

b3
b6
b7C
b7E

## THIS HEADER SHEET IS UNCLASSIFIED

SITE-16122

b3
b6
b7C
b7E

6 April 2011

In Reply Please Refer to:

935 Pennsylvania Ave. N.W.
JEH Bldg Room 6853
Washington, D.C. 20535

Attention:                    Contracting Officer

Subject:              IDIQ – ECP for

Reference:        (a)            IDIQ Contract No
                  (b) Letter Received 3/22/11 for ECP on

b3
b6
b7C
b7E

Attachment:          Taskable Engineering ECP Proposal

Dear

Please see the enclosed ECP proposal for the above referenced item.

For technical questions please contact
                      or contact the undersigned at

Very truly yours,

b3
b6
b7C
b7E

UNCLASSIFIED/FOUO/LES

**Effort 01:** [        ] **Taskable Engineering**          Date: 04/05/2011
**Taskable Engineering Number: Effort - 01**
**Taskable Engineering Name:** [              ]

## 1.0 Scope

The Contractor shall [                                    ]

b3
b7E

## 2.0 Deliverables

- 
- 
- 
- 

## 3.0 Schedule

The effort starts immediately after COTR approval and will run approximately 4 weeks in duration.  The effort includes software design, development, and test phases.

b3
b7E

## 4.0 Assumptions

- No additional Program Manager, Administrative Support, Finance Support, Security, and Project Engineering are bid based on the assumption that this effort will run in conjunction with the existing [        ] Task.
- Regression and acceptance testing will be conducted by [            ] at the [        ]

UNCLASSIFIED/FOUO/LES

1

UNCLASSIFIED/FOUO/LES

- Due to the quick turn-around nature of the work, all Customer responses and document approvals are requested within in 5 days of receipt.
- A ⬜⬜⬜⬜⬜ will be made to reduce overhead.
- Increased productivity is based on the assumptions that a streamlined process will be used (e.g., no design updates or reviews are required) and that an existing ⬜⬜⬜⬜⬜⬜ will be available.
- This bid does not include a final demonstration.

b3
b7E

## 5.0 GFE/GFI
Contractor will make use of currently available GFE.

## 6.0 Materials
None

## 7.0 Travel
None

b3
b4
b6
b7C
b7E

## 8.0 Total Cost
Total cost anticipated: ⬜⬜⬜⬜⬜ (includes ⬜⬜⬜⬜⬜ prop prep for both efforts)

I have reviewed this estimate and find it consistent with the ⬜⬜⬜⬜ Contract, and therefore authorize this task to be performed.

_____ Approval

⬜⬜⬜⬜ **COTR**

CELLSITE-16125

UNCLASSIFIED/FOUO/LES

**Effort 02** ☐ **Taskable Engineering**          **Date: 04/05/2011**
**Taskable Engineering Number: Effort - 02**
**Taskable Engineering Name:** ☐

## 1.0 Scope

The Contractor shall perform changes to the ☐

b3
b7E

**2.0 Deliverables**

CELLSITE-16126

UNCLASSIFIED/FOUO/LES

- Modified
- Modified
- Updated

## 3.0 Schedule

The task starts immediately after COTR approval and will run approximately 4 weeks in duration. The task includes software design, development, and test phases.

b3
b7E

## 4.0 Assumptions

- No additional Program Manager, Administrative Support, Finance Support, Security, and Project Engineering are bid based on the assumption that this task will run in conjunction with the existing [        ] Task.
- Regression and acceptance testing will be conducted by [          ] at the [        ]
- Due to the quick turn-around nature of the work, all Customer responses and document approvals are requested within in 5 days of receipt.
- A [              ] will be made to reduce overhead.
- Increased productivity is based on the assumptions that a streamlined process will be used (e.g., no design updates or reviews are required) and that an existing [              ] will be available.
- This bid does not include a final demonstration.

## 5.0 GFE/GFI

Contractor will make use of currently available GFE.

## 6.0 Materials

None

## 7.0 Travel

None

## 8.0 Total Cost

Total cost anticipated: [          ]

I have reviewed this estimate and find it consistent with the [        ] Contract, and therefore authorize this task to be performed.

b3
b6
b7C
b7E

[        ] _____ **Approval**

**COTR**

U//FOUO/LES

**Subject:**      ⬜ ECP Discussion / Questions
**Date:**      March 24, 2011
**Attendees:**

b3
b6
b7C
b7E

## Questions on Effort 1:

- •

- •

- •

- •

- •

- •

b3
b7E

U//FOUO/LES

U//FOUO/LES

b3
b7E

**Questions on Effort 2:**

b3
b7E

U//FOUO/LES

b3
b7E

THE HIGHEST CLASSIFICATION CONTAINED
HEREIN IS: _U/FOUO/LES_

Rec'd
3.25PM

DATE: _30. MAR 11_

OFAX# _2011-006_

## SECURE FAX HEADER SHEET

TO:

FROM:

b3
b6
b7C
b7E

STU-III FAX#:

UNCLASS FAX#:

UNCLASSIFIED
SUBJECT/COMMENTS: _Submittal for_
_ECP Task Order_
_Questions & Answers_

THIS FAX CONSISTS OF <u>HEADER +</u> _3_ PAGES.

PLEASE SIGN THE DOCUMENT RECEIPT BELOW AND FAX BACK TO EITHER NUMBER
ABOVE TO AVOID TRACER ACTION. THANK YOU.

b3
b7E

_(Printed Name)_ _(Signature)_ _(Date)_

THE HIGHEST CLASSIFICATION CONTAINED
HEREIN IS:

THIS HEADER SHEET IS UNCLASSIFIED

CELLSITE-16133

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/rs

**From:**
**Sent:**     Friday, March 18, 2011 4:58 PM
**To:**
**Cc:**
**Subject:**     FW:                         Document and ATP

**Attachments:**                         pdf; 8023043 Rev A.pdf; 8023043 Rev A_Changes Displayed.pdf

b3
b6
b7C
b7E

df  8023043 Rev A.pdf    8023043 Rev
(194 KB)      (1 MB)      _Changes Displaye.

These are for your record. The files are the updated test plans [          ] wants to use
for the actual acceptance test, rather than the one they sent for approval last week.

b3
b6
b7C
b7E

**From:**
**Sent:** Friday, March 18, 2011 4:47 PM
**To:**
**Cc:**
**Subject:**                         Document and ATP

[          ] asked me to email you copies of the [          ] Document and ATP. Soft
copies were also mailed on CD. There's actually two ATP documents attached.  One showing
the final version and one showing what has changed since the last version we sent you.
Have a great weekend.

CELLSITE-16135

**Subject:** [          ] SRR/MSR

**Date:** November 16, 2011

**Attendees:** [                                        ]

b3
b6
b7C
b7E

## SRR

- Reviewed [          ] system requirements; all updates have been incorporated into the System Requirements Specification document

## Status

-
-




-
-




-

-

-


-

-

b3
b7E

CELLSITE-16136

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 204
Page 2 ~ Duplicate;
Page 3 ~ Duplicate;
Page 4 ~ Duplicate;
Page 5 ~ Duplicate;
Page 6 ~ Duplicate;
Page 7 ~ Duplicate;
Page 8 ~ Duplicate;
Page 9 ~ b3; b4; b6; b7C; b7E;
Page 10 ~ b3; b4; b7E;
Page 17 ~ b3; b4; b6; b7C; b7E;
Page 18 ~ b3; b4; b6; b7C; b7E;
Page 19 ~ b3; b4; b7E;
Page 20 ~ b3; b4; b7E;
Page 21 ~ b3; b4; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b6; b7C; b7E;
Page 29 ~ b3; b4; b7E;
Page 30 ~ b3; b4; b7E;
Page 31 ~ b3; b4; b7E;
Page 32 ~ b3; b4; b7E;
Page 33 ~ b3; b4; b7E;
Page 34 ~ b3; b4; b7E;
Page 35 ~ b3; b4; b7E;
Page 36 ~ b3; b4; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
Page 40 ~ b3; b4; b6; b7C; b7E;
Page 41 ~ b3; b4; b7E;
Page 42 ~ b3; b4; b7E;
Page 43 ~ b3; b4; b6; b7C; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b7E;
Page 48 ~ b3; b4; b7E;
Page 49 ~ b3; b4; b7E;
Page 50 ~ b3; b4; b7E;
Page 51 ~ b3; b4; b7E;
Page 52 ~ b3; b4; b7E;
Page 53 ~ b3; b4; b7E;
Page 54 ~ b3; b4; b7E;
Page 55 ~ b3; b4; b7E;
```

```
Page 56 ~ b3; b4; b7E;
Page 57 ~ b3; b4; b7E;
Page 58 ~ b3; b4; b7E;
Page 59 ~ b3; b4; b7E;
Page 60 ~ b3; b4; b7E;
Page 61 ~ b3; b4; b7E;
Page 62 ~ b3; b4; b7E;
Page 63 ~ b3; b4; b7E;
Page 64 ~ b3; b4; b7E;
Page 65 ~ b3; b4; b7E;
Page 66 ~ b3; b4; b7E;
Page 67 ~ b3; b4; b7E;
Page 68 ~ b3; b4; b7E;
Page 69 ~ b3; b4; b7E;
Page 70 ~ b3; b4; b7E;
Page 71 ~ b3; b4; b7E;
Page 72 ~ b3; b4; b7E;
Page 73 ~ b3; b4; b7E;
Page 74 ~ b3; b4; b7E;
Page 75 ~ b3; b4; b7E;
Page 76 ~ b3; b4; b7E;
Page 77 ~ b3; b4; b7E;
Page 78 ~ b3; b4; b7E;
Page 79 ~ b3; b4; b7E;
Page 80 ~ b3; b4; b7E;
Page 81 ~ Duplicate;
Page 82 ~ Duplicate;
Page 83 ~ Duplicate;
Page 84 ~ Duplicate;
Page 85 ~ Duplicate;
Page 86 ~ Duplicate;
Page 87 ~ Duplicate;
Page 88 ~ Duplicate;
Page 89 ~ Duplicate;
Page 90 ~ Duplicate;
Page 91 ~ Duplicate;
Page 92 ~ Duplicate;
Page 93 ~ Duplicate;
Page 94 ~ Duplicate;
Page 95 ~ b3; b4; b6; b7C; b7E;
Page 96 ~ b1; b3; b4; b7E;
Page 97 ~ b1; b3; b4; b7E;
Page 98 ~ b1; b3; b4; b7E;
Page 99 ~ b1; b3; b4; b7E;
Page 100 ~ b1; b3; b4; b7E;
Page 101 ~ b1; b3; b4; b7E;
Page 102 ~ b1; b3; b4; b7E;
Page 103 ~ b1; b3; b4; b7E;
Page 104 ~ b1; b3; b4; b7E;
Page 105 ~ b1; b3; b4; b7E;
Page 106 ~ b1; b3; b4; b7E;
Page 107 ~ b3; b4; b6; b7C; b7E;
Page 108 ~ b3; b4; b7E;
Page 109 ~ b1; b3; b4; b6; b7C; b7E;
```

```
Page 110 ~ b3; b4; b6; b7C; b7E;
Page 111 ~ b1; b3; b4; b6; b7C; b7E;
Page 113 ~ b1; b3; b4; b7E;
Page 120 ~ b1; b3; b7E;
Page 122 ~ b3; b6; b7C; b7E;
Page 123 ~ Duplicate;
Page 124 ~ Duplicate;
Page 125 ~ b3; b4; b6; b7C; b7E;
Page 126 ~ b3; b4; b6; b7C; b7E;
Page 127 ~ b3; b4; b7E;
Page 128 ~ b3; b4; b7E;
Page 129 ~ b3; b4; b7E;
Page 130 ~ b1; b3; b4; b7E;
Page 131 ~ b1; b3; b4; b7E;
Page 132 ~ b1; b3; b4; b7E;
Page 133 ~ b1; b3; b4; b7E;
Page 134 ~ b1; b3; b4; b7E;
Page 135 ~ b1; b3; b4; b7E;
Page 136 ~ b1; b3; b4; b7E;
Page 145 ~ Duplicate;
Page 146 ~ Duplicate;
Page 147 ~ Duplicate;
Page 148 ~ Duplicate;
Page 149 ~ Duplicate;
Page 150 ~ Duplicate;
Page 151 ~ Duplicate;
Page 152 ~ Duplicate;
Page 153 ~ Duplicate;
Page 154 ~ Duplicate;
Page 155 ~ Duplicate;
Page 156 ~ Duplicate;
Page 157 ~ Duplicate;
Page 158 ~ Duplicate;
Page 173 ~ b3; b6; b7C; b7E;
Page 174 ~ b3; b4; b7E;
Page 175 ~ b3; b4; b7E;
Page 177 ~ b3; b4; b7E;
Page 178 ~ b3; b4; b7E;
Page 179 ~ b3; b4; b7E;
Page 180 ~ b3; b4; b6; b7C; b7E;
Page 181 ~ b3; b4; b7E;
Page 182 ~ b3; b4; b7E;
Page 183 ~ b3; b4; b7E;
Page 184 ~ b3; b4; b7E;
Page 185 ~ b3; b4; b7E;
Page 186 ~ b3; b4; b7E;
Page 187 ~ b3; b4; b7E;
Page 188 ~ b3; b4; b7E;
Page 189 ~ b3; b4; b7E;
Page 190 ~ b3; b4; b7E;
Page 191 ~ b3; b4; b7E;
Page 192 ~ b3; b4; b7E;
Page 193 ~ b3; b4; b7E;
Page 194 ~ b3; b4; b7E;
```

```
Page 195 ~ b3; b4; b7E;
Page 196 ~ b3; b4; b7E;
Page 197 ~ b3; b4; b7E;
Page 198 ~ b3; b4; b7E;
Page 199 ~ b3; b4; b7E;
Page 200 ~ b3; b4; b7E;
Page 201 ~ b3; b4; b7E;
Page 202 ~ b3; b4; b7E;
Page 203 ~ b3; b4; b7E;
Page 204 ~ b3; b4; b7E;
Page 205 ~ b3; b4; b7E;
Page 206 ~ b3; b4; b7E;
Page 207 ~ b3; b4; b7E;
Page 208 ~ b3; b4; b7E;
Page 209 ~ b3; b4; b7E;
Page 210 ~ b3; b4; b7E;
Page 211 ~ b3; b4; b7E;
Page 212 ~ b3; b4; b7E;
Page 213 ~ b3; b4; b7E;
Page 214 ~ b3; b4; b7E;
Page 215 ~ b3; b4; b7E;
Page 216 ~ b3; b4; b7E;
Page 217 ~ b3; b4; b6; b7C; b7E;
Page 218 ~ b3; b4; b6; b7C; b7E;
Page 219 ~ b3; b4; b6; b7C; b7E;
Page 220 ~ b3; b4; b7E;
Page 221 ~ b3; b4; b6; b7C; b7E;
Page 222 ~ b3; b4; b7E;
Page 223 ~ b3; b4; b6; b7C; b7E;
Page 224 ~ b3; b4; b7E;
Page 225 ~ b3; b4; b6; b7C; b7E;
Page 226 ~ b3; b4; b7E;
Page 227 ~ b3; b4; b6; b7C; b7E;
Page 232 ~ b3; b4; b7E;
Page 233 ~ b3; b4; b7E;
Page 234 ~ b3; b4; b7E;
Page 235 ~ b3; b4; b7E;
Page 236 ~ b3; b4; b7E;
Page 237 ~ b3; b4; b7E;
Page 238 ~ b3; b4; b6; b7C; b7E;
Page 239 ~ b3; b4; b7E;
Page 240 ~ b3; b4; b7E;
Page 241 ~ b3; b4; b7E;
Page 242 ~ b3; b4; b7E;
Page 243 ~ b3; b4; b7E;
Page 244 ~ b3; b4; b7E;
Page 245 ~ b3; b4; b7E;
Page 246 ~ b3; b4; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X   No Duplication Fee X
X   For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

Page 1 of 1

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/rs

**From:**

**Sent:** Thursday, April 07, 2011 4:46 PM

**To:**

**Cc:**

**Subject:** Error in

**Importance:** High

Hi

is currently out of the office and I didn't want to delay getting this correction to you.  I just noticed an error in                                                    The document we faxed contained following in

I transposed

The correct values are shown in the                    we originally provided.

I would resubmit the document but it was U\FOUO\LES and I can't get a                    out this late in the day.  Sorry for the confusion.

Have a great weekend & hope you are in business next week,

b3
b4
b6
b7C
b7E

12-201 (Rev. 9-6-2006)



# U.S. Department of Justice
Federal Bureau of Investigation



## Purchase Order for Supplies or Services

| 1. Date of Order | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. |
|---|---|---|---|---|
| 09/14/2010 | | | | 2 |

**6. To Contractor** (Name, Address and Zip Code):

**7. Ship to** (Consignee and address, Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

**8. Issuing Office** (Address correspondence to):
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.  20535

**9. Send Invoice to:** (Name, Address and Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

| 10. Business Classification | 11. F.O.B. Point | 12. Discount Terms |
|---|---|---|
| | DESTINATION | NET 30 DAYS |

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|

WASHINGTON, DC 20535
IF THIS INFORMATION IS NOT AVAILABLE TO THE GOVERNMENT,
THE INVOICE WILL BE CONSIDERED AN IMPROPER INVOICE AND
SHALL BE RETURNED.
************************************************************
A PROPER INVOICE SUBMITTED FOR PAYMENT TO THE FBI MUST
CONTAIN THE FOLLOWING: THE NAME OF THE VENDOR; AN
INVOICE NUMBER; THE CONTRACT OR PURCHASE ORDER NUMBER;
THE INVOICE DATE; DESCRIPTION (I.E. NAME OR ITEM LINE
NUMBER), PRICE AND QUANTITY OF GOODS OR SERVICES
RENDERED; SHIPPING AND/OR PAYMENT TERMS; TAXPAYER ID#;
BANKING / ROUTING NUMBER TO ALLOW EFT PAYMENT; CONTACT
NAME, TITLE AND TELEPHONE NUMBER AND ANY OTHER
SUBSTANTIATING DOCUMENTATION AS REQUIRED BY THE
CONTRACT.

b3
b4
b6
b7C
b7E

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

CONTRACTOR NUMBER

**15. Grand Total** ➡

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

Commercial Payments Unit - (202) 324-5614

16.

17.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/rs

12-201 (Rev. 9-6-2006)

# FBI

**U.S. Department of Justice**
Federal Bureau of Investigation



## Purchase Order for Supplies or Services

| 1. Date of Order | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. |
|---|---|---|---|---|
| 09/14/2010 | | | | 1 |

**6. To Contractor** (Name, Address and Zip Code):

**7. Ship to** (Consignee and address, Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

**8. Issuing Office** (Address correspondence to):
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.  20535

**9. Send Invoice to:** (Name, Address and Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

b3
b4
b6
b7C
b7E

| 10. Business Classification | 11. F.O.B. Point | 12. Discount Terms |
|---|---|---|
| | DESTINATION | NET 30 DAYS |

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| 0001 | CONTRACT #        DUE DATE:09/14/2011 | | | | |

INCREMENTAL FUNDING FOR                TECHNICAL
GUIDANCE TO COME FROM            TECHNICAL LEAD.
SERVICES TO BE PERFORMED IN ACCORDANCE WITH THE SOW.
POP: 9/14/10-9/14/11. TERMS AND CONDITIONS ARE THOSE IN
EFFECT UNDER THE CONTRACT. CONTRACTOR EXCEEDS FUNDING
AT OWN RISK. SEND INVOICES TO            COTR.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ALL PAYMENTS BY THE GOVERNMENT UNDER THIS ORDER SHALL
BE MADE BY ELECTRONIC FUNDS TRANSFER (EFT).   THE VENDOR
SHALL PROVIDE THIS INFORMATION ON EACH INVOICE OR
SUBMIT SF-3881 FORM TO:   FBI, COMMERCIAL PAYMENTS UNIT
                 RM. 1967, J. EDGAR HOOVER BLDG
                 935 PENNSYLVANIA AVENUE, NW

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**15. Grand Total** ➤ XXXXXXXXXX

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

**Point of Contact - Invoice Payment Status:**
Commercial Payments Unit - (202) 324-5614

**16. United States of America**
**By** (Signature)

**17. Name** (Typed)   XXXXXXXXXXX

Title: Contracting Officer

**C - PROCUREMENT**

CELLSITE-1206

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/rs

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|
| | 1 | | 2 |

| 2. AMENDMENT/MODIFICAITON NO. Mod 1 | 3. EFFECTIVE DATE 09/14/10 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|

Federal Bureau of Investigation
            Room 6853
935 Pennsylvania Ave. NW
Washington, DC 20535

7. ADMINISTERED BY: Same as Item 6.

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICIATION NO. |
|---|---|---|---|

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

| | X | 10B. DATED (SEE ITEM 11) 09/14/10 |
|---|---|---|

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. | OTHER (Specify type of modification and authority) FAR 32.7 Funding |

b3
b6
b7C
b7E

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ___1___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Please see attached document for details.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) Contracts Manager | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 16C. DATE SIGNED |

| NSN 7540-01-152-8070 Previous edition unusable | STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|

## SF-30 AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

### SF-30 PAGE 2 OF 2

Purchase Order Number [ ]
Modification # 1
[ ] Task Order under [ ]

Documentation Incorporated:
The purpose of this modification is to provide incremental funding in the amount of [ ] for services under the [ ] Task Order. Period of Performance: 9/14/10-9/14/11. All technical guidance to come from [ ] technical lead [ ] Services to be performed in accordance with the sow and documents below.

The following documents are hereby incorporated into the SOW for this Task Order under [ ] [ ]

- FBI [ ] Task Order Letters, Statement of Work, and accompanying documents dated 7/13/10;
- [ ] Cost and Technical Proposals dated 8/9/10;
- FBI [ ] technical questions and requests for clarifications submitted 8/26/10;
- [ ] Revisions dated 9/9/10; [ ] Contractor Bid or Proposal Information (Revised Costing), [ ] Price Summary Table and accompanying Technical Proposal Revisions, and Responses to Government [ ] Questions;
- FBI Revised Responses to Conditions and Assumptions (C&As)
  o The FBI concurs with the following C&As: 1, 5, 12, 17, 29, 30, and 34;
  o C&As 18, 27, and 28 responses stand per [ ] 9/9/10 revisions.
  o Responses for all other C&As shall be those provided in the FBI's Responses to C&As for the [ ] tasking e-mailed 9/14/10;

b3
b6
b7C
b7E

Award Summary:
The FBI the hereby awards this Task Order on the following estimates provided in [ ] [ ] Summary Price Table" dated 9/9/10 under the previously agreed up on Cost-Plus Fixed Fee pricing:

- [ ] Development: [ ]

The Total estimated cost of this Task Order is [ ] The FBI provides incremental funding through [ ] in the amount of [ ]

General:
Terms and conditions are those in effect under the contract. Contractor exceeds funding at own risk. Invoices to be sent to [ ] COTR.

