First, some general comments about the [____] risk process (based on [____] procedure). The risks were identified during the development of the [____] proposal last August and are reflective of what was known as well as recognizing what was unknown at the time. The types of the [____] risks identified don't lend themselves to mitigation plans prepared in advance. This is because the risks reflect information that won't be obtainable and actionable until the subject work is carried out. Consequently, these risks indicate only an estimated impact to address them. Risks remain listed per [____] procedure until they are completely retired; however, the probability of realizing a risk should be adjusted - raised or lowered - as new information bearing on the risk becomes available. In [____] case, only the [____] risk has work in progress now [____] that will be generating information we can use to reassess that risk. As the study proceeds, it should allow us to lower the risk probability in the next few weeks and retire this risk entirely by the end of March.

**b3**
**b7E**

**Q3**

1. Status update. Phase 1 should be close to [____] stage. Please update us on the progress made on testing plan.

Response:
On [____] we have adopted an incremental development process. [____]

**b3**
**b7E**

The specific identified risk is that testing [____] that Phase 1 and Phase 2 releases are required to support proves to be more complex than expected. The [____] have yet to be developed so the risk cannot yet be evaluated. The [____] will likely become a development task spread over March and April development iterations. Risk updates following [____]. The ultimate risk retirement date of December, 2011 is based on an expectation that testing with a [____] has been in progress long enough to have confidence in its effectiveness as a test tool.

**Q4**

2. In the Communication Infrastructure Study document communicated to us in November 2010, there was not an indication that none of the [____] will be suitable to cover all the data and security need. The [____] is an inherent modification that has to be done to any generic [____] We simply do not understand the risk here.

Response:
The study completed in November was the [____] Communications Architecture Study whose purpose was to [____]

**b3**
**b7E**

We've certainly learned more since the [        ] was prepared and the initial architecture study gives us more confidence in the use of an [   ]. Nonetheless, we think it prudent to carry the risk until the [            ] trade study is completed.

Q5  3. What is the cause of the unreliability? Is it purely [            ] What is the measure of reliability in your determination?

Response:
The [

Q6

b3
b7E

testing with the ⬜ testing. We will consult with you to determine how to address any additional scope represented in identifying/addressing an appropriate ⬜ risk factor.

End of responses...

I look forward to seeing the clarification to understand the documents better. Thanks!

⬜

b3
b6
b7C
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-21-2012 BY 65179 DMH/MJS

**Task #16 /PO**                    **Schedule Delay Detail, Impact and Recommendations**

### Synopsis

In recent weekly report submittals, ⬚ has identified a schedule slip on Phase I of the ⬚ program. The amount of delay was originally estimated at 3 to 4 weeks. After extensive analysis, it has been determined that the slip is actually 2 weeks. Initial examination had revealed that this impact could be absorbed without affecting the Phase I cost. However, after further review it is believed that the cost impact for this part of the program will incur approximately ⬚ of additional cost, which represents two weeks of ⬚ Phase I ⬚ In order to avoid impact to the overall program schedule, ⬚ is recommending overtime and/or additional resources to make up the schedule. This Phase I increase will not impact the negotiated cost of the overall ⬚ program. A detailed explanation is provided below.

b3
b7E

The following paragraphs document the reason for the slip, actions taken to date, and suggested actions going forward.

5/13/11
mtg w/

b3
b6
b7C
b7E

### Schedule Slip explanation

During the first iteration of ⬚ two weeks cumulative team hours were devoted by most of the team to work through the following issues:

1.

2.

⬚ The result led to a larger sampling than originally budgeted thus costing about 20 man days more effort than planned.

b3
b7E

3. The ⬚ required unanticipated prototyping to choose a suitable ⬚ that worked within the ⬚ system. ⬚ were evaluated and ⬚ were prototyped. This took about ⬚ more effort than planned.

4. Installation of the new ⬚ took a ⬚ to complete than planned. The ⬚ and ⬚ ⬚ were ⬚ to take advantage of three key features of ⬚

   a.

   b.

   c.

possible ik

CELLSITE-16228

**Actions Taken To Date**

In order to reduce the impact of the above issues, the program team has analyzed the Phase I objectives and the requirements assigned to meet those objectives. The results of that analysis showed that some of the requirements were excessive in meeting the objectives and some were really Phase II requirements. Those requirements not specifically needed to meet Phase I objectives were either moved to Phase II or, as applicable, put on a list for future consideration. <u>The remaining requirements meet all the objectives for the Phase I deliverable</u> [REDACTED] <u>system.</u>  More details follow.

Phase I functionality requires [REDACTED] [REDACTED] was also not required to meet Phase I objectives.  These requirements were moved to Phase II.

The [REDACTED] was always intended to be simple.  During requirements allocation, the [REDACTED] took on more features than necessary to [REDACTED] system. The [REDACTED] scope has been clarified thus reducing the hours required for implementation.

The ability to [REDACTED] was not required though it would be a nice feature.  The capability to [REDACTED] [REDACTED] as previously demonstrated in the prototype. [REDACTED] was moved to Phase II as it was not part of the prototype and did not contribute to meeting Phase I objectives.

Updated versions of the Phase I requirement documents have been submitted to the customer for review. These documents include the [REDACTED] System Requirements and [REDACTED] System Requirements.

**Suggested Actions Going Forward**

The projected shortfall for Phase I is approximately [REDACTED] Several options are available to fund this shortfall without impacting the overall program.

Phase I still has management reserve in the amount of [REDACTED] There is a about two months left so that money could be allocated to the [REDACTED] effort.  However, system test and demonstration are still looming and the potential challenges are still unknown.  Recommend leaving the [REDACTED] in MR for now.

[REDACTED] was allocated to purchase [REDACTED] equipment.  All of that equipment has now been provided as GFE. These funds could be allocated to the development effort.

Recommend the Government permit [REDACTED] to move the [REDACTED] allocated to [REDACTED] product procurement to the Phase I and II development efforts. [REDACTED] would be allocated to Phase I [REDACTED] The remaining [REDACTED] would be allocated to Phase II management reserve as a contingency for future risks.

b3
b7E

b3
b4
b7E

2

CELLSITE-16229

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED

1 April 2011

In Reply Please Refer to:

b3
b6
b7C
b7E

935 Pennsylvania Ave. N.W.
JEH Bldg Room 6853
Washington, D.C. 20535

Attention:                        Contracting Officer

Subject:                    Task #16/ Purchase Order:

Reference:                  IDIQ Contract No

Dear

The attached report details some delays that have been identified in relation to the          Task, the subsequent impact and our recommended path forward.

Should you have any questions, please contact                                              or                b3
the undersigned at                                                                          b6
                                                                                            b7C
                                                                                            b7E

Regards,

CELLSITE-16230

FOR OFFICIAL USE ONLY

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/MJS



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

12 January 2012

Contract:

Subject:    Postponement of ⬜ Testing

b3
b6
b7C
b7E

Good Afternoon

As a result of internal discussions and collaboration at the Federal Bureau of Investigation (FBI), it has been determined that the strategies and testing of ⬜ As a result ⬜ is hereby informed and directed to postpone any and all testing of the ⬜ It is the intention of the FBI to continue with these efforts at the earliest possible date; however, strategies must first be updated internally to ensure clear direction can be provided to all projects affected.

b3
b7E

To assist the FBI in completing these discussions and determinations more efficiently, ⬜ is requested to provide the following information. This information is for research and strategic discussions only and shall not be interpreted as a rough order of magnitude or request for engineering change proposal. All efforts shall be taken to minimize time spent to generate this information.

- For the following, please provide the potential cost and schedule impacts. This assessment is meant to be informal and approximate in nature.
  - ⬜
  - Impact to ⬜ Task Order of rescheduling Phase 2 testing until mid-February 2012
- Provide a systematic description of the process by which ⬜ intends to conduct testing for ⬜ Phase 2, including ⬜ Process must be repeatable and verifiable. For each test iteration, please describe the following:
  - ⬜
  - ⬜ examples include:
  - ⬜

b3
b7E

FOR OFFICIAL USE ONLY

CELLSITE-16233

FOR OFFICIAL USE ONLY

- ○
- ○

○

b3
b7E

○ What is the plan to process the test data after the tests have been concluded?

The request for information above and the immediate postponement of testing are intended to aid the FBI in providing concise guidance with sufficient detail. By making these inquiries and determinations during this Phase of testing the FBI intends to minimize revisions and alterations required prior to Phase 3 or Acceptance Testing. Your assistance is greatly appreciated. The FBI will provide additional background and direction as soon as possible.

To minimize the amount time required to fulfill the above effort, please do not hesitate to contact my office with any questions or concerns.

b6
b7C

Contracting Officer
Science and Technology Contracts Unit

FOR OFFICIAL USE ONLY

2
CELLSITE-16234

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-21-2012 BY 65179 DMH/MJS

# Agenda
## *1/17/12*

1. Arrive at [ ] at 12:00 PM
   a.
   b.
2. Setup equipment
   a.

   b.
   c.

   d.

3. Perform Testing
   a.
      i.
      ii.
      iii.
   b.
      i.
      ii.

## *1/18/12*

1. Perform Testing
   a.
      i.
      ii.
      iii.
   b.
      i.
      ii.
2. Pack up equipment and return to [ ]



b3
b7E

CELLSITE-16235

## CLASSIFIED DOCUMENT RECEIPT

SENT:  18-AUG-2011

TO:    FBI-ERF
       BUILDING 27958A
       QUANTICO, VA 22135-0000

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-21-2012 BY 65179 DMH/MJS

FROM:

b3
b6
b7C
b7E

Registered/Certificate#:

Orig. Dept.

---

LAN#     CLASSIFICATION

COPY#/
#COPIES    DOCUMENT DATE    DESCRIPTION OF DOCUMENT (U)

2011-06481   S            SUPPLEMENT 2 TO                TASK ORDER
             17-AUG-2011

            LAST ITEM        NOTHING FOLLOWS

CLASSIFIED MATERIAL IS HEREBY ACKNOWLEDGED AND FULL
FOR HANDLING IN ACCORDANCE WITH CURRENT SECURITY REGULATIONS.

8/23/11
(DATE)

b6
b7C
b7E

(TYPE OR PRINT NAME)                (RANK OR JOB TITLE)

TO AVOID TRACER ACTION, PLEASE SIGN AND IMMEDIATELY RETURN ONE COMPLETE COPY TO THE
ADDRESS LISTED ABOVE OR FAX A SIGNED COPY TO

```
FAX MODE = TRANSMISSION                              ALL INFORMATION CONTAINED
COM MODE = 408 ASYNCHRONOUS COMPRESSED PROTOCOL      HEREIN IS UNCLASSIFIED
PAGES    = 9                                         DATE 11-20-2012 BY 65179 DMH/MJS
```

****************************************************************************************************

Faxed 8/26/10 @ 13:02 EST

CELLSITE-16246

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/MJS

**FD-448**
Revised
10-27-2004

## FEDERAL BUREAU OF INVESTIGATION
## FACSIMILE COVER SHEET

### PRECEDENCE

○ Immediate          ☒ Priority          ○ Routine

### CLASSIFICATION

○ Top Secret      ☒ Secret      ○ Confidential      ○ Sensitive      ○ Unclassified

### TO

| Name of Office: | Facsimile Number: | Date: 08/26/2010 |
|---|---|---|
| Attn: | Room: | Telephone Number: |

### FROM

| Name of Office: **FBI – Science and Technology Contracts Unit** | Number of Pages: (including cover) **9** |
|---|---|
| Originator's Name: | Originator's Telephone Number: | Originator's Facsimile Number: *(unclass)* |

Approved: *COTR*          Date:

b3
b6
b7C
b7E

### DETAILS

Subject:
**Technical Questions for:** _____   **Proposals for Task Orders under** _____

b3
b7E

Special Handling Instructions:
**Please confirm receipt of documentation: In Security and in** _____

*Please sign this unclassified fax cover*
*& fax back to # above.*

Brief Description of Communication Faxed:
**Thank you for your assistance and have a good day.**

### WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

*rec 26 Aug 2010*

b6
b7C

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/MJS



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

26 August 2010

b3
b6
b7C
b7E

Contract:
Subject:         Request for Clarification on
                 Task Order Proposals

Enclosed please find the FBI's responses to _____ Technical and/or Cost proposals for the _____ Task Orders to be performed under the above Contract. Please review and prepare responds or for discussion to any questions or requests for clarifications regarding the Cost and Technical Proposals for next week.

b3
b7E

This proposed tasking is intended as a Cost-Plus Fixed Fee requirement and as such, in accordance with the previously agreed upon terms and conditions of this contract, revise the Cost documentation to reflect a 10% fee structure. All Terms and Conditions under the Contract _____ are unchanged and binding for all subsequent actions, including this intended Tasking.

To reduce administrative burdens, please make necessary changes to those affected pages and provide them for replacement in original documentation.

If I can be of further assistance with this effort you may contact me at _____

b6
b7C

Sincerely,

Contracting Officer

*unclassified*

**FD-448**
Revised
10-27-2004

FEDERAL BUREAU OF INVESTIGATION
# FACSIMILE COVER SHEET

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/MJS

## PRECEDENCE

○ Immediate          ○ Priority          ○ Routine

## CLASSIFICATION

○ Top Secret     ⊘ Secret     ○ Confidential     ○ Sensitive     ○ Unclassified

## TO

| Name of Office: | Facsimile Number: | Date: 07/13/2010 |
|---|---|---|

Attn: **Security Office for**                    Room:        Telephone Number:

## FROM

| Name of Office: **FBI – Quantico Contracts Unit** | Number of Pages: (including cover) **30** |
|---|---|

Originator's Name:          Originator's Telephone Number:          Originator's Facsimile Number:

Approved:

b3
b6
b7C
b7E

## DETAILS

Subject:
**Task Order Letters for**                    **Please confirm receipt of the documents by signing the cover page and confirming page numbers. \*\*\*ALL DOCUMENTATION TO GO TO**                    **\*\***

b3
b6
b7C
b7E

Special Handling Instructions:
**Unclass Fax:**          **Secure Fax:**

Brief Description of Communication Faxed:
**Thank you and have a good day.**

## WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

CELLSITE-16251

```
FAX MODE = TRANSMISSION
COM MODE = 408 ASYNCHRONOUS COMPRESSED PROTOCOL
PAGES    = 11
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/MJS

****************************************************************************************************

cover + [        ] sow

b3
b7E

7/13/10
@ 1:30 - 2:30 pm

JUL. 13. 2010  4:28PM   RETRIEVER

NO. 598   P. 1

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/MJS

**FD-448**
Revised
10-27-2004

# FEDERAL BUREAU OF INVESTIGATION
## FACSIMILE COVER SHEET

### PRECEDENCE

○ Immediate          ○ Priority          ○ Routine

### CLASSIFICATION

○ Top Secret     ○ ~~Secret~~     ○ Confidential     ○ Sensitive     ○ Unclassified

### TO

| Name of Office: | Facsimile Number: | Date: 07/13/2010 |
| --- | --- | --- |

| Attn: Security Office for | | Room: | Telephone Number: |
| --- | --- | --- | --- |

b3
b6
b7C
b7E

### FROM

| Name of Office: FBI - Quantico Contracts Unit | Number of Pages: (including cover) 30 |
| --- | --- |

| Originator's Name: | Originator's Telephone Number: | Originator's Facsimile Number: |
| --- | --- | --- |

Approved:

### DETAILS

Subject:
**Task Order Letters for** _____ **Please confirm receipt of the documents by signing the cover page and confirming page numbers. ***ALL DOCUMENTATION TO GO TO** _____ *****

b3
b6
b7C
b7E

Special Handling Instructions:
**Unclass Fax:** _____  **Secure Fax** _____

Brief Description of Communication Faxed:
**Thank you and have a good day.**

### WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

*13 July 2010*

b3
b6
b7C
b7E

CELLSITE-16253

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/MJS



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

13 July 2010

b3
b6
b7C
b7E

Subject:     Contract

Dear

    Please find enclosed a copy of the Statements of Work (SOW) for engineering services developed by the Federal Bureau of Investigation (FBI).

    The FBI is interested in obtaining a proposal for this task to be performed in accordance with the subject Contract. Contractor shall provide technical and cost proposals to support tasking as set forth in the Statement of Work.

    If there are any question regarding this SOW please submit them to my office within the next five (5) business days.

    It is therefore requested that your company review the enclosed SOW and if the proposed contract vehicle is appropriate, Cost-Plus Fixed Fee (CPFF), a cost and technical proposal should be submitted in accordance with the terms and conditions of the FBI's Contract prior to but no later than August 2, 2010 1:00 PM EST. Unclassified proposals maybe email to

    Should you have any questions concerning this matter, please contact me at
response may be faxed to             secure fax

b6
b7C
b7E

Sincerely,

Contracting Officer

Attached: Statement of Work for        Tasking

b3
b7E

CELLSITE-16254

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 151
Page 2 ~ b3; b4; b6; b7C; b7E;
Page 3 ~ Duplicate;
Page 4 ~ Duplicate;
Page 5 ~ Duplicate;
Page 6 ~ Duplicate;
Page 7 ~ Duplicate;
Page 8 ~ Duplicate;
Page 9 ~ Duplicate;
Page 10 ~ Duplicate;
Page 11 ~ Duplicate;
Page 12 ~ Duplicate;
Page 13 ~ Duplicate;
Page 14 ~ Duplicate;
Page 15 ~ Duplicate;
Page 16 ~ Duplicate;
Page 17 ~ Duplicate;
Page 18 ~ Duplicate;
Page 21 ~ Duplicate;
Page 25 ~ Duplicate;
Page 28 ~ Duplicate;
Page 36 ~ b3; b4; b7E;
Page 37 ~ b3; b4; b6; b7C; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
Page 40 ~ b3; b4; b7E;
Page 41 ~ b3; b4; b7E;
Page 42 ~ b3; b4; b6; b7C; b7E;
Page 43 ~ b3; b4; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b7E;
Page 48 ~ b3; b4; b7E;
Page 49 ~ b3; b4; b7E;
Page 50 ~ b3; b4; b7E;
Page 51 ~ b3; b4; b7E;
Page 52 ~ b3; b4; b7E;
Page 53 ~ b3; b4; b7E;
Page 54 ~ b3; b4; b7E;
Page 55 ~ b3; b4; b7E;
Page 56 ~ b3; b4; b7E;
Page 57 ~ b3; b4; b7E;
Page 58 ~ b3; b4; b6; b7C; b7E;
Page 59 ~ b3; b4; b7E;
Page 60 ~ b3; b4; b7E;
Page 61 ~ b3; b4; b7E;
Page 62 ~ b3; b4; b7E;
Page 63 ~ b3; b4; b7E;
```

```
Page 64 ~ b3; b4; b7E;
Page 65 ~ b3; b4; b7E;
Page 66 ~ b3; b4; b7E;
Page 67 ~ b3; b4; b7E;
Page 68 ~ b3; b4; b7E;
Page 69 ~ b3; b4; b7E;
Page 70 ~ b3; b4; b7E;
Page 71 ~ b3; b4; b7E;
Page 72 ~ b3; b4; b7E;
Page 73 ~ b3; b4; b7E;
Page 74 ~ b3; b4; b7E;
Page 75 ~ b3; b4; b7E;
Page 76 ~ b3; b4; b7E;
Page 77 ~ b3; b4; b7E;
Page 78 ~ b3; b4; b7E;
Page 79 ~ b3; b4; b7E;
Page 80 ~ b3; b4; b7E;
Page 81 ~ b3; b4; b7E;
Page 82 ~ b3; b4; b7E;
Page 83 ~ b3; b4; b7E;
Page 84 ~ b3; b4; b7E;
Page 85 ~ b3; b4; b7E;
Page 86 ~ b3; b4; b7E;
Page 87 ~ b3; b4; b7E;
Page 88 ~ b3; b4; b7E;
Page 89 ~ b3; b4; b7E;
Page 90 ~ b3; b4; b7E;
Page 91 ~ b3; b4; b7E;
Page 92 ~ b3; b4; b7E;
Page 93 ~ b3; b4; b6; b7C; b7E;
Page 94 ~ b3; b4; b6; b7C; b7E;
Page 101 ~ b3; b4; b7E;
Page 102 ~ Duplicate;
Page 103 ~ Duplicate;
Page 104 ~ Duplicate;
Page 105 ~ Duplicate;
Page 106 ~ Duplicate;
Page 107 ~ Duplicate;
Page 108 ~ Duplicate;
Page 109 ~ Duplicate;
Page 110 ~ Duplicate;
Page 111 ~ Duplicate;
Page 112 ~ Duplicate;
Page 113 ~ Duplicate;
Page 114 ~ Duplicate;
Page 118 ~ b3; b4; b6; b7C; b7E;
Page 119 ~ b3; b4; b7E;
Page 120 ~ b3; b4; b7E;
Page 121 ~ b3; b4; b7E;
Page 122 ~ b3; b4; b7E;
Page 123 ~ b3; b4; b7E;
Page 124 ~ b3; b4; b7E;
Page 125 ~ b3; b4; b7E;
Page 126 ~ b3; b4; b7E;
```

```
Page 127 ~ b3; b4; b6; b7C; b7E;
Page 128 ~ b3; b4; b7E;
Page 129 ~ b3; b4; b7E;
Page 130 ~ b3; b4; b7E;
Page 131 ~ b3; b4; b7E;
Page 132 ~ b3; b4; b6; b7C; b7E;
Page 133 ~ b3; b4; b7E;
Page 134 ~ b3; b4; b7E;
Page 135 ~ b3; b4; b7E;
Page 145 ~ Duplicate;
Page 146 ~ Duplicate;
Page 147 ~ Duplicate;
Page 148 ~ Duplicate;
Page 149 ~ Duplicate;
Page 150 ~ Duplicate;
Page 151 ~ Duplicate;
Page 152 ~ Duplicate;
Page 153 ~ Duplicate;
Page 154 ~ Duplicate;
Page 155 ~ Duplicate;
Page 156 ~ Duplicate;
Page 157 ~ Duplicate;
Page 158 ~ Duplicate;
Page 159 ~ Duplicate;
Page 163 ~ Duplicate;
Page 164 ~ Duplicate;
Page 165 ~ Duplicate;
Page 166 ~ Duplicate;
Page 167 ~ Duplicate;
Page 170 ~ Duplicate;
Page 171 ~ Duplicate;
Page 172 ~ Duplicate;
Page 173 ~ Duplicate;
Page 174 ~ Duplicate;
Page 176 ~ Duplicate;
Page 187 ~ Duplicate;
Page 188 ~ Duplicate;
Page 189 ~ Duplicate;
Page 190 ~ Duplicate;
Page 191 ~ Duplicate;
Page 192 ~ Duplicate;
Page 193 ~ Duplicate;
Page 194 ~ Duplicate;
Page 195 ~ Duplicate;
Page 196 ~ Duplicate;
Page 197 ~ Duplicate;
Page 198 ~ Duplicate;
Page 199 ~ Duplicate;
Page 200 ~ Duplicate;
```

```
XXXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
```

XXXXXXXXXXXXXXXXXXXXXXXXX

b3
b6
b7C
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-30-2012 BY 65179 DMH/STW

THE HIGHEST CLASSIFICATION CONTAINED
HEREIN IS:

DATE

OFA

## SECURE FAX HEADER SHEET

TO:

FROM:

UNCLASSIFIED
SUBJECT/COMMENTS:

THIS FAX CONSISTS OF HEADER + _2_ PAGES.

PLEASE SIGN THE DOCUMENT RECEIPT BELOW AND FAX BACK TO EITHER NUMBER
ABOVE TO AVOID TRACER ACTION.  THANK YOU.

_____          _____          _____
*(Printed Name)*                 *(Signature)*                    *(Date)*

THE HIGHEST CLASSIFICATION CONTAINED
HEREIN IS:

## THIS HEADER SHEET IS UNCLASSIFIED

CELLSITE-19939

HARRIS CORPORATION

# UNCLASSIFIED

4 August 2011

In Reply Please Refer to

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-30-2012 BY 65179 DMH/STW

935 Pennsylvania Ave. N.W.
JEH Bldg Room 6853
Washington, D.C. 20535

b3
b6
b7C
b7E

Attention:

Subject:

Reference:

Attachments:

Dear

Attached please find the questions relating to the above referenced request. Your written responses are requested by

For technical questions please contact
or contact the undersigned at

Very truly yours,

Contracts

# UNCLASSIFIED

CELLSITE-19940

b3
b6
b7C
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-30-2012 BY 65179 DMH/STW

THE HIGHEST CLASSIFICATION CONTAINED
HEREIN IS:

DATE

OFA

## SECURE FAX HEADER SHEET

TO:

FROM:

UNCLASSIFIED
SUBJECT/COMMENTS:

DTD:

THIS FAX CONSISTS OF HEADER + 2 PAGES.

PLEASE SIGN THE DOCUMENT RECEIPT BELOW AND FAX BACK TO EITHER NUMBER
ABOVE TO AVOID TRACER ACTION. THANK YOU.

_(Date)_

THE HIGHEST CLASSIFICATION CON
HEREIN IS:

## THIS HEADER SHEET IS UNCLASSIFIED

********** -COMM. JOURNAL- ******************* DATE AUG-11-2011 ***** TIME 15:53 ********

MODE = MEMORY TRANSMISSION           START=AUG-11 15:52      END=AUG-11 15:53

FILE NO.=485

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---------|-------|---------------------|----------------------|-------|----------|
| 001 | OK | ☎ | | 001/001 | 00:00:17 |

b3
b6
b7C
b7E

********************************* -        - ***** -            **********

THE HIGHEST CLASSIFICATION CONTAINED
HEREIN IS:

DATE

OF A

SECURE FAX HEADER SHEET

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-30-2012 BY 65179 DMH/STW

TO:                                          FROM:

UNCLASSIFIED
SUBJECT/COMMENTS:

THIS FAX CONSISTS OF HEADER + 2 PAGES.

PLEASE SIGN THE DOCUMENT RECEIPT BELOW AND FAX BACK TO EITHER NUMBER
ABOVE TO AVOID TRACER ACTION.  THANK YOU.

8/11/11
(Date)

HEREIN IS:

THIS HEADER SHEET IS UNCLASSIFIED                CELLSITE-19943

SECRET//NOFORN/20350708

DECLASSIFIED BY 65179 DMH/STW
ON 12-03-2012

To: FBI Contracts, Attn:

From:

Subject

DATE:

b3
b6
b7C
b7E

Derived from DD-254-20100708
Declassify On: 20350708

SECRET//NOFORN/20350708

CELLSITE-19944

FD-448
Revised
10-27-2004

### FEDERAL BUREAU OF INVESTIGATION
## FACSIMILE COVER SHEET

DECLASSIFIED BY 65179 DMH/STW
ON 12-03-2012

## PRECEDENCE

○ Immediate              ○ Priority                    ○ Routine

## CLASSIFICATION

○ Top Secret      ◉ Secret      ○ Confidential      ○ Sensitive      ○ Unclassified

## TO

| Name of Office: | Facsimile Number: | Date: 08/15/2011 |
|---|---|---|
| | Room: | Telephone Number: |

## FROM

Name of Office:
**FBI - Science and Technology Contracts Unit**

Originator's Name:

Approved:

Originator's Telephone Number:

Originator's Facsimile Number:

Number of Pages: (including cover)
**2**

b3
b6
b7C
b7E

## DETAILS

Subject:
**Please find attached FBI answers to _____ questions for enhancement under existing _____**

Special Handling Instructions:
**Please confirm receipt - sign this page and fax to the UNCLASS fax # above (x1843).**

8/15/11

Brief Description of Communication Faxed:
**FAX Cover Letter is unclassified when removed from the answers.**

## WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

SECRET

```
FAX MODE = TRANSMISSION
COM MODE = 408 ASYNCHRONOUS COMPRESSED PROTOCOL
PAGES    = 2
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-01-2012 BY 65179 DMH/STW

**************************************************************************************

CELLSITE-19947

DECLASSIFIED BY 65179 DMH/STW
ON 01-08-2013

**From:**
**Sent:** Thursday, January 06, 2011 6:12 PM
**To:**
**Cc:**
**Subject:** on 12/22/2010

b3
b6
b7C
b7E

**SECRET//NOFORN**
**RECORD 268-HQ-1068430**

As promised, here is [                    ] Same group of people attended the call.

b3
b5
b6
b7C
b7E

**From:**
**Sent:** Tuesday, December 21, 2010 2:10 PM
**To:**
**Cc:**
**Subject:** Call on 12/20/2010

**SECRET//NOFORN**
**RECORD 268-HQ-1068430**

CELLSITE-19949

b3
b5
b6
b7C
b7E

During the [                    ]
[              ] and I discussed the following issues I had in the [              ]

I'll provide you with [              ] happens on tomorrow.

- [        ]

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20351221
SECRET//NOFORN

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20351221
SECRET//NOFORN

2

CELLSITE-19950

06/13/2012  15:24                                          STCU                              PAGE   01/01

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|
| | 1 | 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| Mod 2 | Jun 13, 2012 | | |

**6. ISSUED BY**                    CODE

Federal Bureau of Investigation,
  Room 6853
935 Pennsylvania Ave. NW
Washington, DC 20535

**7. ADMINISTERED BY** (if other than Item 6)   CODE

Same as Item 6.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-01-2012 BY 65179 DMH/STW

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)

| | (X) | |
|---|---|---|
| | | **9A. AMENDMENT OF SOLICITATION NO.** |
| | | **9B. DATED** (SEE ITEM 11) |
| | X | **10A. MODIFICATION OF CONTRACT/ORDER NO.** |
| | | **10B. DATED** (SEE ITEM 13)  9/22/2011 |

**CODE**              **FACILITY CODE**

b3
b4
b6
b7C
b7E

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (if required)

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

**CHECK ONE**

| | | |
|---|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| ☒ | D. OTHER (Specify type of modification and authority) FAR 32.7 "Funding" and 43.103 "Bilateral" | |

**E. IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return ____1____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | |
| 15C. DATE SIGNED  6/14/12 | 16C. DATE SIGNED  6/13/12 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-19951

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* –COMM. JOURNAL– \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DATE JUN-14-2012 \*\*\*\*\* TIME 18:12 \*\*\*\*\*\*\*\*\*

MODE = MEMORY TRANSMISSION          START=JUN-14 18:11     END=JUN-14 18:12

FILE NO.=837

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---------|-------|---------------------|----------------------|-------|----------|
| 001 | OK | ☎ | | 001/001 | 00:00:40 |

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-01-2012 BY 65179 DMH/STW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* –     – \*\*\*\*\* –       \*\*\*\*\*\*\*\*\*

06/13/2012  15:24                          STCU                          PAGE 01/01

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | | PAGE OF PAGES 1 / 1 |

2. AMENDMENT/MODIFICATION NO.
Mod 2

3. EFFECTIVE DATE
Jun 13, 2012

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. (If applicable)

6. ISSUED BY                CODE

Federal Bureau of Investigation
Room 6853
Pennsylvania Ave. NW
Washington, DC 20535

7. ADMINISTERED BY (If other than Item 6)          CODE

Same as Item 6.

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

☒ 10B. DATED (SEE ITEM 13)
9/22/2011

CODE                FACILITY CODE

b3
b4
b6
b7C
b7E

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer    ☐ is extended,    ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

CHECK ONE

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

☒ D. OTHER (Specify type of modification and authority)
FAR 32.7 "Funding" and 43.103 "Bilateral"

E. IMPORTANT:   Contractor  ☐ is not  ☒ is required to sign this document and return _____1_____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

15B. ...  15C. DATE SIGNED
6/14/12

16B. ...  16C. DATE SIGNED
6/13/12

Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-19952

TRANSMISSION VERIFICATION REPORT

```
TIME  : 06/13/2012 15:18
NAME  : STGU
FAX   :
TEL   :
SER. # :
```

```
DATE,TIME          06/13  15:17
FAX NO./NAME
DURATION
PAGE(S)            04
RESULT             OK
MODE               STANDARD
                   ECM
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-01-2012 BY 65179 DMH/STW

b3
b4
b6
b7C
b7E

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE  OF PAGES |
| --- | --- |
| | 1     1 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.  (If applicable) |
| --- | --- | --- | --- |
| Mod 2 | Jun 13, 2012 | | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY  (If other than Item 6) | CODE |
| --- | --- | --- | --- |
| Federal Bureau of Investigation     Room 6853 935 Pennsylvania Ave. NW Washington, DC 20535 | | Same as Item 6. | |

| 8. NAME AND ADDRESS OF CONTRACTOR  (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
| --- | --- | --- |
| | | |
| | | 9B. DATED  (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | 10B. DATED  (SEE ITEM 13)   9/22/2011 |

| CODE | FACILITY CODE |
| --- | --- |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ Is extended, ☐ Is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA  (If required) |
| --- |

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
| --- | --- | --- |
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| ☐ | B.  THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES  (such as changes in paying office, appropriation date, etc.  ) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| ☐ | C.  THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| X | D.  OTHER (Specify type of modification and authority)  FAR 32.7 "Funding" and 43.103 "Bilateral" | |

CELLSITE-19953

HEREIN IS UNCLASSIFIED
DATE 11-30-2012 BY 65179 DMH/STW

**From:**
**Sent:** Monday, September 26, 2011 4:06 PM
**To:**
**Cc:**
**Subject:** RE: Award of

Yes

**From:**
**Sent:** Monday, September 26, 2011 4:04 PM
**To:**
**Subject:** Re: Award of

Are you going to act as the TPOC for this task?

Sent from                iPhone

On Sep 22, 2011 at 17:00,                                         wrote:

> Good Afternoon,
>
> Please find
>
> Also attached is
>
> Let me know if you have any questions,
>
>
> Contracting Officer
> Federal Bureau of Investigation
>
>
>

b3
b5
b6
b7C
b7E

CELLSITE-20013

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-30-2012 BY 65179 DMH/STW

THE HIGHEST CLASSIFICATION CONTAINED
HEREIN IS:

DATE

OFA

b3
b6
b7C
b7E

## SECURE FAX HEADER SHEET

TO:

FROM:

UNCLASSIFIED
SUBJECT/COMMENTS:

THIS FAX CONSISTS OF HEADER + *13* PAGES.

PLEASE SIGN THE DOCUMENT RECEIPT BELOW AND FAX BACK TO EITHER NUMBER
ABOVE TO AVOID TRACER ACTION.  THANK YOU.

_(Printed Name)_            _(Signature)_            _(Date)_

THE HIGHEST CLASSIFICATION CONTAINED
HEREIN IS: Unclassified/LES

THIS HEADER SHEET IS UNCLASSIFIED

CELLSITE-20014

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-30-2012 BY 65179 DMH/STW

THE HIGHEST CLASSIFICATION CONTAINED
HEREIN IS:

DATE

OFA

## SECURE FAX HEADER SHEET

FROM:

UNCLASSIFIED
SUBJECT/COMMENTS

b3
b6
b7C
b7E

THIS FAX CONSISTS OF HEADER + _19_ PAGES.

PLEASE SIGN THE DOCUMENT RECEIPT BELOW AND FAX BACK TO EITHER NUMBER
ABOVE TO AVOID TRACER ACTION. THANK YOU.

THE HIGHEST CLASSIFICATION CONTAINED
HEREIN IS:

THIS HEADER SHEET IS UNCLASSIFIED

CELLSITE-20029

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-30-2012 BY 65179 DMH/STW

6 September 2011

In Reply Please Refer to:

935 Pennsylvania Ave. N.W.
JEH Bldg Room 6853
Washington, D.C. 20535

b3
b6
b7C
b7E

Attention:

Subject:

Reference:

Attachments:

Dear

is pleased to submit the attached                     in response to your
                              If you have any questions please contact

Very Respectfully,

TE-20030

UNCLASSIFIED//For Official Use Only/Law Enforcement Sensitive

## *STATEMENT OF WORK*

Program

Task Order 1

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-01-2012 BY 65179 DMH/STW

b3
b6
b7C
b7E

## 1   (U//LES) SCOPE

### 1.1   (U//LES) Task Overview

### 1.2   (U) Task Deliverables

- (U) Weekly Status Report (See Section 3.3)
- (U) System Demonstration at contractor facility (See Section 3.2)
- (U) Final Technical Summary Report (See Section 3.2)
- (U)

### 1.3   (U//LES) Sub Task 1

(U) The vendor shall perform analysis, modeling, and testing to verify the capability of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ This requirement shall include the following:

b3
b6
b7C
b7E

    d)  **(U)** The work performed in this task shall include engineering and prototyping mechanical housings to result in the integration of electrical and mechanical improvements into a single package.

CELLSITE-20049

UNCLASSIFIED//For Official Use Only/Law Enforcement Sensitive

## 1.4  (U//LES) Sub Task 2

(U//LES) The vendor shall produce a prototype _____ that demonstrates _____ This requirement shall include:

a)

b)

c) **(U)** The performance specifications of developments under this task shall be in accordance with _____ standards.

b3
b7E

## 1.5  (U//LES) Sub Task 3

(U//LES) _____

a)

b)

c)

# 2   (U//LES) Sub Task Milestones and Requirements

## 2.1  (U//LES) Sub Task Milestones

- (U) The initial kick off meeting shall be held no later than 30 days after contract award.
- (U//LES) The vendor shall conduct a demonstration of the _____ to the COTR and approved government attendees. The vendor shall deliver a full report of the conduct of the test with a future mitigation/milestone plan based on the test results and follow on work to productize. Testing shall be conducted no later than 2 weeks prior to the end of the period of performance.
- (U//LES) The vendor shall deliver to the COTR a report of analysis, modeling and testing that verifies the capability of the _____ _____ to support _____ This report shall not be an assemblage of power point slides, although their use in support of written narrative is acceptable. This report shall be due at the end of the period of performance.
- (U) Transition of deliverables shall be coordinated with the COTR at the end of the period of performance.

b3
b7E

UNCLASSIFIED//For Official Use Only/Law Enforcement Sensitive

CELLSITE-20050

UNCLASSIFIED//For Official Use Only/Law Enforcement Sensitive

## 2.2  (U) Sub Task Requirements

- (U) The vendor shall provide personnel with the requisite knowledge, technical background and skills to successfully complete the tasks described in this SOW. These qualities shall include but are not limited to:
  - o
  - o
  - o
  - o
  - o

# 3   (U) Requirements

## 3.1  Security Standards and Regulations

(U) Refer to [ ] Statement of Work section 2.3 for guidance.

b3
b7E

(U) **SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.**

## 3.2  (U) Contractor Furnished Documentation

(U) Final report of analysis, modeling and testing (as described in Section 2)
(U) Refer to [ ] Statement of Work section 2.6 for any additional documentation not explicitly stated in this SOW.

## 3.3   (U) Status Reporting

(U) Refer to [ ] Statement of Work Section 3.3 for guidance

## 3.4  (U) Formal Meetings

(U) Refer to [ ] Statement of Work Section 3.4 for guidance

CELLSITE-20051

UNCLASSIFIED//For Official Use Only/Law Enforcement Sensitive

## 3.5  (U) Government Furnished Equipment

(U) The government does not anticipate the need for any Government Furnished Equipment on this task. However, if the additional purchase of equipment is required the vendor shall obtain written authorization from the government Contracting Officer prior to any individual purchase equal to or exceeding $50,000.00. The Contracting Officer may lower or raise the $50,000.00 threshold at his/her discretion. If the CO and COTR approve such a purchase the item shall become property of the government, and as such will be maintained in accordance to currently existing property accountability procedures. The COTR will determine final disposition of any such items at the end of the period of performance of this task.

## 3.6  (U) Period of Performance

(U) The vendor shall propose the most efficient and cost effective schedule to complete this requirement for government consideration. All deliverables and milestones are expected to be proposed at their specified date in the above deliverable / milestone schedule or otherwise adjusted by the vendor and justified. Based on the needs of the government and complexity of the requirement, the government recommends a period no longer than 12 months. This recommended period includes 90 days to allow for review, preparation and submission of deliverables and closeout activities by government personnel.

## 3.7  (U) Place of Performance

(U) The vendor shall perform all work under this task at the vendor's facilities. Therefore the government expects no travel charges.

## 4   (U) Contact Information

## 4.1  (U) Government Points of Contact

- Contracting Officer

  Federal Bureau of Investigation
  Headquarters; Room 6853
  935 Pennsylvania Ave. NW
  Washington, DC 20535

- Contracting Officer's Technical Representative

  ERF Bldg 27958A
  Quantico, VA 22135

b6
b7C

CELLSITE-20052

# Interagency Agreement _____ **Distribution**

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 01-08-2013 BY 65179 DMH/STW

**Sent:**        Wednesday, September 14, 2011 5:26 PM
**To:**
**Cc:**
**Attachments:**

---

Good Afternoon,

Please find attached the final, executed version of our interagency agreement ____. Feel free to contact me if you have any questions.

Thanks,

Contract Specialist
Office of Procurement Operations
U.S. Department of Homeland Security

b5
b6
b7C

DTE-20053

TRANSMISSION VERIFICATION REPORT

TIME : 03/04/2011 15:56
NAME : GCU
FAX  :
TEL  :
SER. # :

| | |
|---|---|
| DATE, TIME | 03/04  15:55 |
| FAX NO./NAME | |
| DURATION | 00:00:23 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-01-2012 BY 65179 DMH/STW

FEB-15-2011  11:24                                                                   P.02

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE                PAGE  OF  PAGES
                                     1      2

2. AMENDMENT/MODIFICATION NO.        3. EFFECTIVE DATE      4. REQUISITION/PURCHASE REQ. NO.    5. PROJECT NO. (if applicable)
Mod 8                                02/15/11

6. ISSUED BY                CODE              7. ADMINISTERED BY (if other than Item 6)   CODE
Federal Bureau of Investigation
          Room G853                           Same as Item 6.
935 Pennsylvania Ave. NW
Washington DC, 20535

7. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

(X)  9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

X   10B. DATED (SEE ITEM 13)
                                                          09/16/09

CODE          FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers   ☐ is extended,   ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE
PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment
your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this
amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required)

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

CHECK ONE
A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER
NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office,
appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X  D. OTHER (Specify type of modification and authority)
FAR 43.103 (a)   Bilateral

E. IMPORTANT: Contractor ☐ is not,   ☒ is required to sign this document and return _____ 1 _____ copies to the issuing office.

b3
b4
b6
b7C
b7E

CELLSITE-20054

```
********************** -COMM. JOURNAL- ******************** DATE SEP-12-2011 ***** TIME 17:42 *********

          MODE = MEMORY TRANSMISSION        START=SEP-12 17:41   END=SEP-12 17:42

             FILE NO.=529

    STN   COMM.   ONE-TOUCH/   STATION NAME/TEL NO.           PAGES    DURATION
    NO.           ABBR NO.

    001    OK      ☎                                        001/001   00:00:16
```

****************************************** -            - ****   -        ********

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-01-2012 BY 65179 DMH/STW

THE HIGHEST CLASSIFICATION CONTAINED
HEREIN IS: U/LES

DAT

OF

b3
b6
b7C
b7E

## SECURE FAX HEADER SHEET

TO:                                FROM:

UNCLASSIFIED
SUBJECT/COMMENTS:

THIS FAX CONSISTS OF HEADER + 15 PAGES.

PLEASE SIGN THE DOCUMENT RECEIPT BELOW AND FAX BACK TO EITHER NUMBER
ABOVE TO AVOID TRACER ACTION. THANK YOU.

9/12/11
(Date)

THE HIGHEST CLASSIFICATION CONTAINED
HEREIN IS: U/LES

THIS HEADER SHEET IS UNCLASSIFIED

CELLSITE-20055

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-01-2012 BY 65179 DMH/STW

THE HIGHEST CLASSIFICATION CONTAINED
HEREIN IS: u/LES

DATE

OFA:

## SECURE FAX HEADER SHEET

TO:

FROM:

b3
b6
b7C
b7E

UNCLASSIFIED
SUBJECT/COMMENTS:

THIS FAX CONSISTS OF HEADER + /S PAGES.

PLEASE SIGN THE DOCUMENT RECEIPT BELOW AND FAX BACK TO EITHER NUMBER
ABOVE TO AVOID TRACER ACTION. THANK YOU.

9/12/11
(Date)

HEREIN IS: U/LES

THIS HEADER SHEET IS UNCLASSIFIED

CELLSITE-20056

FD-448
Revised
10-27-2004

FEDERAL BUREAU OF INVESTIGATION
**FACSIMILE COVER SHEET**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-01-2012 BY 65179 DMH/STW

## PRECEDENCE

◦ Immediate                    ◦ Priority                    ◦ Routine

## CLASSIFICATION

◦ Top Secret        ◦ Secret        ◦ Confidential        ◉ Sensitive        ◦ Unclassified

## TO

| | Facsimile Number: | Date: 09/01/2011 |
| --- | --- | --- |
| Attn: | Room: | Telephone Number: |

b3
b6
b7C
b7E

## FROM

Name of Office:
**FBI – Science and Technology Contracts Unit**

Originator's Name:

Originator's Telephone Number:

Originator's Facsimile Number:

Number of Pages: (including cover)

Approved:

## DETAILS

Subject:
**Please find attached the revised** [                    ] **originally faxed 8/19/11 under the** [        ]

Special Handling Instructions:
**Please confirm receipt – sign this page and fax to the UNCLASS fax # above** [        ]

Brief Description of Communication Faxed:
**The letter and the Fax Cover are Unclassified;** [                ] **Thank you for your assistance and have a good day.**

## WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

*Received 9/01/11  5 pages plus 1 Lead.*

CELLSITE-20072

```
********************************* COMM. JOURNAL ********************************************

     FAX MODE = TRANSMISSION
     COM MODE = 408 ASYNCHRONOUS COMPRESSED PROTOCOL
     PAGES   = 6

*****************************************************************************************
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-01-2012 BY 65179 DMH/STW

CELLSITE-20073

| **FD-448**<br>Revised<br>10-27-2004 | FEDERAL BUREAU OF INVESTIGATION<br>**FACSIMILE COVER SHEET** |
|---|---|

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-01-2012 BY 65179 DMH/STW

## PRECEDENCE

◌ Immediate                    ◌ Priority                    ◌ Routine

## CLASSIFICATION

◌ Top Secret          ◌ Secret          ◌ Confidential          ◉ Sensitive          ◌ Unclassified

## TO

| Name of Office: | | Facsimile Number: | Date:<br>**09/01/2011** |
|---|---|---|---|
| Attn: | | Room: | Telephone Number: |

## FROM

| Name of Office:<br>**FBI – Science and Technology Contracts Unit** | Number of Pages: (including cover)<br>*6* | b3 |
|---|---|---|
| Originator's Name: | Originator's Telephone Number: | Originator's Facsimile Number: | b6 |
| Approved: | | | b7C<br>b7E |

## DETAILS

Subject:
**Please find attached the revised** _____ **originally faxed 8/19/11**
**under the** _____

Special Handling Instructions:
**Please confirm receipt - sign this page and fax to the UNCLASS fax # above** _____

Brief Description of Communication Faxed:
**The letter and the Fax Cover are Unclassified** _____ **Thank you for your assistance and**
**have a good day.**

## WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

CELLSITE-20074

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-01-2012 BY 65179 DMH/STW

FD-448
Revised
10-27-2004

FEDERAL BUREAU OF INVESTIGATION
**FACSIMILE COVER SHEET**

### PRECEDENCE

○ Immediate          ○ Priority          ○ Routine

### CLASSIFICATION

○ Top Secret     ○ Secret     ○ Confidential     ⊙ Sensitive     ○ Unclassified

### TO

| | Facsimile Number: | Date: 08/19/2011 |
| --- | --- | --- |
| | Room: | Telephone Number: |

b3
b6
b7C
b7E

Name of Office:
**FBI - Science and Technology Contracts Unit**

Number of Pages: (including cover)
**6**

Originator's Name:

Originator's Telephone Number:     Originator's Facsimile Number:

Approved:

### DETAILS

Subject:
**Please find attached**

Special Handling Instructions:
**Please confirm receipt - sign this page and fax to the UNCLASS fax # above**

*Received all pages (6)*

Brief Description of Communication Faxed:
**The letter and the Fax Cover are Unclassified;**      Thank you for your assistance and
have a good day.

### WARNING

Information attached to the cover sheet is U.S. Government Property.  If you are not the intended recipient of this information disclosure,
reproduction, distribution, or use of this information is prohibited (18,USC, § 641).  Please notify the originator or local FBI Office
immediately to arrange for proper disposition.

CELLSITE-20080

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-01-2012 BY 65179 DMH/STW

| FD-448<br>Revised<br>10-27-2004 | FEDERAL BUREAU OF INVESTIGATION<br>**FACSIMILE COVER SHEET** |
|---|---|

## PRECEDENCE

◦ Immediate          ◦ Priority          ◦ Routine

## CLASSIFICATION

◦ Top Secret     ◦ Secret     ◦ Confidential     ⊙ Sensitive     ◦ Unclassified

### TO

| Name of Office: | Facsimile Number: | Date:<br>**08/19/2011** |
|---|---|---|
| | Room: | Telephone Number: |

### FROM

| Name of Office:<br>**FBI – Science and Technology Contracts Unit** | Number of Pages: (including cover)<br>**6** |
|---|---|
| Originator's Name: | Originator's Telephone Number: | Originator's Facsimile Number: |

b3
b6
b7C
b7E

Approved:

## DETAILS

Subject:
**Please find attached**

Special Handling Instructions:
**Please confirm receipt - sign this page and fax to the UNCLASS fax # above**

Brief Description of Communication Faxed:
**The letter and the Fax Cover are Unclassified;                    Thank you for your assistance and
have a good day.**

## WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure,
reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office
immediately to arrange for proper disposition.

*SuccessFully
Faxed        8/19/11 @ 12:55pm*

CELLSITE-20081

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-01-2012 BY 65179 DMH/STW

**From:**
**Sent:** Thursday, September 22, 2011 4:58 PM
**To:**
**Cc:**
**Subject:** Award o_____unde
**Attachments:**

b3
b5
b6
b7C
b7E

Good Afternoon,

Please find attached _____
_____ Please sign the SF 30 and return back for full execution.

Also attached _____

Let me know if you have any questions,

*Contracting Officer*
Federal Bureau of Investigation,

1

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|
| | | 1    1 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicble)* |
|---|---|---|---|
| | Sep 22, 2011 | | |

**6. ISSUED BY**   CODE

Federal Bureau of Investigation
                    Room 6853
935 Pennsylvania Ave. NW
Washington, DC 20535

**7. ADMINISTERED BY** *(If other than Item 6)*   CODE

Same as Item 6.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-30-2012 BY 65179 DMH/STW

**8. NAME AND ADDRESS OF CONTRACTOR** *(No., street, county, State and ZIP Code)*

| | (X) | |
|---|---|---|
| | | **9A. AMENDMENT OF SOLICIATION NO.** |
| | [ ] | **9B. DATED** *(SEE ITEM 11)* |
| | | **10A. MODIFICATION OF CONTRACT/ORDER NO.** |
| | [X] | **10B. DATED** *(SEE ITEM 13)* Sep 15, 2009 |

b3
b4
b6
b7C
b7E

CODE                    FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a)By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA**    *(If required)*

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| [ ] | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| [X] | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office,* appropriation date, etc.   ) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| [ ] | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| [ ] | D. | OTHER *(Specify type of modification and authority)* |

**E. IMPORTANT:**   Contractor [X] is not,   [ ] is required to sign this document and return _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (**   *Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* |
|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. | 16C. DATE SIGNED 9/22/11 |
| *(Signature of person authorized to sign)* | | | |

NSN 7540-01-152-8070
Previous edition unusable

**STANDARD FORM 30**   (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-20089

09/21/2011  14:48                    QCU                          PAGE   03/03

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|---|
| | | 1 | 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| | Sep 21, 2011 | | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (if other than Item 6) | CODE |
|---|---|---|---|
| Federal Bureau of Investigation<br>Room 6853<br>935 Pennsylvania Ave. NW<br>Washington, DC 20535 | | Same as Item 6. | |

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-01-2012 BY 65179 DMH/STW

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | 10B. DATED (SEE ITEM 13) |
| | | 9/16/2011 |

b3
b4
b6
b7C
b7E

| CODE | | FACILITY CODE | |
|---|---|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE
DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer
already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this
amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (if required) | |
|---|---|

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| X | D. OTHER (Specify type of modification and authority) FAR 43.103 "Bilateral" | |

E. IMPORTANT:   Contractor ☐ is not, ☒ is required to sign this document and return ___1___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | |
| 15C. DATE SIGNED | 16C. DATE SIGNED |
| [handwritten] | 9/21/11 |

FORM 30 (REV. 10-83)
FAR (48 CFR) 53.243
Previous edition unusable

CELLSITE-20090

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|---|
| | | 1 | 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| | Sep 21, 2011 | | |

| 6. ISSUED BY                    CODE | 7. ADMINISTERED BY (If other than Item 6)    CODE |
|---|---|
| Federal Bureau of Investigation<br>Room 6853<br>935 Pennsylvania Ave. NW<br>Washington, DC 20535 | Same as Item 6. |

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-01-2012 BY 65179 DMH/STW

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | 10B. DATED (SEE ITEM 13)  9/15/2010 |

b4
b6
b7C

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| ☒ | D. OTHER (Specify type of modification and authority)<br>FAR 43.103 "Bilateral" & RFP-E010347 Section.I.7 "Option to Extend" |

E. IMPORTANT:  Contractor ☐ is not, ☒ is required to sign this document and return ___1___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| 15B. C. ... (Signa... | 16B. C. ... (Signa... |
| 15C. DATE SIGNED  9/22/2011 | 16C. DATE SIGNED  9/21/11 |

NSN 7540-01-152-8...
Previous edition un...

...DARD FORM 30  (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-30-2012 BY 65179 DMH/STW

ORIGINAL

## FEDERAL BUREAU OF INVESTIGATION

### REQUISITION FOR SUPPLIES AND/OR EQUIPMENT

Page _____ of _____

Req. #  9/6/11

Date

Ordering Office: TTU

b3
b4
b6
b7C
b7E

Supply Technician:
Program Manager:
Funding Approved
COTR:
    Room # & Ext:

Contract Specialist:
Date Received
PPMS Approval:
Purchase Order #

11-R

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | Engineering Services | EA | 1 | | | | |

SPECIAL INSTRUCTIONS:
Ship to Code:
Delivery Restrictions:
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:
See attached

See Instructions on Reverse

CELLSITE-20092

HEREIN IS UNCLASSIFIED
DATE 11-30-2012 BY 65179 DMH/STW

(Rev. 05-01-2008)

UNCLASSIFIED//FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                          Date:  09/06/2011

To:  Finance                     Attn:

From:  Operational Technology Division,
       Tracking Technology Unit
         Contact:

Approved By:

Drafted By:

Case ID #:  268-HQ-1068430-

Title:  WIRELESS INTERCEPT AND TRACKING TEAM

Synopsis:  (U//FOUO/LES)

Enclosure(s):  (U//FOUO/LES) Requistion        and Statement of
Work.

Details:  (U//FOUO/LES)

(U//FOUO/LES)

b3
b5
b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE

CELLSITE-20093

UNCLASSIFIED//FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE

To: Finance  From: Operational Technology Division,
Tracking Technology Unit
Re: 288-HQ-1068730, 09/06/2011

b6
b7C
b7E

(U//FOUO/LES) The Contracting Officer Technical Representative
(COTR) for this procurement is Electronics Engineer (EE)
and he can be contacted at the Engineering Research
Facility, located in Quantico, Virginia, for any questions.

(U) Contracting Officers are responsible for ensuring that

UNCLASSIFIED//FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE

CELLSITE-20094

UNCLASSIFIED//FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE

To:  Finance  From:  Operational Technology Division,
Tracking Technology Unit
Re:  268-HQ-1068430, 09/06/2011

LEAD(s):

Set Lead 1:  (Info)

    FINANCE

        AT WASHINGTON, DC

        For information only.

CC:

♦♦

b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE

3

CELLSITE-20095

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT        │
└─────────────────────────────────────────┘
```

TIME    : 06/18/2012 15:06
NAME    : STCU
FAX
TEL
SER. #

```
┌──────────────────────────────────────────────────────────┐
│  DATE,TIME              06/18  15:05                       │
│  FAX NO./NAME                                              │
│  DURATION               00:01:01                           │
│  PAGE(S)                04                                 │
│  RESULT                 OK            ALL INFORMATION CONTAINED │
│  MODE                   STANDARD      HEREIN IS UNCLASSIFIED │
│                         ECM           DATE 12-01-2012 BY 65179 DMH/STW │
└──────────────────────────────────────────────────────────┘
```

b3
b4
b6
b7C
b7E

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|
| | | 1    1 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|
| | 6/18/2012 | | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| Federal Bureau of Investigation Room 6853 935 Pennsylvania Ave. NW Washington, DC 20535 | | Same as Item 6. | |

| 8. NAME AND ADDRESS OF CONTRACTOR  (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| | | |
| | | 9B. DATED   (SEE ITEM 11) |
| | (X) | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | 10B. DATED   (SEE ITEM 13)   9/15/2009 |

| CODE | FACILITY CODE |
|---|---|
| | |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA   (If required) |
|---|
| |

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:   (Specify authority)   THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc. ) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| ☒ | D. OTHER (Specify type of modification and authority)   FAR 43.103 "Bilateral" | |

E. IMPORTANT:   Contractor ☐ is not, ☒ is required to sign this document and return _____1_____ copies to the issuing office.

CELLSITE-20110

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 12-03-2012 BY 65179 DMH/STW

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | | PAGE OF PAGES 1  1 |
|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. | | 3. EFFECTIVE DATE 6/18/2012 | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. *(If applicble)* |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY *(If other than Item 6)* | CODE |
|---|---|---|---|
| Federal Bureau of Investigation<br>Room 6853<br>935 Pennsylvania Ave. NW<br>Washington, DC 20535 | | Same as Item 6. | |

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | (X) | |
|---|---|---|
| | | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9B. DATED *(SEE ITEM 11)* |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | 10B. DATED *(SEE ITEM 13)* 9/15/2009 |
| CODE | FACILITY CODE | |

b3
b4
b6
b7C
b7E

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers   ☐ is extended,   ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(if required)*

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| ☐ | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO:   *(Specify authority)*   THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   *(such as changes in paying office, appropriation date, etc.   )* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☐ | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| ☒ | D. | OTHER *(Specify type of modification and authority)*<br>FAR 43.103 "Bilateral" |

E. IMPORTANT:   Contractor   ☐ is not,   ☒ is required to sign this document and return _____1_____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION ( *Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| Contracts Manager | | Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | | *(Signature of Contracting Officer)* | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30   (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-20111

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 49
Page 2 ~ b3; b5; b6; b7C; b7E;
Page 3 ~ b3; b5; b6; b7C; b7E;
Page 4 ~ b1; b3; b5; b6; b7C; b7E;
Page 6 ~ b1; b3; b5; b6; b7C; b7E;
Page 7 ~ b3; b5; b6; b7C; b7E;
Page 10 ~ b3; b5; b6; b7C; b7E;
Page 19 ~ b1; b3; b5; b6; b7C; b7E;
Page 20 ~ b3; b5; b7E;
Page 29 ~ Duplicate;
Page 30 ~ Duplicate;
Page 31 ~ Duplicate;
Page 40 ~ b3; b5; b6; b7C; b7E;
Page 45 ~ b3; b5; b6; b7C; b7E;
Page 46 ~ b3; b5; b6; b7C; b7E;
Page 51 ~ Duplicate;
Page 52 ~ Duplicate;
Page 53 ~ Duplicate;
Page 54 ~ Duplicate;
Page 55 ~ Duplicate;
Page 56 ~ Duplicate;
Page 57 ~ Duplicate;
Page 58 ~ Duplicate;
Page 59 ~ Duplicate;
Page 60 ~ Duplicate;
Page 61 ~ Duplicate;
Page 62 ~ Duplicate;
Page 63 ~ Duplicate;
Page 64 ~ Duplicate;
Page 65 ~ Duplicate;
Page 66 ~ Duplicate;
Page 67 ~ Duplicate;
Page 68 ~ Duplicate;
Page 69 ~ Duplicate;
Page 70 ~ Duplicate;
Page 71 ~ Duplicate;
Page 75 ~ Duplicate;
Page 76 ~ Duplicate;
Page 77 ~ Duplicate;
Page 78 ~ Duplicate;
Page 79 ~ Duplicate;
Page 80 ~ Duplicate;
Page 81 ~ Duplicate;
Page 82 ~ Duplicate;
Page 83 ~ Duplicate;
Page 84 ~ Duplicate;
Page 85 ~ Duplicate;
Page 86 ~ Duplicate;
Page 87 ~ Duplicate;
```

Page 88 ~ Duplicate;

```
XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X   No Duplication Fee X
X   For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

(U)                    (S//NF) Please clarify what future customers of the products above will have access to in terms of enhancement made to the above products under current contract.

b6
b7C

**DERIVED FROM: Multiple Sources**
**DECLASSIFY ON: 20350825**
**SECRET//NOFORN**


**DERIVED FROM: Multiple Sources**
**DECLASSIFY ON: 20350825**
**SECRET//NOFORN**
================================================
Classification: SECRET

SECRET

CELLSITE-2142

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 4
Page 45 ~ b3; b5; b6; b7C; b7E;
Page 46 ~ b3; b5; b6; b7C; b7E;
Page 47 ~ b3; b5; b6; b7C; b7E;
Page 48 ~ b3; b5; b6; b7C; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1


Total Deleted Page(s) = 24
Page 44 ~ b3; b6; b7C; b7E;
Page 70 ~ b3; b7E;
Page 71 ~ b3; b7E;
Page 126 ~ b3; b6; b7C; b7E;
Page 127 ~ b1; b3; b6; b7C; b7E;
Page 128 ~ b3; b7E;
Page 129 ~ b3; b6; b7C; b7E;
Page 182 ~ b3; b5; b7E;
Page 233 ~ Duplicate;
Page 234 ~ Duplicate;
Page 235 ~ Duplicate;
Page 236 ~ Duplicate;
Page 237 ~ Duplicate;
Page 238 ~ Duplicate;
Page 239 ~ Duplicate;
Page 240 ~ Duplicate;
Page 241 ~ Duplicate;
Page 242 ~ Duplicate;
Page 243 ~ Duplicate;
Page 244 ~ Duplicate;
Page 245 ~ Duplicate;
Page 246 ~ Duplicate;
Page 247 ~ Duplicate;
Page 248 ~ b3; b6; b7C; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-16-2012 BY 65179/dmh/stp/as

(Rev. 06-04-2007)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 02/25/2008

**To:** Finance                    **Attn:** [          ] Rm 6863

**From:** Operational Technology
                                                    TTU/QT-ERF
          **Contact:** [                    ]

**Approved By:**

b6
b7C

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**

**Details:**

b3
b5
b7E

CELL/OTD    025423    CELLSITE-19447

To:  Finance  From:  Operational Technology
Re:  268-HQ-1068430, 12/07/2007

b3
b5
b7E

   The Contracting Officer's Technical Representative for
this contract is Electronics Engineer (EE) [ ] can be contacted at [ ] Engineering Research
Facility, Quantico, Virginia.

b6
b7C

2

To:  Finance  From:  Operational Technology
Re:  268-HQ-1068430, 12/07/2007

**LEAD(s):**

**Set Lead 1:   (Action)**

     <u>FINANCE</u>

        <u>AT WASHINGTON, DC</u>

b3
b5
b7E

**CC:**

♦♦

3

CELL/OTD   025425  CELLSITE-19449

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-16-2012 BY 65179/dmh/stp/as

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  PRIORITY                     Date:   03/29/2011

To:  Facilities Log Services      Attn:

     Finance                      Attn:
     Operational Technology       Attn:
                                  Attn:

From:  Operational Technology Division
                                        Tracking Technology Unit      b6
                                                                      b7C

Approved By:


Drafted By:

Case ID #: 268-HQ-1068430

Title:  WIRELESS INTERCEPT AND TRACKING TEAM

Synopsis:


Details:                                                              b3
                                                                     b5
                                                                     b7E




MT#32983              UNCLASSIFIED                           wpd

CELL/OTD  024743

UNCLASSIFIED

To:  Facilities Log Services  From:  Operational Technology
Division
Re:  268-HQ-1068430, 03/29/2011

b3
b5
b7E

CELL/OTD   024744

CELLSITE-19451

UNCLASSIFIED

To:  Facilities Log Services  From:  Operational Technology
Division
Re:  268-HQ-1068430, 03/29/2011


**LEAD(s):**

**Set Lead 1:   (Action)**

    FACILITIES LOG SERVICES

       AT WASHINGTON, DC

b3
b5
b7E

**Set Lead 2:   (Action)**

    FINANCE

       AT WASHINGTON, DC

♦♦

UNCLASSIFIED

3

CELL/OTD  024745

CELLSITE-19452

DATE: 10-16-2012
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-16-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(Rev. 05-01-2008)

~~SECRET~~//NOFORN/~~20351228~~

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 12/28/2010

**To:** Finance                    **Attn:**                                            b6
                                                                                        b7C

**From:** Operational Technology Division
                                        Tracking Technology Unit
          **Contact:**

**Approved By:**

**Drafted By:**

(U) **Case ID #:** (S//NF)   268-HQ-1068430

**Title:** (S//NF)

**Synopsis:** (S//NF)

(S)

          ~~Derived From~~:   FBI NSISCG 20090615
          ~~Declassify On~~:   20351228                          b1
                                                                 b3
(U) **Enclosure(s):** (S//NF)  FD369                             b5
    Request Form,            Checklist.                          b7E

**Details:** (S//NF)

(S)

(S) (U//FOUO)

(S)

~~SECRET~~//NORFORN/~~20351228~~

~~SECRET~~//NOFORN/~~20351228~~

```
To:  Finance  From:  Operational Technology Division
(U)Re:  (S//NF)  268-HQ-1068430, 12/28/2010
```

(S)

[                                                                    ]

b1
b3
b5
b6
b7C
b7E

(U//FOUO) The Contracting Officer Technical Representative (COTR)
for this procurement is Electronics Engineer (EE)
and can be contacted at the Engineering Research Facility,
located in Quantico, Virginia, for any questions.

(U//FOUO) Contracting Officers are responsible for ensuring that

[                                                                    ]

LEAD(s):

~~SECRET~~//NOFORN/~~20351228~~

2

*CELL/OTD  024737*

CELLSITE-19454

SECRET//NOFORN/20351228

To:  Finance   From:  Operational Technology Division
(U) Re:  (S//NF)  268-HQ-1068430, 12/28/2010


Set Lead 1:  (Action)

    FINANCE

        AT WASHINGTON, DC

        PSFO:  For information only.

◆◆

SECRET//NOFORN/20351228

3

CELL/OTD  024738

CELLSITE-19455

DATE: 10-15-2012
CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-16-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~/NOFORN

**Justification for Other than Full and Open Competition
In Accordance With 41 U.S.C. 253 (c)(1)**

1.   **IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The Federal Bureau of Investigation's (FBI) Quantico Contracts Unit (QCU) has prepared this Justification for Other Than Full and Open Competition in response to a requirement from the Operational Technology Division (OTD), ⬚ Tracking Technology Unit (TTU), for the establishment of a delivery order fo ⬚

b1
b3
b7E

2.   **NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

(S) ⬚

(S) ⬚

3.   **DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

(S/NF ⬚

(S) ⬚

(S) ⬚

(S) ⬚

4.   **IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) This contract action is authorized by 41 U.S.C. 253(c)(1), as set forth in the Federal Acquisition Regulation (FAR) 6.302-1, "Only one responsible source and no other supplies or services will satisfy agency requirements. Also, based on the foregoing findings, it is hereby determined, within the meaning of FAR 6.302-6, 41 U.S.C. 253(c)(6) disclosure of the agency's needs would compromise national security.

5.   **DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

(S/NF ⬚

(S) ⬚

Derived From: ~~FBI NSISCG – 20090615~~

~~SECRET~~/NOFORN

Declassify On: 12/29/2035

CELL/OTD   024732

~~SECRET~~/NOFORN



(S)

(S/NF)

(S)

(S/NF)

(S)

b1
b3
b5
b7E

(S/NF)

(S)

**6.      DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) WITT personnel have done a market survey for this requirement through technology conferences and available technical and agency sources. No resellers were found that could provide the required list of items.

**7.      DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U) The Contracting Officer will ensure that the anticipated cost to the Government will be fair and reasonable.  Techniques may include an analysis of proposed direct costs, audit or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, comparison of proposed rates to published rates, and rigorous negotiation.

**8.      A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

(S/NF)

(S)

SECRET/NOFORN

(S)

(U) _____ have many resellers of which five of the largest were contacted for market research. These companies include _____ all of which were unable to provide the required items.

9. **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

(S/NF)

(S)

b1
b3
b5
b7E

(U)  Based on the foregoing findings, it is hereby determined, within the meaning of FAR 6.302-6, 41 U.S.C. 253(c)(6) disclosure of the agency's needs would compromise national security.

10. **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not publicized pursuant to FAR 6.302-1, "Only one responsible source and no other supplies or services will satisfy agency requirements". As well as FAR 6.302-6, 41 U.S.C. 253(c)(6) "disclosure of the agency's needs would compromise national security", no other commercial sources were given the opportunity to express written interest in this procurement.

11. **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will continue to scan the market to identify potential sources on subsequent acquisitions.

SECRET/NOFORN

## 12.    SIGNATURES

**TECHNICAL REPRESENTATIVE CERTIFICATION**

(U) As Technical Representative of the requiring office, I have reviewed the data provided in support of the Justification and Approval to Procure Using Other Than Full and Open Competition.  I certify that the data is accurate and complete to the best of my knowledge and belief.

_____     Date _____

Contracting Officer's
Technical Representative

b6
b7C

**APPROVED BY:**

As the Contracting Officer of Record, I hereby certify, to the best of my knowledge, that the information contained herein is accurate and complete.

_____     Date _____

Contracting Officer

**REVIEWED BY:**

_____     Date _____

Unit Chief
Quantico Contracts Unit

**APPROVED BY:**

_____     Date _____

Competition Advocate

SECRET/NOFORN

Declassify On: 12/29/2035

CELL/OTD  024735      CELLSITE-19459

DATE: 10-16-2012
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-16-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(Rev. 05-01-2008)

~~SECRET~~//NOFORN/~~20360112~~

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                          Date:  1/12/2011

To:  Finance                    Attn:

From:  Operational Technology Division
                                    Tracking Technology Unit
           Contact:                                                    b6
                                                                              b7C
Approved By:


Drafted By:

(U)  Case ID #:  (S//NF)   268-HQ-1068430

Title:  (S//NF)

Synopsis:  (S//NF)

(S)                                                                    b1
                                                                              b3
                                                                              b5
         Derived From :  FBI NSISCG-20090615            b7E
         Declassify On:  20360112


(U)  Enclosure(s):  (S//NF)  FD369        Justification for other
than full and open competition (JFOC),
Request Form,           Checklist.

Details:  (S//NF)

(S)


MT#31607            ~~SECRET~~//NORFORN/~~20360112~~            wpd


CELL/OTD   024729

CELLSITE-19460

SECRET//NOFORN/20360112

To:  Finance   From:  Operational Technology Division
(U)  Re:  (S//NF)  268-HQ-1068430, 1/12/2011

(S)  (U//FOUO)

(S)

b1
b3
b5
b6
b7C
b7E

(U//FOUO) The Contracting Officer Technical Representative (COTR)
for this procurement is Electronics Engineer (EE)
and can be contacted at the Engineering Research Facility,
located in Quantico, Virginia, for any questions.

(U//FOUO) Contracting Officers are responsible for ensuring that

LEAD(s):

SECRET//NOFORN/20360112

2

CELL/OTD   024730

CELLSITE-19461

~~SECRET~~//NOFORN/~~20360112~~

To:   Finance   From:   Operational Technology Division
(U) Re:   ~~(S//NF)~~   268-HQ-1068430, 1/12/2011


**Set Lead 1:   (Info)**

    <u>FINANCE</u>

        <u>AT WASHINGTON, DC</u>

        For information only.


◆◆

CELL/OTD   024731

CELLSITE-19462

SECRET//NOFORN/20360328

CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-16-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**Justification for Other Than Full and Open Competition
In Accordance With 41 U.S.C. 253 (c)(6)**

1. **IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

   (U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI), Tracking Technology Unit (TTU), Operational Technology Division (OTD). The contracting activity is the Finance Division, Engineering Contracts Unit (ECU).

2. **NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

   (S//NF)

3. **DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

   (S//NF)

   b1
   b3
   b7E

   (S//NF)

   (S//NF)

4. **IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

   (U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6). The regulatory authority is FAR 6.302-6(a)(2). Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

5. **DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE**



CELL/OTD   024719                    CELLSITE-19463



SECRET//NOFORN/20360328

**NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

(S//NF)

(S)

(S//NF)

(S)

(S//NF)

(S)

b1
b3
b5
b7E

(S//NF)

(S)

(S//NF)

(S)

6.  **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

    (U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement. Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information). This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

7.  **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

SECRET//NOFORN/20360328



SECRET//NOFORN/20360328

(U)  The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable.  Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8.   **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

(U) FBI, TTU⬛⬛⬛continuously conducts market surveys to determine state-of-the-art technologies. The engineers, technicians, and technical personnel are in constant contact with equipment vendors, other technical members of the intelligence community, as well as visiting trade shows, reviewing trade journals, and browsing the Internet.  TTU⬛⬛⬛routinely conducts and attends working group (WG) meetings with vendors to assess the capabilities, performance, and quality of equipment that meets the needs of the FBI.  TTU⬛⬛⬛assessed available capabilities and have determined that other vendor technologies⬛⬛⬛

b3
b7E

9.   **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

(U)⬛⬛⬛ See paragraph (5) above for facts supporting the use of other then full and open competition.

10.   **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

11.   **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

SECRET//NOFORN/20360328

**12.   TECHNICAL REPRESENTATIVE CERTIFICATION**

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

(U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
Contracting Officer's Technical Representative      (Date)                    b6
                                                                               b7C

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
, Contracting Officer                    (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
, Supervisory Contracting Officer            (Date)

_____
, FBI Chief Contracting Officer          (Date)

_____
Office of General Counsel                    (Date)

Approved By:   _____
               , Competition Advocate          (Date)

SECRET//NOFORN/20360328

CELL/OTD   024722   CELLSITE-19466

DATE: 10-16-2012
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-16-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET//NOFORN/20351228~~

(U)    Subject: Requisition ▢ Security Addendum

(S//NF)

(S)

(S//NF)

(S)

b1
b3
b5
b6
b7C
b7E

(S//NF)

(S)

(U)   ~~(S//NF)~~ Publicizing the fact that the FBI is utilizing technology shall disclose a critical component in ongoing and future investigations,

March 28, 2011

Chief Security Officer
Operational Technology Division

Derived From:  FBI NSISCG 20090601
~~Declassify On:~~ March 28, 2036

CELL/OTD   024723

CELLSITE-19467

(Rev. 05-01-2008)

DATE: 10-16-2012
CLASSIFIED BY 65179 DMH/STP
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-16-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~//NOFORN/~~20360328~~

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** PRIORITY          **Date:** 03/28/2011

**To:** Finance                    **Attn:**

Rm B239, ERF-QT (Enc)

**From:** Operational Technology

/TTU/QT-ERF                                        b6
                                                   b7C
**Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:** (U)  268-HQ-1068430

**Title:** (U)  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:** (S//NF)                                              b1
(S)                                                                b3
                                                                   b5
                                                                   b7E

~~Derived From~~ : FBI ~~NSISCG~~ 20090615
~~Declassify On:~~  ~~20360328~~

**Enclosure(s):** (S//NF)
(S)

**Details:** ~~(S//NF)~~ The Federal Bureau of Investigation (FBI), Tracking
(U) Technology Unit (TTU) provides operational support to investigations
by delivering capabilities to

~~SECRET~~//~~20360302~~

CELL/OTD  024715

~~SECRET~~//NOFORN/~~20360328~~

To:  ??  From: Operational Technology
Re:  (U)  268-HQ-1068430, 03/28/2011

b1
b3
b5
b7E

(S//NF)

(S)

(S//NF)

(S)

(U)  (S//NF)   Sole Source Justification

(S//NF)

(S)

~~SECRET~~//NOFORN/~~20360328~~

2

CELL/OTD    024716

~~SECRET~~//NOFORN/~~20360328~~

To:  ??  From: Operational Technology
Re:  (U)  268-HQ-1068430, 03/28/2011

(S)

b1
b3
b5
b6
b7C
b7E

        (U) The Contracting Officer's Technical Representative for
this task is Electronics Engineer (EE)          who may be
contacted at the Engineering Research Facility, Quantico, Virginia.
Contracting Officers are responsible for ensuring that

CELL/OTD   024717

CELLSITE-19470

SECRET//NOFORN/20360328

To:  ??  From: Operational Technology
Re:  (U)  268-HQ-1068430, 03/28/2011

**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>FINANCE</u>

      (S//NF)

(S)

            b1
            b3
            b5
            b6
            b7C
            b7E

**CC:**                 QT-ERF-E (Enc)

    ♦♦

CELL/OTD   024718

CELLSITE-19471

(Rev. 05-01-2008)

DATE: 10-16-2012
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-16-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~//NOFORN/~~20360112~~

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                    Date:  1/12/2011

To:  Finance                    Attn:

From:  Operational Technology Division
                              Tracking Technology Unit
          Contact:                                                   b6
                                                                     b7C
Approved By:


Drafted By:

(U) Case ID #: (S//NF)  268-HQ-1068430

Title:  (S//NF)

Synopsis:  (S//NF)

(S)

          Derived From :  FBI NSISCG-20090615          b1
          Declassify On:  20360112                     b3
                                                       b5
                                                       b7E

(U) Enclosure(s):  (S//NF)  FD369 [          ]  Justification for other
than full and open competition (JFOC),
Request Form, [          ]  Checklist.

Details:  (S//NF)

(S)


~~SECRET~~//NORFORN/~~20360112~~


CELL/OTD   024712

SECRET//NOFORN/20360112

```
To:  Finance   From:  Operational Technology Division
(U)  Re:  (S//NF)  268-HQ-1068430, 1/12/2011
```

(S)  (U//FOUO)

(S)

      b1
      b3
      b5
      b6
      b7C
      b7E

(U//FOUO) The Contracting Officer Technical Representative (COTR) for this procurement is Electronics Engineer (EE) and can be contacted at the Engineering Research Facility, located in Quantico, Virginia, for any questions.

(U//FOUO) Contracting Officers are responsible for ensuring that

LEAD(s):

SECRET//NOFORN/20360112

2

CELL/OTD  024713

CELLSITE-19473

SECRET//NOFORN/20360112

To:   Finance   From:  Operational Technology Division
(U) Re:   (S//NF)   268-HQ-1068430, 1/12/2011


**Set Lead 1:   (Info)**

    <u>FINANCE</u>

        <u>AT WASHINGTON, DC</u>

        For information only.


◆◆

SECRET//NOFORN/20360112

3

CELL/OTD    024714

CELLSITE-19474

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-16-2012 BY 65179/dmh/stp/as

(Rev. 05-01-2008)

**UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE**

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                **Date:** 08/30/2011

**To:**     Finance                            **Attn:** [                              ]

**From:** Operational Technology Division
[                              ]Tracking Technology Unit
    **Contact:** [                              ]

b6
b7C

**Approved By:** [                    ]

**Drafted By:** [                    ]

**Case ID #:**     268-HQ-1068430

**Title:**          (U//FOUO/LES) WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:** (U//FOUO/LES) [                                        ]
services for the creation of [                                                ]

[                                                                              ]

**Enclosure(s):** [                    ]
    (U//FOUO/LES) [                              ]

**Details:** (U//FOUO/LES) [                                        ]

b3
b5
b6
b7C
b7E

[                                                                              ]

(U//FOUO/LES) It is requested that the Engineering Contracts Unit initiate procurement action,
[                                                                              ]

(U//FOUO/LES) The Contracting Officer Technical Representative (COTR) for this procurement
is Electronics Engineer (EE[                    ] and can be contacted at the Engineering Research
Facility, located in Quantico, Virginia, for any questions.

**UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE**

**UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE**

To: Finance  From: Operational Technology Division
Re:     268-HQ-1068430, 08/30/2011

(U) Contracting Officers are responsible for ensuring that

b7E

**UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE**

*CELL/OTD  024696*

CELLSITE-19476

**UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE**

To: Finance  From:  Operational Technology Division
Re:      268-HQ-1068430, 08/30/2011


**LEAD(s):**

**Set Lead 1:  (Action)**

> FINANCE
>
>> AT WASHINGTON, DC
>
>> FOR INFORMATION ONLY

CC:

♦♦

b6
b7C

**UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE**

CELL/OTD     024CELLSITE-19477

(Rev. 05-01-2008)

DATE: 10-16-2012
CLASSIFIED BY ...
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-16-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

SECRET//NOFORN/20360330

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE          **Date:** 03/30/2011

**To:**   Finance                                    **Attn:**

**From:** Operational Technology Division
                                         Tracking Technology Unit
         **Contact:**

**Approved By:**

**Drafted By:**

(U) **Case ID #:** (S//NF) 268-HQ-1068430

(U) **Title:** (S//NF) WIRELESS INTERCEPT AND TRACKING TEAM

(U) **Synopsis:** (S//NF)

**Derived From :** FBI NSISCG-20090615
**Declassify On:** 20360330

(U) **Enclosure(s):** (S//NF) FD369

**Details:** (S//NF)

(S)

(U) (S//NF)

(U)

(U)

SECRET//NORFORN/20351215

CELL/OTD   024693

CELLSITE-19478

b3
b5
b6
b7C
b7E

b1
b3
b5
b6
b7C
b7E

SECRET//NOFORN/20360330

To: Finance From: Operational Technology Division
(U) Re: (S//NF) 268-HQ-1068430, 03/30/2011

**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>FINANCE</u>

        <u>AT WASHINGTON, DC</u>

        FOR INFORMATION ONLY

b6
b7C

CC: 

◆◆

SECRET//NOFORN/20360330

CELL/OTD    024694

CELLSITE-19479

(Rev. 05-01-2008)

DATE: 10-16-2012
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-16-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

SECRET//NOFORN/20360124

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 01/24/2011

**To:** Finance                    **Attn:**

**From:** Operational Technology Division
                                   Tracking Technology Unit
          **Contact:**                                        b6
                                                              b7C

**Approved By:**

**Drafted By:**

(U) **Case ID #:** (S//NF)   268-HQ-1068430

(S) **Title:** (S//NF)

(S) **Synopsis:** (S//NF)

Derived From : FBI NSISCG-20090615
Declassify On: 20360124

(U) **Enclosure(s):** (S//NF)  FD369                           b1
Request Form,          Checklist.                              b3
                                                              b5
(S) **Details:** (S//NF)                                       b7E

(S)

(S)
(S)

SECRET//NORFORN/20351228

CELL/OTD    024690

CELLSITE-19480

SECRET//NOFORN/20360124

To:    Finance    From:   Operational Technology Division
(U) Re:    (S//NF)   268-HQ-1068430, 1/24/2011

(S)

(U//FOUO)

(U//FOUO)

b1
b3
b5
b6
b7C
b7E

SECRET//NOFORN/20360124

2

CELL/OTD   024691

CELLSITE-19481

SECRET//NOFORN/20360124

To: Finance   From: Operational Technology Division
(U) Re:   (S//NF)   268-HQ-1068430, 1/24/2011

**LEAD(s):**

**Set Lead 1:   (Info)**

    <u>FINANCE</u>

        <u>AT PSFO, DC</u>

        For information only.

♦♦

SECRET//NOFORN/20360124

3

CELL/OTD   024692

DATE: 10-16-2012
CLASSIFIED BY 65179 DMH/STP
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-16-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(Rev. 05-01-2008)

~~SECRET~~//NOFORN/~~20351228~~

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                    Date:  12/28/2010

To:  Finance                           Attn:

From:  Operational Technology Division
                                    Tracking Technology Unit          b6
        Contact:                                                       b7C

Approved By:

Drafted By:

(U) Case ID #:  ~~(S//NF)~~   268-HQ-1068430

Title:  (S//NF)

Synopsis:  (S//NF)

(S)                                                                    b1
                                                                       b3
                                                                       b5
                                                                       b7E

Derived From :  ~~FBI NSISCG-20090615~~
~~Declassify On:  20351228~~

(U) Enclosure(s):   ~~(S//NF)~~ FD369
Request Form,          Checklist.

Details:  (S//NF)

(S)

(S) ~~(U//FOUO)~~

(S)

~~SECRET~~//NORFORN/~~20351228~~

CELL/OTD   024687

CELLSITE-19483

SECRET//NOFORN/20351228

To:   Finance   From:   Operational Technology Division
(U) Re:   (S//NF)   268-HQ-1068430, 12/28/2010


(U//FOUO) The Contracting Officer Technical Representative (COTR)
for this procurement is Electronics Engineer (EE) [          ]          b6
and can be contacted at the Engineering Research Facility,          b7C
located in Quantico, Virginia, for any questions.                   b7E

(U//FOUO) Contracting Officers are responsible for ensuring that

[                                                                    ]


LEAD(s):

Set Lead 1:   (Action)

SECRET//NOFORN/20351228

2

CELL-OTD   024688

CELLSITE-19484

SECRET//NOFORN/20351228

To:   Finance   From:   Operational Technology Division
(U) Re:   (S//NF)   268-HQ-1068430, 12/28/2010


FINANCE

    AT PSFO, DC

    For information only.

◆◆

SECRET//NOFORN/20351228

3

CELL/OTD    024689   CELLSITE-19485

SECRET//NOFORN/20360228

DATE: 10-16-2012
CLASSIFIED BY 6S179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-16-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

To:  Finance  From:  Operational Technology Division

(U) Re:  (S//NF)  268-HQ-1068430, 02/28/2011

(S)

b1
b3
b5
b6
b7C
b7E

(U//FOUO)

(U//FOUO) Contracting Officers are responsible for ensuring that

Page 1 of document is missing

SECRET//20360209

2

CELL/OTD   024685

SECRET//NOFORN/20360228

To: Finance   From:  Operational Technology Division
(U) Re:  (S//NF)   268-HQ-1068430, 02/28/2011


**LEAD(s):**

**Set Lead 1:   (Info)**

FINANCE

AT PSFO, DC

For information only.


♦♦

SECRET//20360209

3

*CELL/OTD*      *024686*

CELLSITE-19487

DATE: 10-16-2012
CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-16-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE



# Statement of Need

To accompany Requisition:

b3
b7E

The Tracking Technology Unit (TTU), Wireless Intercept and Tracking Team (WITT) is tasked with providing FBI Field Offices with current and emerging _____ In response to this tasking, WITT provides a 24x7 operational support effort for all FBI field offices with personnel and equipment deployment.

(S)

b1
b3
b7E

SECRET

CELL/OTD    024683

CELLSITE-19488

DATE: 10-16-2012
CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-16-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

# STATEMENT OF NEED
## And
## SOLE SOURCE JUSTIFICATION
### Requisition

b1
b3
b6
b7C
b7E

(S)

UC

CELL/OTD    024679

DATE: 10-16-2012
CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-16-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

# STATEMENT OF NEED

## Background

(S)

b1
b3
b7E

## Market Research

(S)

b1
b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179/dmh/stp/as

# Justification and Approval
# For
# Other than Full and Open Competition
## In accordance With 41 U.S.C. 253 (c) (1)

1. **Identification of the agency and the contracting activity, and specific identification of the document as a "Justification for Other Then Full and Open Competition."**

   The Federal Bureau of Investigation's Quantico Contracts Unit (QCU) has prepared this justification for Other than Full and Open Competition in response to a requirement from the Tracking Technology Unit (TTU) to establish a fixed price contract for the acquisition for equipment.

2. **Nature and/or description of the action being approved.**

   This Justification for Other Than Full and Open Competition is being prepared in accordance with the authority of FAR 6.302-1 "Only One Responsible Source and No Other Supplies or Services Will Satisfy Agency Requirements."

3. **A description of the supplies or services required to meet the agency's needs (including the estimated value).**

   b3
   b7E

4. **An identification of the statutory authority permitting other than full and open competition.**

   FAR 6.302-1 Only One Responsible Source and No Other Supplies or Services Will Satisfy Agency Requirements.

5. **A demonstration that the proposed contractor's unique qualifications or the nature of the acquisition requires use of the authority cited.**

6. **A description of efforts made to ensure that offers are solicited from as many potential sources as is practicable, including whether a notice was or will be publicized as required by Subpart 5.2 and, if not, which exception under 5.202 applies.**

7. **A determination by the contracting officer that the anticipated cost to the Government will be fair and reasonable.**

   The Contracting Officer will ensure that the anticipated cost to the government will be fair and reasonable. Techniques may include an analysis of proposed direct costs, audit or comparison of proposed indirect factors with audited factors in use elsewhere in the Government and comparison of proposed rates to published rates.

   b3
   b7E

8. **A description of the market research conducted and the results or a statement of the reason market research was not conducted.**

   FBI representatives from the TTU will continue to do market research and meet with vendor representatives to further research.

9. **Any other facts supporting the use of other than full and open competition**

10. **A listing of the sources, if any, that expressed, in writing, an interest in the acquisition.**

    None

11. **A statement of the actions, if any, the agency may take to remove or overcome any barriers to competition before any subsequent acquisition for the supplies or services required.**

    The FBI will continue to do market surveys to identify potential sources on subsequent acquisitions.

CELL/OTD    024675

**TECHNICAL REPRESENTATIVE CERTIFICATION:**

As Technical Representative of the requiring office, I have reviewed the data provided in support of the Justification and Approval to Procure Using Other Than Full and Open Competition.  I certify that the data is accurate and complete to the best of my knowledge and belief.

_____     _____
                                                                    Date

b6
b7C

**12.  CONTRACT SPECIALIST:**

I have reviewed the data provided in support of the Justification and Approval to Procure Using Other Than Full and Open Competition.  I certify that the data is accurate and complete to the best of my knowledge and belief.

_____     _____
                                                                    Date

CELL/OTD    024676

CELLSITE-19494

UNCLASSIFIED//FOUO

*STATEMENT OF WORK*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179/dmh/stp/as

b3
b7E

**Platform**

# 1   SCOPE

## 1.1  Task Overview

b3
b7E

## 1.2   Deliverables

b3
b7E

## 1.3    Key Technology Areas

b3
b7E

UNCLASSIFIED//FOUO

b3
b7E

## 2 Concept of Operations

b3
b7E

## 3 Requirements

## 3.2 Security Standards and Regulations

b3
b7E

CELL/OTD 024672

CELLSITE-19496

UNCLASSIFIED//FOUO

b3
b7E

## 3.3  Contractor Furnished Documentation / Data

## 3.4  Status Reporting

b3
b7E

## 3.5  Formal Meetings

## 3.6  Government Contact Information

FBI Contracting Officer

b6
b7C

FBI Contracting Officer's Technical Representative

DATE: 10-17-2012
CLASSIFIED BY: [illegible]
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-17-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET//NOFORN/20350305~~

## Justification for Other than Full and Open Competition
## In Accordance With 41 U.S.C. 253 (c)(1)

**1.   IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(S)

(S)

b1
b3
b7E

**2.   NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

(S)

(S)

**3.   DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

(S//NF)

(S)

b1
b3
b7E

**4.   IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) This contract action is authorized by 41 U.S.C. 253(c)(1), as set forth in the Federal Acquisition Regulation (FAR) 6.302-1, "Only one responsible source and no other supplies or services will satisfy agency requirements."

**5.   DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

~~SECRET//NOFORN/20350305~~

CELL/OTD          024667

SECRET//NOFORN/20350305

(U)

(S//NF

(S)

**6.**    **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U)    (S//NF) Based on [blank] unique qualifications as outlined in paragraph 5, outside sources were not considered.

b1
b3
b7E

**7.**    **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U) The Contracting Officer will ensure that the anticipated cost to the Government will be fair and reasonable.  Techniques may include an analysis of direct costs, audit or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, comparison of proposed rates to published rates, and rigorous negotiation.

**8.**    **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

(S//NF

(S)

**9.**    **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

SECRET//NOFORN/20350305

CELL/OTD   024668

CELLSITE-19499

SECRET//NOFORN/20350305

(U) See paragraph 5 above for the facts supporting the use of other than full and open competition.

**10.    A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) No companies have expressed interest in writing in regards to this procurement.

**11.    A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will continue to scan the market to identify potential sources on subsequent acquisitions.

**12.    SIGNATURES**

**TECHNICAL REPRESENTATIVE CERTIFICATION**

(U) As Technical Representative of the requiring office, I have reviewed the data provided in support of the Justification and Approval to Procure Using Other Than Full and Open Competition.  I certify that the data is accurate and complete to the best of my knowledge and belief.

Contracting Officer's
Technical Representative

Date

**APPROVED BY:**

As the Contracting Officer of Record, I hereby certify, to the best of my knowledge, that the information contained herein is accurate and complete.

Contracting Officer

Date

b6
b7C

SECRET//NOFORN/20350305

CELL/OTD   024669

CELLSITE-19500

DATE: 10-17-2012
CLASSIFIED BY 65179 dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-17-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

\*\*\* ~~SECRET~~//NOFORN/20350325 \*\*\*

(U)  Security Addendum to EC dated 03/25/2010, captioned,

(U)  The above-referenced procurement request is being submitted as a sole source action in accordance with the authority of FAR 6.302-1 "Only One Responsible Source and No Other Supplies or Services Will Satisfy Agency Requirements". In addition TTU is requesting that the contract action be relieved of "Full and Open Competition" requirements of the FAR for security reasons.

(S//NF

b1
b3
b7E

(S)

(U)  Full and open competition of referenced procurement requirement could

it is recommended that no advertisement be made.

March 25, 2010

b6
b7C

Chief Security Officer
Operational Technology Division

Derived From: ~~NSISCG-20090615~~
~~Declassify On: 20350325~~

\*\*\* ~~SECRET~~//NOFORN/20350325 \*\*\*

CELL/OTD   024670

CELLSITE-19501

DATE: 10-17-2012

REASON: 1.4 (c,g)
DECLASSIFY ON: 10-17-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(Rev. 05-01-2008)

~~SECRET~~//NOFORN/20350325

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 03/25/2010

**To:** Finance                    **Attn:**

b6
b7C

**From:** Operational Technology Division
                              /TTU/QT-ERF
            **Contact:**

**Approved By:**

**Drafted By:**

(U) **Case ID #:** ~~(S//NF)~~  268-HQ-1068430    (None)

**Title:** (U) _____ services

**Synopsis:** (S)

(S)

~~Derived From~~ :  Multiple Sources
~~Declassify On:~~  20350325

b1
b3
b5
b7E

**Enclosure(s):**     (U) ~~(S//NF)~~ Statement of Work (SOW)
                      (U) ~~(S//NF)~~ Justification for other than full
                          and open competition (JFOC)
                      (U) ~~(S//NF)~~ Security Addendum
                      (U) ~~(S//NF)~~ FD-369

**Details:** (S//NF)

(S)

~~SECRET~~//NOFORN/20350325

CELL/OTD   024663

SECRET//NOFORN/20350325

To:  Finance   From:  Operational Technology Division
(U) Re:  (S//NF)  268-HQ-1068430, 03/25/2010

(S)

b1
b3
b5
b6
b7C
b7E

(S//NF)

(S)

(S//NF)

(S)

        (U) The Contracting Officer Technical Representative
(COTR) for this procurement is Electronics Engineer (EE)
[          ] who can be contacted at the Engineering Research
Facility, located in Quantico, Virginia, for any questions.

SECRET//NOFORN/20350325

CELL/OTD      024664

CELLSITE-19503

SECRET//NOFORN/20350325

To:   Finance   From:   Operational Technology Division
(U) Re:   (S//NF)   268-HQ-1068430, 03/25/2010


**LEAD(s):**

**Set Lead 1:   (Info)**

      <u>FINANCE</u>

        <u>AT WASHINGTON, DC</u>

         (S//NF)

(S)

     ◆◆

b1
b3
b5
b7E

SECRET//NOFORN/20350325

3

CELL/OTD   0246

CELL/OTD   024666   CELLSITE-19504

DATE: 10-17-2012
CLASSIFIED BY 65179/dmh/stp/es
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-17-2037

Case 2:12-cv-01605-DLR-BSB   Document 136-17   Filed 05/20/15   Page 123 of 450

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**SECRET//NOFORN**

(U)  Security Addendum Requisition E0101844

(U)  The above-referenced procurement request was reviewed in order to make a determination as to whether it should be relieved of the "full and open competition" requirements of the FAR, for security reasons.

(S)  (S//NF)

(S)  (S//NF)

(U)  (S//NF)  It is the mission of the TTU to provide expertise, technical solutions and tools necessary to

(S)  (S//NF)                                law enforcement community will benefit from this procurement.

(U)  Full and open competition of referenced procurement requirement could

it is recommended that no advertisement be made.

b1
b3
b7E

Security Officer
Operational Technology Division
Derived From:  Multiple Sources

b6
b7C

**SECRET//NOFORN**

CELL/OTD     024660     CELLSITE-19505

SECRET//NOFORN

Declassify On: March 17, 2035

SECRET//NOFORN

DATE: 10-18-2012
CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-18-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

# Justification and Approval
## For
## Other than Full and Open Competition
### In accordance With 41 U.S.C. 253 (c) (1)

1. **Identification of the agency and the contracting activity, and specific identification of the document as a "Justification for Other Then Full and Open Competition."**

   The Federal Bureau of Investigation's Quantico Contracts Unit (QCU) has prepared this justification for Other than Full and Open Competition in response to a requirement from the Tracking Technology Unit (TTU) to establish a fixed price contract for the acquisition for equipment.

2. **Nature and/or description of the action being approved.**

   This Justification for Other Than Full and Open Competition is being prepared in accordance with the authority of FAR 6.302-1 "Only One Responsible Source and No Other Supplies or Services Will Satisfy Agency Requirements."

3. **A description of the supplies or services required to meet the agency's needs (including the estimated value).**



(S)

b1
b3
b7E

~~SECRET~~ CELL/OTD  024655

(S)

b1
b3
b7E

4. **An identification of the statutory authority permitting other than full and open competition.**

   FAR 6.302-1 Only One Responsible Source and No Other Supplies or Services Will Satisfy Agency Requirements.

5. **A demonstration that the proposed contractor's unique qualifications or the nature of the acquisition requires use of the authority cited.**

6. **A description of efforts made to ensure that offers are solicited from as many potential sources as is practicable, including whether a notice was or will be publicized as required by Subpart 5.2 and, if not, which exception under 5.202 applies.**

   b3
   b7E

7. **A determination by the contracting officer that the anticipated cost to the Government will be fair and reasonable.**

   The Contracting Officer will ensure that the anticipated cost to the government will be fair and reasonable. Techniques may include an analysis of proposed direct costs, audit or comparison of proposed indirect factors with audited factors in use elsewhere in the Government and comparison of proposed rates to published rates.

8. **A description of the market research conducted and the results or a statement of the reason market research was not conducted.**



b1
b3
b7E

(S)

FBI representatives from the TTU will continue to do market research and meet with vendor representatives to further research.

**9. Any other facts supporting the use of other than full and open competition**

b3
b7E

**10. A listing of the sources, if any, that expressed, in writing, an interest in the acquisition.**

None

**11. A statement of the actions, if any, the agency may take to remove or overcome any barriers to competition before any subsequent acquisition for the supplies or services required.**

The FBI will continue to do market surveys to identify potential sources on subsequent acquisitions.

SECRET

CELL/OTD   024657

**TECHNICAL REPRESENTATIVE CERTIFICATION:**

As Technical Representative of the requiring office, I have reviewed the data provided in support of the Justification and Approval to Procure Using Other Than Full and Open Competition.  I certify that the data is accurate and complete to the best of my knowledge and belief.

_____                         _____
                                                                                    date


**12.  CONTRACT SPECIALIST:**

I have reviewed the data provided in support of the Justification and Approval to Procure Using Other Than Full and Open Competition.  I certify that the data is accurate and complete to the best of my knowledge and belief.

_____                         _____
                                                                                    Date

b6
b7C

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179/dmh/stp/as

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                          **Date:** 04/01/2010

**To:** Finance                    **Attn:** UC [                    ]
                                                Quantico Contracts Unit

**From:** Operational Technology Division
         [                              ] Tracking Technology Unit
         **Contact:** [                              ]                    b6
                                                                          b7C
**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM                          b3
                                                                          b5
**Synopsis:**                                                             b7E

**Enclosure(s):** Requisition number [                    ]
Request, and [                              ] Checklist.

**Details:**

                                                                          b3
                                                                          b5
                                                                          b7E

UNCLASSIFIED

*CELL/OTD   024652*

CELLSITE-19511

UNCLASSIFIED

```
To:  Finance   From:   Operational Technology
Re:  268-HQ-1068430, 04/01/2010
```

b3
b5
      It should be noted that contracting officers are responsible b7E
for ensuring that

UNCLASSIFIED

2

CELL/OTD      024653

CELLSITE-19512

UNCLASSIFIED

To:   Finance   From:   Operational Technology
Re:   268-HQ-1068430, 04/01/2010

**LEAD(s):**

**Set Lead 1:   (Info)**

>   FINANCE

>>   AT WASHINGTON, DC

>>   For information only.

CC:     [                                    ]      b6
                                                b7C

♦♦

UNCLASSIFIED

3

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179/dmh/stp/as

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE                    **Date:**  04/05/2010

**To:**  Finance                    **Attn:**

**From:**  Operational Technology Division
            Tracking Technology Unit
            **Contact:**

b6
b7C

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:**  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**

**Enclosure(s):**

**Details:**

b3
b5
b7E

Contracting Officers are responsible for ensuring that

UNCLASSIFIED

*CELL/OTD   024650*

UNCLASSIFIED

To:   Finance   From: Operational Technology
Re:   269-HQ-1512830, 04/05/2010


**LEAD(s):**

**Set Lead 1:   (Info)**

    <u>FINANCE</u>

        <u>AT WASHINGTON, DC</u>

        For information only.

CC:   [                                    ]                                 b6
                                                                            b7C

◆◆

UNCLASSIFIED

2

*CELL/OTD   024651*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179/dmh/stp/as

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                           **Date:** 11/01/2007

**To:** Finance                          **Attn:**
Rm B239 (Enc)

**From:** Operational Technology
/TTU/QT-ERF
       **Contact:**

**Approved By:**                                              b3
b6
b7C
b7E

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**

**Enclosure(s):** FD-369            Form

**Details:**

b3
b5
b7E

CELL/OTD  025411

CELLSITE-19522

To:   Finance   From:   Operational Technology
Re:   268-HQ-1068430 ,   11/01/2007

b3
b5
b7E

2

CELL/OTD   025412

CELLSITE-19523

To:   Finance   From:   Operational Technology
Re:   268-HQ-1068430 ,   11/01/2007

**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>FINANCE</u>

b3
b6
b7C
b7E

CC:

♦♦

3

CELL/OTD   025413

CELLSITE-19524

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179/dmh/stp/as

**Statement of Need**
**To accompany Requisition E006324**

b3
b6
b7C
b7E

Contracting Officers are responsible for ensuring that

CELL/OTD   025414

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179/dmh/stp/as

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                           **Date:** 10/18/2007

**To:** Finance                     . **Attn:**

                                      **Attn:**

**From:** Operational Technology
                                                          /TTU/ERF
          Contact:

**Approved By:**                                                     b6
                                                                     b7C

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**

**Enclosure(s):**

**Details:**

                                                                     b3
                                                                     b5
                                                                     b7E

          Contracting Officers are responsible for ensuring

To:  Finance  From:   Operational Technology
Re:  268-HQ-1068430 , 10/18/2007

**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>FINANCE</u>

       <u>AT PSFO, DC</u>

**Set Lead 2:  (Action)**

       <u>AT WASHINGTON, DC</u>

b5
b6
b7C

**CC:**

♦♦

2

CELL/OTD   025404

CELLSITE-19527

(Rev. 01-31-2003)

DATE: 10-17-2012
CLASSIFIED BY: [redacted] uc baw/sbs/sz
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-17-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET//20220820~~

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                         **Date:** 08/20/2007

**To:** Finance                    **Attn:**                          (Enc)

                                   **Attn:**

      Criminal Investigative       **Attn:**                          b6
                                                                      b7C
                                                                      b7E

**From:** Operational Technology Division
          [redacted]/TTU/QT-ERF-E
          **Contact:**

**Approved By:**

**Drafted By:**

(U) **Case ID #:** (S)   268-HQ-1068430

**Title:** (U)  WIRELESS INTERCEPT AND TRACKING TEAM

(U) **Synopsis:** (S)

        (U) (S)    **Derived From :** G-3
                   **Declassify On:** 08/20/2022

(U) **Enclosure(s):** (S)                                             b3
                                                                      b5
                                                                      b7E

(U) **Details:** (S)

~~SECRET//20220820~~

CELL/OTD   025400

CELLSITE-19528

~~SECRET~~//20220820

To:  Finance  From:  Operational Technology Division
(U) Re:  (X)  268-HQ-1068430, 08/20/2007

(U)    (S)  The Tracking Technology Unit (TTU)/ Wireless
Intercept and Tracking Team (WITT)

b3
b5
b7E

(S)

(S)

b1
b3
b5
b7E

(S)

(S)

b3
b5
b7E

(U) (X)  TTU/WITT requests

(U)  Contracting Officers are responsible for ensuring
that

~~SECRET~~//20220820

2

CELL/OTD   025401

CELLSITE-19529

~~SECRET~~//20220820

To:  Finance  From:  Operational Technology Division
(U) Re:  ~~(S)~~  268-HQ-1068430, 08/20/2007


**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>FINANCE</u>

       <u>AT WASHINGTON, DC</u>

    (U) ~~(S)~~

**Set Lead 2:  (Action)**

       <u>AT WASHINGTON, DC</u>

    (U) ~~(S)~~

                                       b3
                                       b5
                                       b7E

**Set Lead 3:  (Action)**

    <u>CRIMINAL INVESTIGATIVE</u>

       <u>AT WASHINGTON, DC</u>

    (U) ~~(S)~~

CC:

                                         **b3**
                                         **b5**
                                         **b6**
                                         **b7C**
                                         **b7E**

◆◆

CELL/OTD   025402

CELLSITE-19530

(Rev. 01-31-2003)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179/dmh/stp/as

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 10/19/2007

**To:** Finance                    **Attn:**

                                   **Attn:**

**From:** Operational Technology
                                              /TTU/ERF
          **Contact:**

b6
b7C

**Approved By:**


**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**

b3
b5
b7E

**Enclosure(s):**

**Details:**


<u>Contracting Officers are responsible for ensuring</u>

To:   Finance   From:   Operational Technology
Re:   268-HQ-1068430 , 10/19/2007


**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>FINANCE</u>

       <u>AT PSFO, DC</u>

**Set Lead 2:   (Action)**

b5
b6
b7C

       <u>AT WASHINGTON, DC</u>

**CC:**


♦♦


2

CELL/OTD  025387

CELLSITE-19532

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179/dmh/stp/as

**Statement of Need**
**To accompany Requisition**

The Tracking Technology Unit (TTU), Wireless Intercept and
Tracking Team (WITT) is tasked with providing FBI Field Offices
with                                                                          b3
                                                                             b7E
                    In response to this tasking, WITT provides
engineering and operational support efforts for all FBI field
offices with

WITT identified the following operational deployment issues and
requirements:

b3
b6
b7C
b7E

SSA

CELL/OTD   025382

TTU, ☐ Unit Chief

b3
b7E

CELL/OTD    025383

CELLSITE-19534

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179/dmh/stp/as

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                              **Date:** 10/31/2007

**To:** Finance                         **Attn:**

                                            Rm B239 (Enc)

                                                        b6
                                                        b7C

**From:** Operational Technology
                                                  /TTU/QT-ERF
           **Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**

**Enclosure(s):** FD-369,                                  FD-

**Details:**

                                                               b3
                                                               b5
                                                               b7E

To:   Finance   From:   Operational Technology
Re:   268-HQ-1068430 ,   10/31/2007

Contracting Officers are responsible for ensuring that

b5
b7E

2

CELL/OTD   025380

CELLSITE-19536

To:  Finance  From:  Operational Technology
Re:  268-HQ-1068430 ,  10/31/2007

**LEAD(s):**

**Set Lead 1:  (Action)**

FINANCE

AT PSFO, DC

b5
b6
b7C
b7E

CC:

♦♦

3

CELL/OTD   025381

CELLSITE-19537



DATE: 10-17-2012
CLASSIFIED BY 65179/dmh/scp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-17-2037

~~SECRET~~

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

### Justification for Other Than Full and Open Competition
### In Accordance With 41 U.S.C. 253 (c)(6)

**1.   IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI), Tracking Technology Unit Unit (TTU), Operational Technology Division (OTD).  The contracting activity is the Engineering Contracts Unit (ECU).

**2.   NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

(S

(S)

**3.   DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

b1
b3
b7E

(S

(S)

(S

(S)

**4.   IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6).  The regulatory authority is FAR 6.302-6(a)(2).  Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

**5.   DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE**

~~SECRET~~



CELL/OTD   025367

CELLSITE-19538

~~SECRET~~

**NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

(S)

(S)

b1
b3
b7E

(S)

(S)

6. **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.  Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information).  This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

7. **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U)  The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable.  Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8. **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

(U)

b3
b7E

~~SECRET~~

~~SECRET~~

9.  **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

    (U)⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ See paragraph (5) above for facts
    supporting the use of other then full and open competition.

10. **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

    (U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

    b6
    b7C
    b7E

11. **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

    (U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

12. **TECHNICAL REPRESENTATIVE CERTIFICATION**

    (U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

    (U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

    |  | (Date) |
    |---|---|

    (U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

    _____, Contracting Officer            (Date)

    (U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

    _____, Supervisory Contracting Officer        (Date)

~~SECRET~~

CELL/OTD  025369

CELLSITE-19540

~~SECRET~~

_____
    , FBI Chief Contracting Officer       (Date)


_____
Office of General Counsel                (Date)


Approved By:    _____
                , Competition Advocate    (Date)

~~SECRET~~

DATE: 10-17-2012
CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-17-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

SECRET

## Justification for Other Than Full and Open Competition
## In Accordance With 41 U.S.C. 253 (c)(6)

**1.  IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI), Tracking Technology Unit (TTU), Operational Technology Division (OTD).  The contracting activity is the Engineering Contracts Unit (ECU).

**2.  NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

(S) (X)

(S)

**3.  DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

(U)

(S)

(S)

b1
b3
b7E

(S)

(S)

(S)

(S)

**4.  IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6).  The regulatory authority is FAR 6.302-6(a)(2).  Full and Open competition need not be provided for when the disclosure

SECRET

 CELL/OTD   024634

CELLSITE-19542

~~SECRET~~

of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

5.   **DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

(S)

(S)

(S)

(S)

b1
b3
b7E

(S)

(S)

6.   **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U)

~~SECRET~~

~~SECRET~~

7. **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U)  The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable.  Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8. **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

(U) FBI, TTU[          ]continuously conducts market surveys to determine state-of-the-art technologies. The engineers, technicians, and technical personnel are in constant contact with equipment vendors, other technical members of the intelligence community, as well as visiting trade shows, reviewing trade journals, and browsing the Internet.  TTU[          ]routinely conducts and attends working group (WG) meetings with vendors to assess the capabilities, performance, and quality of equipment that meets the needs of the FBI. TTU[          ]assessed available capabilities and have determined that other vendor technologies[          ] [          ]

b3
b7E

9. **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

(U)[                                        ] See paragraph (5) above for facts supporting the use of other then full and open competition.

10. **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U)[                                        ]

11. **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

12. **TECHNICAL REPRESENTATIVE CERTIFICATION**

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the

~~SECRET~~

CELL/OTD   024636
CELLSITE-19544

~~SECRET~~

disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

(U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

b6
b7C

| | Contracting Officer's Technical Representative       (Date) |

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
, Contracting Officer                    (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
, Supervisory Contracting Officer              (Date)

_____
, FBI Chief Contracting Officer                (Date)

_____
Office of General Counsel                          (Date)

Approved By:        _____
, Competition Advocate            (Date)

~~SECRET~~

 CELL/OTD   024637
CELLSITE-19545

DATE: 10-17-2012
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-17-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~

**Justification for Other Than Full and Open Competition**
**In Accordance With 41 U.S.C. 253 (c)(6)**

**1.    IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI), Tracking
Technology Unit (TTU), Operational Technology Division (OTD).  The contracting activity is the
Engineering Contracts Unit (ECU).

**2.    NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

(S)   (X)

(S)

**3.    DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

(U)

(S)                                                                                          b1
                                                                                             b3
(S)                                                                                          b7E

(S)

(S)

(S)

(S)

(S)

(S

~~SECRET~~

~~SECRET~~

(S)

**4.     IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6).  The regulatory authority is FAR 6.302-6(a)(2).  Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

**5.     DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

b1
b3
b7E



**6.     DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.  Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to

~~SECRET~~

~~SECRET~~

7.   **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U)  The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable.  Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

b3
b7E

8.   **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

(U) FBI, TTU⬚ continuously conducts market surveys to determine state-of-the-art technologies. The engineers, technicians, and technical personnel are in constant contact with equipment vendors, other technical members of the intelligence community, as well as visiting trade shows, reviewing trade journals, and browsing the Internet.  TTU⬚ routinely conducts and attends working group (WG) meetings with vendors to assess the capabilities, performance, and quality of equipment that meets the needs of the FBI. TTU⬚ assessed available capabilities and have determined that other vendor technologies⬚

9.   **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

(U)⬚ See paragraph (5) above for facts supporting the use of other then full and open competition.

10.  **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

11.  **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

12.  **TECHNICAL REPRESENTATIVE CERTIFICATION**

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the

~~SECRET~~

~~SECRET~~

disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

(U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

b6
b7E

| | Contracting Officer's Technical Representative       (Date) |

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
, Contracting Officer                          (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
, Supervisory Contracting Officer               (Date)

_____
, FBI Chief Contracting Officer                 (Date)

_____
Office of General Counsel                            (Date)


Approved By:      _____
, Competition Advocate          (Date)

~~SECRET~~

 CELL/OTD   024641

(Rev. 01-31-2003)

DATE: 10-17-2012
CLASSIFIED BY 65179 DMH/STP/bsb
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-17-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

SECRET//20330321

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                  **Date:** 03/21/2008

**To:** Finance                  **Attn:**

Building L (Enc)

**From:** Operational Technology Division

QT-ERF

Contact:

**Approved By:**

**Drafted By:**

b6
b7C

**Case ID #:** (U)  268-HQ-1068430  (Pending)

**Title:** (U)  WIRELESS INTERCEPT AND TRACKING TEAM

(U) **Synopsis:** (S)  To request contract action to initiate the
proposed research.

(U) (S)        Derived From : G-3
               Declassify On: 03/21/2033

(S) **Enclosure(s):** (S)

(S)

**Details:** (U)

b1
b3
b5
b7E

(S)

(S)

SECRET//20330312

CELL/OTD  025364

~~SECRET~~

```
To:  ??  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 03/21/2008
```



(S)

• (S)

(S)

• (S)

(S)

(S)

(S)

(S) Sole Source Justification

(S)

(S)

b1
b3
b5
b7E

(S)

(S)

(S)

(S)

(U) (S) Further details and the nature of the sole source
justification have been described further in the attachment

~~SECRET~~
2

CELL/OTD  025365

~~SECRET~~

To:  ??  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 03/21/2008


entitled "Justification for Other Than Full and Open Competition"
for this procurement.

  (U) (S)  For informational purposes, the vendor [    ]
[    ] is [    ] listed.

  (U)  The Contracting Officer Technical Representative
(COTR) for this procurement is Electronics Engineer (EE) [    ]
[    ] and can be contacted at the Engineering Research Facility,
located in Quantico, Virginia, for any questions.

b3
b6
b7C
b7E

**LEAD(s):**

**Set Lead 1:  (Action)**

  <u>FINANCE</u>

   <u>AT WASHINGTON, DC</u>

  (U) (S)  The Finance Division, Engineering Contracts Unit,
is requested to initiate procurement action.

**CC:**

&#9670;&#9670;

~~SECRET~~
3

CELL/OTD   025366

CELLSITE-19552

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179/dmh/stp/as

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** PRIORITY                              **Date:** 12/16/2010

**To:** Operational Technology Division          **ATTN:**

        Finance Division                          **ATTN:**

                              Rm A218 (Encl)

                          Rm 6863 (Encl)

**From:** Operational Technology Division
                                 / Tracking Technology Unit          b6
        **Contact:**                                                                          b7C

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:**  Wireless Intercept and Tracking Team

**Synopsis:**

                                                          b3
                                                          b5
                                                          b7E

**Details:**

CELL/OTD  024746

**LEAD(s):**

**Set Lead 1:   (Action)**

      <u>FINANCE</u>

          <u>AT PSFO, DC</u>

b3
b5
b7E

**CC:**

b6
b7C

3

CELL/OTD  024748

CELLSITE-19555

Basic [ ] Training
ERF – March 2007

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179/dmh/stp/as

What information most valuable?    What info least valuable, what's needed?    Additional comments:

b3
b7E

CELL/OTD   024749



DATE: 10-18-2012
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-18-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(Rev. 05-01-2008)

~~SECRET~~//NOFORN/~~20360228~~

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                     **Date:** 02/28/2011

**To:** Finance                     **Attn:**

**From:** Operational Technology Division
                    Tracking Technology Unit                     b6
          **Contact:**                                           b7C

**Approved By:**

**Drafted By:**

(U) **Case ID #:** (S//NF)   268-HQ-1068430

**Title:** (S//NF)

**Synopsis:** (S//NF)

(S)                                                              b1
                                                                b3
                                                                b5
                                                                b7E

~~Derived From :~~  FBI NSISCG 20090615
~~Declassify On:~~   20350325

**Enclosure(s):** None

**Details:** (S//NF)

(S)

(U//FOUO)  It is requested that the Engineering Contracts Unit
initiate contractual action to

MT#31390
                                        [        ] wpd

~~SECRET~~//NORFORN/~~20360228~~

CELL/OTD   024583

CELLSITE-19557

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179/dmh/stp/as

(Rev. 05-01-2008)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 10/19/2009

**To:** Finance                    **Attn:** _____
                                            Rm A226 (Enc)

**From:** Operational Technology Division
                                   TTU/OT-ERF-E                b6
          **Contact:** _____                    b7C
                                                              b7E
**Approved By:** _____

**Drafted By:** _____

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:** _____
_____                            b3
                                                              b5
**Enclosure(s):** _____                         b6
_____                                                   b7C
                                                              b7E
**Details:** _____

          TTU/WITT has determined that it is necessary to procure the
_____ from
Harris Corporation, Inc. using FBI contract, to enhance the FBI's
capability to execute missions

          The Contracting Officer Technical Representative (COTR) for
this procurement is EE _____ and can be contacted at the
Engineering Research Facility, located in Quantico, Virginia, for any
questions.

UNCLASSIFIED

CELL/OTD  024616

UNCLASSIFIED

To:  Finance  From:  Operational Technology Division
Re:  268-HQ-1068430, 10/16/2009

b3
b7E

Contracting Officers are responsible for ensuring that

UNCLASSIFIED

2

CELL/OTD   024617

CELLSITE-19559

UNCLASSIFIED

To:   Finance   From:   Operational Technology Division
Re:   268-HQ-1068430, 10/16/2009


**LEAD(s):**

**Set Lead 1:   (Action)**

> FINANCE

> > AT PSFO, DC

b3
b5
b7E
b6
b7C

CC:

UNCLASSIFIED

3

(Rev. 05-01-2008)

DATE: 10-18-2012

REASON: 1.4 (c,g)
DECLASSIFY ON: 10-18-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~//20351016

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** PRIORITY                    **Date:** 10/16/2009

**To:** Finance                    **Attn:**

Rm B239, ERF-QT (Enc)

**From:** Operational Technology

TTU/QT-ERF

**Contact:**

b6
b7C

**Approved By:**

**Drafted By:**

**Case ID #:** (U)   268-HQ-1068430

**Title:**  (U)   WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**  (S)

(S)

Derived From : ~~FBI NSISCG 20090615~~
~~Declassify On:~~  20351016

**Enclosure(s):**  (S)

b1
b3
b5
b7E

(S)

(U) **Details:**  (X)

~~SECRET~~//20351016

CELL/OTD   024628

CELLSITE-19561

SECRET//20351016

```
To:  Finance  From: Operational Technology
Re:  (U)  268-HQ-1068430, 10/16/2009
```



(S)

(S)

(S)

(S)

(S)

(S)

b1
b3
b5
b7E

(U) (S)  <u>Sole Source Justification</u>

(S)

(S)

SECRET//20351016
2

SECRET//20351016

To:  Finance  From: Operational Technology
Re:  (U)  268-HQ-1068430, 10/16/2009

(S)

b1
b3
b5
b6
b7C
b7E

        (U)  The Contracting Officer Technical Representative (COTR)
for this procurement is Electronics Engineer (EE)[                ] and
can be contacted at the Engineering Research Facility, located in
Quantico, Virginia, for any questions.

        (U)  Contracting Officers are responsible for ensuring that

CELL/OTD   024630 CELLSITE-19563

~~SECRET~~//20351016

To:   Finance   From: Operational Technology
Re.:  (U)   268-HQ-1068430, 10/16/2009


**LEAD(s):**

**Set Lead 1:   (Action)**

   FINANCE

         AT PSFO, DC                                           b1
                                                              b3
         (S)                                                  b5
                                                              b6
 (S)                                                          b7C
                                                              b7E

CC:

◆◆

CELL/OTD   024631
CELLSITE-19564

DATE: 10-18-2012
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-18-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(Rev. 05-01-2008)

~~SECRET~~//NOFORN/20350716

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                          Date:   07/16/2010

To:  Finance                    Attn:                          ERF A226

From:  Operational Technology Division
                                    Tracking Technology Unit          b6
            Contact:                                                   b7C
                                                                       b7E
Approved By:


Drafted By:

(U) Case ID #:  ~~(S//NF)~~   268-HQ-1068430

(U) Title:  ~~(S//NF)~~  WIRELESS INTERCEPT AND TRACKING TEAM

Synopsis:  (S//NF)                                                    b1
(S)                                                                    b3
                                                                       b7E

        Derived From :  ~~FBI NSISCG-20090615~~
        ~~Declassify On:  20350716~~


(U) Enclosure(s):  ~~(S//NF)~~  FD369.

Details:  (S//NF                                                      b1
(S)                                                                    b3
                                                                       b5
                                                                       b7E




                                                            with Harris
Wireless Products Group (WPG), Melbourne, FL, for procurement of
these devices.

            ~~SECRET~~//NORFORN/20350406                        wpd


                        CELL/OTD      024625

~~SECRET~~//NOFORN/~~20350406~~

```
To:  Finance   From:  Operational Technology Division
(U) Re:  (S//NF)  268-HQ-1068430, 07/16/2010
```

(U) The Contracting Officer Technical Representative (COTR) for
this procurement is Electronics Engineer (EE)[                ] and
can be contacted at the Engineering Research Facility, located in
Quantico, Virginia, for any questions.

(U) [                                                              ]

b6
b7C
b7E

LEAD(s):

~~SECRET~~/NOFORN/~~20350406~~

2

CELL/OTD    024626

CELLSITE-19566

SECRET//NOFORN/20350406

To:   Finance   From:   Operational Technology Division
(U) Re:   (S//NF)   268-HQ-1068430, 07/16/2010

b6
b7C

**Set Lead 1:   (Action)**

FINANCE

AT WASHINGTON, DC

FOR INFORMATION ONLY

CC:

◆◆

SECRET/NOFORN/20350406

3

CELL/OTD   024627
CELLSITE-19567

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179/dmh/stp/as

(Rev. 05-01-2008)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:**   3/17/2010

**To:** Finance                    **Attn:**
Rm A226 (Enc)

**From:** Operational Technology Division
/TTU/OT-ERF-E
**Contact:**                                                     b6
                                                               b7C

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**
                                                               b3
                                                               b5
**Enclosure(s):**                                              b6
                                                               b7C

**Details:**

        The Contracting Officer Technical Representative (COTR) for
this procurement is EE                  and can be contacted at the
Engineering Research Facility, located in Quantico, Virginia, for any
questions.

UNCLASSIFIED

CELL/OTD  024622

CELLSITE-19568

UNCLASSIFIED

To:   Finance   From:   Operational Technology Division
Re:   268-HQ-1068430, 3/17/2010

Contracting Officers are responsible for ensuring that

b7E

UNCLASSIFIED

2

CELL/OTD   024623

CELLSITE-19569

UNCLASSIFIED

To:   Finance   From:   Operational Technology Division
Re:   268-HQ-1068430, 3/17/2010


**LEAD(s):**

**Set Lead 1:   (Action)**

      FINANCE

         AT PSFO, DC

        b3
        b5
        b6
**CC:**            b7C
        b7E

UNCLASSIFIED

3

CELL/OTD   024624
CELLSITE-19570

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179/dmh/stp/as

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE                    **Date:**   3/3/2010

**To:**  Finance                    **Attn:**
Rm A226 (Enc)

**From:**  Operational Technology Division
TTU/QT-ERF-E
        **Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:**  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**

**Enclosure(s):**

**Details:**

b6
b7C

b3
b5
b6
b7C
b7E

    The Contracting Officer Technical Representative (COTR) for
this procurement is EE                    and can be contacted at the
Engineering Research Facility, located in Quantico, Virginia, for any
questions.

UNCLASSIFIED

CELL/OTD  024619

UNCLASSIFIED

To:  Finance  From:  Operational Technology Division
Re:  268-HQ-1068430, 2/19/2010

Contracting Officers are responsible for ensuring that

b7E

UNCLASSIFIED

2

CELL/OTD   024620

CELLSITE-19572

UNCLASSIFIED

To:   Finance   From:   Operational Technology Division
Re:   268-HQ-1068430, 2/19/2010


**LEAD(s):**

**Set Lead 1:   (Action)**

     <u>FINANCE</u>

       <u>AT PSFO, DC</u>

b3
b5
b6
b7C
b7E

CC:

UNCLASSIFIED

3

CELL/OTD   024621

CELLSITE-19573

(Rev. 01-31-2003)

DATE: 10-18-2012
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-18-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                        Date:  03/16/2009

To:  [                    ]        Attn:  [                    ]

       Finance                     Attn:  [                    ]            b6
                                                                            b7C

From:  <u>Operational Technology Division</u>
       [                    ]
       <u>Tracking Technology Unit (TTU)</u>
       Contact:  [                    ]

Approved By:  [                    ]

Drafted By:  [                    ]

Case ID #:. (S)  [                    ]

(S) Title: (U) [                    ]

Synopsis: (S)                                                               b1
(S) [                                                    ]                   b3
                                                                            b5
                                                                            b7E

(U) (S)        Derived From : G-3
               Declassify On: March 16, 2029

(U) Enclosure(s): (S) Requisition number [          ]

(U) Details:  (S) The Operational Technology Division, [                    ]
              Tracking Technology Unit (TTU) supports a broad
              range of [                    ]

~~SECRET~~

CELL/OTD   024611

CELLSITE-19574

~~SECRET~~

To:
Re:     (S)                          From:  Operational Technology Division
                                     3/16/2009

(S)

(S)

(S)

(S)

b1
b3
b5
b6
b7C
b7E

(S)

(S)

(S)

(U)   Questions regarding this tasking should be directed
to

(U)   Contracting Officers are responsible for ensuring
that

~~SECRET~~

2

CELL/OTD    024612

CELLSITE-19575

~~SECRET~~

To: _____  From:  Operational Technology Division
Re:  (S) _____  03/16/2009


**LEAD(s):**

**Set Lead 1:   (Act)**

    <u>FINANCE</u>

       <u>AT WASHINGTON, DC</u>

     (S) _____

(S) _____

cc:  EE _____

♦♦

b1
b3
b5
b7E

~~SECRET~~

3

*CELL/OTD*   *024613*

(Rev. 05-01-2008)

DATE: 10-18-2012
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-18-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~//NOFORN/~~20350301~~

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                      **Date:** 03/01/2010

**To:** Finance                **Attn:** Mr. _____
                                         Rm B239, ERF-QT (Enc)

**From:** Operational Technology Division
                                    /TTU/OT-ERF
          **Contact:** _____

**Approved By:** _____                          b6
                                                          b7C

**Drafted By:** _____

**Case ID #:** (U)  268-HQ-1068430

(S)  **Title:**  (U)  _____

**Synopsis:**  (S//NF) _____

(S) _____

        **Derived From :** ~~FBI NSISCG-20080301~~
        **Declassify On:**  20350301

**Enclosure(s):**  (S//NF) _____                b1
                                                          b3
(S) _____                                        b5
                                                          b7E
**Details:**  (S//NF) _____

(S) _____

~~SECRET~~//NOFORN/~~20350301~~          [ ]WPD

CELL/OTD  024606

~~SECRET~~//NOFORN/~~20350301~~

To:   Finance   From:   Operational Technology Division
Re:   (U)   268-HQ-1068430, 03/01/2010

(S)

(S//NF)

(S//NF)

b1
b3
b5
b7E

(S)

(S//NF)

(S)

(S//NF)

~~SECRET~~//NOFORN/~~20350301~~

2

CELL/OTD   024607

CELLSITE-19578

SECRET//NOFORN/20350301

To:  Finance  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 03/01/2010



(S//NF)

(S)

b1
b3
b5
b7E

- (S//NF)
  (S)
- (S//NF)
  (S)
- (S//NF)
  (S)
- (S//NF)
  (S)
- (S//NF)
  (S)

(S//NF)

(S)

(S//NF)

(S)

SECRET//NOFORN/20350301

CELL/OTD   024608

CELLSITE-19579

~~SECRET~~//NOFORN/~~20350301~~

To:  Finance  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 03/01/2010

(S//NF)

| | b1 |
|---|---|
| | b3 |
| | b5 |
(S) | b6 |
| | b7C |
| | b7E |

(U)  ~~(S//NF)~~   Sole Source Justification

(S//NF)

(S)

   (U)  The Contracting Officer Technical Representative (COTR) for this procurement is Electronics Engineer (EE) and can be contacted at the Engineering Research Facility, located in Quantico, Virginia, for any questions.

   (U)  Contracting Officers are responsible for ensuring that

~~SECRET~~//NOFORN/~~20350301~~

CELL/OTD   024609

CELLSITE-19580

SECRET//NOFORN/20350301

To:   Finance   From:   Operational Technology Division
Re:   (U)   268-HQ-1068430, 03/01/2010


**LEAD(s):**

**Set Lead 1:   (Action)**

     <u>FINANCE</u>

       <u>AT WASHINGTON, DC</u>

         (S//NF)

(S)

**CC:**

♦♦

b1
b3
b5
b6
b7C
b7E

SECRET//NOFORN/20350301

5

CELL/OTD        024610

CELLSITE-19581

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179/dmh/stp/as

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE                 **Date:**  12/08/2009

**To:**  Finance                 **Attn:**
.Rm A226 (Enc)

**From:**  Operational Technology Division
/TTU/OT-ERF-E
       **Contact:**

**Approved By:**                                              b6
                                                              b7C

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:**  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**                                                 b3
                                                              b5
                                                              b6
**Enclosure(s):**  ASU Checklist, FD-369        in the amount of  b7C
                                                              b7E

**Details:**

        TTU/      has determined that it is necessary to procure the
                                  listed on the attached FD-369 from
                    using FBI contract, to

        The Contracting Officer Technical Representative (COTR) for
this procurement is EE                  and can be contacted at the
Engineering Research Facility, located.in Quantico, Virginia, for any
questions.

UNCLASSIFIED                                    wpd

CELL/OTD   024603

CELLSITE-19582

UNCLASSIFIED

To:  Finance  From:  Operational Technology Division
Re:  268-HQ-1068430, 12/08/2009

    Contracting Officers are responsible for ensuring that

b7E

UNCLASSIFIED

2

CELL/OTD    024604

CELLSITE-19583

UNCLASSIFIED

To:  Finance  From:  Operational Technology Division
Re:  268-HQ-1068430, 12/08/2009


**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>FINANCE</u>

       <u>AT PSFO, DC</u>

b3
b5
b6
b7C
b7E

**CC:**

UNCLASSIFIED

3

CELL/OTD    024605

DATE: 10-18-2012
CLASSIFIED BY [illegible]
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-18-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(Rev. 05-01-2008)

~~SECRET~~//NOFORN/~~20350301~~

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                **Date:** 03/01/2010

**To:** Finance                          **Attn:**
Rm B239, ERF-QT (Enc)

**From:** Operational Technology Division
/TTU/OT-ERF                    b6
**Contact:**                                                b7C

**Approved By:**

**Drafted By:**

**Case ID #:** (U)   268-HQ-1068430

(S) **Title:** (U)

**Synopsis:** (S//NF)

(S)                                                            b1
b3
b5
b7E

**Derived From :** FBI NSISCG-20080301
**Declassify On:** 20350301

**Enclosure(s):** (S//NF)

(S)

**Details:** (S//NF)

(S)

~~SECRET~~//NOFORN/~~20350301~~

*CELL/OTD*   02459

*CELL/OTD*   024598

SECRET//NOFORN/20350301

To:  Finance  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 03/01/2010

(S//NF)

(S//NF)

(S)

b1
b3
b5
b7E

(S//NF)

(S)

(S//NF)

(S//NF)

(S)

SECRET//NOFORN/20350301

2

CELL/OTD   024599

~~SECRET~~//NOFORN/20350301

To:  Finance   From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 03/01/2010

(S)
        b1
        b3
        b5
        b7E

• (S//NF)
(S)

• (S//NF)
(S)

• (S//NF)
(S)

• (S//NF)
(S)

• (S//NF)
(S)

(S//NF)
(S)

(S//NF)
(S)

(S//NF)
(S)

~~SECRET~~//NOFORN/20350301

3

~~SECRET~~//NOFORN/~~20350301~~

To:  Finance  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 03/01/2010

(S)

b1
b3
b5
b6
b7C
b7E

(U)  ~~(S//NF)~~   Sole Source Justification

(S//NF)

(S)

(U)  The Contracting Officer Technical Representative
(COTR) for this procurement is Electronics Engineer (EE)
and can be contacted at the Engineering Research Facility,
located in Quantico, Virginia, for any questions.

(U) Contracting Officers are responsible for ensuring
that

~~SECRET~~//NOFORN/~~20350301~~

CELL/OTD   024601

CELLSITE-19588

SECRET//NOFORN/20350301

To:   Finance   From:   Operational Technology Division
Re:   (U)   268-HQ-1068430, 03/01/2010

**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>FINANCE</u>

      <u>AT WASHINGTON, DC</u>

      (S//NF)

b1
b3
b5
b6
b7C
b7E

(S)

**CC:**

◆◆

SECRET//NOFORN/20350301

5

*CELL/OTD   024602*

CELLSITE-19589

(Rev. 05-01-2008)

DATE: 10-18-2012
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-18-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

SECRET//20351016

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** PRIORITY                          **Date:** 10/16/2009

**To:** Finance                          **Attn:**

Rm B239, ERF-QT (Enc)

**From:** Operational Technology

/TTU/OT-ERF

**Contact:**

b6
b7C

**Approved By:**

**Drafted By:**

**Case ID #:** (U)   268-HQ-1068430

**Title:**   (U)   WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**   (S)

(S)

Derived From : FBI NSISCG 20090615
Declassify On:  20351013

b1
b3
b5
b7E

**Enclosure(s):**   (S)

(S)

**Details:**   (S)

(U)

(S)

(S)

SECRET//20351016

CELL/OTD    024593

CELLSITE-19590

~~SECRET~~//20351016

To:   Finance   From: Operational Technology
Re:   (U)   268-HQ-1068430, 10/16/2009

b1
b3
b5
b7E



~~SECRET~~//20351016
2

CELL/OTD   024594

CELLSITE-19591

~~SECRET~~//20351016

To:  Finance   From: Operational Technology
Re:  (U)  268-HQ-1068430, 10/16/2009

(S) [    ]

(U) (S)  <u>Sole Source Justification</u>

(S) [    ]

(S) [    ]

      b1
      b3
      b5
      b6
      b7C
      b7E

      (U)   The Contracting Officer Technical Representative (COTR)
for this procurement is Electronics Engineer (EE) [    ] and
can be contacted at the Engineering Research Facility, located in
Quantico, Virginia, for any questions.

      (U) Contracting Officers are responsible for ensuring that

*CELL/OTD*   *024595*

CELLSITE-19592

~~SECRET~~//20351016

To:  Finance  From: Operational Technology
Re:  (U)  268-HQ-1068430, 10/16/2009


**LEAD(s):**

**Set Lead 1:   (Action)**

> FİNANCE

> > AT PSFO, DC

> > (S)

b1
b3
b5
b6
b7C
b7E

(S)

CC:

♦♦

CELL/OTD   024596

CELLSITE-19593

(Rev. 05-01-2008)

DATE: 10-18-2012
CLASSIFIED BY 65179 DMH/STP/bsw
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-18-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~//NOFORN/~~20350228~~

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** PRIORITY                    **Date:** 03/3/2010

**To:** Finance                    **Attn:**

Rm B239, ERF-QT (Enc)

**From:** Operational Technology

/TTU/OT-ERF

**Contact:**                                                          b6
                                                                      b7C

**Approved By:**

**Drafted By:**

**Case ID #:** (U)   268-HQ-1068430

**Title:** (U)  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:** (S)

(S)

Derived From : FBI NSISCG 20090615
Declassify On:  20350228                                              b1
                                                                      b3
                                                                      b5
                                                                      b7E

**Enclosure(s):** (S)

(S)

(U) **Details:** (S)

~~SECRET~~//NOFORN/~~20350228~~

CELL/OTD   024589

CELLSITE-19594

~~SECRET~~//NOFORN/~~20350228~~

To:   Finance   From: Operational Technology
Re:   (U)   268-HQ-1068430, 03/3/2010

(S//NF)

(S)

(S//NF)

(S)

b1
b3
b5
b7E

(S//NF)

(S)

(S//NF)

(S)

(S)

(S)

CELL/OTD   024590

CELLSITE-19595

~~SECRET~~//NOFORN/~~20350228~~

To:  Finance  From: Operational Technology
Re:  (U)  268-HQ-1068430, 03/3/2010

(S)

(U) (X)  Sole Source Justification

(S)

(S)

b1
b3
b5
b6
b7C
b7E

(U)  The Contracting Officer Technical Representative (COTR) for this
procurement is Electronics Engineer (EE)              and can be
contacted at the FBI Engineering Research Facility (ERF), located in
Quantico, Virginia.

(U)  Contracting Officers are responsible for ensuring that

CELL/OTD   024591

CELLSITE-19596

SECRET//NOFORN/20350228

To:   Finance   From: Operational Technology
Re:   (U)   268-HQ-1068430, 03/3/2010


**LEAD(s):**

**Set Lead 1:   (Action)**

     FINANCE

       AT PSFO, DC

       (S)

(S)
                                         b1
                                         b3
                                         b5
                                         b6

**CC:**                                        b7C
                                        b7E

♦♦

CELL/OTD    024592

CELLSITE-19597

DATE: 11-06-2012
CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-18-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE



# Statement of Need

To accompany Requisition:

The Tracking Technology Unit (TTU), _____
_____ is tasked with providing FBI Field
Offices with _____
_____ In response to this tasking, _____
provides a 24x7 operational support effort for all FBI
field offices with _____

b1
b3
b7E

(S)

SECRET

CELL/OTD   024566

CELLSITE-19614

- TTU[    ]requests the procurement of the following items from the manufacturer to[                                    ]

b3
b6
b7C
b7E

[                    ] Unit Chief

SECRET

CELL/OTD   024567

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179/dmh/stp/as

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 07/6/2007

**To:** Finance                    **Attn:**

Rm B239 (Enc)

**From:** Operational Technology
                                                              /TTU/QT-ERF
         **Contact:**

b6
b7C

**Approved By:**


**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**


**Enclosure(s):** FD-369, [        ] Acquisition Form.

**Details:**

b3
b5
b7E

CELL/OTD  020476

CELLSITE-19616

To:  Finance  From:  Operational Technology
Re:  268-HQ-1068430, 07/6/2007

**Sole Source Justification**

b3
b5
b6
b7C
b7E

The Contracting Officer Technical Representative (COTR) for this procurement is Electronics Technician (ET) _____ and can be contacted at the Engineering Research Facility, located in Quantico, Virginia, for any questions.

**Contracting Officers are responsible for ensuring that**

2

CELLSITE-19617

To:  Finance  From:  Operational Technology
Re:  268-HQ-1068430, 07/6/2007

**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>FINANCE</u>

       <u>AT WASHINGTON, DC</u>

                                                                                                 b3
 b5
 b6
 b7C
 b7E

**CC:**

♦♦

3

CELL/OTD   020478

CELLSITE-19618

# Statement of Work for

### Directorate of Science and Technology
### U.S. Department of Homeland Security
### Cyber Security Division (CSD)

## I.      Background

The U.S. Department of Homeland Security (DHS) is committed to using cutting-edge technologies and scientific talent in its quest to make America safer.  The DHS Directorate of Science and Technology (S&T) is tasked with researching and organizing the scientific, engineering, and technological resources of the United States and leveraging these existing resources into technological tools to help protect the homeland. The DHS S&T Cyber Security Division intends to enhance the capabilities of DHS Law Enforcement Officers (LEOs) by developing technology that increases operational efficiency and creates new capabilities.

Law enforcement investigators must have

b3
b7E

## II.      Scope of Work

Task 1. The performer will perform analysis, modeling, and testing to verify the capability of the

- The developed ____ should also continue to

1

Distribution is authorized to U.S. government agencies only.  Contains information that may be exempt from public release under the Freedom of Information Act.  Before this SOW is released to the public, approval is required by the Department of Homeland Security Directorate of Science and Technology.

- The work in this task should also address need for [          ] support for

-

-

Task 2. The performer will produce [                    ]

Deliverables:

b3
b7E

3. Report of analysis, modeling and testing that verifies the capability of [          ]

Milestones:

- Kick-off meeting will be held no later than 30 days after contract award.

- Preliminary design review shall be held 2 months after contract award. The performer shall provide a PDR report to the DHS S&T Technical Representative no later than 2 weeks after the completion of the meeting.

- A Critical design review shall be conducted 6 months after contract award.  The performer shall deliver a CDR report to the DHS S&T Technical Representative 2 weeks after the completion of the meeting.

- The performer shall conduct a demonstration/user acceptance test of the [          ] with DHS law enforcement and S&T representatives and shall produce a full report of the conduct of the test and User acceptance/rejection with a mitigation plan in case of user

2

Distribution is authorized to U.S. government agencies only.  Contains information that may be exempt from public release under the Freedom of Information Act.  Before this SOW is released to the public, approval is required by the Department of Homeland Security Directorate of Science and Technology.

rejection.  Testing shall be conducted no later than 2 weeks prior to the end of the period of performance.

- Transition of deliverables to a designee of DHS S&T at the end of the period of performance.

Personnel provided by [          ] will have the skills and technical background necessary to successfully complete the tasks described in this SOW, including but not limited to the following: [          ]

## III.    Other Contract Details

1. **Period of Performance**.  The period of performance for this SOW is through August 2012. All deliverables/milestones are expected at their specified date in the above deliverable /milestone schedule.  An additional 90 days has been added to the performance period to allow for the review, preparation and submission of deliverables and closeout activities by DHS personnel.  DHS may give subsequent extension notices to [          ] [          ] in writing for further performance in accordance with the terms if this SOW.

   b3
   b7E

2. **Travel**.  Travel to Washington, DC is required in performance of these duties.  The number of personnel and frequency/number of trips shall be proposed by the performer in support of the project.

3. **DHS-Furnished Information**.  No DHS-furnished information is required for the performance of the duties outlined in this SOW.

4. **DHS-Furnished Facilities, Supplies, and Services**.  No DHS-furnished facilities, supplies, and services are required for the performance of the duties outlined in the SOW.

5. **Place of Performance**. [          ] will perform the work under this SOW at [          ] and contractor facilities.

6. **DHS-Furnished Property**.  Before purchasing any individual item equal to or exceeding [          ] that is required to support technical tasks performed pursuant to this SOW [          ] shall obtain the DHS S&T Technical Representative's prior written consent.  The DHS S&T Technical Representative may lower or raise the aforementioned [          ] threshold at his/her discretion and on written notice to [          ] If the DHS S&T Technical Representative consents to such purchase, such item shall become the property of DHS. [          ] will maintain any such items according to currently existing property accountability procedures.  The DHS S&T Technical Representative will determine the final disposition of any such items.

Distribution is authorized to U.S. government agencies only.  Contains information that may be exempt from public release under the Freedom of Information Act.  Before this SOW is released to the public, approval is required by the Department of Homeland Security Directorate of Science and Technology.

3

CELL/OTD   030397

CELLSITE-19621

7. **Deliverables.** [blank] will provide all deliverables identified in this SOW directly to the DHS S&T Technical Representative.

8. **Funding Requirements.** DHS will provide funding to [blank] in accordance with DHS appropriations and available funds pursuant to the budget outlined below. Amounts will be deobligated to the extent that the servicing agency has not incurred obligations before the end of the period of availability of that appropriation. In accordance with the Anti-Deficiency Act, 31 U.S.C. §1341, all payments will be made in advance. ***Under no circumstances will the amount paid be more than the actual costs of the goods or services.*** At least quarterly, the parties will reconcile balances related to revenue and expenses for work performed under the agreement.

| Category | Amount |
|----------|--------|
| Labor | |
| Equipment | |
| Travel | |
| **Total** | |

b6
b7C
b7E

9. **Security Requirements.** All work performed under this SOW is unclassified and the results will be publicly distributed, unless otherwise specified by DHS.

10. **Dispute Resolution.** Should disagreement arise on the interpretation of the provisions of this agreement, the dispute shall be resolved pursuant to the Business Rules for intragovernmental Transactions delineated in the Treasury Financial Manual, Vol. 1, Bulletin 2007-03, Section VII (Resolving Intragovernmental Disputes and Major Differences.)

11. **Modification, Cancellation, and Termination.** Either party may terminate this agreement with 60 days written notice. If the requesting agency cancels the order, the providing agency is authorized to collect costs incurred prior to cancellation of the order plus any termination costs. This agreement may be amended at any time prior to the termination of this Agreement upon written agreement by both parties.

## IV.   Points of Contact

Performer Points of Contact (POCs) are as follows:

- Technical POC(s) – TBD

- Financial POC(s) –

[blank box]

4

Distribution is authorized to U.S. government agencies only. Contains information that may be exempt from public release under the Freedom of Information Act. Before this SOW is released to the public, approval is required by the Department of Homeland Security Directorate of Science and Technology.

T:
F:

POC:
**Telephone No:**

b6
b7C
b7E

The DHS POCs are as follows:

- Technical POC:

  Department of Homeland Security/S&T/CSD
  Washington, DC 20528

- Financial POC:

  Department of Homeland Security
  ATTN: Science and Technology Directorate, Office of Strategy, Policy and
  Budget
  Washington, DC 20528

5

Distribution is authorized to U.S. government agencies only.  Contains information that may be exempt from public
release under the Freedom of Information Act.  Before this SOW is released to the public, approval is required by
the Department of Homeland Security Directorate of Science and Technology.

CELL/OTD  030399

CELLSITE-19623

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 143
Page 51 ~ Duplicate - 1195589-OTD-CONTRACT-12 pg 70;
Page 94 ~ Duplicate - OTD-Contract-2, p. 60 & following;
Page 95 ~ Duplicate - OTD-Contract-2, p. 60 & following;
Page 96 ~ Duplicate - OTD-Contract-2, p. 60 & following;
Page 98 ~ Duplicate - OTD-Contract-2, p. 60 & following;
Page 99 ~ b3; b5; b7E;
Page 100 ~ b1; b3; b5; b7E;
Page 101 ~ b3; b5; b7E;
Page 102 ~ b1; b3; b5; b7E;
Page 103 ~ b3; b5; b7E;
Page 104 ~ b3; b5; b7E;
Page 105 ~ b1; b3; b5; b7E;
Page 106 ~ b1; b3; b5; b7E;
Page 110 ~ Duplicate - OTD-Contract-2, p. 22;
Page 113 ~ Duplicate - Finance-2, p. 75 & following;
Page 114 ~ Duplicate - Finance-2, p. 75 & following;
Page 115 ~ Duplicate - Finance-2, p. 75 & following;
Page 128 ~ Duplicate - OTD-Contract-2, p. 72 & following;
Page 129 ~ Duplicate - OTD-Contract-2, p. 72 & following;
Page 130 ~ Duplicate - OTD-Contract-2, p. 72 & following;
Page 131 ~ Duplicate - OTD-Contract-2, p. 72 & following;
Page 132 ~ Duplicate - OTD-Contract-2, p. 72 & following;
Page 139 ~ Duplicate - OTD-Contract-10, p. 123 & following;
Page 140 ~ Duplicate - OTD-Contract-10, p. 123 & following;
Page 141 ~ Duplicate - OTD-Contract-10, p. 123 & following;
Page 143 ~ Duplicate - 1197470-OTD-Policy-4, p. 75 & following;
Page 144 ~ Duplicate - 1197470-OTD-Policy-4, p. 75 & following;
Page 145 ~ Duplicate - 1197470-OTD-Policy-4, p. 75 & following;
Page 146 ~ Duplicate - 1197470-OTD-Policy-4, p. 75 & following;
Page 147 ~ Duplicate - 1197470-OTD-Policy-4, p. 75 & following;
Page 148 ~ Duplicate - 1197470-OTD-Policy-4, p. 75 & following;
Page 150 ~ b3; b7E;
Page 156 ~ Duplicate - OTD-Contract-10, p. 174;
Page 157 ~ Duplicate - OTD-Contract-2, p. 82;
Page 158 ~ Duplicate - 1197470-OTD-Policy-4, p. 75 & following;
Page 159 ~ Duplicate - 1197470-OTD-Policy-4, p. 75 & following;
Page 160 ~ Duplicate - 1197470-OTD-Policy-4, p. 75 & following;
Page 161 ~ Duplicate - 1197470-OTD-Policy-4, p. 75 & following;
Page 162 ~ Duplicate - 1197470-OTD-Policy-4, p. 75 & following;
Page 163 ~ Duplicate - 1197470-OTD-Policy-4, p. 75 & following;
Page 169 ~ Duplicate - OTD-Contract-2, p. 92;
Page 173 ~ Duplicate - OTD-Contract-2, p. 60 & following;
Page 174 ~ Duplicate - OTD-Contract-2, p. 60 & following;
Page 177 ~ b3; b4; b6; b7C; b7E;
Page 187 ~ Duplicate - OTD-Contract-6, p. 86 & following;
Page 188 ~ Duplicate - OTD-Contract-6, p. 86 & following;
Page 189 ~ Duplicate - OTD-Contract-6, p. 86 & following;
Page 190 ~ Duplicate - OTD-Contract-6, p. 86 & following;
```

```
Page 191 ~ Duplicate - OTD-Contract-6, p. 86 & following;
Page 192 ~ Duplicate - OTD-Contract-6, p. 86 & following;
Page 193 ~ b3; b4; b7E;
Page 194 ~ b3; b4; b7E;
Page 195 ~ b3; b4; b7E;
Page 196 ~ b3; b4; b7E;
Page 197 ~ b3; b4; b7E;
Page 198 ~ b3; b4; b7E;
Page 199 ~ b3; b4; b7E;
Page 200 ~ b3; b4; b7E;
Page 201 ~ b3; b4; b7E;
Page 202 ~ b3; b4; b7E;
Page 203 ~ b3; b4; b7E;
Page 204 ~ b3; b4; b7E;
Page 205 ~ b3; b4; b7E;
Page 206 ~ b3; b4; b7E;
Page 207 ~ b3; b4; b7E;
Page 208 ~ b3; b4; b7E;
Page 209 ~ b3; b4; b7E;
Page 210 ~ b3; b4; b7E;
Page 211 ~ b3; b4; b7E;
Page 212 ~ b3; b4; b7E;
Page 213 ~ b3; b4; b7E;
Page 214 ~ b3; b4; b7E;
Page 215 ~ b3; b4; b7E;
Page 216 ~ b3; b4; b7E;
Page 217 ~ b3; b4; b7E;
Page 218 ~ b3; b4; b7E;
Page 219 ~ b3; b4; b7E;
Page 220 ~ b3; b4; b7E;
Page 221 ~ b3; b4; b7E;
Page 222 ~ b3; b4; b7E;
Page 223 ~ b3; b4; b7E;
Page 224 ~ b3; b4; b7E;
Page 225 ~ b3; b4; b7E;
Page 226 ~ b3; b4; b7E;
Page 227 ~ b3; b4; b7E;
Page 228 ~ b3; b4; b7E;
Page 229 ~ b3; b4; b7E;
Page 230 ~ b3; b4; b7E;
Page 231 ~ b3; b4; b7E;
Page 232 ~ b3; b4; b7E;
Page 233 ~ b3; b4; b7E;
Page 234 ~ b3; b4; b7E;
Page 235 ~ b3; b4; b7E;
Page 236 ~ b3; b4; b7E;
Page 237 ~ b3; b4; b7E;
Page 238 ~ b3; b4; b7E;
Page 239 ~ b3; b4; b7E;
Page 240 ~ b3; b4; b7E;
Page 241 ~ b3; b4; b7E;
Page 242 ~ b3; b4; b7E;
Page 243 ~ b3; b4; b7E;
Page 244 ~ b3; b4; b7E;
```

```
Page 245 ~ b3; b4; b7E;
Page 246 ~ b3; b4; b7E;
Page 247 ~ b3; b4; b7E;
Page 248 ~ b3; b4; b7E;
Page 249 ~ b3; b4; b7E;
Page 250 ~ b3; b4; b7E;
Page 251 ~ b3; b4; b7E;
Page 252 ~ b3; b4; b7E;
Page 253 ~ b3; b4; b7E;
Page 254 ~ b3; b4; b7E;
Page 255 ~ b3; b4; b7E;
Page 256 ~ b3; b4; b7E;
Page 257 ~ b3; b4; b7E;
Page 258 ~ b3; b4; b7E;
Page 259 ~ b3; b4; b7E;
Page 260 ~ b3; b4; b7E;
Page 261 ~ b1; b3; b7E;
Page 262 ~ b1; b3; b6; b7C; b7E;
Page 263 ~ b1; b3; b7E;
Page 264 ~ b1; b3; b7E;
Page 265 ~ b1; b3; b7E;
Page 266 ~ b1; b3; b7E;
Page 267 ~ b1; b3; b7E;
Page 268 ~ b1; b3; b7E;
Page 269 ~ b1; b3; b7E;
Page 270 ~ b1; b3; b7E;
Page 271 ~ b1; b3; b7E;
Page 272 ~ b1; b3; b7E;
Page 273 ~ b1; b3; b7E;
Page 274 ~ b1; b3; b7E;
Page 275 ~ b1; b3; b7E;
Page 276 ~ b1; b3; b7E;
Page 277 ~ b1; b3; b7E;
Page 278 ~ b1; b3; b7E;
Page 279 ~ b1; b3; b7E;
Page 280 ~ b1; b3; b7E;
Page 281 ~ b1; b3; b6; b7C; b7E;
Page 282 ~ b1; b3; b6; b7C; b7E;
Page 283 ~ b1; b3; b6; b7C; b7E;
Page 284 ~ b1; b3; b7E;
Page 285 ~ b1; b3; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)     X
X    No Duplication Fee X
X    For this Page       X
XXXXXXXXXXXXXXXXXXXXXXXX
```

(Rev. 01-31-2003)

DATE: 10-19-2012
CLASSIFIED BY 65179 DMH/STP/SZ
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-19-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                **Date:** 03/16/2006

**To:** Criminal Investigative      **Attn:** 
        Rm 3867 (Enc)

    Finance                 **Attn:** 

**From:** Operational Technology Division
                                    /QT-ERF      b3
        **Contact:**                             b6
                                                 b7C
**Approved By:** Haynes Kerry E                  b7E
        Thomas Marcus C
        Clifford Michael Jr

**Drafted By:** 

**Case ID #:** (U)   268-HQ-1068430    (Pending)

**Title:** (U)  WIRELESS INTERCEPT AND TRACKING TEAM    b1
                                                        b3
**Synopsis:** (S)                                       b7E

(S) 

(U) (S)    ~~Derived From : G-3~~
           ~~Declassify On: 03/16/2006~~

**Enclosure(s):** (U)  IT Acquisition form, COTS/ITATS approval
attachment, IT Acquisition form attachment, Notification of
Approval to Operate (ATO) dated 06/30/2004, Vendor Price Quote,
FD369            in the amount of            and acquisition
planning form

**Details:** (U)  The Wireless Intercept and Tracking Team (WITT) is    b3
responsible for the development, deployment, and support of              b4
investigative technologies that provide                                 b7E

        (U)  WITT recently rolled out a 

~~SECRET~~                      03162006.wpd

CELL/OTD  018410

~~SECRET~~

To: Criminal Investigative  From:  Operational Technology
Division
Re:  (U)  268-HQ-1068430, 03/16/2006

b3
b7E

WITT

(S)

b1
b3
b7E

(S)

(U) (X)  <u>Sole Source Justification</u>

(S)

b1
b3
b7E

~~SECRET~~                                    03162006.wpd

2

CELL/OTD   018411

~~SECRET~~

To:  Criminal Investigative  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 03/16/2006

(S)

b1
b3
b7E

       (U)  The Contracting Officer Technical Representative
(COTR) for this procurement is Electronics Engineer (EE)
        and can be contacted at the Engineering Research Facility,
located in Quantico, Virginia, for any questions.

b6
b7C

~~SECRET~~

3

                03162006.wpd

b3
b7E

CELL/OTD  018412

CELLSITE-15577

SECRET

To:  Criminal Investigative  From:  Operational Technology
Division
Re:  (U)  268-HQ-1068430, 03/16/2006


**LEAD(s):**

**Set Lead 1:   (Info)**

    <u>CRIMINAL INVESTIGATIVE</u>

        <u>AT WASHINGTON, DC</u>

(S)

**Set Lead 2:   (Action)**

    <u>FINANCE</u>

        <u>AT WASHINGTON, DC</u>

(S)

b1
b3
b7E

CC:          QT-ERF
         QT-ERF
        T-ERF
        T-ERF (Enc)
        QT-ERF (Enc)
         QT-ERF

b6
b7C

♦♦

SECRET

4

03162006.wpd

b3
b7E

CELL/OTD  018413

(Rev. 01-31-2003)

DATE: 10-19-2012
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-19-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 03/16/2006

**To:** Finance                    **Attn:**

**From:** Operational Technology Division
                                                            OT-ERF
          **Contact:**

**Approved By:** Haynes Kerry E
                  Thomas Marcus C
                  Clifford Michael Jr

**Drafted By:**

**Case ID #:** (U)  268-HQ-1068430    (Pending)

**Title:**  (U)  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:** (S)

(S)

(U) ~~(S)~~     ~~Derived From : G-3~~
              ~~Declassify On:  03/16/2006~~

**Enclosure(s):** (U)  IT Acquisition form, COTS/ITATS approval
attachment, IT Acquisition form attachment, Notification of
Approval to Operate (ATO) dated 06/30/2004, Vendor Price Quote,
FD369            in the amount of            , and acquisition
planning form

**Details:** (U)  The Wireless Intercept and Tracking Team (WITT) is
responsible for the development, deployment, and support of
investigative technologies that provide

       (U)  WITT

b3
b6
b7C
b7E

b1
b3
b7E

b3
b4
b7E

~~SECRET~~

03162006.wpd

CELL/OTD  018512

~~SECRET~~

To: Criminal Investigative  From: Operational Technology Division
Re:  (U)  268-HQ-1068430, 03/16/2006

b3
b7E

WITT

(S)

(S)

b1
b3
b7E

(S)

(U) (S)  **Sole Source Justification**

(S)

(S)

b1
b3
b7E

~~SECRET~~

2

_03162006.wpd

CELL/OTD  018513

CELLSITE-15580

~~SECRET~~

To:  Criminal Investigative  From:  Operational Technology
Division
Re:  (U)  268-HQ-1068430, 03/16/2006

(S)                                                                              b1
                                                                                 b3
                                                                                 b7E
            (U)  The Contracting Officer Technical Representative                b6
(COTR) for this procurement is Electronics Engineer (EE)                         b7C
          and can be contacted at the Engineering Research Facility,
located in Quantico, Virginia, for any questions.

~~SECRET~~

3

CELL/OTD  018514

_03162006.wpd    b3
                 b7E

~~SECRET~~

```
To:  Criminal Investigative  From:  Operational Technology
Division
Re:  (U)  268-HQ-1068430, 03/16/2006
```

**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>FINANCE</u>

        <u>AT WASHINGTON, DC</u>

(S)

                b1
                b3
                b7E

```
CC:              , QT-ERF
                  QT-ERF
                 T-ERF
                 T-ERF (Enc)
                 QT-ERF (Enc)
                  QT-ERF
```
                b6
                b7C

◆◆

03162006.wpd   b3
                b7E

CELL/OTD  018515

CELLSITE-15582

DATE: 10-19-2012
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-19-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~

## Justification for Other Than Full and Open Competition
## In Accordance With 41 U.S.C. 253 (c)(6)

**1.     IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI), [ ] Operational Technology Division (OTD). The contracting activity is the Engineering Contracts Unit (ECU).

**2.     NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

(U) The proposed acquisition strategy is to award a non-competitive contract effort for highly-specialized [ ] to [ ]

**3.     DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**     b3
                                                                                    b7E

(U) [ ]

[ ] The FBI's Wireless Intercept and Tracking Team (WITT) [ ]

[ ]

(S)                                                                                  b1
                                                                                    b3
                                                                                    b7E

(U[ ] is requesting this sole source procurement with [ ] The proposed     b3
procurement is [ ] Requisition [ ] in the amount of [ ] has been submitted to   b4
fund the requirement.                                                              b7E

**4.     IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6). The regulatory authority is FAR 6.302-6(a)(2). Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

~~SECRET~~

CELL/OTD   018516



SECRET

5.  **DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**



(S)

(S)

(S)

b1
b3
b7E

6.  **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.  Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information).  This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

b3
b7E

7.  **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U)  The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable.  Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8.  **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A**

   CELL/OTD  018517



SECRET

**STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

(U)☐ continuously conducts market surveys to determine state-of-the-art technologies.  The engineers, technicians, and technical personnel are in constant contact with equipment vendors, other technical members of the intelligence community, as well as visiting trade shows, reviewing trade journals, and browsing the Internet. ☐ routinely conducts and attends working group (WG) meetings with vendors to assess the capabilities, performance, and quality of equipment that meets the needs of the FBI.☐

b3
b7E

9. **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

(U)☐ See paragraph (5) above for facts supporting the use of other then full and open competition.

10. **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

11. **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

12. **TECHNICAL REPRESENTATIVE CERTIFICATION**

(U). Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

SECRET

CELL/OTD  018518



(U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

| | |
|---|---|
| | Contracting Officer's Technical Representative      (Date) |

b6
b7C

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
         , Contracting Officer                              (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
         , Supervisory Contracting Officer              (Date)

_____
         , FBI Chief Contracting Officer                 (Date)

_____
Office of General Counsel                                   (Date)

Approved By:    _____
                          , Competition Advocate                 (Date)



CELL/OTD   018519

CELLSITE-15586



~~SECRET//20220831~~

Security Addendum to Requisition

(U) ~~S~~ ~~Derived From :~~ ~~G-3~~
~~Declassify On:~~ ~~08/31/2022~~

(S)

| b1 |
| b3 |
| b7E |

| b6 |
| b7C |

~~SECRET//20220831~~

CELL/OTD  018503

(Rev. 01-31-2003)

DATE: 10-19-2012
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-19-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~//20220831

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                          **Date:** 08/31/2007

**To:** Finance                    **Attn:** [                    ] (Enc)

Criminal Investigative    **Attn:** [                    ]
Room 3842 (Enc)

**From:** Operational Technology Division                                          b3
[                              ]/TTU/OT-ERF-E                                       b6
**Contact:** [                    ]                                                 b7C
                                                                                    b7E
**Approved By:** Thomas Marcus C

**Drafted By:** [                    ]

(U) **Case ID #:** (S) 268-HQ-1068430

**Title:** (U)  WIRELESS INTERCEPT AND TRACKING TEAM                      b7E

(U) **Synopsis:** (S) The Finance Division (FD) is requested to
initiate critical procurement action for the identified
[                                    ] from Harris Corporation.

(U) (S)        ~~Derived From : G-3~~
               ~~Declassify On: 08/31/2022~~

(U) **Enclosure(s):** (S) FD-369, [                        ]
Acquisition Planning Form, Security Addendum, and Justification
for Other Than Full and Open Competition.

(U) **Details:** (S) Law enforcement [                          ] have,
in recent years, increased their use of [                    ]

[                                                              ]              b3
                                                                             b7E

(U) (S) [                              ] Wireless
Intercept and Tracking Team (WITT) recently completed roll-out of
a program to [                              ]

~~SECRET~~//20220831

CELL/OTD  018504

~~SECRET~~//~~20220831~~

To:  Finance   From:  Operational Technology Division
(U) Re:  (S)  268-HQ-1068430, 08/31/2007

b3
b7E

The Criminal
Investigative Division has also

(S)

b1
b3
b7E

(S)

(U)          (S)  The FBI continues to experience a high demand for
supporting criminal investigations

At present, the FBI has

b3
b7E

~~SECRET~~//~~20220831~~

2

CELL/OTD 018505

~~SECRET~~//20220831

To:  Finance  From:  Operational Technology Division
(U) Re:  (S)  268-HQ-1068430, 08/31/2007

b1
b3
b7E

(S)

        (U)  Contracting Officers are responsible for ensuring that

**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>FINANCE</u>

      <u>AT WASHINGTON, DC</u>

    (U)  (S)  The Finance Division (FD) is requested to initiate critical procurement action for the identified [        ] from Harris Corp.  Funding is available and may be processed via criminal investigative accounts for expedited delivery.

**Set Lead 2:  (Action)**

    <u>CRIMINAL INVESTIGATIVE</u>

      <u>AT WASHINGTON, DC</u>

    (U)  (S)  The Criminal Investigative Division is requested to approve the critical procurement action for the identified [        ] from Harris Corp.  Funding is available and may be processed via criminal investigative accounts for expedited delivery.

b3
b7E

~~SECRET~~//20220831

CELL/OTD  018506

CELLSITE-15590

~~SECRET~~//20220831

To:  Finance   From:  Operational Technology Division
(U) Re:  (X)   268-HQ-1068430, 08/31/2007


CC:
```
┌─────────────────────┐
│                     │ T-ERF
│                     │ ERF-E (Enc)
│                     │ ERF-E (Enc)
│                     │ -ERF (Enc)
│                     │ T-ERF (Enc)
│                     │ , QT-ERF-E (Enc)
└─────────────────────┘
```
b6
b7C

♦♦

~~SECRET~~//20220831

CELL/OTD  018507

CELLSITE-15591

DATE: 10-19-2012
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-19-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE



~~SECRET~~

## Justification for Other Than Full and Open Competition
## In Accordance With 41 U.S.C. 253 (c)(6)

**1. IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI), Tracking Technology Unit (TTU), Operational Technology Division (OTD). The contracting activity is the FBI Finance Division (FD) and Engineering Contracts Unit (ECU).

**2. NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

(U) The proposed acquisition strategy is to award a non-competitive contract effort for highly-specialized _____ from Harris Corp - Wireless Products Group, PO BOX 9800, M/S R5-11A, Melbourne, Florida, 32902.

**3. DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**     b3
     b7E

(U) TTU is responsible for providing the FBI with _____

_____ The FBI's Wireless Intercept and Tracking Team (WITT) plays a critical role in _____

(S)                                                                                     b1
     b3
     b7E

(U) TTU is requesting this sole source procurement with Harris - WPG . A requisition has been submitted as described on the attached FD-369 form.

**4. IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6). The regulatory authority is FAR 6.302-6(a)(2). Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

~~SECRET~~

CELL/OTD   018499

CELLSITE-15592



5. **DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

(S)

(S)

b1
b3
b7E

6. **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.  Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information).  This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

b3
b7E

7. **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U)  The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable.  Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8. **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

(U) TTU continuously conducts market surveys to determine state-of-the-art technologies.  The engineers, technicians, and technical personnel are in constant contact with equipment vendors, other technical members of the intelligence community, as well as visiting trade shows, reviewing trade journals, and browsing the Internet.  TTU routinely conducts and attends working group (WG) meetings with vendors to assess the capabilities, performance, and quality of equipment that meets the needs of the FBI.

Harris WPG

b3
b7E

9. **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN**

CELL/OTD  018500



**COMPETITION**

(U) [                                                ] See paragraph (5) above for facts supporting the use of other then full and open competition.

b3
b7E

10. **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

11. **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

12. **TECHNICAL REPRESENTATIVE CERTIFICATION**

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.



~~SECRET~~

(U) As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

|                                   |
|-----------------------------------|

Contracting Officer's Technical Representative   (Date)

b6
b7C

(U) As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
     , Contracting Officer         (Date)

(U) As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
     , Supervisory Contracting Officer         (Date)

_____
     , FBI Chief Contracting Officer         (Date)

_____
Office of General Counsel         (Date)

Approved By:    _____
     , Competition Advocate         (Date)

~~SECRET~~

CELL/OTD 018502

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179/dmh/stp/as

**Firm Fixed Price
Statement of Work (SOW)
Equipment Maintenance and Technical Support
For the**

# 1      Background

The Wireless Intercept and Tracking Team (WITT) purchased
[        ] from the [                              ] These systems have
come to the end of their service warranty and a maintenance agreement needs to be
established to ensure that these systems remain fully operational and deployable.

# 2      Statement of Work

b3
b7E

## 2.1    Remedial Maintenance

The vendor will perform remedial maintenance as required to ensure the functionality of
the [                         ] and associated [                         ]

## 2.2    [                  ] Maintenance

The vendor will inform WITT of any [                         ] that are being made
available for the [        ] Additionally, they will provide [                   ]
and associated documentation in order for the WITT to field [              ] in a timely
manner.

b3
b7E

# 3      Place of Performance

Should remedial maintenance be required on the [                 ] they will be shipped
to the vendor's location for remediation, then returned to the customer.  We do not
anticipate the need for the vendor to perform maintenance actions within FBI locations.

# 4      Period of Performance

The period of performance for this endeavor will last one year from time of initial
contract award.

CELL/OTD   018407

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179/dmh/stp/as

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** PRIORITY                    **Date:** 07/13/2006

**To:** Finance                        **Attn:**

       Criminal Investigative       **Attn:**                    , Rm 3867

**From:** Operational Technology
                                                    TTU/QT-ERF    b3
          **Contact:**                                           b6
                                                                 b7C
**Approved By:** Haynes Kerry E                                  b7E
                 Thomas Marcus C
                 Clifford Michael Jr


**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:** To request the procurement of
StingRay                                                         b3
             units to support the                               b4
                                                                b7E

**Enclosure(s):** IT Acquisition form, COTS/ITATS approval
attachment, IT Acquisition form attachment, FD369 in the amount
of                  and acquisition planning form

**Details:** In the summer of 2005, the U. S. Gulf Coast bore the
brunt of Several hurricanes, including Hurricane Katrina

                                                                b3
                                                                b7E

        The           Wireless Intercept
and Tracking Team (WITT) supports FBI           criminal
investigations with research and development (R&D) efforts that
continuously evaluate the ability of
in meeting FBI requirements.  WITT has historically satisfied

                                            Harris_060713.wpd

```
To:  Finance  From:  Operational Technology
Re:  268-HQ-1068430, 07/13/2006
```

much of the FBI [                ] investigative requirements by
utilizing Harris Corporation's [                                          ]     b3
                                                                                b7E

     In the aftermath of these gulf storms, WITT has
determined that it is essential to procure [            ] WITT
[                                                                  ]

Sole Source Justification

     WITT request a sole source procurement with Harris
Corporation - Wireless Products Group for the purchase of
StingRay [                                                            ]     b3
                                                                            b7E
     Harris Corporation [                          ]

[                                                                           ]



     The WITT intends to continue to use the Harris
Corporation [                                                            ]
[        ] for supporting [            ] criminal investigations.  WITT
continuously evaluates other vendor solutions, techniques, and
alternatives that may satisfy requirements for [                    ]     b3
                                                                          b7E
[            ] and has determined that a substantial amount of
investment and time shall be incurred if another vendor,
technique, or alternative is considered.  Alternative
technologies and products offered by other vendors, such as
[                                                                      ]



     The Contracting Officer Technical Representative (COTR)     b6
for this procurement is Electronics Engineer (EE) [        ]               b7C
and can be contacted at the Engineering Research Facility,
located in Quantico, Virginia, for any questions.

CELL/OTD  018482

CELLSITE-15598

To:   Finance   From:   Operational Technology
Re:   268-HQ-1068430, 07/13/2006


**LEAD(s):**

**Set Lead 1:   (Action)**

>    FINANCE

>    AT WASHINGTON, DC

>    The Engineering Contracts Unit is requested to initiate
the procurement of _____

_____ to support the _____ Funding
is available as outlined on the attached form FD-369.

**Set Lead 2:   (Action)**

>    CRIMINAL INVESTIGATIVE

>    AT WASHINGTON, DC

>    The Criminal Investigative Division is requested to
approve the procurement of _____ StingRay _____
_____ and
_____ to support the _____
Funding is available as outlined on the attached form FD-369,
Requisition _____

b3
b7E

CC:   _____, QT-ERF
      _____ QT-ERF
      T-ERF
      T-ERF (Enc)
      T-ERF (Enc)
      QT-ERF
      _____ QT-ERF

b6
b7C

♦♦

CELL/OTD  018483

CELLSITE-15599

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179/dmh/stp/as

# IT Acquisition Form

## *Section 7 Attachment*

### Requirements Analysis

The Wireless Intercept and Tracking Team (WITT)

WITT

WITT

as specified in requisition

b3
b7E

### Analysis of Alternatives

WITT

b3
b7E

### Section 508 Statement

Wireless Intercept and Tracking Team conducted an evaluation of the systems and have submitted the following comments regarding compliance of Section 508 requirements.

1194.3  General Exceptions

Systems are critical to the direct fulfillment of missions and are not used for routine administrative and business applications.

Subpart B -- Technical Standards

b3
b7E

Subpart C – Functional Performance Criteria

CELL/OTD   018485

CELLSITE-15601

1194,31          Functional Performance Criteria

(a)

(b)

(c)

(d)

(e)

(f)

Subpart D – Information, Documentation, and Support

(a) Documentation is offered in hardcopy (paper) as well as softcopy
    (CD) at no additional charge.
(b) End users are instructed in the product features, visually or through
    instruction verbally at request, at no additional charge.
(c) Support services accommodate the communication needs of end-users
    with disabilities.

b3
b7E

## System Security Plan

A System Security Plan has been completed and in place for use
EC dated 06/30/2004 from Security Division has been
attached to requisition package

CELL/OTD   018486

## Sole Source Justification

## Independent Government Cost Estimate
WITT has submitted a quotation from the vendor, which details the cost of this procurement.  Pricing is according to GSA price listings.

## Life Cycle Cost Estimate
WITT
WITT
estimated at approximately              per year.

b3
b7E

## Earned Value Management Plan
WITT continuously ensures planning, scheduling, and budget monitoring through its program management efforts.        WITT

## Privacy Impact Assessment
The Office of General Council has been contacted and has reviewed the request for a Privacy Impact Assessment (PIA)
/WITT has

b3
b7E

## Risk Assessment
WITT
WITT has a proven and successful history with the vendor of these systems.  The vendor has the technical knowledge and maturity in their products, and the ability to deliver on time.  Sufficient funding is also in place for this procurement, and as well as plans for the maintenance over the full lifecycle of these products.  Refer to acquisition planning form        for specific estimates and distribution of costs.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179/dmh/stp/as

# IT Acquisition Form

## *Section 7 Attachment*

### Requirements Analysis

The Wireless Intercept and Tracking Team (WITT).

WITT

WITT

as specified in requisition

b3
b7E

### Analysis of Alternatives

WITT

### Section 508 Statement

Wireless Intercept and Tracking Team conducted an evaluation of the systems and have submitted the following comments regarding compliance of Section 508 requirements.

1194.3  General Exceptions

Systems are critical to the direct fulfillment of missions and are not used for routine administrative and business applications.

Subpart B -- Technical Standards

CELL/OTD   018471

CELLSITE-15605



b3
b7E

Subpart C – Functional Performance Criteria

CELL/OTD    018472

CELLSITE-15606

1194.31       Functional Performance Criteria

(a)

(b)

(c)

(d)

(e)

(f)

Subpart D – Information, Documentation, and Support

    (a) Documentation is offered in hardcopy (paper) as well as softcopy
        (CD) at no additional charge.
    (b) End users are instructed in the product features, visually or through
        instruction verbally at request, at no additional charge.
    (c) Support services accommodate the communication needs of end-users
        with disabilities.

## System Security Plan

A System Security Plan has been completed and in place for _____ 
_____ EC dated 06/30/2004 from Security Division has been
attached to requisition package _____

b3
b7E

CELL/OTD   018473

**Sole Source Justification**

**Independent Government Cost Estimate**

WITT has submitted a quotation from the vendor, which details the cost of this procurement.  Pricing has been negotiated and has been deemed fair and reasonable, and comparable with other procurements of this nature.

**Life Cycle Cost Estimate**

WITT                                                                                      WITT

b3
b7E

**Earned Value Management Plan**

WITT continuously ensures planning, scheduling, and budget monitoring through its program management efforts.          WITT

**Privacy Impact Assessment**

The Office of General Council has been contacted and has reviewed the request for a Privacy Impact Assessment (PIA).

WITT has

b3
b7E

**Risk Assessment**

WITT

WITT has a proven and successful history with the manufacturer of these systems.  The manufacturer has demonstrated their maturity in their products, as well as their ability to deliver on time.  Sufficient funding is also in place for this procurement, and as well as plans for the maintenance over the full lifecycle of these products.  Refer to acquisition planning form          for specific estimates and distribution of costs.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179/dmh/stp/as

REQ. #

4/10/2006
DATE

ORDERING OFFICE/COST CODE

Kerry E. Haynes
APPROVED BY

Page___1___ OF____1____

JULIAN DATE

b3
b6
b7C
b7E

Supply Technician:
Program Manger:
Funding Approved:
COTR:
Room# & Ext:          ERF-QT   Ext.

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order#

WLS101 - $      WLS201 - $

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 1 | | | | EA | | | | | |
| 2 | | | Installation, Travel and | EA | | | | | |
| 3 | | | Annual Maintenance | EA | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | Recommend by: Unit Chie | | | | | | |
| | | | Requested by/Deliver to: Federal Bureau of Investigation | | | | | | |
| | | | ERFE Quantico, VA22135 Attn: | | | | | Total | |

b3
b4
b6
b7C
b7E

SPECIAL INSTRUCTION:
Ship to Code:          TSQ-ERF
Delivery Restrictions: M-F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEM:

See Attached EC

CELL010D 018475

DATE: 10-19-2012
CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-19-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~

# JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION IN ACCORDANCE WITH TITLE 41, UNITED STATES CODE 253(c)(6)

1.  ## IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY

    (U) The agency is the U. S. Department of Justice, Federal Bureau of Investigation (FBI), _____, Operational Technology Division (OTD).   The contracting activity is the Property Procurement and Management Section (PPMS), Telecommunications Contracts and Audit Unit (TCAU).

2.  ## NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED

    (U)  The proposed acquisition strategy is to award a non-competitive contract effort for highly-specialized _____ to Harris Corporation - Wireless Products Group (WPG), P.O. Box 37, M/S R5-9117, Melbourne, Florida, 32902.

3.  ## DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS

    _____ The FBI's Wireless Intercept and Tracking Team (WITT) _____

    (U) (X) ____ WITT has historically maintained an engineering services contract (ESC) with Harris Corporation for the advancement of _____          b3
    _____                                                  b7E
    ____ These engineering services provided by Harris Corporation have led to the development of the products that meet the FBI's mission for conducting lawful _____ _____ WITT has deployed a substantial amount of Harris equipment in support of its _____
    _____

    (U) ____ WITT is requesting this procurement with Harris Corporation.  This  proposed FY06 procurement is _____ Requisition _____ in the amount of          b3
                                                                                                                b4
                                                                                                                b7E

~~SECRET~~

*Page 1*

CELL/OTD  018476

~~SECRET~~

[_____] has been submitted to fund this requirement.

4. **IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The Statutory Authority is 41 U.S.C. 253 (c) (6).  The Regulatory Authority is FAR 6.302-6 (a) (2), Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

5. **DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

b3
b4
b7E

(U) (S) Harris Corporation - Wireless Products Group (WPG) specializes in [____] equipment for US Law Enforcement [____] Harris WPG has been producing [____] for many years and [____]

(S)

b1
b3
b7E

(U) (S) Harris Corporation WPG has historically provided legacy [____] systems to [____] and is the only vendor that possesses the appropriate knowledge and expertise required for [____] WITT continuously evaluates other vendor technologies and alternatives for conducting [____] as part of its research and development initiatives and has determined that a significant amount of investment in time and money shall be incurred if another vendor, technique, or alternative technology is considered.

b3
b7E

(S)

b1
b3
b7E

~~SECRET~~
*Page 2*

CELL/OTD  018477

CELLSITE-15611

~~SECRET~~

(S)

b1
b3
b7E

6.   DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICAL

(U) Since this procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement. Further, FAR 5.202 (a) (1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information). This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

7.   DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE

(U) The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable. Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

b3
b7E

8.   A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF REASONS A MARKET SURVEY WAS NOT CONDUCTED

(U)        WITT continuously conducts market surveys to determine state-of-the-art technologies. The engineers, technicians, and technical personnel are in constant contact with equipment vendors, other technical members of the intelligence community, as well as visiting trade shows, reviewing trade journals, and browsing the Internet.        WITT routinely conducts and attends working group (WG) meetings with vendors to assess the capabilities, performance, and quality of equipment that meets the needs of the FBI.
      WITT                                                                        Harris Corporation can provide.

9.   ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN

~~SECRET~~

CELL/OTD  018478

CELLSITE-15612

~~SECRET~~

## COMPETITION

(U) [                                        ] See paragraph (5)       b3
above for facts supporting the use of other than full and open competition.       b7E

10.   A LISTING OF SOURCES, IF ANY, THAT EXPRESSED, IN WRITING, AN
      INTEREST IN THE ACQUISITION

      (U)  Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other
      sources were given the opportunity to express written or oral interest in this procurement.

11.   A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO
      REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY
      SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED

      (U)  The FBI will evaluate future procurements to determine whether full and open
      competition is appropriate and in the best interests of the government.

12.   CERTIFICATIONS

      (U)  Based on the above findings, it is hereby determined, within the meaning of 41
      U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for
      when the disclosure of the agency's needs would compromise national security, unless the
      agency is permitted to limit the number of sources from which it solicits bids or
      proposals.

      (U)  As the Acting Contracting Officer Technical Representative (COTR) of record, I
      hereby certify to the best of my knowledge that all information contained herein is
      complete and accurate to the best of my knowledge.

      [                    ] Contracting Officer's Technical Representative          (Date)

      (U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that
      all information contained herein is complete and accurate to the best of my knowledge.       b6
                                                                                                   b7C

      [                    ] Contracting Officer                          (Date)

~~SECRET~~
*Page 4*

~~SECRET~~

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

| | |
|---|---|

Supervisory Contracting Officer                (Date)

FBI Chief Contracting Officer                (Date)

b6
b7C

Office of General Counsel                (Date)

Approved By:    _____

Kevin L. Perkins, Competition Advocate        (Date)



~~SECRET~~
*Page 5*

(Rev. 01-31-2003)

DATE: 10-19-2012
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-19-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE                    **Date:**  04/10/2006

**To:**  Criminal Investigative        **Attn:**

                                                 Rm 3867 (Enc)

          Finance                            **Attn:**

**From:**  Operational Technology Division
                                                          /QT-ERF         b3
              **Contact:**                                                b6
                                                                          b7C
**Approved By:**  Haynes Kerry E                                          b7E
                  Thomas Marcus C
                  Clifford Michael Jr

**Drafted By:**                    :kmw

**Case ID #:**  (U)  268-HQ-1068430    (Pending)

**Title:**  (U)  WIRELESS INTERCEPT AND TRACKING TEAM

(U) **Synopsis:**   (S)   To request development and procurement of
                                                                          b3
                                                                          b4
(U) (S)      Derived From : G-3                                           b7E
              Declassify On: 03/16/2006

**Enclosure(s):**  (U)  IT Acquisition form, COTS/ITATS approval
attachment, IT Acquisition form attachment, Vendor Price Quote,
FD369            ) in the amount of              , and  acquisition
planning form

**Details:**  (U)  The Wireless Intercept and Tracking Team (WITT) is
responsible for the development, deployment, and support of
investigative technologies that provide

                                                                          b1
                                                                          b3
(S)                                                                       b7E

~~SECRET~~                                    060410.wpd

CELL/OTD  018465

~~SECRET~~

To:  Criminal Investigative  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 04/10/2006

(S)

(S)

                                                                    b1
                                                                    b3
                                                                    b7E

(U)  (X)  <u>Sole Source Justification</u>

(S)

        (U)  The proposed Contracting Officer Technical
Representative (COTR) for this procurement is Electronics
Technician (ET)[          ] who can be contacted at the
Engineering Research Facility, located in Quantico, Virginia,
regarding any questions.

                                                                    b3
                                                                    b6
                                                                    b7C
                                                                    b7E

~~SECRET~~

                              2

[          ] 60410.wpd

CELL/OTD   018466

~~SECRET~~

To:  Criminal Investigative   From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 04/10/2006


**LEAD(s):**

**Set Lead 1:   (Info)**

   CRIMINAL INVESTIGATIVE

      AT WASHINGTON, DC

(S)

**Set Lead 2:   (Action)**

   FINANCE

      AT WASHINGTON, DC

(S)

b1
b3
b7E

CC:        QT-ERF
           QT-ERF
          T-ERF
          T-ERF (Enc)
          T-ERF (Enc)
          QT-ERF (Enc)
          QT-ERF

b6
b7C

♦♦

~~SECRET~~

060410.wpd

b3
b7E

CELL/OTD  018467

CELLSITE-15617

DATE: 10-19-2012
CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-19-2037   ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

## Critical Needs Statement

The Operational Technology Division (OTD), _____ is responsible for the development, deployment, and support of investigative technologies and tools that provide _____ including those which employ _____. _____ supports these efforts through its Wireless Intercept and Tracking Team (WITT), which provides focus on research and development (R&D), 24x7 operational support, interagency liaison, and program management efforts.

b3
b7E

(S)

b1
b3
b7E

At present, the request for _____ WITT requests requisition _____ be processed on a critical needs bases so that the FBI can efficiently support their missions.

b3
b7E

_____
OTD, Assistant Director
Kerry E. Haynes



DATE: 10-19-2012
CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-19-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE



SECRET

## JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION IN ACCORDANCE WITH TITLE 41, UNITED STATES CODE 253(c)(6)

1.   IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY

   (U) The agency is the U. S. Department of Justice, Federal Bureau of Investigation (FBI), _____, Operational Technology Division (OTD).   The contracting activity is the Property Procurement and Management Section (PPMS), Telecommunications Contracts and Audit Unit (TCAU).

2.   NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED

   (U)  The proposed acquisition strategy is to award a non-competitive contract effort for highly-specialized _____ to _____.

3.   DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS

   _____ The FBI's Wireless Intercept and Tracking Team (WITT) _____

(U) (X)____WITT has historically maintains engineering services contracts (ESC) with various commercial entities for the advancement of _____   b3   b7E
_____ These engineering services efforts have led to the development of the products that meet the FBI's mission for conducting lawful _____ _____WITT has identified the need to _____ in support of its _____

(U)____WITT is requesting this procurement with _____ This  proposed   b3
FY06 procurement is _____ Requisition _____, in the amount of _____   b4   b7E

SECRET
*Page 1*

CELL/OTD  018459

CELLSITE-15619



has been submitted to fund this requirement.

4. IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION

(U) The Statutory Authority is 41 U.S.C. 253 (c) (6). The Regulatory Authority is FAR 6.302-6 (a) (2), Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

5. DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED

(U) ~~(S)~~ [redacted] specializes in the fields of [redacted] Their efforts in [redacted] places them as an emerging industry leader in the sphere of [redacted] b3 b7E

(S) [redacted]

b1 b3 b7E

(U) ~~(S)~~ [redacted] WITT continuously evaluates vendor technologies and alternatives for conducting [redacted] as part of its research and development initiatives and has determined that a significant amount of investment in time and money shall be incurred if another vendor, technique, or alternative technology is considered.

(S) [redacted]

6. DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICAL

SECRET

(U) Since this procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement. Further, FAR 5.202 (a) (1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information). This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

7.  DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE

(U)  The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable.  Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8.  A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF REASONS A MARKET SURVEY WAS NOT CONDUCTED

(U)    WITT continuously conducts market surveys to determine state-of-the-art technologies.  The engineers, technicians, and technical personnel are in constant contact with equipment vendors, other technical members of the intelligence community, as well as visiting trade shows, reviewing trade journals, and browsing the Internet.    WITT routinely conducts and attends working group (WG) meetings with vendors to assess the capabilities, performance, and quality of equipment that meets the needs of the FBI. WITT

b3
b7E

9.  ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION

(U)                                                   See paragraph (5) above for facts supporting the use of other than full and open competition.

10.  A LISTING OF SOURCES, IF ANY, THAT EXPRESSED, IN WRITING, AN INTEREST IN THE ACQUISITION

SECRET

*Page 3*



CELL/OTD   018461

CELLSITE-15621



~~SECRET~~

(U)  Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

11.   **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U)  The FBI will evaluate future procurements to determine whether full and open competition is appropriate and in the best interests of the government.

12.   **CERTIFICATIONS**

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

(U)  As the Acting Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____ (Proposed) Contracting Officer's Technical Representative     (Date)

b6
b7C

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
 Contracting Officer                              (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
 Supervisory Contracting Officer                  (Date)



~~SECRET~~
*Page 4*

CELL/OTD   018462

CELLSITE-15622

~~SECRET~~

| | FBI Chief Contracting Officer | (Date) |
|---|---|---|

b6
b7C

Office of General Counsel                    (Date)

Approved By:

Kevin L. Perkins, Competition Advocate          (Date)

~~SECRET~~
*Page 5*



CELLSITE-15623

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179/dmh/stp/as

# IT Acquisition Form

## *Section 7 Attachment*

### Requirements Analysis

The Wireless Intercept and Tracking Team (WITT),

WITT

WITT has identified an                                        as specified on requisition

b3
b7E

### Analysis of Alternatives

WITT

### Section 508 Statement

Wireless Intercept and Tracking Team conducted an evaluation of the systems and have submitted the following comments regarding compliance of Section 508 requirements.

1194.3  General Exceptions

Systems are critical to the direct fulfillment of missions and are not used for routine administrative and business applications.

Subpart B -- Technical Standards

b3
b7E

CELLSITE-15624



b3
b7E

Subpart C – Functional Performance Criteria

CELL/OTD   018448

1194.31        Functional Performance Criteria

       (a)

       (b)

       (c)

       (d)

       (e)

       (f)

Subpart D – Information, Documentation, and Support

      (a) Documentation is offered in hardcopy (paper) as well as softcopy
          (CD) at no additional charge.
      (b) End users are instructed in the product features, visually or through
          instruction verbally at request, at no additional charge.
      (c) Support services accommodate the communication needs of end-users
          with disabilities.

b3
b7E

**System Security Plan**

A System Security Plan has been completed and in place for ⬚
⬚ EC dated 06/30/2004 from Security Division has been
attached to requisition package ⬚

CELL/OTD   018449

## Sole Source Justification

## Independent Government Cost Estimate

WITT has submitted a quotation from the vendor, [ ], which details the cost of this procurement.  Pricing is according to GSA price listings.

## Life Cycle Cost Estimate

WITT

WITT

WITT

b3
b7E

## Earned Value Management Plan

WITT continuously ensures planning, scheduling, and budget monitoring through its program management efforts. [ ] WITT

## Privacy Impact Assessment

The Office of General Council has been contacted and has reviewed the request for a Privacy Impact Assessment (PIA).

WITT

b3
b7E

## Risk Assessment

WITT

WITT has a proven and successful history with the vendor of these systems.  The vendor has the technical knowledge and maturity in their products, and the ability to deliver on time.  Sufficient funding is also in place for this procurement, and as well as plans for the maintenance over the full lifecycle of these products.  Refer to acquisition planning form [ ] for specific estimates and distribution of costs.

CELLSITE-15627

HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179/dmh/stp/as

# IT Acquisition Form

## *Section 8 Attachment*

### Synopsis of Requirement

The Wireless Intercept and Tracking Team (WITT)

WITT

b3
b7E

WITT

as specified in requisition

WITT

b3
b7E

WITT

WITT

WITT

In order to meet the FBI requirements for          WITT has identified
the need to                                                        WITT

b3
b7E

At present, the request for

WITT requests requisition
be processed on a critical needs bases so that the FBI can efficiently support
their missions.

The Federal Bureau of Investigation (FBI) plans to acquire, on a sole source basis, [REDACTED] each of the [REDACTED] for StingRay [REDACTED] each of the [REDACTED] and [REDACTED] each [REDACTED] from Harris Corporation – Wireless Products Group, to [REDACTED] StingRay and associated [REDACTED] The contract type shall be a Firm-Fixed-Price contract.  NAICS Code 513322.  Unrestricted.  Other than full and open competition 41 U.S.C. 253(c)(1) (Sole Source)  FAR 6.302-1.  Only one source.  Intended source(s):  Harris Corporation.  The final contract award decision shall be based upon a combination of price, past performance, and other evaluation factors.

b3
b7E

(Rev. 01-31-2003)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179/dmh/stp/as

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  PRIORITY                          **Date:**  07/13/2006

**To:**  Finance                        **Attn:**

       Criminal Investigative      **Attn:**                                    Rm 3867

**From:**  Operational Technology                                   TTU/QT-ERF    b3
           **Contact:**                                                                b6
                                                                                                     b7C
                                                                                         b7E

**Approved By:**  Haynes Kerry E
                  Thomas Marcus C
                  Clifford Michael Jr

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:**  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**  To request the procurement of
StingRay                                                                     b3
                                                                                        b4
                                                                                        b7E

**Enclosure(s):**  IT Acquisition form, COTS/ITATS approval
attachment, IT Acquisition form attachment, FD369 in the amount
of                        and acquisition planning form

**Details:**  In the summer of 2005, the U. S. Gulf Coast bore the
brunt of Several hurricanes, including Hurricane Katrina

       The Tracking Technology Unit (TTU). Wireless Intercept      b3
and Tracking Team (WITT) supports                     criminal           b7E
investigations with research and development (R&D) efforts that
continuously evaluate the ability of

Harris_060417.wpd

CELL/OTD   018439

To:  Finance  From:  Operational Technology
Re:  268-HQ-1068430, 07/13/2006

in meeting FBI requirements.  WITT has historically satisfied
much of the FBI [          ] investigative requirements by
utilizing Harris Corporation's [                    ]

    In the aftermath of these gulf storms, [    ] has
    WITT

                                                                        b3
                                                                  b7E

Sole Source Justification

    WITT request a sole source procurement with Harris
Corporation - Wireless Products Group for the purchase of
StingRay [                                              ]

    Harris Corporation is the only [                    ]

    The WITT intends to continue to use the Harris
Corporation product line of [                        ]
[                                                  ] WITT
continuously evaluates other vendor solutions, techniques, and
alternatives that may satisfy requirements for [              ]
[          ] and has determined that a substantial amount of
investment and time shall be incurred if another vendor,
technique, or alternative is considered.  Alternative
technologies and products offered by other vendors, such as

                                                                        b3
                                                                  b7E

    The Contracting Officer Technical Representative (COTR)
for this procurement is Electronics Engineer (EE) [          ]
and can be contacted at the Engineering Research Facility,
located in Quantico, Virginia, for any questions.

                                                                         b6
                                                                 b7C

2

Harris_060417.wpd

                                                                         b3
                                                                 b7E

CELL/OTD  018440

CELLSITE-15631

```
To:   Finance   From:  Operational Technology
Re:   268-HQ-1068430, 07/13/2006
```

**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>FINANCE</u>

       <u>AT WASHINGTON, DC</u>

       The Engineering Contracts Unit is requested to initiate the procurement of [          StingRay          ]. Funding is available as outlined on the attached form FD-369.

**Set Lead 2:   (Action)**

    <u>CRIMINAL INVESTIGATIVE</u>

       <u>AT WASHINGTON, DC</u>

       The Criminal Investigative Division is requested to approve the procurement of [     StingRay     ] Funding is available as outlined on the attached form FD-369, Requisition [    ]

b3
b7E

```
CC:  [            ] QT-ERF
     [             ] QT-ERF
     [          ]T-ERF
     [          ]T-ERF (Enc)
     [          ]T-ERF (Enc)
     [          ]QT-ERF
     [           ] QT-ERF
```

b6
b7C

♦♦

Harris_05102005.wpd

CELL/OTD   018441

CELLSITE-15632

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179/dmh/stp/as

## Critical Needs Statement

The Operational Technology Division (OTD), _____ _____ is responsible for the development, deployment, and support of investigative technologies and tools that provide _____ _____ supports these efforts through its Wireless Intercept and Tracking Team (WITT), which provides focus on research and development (R&D), 24x7 operational support, interagency liaison, and program management efforts.

WITT _____

_____

_____ WITT _____

_____ WITT _____

_____ WITT _____

_____

b3
b7E

In order to meet the FBI requirements for _____ WITT has identified the need to _____ WITT requires these systems in order to satisfy requirements for _____

b3
b7E

At present, the request for _____ _____ WITT requests requisition _____ be processed on a critical needs bases so that the FBI can efficiently support their missions.

_____
OTD, Assistant Director
Kerry E. Haynes



SECRET

**COMPETITION**

(U) [                                    ] See paragraph (5)
above for facts supporting the use of other than full and open competition.

b3
b7E

10.    A LISTING OF SOURCES, IF ANY, THAT EXPRESSED, IN WRITING, AN
       INTEREST IN THE ACQUISITION

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other
sources were given the opportunity to express written or oral interest in this procurement.

11.    A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO
       REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY
       SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED

(U) The FBI will evaluate future procurements to determine whether full and open
competition is appropriate and in the best interests of the government.

12.    CERTIFICATIONS

(U) Based on the above findings, it is hereby determined, within the meaning of 41
U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for
when the disclosure of the agency's needs would compromise national security, unless the
agency is permitted to limit the number of sources from which it solicits bids or
proposals.

(U) As the Acting Contracting Officer Technical Representative (COTR) of record, I
hereby certify to the best of my knowledge that all information contained herein is
complete and accurate to the best of my knowledge.

[                    ] (Acting) Contracting Officer's Technical Representative    (Date)

(U) As Contracting Officer of record, I hereby certify to the best of my knowledge that
all information contained herein is complete and accurate to the best of my knowledge.

b6
b7C

[                    ] Contracting Officer                    (Date)

SECRET

*Page 4*

DATE: 10-22-2012
CLASSIFIED BY: NSICG J19 LP/bsw/stp ALL INFORMATION CONTAINED
REASON: 1.4 (c,g) HEREIN IS UNCLASSIFIED EXCEPT
DECLASSIFY ON: 10-22-2037 WHERE SHOWN OTHERWISE

~~SECRET~~

## Justification for Other Than Full and Open Competition
## In Accordance With 41 U.S.C. 253 (c)(6)

1. **IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

   (U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI), [          ] Operational Technology Division (OTD). The contracting activity is the Engineering Contracts Unit (ECU).

2. **NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

   (U) The proposed acquisition strategy is to award a non-competitive contract effort for highly-specialized [          ]

3. **DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**    b3
                                                                                   b7E

   The FBI's Wireless Intercept and Tracking Team (WITT)

   (S)                                                                             b1
                                                                                   b3
                                                                                   b7E

   (U) [     ] is requesting this sole source procurement with [          ] The proposed    b3
   procurement is [          ] Requisition [       ] in the amount of [        ] has been submitted to    b4
   fund the requirement.                                                                       b7E

4. **IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

   (U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6). The regulatory authority is FAR 6.302-6(a)(2). Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

~~SECRET~~
CELL/OTD 018421



~~SECRET~~

5. **DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

(S)

(S)

b1
b3
b7E

6. **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.  Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information).  This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

7. **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U)  The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable.  Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8. **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

(U        continuously conducts market surveys to determine state-of-the-art technologies.  The engineers, technicians, and technical personnel are in constant contact with equipment vendors, other technical members of the intelligence community, as well as visiting trade shows, reviewing trade journals, and browsing the Internet.         routinely conducts and attends working group (WG) meetings with vendors to assess the capabilities, performance, and quality of equipment that meets the needs of the FBI.

b3
b7E

9. **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN**

~~SECRET~~

CELL/OTD   018422

CELLSITE-15648

~~SECRET~~

**COMPETITION**

(U)[                                                    ] See paragraph (5) above for facts
supporting the use of other then full and open competition.

b3
b7E

10.   **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE
      ACQUISITION**

      (U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given
      the opportunity to express written or oral interest in this procurement.

11.   **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR
      OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT
      ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

      (U) The FBI will evaluate future procurement actions to determine whether full and open competition is
      appropriate an in the best interests of the government.

12.   **TECHNICAL REPRESENTATIVE CERTIFICATION**

      (U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C.
      253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the
      disclosure of the agency's needs would compromise national security, unless the agency is
      permitted to limit the number of sources from which it solicits bids or proposals.

~~SECRET~~

DATE: 10-22-2012
CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-22-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

*** ~~SECRET~~ ***

(U)   Security Addendum to EC dated 03/16/2006

(U) (S)   This addendum further expands on the referenced EC with
regard to sole source justification.

(S)

b1
b3
b7E

(S)

(S)

(U)   Full and open competition of referenced procurement

*** ~~SECRET~~ ***

CELL/OTD   018425

CELLSITE-15651

**\*\*\* ~~SECRET~~ \*\*\***

requirement

b3
b7E

March 16, 2006

Investigative Technology Division

Derived From:  G-3
Declassify On:  March 16, 2031

b6
b7C

**\*\*\* ~~SECRET~~ \*\*\***

* * * ~~SECRET~~ * * *

## STATEMENT OF NEED

### APPROVAL

Prepared by:
*(Project Leader)*

| | | |
|---|---|---|
| Printed Name | Signature | Date |

b6
b7C

Concurred by:

| | | |
|---|---|---|
| Printed Name | Signature | Date |

Approved by:
*(Unit Chief)*

| | | |
|---|---|---|
| Printed Name | Signature | Date |

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179/dmh/stp/as

# IT Acquisition Form

## *Section 7 Attachment*

### Requirements Analysis

The Wireless Intercept and Tracking Team (WITT)

WITT

WITT

as specified in requisition

### Analysis of Alternatives

WITT

### Section 508 Statement

Wireless Intercept and Tracking Team conducted an evaluation of the systems and have submitted the following comments regarding compliance of Section 508 requirements.

1194.3  General Exceptions

Systems are critical to the direct fulfillment of missions and are not used for routine administrative and business applications.

Subpart B -- Technical Standards

b3
b7E

CELL/OTD   018417

CELLSITE-15657



b3
b7E

Subpart C – Functional Performance Criteria

CELL/OTD   018418

1194.31      Functional Performance Criteria

(a)

(b)



(c)

(d)

(e)

(f)

Subpart D – Information, Documentation, and Support

    (a) Documentation is offered in hardcopy (paper) as well as softcopy
       (CD) at no additional charge.

    (b) End users are instructed in the product features, visually or through
       instruction verbally at request, at no additional charge.

    (c) Support services accommodate the communication needs of end-users
       with disabilities.

## System Security Plan

A System Security Plan has been completed and in place for [                    ]
[                              ]EC dated 06/30/2004 from Security Division has been
attached to requisition package[              ]

b3
b7E

**Sole Source Justification**

**Independent Government Cost Estimate**

WITT has submitted a quotation from the vendor, which details the cost of this procurement.  Pricing has been negotiated and has been deemed fair and reasonable, and comparable with other procurements of this nature.

**Life Cycle Cost Estimate**

WITT                                                            WITT

b3
b7E

**Earned Value Management Plan**

WITT continuously ensures planning, scheduling, and budget monitoring through its program management efforts.         WITT

**Privacy Impact Assessment**

The Office of General Council has been contacted and has reviewed the request for a Privacy Impact Assessment (PIA).

WITT has

b3
b7E

**Risk Assessment**

WITT

WITT has a proven and successful history with the manufacturer of these systems.  The manufacturer has demonstrated their maturity in their products, as well as their ability to deliver on time. Sufficient funding is also in place for this procurement, and as well as plans for the maintenance over the full lifecycle of these products.  Refer to acquisition planning form         for specific estimates and distribution of costs.

CELLSITE-15660

(Rev. 01-31-2003)

DATE: 10-22-2012
CLASSIFIED BY 65179/dml/scp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-22-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE                    **Date:**  03/01/2006

**To:**  Finance                **Attn:** [                    ] QT-ERF (Enc)
         Criminal Investigative

**From:**  Operational Technology
                                                    [                    ]/QT-ERF
         **Contact:** [                                        ]                          b3
                                                                                          b6
**Approved By:**  Haynes, Kerry E                                                         b7C
                  Thomas, Marcus C                                                        b7E
                  Clifford, Michael Jr

**Drafted By:** [                              ]

**Case ID #:** 268-HQ-1068430

**Title:**  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**  To request that the Engineering Contracts Unit (ECU)
initiate contract action for the enclosed statement of work.

**Enclosure(s):**  Statement of Work, price estimates, Justification          b1
for other than full and open competition statement, Acquisition               b3
Plan, FD-369 [              ] in the amount of [                ]              b4
                                                                              b7E
(S)  **Details:** [                                                                    ]

(S)

[                                                                                      ]

[              ]wpd

SECRET

CELL/OTD   018403

To:   Finance   From:   Operational Technology
Re:   268-HQ-1068430, 03/01/2006

**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>FINANCE</u>

       <u>AT WASHINGTON, DC</u>

       The ECU is requested <u>to initiate</u> contract action
identified on FD-369, number [    ]   Funding in the amount of       b3
[    ] is <u>available</u> from Budget Item[  ]  Subobject       b7E
Classification [    ]

**Set Lead 2:   (Info)**

    <u>CRIMINAL INVESTIGATIVE</u>

       <u>AT WASHINGTON, DC</u>

CC:   [          ] QT-ERF
           , QT-ERF
            QT-ERF (Enc)
           T-ERF (Enc)       b6
           QT-ERF (Enc)      b7C
            QT-ERF (Enc)
           T-ERF (Enc)

♦♦

b3
b7E



2      [    ]wpd

CELL/OTD   018404

CELLSITE-15662

DATE: 10-22-2012
~~CLASSIFIED BY / dmh/bp/bz~~
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-22-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                              **Date:** 03/01/2006

**To:** Finance                    **Attn:** [          ] QT-ERF (Enc)
       Criminal Investigative

**From:** Operational Technology
                                              [          ]/QT-ERF
        **Contact:** [                    ]

                                                                    b3
**Approved By:** Haynes, Kerry E                                    b6
              Thomas, Marcus C                                     b7C
              Clifford, Michael Jr                                 b7E
              [                    ]

**Drafted By:** [                    ]

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:** To request that the Engineering Contracts Unit (ECU)
initiate contract action for the enclosed statement of work.        b3
                                                                   b4
**Enclosure(s):** Statement of Work, price estimates, Sole-source  b7E
Justification certification, Acquisition Plan, FD-369 [        ] in
the amount of [              ]

(S)  **Details:**
                                                                    b1
(S)                                                                 b3
                                                                   b7E

CELL/OTD   018405

```
To:  Finance  From:  Operational Technology
Re:  268-HQ-1068430, 03/01/2006
```

**LEAD(s):**

**Set Lead 1:   (Action)**

      <u>FINANCE</u>

          <u>AT WASHINGTON, DC</u>

          The ECU is requested to initiate contract action identified on FD-369, number ▢▢▢▢▢ Funding in the amount of ▢▢▢▢▢ is available from Budget Item ▢ Subobject Classification ▢▢

                  b3
                  b7E

**Set Lead 2:   (Info)**

      <u>CRIMINAL INVESTIGATIVE</u>

          <u>AT WASHINGTON, DC</u>

**CC:** 
QT-ERF
QT-ERF
QT-ERF (Enc)
T-ERF (Enc)
QT-ERF (Enc)
QT-ERF (Enc)
T-ERF (Enc)

                  b6
                  b7C

◆◆

CELL/OTD   018406

CELLSITE-15664

DATE: 10-22-2012
CLASSIFIED BY 65179 dmh/stp/la
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-22-2037

~~SECRET~~

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

Security Addendum to Requisition

(U) ~~(S)~~   ~~Derived From :   G-3~~
~~Declassify On:   09/15/2016~~

(S)

b1
b3
b7E

(S)

b6
b7C

~~SECRET~~

CELL/OTD   018396

DERIVED FROM: 10-22-2012
CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-22-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

SECRET

## JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION IN ACCORDANCE WITH TITLE 41, UNITED STATES CODE 253(c)(6)

1. <u>IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY</u>

   (U) The agency is the U. S. Department of Justice, Federal Bureau of Investigation (FBI), _____ Operational Technology Division (OTD). The contracting activity is the Property Procurement and Management Section (PPMS), Telecommunications Contracts and Audit Unit (TCAU).

2. <u>NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED</u>

   (U) The proposed acquisition strategy is to award a non-competitive contract effort for highly-specialized _____

3. <u>DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS</u>

   b3
   b7E

   _____ The FBI's Wireless Intercept and Tracking Team (WITT) _____

   (U) (S) ____ WITT has historically maintains engineering services contracts (ESC) with various commercial entities for the advancement of _____ These engineering services efforts have led to the development of the products that meet the FBI's mission for conducting lawful _____ WITT has identified the need to _____ and in order to provide and maintain capabilities for _____

   b3
   b4
   b7E

   (U) ____ WITT is requesting this procurement with _____ This proposed FY06 procurement is _____ Requisition _____ in the amount of

SECRET

*Page 1*

CELL/OTD 018397

CELLSITE-15671

~~SECRET~~

has been submitted to fund this requirement.

b3
b4
b7E

4.  IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION

(U) The Statutory Authority is 41 U.S.C. 253 (c) (6).  The Regulatory Authority is FAR 6.302-6 (a) (2), Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

5.  DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED

(S)

(S)

b1
b3
b7E

6.  DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICAL

(U) Since this procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement. Further, FAR 5.202 (a) (1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure  would compromise the national security", (e.g., would result in disclosure of classified information).  This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

b3
b7E

~~SECRET~~

*Page 2*



SECRET

7.    DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED
      COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE

      (U) The contracting officer has adequate information to ensure that the cost to the
      government for this acquisition will be fair and reasonable. Techniques may include a
      technical analysis of proposed direct costs, audit, or comparison of proposed indirect
      factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8.    A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS
      OR A STATEMENT OF REASONS A MARKET SURVEY WAS NOT CONDUCTED

      (U)      WITT continuously conducts market surveys to determine state-of-the-art
      technologies. The engineers, technicians, and technical personnel are in constant contact
      with equipment vendors, other technical members of the intelligence community, as well
      as visiting trade shows, reviewing trade journals, and browsing the Internet.      WITT
      routinely conducts and attends working group (WG) meetings with vendors to assess the
      capabilities, performance, and quality of equipment that meets the needs of the FBI.
         WITT

                                                                                              b3
                                                                                              b7E

9.    ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN
      COMPETITION

      (U)                                                        See paragraph (5)
      above for facts supporting the use of other than full and open competition.

10.   A LISTING OF SOURCES, IF ANY, THAT EXPRESSED, IN WRITING, AN
      INTEREST IN THE ACQUISITION

      (U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other
      sources were given the opportunity to express written or oral interest in this procurement.

11.   A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO
      REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY
      SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED

      (U) The FBI will evaluate future procurements to determine whether full and open
      competition is appropriate and in the best interests of the government.

12.   CERTIFICATIONS



SECRET

*Page 3*

SECRET

Approved By:

_____
Kevin L. Perkins, Competition Advocate          (Date)

**Sole Source Justification**

**Independent Government Cost Estimate**

WITT has submitted a quotation from the vendor,_____which details the cost of this procurement.  Pricing is according to GSA price listings.

**Life Cycle Cost Estimate**

WITT

WITT

**Earned Value Management Plan**

WITT continuously ensures planning, scheduling, and budget monitoring through its program management efforts. WITT

b3
b7E

**Privacy Impact Assessment**

The Office of General Council has been contacted and has reviewed the request for a Privacy Impact Assessment (PIA).

WITT has

**Risk Assessment**

WITT

WITT has a proven and successful history with the vendor of these systems.  The vendor has the technical knowledge and maturity in their products, and the ability to deliver on time.  Sufficient funding is also in place for this procurement, and as well as plans for the maintenance over the full lifecycle of these products.  Refer to acquisition planning form____for specific estimates and distribution of costs.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179/dmh/stp/as

# IT Acquisition Form

## *Section 7 Attachment*

### Requirements Analysis

The Wireless Intercept and Tracking Team (WITT)

WITT

WITT has identified an _____ as specified on requisition

b3
b7E

### Analysis of Alternatives

WITT

b3
b7E

### Section 508 Statement

Wireless Intercept and Tracking Team conducted an evaluation of the systems and have submitted the following comments regarding compliance of Section 508 requirements.

1194.3  General Exceptions

    Systems are critical to the direct fulfillment of missions and are not used for routine administrative and business applications.

Subpart B -- Technical Standards

CELL/OTD   018360



b3
b7E

Subpart C – Functional Performance Criteria

CELL/OTD   018361

CELLSITE-15688

1194.31        Functional Performance Criteria

(a)


(b)

(c)

(d)

(e)

(f)

b3
b7E

Subpart D – Information, Documentation, and Support

    (a)  Documentation is offered in hardcopy (paper) as well as softcopy
        (CD) at no additional charge.
    (b)  End users are instructed in the product features, visually or through
        instruction verbally at request, at no additional charge.
    (c)  Support services accommodate the communication needs of end-users
        with disabilities.

**System Security Plan**

A System Security Plan has been completed and in place for [                    ]
[                    ] EC dated 06/30/2004 from Security Division has been
attached to requisition package [          ]

b3
b7E

CELL/OTD   018362

**Sole Source Justification**

**Independent Government Cost Estimate**

WITT has submitted a quotation from the vendor [              ], which details the cost of this procurement.  Pricing is according to GSA price listings.

**Life Cycle Cost Estimate**

[WITT                                    ]

[WITT                                                      ]

[                                        ] WITT currently has a current maintenance contract in place for the remainder of year 2005.

b3
b7E

**Earned Value Management Plan**

[    ] WITT continuously ensures planning, scheduling, and budget monitoring through its program management efforts. [    ] WITT[                    ]

**Privacy Impact Assessment**

The Office of General Council has been contacted and has reviewed the request for a Privacy Impact Assessment (PIA). [                                           ] WITT has

b3
b7E

**Risk Assessment**

[    ] WITT[                                           ] WITT has a proven and successful history with the vendor of these systems.  The vendor has the technical knowledge and maturity in their products, and the ability to deliver on time.  Sufficient funding is also in place for this procurement, and as well as plans for the maintenance over the full lifecycle of these products.  Refer to acquisition planning form [      ] for specific estimates and distribution of costs.

CELLSITE-15690

HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179/dmh/stp/as

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  PRIORITY                          **Date:**  12/21/2005

**To:**  Finance                     **Attn:**

    Criminal Investigative        **Attn:**                          Rm 5155
                    **Attn:**

b3
b6
b7C
b7E

**From:**  Operational Technology                              /QT-ERF
    **Contact:**

**Approved By:**  Haynes Kerry E
               Thomas Marcus C
               Clifford Michael Jr

**Drafted By:**

**Case ID #:**  268-HQ-1068430

**Title:**  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**  To request procurement of Harris Corporation's
Stingray and [          ] product line of [          ]
[          ] with associated accessories to support the
[          ].

b3
b4
b7E

**Enclosure(s):**  IT Acquisition form, COTS/ITATS approval
attachment, IT Acquisition form attachment, Notification of the
Approval to Operate (ATO) dated 06/30/2004, Vendor Price Quote
[          ] FD369 [          ] in the amount of [          ]
and acquisition planning form [          ]

**Details:**  Law enforcement [          ] have, in
recent years, [          ]
[          ] in support of [          ] criminal
[          ]

Harris_12212005_E002358.wpd

CELL/OTD   018354

To:  Finance  From:  Operational Technology
Re:  268-HQ-1068430, 12/21/2005

investigations, [redacted] The
use of these [redacted] in support of [redacted]
criminal investigations is [redacted]

The [redacted] Wireless Intercept
and Tracking Team (WITT) supports [redacted] criminal
investigations with research and development (R&D) efforts that
continuously evaluate the ability of [redacted]
in meeting FBI requirements.  WITT has historically satisfied
much of the FBI [redacted] investigative requirements by
utilizing Harris Corporation's [redacted] products. [redacted]

b3
b7E

[redacted]

WITT [redacted]

[redacted] WITT [redacted]

Sole Source Justification

        WITT request a sole source procurement with Harris
Corporation - Wireless Products Group for the purchase Stingray
systems with associated accessories to support the [redacted]
[redacted]

b3
b7E

        Harris Corporation [redacted]

[redacted]

        The WITT intends to continue to use the Harris
Corporation product line of [redacted]
[redacted] WITT
continuously evaluates other vendor solutions, techniques, and
alternatives that may satisfy requirements for [redacted]
[redacted] and has determined that a substantial amount of
investment and time shall be incurred if another vendor,
technique, or alternative is considered.  Alternative
technologies and products offered by other vendors, such as
[redacted]

Harris_12212005_E002358.wpd

CELL/OTD    018355

CELLSITE-15700

To:   Finance   From:   Operational Technology
Re:   268-HQ-1068430, 12/21/2005

> b3
> b7E

        The Contracting Officer Technical Representative (COTR)
for this procurement is Electronics Engineer (EE) [                    ]
and can be contacted at the Engineering Research Facility,
located in Quantico, Virginia, for any questions.

> b6
> b7C

> b3
> b7E

3          [                              ] wpd

CELL/OTD   018356

```
To:   Finance   From:  Operational Technology
Re:   268-HQ-1068430, 12/21/2005
```

**LEAD(s):**

**Set Lead 1:   (Action)**

> FINANCE

>> AT WASHINGTON, DC

>> The Engineering Contracts Unit is requested to procure
Harris Corporation's Stingray and ▯▯▯▯▯▯▯▯▯▯ with associated accessories.
Funding is available as specified on the attached form FD-369,
Requisition ▯▯▯▯▯▯.

**Set Lead 2:   (Action)**

> CRIMINAL INVESTIGATIVE

>> AT WASHINGTON, DC

>> The Criminal Investigative Division is requested to
approve funding for the procurement of Harris Corporation's
Stingray and ▯▯▯▯▯▯▯▯▯▯ with associated accessories.  Funding is
available as specified on the attached form FD-369, Requisition
▯▯▯▯▯▯.

b3
b7E

**Set Lead 3:   (Action)**

> ▯▯▯▯▯▯▯▯▯▯

>> AT WASHINGTON, DC

>> ▯▯▯▯▯▯▯▯▯▯ Harris Corporation's
Stingray and ▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯. Funding is
available as specified on the attached form FD-369, Requisition
▯▯▯▯▯▯.

```
CC:   ▯▯▯▯▯▯▯▯, QT-ERF
       ▯▯▯▯▯▯▯ QT-ERF
       ▯▯▯T-ERF
       ▯▯▯T-ERF (Enc)
       ▯▯QT-ERF
       ▯▯▯ QT-ERF
  ♦♦
```

b3
b6
b7C
b7E

4          Harris_12212005_E002358.wpd

CELL/OTD   018357

DATE: 10-23-2012
CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-23-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~

# JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION IN ACCORDANCE WITH TITLE 41, UNITED STATES CODE 253(c)(6)

1.   IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY

   (U) The agency is the U. S. Department of Justice, Federal Bureau of Investigation (FBI), [                    ], Operational Technology Division (OTD).   The contracting activity is the Property Procurement and Management Section (PPMS), Telecommunications Contracts and Audit Unit (TCAU).

2.   NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED

   (U)  The proposed acquisition strategy is to award a non-competitive contract effort for highly-specialized [                    ] to Harris Corporation - Wireless Products Group (WPG), P.O. Box 37, M/S R5-9117, Melbourne, Florida, 32902.

3.   DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS

   (U) [                                                   ]

   b3
   b7E

   [                                    ] The FBI's Wireless Intercept and Tracking Team (WITT) [                    ]

   [                                    ]

   ~~(U)~~ (S) [    ] WITT has historically maintained an engineering services contract (ESC) with Harris Corporation for the advancement of [                    ]

   [        ] These engineering services provided by Harris Corporation have led to the development of the products that meet the FBI's mission for conducting lawful [        ] [                    ] WITT has deployed a substantial amount of Harris equipment in support of its [                    ]

   [                                            ]

   b3
   b4
   b7E

   (U) [    ] WITT is requesting this procurement with Harris Corporation.  The proposed FY05 procurement is [            ] Requisition [        ] in the amount of

~~SECRET~~
*Page 1*

CELL/OTD   018344

CELLSITE-15704

~~SECRET~~

[          ] has been submitted to fund this requirement.

4. <u>IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION</u>

(U) The Statutory Authority is 41 U.S.C. 253 (c) (6).  The Regulatory Authority is FAR 6.302-6 (a) (2), Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

b3
b4
b7E

5. <u>DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED</u>

(U) (X) Harris Corporation - Wireless Products Group (WPG) specializes in [          ] equipment for US Law Enforcement [          ] Harris WPG has been producing [          ] for many years and [          ]

(S)

b1
b3
b7E

(U) (X) Harris Corporation WPG has historically provided legacy [          ], while meeting the needs of the FBI. [  ] WITT continuously evaluates other vendor technologies and alternatives for conducting [          ] as part of its research and development initiatives and has determined that a significant amount of investment in time and money shall be incurred if another vendor, technique, or alternative technology is considered.

b3
b7E

(S)

b1
b3
b7E

~~SECRET~~
*Page 2*

CELL/OTD   018345

CELLSITE-15705

~~SECRET~~

(S)
b1
b3
b7E

6.      DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE
         SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICAL

(U) Since this procurement was not advertised pursuant to FAR 5.202(a)(1), no other
sources were given the opportunity to express written or oral interest in this procurement.
Further, FAR 5.202 (a) (1), provides Contracting Officer authority to not publish a
procurement action when "the synopsis cannot be worded to preclude disclosure of an
agency's needs and such disclosure  would compromise the national security", (e.g.,
would result in disclosure of classified information).  This procurement is not being
publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals
because to do so would

b3
b7E

7.      DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED
         COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE

(U)  The contracting officer has adequate information to ensure that the cost to the
government for this acquisition will be fair and reasonable.  Techniques may include a
technical analysis of proposed direct costs, audit, or comparison of proposed indirect
factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8.      A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS
         OR A STATEMENT OF REASONS A MARKET SURVEY WAS NOT CONDUCTED

(U)        WITT continuously conducts market surveys to determine state-of-the-art
technologies.  The engineers, technicians, and technical personnel are in constant contact
with equipment vendors, other technical members of the intelligence community, as well
as visiting trade shows, reviewing trade journals, and browsing the Internet.        WITT
routinely conducts and attends working group (WG) meetings with vendors to assess the
capabilities, performance, and quality of equipment that meets the needs of the FBI.
      WITT                                                                      Harris Corporation can
provide.

9.      ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN

~~SECRET~~

*Page 3*

DATE: 10-23-2012
CLASSIFIED BY 6S179/dmh/stp/as
REASON: 1.4 (c,d)
DECLASSIFY ON: 10-23-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**From:** [ ] OTD) (FBI)
**Sent:** Tuesday, July 26, 2011 6:28 PM
**To:**
**Cc:**

b3
b6
b7C
b7E

**Subject:** (U) RE: (S//NF) FINAL Call for FY12 [ ]
[ ] Submissions --- SECRET//NOFORN

Classification: SECRET//NOFORN

Classified By: C37W75B74
Declassify On: 20210719
Derived From: FBI NSISC
=====================================================

With this email I am submitting for consideration an enhancement for [ ]
[ ] Please use the information below in this email as supporting documentation for the request.

**Background:** Currently, TTU has an approved project termed [ ] which is geared towards
[ ] that was funded with FY2011 funds.  Right out the door, TTU
has successfully supported a recent [ ]
[ ] Also, TTU has supported a recent exercise where

b3
b7E

once the WITT [ ]

(S)

b1
b3
b7E

**Additional information:** I have attached a summary from the [ ] where we were
able to successfully [ ] I have
also attached the original briefing that was briefed to the [ ] as it
contains the same requirements and technical details sought with the [ ] on the [ ]
systems.

b3
b7E



(SECRET//NOFORN)

(S)

b1
b3
b7E

b3
b7E

Other comments:  This request [          ] reflects a request to utilize [          ]
FY2012 funding to meet the [     ] objectives (addition of a new [     ] to original approved project)
at the amount requested, or supply additional funding to the [          ] project to run
[          ] developments concurrently. [     ] funding levels have only been supplied on the
attached request.

Attachments:  Email from [      ] supporting request, and original briefing [          ]
[          ]

b3
b7E

(U) [     ]
(S NF)
05_11

**From:** [          ] (OTD) (FBI)
**Sent:** Tuesday, July 19, 2011 2:08 PM
**To:** [          ]

b6
b7C

SECRET

b3
b6
b7C
b7E

Cc: BRYARS, D (OTD)(FBI); DICLEMENTE, ANTHONY P. (OTD) (FBI); [____] (OTD) (FBI); MOTTA, THOMAS GREGORY (OTD) (FBI);

[_____] (OTD) (FBI); STRUYK, JAMES L. (OTD) (FBI)

(U) **Subject:** ~~(S//NF)~~ FINAL Call for FY12 [_____] Submissions --- SECRET//NOFORN

Classification: ~~SECRET~~//NOFORN

Classified By: C37W75B74
Declassify On: 20210719
Derived From: FBI NSISC
=====================================================

**LAST AND FINAL CALL FOR FY12 PROJECT SUBMISSIONS**

(S)

b1
b3
b7E

**CRITERIA**
Very briefly, the initiative provides "up front" monies for research, development and procurement of new capabilities. Such efforts must be focused on [_____]

[____] Sponsoring units are expected to provide some (base fund) contribution and should be prepared to assume responsibility for sustainment in future years through traditional funding sources. Financial accountability on all [____] efforts is maintained through the [_____] Further information can be found in the attached (updated) overview.
<< File[____]Overview.pdf >>

b3
b7E

**SUBMISSION PROCESS**
We strive to make the application process as painless as possible. Project submissions can be initiated by completing the [____] Submission Template (attached). Do not hesitate to call if you require help with your submission.
<< File[____]Submission Template.dotx >>
**ASSISTANCE AVAILABLE**

~~SECRET~~

Any OTD unit may request a briefing from the [          ] to gain a thorough understanding of the initiative; goals, core principles, capability bundles, submission process, reporting requirements  and the assistance available through the OTD [          ] Further details may also be found on the [     ] [                        ] web page: http://otd.fbinet.fbi/ [          ]

**This is your final opportunity to seek FY12 funds. The deadline for new project submissions is July 29, 2011.**

b3
b6
b7C
b7E

SSA [          ]
[                              ]
Operational Technology Division
[                    ]

=================================================
Classification: SECRET//NOFORN

=================================================
Classification: SECRET//NOFORN



CELL/OTD   018852

CELLSITE-15713

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 148
Page 2 ~ Duplicate;
Page 3 ~ b3; b7E;
Page 4 ~ Duplicate;
Page 5 ~ Duplicate;
Page 6 ~ Duplicate;
Page 7 ~ Duplicate;
Page 8 ~ Duplicate;
Page 9 ~ Duplicate;
Page 10 ~ Duplicate;
Page 11 ~ Duplicate;
Page 12 ~ Duplicate;
Page 13 ~ b3; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ Duplicate;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b1; b3; b6; b7C;
Page 32 ~ b3; b7E;
Page 34 ~ b1; b3; b7E;
Page 36 ~ b3; b6; b7C; b7E;
Page 37 ~ b3; b7E;
Page 38 ~ b3; b6; b7C; b7E;
Page 40 ~ b3; b7E;
Page 41 ~ b3; b6; b7C; b7E;
Page 44 ~ b3; b7E;
Page 45 ~ b3; b7E;
Page 46 ~ b3; b6; b7C; b7E;
Page 47 ~ b3; b7E;
Page 52 ~ b3; b6; b7C; b7E;
Page 53 ~ b3; b7E;
Page 54 ~ b3; b7E;
Page 55 ~ b3; b6; b7C; b7E;
Page 56 ~ b3; b7E;
Page 57 ~ b3; b7E;
Page 58 ~ b3; b6; b7C; b7E;
Page 61 ~ b3; b7E;
Page 62 ~ b3; b7E;
Page 63 ~ b3; b7E;
Page 64 ~ b3; b7E;
Page 66 ~ Duplicate;
Page 67 ~ Duplicate;
Page 68 ~ Duplicate;
Page 69 ~ Duplicate;
Page 70 ~ b1; b3; b6; b7C;
Page 71 ~ Duplicate;
Page 72 ~ Duplicate;
Page 73 ~ Duplicate;
```

```
Page 74 ~ Duplicate;
Page 76 ~ Duplicate;
Page 77 ~ Duplicate;
Page 78 ~ Duplicate;
Page 79 ~ Duplicate;
Page 80 ~ Duplicate;
Page 81 ~ Duplicate;
Page 86 ~ b3; b7E;
Page 87 ~ b3; b6; b7C; b7E;
Page 91 ~ b3; b6; b7C; b7E;
Page 92 ~ b3; b6; b7C; b7E;
Page 94 ~ Duplicate;
Page 96 ~ Duplicate;
Page 97 ~ Duplicate;
Page 98 ~ Duplicate;
Page 99 ~ Duplicate;
Page 100 ~ Duplicate;
Page 101 ~ Duplicate;
Page 102 ~ Duplicate;
Page 103 ~ Duplicate;
Page 104 ~ b3; b6; b7C; b7E;
Page 105 ~ Duplicate;
Page 106 ~ Duplicate;
Page 107 ~ Duplicate;
Page 111 ~ Duplicate;
Page 113 ~ b3; b6; b7C; b7E;
Page 114 ~ b1; b3; b6; b7C; b7E;
Page 116 ~ Duplicate;
Page 117 ~ b3; b7E;
Page 118 ~ b3; b6; b7C; b7E;
Page 119 ~ Duplicate;
Page 121 ~ b3; b6; b7C; b7E;
Page 122 ~ b3; b6; b7C; b7E;
Page 125 ~ Duplicate;
Page 126 ~ b3; b6; b7C; b7E;
Page 128 ~ Duplicate;
Page 129 ~ b3; b7E;
Page 130 ~ b3; b7E;
Page 131 ~ b3; b7E;
Page 132 ~ b3; b6; b7C; b7E;
Page 138 ~ b3; b4; b6; b7C; b7E;
Page 140 ~ b1; b3; b7E;
Page 141 ~ b3; b7E;
Page 149 ~ b3; b6; b7C; b7E;
Page 155 ~ b3; b7E;
Page 170 ~ b3; b6; b7C; b7E;
Page 176 ~ Duplicate;
Page 177 ~ Duplicate;
Page 178 ~ Duplicate;
Page 179 ~ Duplicate;
Page 180 ~ b3; b7E;
Page 184 ~ b1; b3; b7E;
Page 185 ~ b1; b3; b7E;
Page 191 ~ b1; b3; b7E;
```

```
Page 195 ~ Duplicate;
Page 196 ~ Duplicate;
Page 197 ~ Duplicate;
Page 198 ~ Duplicate;
Page 199 ~ Duplicate;
Page 200 ~ Duplicate;
Page 201 ~ Duplicate;
Page 210 ~ b1; b3;
Page 211 ~ b1; b3;
Page 212 ~ b1; b3;
Page 213 ~ b1; b3;
Page 214 ~ b1; b3;
Page 215 ~ b1; b3;
Page 216 ~ b1; b3;
Page 217 ~ b1; b3;
Page 218 ~ b1; b3;
Page 219 ~ b1; b3;
Page 220 ~ b1; b3;
Page 221 ~ b1; b3;
Page 222 ~ b1; b3;
Page 223 ~ b1; b3;
Page 224 ~ b1; b3;
Page 225 ~ b1; b3;
Page 226 ~ b1; b3;
Page 227 ~ b1; b3;
Page 228 ~ b1; b3;
Page 229 ~ b1; b3;
Page 230 ~ b1; b3;
Page 231 ~ b1; b3;
Page 232 ~ b1; b3;
Page 233 ~ b1; b3;
Page 234 ~ b1; b3;
Page 237 ~ b1; b3; b7E;
Page 238 ~ b1; b3; b7E;
Page 239 ~ b1; b3; b7E;
Page 240 ~ b1; b3; b7E;
Page 241 ~ b1; b3;
Page 245 ~ b3; b6; b7C; b7E;
Page 246 ~ b1; b3; b7E;
Page 247 ~ b1; b3; b7E;
Page 259 ~ b3; b5; b7E;
Page 260 ~ b3; b5; b7E;
Page 261 ~ b3; b5; b7E;
Page 262 ~ b3; b5; b7E;
Page 263 ~ b3; b5; b6; b7C; b7E;
Page 264 ~ b1; b3; b6; b7C; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXXX
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG J76J18T80

REQ. #

2/10/2005
DATE

ORDERING OFFICE/COST CODE        APPROVED BY

Page___1___ OF____1____

JULIAN DATE

Supply Technician:
Program Manger:
Funding Approved:
COTR:
Room# & Ext:

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order#

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS | PI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | Recommend by: Unit Chief | | | | | | |
| | | | Requested by/Deliver to: Federal Bureau of Investigation | | | | | | |
| | | | ERF Building 27958A, Quantico, VA22135 | | | | | | |
| | | | Attn: | | | | | Total | |

b3
b4
b6
b7C
b7E

SPECIAL INSTRUCTION:
Ship to Code:
Delivery Restrictions:    M-F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEM:

See Attached EC

CELL/OTD   015811

CELLSITE-17357

DATE: 04-08-2013
C̶L̶A̶S̶S̶I̶F̶I̶E̶D̶ ̶B̶Y̶: J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-08-2038


S̶E̶C̶R̶E̶T̶

## Justification for Other Than Full and Open Competition
### In Accordance With 41 U.S.C. 253 (c)(6)

**1.    IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI) ⬚⬚⬚⬚⬚ ⬚⬚⬚⬚⬚ Operational Technology Division (OTD).  The contracting activity is the FBI Finance Division (FD) and Engineering Contracts Unit (ECU).

**2.    NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

(U) The proposed acquisition strategy is to award a non-competitive contract effort for ⬚⬚⬚

**3.    DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

(U) ⬚⬚⬚ is responsible for providing the FBI with ⬚⬚⬚

(S) ⬚⬚⬚

b1
b3
b7E

**4.    IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6).  The regulatory authority is FAR 6.302-6(a)(2).  Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the


S̶E̶C̶R̶E̶T̶

CELL/OTD 014049          CELLSITE-17362

~~SECRET~~

number of sources from which it solicits bids or proposals.

**5.    DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

(S)

**6.    DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.  Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information).  This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

b1
b3
b7E

**7.    DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U) The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable.  Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

**8.    A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

(U)

~~SECRET~~

CELL/OTD 014050

CELLSITE-17363

~~SECRET~~

[ ]

9.    **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

(U)[                                                    ] See paragraph (5) above for facts supporting the use of other then full and open competition.

10.   **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

b3
b7E

11.   **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

12.   **TECHNICAL REPRESENTATIVE CERTIFICATION**

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

~~SECRET~~

~~SECRET~~

(U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

|  |
|--|

Contracting Officer's Technical Representative   (Date)

b6
b7C

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
, Contracting Officer                         (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
, Supervisory Contracting Officer                 (Date)

_____
, FBI Chief Contracting Officer         (Date)

_____
Office of General Counsel                       (Date)

Approved By:      _____
, Competition Advocate         (Date)

~~SECRET~~

CELLSITE-17365
CELL/OTD 014052

# ACQUISITION PLAN

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG J76J18T80

## FEDERAL BUREAU OF INVESTIGATION

1. Unit/Section/Division: _____ OTD                                          b3
                                                                               b7E

2. Description of Requirement: Procurement of _____

3. Estimated Cost: ___ (_____)   4. Term of Contract: ___ 1 Year

5. Distribution of Dollars: FY- 07 (100%)    6. Subobject Class/Budget Item: _____
   FY- _____    FY- _____               Product or Service Code: n/a
   FY- _____    FY- _____

7. Market Research (state how performed & attach): _____

   Sole Source Justification

   Commercial Item: ☒ Yes ☐ No    Competitive: ☒ Yes ☐ No
   If no to one or more above, explain: Sole Source Justification (See attached Justification
   for other then open competition)

8. Sources Considered:  ☐ FBI Personnel        ☐ Other Government Personnel   ☐ Required Sources (FAR Part 8)
                        ☐ 100% Small Bus.      ☐ 8a Set aside                 ☐ Disadvantaged (FAR Part 8)
                        ☐ Hubzone              ☐ Women-owned                  ☒ Other Federal Contracts
                        ☐ A-76

9. If Information Technology:   ☐ IRM Review        ☐ AIS Approval

10. Type of Procurement: ☒ Brand Name Only     ☐ Commercial Item            ☐ Functional Specifications
                         ☐ Brand Name or Equal ☐ Compatibility              ☐ Performance-Based Service Contract

11. Contract Type: ☐ BOA                    ☐ IDIQ Contract             ☐ Reimbursable Agreement
                   ☐ Cost-Reimbursement     ☐ (IFB)                     ☐ RFP
                   ☒ Firm-Fixed Price       ☐ Incentive                 ☐ RFQ
                   ☐ Firm-Fixed Price w/Economic Adj.  ☐ Letter Contract (DOJ Approval)  ☐ Time and Material

12. Lease vs Purchase (if lease, analysis attached): No   13. Environmentally Preferable Item: ☐ Yes ☐ No

14. Inherently Government Function (justified): ☐ Yes ☒ No

15. Lead Time Required: _____ To be filled in by Contracting Officer.

Approval: _____ 08/31/2007 _____          _____
          Technical Staff Member/(date)              Budget Staff Member/(date)

          _____                _____
          Legal Review (If applicable)/(date)        Contracting Officer or CCO/(date)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG J76J18T80

REQ. #

8/31/2007
DATE

ORDERING OFFICE/COST CODE      APPROVED BY

Page___1___         1

JULIAN DATE

Supply Technician:
Program Manger:
Funding Approved:
COTR:
Room# & Ext:

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order#

CELL/OTD 014054

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

b3
b4
b6
b7C
b7E

Recommend by: Unit Chief
Requested by/Deliver to: Federal Bureau of Investigation
ERF Building 27958A, Quantico, VA22135
Attn:

Total

SPECIAL INSTRUCTION:
Ship to Code:
Delivery Restrictions: M-F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEM:

See Attached EC

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(Rev. 01-31-2003)

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-08-2038

SECRET//20220831

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                     **Date:** 08/31/2007

**To:** Finance                    **Attn:**

   Criminal Investigative       **Attn:**

**From:** Operational Technology Division
         **Contact:**

**Approved By:**

**Drafted By:**

(U) **Case ID #:** (S)  268-HQ-1068430

   **Title:** (U)  WIRELESS INTERCEPT AND TRACKING TEAM

(U) **Synopsis:** (S)  The Finance Division (FD) is requested to
initiate critical procurement action for

   b3
   b6
   b7C
   b7E

   (U) (S)         Derived From : G-3
                   Declassify On: 08/31/2022

(U) **Enclosure(s):** (S)  FD-369,
Acquisition Planning Form, Security Addendum, and Justification
for Other Than Full and Open Competition.

(U) **Details:** (S)

(U)      (S)                                          Wireless
Intercept and Tracking Team (WITT) recently completed

SECRET//20220831

CELL/OTD 014056   CELLSITE-17369

~~SECRET//20220831~~

To: Finance   From: Operational Technology Division
(U) Re:  (S)  268-HQ-1068430, 08/31/2007


(U)  (S)  [           ] WITT requests [                                    ]


(U)  Contracting Officers are responsible for ensuring that [                                    ]


LEAD(s):

Set Lead 1:  (Action)

   FINANCE

      AT WASHINGTON, DC

      (U)  (S)   The Finance Division (FD) is requested to initiate critical procurement action for the [                                    ] Funding is available and may be processed via criminal investigative accounts for expedited delivery.

   b3
   b6
   b7C
   b7E

Set Lead 2:  (Action)

   CRIMINAL INVESTIGATIVE

      AT WASHINGTON, DC

      (U)  (S)   The Criminal Investigative Division is requested to approve [                                    ] Funding is available and may be processed via criminal investigative accounts for expedited delivery.


CC:  [                    ]

~~SECRET//20220831~~

CELL/OTD 014058

CELLSITE-17371

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG J76J18T80

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE                          **Date:**  4/04/2007

**To:**  Finance                      **Attn:**

**From:**  Operational Technology

        **Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:**  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**  To request that the Engineering Contracts Unit (ECU)
approve funding of

**Enclosure(s):**  FD-369

**Details:**

        Wireless Intercept
and Tracking Team (WITT) supports the Bureau's

b3
b6
b7C
b7E

CELL/OTD 014062

CELLSITE-17375

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG J76J18T80

REQ. #

4/4/2007
DATE

ERING OFFICE/COST CODE

APPROVE

Page___1___ OF___1_____

JULIAN DATE

Supply Technician:
Program Manger:
Funding Approved:
Requester:
Room# & Ext:

Fiscal Year 2007

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order#

CELL/OID 014065

| ITEM# | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|-------|----------------------|-------|------------------|---------------|------|-----------------|-----|-----------|-------|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | Total | |

b3
b4
b6
b7C
b7E

SPECIAL INSTRUCTION:
Ship to Code:
Delivery Restrictions:   M-F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEM:

See attached EC

CELLSITE-17378

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG J76J18T80

# ACQUISITION PLAN

## FEDERAL BUREAU OF INVESTIGATION

1. Unit/Section/Division: _____ /OTD

2. Description of Requirement: <u>Procurement of</u>

b3
b7E

3. Estimated Cost: ___ (      ) _____   4. Term of Contract:     1 Year

5. Distribution of Dollars: FY- 07 (70%)   6. Subobject Class/Budget Item: _____
   FY- 08 (30%)    FY- _____        Product or Service Code: n/a
   FY- _____    FY- _____

7. Market Research (state how performed & attach): _____

Commercial Item: ☒ Yes ☐ No     Competitive: ☒ Yes ☐ No
If no to one or more above, explain: _____

8. Sources Considered: ☒ FBI Personnel    ☐ Other Government Personnel    ☐ Required Sources (FAR Part 8)
   ☐ 100% Small Bus.    ☐ 8a Set aside    ☐ Disadvantaged (FAR Part 8)
   ☐ Hubzone    ☐ Women-owned    ☒ Other Federal Contracts
   ☐ A-76

9. If Information Technology:   ☐ IRM Review    ☐ AIS Approval

10. Type of Procurement: ☐ Brand Name Only    ☐ Commercial Item    ☐ Functional Specifications
         ☐ Brand Name or Equal    ☐ Compatibility    ☒ Performance-Based Service Contract

11. Contract Type: ☐ BOA    ☐ IDIQ Contract    ☐ Reimbursable Agreement
    ☐ Cost-Reimbursement    ☐ (IFB)    ☐ RFP
    ☒ Firm-Fixed Price    ☐ Incentive    ☐ RFQ
    ☐ Firm-Fixed Price w/Economic Adj.    ☐ Letter Contract (DOJ Approval)    ☐ Time and Material

12. Lease vs Purchase (if lease, analysis attached): No     13. Environmentally Preferable Item: ☐ Yes ☒ No

14. Inherently Government Function (justified): ☐ Yes ☒ No

15. Lead Time Required: _____ To be filled in by Contracting Officer.

Approval: _____

     Technical Staff Member/(date)            Budget Staff Member/(date)

     Legal Review (If applicable)/(date)          Contracting Officer or CCO/(date)

CELLSITE-17379

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG J76J18T80

REQ. #

10/18/2006
DATE

ORDERING OFFICE/COST CODE

APPROVED

Page___1___ OF____1_____

JULIAN DATE

Supply Technician:
Program Manger:
Funding Approved:
Requester:
Room# & Ext:

Fiscal Year 2007

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order#

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS | PI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | Total | |

b3
b4
b6
b7C
b7E

CELL/0

SPECIAL INSTRUCTION:
Ship to Code:
Delivery Restrictions:    M-F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEM:

See attached EC

CELLSITE-17384

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG J76J18T80

# ACQUISITION PLAN

## FEDERAL BUREAU OF INVESTIGATION

1. Unit/Section/Division: _____ /OTD

2. Description of Requirement: Procurement of _____

3. Estimated Cost: __( ____ )__ _____    4. Term of Contract: 1 Year

5. Distribution of Dollars: FY- 07 (70%)
   FY- 08 (30%)    FY- _____
   FY- _____   FY- _____

6. Subobject Class/Budget Item: _____
   Product or Service Code: n/a

b3
b7E

7. Market Research (state how performed & attach): _____

Commercial Item: ☒ Yes ☐ No    Competitive: ☒ Yes ☐ No
If no to one or more above, explain: _____

8. Sources Considered:
   - ☒ FBI Personnel
   - ☐ 100% Small Bus.
   - ☐ Hubzone
   - ☐ A-76.
   - ☐ Other Government Personnel
   - ☐ 8a Set aside
   - ☐ Women-owned
   - ☐ Required Sources (FAR Part 8)
   - ☐ Disadvantaged (FAR Part 8)
   - ☒ Other Federal Contracts

9. If Information Technology: ☐ IRM Review    ☐ AIS Approval

10. Type of Procurement:
    - ☐ Brand Name Only
    - ☐ Brand Name or Equal
    - ☐ Commercial Item
    - ☐ Compatibility
    - ☐ Functional Specifications
    - ☒ Performance-Based Service Contract

11. Contract Type:
    - ☐ BOA
    - ☐ Cost-Reimbursement
    - ☒ Firm-Fixed Price
    - ☐ Firm-Fixed Price w/Economic Adj.
    - ☐ IDIQ Contract
    - ☐ (IFB)
    - ☐ Incentive
    - ☐ Letter Contract (DOJ Approval)
    - ☐ Reimbursable Agreement
    - ☐ RFP
    - ☐ RFQ
    - ☐ Time and Material

12. Lease vs Purchase (if lease, analysis attached): No    13. Environmentally Preferable Item: ☐ Yes ☒ No

14. Inherently Government Function (justified): ☐ Yes ☒ No

15. Lead Time Required: _____ To be filled in by Contracting Officer.

Approval: _____
Technical Staff Member/(date)

_____
Budget Staff Member/(date)

_____
Legal Review (If applicable)/(date)

_____
Contracting Officer or CCO/(date)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG J76J18T80

CELL/OTD 014080

| REQ. # | | |
|---|---|---|

Page___1___ OF ___1___

4/25/2007
DATE

ERING OFFICE/COST CODE

APPROVE

JULIAN DATE

Supply Technician:
Program Manger:
Funding Approved:
Requester:
        Room# & Ext:

Fiscal Year 2007

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order#

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | Total |

b3
b4
b6
b7C
b7E

SPECIAL INSTRUCTION:
    Ship to Code:
    Delivery Restrictions:    M-F, 8am-4:30pm, except holidays
    Government's Estimate:
    Previous PO #
    Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEM:

See attached EC

CELLSITE-17397

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T80

# ACQUISITION PLAN

## FEDERAL BUREAU OF INVESTIGATION

1. Unit/Section/Division: _____ /OTD

2. Description of Requirement: Procurement _____ StingRay _____          b3
   _____                                                                     b7E
   _____ WITT
   _____

3. Estimated Cost: ___( _____ ) _____   4. Term of Contract: _____ 1 Year

5. Distribution of Dollars:  FY- 07 (100%)      6. Subobject Class/Budget Item: _____
   FY- _____    FY- _____                Product or Service Code: n/a
   FY- _____    FY- _____

7. Market Research (state how performed & attach): _____

   Commercial Item:  ☒ Yes  ☐ No      Competitive:  ☒ Yes  ☐ No
   If no to one or more above, explain: _____

8. Sources Considered:  ☒ FBI Personnel      ☐ Other Government Personnel   ☐ Required Sources (FAR Part 8)
                        ☐ 100% Small Bus.     ☐ 8a Set aside                ☐ Disadvantaged (FAR Part 8)
                        ☐ Hubzone             ☐ Women-owned                 ☒ Other Federal Contracts
                        ☐ A-76

9. If Information Technology:   ☐ IRM Review      ☐ AIS Approval

10. Type of Procurement:  ☒ Brand Name Only      ☐ Commercial Item     ☐ Functional Specifications
                          ☐ Brand Name or Equal  ☐ Compatibility       ☐ Performance-Based Service Contract

11. Contract Type:  ☐ BOA                          ☐ IDIQ Contract             ☐ Reimbursable Agreement
                    ☐ Cost-Reimbursement           ☐ (IFB)                     ☐ RFP
                    ☒ Firm-Fixed Price             ☐ Incentive                 ☐ RFQ
                    ☐ Firm-Fixed Price w/Economic Adj.  ☐ Letter Contract (DOJ Approval)  ☐ Time and Material

12. Lease vs Purchase (if lease, analysis attached): No      13. Environmentally Preferable Item: ☐ Yes  ☐ No

14. Inherently Government Function (justified): ☐ Yes  ☒ No

15. Lead Time Required: _____  To be filled in by Contracting Officer.

Approval: _____ 08/31/2007 _____              _____
          Technical Staff Member/(date)                  Budget Staff Member/(date)

          _____              _____
          Legal Review (If applicable)/(date)              Contracting Officer or CCO/(date)

CELLSITE-17407
CELL/OTD 014009

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T80

# IT Acquisition Form

## *Section 7 Attachment*

### Requirements Analysis

WITT initiative.

WITT

WITT

WITT has

as specified

on requisition

### Analysis of Alternatives

WITT continuously searches

WITT

### Section 508 Statement

Wireless Intercept and Tracking Team conducted an evaluation of the systems and have submitted the following comments regarding compliance of Section 508 requirements.

1194.3  General Exceptions

Systems are critical to the direct fulfillment of missions and are not used for routine administrative and business applications.

Subpart B -- Technical Standards

b3
b7E

b3
b7E

Subpart C – Functional Performance Criteria

CELL/OTD 014017

b3
b7E

Subpart D – Information, Documentation, and Support

      (a) Documentation is offered in hardcopy (paper) as well as softcopy
          (CD) at no additional charge.
      (b) End users are instructed in the product features, visually or through
          instruction verbally at request, at no additional charge.
      (c) Support services accommodate the communication needs of end-users
          with disabilities.

**System Security Plan**

A System Security Plan has been completed and in place for use of the [                    ]
[                                        ] EC dated 06/30/2004 from Security Division has been
attached to requisition package [            ]

## Sole Source Justification

## Independent Government Cost Estimate

WITT has submitted a quotation from the vendor,⬚⬚⬚⬚⬚⬚⬚⬚which details the cost of this procurement.  Pricing is according to GSA price listings.

## Life Cycle Cost Estimate

⬚⬚⬚WITT estimates⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

⬚⬚⬚⬚⬚WITT⬚⬚⬚⬚⬚⬚⬚⬚

⬚⬚⬚⬚⬚⬚WITT⬚⬚⬚⬚⬚⬚

⬚⬚⬚⬚⬚⬚⬚⬚⬚

## Earned Value Management Plan

⬚⬚⬚WITT continuously ensures planning, scheduling, and budget monitoring through its program management efforts.⬚⬚⬚WITT has an extensive inventory monitoring systems which is capable of identifying⬚⬚⬚⬚⬚⬚⬚⬚which is updated daily for planning purposes.  Detailed reports can be generated providing management the proper information to plan⬚⬚⬚⬚⬚⬚⬚⬚⬚
⬚⬚⬚⬚

## Privacy Impact Assessment

The Office of General Council has been contacted and has reviewed the request for a Privacy Impact Assessment (PIA).⬚⬚⬚⬚⬚⬚⬚⬚⬚WITT has⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

## Risk Assessment

⬚⬚⬚WITT has identified through research and development efforts that the risk⬚⬚⬚⬚⬚⬚⬚⬚⬚WITT has a proven and successful history with the vendor of these systems.  The vendor has the technical knowledge and maturity in their products, and the ability to deliver on time.  Sufficient funding is also in place for this procurement, and as well as plans for the maintenance over the full lifecycle of these products.  Refer to acquisition planning form⬚⬚⬚⬚for specific estimates and distribution of costs.

b3
b7E

# IT ACQUISITION FORM

| See next page for instructions, or http://ocio.fbinet.fbi/resources/acquisition.htm | Please attach to front of FD-369. Mail to IMU Acquisition Staff, Room 9991, JEH |
|---|---|

**1.** Date:  Requestor: Phone:
Office ID: Cost Code:  SP#: FD-369#:

**2.** IT Product Type(s) Requested and Associated:
Total Costs: (as funded on the FD-369)

b3
b7E

**3.** Proposed Acquisition Characteristics: ☐ COTS (CR#: )  ☐ Existing (Contract #: )  ☑ New

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T80

**4.** CIO Category Supported (Select ONE):

**5.** Director Priorities Supported (Select ONE):

**6.** Estimated life cycle:   years

a. Will this be attached to a network? [No ▼]  If Yes, which network? [Select... ▼]

b. If a request for contractor services, will the contractor also provide h/w or s/w products? [Select... ▼]
If Yes, have you notified your ITS? [Select... ▼] (Ticket #: )

c. Have you included this system or project as part of your base funding for the next 2 fiscal years? [Yes ▼]

d. What IT **system** or **project** does this acquisition support? (Click on **system** or **project** to view master lists)

**\*\*\*\*\*Please confirm that the following documents are part of your acquisition package, where applicable.**

| **7.** | | | |
|---|---|---|---|
| a. Requirements Analysis? [Yes ▼] | | e. Independent Gov't Cost Estimate? [Yes ▼] | |
| b. Analysis of Alternative(s)? [Yes ▼] | | f. Life Cycle Cost Estimate? [Yes ▼] | |
| c. Section 508 statement? [Yes ▼] | | g. Earned Value Management Plan? [Yes ▼] | |
| d. System Security Plan? [Yes ▼] | | h. Privacy Impact Assessment? [Yes ▼] | |
| | Justification for Limited Competition? [Yes ▼] | | i. Risk Assessment? [Yes ▼] |

**8.** If your total acquisition request **exceeds $1million, or is for services only**, please include a one page synopsis of your requirement.

**9.**

| Customer Signature (Mandatory) | Date | Division Signature (Mandatory) | Date |
|---|---|---|---|
| CIO OPP Signature | Date | CTO Signature | Date |
| CIO Signature | Date | CFO Signature | Date |

CELLSITE-17420

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T80

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 05/10/2007

**To:** Finance                    **Attn:**

**From:** Operational Technology

       **Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:** To request the procurement of

**Enclosure(s):** FD-369 [          ] in the amount of [          ]     b3
[     ] COTS/ITATS approval, IT Acquisition Form and Addenda.        b6
                                                                     b7C
**Details:**                                                         b7E

WITT has determined

CELL/OTD 014024          CELLSITE-17421

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T80

REQ. #

8/31/2007
DATE

ORDERING OFFICE/COST CODE        APPROVED BY

Page___1___          1

JULIAN DATE

Supply Technician:
Program Manger:
Funding Approved:
COTR:
Room# & Ext:

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order#

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|--------|----------------------|-------|------------------|---------------|------|-----------------|-----|------------|-------|
|        |                      |       |                  |               |      |                 |     |            |       |
|        |                      |       | Recommend by: Unit Chief |       |      |                 |     |            |       |
|        |                      |       | Requested by/Deliver to: Federal Bureau of Investigation |  |  |  |  |  |  |
|        |                      |       | ERF Building 27958A, Quantico, VA22135 |  |  |  |  | Total |  |
|        |                      |       | Attn: |  |  |  |  |  |  |

b3
b4
b6
b7C
b7E

SPECIAL INSTRUCTION:
Ship to Code:
Delivery Restrictions:  M-F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEM:

See Attached EC

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T80

# ACQUISITION PLAN

## FEDERAL BUREAU OF INVESTIGATION

1. Unit/Section/Division: _____ /OTD                                    b3
                                                                             b7E

2. Description of Requirement: Procurement of _____
   _____ WITT _____

3. Estimated Cost: ___( _____ ) _____   4. Term of Contract: _____ 1 Year

5. Distribution of Dollars: FY- 07 (100%)        6. Subobject Class/Budget Item: _____
   FY- _____   FY- _____                  Product or Service Code: n/a _____
   FY- _____   FY- _____

7. Market Research (state how performed & attach): _____

   Sole Source Justification _____

   Commercial Item: ☒ Yes ☐ No       Competitive: ☒ Yes ☐ No
   If no to one or more above, explain: Sole Source Justification (See attached Justification
   for other then open competition)

8. Sources Considered:   ☐ FBI Personnel        ☐ Other Government Personnel   ☐ Required Sources (FAR Part 8)
                         ☐ 100% Small Bus.      ☐ 8a Set aside                ☐ Disadvantaged (FAR Part 8)
                         ☐ Hubzone              ☐ Women-owned                 ☒ Other Federal Contracts
                         ☐ A-76

9. If Information Technology:   ☐ IRM Review       ☐ AIS Approval

10. Type of Procurement: ☒ Brand Name Only     ☐ Commercial Item      ☐ Functional Specifications
                         ☐ Brand Name or Equal ☐ Compatibility        ☐ Performance-Based Service Contract

11. Contract Type:  ☐ BOA                        ☐ IDIQ Contract        ☐ Reimbursable Agreement
                    ☐ Cost-Reimbursement         ☐ (IFB)                ☐ RFP
                    ☒ Firm-Fixed Price           ☐ Incentive            ☐ RFQ
                    ☐ Firm-Fixed Price w/Economic Adj.  ☐ Letter Contract (DOJ Approval)  ☐ Time and Material

12. Lease vs Purchase (if lease, analysis attached): No    13. Environmentally Preferable Item: ☐ Yes ☐ No

14. Inherently Government Function (justified): ☐ Yes ☒ No

15. Lead Time Required: _____ To be filled in by Contracting Officer.

Approval: _____ 08/31/2007 _____
          Technical Staff Member/(date)                        Budget Staff Member/(date)

          _____                          _____
          Legal Review (If applicable)/(date)                 Contracting Officer or CCO/(date)

CELL/OTD 014036  CELLSITE-17426

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-09-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-09-2038

~~SECRET~~

## Justification for Other Than Full and Open Competition
## In Accordance With 41 U.S.C. 253 (c)(6)

**1. IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI), [          ] Operational Technology Division (OTD). The contracting activity is the Engineering Contracts Unit (ECU).

**2. NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

(U) The proposed acquisition strategy is to award a non-competitive contract effort for [          ]

**3. DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

(U) [     ] is responsible for providing the FBI with [          ]

[          ] The FBI's Wireless Intercept and Tracking Team (WITT)

(S) [                                                                                                          ]

b1
b3
b7E

(U) [     ] is requesting this sole source procurement with [     ] The proposed procurement is [                              ] in the amount of [          ] has been submitted to fund the requirement.

**4. IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6). The regulatory authority is FAR 6.302-6(a)(2). Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

~~SECRET~~

SECRET

5.   **DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

(S)

6.   **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.  Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information).  This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

b1
b3
b7E

7.   **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U)  The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable.  Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8.   **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

(U)

9.   **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

SECRET

CELL/OTD 015207

CELLSITE-17440

~~SECRET~~

(U| _____ | See paragraph (5) above for facts supporting the use of other then full and open competition.

**10.   A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

**11.   A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

b3
b7E

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

**12.   TECHNICAL REPRESENTATIVE CERTIFICATION**

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

~~SECRET~~

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T80

REQ. #

5/14/2007
DATE

ORDERING OFFICE/COST CODE     APPROVED BY

Page___1___ OF___1____

JULIAN DATE

Supply Technician:
Program Manger:
Funding Approved:
Requester:
Room# & Ext:

Fiscal Year 2007

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order#

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | Recommend by: Unit Chief | | | | | | |
| | | | Requested by/Deliver to: Federal Bureau of Investigation | | | | | | |
| | | | ERF Building 27958A, Quantico, VA22135 | | | | | Total | |
| | | | Attn: | | | | | | |

b3
b4
b6
b7C
b7E

SPECIAL INSTRUCTION:
Ship to Code:
Delivery Restrictions: M-F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEM:

See attached Statement of Need

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T80

REQ. #

4/6/2007
DATE

ORDERING OFFICE/COST CODE    APPROVED BY

Page___1___    1

JULIAN DATE

Supply Technician:
Program Manger:
Funding Approved:
COTR:
Room# & Ext:

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order#

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

b3
b4
b6
b7C
b7E

Recommend by: Unit Chief
Requested by/Deliver to: Federal Bureau of Investigation
ERF Building 27958A, Quantico, VA 22135
Attn:

| | | | | | | | | Total | |

SPECIAL INSTRUCTION:
Ship to Code:
Delivery Restrictions:  M-F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEM:

See Attached EC

CELL/OTD 015202

CELLSITE-17446

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T80

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                          **Date:** 01/08/2007

**To:** Finance                    **Attn:**

      Criminal Investigative          **Attn:**

      [                    ]            **Attn:**

**From:** Operational Technology

      **Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:** To request the procurement of [          ] Wireless
Intercept and Tracking Team (WITT).

b3
b6
b7C
b7E

**Enclosure(s):** [          ] FD-369 [          ] in the amount of
[          ] COTS/ITATS approval, Sole Source Justification,
Vendor price quote.

**Details:**

CELL/OTD 015190
CELLSITE-17451

To:  Finance   From:  Operational Technology
Re:  268-HQ-1068430, 01/08/2007


**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>FINANCE</u>

      <u>AT WASHINGTON, DC</u>

        The Engineering Contracts Unit is requested to initiate the procurement of ☐ ☐ WITT mission.  Funding for amount of ☐ is available using Budget Items ☐ and ☐ and Subobject Classes ☐

**Set Lead 2:   (Action)**

    <u>CRIMINAL INVESTIGATIVE</u>

      <u>AT WASHINGTON, DC</u>

        The Criminal Investigative Division is requested to approve the procurement of ☐ ☐ WITT mission. Funding for amount of ☐ is available using Budget Items ☐ and ☐ and Subobject Classes ☐

**Set Lead 3:   (Action)**

    ☐

      <u>AT WASHINGTON, DC</u>

        ☐ is requested to approve the procurement of ☐ ☐ WITT mission. Funding for amount of ☐ is available using Budget Items ☐ and ☐ and Subobject Classes ☐

CC:  ☐

b3
b6
b7C
b7E

◆◆                                                    ☐

4

CELLSITE-17454

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T80

REQ. #

10/20/2006
DATE

ORDERING OFFICE/COST CODE     APPROVED BY

Page___1___ OF___2____

JULIAN DATE

Supply Technician:
Program Manger:
Funding Approved:
COTR:
Room# & Ext:

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order#

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|--------|------------------------|-------|------------------|---------------|------|------------------|-----|------------|-------|
|        |                        |       |                  |               |      |                  |     |            |       |

b3
b4
b6
b7C
b7E

|  |  |  | Recommend by: Unit Chief |  |  |  |  |  |  |
|  |  |  | Requested by/Deliver to: Federal Bureau of Investigation |  |  |  |  |  |  |
|  |  |  | ERF Building 27958A, Quantico, VA22135 |  |  |  |  | Total |  |
|  |  |  | Attn: |  |  |  |  |  |  |

SPECIAL INSTRUCTION:
  Ship to Code:
  Delivery Restrictions:  M-F, 8am-4:30pm, except holidays
  Government's Estimate:
  Previous PO #
  Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEM:

See Attached EC

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T80

REQ. #

4/6/2007
DATE

ORDERING OFFICE/COST CODE     APPROVED BY

Page___1___     1

JULIAN DATE

Supply Technician:
Program Manger:
Funding Approved:
COTR:
Room# & Ext:

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order#

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | Recommend by: Unit Chief | | | | | | |
| | | | Requested by/Deliver to: Federal Bureau of Investigation | | | | | | |
| | | | ERF Building 27958A, Quantico, VA22135 | | | | | Total | |
| | | | Attn: | | | | | | |

b3
b4
b6
b7C
b7E

SPECIAL INSTRUCTION:
Ship to Code:
Delivery Restrictions:     M-F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEM:

See Attached EC

CELL/OTD 015197

CELLSITE-17458

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-09-2038

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

SECRET//20220108

Derived From:  FBI SCG #3 January 1997
Declassify on:  January 08, 2022

## JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION IN ACCORDANCE WITH TITLE 41, UNITED STATES CODE 253(c)(6)

1.  <u>IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY</u>

    (U) The agency is the U. S. Department of Justice, Federal Bureau of Investigation (FBI), [ ], Operational Technology Division (OTD).   The contracting activity is the Property Procurement and Management Section (PPMS), Telecommunications Contracts and Audit Unit (TCAU).

2.  <u>NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED</u>

    (U)  The proposed acquisition strategy is to award a non-competitive contract effort for

3.  <u>DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS</u>

    (U[ ] is responsible for providing the FBI with [ ] The FBI's Wireless Intercept and Tracking Team (WITT)

    b1
    b3
    b7E

    (S)

SECRET//20220108

*Page 1*

CELL/OTD 015177

CELLSITE-17464

SECRET//20220108

(U)____WITT is requesting this procurement with_____ The proposed
FY07 procurement is_____Requisition_____in the amount of
_____ has been submitted to fund this requirement.

4.   IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER
     THAN FULL AND OPEN COMPETITION

     (U) The Statutory Authority is 41 U.S.C. 253 (c) (6).  The Regulatory Authority is FAR
     6.302-6 (a) (2), Full and Open competition need not be provided for when the disclosure
     of the agency's needs would compromise the national security unless the agency is
     permitted to limit the number of sources from which it solicits bids or proposals.

5.   DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR
     THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY
     CITED

b1
b3
b7E

(S)

SECRET//20220108

*Page 2*

CELL/OTD 015178

CELLSITE-17465

SECRET//20220108

(S)

6.   <u>DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE
SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICAL</u>

(U) Since this procurement was not advertised pursuant to FAR 5.202(a)(1), no other
sources were given the opportunity to express written or oral interest in this procurement.
Further, FAR 5.202 (a) (1), provides Contracting Officer authority to not publish a
procurement action when "the synopsis cannot be worded to preclude disclosure of an
agency's needs and such disclosure  would compromise the national security", (e.g.,
would result in disclosure of classified information).  This procurement is not being
publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals
because to do so would

b1
b3
b7E

7.   <u>DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED
COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE</u>

(U)  The contracting officer has adequate information to ensure that the cost to the
government for this acquisition will be fair and reasonable.  Techniques may include a
technical analysis of proposed direct costs, audit, or comparison of proposed indirect
factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8.   <u>A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS
OR A STATEMENT OF REASONS A MARKET SURVEY WAS NOT CONDUCTED</u>

(U          WITT continuously

WITT

WITT

SECRET//20220108

*Page 3*

CELL/OTD 015179

CELLSITE-17466

SECRET//20220108

provide.

9. <u>ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION</u>

(U) [ ] See paragraph (5) above for facts supporting the use of other than full and open competition.

10. <u>A LISTING OF SOURCES, IF ANY, THAT EXPRESSED, IN WRITING, AN INTEREST IN THE ACQUISITION</u>

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

11. <u>A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED</u>

(U) The FBI will evaluate future procurements to determine whether full and open competition is appropriate and in the best interests of the government.

b3
b6
b7C
b7E

12. <u>CERTIFICATIONS</u>

(U) Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

(U) As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

[ ], Contracting Officer's Technical Representative   (Date)

(U) As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

SECRET//20220108

CELL/OTD 015180

CELLSITE-17467

SECRET//20220108

TBD, Contracting Officer                           (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

Supervisory Contracting Officer        (Date)

FBI Chief Contracting Officer          (Date)

Office of General Counsel              (Date)

b6
b7C

Approved By:

Competition Advocate        (Date)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T80

# ACQUISITION PLANNING FORM

## FEDERAL BUREAU OF INVESTIGATION

1. Unit/Section/Division: [        ]/OTD

2. Description of Requirement [        ] WITT-held StingRays; Harris training for WITT Personnel.

b3
b7E

3. Estimated Cost: [        ]

4. Term of Contract: One year

5. Distribution of Dollars:  FY- 07 (100%)
   FY-_____   FY-_____
   FY-_____   FY-_____

6. Subobject Class/Budget Item: [        ]
   Product or Service Code: _____

7. Market Research (state how performed & attach): See EC

Commercial Item: ☑ Yes ☐ No          Competitive: ☑ Yes ☐ No
If no to one or more above, explain: _____

8. Sources Considered: ☐ FBI Personnel          ☐ Other Government Personnel          ☐ Required Sources
   ☐ 100% Small Bus.          ☐ 8a Setaside          ☐ Disadvantaged (FAR Part 8)
   ☐ Hubzone          ☐ Women-owned          ☐ Other Federal Contracts
   ☐ A-76

9. If Information Technology:          ☐ IRM Review          ☐ AIS Approval

10. Type of Procurement:          ☐ Brand Name or Equal          ☐ Performance-Based Service Contract
    ☑ Brand Name Only          ☐ Functional Specifications          ☐ Commercial Item          ☐ Compatibility

11. Contract Type: ☑ Firm-Fixed Price          ☐ (IFB)          ☐ RFP          ☐ RFQ          ☐ IDIQ Contract
    ☐ Firm-Fixed Price w/Economic Adj.          ☐ Reimbursable Agreement          ☐ Time & Material
    ☐ Cost-Reimbursement          ☐ Incentive          ☐ BOA          ☐ Letter Contract (DOJ Approval)

12. Lease vs Purchase (if lease, analysis attached):          13. Environmentally Preferable Item: ☐ Yes ☐ No

14. Inherently Government Function (justified): ☐ Yes ☑ No

15. Lead Time Required: _____ To be filled in by Contracting Officer

Approval: _____          _____
             Technical Staff Member/(date)                                    Budget Staff Member/(date)

_____          _____
      Legal Review (If applicable)/(date)                            Contracting Officer or CCO/(date)

CELL/OTD 015183

FBI/DOJ

CELLSITE-17470

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T80

## ADDENDUM TO FBI REQUISITION

Requisition [____] originated by the [_____] Operational Technology Division, was initially conceived as a "single purchase" contracting action. After additional consideration, it has been deemed to be far more cost effective (In dollars, and man hours) to compete this as an [_____] [____] contract action.

b3
b7E

Competing [____] as an [____] action will allow for faster delivery of [_____] [____] Additionally, it will reduce the burden that placed on the finance division from processing [_____] contracting actions.

The POC for this addendum is ET [_____] WITT.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG J76J18T80

### Statement of Work
Technical Equipment Procurement, and Engineering Services, and
Training Support for the [               ] Wireless
Intercept and Tracking Team Program

## 1.0   Introduction

## 1.1   Organization

This Statement of Work is for the provision of services to the U.S. Department of Justice, Federal Bureau of Investigation (FBI), Operational Technology Division (OTD)

### 1.1.1   Identification and Address

United State Department of Justice
Federal Bureau of Investigation
Engineering Research Facility, Building 27958A
Quantico, VA 22135

## 1.2   Scope

The scope of this requirement includes support for the [      ] WITT Program.  Functional support areas will include [                    ] This support will enable

b3
b7E

## 1.3   Background

## 2.0   Task

**2.1**      This is a Firm Fixed Price (FFP) contract anticipated to be awarded under a GSA [        ] contract.

## 2.2   System Software Support

Contractor will provide engineering and technical support, as required, to the various [                                    ] Contractor will provide technical expertise to support system architecture and design studies and analyses, including engineering tradeoffs across Unit Programs, and related projects.  Contractor will undertake special studies and other inquiries as may be assigned and deliver special reports.

## 2.3   Program Management

Contractor will provide management of FFP efforts to include assignment and management of required staff, timekeeping and invoicing for labor hours, travel costs,

and their direct costs and progress reports.  Required documentation will include oral weekly and written monthly progress reports.

**3.0      Labor Mix**

The FFP effort for this task is one (1) Senior System Engineer/Managing Associate full time equivalent (FTE), one (1) part time Program Manger, and up to 8 staff weeks of similar labor for surge capacity, as required. This effort includes authorized subcontract labor, if any.

**4.0      Deliverables**

**4.1**      Contractor will deliver oral weekly and written monthly status reports to the client. The monthly status reports will be delivered no later than the fifteenth (15th) calendar day of the month and will include the status of the work accomplished to date, future plans, financial status to date, and issues/ concerns affecting this Task.

**4.2**      Contractor will deliver reports and analyses as directed by the COTR in the format specified by the COTR. These will include software code, diagrams, and other documents as required.

**5.0      Qualifications**

**5.2      Senior Systems Engineer**

The Senior Systems Engineer will have five (5) or more years of technical experience performing requirements analysis for, and software system design of enterprise-wide or large scale computer systems.  The Senior Systems Engineer will have in-depth understanding of structured software analysis and complex architecture design concepts/methods.  The Senior Systems Engineer will possess knowledge of commercial operating system software, database management software, diverse application software, and software engineering best practices.

**5.3      Program Manager**

The Program Manager will have 12 or more years of experience in relevant fields and three years of experience managing technical projects and programs as the single authorized interface with Government management personnel.  Requires competence in complete program development from inception to deployment and has a demonstrated ability to provide guidance and direction at the program level.  Possess knowledge of best practices in the management and control of personnel, funds, and resources for directing information system programs.

**6.0      Administrative Considerations**

**6.1      Contact Persons**

The FBI's Contracting Officer (CO), Contract Specialist (CS), and the Contracting Officer's Technical Representative (COTR) will perform the administration and monitoring of this Work. The COTR will provide all the technical assistance and clarification required, through completion of this Work. FBI contact persons for this Work are as follows:

### 6.1.1   FBI Contracting Officer (CO)

To be determined

### 6.1.2   FBI Contract Specialist (CS)

To be determined

### 6.1.3   Contracting Officer's Technical Representative (COTR)

(*To be determined*)
Contracting Officer's Technical Representative
Federal Bureau of Investigation (FBI)
Engineering Research Facility
Building # 27958A
Quantico, VA 22135

## 6.2   Place of Performance

Contractor will perform work at FBI-provided facilities. The work identified as Time and Materials will be performed in FBI space. Contractor will attend meetings and make routine visits to the FBI Headquarters and ⬚ at the Engineering Research Facility, Quantico, Virginia, at metro Washington, D.C. locations, as designated by the COTR. The core working hours for FBI provided facilities are 7:30 a.m. to 6:00 p.m., Monday through Friday.

b3
b7E

## 6.3   Period of Performance

The period of performance will commence from the date of task award to 12 months with one (1) 12-month option.

## 6.4   Security

**6.4.1**   Contractor will be required to handle classified and unclassified information during the work. Additional details will be covered in the contract's DD-254.

**6.4.2**   Contractor personnel involved in this Work may be required to possess security clearances up to the Top Secret level. Contractor personnel involved in this work are required to possess U.S. citizenship.

## 7.0   Government-Furnished Resources

## 7.1   Information Sources

The FBI will supply all required information resources needed to undertake and complete this Work. Such resources include agency information resources and documentation. The COTR will provide information relating to the performance of the Work. The COTR will coordinate preparations with Contractor in arranging interface meetings with functional and technical personnel as needed.

## 7.2   Documentation

The COTR will provide access to available documentation that will be required by Contractor in the performance of this Task Order.

**8.0     Contractor-Furnished Resources**

Contractor will provide all general and administrative supplies when performing tasks outside Government-provided facilities.

**9.0     Other Direct Costs**

The only Other Direct Costs (ODC) anticipated are minor costs, such as reproduction costs, local travel, and office automation and data processing equipment for Contractor personnel.

**10.0    Evaluation Factors for Award**

Award will be made to the offeror whose proposal, conforming to this solicitation, is determined to be the best overall value to the Government. Technical factors are more important than price.   Past performance shall be used as a major part of evaluating an offeror's past performance.

**10.1    Technical Factors**

**10.2    Approach**

**10.1.1 Overall Understanding/Approach**

The Offeror shall provide a concise summary of its understanding of the requirement, and describe its general approach to complete tasks specified in paragraphs 3.1 through 3.4 of Section C.   This summary shall be evaluated to determine the offeror's grasp of requirements and the comprehensiveness and viability of its approach.

**10.2.1 Key Personnel**

The Government shall evaluate the quality of the offeror's Key Personnel in terms of their qualifications, experience, and training, especially with regard to the nature of work described in this solicitation.

**10.3.1 Past Performance**

The Offeror shall describe its past performance on no more than three (3) similar contracts and subcontracts (no more than 2 pages each) held within the last three (3) years.  Past performance evaluation questionnaires will be submitted to previous/current clients (Contracting Officer Technical Representative and/or Contracting Officer) and forwarded the Government Contracting Officer for this solicitation.

The Government shall evaluate the quality of the offeror's past performance.    Examples of technically relevant performance in support of Law Enforcement activities will receive relatively more credit than non-Law Enforcement performance.  The assessment of past performance will be used in two ways.

First, the assessment of the offeror's past performance will be used as one means of evaluating the credibility of the offeror's technical and management proposal volumes. A record of marginal or unacceptable past performance may be considered an indication that the promises made by the offeror are less than reliable.  Such an indication may be reflected in the Government's overall assessment of the offeror's proposal.  However, a

record of acceptable--or even excellent--past performance will not result in a favorable assessment of an otherwise unacceptable technical or management proposal.

Second, the assessment of the offeror's past performance will be used as one means of evaluating the relative capability of the offeror and the other competitors. Thus, an offeror with an exceptional record of past performance may receive a more favorable evaluation than another whose record is acceptable, even though both may have acceptable technical and business proposals.

In investigating an offeror's past performance, the Government will consider information in the offeror's proposal and information obtained from other sources, including past and present customers and their employees; other Government agencies, including state and local agencies; consumer protection organizations and better business bureaus; former subcontractors; and others.

Evaluation of past performance will be a subjective assessment based on a consideration of all relevant facts and circumstances. It will not be based on absolute standards of acceptable performance. The Government is seeking to determine whether the offeror has consistently demonstrated a commitment to customer satisfaction and timely delivery of quality goods and services at fair and reasonable prices. This is a matter of judgment. Offerors in the competitive range will be given an opportunity to address especially unfavorable reports of past performance, and the offeror's response--or lack thereof-will be taken into consideration.

The Government's conclusions about the overall quality of the offeror's past performance will be highly influential in determining the relative merits of the offeror's proposal and in selecting the offeror whose proposal is considered most advantageous to the Government.

By past performance, the Government means the offeror's adherence to contract schedules, including the administrative aspects of performance; the offeror's control of costs, including costs incurred for changed work, the offeror's reputation for reasonable and cooperative behavior and commitment to customer satisfaction; and, generally, the offeror's business- like concern for the interests of the customer.

**10.4.1 Management Approach**

The Government shall evaluate the quality of the offeror's Management Approach. The Management Approach will be evaluated in terms of the offeror's ability to direct and control all aspects of performance described in the Statement of Work.

**10.5.1 Price**

The evaluation of price will be based on fair and adequate price competition. The Government reserves the right to award to other than the lowest proposed price after consideration of all evaluation factors.

The Government will not include proposed prompt payment discounts in its consideration.

**11.0   Evaluation of Options**

Except when it is determined in accordance with FAR 17.206(b) not to be in the Government's best interests, the Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirements. Evaluation of options will not obligate the Government to exercise the options(s).

## 12.0   Evaluation Criteria

Proposals will be evaluated to determine the offer(s) most advantageous to the Government.   The responses from project/contract references, as well as any other information contained in their proposal and/or available from outside sources, will be utilized in the source selection decision to determine the most advantageous offer (best value) to the Government.

## 13. 0   Evaluation Factors For Award

Selection of an offeror for award will be based on an evaluation of proposals in the following areas: Technical Factors and Price.  The Technical Factors, taken together, are more important than Price.

Among the Technical Factors, Key Personnel and Past Performance are the most important factors and have equal weight.

The remaining Technical Factors, Technical Approach and Management Approach are of equal importance.

For each Technical Factor, except Past Performance, the evaluation will consist of an assessment of the degree to which the services offered in the proposal provide added value, added capability, and/or reduced risk.  In addition, the evaluation will identify the strengths, weaknesses, and risks in each offeror's proposal based on the evaluation factors identified herein.

Offerors that, because of a lack of relevant past performance, are unable to provide the project/contract references requested will receive a Neutral rating for that item.

Although price is considered secondary to technical capabilities, it will be a significant criterion for award as part of an integrated assessment with the Technical Factors, which are intended to identify those Offerors with the knowledge, expertise, experience, and the resources to fulfill the requirements of the contract.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T80

# ACQUISITION PLANNING FORM

## FEDERAL BUREAU OF INVESTIGATION

1. Unit/Section/Division: [   ] OTD

2. Description of Requirement:  Procurement of

b3
b7E

3. Estimated Cost: [   ]                    4. Term of Contract:  One year

5. Distribution of Dollars: FY- 07 [   ]      6. Subobject Class/Budget Item: [   ]
   FY-_____   FY-_____         Product or Service Code: _____
   FY-_____   FY-_____

7. Market Research (state how performed & attach):  WITT [   ]

Commercial Item: ☑ Yes ☐ No          Competitive: ☐ Yes ☑ No
If no to one or more above, explain: [   ]

8. Sources Considered: ☑ FBI Personnel        ☐ Other Government Personnel   ☐ Required Sources
                       ☐ 100% Small Bus.      ☐ 8a Setaside                  ☐ Disadvantaged (FAR Part 8)
                       ☐ Hubzone              ☐ Women-owned                  ☑ Other Federal Contracts
                       ☐ A-76

9. If Information Technology:   ☐ IRM Review              ☐ AIS Approval

10. Type of Procurement:   ☐ Brand Name or Equal      ☐ Performance-Based Service Contract
    ☑ Brand Name Only      ☐ Functional Specifications ☐ Commercial Item   ☐ Compatibility

11. Contract Type: ☑ Firm-Fixed Price   ☐ (IFB)   ☐ RFP   ☐ RFQ   ☐ IDIQ Contract
    ☐ Firm-Fixed Price w/Economic Adj.   ☐ Reimbursable Agreement   ☐ Time & Material
    ☐ Cost-Reimbursement   ☐ Incentive   ☐ BOA   ☐ Letter Contract (DOJ Approval)

12. Lease vs Purchase (if lease, analysis attached):     13. Environmentally Preferable Item: ☐ Yes ☑ No

14. Inherently Government Function (justified): ☐ Yes ☑ No

15. Lead Time Required: _____ To be filled in by Contracting Officer

Approval: _____        _____
           Technical Staff Member/(date)              Budget Staff Member/(date)

          _____        _____
           Legal Review (If applicable)/(date)        Contracting Officer or CCO/(date)

FBI/DOJ

CELL/OTD 015169   CELLSITE-17481

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T80

# IT Acquisition Form

## *Section 7 Attachment*

### Requirements Analysis

The Wireless Intercept and Tracking Team (WITT)

WITT have determined

WITT has identified

as specified on requisition

### Analysis of Alternatives

WITT continuously

### Section 508 Statement

Wireless Intercept and Tracking Team conducted an evaluation of the systems and have submitted the following comments regarding compliance of Section 508 requirements.

1194.3  General Exceptions

Systems are critical to the direct fulfillment of missions and are not used for routine administrative and business applications.

Subpart B -- Technical Standards

b3
b7E



b3
b7E

Subpart C – Functional Performance Criteria

CELL/OTD 015164
CELLSITE-17483

b3
b7E

Subpart D – Information, Documentation, and Support

(a) Documentation is offered in hardcopy (paper) as well as softcopy (CD) at no additional charge.
(b) End users are instructed in the product features, visually or through instruction verbally at request, at no additional charge.
(c) Support services accommodate the communication needs of end-users with disabilities.

**System Security Plan**

A System Security Plan has been completed and in place for use of the laptop controllers used to control the systems. EC dated 06/30/2004 from Security Division has been attached to requisition package

## Sole Source Justification

## Independent Government Cost Estimate

WITT has submitted a quotation from the vendor, which details the cost of this procurement.  Pricing is according to GSA price listings.

## Life Cycle Cost Estimate

WITT

WITT currently

## Earned Value Management Plan

WITT continuously ensures planning, scheduling, and budget monitoring through its program management efforts.  WITT has an extensive inventory monitoring systems which is capable of identifying regions that require more/less equipment, which is updated daily for planning purposes.  Detailed reports can be generated providing management the proper information to plan future procurements and deployments as the need arises.

b3
b7E

## Privacy Impact Assessment

The Office of General Council has been contacted and has reviewed the request for a Privacy Impact Assessment (PIA).                                                                    WITT has

## Risk Assessment

WITT has identified through research and development efforts that the risk of these systems not satisfying missions undertaken to be low.  WITT has a proven and successful history with the vendor of these systems.  The vendor has the technical knowledge and maturity in their products, and the ability to deliver on time.  Sufficient funding is also in place for this procurement, and as well as plans for the maintenance over the full lifecycle of these products.  Refer to acquisition planning form        for specific estimates and distribution of costs.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T80

## IT ACQUISITION FORM

See next page for instructions, or
http://ocio.fbinet.fbi/resources/acquisition.htm

Please attach to front of FD-369.
Mail to IMU Acquisition Staff, Room 9991, JEH

| | |
|---|---|
| 1. | Date: 02/22/2007   Requestor:          Phone:          Office ID:          Cost Code:          SP#:          FD-369#: |
| 2. | IT Product Type(s) Requested and Associated:<br>Total Costs: (as funded on the FD-369) |
| 3. | Proposed Acquisition Characteristics:   ☐ COTS (CR#:          )   ☐ Existing (Contract #:          )   ☐ New |
| 4. | CIO Category Supported (Select ONE): |
| 5. | Director Priorities Supported (Select ONE): |
| 6. | Estimated life cycle:   5   years |
| a. | Will this be attached to a network? No          If Yes, which network? Select... |
| b. | If a request for contractor services, will the contractor also provide h/w or s/w products? Select...<br>If Yes, have you notified your ITS? Select...   (Ticket #:          ) |
| c. | |
| d. | What IT system or project does this acquisition support? (Click on system or project to view master lists) |

b3
b7E

CELL/OTD 015162

*****Please confirm that the following documents are part of your acquisition package, where applicable.

| | | | |
|---|---|---|---|
| 7. | Requirements Analysis? Yes | e. | Independent Gov't Cost Estimate? Yes |
| a. | Analysis of Alternative(s)? Yes | f. | Life Cycle Cost Estimate? Yes |
| b. | Section 508 statement? Yes | g. | Earned Value Management Plan? Yes |
| c. | System Security Plan? Yes | h. | Privacy Impact Assessment? Yes |
| d. | Justification for Limited Competition? Yes | i. | Risk Assessment? Yes |
| 8. | If your total acquisition request exceeds $1million, or is for services only, please include a one page synopsis of your requirement. | | |

| | | | | | |
|---|---|---|---|---|---|
| 9. | Customer Signature (Mandatory) | Date | Division Signature (Mandatory) | | Date |
| | CIO OPP Signature | Date | CTO Signature | | Date |
| | CIO Signature | Date | CFO Signature | | Date |

CFO/CIO                          For Official Use Only                          Rev 2.0   04/14/05

## IT ACQUISITION FORM
### INSTRUCTIONS FOR USE

| | |
|---|---|
| Step 1 | Please fill out your name, telephone number, office ID (i.e., NY, IP, ITOD, etc.), Spending Plan number (SP#) if known, and the FD-369 number (in case this form is separated from the FD-369). |
| Step 2 | |
| Step 3 | The intent of this section is to assist Finance Division (FD) in planning for resource allocation based on the proposed acquisition method for purchasing the IT Product(s). Reminder, as of May 1, 2004, **all** acquisition requests for non-standard, non-baseline IT Product(s) must be entered into the ITATS/**COTS** application via the Service Center (Field, check with your senior ITS, or HQ, your administrative office, to confirm who has access to the Service Center) and receive a Change Request number (**CR#**) before FD will process the acquisition. If this is an amendment or increase to an existing contract, please provide the current contract number (**Contract#**). **New** is self-explanatory. |
| Step 4 | This section is intended to highlight which of the Chief Information Officer's (CIO) IT system or project categories are supported by this acquisition: Investigative, Intelligence & Analytical (**IIA**), Electronic Surveillance Collection (**ESC**), Law Enforcement Support (**LES**), Administrative/Managerial Support (**AMS**), Core Infrastructure (**CORE**), or Information Assurance & Security Related (**IAS**). Select only ONE. See EC, Case ID# 66F-HQ-A1188261-B Serial 172. |
| Step 5 | This section is intended to highlight which of the Director Priorities are supported by this acquisition: **1.** Protect the United States from terrorist attack; **2.** Protect the United States against foreign intelligence operations and espionage; **3.** Protect the United States against cyber-based attacks and high-technology crimes; **4.** Combat public corruption at all levels; **5.** Protect civil rights; **6.** Combat transnational and national criminal organizations and enterprises; **7.** Combat major white-collar crime; **8.** Support significant violent crime; **9.** Support federal, state, local and international partners; **10.** Upgrade technology to successfully perform the FBI's mission. Select only ONE. |
| Step 6 | This section is intended to ensure that you have properly planned for all the enterprise architecture (EA), budget and life cycle management costs regarding your acquisition. In other words, have you planned: **a.** How the product will work within, or the impact on, the FBI's EA; **b.** When acquiring services, will the Contractor provide the hardware or software product(s) and how those products will impact the FBI's EA; **c.** How will the acquired product(s) be maintained over the next two years; and **d.** If the product(s) will be integrated into an IT system or project as listed under the six (6) IT categories from Step 4, and the name of the system or project. |
| Step 7 | This section is intended to ensure that you have completed all the necessary contractual documents for the method of acquisition you are pursuing. If you are unsure or unaware of whether any of these documents are required, please contact either          for assistance. |
| Step 8 | Self-explanatory. |
| Step 9 | This section is mandatory and is intended to ensure that the proper level of authority has been obtained in order to process this acquisition. You are only responsible to obtain the **Customer Signature** and **Division Signature**. The Customer Signature should reflect the actual recipient of the IT product(s), in case the Requestor filling out this form is different. The Division Signature should reflect that the fiscally-responsible person within the Customer's division has acknowledged the stated costs and funds are available for commitment and obligation. The fiscally responsible person is the person recognized by FD as having the authority to approve acquisitions at certain funding levels, and FD keeps this list. Contact          you are unsure who has proper funding authority. |

b6
b7C

CFO/CIO                                                                    Rev 2.0   04/14/05

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG J76J18T80

| REQ. # | | | Page___1___ OF___1___ |
|---|---|---|---|
| 11/8/2006 | ORDERING OFFICE/COST CODE   APPROVED BY | | |
| DATE | | | JULIAN DATE |

Supply Technician:
Program Manger:
Funding Approved:
COTR:
Room# & Ext:

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order#

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | b3 |
| | | | | | | | | | b4 |
| | | | | | | | | | b6 |
| | | | | | | | | | b7C |
| | | | | | | | | | b7E |
| | | Recommend by: Unit Chief | | | | | | | |
| | | Requested by/Deliver to: Federal Bureau of Investigation | | | | | | | |
| | | ERF Building 27958A, Quantico, VA22135 | | | | | | | |
| | | Attn: | | | | | | Total | |

SPECIAL INSTRUCTION:
Ship to Code:
Delivery Restrictions: M-F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEM:

See Attached EC

CELL/OTD 015158

CELLSITE-17488

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-09-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-09-2038

~~SECRET~~

## JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION IN ACCORDANCE WITH TITLE 41, UNITED STATES CODE 253(c)(6)

1. ### IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY

   (U) The agency is the U. S. Department of Justice, Federal Bureau of Investigation (FBI), [              ] Operational Technology Division (OTD).   The contracting activity is the Property Procurement and Management Section (PPMS), Telecommunications Contracts and Audit Unit (TCAU).

2. ### NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED

   (U)  The proposed acquisition strategy is to award a non-competitive contract effort for [                                    Harris Corporation                ]

3. ### DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS

   (U) [    ] is responsible for providing the FBI with [                              ] The FBI's Wireless Intercept and Tracking Team (WITT) [                                ]

   (U) (S) [    ] WITT [                                        ]
   Harris Corporation [                                ]
   [                        Harris Corporation                ]
   [                WITT has                    of Harris]
   [                                                        ]

   (U) [    ] WITT [                    Harris Corporation.  This  proposed
   FY06 procurement is [            ] Requisition [        ] in the amount of

~~SECRET~~

*Page 1*

CELLSITE-17489
CELL/OTD 015148

~~SECRET~~

[        ] has been submitted to fund this requirement.

4.  IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION

(U) The Statutory Authority is 41 U.S.C. 253 (c) (6).  The Regulatory Authority is FAR 6.302-6 (a) (2), Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

5.  DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED



~~SECRET~~
*Page 2*

~~SECRET~~

(S)

6.   DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE
SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICAL

(U) Since this procurement was not advertised pursuant to FAR 5.202(a)(1), no other
sources were given the opportunity to express written or oral interest in this procurement.
Further, FAR 5.202 (a) (1), provides Contracting Officer authority to not publish a
procurement action when "the synopsis cannot be worded to preclude disclosure of an
agency's needs and such disclosure would compromise the national security", (e.g.,
would result in disclosure of classified information). This procurement is not being
publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals
because to do so would

7.   DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED
COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE

(U) The contracting officer has adequate information to ensure that the cost to the
government for this acquisition will be fair and reasonable. Techniques may include a
technical analysis of proposed direct costs, audit, or comparison of proposed indirect
factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8.   A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS
OR A STATEMENT OF REASONS A MARKET SURVEY WAS NOT CONDUCTED

(U) WITT

WITT

WITT assessed

Harris Corporation

9.   ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN

b1
b3
b7E

~~SECRET~~

*Page 3*

CELL/OTD 015150CELLSITE-17491

~~SECRET~~

COMPETITION

(U) [                                        ] See paragraph (5)
above for facts supporting the use of other than full and open competition.

10.   A LISTING OF SOURCES, IF ANY, THAT EXPRESSED, IN WRITING, AN
INTEREST IN THE ACQUISITION

(U)  Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other
sources were given the opportunity to express written or oral interest in this procurement.

11.   A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO
REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY
SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED

(U)  The FBI will evaluate future procurements to determine whether full and open
competition is appropriate and in the best interests of the government.

12.   CERTIFICATIONS

(U)  Based on the above findings, it is hereby determined, within the meaning of 41
U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for
when the disclosure of the agency's needs would compromise national security, unless the
agency is permitted to limit the number of sources from which it solicits bids or
proposals.

b3
b6
b7C
b7E

(U)  As the Acting Contracting Officer Technical Representative (COTR) of record, I
hereby certify to the best of my knowledge that all information contained herein is
complete and accurate to the best of my knowledge.

[                    ] Contracting Officer's Technical Representative        (Date)

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that
all information contained herein is complete and accurate to the best of my knowledge.

[                    ] Contracting Officer                (Date)

~~SECRET~~

*Page 4*

CELL/OTD 015151                                     CELLSITE-17492

(Rev.05-01-2008)

DECLASSIFIED BY NSICG J76J18T80
ON 04-10-2013

SECRET//NOFORN/20350709

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                              **Date:** 07/09/2010

**To:** Finance                    **Attn:**

**From:** Operational Technology Division

         **Contact:**

**Approved By:**



**Drafted By:**

(U) **Case ID #:** (S//NF)  268-HQ-1068430

(U) **Title:** (S//NF) WIRELESS INTERCEPT AND TRACKING TEAM

(U) **Synopsis:** (S//NF)  To request finance division initiate a request
for information to

b3
b6
b7C
b7E

(U) **Details:** (S//NF)

SECRET//NORFORN/20350709

CELL/OTD      021927

CELLSITE-17494

SECRET//NOFORN/20350709

To:   Finance   From:   Operational Technology Division
Re:   (S//NF)   268-HQ-1068430, 07/09/2010

Set Lead 1:   (Action)

    FINANCE

        AT WASHINGTON, DC

        FOR INFORMATION ONLY

CC:   [                    ]

    b6
    b7C

♦♦

SECRET/NOFORN/20350710

3

CELL/OTD     021923

CELLSITE-17496

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG J76J18T80

REQ. #

5/10/2005
DATE

ORDERING OFFICE/COST CODE   APPROVED BY

Page___1___ OF___1____

JULIAN DATE

Supply Technician:
Program Manger:
Funding Approved:
COTR:
Room# & Ext:

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order#

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|--------|----------------------|-------|------------------|---------------|-----|-----------------|-----|------------|-------|
|        |                      |       |                  |               |     |                 |     |            |       |

b3
b4
b6
b7C
b7E

Recommend by: Unit Chief
Requested by/Deliver to: Federal Bureau of Investigation
ERF Building 27958A, Quantico, VA22135
Attn:

Total

SPECIAL INSTRUCTION:
Ship to Code:
Delivery Restrictions: M-F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEM:

See Attached EC

CELL/OTD   015572

~~SECRET~~

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-10-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-10-2038

# FEDERAL BUREAU OF INVESTIGATION

## STATEMENT OF WORK

### For

**FBI Contract:** _____

**Task** _____

b3
b7E

**RESEARCH AND EVALUATION OF CURRENT** _____

June 13, 2005

 CELL/OTD   075578

~~SECRET~~

CELLSITE-17503

**INTRODUCTION**.................................................................................................. **3**

Scope of Document ......................................................................................... 3
Contract Type Contemplated.......................................................................... 3
Period of Performance.................................................................................... 3
Security .......................................................................................................... 3
Scope of Authority.......................................................................................... 3
Points of Contact............................................................................................ 3

**BACKGROUND AND ACTIVITY OBJECTIVES** ......................................... **4**

Background..................................................................................................... 4
Objectives and Scope of the Activity.............................................................. 4

**SPECIFIC REQUIREMENTS** ......................................................................... **5**

Task Description............................................................................................. 5
Proposal Submission...................................................................................... 6
Travel ............................................................................................................. 6
Other Direct Costs (ODCs) ............................................................................ 7
Deliverables and Reports............................................................................... 7
Other Reporting Requirements ...................................................................... 7

~~SECRET~~

CELL/OTD      015579

# Introduction

## Scope of Document

This document describes the activity to be executed and the deliverables required by the Federal Bureau of Investigation in relation to

This document will be part of the contract and shall serve as an applicable document throughout the execution of the work, with amendments as agreed to at Contract Review (CR) meetings, if appropriate.

## Contract Type Contemplated

Cost Reimbursement

## Period of Performance

The length of this activity shall be from date of award 8 months. This activity may be incrementally funded, which may result in extensions to the end date of this activity.

## Security

This activity shall be at the security level, ~~SECRET (S).~~

## Scope of Authority

The offeror is advised that the Contracting Officer is the only person who can legally obligate the Government for the expenditure of public funds in connection with this procurement, and that only the Contracting Officer or the COTR is authorized to accept or reject deliverables.

b3
b6
b7C
b7E

## Points of Contact

Contracting Officer's Representative (COR)

Contracting Officer's Technical Representative (COTR)

ERF Building 27958A
Quantico, Va  22135

FBI Security Officer

ERF Building 27958A
Quantico, Va  22135

 CELL/OTD    015580

CELLSITE-17505



(S)

b1
b3

<u>Presentation and Demonstration</u>
- The contractor shall provide presentations/and or demonstrations which shall reflect the results of these methodologies.

## Proposal Submission

The FBI will request proposals for this task, Request for Proposal (RFP).  The contractor shall submit a written cost and technical proposal for consideration before the due date and time for this RFP.  This proposal shall be for a Cost Reimbursement Type of Task Order, and as a result, the contractor shall submit a payment schedule as part of the cost proposal

## Travel

As part of the Cost Proposal, the contractor shall provide all anticipated travel costs, if known, to include:  origination; destination; number of trips; number of persons; and a breakdown of lodging, meals, transportation and related costs.  Actual expenses are limited by the Government Travel Regulations and must be pre-approved by the FBI.



## Other Direct Costs (ODCs)

The contractor shall provide a breakdown of any ODCs in the Cost Proposal. The breakdown shall include an identification of any "open market items" or the contracting vehicle used for the ODCs.

## Deliverables and Reports

The contractor shall provide the following deliverables and reports:

- DRAFT RESEARCH REPORT: The Contractor shall deliver to the Government a draft research report describing its research and evaluation performed in accordance with sub section titled, Task Description. If the research indicates that methods described above are not reflective of a realizable solution, the reports shall contain contractor's recommendations and/or modifications for improvement. The report shall cite, reference or describe all data, data sources, methodologies, findings, and determinations used or discovered during the research and evaluation.
- FINAL RESEARCH REPORT: The Contractor shall deliver a final research report that embodies the draft research report and also addresses or incorporates, as appropriate, all comments or questions from FBI that were submitted to the Contractor in response to the draft research report.

The draft and final research reports shall be submitted in both hard copy and electronic copy, with electronic versions in MS Word format (or MS Excel if applicable). Delivery by email is not acceptable.

## Other Reporting Requirements

The contractor shall provide a status briefing and report to the FBI every 3 months from the start date of the activity. This briefing should contain at a minimum the following:

Reporting Period Information
1. A narrative review of work accomplished during the reporting period and significant events.
2. Problem areas
3. Anticipated activity for the next reporting period
4. Description of any travel or unique services provided
5. Other relative information as necessary

In addition the contractor shall provide the following:
- The contractor shall inform the COR in writing of the actual task starting date on or before the starting date.
- The contractor shall bring problems or potential problems affecting performance to the attention of the COR as soon as possible. Verbal reports will be followed up with written reports when directed by the COR.
- The contractor shall notify the COR when 75 % of the task has been expended.
- Additional written reports may be required and negotiated.



CELL/OTD      015584

CELLSITE-17509

~~SECRET~~

DATE: 04-10-2012
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-10-2038

# FEDERAL BUREAU OF INVESTIGATION

## STATEMENT OF WORK

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

### For

**FBI Contract:** [                    ]

**Task** [                    ]

b3
b7E

**RESEARCH & DEVELOPMENT STUDY OF** [                    ]

## January 03, 2006

CELL/OTD   015585

~~SECRET~~

CELLSITE-17510

SECRET

INTRODUCTION.................................................................................................. 3
    *Scope of Document* ............................................................................. 3
    *Contract Type Contemplated*............................................................. 3
    *Period of Performance*........................................................................ 3
    *Security* ................................................................................................ 3
    *Scope of Authority*.............................................................................. 3
    *Points of Contact*................................................................................ 3

BACKGROUND AND ACTIVITY OBJECTIVES ..................................... 4
    *Background*.......................................................................................... 4
    *Objectives and Scope of the Activity*................................................. 4

SPECIFIC REQUIREMENTS ..................................................................... 5
    *Task Description*.................................................................................. 5
    *Proposal Submission*.......................................................................... 5
    *Travel* .................................................................................................. 6
    *Other Direct Costs (ODCs)* ............................................................... 6
    *Deliverables and Reports*................................................................... 6
    *Other Reporting Requirements* .......................................................... 6

CELL/OTD    015586

SECRET

~~SECRET~~

# Introduction

## Scope of Document

(U)  (S)  This document describes the activity to be executed and the deliverables required by the Federal Bureau of Investigation in relation to ⬚

(U)  This document will be part of the contract and shall serve as an applicable document throughout the execution of the work, with amendments as agreed to at Contract Review (CR) meetings, if appropriate.

## Contract Type Contemplated

(U)  Time and Material

## Period of Performance

(U)  The length of this activity shall be from date of award 8 months. This activity may be incrementally funded, which may result in extensions to the end date of this activity.

## Security

(U)  (S)  This activity shall be at the security level, ~~SECRET (S)~~.

## Scope of Authority

(U)  The offeror is advised that the Contracting Officer is the only person who can legally obligate the Government for the expenditure of public funds in connection with this procurement, and that only the Contracting Officer or the COTR is authorized to accept or reject deliverables.

b3
b6
b7C
b7E

## Points of Contact

(U)  Contracting Officer's Representative (COR)

(U)  Contracting Officer's Technical Representative (COTR)

ERF Building 27958A
Quantico, Va  22135

(U)  Security Officer

ERF Building 27958A
Quantico, Va  22135

CELL/OTD          015587

~~SECRET~~

~~SECRET~~

# Specific Requirements

## Task Description

(U)  The contractor shall research and evaluate methods that shall meet the objectives described in section titled, Objectives and Scope of the Activity.  In particular, the contractor shall research and develop techniques and solutions that shall provide the following:

b1
b3
b7E

(U)  Specifically, the contractor shall analyze, document, and provide a study on the similarities that exist between the

(S)

(U)  Presentation and Demonstration
- (U)  The contractor shall provide presentations/and or demonstrations which shall reflect the results of these methodologies.

## Proposal Submission

(U)  The customer shall request proposals for this task, Request for Proposal (RFP).  The contractor shall submit a written cost and technical proposal for consideration before the due date and time for this RFP.  This proposal shall be for a Time and Material Task Order, and as a result, the contractor shall submit a payment schedule as part of the cost proposal

CELL OTD       015589

~~SECRET~~

~~SECRET~~

## Travel

(U)  As part of the Cost Proposal, the contractor shall provide all anticipated travel costs, if known, to include:  origination; destination; number of trips; number of persons; and a breakdown of lodging, meals, transportation and related costs.  Actual expenses are limited by the Government Travel Regulations and must be pre-approved by the FBI.

## Other Direct Costs (ODCs)

(U)  The contractor shall provide a breakdown of any ODCs in the Cost Proposal.  The breakdown shall include an identification of any "open market items" or the contracting vehicle used for the ODCs.

## Deliverables and Reports

(U)  The contractor shall provide the following deliverables and reports:

- (U)  DRAFT RESEARCH REPORT:  The Contractor shall deliver to the customer a draft research report describing its research and evaluation performed in accordance with sub section titled, Task Description.  If the research indicates that methods described above are not reflective of a realizable solution, the reports shall contain contractor's recommendations and/or modifications for improvement. The report shall cite, reference or describe all data, data sources, methodologies, findings, and determinations used or discovered during the research and evaluation.
- (U)  FINAL RESEARCH REPORT:  The Contractor shall deliver a final research report that embodies the draft research report and also addresses or incorporates, as appropriate, all comments or questions from the customer that were submitted to the Contractor in response to the draft research report.

(U)  The draft and final research reports shall be submitted in both hard copy and electronic copy, with electronic versions in MS Word format (or MS Excel if applicable). Delivery by email is not acceptable.

## Other Reporting Requirements

(U)  The contractor shall provide a status briefing and report every 3 months from the start date of the activity.  This briefing should contain at a minimum the following:

(U)  Reporting Period Information
1. (U)  A narrative review of work accomplished during the reporting period and significant events.
2. (U)  Problem areas
3. (U)  Anticipated activity for the next reporting period
4. (U)  Description of any travel or unique services provided
5. (U)  Other relative information as necessary

(U)  In addition the contractor shall provide the following:



CELL/OTD   015590

~~SECRET~~

~~SECRET~~

- (U)  The contractor shall inform the COR in writing of the actual task starting date on or before the starting date.
- (U)  The contractor shall bring problems or potential problems affecting performance to the attention of the COR as soon as possible.  Verbal reports will be followed up with written reports when directed by the COR.
- (U)  The contractor shall notify the COR when 75 % of the task has been expended.
- (U)  Additional written reports may be required and negotiated.

CELL/OTD     015591

~~SECRET~~

SECRET//NOFORN//20360307

DATE: 04-10-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-10-2038

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

# Statement of Work

# Task Order Specific

# Federal Bureau of Investigation

CELL/OTD        027885

CELLSITE-17549

SECRET//NOFORN//20360307

# *STATEMENT OF WORK*

## **Task Order**

(U) **1.0   (S//NF) INTRODUCTION**

(S)

(U) **1.1   (S//NF) Project Description and Background**

(S)

b1
b3
b7E

(U) The structure of this statement of work consists of the following: Section 1 provides
a broad project description and background of the task requirements; Section 2 details
the specific system requirements, key technology areas, concept of operations, and

SECRET//NOFORN//20360307

## 4.0    (U) Deliverables

(U) This section describes the deliverable items from the task order.

- (U) Monthly Status Report (at customer discretion)
- (U) Monthly Program Review (at customer discretion)
- (U) Technical Proposal
- (U) System Testing Plan
- (U)                                                                                    b7E
- (U) System Demonstration at customer facility
- (U) Final Technical Summary Report


## 4.1  Security Standards and Regulations

(U) SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

## 5.0  Customer Representative

[                    ] – Contracting Officer

The following Bureau personnel may be contacted in performance of this work, but are not authorized to negotiate contractual issues:

Programmatic and Technical Personnel                                                b6
                                                                                    b7C

a) [                  ] – Project Manager/COTR

b) [                  ] – Program Manager/COTR

c) [                  ] – Unit Chief

DATE: 04-10-2013
CLASSIFIED BY 65179 DMH/SAB/BAU18T60
REASON: 1.4 (c)
DECLASSIFY ON: 04-10-2038

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**From:**
**Sent:**        Monday, December 13, 2010 1:55 PM
**To:**
**Subject:**        RE: WITT

~~SECRET//NOFORN~~
**RECORD**

Here is your revised copy.

**From:**
**Sent:**        Monday, December 13, 2010 10:34 AM
**To:**
**Subject:**        FW: WITT

~~SECRET//NOFORN~~
**RECORD**

Lisa: Please add the 1 and 2. below to the attached. And renumber

b3
b6
b7C
b7E

<< File:                          WITT.20101123.doc >>

**From:**
**Sent:**        Thursday, December 09, 2010 8:46 AM
**To:**
**Cc:**
**Subject:**        RE: WITT

~~SECRET//NOFORN~~
**RECORD**

(U) I think it was                who said someone there was doing the agreement for                I asked if there was coordination and he didn't know. This was before the start of Tuesday's      meeting, I'm not sure if you were in the room at that time.

~~SECRET~~

CELL/OTD        017026

[redacted]- don't shoot the messenger, I'm heard it Tuesday and thought you should be aware of it.

Here is my attempt to capture the [redacted] issue at the end of page 1 :

Renumber following items as appropriate……

**From:** [redacted]
**Sent:** Thursday, December 09, 2010 6:25 AM
**To:** [redacted]
**Cc:**
**Subject:** RE: WITT [redacted]

~~SECRET//NOFORN~~
RECORD [redacted]

(S)

b1
b3
b5
b6
b7C
b7E

Also. Provide me the statement concerning [redacted] you want to see in this [redacted] I will confer with OGC and add same to the document.

[redacted] Can you advise if [redacted] correct.

**From:** [redacted]
**Sent:** Wednesday, December 08, 2010 5:34 PM
**To:** [redacted]
**Subject:** RE: WITT [redacted]

~~SECRET//NOFORN~~
RECORD [redacted]

[redacted]

~~SECRET~~

CELL/OTD      017027

CELLSITE-17561

(S)

The idea is to make the ████████████████████████ and they agree to abide by them.

Thanks,

b1
b3
b6
b7C
b7E

**From:**
**Sent:** Wednesday, December 08, 2010 1:27 PM
**To:**
**Subject:** WITT

**UNCLASSIFIED**
**NON-RECORD**

What was the read from ████████████

**UNCLASSIFIED**

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFY ON: 20201208~~
~~SECRET//NOFORN~~

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFY ON: 20201208~~
~~SECRET//NOFORN~~

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFY ON: 20201208~~
~~SECRET//NOFORN~~

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFY ON: 20201208~~
~~SECRET//NOFORN~~

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFY ON: 20201208~~
~~SECRET//NOFORN~~

~~SECRET~~
CELL/OTD   017028
3

CELLSITE-17562

(S)

**From:**
**Sent:**       Thursday, December 09, 2010 6:25 AM
**To:**
**Cc:**
**Subject:**     RE: WITT

~~SECRET//NOFORN~~
RECORD

(S)

Also. Provide me the statement concerning         you want to see in this         I will confer with OGC and add same to
the document.

          Can you advise if         correct.

b1
b3
b6
b7C
b7E

**From:**
**Sent:**       Wednesday, December 08, 2010 5:34 PM
**To:**
**Subject:**     RE: WITT

~~SECRET//NOFORN~~
RECORD

(S)

The idea is to make the                                              and they agree to abide by
them.

~~SECRET~~

CELL/OTD   017035

2

CELLSITE-17569

Thanks,

```
[                              ]
[                              ]
[                              ]
```

| | | |
|---|---|---|
| **From:** | [_____] | b3 |
| **Sent:** | Wednesday, December 08, 2010 1:27 PM | b6 |
| **To:** | [_____] | b7C |
| **Subject:** | WITT [_____] | b7E |

**UNCLASSIFIED**
**NON-RECORD**

[_____]   What was the read from [_____]

**UNCLASSIFIED**

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFY ON: 20201208~~
~~SECRET//NOFORN~~

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFY ON: 20201208~~
~~SECRET//NOFORN~~

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFY ON: 20201208~~
~~SECRET//NOFORN~~

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFY ON: 20201208~~
~~SECRET//NOFORN~~

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFY ON: 20201208~~
~~SECRET//NOFORN~~

 ~~SECRET~~   CELL/OTD   017036

CELLSITE-17570

ALL ~~INFORMATION CONTAINED~~
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c)
DECLASSIFY ON: 04-10-2038

**From:**
**Sent:** Thursday, December 09, 2010 8:50 AM
**To:**
**Cc:**

**Subject:** RE: WITT

~~SECRET//NOFORN~~
RECORD

and ☐ are the ones responsible for the other

(S)

**From:**
**Sent:** Thursday, December 09, 2010 8:46 AM
**To:**
**Cc:**
**Subject:** RE: WITT

~~SECRET//NOFORN~~
RECORD

(U) (S) I think it was ☐ who said someone there was doing the agreement for ☐ I asked if there was coordination and he didn't know. This was before the start of Tuesday's ☐ meeting, I'm not sure if you were in the room at that time.

☐ - don't shoot the messenger, I'm heard it Tuesday and thought you should be aware of it.

Here is my attempt to capture the ☐ at the end of page 1 :

Renumber following items as appropriate……

~~SECRET~~

b1
b3
b5
b6
b7C
b7E

**From:**
**Sent:** Thursday, December 09, 2010 6:25 AM
**To:**
**Cc:**
**Subject:** RE: WITT

~~SECRET//NOFORN~~
RECORD

(S)

Also. Provide me the statement concerning _____ you want to see in this _____ I will confer with OGC and add same to the document.

_____ Can you advise if _____ correct.

**From:**
**Sent:** Wednesday, December 08, 2010 5:34 PM
**To:**
**Subject:** RE: WITT

~~SECRET//NOFORN~~
RECORD

(S)

The idea is to make the _____ and they agree to abide by them.

Thanks,

b1
b3
b6
b7C
b7E

~~SECRET~~     CELL/OTD   017038

2

| | |
|---|---|
| **From:** | |
| **Sent:** | Wednesday, December 08, 2010 1:27 PM |
| **To:** | |
| **Subject:** | WITT |

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

What was the read from

**UNCLASSIFIED**

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFY ON: 20201208~~
~~SECRET//NOFORN~~

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFY ON: 20201208~~
~~SECRET//NOFORN~~

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFY ON: 20201208~~
~~SECRET//NOFORN~~

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFY ON: 20201208~~
~~SECRET//NOFORN~~

~~SECRET~~   CELL/OTD   017039

CELLSITE-17573

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c)
DECLASSIFY ON: 04-10-2038

**SECRET**

**From:**
**Sent:** Thursday, December 09, 2010 8:49 AM
**To:**
**Cc:**
**Subject:** RE: WITT

~~SECRET//NOFORN~~
RECORD

(S)

(S)

**From:**
**Sent:** Thursday, December 09, 2010 6:25 AM
**To:**
**Cc:**
**Subject:** RE: WITT

~~SECRET//NOFORN~~
RECORD

b1
b3
b6
b7C
b7E

(S)

Also. Provide me the statement concerning          you want to see in this          I will confer with OGC and add same to the document.

          Can you advise if          correct.

CELL/OTD   017040

**From:**
**Sent:** Wednesday, December 08, 2010 5:34 PM
**To:**
**Subject:** RE: WITT

~~SECRET~~

1

CELLSITE-17574

SECRET//NOFORN
RECORD

(S)

The idea is to make the [REDACTED] and they agree to abide by
them.

Thanks,

b1
b3
b6
b7C
b7E

From:
Sent:          Wednesday, December 08, 2010 1:27 PM
To:
Subject:       WITT

UNCLASSIFIED
NON-RECORD

What was the read from [REDACTED]

UNCLASSIFIED

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20201208
SECRET//NOFORN

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20201208
SECRET//NOFORN

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20201208
SECRET//NOFORN

SECRET   CELL/OTD   017041

CELLSITE-17575

~~SECRET~~

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-10-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c)
DECLASSIFY ON: 04-10-2038

**From:**
**Sent:**          Thursday, December 09, 2010 8:46 AM
**To:**
**Cc:**

**Subject:**       RE: WITT

~~SECRET//NOFORN~~
**RECORD**

(⊗) I think it was _____ who said someone there was doing the agreement for _____ I asked if there was coordination and he didn't know. This was before the start of Tuesday's _____ meeting, I'm not sure if you were in the room at that time.
(U)

_____ don't shoot the messenger, I'm heard it Tuesday and thought you should be aware of it.

Here is my attempt to capture the _____ issue at the end of page 1 :

b1
b3
b5
b6
b7C
b7E

Renumber following items as appropriate......

**From:**
**Sent:**          Thursday, December 09, 2010 6:25 AM
**To:**
**Cc:**
**Subject:**       RE: WITT

~~SECRET//NOFORN~~
**RECORD**

(S)

Also. Provide me the statement concerning _____ you want to see in this _____ I will confer with OGC and add same to the document.

_____ Can you advise if _____ correct.

~~SECRET~~    CELL/OTD   017042

CELLSITE-17576

SECRET//NOFORN

**From:**
**Sent:** Wednesday, December 08, 2010 5:34 PM
**To:**
**Subject:** RE: WITT

SECRET//NOFORN
RECORD

(S)

b1
b3
b6
b7C
b7E

The idea is to make the [                    ] and they agree to abide by them.

Thanks,

**From:**
**Sent:** Wednesday, December 08, 2010 1:27 PM
**To:**
**Subject:** WITT

UNCLASSIFIED
NON-RECORD

What was the read from [                    ]

UNCLASSIFIED

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20201208
SECRET//NOFORN

SECRET

DERIVED FROM: Multiple Sources

CELL/OTD   017043

DATE: 04-10-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c)
DECLASSIFY ON: 04-10-2038

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**From:**
**Sent:** Wednesday, December 08, 2010 5:34 PM
**To:**
**Subject:** RE: WITT

~~SECRET//NOFORN~~
RECORD

(S)

b1
b3
b6
b7C
b7E

The idea is to make the                                              and they agree to abide by
them.

Thanks,

**From:**
**Sent:** Wednesday, December 08, 2010 1:27 PM
**To:**
**Subject:** WITT

**UNCLASSIFIED**
**NON-RECORD**

What was the read from

**UNCLASSIFIED**

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFY ON: 20201208~~
~~SECRET//NOFORN~~

~~SECRET~~  CELL/OTD   017045

1

CELLSITE-17578

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 207
Page 2 ~ Duplicate;
Page 3 ~ Duplicate;
Page 4 ~ Duplicate;
Page 5 ~ Duplicate;
Page 6 ~ Duplicate;
Page 7 ~ Duplicate;
Page 8 ~ Duplicate;
Page 9 ~ Duplicate;
Page 10 ~ Duplicate;
Page 11 ~ Duplicate;
Page 12 ~ Duplicate;
Page 13 ~ Duplicate;
Page 14 ~ Duplicate;
Page 15 ~ b1; b3; b7E;
Page 16 ~ b1; b3; b7E;
Page 17 ~ b1; b3; b7E;
Page 18 ~ b1; b3; b7E;
Page 19 ~ b1; b3; b7E;
Page 21 ~ b3; b7E;
Page 22 ~ b3; b7E;
Page 23 ~ b3; b7E;
Page 24 ~ b3; b7E;
Page 25 ~ b3; b7E;
Page 26 ~ b3; b7E;
Page 27 ~ b3; b7E;
Page 28 ~ b3; b7E;
Page 29 ~ b3; b7E;
Page 30 ~ b3; b7E;
Page 31 ~ b3; b7E;
Page 32 ~ b3; b7E;
Page 33 ~ b3; b7E;
Page 34 ~ b3; b7E;
Page 35 ~ b3; b7E;
Page 36 ~ b3; b7E;
Page 37 ~ b3; b7E;
Page 38 ~ b3; b7E;
Page 39 ~ b3; b7E;
Page 40 ~ b3; b7E;
Page 41 ~ b3; b7E;
Page 42 ~ b3; b7E;
Page 43 ~ b3; b6; b7C; b7E;
Page 44 ~ b1; b3; b7E;
Page 45 ~ b1; b3; b6; b7C; b7E;
Page 46 ~ b1; b3; b6; b7C; b7E;
Page 47 ~ b1; b3; b7E;
Page 51 ~ b1; b3; b7E;
Page 52 ~ b1; b3; b7E;
Page 53 ~ b3; b6; b7C; b7E;
```

```
Page 56 ~ b1; b3; b6; b7C; b7E;
Page 57 ~ b1; b3; b6; b7C; b7E;
Page 58 ~ b1; b3; b7E;
Page 59 ~ b1; b3; b7E;
Page 60 ~ b1; b3; b7E;
Page 65 ~ b1; b3; b6; b7C; b7E;
Page 66 ~ b1; b3; b6; b7C; b7E;
Page 67 ~ b1; b3; b7E;
Page 68 ~ b1; b3; b7E;
Page 69 ~ b1; b3; b7E;
Page 73 ~ b1; b3; b6; b7C; b7E;
Page 74 ~ b1; b3; b7E;
Page 75 ~ b1; b3; b7E;
Page 76 ~ b1; b3; b7E;
Page 77 ~ b3; b7E;
Page 78 ~ b3; b7E;
Page 79 ~ b3; b7E;
Page 80 ~ b3; b7E;
Page 81 ~ b1; b3; b6; b7C; b7E;
Page 82 ~ b3; b6; b7C; b7E;
Page 83 ~ b1; b3; b7E;
Page 84 ~ b1; b3; b7E;
Page 85 ~ b1; b3; b7E;
Page 86 ~ b3; b6; b7C; b7E;
Page 87 ~ b1; b3; b7E;
Page 88 ~ b1; b3; b7E;
Page 89 ~ b1; b3; b7E;
Page 90 ~ b1; b3; b7E;
Page 91 ~ b1; b3; b7E;
Page 92 ~ b1; b3; b7E;
Page 93 ~ b1; b3; b7E;
Page 94 ~ b1; b3; b7E;
Page 95 ~ b1; b3; b7E;
Page 96 ~ b3; b6; b7C; b7E;
Page 97 ~ b1; b3; b7E;
Page 98 ~ b1; b3; b7E;
Page 99 ~ b1; b3; b7E;
Page 100 ~ b1; b3; b7E;
Page 101 ~ b1; b3; b7E;
Page 102 ~ b3; b6; b7C; b7E;
Page 103 ~ b1; b3; b6; b7C; b7E;
Page 104 ~ b1; b3; b7E;
Page 105 ~ b1; b3; b7E;
Page 106 ~ b1; b3; b7E;
Page 107 ~ b1; b3; b7E;
Page 108 ~ b1; b3; b6; b7C; b7E;
Page 109 ~ b1; b3; b7E;
Page 110 ~ b1; b3; b7E;
Page 111 ~ b1; b3; b7E;
Page 112 ~ b1; b3; b7E;
Page 114 ~ Duplicate;
Page 115 ~ Duplicate;
Page 116 ~ b1; b3; b5; b7E;
Page 117 ~ b1; b3; b5; b7E;
```

```
Page 118 ~ b1; b3; b5; b7E;
Page 139 ~ b1; b3; b6; b7C; b7E;
Page 140 ~ b1; b3; b7E;
Page 141 ~ b1; b3; b6; b7C; b7E;
Page 144 ~ b1; b3; b6; b7C; b7E;
Page 145 ~ b1; b3; b7E;
Page 148 ~ b3; b6; b7C; b7E;
Page 149 ~ b3; b6; b7C; b7E;
Page 158 ~ b1; b3; b6; b7C; b7E;
Page 159 ~ b1; b3; b7E;
Page 160 ~ b1; b3; b7E;
Page 161 ~ b3; b7E;
Page 162 ~ b1; b3; b7E;
Page 163 ~ b3; b6; b7C; b7E;
Page 164 ~ b3; b7E;
Page 165 ~ b3; b7E;
Page 166 ~ b3; b6; b7C; b7E;
Page 167 ~ b3; b6; b7C; b7E;
Page 168 ~ b1; b3; b6; b7C; b7E;
Page 169 ~ b3; b7E;
Page 170 ~ b1; b3; b6; b7C; b7E;
Page 171 ~ b1; b3; b7E;
Page 172 ~ b3; b6; b7C; b7E;
Page 175 ~ b3; b6; b7C; b7E;
Page 176 ~ b1; b3; b7E;
Page 177 ~ b1; b3; b7E;
Page 178 ~ b3; b7E;
Page 179 ~ b3; b7E;
Page 183 ~ b3; b6; b7C; b7E;
Page 184 ~ b1; b3; b7E;
Page 185 ~ b1; b3; b7E;
Page 186 ~ b3; b7E;
Page 195 ~ b3; b6; b7C; b7E;
Page 196 ~ b1; b3; b7E;
Page 197 ~ b1; b3; b7E;
Page 198 ~ b1; b3; b7E;
Page 200 ~ b1; b3; b6; b7C; b7E;
Page 201 ~ b1; b3; b6; b7C; b7E;
Page 202 ~ b1; b3; b6; b7A; b7C; b7E;
Page 203 ~ b1; b3; b6; b7C; b7E;
Page 204 ~ b1; b3; b6; b7C; b7E;
Page 205 ~ b1; b3; b6; b7C; b7E;
Page 206 ~ b1; b3; b6; b7C; b7E;
Page 207 ~ b1; b3; b6; b7C; b7E;
Page 208 ~ b1; b3; b7E;
Page 209 ~ b1; b3; b6; b7C; b7E;
Page 210 ~ b1; b3; b6; b7C; b7E;
Page 211 ~ b1; b3; b6; b7C; b7E;
Page 212 ~ b1; b3; b6; b7C; b7E;
Page 213 ~ b1; b3; b6; b7C; b7E;
Page 214 ~ b1; b3; b6; b7C; b7E;
Page 215 ~ b1; b3; b6; b7C; b7E;
Page 216 ~ b1; b3; b6; b7C; b7E;
Page 217 ~ b1; b3; b6; b7C; b7E;
```

```
Page 220 ~ b1; b3; b6; b7C; b7E;
Page 221 ~ b1; b3; b6; b7C; b7E;
Page 222 ~ b1; b3; b7E;
Page 223 ~ b1; b3; b7E;
Page 224 ~ b3; b7E;
Page 225 ~ b3; b6; b7C; b7E;
Page 226 ~ b3; b7E;
Page 229 ~ b3; b5; b7E;
Page 230 ~ b3; b5; b7E;
Page 231 ~ b3; b5; b7E;
Page 232 ~ b3; b5; b7E;
Page 233 ~ b3; b5; b7E;
Page 234 ~ b3; b5; b7E;
Page 235 ~ b3; b5; b7E;
Page 236 ~ b3; b7E;
Page 237 ~ b3; b7E;
Page 238 ~ b3; b7E;
Page 239 ~ b3; b7E;
Page 240 ~ b3; b7E;
Page 241 ~ b3; b7E;
Page 242 ~ b3; b7E;
Page 243 ~ b3; b7E;
Page 244 ~ b3; b7E;
Page 245 ~ b3; b7E;
Page 246 ~ b3; b7E;
Page 247 ~ b3; b7E;
Page 248 ~ b1; b3; b7E;
Page 249 ~ b1; b3; b7E;
Page 250 ~ b3; b7E;
Page 251 ~ b1; b3; b7E;
Page 252 ~ b1; b3; b7E;
Page 253 ~ b1; b3; b7E;
Page 254 ~ b1; b3; b7E;
Page 255 ~ b1; b3; b7E;
Page 262 ~ b3; b7E;
Page 263 ~ b3; b7E;
Page 264 ~ b3; b7E;
Page 265 ~ b3; b7E;
Page 273 ~ Duplicate;
Page 274 ~ Duplicate;
Page 275 ~ Duplicate;
Page 276 ~ Duplicate;
Page 277 ~ Duplicate;
Page 278 ~ Duplicate;
Page 279 ~ b3; b7E;
Page 280 ~ b3; b7E;
Page 281 ~ b3; b7E;
Page 282 ~ b3; b7E;
Page 283 ~ b3; b7E;
Page 284 ~ b3; b7E;
Page 285 ~ b3; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
```

```
X   No Duplication Fee X
X   For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG J76J18T80

For Official Use Only

# Wireless Intercept and Tracking Team (WITT)

# Status Report for First Quarter, 2004

b3
b7E

CELL/OTD   019714

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-11-2013 BY NSICG J76J18T80

< This Page Intentionally Blank >

CELL/OTD  019513

CELLSITE-3003

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-12-2013 BY NSICG J76J18T80

*TTU - Policy*

(Rev. 05-01-2008)

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LES

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE                              **Date:**  10/31/2011

**To:**  Operational Technology          **Attn:**

**From:**  Operational Technology
          Tracking Technology Unit
          **Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430    (Pending) - *782*

**Title:**  CHANGED

**Synopsis:**   (U) Changes name of captioned program.

**Previous Title:**   (U) Title marked "Changed" to reflect an accurate description of program's purpose and capability.  Title previously carried as

**Details:**

◆◆

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LES

b3
b5
b6
b7C
b7E

CELL/OTD    020020

CELLSITE-3113

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 19
Page 17 ~ b1; b3; b7E;
Page 19 ~ b1; b3; b7E;
Page 20 ~ b1; b3; b7E;
Page 22 ~ b1; b3; b7E;
Page 23 ~ b1; b3; b7E;
Page 33 ~ b1; b3; b7E;
Page 34 ~ b1; b3; b7E;
Page 36 ~ b1; b3; b7E;
Page 38 ~ b1; b3; b7E;
Page 39 ~ b1; b3; b7E;
Page 48 ~ b1; b3; b7E;
Page 51 ~ b1; b3; b7E;
Page 52 ~ b1; b3; b7E;
Page 54 ~ b1; b3; b7E;
Page 58 ~ Duplicate - OTD-Contract-6, p. 92 & following;
Page 59 ~ Duplicate - OTD-Contract-6, p. 92 & following;
Page 60 ~ Duplicate - OTD-Contract-6, p. 92 & following;
Page 61 ~ Duplicate - OTD-Contract-6, p. 92 & following;
Page 62 ~ Duplicate - OTD-Contract-6, p. 92 & following;


                      XXXXXXXXXXXXXXXXXXXXXXX
                      X    Deleted Page(s)    X
                      X    No Duplication Fee X
                      X    For this Page       X
                      XXXXXXXXXXXXXXXXXXXXXXX
```

ALL INFORMATION CONTAINED HEREIN IS UNCLASSIFIED EXCEPT WHERE SHOWN OTHERWISE/stp/as
ON 10-24-2012

**(OTD) (FBI)**

**From:** [        ]FD)(FBI)
**Sent:** Tuesday, July 05, 2011 4:35 PM
**To:** [                    ](OTD) (FBI)
**Cc:**
**Subject:** RE:[    ]--- SECRET

Classification: SECRET

Classified By: C12W12B75
Declassify On: 20360705
Derived From: Multiple Sources
================================================

b3
b6
b7C
b7E

Here are the copies of the SOWs that were provided to [    ]on Friday 6/24/11
  -   General SOW for the Contract
  -   TO #1 – consolidation of outstanding efforts from previously awarded contract
  -   TO #2 – New [    ]tasking

[    ]Contract      (07a) Statement of   (07b) Statement of
General SOW 6-24-..  Work Task O...       Work Task O...

**From:** [        ](OTD) (FBI)
**Sent:** Tuesday, July 05, 2011 3:41 PM
**To:**
**Cc:** [                    ](FD)(FBI)
**Subject:** [    ]--- SECRET

Classification: SECRET

Classified By: C12W12B75
Declassify On: 20360705
Derived From: Multiple Sources
================================================

b3
b6
b7C
b7E

[    ]

I placed a copy of the project milestone (as of May 2011) and system level design of the current contract (COTR –[    ]
on your desk[    ]is working with[    ]for a program status briefing to be held this month and is requesting them to
provide us a[          ]of their ongoing current effort so that we conduct preliminary evaluation and provide
feedback prior to the briefing. Attached is the SOWs I had prepared with a few editing by[        ]will provide copy of
the final version with all changes incorporated shortly.]

  << File:[    ]Contract General SOW 6-15-11 Draft 1.doc >>

CELL/OTD   022730

CELLSITE-15813

(U)  << File: (07a) Statement of Work Task Order 1 (S-NF)_June 2011.doc >>
(U)  << File: (07b) Statement of Work Task Order 2 (S-NF).doc >>

b6
b7C

=====================================================
Classification: SECRET

=====================================================
Classification: SECRET

CELL/OTD    022731

2

CELLSITE-15814

***SECRET***

DATE: 10-24-2012
CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-24-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**Contract**

b3
b7E

**Statement of Work**

**Tracking Technology Unit**

**Science and Technology Branch**

**Operational Technology Division**


CELL/OTD  022732

***SECRET***

CELLSITE-15815

***SECRET***
Statement of Work

(U) (S) **1.0  SCOPE**

(S)

(U) (S) **1.1          OBJECTIVES**

(S)

b1
b3
b7E

(U) (S) The specific objectives of the contract shall include:

- (S)
- (S)
- (S)
- (S)
- (S)
- (S)
- (S)

b1
b3
b7E



***SECRET***

CELL/OTD  022733

***SECRET***
Statement of Work

- (U) To provide engineering services for ████████████████████████

- (U) To report, track, and document processes and outcomes.

(U)   (S) 1.2 BACKGROUND

(S)

(S)

(S)                                                                          b1
                                                                             b3
                                                                             b7E

(S)

(S)

CELL/OTD   022734

***SECRET***
Statement of Work

(S)

(S)

b1
b3
b7E

(U) (S) **2.0 REQUIREMENTS AND DELIVERABLES**

**(U) 2.1 TASKING**

(U) Work under this SOW shall be task-oriented. Each task shall be coordinated with the Contractor by the Contracting Officer's Technical Representative (COTR) and awarded on a task by task basis through the Contracting Officer (CO).  As indicated in each Task Order (TO) SOW, the Contractor shall provide services to include the following:

- Engineering Services for
- Providing and enhancing systems
- Systems
- Systems quality assurance;
- Systems
- Reporting, tracking, documentation development, and presenting;
- Project management to include scheduling, cost management, process analysis and evaluation, project control, and risk management.

(U) The CO shall specify the intended pricing type, firm fixed-price or cost-plus fixed fee, during request for TO proposals. Reference the solicitation documentation for additional information regarding "Ordering Procedures."

(U) For key personnel, the COTR shall require the Contractor to provide a resume demonstrating experience, skills, and education. Once key personnel are approved by the FBI, replacement of those personnel on by the Contractor is subject to review and approval by the COTR. All Contractor personnel shall possess the knowledge and skills necessary to complete the work identified by the FBI.

CELL/OTD   022735

***SECRET***

CELLSITE-15818

***SECRET***
Statement of Work

(U) The Contractor shall be expected to apply a broad base of engineers and support personnel with varying backgrounds in order to maintain the efforts under this contract. At a minimum, the Contractor shall include a copy of the job descriptions to include experience levels and formal education required for each labor category presented in the proposal.

(U) Services provided under each TO shall be performed in accordance with this SOW for the contract as well as contractual terms and conditions. All services and enhancements under this contract shall be conducted with all appropriate legal authority.

(U)  (S) **2.2 REQUIREMENTS**

The Contractor shall meet the system level criteria for performance as stated below:



b1
b3
b7E

(U) 2.2.7     The Contractor system shall require                            and any                            features under this contract to ensure such use are limited to personnel with the required authority.

**(U) 2.3 DELIVERABLES**

(U) The Contractor shall provide any of the following as required in specific Task Order requirements documentation:





***SECRET***
Statement of Work

- Project Deliverables
    - o 
    - o 
    - o Production Run Equipment
- Documentation
    - o White Paper Study Reports
    - o Baseline Design Documentation
    - o Monthly Project Status Reports
- Meetings or Briefings
    - o Kick-Off, Program Management, Status or Technical Integration Meetings
    - o Review or Technical Briefings to include any required materials

b3
b7E

## (U) 3.0 REPORTING AND STATUS REVIEW REQUIREMENTS

**(U) 3.1 Project Progress Reports:** Project progress shall be reported to the COTR on a monthly basis. At a minimum, the report shall include the following information per Task Order: technical accomplishments and status, upcoming milestones, issues/concerns/risks, action items, and projected cost or schedule overruns.

**(U) 3.2 Other Reports:** Other reports that may be required by the contractor on a per-task order basis shall include:

- Test Procedures Report
- Installation Report
- 
- System 
- Training Plans and Manuals
- Task Order Closeout Report
- Contract Closeout Report

**(U) 3.3 Phase Review Meetings:**  Formal phase review meetings shall be conducted at a minimum at the conclusion of each Task Order Phase and include reports for project plans, status, and results.

**(U) 3.4 Other Review Meetings:** Other meetings that may be required by the contractor on a per-task order basis shall include:

- Monthly or Periodic Technical Integration Meetings - To review technical progress, address any technical challenges and barriers, and communicate with project team
- System Requirements Review - To review and baseline the requirements to be satisfied by the proposed system (product)
- Preliminary Design Review - To review and concur on initial system design concepts including exploitation techniques and implementation methodology
- Critical Design Review - To review and approve final system design
- Test Readiness Review - To review test readiness and authorize initiation of testing

CELL/OTD   022737

CELLSITE-15820

***~~SECRET~~***
Statement of Work

- Operational Readiness Review - To review operational readiness and officially accept system (product)

(U) (S) **4.0 SPECIAL CONSIDERATIONS**

(U) **4.1 Health and Safety**

(U) In certain configurations if the Contractor systems ⬜ ⬜ the Contractor shall provide information regarding these topics in writing and make recommendation to reduce such risk.

b1
b3
b7E

(U) (S) **4.2 Security and Restrictions Considerations**

(S)

CELL/OTD   022738

***~~SECRET~~***

SECRET//NOFORN/20360225

DATE: 10-24-2012
CLASSIFIED BY 65179/dml/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-24-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

# STATEMENT OF WORK

☐ **Contract**

## Task Order 1

**Baseline System**

b3
b7E

## 1.0   (U) INTRODUCTION

(S)

## 1.1   (S//NF) Project Description and Background

b1
b3
b7E

(S)

(S)

SECRET//NOFORN/20360225

(S)

b1
b3
b7E

(U) The structure of this statement of work consists of the following: Section 1 provides a broad project description and background of the task requirements; Section 2 details the specific system requirements, key technology areas, concept of operations, and technical strategy; Section 3 lists and describes the tasks to be accomplished; Section 4 lists the deliverables, and Section 5 lists the customer representatives, roles and contact information.

## (U) 2.0   (S//NF) Scope

(U) Within this statement of work, all references to [ ] or [ ] are defined as a product that is [ ] as [ ]

(U) The following requirements as identified in Section 2 shall be provided for under this Task Order to [ ] All capabilities shall be available for utilization [ ] In order to provide all requirements below shall not be accepted.

b3
b7E

## 2.1 Task Overview

(S)

b1
b3
b7E

CELL/OTD   022740
CELLSITE-15823

SECRET//NOFORN/20360225

**2.1.1** [                    ] **Requirements**



**2.1.1.1**

**2.1.1.2**

**2.1.1.3**

**2.1.1.4**

**2.1.1.5**

(S) **2.1.1.6**

**2.1.1.7**

b1
b3
b7E

**2.1.1.8**

**2.1.1.9**

**2.1.1.10**

**2.1.1.11**

**2.1.1.12**

**2.1.1.13**

**2.1.1.14**

**2.1.2  Key Technology Area**

CELL/OTD   022741

CELLSITE-15824

SECRET//NOFORN/20360225



**2.1.2.1**

**2.1.2.2**

**2.1.2.3**

(S) **2.1.2.4**

**2.1.2.5**

b1
b3
b7E

**2.1.2.6**

**2.1.2.7**

## 2.1.3  Operating Requirements

**2.1.3.1**

b3
b7E

**2.1.3.2**

**2.1.3.3**

**2.1.3.4**

**2.1.3.5**    (U) The system shall be

(U) **2.1.4 (S//NF) System Capabilities**

(S)

b1
b3
b7E

CELL/OTD  022742
CELLSITE-15825

SECRET//NOFORN/20360225

(S)

b1
b3
b7E

(U) **2.2   (S//NF) Concept of Operations**

b3
b7E

(U) **2.2.1 (S//NF)**

(S)

b1
b3
b7E

(S)

CELL/OTD    022743    CELLSITE-15826

SECRET//NOFORN/20360225



**2.2.1.8** ✕

(S)

**2.2.1.9** ✕

b1
b3
b7E

(S)

b3
b7E

**2.2.1.10**  The system shall perform the following general sequence of operations:

**2.2.1.10.1** ✕

b1
b3
b7E

(S)

**2.2.1.10.2** ✕

SECRET//NOFORN/20360225

CELL/OTD   022744

CELLSITE-15827

SECRET//NOFORN/20360225

(S) 

(S) **2.2.2.9**

(S)

(S) **2.2.2.10**

(S)

(S) **2.2.2.11**

(S)

b1
b3
b7E

**2.2.2.12**   The system shall perform the following general sequence of operations

**2.2.2.12.1**



(S)

**2.2.2.12.2**

b1
b3
b7E

CELL/OTD    022746

CELLSITE-15829

SECRET//NOFORN/20360225

**2.2.3.11** (U) The system shall perform the following general sequence of operations:



**2.2.3.11.1**

**2.2.3.11.2**

(S)

b1
b3
b7E

**2.2.3.11.3**

CELL/OTD  022749

CELLSITE-15832

SECRET//NOFORN/20360225

(U) A conceivable technical strategy for providing the ⬚
⬚ is described below: the Contractor shall take the following into account
when performing the ⬚ required under this Task Order.

b3
b7E

**2.2.4.5**

**2.2.4.6**

**2.2.4.7**

**2.2.4.8**

**2.2.4.9**

**2.2.4.10**

CELL/OTD   022752
CELLSITE-15835

SECRET//NOFORN/20360225

## 3.0   (U) Task Descriptions

(S//NF) This section describes the tasks to be completed. It is divided into five major areas shall be completed under this Task Order:

(a) **General Project Tasks** – General project tasks include a kickoff meeting to be conducted at the customer's facility, a general project status review conducted at the midpoint of the project, and a monthly meeting at the customer's discretion status reports identifying current task status, risks, mitigations, percent complete, expected date of completion, and actual date of completion for each enhancement feature.

(b) _____ to address the following requirements:

(c)

b3
b7E

(d)

(e) **Demonstration** – Conduct a demonstration of a fully operational system according to the requirements described herein system at the customer facility to include _____

## 4.0   (U) Deliverables

(U) This section describes the deliverable items from the task order.

- (U) Monthly Status Report
- (U) Monthly Program Review
- (U) System Power Requirements for _____
- (U) System Testing Plan
- (U) System _____
- (U) System Demonstration at customer facility
- (U) Pictorial system connection diagram

b3
b7E

CELL/OTD   022753

CELLSITE-15836

- (U) Final Technical Summary Report

## 4.1  Security Standards and Regulations

(U) **SECURITY STATEMENT:** This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information outside those parties designated by the COTR must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. This program in its entirety is restricted from any and all disclosure to any entity considered foreign to the United States. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

## 5.0  Customer Representative

*The Contracting Officer (CO) is the only person from the FBI with the authority to negotiate contractual issues or changes and obligate funding. The Contractor is responsible for any changes made without authorization of the CO.*

| | Contracting Officer | |

*The following Bureau personnel may be contacted after award of the contract in performance of this work and for technical guidance, but are not authorized to negotiate contractual issues or obligate funding:*

b6
b7C

Programmatic and Technical Personnel

a) | | - Project Manager/COTR

b) | | Program Manager/Unit Chief

CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-24-2037

~~SECRET~~//NOFORN/~~20360225~~

## *STATEMENT OF WORK*

| | Contract

## **Task Order 2**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b3
b7E

### 1.0    (U) INTRODUCTION

(S)

(U)  1.1   (S//NF) Project Description and Background

b1
b3
b7E

(S)

(S)

CELL/OTD   022755

CELLSITE-15838

(S)

b1
b3
b7E

(U) The structure of this statement of work consists of the following: Section 1 provides a broad project description and background of the task requirements; Section 2 details the specific system requirements, key technology areas, concept of operations, and technical strategy; Section 3 lists and describes the tasks to be accomplished; Section 4 lists the deliverables, and Section 5 lists the customer representatives, roles and contact information.

(U) **2.0   (S//NF) Scope**

(U) Within this statement of work, all references to a _____ _____ are defined as a product that is _____ _____

(U) The following requirements as identified in Section 2 shall be provided for under this Task Order to _____ All capabilities shall be available for utilization _____ in order to provide all requirements below shall not be accepted.

b3
b7E

## 2.1 Task Overview

(S)

b1
b3
b7E

**2.1.1** [_____] **Requirements**

**2.1.1.1**

(S)

**2.1.1.2**

**2.1.1.3**

CELLSITE-15839

SECRET//NOFORN/20360225



**2.1.2  Key Technology Area**

b1
b3
b7E

SECRET//NOFORN/20360225

SECRET//NOFORN/20360225



**2.1.2.5**

**2.1.2.6**

(S)

**2.1.2.7**

b1
b3
b7E

### 2.1.3  Operating Requirements

**2.1.3.1**

b3
b7E

**2.1.3.2**

**2.1.3.3**

**2.1.3.4**

**2.1.3.5**    (U) The system shall be

CELL/OTD        022758        CELLSITE-15841

SECRET//NOFORN/20360325

(U) **2.1.4 (S//NF) System Capabilities**

b1
b3
b7E

(S)

(U) **2.2  (S//NF) Concept of Operations**

b3
b7E

(U) **2.2.1 (S//NF)**

(S)

b1
b3
b7E

(S)

CELL/OTD   022759      CELLSITE-15842

SECRET//NOFORN/20360225

(S)

b1
b3
b7E

(S)

**2.2.1.10**

**2.2.1.11**  The system shall perform the following general sequence of operations:

b1
b3
b7E

**2.2.1.11.1**

(S)

CELL/OTD      022760

CELLSITE-15843

SECRET//NOFORN/20360225



**2.2.2.12**   The Contractor shall ensure the system is able to perform the following general sequence of operations



b1
b3
b7E

CELL/OTD   022763   CELLSITE-15846

SECRET//NOFORN/20360225

(S)

**2.2.3.11**  (U) The system shall perform the following general sequence of operations:



**2.2.3.11.1**

**2.2.3.11.2**

(S)

b1
b3
b7E

**2.2.3.11.3**

CELL/OTD   022765        CELLSITE-15848

SECRET//NOFORN/20360225

**2.2.4**

b3
b7E

(U) A conceivable technical strategy to provide the
is described below. The Contractor shall take the following into
account when                                     under this Task Order.

**2.2.4.5**

b3
b7E

**2.2.4.6**

**2.2.4.7**

**2.2.4.8**

**2.2.4.9**

**2.2.4.10**

CELL/OTD   022768                    CELLSITE-15851

SECRET//NOFORN/20360225

## 3.0   (U) Task Descriptions

(U)   (S//NF) This section describes the tasks that shall be completed under this Task Order. It is divided into five major areas:

(a) **General Project Tasks** – General project tasks include a kickoff meeting to be conducted at the customer's facility, a general project status review conducted at the midpoint of the project, and a monthly or bi-monthly at the customer's discretion status reports identifying current task status, risks, mitigations, percent complete, expected date of completion, and actual date of completion.



b3
b7E

(e) **Demonstration** – Conduct a demonstration of a fully operational system according to the requirements described herein at the customer facility to include [                    ]

## 4.0   (U) Deliverables

(U) This section describes the deliverable items from the task order.

- (U) Monthly Status Report
- (U) Monthly Program Review
- (U) System Power Requirements for [            ]
- (U) System Testing Plan
- (U) System [                    ]
- (U) System Demonstration at customer facility
- (U) Pictorial system connection diagram
- (U) Final Technical Summary Report

b3
b7E

SECRET//NOFORN/20360225

CELL/OTD   022769   CELLSITE-15852



SECRET//NOFORN/20360225

## 4.1  Security Standards and Regulations

**(U) SECURITY STATEMENT:** This program, all documentation, all associations, all stated and implied requirements are subject to the security requirements of this contract and all Contractor personnel shall adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information outside those parties designated by the COTR shall be pre-approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. This program in its entirety is restricted from any and all disclosure to any entity considered foreign to the United States. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

## 5.0  Customer Representative

*The Contracting Officer (CO) is the only person from the FBI with the authority to negotiate contractual issues or changes and obligate funding. The Contractor is responsible for any changes made without authorization of the CO.*

[                    ] – Contracting Officer        [                              ]

b6
b7C

*The following Bureau personnel may be contacted after award of the contract in performance of this work and for technical guidance, but are not authorized to negotiate contractual issues or obligate funding:*

Programmatic and Technical Personnel

a) [              ] Project Manager/COTR        [              ]

b) [              ] Program Manager/Unit Chief

DATE: 10-24-2012
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-24-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

SECRET//NOFORN/20360225

**Contract**

b3
b7E

## Statement of Work

## Task Order 3

## Federal Bureau of Investigation

CELL/OTD   022710

CELLSITE-15854

~~SECRET~~//NOFORN/~~20360225~~

# *STATEMENT OF WORK*

[   ] **Contract**

## **Task Order 3**

b3
b7E

[                    ]

### 1.0   (U) INTRODUCTION

(S) [                                        ]

(U) ### 1.1  (S/~~NF~~) Project Description and Background

b1
b3
b7E

(S) [                                        ]

(S) [                                        ]

SECRET//NOFORN/20360225

(U) The structure of this statement of work consists of the following: Section 1 provides a broad project description and background of the task requirements; Section 2 details the specific system requirements, key technology areas, concept of operations, and technical approach; Section 3 lists and describes the tasks to be accomplished; Section 4 lists the deliverables, and Section 5 lists the customer representatives, roles and contact information.

## (U) 2.0   (S//NF) Scope

(U) Within this statement of work, all references to ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ are defined as a product that is ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

b3
b7E

### 2.1 Task Overview

(S)

b1
b3
b7E

**2.1.1** ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ **Requirements**

**2.1.1.1**

**2.1.1.2**

**2.1.1.3**

(S)

**2.1.1.4**

**2.1.1.5**

**2.1.1.6**