SECRET//NOFORN/20360225



**2.1.1.7**

**2.1.1.8**
**2.1.1.9**

**2.1.1.10**

(S)   **2.1.1.11**

**2.1.1.12**

**2.1.1.13**

**2.1.1.14**

b1
b3
b7E

### 2.1.2  Key Technology Area



**2.1.2.1**

**2.1.2.2**

**2.1.2.3**

(S)   **2.1.2.4**

**2.1.2.5**

**2.1.2.6**

**2.1.2.7**

SECRET//NOFORN/20360225

CELL/OTD   022713

4

CELLSITE-15857

SECRET//NOFORN/20360225

## 2.1.3  Operating Requirements

2.1.3.1

2.1.3.2                                                                              b3
                                                                                    b7E
2.1.3.3

2.1.3.4

2.1.3.5     (U) The system shall be

(U) 2.1.4 (S//NF) System Capabilities

(S)                                                                                 b1
                                                                                    b3
                                                                                    b7E

(U) 2.2   (S//NF) Concept of Operations

                                                                                    b3
                                                                                    b7E

CELL/OTD   022714   CELLSITE-15858

SECRET//NOFORN/20360225

**2.2.1.8**

**2.2.1.9**  The system performs the following general sequence of operations:

b1
b3
b7E

**2.2.1.9.1**

(S)

**2.2.1.9.2**

**2.2.1.9.3**

**2.2.1.9.4**

CELL/OTD   022716

CELLSITE-15860

(U)  **2.2.2 (S//NF)**

b3
b7E

(S)

(S)

(S)
b1
b3
b7E

(S)

**2.2.2.10**   The system performs the following general sequence of operations

CELL/OTD   022717

CELLSITE-15861

SECRET//NOFORN/20360225

**2.2.3.11**  (U) The system performs the following general sequence of operations:



**2.2.3.11.1**

**2.2.3.11.2**

(S)

b1
b3
b7E

**2.2.3.11.3**

CELL/OTD   022720

CELLSITE-15864

SECRET//NOFORN/20360225

(S)

b1
b3
b7E

**2.2.4  (U)**

b3
b7E

(U) The conceivable technical approach to developing                   is described below.

b3
b7E

**2.2.4.5**

**2.2.4.6**

**2.2.4.7**

SECRET//NOFORN/20360225

CELL/OTD   022722   CELLSITE-15866

~~SECRET//NOFORN/20360225~~



**2.2.4.8**

**2.2.4.9**

**2.2.4.10**

b3
b7E

## 3.0   (U) Task Descriptions

(U) (S//NF) This section describes the tasks to be completed. It is divided into five major areas:

(a) **General Project Tasks** – General project tasks include a kickoff meeting to be conducted at the customer's facility, a general project status review conducted at the midpoint of the project, and a monthly or bi-monthly at the customer's discretion status reports identifying current task status, risks, mitigations, percent complete, expected date of completion, and actual date of completion.

(b)



(c)

(d)

b3
b7E

(e) **Demonstration** – Conduct a demonstration of a working system at the customer facility to include

~~SECRET~~//NOFORN/20360225

## 4.0    (U) Deliverables

(U) This section describes the deliverable items from the task order.

- (U) Monthly or Bi-Monthly Status Report
- (U) Monthly or Bi-Monthly Program Review
- (U) System Power Requirements for ⬚
- (U) System Testing Plan
- (U) System ⬚
- (U) System Demonstration at customer facility
- (U) Pictorial system connection diagram
- (U) Final Technical Summary Report

b3
b7E

## 4.1  Security Standards and Regulations

**(U) SECURITY STATEMENT:** This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

## 5.0  Customer Representative

⬚ – Contracting Officer

b6
b7C

*The following Bureau personnel may be contacted in performance of this work, but are not authorized to negotiate contractual issues:*

Programmatic and Technical Personnel



a) ⬚ – Project Manager/COTR

b) ⬚ – Project Manager/COTR

c) ⬚ – Unit Chief

CELL/OTD  022724          CELLSITE-15868

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-25-2012 BY 65179/dmh/stp/as

**Base Budget**          **Systems**

**Equipment**          **Quantity Unit Price     Total Price**

b3
b4
b7E

**Total**

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-25-2012 BY 65179/dmh/stp/as

(Rev. 05-01-2008)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 12/14/2010

**To:** Finance                    **Attn:** A/SC
                                          CO
    General Counsel          **Attn:** UC
    Operational Technology   **Attn:** UC
                                          UC

                                          ACSO

**From:** Security
       Security Operations Section/Acquisition Security
       Unit/PA-555
       **Contact:**                                          b6
                                                              b7C

**Approved By:**


**Drafted By:**

**Case ID #:** 260A-HQ-1528742 Serial 3741

**Title:** SENSITIVE BUT UNCLASSIFIED (SBU) ACQUISITIONS

**Synopsis:** To advise that a
                        for the identified procurement involving
                        under Requisition

**Reference:** 319W-HQ-A1487699-SECD Serial 4          b3
             319W-HQ-A1487699-SECD Serial 93           b7E
             319W-HQ-A1487699-SECD Serial 481

**Details:** ASU has received a request for a
                              . This procurement is identified as
Requisition        for a



                                                        and
                                                   for the Operational


UNCLASSIFIED                                              ?


CELL/OTD      022058

CELLSITE-15875

UNCLASSIFIED

To: Finance  From:  Security
Re:  260A-HQ-1528742, 12/14/2010


Technology Division,[                                        ]Tracking
Technology Unit.

   Upon review of this request, the procurement does not

[                                                                    ] b3
 b6

   No further action by ASU will be taken unless notified b7C
of [                                                    ] b7E

   Questions concerning this matter should be directed to
Unit Chief [                                        ]

[                                                                    ]

[                                    ] Please provide direct feedback regarding
the Unit's performance in this area by clicking here:
[                                                    ]

UNCLASSIFIED

2

CELL/OTD  022059

UNCLASSIFIED

To:  Finance   From:  Security
Re:  260A-HQ-1528742, 12/14/2010


**LEAD(s):**

Set Lead 1:  (Info)

    FINANCE

        AT WASHINGTON, DC

        For information only.

Set Lead 2:  (Info)

    GENERAL COUNSEL

        AT WASHINGTON, DC

        For information only.

Set Lead 3:  (Info)

    OPERATIONAL TECHNOLOGY

        AT QUANTICO, VA

        For information only.


◆◆

UNCLASSIFIED

3

CELL/OTD    022060

CELLSITE-15877

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 174
Page 14 ~ b1; b3; b7E;
Page 16 ~ b1; b3; b7E;
Page 17 ~ b1; b3; b7E;
Page 18 ~ b1; b3; b7E;
Page 20 ~ b1; b3; b7E;
Page 21 ~ b1; b3; b7E;
Page 29 ~ b1; b3; b7E;
Page 31 ~ b1; b3; b7E;
Page 33 ~ b1; b3; b7E;
Page 35 ~ b1; b3; b7E;
Page 36 ~ b1; b3; b7E;
Page 44 ~ b1; b3; b7E;
Page 46 ~ b1; b3; b7E;
Page 47 ~ b1; b3; b7E;
Page 48 ~ b1; b3; b7E;
Page 50 ~ b1; b3; b7E;
Page 51 ~ b1; b3; b7E;
Page 54 ~ Duplicate;
Page 55 ~ Duplicate;
Page 61 ~ b1; b3; b7E;
Page 63 ~ b1; b3; b7E;
Page 65 ~ b1; b3; b7E;
Page 67 ~ b1; b3; b7E;
Page 68 ~ b1; b3; b7E;
Page 71 ~ Duplicate;
Page 72 ~ Duplicate;
Page 73 ~ Duplicate;
Page 74 ~ Duplicate;
Page 75 ~ Duplicate;
Page 76 ~ Duplicate;
Page 77 ~ Duplicate;
Page 78 ~ Duplicate;
Page 79 ~ Duplicate;
Page 80 ~ Duplicate;
Page 81 ~ Duplicate;
Page 82 ~ Duplicate;
Page 83 ~ Duplicate;
Page 84 ~ Duplicate;
Page 85 ~ Duplicate;
Page 99 ~ b3; b4; b7E;
Page 100 ~ b3; b4; b7E;
Page 106 ~ b3; b4; b7E;
Page 107 ~ b3; b4; b7E;
Page 108 ~ b3; b4; b7E;
Page 109 ~ b3; b4; b7E;
Page 110 ~ b3; b4; b7E;
Page 111 ~ b3; b4; b7E;
Page 112 ~ b3; b4; b7E;
```

```
Page 113 ~ b3; b4; b7E;
Page 114 ~ b3; b4; b7E;
Page 115 ~ b3; b4; b7E;
Page 116 ~ b3; b4; b7E;
Page 117 ~ b3; b4; b7E;
Page 118 ~ b3; b4; b7E;
Page 119 ~ b3; b4; b7E;
Page 120 ~ b3; b4; b7E;
Page 121 ~ b3; b4; b7E;
Page 122 ~ b3; b4; b7E;
Page 123 ~ b3; b4; b7E;
Page 124 ~ b3; b4; b7E;
Page 125 ~ b3; b4; b7E;
Page 126 ~ b3; b4; b7E;
Page 127 ~ b3; b4; b7E;
Page 128 ~ b3; b4; b7E;
Page 129 ~ b3; b4; b7E;
Page 130 ~ b3; b4; b7E;
Page 131 ~ b3; b4; b7E;
Page 132 ~ b3; b4; b7E;
Page 133 ~ b3; b4; b7E;
Page 134 ~ b3; b4; b7E;
Page 135 ~ b3; b4; b7E;
Page 136 ~ b3; b4; b7E;
Page 137 ~ b3; b4; b7E;
Page 138 ~ b3; b4; b7E;
Page 139 ~ b3; b4; b7E;
Page 140 ~ b3; b4; b7E;
Page 141 ~ b3; b4; b7E;
Page 142 ~ b3; b4; b7E;
Page 143 ~ b3; b4; b7E;
Page 144 ~ b3; b4; b7E;
Page 145 ~ b3; b4; b7E;
Page 146 ~ b3; b4; b7E;
Page 147 ~ b3; b4; b7E;
Page 148 ~ b3; b4; b7E;
Page 149 ~ b3; b4; b7E;
Page 150 ~ b3; b4; b7E;
Page 151 ~ b3; b4; b7E;
Page 152 ~ b3; b4; b7E;
Page 153 ~ b3; b4; b7E;
Page 154 ~ b3; b4; b7E;
Page 155 ~ b3; b4; b7E;
Page 156 ~ b3; b4; b7E;
Page 157 ~ b3; b4; b7E;
Page 158 ~ b3; b4; b7E;
Page 159 ~ b3; b4; b7E;
Page 160 ~ b3; b4; b7E;
Page 161 ~ b3; b4; b7E;
Page 162 ~ b3; b4; b7E;
Page 163 ~ b3; b4; b7E;
Page 164 ~ b3; b4; b7E;
Page 165 ~ b3; b4; b7E;
Page 166 ~ b3; b4; b7E;
```

```
Page 167 ~ b3; b4; b7E;
Page 168 ~ b3; b4; b7E;
Page 169 ~ b3; b4; b7E;
Page 170 ~ b3; b4; b7E;
Page 171 ~ b3; b4; b7E;
Page 172 ~ b3; b4; b7E;
Page 173 ~ b3; b4; b7E;
Page 174 ~ b3; b4; b7E;
Page 175 ~ b3; b4; b7E;
Page 176 ~ b3; b4; b7E;
Page 177 ~ b3; b4; b7E;
Page 178 ~ b3; b4; b7E;
Page 179 ~ b3; b4; b7E;
Page 180 ~ b3; b4; b7E;
Page 181 ~ b3; b4; b7E;
Page 182 ~ b3; b4; b7E;
Page 183 ~ b3; b4; b7E;
Page 184 ~ b3; b4; b7E;
Page 185 ~ b3; b4; b7E;
Page 186 ~ b3; b4; b7E;
Page 187 ~ b3; b4; b7E;
Page 188 ~ b3; b4; b7E;
Page 189 ~ b3; b4; b7E;
Page 190 ~ b3; b4; b7E;
Page 191 ~ b3; b4; b7E;
Page 192 ~ b3; b4; b7E;
Page 193 ~ b3; b4; b7E;
Page 194 ~ b3; b4; b7E;
Page 195 ~ b3; b4; b7E;
Page 196 ~ b3; b4; b7E;
Page 197 ~ b3; b4; b7E;
Page 198 ~ b3; b4; b7E;
Page 199 ~ b3; b4; b7E;
Page 200 ~ b3; b4; b7E;
Page 201 ~ b3; b4; b7E;
Page 202 ~ b3; b4; b7E;
Page 203 ~ b3; b4; b7E;
Page 204 ~ b3; b4; b7E;
Page 205 ~ b3; b4; b7E;
Page 209 ~ b3; b4; b7E;
Page 210 ~ b3; b4; b7E;
Page 211 ~ b3; b4; b7E;
Page 212 ~ b3; b4; b7E;
Page 213 ~ b3; b4; b7E;
Page 214 ~ b3; b4; b7E;
Page 215 ~ b3; b4; b7E;
Page 216 ~ b3; b4; b7E;
Page 217 ~ b3; b4; b7E;
Page 218 ~ b3; b4; b7E;
Page 219 ~ b3; b4; b7E;
Page 220 ~ b3; b4; b7E;
Page 221 ~ b3; b4; b7E;
Page 222 ~ b3; b4; b7E;
Page 223 ~ b3; b4; b7E;
```

```
Page 224 ~ b3; b4; b7E;
Page 225 ~ b3; b4; b7E;
Page 226 ~ b3; b4; b7E;
Page 227 ~ b3; b4; b7E;
Page 228 ~ b3; b4; b7E;
Page 229 ~ b3; b4; b7E;
Page 230 ~ b3; b4; b7E;
Page 231 ~ b3; b4; b7E;
Page 232 ~ b3; b4; b7E;
Page 233 ~ b3; b4; b7E;
Page 234 ~ b3; b4; b7E;
Page 235 ~ b3; b4; b7E;
Page 236 ~ b3; b4; b7E;
Page 237 ~ b3; b4; b7E;
Page 238 ~ b3; b4; b7E;
Page 239 ~ b3; b4; b7E;
Page 240 ~ b3; b4; b7E;
Page 241 ~ b3; b4; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-25-2012 BY 65179/dmh/stp/as

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 02/02/2012

**To:**                                          **Attn:**
                                                 **Attn:**
                                                 **Attn:**
                                                 **Attn:**
                                                 **Attn:**

**From:** Operational Technology
                    /Tracking Technology Unit
        **Contact:**

b6
b7C
b7E

**Approved By:**

**Drafted By:**                              jdp

**Case ID #:** (U) 268-HQ-1068430

**Title:** (U)

**Synopsis:** (U) To provide details of
training that will be conducted from
at

**Details:** (U//FOUO) The OTD Tracking Technology Unit (TTU),
manages the FBI capability for     identification and
location of cellular devices, including operator training.

                  The logistical details follow below.

b3
b6
b7C
b7E

    (U) The point of contact for this training is
          telephone number

Class will begin promptly at 8:30 am on Monday.  Please contact
                            if you have any questions
regarding the training facility.

b3
b6
b7C
b7E

MT#37426                    UNCLASSIFIED//FOUO

CELL/OTD 023345

CELLSITE-4280

UNCLASSIFIED//FOUO

To: [_____]   From:   Operational Technology
Re:   (U) 268-HQ-1068430, 02/02/2012

[                                                          ]

                    (U)  Class participants are to use [_____]
[_____]  Students are required to request
enrollment for the class through [_____]  Any
questions regarding this communication can be directed to [____]
[_____]

cc:  [_____] ERF
     [_____]

b3
b6
b7C
b7E

UNCLASSIFIED//FOUO

CELL/OTD  2 023346

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-25-2012 BY 65179/dmh/stp/as

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                          **Date:** 10/09/2008

**To:** Criminal Investigative        **Attn:**

   Finance                          **Attn:**

**From:** Operational Technology
                                         /TTU/ERF                b6
     **Contact:**                                                b7C
                                                                 b7E
**Approved By:**


**Drafted By:**

**Case ID #:** (U)  268-HQ-1068430

**Title:** (U)  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:** To request that the Tracking Technology Unit's
Wireless Intercept and Tracking Team (WITT) provide training for

**Enclosure(s):** FD-369              in the amount of $              b7E

**Details:** The Tracking Technology Unit's Wireless Intercept and
Tracking Team (WITT) is tasked with supporting the

                                                                 b3
                                                                 b7E

UNCLASSIFIED                         wpd

CELLAID 023348



To:   Criminal Investigative   From: Operational Technology
Re:   (U)   268-HQ-1068430, 10/02/2008


      The Contracting Officer Technical Representative (COTR)
for this procurement is Electronics Technician (ET)⬜⬜⬜⬜           b6
⬜⬜⬜⬜ and can be contacted at the Engineering Research Facility,   b7C
located in Quantico, Virginia, for any questions. ⬜⬜⬜⬜          b7E

**UNCLASSIFIED**

2

CELLSITE-4283



~~SECRET~~

```
To:  Criminal Investigative  From: Operational Technology
Re:  (U)  268-HQ-1068430, 10/02/2008
```

**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>CRIMINAL INVESTIGATIVE</u>

        <u>AT WASHINGTON, DC</u>

        <u>The Criminal Investigative Division is requested to</u> approve the [                              ] Funding for amount of $ [          ] is specified on the attached FD-369, requisition [              ]

**Lead 2:  (Action)**

    <u>FINANCE</u>

        <u>AT PSFO, DC</u>

        <u>The Finance Division is requested to approve the</u> procurement [                              ] Funding for amount of $ [          ] is specified on the attached FD-369, requisition [              ]

**CC:**  [                    ]

♦♦

b6
b7C
b7E

**UNCLASSIFIED**

3

CELL/OTD 023350

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-25-2012 BY 65179/dmh/stp/as

_____ (OTD) (FBI)

**From:** _____ OTD) (FBI)
**Sent:** Friday, February 25, 2011 8:20 PM
**To:** _____

b6
b7C
b3
b7E

**Subject:** Statement of Work(s) for _____

I have completed 3 Statement of Works _____ as follow for the _____ The package is now ready for submittal to Quantico Contract Unit. All of the required documents were sent earlier and I have since made changes to only one document _____ which I will attach here. The dates on the previously prepared documents may require change to reflect current date. I plan to prepare one more SOW to address additional requirements.

(07a) Statement of
Work Task O...

(07b) Statement of
Work Task O...

(07c) Statement of
Work Task O...

(02) Acquisition
Plan_____

**From:** _____
**Sent:** Thursday, February 17, 2011 1:14 PM
**To:** _____
**Subject:** _____ Plan Submission to OTD _____

b3
b6
b7C
b7E

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

H_____

I reviewed the Action Items in red that were sent out to OTD from _____ regarding a request for acquisition plans (AP). This requirement is for FY12 APs only. I verified with _____ and because the _____ contract is an FY11 requirement, she will not need a copy of the AP. _____ will provide her with a copy once they have finalized the document and assigned an AP #.

CELL/OTD   022987

CELLSITE-4285

I will review the AP[____] sent out for[____] and provide any recommendations by the end of the week (worst case early next week). I will also verify the process for acquiring the remaining signatures and get back to you with an answer.

Have a good day,

*Contracting Officer*
*Science and Technology Contracts Unit*
*Finance Division*
JEH Bldg Rm[____]
QT-ERF Rm[____]

b3
b7E
b6
b7C

**UNCLASSIFIED**

CELL/OTD   022988

2

CELLSITE-4286

SECRET//NOFORN/20360225

CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-25-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b3
b7E

# Statement of Work

# Task Order 1

# Federal Bureau of Investigation

CELL/OTD   022989

CELLSITE-4287

SECRET//NOFORN/20360225

## *STATEMENT OF WORK*

b3
b7E

# Task Order 1

### 1.0   (U) INTRODUCTION

(S)

b1
b3
b7E

### (U) 1.1   (S//NF) Project Description and Background

(S//NF)

(S)

(S//NF)

b1
b3
b7E

(S)

CELL/OTD   022990

CELLSITE-4288

SECRET//NOFORN/20360225

(U) The structure of this statement of work consists of the following: Section 1 provides a broad project description and background of the task requirements; Section 2 details the specific system requirements, key technology areas, concept of operations, and technical approach; Section 3 lists and describes the tasks to be accomplished; Section 4 lists the deliverables, and Section 5 lists the customer representatives, roles and contact information.

(U)  **2.0  (S//NF) Scope**

b7E

## 2.1 Task Overview

(S//NF)

b1
b3
b7E

(S)

### 2.1.1  Driving System Requirements

**2.1.1.1**

**2.1.1.2**

**2.1.1.3**

(S)

b1
b3
b7E

**2.1.1.4**

**2.1.1.5**

**2.1.1.6**

SECRET//NOFORN/20360225



**2.1.1.7**

**2.1.1.8**

**2.1.1.9**

**2.1.1.10**

(S)

**2.1.1.11**

b1
b3
b7E

**2.1.1.12**

**2.1.1.13**

**2.1.1.14**

## 2.1.2  Key Technology Area

**2.1.2.1**

**2.1.2.2**

**2.1.2.3**

(S)

**2.1.2.4**

**2.1.2.5**

b1
b3
b7E

**2.1.2.6**

**2.1.2.7**

SECRET//NOFORN/20360225

CELL/OTD   022992

CELLSITE-4290



SECRET//NOFORN/20360225

### 2.1.3  Operating Requirements

**2.1.3.1**

**2.1.3.2**

**2.1.3.3**

**2.1.3.4**

**2.1.3.5**

b3
b7E

(U)  ### 2.1.4  (S//NF) System Capabilities

(S//NF)

(S)

b1
b3
b7E

(U)  ## 2.2  (S//NF) Concept of Operations

b3
b7E



CELL/OTD  022993

CELLSITE-4291

SECRET//NOFORN/20360225

**2.2.1.10**

b3
b7E

**2.2.1.11**  The system performs the following general sequence of operations:

**2.2.1.11.1**

**2.2.1.11.2**

b1
b3
b7E

(S)

**2.2.1.11.3**

**2.2.1.11.4**

CELL/OTD   022995

CELLSITE-4293

SECRET//NOFORN/20360225

**2.2.3.11** (U) The system performs the following general sequence of operations:



2.2.3.11.1

2.2.3.11.2

(S)

b1
b3
b7E

2.2.3.11.3

CELL/OTD   022999

CELLSITE-4297

SECRET//NOFORN/20360225

**2.2.4.9**

**2.2.4.10**



b3
b7E

## 3.0   (U) Task Descriptions

(U)  (S//NF) This section describes the tasks to be completed. It is divided into five major areas:



(a)

(b)

(c)

(d)

(e)

b3
b7E

## 4.0   (U) Deliverables

(U) This section describes the deliverable items from the task order.

- (U)
- (U)
- (U)
- (U)
- (U)                                                    platform
- (U)
- (U)
- (U)

b3
b7E

SECRET//NOFORN/20360225

CELL/OTD   023002

CELLSITE-4300

SECRET//NOFORN/20360225

## 4.1  Security Standards and Regulations

**(U) SECURITY STATEMENT:** This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

## 5.0  Customer Representative

Contracting Officer

*The following Bureau personnel may be contacted in performance of this work, but are not authorized to negotiate contractual issues:*

b6
b7C

Programmatic and Technical Personnel

a)

b)

c)

CELL/OTD   023003

CELLSITE-4301

CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-25-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b3
b7E

~~SECRET/NOFORN/20360225~~

# Statement of Work

# Task Order 2

# Federal Bureau of Investigation

CELL/OTD   023004

CELLSITE-4302

SECRET//NOFORN/20360225



# *STATEMENT OF WORK*

# **Task Order 2**

b3
b7E

## 1.0   (U) INTRODUCTION

(S)

## 1.1   (S//NF) Project Description and Background

(U)

b1
b3
b7E

(S//NF)

(S)

(S//NF)

(S)

b1
b3
b7E

CELLSITE-4303

SECRET//NOFORN/20360225

(U) The structure of this statement of work consists of the following: Section 1 provides a broad project description and background of the task requirements; Section 2 details the specific system requirements, key technology areas, concept of operations, and technical approach; Section 3 lists and describes the tasks to be accomplished; Section 4 lists the deliverables, and Section 5 lists the customer representatives, roles and contact information.

(U)  **2.0  (S//NF) Scope**

## 2.1 Task Overview

(S//NF)

b1
b3
b7E

(S)

### 2.1.1  Driving System Requirements

**2.1.1.1**

**2.1.1.2**

(S) **2.1.1.3**

b1
b3
b7E

**2.1.1.4**

**2.1.1.5**

**2.1.1.6**

CELL/OTD  023006                    CELLSITE-4304

SECRET//NOFORN/20360225



**2.1.1.7**

**2.1.1.8**
**2.1.1.9**

**2.1.1.10**

(S)   **2.1.1.11**

**2.1.1.12**

**2.1.1.13**

**2.1.1.14**

b1
b3
b7E

## 2.1.2  Key Technology Area

**2.1.2.1**

**2.1.2.2**

**2.1.2.3**

(S)   **2.1.2.4**

**2.1.2.5**

**2.1.2.6**

**2.1.2.7**

b1
b3
b7E

CELL/OTD   023007

CELLSITE-4305

 SECRET//NOFORN/20360225

### 2.1.3  Operating Requirements

2.1.3.1



b3
b7E

2.1.3.2

2.1.3.3

2.1.3.4

2.1.3.5

(U) **2.1.4 (S//NF) System Capabilities**

(S//NF)



(S)

b3
b7E

(U) **2.2   (S//NF) Concept of Operations**

b3
b7E

CELL/OTD  023008        CELLSITE-4306

SECRET//NOFORN/20360225

**2.2.1.1**

b3
b7E

**2.2.1.11**  The system performs the following general sequence of operations:

**2.2.1.11**

**2.2.1.11**

(S)

b1
b3
b7E

**2.2.1.11.**

**2.2.1.11.**

CELL/OTD   023010

CELLSITE-4308

SECRET//NOFORN/20360225

(S)                                                                          b1
                                                                             b3
                                                                             b7E

**2.2.2.12**   The system performs the following general sequence of operations



b1
b3
b7E

CELL/OTD   023012                    CELLSITE-4310

SECRET//NOFORN/20360225

**2.2.3.11** (U) The system performs the following general sequence of operations:



**2.2.3.11.1**

**2.2.3.11.2**

(S)

b1
b3
b7E

**2.2.3.11.3**

SECRET//NOFORN/20360225

CELL/OTD   023014          · CELLSITE-4312

SECRET//NOFORN/20360225

**2.2.4.8**

**2.2.4.9**

**2.2.4.10**



b3
b7E

## 3.0   (U) Task Descriptions

(U)   (S//NF) This section describes the tasks to be completed. It is divided into five major areas:

(a)

(b)

(c)

(d)

(e)



b3
b7E

CELL/OTD    Q23017    CELLSITE-4315

SECRET//NOFORN/20360225

## 4.0 (U) Deliverables

(U) This section describes the deliverable items from the task order.

- (U)
- (U)
- (U)
- (U)
- (U)
- (U)
- (U)
- (U)

b3
b7E

## 4.1 Security Standards and Regulations

**(U) SECURITY STATEMENT:** This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

## 5.0 Customer Representative

– Contracting Officer

*The following Bureau personnel may be contacted in performance of this work, but are not authorized to negotiate contractual issues:*

b6
b7E

Programmatic and Technical Personnel



a)
b)
c)

CELL/OTD 023018

CELLSITE-4316

~~SECRET//NOFORN~~/20360225

DATE: 10-25-2012
CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-25-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE    b3
                         b7E

# Statement of Work

# Task Order 3

# Federal Bureau of Investigation

SECRET//NOFORN/20360225

# *STATEMENT OF WORK*

b3
b7E

# **Task Order 3**

## 1.0    (U) INTRODUCTION

(S)

b1
b3
b7E

## 1.1   (S//NF) Project Description and Background

(S//NF)

(S)

b1
b3
b7E

(S//NF)

(S)

b1
b3
b7E

SECRET//NOFORN/20360225

.2

CELL/OTD      023020

CELLSITE-4318

SECRET//NOFORN/20360225

(U) The structure of this statement of work consists of the following: Section 1 provides a broad project description and background of the task requirements; Section 2 details the specific system requirements, key technology areas, concept of operations, and technical approach; Section 3 lists and describes the tasks to be accomplished; Section 4 lists the deliverables, and Section 5 lists the customer representatives, roles and contact information.

## (U) 2.0  (S//NF) Scope

b3
b7E

### 2.1 Task Overview

(S//NF)

b1
b3
b7E

(S)

### 2.1.1  Driving System Requirements

**2.1.1.1**

**2.1.1.2**

**2.1.1.3**

b1
b3
b7E

**2.1.1.4**

**2.1.1.5**

**2.1.1.6**

CELLSITE-OTD   023021

CELLSITE-4319

SECRET//NOFORN/20360225



**2.1.1.7**

**2.1.1.8**
**2.1.1.9**

**2.1.1.10**

(S)

**2.1.1.11**

**2.1.1.12**

**2.1.1.13**

**2.1.1.14**

b1
b3
b7E

## 2.1.2  Key Technology Area

**2.1.2.1**

**2.1.2.2**

**2.1.2.3**

(S)

**2.1.2.4**

**2.1.2.5**

**2.1.2.6**

**2.1.2.7**

b1
b3
b7E

SECRET//NOFORN/20360225

CELL/OTD   023022

CELLSITE-4320



SECRET//NOFORN/20360225

### 2.1.3  Operating Requirements

**2.1.3.1**

**2.1.3.2**

b3
b7E

**2.1.3.3**

**2.1.3.4**

**2.1.3.5**

(U)  ### 2.1.4 (S//NF) System Capabilities

(S//NF)

(S)

b1
b3
b7E

(U)  ### 2.2  (S//NF) Concept of Operations

b3
b7E

SECRET//NOFORN/20360225

**2.2.1.8**

b3
b7E

**2.2.1.9**  The system performs the following general sequence of operations:

**2.2.1.9.1**

(S)  **2.2.1.9.2**

b1
b3
b7E

**2.2.1.9.3**

**2.2.1.9.4**

CELL/OTD   023025   CELLSITE-4323

SECRET//NOFORN/20360225

**2.2.3.11** (U) The system performs the following general sequence of operations:



**2.2.3.11.1**

**2.2.3.11.2**

(S)

b1
b3
b7E

**2.2.3.11.3**

SECRET//NOFORN/20360225
11

CELL/OTD   023029      CELLSITE-4327

SECRET//NOFORN/20360225

**2.2.4.8**



b3
b7E

**2.2.4.9**

**2.2.4.10**

## 3.0   (U) Task Descriptions

(U)  (S//NF) This section describes the tasks to be completed. It is divided into five major areas:



(a)

(b)

(c)

b3
b7E

(d)

(e)

SECRET//NOFORN/20360225

CELL/OTD  023032

CELLSITE-4330

SECRET//NOFORN/20360225

## 4.0   (U) Deliverables

(U) This section describes the deliverable items from the task order.

- 
- 
- 
- 
- 
- 
- 

b3
b7E

## 4.1  Security Standards and Regulations

**(U) SECURITY STATEMENT:** This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

## 5.0  Customer Representative

[                    ] – Contracting Officer

[                                        ]

*The following Bureau personnel may be contacted in performance of this work, but are not authorized to negotiate contractual issues:*

b6
b7C

Programmatic and Technical Personnel


a
b
c



CELL/OTD  023033

CELLSITE-4331

~~SECRET//NOFORN/20360225~~

CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-25-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b3
b7E

# Statement of Work

# Task Order 1

# Federal Bureau of Investigation

CELL/OTD   022914

CELLSITE-4334

SECRET//NOFORN/20360225

# STATEMENT OF WORK

b3
b7E



## Task Order 1

## 1.0   (U) INTRODUCTION

(S)

b1
b3
b7E

## (U) 1.1   (S//NF) Project Description and Background

(S//NF)

(S)

b1
b3
b7E

(S//NF)

(S)

b1
b3
b7E

CELL/OTD   022915

CELLSITE-4335

SECRET//NOFORN/20360225 (S)

(U) The structure of this statement of work consists of the following: Section 1 provides a broad project description and background of the task requirements; Section 2 details the specific system requirements, key technology areas, concept of operations, and technical approach; Section 3 lists and describes the tasks to be accomplished; Section 4 lists the deliverables, and Section 5 lists the customer representatives, roles and contact information.