SECRET

CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, d)
DECLASSIFY ON: 10-31-2037

**From:**
**Sent:** Thursday, August 26, 2010 3:07 PM
**To:**
**Subject:** FW: [ ] Clarifications

SECRET//NOFORN
RECORD 268-HQ-1068430

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**From:**
**Sent:** Thursday, August 26, 2010 9:13 AM
**To:**
**Subject:** RE: [ ] Clarifications

SECRET//NOFORN
RECORD 268-HQ-1068430

I used the [ ] for generating the questions, and it is very similar or identical to the [ ] So when I refer to deficiencies in the [ ] I mean both.

Please forward clarification to [ ]

b3
b6
b7C
b7E

**From:**
**Sent:** Thursday, August 26, 2010 8:48 AM
**To:**
**Cc:**
**Subject:** RE: [ ] Clarifications

SECRET//NOFORN
RECORD 268-HQ-1068430

Good Morning Guys,

I'm compiling all our questions/clarification requests to send over to [ ] can you clarify the red text below? It will not be evident in a [ ] Please confirm that I'm interpreting correctly:

Thanks

**From:**
**Sent:** Thursday, August 26, 2010 8:20 AM
**To:**
**Subject:** FW: [ ] Clarifications

SECRET//NOFORN
RECORD 268-HQ-1068430

SECRET

CELLSITE-1209

I didn't have time to review most of these, but I know there are some that are confusing. We'll just have to deal with it when we get there. And again some are contractual and covered in all of the responses and some are actual technical.

**From:**
**Sent:**     Monday, August 23, 2010 1:50 PM
**To:**
**Cc:**
**Subject:**             Clarifications

~~SECRET//NOFORN~~
**RECORD 268-HQ-1068430**

Reference Documents
(U)  (S//NF)  Doc A.
     (S//NF)  Doc B.
     (S//NF)  Doc C.

(U)  _Clarifications:  (S//NF)  All statements below are valid for Doc B and Doc C, as the FBI seeks the same capabilities for the_

(S)

b1
b3
b6
b7C
b7E

**FD-448**
Revised
10-27-2004

# FEDERAL BUREAU OF INVESTIGATION
## FACSIMILE COVER SHEET

### PRECEDENCE

○ Immediate          ☒ Priority          ○ Routine

### CLASSIFICATION

○ Top Secret      ☒ Secret      ○ Confidential      ○ Sensitive      ○ Unclassified

### TO

Name of Office:

Facsimile Number:

Date: **08/26/2010**

Room:

Telephone Number:

### FROM

Name of Office:
**FBI – Science and Technology Contracts Unit**

Number of Pages: (including cover)
**9**

Originator's Name:

Originator's Telephone Number:

Originator's Facsimile Number:
nclass)

Approved: **COTR**

### DETAILS

Subject:
**Technical Questions for:**

b3
b6
b7C
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/rs

Special Handling Instructions:
**Please confirm receipt of documentation: in Security and in**

Please sign this unclassified fax cover
+ fax back to # above.

Brief Description of Communication Faxed:
**Thank you for your assistance and have a good day.**

### WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

FD-448 (Revised 10-27-2004)          Page 1 of 1          FEDERAL BUREAU OF INVESTIGATION

CELLSITE-1212

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/rs

NO. 598    P. 1

JUL. 13. 2010    4:28PM

**FD-448**
Revised
10-27-2004

FEDERAL BUREAU OF INVESTIGATION
## FACSIMILE COVER SHEET

### PRECEDENCE

○ Immediate          ○ Priority          ○ Routine

### CLASSIFICATION

○ Top Secret     ⦿ Secret     ○ Confidential     ○ Sensitive     ○ Unclassified

### TO

| Name of Office: | | Facsimile Number: | Date: 07/13/2010 |
|---|---|---|---|
| Attn: | | Room: | Telephone Number: |

### FROM

| Name of Office: **FBI - Quantico Contracts Unit** | | Number of Pages: (including cover) **30** |
|---|---|---|
| Originator's Name: | Originator's Telephone Number: | Originator's Facsimile Number: |

Approved:

### DETAILS

Subject:
**Task Order Letters for**
**documents by signing the cover page and confirming page numbers. ***ALL DOCUMENTATION TO GO**
**TO**

Special Handling Instructions:
**Unclass Fax:**

b3
b6
b7C
b7E

Brief Description of Communication Faxed:
**Thank you and have a good day.**

### WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

CELLSITE-1228

JUL. 13. 2010  4:28PM                                                                NO. 598    P. 1

FD-448
Revised
10-27-2004

FEDERAL BUREAU OF INVESTIGATION
**FACSIMILE COVER SHEET**

**PRECEDENCE**

○ Immediate          ○ Priority          ○ Routine

**CLASSIFICATION**

○ Top Secret      ○ Secret      ○ Confidential      ○ Sensitive      ○ Unclassified

**TO**

| Name of Office: | | Facsimile Number: | Date: 07/13/2010 |
|---|---|---|---|
| Attn: | | Room: | Telephone Number: |

**FROM**

| Name of Office: **FBI - Quantico Contracts Unit** | Number of Pages: (including cover) **30** |
|---|---|
| Originator's Name: | Originator's Telephone Number: | Originator's Facsimile Number: |

Approved:

**DETAILS**

Subject:
**Task Order Letters for** _____
**documents by signing the cover page and confirming page numbers. ***ALL DOCUMENTATION TO GO** Please confirm receipt of the

Special Handling Instructions:
**Unclass Fax:**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/rs

b3
b6
b7C
b7E

Brief Description of Communication Faxed:
**Thank you and have a good day.**

**WARNING**
Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

CELLSITE-1229

FD-448 (Revised 10-27-2004)                    Page 1 of 1                    FEDERAL BUREAU OF INVESTIGATION

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/rs



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

13 July 2010

Subject: _____

Dear _____

     Please find enclosed a copy of the Statements of Work (SOW) for _____ developed by the Federal Bureau of Investigation (FBI).

     The FBI is interested in obtaining a proposal for this task to be performed in accordance with the subject Contract. Contractor shall provide technical and cost proposals to support tasking as set forth in the Statement of Work.

     If there are any question regarding this SOW please submit them to my office within the next five (5) business days.

     It is therefore requested that your company review the enclosed SOW and if the proposed contract vehicle is appropriate_____ be submitted in accordance with the terms and conditions of the FBI's Contract prior to but no later than August 3, 2010 1:00 PM EST. Unclassified proposals maybe email to _____

     Should you have any questions concerning this matter, please contact me at_____ response may be faxed to _____ secure fax

b3
b5
b7C
b7E

Sincerely,

Contracting Officer

Attached: Statement of Work for _____

DATE: 11-01-2012
CLASSIFIED BY 6S179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 11-01-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET//NOFORN//20350401~~

# *STATEMENT OF WORK*

### _____ **Program**

### _____ **Task Order 1**

**Derived From: NSISCG-20090615**
**Declassify On: 20350325**

## 1  (U)  SCOPE

### 1.1  *(U)  Task Overview*

(U//FOUO)  Vendor shall study and determine _____

_____ Vendor shall focus on _____

_____ Vendor shall and provide for _____

b3
b6
b7C
b7E

(U//FOUO)  Vendor shall also study and determine _____

(U//FOUO)  Vendor shall ensure that all _____

### 1.2  (U//FOUO)  Deliverables

- (U//FOUO)  Weekly Status Report (See Section 3.3)
- (U//FOUO)  Monthly Program Review (See Section 3.3)
- (U//FOUO)  System Testing Plan (See Section 3.2)
- (U//FOUO) _____
- (U//FOUO)  System Demonstration at contractor facility

SECRET//NOFORN//20350401

- (U//FOUO)  Pictorial system connection diagram (See Section 3.2)
- (U//FOUO)  Final Technical Summary Report (See Section 3.2)

## 1.3  *(U//FOUO)  Driving System Requirements*

(U//FOUO)  The study shall be based on

b1
b3
b6
b7C
b7E

## 1.3.1 (U//FOUO)  Key Technology Areas

a)  **(U//FOUO)**

b)  **(U//FOUO)**

c)  **(U//FOUO)**

## 2  (U/FOUO)  Concept of Operations

## 2.1  *(S//NF)  Assumptions in Concept of Operations*

(S)

CELLSITE-1246

SECRET//NOFORN//20350401

(S)

b1
b3

## 2.1.1 Technical Concept of Operations

(S)

### (U) 2.1.2 (S//NF)  Generalized Sequence of Events

(S)



CELLSITE-1247

SECRET//NOFORN//20350401



(S)

b1
b3
b7E

## 3   (U//FOUO)  Requirements

## 3.1  (U//FOUO)  Security Standards and Regulations

(U//FOUO)  Refer to _____ Statement of Work section 2.3 for guidance.

(U//FOUO)  SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

CELLSITE-1248

SECRET//NOFORN/20350401

## 3.2  (U//FOUO)  Contractor Furnished Documentation

(U//FOUO)  Refer to _____ Statement of Work section 2.6 for list.

## 3.3  (U//FOUO)  Status Reporting

(U//FOUO)  Refer to _____ Statement of Work Section 3.3 for guidance

b3
b7E

## 3.4  (U//FOUO)  Formal Meetings

(U//FOUO)  Refer to _____ Statement of Work Section 3.4 for guidance .

## 3.5  (U//FOUO)  Government Furnished Equipment

(U//FOUO)  Government shall not supply any systems for fulfillment of this task.

CELLSITE-1249

UNCLASSIFIED//FOUO

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-13-2012 BY 65179 DMH/STP

# STATEMENT OF WORK

## Program

## Task Order 1

## 1   (U//FOUO)  SCOPE

### 1.1  *(U//FOUO)  Task Overview*

(U//FOUO)  Vendor shall study and determine

Vendor shall focus on

Vendor shall and provide for

b3
b7E

(U//FOUO)  Vendor shall also study and determine

(U//FOUO)  Vendor shall ensure that all

### 1.2 (U/FOUO)  Deliverables

- (U//FOUO)  Weekly Status Report (See Section 3.3)
- (U//FOUO)  Monthly Program Review (See Section 3.3)
- (U//FOUO)  System Testing Plan (See Section 3.2)
- (U//FOUO)
- (U//FOUO)  System Demonstration at contractor facility
- (U//FOUO)  Pictorial system connection diagram (See Section 3.2)
- (U//FOUO)  Final Technical Summary Report (See Section 3.2)

CELLSITE-1250

UNCLASSIFIED//FOUO

## 1.3  *(U//FOUO)  Driving System Requirements*

(U//FOUO)  The study shall be based

### 1.3.1 (U//FOUO)  Key Technology Areas

a)  **(U//FOUO)**

b)  **(U//FOUO)**

c)  **(U//FOUO)**

b3
b7E

## 2   (U//FOUO)  Concept of Operations

(U//FOUO)  Refer to CLASSIFIED Concept of Operations Document

## 3   (U//FOUO)  Requirements

## 3.1  (U//FOUO)  Security Standards and Regulations

(U//FOUO)  Refer to                          Statement of Work section 2.3 for guidance.

(U//FOUO)  SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

UNCLASSIFIED//FOUO

CELLSITE-1251

UNCLASSIFIED//FOUO

## 3.2 (U//FOUO)  Contractor Furnished Documentation

(U//FOUO)  Refer to [                    ] Statement of Work section 2.6 for list.

## 3.3 (U//FOUO)  Status Reporting

(U//FOUO)  Refer to [                    ] Statement of Work Section 3.3 for guidance

b3
b7E

## 3.4 (U//FOUO)  Formal Meetings

(U//FOUO)  Refer to [                    ] Statement of Work Section 3.4 for guidance

## 3.5 (U//FOUO)  Government Furnished Equipment

(U//FOUO)  Government shall not supply any systems for fulfillment of this task.

CELLSITE-1252

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c, g)
DECLASSIFY ON: 11-01-2037

239

(Rev. 05-01-2008)

SECRET//NOFORN/20350401

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 03/31/2010

**To:** Finance                          **Attn:**

**From:** Operational Technology Division

　　　　**Contact:**

**Approved By:**

**Drafted By:**

(U) **Case ID #:** (S//NF)  268-HQ-1068430-718

(U) **Title:** (S//NF) WIRELESS INTERCEPT AND TRACKING TEAM

(U) **Synopsis:** (S//NF) To request finance division initiate a
contract modification action for the

b1
b3
b6
b7C
b7E

**Derived From:** FBI NSISCG-20090615
**Declassify On:** 20350401

(U) **Enclosure(s):** (S//NF) Statement of Work and FD369

(U)

MT#27178                    SECRET//NOFORN/20350401



CELLSITE-1253

SECRET//NOFORM//20350325

To:   Finance   From:  Operational Technology Division
(U)  Re:   (S//NF)  268-HQ-1068430, 03/31/2010

(S)

b1
b3
b6
b7C
b7E

(U) The Contracting Officer Technical Representative (COTR)
for this procurement is Electronics Engineer (EE)
and can be contacted at the Engineering Research
Facility, located in Quantico, Virginia, for any questions.

(U) Contracting Officers are responsible for ensuring that

SECRET//20350401

CELLSITE-1254

~~SECRET//NOFORN/20350325~~

To:  Finance   From:  Operational Technology Division
(U)  Re:  ~~(S//NF)~~  268-HQ-1068430, 03/31/2010

LEAD(s):

Set Lead 1:  (Info)

    <u>FINANCE</u>

      <u>AT WASHINGTON, DC</u>

      FOR INFORMATION ONLY

CC:  [                    ]  (Enc)                    b6
♦♦                                                   b7C

~~SECRET//20350401~~

3

CELLSITE-1255

FD-369 (Rev. 2-21-89)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/rs

**FEDERAL BUREAU OF INVESTIGATION**

**REQUISITION FOR SUPPLIES AND/OR EQUIPMENT**

Page 1 of 1

Req. #

February 19, 2010
Date

Ordering Office/Cost Code          Approved By

Supply Technician:                                          Contract Specialist:
Program Manager:                                              Date Received:
Funding Approved:                                           PPMS Approval:
Requester:                                                      Purchase Order #
COTR:

**FY 2010**

ENTERED

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL |
|--------|----------------------|--------|------------------|---------------|------|-----------------|-----|-----------|-------|
| 1 |  |  |  | EACH |  |  |  |  |  |

Requisition Description:

Suggested Vendor:

b3
b4
b6
b7C
b7E

**SPECIAL INSTRUCTIONS:**
Ship to Code:
Delivery Instructions:   M-F, 8am - 4pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

**JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:**
SEE ATTACHED EC

RECEIVED
APR 29 2010
BY:

CELLSITE-1256

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 142
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b3; b4; b6; b7C; b7E;
Page 5 ~ b3; b4; b6; b7C; b7E;
Page 6 ~ b3; b4; b7E;
Page 7 ~ b3; b4; b5; b6; b7C; b7E;
Page 8 ~ b3; b5; b7E;
Page 9 ~ Duplicate;
Page 10 ~ b3; b6; b7C; b7E;
Page 11 ~ b3; b6; b7C; b7E;
Page 13 ~ b3; b5; b7E;
Page 14 ~ b3; b5; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b5; b6; b7C; b7E;
Page 17 ~ b5; b6; b7C;
Page 18 ~ b5; b6; b7C;
Page 19 ~ b3; b6; b7C; b7E;
Page 20 ~ b3; b6; b7C; b7E;
Page 21 ~ b3; b5; b6; b7C; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 29 ~ b3; b4; b7E;
Page 30 ~ b3; b4; b7E;
Page 31 ~ b3; b4; b7E;
Page 32 ~ b3; b4; b7E;
Page 33 ~ b3; b4; b7E;
Page 34 ~ b3; b4; b7E;
Page 35 ~ b3; b4; b7E;
Page 36 ~ b3; b4; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b7E;
Page 48 ~ b3; b4; b7E;
Page 49 ~ b3; b4; b6; b7C; b7E;
Page 50 ~ b3; b4; b7E;
Page 51 ~ b3; b4; b7E;
Page 52 ~ b3; b4; b7E;
Page 53 ~ b3; b6; b7C; b7E;
Page 54 ~ b3; b4; b7E;
Page 55 ~ b3; b6; b7C; b7E;
Page 56 ~ Duplicate;
Page 57 ~ Duplicate;
Page 58 ~ Duplicate;
Page 59 ~ Duplicate;
```

```
Page 60 ~ Duplicate;
Page 61 ~ Duplicate;
Page 62 ~ Duplicate;
Page 63 ~ Duplicate;
Page 64 ~ Duplicate;
Page 65 ~ Duplicate;
Page 66 ~ Duplicate;
Page 67 ~ Duplicate;
Page 68 ~ Duplicate;
Page 69 ~ Duplicate;
Page 70 ~ Duplicate;
Page 71 ~ Duplicate;
Page 72 ~ Duplicate;
Page 73 ~ Duplicate;
Page 75 ~ b3; b6; b7C; b7E;
Page 76 ~ Duplicate;
Page 77 ~ Duplicate;
Page 78 ~ Duplicate;
Page 79 ~ b3; b5; b6; b7C; b7E;
Page 87 ~ b3; b6; b7C; b7E;
Page 88 ~ b3; b6; b7C; b7E;
Page 90 ~ b3; b5; b6; b7C; b7E;
Page 91 ~ b3; b6; b7C; b7E;
Page 92 ~ b3; b5; b6; b7C; b7E;
Page 98 ~ b3; b4; b7E;
Page 99 ~ b3; b4; b7E;
Page 100 ~ b3; b5; b6; b7C; b7E;
Page 101 ~ b3; b5; b6; b7C; b7E;
Page 102 ~ Duplicate;
Page 103 ~ Duplicate;
Page 104 ~ Duplicate;
Page 106 ~ b3; b5; b6; b7C; b7E;
Page 107 ~ b3; b5; b6; b7C; b7E;
Page 108 ~ b3; b5; b6; b7C; b7E;
Page 110 ~ b3; b4; b6; b7C; b7E;
Page 111 ~ b3; b4; b7E;
Page 112 ~ b3; b4; b6; b7C; b7E;
Page 113 ~ b3; b4; b7E;
Page 121 ~ b3; b5; b6; b7C; b7E;
Page 122 ~ Duplicate;
Page 139 ~ Duplicate;
Page 143 ~ b3; b4; b5; b7E;
Page 145 ~ b3; b4; b7E;
Page 146 ~ b3; b6; b7C; b7E;
Page 147 ~ b3; b4; b7E;
Page 148 ~ b3; b4; b7E;
Page 149 ~ b3; b4; b7E;
Page 150 ~ b3; b4; b7E;
Page 151 ~ b3; b4; b5; b6; b7C; b7E;
Page 152 ~ Duplicate;
Page 153 ~ Duplicate;
Page 154 ~ b3; b4; b7E;
Page 155 ~ Duplicate;
Page 160 ~ b3; b5; b6; b7C; b7E;
```

```
Page 161 ~ b3; b5; b7E;
Page 162 ~ b3; b5; b6; b7C; b7E;
Page 163 ~ b3; b5; b7E;
Page 164 ~ b3; b5; b6; b7C; b7E;
Page 165 ~ b3; b5; b6; b7C; b7E;
Page 180 ~ Duplicate;
Page 188 ~ b3; b5; b6; b7C; b7E;
Page 189 ~ b3; b4; b5; b7E;
Page 192 ~ b3; b5; b6; b7C; b7E;
Page 196 ~ b3; b4; b6; b7C; b7E;
Page 202 ~ Duplicate;
Page 212 ~ b3; b5; b6; b7C; b7E;
Page 213 ~ Duplicate;
Page 214 ~ Duplicate;
Page 215 ~ Duplicate;
Page 216 ~ Duplicate;
Page 217 ~ Duplicate;
Page 218 ~ Duplicate;
Page 219 ~ b3; b4; b6; b7C; b7E;
Page 220 ~ Duplicate;
Page 224 ~ b3; b6; b7C; b7E;
Page 226 ~ b3; b6; b7C; b7E;
Page 227 ~ b3; b4; b5; b6; b7C; b7E;
Page 229 ~ Duplicate;
Page 230 ~ Duplicate;
Page 232 ~ b3; b4; b5; b6; b7C; b7E;
Page 234 ~ b3; b4; b6; b7C; b7E;
Page 235 ~ b3; b6; b7C; b7E;
Page 236 ~ b3; b6; b7C; b7E;
Page 238 ~ b3; b6; b7C; b7E;
Page 239 ~ b3; b6; b7C; b7E;
Page 245 ~ b3; b5; b7E;
Page 246 ~ Duplicate;
Page 247 ~ Duplicate;
Page 248 ~ Duplicate;
Page 251 ~ b3; b5; b6; b7C; b7E;
Page 252 ~ Duplicate;
Page 255 ~ Duplicate;
Page 257 ~ b1; b3; b7E;
Page 259 ~ Duplicate;
```