## (U) 2.0   (S//NF) Scope

b3
b7E

### 2.1 Task Overview

(S//NF)

(S)

b1
b3
b7E

### 2.1.1  Driving System Requirements

**2.1.1.1**

**2.1.1.2**

**2.1.1.3**

(S)

b1
b3
b7E

**2.1.1.4**

**2.1.1.5**

**2.1.1.6**

CELL/OTD    022916   CELLSITE-4336

SECRET//NOFORN/20360225



**2.1.2  Key Technology Area**



CELL/OTD    022917

CELLSITE-4337

SECRET//NOFORN/20360325

### 2.1.3  Operating Requirements

**2.1.3.1**

b3
b7E

**2.1.3.2**

**2.1.3.3**

**2.1.3.4**

**2.1.3.5**

(U) **2.1.4 (S//NF) System Capabilities**

(S//NF)

(S)

b1
b3
b7E

(U) **2.2   (S//NF) Concept of Operations**

b3
b7E

CELL/OTD   022918
CELLSITE-4338

SECRET//NOFORN/20360225

**2.2.1.1**

b3
b7E

**2.2.1.11**  The system performs the following general sequence of operations:

**2.2.1.11.1**

**2.2.1.11.2**

(S)

b1
b3
b7E

**2.2.1.11.3**

**2.2.1.11.4**

CELL/OTD   022920

CELLSITE-4340

SECRET//NOFORN/20360225

(S)                                                                      b1
                                                                         b3
                                                                         b7E

**2.2.2.12**   The system performs the following general sequence of operations

**2.2.2.12.1**

**2.2.2.12.2**

(S)                                                                      b1
                                                                         b3
                                                                         b7E

**2.2.2.12.3**

SECRET//NOFORN/20360225
9

CELL/OTD   022922 CELLSITE-4342

SECRET//NOFORN/20360225

**2.2.3.11**  (U) The system performs the following general sequence of operations:



**2.2.3.11.1**

**2.2.3.11.2**

(S)

b1
b3
b7E

**2.2.3.11.3**

CELL/OTD  022924

CELLSITE-4344

**2.2.4.9**

**2.2.4.10**



b3
b7E

## 3.0   (U) Task Descriptions

(S//NF) This section describes the tasks to be completed. It is divided into five major areas:

(a)

(b)

(c)

(d)

(e)



b3
b7E

## 4.0   (U) Deliverables

(U) This section describes the deliverable items from the task order.

- (U
- (U
- (U
- (U
- (U
- (U
- (U
- (U

b3
b7E

CELL/OTD   022927
CELLSITE-4347

SECRET//NOFORN/20360225

## 4.1  Security Standards and Regulations

**(U) SECURITY STATEMENT:** This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

## 5.0  Customer Representative

- Contracting Officer

*The following Bureau personnel may be contacted in performance of this work, but are not authorized to negotiate contractual issues:*

b6
b7C

Programmatic and Technical Personnel





a

b

c

CELL/OTD       022928
CELLSITE-4348

DATE: 10-25-2012
CLASSIFIED BY: 6509 9 dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-25-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b3
b7E

SECRET//NOFORN/20353025

# *STATEMENT OF WORK*

## Task Order 1

(U) **1   (S//NF) SCOPE**

(U) **1.1  (S//NF) Task Overview**

(S//NF)

(S)

b1
b3
b7E

**1.2  (U) Deliverables**

- (U)
- (U)
- (U)
- (U)
- go
- (U)
- (U)
- (U)

b3
b7E

(U) **1.3  (S//NF) Driving System Requirements**

(S//NF)

(S)

b1
b3
b7E

CELL/OTD   022838

CELLSITE-4364

SECRET//NOFORN/20353025

(S) 

(U) *1.3.1 (S//NF) Key Technology Areas*



(S)

a)

b)

c)

d)

b1
b3
b7E

(U) **2   (S//NF) Concept of Operations**

(U) **2.1  (S//NF) Assumptions in Concept of Operations**



(S)

b1
b3
b7E

CELL/OTD  022839

CELLSITE-4365

SECRET//NOFORN/20353025

## (U)  2.1.1  (S//NF) Technical Concept of Operations



(U)

b1
b3
b7E

CELL/OTD   022840

CELLSITE-4366

SECRET//NOFORN/20353025



b1
b3
b7E

(U) **2.1.2 (S//NF) Generalized Sequence of Events**



b1
b3
b7E

CELL/OTD   022841                    CELLSITE-4367

SECRET//NOFORN/20353025



(S)

b1
b3
b7E

(U) **3   (S//NF) Requirements**

## 3.1  Security Standards and Regulations

(U) Refer to [          ] Statement of Work section 2.3 for guidance.

b3
b7E

**(U) SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible**

CELL/OTD   022842

CELLSITE-4368

SECRET//NOFORN/20353025

repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

(U)

## 3.2  (S//NF) Contractor Furnished Documentation

(U) Refer to [          ] Statement of Work section 2.6 for list.

(S//NF) [          ]



(S)

b1
b3
b7E

## 3.3  (U) Status Reporting

(U) Refer to [          ] Statement of Work Section 3.3 for guidance

## 3.4  (U) Formal Meetings

(U) Refer to [          ] Statement of Work Section 3.4 for guidance

b3
b7E

## 3.5  (U) Government Furnished Equipment

(U
(U

(S)

b1
b3
b7E

SECRET//NOFORN//20360217

DATE: 10-26-2012
CLASSIFIED BY 65179 dmh/stp/as
REASON: 1.4 (c,g)
DECLASSIFY ON: 10-26-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b7E

(10-12-99)

# ACQUISITION PLANNING FORM

## FEDERAL BUREAU OF INVESTIGATION

*AP #_____*

1. Unit/Section/Division: <u>Tracking Technology Unit</u>_____<u>Operational Technology Division</u>

2. Acquisition Background and Objectives:

(a)

(S)

(b)

b1
b3
b7E

(S)

(c)  Cost:

1.

b1
b3
b7E

(S)

| Procurement History | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | Total Cost |
|---|---|---|---|---|---|---|
| Direct Labor Cost | | | | | | |
| Equipment Procurement | | | | | | |
| Engineering Service Cost | | | | | | |
| *Subtotal* | | | | | | |
| Indirect Cost Estimate | | | | | | |
| Fee Estimate | | | | | | |
| Total Acquisition Cost | | | | | | |

b7E

CELL/OTD     022822

SECRET//NOFORN//20360217

CELLSITE-4370

SECRET//NOFORN//20360217



2.

(S) ........................................................................................................

b1
b3
b7E

| Most Likely ICGE | FY 2010 | FY 2011 | FY 2012 | FY 2013 | FY 2014 | Total Cost |
|---|---|---|---|---|---|---|
| Direct Labor Cost | | | | | | |
| Equipment Procurement | | | | | | |
| Engineering Service Cost | | | | | | |
| *Subtotal* | | | | | | |
| Indirect Cost Estimate | | | | | | |
| Fee Estimate | | | | | | |
| **Total Acquisition Cost** | | | | | | |

b3
b7E

3. **Application of Should-Cost:** An independent government cost estimate (IGCE) for each fiscal year of the contract has been included. The contract funding shall be for specific task order defined in the Statement of Work and for the procurement of new hardware platforms.

4. **Capability or Performance:** Contractor costs will be directly related to the individual task orders and their specific Statement of Work.

5. **Delivery or Performance-Based Requirements:** Delivery requirements will be dependant on individual task orders and their specific Statement of Work.

6.

7.

8.



b7E

3. Plan of Action:

   a) **Sources:**

b3
b7E

CELL/OTD    022823

SECRET//NOFORN//20360217

CELLSITE-4371

SECRET//NOFORN//20360217

b3
b7E

b)

(S)

b1
b3
b7E

c) **Source Selection Procedures:**

d) **Contracting Considerations:**  The proposed acquisition strategy is to award a contract effort fo[              ]TTU shall evaluate the technical proposal for each specific task order from each vendor and will determine which proposal is the optimal solution based on technical merits and operational advantages.

e) **Budgeting and Funding:** [              ] per year, dependant on specific task orders, will be available from TTU's base budget.

b1
b3
b7E

f)

(S)

g) **Priorities, Allocations, and Allotments:** N/A

h) **Contractor versus Government Performance:** Contract tasks will be for engineering services and purchase of equipment that are not readily available within the government.

i) **Inherently Governmental Functions:** The contractors will not be completing inherently government functions.

CELL/OTD   022824



CELLSITE-4372

SECRET//NOFORN//20360217

j) **Management Information Requirements:**  The contractor's performance will be monitored by the Contract Officer Technical Representative (COTR) and reported to the Unit Chief. The program has also been entered into the OTD Program Management Office's database for tracking at the Section Chief level.

(S)   k) 

b1
b3
b7E

l)   **Test and Evaluation:**

b7E

m) **Logistics Considerations:**  Logistical requirements will be by individual tasks to include warranty, maintenance, upgrade and technical support of purchased items.

n) **Government Furnished Property:**  The government may furnish property based on specific task orders. This property will remain at the contractor's facilities, and the property will be tracked by the COTR.

o) **Government Furnished Information:**  The government may furnish information based on specific task orders. The information will remain at the contractor's facilities, and the information will be tracked by the COTR.

p) **Environmental and Energy Conservation Objectives:**  The contract will use energy star components whenever possible.

q) **Security Considerations:**

b3
b7E

r) **Contract Administration:**  The performance of the contract will be verified by the COTR.

s) **Other Considerations:** *None*

CELL/OTD        022825

SECRET//NOFORN//20360217

CELLSITE-4373

SECRET//NOFORN//20360217

t)   **Milestones for the Acquisition Cycle:**

| **Topic** | **Date** |
|---|---|
| (1) Acquisition Plan Approval | _____ |
| (2) Statement of Work | _____ |
| (3) Specifications | _____ |
| (4) Data Requirements | _____ |
| (5) Completion of Acquisition Package Plan | _____ |
| (6) Purchase Request | _____ |
| (7) Justification and Approvals and/or Determination and Findings | _____ |
| (8) Issuance of Synopsis | _____ |
| (9) Issuance of Solicitation | _____ |
| (10) Evaluations of Proposals, Audits, and Field Reports | _____ |
| (11) Beginning and Completion of Negotiations | |
| (12) Contract Preparation, Review, and Clearance | _____ |
| (13) Contract Award | _____ |

Prepared by and approved:


_____          _____
Technical Staff Member (date)          Budget Staff Member (date)


_____          _____
Legal Review (if applicable) (date)          Contracting Officer (date)


_____
Competition Advocate (Section Chief – PPMS) (date)


Reviewed & Updated/Revised:_____

_____

_____


CELL/OTD   022826

SECRET//NOFORN//20360217

CELLSITE-4374

ON 10-26-2012

Original FY11 Funding Data provided to the

b3
b7E

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20351214
SECRET//NOFORN

2

CELL/OTD   026583

CELLSITE-4375

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 154
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b3; b4; b7E;
Page 5 ~ b3; b4; b7E;
Page 6 ~ b3; b4; b7E;
Page 7 ~ b3; b4; b7E;
Page 8 ~ b3; b4; b7E;
Page 9 ~ b3; b4; b7E;
Page 10 ~ b3; b4; b7E;
Page 11 ~ b3; b4; b7E;
Page 12 ~ b3; b4; b7E;
Page 13 ~ b3; b4; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b4; b7E;
Page 17 ~ b3; b4; b7E;
Page 18 ~ b3; b4; b7E;
Page 19 ~ b3; b4; b7E;
Page 20 ~ b3; b4; b7E;
Page 21 ~ b3; b4; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 29 ~ b3; b4; b7E;
Page 30 ~ b3; b4; b7E;
Page 31 ~ b3; b4; b7E;
Page 32 ~ b3; b4; b7E;
Page 33 ~ b3; b4; b7E;
Page 34 ~ b3; b4; b7E;
Page 35 ~ b3; b4; b7E;
Page 36 ~ b3; b4; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
Page 40 ~ b3; b4; b7E;
Page 41 ~ b3; b4; b7E;
Page 42 ~ b3; b4; b7E;
Page 43 ~ b3; b4; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b7E;
Page 48 ~ b3; b4; b7E;
Page 49 ~ b3; b4; b7E;
```

```
Page 50 ~ b3; b4; b7E;
Page 51 ~ b3; b4; b7E;
Page 53 ~ b3; b4; b6; b7C; b7E;
Page 54 ~ b3; b4; b7E;
Page 55 ~ b3; b4; b7E;
Page 56 ~ b3; b4; b7E;
Page 57 ~ b3; b4; b7E;
Page 58 ~ b3; b4; b7E;
Page 59 ~ b3; b4; b7E;
Page 60 ~ b3; b4; b7E;
Page 61 ~ b3; b4; b7E;
Page 62 ~ b3; b4; b7E;
Page 63 ~ b3; b4; b7E;
Page 77 ~ b3; b4; b7E;
Page 78 ~ b3; b4; b7E;
Page 79 ~ b3; b4; b7E;
Page 80 ~ b3; b4; b7E;
Page 81 ~ b3; b4; b7E;
Page 82 ~ b3; b4; b7E;
Page 83 ~ b3; b4; b7E;
Page 84 ~ b3; b4; b7E;
Page 85 ~ b3; b4; b7E;
Page 86 ~ b3; b4; b7E;
Page 87 ~ b3; b4; b7E;
Page 88 ~ b3; b4; b7E;
Page 89 ~ b3; b4; b7E;
Page 96 ~ b3; b4; b6; b7C; b7E;
Page 97 ~ b3; b4; b7E;
Page 98 ~ b3; b4; b7E;
Page 99 ~ b1; b3; b4; b7E;
Page 100 ~ b1; b3; b4; b7E;
Page 101 ~ b1; b3; b4; b7E;
Page 102 ~ b1; b3; b4; b7E;
Page 103 ~ b1; b3; b4; b7E;
Page 104 ~ b1; b3; b4; b7E;
Page 105 ~ b1; b3; b4; b7E;
Page 106 ~ b3; b4; b7E;
Page 114 ~ b1; b3; b4; b7E;
Page 130 ~ b3; b4; b7E;
Page 139 ~ b1; b3; b7E;
Page 140 ~ b1; b3; b7E;
Page 144 ~ b3; b4; b7E;
Page 145 ~ b3; b4; b7E;
Page 146 ~ b3; b4; b7E;
Page 147 ~ b3; b4; b7E;
Page 148 ~ b3; b4; b7E;
Page 149 ~ b3; b4; b7E;
Page 150 ~ b3; b4; b7E;
Page 151 ~ b3; b4; b7E;
Page 152 ~ b3; b4; b7E;
Page 153 ~ b3; b4; b7E;
Page 154 ~ b3; b4; b7E;
Page 155 ~ b3; b4; b7E;
Page 156 ~ b3; b4; b7E;
```

```
Page 157 ~ b3; b4; b7E;
Page 158 ~ b3; b4; b7E;
Page 159 ~ b3; b4; b7E;
Page 160 ~ b3; b4; b7E;
Page 161 ~ b3; b4; b7E;
Page 162 ~ b3; b4; b6; b7C; b7E;
Page 163 ~ b3; b4; b6; b7C; b7E;
Page 164 ~ b3; b4; b7E;
Page 165 ~ b3; b4; b7E;
Page 166 ~ b3; b4; b7E;
Page 167 ~ b3; b4; b7E;
Page 168 ~ b3; b4; b7E;
Page 169 ~ b3; b4; b7E;
Page 170 ~ b3; b4; b7E;
Page 171 ~ b3; b4; b7E;
Page 172 ~ b3; b4; b7E;
Page 173 ~ b3; b4; b7E;
Page 174 ~ b3; b4; b7E;
Page 175 ~ b3; b4; b7E;
Page 176 ~ b3; b4; b7E;
Page 177 ~ b3; b4; b7E;
Page 178 ~ b3; b4; b7E;
Page 179 ~ b3; b4; b7E;
Page 180 ~ b3; b4; b7E;
Page 181 ~ b3; b4; b7E;
Page 182 ~ b3; b4; b7E;
Page 183 ~ b3; b4; b7E;
Page 184 ~ b3; b4; b7E;
Page 185 ~ b3; b4; b7E;
Page 186 ~ b3; b4; b7E;
Page 187 ~ b3; b4; b7E;
Page 188 ~ b3; b4; b7E;
Page 189 ~ b3; b4; b7E;
Page 190 ~ b3; b4; b7E;
Page 191 ~ b3; b4; b7E;
Page 192 ~ b3; b4; b7E;
Page 193 ~ b3; b4; b7E;
Page 194 ~ b3; b4; b7E;
Page 195 ~ b3; b4; b7E;
Page 196 ~ b3; b4; b7E;
Page 197 ~ b3; b4; b7E;
Page 198 ~ b3; b4; b7E;
Page 199 ~ b3; b4; b7E;
Page 200 ~ b3; b4; b7E;
Page 201 ~ b3; b4; b7E;
Page 202 ~ b3; b4; b7E;
Page 203 ~ b3; b4; b7E;
Page 204 ~ b3; b4; b7E;
Page 205 ~ b3; b4; b7E;
Page 206 ~ b3; b4; b7E;
Page 207 ~ b3; b5; b6; b7C; b7E;
Page 208 ~ b3; b6; b7C; b7E;
```

XXXXXXXXXXXXXXXXXXXXXXXX

```
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/STW

**From:**

**Sent:**     Friday, August 06, 2010 11:20 AM

**To:**

**Cc:**

**Subject:**        &            Proposals

**Attachments:**

Hello

s on her way to            with  classified docs to fax your way.  You should be hearing from her about 11:45am.  She will be faxing the following:

- Technical Proposal

- Technical Proposal

We will also be mailing/FedExing the following:

- Technical Proposal on CD (classified)

- Cost Proposal on CD (unclassified)

- Technical Proposal on CD (classified)

- Cost/Technical Proposal on CD (unclassified)

The           Cost Proposal will be transmitted next week per our discussion earlier this morning.

Also attached to this email are the           Cost/Technical proposal and th            Cost Proposal and associated cover letters.  Sorry the cover letters were addressed only to           is out this week and was used to addressing to

Let's keep our fingers crossed for the FAX working☺

Program Manager

b3
b6
b7C
b7E

8/6/2010

DECLASSIFIED BY 65179 DMH/STW
ON 10-19-2012

**From:**
**Sent:** Tuesday, September 14, 2010 11:44 AM
**To:**
**Subject:** FW: Review (Please Forward)

SECRET//NOFORN
RECORD 268-HQ-1068430

b3
b6
b7C
b7E

Approved

**From:**
**Sent:** Tuesday, September 14, 2010 10:25 AM
**To:**
**Subject:** FW: Review (Please Forward)

SECRET//NOFORN
RECORD 268-HQ-1068430

approved

*Unit Chief*

**From:**
**Sent:** Tuesday, September 14, 2010 10:11 AM
**To:**
**Cc:**
**Subject:** Review (Please Forward)

SECRET//NOFORN
RECORD 268-HQ-1068430

Hi

This is the write up for the ___ review. Please forward to ___ if there are no more additional issues.

Evaluation:

Technical:

The technical portion of the proposal is complete and sufficient, which also meets our desired objectives.

Finance:

The financial portion of the proposal provided sufficient information to allow us to manage costing and accounting during the task execution.

CELLSITE-12467

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STW

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE 1 | OF PAGES 1 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICAITON NO. Mod 1 | 3. EFFECTIVE DATE 06/04/10 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|

6. ISSUED BY

Federal Bureau of Investigation
Room 6853
935 Pennsylvania Ave. NW
Washington, DC 20535

7. ADMINISTERED BY (If other than Item 6)

Same as Item 6.

b3
b6
b7C
b7E

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

X

10B. DATED (SEE ITEM 11)

06/04/10

CODE                    FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a)By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. | OTHER (Specify type of modification and authority) FAR 32.7 Funding |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ——1—— copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where fesible.)

The purpose of this modification is to provide incremental funding for ongoing engineering services under the [          ] effort in the amount of [          ] The period of performance is 6/4/10-6/4/11. All work shall be performed in accordance with the Statement of Work and the terms and conditions of the Contract. All technical guidance will be provided by [          ] [          ] for this effort. Contractor exceeds funding at own risk.

b3
b6
b7C
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-12468

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/STW

12-201 (Rev. 9-6-2006)



### U.S. Department of Justice
#### Federal Bureau of Investigation



## Purchase Order for Supplies or Services

IMPORTANT: Mark all packages and papers with contract and/or order numbers

| 1. Date of Order 06/04/2010 | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. 1 |
|---|---|---|---|---|

**6. To Contractor** (Name, Address and Zip Code):

**7. Ship to** (Consignee and address, Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

**8. Issuing Office** (Address correspondence to):
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.  20535

**9. Send Invoice to:** (Name, Address and Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

b3
b6
b7C
b7E
b4

| 10. Business Classification | 11. F.O.B. Point DESTINATION | 12. Discount Terms NET 30 DAYS |
|---|---|---|

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| CONTRACT | DUE DATE:06/04/2011 | | | | |

ENGINEERING SERVICES

INCREMENTAL FUNDING FOR ONGOING EFFORTS UNDER THE
_____ ALL TECHNICAL GUIDANCE WILL BE
PROVIDED BY _____ COTR FOR THIS
EFFORT. SERVICES WILL BE PERFORMED IN ACCORDANCE WITH
THE SOW. PERIOD OF PERFORMANCE: 6/4/10-6/4/11. TERMS
AND CONDITIONS ARE THOSE IN EFFECT UNDER THE CONTRACT.
CONTRACTOR EXCEEDS FUNDING AT THEIR OWN RISK. INVOICES
TO BE SENT TO _____
*************************************************
ALL PAYMENTS BY THE GOVERNMENT UNDER THIS ORDER SHALL
BE MADE BY ELECTRONIC FUNDS TRANSFER (EFT). THE VENDOR
SHALL PROVIDE THIS INFORMATION ON EACH INVOICE OR
SUBMIT SF-3881 FORM TO:  FBI, COMMERCIAL PAYMENTS UNIT
RM. 1987, J. EDGAR HOOVER BLDG
935 PENNSYLVANIA AVENUE, NW

b6
b7C
b3
b7E

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

| 15. Grand Total ▶ | XXXXXXXXXX |
|---|---|

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

**16. United States of America**
By (Signature)

**Point of Contact - Invoice Payment Status:**
Commercial Payments Unit

**17. Name** (Typed)          XXXXXXXXXX

Title: Contracting Officer

**ORIGINAL**

CELLSITE-12469

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation



## Purchase Order for Supplies or Services

IMPORTANT: Mark all packages and papers with contract and/or order numbers

| 1. Date of Order 06/04/2010 | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. 2 |
|---|---|---|---|---|

| 6. To Contractor (Name, Address and Zip Code): | 7. Ship to (Consignee and address, Zip Code): |
|---|---|
| | FEDERAL BUREAU OF INVESTIGATION ATTN: BUILDING 27958A QUANTICO, VA 22135 |

| 8. Issuing Office (Address correspondence to:) | 9. Send Invoice to: (Name, Address and Zip Code): |
|---|---|
| FEDERAL BUREAU OF INVESTIGATION PROCUREMENT SECTION ROOM 6823, JEH F.B.I. BLDG. WASHINGTON, D. C. 20535 | FEDERAL BUREAU OF INVESTIGATION ATTN: BUILDING 27958A QUANTICO, VA 22135   b3 b6 b7C b7E |

| 10. Business Classification | 11. F.O.B. Point DESTINATION | 12. Discount Terms NET 30 DAYS |
|---|---|---|

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| | WASHINGTON, DC 20535 IF THIS INFORMATION IS NOT AVAILABLE TO THE GOVERNMENT, THE INVOICE WILL BE CONSIDERED AN IMPROPER INVOICE AND SHALL BE RETURNED. ****************************************** A PROPER INVOICE SUBMITTED FOR PAYMENT TO THE FBI MUST CONTAIN THE FOLLOWING: THE NAME OF THE VENDOR; AN INVOICE NUMBER; THE CONTRACT OR PURCHASE ORDER NUMBER; THE INVOICE DATE; DESCRIPTION (I.E. NAME OR ITEM LINE NUMBER), PRICE AND QUANTITY OF GOODS OR SERVICES RENDERED; SHIPPING AND/OR PAYMENT TERMS; TAXPAYER ID#; BANKING / ROUTING NUMBER TO ALLOW EFT PAYMENT; CONTACT NAME, TITLE AND TELEPHONE NUMBER AND ANY OTHER SUBSTANTIATING DOCUMENTATION AS REQUIRED BY THE CONTRACT. | | | | b3 b6 b7C b7E |

| 14. Type of Order | | 15. |
|---|---|---|
| ☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated. | ☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract. | **Grand Total** ➤ |
| CONTRACTOR NUMBER | | See Instructions on Reverse |

| Point of Contact - Purchase Order Information: | 16. United Sta... By (Signa... |
|---|---|
| Point of Contact - Invoice... Commercial Payments Unit - | 17. Name (Typ... Title: Con... |

FEDERAL BUR...

**ORIGINAL**

CELLSITE-12470

********** -COMM. JOURNAL- ********** DATE SEP-16-2010 ***** TIME 09:20 *********

MODE = MEMORY TRANSMISSION          START=SEP-16 09:19    END=SEP-16 09:20

    FILE NO.=021

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---------|-------|---------------------|----------------------|-------|----------|
| 001 | OK | ≊ | | 005/005 | 00:01:02 |

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STW

******************************** - - ***** - ********

**FD-448**
Revised
10-27-2004

FEDERAL BUREAU OF INVESTIGATION
## FACSIMILE COVER SHEET

### PRECEDENCE

○ Immediate      ○ Priority      ○ Routine

### CLASSIFICATION

○ Top Secret    ○ Secret    ○ Confidential    ○ Sensitive    ○ Unclassified

### TO

Name of Office:                              Facsimile Number:    Date: 09/16/2010

Attn:                                        Room:    Telephone Number:

### FROM

Name of Office:                              Number of Pages: (Including cover)
**FBI – Science and Technology Contracts Unit**    **5**

Originator's Name:            Originator's Telephone Number:    Originator's Facsimile Number:

Approved:

b3
b6
b7C
b7E

### DETAILS

Subject:
**Please find attached** accompanying 2 page SF-30 Mod 1.

Special Handling Instructions:
**Please confirm receipt of the modification, sign the SF-30, and fax back to the number above.**

Brief Description of Communication Faxed:
**Thank you for your assistance and have a good day.**

**WARNING**
Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

ALL INFORMATION CONTAINED
~~HEREIN IS UNCLASSIFIED~~
DATE 10-18-2012 BY 65179 DMH/STW

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE 1 | OF PAGES 2 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICAITON NO. Mod 1 | 3. EFFECTIVE DATE 09/14/10 | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicble) |
|---|---|---|---|---|

| 6. ISSUED BY | CODE |
|---|---|

Federal Bureau of Investigation

935 Pennsylvania Ave. NW
Washington, DC 20535

| 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|

Same as Item 6.

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) |
|---|---|

| (X) | 9A. AMENDMENT OF SOLICIATION NO. |
|---|---|
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | 10B. DATED (SEE ITEM 11)  09/14/10 |

b3
b6
b7C
b7E

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a)By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. | OTHER (Specify type of modification and authority)  FAR 32.7 Funding |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return _____1_____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Please see attached document for details.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Contracts Manager | Contracting Officer |

b6
b7C

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-12472

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/STW

# SF-30 AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

## SF-30 PAGE 2 OF 2

Purchase Order Number

Modification # 1

b3
b6
b7C
b7E

The purpose of this modification is to provide incremental funding in the amount of [ ] for services under [ ] Task Order. Period of Performance: 9/14/10-9/14/11. All technical guidance to come from [ ] Services to be performed in accordance with the sow and documents below.

Documentation Incorporated:
The following documents are hereby incorporated into the SOW for this Task Order under [ ]

b3
b7E

Award Summary:
The FBI the hereby awards this Task Order on the following estimates provided in [ ] dated 9/9/10 under the previously agreed up on Cost-Plus Fixed Fee pricing:

- Development [ ]
- [ ]

The Total estimated cost of this Task Order is [ ] The FBI provides incremental funding through [ ] in the amount [ ]

b3
b6
b7C
b7E

General:
Terms and conditions are those in effect under the contract. Contractor exceeds funding at own risk. Invoices to be sent to [ ] COTR.

CELLSITE-12473

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-17-2012 BY 65179 DMH/STW

## Purchase Order for Supplies or Services

| 1. Date of Order | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. |
|---|---|---|---|---|
| 09/14/2010 | | | | 1 |

**6. To Contractor** *(Name, Address and Zip Code)*:

**7. Ship to** *(Consignee and address, Zip Code)*:
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

**8. Issuing Office** *(Address correspondence to:)*
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.  20535

**9. Send Invoice to:** *(Name, Address and Zip Code)*:
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

b3
b4
b6
b7C
b7E

| 10. Business Classification | 11. F.O.B. Point DESTINATION | 12. Discount Terms NET 30 DAYS |
|---|---|---|

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| CONTRACT | DUE DATE:09/14/2011 | | | | |
| | ENGINEERING SERVICES | | | | |

INCREMENTAL FUNDING FOR          TASK ORDER.  TECHNICAL
GUIDANCE TO COME FROM
SERVICES TO BE PERFORMED IN ACCORDANCE WITH THE SOW.
POP: 9/14/10-9/14/11. TERMS AND CONDITIONS ARE THOSE IN
EFFECT UNDER THE CONTRACT. CONTRACTOR EXCEEDS FUNDING
AT OWN RISK. SEND INVOICES TO          COTR.
*************************************************
ALL PAYMENTS BY THE GOVERNMENT UNDER THIS ORDER SHALL
BE MADE BY ELECTRONIC FUNDS TRANSFER (EFT).  THE VENDOR
SHALL PROVIDE THIS INFORMATION ON EACH INVOICE OR
SUBMIT SF-3881 FORM TO:   FBI, COMMERCIAL PAYMENTS UNIT
                          RM. 1987, J. EDGAR HOOVER BLDG
                          935 PENNSYLVANIA AVENUE, NW

b3
b6
b7C
b7E

**14. Type of Order**
☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**15. Grand Total** ▶ XXXXXXXXXXX

*See Instructions on Reverse*

Point of Contact - Purchase Order Information:

Point of Contact - Invoice Payment Status:
Commercial Payments Unit

**16. United States of America By** *(Signature)*

**17. Name** *(Typed)*        XXXXXXXXXXX

*Title: Contracting Officer*

**B - BUYER**

CELLSITE-12474

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation

| | **Purchase Order for Supplies or Services** | | |

| 1. Date of Order **09/14/2010** | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. **2** |
|---|---|---|---|---|

**6. To Contractor** *(Name, Address and Zip Code)*:

**7. Ship to** *(Consignee and address, Zip Code)*:
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA 22135

**8. Issuing Office** *(Address correspondence to)*:
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C. 20535

**9. Send Invoice to:** *(Name, Address and Zip Code)*:
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA 22135

b3
b6
b7C
b7E

**10. Business Classification**

**11. F.O.B. Point**
DESTINATION

**12. Discount Terms**
NET 30 DAYS

**13. Schedule**

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| | WASHINGTON, DC 20535 IF THIS INFORMATION IS NOT AVAILABLE TO THE GOVERNMENT, THE INVOICE WILL BE CONSIDERED AN IMPROPER INVOICE AND SHALL BE RETURNED. ************************************************ A PROPER INVOICE SUBMITTED FOR PAYMENT TO THE FBI MUST CONTAIN THE FOLLOWING: THE NAME OF THE VENDOR; AN INVOICE NUMBER; THE CONTRACT OR PURCHASE ORDER NUMBER; THE INVOICE DATE; DESCRIPTION (I.E. NAME OR ITEM LINE NUMBER), PRICE AND QUANTITY OF GOODS OR SERVICES RENDERED; SHIPPING AND/OR PAYMENT TERMS; TAXPAYER ID#; BANKING / ROUTING NUMBER TO ALLOW EFT PAYMENT; CONTACT NAME, TITLE AND TELEPHONE NUMBER AND ANY OTHER SUBSTANTIATING DOCUMENTATION AS REQUIRED BY THE CONTRACT. | | | | b3 b6 b7C b7E |

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

CONTRACTOR NUMBER

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**15.**
**Grand Total** ➡

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

Commercial Payments Unit

**16. United**
**By (S**

**17. Name**

*Title: Contracting Officer*

SECRET NF

**Technical Questions / Responses**

DATE: 10-19-2012
CLASSIFIED BY 65179 DMH/ST
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-19-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

Reference Documents  ( ✓ )

- Doc A          Technical Proposal
- Doc B          Program          Task Order 1,
  Statement of Work

(S)

b1
b3
b4
b6
b7C
b7E

DERIVED FM NSICG-20080301
DECLAS ON 20350629

9/1/2010

SECRET

489

SECRET NF

## Technical Questions / Responses

(S)

b1
b3
b7E

(U///FOUO) Question: 2. Section 2.0 – Scope of Work, paragraph 3, states these tasks are based on

b3
b7E

(S)

b1
b3
b7E

(U//FOUO) Response:  The development portion of this proposal will result in a

- (U//FOUO) Please clarify what characteristics or functions are supported in the stated

(U//FOUO) Response:  The Sponsor will have full control of disclosure and access of any                    specific capabilities.  The Sponsor will also have control

the                              These capabilities will be agreed upon between the

b3
b7E

9/1/2010

SECRET NF

CELLSITE-12490

SECRET NF

**Technical Questions / Responses**

Sponsor and Contractor during the [redacted] development process and
protected appropriately to meet the intent within cost and schedule constraints.

b1
b3
b7E

(u) See # 8 in assumptions

(S)

**(U///FOUO) Response:**  The Sponsor will have full control of disclosure and
access of any [redacted] specific capabilities.  The Sponsor will also have control

the [redacted] These capabilities will be agreed upon between the
Sponsor and Contractor during the [redacted] development process and
protected appropriately to meet the intent within cost and schedule constraints.

b3
b7E

- **(U///FOUO)** Please clarify [redacted]

(S)

b1
b3
b7E

- **(U///FOUO)** Please clarify if under Section 3.3 [redacted]

**(U//FOUO) Response:**  The Sponsor will have full control of disclosure and
access of any [redacted] specific capabilities [redacted]

The Sponsor will also have control [redacted] to the [redacted] These
capabilities will be agreed upon between the Sponsor and Contractor during the

b3
b7E

SECRET NF

CELLSITE-12491

SECRET NF

## Technical Questions / Responses

(S)          b1
b3
b7E

**(U//FOUO) Response:** The Sponsor will have full control of disclosure and access of any [ ] specific capabilities.

The Sponsor will also have control [ ] to the [ ] mission. These capabilities will be agreed upon between the Sponsor and Contractor during the

b3
b7E

**(U//FOUO) Question:** 3. Section 3.1 – Assumptions, paragraph 1, states that since this

b3
b7E

Please provide

b1
b3
b7E

**(U//FOUO) Response:**

b1
b3
b7E

(S)

(S)

SECRET NF

CELLSITE-12492

SECRET NF

**Technical Questions / Responses**

(S)

b1
b3
b7E

**(U//FOUO) Question:** 5. Section 2.2

b3
b7E

(S)

b1
b3
b7E

(U) (S)

*(Redline Response Change Cost Proposal)*

**(U//FOUO) Question:** 6. Section 2.4

b3
b7E

(S)

b1
b3
b7E

(U) Optional Feature

SECRET NF

**9/1/2010**

CELLSITE-12493

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STW

**FD-448**
Revised
10-27-2004

FEDERAL BUREAU OF INVESTIGATION
# FACSIMILE COVER SHEET

## PRECEDENCE

◯ Immediate          ☒ Priority          ◯ Routine

## CLASSIFICATION

◯ Top Secret     ◯ Secret     ◯ Confidential     ◯ Sensitive     ◯ Unclassified

## TO

Name of Office:

Date:
08/26/2010

Attn:                                                    Room;     Telephone Number:

## FROM

Name of Office:
**FBI – Science and Technology Contracts Unit**

Number of Pages: (including cover)
**9**

Originator's Name:

COT|

Originator's Telephone Number:

Originator's Facsimile Number:
*(unclass)*

b3
b6
b7C
b7E

## DETAILS

Subject:

Special Handling Instructions:
**Please confirm receipt of documentation:**

Please sign this unclassified fax cover
+ fax back to # above.