```
XXXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXXX
```

~~SECRET~~

DATE: 11-19-2012
CLASSIFIED BY 65179 DMH/MJS
REASON: 1.4 (c)
DECLASSIFY ON: 11-19-2037

**From:**
**Sent:** Thursday, August 26, 2010 3:06 PM
**To:**
**Subject:** (S)

~~SECRET~~//NOFORN
RECORD 268-HQ-1068430

b6
b7C
b1
b3
b7E

~~SECRET~~

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

Some information you may want to discuss with Mr.

**From:**
**Sent:** Thursday, August 26, 2010 12:40 PM
**To:**
**Cc:**
**Subject:** (S)

b6
b7C
b1
b3
b7E

~~SECRET~~//NOFORN
RECORD 268-HQ-1068430

~~SECRET~~  ~~SECRET~~

1

CELLSITE-10606

**From:**
**Sent:** Wednesday, August 25, 2010 7:35 AM
**To:**
**Cc:**
**Subject:** Urgent Request for Clarification on
**Importance:** High

SECRET//NOFORN
RECORD 268-HQ-1068430

(S)

b6
b7C
b1
b3
b7E

SECRET

If ▢ can't get the document to me in a timely fashion, please have him give me a call on my cell ▢ so I can atleast have the information before we start negotiating our tasks… but please make every effort to get this in writing.

**DERIVED FROM: Multiple Sources**
**DECLASSIFY ON: 20350825**
**SECRET//NOFORN**

**DERIVED FROM: Multiple Sources**
**DECLASSIFY ON: 20350825**
**SECRET//NOFORN**

**DERIVED FROM: Multiple Sources**
**DECLASSIFY ON: 20350825**
**SECRET//NOFORN**

b6
b7C



SECRET

3

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

**From:**
**Sent:** Wednesday, August 25, 2010 11:09 AM
**To:**
**Subject:**

I confirm, that I want harris to purchase items ☐ for the project but:

This only for items that we did not already provide them, as I believe that we may have already ☐

Also, I would like them to pay for any services needed for the ☐ as well.

These ☐ would not become property of harris at end of contract, and shall be F bumbered.

b6
b7C
b7E
b3

This is my opinion, and think ☐ will make final call on this.

☐

----- Original Message -----
From: ☐
To: ☐
Sent: Wed Aug 25 11:03:49 2010
Subject: RE: ☐

b6
b7C
b3
b7E

Hi ☐

Just to be clear - you do not want to issue them ☐ for any of the 4 items listed in the attachment. Instead you would like Harris to purchase these with funding from the task order once awarded. Please be advised that they will be tacking on ☐ to these purchases, i.e. ☐

Please confirm.

Thanks,

☐

-----Original Message-----
From: ☐
Sent: Tuesday, August 24, 2010 4:52 PM
To: ☐
Subject: FW: ☐

b6
b7C
b3
b7E

From: ☐
Sent: Tuesday, August 24, 2010 4:49 PM
To: ☐
Subject: RE: ☐

☐   please forward to ☐

b6
b7C
b3
b7E

I did not agree to ☐ any of the ☐ to Harris.  They were listed in the technical part of the proposal.  I would rather they buy them, to include the service, and quote that as part of the contract price.

☐

CELLSITE-10657

From:
Sent: Tuesday, August 24, 2010 4:35 PM
To:
Subject: FW:

b6
b7C
b3
b7E

        Please respond to          about this.

From:
Sent: Tuesday, August 24, 2010 4:33 PM
To:
Cc:
Subject:

b6
b7C
b3
b7E

Please review our attached request for                    delivery order.

"This information is only intended for the use of the individual or entity named in this
email. If you are not the intended recipient, you are hereby notified that any disclosure,
copying, distribution, or use of the contents of this information is strictly prohibited.
If you have received this email in error, please notify me and delete it immediately."

CELLSITE-10658

DATE: 05/15/2012
CLASSIFIED BY 65179 DMH/MJS
REASON: 1.4 (c, g)
DECLASSIFY ON: 11-15-2037

**SECRET//NOFORN**

(S)

b1
b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**SECRET//NOFORN**

CELLSITE-10659



(S)

b1
b3
b4
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

**From:**

**Sent:**   Thursday, December 17, 2009 12:00 PM

**To:**

**Subject:** RE: Recap of Discussions and Agreements at December 4th Meeting, etc.

Thanks for following up – just wanted to make sure that this was on your radar screen.

b6
b7C

Happy holidays,

---

**From:**

**Sent:** Thursday, December 17, 2009 8:06 AM

**To:**

**Subject:** Re: Recap of Discussions and Agreements at December 4th Meeting, etc.

Sorry
In NY. We are good-working on letter to you. Happy Holidays!

b6
b7C

---

**From:**

**To:**

**Cc:**

**Sent:** Tue Dec 15 13:45:13 2009

**Subject:** RE: Recap of Discussions and Agreements at December 4th Meeting, etc.

H

Just checking back in with you about this message, and to see if you have any updated information about the status of Harris'                           application...

Thanks.

b6
b7C
b3
b7E

---

**From:**

**Sent:** Wednesday, December 09, 2009 4:36 PM

**To:**

**Cc:**

**Subject:** Recap of Discussions and Agreements at December 4th Meeting, etc.

I wanted to recap what we discussed and agreed to at our meeting on December 4th and follow up with you about the items you asked me to reconfirm with

I told        that you had spoken to                                        about the condition language that you and I developed on at our meeting on November 23rd

– and that they are willing to accept this language as the condition for the                        I have reconfirmed that       is fine with this language, but we think that the condition should                We assume that Harris has no issue with making that

b6
b7C
b3
b7E

CELLSITE-10663

8/26/2010

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

**From:**
**Sent:** Friday, June 18, 2010 4:30 PM
**To:**
**Subject:** NDA Revisions

b6
b7C
(U)

**UNCLASSIFIED**
**NON-RECORD**

Good Afternoon Mr

Thank you for taking the time to meet with me this afternoon to review the NDA          provided to us in response to the original documents we drafted for them in April. Per our meeting, we determined that the revised NDA from                         was insufficient. As a result

Thank you again for your assistance,

b6
b7C
b3
b7E
b5

**UNCLASSIFIED**

CELLSITE-10667

HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

FD-857 (Rev. 9-15-05)

# SENSITIVE INFORMATION
# NONDISCLOSURE AGREEMENT

**An Agreement between**_____
**and the Federal Bureau of Investigation (FBI) regarding the following activities:**

1. Intending to be legally bound, I hereby accept the obligations contained in this Agreement in consideration of my being granted access to sensitive information from FBI investigations as required to perform my duties. As used in this Agreement, sensitive information is marked or unmarked information, including, but not limited to, oral communications, the disclosure of which may compromise, jeopardize or subvert any investigation. Sensitive information also includes information relating to closed investigations, the disclosure of which might compromise, jeopardize or subvert other law enforcement activities or investigations. I understand and accept that by being granted access to this sensitive information, special confidence and trust shall be placed in me by the FBI.

2. I hereby acknowledge that I have received an indoctrination concerning the nature and protection of sensitive information, including the procedures to be followed in ascertaining whether other persons to whom I contemplate disclosing this information have been approved for access to it, and that I understand these procedures.

3. I have been advised that the unauthorized disclosure, unauthorized retention, or negligent handling of sensitive information may cause irreparable damage to FBI investigations and that I will never divulge sensitive information to anyone unless (a) I have officially verified that the recipient has been properly authorized by the FBI to receive it; or (b) I have been given prior written notice of authorization from the FBI that such disclosure is permitted. I understand that if I am uncertain as to the sensitive nature or status of information, I am required to confirm from an authorized official that the information may de disclosed prior to disclosure of this information.

4. I have been advised that any breach of this Agreement may result in the termination of my relationship with the FBI. In addition, I have been advised that any unauthorized disclosure of information by me may constitute a violation or violations of United States criminal laws, including Title 18, United States Code, or may lead to criminal prosecution for obstruction of lawful government functions. I realize that nothing in this Agreement constitutes a waiver by the United States of the right to prosecute me for any statutory violation.

5. I understand that all sensitive information to which I have access or may obtain access by signing this agreement is now and will remain the property of, or in the control of the FBI unless otherwise determined by an authorize official or final ruling in a court of law. I agree that I shall return all sensitive materials which have or may come into my possession, or for which I am responsible because of such access: (a) upon demand by an authorized representative of the United States Government; or (b) upon the conclusion of my relationship with the FBI, whichever occurs first.

6. I understand that these restrictions are consistent with and do not supersede, conflict with, or otherwise alter my obligations, rights, or liabilities created by Executive Order No. 12958; Section 7211 of Title 5, U.S.C. (governing disclosures to Congress); Section 1034 of Title 10, United States Code, as amended by the Military Whistleblower Protection Act (governing disclosure to Congress by members of the military); section 2302(b)(8) of Title 5, United States Code, as amended by the Whistleblower Protection Act (governing disclosures of illegality, waste, fraud, abuse or public health or safety threats); the FBI Whistleblower Protection Act (5 U.S.C. 2303, 28 C.F.R. Part 27) (governing disclosures of illegality, waste, fraud, abuse or public health or safety threats); the Intelligence Identities Protection Act of 1982 (50 U.S.C. 421 et seq.) (governing disclosures that could expose confidential government agents); and the statutes which protect against disclosure that may compromise the national security, including Sections 641, 793, 794, 798, and 952 of Title 18, United States Code, and Section 4(b) of the Subversive Activities Act of 1950 (50 U.S.C. 783(b)). The definitions, requirements, obligations, rights, sanctions, and liabilities created by said Executive Order and listed statutes are incorporated into this agreement and are controlling. I further understand, however, that any such information that is disclosed pursuant to applicable federal law continues to be subject to this agreement for all other purposes, and disclosure to the appropriate entities provided by federal law does not constitute public disclosure or declassification, if applicable, or such information.

7. Unless and until I am released in writing by an authorized representative of the FBI, I understand that all conditions and obligations imposed upon me by this Agreement apply during the time I am granted access to the sensitive information and at all times thereafter.

CELLSITE-10668

8.  Each provision of this Agreement is severable.  If a court should find any provision of this Agreement to be unenforceable, all other provisions of the Agreement shall remain in full force and effect.

9.  I understand that the United Stated Government may seek any remedy available to it to enforce this Agreement including, but not limited to, application for a court order prohibiting disclosure of information in breach of this agreement. I hereby assign to the United Stated Government all royalties, remuneration, and emoluments that have resulted, will result or may result from any disclosure, publication, or revelation of sensitive information not consistent with the terms of this Agreement.

10.  I have read this Agreement carefully and my questions, if any, have been answered:

Signature_____   Date _____

Organization (if contractor, provide name and address):

The briefing and execution of this Agreement was witnessed by _____

                                                              (Type or Print Name)

Signature_____ Date _____

**SECURITY DEBRIEFING ACKNOWLEDGEMENT**

I reaffirm that the provisions of the Federal criminal laws applicable to the safeguarding of sensitive information have been made available to me; that I have returned all sensitive information in my custody; that I will not communicate or transmit sensitive information to any unauthorized person or organization; that I will promptly report to the FBI any attempt by an unauthorized person to solicit sensitive information, and that I have received a debriefing regarding the security of sensitive information.

Signature_____ Date _____

Name of Witness (Type or Print) _____

Signature of Witness_____ Date _____

b3
b6
b7C
b7E

CELLSITE-10669

**From:**
**Sent:** Tuesday, April 13, 2010 11:28 AM
**To:**
**Subject:** NDAs

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b3
b7E

Security has reviewed and approved the NDAs, so they can be sent. I should get an email back from them that we can keep on file.

My trip details have changed

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELLSITE-10680

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

**From:**
**Sent:** Monday, May 03, 2010 10:05 AM
**To:**
**Cc:**

**Attachments:**     doc

b6
b7C
b3
b7E

(24 KB...

   Here is the NDA, based on your pony, for [          ] employees working on [          ] Please
start it around for those who will be working on the contract. We can coordinate a way to
get signed copies on file up here later.

Thanks,

1

CELLSITE-10685

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

**From:**
**Sent:** Wednesday, May 05, 2010 8:42 AM
**To:**
**Subject:** RE:                NDA

b6
b7C
b3
b7E

Thanks           didn't' want to proceed without your authorization to do so.

-----Original Message-----
From:
Sent: Wednesday, May 05, 2010 7:58 AM
To:
Cc:
Subject: RE:              NDA

Good Morning

b6
b7C
b3
b7E

Yes,        and I worked together to finalize this NDA and I concur with
its contents. He will be the primary POC for coordinating signatures
based on his knowledge of the proprietary information of the program.

Please let me know if you have any questions.

Have a good day,

-----Original Message-----
From:
Sent: Tuesday, May 04, 2010 11:04 AM
To:
Cc:
Subject: FW:              NDA
Importance: High

Good morning

We received the attached NDA via the program office. Please advise of
your concurrence with the program office's below request.

Thanks so much,

b6
b7C
b3
b7E

"It is better to travel well than to arrive."
                                        -Buddha

"This information is only intended for the use of the individual or
entity named in this email. If you are not the intended recipient, you
are hereby notified that any disclosure, copying, distribution, or use
of the contents of this information is strictly prohibited. If you have
received this email in error, please notify me and delete it
immediately."

1

CELLSITE-10686

-----Original Message-----
From:
Sent: Monday, May 03, 2010 10:05 AM
To:
Cc:
Subject:

Here is the NDA, based on your pony, for [ ] employees working on
[ ] Please start it around for those who will be working on the
contract. We can coordinate a way to get signed copies on file up here
later.

Thanks,

b6
b7C
b3
b7E

CELLSITE-10687

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

**From:**
**Sent:**          Friday, April 16, 2010 11:40 AM
**To:**
**Subject:**       FW:

**Attachments:**   NDA          .doc;              NDA.doc

b6
b7C
b3
b7E

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

---

**From:**
**Sent:**      Friday, April 16, 2010 11:39 AM
**To:**
**Cc:**
**Subject:**   FW:

b6
b7C
b3
b7E

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

You are welcome            and I reviewed, no problem as far as security is concerned as long as OGC approved.
Thanks!

---

**From:**
**Sent:**      Tuesday, April 13, 2010 11:11 AM
**To:**
**Subject:**

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Here are the soft copies. Thanks again for reviewing.

b6
b7C
b3
b7E

[W] .doc        [W] .doc (30 KB...
(52 KB)

CELLSITE-10688

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

**NON-DISCLOSURE AGREEMENT**
by and between
**the Federal Bureau of Investigation and** [               ]

Effective the _____ day of _____, 2009, [          ] ("Receiving Party"), a corporation of the [                    ] and the Federal Bureau of Investigation ("FBI"), having its headquarters at 935 Pennsylvania Avenue, N.W., Washington, D.C.  20535 (collectively, "the parties"), agree as follows.

WHEREAS, in furtherance of providing valuable information to develop new and/or to enhance existing products and services of the respective parties, certain disclosures may be made by the parties to one another, wherein these certain disclosures may contain information considered to be Aproprietary,@ as defined below in Article II of this Agreement.  Such disclosures are hereinafter referred to as Aproprietary information,@ as defined below in Article II of this Agreement.

**ARTICLE I - SUBJECT MATTER OF THIS AGREEMENT**

[                                                                    ]

Wireless Intercept Tracking Team (WITT) [                          ]

b3
b7E

[                                    ]. The WITT [          ]

[                                                                  ]

**ARTICLE II - DEFINITIONS**

As used herein, the following terms and phrases shall have the meaning set forth below.

"Proprietary" shall mean information that is not available to the public and which the parties desire to protect against disclosure or competitive use, and which may be subject to a trade secret, and shall include, but not be limited to, law enforcement sensitive information.

"Information" shall include, but not be limited to:  specifications, drawings, tracings, sketches, figures, tables, charts and designs; computer software and other computer programming documentation, computer hardware and other equipment;  know-how; models, samples, products and materials; data, including, but not limited to, test data; technologies, ideas and concepts; and non-public, current, future and historical commercial information, including, but not limited to, business plans, reports, marketing strategies and forecasts, product development plans and other product development information and financial plans and other financial information.

"Proprietary Information" shall mean information that is in possession of the parties, is not available to the public and which the parties desire to protect against unrestricted disclosure

CELLSITE-10691

or competitive use, and which, if disclosed, could harm or otherwise impede investigative activities, techniques and methods, or other activities of the parties.

"Personnel" shall include, but not be limited to:  employees, contractors, authorized agents and authorized representatives of the respective parties.

## ARTICLE III - DESIGNATING PROPRIETARY INFORMATION

If the proprietary information is tangible, it shall be clearly designated by the FBI as proprietary by appropriate legend, marking, stamp or other positive identification indicating the proprietary nature.  If the proprietary information is communicated orally or visually to the Receiving Party, then such oral or visual communication shall be deemed proprietary at the time of the communication.  The FBI shall have the right to correct any inadvertent failure to designate information as Proprietary Information by written notification as soon as practical after such inadvertent failure to designate is determined.  The Receiving Party shall thereafter treat such information as Proprietary Information.

## ARTICLE IV - OBLIGATIONS AND LIMITATIONS

No proprietary information disclosed by the FBI pursuant to this Agreement shall be used, duplicated or disclosed for purposes other than as set forth in Article I of this Agreement without the prior written approval of the FBI.  If the proprietary information is reproduced in whole or in part, then the reproduction shall carry a proprietary designation identical to or, at least, similar to, that which appears on the original.

After receipt of proprietary information from the FBI, the Receiving Party shall disclose such information only on a need-to-know basis to personnel of the Receiving Party.  Receiving Party personnel who have or had access to the FBI=s proprietary information shall be informed of and obligated to protect the proprietary information from unauthorized use, duplication or disclosure.  The Receiving Party shall promptly notify the FBI of any unauthorized use, disclosure or duplication of the FBI=s proprietary information and shall endeavor to prevent further unauthorized use, duplication or disclosure thereof.

The Receiving Party shall protect proprietary information disclosed by the FBI with, at least, the same degree of care as if it were the Receiving Party=s own proprietary information, but in no case with less than a reasonable degree of care.

The Receiving Party agrees not to reverse engineer any proprietary information disclosed by the FBI pursuant to this Agreement.

## ARTICLE V - NO ENDORSEMENT, LICENSE, ASSIGNMENT OR THIRD PARTY RIGHTS

The use of any materials, technologies, equipment, products and processes by the _____ shall not constitute an endorsement of any such materials, technologies, equipment, products or processes.  Such use shall not be construed as an

b7E

2

endorsement, nor imply, orally or in writing, that the [                    ] endorses
any such materials, technologies, equipment, products or processes.                    b7E

No license, exclusive or non-exclusive, under any foreign or domestic patent or foreign or
domestic patent application, provisional or non-provisional, shall be granted to the Receiving
Party, either directly or indirectly by this Agreement;  nor shall rights of ownership in any
proprietary information be granted to the Receiving Party by this Agreement;  nor shall the
Receiving Party file, cause to be filed or assist in preparing or filing, any provisional or non-
provisional, domestic or foreign, patent application that relates in any way to the FBI=s
proprietary information without the express written consent of the FBI.  All Proprietary
Information shall remain the property of the FBI.  If the parties decide to enter into any licensing
arrangement regarding the Proprietary Information or present or future patent claims disclosed
hereunder, it shall only be done on the basis of a separate written agreement between them.

This Agreement shall not be assigned by either party without the other party=s prior
written consent, which consent shall not be unreasonably withheld.  This Agreement shall inure
to the benefit of and be binding upon the parties= successors and said consented to assigns.

This Agreement is not intended, and should not be construed, to create any right or
benefit, substantive or procedural, enforceable at law or otherwise, by any third party against the
United States or the parties or personnel thereof.

ARTICLE VI - TERM AND TERMINATION OF THE AGREEMENT AND THE RETURN
OF PROPRIETARY INFORMATION

This Agreement shall remain in force for a period of five (5) years from the effective date
set forth on page one (1) of this Agreement, unless earlier terminated as provided for herein, or
unless amended and extended by mutual written agreement of the parties.  Either party, upon
thirty (30) days advance written notice, may terminate this Agreement.  Termination shall not,
however, affect the provisions, limitations and obligations contained herein of both parties with
respect to proprietary information supplied under the terms of this Agreement prior to
termination.  These provisions, limitations and obligations shall survive the expiration of the
term of this Agreement.

The Receiving Party shall, upon written request of the FBI or upon termination of this
Agreement, whichever is sooner, cease use of all proprietary information received from the FBI
and shall destroy all such information, including copies thereof, and shall furnish to the FBI
written certification of such destruction; or, alternatively, at the FBI=s request, the Receiving
Party shall return to the FBI all the FBI's proprietary information disclosed under this Agreement
in substantially the same condition as it was received, to the extent possible.  All notes, abstracts,
memoranda, or other documents prepared by the Receiving Party which contain Proprietary
Information or any discussion thereof, shall be destroyed or returned to the FBI upon written
request.

The failure of either party to enforce at any time any provision of this Agreement, or the
failure to require at any time performance by the other party of any provision of this Agreement,

3

CELLSITE-10693

shall in no way be construed to be a present or future waiver of such provision, nor in any way affect the right of either party to enforce any such provision thereafter.

Notwithstanding anything else in this Agreement, no default, delay or failure to perform on the part of either party shall be considered a breach of this Agreement if such default, delay or failure to perform is shown to be due to causes beyond the reasonable control of the party charged with default, delay or failure to perform.  Causes beyond the parties' reasonable control shall include, but not be limited to:  strikes, lockouts or other labor disputes, riots, civil disturbances, actions or inactions of governmental authorities or suppliers, epidemics, war, embargoes, severe weather, fire, earthquakes, acts of God or the public enemy or nuclear disasters or default of a common carrier.

## ARTICLE VII - LIABILITIES

Neither party shall be liable for the use, disclosure or duplication of proprietary information under any of the following conditions:

1. the information is in the possession of or known to the Receiving Party prior to receipt thereof from the FBI;
2. the information is independently developed by the Receiving Party without use of the FBI=s proprietary information, as evidenced by the Receiving Party's records;
3. the information is or becomes public knowledge or publicly available through no fault of the Receiving Party;
4. the information is or becomes rightfully available to the Receiving Party from a source other than the FBI; and
5. disclosure of the information is required by a government or court requirement or order, in which case the Receiving Party shall provide the FBI prompt advance notice sufficient to enable the FBI time to object to such disclosure.

The relationship between the parties shall be solely that of independent contractors, wherein each party is responsible for its own personnel.  Nothing in this Agreement shall be deemed to constitute, create, give effect to or otherwise recognize a teaming, joint venture, agency, partnership or other type of arrangement between the parties.  Rather, the parties agree that this Agreement is for the purpose of protecting and preserving the status of the FBI's proprietary information, as well as to ensure that misunderstandings as to the subsequent use, disclosure or duplication of such proprietary information do not occur.

Neither party assumes responsibility for the other party=s costs, expenses, risks and liabilities associated with the research, development and exchange and authorized use, duplication and disclosure of the other party=s proprietary information.

The Receiving Party acknowledges that monetary damages may not be a sufficient remedy for unauthorized disclosure of the FBI=s proprietary information and that the FBI shall be entitled, without waiving any other rights or remedies, to seek injunctive or other equitable relief as may be deemed proper by a court of competent jurisdiction.

CELLSITE-10694

## ARTICLE VIII - INTEGRATION AND ALTERATION

This Agreement supersedes all prior or contemporaneous oral or written representations, understandings and communications by or between the parties pertaining to the subject matter set forth in Article I of this Agreement. This Agreement applies in lieu of and notwithstanding any previous or contemporaneous agreement or other contract or arrangement pertaining to the subject matter set forth in Article I of this Agreement.

Any provision of this Agreement may be modified or otherwise altered only by a writing signed by both parties.

## ARTICLE IX - SEVERABILITY

The parties agree that if any Article or provision of this Agreement shall be found illegal or in conflict with any valid controlling law, then the validity of the remaining Articles and provisions shall not be affected.

## ARTICLE X - COMPLIANCE WITH LAWS

The Receiving Party shall adhere to the U.S. Export Administration laws and regulations and shall not export any proprietary information, or other materials, technologies, equipment, products or processes received from the FBI to any proscribed country listed in the U.S. Export Administration regulations, unless properly authorized by the FBI.

Disagreements between the parties arising under or relating to this Agreement shall be resolved by consultation between the parties. Any dispute, claim or controversy arising out of or relating to this Agreement, or the breach or validity hereof, shall be adjudicated, if necessary, by the U.S. District Court for the District of Columbia.

With respect to liability and indemnification, the exclusive remedy for the negligent or wrongful act by or omission of U.S. Government personnel, acting within the scope of their employment, shall be an action against the United States under the Federal Tort Claims Act, 28 U.S.C. '' 1346(b) and 2671-2680.

The individual executing this Agreement does so in his/her official capacity and as part of his/her official duties as an employee of the FBI and the U.S. Department of Justice. As such, this Agreement shall be governed and controlled by applicable Federal Law without regard to conflict of laws principles.

## ARTICLE XI - HEADINGS

The headings used in this Agreement are for reference purposes only and shall not be deemed to be a part of this Agreement.

CELLSITE-10695

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed by their duly authorized representatives.

_____                    Federal Bureau of Investigation

By: _____                    By: _____

Printed Name: _____                    Printed Name: _____

Title: _____                    Title: _____

Date: _____                    Date: _____

CELLSITE-10696

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-19-2012 BY 65179 DMH/MJS

▬▬▬▬ Special Provision on Commercialization of Technology Developed Under Contract (Contractor Retains Patent Rights)

(a)  The parties to this contract agree that, although the technology being developed under this contract is unclassified, it is nonetheless sensitive in nature, and the uncontrolled dissemination of the technology outside of the Sponsor could potentially be detrimental to national security. Accordingly, the parties agree to the following special provisions to control the dissemination of the technology developed under this contract.

(b)  For the purpose of this clause, the following terms shall have the following definitions:

"Data" shall have the same meaning as the term in clause 52.227-14 and shall specifically include technical data and computer software as defined in clause 52.227-14.

"Subject invention" shall have the same meaning as the term defined in clause 52.227-11.

"Commercialize" means to use any data first produced in the performance of this contract, any subject invention, or any hardware manufactured and deliverable under this contract that incorporates or was built using data first produced under this contract, for any commercial purpose other than doing business with the Sponsor.

"Technology" means intellectual property of a scientific or technical nature that comes into existence as a direct result of performance of this contract regardless of the physical properties of the technology or the stage of its development.

(c)  The parties agree that:

(1) Notwithstanding any other provisions in the contract, including but not limited to clause 52.227-14 Rights in Data General, the contractor shall not take any action to commercialize the technology developed under this contract without the express, written approval of the Contracting Officer, and such approval shall not be unreasonably withheld. Should the Contracting Officer decline to grant such approval due to national security considerations, the contractor agrees that this determination shall not constitute a basis for an equitable adjustment to the contract.

(2) The contract price includes consideration for the increased rights retained by the Sponsor.

(d)  The contractor shall take all necessary steps to effectuate the intent of this agreement, to include ensuring that contractor employees with access to data first produced under this contract and/or information pertaining to subject inventions execute binding non-disclosure agreements to protect the information both during their employment with the contractor as well as post-employment.

CELLSITE-10698

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

**From:**
**Sent:** Monday, March 21, 2011 12:08 PM
**To:**
**Subject:** RE: Transfer Request

Yes, we need to have the equipment transfered.

**From:**
**Sent:** Monday, March 21, 2011 11:56 AM
**To:**
**Subject:** RE: Transfer Request

b6
b7C
b3
b7E

Please confirm: Based on your review of the items listed in the attachment, you agree that this should be transferred over to _____ as described in the e-mail. Once I have a confirmation, I'll sign the letter and get it back to _____ and incorporate into the contract.

Thanks,

**From:**
**Sent:** Thursday, March 10, 2011 5:59 PM
**To:**
**Subject:** Re: Transfer Request

Items that are originally _____ ontract should be moved to the _____ contact.

The _____ equipment was originally _____ as well, although them moved. This should be moved to _____ as well.

b6
b7C
b3
b7E

**From:**
**To:**
**Cc:**
**Sent:** Thu Mar 10 15:40:07 2011
**Subject:** Fw: Transfer Request _____ We were involved in the _____ contract, but it was run by _____ people. We have discussed this with _____ before, so do not let them forget it. THEY need to make a request to the _____ people to start the process.

_____ I'm almost sure that you as the cotr of the last contract, already gave them approval to move the none _____ equipment. Could you please send a new email to _____ saying its ok.

**From:**
**To:**
**Cc:**

CELLSITE-10717

Sent: Thu Mar 10 13:28:24 2011
Subject: FW:     Transfer Request

Hi

Please let me know what the status is on this request.

Thank you,

This information is only intended for the use of the individual or entity named in this
email. If you are not the intended recipient, you are hereby notified that any disclosure,
copying, distribution, or use of the contents of this information is strictly prohibited.
If you have received this email in error, please notify me and delete it immediately.

From:
Sent: Tuesday, January 25, 2011 8:48 AM
To:
Cc:
Subject:     Transfer Request

b6
b7C
b3
b7E

Please see the attached request to transfer [ ] and call me if you have questions.

This information is only intended for the use of the individual or entity named in this
email. If you are not the intended recipient, you are hereby notified that any disclosure,
copying, distribution, or use of the contents of this information is strictly prohibited.
If you have received this email in error, please notify me and delete it immediately.

2

CELLSITE-10718

FedBid is designed to meet the needs of procurement professionals.  We value your feedback.  Please contact your Direct Support Team or contact Buyer Support with questions or suggestions at BuyerSupport@FedBid.com, or call 1-877-9FEDBID or 703-385-9777 during our business hours, 8:30 am to 6 pm ET, Monday through Friday.

Thank you for using the FedBid Marketplace!  Please visit us again.

PLEASE DO NOT REPLY TO THIS EMAIL.

Copyright □ 2011 FedBid, Inc. All rights reserved.

CELLSITE-10719

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-07-2012 BY 65179 DMH/MJS

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | PAGE OF PAGES 1 1 |

| 2. AMENDMENT/MODIFICATION NO. Mod 10 | 3. EFFECTIVE DATE Jul 6, 2011 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

**6. ISSUED BY** CODE

Federal Bureau of Investigation
Room 6853
935 Pennsylvania Ave. NW
Washington, DC 20535

**7. ADMINISTERED BY (If other than Item 6)** CODE

Same as Item 6.

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)

| (X) | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | 10B. DATED (SEE ITEM 13) Sep 15, 2009 |

CODE     FACILITY CODE

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) by separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)

b6
b7C
b3
b4
b7E

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) FAR 43.103(a) "Bilateral" |

**E. IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return ____1____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (** Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is (1) to incorporate _____ Letter _____ dated 6/13/11 and the updated price list e-mailed 6/13/11 at 2:58PM into the contract in accordance with its SOW, terms, and conditions; (2) the duties and authorities of the Contracting Officer are hereby transferred from _____ All other terms and conditions remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | |

| 15C. DATE SIGNED 7/9/11 | 16C. DATE SIGNED 7 9 11 |
|---|---|

(REV. 10-83)
53.243

CELLSITE-10720

| TRANSMISSION VERIFICATION REPORT | |
|---|---|

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-07-2012 BY 65179 DMH/MJS