Brief Description of Communication Faxed:
**Thank you for your assistance and have a good day.**

## WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.



b6
b7C

CELLSITE-12505

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STW



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

26 August 2010

Contract:
Subject:        Request for Clarification on
                Task Order Proposals

Enclosed please find the FBI's responses to [        ] Technical and/or Cost proposals for the
[                                    ] Task Orders to be performed under the above Contract. Please
review and prepare responds or for discussion to any questions or requests for clarifications
regarding the Cost and Technical Proposals for next week.

                  b3
                  b6
                  b7C
                  b7E

This proposed tasking is intended as a Cost-Plus Fixed Fee requirement and as such, in
accordance with the previously agreed upon terms and conditions of this contract, revise the Cost
documentation to reflect a 10% fee structure. All Terms and Conditions under the [                    ]
[                                    ] are unchanged and binding for all subsequent actions, including this
intended Tasking.

To reduce administrative burdens, please make necessary changes to those affected pages and
provide them for replacement in original documentation.

If I can be of further assistance with this effort you may contact me at

Sincerely

Contracting Officer

*unclassified*

CELLSITE-12506

20350825 , Derived from Multiple Sources

~~SECRET~~//NOFORN/20350825

**Technical Questions:**

DATE: 10-19-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-19-2037

Reference Documents
- Doc A                    Technical Proposal                                      b3
- Doc B.                                                                            b7E
  Statement of Work

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

Clarifications

(S)

(S//NF)

(S)

b1
b3
b7E

(U//FOUO)  2.  Section 2.0 – Scope of Work, paragraph 3, states these tasks are
based on                                                                           b3
results being incorporated into the                                                b7E

(S)

b1
b3
b7E

~~SECRET~~//NOFORN/20350825

SITE-12507

SECRET//NOFORN/20350825

(S)

    b1
    b3
    b7E

- (U//FOUO) Please clarify what characteristics or functions are supported in the stated

(S)

- (U//FOUO)  Please clarify

- (U//FOUO)  Please clarify

(S)

(U//FOUO) 3.  Section 3.1 – Assumptions, paragraph 1, states that since this development will require

    b3
    b7E

- Please provide a program status for the

(S)

(U//FOUO) 5.  Section 2.2 –

    b1
    b3
    b7E



SECRET//NOFORN/20350825

CELLSITE-12508

SECRET//NOFORN/20350825

(S)

(U//FOUO)  6.  Section 2.4

b1
b3
b7E

(S)

ELLSITE 1b3
3 of 3  b7E

\*\*\*\*\*\*\*\*\*\*\*\*\*\* –COMM. JOURNAL– \*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DATE JUL–01–2010 \*\*\*\*\* TIME 15:11 \*\*\*\*\*\*\*\*

MODE = MEMORY TRANSMISSION          START=JUL–01 15:10      END=JUL–01 15:11

FILE NO.=811

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/TEL NO. | | PAGES | DURATION |
|---------|-------|---------------------|----------------------|---|-------|----------|
| 001 | OK | ✳ | | | 001/001 | 00:00:17 |

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10–19–2012 BY 65179 DMH/STW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* –          – \*\*\*\* –                  \*\*\*\*\*\*\*\*
JUL. 1. 2010  4:49PM   RETRIEVER                                   . 1

THE HIGHEST CLASSIFICATION CONTAINED
HEREIN IS:

DATE: 1 July 2010          b3

OFAX                       b6
                           b7C
                           b7E

## SECURE FAX HEADER SHEET

TO: _F B I_
_Engineering Research Facility_
_Bldg. 27958A_
_Q'Vantico VA 22135_

FROM

ATTN

STU-III FAX#:

UNCLASS FAX#:

UNCLASSIFIED
SUBJECT/COMMENT          _Questions 5 Pgs_
_+ LTR (Unclas) 1 Pg_

THIS FAX CONSISTS OF HEADER + **6** PAGES.

PLEASE SIGN THE DOCUMENT RECEIPT BELOW AND FAX BACK TO EITHER NUMBER

                                    _7/1/10_

THE HIGHEST CLASSIFICATION CONTAINED
HEREIN IS:

THIS HEADER SHEET IS UNCLASSIFIED

ELLSITE-12510

**FD-448**
Revised
10-27-2004

## FEDERAL BUREAU OF INVESTIGATION
# FACSIMILE COVER SHEET

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STW

### PRECEDENCE

○ Immediate          ○ Priority          ○ Routine

### CLASSIFICATION

○ Top Secret     ● Secret     ○ Confidential     ○ Sensitive     ○ Unclassified

### TO

| Name of Office: | Facsimile Number: | Date: 07/13/2010 |
|---|---|---|
| Attn: | Room: | Telephone Number: |

### FROM

| Name of Office: FBI - Quantico Contracts Unit | Number of Pages: (including cover) 30 |
|---|---|
| Originator's Name: | Originator's Telephone Number: | Originator's Facsimile Number: |

Approved:

### DETAILS

Subject:

Special Handling Instructions:
**Unclass Fax:** [                ]     **Secure Fax:** [                ]

b3
b6
b7C
b7E

Brief Description of Communication Faxed:
**Thank you and have a good day.**

**WARNING**
Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18,USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

*13 July 2010*

DOJFBI012512

```
**************** -COMM. JOURNAL- ******************** DATE JUL-13-2010 ***** TIME 14:27 ********

     MODE = TRANSMISSION                    START=JUL-13 14:26      END=JUL-13 14:27

       FILE NO.=028

 STN    COMM.   ONE-TOUCH/   STATION NAME/TEL NO.                    PAGES      DURATION
 NO.             ABBR NO.

 001    634     <01>         SEND                                     000       00:00:00
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STW

```
*********************************** -              - ***** -              - **********
```

b3
b7E

7/13/10

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STW



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

13 July 2010

Subject:

Dear

    Please find enclosed a copy of the Statements of Work (SOW) for engineering services developed by the Federal Bureau of Investigation (FBI).

    The FBI is interested in obtaining a proposal for this task to be performed in accordance with the subject Contract. Contractor shall provide technical and cost proposals to support tasking as set forth in the Statement of Work.

    If there are any question regarding this SOW please submit them to my office within the next five (5) business days.

b3
b6
b7C
b7E

    It is therefore requested that your company review the enclosed SOW and if the proposed contract vehicle is appropriate, Cost-Plus Fixed Fee (CPFF), a cost and technical proposal should be submitted in accordance with the terms and conditions of the FBI's Contract prior to but no later than August 3, 2010 1:00 PM EST. Unclassified proposals maybe email to

    Should you have any questions concerning this matter, please contact me at                    response may be faxed to                    secure fa

Sincerely,

Contracting Officer

Attached: Statement of Work for

SECRET//NOFORN/20350401

# *STATEMENT OF WORK*

DATE: 10-19-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-19-2037

**Program**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b3
b7E

Federal Bureau of Investigation

Derived From: NSISCG-20080201
Declassify On: 20350401

CELLSITE-12515

~~SECRET~~//NOFORN/20350401

(U)

# 1  (S//NF)  SCOPE

(S) _____  b1
                                                      b3
                                                      b7E

## 1.1  (U//FOUO//LES)  Task Overview

(U//FOUO/LES) All documentation as described in the [____] Statement of Work section 2.6 will be made available for the government.

(U//FOUO/LES) All requirements as detailed in sections 3.1, 3.2 and 3.3 of the [____] Statement of Work will be included under this Task Order. Weekly status reporting required in section 3.3 will be acceptable in an email format and delivered to both the CO and COTR.

b3
b7E

## 1.2  (U//FOUO)  Deliverables

- (U//FOUO)  Weekly Status Report (See Section 3.3)
- (U//FOUO)  Monthly Program Review (See Section 3.3)
- (U//FOUO)  System Testing Plan (See Section 3.2)
- (U//FOUO) [_____]
- (U//FOUO)  System Demonstration at contractor facility
- (U//FOUO) [_____]
- (U//FOUO)  Final Technical Summary Report (See Section 3.2)

## 1.3

(S) _____  b1
                                                      b3
                                                      b7E

CELLSITE-12516

SECRET//NOFORN/20350401

(S)

b1
b3
b7E

## 1.3.1 (U//FOUO)  Key Technology Areas

a)

b)

b3
b7E

c)

(S)

b1
b3
b7E

CELLSITE-12517

SECRET//NOFORN/20350401



(S)

b1
b3
b7E

(U) **3  (S//NF)  Requirements**

The Contractor shall adhere to the following:

(S)

b1
b3
b7E

(U//FOUO/LES)  Vendor shall use

b1
b3
b7E

(S)

(U//FOUO/LES)  Vendor shall provide for

(U//FOUO/LES)  Vendor shall provide for

b3
b7E

SECRET//NOFORN/20350401

CELLSITE-12518

SECRET//NOFORN/20350401



(S)

b1
b3
b7E

## 3.1  (U//FOUO)  Security Standards and Regulations

(U//FOUO)  Refer to [             ] Statement of Work section 2.3 for guidance.

**(U//FOUO)  SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.**

## 3.2  (U//FOUO)  Contractor Furnished Documentation

(U//FOUO)  Refer to [             ] Statement of Work section 2.6 for list.

b3
b7E

## 3.3  (U//FOUO)  Status Reporting

(U//FOUO)  Refer to [             ] Statement of Work Section 3.3 for guidance

## 3.4  (U//FOUO)  Formal Meetings

(U//FOUO)  Refer to [             ] Statement of Work Section 3.4 for guidance

## 3.5  (U//FOUO)  Government Furnished Equipment

(U//FOUO)  Government shall not supply any systems for fulfillment of this task.

CELLSITE-12519

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STW

**From:**

**Sent:**   Thursday, July 01, 2010 5:38 PM

**To:**

**Cc:**

**Subject:** RE:            Meeting / Action items

b3
b6
b7C
b7E

Thank you            for this letter.

I wish to address immediately th[                        ]t we will begin efforts on this project next week.[                                                                ] INCLASSIFIED.  The primary place of performance will be at ou[            ]for the unclassified effort.  The Technical Point of Contact is[            ]he can be reached at work[            ] by cell phone at[            ]and e-mail to[            ] Please copy Contracts on all e-mails. Deliverables will be per our 9/14/09 proposal.  We are looking at our schedule, and will work to have a final product by the 9/30/10 end date; however, more information on the schedule with be forthcoming.

Best regards,

*"This information is only intended for the use of the individual or entity named in this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this email in error, please notify me and delete it immediately."*

**From**

**Sent:** Thursday, July 01, 2010 5:12 PM

**To**

**Cc**

**Subject:** RE            Meeting / Action items

b3
b6
b7C
b7E

Good Afternoon,

Thank you for taking the time to discuss[            ]and other action items today on conference call. Please find the attached response to the list of action items from our 6/23/10 program meeting and other referenced topics from our conversation earlier today. I wrote the letter prior to our discussion, as a result, please be advised, some information may be redundant.

If you would like a signed copy of the letter please let me know to which # you would like me to fax it.

Have a good day.

CELLSITE-12521

**From:**
**Sent:** Monday, June 28, 2010 5:12 PM
**To:**
**Cc:**
**Subjec[ ]** Meeting / Action items

Good day, attached is the action items from our recent meeting 23 June 2010.  Please note that there are several actions that require input from the Customer for due dates.  We would appreciate your support in filling in these dates and returning the enclosure with the dates to us hopefully within 10 business days.

_Mtg_Action_It.doc>>

b3
b6
b7C
b7E

Thank you so much, it was such a pleasure to meet you last week.

Best regards,

*"This information is only intended for the use of the individual or entity named in this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this email in error, please notify me and delete it immediately."*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STW

### Revised Estimate at Completion Documentation
#### 4/21/11 FBI Revision

| Summary of Completion Estimates & Remaining Funds | |
|---|---|
| **Voucher Number** | **Invoice Amt** |
| 1 | $ |
| 2 | $ |
| 3 | $ |
| 4 | $ |
| 5 | $ |
| 6 | $ |
| 7 | $ |
| 8 | $ |
| 9 | $ |

b3
b7E

Total Invoiced [1]                                         $
**Proposed Contract Value**                               $
Remaining after Invoiced Total [2]                        $
Hold [ ] of Invoiced Contract Value [3]                   $
**Remaining after "Hold"**                                $
Funds Remaining on PO [4]                                 $
Total Remaining for Reallocation                          $

**$ to Hold: for Contract Close out & Voucher 9** [5]     $
**Total Remaining for Reallocation** [6]                  $

Note 1: The "Invoiced Total" provides a sum of all invoiced costs to date to include

Note 2: Corresponds to [ ] February "Contract Value" and subtract the "Invoiced Total"; this revised calculation should correspond to [ ] "Remaining" figure.

Note 3 [ ] requested that [ ] be held for residual administration and potential [ ] adjustments. The FBI can accept this proposal. Our revised figure reflects [ ] of the Total Invoiced Amount.

Note 4: Purchase Order [ ] provided [ ] for the [ ]

Note 5: Per conference call 4/21/11, [ ] will provide Voucher 9 in April for rates adjustments per FY11 [ ] calendar year for [ ] The FBI will reserve [ ] of the contract value and the Voucher 9 estimate for this anticipated Voucher figure and contract close out of the [ ] contract.

Note 6: Remaining for reallocation minus the funds reserved for contract close out and voucher 9. This figure may be available for [ ] taskings [ ] is the tangible follow-on effort from the [ ] effort.

CELLSITE-12523

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STW

## Revised Estimate at Completion Documentation
### 4/19/11 FBI Revision

| Summary of Completion Estimates & Remaining Funds | |
|---|---|
| **Voucher Number** | **Invoice Amt** |
| 1 | $ |
| 2 | $ |
| 3 | $ |
| 4 | $ |
| 5 | $ |
| 6 | $ |
| 7 | $ |
| 8 | $ |

Total Invoiced [1]                                       $

Proposed Contract Value                        $
Remaining after Invoiced Total [2]          $

Hold [  ] of Invoiced Contract Value [3]    $
Remaining after "Hold"                          $

Funds Remaining on PO [4]                     $

Total Remaining for Transfer                   $

b3
b7E
b6
b7C

Note 1: The "Invoiced Total" provides a sum of all invoiced costs to date to include: etc. This figure should correlate "Total Price" on [          ] February [          ] Please note that the discrepancy in Invoice #6 is currently being processed [          ] and Invoice #8 is still being reviewed prior to approval and processing.

Note 2: Corresponds to [          ] February "Contract Value" and subtract the "Invoiced Total"; this revised calculation should correspond to [          ] "Remaining" figure.

Note 3: [          ] requested that [          ] be held for residual administration and potential [          ] The FBI can accept this proposal. Our revised figure reflects [    ] of the Total Invoiced Amount.

Note 4: Purchase Order [          ] provided [          ] for the [          ] The FBI acknowledges [          ] proposed Contract Value as the estimated cost for this effort. The [          ] proposed figure when subtracted from the PO yields the remaining [    ] the FBI wishes to include in the "Remaining" funding intended for transfer to the [          ] taskable bucket. The final figure on the above chart adds this remaining funding on the PO to the "Remaining after Hold"

524

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-19-2012 BY 65179 DMH/STW

**From:**
**Sent:** Tuesday, April 19, 2011 3:40 PM
**To:**
**Subject:** RE: March _____ Invoices
**Attachments:**

Good Afternoon

We have reviewed our records and it appears we processed the Invoice #6 we originally received (Attachment 1). I expedited the payment process for the difference and was able to submit the Invoice for the remaining balance to our payment office today. It should be rectified in a few days.

Could you please give a short summary of the work that was completed under th_____ billing for Invoice #8? I thought we had completed this project; or are these the hours you estimated would be required for clean up and mailing back _____ Should we anticipate any other invoices under

b3
b6
b7C
b7E

I've finished running through the figures for th_____ Estimate at Completion figures. Attached is my summary of remaining funds which differ slightly to your February EAC since I added actuals from the last few months and other residual funding on the PO. Please review and let me know when you would like to discuss the differences. I've included a quick explanation to assist in your review. Please let me know if you have any questions.

Thank you again for all your assistance,

**From**
**Sent:** Monday, April 18, 2011 11:39 AM
**To:**
**Cc:**
**Subject:** RE: March _____ Invoices

Hello,

I have attached the invoices for this month.

Please note: _____ ended 3/31/2011 (Voucher No 8)
Voucher No. 6 for _____ is for the difference in the incorrect invoice paid _____ vs the one which including an extra month of charges that you should have received _____ The difference is

b3
b6
b7C
b7E

Have a great day,

Contracts - Proprietary Programs
Phone

4/20/2011

CELLSITE-12525

2 March 2011

In Reply Please Refer to:

935 Pennsylvania Ave. N.W.
JEH Bldg Room 6853
Washington, D.C. 20535

Attention: [redacted] Contracting Officer

Subject: [redacted]

Reference: (a) [redacted]

Attachment: [redacted] Estimate at Completion Calculation

Dea[redacted]

b3
b6
b7C
b7E

Please see the attached information regarding liabilities of accrued expenses through March 31, 2011, the end of the Period of Performance for this task.

The following information was used when calculating the EAC:

[redacted]

1. Actuals as of Friday 2/25/11

2. [redacted] beginning 2/26/11 which includes the following:

   a) [redacted]
   b) [redacted]
   c) [redacted]
   d) Shipping Charge for [redacted]

3. Please note the attached represents the estimate at completion at [redacted] current forward pricing rates. There will be a rate impact with final invoicing. Therefore it may be in your best interest to leave a recommended minimum of [redacted] of the contract value on the contract until closure.

For technical questions please contact [redacted] Program Manager at [redacted] [redacted] or contact the undersigned a[redacted]

Very truly yours,

Contracts

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STW

**From:**
**Sent:** Thursday, April 21, 2011 1:22 PM
**To:**
**Subject:** RE: Docs For Today's Meeting

Thanks — Have a great weekend!

**From**
**Sent:** Thursday, April 21, 2011 1:19 PM
**To:**
**Subject:** RE: Docs For Today's Meeting

Hi

To summarize our meeting today:
- A summary of the FBI's intention for the remaining funds on                  is coming via e-fax
- I have reached out again for direction and decision regarding the          ECP – hope to provide
  an answer by end of week if possible
- The FBI was notified of        rate changes and will anticipate a 9th Voucher fo          to
  cover these changes
-             Invoicing of Lines out of order – the FBI will handle any administration internally, please
  disregard any prior inquires on this topic
- I will also reached out regarding the anticipated testing and hope to discuss with      on Monday
  when returns to the office.

Thanks.

b3
b6
b7C
b7E

**From**
**Sent:** Thursday, April 21, 2011 9:49 AM
**To:**
**Cc:**
**Subject:** Docs For Today's Meeting

Hi

I have attached the following documents for your refere

PO
EAC
Voucher 8
PO

4/21/11

Confidential

rate impact

FYII ~> July 2010 - July 2011

********** -COMM. JOURNAL- ********** DATE APR-21-2011 ***** TIME 13:59 **********

MODE = MEMORY TRANSMISSION          START=APR-21 13:58     END=APR-21 13:59

   FILE NO.=339

STN     COMM.   ONE-TOUCH/   STATION NAME/TEL. NO.              PAGES    DURATION
NO.             ABBR NO.

001     OK      ☎                                              001/001  00:00:23

**********************************  -        -  *****  -          **********

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STW

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

21 April 2011

b3
b6
b7C
b7E

Contract:
Subject:                                     **Remaining Funds Allocation**

Good Morning

The Federal Bureau of Investigation provides this letter describing our intent for the remaining funding on the                                        . After various revisions of estimates at completion from the FBI and            , the FBI has determined to categorize and allocate the remaining funding on this referenced PO in the following manner. An official modification and further direction will be forthcoming.

| Summary of Funding | |
| --- | --- |
| Original Proposed Contract Value | |
| Estimated Completion Value 4/21/11 | |
| Funding Remaining on PO based on Estimated Completion Value | |
| Funding to Hold for Contract Close Out and Anticipated Voucher # 9 | |
| Funding Remaining fo | |

If there are any questions please do not hesitate to contact my office.

Contracting Officer
Science and Technology Contracts Unit

CELLSITE-12529

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STW



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

21 April 2011

b3
b6
b7C
b7E

**Contract:**
**Subject:**                                    **Remaining Funds Allocation**

Good Morning

The Federal Bureau of Investigation provides this letter describing our intent for the remaining funding on the                    . After various revisions of estimates at completion from the FBI and          the FBI has determined to categorize and allocate the remaining funding on this referenced PO in the following manner. An official modification and further direction will be forthcoming.

| Summary of Funding | |
|---|---|
| Original Proposed Contract Value | |
| Estimated Completion Value 4/21/11 | |
| Funding Remaining on PO based on Estimated Completion Value | |
| Funding to Hold for Contract Close Out and Anticipated Voucher # 9 | |
| Funding Remaining fo | |

If there are any questions please do not hesitate to contact my office.

Contracting Officer
Science and Technology Contracts Unit

(Rev. 05-01-2008)

SECRET//NOFORN/20350325

```
DATE: 10-19-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-19-2037
```

# FEDERAL BUREAU OF INVESTIGATION

Precedence:   ROUTINE                    Date:   03/25/2010

To:  Finance                 Attn:                          ERF A226

From:  Operational Technology Division

      Contact:

Approved By:

```
ALL INFORMATION CONTAINED     b6
HEREIN IS UNCLASSIFIED EXCEPT b7C
WHERE SHOWN OTHERWISE         b7E
```

Drafted By:

(U)  Case ID #:  (S//NF)  268-HQ-1068430

(U)  Title:  (S//NF)  WIRELESS INTERCEPT AND TRACKING TEAM

Synopsis:  (S//NF)  To request finance division initiate
(S)  contractual action for the

Derived From :  FBI NSISCG-20090615
Declassify On:  20350325

(U)  Enclosure(s):  (S//NF)  Statement of Work and FD369                  b1
(U)  Details:  (S//NF       intends to satisfy a                          b3
                                                                          b7E
(S)

    (S//NF)  It is requested that the Engineering Contracts Unit
initiate contractual action to
(S)  (WPG).

further detailed on the attached SOW.

MT#27075              SECRET//NORFORN/20350325

UPLOADED
APR 2 2010
S.D.J.

WPD

SECRET//NOFORN/20350325

To:  Finance  From:  Operational Technology Division
Re:  (S//NF)  268-HQ-1068430, 03/25/2010

(U) The Contracting Officer Technical Representative (COTR)
for this procurement is

b3
b6
b7C
b7E

(U) Contracting Officers are responsible for ensuring that

SECRET//20340909

2

CELLSITE-12532

SECRET//NOFORN/20350325

(U)   To:  Finance   From:  Operational Technology Division
      Re:  (S//NF)  268-HQ-1068430, 03/25/2010

**LEAD(s):**

**Set Lead 1:   (INFO)**

  FINANCE

  AT WASHINGTON, DC

(U)          (S//NF)  For information purposes the following
modification is being requested of FBI contract

(S)                                                                b1

attached statement of work (SOW).  Funding is specified on the     b3
attached FD-369 [          ] for this effort.                      b7E

◆◆

SECRET//20340909

3

CELLSITE-12533

SECRET//NOFORN/20350325

FBI

DATE: 10-19-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-19-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE



(S)

b1
b3
b7E

SECRET//NOFORN
Derived From: FBI NSISCG – 20090615
Declassify On: 20350325

DATE: 10-18-2010
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-18-2037

SECRET/ /NONFORN/20350325

## CONTRACT ADMINISTRATION OFFICE (CAO) – CONTRACT OPTION REVIEW

| Contract Title: | | Requisition #: | |
|---|---|---|---|
| Unit: | Unit Chief: | Phone: | |
| COTR: | Activity Leader: | Sponsor: | |

| Proposed Contract Type: | ☐ T&M  ☐ CPFF | ☐ MIPR  ☐ CPIF | ☐ FFP  ☒ Other: | IT ☐ Yes ☒ No | Date of Review: | 3/31/2010 |

**Contract Goal/Objectives:**

(S)

| Planned Total Cost: | $ | Option | FY-10/11 | $ | Contract | |
|---|---|---|---|---|---|---|
| Base Year: | FY- | Years: | FY- | $ | Info: | |

**Cost Remarks:**

| Planned Start Date: | | Total Months: | 12 | Planned Date for CO Review: | 4/2010 |
| Planned End Date: | | | | RFP Requested Date: | N/A |

b1
b3
b6
b7C
b7E

(U) (S/NF) Deliverables:

(S)

**Risk Assessment**

**SOW Concept:** SOW attached.

**CAO Remarks:**
•

FOR ___ USE ONLY

| CAO Received: | 3/31/2010 | Contract Request Approved for ARB: | | Forwarded for Review Summary on: | 3/31/2010 | CAO Processed by: | |

SECRET/ /NONFORN/20350325

Derived From: FBI NSISCG-20090615
Declassify On: 20350325

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CAO rev. 11/07
3/31/2010

CELLSITE-12537




ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STW

FD-369 (Rev. 2-21-89)

**FEDERAL BUREAU OF INVESTIGATION**

**REQUISITION FOR SUPPLIES AND/OR EQUIPMENT**

RECEIVED

Req. #

Page 1 of 1

**ENTERED**

'D 'PR 13 PM 2:26

March 4, 2010

Date

ACQU     ATEGY
AND PLANNING UNIT

Ordering Office/Cost Code        Approved By

Contract Specialist:

Julian Date

Supply Technician:
Program Manager:
Funding Approved:
Requester:
COTR:

Date Received:
PPMS Approval:
Purchase Order #

**FY 2010**

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL |
|--------|----------------------|--------|------------------|---------------|------|------------------|-----|------------|-------|
| 1 | | | | | | | | | |

**Requisition Description:**
Services

**Suggested Vendor:**

b3
b6
b7C
b7E

RECEIVED

APR 0 0 2010

BY

**SPECIAL INSTRUCTIONS:**
Ship to Code:
Delivery Instructions:    M-F 8am-5pm except holidays
Government's Estimate
Previous PO #
Previous Contract #

**JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:**

see attached EC

CELLSITE-12538

# ACQUISITION SECURITY REQUEST

| Request Date: | 03/25/2010 | Anticipated Procurement Date: | 04/30/2010 |
|---|---|---|---|

## VENDOR INFORMATION

☐ **Reseller With Access to FBI Facilities**     ☐ **Reseller With No Access to FBI Facilities**

| Vendor Name: | |
|---|---|
| Vendor Address: | ALL INFORMATION CONTAINED HEREIN IS UNCLASSIFIED DATE 10-18-2012 BY 65179 DMH/STW |

☐ **Manufacturer**          ☐ **Hardware**     ☐ **Software**     ☐ **Maintenance**

| Vendor Name: | |
|---|---|
| Vendor Address: | |

☒ **Contractor Providing Classified Services**          ☐ **DD Form 254 Required**

| Vendor Name: | |
|---|---|
| Vendor Address: | |

## PRODUCT/SERVICES INFORMATION

☐ **FISMA System**    ☐ **Critical Asset System**    ☐ **Telecommunications**    ☐ **Audiovisual**

| | |
|---|---|
| 1. Products being procured (list the specific hardware / software / services in detail) | |
| 2. What entity will be purchasing and using the product (Location, Division, Section, Unit, and Program)? | Wireless Intercept and Tracking Team (WITT) |
| | |
| 4. Highest Classification / Security Requirements (i.e. Top Secret, Top Secret SCI, Secret, SBU, LES, etc.) | SECRET |
| 5. Who is installing and maintaining the equipment/software (FBI personnel, vendor, other)? | FBI personnel will be installing and maintaining |
| 6. Will the vendor require access to classified information/systems? | |

b3
b6
b7C
b7E

## PROCUREMENT INFORMATION

| Contracting Officer Name/ Phone: | |
|---|---|
| FBI COTR Name/Phone: | |
| Program Manager/Technical POC: | |
| Requisition Number: | |
| Purchase Order Number: | |
| Contract Number: | |

## DOCUMENTATION ATTACHED

☐ Answers to the Acquisition Risk Questions (the replacement for the SF-328)
☐ Key Management Personnel Listing (KMPL)
☒ FD-369 Requisition for Supplies and/or Equipment
☒ Statement of Work (SOW) – Required if a classified contract

## PRIORITY

**All requests will be handled by date received by ASU unless specific issues affecting the priority, i.e. Director's Priority, are specifically provided in writing by the Contracting Officer.**

Comments:

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation

*Qty Increase*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STK

## Purchase Order for Supplies or Services

| 1. Date of Order | 2. Order | 3. Mod. No. | 4. Mod. Date | 5. Page No. |
|---|---|---|---|---|
| 06/04/2010 | | 3 | | |

**6. To Contractor** *(Name, Address and Zip Code):*

**7. Ship to** *(Consignee and address, Zip Code):*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

**8. Issuing Office** *(Address correspondence to):*
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.  20535

**9. Send Invoice to:** *(Name, and Address and Zip Code):*
FEDERAL BUREAU OF INVESTIGATION  b3
ATTN:                            b6
BUILDING 27958A                  b7C
QUANTICO, VA  22135              b7E

| 10. Business Classification | 11. F.O.B. Point | 12. Discount Terms |
|---|---|---|
| | DESTINATION | NET 30 DAYS |

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| CONTRACT | DUE DATE:09/14/2011 | | | | |

FUNDING FOR ITEMS, QUANTITIES, AND SERVICES IDENTIFIED
IN THIS ORDER. ALL TECHNICAL GUIDANCE WILL BE PROVIDED
BY                    COTR FOR THIS EFFORT.
SERVICES WILL BE PERFORMED IN ACCORDANCE WITH THE SOW.
PERIOD OF PERFORMANCE: 6/4/10-6/4/11. TERMS AND
CONDITIONS ARE THOSE IN EFFECT UNDER THE CONTRACT.
CONTRACTOR EXCEEDS FUNDING AT THEIR OWN RISK. INVOICES
TO BE SENT TO
**** ***** ***** ***** ***** ***** ***** ***** *****        b3
ALL PAYMENTS BY THE GOVERNMENT UNDER THIS ORDER SHALL      b6
BE MADE BY ELECTRONIC FUNDS TRANSFER (EFT).  THE VENDOR    b7C
SHALL PROVIDE THIS INFORMATION ON EACH INVOICE OR          b7E
SUBMIT SF-3881 FORM TO:  FBI, COMMERCIAL PAYMENTS UNIT     b4
                   RM. 1987, J. EDGAR HOOVER BLDG
                   935 PENNSYLVANIA AVENUE,  NW

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

| 15. Grand Total ▶ | XXXXXXXXXXX |
|---|---|

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

**Point of Contact - Invoice :**
Commercial Payments Unit

**16. United States of America**
**By** *(Signature)*

**17. Name** *(Typed)*                    XXXXXXXXXXX

*Title: Contracting Officer*



# U.S. Department of Justice
## Federal Bureau of Investigation



| Purchase Order for Supplies or Services | | | | |
|---|---|---|---|---|
| **1. Date of Order** 06/04/2010 | **2. Order No.** | **3. Mod. No.** 3 | **4. Mod. Date** | **5. Page No.** |

| **6. To Contractor** *(Name, Address and Zip Code):* | **7. Ship to** *(Consignee and address, Zip Code):* FEDERAL BUREAU OF INVESTIGATION ATTN: BUILDING 27958A QUANTICO, VA  22135 |
|---|---|

b3
b6
b7C
b7E

| **8. Issuing Office** *(Address correspondence to):* FEDERAL BUREAU OF INVESTIGATION PROCUREMENT SECTION ROOM 6823, JEH F.B.I. BLDG. WASHINGTON, D. C.  20535 | **9. Send Invoice to:** *(Name and Address and Zip Code):* FEDERAL BUREAU OF INVESTIGATION ATTN: BUILDING 27958A QUANTICO, VA  22135 |
|---|---|

| **10. Business Classification** | **11. F.O.B. Point** DESTINATION | **12. Discount Terms** NET 30 DAYS |
|---|---|---|

**13. Schedule**

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| | WASHINGTON, DC 20535 IF THIS INFORMATION IS NOT AVAILABLE TO THE GOVERNMENT, THE INVOICE WILL BE CONSIDERED AN IMPROPER INVOICE AND SHALL BE RETURNED. ************************************** A PROPER INVOICE SUBMITTED FOR PAYMENT TO THE FBI MUST CONTAIN THE FOLLOWING: THE NAME OF THE VENDOR; AN INVOICE NUMBER; THE CONTRACT OR PURCHASE ORDER NUMBER; THE INVOICE DATE; DESCRIPTION (I.E. NAME OR ITEM LINE NUMBER), PRICE AND QUANTITY OF GOODS OR SERVICES RENDERED; SHIPPING AND/OR PAYMENT TERMS; TAXPAYER ID#; BANKING / ROUTING NUMBER TO ALLOW EFT PAYMENT; CONTACT NAME, TITLE AND TELEPHONE NUMBER AND ANY OTHER SUBSTANTIATING DOCUMENTATION AS REQUIRED BY THE CONTRACT. | | | | |

| **14. Type of Order** ☐ **A. Purchase** - Please furnish the following under the terms and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated. ☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract. | **15. Grand Total** ▶ XXXXXXXXXXX *See Instructions on Reverse* |
|---|---|

| **Point of Contact - Purchase Order Information:** | **16. United States of America** By *(Signature)* |
|---|---|
| **Point of Contact - Invoice Payment Status:** Commercial Payments Unit | **17. Name** *(Typed)* XXXXXXXXXXX *Title: Contracting Officer* |

B - BUYER
CELLSITE-12606





12-201 (Rev. 9-6-2000)

## U.S. Department of Justice
### Federal Bureau of Investigation

| Purchase Order for Supplies or Services |
|---|

| 1. Date of Order 06/04/2010 | 2. Order | 3. Mod. No. 3 | 4. Mod. Date | 5. Page No. |
|---|---|---|---|---|

**6. To Contractor** *(Name, Address and Zip Code)*

**7. Ship to** *(Consignee and address, Zip Code)*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

**8. Issuing Office** *(Address correspondence to):*
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.  20535

**9. Send Invoice to:** *(Name, Address and Zip Code)*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

b3
b6
b7C
b7E

| 10. Business Classification | 11. F.O.B. Point DESTINATION | 12. Discount Terms NET 30 DAYS | b7E |
|---|---|---|---|

| 13. Schedule | | | | | |
|---|---|---|---|---|---|
| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
| | ************************************ | | | | |
| | MOD 1 DATED 9/14/10 TO EXTEND POP TO 9/14/11 FOR DELIVERY PER TASK LEAD TO | | | | |
| | ************************************ | | | | |
| | MOD 2 DATED 2/15/11 | | | | |

b3
b6
b7C
b7E

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

CONTRACTOR NUMBER

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**15. Grand Total** ▶

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

Commercial Payments Unit

Title: *Contracting Officer*

EMV

B. BUYER

CELLSITE-12607

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* –COMM. JOURNAL– \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DATE FEB–15–2011 \*\*\*\*\* TIME 14:46 \*\*\*\*\*\*\*\*

MODE = MEMORY TRANSMISSION          START=FEB–15 14:45    END=FEB–15 14:46

FILE NO.=255

| STN NO. | COMM. | ONE-TOUCH/ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ☎ | | 004/004 | 00:00:46 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* –    – \*\*\*\*\* –    \*\*\*\*

ALL INFORMATION CONTAINED HEREIN IS UNCLASSIFIED DATE 10-18-2012 BY 65179 DMH/SIW

**FD-448**
Revised 10-27-2004

**FEDERAL BUREAU OF INVESTIGATION**
**FACSIMILE COVER SHEET**

**PRECEDENCE**
○ Immediate      ○ Priority      ○ Routine

**CLASSIFICATION**
○ Top Secret   ○ Secret   ○ Confidential   ○ Sensitive   ○ Unclassified

**TO**
Name of Office:                                   Date: 02/15/2011
Attn:                                            Room:   Telephone Number:

**FROM**
Name of Office: FBI – Science and Technology Contracts Unit       Number of Pages: (including cover) 4
Originator's Name:        Originator's Telephone Number:    Originator's Facsimile Number:
Approved:

**DETAILS**
Subject: Please find attached Mod 2 to th

Special Handling Instructions: Please confirm receipt of this PO.

Brief Description of Communication Faxed: Thank you for your assistance and have a good day.

b3
b6
b7C
b7E

**WARNING**
Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

CELLSITE-12608

FEDERAL BUREAU OF INVESTIGATION

12-201 (Rev. 9-6-2006)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STW

# FBI

**U.S. Department of Justice**
Federal Bureau of Investigation

*Price Reduction*



## Purchase Order for Supplies or Services

| 1. Date of Order | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. |
|---|---|---|---|---|
| 06/04/2010 | | 2 | | |

**6. To Contractor** *(Name, Address and Zip Code):*

**7. Ship to** *(Consignee and address, Zip Code):*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

**8. Issuing Office** *(Address correspondence to):*
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.  20535

**9. Send Invoice to:** *(Name, Address and Zip Code):*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

b3
b6
b7C
b7E

| 10. Business Classification | 11. F.O.B. Point | 12. Discount Terms |
|---|---|---|
| OTHER LARGE BUSINESS | DESTINATION | NET 30 DAYS |

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| CONTRACT | DUE DATE:09/14/2011 | | | | |

FUNDING FOR ITEMS, QUANTITIES, AND SERVICES IDENTIFIED
IN THIS ORDER. ALL TECHNICAL GUIDANCE WILL BE PROVIDED
BY [ ] COTR FOR THIS EFFORT.
SERVICES WILL BE PERFORMED IN ACCORDANCE WITH THE SOW.
PERIOD OF PERFORMANCE: 6/4/10-6/4/11. TERMS AND
CONDITIONS ARE THOSE IN EFFECT UNDER THE CONTRACT.
CONTRACTOR EXCEEDS FUNDING AT THEIR OWN RISK. INVOICES
TO BE SENT TO [ ]

b4
b6
b7C
b3
b7E

*****************************************
ALL PAYMENTS BY THE GOVERNMENT UNDER THIS ORDER SHALL
BE MADE BY ELECTRONIC FUNDS TRANSFER (EFT).  THE VENDOR
SHALL PROVIDE THIS INFORMATION ON EACH INVOICE OR
SUBMIT SF-3881 FORM TO:   FBI, COMMERCIAL PAYMENTS UNIT
                          RM. 1987, J. EDGAR HOOVER BLDG
                          935 PENNSYLVANIA AVENUE, NW

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**15. Grand Total** ➡ XXXXXXXXXXX

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

**Point of Contact - Invoice P[ ]**
Commercial Payments Unit - [ ]

**16. United States of America**
By *(Signature)*

**17. Name** *(Typed)* XXXXXXXXXXX

*Title: Contracting Officer*

BC-EUMER-12609

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation



## Purchase Order for Supplies or Services

| 1. Date of Order | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. |
|---|---|---|---|---|
| 06/04/2010 | | 2 | | |

**6. To Contractor** *(Name, Address and Zip Code)*

**7. Ship to** *(Consignee and address, Zip Code)*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

b3
b6
b7C
b7E

**8. Issuing Office** *(Address correspondence to):*
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.  20535

**9. Send Invoice to:** *(Name, Address and Zip Code):*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

| 10. Business Classification | 11. F.O.B. Point | 12. Discount Terms |
|---|---|---|
| OTHER LARGE BUSINESS | DESTINATION | NET 30 DAYS |

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| | WASHINGTON, DC 20535<br>IF THIS INFORMATION IS NOT AVAILABLE TO THE GOVERNMENT, THE INVOICE WILL BE CONSIDERED AN IMPROPER INVOICE AND SHALL BE RETURNED.<br>***************************************************<br>A PROPER INVOICE SUBMITTED FOR PAYMENT TO THE FBI MUST CONTAIN THE FOLLOWING: THE NAME OF THE VENDOR; AN INVOICE NUMBER; THE CONTRACT OR PURCHASE ORDER NUMBER; THE INVOICE DATE; DESCRIPTION (I.E. ITEM OR LINE NUMBER), PRICE AND QUANTITY OF GOODS OR SERVICES RENDERED; SHIPPING AND/OR PAYMENT TERMS; TAXPAYER ID#; BANKING / ROUTING NUMBER TO ALLOW EFT PAYMENT; CONTACT NAME, TITLE AND TELEPHONE NUMBER AND ANY OTHER SUBSTANTIATING DOCUMENTATION AS REQUIRED BY THE CONTRACT. | | | | |

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

| 15. **Grand Total** ➤ | XXXXXXXXXXX |
|---|---|

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

**16. United States of America**
**By** *(Signature)*

**Point of Contact - Invoice Payment Status**
Commercial Payments Unit

**17. Name** *(Typed)*          XXXXXXXXXXX

*Title: Contracting Officer*

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation



## Purchase Order for Supplies or Services

| 1. Date of Order | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. |
|---|---|---|---|---|
| 06/04/2010 | | 2 | | |

**6. To Contractor** *(Name, Address and Zip Code):*

**7. Ship to** *(Consignee and address, Zip Code):*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

**8. Issuing Office** *(Address correspondence to):*
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6023, JEH F.B.I. BLDG.
WASHINGTON, D. C.  20535

**9. Send Invoice to:** *(Name, and Address and Zip Code):*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

b3
b6
b7C
b7E

| 10. Business Classification | 11. F.O.B. Point | 12. Discount Terms |
|---|---|---|
| OTHER LARGE BUSINESS | DESTINATION | NET 30 DAYS |

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| | ************************** MOD 1 DATED 9/14/10 TO EXTEND POP TO 9/14/1 FOR DELIVERY PER TASK LEAD TO PROVIDE TIME ************************** MOD 2 DATED 2/15/1 | | | | |

b3
b6
b7C
b7E

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the number if indicated, and the attached sheets, if any, as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this form and is issued subject to the terms and conditions of the above-numbered contract.

CONTRACTOR NUMBER

**15. Grand Total** ➤

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

Point of Contact - Invoice/Payment Issues:
Commercial Payments Unit

**16. United By**

**17. Name**

*Title:*

B BUYER

12-201 (Rev. 9-6-2006)



ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STW

## U.S. Department of Justice
### Federal Bureau of Investigation

| Purchase Order for Supplies or Services | | | | |
|---|---|---|---|---|
| **1. Date of Order** 06/04/2010 | **2. Order No.** | **3. Mod. No.** / | **4. Mod. Date** | **5. Page No.** 2 |

**6. To Contractor** *(Name, Address and Zip Code)*

**7. Ship to** *(Consignee and address, Zip Code)*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

**8. Issuing Office** *(Address correspondence to:)*
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D.C.  20535

**9. Send Invoice to:** *(Name, Address and Zip Code)*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

b3
b6
b7C
b7E

| **10. Business Classification** OTHER LARGE BUSINESS | **11. F.O.B. Point** DESTINATION | **12. Discount Terms** NET 30 DAYS |
|---|---|---|

**13. Schedule**

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| | WASHINGTON, DC 20535 IF THIS INFORMATION IS NOT AVAILABLE TO THE GOVERNMENT, THE INVOICE WILL BE CONSIDERED AN IMPROPER INVOICE AND SHALL BE RETURNED. ****************************************** A PROPER INVOICE SUBMITTED FOR PAYMENT TO THE FBI MUST CONTAIN THE FOLLOWING: THE NAME OF THE VENDOR; AN INVOICE NUMBER; THE CONTRACT OR PURCHASE ORDER NUMBER; THE INVOICE DATE; DESCRIPTION (I.E NAME OR ITEM LINE NUMBER), PRICE AND QUANTITY OF GOODS OR SERVICES RENDERED; SHIPPING AND/OR PAYMENT TERMS; TAXPAYER ID; BANKING / ROUTING NUMBER TO ALLOW EFT PAYMENT; CONTACT NAME, TITLE AND TELEPHONE NUMBER AND ANY OTHER SUBSTANTIATING DOCUMENTATION AS REQUIRED BY THE CONTRACT. ****************************************** MOD 1 DATED 9/14/10 TO EXTEND POP TO 9/14/11 FOR DELIVERY PER TASK LEAD TO | | | | b3 b6 b7C b7E |

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

CONTRACTOR NUMBER

**15. Grand Total**

*See Instructions on Reverse*

**Point of Contact - Purchase Order Information**

Commercial Payments Unit -

16.

17.

B - BUYER
CELLSITE-12612

12-201 (Rev. 9-6-2006)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STN



## U.S. Department of Justice
### Federal Bureau of Investigation

| | |
|---|---|
| **Purchase Order for Supplies or Services** | |

IMPORTANT: Mark all packages and papers with contract and/or order numbers

| 1. Date of Order 06/04/2010 | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. 1 |
|---|---|---|---|---|

**6. To Contractor** *(Name, Address and Zip Code)*

**7. Ship to** *(Consignee and address, Zip Code)*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA 22135

b3
b6
b7C
b7E

**8. Issuing Office** *(Address correspondence to):*
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D.C. 20535

**9. Send Invoice to:** *(Name, and Zip Code):*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA 22135

| 10. Business Classification | 11. F.O.B. Point DESTINATION | 12. Discount Terms NET 30 DAYS |
|---|---|---|

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| CONTRACT | DUE DATE:06/04/2011 | | | | |

FUNDING FOR ITEMS, QUANTITIES, AND SERVICES IDENTIFIED
IN THIS ORDER. ALL TECHNICAL GUIDANCE WILL BE PROVIDED
BY [                    ] COTR FOR THIS EFFORT.
SERVICES WILL BE PERFORMED IN ACCORDANCE WITH THE SOW.
PERIOD OF PERFORMANCE: 6/4/10-6/4/11. TERMS AND
CONDITIONS ARE THOSE IN EFFECT UNDER THE CONTRACT.
CONTRACTOR EXCEEDS FUNDING AT THEIR OWN RISK. INVOICES
TO BE SENT TO [                    ]
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ALL PAYMENTS BY THE GOVERNMENT UNDER THIS ORDER SHALL
BE MADE BY ELECTRONIC FUNDS TRANSFER (EFT). THE VENDOR
SHALL PROVIDE THIS INFORMATION ON EACH INVOICE OR
SUBMIT SF-3881 FORM TO: FBI, COMMERCIAL PAYMENTS UNIT
RM. 1987, J. EDGAR HOOVER BLDG
935 PENNSYLVANIA AVENUE, NW

b3
b6
b7C
b7E
b4

| 14. Type of Order | | 15. **Grand Total** ➤ XXXXXXXXXXX |
|---|---|---|
| ☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated. | ☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract. | *See Instructions on Reverse* |

| Point of Contact - Purchase Order Information: | 16. United States of America By *(Signature)* |
|---|---|
| Point of Contact - Invoice Payment Status: Commercial Payments U[    ] | 17. Name *(Typed)*   XXXXXXXXXXX |
| | Title: *Contracting Officer* |

ORIGINAL

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation



| | | | | |
|---|---|---|---|---|
|  | **Purchase Order for Supplies or Services** |

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| 1. Date of Order | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. |
|---|---|---|---|---|
| 06/04/2010 | | | | 2 |

**6. To Contractor** (Name, Address and Zip Code):

**7. Ship to** (Consignee and address, Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA   22135

b3
b6
b7C
b7E

**8. Issuing Office** (Address correspondence to):
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.   20535

**9. Send Invoice to:** (Name, Address and Zip Code):
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA   22135

| 10. Business Classification | 11. F.O.B. Point | 12. Discount Terms |
|---|---|---|
| | DESTINATION | NET 30 DAYS |

**13. Schedule**

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| | WASHINGTON, DC 20535. IF THIS INFORMATION IS NOT AVAILABLE TO THE GOVERNMENT, THE INVOICE WILL BE CONSIDERED AN IMPROPER INVOICE AND SHALL BE RETURNED. ********************************************** A PROPER INVOICE SUBMITTED FOR PAYMENT TO THE FBI MUST CONTAIN THE FOLLOWING: THE NAME OF THE VENDOR; AN INVOICE NUMBER; THE CONTRACT OR PURCHASE ORDER NUMBER; THE INVOICE DATE; DESCRIPTION (I.E. NAME OR ITEM LINE NUMBER), PRICE AND QUANTITY OF GOODS OR SERVICES RENDERED; SHIPPING AND/OR PAYMENT TERMS; TAXPAYER ID#; BANKING / ROUTING NUMBER TO ALLOW EFT PAYMENT; CONTACT NAME, TITLE AND TELEPHONE NUMBER AND ANY OTHER SUBSTANTIATING DOCUMENTATION AS REQUIRED BY THE CONTRACT. | | | | b3 b6 b7C b7E |

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**15. Grand Total**

See instructions on reverse

CONTRACTOR NUMBER

**Point of Contact - Purchase Order Information:**

**16. United States of America By** (Signature)

**17. Name**
Title: Contracting Officer   CONTRACTING OFFICER
FEDERAL BUREAU OF INVESTIGATION

Commercial Payments Unit

**ORIGINAL**

CELLSITE-12614



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STW

I2-201 (Rev. 9-6-2006)

# U.S. Department of Justice
## Federal Bureau of Investigation



### Purchase Order for Supplies or Services

IMPORTANT: Mark all packages and papers with contract and/or order numbers

| 1. Date of Order | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. |
|---|---|---|---|---|
| 06/04/2010 | | | | 1 |

**6. To Contractor** *(Name, Address and Zip Code):*

**7. Ship to** *(Consignee and address, Zip Code):*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135          b3  b6  b7C  b7E

**8. Issuing Office** *(Address correspondence to):*
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.  20535

**9. Send Invoice to:** *(Name, Address and Zip Code):*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

| 10. Business Classification | 11. F.O.B. Point | 12. Discount Terms |
|---|---|---|
| OTHER LARGE BUSINESS | DESTINATION | NET 30 DAYS |

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| CONTRACT | DUE DATE:06/04/2011 | | | | |
| CONTRACT | DUE DATE:06/04/2011 | | | | |
| CONTRACT | DUE DATE:06/04/2011 | | | | |

FUNDING FOR ITEMS, QUANTITIES, AND SERVICES IDENTIFIED
IN THIS ORDER. ALL TECHNICAL GUIDANCE WILL BE PROVIDED
BY                          COTR FOR THIS EFFORT.
SERVICES WILL BE PERFORMED IN ACCORDANCE WITH THE SOW.
PERIOD OF PERFORMANCE: 6/4/10-6/4/11. TERMS AND
CONDITIONS ARE THOSE IN EFFECT UNDER THE CONTRACT.

b3
b6
b7C
b7E
b4

**14. Type of Order**

☐ A. Purchase - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated:

☐ B. Delivery - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**15. Grand Total** ▶ XXXXXXXXXX

*See Instructions on Reverse*

Point of Contact - Purchase Order Information:

Point of Contact - Invoice Pa[ ]
Commercial Payments Unit -

**16. United States of America**
By *(Signature)*

**17. Name** *(Typed)*       XXXXXXXXXX

*Title: Contracting Officer*

ORIGINAL

FBI-DOJ-OIG-E-12615

12-201 (Rev. 9-6-2006)



**U.S. Department of Justice**
Federal Bureau of Investigation



## Purchase Order for Supplies or Services

IMPORTANT: Mark all packages and papers with contract and/or order numbers

| 1. Date of Order | 2. Order No. | 3. Mod. No. | 4. Mod. Date | 5. Page No. |
|---|---|---|---|---|
| 06/04/2010 | | | | 2 |

**6. To Contractor** *(Name, Address and Zip Code)*

**7. Ship to** *(Consignee and address, Zip Code)*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

**8. Issuing Office** *(Address correspondence to:)*
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D. C.  20535

**9. Send Invoice to:** *(Name, Address and Zip Code):*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA  22135

b3
b6
b7C
b7E

| 10. Business Classification | 11. F.O.B. Point | 12. Discount Terms |
|---|---|---|
| OTHER LARGE BUSINESS | DESTINATION | NET 30 DAYS |

### 13. Schedule

| Line No. (A) | Supplies or Services (B) | Quantity Ordered (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| | CONTRACTOR EXCEEDS FUNDING AT THEIR OWN RISK. INVOICES TO BE SENT TO ████████████ * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ALL PAYMENTS BY THE GOVERNMENT UNDER THIS ORDER SHALL BE MADE BY ELECTRONIC FUNDS TRANSFER (EFT). THE VENDOR SHALL PROVIDE THIS INFORMATION ON EACH INVOICE OR SUBMIT SF-3881 FORM TO:  FBI, COMMERCIAL PAYMENTS UNIT RM. 1987, J. EDGAR HOOVER BLDG 935 PENNSYLVANIA AVENUE, NW WASHINGTON  DC 20535 IF THIS INFORMATION IS NOT AVAILABLE TO THE GOVERNMENT, THE INVOICE WILL BE CONSIDERED AN IMPROPER INVOICE AND SHALL BE RETURNED. * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | |

**14. Type of Order**

☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side of this form and is issued subject to the terms and conditions of the above-numbered contract.

**15. Grand Total** ➤ XXXXXXXXXX

*See Instructions on Reverse*

Point of Contact - Purchase Order Information:

**16. United States of America By** *(Signature)*

Point of Contact - Invoice Payment Status -
Commercial Payments Unit -

**17. Name:** *(Typed)*   XXXXXXXXXX

Title: Contracting Officer

ORIGINAL

CELLSITE-12616

12-201 (Rev. 9-6-2006)



# U.S. Department of Justice
## Federal Bureau of Investigation



| Purchase Order for Supplies or Services | | | | |
|---|---|---|---|---|
| IMPORTANT: Mark all packages and papers with contract and/or order numbers | | | | |

**1. Date of Order** 06/04/2010    **2. C...**    **3. Mod. No.**    **4. Mod. Date**    **5. Page No.** 3

**6. To Contractor** *(Name, Address and Zip)*

**7. Ship to** *(Consignee and address, Zip Code)*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA 22135

b3
b6
b7C
b7E

**8. Issuing Office** *(Address correspondence to:)*
FEDERAL BUREAU OF INVESTIGATION
PROCUREMENT SECTION
ROOM 6823, JEH F.B.I. BLDG.
WASHINGTON, D.C. 20535

**9. Send Invoice to:** *(Name, Address and Zip Code)*
FEDERAL BUREAU OF INVESTIGATION
ATTN:
BUILDING 27958A
QUANTICO, VA 22135

**10. Business Classification** OTHER LARGE BUSINESS    **11. F.O.B. Point** DESTINATION    **12. Discount Terms** NET 30 DAYS

| | 13. Schedule | | | | |
|---|---|---|---|---|---|
| **Line No. (A)** | **Supplies or Services (B)** | **Quantity Ordered (C)** | **Unit (D)** | **Unit Price (E)** | **Amount (F)** |
| | A PROPER INVOICE SUBMITTED FOR PAYMENT TO THE FBI MUST CONTAIN THE FOLLOWING: THE NAME OF THE VENDOR; AN INVOICE NUMBER; THE CONTRACT OR PURCHASE ORDER NUMBER; THE INVOICE DATE; DESCRIPTION (I.E. NAME OR ITEM LINE NUMBER), PRICE AND QUANTITY OF GOODS OR SERVICES RENDERED; SHIPPING AND/OR PAYMENT TERMS; TAXPAYER ID#; BANKING / ROUTING NUMBER TO ALLOW EFT PAYMENT; CONTACT NAME, TITLE AND TELEPHONE NUMBER AND ANY OTHER SUBSTANTIATING DOCUMENTATION AS REQUIRED BY THE CONTRACT. | | | | b3 b6 b7C b7E |

**14. Type of Order**
☐ **A. Purchase** - Please furnish the following under the terms, and Conditions specified on both sides of this order, the above quotation number if indicated, and the attached sheets, if any, including delivery as indicated.

☐ **B. Delivery** - This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

CONTRACTOR NUMBER

**15. Grand Total** ➤ *See Instructions on Reverse*

**Point of Contact - Purchase Order Information:**

Commercial Payments Unit

**16.**

**17.**

ORIGINAL

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STW

**From:**

**Sent:** Tuesday, August 24, 2010 2:41 PM

**To:**

**Cc:**

**Subject:** Update - Meeting and Documentation

b3
b6
b7C
b7E

H

I just faxed you the following documents: ⬚ Clarification Letter + Questions for Clarification (3 pages); 2) Mod 1 to ⬚ + SF-30 providing Mod 2 to the service agreement for the PO.

Below is also a proposed brief list of the topics for discussion on Tuesday 8/31/10. We are not bound to these topics – I'd like to allow for flexibility for discussion day of.

- Contract Administration of Task Order Letter Proposals
- Consolidated, Updated ⬚ Contract Pricing
- 
- 
- Intellectual property rights clarification
- ⬚ Official Letter from ⬚ providing current status:
  - What documentation or requests were submitted and for what
  - What is the current status of documentation, etc.?

Please let me know if you have any questions or additions to the list above. Please let me know you received the fax.

Thanks again for all your help,

*Contracting Officer*
Federal Bureau of Investigation

CELLSITE-12618

HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STW

**From:**
**Sent:** Wednesday, August 25, 2010 8:52 AM
**To:**
**Subject:** RE:     Proposal

b3
b6
b7C
b7E

I'm fine with both of these statements.

From:
Sent: Tuesday, August 24, 2010 2:17 PM
To:
Subject: RE:     Proposal

Hi

Questions under Conditions and Assumptions under the     proposal - Can you please provide a response or clarification for the following:

19. This proposal assumes

28. The     along with the number of providers is very dynamic and subject to change.     this during performance and will notify the customer as necessary.

Thanks.

-----Original Message-----
From:
Sent: Tuesday, August 24, 2010 10:01 AM
To:
Subject: RE:     Proposal

b3
b6
b7C
b7E

Your edits to the comments look fine.

Thanks

From:
Sent: Monday, August 23, 2010 4:19 PM
To:
Subject: RE:     Proposal

Hi

I went over your questions/comments with     and we've updated with a few contractual words. Please review, especially the sections in red, revised per our discussion on the phone today.

Once I get your review on this document, I will send out to     for response.

Thanks

-----Original Message-----
From:
Sent: Friday, August 20, 2010 10:38 AM

b3
b6
b7C
b7E

1

CELLSITE-12619

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STW

**From:**
**Sent:** Monday, August 23, 2010 8:43 AM
**To:**
**Subject:** RE: ☐ Proposal

Hi ☐

Can you please provide a clarification on: Page 29 – Subtask #1    This task shall not
require user input reducing the scope of effort.

Do you want them to reduce or remove the # of hours for this subtask since user input is
not required?

Thanks,

-----Original Message-----
**From:**
**Sent:** Friday, August 20, 2010 12:00 PM
**To:**
**Subject:** RE: ☐ Proposal

Had some extra time at the ☐ airport due to a 2 hour flight delay.  Here's
my comments on the ☐

b3
b6
b7C
b7E

**From** ☐
**Sent:** Friday, August 20, 2010 10:53 AM
**To:**
**Subject:** RE: ☐ Proposal

I think both ☐ and ☐ are out today. The delay won't be a problem. I think the
three of us are all at the Radisson on the ☐

**From:** ☐
**Sent:** Friday, August 20, 2010 10:38 AM
**To:**
**Subject:** ☐ Proposal

b3
b6
b7C
b7E

I need to delay until Monday getting my feedback to you. If that's a problem let me know
and I'll finish it this weekend. Where are you all staying in ☐

CELLSITE-12620

********** -COMM. JOURNAL- ****************** DATE JUL-12-2010 ***** TIME 15:49 *********

MODE = MEMORY TRANSMISSION          START=JUL-12 15:48    END=JUL-12 15:49

FILE NO.=835

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ▪ | | 007/007 | 00:01:07 |

****************************************** — ***** — ********

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STW

**FD-448**
Revised
10-27-2004

FEDERAL BUREAU OF INVESTIGATION
**FACSIMILE COVER SHEET**

### PRECEDENCE

○ Immediate          ○ Priority          ○ Routine

### CLASSIFICATION

○ Top Secret    ○ Secret    ○ Confidential    ○ Sensitive    ○ Unclassified

b3
b6
b7C
b7E

### TO

Name of Office:

Facsimile Number:

Date:
**07/12/2010**

Room:

Telephone Number:

### FROM

Name of Office:
**FBI - Quantico Contracts Unit**

Number of Pages: (Including cover)
**7**

Originator's Telephone Number:

Originator's Facsimile Number:

Approved:

### DETAILS

Subject:
**Please find attached Task Order Letter requesting proposals und**

Special Handling Instructions:
**Please confirm receipt.**

Brief Description of Communication Faxed:
**Thank you and have a good day.**

### WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18,USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

CELLSITE-12621

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STW



**From:**

**Sent:** Monday, July 12, 2010 3:14 PM

**To:**

**Cc:**

**Subject:** Task Order Letter

b3
b6
b7C
b7E

Good Afternoon

I'm faxing over a Task Order Letter f                momentarily requesting technical and cost proposals according to the attached official Statement of Work. This document will be unclassified. Please let me know when you receive it.

Thank you and have a good day,

*Contracting Officer*
Federal Bureau of Investigation

CELLSITE-12622

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-18-2012 BY 65179 DMH/STW

**FD-448**
Revised
10-27-2004

### FEDERAL BUREAU OF INVESTIGATION
## FACSIMILE COVER SHEET

| PRECEDENCE |
|---|

○  Immediate                    ○  Priority                    ○  Routine

| CLASSIFICATION |
|---|

○  Top Secret        ○  Secret        ○  Confidential        ○  Sensitive        ○  Unclassified

| TO |
|---|

Name of Office:                                              Facsimile Number:        Date:
                                                                                     **07/12/2010**

Attn:                                                                    Room:        Telephone Number:

| FROM |
|---|

Name of Office:                                                          Number of Pages: (including cover)
**FBI – Quantico Contracts Unit**                                        **7**

Originator's Name:                    Originator's Telephone Number:        Originator's Facsimile Number:

b3
b6
b7C
b7E

| DETAILS |
|---|

Subject:
**Please find attached Task Order Letter requesting proposals unde**

Special Handling Instructions:
**Please confirm receipt.**

Brief Description of Communication Faxed:
**Thank you and have a good day.**

#### WARNING
Information attached to the cover sheet is U.S. Government Property.  If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641).  Please notify the originator or local FBI Office immediately to arrange for proper disposition.

CELLSITE-12623

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 95
Page 7 ~ Duplicate;
Page 8 ~ Duplicate;
Page 9 ~ Duplicate;
Page 10 ~ Duplicate;
Page 11 ~ Duplicate;
Page 12 ~ Duplicate;
Page 36 ~ Duplicate;
Page 37 ~ Duplicate;
Page 38 ~ Duplicate;
Page 39 ~ Duplicate;
Page 40 ~ Duplicate;
Page 60 ~ Duplicate;
Page 61 ~ Duplicate;
Page 62 ~ Duplicate;
Page 63 ~ Duplicate;
Page 64 ~ Duplicate;
Page 65 ~ Duplicate;
Page 66 ~ Duplicate;
Page 67 ~ Duplicate;
Page 68 ~ Duplicate;
Page 69 ~ Duplicate;
Page 70 ~ Duplicate;
Page 71 ~ Duplicate;
Page 72 ~ Duplicate;
Page 73 ~ Duplicate;
Page 74 ~ Duplicate;
Page 75 ~ Duplicate;
Page 76 ~ Duplicate;
Page 77 ~ Duplicate;
Page 78 ~ Duplicate;
Page 79 ~ Duplicate;
Page 80 ~ Duplicate;
Page 81 ~ Duplicate;
Page 82 ~ Duplicate;
Page 83 ~ Duplicate;
Page 84 ~ Duplicate;
Page 85 ~ Duplicate;
Page 86 ~ Duplicate;
Page 87 ~ Duplicate;
Page 88 ~ Duplicate;
Page 89 ~ Duplicate;
Page 90 ~ Duplicate;
Page 91 ~ Duplicate;
Page 92 ~ Duplicate;
Page 93 ~ Duplicate;
Page 94 ~ Duplicate;
Page 95 ~ Duplicate;
Page 96 ~ Duplicate;
Page 97 ~ Duplicate;
Page 98 ~ Duplicate;
Page 99 ~ Duplicate;
Page 100 ~ Duplicate;

Page 101 ~ Duplicate;
Page 102 ~ Duplicate;
Page 103 ~ Duplicate;
Page 104 ~ Duplicate;
Page 105 ~ Duplicate;
Page 106 ~ b1; b3;
Page 107 ~ Duplicate;
Page 108 ~ Duplicate;
Page 109 ~ Duplicate;
Page 110 ~ Duplicate;
Page 111 ~ Duplicate;
Page 112 ~ Duplicate;
Page 113 ~ Duplicate;
Page 114 ~ Duplicate;
Page 204 ~ Duplicate;
Page 208 ~ Duplicate;
Page 273 ~ Duplicate;
Page 274 ~ Duplicate;
Page 275 ~ Duplicate;
Page 276 ~ Duplicate;
Page 277 ~ Duplicate;
Page 306 ~ Duplicate;
Page 307 ~ Duplicate;
Page 308 ~ Duplicate;
Page 309 ~ Duplicate;
Page 310 ~ Duplicate;
Page 311 ~ Duplicate;
Page 317 ~ Duplicate;
Page 318 ~ Duplicate;
Page 319 ~ Duplicate;
Page 320 ~ Duplicate;
Page 321 ~ Duplicate;
Page 359 ~ Duplicate;
Page 360 ~ Duplicate;
Page 361 ~ Duplicate;
Page 436 ~ b1; b3; b5; b7E;
Page 437 ~ b1; b3; b5; b7E;
Page 467 ~ Duplicate;
Page 468 ~ Duplicate;
Page 469 ~ Duplicate;
Page 470 ~ Duplicate;
Page 471 ~ Duplicate;
Page 472 ~ Duplicate;

XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)   X
X   No Duplication Fee X
X   For this Page     X
XXXXXXXXXXXXXXXXXXXXXXXX

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-15-2038

(Rev. 05-01-2008)

~~SECRET~~//NOFORN/20350224

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                     Date:  02/24/2010

To:  Finance                    Attn:

From:  Operational Technology Division
                                        /TTU/QT-ERF
          Contact:                                             b1
                                                               b3
Approved By:                                                   b5
                                                               b6
                                                               b7C
                                                               b7E

Drafted By:

(U) Case ID #:  (S//NF)  268-HQ-1068430    (None)

Title:  (U)

Synopsis:  (U) To request finance division initiate contractual
action for
                        as described in the attached Statement of Work
(SOW).

Derived From :  Multiple Sources
Declassify On:  20350224

Enclosure(s):    (U)    (S//NF)  Statement of Work (SOW)
                        (S//NF)  Justification for other than full
                                 and open competition (JFOC)
                 (U)    (S//NF)  Security Addendum
                        (S//NF)  FD-369

Details:

(S)

~~SECRET~~//NOFORN/20350224

CELL/OTD    024875

CELLSITE-18417

SECRET//20350224

To:  Finance   From:  Operational Technology Division
(U)  Re:   (S//NF)  268-HQ-1068430, 02/24/2010

b1
b3
b5
b7E

(S)

SECRET//20350224

2

CELL/OTD   024876

~~SECRET~~//20350224

To:  Finance  From:  Operational Technology Division
(U)  Re:  (S//NF)  268-HQ-1068430, 02/24/2010

(S)

        (U) The funding breakdown and staffing levels are
included below and detailed in the attached SOW. The overall
total for the duration of the 5 years is projected to be

b1
b3
b5
b7E

(U) Table 1

~~SECRET~~//20350224

3

~~SECRET~~//20350224

To:   Finance   From:   Operational Technology Division
(U)   Re:   (S//NF)   268-HQ-1068430, 02/24/2010

b3
b5
b6
b7C
b7E

(U) Table 1

(U)

(U) The Contracting Officer Technical Representative (COTR) for
this procurement is Electronics Engineer (EE) [        ] who
can be contacted at the Engineering Research Facility, located in
Quantico, Virginia, for any questions.

~~SECRET~~//20350224

CELL/OTD   024878
CELLSITE-18420

SECRET//20350224

To:   Finance   From:   Operational Technology Division
(U) Re:   (S//NF)   268-HQ-1068430, 02/24/2010


LEAD(s):

Set Lead 1:   (Action)

FINANCE

AT WASHINGTON, DC

(U)   (S//NF)   The Finance Division, Engineering Contracts
Unit, is requested to initiate contractual action with [        ]
[        ] as specified on the attached FD-369 requisition
number [        ] and attached SOW. Funding is available in TTU
budget item [  ] and [  ] in the amount of [        ]

b3
b7E

◆◆

SECRET//20350224

5

CELL/OTD        024879

CELLSITE-18421

UNCLASSIFIED//FOUO/SBU/LES/20350325

## *STATEMENT OF WORK*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-15-2013 BY NSICG J76J18T80

### Task Order 1

# 1   (U) SCOPE

## 1.1  (U) Task Overview

(U)

## 1.2  (U) Deliverables

-
-
-
-

-
-
-

## 1.3  (U) Driving System Requirements

(U)

b3
b7E

CELL/OTD  024887

CELLSITE-18428

UNCLASSIFIED//FOUO/SBU/LES/20350325

## 1.3.1 (U) Key Technology Areas

(U) Refer to CLASSIFIED Concept of Operations / SOW Document

# 2   (U) Concept of Operations

(U) Refer to CLASSIFIED Concept of Operations / SOW Document

# 3   (U) Requirements

## 3.1   (U) Security Standards and Regulations

(U) Refer to ⬚ Statement of Work section 2.3 for guidance.

b3
b7E

(U) SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breach of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

## 3.2   (U) Contractor Furnished Documentation

(U) Refer to ⬚ Statement of Work section 2.6 for list.

(U) Refer to CLASSIFIED Concept of Operations / SOW Document

(U) A system connection diagram pictorial card to assist the operator during set-up.

## 3.3   (U) Status Reporting

(U) Refer to ⬚ Statement of Work Section 3.3 for guidance

## 3.4   (U) Formal Meetings

(U) Refer to ⬚ Statement of Work Section 3.4 for guidance

## 3.5   (U) Government Furnished Equipment

(U) ⬚

CELL/OTD   024888

CELLSITE-18429

UNCLASSIFIED//FOUO/SBU/LES/20350325

(U) 

b3
b7E

CELL/OTD   024559   CELLSITE-18430

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-15-2013 BY NSICG J76J18T80

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 12/16/2010

**To:** Finance                 **Attn:** 
Finance Division
Quantico Contracts Unit

**From:** Operational Technology Division
                / Tracking Technology Unit
         **Contact:**

b3
b5
b6
b7C
b7E

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**                              Wireless Intercept and
Tracking team

**Details:**          WITT

To address this concern, WITT intends

UNCLASSIFIED

CELL/OTD    024906   CELL/OTD    0249

CELLSITE-18431

UNCLASSIFIED

To: Finance        From: Operational Technology Division
Re: 268-HQ-1068430, 12/16/2010

**LEAD(s):**

**Set Lead 1:  (Info)**

    FINANCE

        AT WASHINGTON, D.C.

        For information only.

CC:

♦♦

b3
b5
b6
b7C
b7E

UNCLASSIFIED

2

CELL/OTD   024907

CELLSITE-18432

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED DATE
WHERE SHOWN OTHERWISE

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-15-2038

SECRET//NOFORN/20360228

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE        **Date:** 2/28/2011

**To:** Finance        **Attn:**

ERF-QT (Enc)

**From:** Operational Technology Division

/TTU/OT, ERF

       b1
       b3
       b5
**Approved By:**        b6
       b7C
       b7E

**Drafted By:**

**Case ID #:** (U) 268-HQ-1068430

**Title:** (U)

(U) **Synopsis:** (S//NF)

(S)

Derived From : FBI NSISCG-20080301
Declassify On: 20360228

(U) **Enclosure(s):** (S//NF) Acquisition Plan, Statement of Needs,
Project Plan, Statement of Work, Justification for Other Than
Full and Open Competition, Security Addendum, and

       b3
(U) **Details:** (S//NF)        b5
       b7E

SECRET//NOFORN/20360228

CELL/OTD    024916

CELLSITE-18438

SECRET//NOFORN/20360228

To:  Finance  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 2/28/2011



(U)  (S//NF)

(S)

b1
b3
b5
b7E

(U)  (S//NF)

(S)

SECRET//NOFORN/20360228

2

CELL/OTD    024917

CELLSITE-18439

~~SECRET~~//NOFORN/20360228

To:  Finance  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 2/28/2011

b1
b3
b5
b7E

(S)

~~SECRET~~//NOFORN/20360228

3

CELL/OTD  024918

CELLSITE-18440

SECRET//NOFORN/20360228

To:  Finance  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 2/28/2011

(S)

b1
b3
b5
b7E

(U)  (S//NF)

(S)

(U)  (S//NF)

(S)

SECRET//NOFORN/20360228

4

CELL/OTD   024920

SECRET//NOFORN/20360228

To:  Finance   From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 2/28/2011

b1
b3
b5
b7E

(S)

(U)   (S//NF)

(S)

SECRET//NOFORN/20360228

5

CELL/OTD      024919

CELLSITE-18442

~~SECRET~~//NOFORN/20360228

To:   Finance   From:   Operational Technology Division
Re:   (U)   268-HQ-1068430, 2/28/2011


        (U)   The Contracting Officer Technical Representative
(COTR) for this procurement is Electronics Engineer (EE)
[                    ] and can be contacted at the Engineering Research
Facility, located in Quantico, Virginia, for any questions.

        (U) Contracting Officers are responsible for ensuring
that [                                                              ]

b3
b6
b7C
b7E

~~SECRET~~//NOFORN/20360228

6

CELL/OTD        024921

SECRET//NOFORN/20360228

To:  Finance  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 2/28/2011


**LEAD(s):**

**Set Lead 1:  (Action)**

> <u>FINANCE</u>

>> <u>AT PSFO, DC</u>

(U)  (S//NF)   The Finance Division is requested to initiate
a five-year engineering services and equipment procurement
contract with [                    ] as specified on
the attached [          ] Acquisition Plan and Statement of Needs.

**CC:**

b3
b6
b7C
b7E

♦♦

CELL/OTD   024922

CELLSITE-18444

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-15-2038

~~SECRET~~//NOFORN/20360131

## Justification for Other Than Full and Open Competition
### In Accordance With 41 U.S.C. 253 (c)(6)

**1.    IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI), Tracking Technology Unit (TTU), Operational Technology Division (OTD). The contracting activity is the Finance Division, Engineering Contracts Unit (ECU).

**2.    NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

b1
b3
b7E

**3.    DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

(S)

~~SECRET~~//NOFORN/20360131

CELL/OTD    024923    CELLSITE-18445

SECRET//NOFORN/20360131

(S)

**4.      IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6).  The regulatory authority is FAR 6.302-6(a)(2).  Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

b1
b3
.b7E

**5.      DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

(S)



SECRET//NOFORN/20360131

CELL/OTD   024924                    CELLSITE-18446

SECRET//NOFORN/20360131

(S)

6.   **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.  Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information).  This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

b1
b3
b7E

7.   **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U)  The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable.  Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8.   **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

WITT, continuously conducts

WITT routinely conducts

WITT assessed

ITTU/WITT intends to
in areas

9.   **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

(U)                                                          See paragraph (5) above for facts supporting the use of other then full and open competition.

SECRET//NOFORN/20360131

SECRET//NOFORN/20360131

10. **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

11. **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

SECRET//NOFORN/20360131



CELL/OTD   024926                    CELLSITE-18448

~~SECRET~~//NOFORN/20360131

## 12.   TECHNICAL REPRESENTATIVE CERTIFICATION

b6
b7C

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

(U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____

Contracting Officer's Technical Representative       (Date)

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____

, Contracting Officer                           (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____

, Supervisory Contracting Officer                  (Date)

_____

, FBI Chief Contracting Officer                    (Date)

_____

Office of General Counsel                          (Date)

Approved By:      _____

, Competition Advocate             (Date)

~~SECRET~~//NOFORN/20360131

CELL/OTD  024927

CELLSITE-18449

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-15-2013
CLASSIFIED BY NSICG U76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-15-2038

SECRET//NOFORN/20360131

(U)   Subject: Requisition [        ] Security Addendum

(U)   Summary:  This addendum further expands on the referenced
Requisition with regards to non-advertisement of requirements and
sole source justification for [                    ]

b1
b3
b5
b7E

(S)

CELL/OTD   024928

CELLSITE-18450

SECRET//NOFORN/20360131

(S)

b1
b3
b5
b7E

January 31, 2011

Chief Security Officer
Operational Technology Division

Derived From:   FBI NSISCG 20090601
Declassify On: January 31, 2036

SECRET//NOFORN/20360131

CELL/OTD   024929

CELLSITE-18451

* * * ~~SECRET~~ * * *

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-15-2036

## STATEMENT OF NEED

**PROJECT/ACTIVITY:** [ ] Contract

**PROJECT/ACTIVITY LEADER:** [          ]

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

PURPOSE:

(U) To request authorization to initiate a new project/activity with a competitive vendor within the Tracking Technology Unit's (TTU) Wireless Intercept and Tracking Team (WITT).

**THE NEED STATEMENT:**

(S)

b1
b3
b5
b7E

[268-HQ-1068430]                                    [January 31, 2011]

* * * ~~SECRET~~ * * *

CELL/OTD   024930

CELLSITE-18452

\* \* \* ~~SECRET~~ \* \* \*

## STATEMENT OF NEED

**STRATEGIC MISSION ELEMENT**

(S)

b1
b3
b7E

**BASIS OF NEED**

(S)

[268-HQ-1068430]

\* \* \* ~~SECRET~~ \* \* \*

CELL/OTD     024931

[January 31, 2011]

CELLSITE-18453

\* \* \* ~~SECRET~~ \* \* \*

## STATEMENT OF NEED

(S)

b1
b3
b7E

## PROPOSED PROJECT/ACTIVITY SUMMARY

(S)

[268-HQ-1068430]                                                    [January 31, 2011]

\* \* \* ~~SECRET~~ \* \* \*

CELL/OTD   024932

CELLSITE-18454

* * * ~~SECRET~~ * * *

## STATEMENT OF NEED

(S)

b1
b3
b7E

### SPECIAL CONSIDERATIONS/CONSTRAINTS

(U) Program technical risks are mitigated by securing an alternative solution provider, fostering competition among qualified vendors to provide the optimal solution, use of commercial and government controlled interface standards, implementation of commercially available sub-components and utilization of pre-existing FBI technology. The [ ] contract will define, integrate and extend Commercial Off the Shelf (COTS) and Government Off the Shelf (GOTS) [ ] By basing the program on previously developed and tested [ ] significant risk has been removed.

(S)

* * * ~~SECRET~~ * * *

CELL/OTD   024933

CELLSITE-18455

* * * ~~SECRET~~ * * *

## STATEMENT OF NEED
### APPROVAL

**Prepared by:**
*(Project Leader)*    Printed Name    Signature    Date

b6
b7C

**Concurred by:**
(Quantico Contracts    Printed Name    Signature    Date
Unit Chief)

**Approved by:**
*(TTU Unit Chief)*    Printed Name    Signature    Date

* * * ~~SECRET~~ * * *
CELL/OTD

024934

[January 31, 2011]

CELLSITE-18456

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
WHERE SHOWN OTHERWISE

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-15-2038

~~SECRET~~

## Justification for Other than Full and Open Competition
## In Accordance With 41 U.S.C. 253 (c)(1)

1. **IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

   (U) The Federal Bureau of Investigation's (FBI) Quantico Contracts Unit (QCU) has prepared this Justification for Other Than Full and Open Competition in response to a requirement from the Operational Technology Division (OTD), _____ Tracking Technology Unit (TTU), for the establishment of a delivery order for _____

   b1
   b3
   b7E

2. **NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

   (U) The proposed Firm-Fixed Price delivery order has a total estimated value of _____

3. **DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

   (S)

   (U) The purchase order will be Firm-Fixed Priced with an estimated value of _____ Requisition _____ in the amount of _____ is being used to fund this acquisition.

4. **IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

   (U) This contract action is authorized by 41 U.S.C. 253(c)(1), as set forth in the Federal Acquisition Regulation (FAR) 6.302-1, "Only one responsible source and no other supplies or services will satisfy agency requirements.

5. **DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

   (S)

~~SECRET~~

~~SECRET~~

(S)

6.      **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

b1
b3
b7E

(U) This requirement will be posted on Federal Business Opportunities, therefore any company that is an authorized reseller of the requested items will have an opportunity to submit a quote.

7.      **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U) The Contracting Officer will ensure that the anticipated cost to the Government will be fair and reasonable.  Techniques may include an analysis of propose direct costs, audit or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, comparison of proposed rates to published rates, and rigorous negotiation.

8.      **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

(S)

9.      **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

(S)

10.     **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) No companies have expressed interest in writing in regards to this procurement.

~~SECRET~~

CELL/OTD    024991

~~SECRET~~

**11.     A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will continue to scan the market to identify potential sources on subsequent acquisitions.

b6
b7C

**12.     SIGNATURES**

**TECHNICAL REPRESENTATIVE CERTIFICATION**

(U) As Technical Representative of the requiring office, I have reviewed the data provided in support of the Justification and Approval to Procure Using Other Than Full and Open Competition.  I certify that the data is accurate and complete to the best of my knowledge and belief.

_____                    _____
Contracting Officer's                     Date
Technical Representative

**APPROVED BY:**

As the Contracting Officer of Record, I hereby certify, to the best of my knowledge, that the information contained herein is accurate and complete.

_____                    _____
Contracting Officer                       Date

~~SECRET~~



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-15-2014
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-15-2038

~~SECRET~~

## Justification for Other than Full and Open Competition
## In Accordance With 41 U.S.C. 253 (c)(1)

**1.  IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The Federal Bureau of Investigation's (FBI) Quantico Contracts Unit (QCU) has prepared this Justification for Other Than Full and Open Competition in response to a requirement from the Operational Technology Division (OTD), [          ] Tracking Technology Unit (TTU), for the establishment of a delivery order for [          ]

b1
b3
b7E

**2.  NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

(U) The proposed Firm-Fixed Price delivery order has a total estimated value of [          ]

**3.  DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

(S)

(U) The purchase order will be Firm-Fixed Priced with an estimated value of [          ] Requisition [          ] in the amount of [          ] is being used to fund this acquisition.

**4.  IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) This contract action is authorized by 41 U.S.C. 253(c)(1), as set forth in the Federal Acquisition Regulation (FAR) 6.302-1, "Only one responsible source and no other supplies or services will satisfy agency requirements.

**5.  DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

(S)

~~SECRET~~

CELL/OTD  024993

CELLSITE-18515

~~SECRET~~

b1
b3
b7E

(S)

6.     **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) This requirement will be posted on Federal Business Opportunities, therefore any company that is an authorized reseller of the requested items will have an opportunity to submit a quote.

7.     **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U) The Contracting Officer will ensure that the anticipated cost to the Government will be fair and reasonable.  Techniques may include an analysis of propose direct costs, audit or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, comparison of proposed rates to published rates, and rigorous negotiation.

8.     **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

(S)

9.     **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

(S)

10.    **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) No companies have expressed interest in writing in regards to this procurement.

~~SECRET~~

~~SECRET~~

**11.** **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will continue to scan the market to identify potential sources on subsequent acquisitions.

**12.** **SIGNATURES**

**TECHNICAL REPRESENTATIVE CERTIFICATION**

b6
b7C

(U) As Technical Representative of the requiring office, I have reviewed the data provided in support of the Justification and Approval to Procure Using Other Than Full and Open Competition. I certify that the data is accurate and complete to the best of my knowledge and belief.

|  |
|---|

Contracting Officer's
Technical Representative

_____
Date

**APPROVED BY:**

As the Contracting Officer of Record, I hereby certify, to the best of my knowledge, that the information contained herein is accurate and complete.

|  |
|---|

Contracting Officer

_____
Date

~~SECRET~~
CELL/OTD   024995

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-15-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-15-2038

~~SECRET~~

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 02/18/2010

**To:** Finance                         **Attn:**

**From:** Operational Technology
                                   / TTU
        **Contact:**

**Approved By:**

**Drafted By:**

(U) **Case ID #:** (S)   268-HQ-1068430   (Pending)

**Title:** (U)

**Synopsis:** (U)  To provide background on the intended sole source
funding action to purchase additional and upgrade existing

b6
b7C

**Derived From :** ~~FBI NSISCG-20080301~~
**Declassify On:** ~~20350218~~

(U) **Enclosure(s):** (S)   Justification for Other than Full and Open
                        Competition

b3
b5
b7E

~~SECRET~~

CELL/OTD    024996

CELLSITE-18518



SECRET

To:  Finance  From:  Operational Technology          b1
(U) Re:  (X)  268-HQ-1068430, 02/25/2010                b3
                                                        b5
                                                        b7E

(S)

      (U) Funding for requisition number [          ] is available
through the TTU base budget, [        ] in the amount of [          ]
Contracting Officers are responsible for ensuring that

SECRET

2

CELL/OTD  024997

CELLSITE-18519



~~SECRET~~

To:   Finance   From:   Operational Technology
(U)   Re:   (S)   268-HQ-1068430, 02/25/2010

**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>FINANCE</u>

        <u>AT PSFO, DC</u>

        (U)   It is requested that the Quantico Contracts Unit
(OCU) process requisition number [          ] in the amount of
[          ] to [          ]

b3
b5
b6
b7C
b7E

CC: [                    ] . - (ENCL)

~~SECRET~~

3

CELL/OTD   024998

CELLSITE-18520

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-15-2013 BY NSICG J76J18T80

**Statement of Need**
**To accompany Requisition**

b3
.b5
b6
b7C
b7E

Contracting Officers are responsible for ensuring that

Tracking Technology Unit

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-15-2013 BY NSICG J76J18T80

**Statement of Need**
**To accompany Requisition**

b3
b5
b6
b7C
b7E

Contracting Officers are responsible for ensuring that

Tracking Technology Unit

CELL/OTD    025000

CELLSITE-18522

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-15-2013 BY NSICG J76J18T80

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE                    **Date:**  11/04/2008

**To:**  Criminal Investigative      **Attn:**

      Finance                  **Attn:**

**From:**  Operational Technology Division
                                    TTU/OT FBE F          b6
      **Contact:**                                         b7C

**Approved By:**


**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:**  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**  The Quantico Contracts Unit (QCU) is requested to
exercise option year four of contract                       b3
                                                            b5
                                                            b7E
**Enclosure(s):**  FD-369          in the amount of            ASU
Checklist.

**Details:**                                     Wireless Intercept
and Tracking Team (WITT) supports the Bureau's


CELL/OTD    025001

To:   Finance   From:   Operational Technology
Re:   268-HQ-1068430, 11/04/2008

Contracting Officers are responsible for ensuring that

b3
b7E

CELL/OTD   025002

2