```
TIME   : 07/08/2011 13:37
NAME   : QCU
FAX    :
TEL    :
SER. # : 000F6J321760
```

| | |
|---|---|
| DATE,TIME | 07/08  13:36 |
| FAX NO./NAME | |
| DURATION | 00:00:29 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

b6
b7C
b3
b4
b7E

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|---|
| | | | 1  1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| Mod 10 | Jul 6, 2011 | | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| Federal Bureau of Investigation<br>Room 6853<br>935 Pennsylvania Ave. NW<br>Washington, DC 20535 | | Same as Item 6. | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| | | |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | |
| CODE        FACILITY CODE | | Sep 15, 2009 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| |

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (specify authority)   THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc. ) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| X | D. OTHER (specify type of modification and authority)<br>FAR 43.103 (a) "Bilateral" | |

E. IMPORTANT:   Contractor ☐ is not, ☒ is required to sign this document and return ___1___ copies to the issuing office.

CELLSITE-10721

FEB-15-2011  11:24                                                                 P.02

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 2 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICAITON NO. Mod 8 | 3. EFFECTIVE DATE 02/15/11 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|

6. ISSUED BY

Federal Bureau of Investigation
Room 6853
935 Pennsylvania Ave. NW
Washington DC, 20535

7. ADMINISTERED BY (If other than Item 6)   CODE

Same as Item 6.

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)   (X)

| | |
|---|---|
| (X) | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | 10B. DATED (SEE ITEM 11) 09/15/09 |

CODE          FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers  ☐ is extended,  ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. | OTHER (Specify type of modification and authority) FAR 43.103(a) Bilateral |

E. IMPORTANT:  Contractor ☐ is not,  ☒ is required to sign this document and return _____1_____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

See Page 2 of 2 attached for details concerning addition of: revised price list, IP Assertions Letter, exercising of Option Year 1, and addition of FAR Clause 52.209-9.

b6
b7C
b3
b4
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-07-2012 BY 65179 DMH/MJS

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | 1 | | 1 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|
| Mod 7 | 09/15/10 | | |

**6. ISSUED BY**     CODE     **7. ADMINISTERED BY (If other than Item 6)**     CODE

Federal Bureau of Investigation
, Room 6853
935 Pennsylvania Ave., NW
Washington, DC 20535

Same as Item 6.

**8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)**

| | (X) | 9A. AMENDMENT OF SOLICIATION NO. |
|---|---|---|
| | | |
| | | **9B. DATED (SEE ITEM 11)** |
| | | |
| | X | **10A. MODIFICATION OF CONTRACT/ORDER NO.** |
| | | **10B. DATED (SEE ITEM 11)** |
| | | 09/15/09 |

CODE     FACILITY CODE

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers   ☐ is extended,   ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a)By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;

or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

CHECK ONE

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

☒ D. OTHER (Specify type of modification and authority)
FAR 43.103(a) Bilateral

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ____1____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

The purpose of this modification is to incorporate the following: 1) Add [          ] and [          ] equipment to the above contract. Pricing and specifications per quote dated 9/15/10 are hereby incorporated into the contract; 2) Per FBI Security Office and Legal Council requirement, all personnel contributing to efforts under this contract shall sign the SF-868 NDA with an FBI employee as witness, preferably the COTR; 3) The following product names have been updated and shall hold all contractual weight and product/service/specification requirements as agreed upon in previous documentation, including restrictions:

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | |
| **15B. CONTRACTOR/OFFEROR**    **15C. DATE SIGNED** | **16B. UNITED STATES OF AMERICA**    **16C. DATE SIGNED** |
| (Signature of person authorized to sign) | (Signature of Contracting Officer) |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

b6
b7C
b3
b4
b7E

CELLSITE-10724

```
************** -COMM. JOURNAL- ******************* DATE SEP-15-2010 ***** TIME 18:24 ********
```

MODE = MEMORY TRANSMISSION      START=SEP-15 18:23    END=SEP-15 18:24

FILE NO.=018

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---------|-------|---------------------|----------------------|-------|----------|
| 001 | OK | ☎ | | 001/001 | 00:00:39 |

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-07-2012 BY 65179 DMH/MJS