```
To:  Finance  From:  Operational Technology
Re:  268-HQ-1068430, 11/04/2008
```

**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>FINANCE</u>

        <u>AT PSFO, DC</u>

        Quantico Contracts <u>Unit (QCU)is requested to exercise</u>
<u>option year four of contract</u>

Funding of [                ] for this <u>request is available</u> using budget
item [    ] Subobject classifications

**Set Lead 2:   (Action)**

    <u>CRIMINAL INVESTIGATIVE</u>

    <u>AT WASHINGTON, DC</u>

    Criminal Investigative Unit is <u>requested to approve</u>
<u>exercise option year four of contract</u>

Funding of [              ] for this request is available using budget
item [    ] Subobject classifications

**CC:**

◆◆

b3
b5
b6
b7C
b7E

CELL/OTD   025003

3

CELLSITE-18525

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~DATE: 04-15-2038~~
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c)
DECLASSIFY ON: 04-15-2038

~~SECRET~~

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 11/12/2008

**To:** Finance                    **Attn:** [                    ]

Rm B239 ERF-QT

**From:** Operational Technology

[                    ]/TTU/QT-ERF

**Contact:** [                    ]

**Approved By:**

**Drafted By:**

**Case ID #:** (U)   268-HQ-1068430

**Title:** (U)   WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:** [                    ]

(S)

b1
b3
b5
b6
b7C
b7E

~~Derived From~~ :  Multiple Sources
~~Declassify On~~:  ~~20331112~~

(U)  **Enclosure(s):**   (X)   FD-369 [          ]   in the amount of [          ]
and Statement of Work

(U)  **Details:**   (X)   [                    ]

b3
b5
b7E

~~SECRET~~

CELL/OTD    025008

SECRET

To:  Finance  From: Operational Technology
Re:  (U)  268-HQ-1068430, 11/12/2008



b1
b3
b5
b7E

(S)

(U)    (S)  WITT has determined

b3
b5
b7E

SECRET

2

CELL/OTD    025009

CELLSITE-18527



~~SECRET~~

To:   Finance   From: Operational Technology
Re:   (U)   268-HQ-1068430, 11/12/2008


**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>FINANCE</u>

        <u>AT PSFO, DC</u>

(S)

b1
b3
b5
b6
b7C
b7E

**CC:**

♦♦

~~SECRET~~

CELL/OTD   025010

CELLSITE-18528

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-15-2013 BY NSICG J76J18T80

# STATEMENT OF NEEDS
## Requisition

b3
b7E

**Sole Source Justification:**

CELL/OTD    025011

CELLSITE-18529

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-15-2013 BY NSICG J76J18T80

(Rev. 05-01-2008)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  PRIORITY                    **Date:**  07/31/2009

**To:**  Finance                         **Attn:**

**From:**  Operational Technology Division
                                    /TTU/QT-ERF-E
            **Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:**  WIRELESS INTERCEPT AND TRACKING TEAM (WITT)

**Synopsis:**  The Quantico Contracts Unit (QCU) is requested to
initiate the procurement of

**Enclosure(s):**  ASU Checklist, FD-369          in the amount of
                   Vendor Quote.

**Details:**

b3
b5
b6
b7C
b7E

WITT has determined

b3
b5
b7E

UNCLASSIFIED

CELL/OTD   025013

CELLSITE-18530

UNCLASSIFIED

To:  Finance  From:  Operational Technology Division
Re:  268-HQ-1068430, 07/31/2009


using budget item☐☐☐Subobject classifications☐☐☐and☐☐
to be applied to the contract vehicle☐☐☐☐

  The Contracting Officer Technical Representative (COTR) for this
procurement is Electronics Engineer (EE☐☐☐☐☐☐☐☐☐and
can be contacted at the Engineering Research Facility, located in
Quantico, Virginia, for any questions.   Contracting Officers are
responsible for ensuring that☐☐☐☐☐☐☐

b3
b6
b7C
b7E

UNCLASSIFIED

2

CELL/OTD     025014

UNCLASSIFIED

To:  Finance  From:  Operational Technology Division
Re:  268-HQ-1068430, 07/31/2009

**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>FINANCE</u>

       <u>AT PSFO, DC</u>

    The Quantico Contracts Unit (OCU) is requested to initiate
the procurement of

                                      b3
                                      b5
                                      b6
                                      b7C
                                      b7E

**CC:**

UNCLASSIFIED

3

CELL/OTD     025015

CELLSITE-18532

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-15-2013 BY NSICG J76J18T80

## *STATEMENT OF NEED*

b3
b6
b7C
b7E

Based on the cost estimate it is requested that  the Tracking Technology Unit,
Operational Technology Unit be approved to utilize OTD funding to
support this urgent and compelling requirement to provide a

Unit Chief
Tracking Technology Unit

CELL/OTD   025016

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-15-2013 BY NSICG J76J18T80

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE                     **Date:**  10/29/2008

**To:**  Training                **Attn:**
Training Services Unit, QT

**From:**  Operational Technology
Unit/QT-ERF                           /Tracking Technology
         **Contact:**

**Approved By:**



**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:**  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**  The Tracking Technology Unit (TTU), Wireless Intercept
and Tracking Team (WITT), request that a TR number be issued for
training to be held in FY09.

**Details:**  The Tracking Technology Unit (TTU), Wireless Intercept
and Tracking Team (WITT), request that the following

- 

**Vendor:**
**Approval:** DOJ approval process completed for FY09
**Location:**
**Amount:**

The              training courses will provide the
necessary skill sets to
         The training courses will be held on various dates in FY09.


UNCLASSIFIED

b3
b5
b6
b7C
b7E

CELL/OTD   025017

To:  Finance   From:  Operational Technology
Re:  268-HQ-1068430 ,  10/20/2008


**LEAD(s):**

**Set Lead 1:   (Action)**

> **TRAINING**

>> **AT QUANTICO, VA**

The Delivery, Support and Logistics Unit is requested
to approve the TTU/WITT training classes based on the information
provided.

b3
b6
b7C
b7E

**CC:**

◆◆

CELL/OTD     025018

CELLSITE-18535

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-15-2013 BY NSICG J76J18T80

# STATEMENT OF NEEDS

The Tracking Technology Unit (TTU), Wireless Intercept and Tracking Team (WITT) is responsible for providing FBI field divisions with

In response to this tasking, TTU/WITT has identified and determined that an

The training courses provide

b3
b6
b7C
b7E

TTU/WITT Unit Chief

CELL/OTD        025019

CELLSITE-18536

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                   **Date:** 4/02/2009

**To:** Finance                                     **Attn:**

Rm B239, ERF-QT (Enc)

**From:** Operational Technology

/TTU/OT-ERF

**Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:** To request that the Engineering Contracts Unit (ECU)
initiate payment for the procurement of

**Enclosure(s):** Vendor price quote, FD-369          in the amount of

**Details:**

b3
b5
b6
b7C
b7E

       Consequently, TTU requests that the ECU issue payment action
against the attached FD-369 to acquire the identified

       Contracting Officers are responsible for ensuring that

CELL/OTD   025021

CELLSITE-18537

SECRET