```
*****************************  -        -  *****  -                    ********
```

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|
| | | 1  1 |

| 2. AMENDMENT/MODIFICAITON NO. Mod 7 | 3. EFFECTIVE DATE 09/15/10 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|

6. ISSUED BY      CODE

Federal Bureau of Investigation
Room 6853
935 Pennsylvania Ave., NW
Washington, DC 20535

7. ADMINISTERED BY (if other than Item 6)    CODE

Same as Item 6.

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

[X] 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)
09/15/09

CODE      FACILITY CODE

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation as amended, by one of the following methods:
(a)By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required)

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

CHECK ONE

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)
x    FAR 43.103(a) Bilateral

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return ___1___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to incorporate the following: 1) Add _____ and equipment to the above contract. Pricing and specifications per quote dated 9/15/10 are hereby incorporated into the contract; 2) Per FBI Security Office and Legal Council requirement, all personnel contributing to efforts under this contract shall sign the SF-868 NDA with an FBI employee as witness, preferably the COTR; 3) The following product names have been updated and shall hold all contractual weight and product/service/specification requirements as agreed upon in previous documentation, including restrictions:

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | 15B. DATE SIGNED | | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7840-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

b6
b7C
b3
b4
b7E

CELLSITE-10725

*********** –COMM. JOURNAL– ****************** DATE SEP-15-2010 ***** TIME 12:35 ********

MODE = MEMORY TRANSMISSION                    START=SEP-15 12:33      END=SEP-15 12:35

FILE NO.=013

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---------|-------|---------------------|----------------------|-------|----------|
| 001 | OK | ☎ | | 001/001 | 00:01:44 |

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

************************************ –    – ***** –            ****

U.S. Department of Justice

Federal Bureau of Investigation

Washington, DC 20535

15 September 2010

Contract:
Subject:                    Condition and Assumption

Good Afternoon

During Negotiations Meetings at                    8/31-9/2, the FBI discussed clarifications and application of the following Condition and Assumption provided in Cost Proposals responding to                    and                    Task Orders:

b6
b7C
b3
b7E

                    will not provide documentation, specifications, drawings, source code, or prototypes, associated with our                    As such                    requires Clause H-10 and Paragraph 2.6(t) be revised or deleted with respect to                    IP.

Per discussions at the above meetings,                    shall provide the following information for any                    intents to use as a baseline or portion of any FBI work:

1) Define                    product/item and all capabilities
2) Describe how this                    affects the requirements in the
3) Describe technical effects of this                    and any                    add-ons to this product
4) Provide a high-level, rough order of magnitude estimate for what it would cost to fulfill the requirements in the                    should the FBI not decide to utilize the proposed                    in the proposed technical approach.
5) Describe any potential risks or restrictions that may affect or limit current or future FBI capabilities.

If there are any questions please do not hesitate to contact my office.

CELLSITE-10729

*************** –COMM. JOURNAL– ******************** DATE SEP-17-2010 ***** TIME 10:49 ********

MODE = MEMORY TRANSMISSION          START=SEP-17 10:47     END=SEP-17 10:49

FILE NO.=030

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---------|-------|---------------------|----------------------|-------|----------|
| 001 | OK | ☎ | | 005/005 | 00:01:25 |

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-07-2012 BY 65179 DMH/MJS

******************************** –        – ***** –                    ********

SEP-15-2010  18:39                                              P.03

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|
| | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| Mod 1 | 09/14/10 | | |

6. ISSUED BY                    CODE              7. ADMINISTERED BY (if other than Item 6)     CODE

Federal Bureau of Investigation          Same as Item 6.
    Room 6851
935 Pennsylvania Ave. NW
Washington, DC 20535

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

[X] 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

[X] 10B. DATED (SEE ITEM 11)   09/14/10

CODE              FACILITY CODE

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required)

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

CHECK ONE
[ ] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

[ ] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

[X] D. OTHER (Specify type of modification and authority)
FAR 32.7 Funding

E. IMPORTANT:  Contractor [ ] is not, [X] is required to sign this document and return ____1____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

See attached page for details.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

ATE SIGNED       9/14/10   16C. DATE SIGNED   9/14/10

D FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

b6
b7C
b3
b4
b7E

CELLSITE-10730

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-07-2012 BY 65179 DMH/MJS

SEP-16-2010  16:17                                                      P.01/01

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | 1 | | 1 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| Mod 7 | 09/16/10 | | |

**6. ISSUED BY**      CODE

Federal Bureau of Investigation
Room 6853
935 Pennsylvania Ave. NW
Washington, DC 20535

**7. ADMINISTERED BY (if other than Item 6)**    CODE

Same as Item 6.

**8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)**

| (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| | |
| | 9B. DATED (SEE ITEM 11) |
| | |
| | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| X | |
| | 10B. DATED (SEE ITEM 11) |
| | 09/15/09 |

CODE      FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers   ☐ is extended,   ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a)By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (if required)**

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. | OTHER (Specify type of modification and authority) FAR 43.103 (a) Bilateral |

**E. IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return _____1_____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

This mod incorporates the following: 1) Add [          ] and [          ] equipment to the above contract. Pricing and specifications per quote [      ] dated 9/15/10 in e-mail on 9/16/10 at 3:34PM are hereby incorporated into the contract; 2) Per FBI Security Office and Legal Council requirement, all personnel contributing to efforts under this contract shall sign the SF-868 NDA with an FBI employee as witness, preferably the COTR; 3) The following product names have been updated and shall hold all contractual weight and product/service/specification requirements as agreed upon in previous documentation, including restrictions [                              ] is

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as here[...]

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | |
| 15C. DATE SIGNED | 16C. DATE SIGNED |
| 16 Sept 2010 | 9/17/10 |

NSN 7540-01-152-8070
Previous edition unusable

FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

b6
b7C
b3
b7E
b4

study 2

* is Modified

TOTAL P.01

CELLSITE-10732

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-07-2012 BY 65179 DMH/MJS

SEP-16-2010  09:20                                                                                      P.04

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 2 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICAITON NO. Mod 1 | 3. EFFECTIVE DATE 09/14/10 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|

**6. ISSUED BY**                    CODE

**7. ADMINISTERED BY (If other than Item 6)**    CODE

Federal Bureau of Investigation
Room 6853
935 Pennsylvania Ave. NW
Washington, DC 20535

Same as Item 6.

**8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)**

(X)

**9A. AMENDMENT OF SOLICITATION NO.**

**9B. DATED (SEE ITEM 11)**

**10A. MODIFICATION OF CONTRACT/ORDER NO.**

X

**10B. DATED (SEE ITEM 11)**    09/14/10

CODE                    FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

CHECK ONE

A.  ☐ THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B.  ☐ THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C.  ☐ THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D.  ☐ OTHER (Specify type of modification and authority)
X  FAR 32.7 Funding

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return _____1_____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

Please see attached document for details.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

**15A. NAME AND TITLE OF SIGNER (Type or print)**

**16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)**

**15C. DATE SIGNED**  9/16/2010

**16C. DATE SIGNED**  9/17/10

D FORM 30 (REV. 10-83)
SA FAR (48 CFR) 63.243

b6
b7C
b4
b3
b7E

CELLSITE-10733

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-07-2012 BY 65179 DMH/MJS

SEP-16-2010  15:41                                                                                    P.05

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 3 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. Mod 1 | 3. EFFECTIVE DATE 09/16/10 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicble) |
|---|---|---|---|

| 6. ISSUED BY                          CODE | 7. ADMINISTERED BY (if other than Item 6)     CODE |
|---|---|

Federal Bureau of Investigation
      Room 6853
935 Pennsylvania Ave. NW
Washington, DC 20535

Same as Item 6.

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | X | 10B. DATED (SEE ITEM 11) 09/16/10 |
| CODE                    FACILITY CODE | | |

b6
b7C
b3
b7E
b4

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required)

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. | OTHER (Specify type of modification and authority) FAR 32.7 Funding |

E. IMPORTANT:  Contractor ☐ is not, ☒ is required to sign this document and return ___1___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Please see attached pages for details:

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | |
| 15C. DATE SIGNED 16 Sept 2010 | 16C. DATE SIGNED 9/17/10 |

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

## Weekly Status 9 Dec 2010

**Sent:**      Friday, December 10, 2010 8:59 AM

**To:**

**Cc:**

**Attachments:**

---

Hello

Please find attached the [        ] weekly status reports for week ending 9 December 2010. Beginning next week, these status reports will be delivered every Thursday afternoon (week beginning on Friday and ending on Thursday) for delivery consistency.

Included are the usual weekly status reports along with action item logs and risk/issue logs.

If you have any questions, please contact

b6
b7C
b3
b4
b7E

*This information is only intended for the use of the individual or entity named in this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this email in error, please notify me and delete it immediately.*

b6
b7C
CELLSITE-10736

12/16/2010

RE: [ ] Requirements Marking/Handling

**RE: [ ] Requirements Marking/Handling**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

**Sent:** Thursday, December 09, 2010 3:24 PM

**To:** [ ]

b6
b7C
b3
b7E

    I agree with the process, as outlined in the slides. Sorry I missed the conference
call. Also, [ ] is going to physically sign a couple of the [ ] invoices
for me. I'm going to try to get in for a little while Friday afternoon. It looked
better yesterday, so far today has been kind of rough but I'll still try. Let me
know if you might be around.

[ ]

**From:** [ ]
**Sent:** Thursday, December 09, 2010 3:10 PM
**To:** [ ]
**Subject:** FW: [ ] Requirements Marking/Handling

[ ] said that he discussed this process with you and that you approved it already.       b6
Can you please give me a thumbs up? They are looking for something official from me    b7C
and I would feel more comfortable knowing that you are in fact on board. Thanks :)      b3
                                                                                        b7E
I hope you're feeling better,

[ ]

**From:** [ ]
**Sent:** Thursday, December 09, 2010 3:09 PM
**To:** [ ]
**Cc:** [ ]

**Subject:** RE: [ ] Requirements Marking/Handling

                                                                                        b6
Hi [ ]                                                                                  b7C
                                                                                        b3
Here are the 'final' slides adding the [ ] network access details I verbalized          b7E
during our call.

We look forward to receiving [ ] letter agreeing to this approach.

Thanks for the quick turnaround on this!!

[ ]

b6
b7C

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

# Document Delivery - Monthly Status Report PE 11-26-10

**Sent:**   Monday, December 13, 2010 5:30 PM

**To:**

**Cc:**

**Attachments:**

---

*This information is only intended for the use of the individual or entity named in this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this email in error, please notify me and delete it immediately.*

Hello

Please find attached the            Monthly Status Report for Period Ending 11/26/10.

### Contract Letter for this delivery

_Monthly_Report_Period-Ending_11-26-10.pdf>>

### Monthly Status Report (PE 11/26/10)

_Monthly_Report_Period-Ending_11-26-10.pdf>>

In addition, we are also including in this delivery:

### Contract Change Candidates Logs for

has no change candidates at this time)

Contract Change Candidates Log_12-10-10.pdf>> <      Contract Change Candidates
Log_12-10-10.pdf>>          Contract Change Candidates Log_12-10-10.pdf>>

If you have any questions, please contact

b6
b7C
b3
b7E

b6
b7C

CELLSITE-10738
12/16/2010

Proposals

**Proposals**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

| | |
|---|---|
| **Sent:** | Friday, August 06, 2010 11:19 AM |
| **To:** | |
| **Cc:** | |
| **Attachments:** | |

Hello

is on her way to ☐ with  classified docs to fax your way.  You should be hearing from her about 11:45am.  She will be faxing the following:

- ☐ Technical Proposal
- ☐ Technical Proposal

We will also be mailing/FedExing the following:

- ☐ Technical Proposal on CD (classified)
- ☐ Cost Proposal on CD (unclassified)
- ☐ Technical Proposal on CD (classified)
- ☐ Technical Proposal on CD (unclassified)

The ☐ Cost Proposal will be transmitted next week per our discussion earlier this morning.

Also attached to this email are the ☐ Cost/Technical proposal and the ☐ Cost Proposal and associated cover letters.  Sorry the cover letters were addressed only to ☐ is out this week and ☐ was used to addressing to ☐

Let's keep our fingers crossed for the FAX working☺

b6
b7C
b3
b7E

FW:

**FW:**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

**Sent:** Thursday, December 16, 2010 10:06 AM

**To:**

**Cc:**

b6
b7C
b3
b4
b7E

The        shows here is not the same as from the old price list. I am going to go ahead and use the old price

From:
Sent: Wednesday, December 15, 2010 5:25 PM
To:
Cc:
Subject: FW:

Hi

will send you this officially tomorrow but I know you need this and I didn't want to delay getting it to you.

is in the process of adding these items to our latest price list.  In the meantime, please be advised of the following pricing which is currently in effect and for which we are able to accept orders immediately.

MODEL
NUMBER
DESCRIPTION                              PRICE

b6
b7C
b3
b4
b7E

PRICE

MODEL
NUMBER
DESCRIPTION

Regards,

b6
b7C
CELLSITE-10740
12/16/2010

FW

b6
b7C
b3
b7E

From:
Sent: Wednesday, December 15, 2010 4:29 PM
To:
Subject: FW:

FYI

From:
Sent: Wednesday, December 15, 2010 4:09 PM
To:
Subject: RE:

Hi

b6
b7C
b3
b7E

Here are a few questions we have regarding the price list. Can [    ] provide pricing on the following items:

1)     [         ]     The FBI currently has [        ] equipment and would like to [        ] compatible units. This has been done with other [           ] in the past and we would like to know if this will also be an option under the new price list.
2)     [         ]     Under the previous price list [     ] offered both [        ] The new price list only identifies [        ] be offered if so will there be any change to the pricing from the old list?

Thanks again for your patience – illnesses and scheduling conflicts have caused a few delays but I hope to resolve the price list and a few more action items in the next few days or early next week. I have a meeting set up for tomorrow morning to discuss the price list internally and will let you know if any more questions come up.

I'll be at QT the next 2 days. I now have a dedicated phone line with voice mail should you need to contact me there.

Thanks,

From:
Sent: Wednesday, December 15, 2010 2:40 PM
To:
Subject: RE

Hi

Please let me know if you have been able to resolve this issue and/or when you will be able to send the signed letter back to [        ]

Thanks,

b6
b7C
b3
b7E

This information is only intended for the use of the individual or entity named in this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this email in error, please notify me and delete it immediately.

b6
b7C

FW

From:
Sent: Monday, December 06, 2010 1:47 PM
To:
Subject: RE:

b6
b7C
b3
b7E

Hi

Let me reach out to the group once more. I know there were some questions that went out to the
property unit to clarify some in-house procedures, but I haven't heard back on them. Thanks for
your patience.

From:
Sent: Monday, December 06, 2010 1:35 PM
To:
Cc:
Subject: FW:

b6
b7C
b3
b7E

Please let me know the status of this request.

Thank you -

This information is only intended for the use of the individual or entity named in this email. If
you are not the intended recipient, you are hereby notified that any disclosure, copying,
distribution, or use of the contents of this information is strictly prohibited. If you have
received this email in error, please notify me and delete it immediately.

b6
b7C

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

**From:**
**Sent:** Tuesday, April 12, 2011 1:36 PM
**To:**
**Subject:** Fw: Contact Info and Test Plan
**Attachments:**                                    W.Paper.pdf

Attached you will find the white paper we spoke of earlier. The ☐ would be for items 2.2.1 Additional ☐ and ☐ 2.4. I'm attempting to obtain funding for the other items for this year, but they may have to wait until next FY.

b6
b7C
b3
b4
b7E

---

**From:**
**To:**
**Cc:**
**Sent:** Tue Apr 12 12:12:58 2011
**Subject:** Contact Info and Test Plan

Here is the contact info you requested:

b6
b7C
b3
b7E

Also, would you have time for a conference call sometime this week about the white paper? I have attached it for your convenience. If you desire to try and work some of the ☐ into the current schedule, we would need direction to do so.

Finally, our schedule has a field test at Quantico around the end of the month. Please let us know who to coordinate that through.

Thanks and congrats!

CELLSITE-10743

DECLASSIFIED BY 65179 DMH/MJS
ON 11-01-2012

**From:**
**Sent:** Wednesday, April 20, 2011 12:23 PM
**To:**
**Cc:**
**Subject:**

**Attachments:**

~~SECRET~~
**RECORD 260A-HQ-1528740**

Hi

Please find the attached [        ] I'm putting the CD in the mail today. Please provide an evaluation of the technical aspects, labor category mix, schedule, and overall cost. Also, if you have any questions regarding this documentation please let me know and I will forward these to [        ] If any alterations are made to this original documentation we need to account for that through my office.

b6
b7C
b3
b7E

Thanks for your help and let me know if you have any questions,

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFY ON: 20360420~~
~~SECRET~~

CELLSITE-10744

Thanks for your help.

b6
b7C

CELLSITE-10757

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

**From:**

**Sent:** Wednesday, September 15, 2010 11:52 AM

**To:**

**Subject:** RE: [ ] Proposals IP

b6
b7C
b3
b7E

Hi [ ]

Per negotiations on 8/31, please add the following information to the IP letter.

[ ] invested in the baseline protocol structure and design for the data below. The FBI recognizes this assertion of IP rights by [ ] however, any [ ] developed under [ ] that support [ ] are restricted/controlled by the FBI. Upon prior written authorization from the FBI, may [ ] use these FBI [ ] in [ ] developments and product line."

Thank you for your assistance,

---

**From:**

**Sent:** Monday, August 30, 2010 5:35 PM

**To:**

**Cc:**

**Subject:** [ ] Proposals IP

Attached is the IP letter containing our rights assertions for intellectual property for the [ ]

< [ ] IP assertions.pdf>>

b6
b7C
b3
b7E

Thank you,

*"This information is only intended for the use of the individual or entity named in this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this email in error, please notify me and delete it immediately."*

10/18/2010

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

**From:**

**Sent:**     Tuesday, October 19, 2010 1:44 PM

**To:**

**Cc:**

**Subject:**  RE: DHS Funding for

**Follow Up Flag:** Follow up

**Flag Status:**  Red

Thanks very much for the email.

The IAA for the [        ] was countersigned by the FBI in April and was obligated by [     ] once that signature was
received. Since then, however, FBI has not made any expenditures against it. I was aware that it was going to take some
time to get the [        ] contract going, but generally our IAA funding is IPACed in whole by the receiving agency at the
beginning of the effort.

b6
b7C
b3
b7E
b4

If you intend to pull funds periodically from [    ] as the PO advances, that should not be an issue. However, the PoP for
our IAA expires in August 2011 – so we'll just have to keep an eye on that if you plan to pull funds past that date.

Best,

**From:**
**Sent:** Tuesday, October 19, 2010 11:36 AM
**To:**
**Cc:**
**Subject:** DHS Funding for

b6
b7C
b3
b4
b7E

Good Morning

I am a Contracting Officer assisting in the administration of the [        ] Contract with [          ] I sent a
purchase order [              ] September to fund the [      ] effort [                              ]
this purchase order. To my knowledge, work has begun on this project; however [        ] has not submitted an invoice to
the FBI for work under this PO yet. I believe we should be anticipating an invoice in the near future. Are you in need of any
documentation from the FBI regarding the IA?

Thank you for your assistance and have a good day,

10/22/2010



b6
b7C
b3
b7E

3

CELLSITE-10768

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-19-2012 BY 65179 DMH/MJS

*"it wasn't what we
needed; new direction"*

**15.506  Postaward debriefing of offerors.**

(c) The contracting officer should normally chair any debriefing session held. Individuals who conducted the evaluations shall provide support.

(d) At a minimum, the debriefing information shall include—

(1) The Government's evaluation of the significant weaknesses or deficiencies in the offeror's proposal, if applicable;  *broad areas*

(2) The overall evaluated cost or price (including unit prices) and technical rating, if applicable, of the successful offeror and the debriefed offeror, and past performance information on the debriefed offeror;

(3) The overall ranking of all offerors, when any ranking was developed by the agency during the source selection;

(4) A summary of the rationale for award;

(5) For acquisitions of commercial items, the make and model of the item to be delivered by the successful offeror; and

(6) Reasonable responses to relevant questions about whether source selection procedures contained in the solicitation, applicable regulations, and other applicable authorities were followed.

(e) The debriefing shall not include point-by-point comparisons of the debriefed offeror's proposal with those of other offerors. Moreover, the debriefing shall not reveal any information prohibited from disclosure by 24.202 or exempt from release under the Freedom of Information Act (5 U.S.C. 552) including—

(1) Trade secrets;

(2) Privileged or confidential manufacturing processes and techniques;

(3) Commercial and financial information that is privileged or confidential, including cost breakdowns, profit, indirect cost rates, and similar information; and

(4) The names of individuals providing reference information about an offeror's past performance.

(f) An official summary of the debriefing shall be included in the contract file.

# Decision Criteria: Technical, Cost, Time

## Technical

- Existing proposed platform has limitations of providing only [REDACTED] Ability to address [REDACTED] is critical to [REDACTED] operations.

- [REDACTED] to address [REDACTED] [REDACTED] and proposed solution does not address this requirement.

- [REDACTED]

- The proposed [REDACTED]

b3
b7E

CELLSITE-10774

# Decision Criteria: Technical, Cost, Time

## Cost

- [ ] for [ ] proposal is not considered cost effective or efficient due to limitations of [ ] is not cost effective or efficient and fails to enhance capability based on [ ]

## Time

- Delivery schedule of June 2012 to address [ ] of [ ] is not suitable to meet the needs of Bureau mission.

- [ ] shall be in full [ ] and this development effort is documented to [ ] Development starts late and FBI not willing to accept this risk.

b3
b7E

*Wireless Intercept and Tracking Team*

CELLSITE-10775



## Decision Criteria: Technical, Cost, Time

- The customer requested ☐ platforms will require a greater magnitude of cost and technical accommodations to meet customer requirements and ☐

- Conclusion: Requirements sent March 10, 2010 with original request. Since that time ☐ have been identified by government ☐

b3
b7E



CELLSITE-10778

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

# FACSIMILE COVER SHEET

## SECURITY OFFICE

### ENGINEERING RESEARCH FACILITY

TELEPHONE # [                    ]     FAX # [                    ]

CLASSIFICATION: [   ] Top Secret          DATE: ___7/12/2010___
                [ ~~X~~ ] Secret
                [   ] Confidential
                [   ] Sensitive
                [   ] Unclassified

b6
b7C
b3
b7E

TO: _____

Telephone # _____

Facsimile # _____

FROM: _____

SUBJECT: _____

REMARKS: _____

_____

_____

TOTAL # of PAGES (including cover sheet): ___3___

CELLSITE-10781

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

**From:**
**Sent:** Tuesday, February 08, 2011 1:07 PM
**To:**
**Subject:** FW: _____ Access

I don't have a problem with this going forward, but it should be on a per case basis   b6
not global as requested. If they are working to get a new employee _____   b7C
clearance and they sign our NDA, I don't see a problem with them being worked into the
team on UNCLASSIFIED work. I would also like to have them report on the employee's status   b3
in the weekly status updates. I don't want it to become something they/we forget about   b7E
over time. I want the _____ team to be reminded every week when they report that the new
employee should not be given access to our classified information.

If you agree we should respond with an official letter approving this individual,
stating it is on a per case basis, and requesting his status be included in the _____
weekly reporting.

**From:**
**Sent:** Tuesday, February 08, 2011 12:17 PM
**To:**
**Cc:**                                                                          b6
**Subject:** RE: _____ Access                                                  b7C
                                                                                 b3
Hi _____                                                                       b7E

Per our recent conversation I wanted to expand and clarify the below request. We would
like to include _____ in our daily _____ stand up meetings in order to engage him
productively in the work of the team and the consensus choices being made each morning
about allocating folks to tasks. These meetings have been entirely focused on _____ task
details and do not broach the subject of _____ or other classified material.

Moreover, we would like the discretion to include him, as necessary, in various meetings
that include only unclassified content – no exposure to classified program content or
_____ will be allowed. Please confirm that this is in concert with your security
guidelines and can applied on a global basis to other employees/Tasks (i.e. an NDA'd
individual without _____ clearance can work unclassified aspects of _____
Tasks).

Your concurrence in this matter is greatly appreciated.

Thanks,

**From:**
**Sent:** Wednesday, February 02, 2011 5:36 PM
**To:**
**Cc:**                                                                          b6
**Subject:**                                                                     b7C
                                                                                 b3
                                                                                 b7E

We want to add a talented new masters graduate _____ to the _____ team who
interned the past three summers at _____ working on the _____ baseline. He

CELLSITE-10783

signed the NDA last week and we are waiting for ☐ clearance to be granted. His experience with the ☐ baseline will allow him to hit the ground running on ☐

During the interim period before his clearance arrives, ☐ will work exclusively on ☐ tasks that can be performed successfully without any knowledge of the ☐ system ☐ or any classified information. Specifically, he will focus on the ☐ baseline, implementing ☐ as well as working on the ☐

Until ☐ receives his clearance he will only participate in select ☐ technical discussions and not the regular ☐ team meetings. He will be supervised in separate meetings conducted by ☐ our lead ☐ and ☐ our lead ☐

Would this work arrangement for ☐ be acceptable to you?

Thanks in advance,

b6
b7C
b3
b7E

CELLSITE-10784

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

**From:**
**Sent:** Thursday, February 10, 2011 11:04 AM
**To:**
**Subject:** RE: [        ] Access

b6
b7C
b3
b7E

Long story short. I told [____] that the only way he can get approval is to have the person under background (posses interm SECRET), they sign an NDA and only work UNCLASSIFIED. When I told him that he assumed that meant he only had to accomplish those three things, and not bother to ask permission as well. The criteria is global, not the approval. I'll send an email this afternoon.

b6
b7C
b3
b7E

**From:**
**Sent:** Thursday, February 10, 2011 10:57 AM
**To:**
**Subject:** FW: [        ] Access

Hi [____]

I don't understand [____] concerns. Why would he ask for approval for [____] if he thought that this process was approved in December?

Thank you,

**From:**
**Sent:** Thursday, February 10, 2011 10:43 AM
**To:**
**Cc:**
**Subject:** RE: [        ] Access

Hi [____]

Thank you for approving [____] for access to [____]  I must admit I am a bit confused as to why this isn't a global approval.  It has been our understating for some time (reiterated with [____] during late June meeting in [____] that individuals working only unclassified aspects of [____] Tasks need only have a signed NDA for access.  This was further reiterated in the Requirements Control Process (attached) which you approved 10 December.

We fully appreciate and share the Customer's sensitivity to these projects and endeavor as much as possible to only assign staff with [____]  That said there will always be cases where that ideal situation is not possible, where a key resource can make a significant impact on Task progress, and we would like to have the latitude to implement to our agreed processes without the need to gain case by case approvals.

Thank you for your consideration,

b6
b7C
b3
b7E

**Sent:** Thursday, February 10, 2011 8:20 AM
**To:**

1

CELLSITE-10785

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

**From:**
**Sent:**       Thursday, February 10, 2011 8:45 AM
**To:**
**Subject:**    RE: Summary of 2010 Price List Questions and Revisions

b6
b7C
b3
b7E

   They are already working a new req for _____ and some other _____ I don't
know what quantities they are going for, but they are using the new pricing. You should
see it by next week.

From:
Sent: Thursday, February 10, 2011 8:39 AM
To:
Cc:
Subject: RE: Summary of 2010 Price List Questions and Revisions

Good Morning _____

We have finalized our reviews of the revised price list provided by ____ 1/6/11. I will
provide a Mod to _____ incorporating this price list. With this modification, I will
provide a revised copy of _____ for ____ with the current prices.

____ I met with my accounting department earlier this week and determined that we cannot
adjust our records without the reimbursed funding from _____ I will provide an official  b6
letter from the FBI (hopefully by COB today) to provide an official _____ for the         b7C
_____ Accounting department to provide the reimbursement checks for POs                    b3
____, and _____ as referenced in Letter _____ on 10/15/10.                          b7E

Thank you,

From:
Sent: Thursday, January 06, 2011 9:33 AM
To:
Cc:
Subject: RE: Summary of 2010 Price List Questions and Revisions         b6
                                                                        b7C
Hi _____                                                         b3
                                                                        b7E
Happy New Year — I hope you all had a wonderful holiday.

Please find attached, the latest revised price list.  This incorporates the _____ in
your item 1 below and deletes the products in your item 4 below.

Regarding item 2, here is what has transpired since the September 2009 price list:

·
X
·

·       Our cost to _____ has increased and the price was adjusted
accordingly

CELLSITE-10786

Regarding item 3, we have undergone a simple name change. ▮▮▮▮▮▮▮ was renamed to ▮▮▮▮▮▮ due to concern that ▮▮▮▮▮▮▮▮▮▮▮ This is a name change only and there is no impact to the ▮▮▮▮▮▮▮ or pricing from last year's price list.  There is no ▮▮▮▮▮▮▮

Please let me know if you require further clarifications

Regards,

▮▮▮▮▮

Sent: Friday, December 17, 2010 1:31 PM
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮
Cc: ▮▮▮▮▮▮▮
Subject: Summary of 2010 Price List Questions and Revisions

Good Morning ▮▮▮▮▮▮▮▮▮

We are reviewing the price list one final time to ensure we have identified all questions or concerns. Please accept the information below as Version 1 of the FBI's Request for Clarification or Changes. I realize some of these repeat; however, I wanted to ensure a clear log was maintained.

b6
b7C
b3
b7E

Thank you and have a good day,

CELLSITE-10787

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

**FD-448**
Revised
10-27-2004

## FEDERAL BUREAU OF INVESTIGATION
## FACSIMILE COVER SHEET

### PRECEDENCE

○ Immediate          ○ Priority          ○ Routine

### CLASSIFICATION

○ Top Secret     ○ Secret     ○ Confidential     ○ Sensitive     ○ Unclassified

### TO

| Name of Office: | Facsimile Number: | Date: 04/08/2011 |
|---|---|---|

| Attn: | | Room: | Telephone Number: |
|---|---|---|---|

### FROM

Name of Office:
**FBI -**

Number of Pages: (including cover)
**2**

Originator's Name:                Originator's Telephone Number:        Originator's Facsimile Number:

Approved:

b6
b7C
b7E
b3

### DETAILS

Subject:
**Please find attached letter regarding**

Special Handling Instructions:
**Please sign the attached and fax back to the number above.**

Brief Description of Communication Faxed:
**Thank you for your assistance and have a good day.**

### WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

CELLSITE-10788

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

8 April 2011

**Contract:**

**Subject:** **Delegation of** NDA

Good Morning

The Federal Bureau of Investigation has drafted a Non-Disclosure Agreement (NDA) that will be required as previously directed by shall coordinate the signing of these NDAs through the and require this NDA of The NDA is entitled dated 3/24/11.

b6
b7C
b3
b7E

If there are any questions please do not hesitate to contact my office.

acknowledgement of and compliance with the above stated policy:

_____
Date

1

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 206
Page 3 ~ b3; b7E;
Page 4 ~ b3; b7E;
Page 20 ~ b3; b4; b6; b7C; b7E;
Page 21 ~ b3; b4; b6; b7C; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
Page 40 ~ b3; b4; b7E;
Page 41 ~ b3; b4; b7E;
Page 42 ~ b3; b4; b7E;
Page 43 ~ b3; b4; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b7E;
Page 48 ~ b3; b4; b7E;
Page 49 ~ b3; b4; b7E;
Page 50 ~ b3; b4; b7E;
Page 51 ~ b3; b4; b7E;
Page 52 ~ b3; b4; b7E;
Page 53 ~ b3; b4; b7E;
Page 54 ~ b3; b4; b7E;
Page 55 ~ b3; b4; b7E;
Page 56 ~ b3; b4; b7E;
Page 57 ~ b3; b4; b7E;
Page 58 ~ b3; b4; b7E;
Page 59 ~ b3; b4; b7E;
Page 60 ~ b3; b4; b7E;
Page 61 ~ b3; b4; b7E;
Page 62 ~ b3; b4; b7E;
Page 63 ~ b3; b4; b7E;
Page 64 ~ b3; b4; b7E;
Page 65 ~ b3; b4; b7E;
Page 66 ~ b3; b4; b7E;
Page 67 ~ b3; b4; b7E;
Page 68 ~ b3; b4; b7E;
Page 69 ~ b3; b4; b7E;
Page 70 ~ b3; b4; b7E;
Page 71 ~ b3; b4; b7E;
Page 72 ~ b3; b4; b7E;
Page 73 ~ b3; b4; b7E;
Page 74 ~ b3; b4; b7E;
Page 75 ~ b3; b4; b7E;
Page 76 ~ b3; b4; b7E;
Page 77 ~ b3; b4; b7E;
Page 78 ~ b3; b4; b7E;
Page 79 ~ b3; b4; b7E;
Page 80 ~ b3; b4; b7E;
```

```
Page 81 ~ b3; b4; b7E;
Page 82 ~ b3; b4; b7E;
Page 83 ~ b3; b4; b7E;
Page 84 ~ b3; b4; b7E;
Page 85 ~ b3; b4; b7E;
Page 86 ~ b3; b4; b7E;
Page 87 ~ b3; b4; b7E;
Page 88 ~ b3; b4; b7E;
Page 89 ~ b3; b4; b7E;
Page 90 ~ b3; b4; b7E;
Page 91 ~ b3; b4; b7E;
Page 92 ~ b3; b4; b7E;
Page 93 ~ b3; b4; b7E;
Page 94 ~ b3; b4; b7E;
Page 95 ~ b3; b4; b7E;
Page 96 ~ b3; b4; b7E;
Page 97 ~ b3; b4; b7E;
Page 98 ~ b3; b4; b7E;
Page 99 ~ b3; b4; b7E;
Page 100 ~ b3; b4; b7E;
Page 101 ~ b3; b4; b7E;
Page 102 ~ b3; b4; b7E;
Page 103 ~ b3; b4; b7E;
Page 104 ~ b3; b4; b7E;
Page 105 ~ b3; b4; b7E;
Page 106 ~ b3; b4; b7E;
Page 107 ~ b3; b4; b7E;
Page 108 ~ b3; b4; b7E;
Page 109 ~ b3; b4; b7E;
Page 110 ~ b3; b4; b7E;
Page 111 ~ b3; b4; b7E;
Page 112 ~ b3; b4; b7E;
Page 113 ~ b3; b4; b7E;
Page 114 ~ b3; b4; b7E;
Page 115 ~ b3; b4; b7E;
Page 116 ~ b3; b4; b7E;
Page 117 ~ b3; b4; b7E;
Page 118 ~ b3; b4; b7E;
Page 119 ~ b3; b4; b7E;
Page 120 ~ b3; b4; b7E;
Page 121 ~ b3; b4; b7E;
Page 122 ~ b3; b4; b7E;
Page 123 ~ b3; b4; b7E;
Page 124 ~ b3; b4; b7E;
Page 125 ~ b3; b4; b7E;
Page 126 ~ b3; b4; b7E;
Page 127 ~ b3; b4; b7E;
Page 128 ~ b3; b4; b7E;
Page 129 ~ b3; b4; b7E;
Page 130 ~ b3; b4; b7E;
Page 137 ~ b1; b3; b4; b7E;
Page 138 ~ b1; b3; b4; b7E;
Page 139 ~ b1; b3; b4; b7E;
Page 140 ~ b1; b3; b4; b7E;
```

```
Page 141 ~ b1; b3; b4; b7E;
Page 142 ~ b1; b3; b4; b7E;
Page 143 ~ b1; b3; b4; b7E;
Page 145 ~ b3; b4; b7E;
Page 146 ~ b3; b4; b7E;
Page 147 ~ b3; b4; b7E;
Page 148 ~ b3; b6; b7C; b7E;
Page 149 ~ b3; b6; b7C; b7E;
Page 161 ~ b3; b6; b7C; b7E;
Page 162 ~ b1; b3; b7E;
Page 163 ~ b1; b3; b7E;
Page 172 ~ b1; b3; b7E;
Page 173 ~ b1; b3; b7E;
Page 174 ~ b1; b3; b7E;
Page 175 ~ b1; b3; b7E;
Page 176 ~ b1; b3; b7E;
Page 177 ~ b1; b3; b7E;
Page 178 ~ b1; b3; b7E;
Page 179 ~ b3; b6; b7C; b7E;
Page 180 ~ b3; b6; b7C; b7E;
Page 181 ~ b3; b6; b7C; b7E;
Page 182 ~ b1; b3; b4; b7E;
Page 183 ~ b1; b3; b4; b7E;
Page 184 ~ b1; b3; b4; b7E;
Page 185 ~ b1; b3; b4; b7E;
Page 186 ~ b1; b3; b4; b7E;
Page 187 ~ b1; b3; b4; b7E;
Page 188 ~ b1; b3; b4; b7E;
Page 189 ~ b1; b3; b4; b7E;
Page 190 ~ b1; b3; b4; b7E;
Page 191 ~ b1; b3; b4; b7E;
Page 192 ~ b1; b3; b4; b7E;
Page 193 ~ b1; b3; b4; b7E;
Page 194 ~ b1; b3; b4; b7E;
Page 195 ~ b1; b3; b4; b7E;
Page 196 ~ b1; b3; b4; b7E;
Page 197 ~ b1; b3; b4; b7E;
Page 198 ~ b1; b3; b4; b7E;
Page 199 ~ b1; b3; b4; b7E;
Page 200 ~ b1; b3; b4; b7E;
Page 201 ~ b1; b3; b4; b7E;
Page 202 ~ b1; b3; b4; b7E;
Page 203 ~ b1; b3; b4; b7E;
Page 204 ~ b1; b3; b4; b7E;
Page 205 ~ b1; b3; b4; b7E;
Page 206 ~ b1; b3; b4; b7E;
Page 207 ~ b1; b3; b4; b7E;
Page 208 ~ b1; b3; b4; b7E;
Page 209 ~ b1; b3; b4; b7E;
Page 210 ~ b1; b3; b4; b7E;
Page 211 ~ b1; b3; b4; b7E;
Page 212 ~ b1; b3; b4; b7E;
Page 213 ~ b1; b3; b4; b7E;
Page 214 ~ b1; b3; b4; b7E;
```

```
Page 215 ~ b1; b3; b4; b7E;
Page 216 ~ b1; b3; b4; b7E;
Page 217 ~ b1; b3; b4; b7E;
Page 218 ~ b1; b3; b4; b7E;
Page 219 ~ b1; b3; b4; b7E;
Page 220 ~ b1; b3; b4; b7E;
Page 221 ~ b1; b3; b4; b7E;
Page 222 ~ b1; b3; b4; b7E;
Page 223 ~ b1; b3; b4; b7E;
Page 227 ~ b1; b3; b7E;
Page 228 ~ b1; b3; b7E;
Page 235 ~ b3; b4; b7E;
Page 236 ~ b3; b4; b7E;
Page 237 ~ b3; b4; b7E;
Page 238 ~ b3; b4; b7E;
Page 239 ~ b3; b4; b7E;
Page 240 ~ b3; b4; b7E;
Page 241 ~ b3; b4; b7E;
Page 242 ~ b3; b4; b7E;
Page 243 ~ b3; b4; b7E;
Page 244 ~ b3; b4; b7E;
Page 245 ~ b3; b4; b7E;
Page 246 ~ b3; b4; b7E;
Page 247 ~ b3; b4; b7E;
Page 248 ~ b3; b4; b7E;
Page 249 ~ b3; b4; b7E;
Page 250 ~ b3; b4; b7E;
Page 251 ~ b1; b3; b4; b7E;
Page 252 ~ b1; b3; b4; b7E;
Page 253 ~ b1; b3; b4; b7E;
Page 254 ~ b1; b3; b4; b7E;
Page 255 ~ b1; b3; b4; b7E;
Page 256 ~ b1; b3; b4; b7E;
Page 257 ~ b1; b3; b4; b7E;
Page 260 ~ Duplicate;
Page 277 ~ b1; b3; b7E;
Page 280 ~ b1; b3; b7E;
Page 281 ~ b3; b4; b7E;
Page 282 ~ b3; b4; b7E;
Page 283 ~ b3; b4; b7E;
Page 284 ~ b3; b4; b7E;
Page 285 ~ b3; b4; b7E;
Page 286 ~ b3; b4; b7E;
Page 287 ~ b3; b4; b7E;
Page 288 ~ b3; b4; b7E;
Page 289 ~ b3; b4; b7E;
Page 290 ~ b3; b4; b7E;
Page 291 ~ b3; b4; b7E;
Page 292 ~ b3; b4; b7E;
Page 299 ~ Duplicate;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X   No Duplication Fee X
```

```
X   For this Page     X
XXXXXXXXXXXXXXXXXXXXXXXX
```