```
To:   Finance   From: Operational Technology
Re:   268-HQ-1068430, 4/02/2009
```

b7E

2

CELLSITE-18538

~~SECRET~~

To:  Finance  From: Operational Technology
Re:  268-HQ-1068430, 4/02/2009


**LEAD(s):**

**Set Lead 1:   (Action)**

   FINANCE

      AT PSFO, DC                                                    b3
                                                                     b6
         TTU requests that the Engineering Contracts Unit issue      b7C
payment action against the attached FD-369 to acquire the identified b7E
[                                ] Funding for the amount of [            ] is available
using Budget Item [    ] Subobject Class [              ]

CC:  [                                  ]


◆◆

3

CELL∕OTD    0250023
CELLSITE-18539

DECLASSIFIED BY 65179 DMH/STP 8T80
ON 04-15-2013

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                     **Date:** 4/16/2009

**To:** Finance                   **Attn:**
Rm B239, ERF-QT (Enc)

**From:** Operational Technology
                                    /TTU/OT-ERF
        **Contact:**

**Approved By:**

                                                                b3
                                                                b6
                                                                b7C
**Drafted By:**                                                 b7E

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:** To request that the Engineering Contracts Unit (ECU)
initiate payment for the procurement

**Enclosure(s):** Vendor price quote, FD-369              in the amount of

**Details:** The Tracking Technology Unit (TTU) has been tasked with the
                                                                b3
                                                                b5
                                                                b7E

          Consequently, TTU requests that the ECU issue payment action
against the attached FD-369 to acquire the identified

          Contracting Officers are responsible for ensuring that

CELL/OTD   025024

~~SECRET~~

To:  Finance  From: Operational Technology
Re:  268-HQ-1068430, 4/16/2009

**LEAD(s):**

**Set Lead 1:   (Action)**

> FINANCE

>> AT PSFO, DC

>> TTU requests that the Engineering Contracts Unit issue
payment action against the attached FD-369 to acquire the identified
[          ]                    Funding for the amount of [        ] is available
using Budget Item[      ] Subobject Class[          ]

b3
b6
b7C
b7E

**CC:**

♦♦

2

CELL/OTD    025025



(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~DATE 04-16-2013~~
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-16-2038

~~SECRET~~

# FEDERAL BUREAU OF INVESTIGATION

Precedence:   ROUTINE                              Date:   01/26/2009

To:  Finance                        Attn:

                                    Attn:

From:  Operational Technology
                                    /TTU/OT-ERF
         Contact:

Approved By:

Drafted By:

Case ID #: (U)   268-HQ-1068430

Title:  (U)   WIRELESS INTERCEPT AND TRACKING TEAM

(U) Synopsis:   (S)   The Finance Division is requested to procure the
described equipment from

Derived From : ~~FBI NSISCG-20080301~~
Declassify On:   20340126

(U) Enclosure(s):   (S)   FD-369           in the amount of
vendor quote, ASU checklist and ASR form.

Details:   (S)

(S)

~~SECRET~~

b3
b5
b6
b7C
b7E

b1
b3
b5
b7E

CELL/OTD   025026

CELLSITE-18542



SECRET

To:   Finance   From: Operational Technology
Re:   (U)   268-HQ-1068430, 01/26/2009

b1
b3
b5
b6
b7C
b7E

(S)

(U) The Contracting Officer's Technical Representative for this
task is Electronics Engineer (EE)_____ who may be
contacted at the Engineering Research Facility, Quantico,
Virginia.

SECRET

2

CELL/OTD

0250

CELLSITE-18543

~~SECRET~~

To:  Finance  From: Operational Technology
Re:  (U)  268-HQ-1068430, 01/26/2009

**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>FINANCE</u>

        <u>AT PSFO, DC</u>

        (U)   (S)   The Finance Division is requested to procure the

b3
b5
b6
b7C
b7E

**Set Lead 2:  (Action)**

        <u>AT WASHINGTON, DC</u>

    (U)   (S)   is requested to approve funding for the procurement of

**CC:**

◆◆

~~SECRET~~

CELL/OTD   025028  CELLSITE-18544

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-16-2038

~~SECRET~~//20231010

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

Security Addendum to Requisition

(U) ~~(S)~~   **Derived From : G-3**
**Declassify On: ~~10/10/2023~~**

b1
b3
b6
b7C
b7E

(S)

OTD Chief Security Officer

~~SECRET~~//20231010

~~SECRET~~

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-16-2038

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**Statement of Need**
**To accompany Requisition**

Wireless Intercept and
Tracking Team (WITT) is tasked with supporting the Bureau's

b1
b3
b5
b6
b7C
b7E

(S)

(U)   (S)   Funding approval is therefore requested for this effort.
Funding of _____ for this request is available under Budget
Code ____. Sub-object Class _____

(U)   Contracting Officers are responsible for ensuring that

Wireless Intercept and Tracking Team

~~SECRET~~   CELL/OTD   025030

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-16-2038

~~SECRET~~

## Justification for Other Than Full and Open Competition
## In Accordance With 41 U.S.C. 253 (c)(6)

**1.  IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI), Tracking Technology Unit (TTU), Operational Technology Division (OTD).  The contracting activity is the Engineering Contracts Unit (ECU).

**2.  NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

(U) The proposed acquisition strategy is to award a non-competitive contract effort for

b1
b3
b7E

**3.  DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

(S)

(U) TTU is requesting this sole source procurement with                The proposed procurement is            Requisition          in the amount of            has been submitted to fund the requirement.

**4.  IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6).  The regulatory authority is FAR 6.302-6(a)(2).  Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the

~~SECRET~~



CELL/OTD    025030    CELLSITE-18547

SECRET

number of sources from which it solicits bids or proposals.

5.     **DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

b1
b3
b7E

(S)

6.     **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement. Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information). This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

7.     **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U)  The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable.  Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8.     **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

SECRET

*CELL/OTD   025032*

~~SECRET~~

9. **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

b7E

(U)[                                        ] See paragraph (5) above for facts supporting the use of other then full and open competition.

10. **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

11. **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

12. **TECHNICAL REPRESENTATIVE CERTIFICATION**

(U) Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

~~SECRET~~

~~SECRET~~

(U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

| | |
|---|---|
| Contracting Officer's Technical Representative | (Date) |

b6
b7C

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____, Contracting Officer                (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____, Supervisory Contracting Officer            (Date)

_____, FBI Chief Contracting Officer            (Date)

Office of General Counsel                        (Date)

Approved By:        _____
                    , Competition Advocate        (Date)

~~SECRET~~

CELL/OTD   025034   CELLSITE-18550

DATE: 04-16-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-16-2038

HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

SECRET//20331202

**JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION
IN ACCORDANCE WITH 41 U.S.C. 253(c)(6)**

Derived From:  G3
Declassify On:  12/02/2033

1.    Identification of the agency and the contracting activity:

(S)

2.    Nature and/or description of the action being approved:

(S)

b1
b3
b7E

3.    Description of the supplies or services   (including estimated value):

(S)

SECRET//20331202

CELL/OTD     025035

SECRET//20331202

4.    **Statutory Authority:**

(U)  The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6).  The regulatory authority is FAR 6.302-6(a)(2).  Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

5.    **Demonstration that the nature of the acquisition justifies the use of the above authority:**



b1
b3
b7E

(S)

SECRET//20331202

CELL/OTD    025036

CELLSITE-18552

SECRET//20331202

(S)

6.   **Efforts made to ensure offers are solicited from as many potential sources as practicable, including compliance with subpart 5.2 and, if not, which exception under FAR 5.202 applies:**

(S)

b1
b3
b7E

7.   **Determination that the anticipated cost to the Government will be fair and reasonable:**

(U) A price analysis will be conducted by the Contracting Officer prior to award to determine that all prices are fair and reasonable.

8.   **Market Survey:**

(S)

9.   **Any other facts supporting the use of other than full and open competition:**

(U) See paragraph (5) above for the facts supporting the use of other than full and open competition.

10.  **A listing of the sources, if any, that expressed in writing an interest in the acquisition:**

SECRET//20331202

SECRET//20331202

(U) Since the procurement was not publicized pursuant to FAR 5.202(a)(1), no other commercial sources were given the opportunity to express written interest in this procurement.

11.  **A statement of the actions, if any, the agency may take to remove or overcome any barriers to competition before any subsequent acquisition for the supplies or services are required:**

(U) The FBI will continue to do market surveys to identify potential sources on subsequent acquisitions.  TTU has a successful record of finding and developing new contractors.

**Conclusion:**

(S)

```


```

b1
b3
b6
b7C
b7E

**Certifications:**

**Technical Representative Certification:**

As Technical Representative of the requiring office, I have reviewed the data provided in support of the Justification and Approval to procure using other than Full and Open Competition.  I certify that the data is accurate and complete to the best of my knowledge and belief.

```
                                                              Date
```
Contracting Officer's
Technical Representative (*Proposed*)

**Contract Specialist Certification:**

I hereby certify that the information in this justification is accurate and complete to the best of my knowledge and belief.

```
                                                              Date
```
Contract Specialist
Quantico Contracts Unit

**Reviewed:**

**Unit Chief:**

SECRET//20331202

CELL/OTD    025038

CELLSITE-18554

~~SECRET~~//20331202

Quantico Contracts Unit

Date

b6
b7C

~~SECRET~~//20331202

CELL/OTD    025039 CELLSITE-18555

DATE: 04-16-2038
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-16-2038

~~SECRET~~//20340424

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

Security Addendum to Requisition

(S)

b1
b3
b6
b7C
b7E

OTD Chief Security Officer

Derived From: ~~FBI NSISCG-20080303~~
Declassify On:  20340424

~~SECRET~~//20340424

CELL/OTD    025040

CELLSITE-18556

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-16-2038

~~SECRET~~//20331202

## Statement of Work
### Federal Bureau of Investigation Requisition

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b1
b3
b7E

**(U) PART ONE**

(U) (S) SUMMARY.

(S)

**(U) PART TWO**

*(U) Deliverables*

(U) 1.  (S)

(S)

~~SECRET~~//20331202

CELL/OTD   025041

SECRET//20331202



(S)

(U)   2.   (S)

b1
b3
b7E

(S)

(U)   3.   (S)

(S)

SECRET//20331202

CELL/OTD   025042

CELLSITE-18558

SECRET//20331202

(S)                                                            b1
                                                           b3
                                                           b7E

(U) 4.   (S) **Monthly Status Reporting**

(S)

(U) 4.   (S) **Testing, Verification, and Demonstration**

(S)

(U) 5.   (S) **Operational Deployment**

(S)

6.   *(U) Other Details*

(S)

SECRET//20331202

CELL/OTD   025043

CELLSITE-18559

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-16-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-16-2038

~~SECRET~~

## Justification for Other Than Full and Open Competition
## In Accordance With 41 U.S.C. 253 (c)(6)

1.  **IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

    (U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI), Tracking Technology Unit (TTU), Operational Technology Division (OTD). The contracting activity is the Engineering Contracts Unit (ECU).

    b1
    b3
    b7E

2.  **NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

    (U) The proposed acquisition strategy is to award a non-competitive contract effort for

3.  **DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

    (S)

4.  **IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

    (U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6). The regulatory

~~SECRET~~

~~SECRET~~

authority is FAR 6.302-6(a)(2). Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

**5.  DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

(S)

b1
b3
b7E

**6.  DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement. Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information). This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

**7.  DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U) The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable. Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

**8.  A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

~~SECRET~~

~~SECRET~~

b1
b3
b7E

9.      **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

(U[                    ] See paragraph (5) above for facts supporting the use of other then full and open competition.

10.     **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

11.     **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

12.     **TECHNICAL REPRESENTATIVE CERTIFICATION**

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

~~SECRET~~



~~SECRET~~

(U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

| | |
|---|---|
| | Contracting Officer's Technical Representative        (Date) |

b6
b7C

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
, Contracting Officer                        (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
, Supervisory Contracting Officer                (Date)

_____
, FBI Chief Contracting Officer            (Date)

_____
Office of General Counsel                        (Date)

Approved By:    _____
                , Competition Advocate            (Date)

~~SECRET~~



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE



CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-16-2038

~~SECRET~~

## Justification for Other Than Full and Open Competition
### In Accordance With 41 U.S.C. 253 (c)(6)

**1. IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI), Tracking Technology Unit (TTU), Operational Technology Division (OTD). The contracting activity is the Engineering Contracts Unit (ECU).

**2. NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

(U) The proposed acquisition strategy is to award a non-competitive contract effort for

**3. DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

(S)

b1
b3
b7E

**4. IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6). The regulatory authority is FAR 6.302-6(a)(2). Full and Open competition need not be provided for when the disclosure

~~SECRET~~



CELL/OTD    0250-18

~~SECRET~~

5. **DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

(S)

6. **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement. Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information). This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

b1
b3
b7E

7. **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U) The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable. Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8. **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

~~SECRET~~

~~SECRET~~

b3
b7E

9.    **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

(U)                                                  See paragraph (5) above for facts supporting the use of other then full and open competition.

10.   **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

11.   **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

12.   **TECHNICAL REPRESENTATIVE CERTIFICATION**

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

~~SECRET~~



~~SECRET~~

(U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

b6
b7C

|  |
|--|
|  |

Contracting Officer's Technical Representative        (Date)

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____, Contracting Officer                    (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____, Supervisory Contracting Officer                    (Date)

_____, FBI Chief Contracting Officer           (Date)

Office of General Counsel                                 (Date)

Approved By:        _____
                      , Competition Advocate           (Date)



~~SECRET~~

CELL/OTD     025057     CELLSITE-18567

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG J76J18T80

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                          Date:  2/23/2008

To:  Finance                          Attn:

From:  Operational Technology Division

TTU/OT-ERF-E

Contact:

b3
b5
b6
b7C
b7E

Approved By:

Drafted By:

Case ID #: 268-HQ-1068430

Title:  WIRELESS INTERCEPT AND TRACKING TEAM

Synopsis:  The Quantico Contracts Unit (QCU) is requested to initiate the procurement of

Enclosure(s):  ASU Checklist, FD-369 ☐ in the amount of ☐ Vendor Quote.

Details:

☐ WITT has determined ☐

☐ WITT has seen ☐

UNCLASSIFIED

UNCLASSIFIED

To:   Finance   From:   Operational Technology Division
Re:   268-HQ-1068430, 2/13/2008


The Contracting Officer Technical Representative (COTR) for this
procurement is Electronics Technician (EE) [            ] and can
be contacted at the Engineering Research Facility, located in
Quantico, Virginia, for any questions.   Contracting Officers are
responsible for ensuring that [                                    ]

b6
b7C

UNCLASSIFIED

2

*CELL/OTD*   *025053*

UNCLASSIFIED

To:  Finance  From:  Operational Technology Division
Re:  268-HQ-1068430, 2/13/2008


**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>FINANCE</u>

        <u>AT PSFO, DC</u>

    The Quantico Contracts Unit (OCU) is requested to initiate the procurement of _____ Funding of _____ for this request is available using budget item____ Subobject classifications_____

                                        b3
                                        b5
                                        b6
                                        b7C
                                        b7E

CC:  _____

UNCLASSIFIED

3

CELL/OTD   025054

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-16-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-16-2038



~~SECRET~~

### Justification for Other Than Full and Open Competition
### In Accordance With 41 U.S.C. 253 (c)(6)

**1.   IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI), Tracking Technology Unit (TTU), Operational Technology Division (OTD).  The contracting activity is the Engineering Contracts Unit (ECU).

b1
b3
b7E

**2.   NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

(U) The proposed acquisition strategy is to award a non-competitive contract effort for

**3.   DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

(S)

**4.   IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6).   The regulatory authority is FAR 6.302-6(a)(2).  Full and Open competition need not be provided for when the disclosure



~~SECRET~~

CELL/OTD   025055

CELLSITE-18571

~~SECRET~~

5.   **DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

(S)

b1
b3
b7E

6.   **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.  Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information).  This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

7.   **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U)  The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable.  Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8.   **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

~~SECRET~~

CELL/OTD   025056

CELLSITE-18572

~~SECRET~~

b3
b7E

9.   **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

(U) [                                    ] See paragraph (5) above for facts supporting the use of other then full and open competition.

10.   **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

11.   **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

12.   **TECHNICAL REPRESENTATIVE CERTIFICATION**

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

~~SECRET~~



~~SECRET~~

(U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

| | |
|---|---|
| | Contracting Officer's Technical Representative       (Date) |

b6
b7C

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
, Contracting Officer                    (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
, Supervisory Contracting Officer              (Date)

_____
, FBI Chief Contracting Officer          (Date)

_____
Office of General Counsel                    (Date)

Approved By:    _____
, Competition Advocate          (Date)

~~SECRET~~



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG J76J18T80

Statement of Need to Accompany
Requisition

b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG J76J18T80

**Statement of Need**
**To accompany Requisition**

Wireless Intercept
and Tracking Team (WITT) supports the Bureau's

b3
b6
b7C
b7E

Contracting Officers are responsible for ensuring that

Unit Chief

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG J76J18T80

## Statement of Need to Accompany
## Requisition

b3
b7E

**Sole Source Justification:**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG J76J18T80

(Rev. 05-01-2008)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                **Date:** 10/15/2008

**To:** All Field Offices

**From:** Operational Technology
　　　　　　　　　　　　　　　　　　　　/TTU/ERF
　　　　　Contact:

**Approved By:**



**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:** Tracking Technology Unit (TTU), Wireless Intercept and
Tracking Team (WITT) training

**Details:** Tracking Technology Unit (TTU), Wireless Intercept and
Tracking Team (WITT) will be offering　　　　　　　　　　　training
at 　　　　　　　　　　in FY09. The schedule is as follows:

b3
b6
b7C
b7E

　　　　　　requests anyone wanting to attend any of the
classes must send their request to　　　　　　　　. The request
has to include three dates (one preferred and two alternate
dates) that they would like to attend along with complete contact
information, i.e. office numbers, cell numbers, and email
addresses. A schedule of the classes will be generated and sent
out to every attendee. After the schedule is made it is mandatory
for each person to sign up through　　　　　　　　If anyone
fails to sign up then that person will be replaced with someone
else. It is the attendees responsibility to find an alternate
and contact 　　　　　　　　if they can not attend the class in

UNCLASSIFIED

CELL/OTD   025065

UNCLASSIFIED

To:  All Field Offices  From:   Operational Technology
Re:   268-HQ-1068430, 10/15/2008

which they are scheduled to attend.  That person will then be
taken off the schedule for FY09 _____ training classes with the     b3
exception of an "emergency" situation.                               b7E

UNCLASSIFIED

2

CELL/OTD  025066
CELLSITE-18579

UNCLASSIFIED

To:   All Field Offices   From:   Operational Technology
Re:   268-HQ-1068430, 10/15/2008


**LEAD(s):**

**Set Lead 1:   (Action)**

   ALL RECEIVING OFFICES

      WITT requests anyone wanting to attend any of the
classes please send their request to [ ]                      b3
                                                              b6
CC:   [ ]                                                     b7C
                                                              b7E

♦♦

UNCLASSIFIED

3

CELL/OTD   025067

↳ (Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG J76J18T80

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE                **Date:**  11/05/2008

**To:**  Finance                        **Attn:**

    Criminal Investigative           **Attn:**
                                     **Attn:**

**From:**  Operational Technology Division
                                               /TTU/OT-ERF-E
    **Contact:**

**Approved By:**

b3
b6
b7C
b7E

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:**  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**  The Quantico Contracts Unit (QCU) is requested to
initiate the procurement of

**Enclosure(s):**  ASU Checklist, FD-369                    in the amount of
                                Vendor Quote.

**Details:**

b3
b5
b7E

    WITT has determined

    WITT has seen the need

UNCLASSIFIED

CELL/OTD   025068

UNCLASSIFIED

To:  Finance  From:  Operational Technology Division
Re:  268-HQ-1068430, 11/05/2008

b3
b5
b6
b7C
b7E

   The Contracting Officer Technical Representative (COTR) for this
procurement is Electronics Technician (ET)                and
can be contacted at the Engineering Research Facility, located in
Quantico, Virginia, for any questions.   Contracting Officers are
responsible for ensuring that

UNCLASSIFIED

2

UNCLASSIFIED

To: Finance  From: Operational Technology Division
Re: 268-HQ-1068430, 11/05/2008

LEAD(s):

Set Lead 1: (Action)

    FINANCE

        AT PSFO, DC

      The Quantico Contracts Unit (QCU) is requested to initiate the procurement of ▢ Funding of ▢ for this request is available using budget items ▢ and ▢ Subobject classifications ▢

                                                                               b3
                                                                               b6

b7C

b7E

Set Lead 2: (Action)

    CRIMINAL INVESTIGATIVE

        AT WASHINGTON, DC

        The Criminal Investigative Division is requested to approve the procurement of ▢ Funding of ▢ for this request is available using budget items ▢ and ▢ Subobject classifications ▢

Set Lead 3: (Action)

    ▢

        AT WASHINGTON DC

        The ▢ is requested to approve the procurement of ▢ Funding of ▢ for this request is available using budget items ▢ and ▢ Subobject classifications ▢

CC: ▢

UNCLASSIFIED

3

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG J76J18T80

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE                    **Date:**  11/05/2008

**To:**  Finance                    **Attn:**

**From:**  Operational Technology Division
                                      TTU/QT-ERF-E
         **Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:**  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**  The Quantico Contracts Unit (QCU) is requested to
initiate the procurement of

**Enclosure(s):**  ASU Checklist, FD-369                  in the amount of
                          Vendor Quote.

**Details:**



          TTU/WITT has determined

     WITT has seen the need



                        UNCLASSIFIED

b3
b5
b6
b7C
b7E

CELL/OTD  025071

CELLSITE-18584

UNCLASSIFIED

To:   Finance   From:   Operational Technology Division
Re:   268-HQ-1068430, 2/13/2008


   The Contracting Officer Technical Representative (COTR) for this
procurement is Electronics Technician (ET)            and
can be contacted at the Engineering Research Facility, located in
Quantico, Virginia, for any questions.    Contracting Officers are
responsible for ensuring that

b6
b7C

UNCLASSIFIED

2

UNCLASSIFIED

```
To:   Finance   From:   Operational Technology Division
Re:   268-HQ-1068430, 2/13/2008
```

**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>FINANCE</u>

       <u>AT PSFO, DC</u>

       The Quantico Contracts Unit (QCU) is requested to initiate
the procurement of _____      b3
_____ Funding of      b6
_____ for this request is available using budget item _____      b7C
Subobject classifications _____      b7E

**CC:**

UNCLASSIFIED

3

CELL/OTD   025073

CELLSITE-18586

(Rev. 05-01-2008)

DECLASSIFIED BY NSICG J76J18T80
ON 04-16-2013

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 10/09/2008

**To:** Criminal Investigative        **Attn:**

  Finance                          **Attn:**

**From:** Operational Technology
                                /TTU/ERF
  Contact:

**Approved By:**

b3
b5
b6
b7C
b7E

**Drafted By:**

**Case ID #:** (U)  268-HQ-1068430

**Title:**  (U)  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**  To request that the Tracking Technology Unit's Wireless Intercept and Tracking Team (WITT) provide training for the

**Enclosure(s):**  FD-369            in the amount of            Vendor price quote,

**Details:**                              Wireless Intercept and Tracking Team (WITT) is tasked

Additionally, WITT provides

                                                              WITT has identified the need

UNCLASSIFIED

CELL/OTD   025074

CELLSITE-18587

SECRET

To:  Criminal Investigative  From: Operational Technology
Re:  (U)  268-HQ-1068430, 10/02/2008


        The Contracting Officer Technical Representative (COTR)
for this procurement is Electronics Technician (ET)              b3
              and can be contacted at the Engineering Research Facility,  b6
located in Quantico, Virginia, for any questions.   Contracting  b7C
Officers are responsible for ensuring that                      b7E




UNCLASSIFIED

2

CELL/OTD   025075

~~SECRET~~

To:  Criminal Investigative  From: Operational Technology
Re:  (U)  268-HQ-1068430, 10/02/2008

**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>CRIMINAL INVESTIGATIVE</u>

       AT WASHINGTON, DC

       The Criminal Investigative <u>Division is requested to</u>
<u>approve the procurement</u> training for [          ]
[          ]  Funding for amount of [          ] is specified on
the attached FD-369, requisition [          ]

b3
b6
b7C
b7E

**Lead 2:  (Action)**

    <u>FINANCE</u>

       AT PSFO, DC

       The Finance <u>Division is requested to approve the</u>
procurement training <u>for the</u> [          ]
Funding for amount of [          ] is specified on the attached FD-
369, requisition [          ]

**CC:**  [          ]


♦♦

UNCLASSIFIED

CELL/OTD    025076

CELLSITE-18589

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-16-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-16-2038

~~SECRET~~

**Justification for Other Than Full and Open Competition**
**In Accordance With 41 U.S.C. 253 (c)(6)**

**1. IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI), Tracking Technology Unit Unit (TTU), Operational Technology Division (OTD). The contracting activity is the Engineering Contracts Unit (ECU).

**2. NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

(S)

b1
b3
b7E

**3. DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

(S)

**4. IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6). The regulatory authority is FAR 6.302-6(a)(2). Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

**5. DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE**

~~SECRET~~


CELL/OTD 025078

CELLSITE-18590



9.   **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN
     COMPETITION**

(U[                                        ] See paragraph (5) above for facts
supporting the use of other then full and open competition.

10.   **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE
      ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given
the opportunity to express written or oral interest in this procurement.

b6
b7C
b7E

11.   **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR
      OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT
      ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is
appropriate an in the best interests of the government.

12.   **TECHNICAL REPRESENTATIVE CERTIFICATION**

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C.
253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the
disclosure of the agency's needs would compromise national security, unless the agency is
permitted to limit the number of sources from which it solicits bids or proposals.

(U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the
best of my knowledge that all information contained herein is complete and accurate to the best of
my knowledge.

[                    ] Contracting Officer's Technical Representative      (Date)

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all
information contained herein is complete and accurate to the best of my knowledge.

_____
       , Contracting Officer                              (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge
that all information contained herein is complete and accurate to the best of my knowledge.

_____
       , Supervisory Contracting Officer                 (Date)

~~SECRET~~

_____

, FBI Chief Contracting Officer          (Date)


_____

Office of General Counsel                          (Date)


Approved By:      _____

, Competition Advocate          (Date)


~~SECRET~~

~~SECRET~~

9. **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

(U) [                              ] See paragraph (5) above for facts supporting the use of other then full and open competition.

b6
b7C
b7E

10. **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

11. **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

12. **TECHNICAL REPRESENTATIVE CERTIFICATION**

(U) Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

(U) As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

| | Contracting Officer's Technical Representative        (Date) |

(U) As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
, Contracting Officer                        (Date)

(U) As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
, Supervisory Contracting Officer              (Date)

~~SECRET~~

CELL/OTD   025084

~~SECRET~~

_____

, FBI Chief Contracting Officer          (Date)


_____

Office of General Counsel                        (Date)


Approved By:     _____

, Competition Advocate          (Date)

~~SECRET~~

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG J76J18T80

Statement of Need to Accompany
Requisition

b3
b7E

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c)
DECLASSIFY ON: 04-16-2038

SECRET

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** PRIORITY        **Date:** 10/02/2008

**To:** Criminal Investigative    **Attn:**

      Finance              **Attn:**

**From:** Operational Technology

                                 /TTU/QT-ERF

      Contact:

**Approved By:**

**Drafted By:**

**Case ID #:** (U)   268-HQ-1068430

**Title:** (U)   WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**

(S)

Derived From : G-3
Declassify On: 20331002

(U) **Enclosure(s):** (S)   FD-369         in the amount of

                      and Memorandum of Understanding (MOU).

(U) **Details:** (S)

                                Wireless Intercept and Tracking
Team (WITT) utilizes

b1
b3
b5
b6
b7C
b7E

SECRET

CELL/OTD   025087

~~SECRET~~

To:  Criminal Investigative  From: Operational Technology
Re:  (U)  268-HQ-1068430, 10/02/2008

(S)

b1
b3
b5
b6
b7C
b7E

(U) The Contracting Officer's Technical Representative for this
task is Electronics Engineer (EE        ) who may be
contacted at the Engineering Research Facility, Quantico,
Virginia.

~~SECRET~~

2

CELL/OTD   025089

CELL/OTD   02508

CELLSITE-18599

~~SECRET~~

To:  Criminal Investigative   From: Operational Technology
Re:  (U)  268-HQ-1068430, 10/02/2008

**LEAD(s):**

**Set Lead 1:  (Action)**

   CRIMINAL INVESTIGATIVE

      AT WASHINGTON, DC

(S)
                                                              b1
                                                              b3
                                                              b7E

**Set Lead 2:  (Action)**

   FINANCE

      AT PSFO, DC

(S)

CC:

♦♦

~~SECRET~~

CELL/OTD   025090
CELLSITE-18600

SECRET

DECLASSIFIED BY NSICG J76J18T80
ON 04-16-2013



**U.S. Department of Justice**

**Federal Bureau of Investigation**

In Reply, Please Refer to
File No.

ERF Bldg 27958-A

October 2, 2008

Attention:  Finance Department

Dear To Whom It May Concern:

Subject:

b3
b5
b6
b7C
b7E

Funds are to be allocated as below:

Specific technical details shall be handled by the FBI COTR, who
can be reached at the following:

Attn:
ERF Bldg.
Quantico, Va 22135
PH:

Sincerely,

PM, Tracking Technology Unit

SECRET

CELL/OTD     025091

CELLSITE-18601

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-16-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c)
DECLASSIFY ON: 04-16-2038

(Rev. 05-01-2008)

~~SECRET~~

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** PRIORITY          **Date:** 12/30/2008

**To:** Finance          **Attn:**

**From:** Operational Technology Division
                                        /TTU/OT-ERF
          **Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:** (U)  268-HQ-1068430

**Title:** (U)  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**

(S)

b1
b3
b5
b6
b7C
b7E

~~Derived From~~:  NSISCG 20080303
~~Declassify On~~:  20331230

(U) **Enclosure(s):** (X)  FD-369 [          ] in the amount of [          ] and
Memorandum of Understanding (MOU).

(U) **Details:** (X)

~~SECRET~~

CELL/OTD  025092

CELLSITE-18602

~~SECRET~~

b1
b3
b5
b6
b7C
b7E

To: Operational Technology  From: Operational Technology
Re: (U)  268-HQ-1068430, 12/30/2008

(S)

(U) The Contracting Officer's Technical Representative for this task is Electronics Engineer (EE)[                    ] who may be contacted at the Engineering Research Facility, Quantico, Virginia.

~~SECRET~~

2

CELL/OTD   025093

CELLSITE-18603



~~SECRET~~

To:  Operational Technology  From: Operational Technology
Re:  (U)  268-HQ-1068430, 12/30/2008


**LEAD(s):**

**Set Lead 1:  (Action)**                                       b1
                                                                b3
      <u>FINANCE</u>                   b6
                                                                b7C
      <u>AT PSFO, DC</u>             b7E

(S)

**CC:**

◆◆

~~SECRET~~

3

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE
DATE 04-16-2013 BY 6576J18T80
ON 04-16-2013

~~SECRET~~



**U.S. Department of Justice**

**Federal Bureau of Investigation**

In Reply, Please Refer to
File No.

December 30, 2008

Attention:  Finance Department

Dear To Whom It May Concern:

Subject:

b3
b5
b6
b7C
b7E

Funds are to be allocated as below:

- 

Specific technical details shall be handled by the FBI COTR, who
can be reached at the following:

Attn:
ERF Bldg.
Quantico, Va 22135
PH:

Sincerely,

PM, Tracking Technology Unit

~~SECRET~~

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-16-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-16-2038



**U.S. Department of Justice**

**Federal Bureau of Investigation**

In Reply, Please Refer to
File No.

Quantico, Va 22135

November 12, 2008

Attention:  Finance Department

Dear: To Whom It May Concern

Subject:

Funds are to be allocated as below:

b1
b3
b5
b6
b7C
b7E

•

(S)

SECRET

CELL/OTD   025096        CELLSITE-18606



b1
b3
b5
b6
b7C
b7E

(S)

Subtask 2 (Allocation

(S)

Subtask 3 (Allocation

(S)

Specific technical details shall be handled by the FBI COTR, who
can be reached at the following:

Attn:
ERF Bldg.
Quantico, Va 22135
PH:

2

SECRET

CELL/OTD   025097

CELLSITE-18607

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-16-2013
CLASSIFIED BY NSICG C76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-16-2038



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

Quantico, Va 22135

December 02, 2008

Attention:

POC:
Phone
Fax:

Subject:   STATEMENT OF WORK

b1
b3
b5
b6
b7C
b7E

(S)

**Program:**
POC:
**Value:**

Funds are to be allocated as below:

(S)   •

Background

(S)

Deliverables

Specifically, the vendor shall:

2.

(S)

~~SECRET~~

*CELL/OTD   025098*

CELLSITE-18608



(S)                                                                          b1
                                                                            b3
                                                                            b5
                                                                            b6
8.                                                                          b7C
                                                                            b7E

<u>Other Requirements</u>

- During final completion of prototypes, the FBI shall be made available prototypes to further provide feedback for optimal development purposes.

- Vendors shall provide at a minimum, monthly status reporting, in the form of verbal feedback as well as written.

Any other questions or specific technical detail questions should be directed towards the FBI COTR, who can be reached at the following:

Attn:
ERF Bldg.
<u>Quantico, Va 22135</u>
PH:



CELL/OTD    025099

CELLSITE-18609

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG J76J18T80

**ATTACHED TO REQUISITION**
**STATEMENT OF NEEDS**

b1
b3
b7E

The attached documentation supports the purchase of

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-16-2038

(Rev. 05-01-2008)

~~SECRET~~

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                    Date: 10/16/2008

To: Finance                  Attn:

                             Attn:

From: Operational Technology Division                    b1
                                              ATU/QT-ERF    b3
          Contact:                                         b5
Approved By:                                               b6
                                                           b7C
                                                           b7E

Drafted By:

Case ID #: (U)   268-HQ-1068430

Title: (U)   WIRELESS INTERCEPT AND TRACKING TEAM

(U) Synopsis: (S)  To request contract action to initiate the
proposed research.

                  Derived From : Multiple Sources
                  Declassify On: 20331016

(U) Enclosure(s): (S)  FD-369            in the amount of
        Memorandum of Understanding (MOU) and Statement of Work
   (SOW)

(U) Details: (S)                                        Wireless
   Intercept and Tracking Team (WITT)

(S)

~~SECRET~~

CELL/OTD   025101

~~SECRET~~

To: Finance   From:   Operational Technology Division
Re:  (U)  268-HQ-1068430, 10/16/2008

b1
b3
b7E

(S)

(U)  (S)   <u>Sole Source Justification</u>

(S)

~~SECRET~~

2

CELL/OTD   025102

CELLSITE-18612

~~SECRET~~

To: Finance    From:   Operational Technology Division
Re:   (U)   268-HQ-1068430, 10/16/2008

(S)