b7E

P.01

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-19-2012 BY 65179 DMH/MJS

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535-0001

b3
b7E
b6
b7C

Re:                                              and  Non-Disclosure
Obligations

Dear

We  have  been  advised  by                    of the

                                  must coordinate with the Federal Bureau of Investigation (FBI) to
complete  this  non-disclosure  agreement

b3
b7E

CELLSITE-10159

b3
b7E

Assistant Director
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod A
Quantico, Virginia 22135
(703)

and

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135
(703)

The                                                     acceptance of the above     b7E
conditions shall be evidenced by the signature below of an authorized representative of

Sincerely,

Marcus C. Thomas
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to th

cc:                          Unit Chief, FBI Tracking Technology Unit     b7E
                             FBI Office of the General Counsel            b6
                    FBI Office of the General Counsel                     b7C

4

CELLSITE-10162

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-19-2012 BY 65179 DMH/MJS



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

23 December 2011

b3
b6
b7C
b7E

Contract:
Subject:                                        Request

Good Afternoon

This Letter provides the official response of the Federal Bureau of Investigation (FBI) regarding

b3
b4
b6
b7C
b7E

If there are any questions please do not hesitate to contact my office.

b6
b7C

Contracting Officer
Science and Technology Contracts Unit

CELLSITE-10163

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-19-2012 BY 65179 DMH/MJS

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|---|
| | | | 1 | | 2 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|
| Mod 8 | 02/15/11 | | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| Federal Bureau of Investigation<br><br>935 Pennsylvania Ave. NW<br>Washington DC, 20535 | | Same as Item 6. | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | |
|---|---|---|
| | | 9A. AMENDMENT OF SOLICIATION NO. |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | 10B. DATED (SEE ITEM 11) |
| | | 09/15/09 |

b6
b7C
b3
b7E

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a)By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. | OTHER (Specify type of modification and authority)<br>FAR 43.103(a) Bilateral |

E. IMPORTANT:  Contractor [ ] is not, [X] is required to sign this document and return _____1_____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

See Page 2 of 2 attached for details concerning addition of: revised price list, IP Assertions Letter, exercising of Option Year 1, and addition of FAR Clause 52.209-9.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

| | |
|---|---|
| NSN 7540-01-152-8070<br>Previous edition unusable | STANDARD FORM 30 (REV. 10-83)<br>Prescribed by GSA FAR (48 CFR) 53.243 |

CELLSITE-10166

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-19-2012 BY 65179 DMH/MJS

## SF-30 AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

### SF-30 PAGE 2 OF 2

**Contract #** [ ] Contract
**Awarded:** 9/15/09
**Mod #:** 8
**Mod Effective Date:** 2/15/11

The purpose of this modification is to incorporate the following documents into the [ ] Contract"

- The consolidated price list entitled "[ ] Pricing List (1-5-11) FINAL" e-mailed by [ ] CO 1/6/11 at 9:33AM"
- The fully executed Intellectual Property Assertions Letter [ ] rev.1 e-mailed to [ ] from CO 2/14/11 at 10:01AM;

This modification also includes the following actions:

- The FBI hereby exercises Option Year 1 of the [ ] Contract, with a POP of 9/15/10-9/15/11;
- Addition of FAR Clause 52.209-9 "Updates of Publicly Available Information Regarding Responsibility Matters" JAN 2011 into the Contract.

All technical guidance is to come from COTR [ ] All other terms and conditions of [ ] Contract apply. All work to be performed in accordance with the Statements of Work. Contractor exceeds funds at own risk.

b6
b7C
b3
b7E

b3
b6
b7C
b7E

CELLSITE-10167

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-19-2012 BY 65179 DMH/MJS

**From:**

**Sent:**          Thursday, February 10, 2011 8:34 AM

**To:**

**Subject:**      FW: Summary of 2010 Price List Questions and Revisions

**Attachments:** Detailed

b3
b6
b7C
b7E

Per our phone conversation Tuesday and our discussion on Monday, you are in concurrence with this revised price list from [ ] is other responses below, and require no further edits to this list. As a result, I will send [ ] a modification to the contract officially accepting this price list as the revised one for [ ] Please base all future purchases off this price list.

Thank you,

---

**From:**
**Sent:** Thursday, January 06, 2011 9:33 AM
**To**
**Cc**
**Subject:** RE: Summary of 2010 Price List Questions and Revisions

b6
b7C
b3
b7E

H[ ]

Happy New Year – I hope you all had a wonderful holiday.

Please find attached, the latest revised price list.  This incorporates [ ] in your item 1 below and deletes the products in your item 4 below.

Regarding item 2, here is what has transpired since the September 2009 price list:

- 
- 
- 
- 

- 

Regarding item 3

b6
b7C
b3
b7E

Please let me know if you require further clarifications

Regards,

CELLSITE-10168

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-19-2012 BY 65179 DMH/MJS

| | |
|---|---|
| **From:** | |
| **Sent:** | Thursday, January 06, 2011 9:33 AM |
| **To:** | |
| **Cc:** | |
| **Subject:** | RE: Summary of 2010 Price List Questions and Revisions |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |
| **Attachments:** | Detailed |

b3
b6
b7C
b7E

H

Happy New Year – I hope you all had a wonderful holiday.

Please find attached, the latest revised price list.  This incorporates            in your item 1 below and deletes the products in your item 4 below.

Regarding item 2, here is what has transpired since the September 2009 price list:

- 
- 
- 
- 

- 

Regarding item 3

b3
b6
b7C
b7E

Please let me know if you require further clarifications

Regards,

b3
b6
b7C
b7E

**From:**
**Sent:** Friday, December 17, 2010 1:31 PM
**To:**
**Cc:**
**Subject:** Summary of 2010 Price List Questions and Revisions

CELLSITE-10169

2/10/2011

Good Morning [          ]

We are reviewing the price list one final time to ensure we have identified all questions or concerns. Please accept the information below as Version 1 of the FBI's Request for Clarification or Changes. I realize some of these repeat; however, I wanted to ensure a clear log was maintained.

b3
b6
b7C
b7E

1) The FBI requests the [          ] and [                    ] from the Original Price List of September 2009 be included in the Revised Price list of 2010. Per E-mail from [          ] 12/15/10, the prices are as follows:

2) The FBI requests that [                    ]

b3
b6
b7C
b7E

3) The FBI requests that [                    ]

4) The FBI requests the removal of the following products from the [          ] Price List for the contract:

Thank you and have a good day,

*Contracting Officer*
Quantico Contracts Unit
Federal Bureau of Investigation
HQ: (O) 202-[     ] | (F) [          ]
QT: (O) 703-[     ] | (F) [          ]

b6
b7C

2/10/2011

CELLSITE-10170

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-19-2012 BY 65179 DMH/MJS



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

8 June 2012

b3
b6
b7C
b7E

Contract:
Subject:    Award of [          ] Task Order

Good Afternoon [          ]

Enclosed for you records are copies of all award documentation for services required to provide FBI-specific [          ] Documentation includes a copy of SF-30 Modification awarding and funding the Task Order under [          ] and Purchase Order [          ]

The FBI SOW and [          ] documentation and test are incorporated into the Contract through this modification. The FBI requests that [     ] add this course to the [          ] Price List in the next revision.

b3
b6
b7C
b7E

Any questions concerning this matter, please forward to the above address to my attention, e-mail to [          ]@ic.fbi.gov, or you may call me at 202 [          ]

b3
b6
b7C
b7E

Sincerely

Contracting Officer
Science and Technology Contracts Unit

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-19-2012 BY 65179 DMH/MJS

b7E

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | | | PAGE | OF PAGES |
|---|---|---|---|---|---|---|
| | | | 1. CONTRACT ID CODE | | 1 | 1 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.   (If applicble) |
|---|---|---|---|
| Mod 1 | Jun 8, 2012 | | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY   (If other than Item 6) | CODE |
|---|---|---|---|
| Federal Bureau of Investigation<br>935 Pennsylvania Ave. NW<br>Washington, DC 20535 | | Same as Item 6. | |

| 8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICIATION NO. |
|---|---|---|---|
| | | | |
| | | | 9B. DATED   (SEE ITEM 11) |
| | | (X) | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| CODE | FACILITY CODE | | 10B. DATED   (SEE ITEM 13)<br>Jun 8, 2012 |

b3
b6
b7C
b7E

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA   (If required) |
|---|
| |

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:   (Specify authority)   THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes in paying office, appropriation date, etc. ) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| ☒ | D. OTHER (Specify type of modification and authority)<br>FAR 43.103 "Bilateral" and 32.7 "Funding" | |

**E. IMPORTANT:**   Contractor ☐ is not, ☒ is required to sign this document and return _____ 1 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (   Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to award this [          ] Tasking and provide funding in the amount of [          ] for the [          ] over a POP of 6/18/12 - 6/17/13. All [          ] are to be conducted in accordance with the SOW for the Task, SOW for the Contract, Terms & Conditions of the Contract, and [          ] proposed documentation and test submitted via e-mail 4/27/12 and 5/21/12. COTR of record is [          ] TPOC is [          ] Contractor exceeds funding at own risk.

b3
b6
b7C
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) |
|---|---|
| | Contracting Officer |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

STANDARD FORM 30   (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-10172

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-19-2012 BY 65179 DMH/MJS

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|---|
| | | | 1 | | 1 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|
| Mod 2 | 10/27/10 | | |

**6. ISSUED BY**          CODE

Federal Bureau of Investigation

935 Pennsylvania Ave. NW
Washington, DC 20535

**7. ADMINISTERED BY (If other than Item 6)**          CODE

Same as Item 6.

**8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)**

(X)  **9A. AMENDMENT OF SOLICIATION NO.**

b3
b6
b7C
b7E

**9B. DATED (SEE ITEM 11)**

**10A. MODIFICATION OF CONTRACT/ORDER NO.**

**X**  **10B. DATED (SEE ITEM 11)**

09/15/10

CODE                    FACILITY CODE

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a)By completing items 8 and 15, and returning 1 _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| **X** | D. | OTHER (Specify type of modification and authority)   FAR 43.103(a) Bilateral |

**E. IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return —— 1 —— copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to provide a no cost extension to the POP for the above PO through 6/15/2012 to accommodate the proposed 21-month POP to complete the [        ] TO. All terms and conditions of the contract apply and services are to be performed in accordance with the SOW at the direction of the COTR and Task Lead. Contractor exceeds funding at own risk.

b3
b6
b7C
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | Contracting Officer | |
| **15B. CONTRACTOR/OFFEROR** | **15C. DATE SIGNED** | **16B. UNITED STATES OF AMERICA** | **16C. DATE SIGNED** |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-19-2012 BY 65179 DMH/MJS



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

11 April 2012

b3
b6
b7C
b7E

Contract:
Subject:         Responses to

Good Afternoon

b3
b6
b7C
b7E

Please accept this letter as the Federal Bureau of Investigation's (FBI) official response to

While the FBI has deemed this
deliverable "postponed,"           will not be held responsible for delivering the
                within the original Task Order schedule            shall continue all other
efforts as previously agreed to under            Contract.

b3
b7E

If there are any questions please do not hesitate to contact my office.

Since

b6
b7C

Contracting Officer
Science and Technology Contracts Unit

CELLSITE-10280

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-19-2012 BY 65179 DMH/MJS

FD-369 (Rev. 2-21-89)

**FEDERAL BUREAU OF INVESTIGATION**

**REQUISITION FOR SUPPLIES AND/OR EQUIPMENT**

Req. #

b6
b7C
b7E

Page 1 of 1

ENTERED

May 21, 2010
Date

TTU/1845
Ordering Office/Cost Code

Approved By

Julian Date

Supply Technician:
Program Manager:
Funding Approved:
Requester:
COTR:

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order #

**FY 2010-R**

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|--------|----------------------|--------|------------------|---------------|------|-----------------|-----|------------|-------|
| 1 | | | | each | 1 | | | | |

**Requisition Description:**
Services

**Suggested Vendor:**

b3
b4
b7E

**SPECIAL INSTRUCTIONS:**
Ship to Code:
Delivery Instructions:
Government's Estimate:
Previous PO #
Previous Contract #

b7E

**JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:**
see attached EC

CELLSITE-10281

DECLASSIFIED BY 65179 DMH/MJS
ON 11-20-2012

(Rev. 05-01-2008)

SECRET//NOFORN/20350914

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                    Date:  09/14/2010

To:  Finance                  Attn:                          ERF A226.

From:  Operational Technology Division
                                        Tracking Technology Unit
          Contact:

Approved By:                                                    b6
                                                               b7C
                                                               b7E

Drafted By:

(U)    Case ID #:  (S//NF)  268-HQ-1068430 —744\           b7E

(U)    Title:  (S//NF) WIRELESS INTERCEPT AND TRACKING TEAM.   b7E
                                                               b3

(U)    Synopsis:  (S//NF) To request finance division initiate a
       contract action to apply enhancement funding received from

           Derived From :  FBI NSISCG-20090615
           Declassify On:  20350716

(U)    Enclosure(s):  (S//NF) FD369.

(U)    Details:  (S//NF) TTU intends to satisfy a critical
       requirement for providing location and identification systems   b3
       for investigations that require use of                          b7E

(U)    (S//NF)  It is requested that the Engineering Contracts Unit
       initiate contractual action, using FBI contract
       with

                    SECRET//NOFORN/20350914                    vpd

CELLSITE-10282

SECRET//NOFORN/20350914

To:  Finance   From:  Operational Technology Division
(U)   Re:  (S//NF)  268-HQ-1068430, 09/14/2010

program.  Funding in the amount of ▢ has been
provided on FD-369, ▢

(U) The Contracting Officer Technical Representative (COTR)
for this procurement is Electronics Engineer (EE) ▢
▢ and can be contacted at the Engineering Research
Facility, located in Quantico, Virginia, for any questions.

(U) Contracting Officers are responsible for ensuring that

b3
b7E
b6
b7C

b3
b7E
wpd

CELLSITE-10283

SECRET//NOFORN/20350914

To:  Finance  From:  Operational Technology Division
(U)  Re:  (S//NF)  268-HQ-1068430, 09/14/2010

LEAD(s):

Set Lead 1:   (Action)

    FINANCE

        AT WASHINGTON, DC

        FOR INFORMATION ONLY

wpd   b3
     b7E

CELLSITE-10284

SECRET//NOFORN/20350914

To:    Finance   From:   Operational Technology Division
(U)    Re:    (S//NF)   268-HQ-1068430, 09/14/2010

CC:    [                    ]

♦♦

b6
b7C

SECRET//NOFORN/20350914
4

[          ] wpd

b3
b7E

CELLSITE-10285

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/MJS

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE | OF | PAGES |
|---|---|---|---|---|---|
| | | | 1 | | 3 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|
| Mod 1 | 09/16/10 | | |

| 6. ISSUED BY | CODE | | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|

Federal Bureau of Investigation

935 Pennsylvania Ave. NW
Washington, DC 20535

7. ADMINISTERED BY (If other than Item 6)
Same as Item 6.

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

b3
b6
b7C
b7E

9B. DATED (SEE ITEM 11)

| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|---|---|
| | 10B. DATED (SEE ITEM 11)   09/16/10 |

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers   ☐ is extended,   ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a)By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. | OTHER (Specify type of modification and authority)   FAR 32.7 Funding |

E. IMPORTANT:  Contractor ☐ is not, ☒ is required to sign this document and return ____1____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Please see attached pages for details:

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

b6
b7C
b3
b7E

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)   Contracting Officer |
|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

| NSN 7540-01-152-8070   Previous edition unusable | STANDARD FORM 30 (REV. 10-83)   Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|

CELLSITE-10289

# SF-30 AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

## SF-30 PAGE 2 OF 3

Purchase Order Number: [ ]
Modification # 1
[ ] Task Order under [ ]

The purpose of this modification is to provide incremental funding in the amount of [ ] for services under the [ ] Task Order. Period of Performance: 9/14/10-9/14/11. All technical guidance to come from [ ] technical lead 703-[ ] Services to be performed in accordance with the sow and documents below.