```
┌─────────────────────────────────────────────────────────┐
│                                                          │
│                                                          │
│                                                          │
└─────────────────────────────────────────────────────────┘
```

b1
b3
b6
b7C
b7E

(U)   (S) Further details and the nature of the sole source justification have been described further in the attachment entitled "Justification for Other Than Full and Open Competition" for this procurement.

(U)                    (S) For informational purposes, the vendor ☐ is CCR listed.

(U)   The Contracting Officer Technical Representative (COTR) for this procurement is Electronics Engineer (EE) ☐ and can be contacted at the Engineering Research Facility, located in Quantico, Virginia, for any questions.

~~SECRET~~

3

CELL/OTD   025103

CELLSITE-18613

~~SECRET~~

To: Finance    From:   Operational Technology Division
Re:  (U)  268-HQ-1068430, 10/16/2008


**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>PSFO</u>

      <u>AT WASHINGTON, DC</u>

    (U)    (S)   The Finance Division, Engineering Contracts Unit, is requested to initiate procurement action.


**Set Lead 2:   (Action)**

    [ ]

      <u>AT WASHINGTON, DC</u>

    (U)    (S)   [ ] is requested to approve the critical procurement action.

b6
b7C
b7E


**CC:**    [ ]

♦♦

CELL/OTD   025104
CELLSITE-18614

(Rev. 01-31-2003)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-16-2038

SECRET//20330321

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                      **Date:** 03/21/2008

**To:** Finance                              **Attn:**
                                             **Attn:**

**From:** Operational Technology
                                   TTU/OT-ERF
          **Contact:**

**Approved By:**                                                  b1
                                                                 b3
                                                                 b5
                                                                 b6
**Drafted By:**                                                  b7C
                                                                 b7E
**Case ID #:** (U)  268-HQ-1068430   (Pending)

**Title:** (U)  WIRELESS INTERCEPT AND TRACKING TEAM

(U) **Synopsis:** (S)  To request contract action to initiate the
proposed research.

(U) (S)     Derived From : Multiple Sources
            Declassify On: 03/21/2033

**Enclosure(s):** (U)  Vendor Price Quote, FD369 [        ] in the
amount of [          ]  CCR Vendor Information, proposal and
proposed estimated project plan.

**Details:** (U) [                                    ] Wireless
Intercept and Tracking Team (WITT)

(S)

SECRET//20330312

CELL/OTD  025105

CELLSITE-18615



~~SECRET~~

To:  ??  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 03/21/2008

b1
b3
b5
b7E

(S)

(S)  <u>Sole Source Justification</u>

(S)

~~SECRET~~
2

~~SECRET~~

To:  ??  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 03/21/2008

b3
b6
b7C
b7E

(U)  (X) Further details and the nature of the sole source
justification have been described further in the attachment
entitled "Justification for Other Than Full and Open Competition"
for this procurement.

(U)                        (X) For informational purposes, the vendor
                   is CCR listed.

          (U)   The Contracting Officer Technical Representative
(COTR) for this procurement is Electronics Engineer (EE)
          and can be contacted at the Engineering Research Facility,
located in Quantico, Virginia, for any questions.

~~SECRET~~
3

CELL/OTD   025107

 ~~SECRET~~

To:  ??  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 03/21/2008

**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>FINANCE</u>

        <u>AT PSFO, DC</u>

    (U)    (S)   The Finance Division, Engineering Contracts Unit,
is requested to initiate procurement action for the services as
identified on the attached FD-369.

b3
b6
b7C
b7E

**Set Lead 2:   (Action)**

    [           ]

        <u>AT WASHINGTON, DC</u>

    (U)    (S)   [             ]is requested to
approve funding for the procurement action for the services as
identified on the attached FD-369.

**CC:**

◆◆

~~SECRET~~
4

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG J76J18T80

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                **Date:**  02/13/2009

**To:**  Finance                    **Attn:**

**From:**  Operational Technolgoy Division
                                /TTU
             **Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:**  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**  The Tracking Technology Unit (TTU) requests that the
Engineering Contracts Unit (ECU) modify existing contract

**Details:**

b3
b5
b6
b7C
b7E

UNCLASSIFIED

CELL/OTD    025109

CELLSITE-18619

UNCLASSIFIED

```
To:   Finance   From:   Operational Technolgoy Division
Re:   268-HQ-1068430,  02/13/2009
```

b3
b5
b7E

Contracting Officers are responsible for ensuring that

UNCLASSIFIED

2

CELL/OTD  025110

CELLSITE-18620

UNCLASSIFIED

To:  Finance  From:  Operational Technolgoy Division
Re:  268-HQ-1068430, 02/13/2009


LEAD(s):

Set Lead 1:  (Action)

    FINANCE

       AT PSFO, DC

        The Quantico Contracts Unit (OCU) is requested to
initiate the procurement for [                    ]
FY 2009 in support of the Bureau's [                    ]
[                    ] Funding of [          ] for this request is
available using budget items [    ] Subobject classifications
[          ]

b3
b6
b7C
b7E

CC: [                    ]


♦♦

UNCLASSIFIED

3

CELL/OTD   025111
CELLSITE-18621

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-16-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-16-2038

~~SECRET~~//20330612

### JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION
### IN ACCORDANCE WITH 41 U.S.C. 253(c)(6)

1.    Identification of the agency and the contracting activity:

(S)

b1
b3
b7E

2.    Nature and/or description of the action being approved:

(S)

3.   .  Description of the supplies or services   (including estimated value):

(S)

~~Derived From:   G3~~
~~Declassify On:   6/12/2033~~

4.    Statutory Authority:

(U) This procurement action is authorized by 41 U.S.C. 253(c)(6), as set forth
in Federal Acquisition Regulation (FAR) Part 6.302-6.

~~SECRET~~//20330612

CELL/OTD   025112

~~SECRET~~//20330612

5.   Demonstration that the nature of the acquisition justifies the use
     of the above authority:

b1
b3
b7E

(S)

6.   Efforts made to ensure offers are solicited from as many potential
     sources as practicable, including compliance with subpart 5.2 and,
     if not, which exception under FAR 5.202 applies:

(S)

(U) Full and open competition of this procurement could provide adversaries of
the FBI with insight into areas of interest to the FBI.
                                                          no advertisement will be
made.

7.   Determination that the anticipated cost to the Government will be
     fair and reasonable:

(U) A price analysis will be conducted by the Contracting Officer prior to
award to determine that all prices are fair and reasonable.

8.   Market Survey:

9.   Any other facts supporting the use of other than ful and open

~~SECRET~~//20330612

CELL/OTD   025113

CELLSITE-18623

SECRET//20330612

competition:

(U) See paragraph (5) above for the facts supporting the use of other than full and open competition.

10.   **A listing of the sources, if any, that expressed in writing an interest in the acquisition:**

(U) Since the procurement was not publicized pursuant to FAR 5.202(a)(1), no other commercial sources were given the opportunity to express written interest in this procurement.

11.   **A statement of the actions, if any, the agency may take to remove or overcome any barriers to competition before any subsequent acquisition for the supplies or services are required:**

(U) The FBI will continue to do market surveys to identify potential sources on subsequent acquisitions.  TTU has a successful record of finding and developing new contractors.

**Conclusion:**

(S)

b1
b3
b6
b7C
b7E

**Certifications:**

**Technical Representative Certification:**

As Technical Representative of the requiring office, I have reviewed the data provided in support of the Justification and Approval to procure using other than Full and Open Competition.  I certify that the data is accurate and complete to the best of my knowledge and belief.

Date

Contracting Officer's
Technical Representative (*Proposed*)

**Contract Specialist Certification:**

I hereby certify that the information in this justification is accurate and complete to the best of my knowledge and belief.

Date

SECRET//20330612

*CELL/OTD   025114*

CELLSITE-18624

SECRET//20330612

Contract Specialist
Quantico Contracts Unit

**Reviewed:**

**Unit Chief:**

b6
b7C

| | Date |
|---|---|

Quantico Contracts Unit

SECRET//20330612

CELL/OTD   025115
CELLSITE-18625

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG J76J18T80

## Statement of Need (Critical Need)
### Requisition

The Tracking Technology Unit (TTU), Wireless Intercept and
Tracking Team (WITT), is responsible for the development,
deployment, and support of investigative technologies and tools
that provide                                               
                                               WITT supports these
efforts through its Wireless Intercept and Tracking Team (WITT),

b3
b7E

TTU/WITT projects that the increase in investigative case work
that requires this technology, and request that this requisition
            be funded on a critical needs basis.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG J76J18T80

Statement of Need to Accompany
Requisition

b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG J76J18T80

Statement of Need to Accompany
Requisition

b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG J76J18T80

## Statement of Need to Accompany
### Requisition

b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG J76J18T80

Statement of Need to Accompany
Requisition

b3
b7E

CELL/OTD   025120

CELLSITE-18630

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG J76J18T80

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                    Date:   4/16/2009

To:  Finance                    Attn:

From:  Operational Technology Division
                                    /TTU/QT-ERF-E
        Contact:

Approved By:

Drafted By:

Case ID #:  268-HQ-1068430

Title:  WIRELESS INTERCEPT AND TRACKING TEAM

Synopsis:  The Quantico Contracts Unit (QCU) is requested to
initiate the procurement of

Enclosure(s):  ASU Checklist, FD-369          in the amount of
                  Vendor Quote.

Details:

b3
b5
b6
b7C
b7E

  The Contracting Officer Technical Representative (COTR) for this
procurement is Electronics Technician (ET)                and
can be contacted at the Engineering Research Facility, located in

UNCLASSIFIED

CELL/OTD   025121

CELLSITE-18631

UNCLASSIFIED

To:  Finance  From:  Operational Technology Division
Re:  268-HQ-1068430, 4/16/2009


Quantico, Virginia, for any questions.   Contracting Officers are
responsible for ensuring that

b3
b7E

UNCLASSIFIED

2

CELL/OTD    025122    CELLSITE-18632

UNCLASSIFIED

To:  Finance  From:  Operational Technology Division
Re:  268-HQ-1068430, 4/16/2009


**LEAD(s):**

**Set Lead 1:  (Action)**

FINANCE

AT PSFO, DC

The Quantico Contracts Unit (QCU) is requested to initiate
the procurement of ⬚                                    ⬚ Funding of
⬚         ⬚ for this request is available using budget item ⬚
Subobject classifications ⬚           ⬚

CC:  ⬚                                    ⬚

b3
b6
b7C
b7E

UNCLASSIFIED

3

CELL/OTD      0250CELLSITE-18633

(Rev. 05-01-2008)

HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG J76J18T80

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 12/02/2008

**To:** Training                  **Attn:**

Training Services Unit, QT

**From:** Operational Technology

/TTU/QT-ERF

      **Contact:**

**Approved By:**

                                                          b3
                                                          b5

**Drafted By:**

                                                          b6

**Case ID #:** 268-HQ-1068430                    b7C

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM        b7E

**Synopsis:**  The Tracking Technology Unit (TTU), Wireless Intercept
and Tracking Team (WITT), request that a

**Details:**  The Tracking Technology Unit (TTU), Wireless Intercept
and Tracking Team (WITT), request that the following

•

Vendor:
Approval
Location
Amount:

UNCLASSIFIED

To:  Finance   From:  Operational Technology
Re:  268-HQ-1068430 ,  12/02/2008


**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>TRAINING</u>

        <u>AT QUANTICO, VA</u>

        The Delivery, Support and Logistics Unit is requested
to approve the TTU/WITT training classes based on the information
provided.

b3
b6
b7C
b7E

**CC:**

    ◆◆

UNCLASSIFIED

2

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG J76J18T80

# STATEMENT OF NEEDS

The Tracking Technology Unit (TTU), Wireless Intercept and Tracking Team (WITT)

b3
b6
b7C
b7E

TTU/WITT Unit Chief

CELL/OTD   025127

CELLSITE-18636

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG J76J18T80

# STATEMENT OF NEED

The Tracking Technology Unit / Wireless Intercept and
Tracking Team (TTU/WITT)

The Tracking Technologies Unit, Wireless Intercept and
Tracking Team requests

Wireless Intercept and Tracking Team

b3
b6
b7C
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG J76J18T80

# STATEMENT OF NEED

b3
b7E

The Tracking Technology Unit

Field office personnel working with the WITT

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG J76J18T80

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  PRIORITY                    **Date:**  11/14/2008

**To:**  Finance                    **Attn:**
                                     **Attn:**

**From:**  Operational Technology
                                      /TTU/OT-ERF
          **Contact:**

**Approved By:**

b3
b5
b6
b7C
b7E

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:**  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**  To request procurement of

**Enclosure(s):**    FD-369          in the amount of
Vendor Quote, IT Acquisition form

**Details:**

To:   Finance   From:   Operational Technology
Re:   268-HQ-1068430 ,   11/14/2008

b3
b5
b7E

Contracting Officers are responsible for ensuring that

2

CELL/OTD   025131

To:  Finance  From:  Operational Technology
Re:  268-HQ-1068430 ,  11/14/2008

**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>FINANCE</u>

        <u>AT PSFO, DC</u>

        The Engineering Contracts Unit is requested to procure

                                                                                                    b3
                                                                                                b6
                                                                                                b7C
                                                                                                b7E

**Set Lead 2:  (Action)**

                                

        <u>AT WASHINGTON, DC</u>

                                                is requested to
approve funding for the procurement of

**CC:**

♦♦

3

Case 2:12-cv-01605-DLR-BSB Document 136-18 Filed 05/20/15 Page 302 of 400

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-16-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-16-2038

SECRET//20331202

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                     Date: 12/03/2008

To: Finance                    Attn:

From: Operational Technology Division
　　　　　　　　　　　　　　　　　　　　TTU/OT-ERF
　　　　Contact:

b1
b3
b5
b6
b7C
b7E

Approved By:

Drafted By:

Case ID #: (U)  268-HQ-1068430

(U)  Title:  (X)  WIRELESS INTERCEPT AND TRACKING TEAM

Synopsis:

(S)

Derived From:  Multiple Sources
Declassify On:  20331202

(U)  Enclosure(s):  (X)  Statement of Work and FD369           .

(U)  Details:  (X)                              Wireless
Intercept and Tracking Team (WITT)

(S)

SECRET//20331202

CELL/OTD    025133    CELLSITE-18642

~~SECRET~~//20331202

To:   Finance   From:   Operational Technology Division
Re:   (U)   268-HQ-1068430, 12/03/2008

b1
b3
b5
b6
b7C
b7E

(S)

(U) The Contracting Officer Technical Representative (COTR) for
this procurement is Electronics Engineer (EE) [                ] and
can be contacted at the Engineering Research Facility, located in
Quantico, Virginia, for any questions.

~~SECRET~~//20331202

2

CELL/OTD     025134 CELLSITE-18643

SECRET//20331202

To:   Finance   From:   Operational Technology Division
Re:   (U)   268-HQ-1068430, 12/03/2008

**LEAD(s):**

**Set Lead 1:   (Action)**

> FINANCE

> > AT WASHINGTON, DC

(S)

```
                                                                    b1
                                                                    b3
                                                                    b6
                                                                    b7C
                                                                    b7E
```

CC:

◆◆

SECRET//20331202

3

CELL/OTD   025135

CELLSITE-18644

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-16-2038

~~SECRET~~

## Justification for Other Than Full and Open Competition
## In Accordance With 41 U.S.C. 253 (c)(6)

**1.     IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI), Tracking
Technology Unit (TTU), Operational Technology Division (OTD).  The contracting activity is the
Engineering Contracts Unit (ECU).

b1
b3
b5
b7E

**2.     NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

(U)     (S)

**3.     DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

(S)

~~SECRET~~

Derived From: FBI_NSISCG — 20090615
Declassify On: 20350228

CELL/OTD    025136

CELLSITE-18645

~~SECRET~~

(S)

b1
b3
b5
b7E

4.   **IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6).   The regulatory authority is FAR 6.302-6(a)(2).  Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

(S)

5.   **DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

(U)

(S)

6.   **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

~~SECRET~~

Derived From: FBI NSISCG - 20090615
Declassify On: 20350228

CELL/OTD      025137

~~SECRET~~

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.  Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information).  This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

7.   **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U)  The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable.  Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8.   **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

b3
b7E

9.   **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

(U)                                                                See paragraph (5) above for facts supporting the use of other then full and open competition.

10.   **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

11.   **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate and in the best interests of the government.

~~SECRET~~

Derived From: ~~FBI NSISCG~~ - 20090615
~~Declassify On: 20350228~~

CELL/OTD        O2513&CELLSITE-18647



~~SECRET~~

## 12.  TECHNICAL REPRESENTATIVE CERTIFICATION

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

(U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
[box] Contracting Officer's Technical Representative          (Date)

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
xxxx, Contracting Officer                         (Date)                    b6
                                                                            b7C

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
[box] Supervisory Contracting Officer          (Date)

_____
, FBI Chief Contracting Officer          (Date)

_____
Office of General Counsel                         (Date)


Approved By:      _____
                  , Competition Advocate          (Date)

~~SECRET~~

Derived From: ~~FBI NSISCG~~ - 20090615
~~Declassify On: 20350228~~

CELL/OTD   025139

CELLSITE-18648

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
WHERE SHOWN OTHERWISE

DATE: 04-16-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-16-2038

SECRET//20350228

(U)   Subject: Requisition Security Addendum

b1
b3
b7E

(S)

SECRET//20350228

CELL/OTD   025140

CELLSITE-18649

SECRET//20350228

b1
b3
b6
b7C
b7E

(S)

February 28, 2010

Chief Security Officer
Investigative Technology Division

Derived From:   FBI NSISCG 20090601
Declassify On:  February 28, 2035

SECRET//20350228

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-16-2038

~~SECRET~~//20341224

(U)  Subject:  Requisition [          ] Security Addendum

b1
b3
b7E

(S)

(U)  ✗

(S)

~~SECRET~~//20341224

SECRET//20341224

b1
b3
b6
b7C
b7E



(S)

December 24, 2009

Chief Security Officer
Investigative Technology Division

Derived From:   FBI NSISCG 20090601
Declassify On:  December 24, 2034

SECRET//20341224

CELL/OTD   025143   CELLSITE-18652

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-17-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-17-2038

SECRET//20341224

(U)   Subject:   Requisition [          ] Security Addendum

(S)

b1
b3
b5
b7E

(U)

(S)

SECRET//20341224

CELL/OTD   025144

SECRET//20341224

b1
b3
b6
b7C
b7E

(S)



December 24, 2009

Chief Security Officer
Investigative Technology Division

Derived From: FBI NSISCG 20090601
Declassify On: December 24, 2034

SECRET//20341224

CELLSITE-18654

CELL/OTD    025145

(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-17-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-17-2038

~~SECRET~~//NOFORN/20350331

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** PRIORITY                    **Date:** 03/31/2010

**To:** Finance                    **Attn:**

**From:** Operational Technology
                                   TTU/OT-ERF
         **Contact:**

**Approved By:**

b3
b5
b6
b7C
b7E

**Drafted By:**

**Case ID #:** (U)   268-HQ-1068430

**Title:**  (U)   WIRELESS INTERCEPT AND TRACKING TEAM

(U) **Synopsis:** (S//NF)  The Finance Division is requested to initiate
procurement action in the amount of ⬚ for the purchase of

Derived From : ~~FBI NSISCG 20090615~~
Declassify On:  20350331

(U) **Enclosure(s):** (S//NF)  FD-369 ⬚ in the amount of
⬚ Vendor Quote, and Justification for Other Than Full and
Open Competition (JFOC).

(U) **Details:** (S//NF)

~~SECRET~~//NOFORN/20350331

SECRET//NOFORN/20350331

b1
b3
b5
b6
b7C
b7E

To:  Finance  From: Operational Technology
Re:  (U)  268-HQ-1068430, 03/31/2010

(S)

(U)  (S//NF)   Sole Source Justification

(S)

(U)  The Contracting Officer Technical Representative (COTR) for this procurement is Electronics Engineer (EE)⬚ and can be contacted at the FBI Engineering Research Facility (ERF), located in Quantico, Virginia.

(U) Contracting Officers are responsible for ensuring that ⬚

SECRET//NOFORN/20350331

2

SECRET//NOFORN/20350331

To:  Finance   From: Operational Technology
Re:  (U)  268-HQ-1068430, 03/31/2010

LEAD(s):

Set Lead 1:  (Info)

 FINANCE

  AT PSFO, DC

  FOR INFORMATION ONLY

CC:

◆◆

b6
b7C

SECRET//NOFORN/20350331
3

CELL/OTD    025148

CELLSITE-18657



(Rev. 05-01-2008)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-17-2038

SECRET//NOFORN/20350325

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                        Date:  03/25/2010

To:  Finance                        Attn:

From:  Operational Technology Division
                            Tracking Technology Unit
      Contact:

Approved By:

Drafted By:

(U)  Case ID #:  (S//NF)  268-HQ-1068430

(U)  Title:  (S//NF)

Synopsis:  (S//NF) To request finance division initiate
contractual action for

Derived From:  FBI NSISCG-20090615
Declassify On:  20350325

(U)  Enclosure(s):  (S//NF) Statement of Work and FD369

Details:  (S//NF) TTU intends to satisfy a critical mission

(S//NF) It is requested that the Engineering Contracts Unit
initiate contractual action to

(U)  (X) The Contracting Officer Technical Representative (COTR) for
this procurement is Electronics Engineer (EE)                    and

SECRET//NORFORN/20350325

b1
b3
b5
b6
b7C
b7E

CELL/OTD  025161

CELLSITE-18663

~~SECRET~~//NOFORN/20350325

To:  Finance   From:  Operational Technology Division
(U) Re:   (S//NF)   268-HQ-1068430, 03/25/2010

can be contacted at the Engineering Research Facility, located in
Quantico, Virginia, for any questions.

(U) Contracting Officers are responsible for ensuring that [        ]

LEAD(s):

Set Lead 1:  (Action)

FINANCE

AT WASHINGTON, DC

(S//NF)  The Finance Division, Engineering Contracts
Unit, is requested to modify FBI contract [                    ]
(S) [                                    ] as specified on the attached statement
of work (SOW).  Funding is specified on the attached FD-369
[              ] for this effort.

♦♦

b1
b3
b7E

~~SECRET~~//20340909

2

CELL/OTD   025162

CELLSITE-18664

(Rev. 05-01-2008)

SECRET//NOFORN/20350406

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                              **Date:** 04/06/2010

**To:** Finance                         **Attn:**

**From:** Operational Technology Division
                                        /Tracking Technology Unit          b1
            Contact:                                                        b3
                                                                            b5
**Approved By:**                                                            b6
                                                                            b7C
                                                                            b7E

**Drafted By:**

(U) **Case ID #:** (S//NF)  268-HQ-1068430

(U) **Title:** (S//NF) WIRELESS INTERCEPT AND TRACKING TEAM

(U) **Synopsis:** (S//NF) To request finance division initiate a
contract modification action for

                Derived From :  FBI NSISCG-20090615
                Declassify On:  20350406

(U) **Enclosure(s):** (S//NF) FD369

(U) **Details:** (S//NF)

(U) (S//NF)

SECRET//NORFORN/20350406

*CELL/OTD*   025163

CELLSITE-18665

SECRET//NOFORN/20350406

To:  Finance   From:  Operational Technology Division
(U) Re:  (S//NF)  268-HQ-1068430, 04/06/2010

b3
b5
b6
b7C
b7E

(U) The Contracting Officer Technical Representative (COTR) for
this procurement is Electronics Engineer (EE)               and
can be contacted at the Engineering Research Facility, located in
Quantico, Virginia, for any questions.

(U) Contracting Officers are responsible for ensuring that

SECRET/NOFORN/20350406

2

CELL/OTD    025164

SECRET//NOFORN/20350406

To:   Finance   From:  Operational Technology Division
(U) Re:   (S//NF)   268-HQ-1068430, 04/06/2010


**LEAD(s):**

**Set Lead 1:   (Action)**

     FINANCE

         AT WASHINGTON, DC

         FOR INFORMATION ONLY

CC:   [                    ]                                   b6
♦♦                                                            b7C


SECRET/NOFORN/20350406

3

CELL/OTD   025165

CELLSITE-18667

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-17-2014
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-17-2038

~~SECRET~~//NOFORN/20350301

## Justification for Other Than Full and Open Competition
## In Accordance With 41 U.S.C. 253 (c)(6)

**1.    IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI), Tracking Technology Unit (TTU), Operational Technology Division (OTD).  The contracting activity is the Finance Division, Engineering Contracts Unit (ECU).

**2.    NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

b1
b3
b7E

**3.    DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

(U)

(S)

**4.    IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6).  The regulatory authority is FAR 6.302-6(a)(2).  Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

~~SECRET~~//NOFORN/20350301



CELLSITE-18668

CELL/OTD    025166

SECRET//NOFORN/20350301

**5.** **DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**



(S)

b1
b3
b7E

**6.** **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement. Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information).

SECRET//NOFORN/20350301

SECRET//NOFORN/20350301

b3
b7E

**7.     DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U)  The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable.  Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

**8.     A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

**9.     ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

(U)                                                              See paragraph (5) above for facts supporting the use of other then full and open competition.

**10.    A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

**11.    A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

**12.    TECHNICAL REPRESENTATIVE CERTIFICATION**

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is

SECRET//NOFORN/20350301

CELL/OTD   025168

CELLSITE-18670

~~SECRET~~//NOFORN/20350301

permitted to limit the number of sources from which it solicits bids or proposals.

(U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

|  |
|---|
|   |

Contracting Officer's Technical Representative        (Date)

b6
b7C

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
        , Contracting Officer                    (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
        , Supervisory Contracting Officer            (Date)

_____
        , FBI Chief Contracting Officer            (Date)

_____
Office of General Counsel                    (Date)

Approved By:  _____
                , Competition Advocate .        (Date)

~~SECRET~~//NOFORN/20350301

CELL/OTD   025169

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-17-2038

(Rev. 05-01-2008)

SECRET//NOFORN

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE        **Date:** 03/25/2010

**To:** Finance        **Attn:**

**From:** Operational Technology Division
                      /Tracking Technology Unit
         **Contact:**

**Approved By:**

**Drafted By:**

(U) **Case ID #:** (S//NF)  268-HQ-1068430

(S) **Title:**

(S) **Synopsis:**

**Derived From:** FBI NSISCG-20090615
**Declassify On:** 20350325

(U) **Enclosure(s):** (S//NF)      Statement of Work.

(U) **Details:** (S//NF)

SECRET//NOFORN

b1
b3
b5
b6
b7C
b7E

SECRET//NOFORN

To:    Finance   From:   Operational Technology Division
(U)   Re:   (S//NF)   268-HQ-1068430, 03/25/2010

b1
b3
b5
b7E

(S)

SECRET//NOFORN

2

CELL/OTD   025171

CELLSITE-18673

SECRET//NOFORN

To:   Finance   From:   Operational Technology Division
(U) Re:   (S//NF)   268-HQ-1068430, 03/25/2010

(S)

b1
b3
b5
b7E

(U)   (S//NF)   Sole Source Justification

(S)

(U)   (S//NF) Further details and the nature of the sole source
justification have been described in the attachment entitled
"Justification for Other than Full and Open Competition" for this
procurement.

(U)   (S//NF) For informational purposes, the vendor

(U) Contracting Officers are responsible for ensuring that

SECRET//NOFORN

3

CELL/OTD   025172

CELLSITE-18674

SECRET//NOFORN

To:   Finance   From:   Operational Technology Division
(U)   Re:   (S//NF)   268-HQ-1068430, 03/25/2010


**LEAD(s):**

**Set Lead 1:   (Action)**

>       FINANCE

>             AT WASHINGTON, DC

(S)
|  |
|---|

b1
b3
b6
b7C
b7E

**CC:**

|  |
|---|

♦♦

SECRET//NOFORN

CELL/OTD   025173

CELLSITE-18675

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-17-2038

~~SECRET~~//NOFORN

## Justification for Other Than Full and Open Competition
### In Accordance With 41 U.S.C. 253 (c)(6)

**1.    IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI), Tracking Technology Unit (TTU), Operational Technology Division (OTD).  The contracting activity is the Quantico Contracts Unit (QCU).

**2.    NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

(S)                                                                                          b1
                                                                                            b3
                                                                                            b7E

**3.    DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

(S)

**4.    IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6).  The regulatory authority is FAR 6.302-6(a)(2).  Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

(S)

~~SECRET~~//NOFORN
Derived From: FBI NSISCG - 20090615
~~Declassify On: 20350325~~

CELL/OTD    025174

CELLSITE-18676

SECRET//NOFORN

(S)

b1
b3
b7E

5.   **DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

(S)

SECRET//NOFORN
Derived From: FBI NSISCG - 20090615
Declassify On: 20350325

CELL/OTD   025175

SECRET//NOFORN

b1
b3
b7E

(S) [redacted box]

**6.   DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) (S) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement. Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information). This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would [redacted]

**7.   DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U) The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable. Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

**8.   A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

(U) [redacted box]

**9.   ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

(U) [redacted] See paragraph (5) above for facts supporting the use of other then full and open competition.

**10.   A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

SECRET//NOFORN
Derived From: FBI NSISCG – 20090615
Declassify On: 20350325

SECRET//NOFORN

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

b6
b7C

**11.     A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

**12.     TECHNICAL REPRESENTATIVE CERTIFICATION**

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

(U) As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of                    my knowledge.

_____
Contracting Officer's Technical Representative       (Date)

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
Contracting Officer                               (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
Supervisory Contracting Officer                   (Date)

_____
, FBI Chief Contracting Officer          (Date)

_____
Office of General Counsel                         (Date)

SECRET//NOFORN
Derived From: FBI NSISCG - 20090615
Declassify On: 20350325

CELL/OTD

CELLSITE-18679
025177

SECRET//NOFORN

Approved By: _____

                    , Competition Advocate                (Date)

SECRET//NOFORN
Derived From: FBI NSISCG - 20090615
Declassify On: 20350325

CELL/OTD   025178

CELLSITE-18680

(Rev. 05-01-2008)

SECRET//NOFORN/20350325

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                              **Date:** 03/25/2010

**To:** Finance                              **Attn:**

**From:** Operational Technology Division
                                    Tracking Technology Unit
          **Contact:**

**Approved By:**


**Drafted By:**

(U) **Case ID #:** (S//NF)   268-HQ-1068430

(U) **Title:** (S//NF)

(U) **Synopsis:** (S//NF) To request finance division initiate contract modification action for the continued development of

**Derived From:** FBI NSISCG-20090615
**Declassify On:** 20350325

(U) **Enclosure(s):** (S//NF) Statement of Work and FD369 .

(U) **Details:** (S//NF)


(U) The Contracting Officer Technical Representative (COTR) for this procurement is Electronics Engineer (EE)                 and can be contacted at the Engineering Research Facility, located in Quantico, Virginia, for any questions.

SECRET//NOFORN/20350325

b1
b3
b6
b7C
b7E

CELL/OTD   025179

CELLSITE-18681

SECRET//NOFORN/20350325

To:   Finance   From:   Operational Technology Division
(U) Re:   (S//NF)   268-HQ-1068430, 03/25/2010

(U)  Contracting Officers are responsible for ensuring that

b3
b7E

SECRET//20340909

2

CELL/OTD   025180
CELLSITE-18682

SECRET//NOFORN/20350325

To:   Finance   From:   Operational Technology Division
(U) Re:   (S//NF)   268-HQ-1068430, 03/25/2010

**LEAD(s):**

**Set Lead 1:   (Info)**

· FINANCE

AT WASHINGTON, DC

(U)      (S//NF)   The Finance Division, Engineering Contracts
Unit, is requested to modify FBI contract

b3
b6
b7C
b7E

**CC:**

♦♦

SECRET//20340909

3

CELL/OTD   025181

CELLSITE-18683

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-17-2038

~~SECRET~~//NOFORN/20350331

## Justification for Other Than Full and Open Competition
## In Accordance With 41 U.S.C. 253 (c)(6)

**1.    IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI), Tracking Technology Unit (TTU), Operational Technology Division (OTD).  The contracting activity is the Engineering Contracts Unit (ECU).

**2.    NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

|  |
|---|

b1
b3
b7E

**3.    DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

(S)

(U)   ✕

**4.    IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6).  The regulatory authority is FAR 6.302-6(a)(2).  Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

~~SECRET~~//NOFORN
~~Derived From: FBI NSISCG - 20090615~~
~~Declassify On: 20350331~~

CELL/OTD    025188

SECRET//NOFORN/20350331

(S)

5.    **DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

b1
b3
b7E

(S)

6.    **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.  Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information).  This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

7.    **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U)  The contracting officer has adequate information to ensure that the cost to the government for this

SECRET//NOFORN
Derived From: FBI NSISCG - 20090615
Declassify On: 20350331

CELL/OTD   025189

~~SECRET~~//NOFORN/20350331

acquisition will be fair and reasonable.  Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8.   **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

b1
b3
b7E

9.   **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

(U                                   See paragraph (5) above for facts supporting the use of other then full and open competition.

10.  **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

11.  **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate and in the best interests of the government.

12.  **TECHNICAL REPRESENTATIVE CERTIFICATION**

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

(U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

~~SECRET~~//NOFORN
~~Derived From: FBI NSISCG~~   20090615
~~Declassify On: 20350331~~



CELL/OTD   025190
CELLSITE-18692



SECRET//NOFORN/20350331

b6
b7C

Contracting Officer's Technical Representative        (Date)

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

xxxx, Contracting Officer                    (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

Supervisory Contracting Officer            (Date)

, FBI Chief Contracting Officer        (Date)

Office of General Counsel                    (Date)

Approved By:

, Competition Advocate            (Date)

SECRET//NOFORN
Derived From: FBI NSISCG - 20090615
Declassify On: 20350331

CELL/OTD      025191      CELLSITE-18693

DATE: 04-17-2012
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-17-2038

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~//NOFORN/20350325

## FBI

b1
b3
b7E

(S)

~~SECRET~~//NOFORN

Derived From: FBI NSISCG - 20090615
Declassify On: 20350325

CELL/OTD    025192

CELLSITE-18694

DATE: 04-18-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-18-2038

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE



~~SECRET~~

## JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION
## IN ACCORDANCE WITH 41 U.S.C. 253(c)(6)

1.    **Identification of the agency and the contracting activity:**

(S)

b1
b3
b7E

2.    **Nature and/or description of the action being approved:**

(S)

3.    **Description of the supplies or services   (including estimated value):**

(S)

Derived From:  G3
Declassify On:  6/02/2033

4.    **Statutory Authority:**

(U) This procurement action is authorized by 41 U.S.C. 253(c)(6), as set forth
in Federal Acquisition Regulation (FAR) Part 6.302-6.

5.    **Demonstration that the nature of the acquisition justifies the use**

~~SECRET~~

CELL/OTD   025219

CELLSITE-18700



SECRET

of the above authority:

b1
b3
b7E

(S)

6.   Efforts made to ensure offers are solicited from as many potential
     sources as practicable, including compliance with subpart 5.2 and,
     if not, which exception under FAR 5.202 applies:

(S)

7.   Determination that the anticipated cost to the Government will be
     fair and reasonable:

(U) A price analysis will be conducted by the Contracting Officer prior to
award to determine that all prices are fair and reasonable.

8.   Market Survey:

(S)

9.   Any other facts supporting the use of other than ful and open
     competition:

SECRET

CELL/OTD   025220      CELLSITE-18701

~~SECRET~~

(U) See paragraph (5) above for the facts supporting the use of other than full and open competition.

10.  **A listing of the sources, if any, that expressed in writing an interest in the acquisition:**

(U) Since the procurement was not publicized pursuant to FAR 5.202(a)(1), no other commercial sources were given the opportunity to express written interest in this procurement.

11.  **A statement of the actions, if any, the agency may take to remove or overcome any barriers to competition before any subsequent acquisition for the supplies or services are required:**

(U) The FBI will continue to do market surveys to identify potential sources on subsequent acquisitions. TTU has a successful record of finding and developing new contractors.

**Conclusion:**

(S)

**Certifications:**

**Technical Representative Certification:**

As Technical Representative of the requiring office, I have reviewed the data provided in support of the Justification and Approval to procure using other than Full and Open Competition. I certify that the data is accurate and complete to the best of my knowledge and belief.

_____                    Date
Contracting Officer's
Technical Representative (*Proposed*)

**Contract Specialist Certification:**

I hereby certify that the information in this justification is accurate and complete to the best of my knowledge and belief.

~~SECRET~~

b1
b3
b6
b7C
b7E

CELL/OTD    025221

CELLSITE-18702



b6
b7C

_____
                                                      Date

Contract Specialist
Quantico Contracts Unit

**Reviewed:**

**Unit Chief:**

_____
                                                      Date

Quantico Contracts Unit



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-18-2013 BY NSICG J76J18T80

## Statement of Need

[redacted] Wireless Intercept and
Tracking Team (WITT) is tasked with supporting the Bureau's [redacted]

[redacted]

b3
b6
b7C
b7E

Funding approval is therefore requested for this effort.
Funding of [redacted] for this request is available under Budget
Code [redacted] Sub-object Class [redacted]

Contracting Officers are responsible for ensuring that

[redacted]

TTU Unit Chief

CELL/OTD   025234

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-18-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-18-2038

~~SECRET~~

**Justification for Other Than Full and Open Competition
In Accordance With 41 U.S.C. 253 (c)(6)**

**1.  IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI), Tracking Technology Unit (TTU), Operational Technology Division (OTD).  The contracting activity is the FBI Finance Division (FD) and Engineering Contracts Unit (ECU).

b1
b3
b7E

**2.  NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

**3.  DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

(S)

**4.  IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6).   The regulatory authority is FAR 6.302-6(a)(2).  Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the

~~SECRET~~

~~SECRET~~

number of sources from which it solicits bids or proposals.

5. **DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

(S)

6. **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement. Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information). This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

b1
b3
b7E

7. **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U) The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable. Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8. **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

~~SECRET~~



provide.

**9.    ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

(U) [                                                    ] See paragraph (5) above for facts supporting the use of other then full and open competition.

b3
b7E

**10.    A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

**11.    A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

**12.    TECHNICAL REPRESENTATIVE CERTIFICATION**

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.



~~SECRET~~

(U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____  Contracting Officer's Technical Representative   (Date)

b6
b7C

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
, Contracting Officer                                (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
, Supervisory Contracting Officer                          (Date)

_____
, FBI Chief Contracting Officer              (Date)

_____
Office of General Counsel                                (Date)

Approved By:    _____
, Competition Advocate              (Date)

~~SECRET~~

CELL/OTD   025244

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-18-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-18-2038

~~SECRET~~//20221009

b1
b3
b6
b7C
b7E

(U) Security Addendum to Requisition [ ] dated 10/09/2007

(S)

OTD Chief Security Officer

(U)   Derived From :   G-3
       Declassify On:  10/09/2022

~~SECRET~~//20221009

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-18-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-18-2038

(Rev. 01-31-2003)

SECRET//20221009

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 10/09/2007

**To:** Finance                **Attn:**

      Criminal Investigative      **Attn:**

**From:** Operational Technology Division
                                    /TTU/OT-ERF-E
      **Contact:**

**Approved By:**

**Drafted By:**

(U)  **Case ID #:** (X)  268-HQ-1068430

   **Title:** (U)  WIRELESS INTERCEPT AND TRACKING TEAM

(U)  **Synopsis:** (X)  To request the purchase of the identified

                                                            b3
                                                            b5
                                                            b7E

   (U) (X)      **Derived From :** ~~G-3~~
                **Declassify On:** ~~10/09/2022~~

(U)  **Enclosure(s):** (X)  FD-369,                Security
Addendum, and Justification for Other Than Full and Open
Competition.

(U)  **Details:**

SECRET//20221009

CELL/OTD  025248

CELLSITE-18713

SECRET//20221009