Documentation Incorporated:
The following documents are hereby incorporated into the SOW for this Task Order under [ ]

- FBI [ ] Task Order Letter, Statement of Work, and accompanying documents dated 7/13/10;
- FBI [ ] technical questions and requests for clarifications submitted 8/26/10;
- [ ] dated 9/9/10, [ ] Cost Proposal Revision I (9 September 2010), Revised Technical Proposal submitted 9/9/10, and Responses to Government [ ] Questions;
- FBI Responses to Conditions and Assumptions (C&As) in [ ] Cost Proposal Revision I (9 September 2010):
  - The FBI concurs with the following C&As: 1, 3, 4, 7, 15, 20, 22, 29, 30, 31, 33, 34, and 35;
  - C&A 5 – the FBI shall, to the best of its ability support the response provided in the FBI's Responses to C&As for the [ ] e-mailed 9/14/10; however, for the above PO funding sources prevented the FBI from allocating all funding on one PO line [ ] does not need to invoice to these lines in any specific order;
  - C&A 11 : [ ]
  - Responses for all other C&As shall be those provided in the FBI's Responses to C&As for the [ ] asking e-mailed 9/14/10.

Award Summary:
The FBI the hereby awards this Task Order on the following estimates provided in [ ] [ ] (9 September 2010)" under the previously agreed up on Cost-Plus Fixed Fee pricing:

- [ ]
- [ ]
- [ ]

b3
b7E
b6
b7C

b3
b7E

b3
b7E

## SF-30 AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

### SF-30 PAGE 3 OF 3

Purchase Order Number:

Modification # 1

Task Order under

Award Summary (Con):
The Total estimated cost of this Task Order is [          ] The FBI provides incremental funding through PO [          ] in the amount of [          ]

b3
b6
b7C
b7E

General:
Terms and conditions are those in effect under the contract. Contractor exceeds funding at own risk. Invoices to be sent to [          ] COTR.

CELLSITE-10291

T//NOFORN//20350823

# (U//FOUO//LES) Responses to Proposal Questions

DATE: 11-23-2012
CLASSIFIED BY 65179 DMH/MJS
REASON: 1.4 (c, g)
DECLASSIFY ON: 11-23-2037

(U//FOUO//LES) This document is in response to the Government Questions and Requests for Clarification received 8/26/2010 regarding _____ Technical Proposal dated 8/16/2010.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b1
b3
b6
b7C
b7E

**(U//FOUO//LES) Question:** 12.0 Task Pricing.

(S)

**(U//FOUO//LES) Question:** 14.0 ____ summary.

(S)

b1
b3
b7E

**(U//FOUO//LES) Question:** 15.4 ____ system subtask 5: manual production.

(S)

b1
b3
b7E

**(U//FOUO//LES) Question:** 16.3 ____ system subtask 3 ____

(S)

b1
b3
b7E

SECRET//NOFORN//20350823

DERIVED FM NSISCG-20080301
DECLAS ON 20350629
9 SEP 2010

CELLSITE-10344

SECRET//NOFORN//20350823

(S)

b1
b3
b7E

(U//FOUO) **Question:** 1.2.2.3 ___ support is part of ___ not estimated as part of this proposal.

b1
b3
b7E

(U//FOUO//LES) **Question:** 3.1.2.1 ___

(S)

b1
b3
b7E

(U//FOUO//LES) **Question:** 3.1.3 Verify tha ___

SECRET//NOFORN//20350823

CELLSITE-10345

SECRET//NOFORN//20350823



(S)

b1
b3
b7E

(U//FOUO//LES) Question: 3.2.2.1

(S)

b1
b3
b7E

(U//FOUO//LES) Question: 3.3.1.3 The ☐ feature added in this phase includes ☐

(S)

b1
b3
b7E

SECRET//NOFORN//20350823

CELLSITE-10346

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/MJS



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

22 March 2011

Subject:   Contract [        ]
Engineering Change Proposal – [        ] Task Order

Dea[        ]

Please find enclosed a copy of the Statements of Work (SOW) for engineering services to provide an enhanced capability to the ongoing [        ] Task Order under the task previously awarded by the Federal Bureau of Investigation (FBI). This enhancement to the original Task shall be performed in accordance with the subject Contract [        ] shall provide technical and cost proposals to support this enhancement as set forth in the attached Statement of Work. Because labor rates and similar costs were agreed upon at the award of the contract and Task Order, an extensive Cost Proposal is not anticipated. Estimates of hours per labor category are required at a minimum.

If there are any question regarding this SOW please submit them to my office within the next five (5) business days. It is requested that [        ] review the enclosed SOW and if the proposed contract vehicle is appropriate, Cost-Plus Fixed Fee (CPFF), a cost and technical proposal should be submitted in accordance with the terms and conditions of the FBI's Contract prior to but no later than April 7, 2010 1:00 PM EST. Proposals may be submitted through fax at one of the numbers below or through unclassified e-mail at [        ]@ic.fbi.gov.

Should you have any questions concerning this matter, please contact me at 202[        ] [        ] response may be faxed to 202[        ] secure fax 202[        ]

b6
b7C
b3
b7E

b3
b6
b7C
b7E

Contracting Officer

b3
b7E

Attached: Enhancement to Statement of Work for [        ] Tasking

CLASSIFIED BY 65179 DMH/MJS
REASON: 1.4 (c, g)
DECLASSIFY ON: 11-23-2037

SECRET//20351216

# FEDERAL BUREAU OF INVESTIGATION

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

## Supplement 1 to [        ] Task Order

## (U) INTRODUCTION

b1
b3
b7E

(S)

b1
b3
b7E

## (U) DESCRIPTION OF REQUIREMENTS

(S)

Derived From: NSISCG-20080301
Declassify On: 20351216

SECRET//20351216

CELLSITE-10350

UNCLASSIFIED/FOUO/LES

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-23-2012 BY 65179 DMH/MJS

TASKABLE

Effort 1:

Definition of

- 
- 
- 
- 
- 
- 

b3
b7E

Behavior requirements:

- 
- 
- 
- 

b3
b7E

CELLSITE-10351

UNCLASSIFIED/FOUO/LES

Effort2

- 

b3
b7E

Behavior requirements:

b3
b7E

UNCLASSIFIED/FOUO/LES

CELLSITE-10352

DECLASSIFIED BY 65179 DMH/MJS
ON 11-20-2012

439

(Rev. 05-01-2008)

SECRET//NOFORN/20350325

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                 Date:   03/25/2010

To:  Finance                 Attn:                        ERF

From:  Operational Technology Division
                                    Tracking Technology Unit
          Contact:                                          b6
                                                            b7C
Approved By:                                                b7E


Drafted By:                                      719

(U)  Case ID #: (S//NF)  268-HQ-1068430—

(U)  Title:  (S//NF)                    Task

(U)  Synopsis:  (S//NF) To request finance division initiate    b3
contract modification action for the continued development of   b7E
work (SOW)         as specified on the attached statement of
contract                                 using FBI

          Derived From :  FBI NSISCG-20090615
          Declassify On:  20350325


(U)  Enclosure(s):  (S//NF) Statement of Work and FD369        .

(U)  Details:  (S//NF) TTU intends to satisfy a critical mission
requirement                                                      b3
                                                                b7E
                                                                b6
                                                                b7C


(U) The Contracting Officer Technical Representative (COTR)
for this procurement is Electronics Engineer (EE)

MT#27173                SECRET//NORFORN/20350325          wpd

UPLOADED MAR 31 2010 S.D.J.

CELLSITE-10377

SECRET//NOFORN/20350325

To: Finance   From: Operational Technology Division
(U)   Re:   (S//NF)   268-HQ-1068430, 03/25/2010

[redacted] and can be contacted at the Engineering Research
Facility, located in Quantico, Virginia, for any questions.

(U) Contracting Officers are responsible for ensuring that

b6
b7C
b3
b7E

SECRET//20340909

2

FD-369 (Rev. 2-21-89)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/MJS

**FEDERAL BUREAU OF INVESTIGATION**

**REQUISITION FOR SUPPLIES AND/OR EQUIPMENT**

Req. #

**ENTERED**

b3
b6
b7C
b7E

Page 1 of 1

February 19, 2010

Date

TTU/1845

Ordering Office/Cost Code

Approved By

Julian Date

Supply Technician:
Program Manager:
Funding Approved:
Requester:
COTR:

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order #

**FY 2010**

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL |
|--------|----------------------|--------|------------------|---------------|------|------------------|-----|-----------|-------|
| 1 | | | | each | 1 | | | | |
| 2 | | | | each | 1 | | | | |

b3
b7E
b4

**Requisition Description:**
Engineering Services

**Suggested Vendor:**

**RECEIVED**
MAY 0 3 2010
BY: _____

**SPECIAL INSTRUCTIONS:**
Ship to Code:
Delivery Instructions:  M-F, 8am-4pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

b7E
b6
b7C

**JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:**
See attached EC

CELLSITE-10379

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-23-2012 BY 65179 DMH/MJS

UNCLASSIFIED//FOUO/SBU/LES/20351202

# UNCLASSIFIED Statement of Work

b3
b7E

FEDERAL BUREAU OF INVESTIGATION

UNCLASSIFIED//FOUO/SBU/LES/20351202

CELLSITE-10380

UNCLASSIFIED//FOUO/SBU/LES/20351202

FEDERAL BUREAU OF INVESTIGATION

STATEMENT OF WORK

# (U) INTRODUCTION

(U) This statement of work shall provide the vendor with requirements for developing products and conducting research. The following shall provide an overall description and scope of the task set forth in this STATEMENT OF WORK.

## (U) BACKGROUND and SCOPE

(U) The Federal Bureau of Investigation (FBI), Operational Technology Division (OTD), Tracking Technology Unit (TTU) has identified requirements to conduct research and to develop technical solutions and products, which provide the FBI with operational capabilities to

b3
b7E

# (U) DESCRIPTION AND REQUIREMENTS

## (U) TASK DESCRIPTIONS

(U) Specifically, the FBI is tasking the vendor to develop, productize, and deliver products that provide the FBI with

b3
b7E

UNCLASSIFIED//FOUO/SBU/LES/20351202

UNCLASSIFIED//FOUO/SBU/LES/20351202

provide the mentioned capabilities in an effective, efficient, and timely fashion, which provides benefit to the FBI's operational requirements.

## (U) SYSTEM DESCRIPTION

(U) Included in the CLASSIFIED SOW is a description of the SYSTEM to be developed and delivered to the FBI that shall satisfy requirements as set forth in the STATEMENT OF WORK. Included are also details of requirements that define functional objectives of the SYSTEM. Functional objectives are defined as the minimum requirements that define "what" functions the SYSTEM shall perform to satisfy the goals and objectives of the development.

## (U) DELIVERABLES

(U) The following section provides for a delivery schedule as listed in Table 1 below, as well as details concerning each delivery requirement.

## (U) DELIVERY SCHEDULE

| ITEM | Time Frame |
|------|-----------|
| Monthly Project Status Reports | NLT Five (5) Business Days of each new month upon project inception, to include the following:<br>• Schedules<br>• Financial Status<br>• Overall description of Issues/Concerns<br>Reoccurring – |
| Testing, Verification, and Demonstration | Testing and Verification shall be performed throughout the development lifecycle as required.<br>A government Acceptance test shall be delivered to the contractor within 180 days after project start. |
| FINAL SYSTEM Delivery | Pending successful final acceptance testing, NLT than 548 days (1.5 Years) after project start |
| SYSTEM Training | Ongoing – Provided during delivery of<br>Final – Provided to FBI personnel on FINAL SYSTEM Delivery NLT 548 days (1.5 Years) after project inception |
| SYSTEM Documentation | NLT 30 days after FINAL SYSTEM Delivery |

b7E

## (U) DELIVERY ITEM DESCRIPTIONS

UNCLASSIFIED//FOUO/SBU/LES/20351202

UNCLASSIFIED//FOUO/SBU/LES/20351202

(U) The following provides **further** descriptions of items described above in Table 1.

- (U) MONTHLY STATUS REPORTING - The vendor shall provide monthly status reporting in electronic and documented format to the FBI, which consists of at minimum information related to labor hours, other direct costs, details of work performed or project status, as well as the identification of any issues that need to be communicated to the FBI. The vendor shall provide a format to the FBI at project inception, and receive concurrence on appropriate format of monthly status reports. Monthly status reports shall describe and reflect that status of developments and deliverables, to include scheduling issues, to enable the FBI to intervene and provide any direction as necessary.

- (U) TESTING, VERIFICATION, AND DEMONSTRATION

  - [ redacted ]                                                                              b3
                                                                                             b7E

  - The vendor shall provide, at vendor facilities, for a government **"ACCEPTANCE TEST"**, which shall demonstrate system configuration and setup, and all functionality of the SYSTEM, prior to FINAL SYSTEM delivery. The SYSTEM shall be demonstrated as operationally connected, fully functional, end-to-end SYSTEM.

- (U) FINAL SYSTEM DELIVERY – The vendor shall provide delivery of the SYSTEM, which includes the following:

  - SYSTEM shall be operationally able to function, end-to-end.
  - SYSTEM delivery shall include all [ redacted ] items required to install a fully operational product, to include user manuals and other product related documentation.

- (U) SYSTEM TRAINING – The vendor shall provide training for a limited number of personnel as identified by the FBI on installation and use of the SYSTEM as delivered [ redacted ] FINAL SYSTEM Training shall be on-site at a remote location determined by the FBI

                                                                                             b3
                                                                                             b7E

- (U) SYSTEM Operational Deployment – The vendor shall provide maintenance and troubleshooting support to resolve operational or performance issues as identified by the FBI. This period of support shall be, at a minimum, 1 year (365 days) upon delivery of the FINAL SYSTEM.

- (U) SYSTEM Documentation – The vendor shall deliver, to the FBI, technical documents that describe all components and operations of the SYSTEM. Documentation shall include

UNCLASSIFIED//FOUO/SBU/LES/20351202

UNCLASSIFIED//FOUO/SBU/LES/20351202

descriptions of all applicable [                    ] and related                                    b3
manuals used for setup, operations, and troubleshooting procedures.                                b7E

# (U) OTHER REQUIREMENTS

(U) The following sections shall describe other requirements related to the development and delivery of the SYSTEM described in this STATEMENT OF WORK.

# (U) SPACE REQUIREMENTS

(U) Vendor development efforts will be conducted primarily within vendor business spaces. The Vendor shall be afforded access to the primary FBI entity's spaces for meetings, product demonstrations and general interaction with FBI personnel. All contractor access to FBI facilities is contingent on FBI security approval.

# (U) OTHER DIRECT COSTS

**Materials**
(U) Other Direct Costs (ODC's) will be paid in accordance with the [        ] contract. The        b3
contractor shall purchase the materials needed to support the development addressed under this SOW.  b7E
All purchases must be approved by the COTR prior to purchase execution. All materials, [        ]
[        ] purchased as ODC shall be considered Government Furnished Equipment.

# (U) GOVERNMENT FURNISHED EQUIPMENT

(U) Vendor shall provide the FBI with a listing of required GFE in response to this SOW.

UNCLASSIFIED//FOUO/SBU/LES/20351202

CLASSIFIED BY 65179 DMH/MJS
REASON: 1.4 (c, g)
DECLASSIFY ON: 11-20-2037

~~SECRET//NOFORN/20351202~~

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

# STATEMENT OF WORK

b3
b7E

# FEDERAL BUREAU OF INVESTIGATION

Derived From: NSISCG-20080301
~~Declassify On: 20351202~~

~~SECRET//NOFORN/20351202~~

SECRET//NOFORN/20351202

# FEDERAL BUREAU OF INVESTIGATION

## STATEMENT OF WORK

(S)

b1
b3
b7E

SECRET//NOFORN/20351202

SECRET//NOFORN/20351202

(S)



b1
b3
b7E

(U) **(S//NF) SYSTEM DESCRIPTION**

(U) The following shall provide a description of the SYSTEM to be developed and delivered to the FBI that shall satisfy requirements as set forth in this STATEMENT OF WORK. Included are also details of requirements that define functional objectives of the SYSTEM. Functional objectives are defined as the minimum requirements that define "what" functions the SYSTEM shall perform to satisfy the goals and objectives of the development.

(S) (S//NF) Figure 1 depicts a conceptual SYSTEM diagram to highlight desired components. The SYSTEM shall include all resources required to satisfy the requirements defined within the scope of this SOW.

CELLSITE-10388

SECRET//NOFORN/20351202



(S)

b1
b3
b7E

(U)

Description

b3
b7E

SECRET//NOFORN/20351202

CELLSITE-10389

FOR OFFICIAL USE ONLY



b3
b7E

The request for information above and the immediate postponement of testing are intended to aid the FBI in providing concise guidance with sufficient detail. By making these inquiries and determinations during this Phase of testing the FBI intends to minimize revisions and alterations required prior to Phase 3 or Acceptance Testing. Your assistance is greatly appreciated. The FBI will provide additional background and direction as soon as possible.

To minimize the amount time required to fulfill the above effort, please do not hesitate to contact my office with any questions or concerns.

Sincerely,



Contracting Officer
Science and Technology Contracts Unit

b6
b7C

b3
b6
b7C
b7E

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 92
Page 21 ~ b3; b4; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b6; b7C; b7E;
Page 25 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b7E;
Page 48 ~ b3; b4; b7E;
Page 49 ~ b3; b4; b6; b7C; b7E;
Page 50 ~ b3; b4; b7E;
Page 51 ~ b3; b4; b7E;
Page 52 ~ b3; b4; b7E;
Page 53 ~ b3; b4; b7E;
Page 54 ~ b3; b4; b7E;
Page 55 ~ b3; b4; b7E;
Page 56 ~ b3; b4; b7E;
Page 57 ~ b3; b4; b7E;
Page 58 ~ b3; b4; b7E;
Page 59 ~ b3; b4; b7E;
Page 60 ~ b3; b4; b7E;
Page 61 ~ b3; b4; b7E;
Page 62 ~ b3; b4; b7E;
Page 63 ~ b3; b4; b7E;
Page 65 ~ b3; b4; b7E;
Page 66 ~ b3; b4; b6; b7C; b7E;
Page 67 ~ b3; b4; b7E;
Page 68 ~ b3; b4; b7E;
Page 69 ~ b3; b4; b7E;
Page 106 ~ b1; b3; b7E;
Page 107 ~ b1; b3; b7E;
Page 125 ~ b1; b3; b7E;
Page 127 ~ Duplicate - Finance 2, p. 156;
Page 132 ~ b3; b4; b7E;
Page 133 ~ b3; b4; b7E;
Page 134 ~ b3; b4; b7E;
Page 135 ~ b3; b4; b7E;
Page 157 ~ b3; b5; b6; b7C; b7E;
Page 158 ~ b3; b4; b5; b6; b7C; b7E;
Page 168 ~ b3; b4; b7E;
Page 169 ~ b3; b4; b7E;
Page 170 ~ b4;
Page 172 ~ b1; b3; b4; b7E;
Page 173 ~ b1; b3; b4; b7E;
Page 174 ~ b3; b4; b7E;
Page 175 ~ b3; b4; b7E;
Page 176 ~ b3; b4; b7E;
```

```
Page 177 ~ b3; b4; b7E;
Page 181 ~ Duplicate - Finance-2 p. 136 & following;
Page 182 ~ Duplicate - Finance-2 p. 136 & following;
Page 187 ~ Duplicate - Finance-2 p. 103 & following;
Page 188 ~ Duplicate - Finance-2 p. 103 & following;
Page 189 ~ Duplicate - Finance-2 p. 103 & following;
Page 190 ~ Duplicate - Finance-2 p. 103 & following;
Page 191 ~ Duplicate - Finance-2 p. 103 & following;
Page 192 ~ Duplicate - Finance-2 p. 103 & following;
Page 193 ~ Duplicate - Finance-2 p. 103 & following;
Page 194 ~ Duplicate - Finance-2 p. 103 & following;
Page 195 ~ Duplicate - Finance-2 p. 103 & following;
Page 196 ~ Duplicate - Finance-2 p. 126 & following;
Page 197 ~ Duplicate - Finance-2 p. 126 & following;
Page 198 ~ Duplicate - Finance-2 p. 126 & following;
Page 199 ~ Duplicate - Finance-2 p. 126 & following;
Page 200 ~ Duplicate - Finance-2 p. 126 & following;
Page 201 ~ Duplicate - Finance-2 p. 126 & following;
Page 212 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 213 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 214 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 215 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 216 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 217 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 218 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 219 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 220 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 221 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 222 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 223 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 224 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 225 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 226 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 227 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 228 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 229 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 230 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 231 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 232 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 233 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 234 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 235 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 236 ~ Duplicate - OTD-Contract-6 p. 209 & following;
Page 237 ~ Duplicate - OTD-Contract-6 p. 209 & following;