```
To:  Finance  From:  Operational Technology Division
(U)  Re:  (S)  268-HQ-1068430, 10/09/2007
```

b1
b3
b5
b7E

(S)

(U)

SECRET//20221009
2

CELL/OTD   025249

CELLSITE-18714

~~SECRET~~//20221009

To:  Finance  From:  Operational Technology Division
(U)  Re:  (S)  268-HQ-1068430, 10/09/2007

(U)  Contracting Officers are responsible for ensuring
that [                                                    ]          b3
[                                                        ]          b7E

~~SECRET~~//20221009
3

CELL/OTD   025250

SECRET//20221009

To:  Finance  From:  Operational Technology Division
(U)  Re:  (S)  268-HQ-1068430, 10/09/2007

**LEAD(s):**

**Set Lead 1:  (Action)**

FINANCE

AT PFSO, DC

(U)  (S)  That Finance Division process the attached
requisition [         ] in the amount of [         ] for equipment from
the [         ]

b3
b6
b7C
b7E

**Set Lead 2:  (Action)**

CRIMINAL INVESTIGATIVE

AT WASHINGTON, DC

(U)  (S)  The Criminal Investigative Division requested to
approve the allocation of [         ] for equipment from the [         ]
[   ] for funding of requisition [         ]

**CC:**

♦♦

SECRET//20221009
4

CELL/OTD   025251

CELLSITE-18716

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(Rev. 01-31-2003)

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-18-2038

~~SECRET~~//20330321

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                **Date:** 03/21/2008

**To:** Finance                **Attn:**

**From:** Operational Technology Division
                                                    ERF        b1
    **Contact:**                                           b3
                                                                b5
**Approved By:**                                                b6
                                                                b7C
**Drafted By:**                                                 b7E

**Case ID #:** (U)  268-HQ-1068430  (Pending)

**Title:** (U)  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**

(S)

(U)  (S)  **Derived From :**  ~~G-3~~
      **Declassify On:**  ~~03/21/2033~~

**Enclosure(s):** (U) Vendor Price Quote No.          FD369
                 in the amount of                  CCR Vendor
Information.

**Details:** (U)                                Wireless
Intercept and Tracking Team (WITT)

(S)

~~SECRET~~//20330312

CELL/OTD   025254

CELLSITE-18717

~~SECRET~~

To:  ??  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 03/21/2008

(S)

b1
b3
b5
b6
b7C
b7E

(U)  (S)  <u>Sole Source Justification</u>

(S)

(U)  The Contracting Officer Technical Representative
(COTR) for this procurement is Electronics Engineer (EE)

~~SECRET~~

2

CELL/OTD   02!

CELL/OTD   025256



SECRET

To:  ??  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 03/21/2008

[____] and can be contacted at the Engineering Research Facility, located in Quantico, Virginia, for any questions.

b3
b6
b7C
b7E

SECRET

3

~~SECRET~~

To:  ??  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 03/21/2008

**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>FINANCE</u>

       <u>AT WASHINGTON, DC</u>

b1
b3
b6
b7C
b7E

(S)

CC:

◆◆

~~SECRET~~

4

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-18-2038

~~SECRET~~

## Justification for Other Than Full and Open Competition
## In Accordance With 41 U.S.C. 253 (c)(6)

**1.    IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI), Tracking Technology Unit Unit (TTU), Operational Technology Division (OTD).  The contracting activity is the Engineering Contracts Unit (ECU).

b1
b3
b7E

**2.    NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

(S)

**3.    DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

(S)

**4.    IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6).   The regulatory authority is FAR 6.302-6(a)(2).  Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

**5.    DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

~~SECRET~~

b1
b3
b7E

~~SECRET~~



(S)

**6.** **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement. Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information). This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

**7.** **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U) The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable. Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

**8.** **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

~~SECRET~~

~~SECRET~~

(S)                                                                                                    b1
                                                                                                       b3
                                                                                                       b7E

9.    **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

(U[                    ]) See paragraph (5) above for facts supporting the use of other then full and open competition.

10.   **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

11.   **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

12.   **TECHNICAL REPRESENTATIVE CERTIFICATION**

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

(U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

~~SECRET~~



CELL/OTD   025261

CELLSITE-18723

~~SECRET~~

_____

|                     | Contracting Officer's Technical Representative   (Date) |

b6
b7C

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____

, Contracting Officer                              (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____

, Supervisory Contracting Officer                   (Date)

_____

, FBI Chief Contracting Officer                     (Date)

_____

Office of General Counsel                           (Date)


Approved By:    _____

, Competition Advocate               (Date)

~~SECRET~~



CELL/OTD   025262

CELLSITE-18724

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-18-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-18-2038

~~SECRET~~//20330321

## Sole Source Justification
### To accompany Requisition [ ]

(S)

b1
b3
b7E

~~SECRET~~//20330321

CELL/OTD   025263

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-18-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-18-2038

SECRET//20330321

**Statement of Need**
**To accompany Requisition** [ ]

b1
b3
b7E

[ ] Wireless Intercept and
Tracking Team (WITT)

(S)

[ ]
Wireless Intercept and Tracking Team

SECRET//20330321

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-18-2013 BY NSICG J76J18T80

# IT Acquisition Form

## *Section 7 Attachment*

### Requirements Analysis

b3
b7E

The Wireless Intercept and Tracking Team (WITT), in support

WITT has identified an essential and critical need for upgrades as specified in requisition

### Analysis of Alternatives

### Section 508 Statement

Wireless Intercept and Tracking Team conducted an evaluation of the systems and have submitted the following comments regarding compliance of Section 508 requirements.

Subpart B -- Technical Standards

CELL/OTD   025265

CELLSITE-18727

b3
b7E

CELL/OTD   025266
CELLSITE-18728

b3
b7E

Subpart C – Functional Performance Criteria

Subpart D – Information, Documentation, and Support

     (a) Documentation is offered in hardcopy (paper) as well as softcopy
         (CD) at no additional charge.
     (b) End users are instructed in the product features, visually or through
         instruction verbally at request, at no additional charge.
     (c) Support services accommodate the communication needs of end-users
         with disabilities.

## System Security Plan

A System Security Plan has been completed and in place for use of the [ ] [ ] EC dated 06/30/2004 from Security Division has been attached to requisition package[ ]   An update to the System Security Plan is being amended to include the[ ]

## Sole Source Justification

## Independent Government Cost Estimate

[ ]WITT has submitted a quotation from the vendor, which details the cost of this procurement.  Pricing has been negotiated and specified on GSA contract[ ] [ ]and has been deemed fair and reasonable, and comparable with other procurements of this nature.

## Life Cycle Cost Estimate

[ ]WITT estimates this[ ]WITT

## Earned Value Management Plan

[ ]WITT continuously ensures planning, scheduling, and budget monitoring through its program management efforts.[ ]WITT[ ] [ ] Detailed reports can be generated providing management the proper information to plan future procurements and deployments as the need arises.

## Privacy Impact Assessment

The Office of General Council has been contacted and has reviewed the request for a Privacy Impact Assessment (PIA).[ ] [ ]WITT has

## Risk Assessment

[ ]WITT has identified through research and development efforts that[ ] [ ] The manufacturer[ ] [ ] Sufficient funding is also in place for this procurement, and as well as plans for the maintenance over the full lifecycle of these products.  Refer to acquisition planning form[ ] for specific estimates and distribution of costs.

b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-18-2013 BY NSICG J76J18T80

# IT Acquisition Form

## *Section 7 Attachment*

### Requirements Analysis

The Wireless Intercept and Tracking Team (WITT), in support

b3
b7E

WITT has identified an essential and critical need for upgrades as specified in requisition

### Analysis of Alternatives

### Section 508 Statement

Wireless Intercept and Tracking Team conducted an evaluation of the systems and have submitted the following comments regarding compliance of Section 508 requirements.

Subpart B -- Technical Standards

CELL/OTD   025273

CELLSITE-18731

b3
b7E

CELL/OTD   025274
CELLSITE-18732

b3
b7E

Subpart C – Functional Performance Criteria

Subpart D – Information, Documentation, and Support

   (a) Documentation is offered in hardcopy (paper) as well as softcopy (CD) at no additional charge.
   (b) End users are instructed in the product features, visually or through instruction verbally at request, at no additional charge.
   (c) Support services accommodate the communication needs of end-users with disabilities.

CELL/OTD   025275

CELLSITE-18733

## System Security Plan

A System Security Plan has been completed and in place for use of [          ] [          ] EC dated 01/3/2008 from Security Division has been attached to requisition package [          ] An update to the System Security Plan is being amended to include [          ] [          ]

## Sole Source Justification

[          ]

## Independent Government Cost Estimate

b3
b7E

[          ] has, in the past, procured multiple systems of this type from the vendor, and pricing information has normally been negotiated and available on GSA contract [          ]

The current amount as indicated on requisition [          ] and described on the attached FD-369 has been deemed fair and reasonable, and comparable with other procurements of this nature.

The upgrades requested have not been placed on the current GSA schedule, although the cost of the total procurement and independent government estimate has been allocated for this procurement.

## Life Cycle Cost Estimate

[          ] WITT [          ] WITT shall [          ]

## Earned Value Management Plan

[          ] WITT continuously ensures planning, scheduling, and budget monitoring through its program management efforts. [          ] WITT [          ] Detailed reports can be generated providing management the proper information to plan future procurements and deployments as the need arises.

## Privacy Impact Assessment

The Office of General Council has been contacted and has reviewed the request for a Privacy Impact Assessment (PIA). [          ] WITT has [          ]

**Risk Assessment**

WITT has identified through research and development efforts that

The manufacturer

b3
b7E

Sufficient funding is also in place for this procurement, and as well as plans for the maintenance over the full lifecycle of these products.

CELL/OTD  025

CELL/OTD  025279

CELL/OTD  02527

CELLSITE-18735

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-18-2038

~~SECRET~~

**Justification for Other Than Full and Open Competition
In Accordance With 41 U.S.C. 253 (c)(6)**

**1. IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI), Tracking Technology Unit (TTU), Operational Technology Division (OTD). The contracting activity is the Engineering Contracts Unit (ECU).

**2. NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

b1
b3
b7E

**3. DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

(S)

**4. IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6). The regulatory authority is FAR 6.302-6(a)(2). Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

~~SECRET~~

CELL/OTD    025284                    CELLSITE-18736



5.   **DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

(S)

6.   **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.  Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information).  This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

b1
b3
b7E

7.   **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U)  The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable.  Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8.   **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

9.   **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN**



~~SECRET~~

**COMPETITION**

(U) [                                                    ] See paragraph (5) above for facts
supporting the use of other then full and open competition.

10.    **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE
       ACQUISITION**

b3
b7E

11.    **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR
       OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT
       ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is
appropriate an in the best interests of the government.

12.    **TECHNICAL REPRESENTATIVE CERTIFICATION**

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C.
253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the
disclosure of the agency's needs would compromise national security, unless the agency is
permitted to limit the number of sources from which it solicits bids or proposals.



~~SECRET~~



~~SECRET~~

(U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

Contracting Officer's Technical Representative        (Date)

b6
b7C

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

, Contracting Officer                        (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

, Supervisory Contracting Officer                  (Date)

, FBI Chief Contracting Officer          (Date)

Office of General Counsel                      (Date)

Approved By:

, Competition Advocate             (Date)

~~SECRET~~

CELL/OTD   025287

CELLSITE-18739

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-18-2013 BY NSICG J76J18T80

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  PRIORITY                    **Date:**  1/03/2008

**To:**  Finance                        **Attn:**

                                        **Attn:**

**From:**  Operational Technology
                                                     TTU/ERF
          **Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:**  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**  To request procurement of

**Enclosure(s):** Justification for Other Than Full and Open
Competition, IT Acquisition form, Notification of the Approval to
Operate (ATO) dated 06/30/2004, and FD369            in the amount
of

**Details:**

b3
b5
b6
b7C
b7E

To:  Finance  From:  Operational Technology
Re:  268-HQ-1068430 ,  1/3/2008

b3
b5
b7E

Sole Source Justification

Contracting Officers are responsible for ensuring that

2

CELL/OTD   025291

CELLSITE-18741

```
To:  Finance  From:  Operational Technology
Re:  268-HQ-1068430 ,  1/3/2008
```

**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>FINANCE</u>

        <u>AT WASHINGTON, DC</u>

        The Engineering Contracts Unit is requested to procure ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Funding is available as specified on the attached form FD-369, Requisition ▮▮▮.

                                                                                b3
                                                                                b6
                                                                                b7C
                                                                                b7E

**Set Lead 2:  (Action)**

    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        <u>AT WASHINGTON, DC</u>

        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is requested to approve funding for the procurement of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Funding is available as specified on the attached form FD-369, Requisition ▮▮▮.

**CC:**

    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

♦♦

CELL/OTD   025292

CELLSITE-18742

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-18-2013 BY NSICG J76J18T80

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  PRIORITY                    Date:   3/18/2008

To:  Finance                     Attn:

     Criminal Investigative      Attn:

From:  Operational Technology
                                    TTU/OT-ERF
            Contact:                                          b3
                                                             b6
Approved By:                                                 b7C
                                                             b7E

Drafted By:

Case ID #:  268-HQ-1068430

Title:  WIRELESS INTERCEPT AND TRACKING TEAM

Synopsis:  To request procurement of

Enclosure(s):    FD-369            in the amount of
Vendor Quote,

Details:

                                              Wireless Intercept
and Tracking Team (WITT) supports FBI

                         WITT has historically

CELL/OTD   025295

To:   Finance   From:   Operational Technology
Re:   268-HQ-1068430 ,   3/18/2008

b3
b7E

Contracting Officers are responsible for ensuring that

CELL/OTD   025296

To:  Finance   From:  Operational Technology
Re:  268-HQ-1068430 ,  3/18/2008


**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>FINANCE</u>

        <u>AT PSFO, DC</u>

        The Engineering Contracts Unit is requested to ▢▢▢▢▢

▢▢▢▢▢▢▢▢▢▢▢ Funding is
available as specified on the attached form FD-369, Requisition
▢▢▢▢

**Set Lead 2:  (Action)**

    <u>CRIMINAL INVESTIGATIVE</u>

        <u>AT WASHINGTON, DC</u>

▢▢▢▢▢▢▢▢▢ is requested to
approve funding for ▢▢▢▢▢
▢▢▢▢▢▢▢ Funding is <u>available</u> as specified
on the attached form FD-369, Requisition ▢▢▢▢

**CC:**

  ♦♦

b3
b6
b7C
b7E

CELL/OTD   025297

CELLSITE-18745

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-18-2013 BY NSICG J76J18T80

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE          **Date:** 1/14/2008

**To:** Finance          **Attn:**

    Criminal Investigative     **Attn:**

**From:** Operational Technology
                                      /TTU/ERF
        **Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:** To request the procurement of

**Enclosure(s):** FD-369        in the amount of
Vendor price quote,

**Details:**

                   WITT has determined

b3
b6
b7C
b7E

CELL/OTD 025298

To:  Finance  From: Operational Technology
Re:  268-HQ-1068430, 1/14/2008

b3
b6
b7C
b7E

      The Contracting Officer Technical Representative (COTR)
for this procurement is Electronics Technician (ET)
and can be contacted at the Engineering Research Facility,
located in Quantico, Virginia, for any questions.   Contracting
Officers are responsible for ensuring that

2

CELLSITE-18747

```
To:  Finance   From: Operational Technology
Re:  268-HQ-1068430, 1/14/2008
```

**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>FINANCE</u>                                                 b3

                                               b6

    <u>AT WASHINGTON, DC</u>                              b7C

                                               b7E

The Engineering Contracts Unit is requested to initiate the procurement of ⬛ Funding for amount of ⬛ is available using Budget Item ⬛ and Subobject Class ⬛

**Set Lead 2:  (Action)**

    <u>CRIMINAL INVESTIGATIVE</u>

    <u>AT WASHINGTON, DC</u>

⬛ is requested to approve the procurement ⬛ Funding for amount of ⬛ is available using Budget Item ⬛ and Subobject Class ⬛

**CC:**

    ⬛

◆◆

CELL/OTD ³025300 ⬛

CELLSITE-18748

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-18-2013 BY NSICG J76J18T80

**Statement of Need**
**To accompany Requisition** ☐

The Tracking Technology Unit's Wireless Intercept and Tracking
Team (WITT)

b3
b6
b7C
b7E

WITT provides this

WITT

has identified the need

WITT

Funding approval is therefore requested for this effort.  The
☐ for this request is available under Budget Code ☐
Sub-object Class ☐

WITT

CELLSITE-18749

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-18-2013 BY NSICG J76J18T80

(Rev. 06-04-2007)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                          **Date:** 03/18/2008

**To:** Finance                    **Attn:**

       Criminal Investigative      **Attn:**

**From:** Operational Technology
                                             TTU/OT-ERF                    b3
       **Contact:**                                                        b5
                                                                           b6
**Approved By:**                                                           b7C
                                                                           b7E

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:** To request the procurement of

                                     Wireless Intercept and Tracking
Team (WITT).

**Enclosure(s):** FD-369            in the amount of
Vendor Quote,

**Details:**

CELL/OTD   025312

To:   Finance   From:   Operational Technology
Re:   268-HQ-1068430, 03/18/2008

      The Contracting Officer Technical Representative (COTR)
for this procurement is Electronics Technician (ET)               b6
      and can be contacted at the Engineering Research Facility,   b7C
located in Quantico, Virginia, for any questions.  Contracting   b7E
Officers are responsible for ensuring that

2

```
To:   Finance   From:  Operational Technology
Re:   268-HQ-1068430, 03/18/2008
```

**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>FINANCE</u>

        <u>AT PSFO, DC</u>

           The Quantico Contracts Unit is requested to initiate the procurement of ☐ Funding in the amount of ☐ is available using Budget Item ☐ Subobject Class ☐

                                                                       b3
                                                                     b6
                                                                      b7C
                                                                      b7E

**Set Lead 2:   (Action)**

    <u>CRIMINAL INVESTIGATIVE</u>

        <u>AT WASHINGTON, DC</u>

           The Criminal Investigative Division is requested to approve the procurement of ☐ Funding in the amount of ☐ is available using Budget Item ☐ Subobject Class ☐

**CC:**

        ◆◆

CELL/OTD   025314

CELLSITE-18752

(Rev. 01-31-2003)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
WHERE SHOWN OTHERWISE

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c)
DECLASSIFY ON: 04-18-2038

~~SECRET~~//20221130

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** PRIORITY                    **Date:** 11/30/2007

**To:** Finance                    **Attn:**

                                   **Attn:**

        Criminal Investigative     **Attn:**

**From:** Operational Technology Division
                                                    /TTU/QT-ERF-E
          **Contact:**

b1
b3
b5
b6
b7C
b7E

**Approved By:**



**Drafted By:**

**Case ID #:** (U)  268-HQ-1068430

**Title:**  (U)  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**

(S)

        (U)  (S)        Derived From : G-3
                        Declassify On:  ~~11/30/2022~~

(U) **Enclosure(s):**  (S)  FD-369 (E005648) in the amount of
                            and Memorandum of Understanding (MOU).

(U) **Details:**  (S)



~~SECRET~~//20221130

CELL/OTD  025317

~~SECRET~~//20221130

To:   Finance   From:   Operational Technology Division
Re:   (U)   268-HQ-1068430, 11/30/2007

b3
b5
b6
b7C
b7E

(U)   (X)  The Tracking Technology Unit (TTU)

(U)   X

(U)  Contracting Officers are responsible for ensuring

(U)  The Contracting Officer Technical Representative
(COTR) for this task is Electronics Engineer (EE)
and can be contacted at the Engineering Research Facility,
located in Quantico, Virginia.

CELL/OTD   025318

CELLSITE-18756

~~SECRET~~//20221130

To:   Finance   From:   Operational Technology Division
Re:   (U)   268-HQ-1068430, 11/30/2007

**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>FINANCE</u>

        <u>AT PSFO, DC</u>

(S)

                                                                                     b1
    b3
    b6
    b7C
    b7E

**Set Lead 2:   (Action)**

        <u>AT WASHINGTON, DC</u>

(S)

**Set Lead 3:   (Action)**

    <u>CRIMINAL INVESTIGATIVE</u>

        <u>AT WASHINGTON, DC</u>

(S)

**CC:**

♦♦

~~SECRET~~//20221130

3

CELLSITE-18757

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-18-2013 BY NSICG J76J18T80

(Rev. 06-04-2007)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                      **Date:** 03/18/2008

**To:** Finance                 **Attn:**

    <u>Criminal Investigative</u>   **Attn:**
                           **Attn:**

**From:** Operational Technology
                                    TTU/OT-ERF
          Contact:

**Approved By:**

                                                         b3
                                                         b5
**Drafted By:**                                                    b6
                                                          b7C
                                                          b7E

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:** To request the procurement of
                                                Wireless
Intercept and Tracking Team (WITT).

**Enclosure(s):** FD-369 _____ in the amount of _____
Vendor Quote, _____

**Details:**

CELL/OTD  025320

To:  Finance  From:  Operational Technology
Re:  268-HQ-1068430, 03/18/2008


Funding for the amount of [        ] is available using Budget
Items [      ]  Subobject Code [        ]

     The Contracting Officer Technical Representative (COTR)
for this procurement is Electronics Technician (ET) [     ]
[        ] and can be contacted at the Engineering Research Facility,
located in Quantico, Virginia, for any questions.  Contracting
Officers are responsible for ensuring that [                    ]

b3
b6
b7C
b7E

2

CELL/OTD  025321

CELLSITE-18759

To:   Finance   From:  Operational Technology
Re:   268-HQ-1068430, 03/18/2008


**LEAD(s):**

**Set Lead 1:   (Action)**

    FINANCE

        AT PSFO, DC

        The Quantico Contracts Unit is requested to initiate the procurement of ⬚                         Funding for the amount of ⬚         is available using Budget Items ⬚     Subobject Code ⬚

b3
b6
b7C
b7E

**Set Lead 2:   (Action)**

    CRIMINAL INVESTIGATIVE

        AT WASHINGTON, DC

        The Criminal Investigative Division is requested to approve the procurement of ⬚                         Funding for the amount of ⬚         is available using Budget Items ⬚     Subobject Code ⬚


**Set Lead 3:   (Action)**

    ⬚

        AT WASHINGTON, DC

    ⬚                                   is requested to approve the procurement of ⬚                         Funding for the amount of ⬚         is available using Budget Items ⬚     Subobject Code ⬚

**CC:**   ⬚


3

CELL/OTD  025322

CELLSITE-18760

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-18-2013 BY NSICG J76J18T80

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** PRIORITY                    **Date:** 3/18/2008

**To:** Finance                    **Attn:**

Criminal Investigative    **Attn:**

**From:** Operational Technology

TTU/OT-ERF                    b3

**Contact:**                    b5
                               b6
**Approved By:**               b7C
                               b7E

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:** To request procurement of

**Enclosure(s):**    FD-369          in the amount of
Vendor Quote,

**Details:**

CELL/OTD    025323