                              XXXXXXXXXXXXXXXXXXXXXXX
                              X   Deleted Page(s)    X
                              X   No Duplication Fee X
                              X   For this Page      X
                              XXXXXXXXXXXXXXXXXXXXXXX
```

DATE: 11-21-2012
CLASSIFIED BY 65179 DMH/MJS
REASON: 1.4 (c, g)
DECLASSIFY ON: 11-21-2037

~~SECRET~~//20351202

# ROUGH ORDER OF MAGNITUDE (ROM) ESTIMATE

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

FEDERAL BUREAU OF INVESTIGATION

**Derived From: NSISCG-~~20080301~~**
**~~Declassify On: 20351202~~**

~~SECRET~~//20351202

CELLSITE-16164

~~SECRET~~//20351202

# FEDERAL BUREAU OF INVESTIGATION

Soppli

## ~~ROUGH ORDER OF MAGNITUDE ESTIMATE~~

## (U) INTRODUCTION

(S)

## (U) DESCRIPTION OF REQUIREMENTS

b1
b3
b7E

(S)

~~SECRET~~//20351202

CELLSITE-16165

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/MJS

Meeting Minutes
November 17th 2010

Attendees:

b3
b6
b7C
b7E

Customer Attendees

Meeting Minutes:

- ○ Customer requested we bring applicable SOWs to future meetings.
- ○ Discussed

b3
b7E

CELLSITE-16172

b3
b7E

# Communications Architecture Study

b6
b7C

CELLSITE-16192



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/MJS

**From:**
**Sent:**      Thursday, July 28, 2011 12:10 PM
**To:**
**Cc:**

**Subject:**          Phase 3 Rescope Hours

b3
b6
b7C
b7E

We thought that providing you development hours (rather than $$) for the current Phase 3 and the [____] efforts was the best way to get a quick apples to apples comparison without spending a lot of time trying to give you a detailed menu of each item.  When we get agreement on what scope needs to be removed, we can then spend the time to assess the cost impact (if any) and to replan the Phase 3 work.

b3
b6
b7C
b7E

The following table lists the development hours for both the [____] and current Phase 3 efforts.  The good news is that it looks like the [____] gets us within [____] of the [____] hours.

**Capability**

**Development Hours**

**Phase 3 Efforts**

b3
b7E

b3
b6
b7C
b7E

CELLSITE-16198

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/MJS

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | 1 | | 2 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(if applicble)* |
|---|---|---|---|
| Mod 4 | Nov 15, 2011 | | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY *(if other than Item 6)* | CODE |
|---|---|---|---|
| Federal Bureau of Investigation<br>Room 6853<br>935 Pennsylvania Ave. NW<br>Washington, DC 20535 | | Same as Item 6. | |

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

(X)

b3
b6
b7C
b7E

| | |
|---|---|
| 9A. AMENDMENT OF SOLICIATION NO. | |
| 9B. DATED *(SEE ITEM 11)* | |
| (X) 10A. MODIFICATION OF CONTRACT/ORDER NO. | |
| 10B. DATED *(SEE ITEM 13)* 9/15/2010 | |

| CODE | FACILITY CODE |
|---|---|
| | |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(if required)*

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| [ ] | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| [ ] | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| [ ] | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| [X] | D. OTHER *(Specify type of modification and authority)*<br>FAR 32.7 "Funding" and 43.103 "Bilateral" | |

E. IMPORTANT:   Contractor [ ] is not, [X] is required to sign this document and return _____ 1 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION ( *Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this modification is to finalize the funding awarded for the [     ] Task Order and [     ] enhancement sub-tasking under Mod 3. Attached is the calculation of these figures. This revision includes the following final figures: [     ] for the Revised Total Award for the [     ] Task Order; [     ] for the [     ] under [     ] for the [     ] ECP Prep Costs; and [     ] is identified on the PO for close out and rate adjustments. The total amount on the PO remains unchanged: [     ] No other adjustments are made to the Contract. Contractor exceeds funding at own risk.

b3
b4
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* |
|---|---|
| | |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| *(Signature of person authorized to sign)* | | *(Signature of Contracting Officer)* | |

NSN 7540-01-152-8070
Previous edition unusable

**STANDARD FORM 30** (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-16199

**SF-30 | Mod 4 | Dated 11/15/11 | Page 2 of 2**
**Contract #**  ⬚ **| 9/15/09**
**PO:** ⬚ **Dated 8/29/11**

Through this modification, the FBI acknowledges that the ⬚ costs
below include G&A and OH. Calculations regarding revisions to the funding under ⬚ and
the ⬚ are below and hereby incorporated into the contract.

b3
b7E

**Revised and Final Calculations**

Original ⬚ Proposal Cost Sept 2010

Revised Cost of ⬚ = Original Cost - ⬚
Revised ⬚ Services Cost - ⬚ Sept 2011
⬚ ECP Proposal Prep Costs
Revised Total Cost of ⬚
FY10 Partial Funding Under ⬚
Remaining Funding Required - FY11 or ⬚
Reserved or ⬚ for contract close out and rate changes
Total or ⬚

b3
b4
b7E

CELLSITE-16200

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-21-2012 BY 65179 DMH/MJS

Original

Original [____] Proposal Cost Sept 2010
[____] FY11 rates should not affect this total
[____] FY11 rates should not affect this total
Revised Cost of [_____] - Cancellations
Sept Revised [____] Services Cost
Revised cost of [_____]
FY10 Funds
Revised required FY11 funds (w/o [____] ECP)
Revised [____] ECP Costs  (Sept 2011)
[____] requested revised full award potential
"savings"

b3
b4
b7E

CELLSITE-16201

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/MJS

08/31/2011  17:26                 QCU                 PAGE  03/07

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|---|
| | | | 1 | | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| Mod 3 | Aug 31, 2011 | | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| Federal Bureau of Investigation<br>Room 6853<br>935 Pennsylvania Ave. NW<br>Washington, DC 20535 | | Same as Item 6. | |

b3
b6
b7C
b7E

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| | | 9B. DATED  (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | 10B. DATED  (SEE ITEM 13)<br>9/15/2010 |

| CODE | FACILITY CODE |
|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified in the solicitation or as amended, by one of the following methods: ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| ☒ | D. OTHER (Specify type of modification and authority)<br>FAR 32.7 "Funding" and 43.103 "Bilateral" | |

E. IMPORTANT:  Contractor ☐ is not, ☒ is required to sign this document and return ___1___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to 1) cancel the requirements for [_____] " 2) award the [_____] to the [_____] Task Order under the above Contract with ECP costs contingent up on audit; 3) provide final increment of funding for [_____] 4) incorporate documentation; and 5) other contractual matters. See attached pages for detailed information.

b3
b6
b7C
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | |
| 15B. (Signature of person authorized to sign) | 15C. DATE SIGNED<br>6 Sep 2011 |
| | 16B. (Signature of Contracting Officer) |
| | 16C. DATE SIGNED<br>8/31/11 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-16202

SECRET

DATE: 11-21-2012
~~SECRET~~IFIED BY 65179 DMH/MJS
REASON: 1.4 (c, g)

b3
b7E

(S)

b1
b3
b7E



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~

CELLS
b6   16203
b7C   5

Disatssion of  8/9/11

Idees. all

DECLASSIFIED BY 65179 DMH/MJS
ON 11-21-2012

SECRET//NOFORN/20350708



(U)   (S//NF) [redacted] Questions

1   • (U) Is this a [redacted]

(U)   2   • (S//NF) Is the [redacted] always running on [redacted] For example, when the system is running a standard [redacted]

3   • (U) Does all [redacted] need to be [redacted]

4   • (U) Do you want the ability to [redacted]

(U)   5   • (S//NF) Do you want support added to the [redacted]

6   • (U) What is the expectation for STSTEM [redacted] This was not included in the original SoW or proposal.

b3
b7E

SECRET//NOFORN/20350708

CELLSITE-16206

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/MJS

TRANSMISSION VERIFICATION REPORT

TIME  : 08/31/2011 17:28
NAME  : QCU
FAX   :
TEL   :
SER.# :

b3
b6
b7C
b7E

| | |
|---|---|
| DATE,TIME | 08/31  17:26 |
| FAX NO./NAME | |
| DURATION | 00:01:31 |
| PAGE(S) | 07 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

---

**FD-448**
Revised
10-27-2004

FEDERAL BUREAU OF INVESTIGATION
# FACSIMILE COVER SHEET

## PRECEDENCE

○ Immediate          ○ Priority          ○ Routine

## CLASSIFICATION

○ Top Secret     ○ Secret     ○ Confidential     ○ Sensitive     ○ Unclassified

## TO

Name of Office:                                          Facsimile Number:     Date: **08/31/2011**

Attn:                                                    Room:     Telephone Number:

b3
b6
b7C
b7E

## FROM

Name of Office:
**FBI - Science and Technology Contracts Unit**          Number of Pages: (including cover) ~~02~~ 7

Originator's Name:          Originator's Telephone Number:          Originator's Facsimile Number:

Approved:

## DETAILS

Subject:
**Please find attached SF-30 Mod 3, Purchase Order** [        ] **, and award/audit letter for** [        ]

b3
b7E

Special Handling Instructions:
**Please sign the attached SF-30 (Mod 3) and fax/scan back for finalization. Note: without signatures, funding is not officially obligated under the Mod/PO.**

Brief Description of Communication Faxed:
**Thank you for your assistance and have a good day.**

CELLSITE-16207

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/MJS

**FD-448**
Revised
10-27-2004

FEDERAL BUREAU OF INVESTIGATION
# FACSIMILE COVER SHEET

## PRECEDENCE

○ Immediate  ○ Priority  ○ Routine

## CLASSIFICATION

○ Top Secret  ○ Secret  ○ Confidential  ○ Sensitive  ○ Unclassified

## TO

| Name of Office: | | Facsimile Number: | Date: 08/31/2011 |
|---|---|---|---|
| Attn: | | Room: | Telephone Number: |

## FROM

Name of Office:
**FBI - Science and Technology Contracts Unit**

Number of Pages: (including cover)

| Originator's Name: | Originator's Telephone Number: | Originator's Facsimile Number: |
|---|---|---|

Approved:

b3
b6
b7C
b7E

## DETAILS

Subject:
**Please find attached SF-30 Mod 3, Purchase Order** [          ] **and award/audit letter for** [          ]

Special Handling Instructions:
**Please sign the attached SF-30 (Mod 3) and fax/scan back for finalization. Note: without signatures, funding is not officially obligated under the Mod/PO.**

Brief Description of Communication Faxed:
**Thank you for your assistance and have a good day.**

## WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

CELLSITE-16208

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/MJS



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

31 August 2011

b3
b6
b7C
b7E

Contract:
Subject:                Tasking – Phase 3 Updates

Good Afternoon

The accompanying documentation, SF-30 Mod 3 and Purchase Order ⬚⬚⬚ provide for the award of the ⬚⬚⬚ under the ⬚⬚⬚ Tasking of the ⬚⬚⬚ Contract. This documentation provides the final increment of funding for the ⬚⬚⬚ Task including FY10 shortfalls and the addition of the ⬚⬚⬚ Please provide a signed copy of Mod 3 to officially provide these funds identified through the Mod.

As was discussed in meetings August 9 and 10 of this year, the FBI had contemplated cancelling subtaskings under Phase 3 of this Task Order due to revised priorities within the agency. The award documentation reflects and provides calculations identifying the changing in funding requirements. To finalize these calculations, ⬚⬚⬚ is hereby requested to provide the costs and breakdown of Overhead (OH) and G&A for the each of the 2 subtasks cancelled through the award documentation. In addition, the FBI is withholding the ⬚⬚⬚ ECP preparation costs pending an audit of these figures as they have been deemed excessive. ⬚⬚⬚ is requested to provide a detailed breakdown of all costs incurred to reach the requested ECP preparation costs. Once these two figures have been settled, a supplemental modification will be issued to provide the ECP preparation costs and OH & G&A adjustments.

b3
b7E

Thank you in advance for your assistance with these matters. If there are any questions please do not hesitate to contact my office.

b6
b7C

Contracting Officer
Science and Technology Contracts Unit

CELLSITE-16209

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/MJS

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | | PAGE | OF | PAGES |
|---|---|---|---|---|---|---|
| 1. CONTRACT ID CODE | | | | 1 | | 2 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|
| Mod 3 | Aug 31, 2011 | | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (if other than Item 6) | CODE |
|---|---|---|---|
| Federal Bureau of Investigation<br>Room 6853<br>935 Pennsylvania Ave. NW<br>Washington, DC 20535 | | Same as Item 6. | |

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)

| (X) | |
|---|---|
| | 9A. AMENDMENT OF SOLICIATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | 10B. DATED (SEE ITEM 13)  9/15/2010 |

b3
b6
b7C
b7E

| CODE | FACILITY CODE |
|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| ☐ | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☐ | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| ☒ | D. | OTHER (Specify type of modification and authority)  FAR 32.7 "Funding" and 43.103 "Bilateral" |

**E. IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return ___1___ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to 1) cancel the requirements for _____ & _____ and _____" 2) award the _____ to the _____ Task Order under the above Contract with ECP costs contingent up on audit; 3) provide final increment of funding for _____ 4) incorporate documentation; and 5) other contractual matters. See attached pages for detailed information.

b3
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | Contracting Officer |
| 15B. CONTRACTOR/OFFEROR | 16B. UNITED STATES OF AMERICA |
| (Signature of person authorized to sign) | (Signature of Contracting Officer) |
| 15C. DATE SIGNED | 16C. DATE SIGNED |

b6
b7C

NSN 7540-01-152-8070<br>Previous edition unusable

STANDARD FORM 30 (REV. 10-83)<br>Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-16210

**SF-30 | Mod 3 | Dated 8/31/11 | Page 2 of 2**
**Contract #**⬚⬚⬚⬚⬚⬚⬚⬚ **| 9/15/09**
**PO:**⬚⬚⬚⬚⬚⬚⬚**| Dated 8/29/11**

The purpose of this modification is to:

1. Cancel all work for the⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚subtaskings under Phase 3 of the⬚⬚⬚⬚⬚Task Order awarded in September 2010. According to⬚⬚⬚⬚ ⬚⬚⬚Cost Proposal documentation dated 8/17/2011, these subtaskings are valued at ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚respectively, not including Overhead (OH) and G&A costs.⬚⬚⬚⬚⬚ shall provide the costs for the OH and G&A costs for these two subtasks which will be reduced from the total Task Order value;

2. Award the⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚supplement to⬚⬚⬚⬚⬚Task Order in the amount of ⬚⬚⬚⬚⬚0 for services. Award of⬚⬚⬚⬚ECP preparation costs in the amount of ⬚⬚⬚⬚⬚⬚are contingent upon an audit of these costs to be conducted as soon as possible;

3. Final increment of funding for the continuation of services under the⬚⬚⬚⬚⬚Tasking, inclusive of the⬚⬚⬚award, in the amount of⬚⬚⬚⬚⬚⬚is provided under this Mod and ⬚⬚⬚⬚⬚⬚based on the following calculations:

> Original⬚⬚⬚⬚Proposal Cost Sept 2010
>
> Revised Cost of⬚⬚⬚⬚= Original Cost of⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚
> ⬚⬚⬚⬚⬚
> Cost of Services for⬚⬚⬚⬚⬚⬚⬚⬚⬚
> Interim Revised Total Cost = Revised Cost of⬚⬚⬚⬚+ Cost of⬚⬚⬚Services*
> *Note: Interim Revised Total Cost does not include the addition of⬚⬚⬚ECP preparation Costs or the subtraction of⬚⬚⬚⬚⬚⬚⬚OH/G&A Costs
>
> Interim Revised Total Cost
> FY10 Partial Funding Under⬚⬚⬚⬚⬚
> ⬚⬚⬚⬚Award = Interim Revised Total Cost – FY10 Partial Funding
> ⬚⬚⬚ECP Preparation Estimated Costs
> Full Award Potential = Mod 3⬚⬚⬚⬚Award + Estimated⬚⬚ECP Costs

Once the figures for the⬚⬚⬚⬚⬚⬚⬚⬚⬚OH/G&A costs have been settled and the⬚⬚⬚ECP Costs have been audited, the Award identified in this Mod 3 will be finalized to include these outstanding figures through a supplemental Mod 4;

4. The following documents are hereby incorporated into the contract: FBI SOW for Supplement 2 to the⬚⬚⬚⬚Task Order dated 8/1/11,⬚⬚⬚questions regarding the ECP Request dated 8/11/11, and FBI Responses to⬚⬚⬚questions dated 8/15/11, and⬚⬚⬚ Cost and Technical Proposals for the⬚⬚⬚⬚⬚dated 8/17/11;

5. All work is to be performed in accordance with the SOWs for the Tasking, SOW for the Contract, and all T&C of the Contract. Period of Performance for the⬚⬚⬚⬚Task Order remains June 2012. Technical guidance is to come from COTR,⬚⬚⬚⬚⬚. Invoice to COTR. Contractor exceeds funding at own risk.

b3
b4
b7E

CELLSITE-16211

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/MJS

**FD-448**
Revised
10-27-2004

## FEDERAL BUREAU OF INVESTIGATION
## FACSIMILE COVER SHEET

### PRECEDENCE

○ Immediate          ○ Priority          ○ Routine

### CLASSIFICATION

○ Top Secret   ● ~~Secret~~   ○ Confidential   ○ Sensitive   ○ Unclassified

### TO

| Name of Office: | | Facsimile Number: | Date: 08/01/2011 |
|---|---|---|---|
| Attn: | | Room: | Telephone Number: |

### FROM

Name of Office:                                                                                      b3
**FBI - Science and Technology Contracts Unit**     Number of Pages: (including cover)    b6
                                                                       **6**                         b7C
Originator's Name:        Originator's Telephone Number:    Originator's Facsimile Number:    b7E

Approved:

### DETAILS

Subject:
**Please find attached Task Order Letter [          ] Supplement #2 SOW and Task Order Letter - for the [          ] Contract [          ]**

                                                                                      b3
                                                                                      b6
Special Handling Instructions:                                                        b7C
**Please confirm receipt - sign this page and fax to the UNCLASS fax # above [          ]**     b7E

Brief Description of Communication Faxed:
**Task Order Letter and the Fax Cover are Unclassified; [          ] Supplement SOW is ~~Secret~~. Thank you for your assistance and have a good day.**

### WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

CELLSITE-16212

**FD-448**
Revised
10-27-2004

FEDERAL BUREAU OF INVESTIGATION

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/MJS

## FACSIMILE COVER SHEET

8/1/11

### PRECEDENCE

○ Immediate          ○ Priority          ○ Routine

### CLASSIFICATION

○ Top Secret     ● Secret     ○ Confidential     ○ Sensitive     ○ Unclassified     b3
                                                                                      b6
### TO                                                                                b7C
                                                                                      b7E
Name of Office: | Facsimile Number: | Date: 08/01/2011

Attn: | Room: | Telephone Number:

### FROM

Name of Office:
**FBI – Science and Technology Contracts Unit** | Number of Pages: (including cover) **6**

Originator's Name: | Originator's Telephone Number: | Originator's Facsimile Number:

Approved:

### DETAILS

Subject:
**Please find attached Task Order Letter –           Supplement #2 SOW and Task Order Letter – for the           Contract**

Special Handling Instructions:     b3
**Please confirm receipt – sign this page and fax to the UNCLASS fax # above (x     ).**     b6
                                                                                              b7C
                                                                                              b7E

8/1/11

Brief Description of Communication Faxed:
**Task Order Letter and the Fax Cover are Unclassified;           Supplement SOW is Secret. Thank you for your assistance and have a good day.**

### WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

DATE: 11-21-2012
CLASSIFIED BY 65179 DMH/MJS
REASON: 1.4 (c, g)
DECLASSIFY ON: 11-21-2037

~~SECRET~~//NOFORN/20360726

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b3
b7E

# Supplement 2 to [ ] Task Order

## Statement of Work

## FEDERAL BUREAU OF INVESTIGATION

Derived From: ~~NSISCG-20080301~~
Declassify On: ~~20360726~~

~~SECRET~~//NOFORN/20360726

CELLSITE-16214

SECRET//NOFORN/20360726

## FEDERAL BUREAU OF INVESTIGATION

### Supplement 2 to [ ] Task Order

### Statement of Work

# (U) INTRODUCTION

b3
b7E

(U) This purpose of this paper is to provide the vendor with a statement of work that describes additional requirements for conducting engineering services of products outlined in the Statement of Work of the original [ ] Task Order. The following shall provide an overall description of the additional requirements not addressed in the original Statement of Work in the [ ] Task Order, awarded in September 2010.

# (U) DESCRIPTION OF REQUIREMENTS



b1
b3
b7E

(S)

(S)

SECRET//NOFORN/20360726

CELLSITE-16215

SECRET//NOFORN/20360726

(S)

## (U) DELIVERABLES

(U) (S//NF) The following section provides for a delivery schedule as listed in Table 2 below, as well as details concerning each delivery requirement.

b1
b3
b7E

## (S//NF) DELIVERY SCHEDULE

(U)

(U)

| ITEM | Time Frame and Description | |
|---|---|---|
| Status Reports | (S//NF) As specified in original | |
| ystem | (S//NF) As specified in original | |
| Testing, Verification, and Demonstration | (S//NF) As specified in original | |
| FINAL SYSTEM Delivery | (S//NF) As specified in the original | |
| SYSTEM Training | (S//NF) As specified in the original | |
| SYSTEM Documentation | (S//NF) As specified in the original | |

(U)                    (S//NF) Table 2:  Delivery Schedule

# (U) OTHER REQUIREMENTS

(U) (S//NF) The following sections shall describe other requirements related to the enhancement and delivery of this requirement for [        ] architecture described in this Statement of Work

## (U) SPACE REQUIREMENTS

(U) See original SOW.

## (U) OTHER DIRECT COSTS

b3
b7E

(U) (S//NF) Vendor shall provide the FBI with costs for equipment, to include all [        ] required for the development and delivery of the task outlined in this task order and associated costs for major components in the Phase III development of the original [        ] Task Order. The Vendor shall use equipment previously purchased under the [        ] Contract before considering the purchase of new equipment.

## (U) GOVERNMENT FURNISHED EQUIPMENT

(U) See original SOW.

SECRET//NOFORN/20360726

CELLSITE-16217

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/MJS

b3
b6
b7C
b7E

18 August 2011

In Reply Please Refer to [    ]

935 Pennsylvania Ave. N.W.
JEH Bldg Room 6853
Washington, D.C. 20535

Attention: [        ] Contracting Officer

Subject: [    ] IDIQ – [    ] Task 16 (PO [    ] ECP

Reference: (a [    ] IDIQ Contract No [    ]
(b) Letter Received 22 March 2011 subject *"Engineering Change Proposal – [    ]
Task Order"*.
(c) Letter [    ] dated 7 April 2011
(d) Items Received 1 August 2011
     (1) Task Order ECP request entitled: "[    ]
     (2) E-mail entitled: [    ] *Supplement # 2- Task Order ECP Request"*
     (3) Related SOW
(e) Email dated 17 August 2011 approving request for 2 day extension to submit ECP

b3
b6
b7C
b7E

Attachments: (a) Cost Proposal
(b) Technical Proposal

Dear [    ]

[    ] is pleased to submit the attached ECP for the [    ] Task Order in response to your request
dated 22 March 2011. If you have any questions please contact [    ] at
[    ] or the undersigned at [    ]

b3
b6
b7C
b7E

Very Respectfully,

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-21-2012 BY 65179 DMH/MJS

# RE: Clarification on Weekly Status Reports and Risk Impact Documents

b3
b6
b7C
b7E

**Sent:** Thursday, February 24, 2011 2:32 PM
**To:**
**Cc:**

---

Hi [ ]

[ ] passed your email to me since, as Project Engineer on [_____] I share schedule and risk management responsibility with the Program Manager. I wanted to prepare thoughtful responses – which took a bit longer than anticipated – for each question. The responses are indicated in your email below.

b3
b6
b7C
b7E

-----Original Message-----
From:
Sent: Wednesday, February 09, 2011 5:37 PM
To:
Cc:
Subject: Clarification on Weekly Status Reports and Risk Impact Documents

b3
b6
b7C
b7E

Hi [ ]

As much as I wanted to be at the last MSR, I had previously scheduled OCONUS trip and other projects that prevented me from attending. As I was reviewing the weekly status report and other [_____] related documents that [____] passed to me, I'd like to seek some clarification on the following points:

**Q1** Weekly Status Report:
Please explain the 2-4 week schedule slip and provide updated copy of project schedule / gant chart.

**A1** Response:
This bullet in the weekly status report was meant as a heads up due to the longer than anticipated process of defining and getting the U//FOUO/LES System requirements out of the secure area. We are currently in the process of re-estimating our Phase 1 development effort (based on the defined system requirements) and updating our schedule to confirm a May release of the Phase 1 [_____] Once the schedule is updated, we will provide an updated project schedule.

**Q2** Risk and Impact:
For each item, please address what measures were taken to mitigate the impact. The probability of impact has not changed since the document was first delivered to FBI [_____] team in early December. We would like to see the current status and progress of the mitigation. Specifically for the following items:

b3
b7E

**A2** Response:

CELLSITE-16224
5/13/2011