To:   Finance   From:   Operational Technology
Re:   268-HQ-1068430 ,   3/18/2008

b3
b5
b7E

Contracting Officers are responsible for ensuring that

2

CELL/OTD   025324

To:  Finance   From:  Operational Technology
Re:  268-HQ-1068430 ,  3/18/2008


**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>FINANCE</u>

       <u>AT PSFO, DC</u>

       The Engineering Contracts Unit is requested to ▢
▢ Funding is
available as specified on the attached form FD-369, Requisition
▢

b3
b6
b7C
b7E

**Set Lead 2:  (Action)**

    <u>CRIMINAL INVESTIGATIVE</u>

       <u>AT WASHINGTON, DC</u>

       ▢ is requested to
approve funding for ▢
▢ Funding is available as specified
on the attached form FD-369, Requisition ▢

**CC:**

◆◆

3
CELL/OTD   025325

CELLSITE-18763

(Rev. 01-31-2003)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-18-2038

SECRET//20330312

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 03/12/2008

**To:** Finance                         **Attn:**

**From:** Operational Technology Division
                                        /QT-ERF
          Contact:

**Approved By:**

**Drafted By:**

**Case ID #:** (U)   268-HQ-1068430    (Pending)

**Title:** (U)   WIRELESS INTERCEPT AND TRACKING TEAM

(S)  **Synopsis:**

(U) (S)        Derived From : ~~G-3~~
               Declassify On: ~~03/12/2033~~

**Enclosure(s):** (U)  Vendor Price Quote, FD369 [        ] in the
amount of [                    ]  CCR Vendor Information.

**Details:**

(S)

b1
b3
b5
b6
b7C
b7E

SECRET//20330312

CELL/OTD    025327

CELLSITE-18764



~~SECRET~~

To:  ??  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 03/12/2008

(S)

(U)  (S)  <u>Sole Source Justification</u>

b1
b3
b5
b6
b7C
b7E

(S)

(U)  (S)  For informational purposes, the vendor
is CCR listed.  The procurement of this
system can be done unclassified, although the reasons for a non-
competitive bid, and non-advertisement have been described on the
attached JFOC.

(U)  The Contracting Officer Technical Representative
(COTR) for this procurement is Electronics Engineer (EE)
and can be contacted at the Engineering Research Facility,
located in Quantico, Virginia, for any questions.

~~SECRET~~

2

CELL/OTD   025328

CELLSITE-18765

~~SECRET~~

To:  ??  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 03/12/2008


**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>FINANCE</u>

      <u>AT WASHINGTON, DC</u>

b1
b3
b5
b6
b7C
b7E

(S)

**CC:**

♦♦

~~SECRET~~

3

CELL/OTD  025329



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

SECRET//20330312

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-18-2038

## Critical Needs Statement

(U) (X) The Operational Technology Division (OTD),
Tracking Technology Unit (TTU), is responsible

b1
b3
b6
b7C
b7E

Wireless Intercept and Tracking Team (WITT)

(S)

(U) X

OTD, Assistant Director

Derived From: G-3
Declassify On:  March 12, 2033

SECRET//20330312

CELL/OTD    025333

CELLSITE-18767

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-18-2038

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

# IT Acquisition Form

## *Section 7 Attachment*

### Requirements Analysis

The Wireless Intercept and Tracking Team (WITT)

b1
b3
b7E

(S)

### Analysis of Alternatives

WITT

### Section 508 Statement

Wireless Intercept and Tracking Team conducted an evaluation of the systems and have submitted the following comments regarding compliance of Section 508 requirements.

Subpart B -- Technical Standards

SECRET

CELL/OTD   025334

CELLSITE-18768

b3
b7E

SECRET

CELL/OTD 025335

~~SECRET~~

b3
b7E

Subpart C – Functional Performance Criteria

Subpart D – Information, Documentation, and Support

    (a) Documentation is offered in hardcopy (paper) as well as softcopy (CD) at no additional charge.

    (b) End users are instructed in the product features, visually or through instruction verbally at request, at no additional charge.

    (c) Support services accommodate the communication needs of end-users with disabilities.

 ~~SECRET~~

CELL/OTD   025336

CELLSITE-18770

## System Security Plan

A System Security Plan has been completed and in place for use of [＿＿＿＿＿＿] [＿＿＿＿＿＿＿＿＿] EC dated 06/30/2004 from Security Division has been attached to requisition package [＿＿＿＿] An update to this EC has already been submitted and approved and can be obtained from the security division.

b3
b7E

## Sole Source Justification

[＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿]

## Independent Government Cost Estimate

TTU has submitted a quotation from the vendor, which details the cost of this procurement.  Pricing has been negotiated and has been deemed fair and reasonable, and comparable with other procurements of this nature.

## Life Cycle Cost Estimate

## Earned Value Management Plan

TTU continuously ensures planning, scheduling, and budget monitoring through its program management efforts.

## Privacy Impact Assessment

The Office of General Council has been contacted and has reviewed the request for a Privacy Impact Assessment (PIA).

## Risk Assessment

TTU has identified through research and development efforts that [＿＿＿＿＿＿＿＿] Sufficient funding is also in place for this procurement, and as well as plans for the maintenance over the full lifecycle of this product.



CELLSITE-18771

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-18-2038

b1
b3
b6
b7C
b7E

~~SECRET~~//20330312

(U)   Security Addendum to EC dated 03/12/2007

(U) ~~(S)~~   This addendum further expands on the referenced EC with
regard to sole source justification.

(S)

March 12, 2008

Chief Security Officer
Investigative Technology Division

~~Derived From:  G-3~~
~~Declassify On:  March 12, 2033~~

~~SECRET~~//20330312

CELL/OTD      025338

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-18-2038



~~SECRET~~

## Justification for Other Than Full and Open Competition
### In Accordance With 41 U.S.C. 253 (c)(6)

**1.    IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI), Tracking Technology Unit Unit (TTU), Operational Technology Division (OTD).  The contracting activity is the Engineering Contracts Unit (ECU).

**2.    NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

(S)

**3.    DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

b1
b3
b7E

(S)

(U) X

**4.    IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6).   The regulatory authority is FAR 6.302-6(a)(2).  Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

**5.    DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

~~SECRET~~



CELL/OTD  025342

CELLSITE-18773

~~SECRET~~

b1
b3
b7E



(S)

6.    **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.  Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in·disclosure of classified information).  This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

7.    **DETERMINATION OF THE CONTRACTING OFFICER THAT THE·ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U)  The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be·fair and reasonable.  Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8.    **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A**

~~SECRET~~

CELLSITE-18774

~~SECRET~~

b1
b3
b7E

### STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED

(S)

**9.   ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

(U[                    ]  See paragraph (5) above for facts supporting the use of other then full and open competition.

**10.   A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

**11.   A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

**12.   TECHNICAL REPRESENTATIVE CERTIFICATION**

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

~~SECRET~~

(U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

b6
b7C

_____ Contracting Officer's Technical Representative        (Date)

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____, Contracting Officer                    (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____, Supervisory Contracting Officer              (Date)

_____, FBI Chief Contracting Officer         (Date)

_____ Office of General Counsel                       (Date)

Approved By:    _____
                        , Competition Advocate          (Date)

~~SECRET~~

CELL/OTD   025345

CELLSITE-18776

HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-18-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-18-2038

~~SECRET~~//20330602

**JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION
IN ACCORDANCE WITH 41 U.S.C. 253(c)(6)**

Derived From:  G3
Declassify On:  6/02/2033

1.    Identification of the agency and the contracting activity:

b1
b3
b7E

(S)

2.    Nature and/or description of the action being approved:

(S)

3.    Description of the supplies or services  (including estimated value):

(S)

~~SECRET~~//20330602

CELLSITE-18783

 SECRET//20330602

**4.   Statutory Authority:**

(U)  The statutory authority for conducting this acquisition is 41 U.S.C. 253
(c)(6).  The regulatory authority is FAR 6.302-6(a)(2).  Full and Open
competition need not be provided for when the disclosure of the agency's needs
would compromise national security unless the agency is permitted to limit the
number of sources from which it solicits bids or proposals.

b1
b3
b7E

**5.   Demonstration that the nature of the acquisition justifies the use
       of the above authority:**



(S)

SECRET//20330602

CELLSITE-18784

b1
b3
b7E

~~SECRET~~//20330602

(S)

6.    **Efforts made to ensure offers are solicited from as many potential sources as practicable, including compliance with subpart 5.2 and, if not, which exception under FAR 5.202 applies:**

(S)

7.    **Determination that the anticipated cost to the Government will be fair and reasonable:**

(U) A price analysis will be conducted by the Contracting Officer prior to award to determine that all prices are fair and reasonable.

8.    **Market Survey:**

(S)

9.    **Any other facts supporting the use of other than full and open competition:**

(U) See paragraph (5) above for the facts supporting the use of other than full and open competition.

10.   **A listing of the sources, if any, that expressed in writing an interest in the acquisition:**

(U) Since the procurement was not publicized pursuant to FAR 5.202(a)(1), no other commercial sources were given the opportunity to express written interest in this procurement.

~~SECRET~~//20330602

SECRET//20330602

11.    A statement of the actions, if any, the agency may take to remove
       or overcome any barriers to competition before any subsequent
       acquisition for the supplies or services are required:

(U) The FBI will continue to do market surveys to identify potential sources
on subsequent acquisitions.   TTU has a successful record of finding and
developing new contractors.

**Conclusion:**

(S)

**Certifications:**

**Technical Representative Certification:**

As Technical Representative of the requiring office, I have reviewed the data
provided in support of the Justification and Approval to procure using other
than Full and Open Competition.   I certify that the data is accurate and
complete to the best of my knowledge and belief.

b1
b3
b6
b7C
b7E

_____                            Date
Contracting Officer's
Technical Representative (*Proposed*)

**Contract Specialist Certification:**

I hereby certify that the information in this justification is accurate and
complete to the best of my knowledge and belief.

_____                            Date
Contract Specialist
Quantico Contracts Unit

**Reviewed:**

**Unit Chief:**

_____                            Date
Quantico Contracts Unit

SECRET//20330602

CELL/OTD     025355

CELLSITE-18786

CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-18-2038

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~//20330602

Statement of Work to Accompany
Federal Bureau of Investigation Requisition

**(U) PART ONE**

**(U) SUMMARY.** The Federal Bureau of Investigation (FBI), Operational Technology Division (OTD), Tracking Technology Unit's (TTU) Wireless Intercept and Tracking Team (WITT) is

(S)

b1
b3
b7E

**(U) PART TWO**

~~SECRET~~//20330602

CELL/OTD   025356

CELLSITE-18787

~~SECRET~~//20330602

meet the described criteria:

(U) Operational Deployment

b3
b7E

~~SECRET~~//20330602

CELL/OTD   025357

DATE: 04-18-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-18-2038

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~//20330602

## Statement of Work
### Federal Bureau of Investigation Requisition

**(U) PART ONE**

b1
b3
b7E

(U)    (S) **SUMMARY.**

(S)

**(U) PART TWO**

*(U) Deliverables*

(U)   1.    (S)

(S)

~~SECRET~~//20330602

CELL/OTD    025358

CELLSITE-18789

SECRET//20330602

(S)

b1
b3
b7E

(U)   2.   (S)

(S)

(U)   3.   (S) **Monthly Status Reporting**

(S)

(U)   4.   (S) **Testing, Verification, and Demonstration**

(S)

SECRET//20330602

CELLSITE-18790

SECRET//20330602

(S)

b1
b3
b7E

(U)   5.   (S)  **Operational Deployment**

(S)

(U) *Other Details*

(S)

SECRET//20330602

CELL/OTD   025360

CELLSITE-18791

(Rev. 01-31-2003)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 04-18-2013
CLASSIFIED BY NSICG J76J18T80
REASON: 1.4 (c,g)
DECLASSIFY ON: 04-18-2038

~~SECRET~~//20330401

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                  **Date:** 04/1/2008

**To:** Finance                          **Attn:**

   Criminal Investigative               **Attn:**

**From:** Operational Technology Division
                                                    /QT-ERF
   Contact:

**Approved By:**


**Drafted By:**

**Case ID #:** (U)  268-HQ-1068430

**Title:** (U)  WIRELESS INTERCEPT AND TRACKING TEAM

(U) **Synopsis:** (X)  To request contract action to initiate the proposed research.

         (U) (X)    Derived From : ~~G-3~~
                    Declassify On: ~~04/1/2033~~

b1
b3
b5
b6
b7C
b7E

**Enclosure(s):** (U)  Vendor Price Quote, FD369 [          ] in the amount of [              ] JFOC, CCR, Vendor Information, proposal and proposed estimated project plan.

**Details:**

(S)

                    ~~SECRET~~//20330401

CELL/OTD  025361

CELLSITE-18792

~~SECRET~~

To:  ??  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 04/1/2008

b1
b3
b5
b7E



(S)

(U) (S) <u>Sole Source Justification</u>

(S)

~~SECRET~~
2

CELL/OTD  025362

~~SECRET~~

To:  ??  From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 04/1/2008

(S)

(U)                    ✕

(U)  The Contracting Officer Technical Representative
(COTR) for this procurement is Electronics Engineer (EE)
and can be contacted at the Engineering Research Facility,
located in Quantico, Virginia, for any questions.

b1
b3
b6
b7C
b7E

**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>FINANCE</u>

      <u>AT WASHINGTON, DC</u>

   (U)  (S)  The Finance Division, Engineering Contracts Unit,
is requested to initiate procurement action.

**Set Lead 2:  (Action)**

    <u>CRIMINAL INVESTIGATIVE</u>

      <u>AT WASHINGTON, DC</u>

   (U)  (S)  The Criminal Investigative Division is requested
to approve the critical procurement action.

**CC:**

♦♦

~~SECRET~~
3

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 75
Page 22 ~ Duplicate - OTD-14 p. 294 & following;
Page 23 ~ Duplicate - OTD-14 p. 294 & following;
Page 24 ~ Duplicate - OTD-14 p. 294 & following;
Page 25 ~ Duplicate - OTD-14 p. 294 & following;
Page 26 ~ Duplicate - OTD-14 p. 294 & following;
Page 27 ~ Duplicate - OTD-14 p. 294 & following;
Page 31 ~ b3; b7E;
Page 32 ~ b3; b7E;
Page 33 ~ b3; b7E;
Page 36 ~ b3; b4; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
Page 40 ~ b3; b4; b7E;
Page 41 ~ b3; b4; b7E;
Page 42 ~ b3; b4; b7E;
Page 43 ~ b3; b4; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 108 ~ Duplicate - 1182490-OTD-14, Vol. 1 p. 302 & following;
Page 109 ~ Duplicate - 1182490-OTD-14, Vol. 1 p. 302 & following;
Page 110 ~ Duplicate - 1182490-OTD-14, Vol. 1 p. 302 & following;
Page 111 ~ Duplicate - 1182490-OTD-14, Vol. 1 p. 302 & following;
Page 112 ~ Duplicate - 1182490-OTD-14, Vol. 1 p. 302 & following;
Page 113 ~ Duplicate - 1182490-OTD-14, Vol. 1 p. 302 & following;
Page 114 ~ Duplicate - 1182490-OTD-14, Vol. 1 p. 302 & following;
Page 115 ~ Duplicate - 1182490-OTD-14, Vol. 1 p. 302 & following;
Page 116 ~ Duplicate - 1182490-OTD-14, Vol. 1 p. 302 & following;
Page 117 ~ Duplicate - 1182490-OTD-14, Vol. 1 p. 302 & following;
Page 118 ~ Duplicate - 1182490-OTD-14, Vol. 1 p. 302 & following;
Page 119 ~ Duplicate - 1182490-OTD-14, Vol. 1 p. 302 & following;
Page 124 ~ b3; b4; b7E;
Page 125 ~ Duplicate - 1195589-Finance-2, Vol. 1 p. 19 & following;
Page 126 ~ Duplicate - 1195589-Finance-2, Vol. 1 p. 19 & following;
Page 127 ~ Duplicate - 1195589-Finance-2, Vol. 1 p. 19 & following;
Page 128 ~ Duplicate - 1195589-Finance-2, Vol. 1 p. 19 & following;
Page 129 ~ Duplicate - 1195589-Finance-2, Vol. 1 p. 19 & following;
Page 144 ~ b3; b4; b7E;
Page 145 ~ b3; b4; b7E;
Page 146 ~ b3; b4; b7E;
Page 147 ~ b3; b4; b7E;
Page 148 ~ b3; b4; b7E;
Page 149 ~ b3; b4; b7E;
Page 150 ~ b3; b4; b7E;
Page 151 ~ b3; b4; b7E;
Page 152 ~ Duplicate - OTD-Contract-9 Vol. 1, p. 251;
Page 155 ~ b3; b4; b7E;
Page 156 ~ b3; b4; b7E;
```

```
Page 157 ~ b3; b4; b7E;
Page 158 ~ b3; b4; b7E;
Page 159 ~ b3; b4; b7E;
Page 160 ~ b3; b4; b7E;
Page 168 ~ b3; b7E;
Page 174 ~ Duplicate - 1195589-OTD-Contract-8, Vol. 1 p. 76 & following;
Page 175 ~ Duplicate - 1195589-OTD-Contract-8, Vol. 1 p. 76 & following;
Page 176 ~ Duplicate - 1195589-OTD-Contract-8, Vol. 1 p. 76 & following;
Page 177 ~ b3; b4; b6; b7C; b7E;
Page 178 ~ Duplicate - 1195589-OTD-Contract-8, Vol. 1 p. 156;
Page 179 ~ b3; b4; b7E;
Page 180 ~ b3; b4; b7E;
Page 181 ~ b3; b4; b7E;
Page 182 ~ Duplicate - 1195589-OTD-Contract-8, Vol. 1 p. 160;
Page 185 ~ b3; b4; b7E;
Page 186 ~ b3; b4; b7E;
Page 187 ~ b3; b4; b7E;
Page 188 ~ b3; b4; b7E;
Page 189 ~ b3; b4; b6; b7C; b7E;
Page 190 ~ Duplicate - 1195589-OTD-Contract-8, Vol. 1 p. 150 & following;
Page 191 ~ Duplicate - 1195589-OTD-Contract-8, Vol. 1 p. 150 & following;
Page 192 ~ b3; b4; b7E;
Page 198 ~ b3; b6; b7C; b7E;
Page 205 ~ b3; b4; b6; b7C; b7E;
Page 247 ~ b3; b4; b6; b7C; b7E;
Page 248 ~ b3; b4; b6; b7C; b7E;
Page 249 ~ b3; b4; b6; b7C; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X   No Duplication Fee X
X   For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

12 July 2010

b3
b6
b7C
b7E

Subject:   Contract

Dear

    Please find enclosed a copy of the Statements of Work (SOW) for engineering services developed by the Federal Bureau of Investigation (FBI)..

    The FBI is interested in obtaining a proposal for this task to be performed in accordance with the subject Contract. Contractor shall provide technical and cost proposals to support tasking as set forth in the Statement of Work.

    If there are any question regarding this SOW please submit them to my office within the next five (5) business days.

    It is therefore requested that your company review the enclosed SOW and if the proposed contract vehicle is appropriate, Cost-Plus Fixed Fee (CPFF), a cost and technical proposal should be submitted in accordance with the terms and conditions of the FBI's Contract no later than August 2, 2010 1:00 PM EST or sooner. Unclassified proposals maybe email to

    Should you have any questions concerning this matter, please contact me at                      response may be faxed to                    secure fax

b6
b7C
b7E

Sincerely,

Contracting Officer

Attached: Statement of Work for          Tasking

b3
b7E

CELLSITE-19771

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-27-2012 BY 65179 DMH/STW

UNCLASSIFIED
## *STATEMENT OF WORK*

☐ **Program**

☐ **Task Order 1**

b3
b7E

# 1   SCOPE

## 1.1   *Task Overview*

This Task Order requires that the Contractor provide engineering services and operational support to the Operational Technology Division's ☐ and ☐ through studies, enhancements, and operational support to the ☐

b3
b7E

The FBI is the principal investigative arm of the United States Department of Justice.  It is charged with gathering and reporting facts, locating witnesses, and obtaining evidence in cases involving Federal jurisdiction.  The mission of the FBI's Operational Technology Division is to provide forensic services to the FBI and other law enforcement agencies and to support their ability to conduct lawfully authorized electronic surveillance.  To that end, the Operational Technology Division is engaged in a number of development projects and activities that focus on developing the forensic, collection, surveillance, and tactical communications capabilities required for law enforcement to accomplish its objectives. ☐

b3
b7E

The focus of this overall effort is to provide the engineering services required to enhance the functionality of the ☐ necessary to support specific case requirements for ☐  The systems shall be designed, installed, and tested to assure that the configured system is operationally correct. The contractor shall support the system installation and remote troubleshooting as required. ☐ expertise may be required.

The purpose of this SOW is to describe the tasking necessary to support the FBI's ability to ☐ under specific legal guidelines.  The task shall be achieved through engineering support to the current ☐ platform for processing and presentation of ☐ and the development of capabilities that are designed to meet specific case requirements.

b3
b7E

CELLSITE-19772

UNCLASSIFIED

## 1.2 Deliverables

- Project Management Plan (See Section 2.2)
- Weekly Status Report (See Section 2.3)
- Monthly Program Review (See Section 2.3)
- System Testing Plan (See Section 2.2)
- System Demonstration at contractor facility
- Final Summary Report (See Section 2.2)

## 1.3 Category of Efforts

The FBI currently owns [                ] that have been used by [        ] [                                    ] in support of FBI investigations.  OTD's [                            ] is also a user of the [                ] for similar usage but different operational goals than [        ] The FBI's goal is to field all [                            ] with the minimum capabilities provided by [                        ] [            ] as described below. [    ] studies are intended to provide the FBI with approaches to resolving future issues through reports, prototypes, or demonstrations.  This scope of work defines these three categories of effort: [                                    ]

b3
b7E

## 1.3.1 Key Areas

a) [            ] – It has been determined that the existing [        ] systems require [        ] The contractor shall perform the following [    ]

b3
b7E



b) [                                ] [  ] The contractor shall perform the following [        ]

b3
b7E

UNCLASSIFIED
2

CELLSITE-19773

**UNCLASSIFIED**

- [redacted]

c) [redacted] sees a number of longer term issues that require attention [redacted] In order to be mitigating the risks associated with [redacted] would require the vendor to perform studies that will help guide future efforts. The contractor shall perform the following studies:

- [redacted]
- [redacted]
- [redacted]
- [redacted]

b3
b7E

d) [redacted] **Requirements** – [redacted] has requirements specific to their operational use of [redacted] This would perhaps make a [redacted] or a [redacted] The contractor shall perform the following:

- [redacted]
- [redacted]

b3
b7E

## 2   Requirements

## 2.1   Security Standards and Regulations

Refer to [redacted] Statement of Work section 2.3 for guidance.

**SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.**

b3
b7E

## 2.2   Contractor Furnished Documentation

Refer to [redacted] Statement of Work sections 2.6 and 3.2 for guidance.

Project management plan shall consist of the Contractor's proposed solution to include the composition of required project team, complete task schedule, and total labor and non-labor costs for fully implementing the proposed solution.

CELLSITE-19774

UNCLASSIFIED

## 2.3  Status Reporting

Refer to [        ] Statement of Work Section 3.3 for guidance.

## 2.4  Formal Meetings

b3
b7E

Refer to [        ] Statement of Work Section 3.4 for guidance.

## 2.5  Government Points of Contact

**FBI Contracting Officer's Technical Representative**

[        ]
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A
Quantico, VA  22135

b6
b7C

[        ]

[        ] **Technical Point of Contact**

b3
b6
b7C
b7E

UNCLASSIFIED
4

CELLSITE-19775

UNCLASSIFIED

Methods By Specific Court Authorities

| Intercept | Identification |
|-----------|----------------|
|           |                |

b3
b7E

CELLSITE-19776

```
********** -COMM. JOURNAL- ****************** DATE AUG-24-2010 ***** TIME 15:19 ********

        MODE = MEMORY TRANSMISSION          START=AUG-24 15:17    END=AUG-24 15:19

            FILE NO.=938

        STN    COMM.   ONE-TOUCH/   STATION NAME/TEL NO.               PAGES    DURATION
        NO.            ABBR NO.

        001    OK       ☎                                            007/007   00:01:23
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

```
    ***************************** -        - ***** -              *********
```

| FD-448 Revised 10-27-2004 | FEDERAL BUREAU OF INVESTIGATION **FACSIMILE COVER SHEET** |
|---|---|

### PRECEDENCE

○ Immediate          ○ Priority          ○ Routine

### CLASSIFICATION

○ Top Secret     ○ Secret     ○ Confidential     ○ Sensitive     ○ Unclassified

b3
b6
b7C
b7E

### TO

Name of Office:                              Facsimile Number:     Date: **08/24/2010**

Attn:                                        Room:     Telephone Number:

### FROM

Name of Office:
**FBI – Science and Technology Contracts Unit**          Number of Pages: (Including cover) **7**

Originator's Name:     Originator's Telephone Number:     Originator's Facsimile Number:

Approved:

b6
b7C

### DETAILS

Subject:
**Please find the attached Request for Clarifications on ☐ TO Proposals and Revised ☐**

b3
b7E

Special Handling Instructions:
**Please confirm receipt of the modification, sign the SF-30, and fax back to the number above.**

Brief Description of Communication Faxed:
**Thank you for your assistance and have a good day.**

### WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

CELLSITE-19777

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

**FD-448**
Revised
10-27-2004

FEDERAL BUREAU OF INVESTIGATION
# FACSIMILE COVER SHEET

---

## PRECEDENCE

| ○ Immediate | ○ Priority | ○ Routine |
|---|---|---|

## CLASSIFICATION

| ○ Top Secret | ○ Secret | ○ Confidential | ○ Sensitive | ○ Unclassified |
|---|---|---|---|---|

## TO

| Name of Office: | Facsimile Number: | Date: 08/24/2010 | b3 b7E |
|---|---|---|---|

| Attn: | | Room: | Telephone Number: |
|---|---|---|---|

## FROM

| Name of Office: **FBI – Science and Technology Contracts Unit** | Number of Pages: (including cover) **7** | b6 b7C b7E |
|---|---|---|

| Originator's Name: | Originator's Telephone Number: | Originator's Facsimile Number: |
|---|---|---|

Approved:

---

## DETAILS

Subject:
**Please find the attached Request for Clarifications on ⬚ TO Proposals and Revised ⬚**    b3 b7E

Special Handling Instructions:
**Please confirm receipt of the modification, sign the SF-30, and fax back to the number above.**

Brief Description of Communication Faxed:
**Thank you for your assistance and have a good day.**

---

### WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

CELLSITE-19778

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

24 August 2010

Contract:

Subject:        Request for Clarification on [          ] Task Order Proposals

b3
b6
b7C
b7E

Please review the attached questions and requests for clarifications regarding the Cost and Technical Proposals received in response to FBI's [      ] Task Order statement of work and letter dated July 12, 2010.  Please provide a response to these questions and any modifications to the originally submitted cost and technical proposals no later than 2PM EST Thursday August 26, 2010.

If I can be of further assistance with this effort you may contact me at

b6
b7C

Sincerely,

Contracting Officer

CELLSITE-19779

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/STW

Government Questions and Requests for Clarification

Technical and Cost Proposal for the ⬚

Proposals Dated August 6, 2010

b3
b7E

| Paragraph | Comment |
|---|---|
| General | Throughout the proposa⬚ refers to a number of IR&D projects that relate to the scope of work being bid.  It is not clear how much of the IR&D work ⬚ is proposing as part of this effort or if they are putting it in the proposal to show experience in the area. Also, if they are going to claim ownership to the entire product being procured by the Government due to inclusion of all or part of a previous IR&D effort, it needs to be clearly defined what percentage of the full product is from their IR&D.<br><br>See comment for paragraph 9.0 below. |
| Page 1 - 3.1.1 | |
| Page 3 - 3.1.5 | ⬚ should disregard the column of information labeled ⬚ There is no Government requirement to ⬚ |
| Page 4 - 3.1.7 | The requirement to interface ⬚ with ⬚ is no longer valid.  This item shall be removed from the SOW. Item is hereby deleted in full. |
| Page 5 - 3.1.8.2 | This item directly relates to and may become a duplication of effort for of items 3.1.3 and 3.1.4. Please clarify, explain, and provide full disclosure as to how these tasks are/are not a duplication of effort. |
| Page 7 - 3.2.2 | The requirement to ⬚ is no longer valid.  This item can be removed from the SOW.  Item is hereby deleted in full. |
| Pages 11 & 12 -9.0 | Items 7 & 18. ⬚ wants full rights of the result of this effort to sell as a commercial product, and therefore will potentially be provided an unfair advantage in this ⬚ ⬚ Please advise if you understand and comply. |
| Page 13 - 9.0 | Item 30.  An NDA shall be required of ⬚ for this effort as previously agreed. All personnel supporting efforts under ⬚ shall be required to sign the NDA (FD-868). |
| Page 23 - 12.0 Subtask #4 | Based on the fact that this is an unclassified requirement, hours are excessive and shall be reduced. Hours shall be substantially reduced to ⬚ ⬚ for the duration of this tasking. |
| Page 24 – table | Product testing shall not be done ⬚ ⬚ See also page 34. Contractor shall adjust cost and technical proposal accordingly. Technical guidance shall be provided by COTR for this portion of the tasking. |
| Page 29 – Subtask #1 | Subtask #1 on page 29 shall be revised and all requirements stated in the Proposal shall be removed except for the following requirements from Section 1.3.1 from the ⬚ SOW: ⬚ from page 2. The Contractor shall revise and reduce the technical and cost proposals accordingly. |

b3
b7E

1

| | | |
|---|---|---|
| Pages 30 & 31 – Subtasks #4, 5, 7 | These tasks are related and may potentially impact each other. From task #7 it is unclear if these hours are paying for the IR&D effort or in addition. Please clarify. | |
| Page 31 – Subtask #9 | The requirement for ☐ support has been removed. Item is hereby deleted in full. | |
| Page 32 – Subtask #11 | It is unclear what this task is doing. Should it be part of the I&T as identified on page 34 in the paragraph titled System Integration and Test Effort? Please clarify. | b3 b7E |
| Page 34 – Subtask #1 | 1) Page 29, Subtask 11 ☐ and Page 24, Subtask #1 "Systems I&T" appear to be duplicative efforts. Please revise cost and technical proposals to remove the duplicative portions or explain how both testing scenarios are required. <br><br> 2) The hours for this subtask appear to be excessive. ☐ <br> ☐ <br> ☐ Development task. Proposed hours for ☐ | |
| Page 37 | The Government shall provide a current ☐ as GFE. ☐ may require additional components and will most likely charge for handling of the GFE. Hours proposed by the Contractor are excessive and shall be reduced. ☐ <br> ☐ Please advise if you understand and comply. Adjust cost proposal accordingly. | b3 b7E |
| Page 42 | ☐ shall identify which portion of subtask #1, page 42, is to be funded by ☐ IRAD funding and which portions are intended to be funded by the FBI. Also please clarify and describe how ☐ intends to incorporate ☐ | |
| Page 44 | The Government is unclear what is meant by the sentence ☐ <br> ☐ Please clarify. | b3 b4 b7E |
| Page 46 | ☐ is bidding ☐ to purchase ☐ <br> ☐ The Government shall provide these items as GFE from make and model information provided by ☐ Please adjust cost proposal to reflect the deletion of this item. | |
| Page 49 | ☐ is no longer a requirement. See comments to paragraph 3.2.2 above. Item is hereby deleted in full. | |

2

CELLSITE-19781

*************** -COMM. JOURNAL- ******************* DATE AUG-25-2010 ***** TIME 13:56 ********

| | | | | | | |
|---|---|---|---|---|---|---|
| MODE = MEMORY TRANSMISSION | | | START=AUG-25 13:55 | | END=AUG-25 13:56 | |

FILE NO.=945

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ☎ | | 006/006 | 00:01:02 |

ALL INFORMATION CONTAINED b3
HEREIN IS UNCLASSIFIED    b7E
DATE 10-20-2012 BY 65179 DMH/SIW

*********************************** - ____ - ***** - _____ *********

**FD-448**
· Revised
10-27-2004

FEDERAL BUREAU OF INVESTIGATION
**FACSIMILE COVER SHEET**

| PRECEDENCE | | |
|---|---|---|
| ○ Immediate | ○ Priority | ○ Routine |

| CLASSIFICATION | | | | |
|---|---|---|---|---|
| ○ Top Secret | ○ Secret | ○ Confidential | ○ Sensitive | ○ Unclassified |

**TO**

| Name of Office: | Facsimile Number: | Date: 08/25/2010 |
|---|---|---|
| Attn: | Room: | Telephone Number: |

b3
b6
b7C
b7E

**FROM**

| Name of Office: FBI - Science and Technology Contracts Unit | Number of Pages: (including cover) 6 |
|---|---|

| Originator's Name: | Originator's Telephone Number: | Originator's Facsimile Number: |
|---|---|---|

Approved:

**DETAILS**

Subject:
**Please find the attached Responses & Request for Clarifications on [____] TO Proposals.**

b3
b7E

Special Handling Instructions:
**Please confirm receipt.**

Brief Description of Communication Faxed:
**Thank you for your assistance and have a good day.**

**WARNING**
Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

CELLSITE-19782

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

**FD-448**
Revised
10-27-2004

# FEDERAL BUREAU OF INVESTIGATION
# FACSIMILE COVER SHEET

## PRECEDENCE

○ Immediate          ○ Priority          ○ Routine

## CLASSIFICATION

○ Top Secret     ○ Secret     ○ Confidential     ○ Sensitive     ○ Unclassified

## TO

| Name of Office: | | Facsimile Number: | Date: **08/25/2010** |
|---|---|---|---|
| Attn: | | Room: | Telephone Number: |

b3
b6
b7C
b7E

## FROM

| Name of Office: **FBI – Science and Technology Contracts Unit** | Number of Pages: (including cover) **6** |
|---|---|
| Originator's Name: | Originator's Telephone Number: |

Originator's Facsimile Number:

Approved:

## DETAILS

Subject:
**Please find the attached Responses & Request for Clarifications on [ ] TO Proposals.**

b3
b7E

Special Handling Instructions:
**Please confirm receipt.**

Brief Description of Communication Faxed:
**Thank you for your assistance and have a good day.**

## WARNING

Information attached to the cover sheet is U.S. Government Property.  If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641).  Please notify the originator or local FBI Office immediately to arrange for proper disposition.

CELLSITE-19783

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

25 August 2010

b3
b6
b7C
b7E

Contract: _____
Subject:    Request for Clarification on _____ Task Order Proposals

Enclosed please find the FBI's responses to _____ "Conditions and Assumptions" for the _____ Task Order to be performed under the above Contract. Please review and respond to any questions or requests for clarifications regarding the Cost and Technical Proposals. This proposed tasking is intended as a Cost-Plus Fixed Fee requirement and as such, in accordance with the previously agreed upon terms and conditions of this contract, revise the Cost documentation to reflect a _____ fee structure. All Terms and Conditions under the Contract _____ are unchanged and binding for all subsequent actions, including this intended Tasking.

b3
b7E

Please provide a response to these questions and any modifications to the originally submitted cost and technical proposals no later than noon EST on Friday August 27, 2010. To reduce administrative burdens, please make necessary changes to those affected pages and provide them for replacement in original documentation.

If I can be of further assistance with this effort you may contact me at _____

b6
b7C

Sincerely,

Contracting Officer

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

### [    ] Task Order:
## Responses to Conditions and Assumptions pages 11-13.

Please note that all terms and conditions for the [          ] Contract are in affect and
negotiated and agreed upon per signatures on 9/15/09. The following conditions and assumptions
were provided in the [    ] proposal:

b3
b7E

*1. The basis for this proposal is the Base IDIQ Contract No.[        ] and associated documents; the
Sponsor's RFP dated 12 July 2010 and accompanying documents.*

- The FBI concurs.

*2. Proposed pricing and schedule assume full funding at award. Should incremental funding be
required, the Contractor will provide a funding profile at negotiations and provide funding
limitations notices per FAR 52.232-22 Limitation of funds, to ensure funding is provided in a timely
fashion to support the proposed schedule.*

- The FBI intends to incrementally fund this tasking. See original RFP clause included in
  Section I.

*3. Proposed pricing assumes effort will be awarded on a single Task Order/Delivery Order under
which only one CLIN per task order. If multiple CLINs are to be awarded, Contractor reserves the
right to update its proposal to include additional administrative costs associated with managing
multiple CLINs.*

- Number of CLINs will be determined at time of award and at no additional cost to the FBI.

*4. Proposed prices are exclusive of international, federal, state, local, excise, sales, gross receipts,
use, business and occupation tax, and similar taxes arising from or in connection with the proposal,
and such taxes, if assessed will be invoiced by the Contractor and paid by the Sponsor.*

- See original contract. The federal government is tax exempt.

*5. Period of Performance is 8 months which includes 7 months for program execution and 1 month to
perform final task order closeout activities.*

- The FBI accepts this assumption.

*6.[      ] is asserting its right to protect intellectual property (IP) in accordance with F.A.R. Clause
52.227-14 Rights in Data – General. Any IP claim will be submitted under separate cover.*

- The FBI will review all claims submitted by vendor and determine IP rights on an individual
  basis.

b3
b7E

*7.[      ] requests the Sponsor incorporate into the IDIQ Terms and Conditions, Alternate II (Dec
2007) of Clause F.A.R. 52.227-14, Rights in Data- General. This clause will be applicable to this and
subsequent efforts.*

- The FBI concurs. This clause is incorporated via Mod 6 to [          ] fully executed
  8/23/10.

8. ▮▮▮ *will not provide documentation, specifications, drawings, source code, or prototypes, associated with our intellectual property (IRAD). As such* ▮▮▮ *requires Clause H-10 and Paragraph 2.6(i) be revised or deleted with respect to* ▮▮▮ *IP.*

*b3*
*b7E*

- See original contract terms and conditions agreed upon under contract. H-10 remains as stated. Negotiations regarding IRAD funding will be addressed on a case by case basis.

9. *No estimates have been included for providing Contractor team member working notes called out in Paragraph 2.6(f). Note; this is not a standard practice* ▮▮▮ *will assess the cost and schedule impact if this review is required.*

- The FBI concurs. If required, vendor will be advised.

10. *Weekly status reports will be submitted via e-mail and shall address technical problems, risks, issues, production, technical assessments, and security items, and concerns (SOW 3.3 and 3.4.1).*

- The FBI concurs.

11. *This proposal assumes all customer meetings are held at the contractor's facility.*

- The FBI concurs.

12. *Formal meeting Agendas will be sent via email or secure fax..*

- The FBI concurs.

13. *At customer direction, Monthly Program Reviews may be held by telephone.*

- The FBI concurs.

14. *Invoices will be billed by element of cost, consistent with the contractors current invoice format. No hourly information will be on the invoices; however, this data can be incorporated into the monthly customer report.*

- Hourly information shall be required and can be incorporated into the monthly customer report.

15. *Production, Technical Assessments, and Security Reviews (SOW 3.4.1), when needed; will be incorporated into Weekly or Monthly Status Review.*

- The FBI concurs.

16. *All deliverable data submissions are considered approved if no comments are received by 10 business days after submission to the Customer. Multiple iterations for report revisions are not considered in this proposal estimate.*

- See Section E.1 of the ▮▮▮ of awarded contract ▮▮▮ , incorporated into the Contract, the FBI retains the right to 30 days for inspection and acceptance of submitted deliverables.

*b3*
*b7E*

17. *The proposed price for the study option assumes that the option will be exercised at the same time as the base award in order for it to be completed, with the base program period of performance.*

- The FBI intends to exercise Option Year 1 for the [          ] Contract in September 2010 with same terms and conditions as agreed upon in the contract, for the 60 month period. If this statement does not address #17. Please advise.

b3
b7E

*18. This proposal assumes [          ] will have the right to incorporate any results of this program into its commercial products as applicable.*

- [          ] shall notify the FBI of any results, capabilities, or functionalities related to this tasking that are intended to be incorporated into commercial products.

*19. This proposal assumes Pictorial System Diagrams (SOW 2.6) will be included in PDR and CDR packages and not separate deliverable.*

- The FBI concurs.

*20. As authorized by F.A.R. 52.232-28, [          ] requests electronic funds transfer of payments to:*

[                                        ]

- The FBI concurs. See contract awarded [          ]

b3
b7E

*21. [          ] has not included in its estimate of cost incurred or to be incurred any amount for termination liability costs to which [          ] may be entitled in the event of a termination for convenience by the Government.*

- See Contrac[          ] for all terms and conditions that are applicable to this agreement.

*22. [          ] currently has a website available for government customers; this proposal assumes this existing [          ] Web Site satisfies the Sponsor's requirement (SOW 3.10). If additional capabilities above this are required [          ] reserves its right to assess the impact.*

b3
b7E

- The FBI concurs.

23. Invoicing will be monthly after [          ] period end, the terms of which would be 100% due Net 30 subject to the FAR 52.232-25, Prompt Payment Clause.

- The FBI concurs. See contract awarded [          ]

*24. FOB Point is destination.*

- The FBI concurs.

*25. No warranty terms are offered.*

- Warranty terms, if applicable, will be in accordance with the terms of the contract [          ] signed 9/15/09.

*26. If [          ] products are required for this effort they are priced at the [          ] price list value with no additional burdens.*

b3
b7E

- The FBI concurs. However, please see Cost Proposal page 37 and 38 and adjust pricing accordingly.

27. *The Consolidated Materials Listing (CML) is not auditable at proposal submission* [        ] *is continuing to firm material pricing to provide for negotiations.*

- Please clarify assumption.

b3
b7E

28. [                                                                                    ] *will monitor and assess this during performance and will notify the customer as necessary.*

- The FBI concurs.

29. *In support of the effort,* [                                        ] *will be developed and provided to* [            ] *who is the* [        ] *developer. Actual modifications to* [        ] *must be performed by* [                ] *and are not priced in this proposal.*

b3
b7E

- The [        ] portion of this tasking has been deleted from the SOW and no services shall be required under this Tasking.

30. *This task is unclassified and will be worked in a suitable environment commensurate with the security classification* [            ] *assumes that no security clearances or NDA will be required.*

b3
b7E

- The FBI agrees that work to be performed under this tasking are unclassified.
- At the [        ] FBI meeting on 6/24/10, both parties agreed that all [        ] employees involved with the [                    ] contract shall sign the FD-868. The classification level of this tasking does not exempt it from the need for and requirements of the NDA.

b6
b7C
b7E

27 August 2010

In Reply Please Refer to:

935 Pennsylvania Ave. N.W.
JEH Bldg Room 6853
Washington, D.C. 20535

Attention: _____ Contracting Officer

Subject:    Fact-finding Responses - _____ Proposal, dated 6 August 2010

Reference:  (a) _____ Contract No _____
            (b) ____ proposal, _____ dated 6 August 2010
            (c) Government Questions and Requests for Clarification, dated 24 August 2010

b3
b6
b7C
b7E

*Dear* _____

_____ through its
_____ is submitting the attached responses to the Government's referenced c, fact-finding questions.  Attached also as a result of our responses is our updated proposal price summary, with the _____ sections that were revised for this update.

We appreciate this opportunity to provide you with this data submittal and look forward final negotiations.  For technical questions please contact _____
_____ or  contact  the  undersigned  at _____ or
_____

Very truly yours,

b3
b6
b7C
b7E

Cc:

Enclosures:

TE-19795

**Proposal Update Summary Price Table (27 August 2010)**

| | | | | Total |
|---|---|---|---|---|
| | Development | | | |
| Cost: | | | | |
| Fee @ 12% | | | | |
| Price: | | | | |

b3
b4
b7E

**P. 23 12.0 Subtask 4.**

01-01-01 Subtask #4:  Security
-   Hours reduced from          maintaining LOE estimating methodology as follows:

**P. 24  Table**

01-01-01 Travel
-   Travel location changed from LA to Wash, DC.

**P. 29 Subtask #1**

01-01-54 Subtask #1:
-   Hours reduced from          as follows:

**P. 31 Subtask #9**

01-01-54 Subtask #9:          Support
-   Subtask # 9 deleted:  Hours reduced from

**P.37**

1.          01-01-07 Subtask #1:  MMS Labor
-   Based on revised CML (provided) hours reduced from          as follows:

b3
b7E

allocated as follows:

Manager
Administration
Clerical

2.          01-01-08 Products (Added)
-   Added Products Table and Pricing

**P. 46**

01-02-07
-   Deleted

**P. 49**

01-03
-   - Deleted



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

**From:**
**Sent:** Friday, September 10, 2010 2:23 PM
**To:**
**Cc:**
**Subject:** RE: Updated Cost Proposals:

b3
b6
b7C
b7E

I'm fine with the revisions submitted by _____ I would like to start the _____ with the award of the task.  We will have to incrementally fund that project.

Thanks.

**From:**
**Sent:** Friday, September 10, 2010 10:04 AM
**To:**
**Cc:**
**Subject:** FW: Updated Cost Proposals:

Hi _____

Please review and evaluate the attached documents for _____ Let me know if you have any questions, comments, or concerns. I hope to finalize and award the Task Order on Tuesday of next week and will need your final reviews and any information you want incorporated into the contract by that time.

b3
b6
b7C
b7E

Please let me know if you have any questions.

Thanks again,

**From:**
**Sent:** Thursday, September 09, 2010 5:14 PM
**To:**
**Cc:**
**Subject:** Updated Cost Proposals:

b3
b6
b7C
b7E

Here is the remaining proposal update documents to go along with the items faxed earlier today.

_____ FF_Response.pdf>>

<<Responses to _____ Proposal Questions - Final.pdf>> <_____ Meeting Action Items - _____ pdf>> <_____ Summary Price Update_Sep 10.pdf>> <_____ Price Summaries _____ Sep10.pdf>>

b3
b7E

_____ Pricing Summary Changes.pdf>> _____ Updates Sept 10.pdf>>

_____ Summary Price Update Sept. 10.pdf>> <_____ Price Summaries _____ 9-9-10.pdf>>

1

CELLSITE-19810

<<Revised [    ] Cost Proposal.pdf>>

b3
b6
b7C
b7E

Regards,

CELLSITE-19811

*************** -COMM. JOURNAL- **************** DATE MAY-18-2011 ***** TIME 14:11 **********

MODE = MEMORY TRANSMISSION          START=MAY-18 14:09      END=MAY-18 14:11

FILE NO.=375

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---------|-------|---------------------|----------------------|-------|----------|
| 001 | OK | ☎ | | 003/003 | 00:01:45 |

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

*************************************** — *******  — ***********   ***********

---

### AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| **1. CONTRACT ID CODE** | **PAGE** 1 **OF** **PAGES** 1 |

b3
b6
b7C
b7E

| 2. AMENDMENT/MODIFICAITON NO. Mod 3 | 3. EFFECTIVE DATE 05/18/11 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (if other than Item 6) | CODE |
|---|---|---|---|
| Federal Bureau of Investigation Room 6853 935 Pennsylvania Ave. NW Washington, DC 20535 | | Same as Item 6. | |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

| (X) | 9A. AMENDMENT OF SOLICIATION NO. |
|---|---|
| | 9B. DATED (SEE ITEM 11) |
| | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| X | 10B. DATED (SEE ITEM 11) 05/18/11 |

CODE          FACILITY CODE

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a)By completing Items 8 and 15, and returning _____ copies of the amendment (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required)

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. | OTHER (Specify type of modification and authority) FAR 32.7 "Funding" |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ____1____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to provide the final increment of funding for continued engineering services in the amount of _____ per the originally agreed _____ Task Order total of _____. An additional _____ is provided to contribute towards contract close out. Services are to be performed in accordance with the SOW and Terms & Conditions of the Task Order and _____ Contract. _____ represents the previous PO for this effort with FY10 funding. POP: 5/18/11-8/15/11. Technical guidance is to come from COTR. _____ Invoice to COTR. Contractor exceeds funding at own risk.

b3
b4
b6
b7C
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR _____ (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA _____ (Signature of Contracting Officer) | 16C. DATE SIGNED |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-19812

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

9 June 2011

b3
b6
b7C
b7E

Contract:
Subject:          System Test Plan Acceptance

Good Afternoon

Please accept this letter as the Federal Bureau of Investigation's official acceptance of the
System Test Plan documentation Revision            dated April 15, 2011.

If there are any questions please do not hesitate to contact my office.

b3
b6
b7C
b7E

Sincerely

Contracting Officer
Science and Technology Contracts Unit

```
┌────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT      │
└────────────────────────────────────────┘
```

```
                          TIME : 06/09/2011 10:27
                          NAME : RCU
                          FAX  :
                          TEL  :
                          SER.# : 000F6J321760
```

```
┌─────────────────────────────────────────────────────────────┐
│  DATE,TIME                    06/09  10:27                    │
│  FAX NO./NAME                                                 │
│  DURATION                     00:00:23                        │
│  PAGE(S)                      01                              │
│  RESULT                       OK                              │
│  MODE                         STANDARD                        │
│                               ECM                             │
└─────────────────────────────────────────────────────────────┘
```

b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

9 June 2011

b3
b6
b7C
b7E

Contract:
Subject:           System Test Plan Acceptance

Good Afternoon

b3
b6
b7C
b7E

Please accept this letter as the Federal Bureau of Investigation's official acceptance of the
System Test Plan documentation Revision _____ dated April 15, 2011.

If there are any questions please do not hesitate to contact my office.

Sincerely

CELLSITE-19814

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

7 June 2011

b3
b6
b7C
b7E

**Contract:**
**Subject:**　Responses to

Good Afternoon

Please accept this letter as the Federal Bureau of Investigation's official acceptance of the following documents provided via e-mail 2 June 2011 at 5:54PM.

- ☐ Acceptance Test Procedure, Revision A, dated 31 May 2011
- ☐ System Requirements, Revision A, dated 23 May 2011

If there are any questions please do not hesitate to contact my office.

b3
b6
b7C
b7E

Sincerely,

Contracting Officer
Science and Technology Contracts Unit

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

**From:**
**Sent:** Tuesday, June 07, 2011 10:17 AM
**To:**
**Cc:**
**Subject:** Re         Updated Requirements and ATP

b3
b6
b7C
b7E

I left off the System Test Plan frm the reviewed and accepted list. Please add this deliverable on your letter, along with the System Requirements and Acceptance Test Procedures.

Thanks.

---

**From:**
**To:**
**Cc:**

**Sent:** Tue Jun 07 09:33:33 2011
**Subject:** Re:          Updated Requirements and ATP

b3
b6
b7C
b7E

Per our conversation, I have reviewed the documents forwarded by the below email and find them acceptable as submitted.

Thanks.

---

**From:**
**To:**
**Cc:**

**Sent:** Thu Jun 02 17:53:09 2011
**Subject:**          Updated Requirements and ATP

b3
b6
b7C
b7E

Hi

Please find attached our updated System Requirements and Acceptance Test Procedure.  Please have         provide approval of these documents so that we may enter ATP as scheduled on Monday 6th June.  We are all set to begin with our Test Readiness Review at 1:00PM on Monday.  Look forward to seeing you then.

Have great weekend,

CELLSITE-19816

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

MAY-18-2011  14:09                                                                                    P.01

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | 1 | | 1 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| Mod 3 | 05/18/11 | | |

**6. ISSUED BY**     CODE      **7. ADMINISTERED BY (if other than Item 6)**    CODE

Federal Bureau of Investigation
        Room 6853            Same as Item 6.
935 Pennsylvania Ave. NW
Washington, DC 20535

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)    (X)

     b3
     b6
     b7C
     b7E

| | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| | 9B. DATED (SEE ITEM 11) |
| | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| X | 10B. DATED (SEE ITEM 11) |
| | 05/18/11 |

CODE        FACILITY CODE

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers  ☐ is extended,  ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required)

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

| B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

| C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X | D. OTHER (Specify type of modification and authority)
FAR 32.7 "Funding"

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ___1___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to provide the final increment of funding for continued engineering services in the amount of [____] per the originally agreed [____] Task Order total of [____] An additional [____]00 is provided to contribute towards contract close out. Services are to be performed in accordance with the SOW and Terms & Conditions of the Task Order and [____] Contract. [____] represents the previous PO for this effort with FY10 funding. POP: 5/18/11-8/15/11. Technical guidance is to come from COTR, [____] Invoice to COTR. Contractor exceeds funding at own risk.

     b3
     b4
     b6
     b7C
     b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | |
| 15B. (Signature of person authorized to sign)   15C. DATE SIGNED 5/20/11 | 16B. (Signature of Contracting Officer)   16C. DATE SIGNED 5/31/11 |

NSN 7540-01-152-8070    STANDARD FORM 30 (REV. 10-83)
Previous edition unusable    Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-19817

********** -COMM. JOURNAL- ************************* DATE MAY-31-2011 ***** TIME 13:50 ********

MODE = MEMORY TRANSMISSION          START=MAY-31 13:50     END=MAY-31 13:50

FILE NO.=385

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/TEL. NO. | PAGES | DURATION |
|---------|-------|---------------------|------------------------|-------|----------|
| 001 | OK | ☎ | | 001/001 | 00:00:22 |

b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

********************************** -        - ***** -          -        **********

MAY-18-2011 14:09                                           01

---

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 1 |

| 2. AMENDMENT/MODIFICATION NO. Mod 3 | 3. EFFECTIVE DATE 05/18/11 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |

6. ISSUED BY                CODE
Federal Bureau of Investigation
           Room 6853
935 Pennsylvania Ave. NW
Washington, DC 20535

7. ADMINISTERED BY (if other than Item 6)     CODE
Same as Item 6.

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

[X] 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
[X]

10B. DATED (SEE ITEM 11)
05/18/11

b3
b6
b7C
b7E

CODE          FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

12. ACCOUNTING AND APPROPRIATION DATA (if required)

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

CHECK ONE

[X] D. OTHER (Specify type of modification and authority)
PAR 12.7 "Funding"

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return   1   copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION
The purpose of this modification is to provide the final increment of funding for continued engineering services in the amount of [ ] per the originally agreed [ ] Task Order total of [ ] An additional [ ] is provided to contribute towards contract close out. Services are to be performed in accordance with the SOW and Terms & Conditions of the Task Order and [ ] Contract. [ ] represents the previous PO for this effort with FY10 funding. POP: 5/18/11-8/15/11. Technical guidance is to come from COTR, [ ] Invoice to COTR. Contractor exceeds funding at own risk.

b3
b4
b6
b7C
b7E

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

15C. DATE SIGNED
5/31/11

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-19818

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|---|
| | | | 1 | | 1 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|
| Mod 2 | 11/12/10 | | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| Federal Bureau of Investigation   Room 6853<br>935 Pennsylvania Ave. NW<br>Washington, DC 20535 | | Same as Item 6. | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | |
|---|---|---|
| | | **9A. AMENDMENT OF SOLICITATION NO.** |
| | | **9B. DATED (SEE ITEM 11)** |
| | x | **10A. MODIFICATION OF CONTRACT/ORDER NO.** |
| | | **10B. DATED (SEE ITEM 11)**  09/14/10 |

b3
b6
b7C
b7E

| CODE | FACILITY CODE |
|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required)

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| x | D. | OTHER (Specify type of modification and authority)<br>FAR 43.103(b) Unilateral - Administrative Change |

E. IMPORTANT: Contractor [x] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to modify the awarded options of the [____] Task Order. The FBI hereby cancels the requirement for [_____] in the [____] Revised proposal (9/8/10) and award (9/14/10) documentation. The revised estimated award total is now [____] (formerly [_____]). Incremental funding of [_____] provided under [____] with remaining [____] pending. All other terms and conditions remain the same. Contractor exceeds funding at own risk.

b3
b4
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | b6 b7C |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16A. NAME AND TITLE OF CONTRACTING OFFICER | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | 11/12/10 |

| NSN 7540-01-152-8070<br>Previous edition unusable | STANDARD FORM 30 (REV. 10-83)<br>Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|

CELLSITE-19819

```
*************** –COMM. JOURNAL– ********************* DATE NOV-12-2010 ***** TIME 14:29 ********
```

MODE = MEMORY TRANSMISSION                    START=NOV-12 14:29    END=NOV-12 14:29

FILE NO.=109

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---------|-------|---------------------|----------------------|-------|----------|
|         |       |                     |                      | 002/002 | 00:00:29 |
| 001     | OK    | ☎                   |                      |       |          |

b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

```
*********************************** –        – ***** –              **********
```

**FD-448**
Revised
10-27-2004

### FEDERAL BUREAU OF INVESTIGATION
## FACSIMILE COVER SHEET

**PRECEDENCE**
○ Immediate          ○ Priority              ○ Routine

**CLASSIFICATION**
○ Top Secret     ○ Secret     ○ Confidential     ○ Sensitive     ○ Unclassified

**TO**

Name of Office:                                    Facsimile Number:     Date: **11/12/2010**
                                                                         Room:    Telephone Number:
Attn:

**FROM**

Name of Office:                                              Number of Pages: (including cover)
**FBI - Science and Technology Contracts Unit**              **2**
Originator's Name:          Originator's Telephone Number:    Originator's Facsimile Number:

Approved:  –

b3
b6
b7C
b7E

**DETAILS**

Subject:
**Please find attached Mod 2 to the [   ] Task Order, PO [   ]**

Special Handling Instructions:
**Please sign the attached SF-30 (Mod 30) and fax back to the number above.**

Brief Description of Communication Faxed:
**Thank you for your assistance and have a good day.**

**WARNING**
Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure,
reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office
immediately to arrange for proper disposition.

CELLSITE-19820

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|
| | | 1      1 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|
| Mod 3 | 05/18/11 | | |

**6. ISSUED BY**      CODE

Federal Bureau of Investigation
Room 6853
935 Pennsylvania Ave. NW
Washington, DC 20535

**7. ADMINISTERED BY (If other than Item 6)**    CODE

Same as Item 6.

**8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)**

(X)

b3
b6
b7C
b7E

**9A. AMENDMENT OF SOLICIATION NO.**

**9B. DATED (SEE ITEM 11)**

**10A. MODIFICATION OF CONTRACT/ORDER NO.**

x

**10B. DATED (SEE ITEM 11)**

05/18/11

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a)By completing items 8 and 15, and returning¹ _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPIRATION DATA (If required)**

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| x | D. | OTHER (Specify type of modification and authority)  FAR 32.7 "Funding" |

**E. IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return ——— 1 ——— copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

The purpose of this modification is to provide the final increment of funding for continued engineering services in the amount of [        ] per the originally agreed [       ] Task Order total of [        ] An additional [        ] is provided to contribute towards contract close out. Services are to be performed in accordance with the SOW and Terms & Conditions of the Task Order and [        ] Contract. [        ] represents the previous PO for this effort with FY10 funding. POP: 5/18/11-8/15/11. Technical guidance is to come from COTR, [        ] Invoice to COTR. Contractor exceeds funding at own risk.

b3
b4
b6
b7C
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)  Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-19821

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-23-2012 BY 65179 DMH/STW

## SF-30 AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

### SF-30 PAGE 2 OF 2

Purchase Order Number: [ ]
Modification # 1
[ ] Task Order under [ ]

The purpose of this modification is to provide incremental funding in the amount of [ ] for
services under the [ ] Task Order. Period of Performance: 9/14/10-9/14/11. All technical
guidance to come from [ ] technical lead [ ]. Services to be performed
in accordance with the sow and documents below.

b3
b4
b6
b7C
b7E

Documentation Incorporated:
The following documents are hereby incorporated into the SOW for this Task Order under [ ]
[ ]
- FBI [ ] Task Order Letter, Statement of Work, and accompanying documents dated
  7/12/10;
- [ ] Cost and Technical Proposals dated 8/9/10;
- FBI [ ] technical questions and requests for clarifications e-mailed 8/24/10;
- FBI Responses to Conditions and Assumptions e-mailed 8/25/10;
- [ ] Response to FBI 8/24 and 8/25 documentation dated 8/27/10;
- [ ] Revisions dated 9/9/10: [ ] Meeting Action Items – [ ] Responses to
  [ ] Proposal Questions, and [ ] Proposal Update Summary Price Table (8
  September 2010).
- FBI Revised Responses to Conditions and Assumptions e-mailed 9/14/10;

b3
b7E

Award Summary:
The FBI the hereby awards this Task Order on the following estimates provided in [ ]
[ ] Proposal Update Summary Price Table (8 September 2010)" under the previously agreed
up on Cost-Plus Fixed Fee pricing:

- Development: [ ]
- [ ]
- [ ]

b3
b4
b7E

The Total estimated cost of this Task Order is [ ] The FBI provides incremental
funding through PO [ ] in the amount of [ ]

General:
Terms and conditions are those in effect under the contract. Contractor exceeds funding at own
risk. Invoices to be sent to [ ] COTR.

b6
b7C

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 2 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICAITON NO. Mod 1 | 3. EFFECTIVE DATE 09/14/10 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|

**6. ISSUED BY**      CODE

Federal Bureau of Investigation
         Room 6853
935 Pennsylvania Ave. NW
Washington, DC 20535

**7. ADMINISTERED BY (If other than Item 6)**    CODE

Same as Item 6.

b6
b7C

**8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)**

(X)   **9A. AMENDMENT OF SOLICIATION NO.**

**9B. DATED (SEE ITEM 11)**

b3
b7E

x   **10A. MODIFICATION OF CONTRACT/ORDER NO.**

**10B. DATED (SEE ITEM 11)**   09/14/10

CODE      FACILITY CODE

---

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a)By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**

---

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| x | D. | OTHER (Specify type of modification and authority) FAR 32.7 Funding |

**E. IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return _____1_____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

See attached page for details.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Contracting Officer | b6 b7C |
|---|---|---|

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-19823

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-23-2012 BY 65179 DMH/STW

## SF-30 AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

### SF-30 PAGE 2 OF 2

Purchase Order Number: ☐

Modification # 1

☐ Task Order under ☐

The purpose of this modification is to provide incremental funding in the amount of ☐ for     b3
services under the ☐ Task Order. Period of Performance: 9/14/10-9/14/11. All technical     b4
guidance to come from ☐ technical lead ☐ Services to be performed     b6
in accordance with the sow and documents below.     b7C
    b7E

The following documents are hereby incorporated into the SOW for this Task Order under ☐
☐

-    FBI ☐ Task Order Letter, Statement of Work, and accompanying documents dated 7/12/10;
- ☐ Cost and Technical Proposals dated 8/9/10;
-    FBI ☐ technical questions and requests for clarifications e-mailed 8/24/10;     b3
-    FBI Responses to Conditions and Assumptions e-mailed 8/25/10;     b7E
- ☐ Response to FBI 8/24 and 8/25 documentation dated 8/27/10;
- ☐ Revisions dated 9/9/10; ☐ Meeting Action Items – ☐ Responses to Proposal Questions, and ☐ Proposal Update Summary Price Table (8 September 2010).
-    FBI Revised Responses to Conditions and Assumptions e-mailed 9/14/10;

Terms and conditions are those in effect under the contract. Contractor exceeds funding at own     b6
risk. Invoices to be sent to ☐ COTR.     b7C

\*\*\*\*\*\*\*\*\*\*\*\*\* –COMM. JOURNAL– \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DATE SEP-14-2010 \*\*\*\*\* TIME 13:37 \*\*\*\*\*\*\*\*

```
MODE = MEMORY TRANSMISSION          START=SEP-14 13:36      END=SEP-14 13:37

    FILE NO.=003

STN     COMM.   ONE-TOUCH/   STATION NAME/TEL NO.                    PAGES    DURATION
NO.             ABBR NO.

001     OK       ☎                                                  007/007   00:01:14        b3
                                                                                               b7E
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* –          – \*\*\*\* –                 \*\*\*\*\*\*\*\*\*

| FD-448<br>Revised<br>10-27-2004 | FEDERAL BUREAU OF INVESTIGATION<br>**FACSIMILE COVER SHEET** |
|---|---|

### PRECEDENCE

○ Immediate                  ○ Priority                  ○ Routine

### CLASSIFICATION

○ Top Secret      ○ Secret      ○ Confidential      ○ Sensitive      ○ Unclassified

### TO

| Name of Office: | | Facsimile Number: | Date:<br>**09/14/2010** |
|---|---|---|---|
| Attn: | | Room: | Telephone Number: |

b3
b6
b7C
b7E

### FROM

| Name of Office:<br>**FBI - Science and Technology Contracts Unit** | Number of Pages: (including cover)<br>**7** |
|---|---|
| Originator's Name: | Originator's Telephone Number: | Originator's Facsimile Number: |
| Approved: | | |

### DETAILS

Subject:
**Please find the attached PO☐☐☐☐ and SF-30 awarding ☐☐☐☐☐ Task Order under
☐☐☐☐. Please also find attached Mod 1 to ☐☐☐☐☐ extending the POP for the ☐☐☐**

b3
b7E

Special Handling Instructions:
**Please confirm receipt of the modification, sign the SF-30, and fax back to the number above.**

Brief Description of Communication Faxed:
**Thank you for your assistance and have a good day.**

### WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure,
reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office
immediately to arrange for proper disposition.

CELLSITE-19825

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

**From:**

**Sent:** Tuesday, September 14, 2010 11:55 AM

**To:**

**Subject:** Update -

**Attachments:** ☐ FY10 Task Order Write Up ☐ Revised 9-14.doc

b3
b6
b7C
b7E

Hi ☐

I'm attaching the revised responses to Conditions & Assumptions for ☐ – incorporating the updates we made together on 8/31/10. The handful of updates are in Blue colored text. I should have the award documentation to you for ☐ in the next few hours.

Regarding your response to my ☐ e-mail yesterday – I don't understand your response. Should I anticipate a revised quote for pricing for these units so I can incorporate into the contract?

b3
b6
b7C
b7E

Thanks for your help,

*Contracting Officer*
Federal Bureau of Investigation
(O)
(F)

CELLSITE-19826

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

### ☐ Task Order: REVISION
**Responses to Conditions and Assumptions pages 11-13.**

Please note that all terms and conditions for the [          ] Contract are in affect and negotiated and agreed upon per signatures on 9/15/09. The following conditions and assumptions were provided in the [      ] proposal:

*1. The basis for this proposal is the Base IDIQ Contract No. [          ] and associated documents; the Sponsor's RFP dated 12 July 2010 and accompanying documents.*

- The FBI concurs.

*2. Proposed pricing and schedule assume full funding at award. Should incremental funding be required, the Contractor will provide a funding profile at negotiations and provide funding limitations notices per FAR 52.232-22 Limitation of funds, to ensure funding is provided in a timely fashion to support the proposed schedule.*

- The FBI intends to incrementally fund this tasking. See original RFP clause included in Section I.

*3. Proposed pricing assumes effort will be awarded on a single Task Order/Delivery Order under which only one CLIN per task order. If multiple CLINs are to be awarded, Contractor reserves the right to update its proposal to include additional administrative costs associated with managing multiple CLINs.*

- Number of CLINs will be determined at time of award and at no additional cost to the FBI.
- REVISION PER 8/31/10: The FBI will work with [      ] contracts office to format funding on one PO line, if possible, for administrative and funding ease within [          ] The FBI will also use "M" PO #s when possible for ease of tracking purposes.

*4. Proposed prices are exclusive of international, federal, state, local, excise, sales, gross receipts, use, business and occupation tax, and similar taxes arising from or in connection with the proposal, and such taxes, if assessed will be invoiced by the Contractor and paid by the Sponsor.*

- See original contract. The federal government is tax exempt.
- REVISION PER 8/31/10: The FBI concurs.

*5. Period of Performance is 8 months which includes 7 months for program execution and 1 month to perform final task order closeout activities.*

- The FBI accepts this assumption.

*6 [          ] is asserting its right to protect intellectual property (IP) in accordance with F.A.R. Clause 52.227-14 Rights in Data – General. Any IP claim will be submitted under separate cover.*

- The FBI will review all claims submitted by vendor and determine IP rights on an individual basis.
- REVISION PER 8/31/10: Please refer to final documentation under separate cover letter.

b3
b7E

*7.* [   ] *requests the Sponsor incorporate into the IDIQ Terms and Conditions, Alternate II (Dec 2007) of Clause F.A.R. 52.227-14, Rights in Data- General. This clause will be applicable to this and subsequent efforts.*

- The FBI concurs. This clause is incorporated via Mod 6 to [          ] fully executed 8/23/10.
- REVISION PER 8/31/10: Please refer to final documentation under separate cover letter.

b3
b7E

*8* [   ] *will not provide documentation, specifications, drawings, source code, or prototypes, associated with our intellectual property (IRAD). As such* [      ] *requires Clause H-10 and Paragraph 2.6(i) be revised or deleted with respect to* [      ]

- See original contract terms and conditions agreed upon under contract. H-10 remains as stated. Negotiations regarding IRAD funding will be addressed on a case by case basis.

*9. No estimates have been included for providing Contractor team member working notes called out in Paragraph 2.6(f). Note; this is not a standard practice* [      ] *will assess the cost and schedule impact if this review is required.*

- The FBI concurs. If required, vendor will be advised.

*10. Weekly status reports will be submitted via e-mail and shall address technical problems, risks, issues, production, technical assessments, and security items, and concerns (SOW 3.3 and 3.4.1).*

- The FBI concurs.

*11. This proposal assumes all customer meetings are held at the contractor's facility.*

- The FBI concurs.

*12. Formal meeting Agendas will be sent via email or secure fax..*

- The FBI concurs.

*13. At customer direction, Monthly Program Reviews may be held by telephone.*

- The FBI concurs.

*14. Invoices will be billed by element of cost, consistent with the contractors current invoice format. No hourly information will be on the invoices; however, this data can be incorporated into the monthly customer report.*

- Hourly information shall be required and can be incorporated into the monthly customer report.

*15. Production, Technical Assessments, and Security Reviews (SOW 3.4.1), when needed; will be incorporated into Weekly or Monthly Status Review.*

- The FBI concurs.

16. *All deliverable data submissions are considered approved if no comments are received by 10 business days after submission to the Customer. Multiple iterations for report revisions are not considered in this proposal estimate.*

- See Section E.1 of the [_____] of awarded contract [_____] incorporated into the Contract, the FBI retains the right to 30 days for inspection and acceptance of submitted deliverables.

17. *The proposed price for the study option assumes that the option will be exercised at the same time as the base award in order for it to be completed, with the base program period of performance.*

- The FBI intends to exercise Option Year 1 for the [_____] Contract in September 2010 with same terms and conditions as agreed upon in the contract, for the 60 month period. If this statement does not address #17. Please advise.
- REVISION PER 8/31/10: Please refer to guidance from Technical Read and any revisions to SOW agreed upon under other documentation.

b3
b7E

18. *This proposal assumes* [_____] *will have the right to incorporate any results of this program into its commercial products as applicable.*

- [_____] shall notify the FBI of any results, capabilities, or functionalities related to this tasking that are intended to be incorporated into commercial products.

19. *This proposal assumes Pictorial System Diagrams (SOW 2.6) will be included in PDR and CDR packages and not separate deliverable.*

- The FBI concurs.

20. *As authorized by F.A.R. 52.232-28* [_____] *requests electronic funds transfer of payments to:*

[_____]

- The FBI concurs. See contract awarded [_____]

b3
b7E

21 [_____] *has not included in its estimate of cost incurred or to be incurred any amount for termination liability costs to which* [_____] *may be entitled in the event of a termination for convenience by the Government.*

- See Contract [_____] for all terms and conditions that are applicable to this agreement.

22 [_____] *currently has a website available for government customers; this proposal assumes this existing* [_____] *Web Site satisfies the Sponsor's requirement (SOW 3.10). If additional capabilities above this are required,* [_____] *reserves its right to assess the impact.*

b3
b7E

- The FBI concurs.

23. Invoicing will be monthly after [_____] period end, the terms of which would be 100% due Net 30 subject to the FAR 52.232-25, Prompt Payment Clause.

- The FBI concurs. See contract awarded [_____]

24. *FOB Point is destination.*

CELLSITE-19829

-   The FBI concurs.

*25. No warranty terms are offered.*

-   Warranty terms, if applicable, will be in accordance with the terms of the contract ⬚ signed 9/15/09.

*26. If WPG products are required for this effort they are priced at the ⬚ price list value with no additional burdens.*

-   The FBI concurs. However, please see Cost Proposal page 37 and 38 and adjust pricing accordingly.

b3
b7E

*27. The Consolidated Materials Listing (CML) is not auditable at proposal submission. Harris is continuing to firm material pricing to provide for negotiations.*

-   Please clarify assumption.
-   REVISION PER 8/31/10: See revised cost proposal for final documentation.

*28. ⬚ Harris will monitor and assess this during performance and will notify the customer as necessary.*

-   The FBI concurs.

*29. In support of the effort, ⬚ will be developed and provided to ⬚ who is the ⬚ developer. Actual modifications to ⬚ must be performed by ⬚ and are not priced in this proposal.*

b3
b7E

-   The ⬚ portion of this tasking has been deleted from the SOW and no services shall be required under this Tasking.

*30. This task is unclassified and will be worked in a suitable environment commensurate with the security classification. Harris assumes that no security clearances or NDA will be required.*

-   The FBI agrees that work to be performed under this tasking are unclassified.
-   At the Harris-FBI meeting on 6/24/10, both parties agreed that all Harris employees involved with the ⬚ contract shall sign the FD-868. The classification level of this tasking does not exempt it from the need for and requirements of the NDA.

**Memo**

**DATE:**   April 1st, 2010

**TO:** _____ COTR

**FROM:** _____

**SUBJECT:** _____ Summary

b3
b6
b7C
b7E

<u>Description</u>

b3
b7E

<u>Release Summary</u>

b3
b7E

b3
b7E

b6
b7C
b7E

29 June 2010

In Reply Please Refer to:

935 Pennsylvania Ave. N.W.
JEH Bldg Room 6853
Washington, D.C. 20535

Attention:         Contracting Officer

Subject:         IDIQ Program Action items

Reference:      (a)       IDIQ Contract No.
                (b) Program Meeting, 23 June 2010

b3
b6
b7C
b7E

Dear

Harris Corporation, Government Communications Systems Division (HGCSD) through its Wireless Solutions is submitting the attached questions regarding the       Task Order 1 Statement of Work (SOW).

We appreciate this opportunity to provide you with this data submittal and look forward to your answers/clarifications. For technical questions please contact      or contact the undersigned at        Please copy

Very truly yours,

b3
b6
b7C
b7E

Cc:

Enclosures:

TE-19832

# [_____] Task Order 1 Questions

Regarding Section "1.3.1 Key Areas" of the [____] SOW, the items are listed as "examples" of what should be done on the Task. In order to properly bid these activities, we are making the following assumptions. The contractor requests that you review these assumptions, verify their accuracy and provide more clarification where necessary.

b3
b7E

1) We assume that the items listed in Sections 1.3.1a and 1.3.1b are the complete list of the activities that need to be completed before fielding the [____] system to the [_____] [____] Please confirm.

    a. If not, what are the additional requirements?

2) In 1.3.1b, we assume that the [_____] bullet refers to the [_____] [_____] would be improved to reduce the occurrences of this. Please confirm.

    a. If not, please clarify.

b3
b7E

3) In 1.3.1b, please include in the SOW the complete list of the [_____] types and their definitions. For reference, the table below is the list of the types from earlier discussions with the sponsor, along with specific assumptions that need to be verified. For each row, the Current Restriction column indicates what the legal guidelines were at the time, and the Sponsor Proposed Restrictions column indicates what the proposed new legal guidelines were moving toward. [____] Task Order 1 would implement the Sponsor Proposed Restrictions column given clarification of our Assumptions.

SITE-19833

| | Current Restriction | Sponsor Proposed Restrictions | Assumptions |
|---|---|---|---|
| | | | |

b3
b7E

SITE-19834

b3
b7E

4) We assume that the investigation efforts listed in Section 1.3.1c are not required to be completed, developed, and implemented as part of the [____] release that will be sent to the [_____] Please confirm.

5) What are the priorities of the investigation efforts in Section 1.3.1c?

6) We assume that the expected output of the investigation efforts in Section 1.3.1c will be a report, prototype, or demonstration. Please confirm.

7) We assume that the [_____] Requirements" listed in Section 1.3.1d are not required to be completed, developed, and implemented as part of the [____] release that will be sent to the [_____] Please confirm.

8) What is the priority of the [_____] Requirements" in Section 1.3.1d, and what are their priorities in relation to the investigation efforts listed in Section 1.3.1c?

b3
b7E

SITE-19835

b3
b6
b7C
b7E

10 June 2011

In Reply Please Refer to:

935 Pennsylvania Ave. N.W.
JEH Bldg Room 6853
Washington, D.C. 20535

Attention:             Contracting Officer

Subject:          IDIQ –      Final Deliverables

Reference:    (a)        IDIQ Contract No.               b3
              (b) Purchase Order:           Task 13    b6
                                                                   b7C
                                                                   b7E

Dear

Attached please find the items listed below:

Two unclassified CDs containing:

- 
-             Operations Manual Rev –

Two unclassified CDs containing:

1.       System Diagram
2.       Monthly Status Review (MSR) slides 16 November 2010
3.       Monthly Status Review (MSR) slides 26 January 2011
4.       Test Readiness Review (TRR) slides (including      Final Demonstration     b3
       Slides)                                                                    b7E
5.       Final Contract Review (FCR) Slides
6.       System Requirements Rev B
7.            Operations Manual Rev –
8.       System Test Plan Rev –
9.       Acceptance Test Procedure (ATP) Rev A
10.      Study Report slides
11.      Tech Memo – 001 –
12.      Tech Memo – 002 – Final Technical Summary Report

For technical questions please contact [ ] or contact the undersigned at [ ]

Very truly yours,

Contracts

b3
b6
b7C
b7E

2

CELLSITE-19837

UNCLASSIFIED
## *STATEMENT OF WORK*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-23-2012 BY 65179 DMH/STW

[    ] **Program**

[    ] **Task Order 1**

# 1   SCOPE

b3
b7E

## 1.1   *Task Overview*

This Task Order requires that the Contractor provide engineering services and operational support to the [                    ] through studies, enhancements, and operational support to the [        ]
[                    ]

The FBI is the principal investigative arm of the United States Department of Justice.  It is charged with gathering and reporting facts, locating witnesses, and obtaining evidence in cases involving Federal jurisdiction.  The mission of the FBI's Operational Technology Division is to provide forensic services to the FBI and other law enforcement agencies and to support their ability to conduct lawfully authorized electronic surveillance.  To that end, the Operational Technology Division is engaged in a number of development projects and activities that focus on developing the forensic, collection, surveillance, and tactical communications capabilities required for law enforcement to accomplish its objectives. [                    ]
[                    ] [                    ]
[                    ]

b3
b7E

CELLSITE-19856

UNCLASSIFIED

## 1.2  Deliverables

- Project Management Plan (See Section 2.2)
- Weekly Status Report (See Section 2.3)
- Monthly Program Review (See Section 2.3)
- System Testing Plan (See Section 2.2)
- System Demonstration at contractor facility
- Final Summary Report (See Section 2.2)

## 1.3  Category of Efforts

The FBI currently owns [                    ] that have been used by [        ] for [                                                    ] in support of FBI investigations. [        ] is also a user of the [                    ] for similar usage but different operational goals than [        ] This scope of work defines three categories of effort: [                                        ]
[            ]

b3
b7E

## 1.3.1  Key Areas

a) [                        ] - It has been determined that the existing [                    ] systems require [        ] Examples of such [        ] are listed below, however this list is not fully inclusive of items [                    ]

b3
b7E

- 
- 
- 

b) [                                                                    ]

[    ] Examples of the [                    ] that will be identified are provided below:

b3
b7E

- 
- 
- 

- 
- 
- 

UNCLASSIFIED

2

CELLSITE-19857

UNCLASSIFIED

c) ▢ sees a number of longer term issues that require attention. ▢ In order to be mitigating the risks associated with ▢ would require the vendor to perform studies that will help guide future efforts. Examples of such studies are listed below, however this list is not fully inclusive of items that may become necessary during the course of this task:

b3
b7E

- 
- 
- 

- 
- 

d) ▢ **Requirements** – ▢ has requirements specific to their operational use of ▢ This would perhaps make a ▢ or a ▢ Examples of these requirements include, but are not limited to:

b3
b7E

- 
- 

## 2   Requirements

## 2.1   Security Standards and Regulations

Refer to ▢ Statement of Work section 2.3 for guidance.

**SECURITY STATEMENT: This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.**

## 2.2   Contractor Furnished Documentation

CELLSITE-19858

UNCLASSIFIED

Refer to [ ] Statement of Work sections 2.6 and 3.2 for guidance.

Project management plan shall consist of the Contractor's proposed solution to include the composition of required project team, complete task schedule, and total labor and non-labor costs for fully implementing the proposed solution.

## 2.3 Status Reporting

b3
b7E

Refer to [ ] Statement of Work Section 3.3 for guidance

## 2.4 Formal Meetings

Refer to [ ] Statement of Work Section 3.4 for guidance

## 2.5 Government Points of Contact

**FBI Contracting Officer's Technical Representative**

[ ]

Federal Bureau of Investigation
Engineering Research Facility
Building 27958A
Quantico, VA  22135

[ ]

[ ] **Technical Representative**

b3
b6
b7C
b7E

CELLSITE-19859

b3
b6
b7C
b7E

14 June 2011                                           In Reply Please Refer to:

935 Pennsylvania Ave. N.W.
JEH Bldg Room 6853
Washington, D.C. 20535

Attention:                          Contracting Officer

Subject:                    IDIQ –         ECP

Reference:    (a)              IDIQ Contract No.
              (b) Purchase Order:                    Task 15
              (                              TO Letter_5-23-11.pdf

b3
b6
b7C
b7E

Attached:              ECP

Dear

Please find as the attached, our proposal in response to this request.  Please note that this offer is to produce a                            and is valid if awarded by 21 June so as to not impact the pending                deliveries.

For technical questions please contact
                       or contact the undersigned at

b3
b6
b7C
b7E

Very truly yours,

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE OF PAGES 1 1 |
|---|---|---|

| 2. AMENDMENT/MODIFICAITON NO. Mod 5 | 3. EFFECTIVE DATE Aug 3, 2011 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|

| 6. ISSUED BY          CODE | 7. ADMINISTERED BY (If other than Item 6)     CODE |
|---|---|
| Federal Bureau of Investigation<br>Room 6853<br>935 Pennsylvania Ave. NW<br>Washington, DC 20535 | Same as Item 6. |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | |
|---|---|---|
| | (X) | 9A. AMENDMENT OF SOLICIATION NO. |
| | | b3<br>b6<br>b7C<br>b7E |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | 10B. DATED (SEE ITEM 13)<br>05/18/2011 |
| CODE , | FACILITY CODE | |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc. ) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| ☒ | D. OTHER (Specify type of modification and authority) FAR 43.103 "Unilateral" | |

E. IMPORTANT:   Contractor ☒ is not, ☐ is required to sign this document and return _____1_____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION ( Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to officially incorporate the finalized cost documentation
for the [ ] ECP dated 6/28/11 and e-mailed to CO 7/7/2011. This document estimates the [ ]    b3
[ ] to cont [ ]   No other changes are made to this Tasking or ECP.    b4
                                                                                b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.     b6
                                                                                                                                                   b7C

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR<br><br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED<br>8|3|11 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-19870

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

**From:**

**Sent:** Thursday, March 31, 2011 4:22 PM

**To:**

**Cc:**

**Subject:** White Paper

**Attachments:** W.Paper.pdf

b3
b6
b7C
b7E

Hi Folks:

Please find attached the promised white paper regarding potential
Task.  We have included non-budgetary ROMs for these          and have estimated them as
standalone tasks (i.e. no assumption that any will be awarded in parallel with each other or with the
existing baseline).  Should there be parallel efforts we will likely have economies of scale from overlaps
in common elements (PM, QA, CM, etc.).  We would like to arrange a telecon next week at your
convenience to discuss these          and how you would like to proceed from here.

Have a  great weekend,

b3
b6
b7C
b7E

CELLSITE-19871

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

**From:**
**Sent:** Monday, May 23, 2011 4:33 PM
**To:**
**Cc:**
**Subject:** Request
**Attachments:** example.png;                    b3
                                                  b6
                 xt;                TO Letter_5-23-11.pdf    b7C
                                                            b7E

example
(683 B...    png (151 KB)...            O Le.

Good Afternoon

Please find attached a request for engineering change proposal for [                ] to the existing [        ] Task order under the [        ] Contract. Also attached are supporting documents for the [        ] Work Statement. Please let me know if you have any questions or any documentation does not come through clearly.

Thank you,
                                                            b3
                                                            b6
                                                            b7C
Contracting Officer                                         b7E
Science & Technology Contracts Unit
Federal Bureau of Investigation
HQ: (O)
QT: (O)

CELLSITE-19878

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

23 May 2011

Subject: [ ] Contrac[ ]
Request for Engineering Change Proposal [ ]

b3
b6
b7C
b7E

Dear[ ]

Please find attached the sup[ ]s of Work (SOW)
developed by the Federal Bureau of[ ]d under[ ]in
September of 2010 for these reques[ ]o the original Task for
[ ]shall be performed in accordan[ ]hnical and cost
engineering change proposals (ECF[ ]the SOW. Labor rates
and similar costs were agreed upon[ ], as a result, the FBI does
not anticipate an extensive Cost Pr[ ]are required at a
minimum. Additional supporting d[ ]l in the SOW
[ ]document.

If there are any question re[ ]office within the next
five (5) business days. It is reques[ ]l if the proposed contract
vehicle is appropriate, Cost-Plus I[ ]hould be submitted in
accordance with the terms and co[ ], 2011 at 1:00 PM EST or
sooner. Unclassified proposals shall be emailed to[ ].

Should you have any questions concerning this matter, please contact me at the e-mail address
above or[ ]

b3
b6
b7C
b7E

Sincerely,

[ ]
Contracting Officer

Attached: Supplemental Statement of Work for [ ] Support Graphics & Examples

*[handwritten: "3 other docs attached in email to"]*

[REDACTED] to [REDACTED] Tasking

This [REDACTED] to the original [REDACTED] Statement of Work is meant to define the task requested of [REDACTED] for the integration of the [REDACTED] within [REDACTED] currently under [REDACTED] under the [REDACTED] Contract Tasking [REDACTED]

b3
b7E

*Background*

Description of Required Changes

The integration of the [REDACTED] is considered a significant enhancement to the current [REDACTED]

The Contractor shall utilize the latest version of the [REDACTED] for this [REDACTED] It is available at [REDACTED]

b3
b6
b7C
b7E

- 
- 
- 
- 
- 
- 
- 

[REDACTED] shall be responsible for creating the [REDACTED]

b3
b7E

CELLSITE-19880

*Government Furnished Information (GFI)*

As part of this Task Order enhancement documentation the Government will provide the following information:

The Government will furnish

b3
b7E

The Government will also provide

More details on ___ are available at:

b3
b7E

Lastly, the Government will provide

tasking and determining the approximate level of effort required to implement the changes.

CELLSITE-19881

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-23-2012 BY 65179 DMH/STW

**From:**
**Sent:** Thursday, June 23, 2011 9:15 AM
**To:**
**Subject:** Re: Revised ___ ECP

b3
b6
b7C
b7E

Yes please. Thanks for making this ecp possible.

---

**From:**
**To:**
**Sent:** Thu Jun 23 08:38:44 2011
**Subject:** FW: Revised ___ ECP

OK...so they're meeting us ½ way on some of the items.
- 
- 
- 
- 

b3
b4
b6
b7C
b7E

These changes should supposedly bring the costs down to below ___

They won't re-run the numbers for us – so I'll try to come up with a revised copy later today. Sounds  like they'll get it under ___  Assuming once I rerun the #s, the cost estimate will be under ___ how would you like me to proceed?

**From:**
**Sent:** Wednesday, June 22, 2011 4:29 PM
**To:**
**Subject:** RE: Revised ___ ECP

b3
b4
b6
b7C
b7E

Hi ___

We can't do anything about the ___ It's work on the contract and we have to charge it.
We can ___ but we are committed to providing you this capability.

Please provide an NTE of approximately ___ to get started. Once we receive this we will begin work.  We will update the proposal after we received the NTE, this way we will not incur any additional proposal prep costs.

Let me know if you have any questions.

Thanks,

b3
b6
b7C
b7E

1

CELLSITE-19883

*This information is only intended for the use of the individual or entity named in this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this email in error, please notify me and delete it immediately.*

b3
b6
b7C
b7E

**From:** [                                        ]
**Sent:** Wednesday, June 22, 2011 4:06 PM
**To:** [            ]
**Subject:** RE: Revised [        ] ECP

Hi [        ]

Thank you for taking the time to talk with me this afternoon. Per our conversation here are our continued reservations with the ECP:

Please let me know if you have any questions. I will be in DC tomorrow and QT on Friday.

Have a good evening,

b3
b4
b6
b7C
b7E

*Contracting Officer*
Quantico Contracts Unit
Federal Bureau of Investigation
HQ: (O) [                    ]
QT: (O) [                    ]

---

**From:** [                        ]
**Sent:** Tuesday, June 21, 2011 3:42 PM
**To:** [                    ]
**Cc:** [                ]
**Subject:** RE: Revised [        ] ECP

Good Afternoon [        ]

[                ] were called off to a meeting so I volunteered to provide explanation for the hours given in the price summary.

b3
b6
b7C
b7E

2

CELLSITE-19884

Not knowing anything about the other [redacted] you referenced, we can't really comment on the similarities or differences between those efforts and the requested changes to [redacted] We can only tell you what it will cost to change the [redacted]

b3
b7E

[blank box]

We've taken a closer look at the hours and believe they are a fair estimate of the work required.  What follows is the tasking for each set of hours.

b3
b7E

- [blank box with bullet points]

**HARRIS Corporation**

b3
b6
b7C
b7E

**From:** [redacted]
**Sent:** Tuesday, June 21, 2011 12:03 PM
**To:** [redacted]
**Subject:** RE: Revised [redacted] ECP

Julie,

3

CELLSITE-19885

I'm in DC today if you have any questions.

Thank you,

b3
b6
b7C
b7E

**From:**
**Sent:** Tuesday, June 21, 2011 11:43 AM
**To:**
**Cc:**
**Subject:** Revised [    ] ECP

Hi

Please let me know if you have any questions.

Thank you,

b3
b6
b7C
b7E

*This information is only intended for the use of the individual or entity named in this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this email in error, please notify me and delete it immediately.*

4

CELLSITE-19886

************* —COMM. JOURNAL— ********************** DATE JUL-05-2011 ***** TIME 10:47 *********

MODE = MEMORY TRANSMISSION          START=JUL-05 10:46   END=JUL-05 10:47

FILE NO.=422

| STN NO. | COMM. | ONE-TOUCH/ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---------|-------|--------------------|-----------------------|-------|----------|
| 001     | OK    | ☎                  |                       | 001/001 | 00:00:28 |

b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

************************************* — ***** — **************

06/24/2011 13:14          GGU                    PAGE 02/05

---

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| 1. CONTRACT ID CODE | PAGE OF PAGES 1 1 |

2. AMENDMENT/MODIFICATION NO.
Mod 4

3. EFFECTIVE DATE
Jun 23, 2011

6. ISSUED BY          CODE
Federal Bureau of Investigation
Room 6853
935 Pennsylvania Ave. NW
Washington, DC 20535

7. ADMINISTERED BY (If other than Item 6)   CODE
Same as Item 6.

8. NAME AND ADDRESS OF CONTRACTOR

b3
b6
b7C
b7E

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)
05/18/2011

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☒ D. OTHER (Specify type of modification and authority)
FAR 32.7 "Funding" and 43.103 "Bilateral"

E. IMPORTANT: Contractor ☐ is not ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION
The purpose of this modification is to provide funding for services for the
"Tasking. Services are to be provided in accordance with the Terms & Conditions of
the contract, SOW, and ECP agreements. POP for [    ] 4/1/11, original [    ] Task
is extended through 8/30/11 for consistency. Ne[    ] Contractor shall not exceed
[    ] and does so at own risk. Technical guidance will come from [    ] TO;
invoice to CO[    ] The following documentation is hereby incorporated into the award
of [    ] (and Contractor 1) SOW and support docs e-mailed 5/23/11 at 4:33PM; 2) ECP
[    ] docs e-mailed 6/14/11 at 5:10PM; 3) e-mail chain 6/23/11 at 3:43PM; and 4)
ECP Cost doc to be revised and agreed upon ASAP.

b3
b4
b6
b7C
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

15C. DATE SIGNED
9/08/11

16C. DATE SIGNED
7/5/11

NSN 7540-01-152-8070          STANDARD FORM 30 (REV. 10-83)
Previous edition unusable          Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-19896

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

05/24/2011  13:14                          QCU                                    PAGE  02/05

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|---|
| | | | 1 | | 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| Mod 4 | Jun 23, 2011 | | |

6. ISSUED BY          CODE

Federal Bureau of Investigation
Room 6853
935 Pennsylvania Ave. NW
Washington, DC 20535

7. ADMINISTERED BY (If other than Item 6)    CODE

Same as Item 6.

8. NAME AND ADDRESS OF CONTRACTOR (No. street, county, State and ZIP code)

(X)

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

[X] 10B. DATED (SEE ITEM 13)
05/18/2011

CODE          FACILITY CODE

b3
b6
b7C
b7E

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] This above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended,   [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE
DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer
already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this
amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| [ ] | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| [ ] | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| [ ] | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| [X] | D. OTHER (Specify type of modification and authority) FAR 32.7 "Funding" and 43.103 "Bilateral" | |

E. IMPORTANT:  Contractor [ ] is not,  [X] is required to sign this document and return ___1___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to provide funding for services for the
Tasking. Services are to be provided in accordance with the Terms & Conditions of
the Contract, SOW, and ECP agreements. POP for ___ is 6/10/11-8/31/11; original ___ Task
is extended through 8/30/11 for consistency. For ___ Contractor shall not exceed
___ and does so at own risk. Technical guidance will come from ___ TL;
invoice to COTR ___ and Contract: 1) SOW and support docs e-mailed 5/23/11 at 4:33PM; 2) ECP
___ doc e-mailed 6/14/11 at 5:10PM; 3) e-mail chain 6/23/11 at 3:43PM; and 4) ___
ECP Cost doc to be revised and agreed upon ASAP.

b3
b4
b6
b7C
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|
| | | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| | 6/28/11 | | 7/5/11 |

NSN 7540-01-152-8070
Previous edition unusable

FORM 30  (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-19897

RE: Revised [redacted] ECP

## RE: Revised [redacted] ECP

*Professional people*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STP

b3
b6
b7C
b7E

**Sent:** Tuesday, June 21, 2011 3:42 PM

**To:**

**Cc:**

Good Afternoon [redacted]

[redacted] were called off to a meeting so I volunteered to provide explanation for the hours given in the price summary.

b3
b4
b6
b7C
b7E

Not knowing anything about the other [redacted] you referenced, we can't really comment on the similarities or differences between those efforts and the requested changes to [redacted] We can only tell you what it will cost to change the [redacted]

We've taken a closer look at the hours and believe they are a fair estimate of the work required.  What follows is the tasking for each set of hours.

b3
b7E

b3
b6
b7C
b7E

**From:** [ ]
**Sent:** Tuesday, June 21, 2011 12:03 PM
**To:** [ ]
**Subject:** RE: Revised [ ] ECP

b3
b6
b7C
b7E

I'm in DC today if you have any questions.

Thank you,

**From:** [ ]
**Sent:** Tuesday, June 21, 2011 11:43 AM
**To:** [ ]
**Cc:** [ ]
**Subject:** Revised [ ] ECP

b3
b6
b7C
b7E

Hi [ ]

Please let me know if you have any questions.

Thank you,

b3
b6
b7C
b7E

*This information is only intended for the use of the individual or entity named in this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this email in error, please notify me and delete it immediately.*

CELLSITE-19907
6/22/2011

Re: Revised [____] ECP - 6.28.11

## Re: Revised [____] ECP - 6.28.11

```
ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW
```

b3
b6
b7C
b7E

**Sent:** Thursday, July 07, 2011 6:18 PM
**To:**

[____] the ECP looks great!

Thanks.

**From:**
**To:**
**Sent:** Thu Jul 07 13:35:55 2011
**Subject:** FW: Revised [____] ECP - 6.28.11

Hi [____]

[____] Attached is their final version. Please verify your acceptance of the document and let me know if you have any questions. The PO is completed and all funding allocated against it so

b3
b4
b6
b7C
b7E

Thanks,

*Contracting Officer*
Quantico Contracts Unit
Federal Bureau of Investigation
HQ: (O)
QT: (O)

**From:**
**Sent:** Thursday, July 07, 2011 1:17 PM
**To:**
**Cc:**
**Subject:** Revised [____] ECP - 6.28.11

Hi [____]

b3
b6
b7C
b7E

I have attached the latest ECP revision that corresponds to last [____] PO.

Please let me know if you need anything else.

Thanks,

[redacted]

b3
b6
b7C
b7E

*This information is only intended for the use of the individual or entity named in this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this email in error, please notify me and delete it immediately.*

---

**From:** [redacted]
**Sent:** Thursday, July 07, 2011 9:03 AM
**To:** [redacted]
**Subject:** RE: Revised [redacted] ECP

H[redacted]

[redacted]

b3
b6
b7C
b7E

Thanks,

[redacted]

*Contracting Officer*
Quantico Contracts Unit
Federal Bureau of Investigation
HQ: (O)[redacted]
QT: (O)[redacted]

---

**From:** [redacted]
**Sent:** Friday, June 24, 2011 9:37 AM
**To:** [redacted]
**Subject:** RE: Revised [redacted] ECP

Hi[redacted]

b3
b6
b7C
b7E

Unfortunately I cannot read the text on the attached PO. Please send a revised copy along with the SF30 as soon as possible.
Also, from what I can tell, it looks like there are two POP end dates (8/15 and 8/31/11).

Thank you!

[redacted]

---

**From:** [redacted]
**Sent:** Thursday, June 23, 2011 5:16 PM
**To:** [redacted]
**Subject:** RE: Revised [redacted] ECP

b3
b6
b7C
b7E

Good Afternoon[redacted]

Please find the attached funding document for the[redacted]Tasking. I will finalize the

CELLSITE-19910

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/STW

**From:**
**Sent:** Thursday, June 07, 2012 10:06 AM
**To:**
**Subject:** Re[          ] New Task Order under [          ]

b3
b6
b7C
b7E

[          ] the test covers the requirements that we requested in our SOW, let's move forward. Thanks

---

**From:** [          ]
**To:** [          ]
**Sent:** Thu Jun 07 10:03:14 2012
**Subject:** RE: [          ] New Task Order under [          ]

b3
b6
b7C
b7E

Hi [          ]

Any update on the test. How are things looking? If we can finalize the evaluations in the next day or two I should be able to make the award. I received the funding document.

Thanks,

[          ]

**From:** [          ]
**Sent:** Tuesday, May 29, 2012 12:45 PM
**To:** [          ]
**Subject:** Re: [          ] New Task Order under [          ]

b3
b6
b7C
b7E

Thanks [          ] I will take a look at it and get back to you

---

**From:** [          ]
**To:** [          ]
**Sent:** Tue May 29 12:43:02 2012
**Subject:** FW: [          ] New Task Order under [          ]

Hi [          ]

I tried to forward this to you for your review a few times while I was on travel but I think I was unsuccessful. I apologize if this is the third time you receive this.

b3
b6
b7C
b7E

Thanks,

[          ]

**From:** [          ]
**Sent:** Monday, May 21, 2012 7:42 AM
**To:** [          ]
**Subject:** RE: [          ] New Task Order under [          ]

Here's the test.

CELLSITE-19911

**From:**
**Sent:** Thursday, May 17, 2012 2:26 PM
**To:**
**Cc:**
**Subject:** RE:      New Task Order under

b3
b6
b7C
b7E

Hi

We're still in the process of reviewing and evaluating the documentation provided. For the most part things are looking good; however, we cannot find the test requested in the TO Letter. Please identify where we can find this item or provide for our review.

Thank you,

**From:**
**Sent:** Friday, April 27, 2012 2:15 PM
**To:**
**Subject:** RE:      New Task Order under

b3
b6
b7C
b7E

Third Email with attachments

**From:**
**Sent:** Wednesday, April 25, 2012 1:54 PM
**To:**
**Subject:**      New Task Order under

b3
b6
b7C
b7E

Good Afternoon

Attached, please find a Task Order Request Letter and accompanying SOW for a new task order under the Contract. The FBI requests a technical and cost proposal in accordance with the Contract to obtain the identified services. Within the next 5 business days, please submit any questions regarding this requirement to my office, directly. Proposals are due by 1PM on 10 May 2012. E-mail submission is preferred.

Thank you for your assistance,

*Contracting Officer*
*Federal Bureau of Investigation*
HQ: (O)
QT: (O)
BB:

2

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

25 April 2012

Subject:   Contract
Task Order Letter Request

Dear

     Please find enclosed a copy of the Statements of Work (SOW) for _____ developed by the Federal Bureau of Investigation (FBI). This requirement describes the _____ _____ The FBI intends to award this requirement as a new Task Order under the existing _____ Contract utilizing Firm Fixed Price (FFP) provisions. The FBI is interested in obtaining a proposal for this task to be performed in accordance with the subject Contract. Contractor shall provide technical and cost proposals to support tasking as set forth in the Statement of Work. Contractor is requested to provide pricing _____ In the future, the FBI may consider _____ to the Contract price list.

     The award of this TO is contingent upon receipt of funding. If there are any question regarding this SOW please submit them to my office, in writing, within the next five (5) business days. It is therefore requested that your company review the enclosed SOW and if the proposed contract vehicle is appropriate, a cost and technical proposal should be submitted in accordance with the terms and conditions of the FBI's Contract no later than 10 May 2012 at 1:00 PM EST or sooner. Unclassified proposals maybe email to _____

     Should you have any questions concerning this matter, please contact me at _____ _____ response may be faxed to _____

Contracting Officer

Attached: Statement of Work for _____ Tasking

b3
b6
b7C
b7E

b3
b6
b7C
b7E

CELLSITE-19913

HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

**From:**
**Sent:** Wednesday, April 25, 2012 1:54 PM
**To:**
**Subject:** New Task Order under [        ]
**Attachments:** TO 2_4-25-12 Letter to [      ]pdf; [                    ]TO 2_
4-25-12.pdf

b3
b6
b7C
b7E

Good Afternoon [      ]

Attached, please find a Task Order Request Letter and accompanying SOW for a new task order under the [        ]
Contract. The FBI requests a technical and cost proposal in accordance with the Contract to obtain the identified
services. Within the next 5 business days, please submit any questions regarding this requirement to my office, directly.
Proposals are due by 1PM on 10 May 2012. E-mail submission is preferred.

Thank you for your assistance,

*Contracting Officer*
Federal Bureau of Investigation
HQ: (O)
QT: (O)
BB:

b6
b7C

b3
b4
b6
b7C
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/STW

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | 1 | | 1 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|
| Mod 7 | 09/16/10 | | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|

**Federal Bureau of** Investigation
                    Room 6853
935 Pennsylvania Ave. NW
Washington, DC 20535

7. ADMINISTERED BY: Same as Item 6.

b3
b6
b7C
b7E

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

(X)

| | |
|---|---|
| (X) | 9A. AMENDMENT OF SOLICIATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | 10B. DATED (SEE ITEM 11)  09/15/09 |

CODE                    FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers   ☐ is extended,   ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a)By completing items 8 and 15, and returning ___ _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A.  THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B.  THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C.  THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D.  OTHER (Specify type of modification and authority)  FAR 43.103(a) Bilateral |

E. IMPORTANT:  Contractor ☐ is not, ☒ is required to sign this document and return ___1___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This mod incorporates the following: 1) Add _____ to the above contract. Pricing and specifications per quote_____ dated 9/15/10 in e-mail on 9/16/10 at 3:34PM are hereby incorporated into the contract; 2) Per FBI Security Office and Legal Council requirement, all personnel contributing to efforts under this contract shall sign the SF-868 NDA with an FBI employee as witness, preferably the COTR; 3) The following product names have been updated and shall hold all contractual weight and product/service/specification requirements as agreed upon in previous documentation, includin restrictions:

b3
b6
b7C
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | Contracting Officer |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-19916

************* –COMM. JOURNAL– ***************** DATE SEP-16-2010 ***** TIME 16:17 ********

MODE = MEMORY TRANSMISSION          START=SEP-16 16:16    END=SEP-16 16:17

FILE NO.=025

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ☎ | | 001/001 | 00:00:23 |

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/STW

*******************************  –   – **** –  ********

---

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 1 |
|---|---|---|

b3
b6
b7C
b7E

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| Mod 7 | 09/16/10 | | |

6. ISSUED BY   CODE

Federal Bureau of Investigation
Room 6853
935 Pennsylvania Ave. NW
Washington, DC 20535

7. ADMINISTERED BY (If other than Item 6)   CODE

Same as Item 6.

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 11)
09/15/09

CODE          FACILITY CODE

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

CHECK ONE

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X   D. OTHER (Specify type of modification and authority)
FAR 43.103 (a) Bilateral

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ___1___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This mod incorporates the following: 1) Add _____ to the above contract. Pricing and specifications per quote _____ dated 9/15/10 in email on 9/16/10 at 3:34PM are hereby incorporated into the contract; 2) Per FBI Security Office and Legal Council requirement, all personnel contributing to efforts under this contract shall sign the SF-868 NDA with an FBI employee as witness, preferably the COTR; 3) The following product names have been updated and shall hold all contractual weight and product/service/specification requirements as agreed upon in previous documentation, including restrictions:

b3
b6
b7C
b7E

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | Contracting Officer |
| 15B. CONTRACTOR/OFFEROR | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | (Signature of Contracting Officer) | |

| 15C. DATE SIGNED | |
|---|---|

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CELLSITE-19917

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-22-2012 BY 65179 DMH/STW

**From:**
**Sent:** Thursday, September 16, 2010 3:34 PM
**To:**
**Cc:**
**Subject:** price quote update.
**Attachments:** .FBI.PDF

b3
b6
b7C
b7E

Here is an update to the          quote.

<<              .FBI.PDF>>

*"This information is only intended for the use of the individual or entity named in this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this email in error, please notify me and delete it immediately."*

b3
b6
b7C
b7E

9/16/2010

CELLSITE-19921

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 259
Page 2 ~ b6; b7C; b7E;
Page 3 ~ Duplicate;
Page 4 ~ Duplicate;
Page 5 ~ Duplicate;
Page 6 ~ Duplicate;
Page 7 ~ Duplicate;
Page 8 ~ b3; b4; b5; b6; b7C; b7E;
Page 9 ~ Duplicate;
Page 10 ~ Duplicate;
Page 11 ~ Duplicate;
Page 12 ~ Duplicate;
Page 13 ~ Duplicate;
Page 14 ~ Duplicate;
Page 15 ~ Duplicate;
Page 16 ~ b6; b7C; b7E;
Page 17 ~ Duplicate;
Page 18 ~ Duplicate;
Page 19 ~ Duplicate;
Page 20 ~ Duplicate;
Page 21 ~ Duplicate;
Page 22 ~ Duplicate;
Page 23 ~ Duplicate;
Page 24 ~ Duplicate;
Page 25 ~ Duplicate;
Page 26 ~ Duplicate;
Page 27 ~ Duplicate;
Page 28 ~ Duplicate;
Page 29 ~ Duplicate;
Page 30 ~ Duplicate;
Page 31 ~ Duplicate;
Page 32 ~ Duplicate;
Page 33 ~ Duplicate;
Page 34 ~ Duplicate;
Page 35 ~ Duplicate;
Page 36 ~ Duplicate;
Page 37 ~ Duplicate;
Page 38 ~ Duplicate;
Page 39 ~ b3; b4; b6; b7C; b7E;
Page 48 ~ Duplicate;
Page 49 ~ Duplicate;
Page 50 ~ Duplicate;
Page 51 ~ Duplicate;
Page 52 ~ Duplicate;
Page 53 ~ Duplicate;
Page 60 ~ Duplicate;
Page 61 ~ Duplicate;
Page 62 ~ Duplicate;
Page 63 ~ Duplicate;
```

```
Page 64 ~ Duplicate;
Page 65 ~ Duplicate;
Page 66 ~ Duplicate;
Page 67 ~ Duplicate;
Page 68 ~ Duplicate;
Page 69 ~ Duplicate;
Page 70 ~ Duplicate;
Page 71 ~ Duplicate;
Page 72 ~ Duplicate;
Page 73 ~ Duplicate;
Page 74 ~ Duplicate;
Page 75 ~ b3; b4; b7E;
Page 76 ~ b3; b4; b7E;
Page 77 ~ b3; b4; b7E;
Page 78 ~ b3; b4; b7E;
Page 79 ~ b3; b4; b7E;
Page 80 ~ b3; b4; b7E;
Page 81 ~ b3; b4; b7E;
Page 82 ~ b3; b4; b7E;
Page 83 ~ b3; b4; b7E;
Page 84 ~ b3; b4; b7E;
Page 85 ~ b3; b4; b7E;
Page 86 ~ b3; b4; b7E;
Page 87 ~ b3; b4; b7E;
Page 88 ~ b3; b4; b7E;
Page 89 ~ b3; b4; b7E;
Page 90 ~ b3; b4; b7E;
Page 91 ~ b3; b4; b7E;
Page 92 ~ b3; b4; b7E;
Page 93 ~ b3; b4; b7E;
Page 94 ~ b3; b4; b7E;
Page 95 ~ b3; b4; b7E;
Page 96 ~ b3; b4; b7E;
Page 97 ~ b3; b4; b7E;
Page 98 ~ b3; b4; b7E;
Page 99 ~ b3; b4; b7E;
Page 100 ~ b3; b4; b7E;
Page 101 ~ b3; b4; b7E;
Page 102 ~ b3; b4; b7E;
Page 103 ~ b3; b4; b7E;
Page 104 ~ b3; b4; b7E;
Page 105 ~ b3; b4; b7E;
Page 106 ~ b3; b4; b7E;
Page 107 ~ b3; b4; b7E;
Page 108 ~ b3; b4; b7E;
Page 109 ~ b3; b4; b7E;
Page 110 ~ b3; b4; b7E;
Page 111 ~ b3; b4; b7E;
Page 112 ~ b3; b4; b7E;
Page 113 ~ b3; b4; b7E;
Page 114 ~ b3; b4; b7E;
Page 115 ~ b3; b4; b7E;
Page 116 ~ b3; b4; b7E;
Page 117 ~ b3; b4; b7E;
```

```
Page 118 ~ b3; b4; b7E;
Page 119 ~ b3; b4; b7E;
Page 120 ~ b3; b4; b7E;
Page 121 ~ b3; b4; b7E;
Page 122 ~ b3; b4; b7E;
Page 123 ~ b3; b4; b7E;
Page 124 ~ b3; b4; b7E;
Page 125 ~ b3; b4; b7E;
Page 126 ~ b3; b4; b7E;
Page 127 ~ b3; b4; b7E;
Page 128 ~ b3; b4; b7E;
Page 129 ~ b3; b4; b7E;
Page 130 ~ b3; b4; b7E;
Page 131 ~ b3; b4; b7E;
Page 132 ~ b3; b4; b7E;
Page 133 ~ b3; b4; b7E;
Page 134 ~ b3; b4; b7E;
Page 135 ~ b3; b4; b7E;
Page 136 ~ b3; b4; b7E;
Page 137 ~ b3; b4; b7E;
Page 138 ~ b3; b4; b7E;
Page 139 ~ b3; b4; b7E;
Page 140 ~ b3; b4; b7E;
Page 141 ~ b3; b4; b7E;
Page 142 ~ b3; b4; b7E;
Page 143 ~ b3; b4; b7E;
Page 144 ~ b3; b4; b7E;
Page 145 ~ b3; b4; b7E;
Page 146 ~ b3; b4; b7E;
Page 147 ~ b3; b4; b7E;
Page 148 ~ b3; b4; b7E;
Page 149 ~ b3; b4; b7E;
Page 150 ~ b3; b4; b7E;
Page 151 ~ b3; b4; b7E;
Page 152 ~ b3; b4; b7E;
Page 153 ~ b3; b4; b7E;
Page 154 ~ b3; b4; b7E;
Page 155 ~ b3; b4; b7E;
Page 156 ~ b3; b4; b7E;
Page 157 ~ b3; b4; b7E;
Page 158 ~ b3; b4; b7E;
Page 159 ~ b3; b4; b7E;
Page 160 ~ b3; b4; b7E;
Page 161 ~ b3; b4; b7E;
Page 162 ~ b3; b4; b7E;
Page 163 ~ b3; b4; b7E;
Page 164 ~ b3; b4; b7E;
Page 165 ~ b3; b4; b7E;
Page 166 ~ b3; b4; b7E;
Page 167 ~ b3; b4; b7E;
Page 168 ~ b3; b4; b7E;
Page 169 ~ b3; b4; b7E;
Page 170 ~ b3; b4; b7E;
Page 171 ~ b3; b4; b7E;
```

```
Page 172 ~ b3; b4; b7E;
Page 173 ~ b3; b4; b7E;
Page 174 ~ b3; b4; b7E;
Page 175 ~ b3; b4; b7E;
Page 176 ~ b3; b4; b7E;
Page 177 ~ b3; b4; b7E;
Page 178 ~ b3; b4; b7E;
Page 179 ~ b3; b4; b7E;
Page 180 ~ b3; b4; b7E;
Page 181 ~ b3; b4; b7E;
Page 182 ~ b3; b4; b7E;
Page 183 ~ b3; b4; b7E;
Page 184 ~ b3; b4; b7E;
Page 185 ~ b3; b4; b7E;
Page 186 ~ b3; b4; b7E;
Page 187 ~ b3; b4; b7E;
Page 188 ~ b3; b4; b7E;
Page 189 ~ b3; b4; b7E;
Page 190 ~ b3; b4; b7E;
Page 191 ~ b3; b4; b7E;
Page 192 ~ b3; b4; b7E;
Page 193 ~ b3; b4; b7E;
Page 194 ~ b3; b4; b7E;
Page 195 ~ b3; b4; b7E;
Page 196 ~ b3; b4; b7E;
Page 197 ~ b3; b4; b7E;
Page 198 ~ b3; b4; b7E;
Page 199 ~ b3; b4; b7E;
Page 200 ~ b3; b4; b7E;
Page 201 ~ b3; b4; b7E;
Page 202 ~ b3; b4; b7E;
Page 203 ~ b3; b4; b7E;
Page 204 ~ b3; b4; b7E;
Page 205 ~ b3; b4; b7E;
Page 206 ~ b3; b4; b7E;
Page 207 ~ b3; b4; b7E;
Page 208 ~ b3; b4; b7E;
Page 209 ~ b3; b4; b7E;
Page 210 ~ b3; b4; b7E;
Page 211 ~ b3; b4; b7E;
Page 212 ~ b3; b4; b7E;
Page 213 ~ b3; b4; b7E;
Page 214 ~ b3; b4; b7E;
Page 215 ~ b3; b4; b7E;
Page 216 ~ b3; b4; b7E;
Page 217 ~ b3; b4; b7E;
Page 218 ~ b3; b4; b7E;
Page 219 ~ b3; b4; b7E;
Page 220 ~ b3; b4; b7E;
Page 221 ~ b3; b4; b7E;
Page 222 ~ b3; b4; b7E;
Page 223 ~ b3; b4; b7E;
Page 224 ~ b3; b4; b7E;
Page 225 ~ b3; b4; b7E;
```

```
Page 226 ~ b3; b4; b7E;
Page 227 ~ b3; b4; b7E;
Page 228 ~ b3; b4; b7E;
Page 229 ~ b3; b4; b7E;
Page 230 ~ b3; b4; b7E;
Page 231 ~ Duplicate;
Page 232 ~ Duplicate;
Page 233 ~ Duplicate;
Page 234 ~ Duplicate;
Page 235 ~ Duplicate;
Page 236 ~ Duplicate;
Page 237 ~ Duplicate;
Page 238 ~ Duplicate;
Page 239 ~ Duplicate;
Page 240 ~ Duplicate;
Page 241 ~ Duplicate;
Page 242 ~ Duplicate;
Page 243 ~ Duplicate;
Page 244 ~ Duplicate;
Page 245 ~ Duplicate;
Page 246 ~ Duplicate;
Page 247 ~ Duplicate;
Page 248 ~ Duplicate;
Page 249 ~ Duplicate;
Page 250 ~ Duplicate;
Page 251 ~ Duplicate;
Page 252 ~ Duplicate;
Page 253 ~ b3; b4; b5; b6; b7C; b7E;
Page 254 ~ Duplicate;
Page 255 ~ Duplicate;
Page 256 ~ Duplicate;
Page 257 ~ Duplicate;
Page 258 ~ Duplicate;
Page 259 ~ Duplicate;
Page 260 ~ Duplicate;
Page 261 ~ b6; b7C; b7E;
Page 262 ~ Duplicate;
Page 263 ~ Duplicate;
Page 264 ~ Duplicate;
Page 265 ~ Duplicate;
Page 266 ~ Duplicate;
Page 267 ~ b3; b4; b5; b6; b7C; b7E;
Page 268 ~ Duplicate;
Page 269 ~ Duplicate;
Page 270 ~ Duplicate;
Page 271 ~ Duplicate;
Page 272 ~ Duplicate;
Page 273 ~ Duplicate;
Page 274 ~ Duplicate;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
```

XXXXXXXXXXXXXXXXXXXXXXXXX

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1


Total Deleted Page(s) = 198
Page 8 ~ b1; b3; b7E;
Page 9 ~ b1; b3; b7E;
Page 10 ~ b1; b3; b7E;
Page 12 ~ b3; b6; b7C; b7E;
Page 16 ~ b1; b3; b7E;
Page 17 ~ b1; b3; b7E;
Page 23 ~ Duplicate;
Page 24 ~ Duplicate;
Page 25 ~ Duplicate;
Page 26 ~ Duplicate;
Page 27 ~ Duplicate;
Page 28 ~ Duplicate;
Page 29 ~ Duplicate;
Page 30 ~ Duplicate;
Page 31 ~ Duplicate;
Page 32 ~ Duplicate;
Page 33 ~ Duplicate;
Page 34 ~ Duplicate;
Page 35 ~ Duplicate;
Page 36 ~ Duplicate;
Page 37 ~ Duplicate;
Page 38 ~ Duplicate;
Page 39 ~ Duplicate;
Page 40 ~ Duplicate;
Page 41 ~ Duplicate;
Page 42 ~ Duplicate;
Page 43 ~ Duplicate;
Page 44 ~ Duplicate;
Page 45 ~ Duplicate;
Page 46 ~ Duplicate;
Page 47 ~ Duplicate;
Page 48 ~ Duplicate;
Page 49 ~ Duplicate;
Page 50 ~ Duplicate;
Page 51 ~ Duplicate;
Page 52 ~ Duplicate;
Page 53 ~ Duplicate;
Page 54 ~ Duplicate;
Page 55 ~ Duplicate;
Page 57 ~ Duplicate;
Page 58 ~ Duplicate;
Page 60 ~ Duplicate;
Page 61 ~ Duplicate;
Page 62 ~ Duplicate;
Page 63 ~ Duplicate;
Page 64 ~ Duplicate;
Page 65 ~ Duplicate;
Page 66 ~ Duplicate;
```

```
Page 67 ~ b1; b3; b7E;
Page 68 ~ b1; b3; b7E;
Page 69 ~ b3; b7E;
Page 72 ~ b3; b4; b7E;
Page 73 ~ b3; b4; b7E;
Page 74 ~ b3; b4; b7E;
Page 75 ~ b3; b4; b7E;
Page 76 ~ b3; b4; b7E;
Page 77 ~ b3; b4; b7E;
Page 78 ~ b3; b4; b7E;
Page 79 ~ b3; b4; b7E;
Page 80 ~ b3; b4; b7E;
Page 81 ~ b3; b4; b7E;
Page 82 ~ b3; b4; b7E;
Page 83 ~ b3; b4; b7E;
Page 84 ~ b3; b4; b7E;
Page 85 ~ b1; b3; b4; b7E;
Page 86 ~ b1; b3; b4; b7E;
Page 87 ~ b1; b3; b4; b7E;
Page 88 ~ b1; b3; b4; b7E;
Page 89 ~ b1; b3; b4; b7E;
Page 90 ~ b1; b3; b4; b7E;
Page 91 ~ b1; b3; b4; b7E;
Page 92 ~ b1; b3; b4; b7E;
Page 93 ~ b1; b3; b4; b7E;
Page 94 ~ b1; b3; b4; b7E;
Page 95 ~ b1; b3; b4; b7E;
Page 96 ~ b1; b3; b4; b7E;
Page 97 ~ b1; b3; b4; b7E;
Page 98 ~ b1; b3; b4; b7E;
Page 99 ~ b1; b3; b4; b7E;
Page 100 ~ b1; b3; b4; b7E;
Page 101 ~ b1; b3; b4; b7E;
Page 102 ~ b1; b3; b4; b7E;
Page 103 ~ b1; b3; b4; b7E;
Page 104 ~ b1; b3; b4; b7E;
Page 105 ~ b1; b3; b4; b7E;
Page 106 ~ b1; b3; b4; b7E;
Page 107 ~ b1; b3; b4; b7E;
Page 108 ~ b1; b3; b4; b7E;
Page 109 ~ b1; b3; b4; b7E;
Page 110 ~ b1; b3; b4; b7E;
Page 111 ~ b1; b3; b4; b7E;
Page 112 ~ b1; b3; b4; b7E;
Page 113 ~ b1; b3; b4; b7E;
Page 114 ~ b1; b3; b4; b7E;
Page 115 ~ b1; b3; b4; b7E;
Page 116 ~ b1; b3; b4; b7E;
Page 117 ~ b1; b3; b4; b7E;
Page 118 ~ b1; b3; b4; b7E;
Page 119 ~ b1; b3; b4; b7E;
Page 120 ~ b1; b3; b4; b7E;
Page 121 ~ b1; b3; b4; b7E;
Page 122 ~ b1; b3; b4; b7E;
```

```
Page 123 ~ b1; b3; b4; b7E;
Page 124 ~ b1; b3; b4; b7E;
Page 125 ~ b1; b3; b4; b7E;
Page 126 ~ b1; b3; b4; b7E;
Page 127 ~ b1; b3; b4; b7E;
Page 128 ~ b1; b3; b4; b7E;
Page 129 ~ b1; b3; b4; b7E;
Page 130 ~ b1; b3; b4; b7E;
Page 131 ~ b1; b3; b4; b7E;
Page 132 ~ b1; b3; b4; b7E;
Page 133 ~ b1; b3; b4; b7E;
Page 134 ~ b1; b3; b4; b7E;
Page 135 ~ b1; b3; b4; b7E;
Page 136 ~ b1; b3; b4; b7E;
Page 137 ~ b1; b3; b4; b7E;
Page 138 ~ b1; b3; b4; b7E;
Page 139 ~ b1; b3; b4; b7E;
Page 140 ~ b1; b3; b4; b7E;
Page 141 ~ b1; b3; b4; b7E;
Page 142 ~ b1; b3; b4; b7E;
Page 143 ~ b1; b3; b4; b7E;
Page 144 ~ b1; b3; b4; b7E;
Page 145 ~ b1; b3; b4; b7E;
Page 146 ~ b1; b3; b4; b7E;
Page 147 ~ b1; b3; b4; b7E;
Page 148 ~ b1; b3; b4; b7E;
Page 149 ~ b1; b3; b4; b7E;
Page 150 ~ b1; b3; b4; b7E;
Page 151 ~ b1; b3; b4; b7E;
Page 152 ~ b1; b3; b4; b7E;
Page 153 ~ b1; b3; b4; b7E;
Page 154 ~ b1; b3; b4; b7E;
Page 155 ~ b1; b3; b4; b7E;
Page 156 ~ b1; b3; b4; b7E;
Page 157 ~ b1; b3; b4; b7E;
Page 158 ~ b1; b3; b4; b7E;
Page 159 ~ b1; b3; b4; b7E;
Page 160 ~ b3; b4; b7E;
Page 161 ~ b3; b4; b7E;
Page 162 ~ b1; b3; b4; b7E;
Page 163 ~ b1; b3; b4; b7E;
Page 164 ~ b1; b3; b4; b7E;
Page 165 ~ b1; b3; b4; b7E;
Page 166 ~ b1; b3; b4; b7E;
Page 167 ~ b1; b3; b4; b7E;
Page 168 ~ b1; b3; b4; b7E;
Page 169 ~ b1; b3; b4; b7E;
Page 170 ~ b1; b3; b4; b7E;
Page 197 ~ Duplicate;
Page 198 ~ Duplicate;
Page 199 ~ Duplicate;
Page 200 ~ Duplicate;
Page 201 ~ Duplicate;
Page 202 ~ Duplicate;
```

```
Page 203 ~ Duplicate;
Page 204 ~ Duplicate;
Page 205 ~ Duplicate;
Page 206 ~ Duplicate;
Page 207 ~ Duplicate;
Page 208 ~ Duplicate;
Page 209 ~ Duplicate;
Page 210 ~ Duplicate;
Page 218 ~ Duplicate;
Page 219 ~ Duplicate;
Page 220 ~ Duplicate;
Page 221 ~ Duplicate;
Page 222 ~ Duplicate;
Page 223 ~ Duplicate;
Page 224 ~ Duplicate;
Page 225 ~ Duplicate;
Page 226 ~ Duplicate;
Page 227 ~ Duplicate;
Page 228 ~ Duplicate;
Page 242 ~ b3; b7E;
Page 243 ~ b3; b7E;
Page 244 ~ b1; b3; b7E;
Page 245 ~ b1; b3; b7E;
Page 246 ~ b1; b3; b7E;
Page 247 ~ b1; b3; b7E;
Page 248 ~ b1; b3; b7E;
Page 249 ~ b1; b3; b7E;
Page 250 ~ b1; b3; b7E;
Page 251 ~ b1; b3; b7E;
Page 252 ~ b1; b3; b7E;
Page 253 ~ Duplicate;
Page 254 ~ Duplicate;
Page 255 ~ Duplicate;
Page 256 ~ Duplicate;
Page 257 ~ Duplicate;
Page 258 ~ Duplicate;
Page 270 ~ b1; b3; b7E;
Page 271 ~ b1; b3; b7E;
Page 272 ~ b1; b3; b7E;
Page 273 ~ b1; b3; b7E;
Page 274 ~ b1; b3; b7E;
Page 275 ~ b1; b3; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

SECRET//NOFORN/20350905

DATE: 12-04-2012
CLASSIFIED BY: 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 12-04-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**(U//FOUO)  Clarification Questions/Comments to Vendor Proposal:**

(S)

(S)

(S)                                                                                          b1
                                                                                             b3
(S)                                                                                          b7E

(S)

(S)

(S)

(S)

(S)

(S)

SECRET//NOFORN/20350905

SECRET//NOFORN/20350905

**Discussions & Clarifications:**

(S)

b1
b3
b7E

(S)

(S)

(S)

b3
b7E

SECRET//NOFORN/20350905

CELL/OTD   017611                                        CELLSITE-8579

SECRET//NOFORN/20350905

(U//FOUO)  - Please advise on the current operational state and capability of _____ and
more importantly its ability to _____

b3
b7E

(S)

(S)

b1
b3
b7E

(U//FOUO)  _____

(S)

(S)

(S)

b1
b3
b7E

(U//FOUO)  - Please further explain the proposed features of _____

(S)

SECRET//NOFORN/20350905

CELL/OTD   017612

CELLSITE-8580

\* \* \* ~~SECRET~~ \* \* \*

## STATEMENT OF NEED

DATE: 12-04-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 12-04-2037

**PROJECT/ACTIVITY:** ☐ Contract

**PROJECT/ACTIVITY LEADER:** ☐

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b3
b6
b7C
b7E

PURPOSE:

(U) To request authorization to initiate a new  project/activity
with a competitive vendor within the Tracking Technology Unit's
(TTU) Wireless Intercept and Tracking Team (WITT).

**THE NEED STATEMENT:**

(S)

b1
b3
b7E

STRATEGIC MISSION ELEMENT

[268-HQ-1068430]

\* \* \* ~~SECRET~~ \* \* \*

[February 25, 2011]

CELL/OTD    CELLSITE-8587
022287

\* \* \* ~~SECRET~~ \* \* \*

## STATEMENT OF NEED

(S)

b1
b3
b7E

## BASIS OF NEED

b1
b3
b7E

(S)

b1
b3
b7E

(S)

(S)

[268-HQ-1068430]                                   [February 25, 2011]

\* \* \* ~~SECRET~~ \* \* \*

CELL/OTD   022288

CELLSITE-8588

* * * ~~SECRET~~ * * *

## STATEMENT OF NEED

(S)

b1
b3
b7E

PROPOSED PROJECT/ACTIVITY SUMMARY

(S)

b1
b3
b7E

(S)

b1
b3
b7E

[268-HQ-1068430]                                      [February 25, 2011]

* * * ~~SECRET~~ * * *

CELL/OTD          0222012

CELLSITE-8589

* * * ~~SECRET~~ * * *

## STATEMENT OF NEED

(S)

b1
b3
b7E

### SPECIAL CONSIDERATIONS/CONSTRAINTS

(U) Program technical risks are mitigated by securing an
alternative solution provider, fostering competition among
qualified vendors to provide the optimal solution, use of
commercial and government controlled interface standards,
implementation of commercially available sub-components and
utilization of pre-existing FBI technology. The ____ contract will
define, integrate and extend Commercial Off the Shelf (COTS) and
Government Off the Shelf (GOTS) _____ By basing the program on previously
developed and tested _____ significant risk has
been removed.

b3
b7E

(S)

b1
b3
b7E

## APPROVAL

[268-HQ-1068430]                                    [February 25, 2011]

* * * ~~SECRET~~ * * *

*CELL/OTD*   *022290*


\* \* \* ~~SECRET~~ \* \* \*

## STATEMENT OF NEED

Prepared by:
*(Project Leader)*

      Printed Name     Signature     Date

b6
b7C

Concurred by:
*(Quantico Contracts
Unit Chief)*

      Printed Name     Signature     Date

Approved by:
*(TTU Unit Chief)*

      Printed Name     Signature     Date

[268-HQ-1068430]

\* \* \* ~~SECRET~~ \* \* \*

[February 25, 2011]

CELL/OTD  022291

SECRET//NOFORN/20360225

## STATEMENT OF WORK

Contract

b3
b7E

## Task Order 3

### 1.0   (U) INTRODUCTION

(S)

(U)  1.1  (S//NF) Project Description and Background

b1
b3
b7E

(S)

CELL/OTD   022325
CELLSITE-8625

SECRET//NOFORN/20360225

(S)

b1
b3
b7E

CELL/OTD     022328
CELLSITE-8628

SECRET//NOFORN/20560225

## 3.0   (U) Task Descriptions

(U)

(S//NF) This section describes the tasks to be completed. It is divided into five major areas:

b3
b7E

CELL/OTD      CELLSITE-8639

SECRET//NOFORN/20360225

## 4.0   (U) Deliverables

(U) This section describes the deliverable items from the task order.

- (U
- (U
- (U
- (U
- (U
- (U
- (U
- (U

b3
b7E

## 4.1  Security Standards and Regulations

(U) **SECURITY STATEMENT:** This program, all documentation, all associations, all stated and implied requirements and all personnel must adhere to and meet security requirements. Any breech of security will result in immediate termination of the program and possible repercussions, both contractual and criminal. All dissemination of the program and contract information must be approved in writing by the COTR, to include, but not limited to, partners, technical and contract information and personnel. The contractor shall set up procedures to insulate the program procurement or parts and protection of program information as agreed upon by the COTR.

## 5.0  Customer Representative

|                    | – Contracting Officer |

*The following Bureau personnel may be contacted in performance of this work, but are not authorized to negotiate contractual issues:*

Programmatic and Technical Personnel

a |            | – Project Manager/COTR

b |            | Program Manager/Unit Chief

b6
b7C

CELL/OTD   CELESTEE48640

SECRET//NOFORN

DATE: 12-04-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 12-04-2037

# STATEMENT OF NEED

### REQUISITION for Goods or Service

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**Date:**   3/16/2012

**Drafted by:** EE_____ Tracking Technology Unit_____

**Unit Submitting the Requisition:** Tracking Technology Unit

**Requisition Title**

**Requisition Amount**

b6
b7C
b3
b7E

**Justification of Need:** (*Provide brief overview*): Click here to enter text.

(S)

b1
b3
b7E

(S)

b1
b3
b7E

Classified By: C12W12B75
Declassify On: 20370316
Derived From: FBI NSISCG-20090615

CELL/OTD      022252

SECRET//NOFORN

CELLSITE-8740

SECRET//NOFORN

(S)

b1
b3
b7E

**Description of Requirements:** (*Provide brief description*):  Click here to enter text.

(S)

b1
b3
b7E

(S)

b1
b3
b7E

(S)

b1
b3
b7E

Classified By: C12W12B75
Declassify On: 20370316
Derived From:  FBI NSISCG-20090615

CELL/OTD     022253

SECRET//NOFORN

CELLSITE-8741

SECRET//NOFORN

Classified By: C12W12B75
Declassify On: 20370316
Derived From: FBI NSISCG-20090615

CELL/OTD    022254

SECRET//NOFORN

SECRET//NOFORN



(S)

b1
b3
b7E

Classified By: C12W12B75
Declassify On: 20370316
Derived From: FBI NSISCG-20090615

CELL/OTD          022255

SECRET//NOFORN

CELLSITE-8743

* * * ~~SECRET~~ * * *

DATE: 12-03-2018
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 12-04-2037

## STATEMENT OF NEED

**PROJECT/ACTIVITY:**

**PROJECT/ACTIVITY LEADER:**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b3
b6
b7C
b7E

**Synopsis:**

(U) To request finance division initiate contractual action in
the amount of

This procurement action leverages
the existing IDIQ contract                      awarded to
September of 2011.

**Details:**

(S)

b1
b3
b7E

(S)

(S)

b1
b3
b7E

[268-HQ-1068430]                                    [February 15, 2012]

* * * ~~SECRET~~ * * *

CELL/OTD          022257          CELLSITE-8744

* * * ~~SECRET~~ * * *

## STATEMENT OF NEED

(S)

b1
b3
b7E

**Strategic Mission Element**

(S)

b1
b3
b7E

CELL-OTD          CELLSITE-8745

* * * ~~SECRET~~ * * *

# STATEMENT OF NEED

## APPROVAL

Prepared by: 
(Project Leader)   Printed Name          Signature        Date

b6
b7C

Concurred by: 
(Quantico Contracts      Printed Name          Signature        Date
     Unit Chief)

Approved by: 
(TTU Unit Chief)   Printed Name          Signature        Date

Approved by:   Keith A. Bryars
(TTU Section Chief)  Printed Name          Signature        Date

* * * ~~SECRET~~ * * *

CELL—OTD      022250ELLSITE-8746

SECRET//NOFORN

DATE: 12-04-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 12-04-2037

# STATEMENT OF NEED

### REQUISITION for Goods or Service

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**Date:**   3/20/2012

**Drafted by:** EI⬛⬛⬛⬛⬛⬛ Tracking Technology Unit ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

**Unit Submitting the Requisition:** Tracking Technology Unit

**Requisition Title**

**Requisition Amount**

b3
b6
b7C
b7E

**Justification of Need: (***Provide brief overview***):** Click here to enter text.

(S)

b1
b3
b7E

(S)

b1
b3
b7E

Classified By: C12W12B75
Declassify On: 20370320
Derived From: FBI NSISCG-20090615

SECRET//NOFORN

CELL~OTD   0222260

CELLSITE-8747

SECRET//NOFORN

b1
b3
b7E

(S)

**Description of Requirements: (***Provide brief description***):**  Click here to enter text.

(S)

b1
b3
b7E

(S)

b1
b3
b7E

(S)

Classified By: C12W12B75
Declassify On: 20370320
Derived From: FBI NSISCG-20090615

SECRET//NOFORN
CELL/OTD          022261          CELLSITE-8748

SECRET//NOFORN

(S)



b1
b3
b7E

Classified By: C12W12B75
Declassify On: 20370320
Derived From: FBI NSISCG-20090615

SECRET//NOFORN   CELL/OTD   022262

CELLSITE-8749

~~SECRET//NOFORN//20360217~~

DATE: 12-04-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 12-04-2037

b7E

(10-12-99)

## ACQUISITION PLANNING FORM

## FEDERAL BUREAU OF INVESTIGATION

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

AP #_____

1. Unit/Section/Division: <u>Tracking Technology Unit,</u> [                    ] Operational <u>Technology Division</u>

2. Acquisition Background and Objectives:

   (a) ✕

   (S)

   b1
   b3
   b7E

   (b)  (U//FOUO)

   b3
   b7E

   (c)  Cost:

   1.  (U//FOUO) **Life Cycle Cost:**  Equipment and life cycle costs will be incurred under individual delivery orders. To provide a general background, a procurement history of TTU.

   b3
   b7E

| Procurement History | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | Total Cost |
|---|---|---|---|---|---|---|
| Equipment Procurement | | | | | | |
| *Subtotal* | | | | | | |

~~SECRET//NOFORN//20360217~~

CELL—OTD          022267

CELLSITE-8750

SECRET//NOFORN//20360217

|  | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | Total Cost |
|---|---|---|---|---|---|---|
| **Total Acquisition Cost** | | | | | | |



(S)

b1
b3
b7E

| Most Likely ICGE | FY 2010 | FY 2011 | FY 2012 | FY 2013 | FY 2014 | Total Cost |
|---|---|---|---|---|---|---|
| | | | | | | |

b3
b7E

2. (U//FOUO) **Application of Should-Cost:** An IGCE for each fiscal year of the contract has been included. The contract funding shall be for specific task orders as defined in the Statement of Work and for the procurement and enhancement of new hardware platforms.

3. (U//FOUO) **Capability or Performance:** Contractor costs will be directly related to the individual task orders and their specific Statement of Work. Contractor personnel have the necessary skills and experience to support these tasks.

4. (U//FOUO) **Delivery or Performance-Based Requirements:** Delivery requirements will be dependant on individual task orders and their specific Statement of Work.

5. (U//FOUO) **Trade-offs:**

6. (U//FOUO) **Risks:**



(S)

b1
b3
b7E

3. Plan of Action:

SECRET//NOFORN//20360217

CELLSITE-8751

SECRET//NOFORN//20360217



a) (S)

b1
b3
b7E

b) (S)

b1
b3
b7E

c) (U//FOUO) **Source Selection Procedures:**

d) (S)

b1
b3
b7E

e) (S)

b1
b3
b7E

CELL/OTD          022269

SECRET//NOFORN//20360217

SECRET//NOFORN//20360217



b1
b3
b7E

g) (U//FOUO) **Priorities, Allocations, and Allotments:** Not Applicable

h) (U//FOUO) **Contractor versus Government Performance:** Contract tasks will be for engineering services and purchase of equipment that are not readily available within the government.

i) (U//FOUO) **Inherently Governmental Functions:** The contractors will not be completing inherently government functions.

j) (U//FOUO) **Management Information Requirements:** The contractor's performance will be monitored by the Contract Officer Technical Representative (COTR) and reported to the Unit Chief of TTU. The program has also been entered into the OTD Program Management Office's database for tracking at the Section Chief level.

k) 

b1
b3
b7E

l) (U//FOUO)**Test and Evaluation:**

m) (U//FOUO) **Logistics Considerations:** Individual tasks may require logistical requirements such warranty, maintenance, upgrades and technical support of purchased items. Operational needs may require the COTR to prioritize certain tasks with

n) (U//FOUO) **Government Furnished Property:** The government may furnish property based on the needs specific task orders. This property will remain at the contractor's facilities and will be tracked by the COTR. All government furnished property will be returned to the government at the conclusion of the contract.

o) (U//FOUO) **Government Furnished Information:** The government may furnish information based on specific task orders. The

SECRET//NOFORN//20360217

CELLSITE-8753

SECRET//NOFORN//20350217

information will remain at the contractor's facilities, and the information will be tracked by the COTR. No government furnished information will be published or shared with outside sources by the contractor without prior expressed written consent by the COTR and CO.

p) (U//FOUO) **Environmental and Energy Conservation Objectives:** The contract will use "Green" or energy star components whenever possible. The CO will include all required "Green" clauses in the contract.

q) (S)      b1
b3

r) (U//FOUO) **Contract Administration:** The technical performance of the contract will be verified by the COTR. The contract will be administered by the CO.

s) (U//FOUO) **Other Considerations:** None

CELL/OTD    022271

SECRET//NOFORN//20350217

CELLSITE-8754

SECRET//NOFORN//20360217

t)   (U//FOUO) **Milestones for the Acquisition Cycle:**

| <u>Topic</u> | <u>Date</u> |
|---|---|
| (1)  Acquisition Plan Approval | _____ |
| (2)  Statement of Work | _____ |
| (3)  Specifications | _____ |
| (4)  Data Requirements | _____ |
| (5)  Completion of Acquisition Package Plan | _____ |
| (6)  Purchase Request | _____ |
| (7)  Justification and Approvals and/or<br>       Determination and Findings | _____ |
| (8)  Issuance of Synopsis | _____ |
| (9)  Issuance of Solicitation | _____ |
| (10)  Evaluations of Proposals, Audits, and<br>        Field Reports | _____ |
| (11)  Beginning and Completion of Negotiations | _____ |
| (12)  Contract Preparation, Review, and Clearance | _____ |
| (13)  Contract Award | _____ |

Prepared by and approved:


_____           _____
Technical Staff Member (date)        Budget Staff Member (date)


_____           _____
Legal Review (if applicable) (date)    Contracting Officer (date)


_____
Competition Advocate (Section Chief – PPMS) (date)


Reviewed & Updated/Revised:_____

                                   _____

                                   _____

CELL/OTD    022272

SECRET//NOFORN//20360217

CELLSITE-8755

***SECRET***

Statement of Work

(U) The Contractor shall be expected to apply a broad base of engineers and support personnel with varying backgrounds in order to maintain the efforts under this contract. At a minimum, the Contractor shall include a copy of the job descriptions to include experience levels and formal education required for each labor category presented in the proposal.

(U) The Contractor shall appoint and designate qualified technical personnel as the primary point of contact to be responsible and accessible during normal business hours to address technical questions and inquiries from the customer relating to system configuration and equipment operations, system design capability,⬚⬚⬚⬚⬚ and system diagnosis and troubleshooting. The qualified technical personnel shall have a broad knowledge of⬚⬚ of products, a strong fundamental understanding of cellular technology⬚⬚⬚⬚ ⬚⬚⬚⬚⬚ and be able to provide technical resolution and recommendation to technical questions and issues raised by the customer. There may be exigent circumstance that necessitates an immediate action and response due to mission criticality at which time the customer will provide ample notification to the Contractor for availability request of the qualified technical personnel to be in the standby support position.

b3
b7E

(U) Services provided under each TO shall be performed in accordance with this SOW for the contract as well as contractual terms and conditions. All services and enhancements under this contract shall be conducted with all appropriate legal authority.

(U) (S) **2.2 REQUIREMENTS**

The Contractor shall meet the system level criteria for performance as stated below:

(S)

(S)

(S)

(S)

(S)

b1
b3
b7E

CELL/OTD   022142

***SECRET***
Statement of Work

(S)

(U) 2.2.7     The Contractor system shall requir[                    ]nd any advanced enhanced features under this contract to ensure such use are limited to personnel with the required authority.

(U) 2.2.8     The Contractor shall provide replacement parts and modules to[          ]under warranty that have been identified to have failed components within a period of 3 to 5 business days. This requirement shall not predicate on the customer having spare parts or modules.

b1
b3
b7E

(U) 2.2.9     The contract shall provide to the customer a system checkout test procedure documenting the various steps the contractor has performed in checking and verifying system functionality of all relevant mode of operations described in the statement of work to ensure that [          ]functioning properly prior to release. This requirement shall be applicable to all [                    ]at each monthly progress status interval. The test procedure shall also incorporate functionality test o[                    ]

## (U) 2.3 DELIVERABLES

(U) The Contractor shall provide any of the following as required in specific Task Order requirements documentation:

- Project Deliverables
  - o [                    ]
  - o
  - o Production Run Equipment
- Documentation
  - o White Paper Study Reports
  - o Baseline Design Documentation
  - o Monthly Project Status Reports
- Meetings or Briefings
  - o Kick-Off, Program Management, Status or Technical Integration Meetings
  - o Review or Technical Briefings to include any required materials

b3
b7E

CELL/OTD   022143

***SECRET***

~~***SECRET***~~
Statement of Work

## (U) 3.0 REPORTING AND STATUS REVIEW REQUIREMENTS

**(U) 3.1 Project Progress Reports:** Project progress shall be reported to the COTR on a monthly basis. At a minimum, the report shall include the following information per Task Order: technical accomplishments and status, upcoming milestones, issues/concerns/risks, action items, and projected cost or schedule overruns.

**(U) 3.2 Other Reports:** Other reports that may be required by the contractor on a per-task order basis shall include:



b3
b7E

(U) 3.3. Delivery Schedule: The Contract shall provide a period of performance or timeline of the expected completion date of each sub-task. In the event the identified sub-task is not completed by the expected date, the Contract shall document and notify the customer in the monthly status report and provide a revised schedule of delivery.

(U) 3.4. Delivery Schedule: The Contract shall provide a period of performance or timeline of the expected completion date of each sub-task. In the event the identified sub-task is not completed by the expected date, the Contract shall document and notify the customer in the monthly status report and provide a revised schedule of delivery.

**(U) 3.5 Phase Review Meetings:** Formal phase review meetings shall be conducted at a minimum at the conclusion of each Task Order Phase and include reports for project plans, status, and results.

**(U) 3.6 Other Review Meetings:** Other meetings that may be required by the contractor on a per-task order basis shall include:

- Monthly or Periodic Technical Integration Meetings - To review technical progress, address any technical challenges and barriers, and communicate with project team
- System Requirements Review - To review and baseline the requirements to be satisfied by the proposed system (product)
- Preliminary Design Review - To review and concur on initial system design concepts including exploitation techniques and implementation methodology
- Critical Design Review - To review and approve final system design
- Test Readiness Review - To review test readiness and authorize initiation of testing
- Operational Readiness Review - To review operational readiness and officially accept system (product)

CELL/OTD     022144



CELLSITE-8783



***SECRET***
Statement of Work

(U)   (S) **4.0 SPECIAL CONSIDERATIONS**

(U) **4.1 Health and Safety**

(U) In certain configurations if the Contractor systems ☐☐☐☐☐☐☐☐☐☐ ☐☐☐☐☐☐☐☐ and any aspects of the systems pose a health and safety hazard for the user, the Contractor shall provide information regarding these topics in writing and make recommendation to reduce such risk.

(U)   (S) **4.2 Security and Restrictions Considerations**

(S) ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

b1
b3
b7E

CELL/OTD      022145



CLASSIFIED BY NSICG F85M26K45
REASON: 1.4 (C, G)
DECLASSIFY ON: 04-02-2038

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~

## JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION
## IN ACCORDANCE WITH 41 U.S.C. 253(c)1 & 41 U.S.C. 253(c)6

All information contained herein is classified as "~~SECRET~~" unless otherwise noted (U).

**1.** **Agency and Contracting Activity and Identification of Document:**

(U) The Science and Technology Contracts Unit (STCU) of the Federal Bureau of Investigation (FBI) has prepared this Justification for Other Than Full and Open Competition in response to requirements from the Tracking Technology Unit (TTU) of the Operational Technology Division (OTD). This document provides justification to establish an Indefinite Delivery-Indefinite Quantity (IDIQ) contract with ⬚ This ⬚ b3 ⬚ b7E contract vehicle will procure highly specialized ⬚ related engineering services to modify and enhance these products. The intended duration of this contract is a base year and four (4) one-year options with provisions for Firm Fixed-Price (FFP) and Cost-Plus Fixed Fee (CPFF) pricing.

**2.** **Nature and/or Description of the Action Being Approved:**

(S)   [content withheld]   b1 b3 b7E b1 b3 b7E

(S)

(S)

~~SECRET~~

(S)  _____   b1
                                                         b3
                                                         b7E

**3.      Description of the Supplies of Services (including the estimated value):**

(S)                                                      b1
                                                         b3
                                                         b7E

(S)                                                      b1
                                                         b3
(S)                                                      b7E

**4.      Statutory Authority:**

(S)                                                      b1
                                                         b3
                                                         b7D

(S)

~~SECRET~~

CELL/OTD    021878  CELLSITE-8786

~~SECRET~~

(S)

b1
b3
b7E

**5.      Demonstration that Nature of Acquisition Justifies Use of the Above Authority:**

(S)

b1
b3
b7E

(S)

(S)

b1
b3
b7E

**6.      Efforts made to ensure offers are solicited from as many potential sources as practicable, including compliance with subpart 5.2 and, if not, which exception under Far 5.202 applies:**

~~SECRET~~

(S)

b1
b3
b7E

**7.    Determination that the anticipated cost to the Government will be fair and reasonable:**

(U) Contractor proposals will be subject to cost and price analysis, audit review, and technical evaluation. The Contracting Officer will ensure that the anticipated cost to the Government will be fair and reasonable. Historical data, pricing from similar contracts and rigorous negotiations shall be utilized to establish fair and reasonable pricing.

**8.    Market Survey:**

b3
b7E

**9.    Any other facts supporting the use of other that full and open competition:**

(S)

b1
b3
b7E

(S)

~~SECRET~~          CELL/OTD     021880

CELLSITE-8788

~~SECRET~~

(S)

b1
b3
b7E

**10.    A listing of the sources, if any, that expressed, in writing an interest in the acquisition:**

(U) Pursuant to FAR 5.202(a) (1), National Security, this procurement will not be publicized and as such, no other commercial sources will be provided with the opportunity to express written interest in this procurement. Knowledge of sensitive information would be required for a vendor to provide a response. Public knowledge of the capabilities of these _____ techniques would _____

b3
b7E

(U) _____ is aware of the FBI's need for this capability through technical discussion regarding the capabilities and further development of their current product line. See Section 9 for additional information.

**11.    A statement of the actions, if any, the agency may take to remove or overcome any barriers to competition before any subsequent acquisition for the supplies or services required:**

(U) TTU continues to evaluate potential sources for future requirements. The FBI will continue to monitor the market and hold discussion with other members of the intelligence community to identify additional sources with capabilities to address the goals of these programs and FBI mission requirements. If additional resources are identified in the future, these will be included for future competitions.

~~SECRET~~

## 12.   Signatures:

**Technical Representative Certification:**

As Technical Representative of the requiring office, I have reviewed the data provided in support of the Justification and Approval to Procure Using Other Than Full and Open Competition.  I certify that the data is accurate and complete to the best of my knowledge and belief.

<div style="height:1em"></div>

| | |
|---|---|
| _____ | _____ |
| Technical Representative | Date |

**Approved By:**

As the Contracting Officer of Record, I hereby certify, to the best of my knowledge, that the information contained herein is accurate and complete.

b6
b7C

| | |
|---|---|
| _____ | _____ |
| Contracting Officer | Date |

**Reviewed By:**

| | |
|---|---|
| _____ | _____ |
| Chief, Science and Technology Contracts Unit | Date |

**Legal Review:**

| | |
|---|---|
| _____ | _____ |
| Procurement Law Unit | Date |

**Competition Advocate Review:**

b6
b7C

| | |
|---|---|
| _____ | _____ |
| Deputy Competition Advocate | Date |

~~SECRET~~     CELL/OTD   021882

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 01-08-2013 BY 65179 DMH/STW



b3
b7E

# *Decision Based on Technical, Cost & Time Criteria*

CELL/OTD        021702



Wireless Intercept and Tracking Team

CELLSITE-8808

# Decision Criteria: Technical, Cost, Time

## Technical

b3
b7E

b3
b7E



CELL/OTD     021703     CELLSITE-8809

# Decision Criteria: Technical, Cost, Time

## Cost

- 
- 

b3
b7E

## Time

- 
- 

b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 01-08-2013 BY 65179 DMH/STW



b3
b2

# Decision Based on Technical, Cost & Time Criteria



CELL/OTD          021708

**WITT**
*Wireless Intercept and Tracking Team*

CELLSITE-8811



# Decision Criteria: Technical, Cost, Time

b3
b7E

- ■ **Conclusion: Requirements sent March 10, 2010 with original request. Since that time new requirements have been identified by government ( user community-classified).**

CELL/OTD        021705



CELLSITE-8812

# Decision Criteria: Technical, Cost, Time

## Technical

b3
b7E



# Decision Criteria: Technical, Cost, Time

## Cost

■

b3
b7E

## Time

■

■

b3
b7E



DATE: 04-02-2013
CLASSIFIED BY NSICG F85M26K45
REASON: 1.4 (C, G)
DECLASSIFY ON: 04-02-2038

**Revised System Requirements in response to Vendor Proposal:**



(S)

(S)

(S)

·b1
b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE



CELL/OTD    021712

SECRET

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 297
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b3; b4; b6; b7C; b7E;
Page 5 ~ b3; b4; b7E;
Page 6 ~ b3; b4; b7E;
Page 7 ~ b3; b4; b6; b7C; b7E;
Page 8 ~ b3; b4; b7E;
Page 9 ~ b3; b4; b7E;
Page 10 ~ b3; b4; b7E;
Page 11 ~ b3; b4; b7E;
Page 12 ~ b3; b4; b7E;
Page 13 ~ b3; b4; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b4; b7E;
Page 17 ~ b3; b4; b7E;
Page 18 ~ b3; b4; b7E;
Page 19 ~ b3; b4; b7E;
Page 20 ~ b3; b4; b7E;
Page 21 ~ b3; b4; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 29 ~ b3; b4; b7E;
Page 30 ~ b3; b4; b6; b7C; b7E;
Page 31 ~ b3; b4; b7E;
Page 32 ~ b3; b4; b7E;
Page 33 ~ b3; b4; b6; b7C; b7E;
Page 34 ~ b3; b4; b7E;
Page 35 ~ b3; b4; b7E;
Page 36 ~ b3; b4; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
Page 40 ~ b3; b4; b7E;
Page 41 ~ b3; b4; b7E;
Page 42 ~ b3; b4; b7E;
Page 43 ~ b3; b4; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b6; b7C; b7E;
Page 48 ~ b3; b4; b7E;
Page 49 ~ b3; b4; b7E;
```

```
Page 50 ~ b3; b4; b7E;
Page 51 ~ b3; b4; b7E;
Page 52 ~ b3; b4; b7E;
Page 53 ~ b3; b4; b7E;
Page 54 ~ b3; b4; b7E;
Page 55 ~ b3; b4; b7E;
Page 56 ~ b3; b4; b7E;
Page 57 ~ b3; b4; b7E;
Page 58 ~ b3; b4; b7E;
Page 59 ~ b3; b4; b7E;
Page 60 ~ b3; b4; b7E;
Page 61 ~ b3; b4; b7E;
Page 62 ~ b3; b4; b6; b7C; b7E;
Page 63 ~ b3; b4; b7E;
Page 64 ~ b3; b4; b7E;
Page 65 ~ b3; b4; b7E;
Page 66 ~ b3; b4; b7E;
Page 67 ~ b3; b4; b7E;
Page 68 ~ b3; b4; b7E;
Page 69 ~ b3; b4; b7E;
Page 70 ~ b3; b4; b7E;
Page 71 ~ b3; b4; b6; b7C; b7E;
Page 72 ~ b3; b4; b6; b7C; b7E;
Page 73 ~ b3; b4; b6; b7C; b7E;
Page 74 ~ b3; b4; b6; b7C; b7E;
Page 75 ~ b3; b4; b7E;
Page 76 ~ b3; b4; b6; b7C; b7E;
Page 77 ~ b3; b4; b6; b7C; b7E;
Page 78 ~ b3; b4; b6; b7C; b7E;
Page 79 ~ b3; b4; b7E;
Page 80 ~ b3; b4; b7E;
Page 81 ~ b3; b4; b7E;
Page 82 ~ b3; b4; b7E;
Page 83 ~ b3; b4; b7E;
Page 84 ~ b3; b4; b7E;
Page 85 ~ b3; b4; b7E;
Page 86 ~ b3; b4; b7E;
Page 87 ~ b3; b4; b7E;
Page 88 ~ b3; b4; b7E;
Page 89 ~ b3; b4; b7E;
Page 90 ~ b3; b4; b7E;
Page 91 ~ b3; b4; b7E;
Page 92 ~ b3; b4; b7E;
Page 93 ~ b3; b4; b7E;
Page 94 ~ b3; b4; b7E;
Page 95 ~ b3; b4; b7E;
Page 96 ~ b3; b4; b7E;
Page 97 ~ b3; b4; b7E;
Page 98 ~ b3; b4; b7E;
Page 99 ~ b3; b4; b7E;
Page 100 ~ b3; b4; b7E;
Page 101 ~ b3; b4; b7E;
Page 102 ~ b3; b4; b7E;
Page 103 ~ b3; b4; b7E;
```

```
Page 104 ~ b3; b4; b7E;
Page 105 ~ b3; b4; b7E;
Page 106 ~ b3; b4; b7E;
Page 107 ~ b3; b4; b7E;
Page 108 ~ b3; b4; b7E;
Page 109 ~ b3; b4; b7E;
Page 110 ~ b3; b4; b7E;
Page 111 ~ b3; b4; b7E;
Page 112 ~ b3; b4; b7E;
Page 113 ~ b3; b4; b7E;
Page 114 ~ b3; b4; b7E;
Page 115 ~ b3; b4; b7E;
Page 116 ~ b3; b4; b7E;
Page 117 ~ b3; b4; b7E;
Page 118 ~ b3; b4; b7E;
Page 119 ~ b3; b4; b7E;
Page 120 ~ b3; b4; b7E;
Page 121 ~ b3; b4; b7E;
Page 122 ~ b3; b4; b7E;
Page 123 ~ b3; b4; b6; b7C; b7E;
Page 124 ~ b3; b4; b6; b7C; b7E;
Page 125 ~ b3; b4; b7E;
Page 126 ~ b3; b4; b7E;
Page 127 ~ b3; b4; b7E;
Page 128 ~ b3; b4; b7E;
Page 129 ~ b3; b4; b7E;
Page 130 ~ b3; b4; b7E;
Page 131 ~ b3; b4; b7E;
Page 132 ~ b3; b4; b7E;
Page 133 ~ b3; b4; b7E;
Page 134 ~ b3; b4; b7E;
Page 135 ~ b3; b4; b7E;
Page 136 ~ b3; b4; b7E;
Page 137 ~ b3; b4; b7E;
Page 138 ~ b3; b4; b7E;
Page 139 ~ b3; b4; b7E;
Page 140 ~ b3; b4; b7E;
Page 141 ~ b3; b4; b7E;
Page 142 ~ b3; b4; b7E;
Page 143 ~ b3; b4; b7E;
Page 144 ~ b3; b4; b7E;
Page 145 ~ b3; b4; b6; b7C; b7E;
Page 146 ~ b3; b4; b7E;
Page 147 ~ b3; b4; b7E;
Page 148 ~ b3; b4; b6; b7C; b7E;
Page 149 ~ b3; b4; b6; b7C; b7E;
Page 150 ~ b3; b4; b7E;
Page 151 ~ b3; b4; b7E;
Page 154 ~ b3; b4; b6; b7C; b7E;
Page 155 ~ b3; b4; b6; b7C; b7E;
Page 156 ~ b3; b4; b6; b7C; b7E;
Page 157 ~ b3; b4; b6; b7C; b7E;
Page 160 ~ b3; b4; b6; b7C; b7E;
Page 161 ~ b3; b4; b6; b7C; b7E;
```

```
Page 164 ~ b3; b4; b6; b7C; b7E;
Page 168 ~ b3; b4; b7E;
Page 169 ~ b3; b4; b6; b7C; b7E;
Page 170 ~ b3; b4; b6; b7C; b7E;
Page 171 ~ b3; b4; b7E;
Page 172 ~ b3; b4; b6; b7C; b7E;
Page 173 ~ b3; b4; b6; b7C; b7E;
Page 174 ~ b3; b4; b6; b7C; b7E;
Page 175 ~ b3; b4; b6; b7C; b7E;
Page 176 ~ b3; b4; b6; b7C; b7E;
Page 177 ~ b3; b4; b6; b7C; b7E;
Page 178 ~ b3; b4; b7E;
Page 179 ~ b3; b4; b7E;
Page 180 ~ b3; b4; b7E;
Page 181 ~ b3; b4; b6; b7C; b7E;
Page 182 ~ b3; b4; b7E;
Page 183 ~ b3; b4; b7E;
Page 184 ~ b3; b4; b7E;
Page 185 ~ b3; b4; b7E;
Page 186 ~ b3; b4; b6; b7C; b7E;
Page 187 ~ b3; b4; b6; b7C; b7E;
Page 188 ~ b3; b4; b7E;
Page 189 ~ b3; b4; b7E;
Page 190 ~ b3; b4; b6; b7C; b7E;
Page 191 ~ b3; b4; b7E;
Page 192 ~ b3; b4; b7E;
Page 193 ~ b3; b4; b7E;
Page 197 ~ b3; b6; b7C; b7E;
Page 198 ~ b3; b6; b7C; b7E;
Page 199 ~ b3; b4; b6; b7C; b7E;
Page 200 ~ b3; b4; b6; b7C; b7E;
Page 201 ~ b3; b4; b6; b7C; b7E;
Page 202 ~ b3; b4; b6; b7C; b7E;
Page 203 ~ b3; b4; b6; b7C; b7E;
Page 204 ~ b3; b4; b7E;
Page 205 ~ b3; b4; b7E;
Page 206 ~ b3; b4; b7E;
Page 207 ~ b3; b4; b7E;
Page 208 ~ b3; b4; b7E;
Page 209 ~ b3; b4; b7E;
Page 210 ~ b3; b4; b7E;
Page 211 ~ b3; b4; b7E;
Page 212 ~ b3; b4; b7E;
Page 213 ~ b3; b4; b7E;
Page 214 ~ b3; b4; b7E;
Page 215 ~ b3; b4; b6; b7C; b7E;
Page 216 ~ b3; b4; b6; b7C; b7E;
Page 218 ~ b3; b6; b7C; b7E;
Page 219 ~ b3; b6; b7C; b7E;
Page 220 ~ b3; b4; b6; b7C; b7E;
Page 221 ~ b3; b7E;
Page 222 ~ b3; b4; b6; b7C; b7E;
Page 223 ~ b3; b4; b7E;
Page 224 ~ b3; b4; b7E;
```

```
Page 225 ~ b3; b4; b7E;
Page 226 ~ b3; b4; b7E;
Page 227 ~ b3; b4; b7E;
Page 228 ~ b3; b4; b7E;
Page 229 ~ b3; b4; b7E;
Page 230 ~ b3; b4; b7E;
Page 231 ~ b3; b4; b7E;
Page 232 ~ b3; b4; b7E;
Page 233 ~ b3; b4; b7E;
Page 234 ~ b3; b4; b7E;
Page 235 ~ b3; b4; b7E;
Page 236 ~ b3; b4; b7E;
Page 237 ~ b3; b4; b7E;
Page 238 ~ b3; b4; b7E;
Page 239 ~ b3; b4; b7E;
Page 240 ~ b3; b4; b7E;
Page 241 ~ b3; b4; b7E;
Page 242 ~ b3; b4; b7E;
Page 243 ~ b3; b4; b7E;
Page 244 ~ b3; b4; b7E;
Page 245 ~ b3; b4; b7E;
Page 246 ~ b3; b4; b7E;
Page 247 ~ b3; b4; b7E;
Page 249 ~ b3; b6; b7C; b7E;
Page 250 ~ b3; b6; b7C; b7E;
Page 255 ~ b3; b4; b6; b7C; b7E;
Page 266 ~ Duplicate;
Page 267 ~ Duplicate;
Page 268 ~ Duplicate;
Page 269 ~ Duplicate;
Page 270 ~ Duplicate;
Page 271 ~ Duplicate;
Page 272 ~ Duplicate;
Page 273 ~ Duplicate;
Page 274 ~ Duplicate;
Page 275 ~ Duplicate;
Page 276 ~ Duplicate;
Page 277 ~ Duplicate;
Page 278 ~ Duplicate;
Page 279 ~ Duplicate;
Page 280 ~ Duplicate;
Page 281 ~ Duplicate;
Page 282 ~ Duplicate;
Page 283 ~ Duplicate;
Page 284 ~ Duplicate;
Page 285 ~ Duplicate;
Page 286 ~ Duplicate;
Page 287 ~ Duplicate;
Page 288 ~ Duplicate;
Page 289 ~ Duplicate;
Page 290 ~ Duplicate;
Page 291 ~ Duplicate;
Page 292 ~ Duplicate;
Page 293 ~ Duplicate;
```

```
Page 294 ~ Duplicate;
Page 295 ~ b3; b4; b7E;
Page 296 ~ b3; b4; b7E;
Page 297 ~ b3; b4; b7E;
Page 298 ~ b3; b4; b7E;
Page 299 ~ b3; b4; b7E;
Page 300 ~ b3; b4; b7E;
Page 301 ~ b3; b4; b7E;
Page 302 ~ b3; b4; b7E;
Page 303 ~ b3; b4; b7E;
Page 304 ~ b3; b4; b7E;
Page 305 ~ b3; b4; b7E;
Page 306 ~ b3; b4; b7E;
Page 307 ~ b3; b4; b7E;
Page 308 ~ b3; b4; b7E;
Page 309 ~ b3; b4; b6; b7C; b7E;
Page 310 ~ b3; b4; b7E;
Page 311 ~ b3; b6; b7C; b7E;
Page 313 ~ b3; b5; b6; b7C; b7E;
Page 315 ~ b3; b5; b7E;
Page 316 ~ b3; b5; b6; b7C; b7E;
Page 317 ~ b3; b5; b6; b7C; b7E;
Page 318 ~ b3; b5; b6; b7C; b7E;
Page 319 ~ b3; b5; b6; b7C; b7E;
Page 320 ~ b3; b5; b7E;
Page 321 ~ b3; b5; b6; b7C; b7E;
Page 322 ~ b3; b5; b7E;
Page 323 ~ b3; b5; b6; b7C; b7E;
Page 324 ~ b3; b5; b6; b7C; b7E;
Page 325 ~ b3; b5; b6; b7C; b7E;
Page 326 ~ b3; b4; b5; b6; b7C; b7E;
Page 327 ~ b3; b5; b7E;
Page 328 ~ b3; b4; b5; b6; b7C; b7E;
```

```
                    XXXXXXXXXXXXXXXXXXXXXXXX
                    X   Deleted Page(s)    X
                    X   No Duplication Fee X
                    X   For this Page      X
                    XXXXXXXXXXXXXXXXXXXXXXXX
```

**From:**
**Sent:** Tuesday, August 23, 2011 10:56 AM
**To:**
**Subject:** Summary of Action Items from 8/9 Meeting --- UNCLASSIFIED

b6
b7C

```
Classification: UNCLASSIFIED
=====================================================
```

Hi

Here's a summary of the action items/things to document that I wrote down from the 8/9-8/10 meeting at Harris. Please share with                    as well if you think appropriate.

Items to note:
- was notified 7/11/11 orally and 7/12/11 in writing of the FBI
    o 8/9/11 meeting provided an update and                    was present for this portion
    o Meeting with                    noted that he's not interested in                    agreed
- provided back up documentation to                    demonstrating the
-
- will follow up with            to get copies of                    noted to            that items 1-7 on his notes were
    o These reports will be used to communicate
- made very clear to                    that they are continued
    o            please clarify my above statement since I was not there at this portion of the meeting
    o            provided
- PO copies mailed to            internally
-
-
- however, the            warranty as put in place by            includes                    - definitely for FBI/
-

b3
b7E
b6
b7C

Action Items for
- Letter providing FBI position
    o
    o                    will only be available on
- E-mail            and verify that the FBI is receiving
- – can I have a copy of the requirements documents that we approved for each of the Task Orders

b3
b7E
b6
b7C

CELLSITE-14944

- Letter summarizing the ▮▮▮▮▮
- Provide ▮▮ official answers to ▮▮▮▮▮ - completed 8/15
  - ○
- ▮▮▮▮▮ - review file/documentation to see what ▮▮▮
  ▮▮▮▮▮ memory recalls the FBI deciding to wait for
  ▮▮▮▮▮
- ▮▮▮ informed ▮▮ that only ▮▮▮▮▮

  ▮▮▮▮▮
- ▮▮ will review the ▮▮▮▮ capabilities with ▮▮▮
- ▮▮ will send a ▮▮▮▮ back to FBI and send copy of ▮▮ report
- ▮▮ will provide a revised version of the ▮▮▮ schedule since the FBI has been working off the original
  proposed schedule.
- ▮▮ will provide ▮▮ with a copy of the ▮▮▮▮ for testing

Thanks ▮▮▮

▮▮

b6
b7C
b3
b7E

▮▮▮▮▮
*Contracting Officer*
▮▮▮▮▮
*Finance Division*
JEH Bldg ▮
QT-ERF ▮▮ ▮▮▮▮

=======================================================
Classification: UNCLASSIFIED

CELLSITE-14945

RE:

Case 2:12-cv-01605-DLR-BSB   Document 136-19   Filed 05/20/15   Page 170 of 400

**From:**
**Sent:** Tuesday, December 14, 2010 11:12 AM
**To:**
**Cc:**

**Subject:** RE:
**Attachments:** Mthly_Status_Nov10.pdf

*This information is only intended for the use of the individual or entity named in this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this email in error, please notify me and delete it immediately.*

b6
b7C
b3
b7E

Hi

I just noticed that yesterday's email contained the wrong file under "Contract Letter for this delivery".  Here is the contract letter I meant to send you.

Mthly_Status_Nov10.pdf>>

**From:**
**Sent:** Monday, December 13, 2010 5:31 PM
**To:**
**Cc:**
**Subject:**

*This information is only intended for the use of the individual or entity named in this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this email in error, please notify me and delete it immediately.*

b6
b7C
b3
b7E

Hello

Please find attached the _____ for Period Ending 11/26/10.

**Contract Letter for this delivery**

<< File: _____ Ending_11-26-10.pdf >>

**Monthly Status Report (PE 11/26/10)**

<< File: _____ Period-Ending_11-26-10.pdf >>

In addition, we are also including in this delivery:

**Contract Change Candidates Logs for**

CELLSITE-14950

RE:

has no change candidates at this time)

If you have any questions, please contact

b6
b7C
b3
b7E

**From:**
**Sent:**      Thursday, August 04, 2011 2:14 PM
**To:**
**Cc:**
**Subject:**   Meeting agenda (item list)

b6
b7C

   I've included an item list of topics, not really tied to times. We are still waiting to
hear about [        ] availability so I didn't want to commit to strict times, we'll have to be a
bit fluid on that point.


Topics:


   Program Status

   Phase I feedback discussions
   Demo of current capabilities
            scope adjustments
         review / discussion of new task order
         discussion of work package cost (new and current tasks)
         discussion of removal / replacement of existing work packages
   Product test documentation discussions

b6
b7C
b3
b7E

         Close out Q&A / disposition of

         Close out Q&A / disposition of


   Delivery schedule for
   Acceptance testing of [        ] firm dates - Travel coordination

  General Program review / issues:

   Delivery schedule for
   Updates on [        ]
   Invoice update and reconciliation
   Funding update and reconciliation
   Update / review Task master schedules / baseline


   Discussion of
   Distribution of capabilities across product line
   Discussion of
   Discussion of [        ] / Engineering inter-communications
   Discussion of phone support response

1

CELLSITE-14954

b6
b7C
b3
b7E

CELLSITE-14955

**From:**

**Sent:**     Monday, November 22, 2010 2:43 PM

**To:**

**Subject:** RE:

I just got confirmation from accounting that payment was received.....Yay! Thanks for your help

Have a great holiday!

Sales and Administration

b6
b7C

**From:**

**Sent:** Monday, November 22, 2010 2:30 PM

**To:**

**Cc:**

**Subject:** RE:

b6
b7C

Hi

Thank you for the message below and the follow-up phone call. The invoice was successfully processed through our financial system by our payment unit on Thursday 11/18/10. My financial system shows "Paid in Full" as of 11/18/10. The next step is for the funds to be transferred from the                    bank account. A few days delay while the accounts rectify each other is standard. However, please let me know if you do not see the payment within 1-2 weeks.

Please let me know if you have any other questions and have a Happy Thanksgiving,

**From:**

**Sent:** Monday, November 22, 2010 2:18 PM

**To**

**Cc**

**Subject:** RE

b6
b7C

I am trying to find the status on the late payment of the FBI's purchase from                    This

CELLSITE-14983

16 November 2010

In Reply Please Refer to: [redacted]

Attention: [redacted] Contracting Officer

Subject: [redacted]

Reference:

Dear [redacted]

As documented in [redacted] will transfer the following items to the [redacted] at the agreed upon contract pricing:

[redacted]

No additional fees or burdens will be applied.

Please provide your concurrence by signing below.

Should you have comments please forward to the undersigned at [redacted] or e-mail to [redacted]

b6
b7C
b3
b4
b7E

Sincerely,                                    Concurrence:

[redacted]

Contract Administrator            [redacted]
                                            Contracting Officer

Cc: [redacted]

**From:**
**Sent:** Tuesday, November 02, 2010 7:48 AM
**To:**
**Cc:**
**Subject:** RE:

Hi

Thanks for the updates. I will follow the instructions listed below and call you if I have any questions.

Regards,

b6
b7C
b3
b7E

*This information is only intended for the use of the individual or entity named in this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this email in error, please notify me and delete it immediately.*

**From:**
**Sent:** Monday, November 01, 2010 3:48 PM
**To:**
**Cc:**
**Subject:**

Hi

Welcome again to the project and I hope you had a good Halloween weekend. In an effort to better administer the contract and TOs and to better track the expenses under [          ] the FBI requests [      ] adjust actions accordingly, per the following changes:

1) Please e-mail status reports (weekly, monthly, etc.) on Task Orders for services under [          ] to: [          ] will ensure these status reports are provided to the proper Technical POC.

2) Please e-mail copies of Invoices for services and equipment under [          ] will ensure the invoices are sent to the proper Technical POC for review and verification before processing for payment.

3) For the months of October, November, and December 2010, please provide the hourly work breakdown for [                    ] TOs with these monthly invoices.

b6
b7C
b3
b7E

Reducing the number of POCs on the e-mail CC will reduce confusion internally and ensure only those with a need to know are updated on project statuses or expenses.

Please confirm receipt of this e-mail and let me know if you have any questions on the above changes. Thank you for all your assistance.

Have a good day,

11/2/2010

**From:**
**Sent:** Tuesday, November 23, 2010 4:54 PM
**To:**
**Subject:**

b6
b7C
b3
b7E

Hi

It was so good to meet with you last week, transition the contract, and work out a few of the programmatic kinks. I just wanted to review the Action Items we have on our plate to make sure we weren't missing anything and could track our tasks. Below is a general list of what I have. Please let me know if you have any additional ones.

1) Transfer of
   a. Incorporate in a _____ has released the equipment from the previous Contract.
2) Invoices:
   a. Please submit invoices to _____ for processing
      i. Just as a reminder, ___ is not an FBI employee and as such does not have approval authority, especially for anything regarding funding. Please let me know if you have any questions.
   b. Please include the monthly hours-breakdown with the invoices
   c. Could you please double check the dates listed on _____
      i. I already verified that the dates are on point for _____
3) Consolidated Price List
   a. I'll review that document next week and discuss the new products with ___ Once we've complete our reviews I'll either discuss any findings with you or send you a ___ to the Contract incorporating the revised price list.
   b. This affects a number of Action Items so I'll try to complete this process ASAP.
4) _____ for equipment delivery to ensure
   a. Coming via fax this afternoon – I mailed the original to ___ in Sept of 2010 so the quality of the fax may not be the best. Let me know if you need me to try a different method of getting the copy to you.
   b. I understand from the consolidated price list that the pricing has changed. I'll discuss the quantities with _____ to see how they would like to proceed. I will most likely have to send a ___ for the PO with the adjustment. This will be done once I incorporate the new price list into the contract.
5) Summary of TO information: POP, Options, Funds, SOWs etc.
   a. I'm going to put it on my radar for completion next week.
6) _____ – Letter requiring signature for purchase
   a. I need to review this purchase with _____ to verify how they would like to handle this equipment _____ also need to verify property procedures to prevent needing to ship the equipment to _____
7) _____
   a. I will review the decision with the Team and confirm the flexibilities or limitations of our financial system regarding reallocating the ___ for equipment or requesting reimbursement checks.
8) 11/16/10 Letter Responding to ___ Letters
   a. I will revise the letter next week as well and incorporate the updates from last weeks meeting and incorporate these decisions into the contract in a _____

b6
b7C
b3
b4
b7E

Thanks again and please let me know if you have any questions or want to discuss anything above.

Have a Happy Thanksgiving,

Add to →   A of CO to

11/23/2010

**From:**
**Sent:** Tuesday, June 14, 2011 5:10 PM
**To:**
**Cc:**
**Subject:**
**Attachments:**

b6
b7C
b3
b7E

Hi

I have attached the                The offer is for a

I will be on vacation until Monday the 20th. Please contact                    if have any questions regarding contractual issues while I am out.

Regards,

*This information is only intended for the use of the individual or entity named in this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this email in error, please notify me and delete it immediately.*

1

**From:**
**Sent:** Tuesday, July 05, 2011 2:58 PM
**To:**
**Cc:**
**Subject:** RE:

Hi 

Thank you for the guidance below.  We will take no action regarding the 

Thanks,

b6
b7C
b3
b7E

-----Original Message-----
**From:**
**Sent:** Tuesday, July 05, 2011 12:49 PM
**To:**
**Cc:**
**Subject:** RE:

b6
b7C
b7E
b3

Hi 

Upon further internal discussion, it is decided that we will not pursue any implementation regarding to                                                    No cost estimate will be required and furnished to us

                              Please proceed with any remainder testing that is required under the task. Please let us know if you have further questions. Thank you!

- 

**From:**
**Sent:** Friday, July 01, 2011 11:21 AM
**To:**
**Cc:**
**Subject:**

b6
b7C
b3
b7E

Hi 

As discussed during the phone conversation yesterday, we found that the 

                                                                        Although the requirement of 
was signed off and interpreted as                                                            we

1

CELLSITE-15040

would like to have the [                    ] We would like to obtain an
estimate on the cost of this implementation. Thank you.

b6
b7C
b3
b7E

CELLSITE-15041

**From:**
**Sent:** Monday, October 17, 2011 12:20 PM
**To:**
**Cc:**
**Subject:**

Good Afternoon

Please accept this e-mail as the FBI's acknowledgement of [ ] dated October 11, 2011. The FBI acknowledges [ ] assumed FBI approval for such documentation that does not receive comment within 45 days. The FBI reserves the right to reference previously accepted reports and documentation, if additional information becomes available at a later date regarding information pertaining to these reports.  We acknowledge these timelines and will provide comment and questions accordingly.

Thank you,

Federal Bureau of Investigation

b6
b7C
b3
b7E

CELLSITE-15042

Hi[ ]

Please verify that the invoice that you received matches the attached. There was a change made on the invoice that should have been done before the invoices were submitted to you. We are concerned that you may be going off of the incorrect version (I might have accidentally sent out the incorrect/wrong version of the invoice).

Regarding the[ ]The incurred costs minus the negotiated value was the[ ](I attached the[ ]for your convenience). The additional negotiated fee is just the total negotiated fee (including what has already been paid) and an estimate at completion, to equal the total amount.

Please call me to discuss this when you have a moment. I know that this invoice situation can be frustrating.

Thanks,

b6
b7C

*This information is only intended for the use of the individual or entity named in this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this email in error, please notify me and delete it immediately.*

**From:** [ ]
**Sent:** Monday, March 28, 2011 3:12 PM
**To:** [ ]
**Subject:** RE: [ ]

b6
b7C
b3
b4
b7E

Hi[ ]

We've reviewed a few other estimates internally and the numbers are not matching those on the[ ]Our estimate for the remaining funding on the[ ]We've reviewed the attachment you provided for the[ ]and are not able to figure out where[ ]
We've identified 2 areas of issue:

1) During our investigation we found[ ]

2) In addition, the[ ]documentation provides for a line stating[ ]has been billing for the fee on each invoice. Why is there an additional line item for[ ]

Please do not hesitate to give me a call if you need further information or clarification. I can share some of our calculations if useful.

CELLSITE-15044
3/31/2011

**FD-448**
Revised
10-27-2004

FEDERAL BUREAU OF INVESTIGATION
## FACSIMILE COVER SHEET

### PRECEDENCE

○ Immediate          ○ Priority          ○ Routine

### CLASSIFICATION

○ Top Secret    ○ Secret    ○ Confidential    ○ Sensitive    ○ Unclassified

### TO

| Name of Office: | Facsimile Number: | Date:<br>**03/14/2011** |
|---|---|---|

| Attn: | Room: | Telephone Number: |
|---|---|---|

b6
b7C
b3
b7E

### FROM

| Name of Office: | Number of Pages: (including cover)<br>**4** |
|---|---|

| Originator's Name: | Originator's Telephone Number: | Originator's Facsimile Number: |
|---|---|---|

Approved:

### DETAILS

Subject:
**Please find attached**

Special Handling Instructions:
**Please confirm receipt and fax signed SF-30 documents to Fax # above.**

Brief Description of Communication Faxed:
**Thank you and have a good day.**

### WARNING

Information attached to the cover sheet is U.S. Government Property.  If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641).  Please notify the originator or local FBI Office immediately to arrange for proper disposition.

Copies to

b6
b7C
b3
b7E

CELLSITE-15045

**From:**
**Sent:** Thursday, September 01, 2011 9:11 AM
**To:**
**Subject:** RE

b6
b7C
b3
b7E

Yes

From:
Sent: Thursday, September 01, 2011 9:10 AM
To:
Subject:

Hi

I'm telling          to

-          Propose Tech/Cost for Task 1

-          ROM Task 2 Cost

-          View Task 3

Please confirm.

b6
b7C
b3
b7E

Thanks,


Federal Bureau of Investigation

CELLSITE-15046

**From:**
**Sent:** Monday, August 29, 2011 9:27 AM          b6
**To:**                                            b7C
**Subject:** FW: FW:

For your files

**From:**
**Sent:** Monday, August 29, 2011 8:38 AM          b6
**To:**                                            b7C
**Cc:**                                            b3
**Subject:** RE: Fw:                               b7E

It was the                              Thanks for taking a look at this.
Again, my primary interest is why the

**From:**
**Sent:** Monday, August 29, 2011 8:23 AM
**To:**
**Cc:**
**Subject:** RE: Fw:

What          was used with this setup? I need to know how to              and I
have different

Thanks,

                                                   b6
                                                   b7C
                                                   b3
                                                   b7E

-----Original Message-----
**From:**
**Sent:** Thursday, August 25, 2011 2:32 PM
**To:**                                            b6
**Cc:**                                            b7C
**Subject:** Fw:                                   b3
                                                   b7E

Recently a                                  Wierdly,
                              As if the

1

CELLSITE-15047

I just want you to be aware of this issue and if you can determine the cause, we'd like to
know why it occured.  The original [     ] files are attached. I will forward [          ]
separately.

b6
b7C
b3
b7E

Thanks.

[     ]

----- Original Message -----
From: [                        ]
To: [                      ]
Sent: Tue Aug 23 14:04:59 2011
Subject: RE:

b6
b7C

From: [                         ]
Sent: Tuesday, August 23, 2011 12:33
To: [                     ]
Subject: Re:

b6
b7C

Roger. Getting some lunch. Talk with you in 1/2 hour.

----- Original Message -----
From: [                  ]
To: [                  ]
Sent: Tue Aug 23 12:27:06 2011
Subject:

b6
b7C

Please call me when you're in the office so you can deal with this, I'm missing something

CELLSITE-15048

**From:**
**Sent:**     Friday, August 05, 2011 4:48 PM
**To:**
**Subject:**

A couple of ⬜ tests are coming up to support the release of the ⬜ We're pretty confident about these dates but there is still a possibility they may change pending the discovery of any ⬜ issues.

⬜ start on 8/16/11: This test will be a full up ⬜ We will be verifying ⬜ The full up test will probably take a week to complete. Since ⬜ is planning to observe this testing, we will verify the ⬜ When ⬜ arrives on 8/17/11 we should be ready to start testing on ⬜

⬜ The purpose of this testing is to verify ⬜ works and is conducted ⬜ This is a subset of the ⬜ test. Given it verifies ⬜ ⬜ does not plan to observe this testing.

b6
b7C
b3
b7E

CELLSITE-15049

**From:**
**Sent:** Monday, August 15, 2011 8:33 AM
**To:**
**Cc:**
**Subject:** RE:                    on 8/17

b6
b7C
b3
b7E

Understood. Thanks all.

-----Original Message-----
From:
Sent: Monday, August 15, 2011 7:29 AM
To:
Cc:
Subject: RE:                    on 8/17

I can't speak for          but this is good enough for me.

b6
b7C
b3
b7E

-----Original Message-----
From:
Sent: Friday, August 12, 2011 4:31 PM
To:
Cc:
Subject: RE:                    on 8/17

b6
b7C
b3
b7E

I understand that            has agreed to deliver                                    next
week while he is at                          Per          request, I am authorizing the
following:

1) The FBI accepts that the                                    will not be delivered
          however, shall be provided at the                          as previously
agreed upon.
2) The FBI accepts that                              will not have completed the official
test procedures prior to delivery. Although this official process is waived for
only in this instance,        shall ensure          is successfully and fully operational to
fit        needs.        has the authority to make this assessment and assessment at time
of delivery. Although          will not under go this official test procedure, this waiver
shall not effect any warranty, service, update, or maintenance agreements for the product.
              shall successfully undergo the official test procedure process.
3) The FBI accepts that the
                                    Any identified issues or needed changes shall be
disclosed to                          and shall made available

1

CELLSITE-15050

Please let me know if you require any other information or if I missed any of the requested authorizations.

Thanks,

Federal Bureau of Investigation

b6
b7C

From:
Sent: Friday, August 12, 2011 8:55 AM
To:
Subject: FW:                      on 8/17

Hey
When you get a chance today, will you please give me a call regarding my trip next week to

b6
b7C
b3
b7E

Thanks,

From:
Sent: Thursday, August 11, 2011 5:20 PM
To:
Subject:                    on 8/17

b6
b7C
b3
b7E

We can                                      but we'll need        to give us a waiver for a few things.

*
*

Also,                                                          We'll make sure it works but it just won't be official.

We'll work that if it occurs.

Can you contact        and have her send us authorization to

CELLSITE-15051

**From:**
**Sent:** Monday, June 06, 2011 4:46 PM
**To:**
**Cc:**

**Subject:**

Folks,

During some internal testing, it was discovered that the

Please let me know if you need further
information regarding          Thanks!

-

b6
b7C
b3
b7E

1

**From:**
**Sent:** Tuesday, July 12, 2011 5:06 PM
**To:**
**Cc:**
**Subject:** Further Info Needed

b6
b7C
b3
b7E

Good Afternoon

I just wanted to follow-up on our brief conversation regarding               yesterday. Per this conversation and after reviewing the               white paper.

Due to scheduling conflicts and ongoing mission support we may be unable to coordinate this meeting this week. We will provide a potential list of times/dates ASAP.

As stated yesterday                                                                Please see the               for exact language but the                                      and the requirement for               As said yesterday               Beyond gaining a clearer understanding of               capabilities and intended use, the FBI intends to inquire about               to include the

I will be in QT tomorrow/Friday and HQ Thurs should you have any questions. We will attempt to coordinate a teleconference within the next week or so to finalize any outstanding questions.

Thank you,

Federal Bureau of Investigation

CELLSITE-15053

**From:**
**Sent:** Monday, August 16, 2010 11:39 AM
**To:**                                           b6
**Subject:** IP Meeting for                      b7C

**UNCLASSIFIED**
**NON-RECORD**

Hi

Thank you for coming and meeting w        and I regarding IP and other contractual legal issues we have been
experiencing with                    on the above contract 8/12/10

                                                 b6
                                                 b7C
                                                 b3
                                                 b7E
                                                 b5

Thanks,

*Finance Division*

JEH Building, Rm

**UNCLASSIFIED**

CELLSITE-15100

**From:**
**Sent:** Saturday, August 28, 2010 2:02 PM
**To:**
**Cc:**
**Subject:** RE: Harris calendar

b6
b7C

Hi

Thanks for the schedule below I'll these dates in mind when asking for documentation and scheduling meetings.

In terms of scheduling for next week here's a *tentative outline*:
- **Monday – 8/30/10**
  - o  FBI meetings @ VA/DC in the AM.
  - o  Travel to Melbourne for Harris meetings in the afternoon
- **Tuesday – 8/31/10 – 8:30AM start time**
  - o  Contract Administration:
    - ▪  Review/definition of processes/expectations for future TO proposals
    - ▪  Review/confirm product code names, define process for changing names
    - ▪  Contract Pricing – one consolidated, updated price list
  - o
  - o  IP discussions
    - ▪  Harris to provide letter of IP assertions – review/discuss
    - ▪  FBI            review of IP/Classification            for products
    - ▪  Review of any IP concerns
  - o            – discussion of timeline for product receipt
- **Wednesday – 9/1/10**
  - o  Possible spill over for contractual matters
  - o  Review of            goals/vision
  - o            – Technical discussions
    - ▪  Review of requests for clarifications & questions
    - ▪  Review of conditions and assumptions clarifications
  - o            – Technical discussions
    - ▪  Review of requests for clarifications & questions
    - ▪  Review of conditions and assumptions clarifications
- **Thursday – 9/2/10**
  - o            Technical discussions
    - ▪  Review of requests for clarifications & questions
    - ▪  Review of conditions and assumptions clarifications
  - o            Technical discussions
    - ▪  Review of requests for clarifications & questions
    - ▪  Review of conditions and assumptions clarifications
- **Friday – 9/3/10**
  - o  Possible spill over for technical reviews
  - o  FBI travel back to DC/VA
- Should any order of the technical discussions change, the FBI will notify            ASAP.
  - o  To best prepare for the meeting I would recommend at a minimum:
    - ▪  Revised Equipment Pricing List
    - ▪  Be prepared to discuss responses to the questions/clarifications/conditions & assumptions

b6
b7C
b3
b7E
b5

Addition to Attendee List -                        is a possible attendee for the meetings on Wednesday 9/1/10.

Have a good weekend,

CELLSITE-15102

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 85
Page 3 ~ b3; b5; b6; b7C; b7E;
Page 85 ~ b3; b7E;
Page 90 ~ b3; b7E;
Page 93 ~ b1; b3; b6; b7C; b7E;
Page 94 ~ b1; b3; b7E;
Page 95 ~ b1; b3;
Page 98 ~ b1; b3; b6; b7C; b7E;
Page 100 ~ b1; b3; b7E;
Page 101 ~ b1; b3;
Page 103 ~ b1; b3; b7E;
Page 104 ~ b1; b3;
Page 105 ~ b1; b3; b7E;
Page 106 ~ b1; b3;
Page 109 ~ b6; b7C; b7E;
Page 111 ~ b1; b3; b7E;
Page 112 ~ b1; b3;
Page 113 ~ b1; b3;
Page 116 ~ b3; b6; b7C; b7E;
Page 117 ~ b3; b7E;
Page 119 ~ b3; b7E;
Page 129 ~ b3; b4; b6; b7C; b7E;
Page 130 ~ b3; b4; b7E;
Page 133 ~ b3; b6; b7C; b7E;
Page 136 ~ b3; b7E;
Page 137 ~ b3; b7E;
Page 140 ~ b3; b4; b6; b7C; b7E;
Page 144 ~ b3; b6; b7C; b7E;
Page 145 ~ Duplicate;
Page 147 ~ b3; b7E;
Page 148 ~ b3; b6; b7C; b7E;
Page 151 ~ b3; b7E;
Page 152 ~ Duplicate;
Page 153 ~ Duplicate;
Page 154 ~ Duplicate;
Page 155 ~ Duplicate;
Page 158 ~ b3; b4; b6; b7C; b7E;
Page 159 ~ Duplicate;
Page 162 ~ b3; b6; b7C; b7E;
Page 163 ~ Duplicate;
Page 166 ~ b3; b6; b7C; b7E;
Page 169 ~ b3; b7E;
Page 170 ~ Duplicate;
Page 171 ~ Duplicate;
Page 172 ~ Duplicate;
Page 173 ~ Duplicate;
Page 174 ~ b3; b7E;
Page 177 ~ b3; b4; b6; b7C; b7E;
Page 178 ~ Duplicate;
```

```
Page 187 ~ b3; b6; b7C; b7E;
Page 188 ~ Duplicate;
Page 191 ~ b3; b6; b7C; b7E;
Page 194 ~ b3; b7E;
Page 195 ~ Duplicate;
Page 196 ~ Duplicate;
Page 197 ~ Duplicate;
Page 198 ~ Duplicate;
Page 199 ~ Duplicate;
Page 202 ~ b3; b4; b6; b7C; b7E;
Page 205 ~ Duplicate;
Page 206 ~ Duplicate;
Page 207 ~ Duplicate;
Page 208 ~ b3; b7E;
Page 209 ~ b3; b7E;
Page 210 ~ b3; b7E;
Page 211 ~ b3; b7E;
Page 212 ~ Duplicate;
Page 213 ~ b3; b7E;
Page 214 ~ b3; b7E;
Page 215 ~ Duplicate;
Page 216 ~ Duplicate;
Page 217 ~ Duplicate;
Page 219 ~ b3; b7E;
Page 225 ~ b3; b4; b6; b7C; b7E;
Page 226 ~ b3; b6; b7C; b7E;
Page 229 ~ b3; b7E;
Page 231 ~ b3; b4; b6; b7C; b7E;
Page 234 ~ b3; b4; b6; b7C; b7E;
Page 235 ~ b1; b3;
Page 236 ~ b1; b3;
Page 257 ~ b3; b4; b7E;
Page 258 ~ Duplicate;
Page 259 ~ Duplicate;
Page 260 ~ b1; b3; b7E;
Page 261 ~ b3; b7E;
Page 262 ~ b3; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)      X
X   No Duplication Fee X
X   For this Page        X
XXXXXXXXXXXXXXXXXXXXXXXX
```

DECLASSIFIED BY 65179 DMH/STW
ON 10-26-2012

**From:**
**Sent:** Friday, October 24, 2008 3:32 PM
**To:**

**Cc:**

**Subject:** Proposals and Summaries for October 29

SECRET
RECORD 319O9-HQ-A1487622-OTD

The first _____ meeting for FY09 is scheduled for Wednesday, October 29 at 1:00 in the ERF Main Conference Room. Board members include the Assistant Section Chiefs or designated representatives, _____ _____ Proposals reviewed at this meeting will be competing for the funding provided by the _____ and come from only two units.

I am sending you the draft agenda showing the _____ proposals to be reviewed. I am also including summaries of the 6 proposals and the entire proposal text for 5. One proposal _____ was partially funded in FY08 from the _____ and was required to provide only a quad-chart summary with its request for FY09 second-increment funding.

b3
b5
b6
b7C
b7E

I will also be providing the summaries to subject matter experts listed on the agenda. Feel free to have me add names to the list if there are others whom you wish to have participate in the October 29 meeting.

Thank you!

DERIVED FROM: G-3 FBI Classification Guide G-3, dated 1/97, Foreign CounterIntelligence Investigations
DECLASSIFY ON: 20331024
SECRET

1

CELL/OTD 014288

CELLSITE-7760

CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C)
DECLASSIFY ON: 11-30-2037

**From:**
**Sent:** Wednesday, February 03, 2010 3:07 PM
**To:**

**Subject:** FW: Question on

**Importance:** High

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~
RECORD 319D-HQ-A1487519-FD

Really short notice Congressinal tasking DUE TODAY (2/3/10).

Please provide any information you have regarding any base funding you have used to augment the enhancement money you received to execute the [                    ] (see email below) ASAP. Thanks!

b3
b6
b7C
b7E

**From:**
**Sent:** Wednesday, February 03, 2010 11:55 AM
**To:**
**Cc:**
**Subject:** FW: Question on
**Importance:** High

~~SECRET~~
RECORD 319D-HQ-A1487519-FD

Greetings,

Here is the email from [    ] Please note that when submitting your answer, include [        ] on the cc line.  Thanks.

**From:**
**Sent:** Wednesday, February 03, 2010 11:39 AM
**To:**
**Cc:**
**Subject:** FW: Question on
**Importance:** High

~~SECRET~~

1

CELL/OTD 009694

CELLSITE-7762

SECRET
RECORD 319D-HQ-A1487519-FD

(S)

**From:**
**Sent:** Wednesday, February 03, 2010 10:22 AM
**To:**
**Cc:**
**Subject:** Question on
**Importance:** High

(S)

b1
b3
b6
b7C
b7E

2

CELLSITE-7763

SECRET

**DERIVED FROM: Multiple Sources**
**DECLASSIFY ON: 20350203**
**SECRET**

**DERIVED FROM: Multiple Sources**
**DECLASSIFY ON: 20350203**
**SECRET**

**DERIVED FROM: Multiple Sources**
**DECLASSIFY ON: 20350203**
**SECRET**

SECRET

3



CELLSITE-7764

SECRET

DATE: 10-31-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C)
DECLASSIFY ON: 10-31-2037

**From:**
**Sent:** Monday, August 23, 2010 5:57 PM
**To:**
**Cc:**

(U) **Subject:** RE: (S/NF)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

SECRET//NOFORN
RECORD

(S/NF)

(S)

**From:**
**Sent:** Monday, August 23, 2010 12:07 PM
**To:**
**Cc:**
(U) **Subject:** (S/NF)
**Importance:** High

b1
b3
b6
b7C
b7E

SECRET//NOFORN
RECORD

(S) _____ and _____ had to head out to an _____ meeting and asked me to reach out to you to quickly gather the needed info.

(S/NF)

(S)

(S/NF)

(S)

(S/NF)

(S)

(S/NF)

(S)

SECRET    CELL/OTD    012473

CELLSITE-7765

(S

b1
b3
b6
b7C
b7E

Much appreciate your response.

Cheers,

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFY ON: 20350823~~
~~SECRET//NOFORN~~

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFY ON: 20350823~~
~~SECRET//NOFORN~~

~~SECRET~~

CELL/OTD   012474

CELLSITE-7766

DECLASSIFIED BY 65179 DMH/STW
ON 10-31-2012

**From:**
**Sent:** Thursday, September 23, 2010 3:31 PM
**To:**
**Subject:** RE: [ ] FY11

~~SECRET~~
~~RECORD~~

Yes, [ ] for base funding.  It stands fo [ ]

**From:**
**Sent:** Thursday, September 23, 2010 3:07 PM
**To:**
**Subject:** RE: [ ] FY11

~~SECRET~~
~~RECORD~~

[ ] Is that what we are reporting we are using from our base funds?

*SS* [ ]
*Unit Chief*

b3
b6
b7C
b7E

**From:**
**Sent:** Thursday, September 23, 2010 2:21 PM
**To:**
**Cc:**
**Subject:** FW [ ] FY11

~~SECRET~~
~~RECORD~~

[ ]

Here is the estimated 2011 cost/funding info we received from [ ] back in July or August.  It appears tha [ ] has sufficient funding to cover expenses for all approved projects for FY2011, so we won't have to make any tough choices.

I will arrange a meeting in the next few weeks to discuss [ ] funding activity with each unit.  Since I am obligated to [ ] and spending regardless of funding source, please be ready to identify other [ ] you are pursuing or about to pursue when we meet.

Thanks,
[ ]

**From:**
**Sent:** Tuesday, September 21, 2010 4:47 PM
**To:**
**Cc:**

**Subject:** ☐ FY11

~~SECRET~~
~~RECORD~~

☐

Here is ☐ FY11 costs and funding, let me know if you need anything else.

| Project Name | Funding Type | Funding | Cost |
|---|---|---|---|
| | | | |

b3
b6
b7C
b7E

8/13/10 is the most current version of the ☐

☐

Operational Technology Division

CELL/OTD   012476

CELLSITE-7768

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFICATION EXEMPTION 1~~
~~SECRET~~

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFICATION EXEMPTION 1~~
~~SECRET~~

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFICATION EXEMPTION 1~~
~~SECRET~~

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFICATION EXEMPTION 1~~
~~SECRET~~

CELL/OTD   012477

3

DECLASSIFIED BY 65179 DMH/STW
ON 10-31-2012

**From:**
**Sent:** Thursday, September 23, 2010 2:21 PM
**To:**
**Cc:**

**Subject:** FW: ☐ FY11

SECRET
RECORD

Here is the estimated 2011 cost/funding info we received from ☐ back in July or August.  It appears that ☐ has sufficient funding to cover expenses for all approved projects for FY2011, so we won't have to make any tough choices.

I will arrange a meeting in the next few weeks to discuss ☐ funding activity with each unit.  Since I am obligated to ☐ and spending regardless of funding source, please be ready to identify other ☐ you are pursuing or about to pursue when we meet.

Thanks

---

**From:**
**Sent:** Tuesday, September 21, 2010 4:47 PM
**To:**
**Cc:**
**Subject:** ☐ FY11

SECRET
RECORD

Here is ☐ FY11 costs and funding, let me know if you need anything else.

| Project Name | Funding Type | Funding | Cost |
|---|---|---|---|
| | | | |

b3
b6
b7C
b7E

*1  CELL/OTD  012478*

CELLSITE-7770

b3
b6
b7C
b7E

8/13/10 is the most current version of the

Operational Technology Division

DERIVED FROM: Multiple Sources
DECLASSIFICATION EXEMPTION 1
SECRET

DERIVED FROM: Multiple Sources
DECLASSIFICATION EXEMPTION 1
SECRET

CELL/OTD    012479

CELLSITE-7771

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-25-2012 BY 65179 DMH/STW

**From:**
**Sent:** Tuesday, February 08, 2011 12:15 PM
**To:**

**Subject:**

b3
b6
b7C
b7E

Looking at the chart we completed in January, we requested purchase of

2011
FUNDING.xls

CELL/OTD   012490

1

**2011 FUNDING**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/STW

**PROJECT NAME**          **FUNDING TYPE**      **FUNDING       COST**

b3
b7E

**Total**          **Funding**
**Total**          **Funding**

**Total Project Expenditures**

CELL/OTD     012491

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-25-2012 BY 65179 DMH/STW

b3
b6
b7C
b7E

**From:**
**Sent:** Wednesday, January 19, 2011 8:26 AM
**To:**
**Subject:** FUNDING PROPOSAL

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**


2011
FUNDING.xls

Here you go

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD   012493

1

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/STW

**From:**
**Sent:** Tuesday, January 18, 2011 2:58 PM
**To:**
**Cc:**

**Subject:** RE: UPDATED

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Attached is the [____] portion of my recommendations for allocating FY2011 [____] funding which I will present at the Section Chiefs meeting tomorrow.  Overall, it provides [____] I believe it is reasonable to expect that [____] base funds be applied to cover the remaining [____]

FY2011
oposed    Alloca

When your spend plan is finalized, please let me know how much base funding will be applied to these and other WITT projects so I can update the reporting database.

Thanks.

b3
b6
b7C
b7E

**From:**
**Sent:** Thursday, January 06, 2011 6:42 AM
**To:**
**Cc:**
**Subject:** UPDATED

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

[____] As per our meeting yesterday attached is the latest MUST HAVE/SUPPORT bare bones request. As discussed my budget is a running target tied to cost module funding and I cannot specifically identify what base funds [____] I have to support the [____] identified requirements. Additionally even if a requisition is submitted and approved Finance Division is only authorizing [____] funding due to the continuing resolution. I will say that [____] will use base funds to support, however, at this time I simply cannot provide a specific number.. Hope this assists in your presentation to the Executive Board.

<< File: [____] 2011 FUNDING.xls >>

CELL/OTD  012495

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELL~OTD     012496

CELLSITE-7777

CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C)
DECLASSIFY ON: 11-30-2037

**From:**
**Sent:** Tuesday, January 11, 2011 7:35 AM
**To:**
**Cc:**
**Subject:** RE: New ____ line items

SECRET//NOFORN
RECORD

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

Sorry for any confusion.  The attached is the correct subbmission form for the _____  Please delete the one you may have received earlier.  FY10 we provided _____ to develop _____ as well as product enhancements.

At you leisure, could you look at how much base funds we could provide per year on Page 2 of the document.  I estimated _____ from ____ to finish enhancements required. _____ will show the continual involvement of ____ in the project to sustain any O&M or minor enhancements required.

Just to clear up any impending confusion. _____ is looking at _____

Both ____ and _____ been to meetings with ____ so that we are both aware of what each other's requesting as well as per funding.

b3
b6
b7C
b7E

**From:**
**Sent:** Monday, January 10, 2011 11:30 AM
**To:**
**Subject:** FW: New ____ line items
**Importance:** High

SECRET//NOFORN
RECORD

*SSA* _____
*Unit Chief*

CELL/OTD   012498

CELLSITE-7779

**From:**
**Sent:** Monday, January 10, 2011 11:18 AM
**To:**
**Subject:** FW: New☐line items

SECRET//NOFORN
RECORD

Is it possible to get the three project forms done today?  I would like to brief these to the ☐ meeting tomorrow. ☐ and I are available to assist whomever you assigned these to.

Thanks,

**From:**
**Sent:** Tuesday, January 04, 2011 11:44 AM
**To:**
**Subject:** RE: New☐line items

SECRET//NOFORN
RECORD

(S)

Thanks,

**From:**
**Sent:** Tuesday, January 04, 2011 11:01 AM
**To:**
**Cc:**
**Subject:** RE: New☐line items

SECRET//NOFORN
RECORD

*SSA*
*Unit Chief*

**From:**
**Sent:** Tuesday, January 04, 2011 9:46 AM
**To:**
**Cc:**
**Subject:** New☐line items

b1
b3
b6
b7C
b7E

SECRET        CELL/OTD    012499
2

CELLSITE-7780

CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C)
DECLASSIFY ON: 10-31-2037

**From:**
**Sent:** Monday, January 10, 2011 3:48 PM
**To:**
**Cc:**
**Subject:** FW: New _____ line items

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

SECRET//NOFORN
RECORD

Here's ____ effort or _____

**From:**
**Sent:** Monday, January 10, 2011 3:41 PM
**To:**
**Subject:** RE: New _____ line items

SECRET//NOFORN
RECORD

Here is what I could come up with so far for _____

b3
b6
b7C
b7E

**From:**
**Sent:** Monday, January 10, 2011 1:52 PM
**To:**
**Subject:** FW: New _____ line items
**Importance:** High

SECRET//NOFORN
RECORD

Project Worksheet for _____

**From:**
**Sent:** Monday, January 10, 2011 11:30 AM
**To:**
**Subject:** FW: New _____ line items
**Importance:** High

SECRET//NOFORN
RECORD

*SSA* _____
*Unit Chief*

**From:**
**Sent:** Monday, January 10, 2011 11:18 AM
**To:**
**Subject:** FW: New ___ line items

SECRET//NOFORN
RECORD

Is it possible to get the three project forms done today?  I would like to brief these to the [____] meeting tomorrow. [____] and I are available to assist whomever you assigned these to.

Thanks,

**From:**
**Sent:** Tuesday, January 04, 2011 11:44 AM
**To:**
**Subject:** RE: New ___ line items

SECRET//NOFORN
RECORD

(S)

Thanks,

**From:**
**Sent:** Tuesday, January 04, 2011 11:01 AM
**To:**
**Cc:**
**Subject:** RE: New ___ line items

SECRET//NOFORN
RECORD

SSA
Unit Chief

**From:**
**Sent:** Tuesday, January 04, 2011 9:46 AM

b1
b3
b6
b7C
b7E

CELL/OTD    012505

SECRET    2

CELLSITE-7785

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20210104
SECRET//NOFORN

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20210104
SECRET//NOFORN

~~SECRET~~

4       CELL/OTD   012507

DECLASSIFIED BY 65179 DMH/STW
ON 11-01-2012

**From:**
**Sent:** Monday, January 10, 2011 3:36 PM
**To:**
**Cc:**
**Subject:** FW:        forms

SECRET//NOFORN
RECORD 268-HQ-1068430

Since        on paternity leave        completed these Work Statements the best that he could.        is still working on the statement for the

b3
b6
b7C
b7E

**From:**
**Sent:** Monday, January 10, 2011 3:19 PM
**To:**
**Subject:**        forms

SECRET//NOFORN
RECORD 268-HQ-1068430

Here are the        forms. I think this should be enough information. Please review and let me know.

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20360110
SECRET//NOFORN

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20360110
SECRET//NOFORN

CELL/OTD    012510

1

CELLSITE-7790

CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 11-01-2037

**From:**
**Sent:** Wednesday, December 29, 2010 4:45 PM
**To:**
**Cc:**

**Subject:** RE: Submission

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET//NOFORN~~
~~RECORD~~

Thanks for the comments, better we talk in person, seems that things could get confused really quickly on email...

I guess I'll rely on the ____ priorities on what is funded or not.  I'm putting the paperwork in to get a line item on the ____ spreadsheet, as ____ stated in the last meeting that the ____ was

(S)

b1
b3
b6
b7C
b7E

Either way, I'll let you all make the decision on what goes into the spreadsheet, just tell us how to transform the requirements.

CELL/OTD   012515

**From:**
**Sent:** Wednesday, December 29, 2010 12:05 PM
**To:**
**Cc:**

~~SECRET~~   1

**Subject:** Submission

SECRET//NOFORN
RECORD

(S)

b1
b3
b6
b7C
b7E

- Any other supporting info, including a Powerpoint overview, would likely be helpful.

Looking forward to working with you on this.

Happy New Year!

CELL/OTD    012516

CELLSITE-7796

SECRET

DATE: 11-01-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 11-01-2037

| | |
|---|---|
| From: | |
| Sent: | Wednesday, December 29, 2010 9:41 AM |
| To: | |
| Cc: | |
| Subject: | |

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

SECRET//NOFORN
RECORD 268-HQ-1068430

Attached.

(S)



b1
b3
b6
b7C
b7E

Procurement.doc...

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20351229
SECRET//NOFORN

CELL/OTD   012518

SECRET

CELLSITE-7798

SECRET

CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 11-01-2037

(S)

**From:**
**Sent:** Friday, February 26, 2010 12:59 PM
**To:**

**Cc:**
**Subject:**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

b1
b3
b6
b7C
b7E

Let me know how you wish to proceed.  I will be up in the 3rd Floor SCIF this afternoon and I can be reached by pager number below or at

Thanks

(S)

**From:**
**Sent:** Friday, February 26, 2010 12:12 PM
**To:**
**Subject:**

(S)

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

SECRET

1

SECRET

(S) This is a complete reversal of what has happened in the past. I'm not sure the below answer is right…I know for fact that _____ In the past the _____ where _____

(S) Can _____ list out which ones _____

**From:**
**Sent:** Friday, February 26, 2010 12:02 PM
(S) **To:**
**Subject:**

b1
b3
b6
b7C
b7E

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

(S) All: Per _____ the FBI is **only responsible** _____ He confirmed this
(S) today with _____

(S) If I miss-stated something please advise.

*SSA* _____
*Unit Chief*

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SECRET

2

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-25-2012 BY 65179 DMH/STW

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** PRIORITY                    **Date:** 12/21/2005

**To:** Finance                         **Attn:**

                                        **Attn:**

    Criminal Investigative              **Attn:**

**From:** Operational Technology

          **Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430 - 417

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:** To request the procurement of

**Enclosure(s):** IT Acquisition form, COTS/ITATS approval
attachment, IT Acquisition form attachment, Vendor Price Quote
            FD369              in the amount of
and acquisition planning form

**Details:** In recent years, as a result of

b3
b6
b7C
b7E



CELL/OTD  026788



CELLSITE-7806

To:   Finance   From:   Operational Technology
Re:   268-HQ-1068430, 12/21/2005


        The Contracting Officer Technical Representative
(COTR) for this procurement is Electronics Engineer (EE)
[                    ] who can be contacted on [                    ] at the
Engineering Research Facility, located in Quantico, Virginia,
if there are any questions.

b3
b6
b7C
b7E

3

CELL/OTD   026790

CELLSITE-7808

To:    Finance   From:  Operational Technology
Re:   268-HQ-1068430, 12/21/2005


**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>FINANCE</u>

        <u>AT WASHINGTON, DC</u>

        The Engineering Contracts Unit is requested to procure ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Funding is available as specified on the attached form FD-369, Requisition ▮▮▮▮▮▮▮

**Set Lead 2:   (Action)**

    <u>CRIMINAL INVESTIGATIVE</u>

        <u>AT WASHINGTON, DC</u>

        The Criminal Investigative Division is requested to approve the procurement ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Funding is available as specified on the attached form FD-369, Requisition ▮▮▮▮▮▮▮

**CC:**

b3
b6
b7C
b7E

◆◆

CELL/OTD  026791    CELLSITE-7809

**IT ACQUISITION FORM**

See next page for instructions, or
**http://ocio.fbinet.fbi/resources/acquisition.htm**

Please attach to front of FD-369.
Mail to IMU Acquisition Staff, Room 9991, JEH

| | | |
|---|---|---|
| 1. | **Date:** 05/10/2005 **Requestor** | **Phone:** |
| | **Office ID** **Cost Code:** | **SP#:** **FD-369#:** |

| | |
|---|---|
| 2. | IT Product Type(s) Requested and Associated: Total Costs: (as funded on the FD-369) |

3. Proposed Acquisition Characteristics: ☐ COTS (CR#: See Attach ) ☐ Existing (Contract #: ) ☑ New

4. CIO Category Supported (Select ONE):

5. Director Priorities Supported (Select ONE)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/STW

6. Estimated life cycle: 5 years

a. Will this be attached to a network? No     If Yes, which network? Select...

b. If a request for contractor services, will the contractor also provide h/w or s/w products? No
If Yes, have you notified your ITS? Select...   (Ticket #: N/A )

c.

d. What IT **system** or **project** does this acquisition support? (Click on <u>system</u> or <u>project</u> to view master lists) None

**\*\*\*\*\*Please confirm that the following documents are part of your acquisition package, where applicable.**

| | | | |
|---|---|---|---|
| 7. | Requirements Analysis? Yes | e. | Independent Gov't Cost Estimate? Yes |
| a. | Analysis of Alternative(s)? Yes | f. | Life Cycle Cost Estimate? Yes |
| b. | Section 508 statement? Yes | g. | Earned Value Management Plan? Yes |
| c. | System Security Plan? Yes | h. | Privacy Impact Assessment? No |
| d. | Justification for Limited Competition? Yes | i. | Risk Assessment? Yes |

8. If your total acquisition request **exceeds $1million, or is for services only**, please include a one page synopsis of your requirement.

| 9. | | | |
|---|---|---|---|
| | CIO OPP Signature | Date | CTO Signature | Date |
| | CIO Signature | Date | CFO Signature | Date |

CFO/CIO

For Official Use Only

Rev 2.0   04/14/05

b3
b6
b7C
b7E

CELLSITE-7810

# IT Acquisition Form

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/STW

## *Section 7 Attachment*

### Requirements Analysis

The Wireless Intercept and Tracking Team (WITT), in support of

development efforts undertaken by WITT have determined that

WITT

as specified in requisition

b3
b7E

### Analysis of Alternatives

### Section 508 Statement

Wireless Intercept and Tracking Team conducted an evaluation of the systems and have submitted the following comments regarding compliance of Section 508 requirements.

1194.3  General Exceptions

Systems are critical to the direct fulfillment of missions and are not used for routine administrative and business applications.

Subpart B -- Technical Standards



b3
b7E

Subpart C – Functional Performance Criteria

CELL/OTD   026794

Subpart D – Information, Documentation, and Support

        (a) Documentation is offered in hardcopy (paper) as well as softcopy (CD) at no additional charge.

        (b) End users are instructed in the product features, visually or through instruction verbally at request, at no additional charge.

        (c) Support services accommodate the communication needs of end-users with disabilities.

## System Security Plan

A System Security Plan has been completed and in place for use of the [ ] EC dated 06/30/2004 from Security Division has been attached to requisition package [ ]

b3
b7E

CELL/OTD   026795

## Sole Source Justification

## Independent Government Cost Estimate

WITT has submitted a quotation from the vendor, [REDACTED] which details the cost of this procurement. Pricing is according to GSA price listings.

## Life Cycle Cost Estimate

[REDACTED] WITT [REDACTED]

[REDACTED] /WITT [REDACTED]

[REDACTED] WITT currently [REDACTED]

## Earned Value Management Plan

[REDACTED] WITT continuously ensures planning, scheduling, and budget monitoring through its program management efforts. [REDACTED] WITT [REDACTED] Detailed reports can be generated providing management the proper information to plan future procurements and deployments as the need arises.

b3
b7E

## Privacy Impact Assessment

The Office of General Council has been contacted and has reviewed the request for a Privacy Impact Assessment (PIA). [REDACTED] WITT has [REDACTED]

## Risk Assessment

[REDACTED] WITT has identified through research and development efforts that [REDACTED] WITT has a proven and successful history with the vendor of these systems. [REDACTED] Sufficient funding is also in place for this procurement, and as well as plans for the maintenance over the full lifecycle of these products. Refer to acquisition planning form [REDACTED] for specific estimates and distribution of costs.

FD-369 (Rev. 2-21-89)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

**FEDERAL BUREAU OF INVESTIGATION**

**REQUISITION FOR SUPPLIES AND/OR EQUIPMENT**

Req. #

Page 1 of

December 8, 2005

Date

Ordering Office/Cost Code

Approved By

Julilan Date

Supply Technician:
Program Manager:
Funding Approved:
Requester:
COTR:

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order #

**FY 2006**

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL |
|--------|----------------------|--------|------------------|---------------|------|------------------|-----|------------|-------|
| 1 | | | | ea | | | | | |
| 2 | | | | ea | | | | | |
| 3 | | | | ea | | | | | |

Requisition Description:

Suggested Vendor:

b3
b4
b6
b7C
b7E

**SPECIAL INSTRUCTIONS:**

Ship to Code:
Delivery Instructions: M-F, 8am-4:30pm, except holidays
Government's Estimate
Previous PO #
Previous Contract #

**JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:**
See attached EC

CELL/OTD 026801

CELLSITE-7817

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

## ACQUISITION PLANNING FORM

### FEDERAL BUREAU OF INVESTIGATION

1. Unit/Section/Division: [        ]/OTD

2. Description of Requirement: _____

_____

_____

3. Estimated Cost [            ]          4. Term of Contract: _____

5. Distribution of Dollars: FY- [          ]          6. Subobject Class/Budget Item: [            ]
   FY-_____   FY-_____          Product or Service Code: _____
   FY-_____   FY-_____

7. Market Research (state how performed & attach): See attached EC containing sole source justification
   _____

Commercial Item: ☒ Yes  ☐ No          Competitive: ☐ Yes  ☒ No
If no to one or more above, explain: See attached EC containing sole source justification
_____

b3
b6
b7C
b7E

8. Sources Considered:  ☐ FBI Personnel          ☐ Other Government Personnel   ☐ Required Sources
                       ☐ 100% Small Bus.         ☐ 8a Setaside                 ☐ Disadvantaged (FAR Part 8)
                       ☐ Hubzone                 ☐ Women-owned                 ☒ Other Federal Contracts
                       ☐ A-76

9. If Information Technology:   ☐ IRM Review          ☐ AIS Approval

10. Type of Procurement:       ☐ Brand Name or Equal       ☐ Performance-Based Service Contract
    ☒ Brand Name Only          ☐ Functional Specifications ☐ Commercial Item    ☐ Compatibility

11. Contract Type:  ☒ Firm-Fixed Price   ☐ (IFB)   ☐ RFP   ☐ RFQ   ☐ IDIQ Contract
    ☐ Firm-Fixed Price w/Economic Adj.   ☐ Reimbursable Agreement   ☐ Time & Material
    ☐ Cost-Reimbursement   ☐ Incentive   ☐ BOA   ☐ Letter Contract (DOJ Approval)

12. Lease vs Purchase (if lease, analysis attached): Purchase   13. Environmentally Preferable Item: ☐ Yes ☒ No

14. Inherently Government Function (justified): ☐ Yes ☒ No

15. Lead Time Required: _____ To be filled in by Contracting Officer

Approval: _____[            ]_____ 12/21/05 _____          _____
                Technical Staff Member/(date)                          Budget Staff Member/(date)

_____                 _____
Legal Review (If applicable)/(date)          Contracting Officer or CCO/(date)

CELL/OTD   026802

(Rev. 01-31-2003)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

4.

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                    Date:  12/22/2004

To:  Finance                    Attn:

From:  Investigative Technology

        Contact: EI

Approved By:

Drafted By:

Case ID #: 268-HQ-1068430-355

Title:  WIRELESS INTERCEPT AND TRACKING TEAM (WITT)

Synopsis:  To request procurement of a Stingray

                                        Harris
Corporation to support

Enclosure(s):  FD-369,          in the amount of          and
vendor price quotes

Details:  The WITT

b3
b6
b7C
b7E

UPLOADED

JAN 1 0 2005

S.D.J

CELL/DTD   026804

CELLSITE  7820

To: Finance   From:   Investigative Technology
Re:   268-HQ-1068430, 12/22/2004

The Harris Stingray,                                    b3
                                                        b7E

The Stingray

Stingray,

Clearly, the FBI requires additional Stingray.

2

CELL/OTD    026805

CELLSITE-7821

To: Finance  From:. Investigative Technology
Re:  268-HQ-1068430, 12/22/2004


LEAD(s):

Set Lead 1:  (Action)

    FINANCE

        AT WASHINGTON, DC

        The Engineering Contracts Unit is requested to procure
Stingray,⎡                                                          ⎤
⎣                        ⎦ Funding is available on FD-369 ⎡        ⎤

Set Lead 2:  (Action)

    ⎡                        ⎤

        AT WASHINGTON, DC

    ⎡                                         ⎤is requested to
approve funding for Stingray⎡        ⎤
⎡                          ⎤Harris Corporation to
⎣                          ⎦ Funding is available on
FD-369 number ⎡            ⎤


CC:  ⎡                    ⎤
     ⎢                    ⎥
     ⎣                    ⎦

◆◆

b3
b6
b7C
b7E

CELL/OTD    026808

CELLSITE-7824

FD-369 (Rev. 2-21-89)

# FEDERAL BUREAU OF INVESTIGATION

## REQUISITION FOR SUPPLIES AND/OR EQUIPMENT

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-25-2012 BY 65179 DMH/STW

Req. #

Page 1 of

December 14, 2004

Date

Ordering Office/Cost Code

Approved By

Julian Date

| | |
|---|---|
| Supply Technician: | Contract Specialist: |
| Program Manager: | Date Received: |
| Funding Approved: | PPMS Approval: |
| COTR: | Purchase Order # |
| Room # & Ext: | |

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | ea | | | | | |
| 2 | | | | ea | | | | | |
| 3 | | | | ea | | | | | |
| 4 | | | | ea | | | | | |
| 5 | | | | ea | | | | | |
| 6 | | | | ea | | | | | |
| 7 | | | | ea | | | | | |

Requisition Description:

Suggested Vendor:

b3
b4
b6
b7C
b7E

0268

CELL/OTD

**SPECIAL INSTRUCTIONS:**

Ship to Code:

Delivery Restrictions: M-F, 8am-4:30pm, except holidays

Government's Estimate:

Previous PO #

Previous Contract #

**JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:**

See Attached EC

CELLSITE-7825

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  PRIORITY                          **Date:**  05/10/2005

**To:**  Finance                          **Attn:**

　　　　Criminal Investigative          **Attn:**

**From:**  Operational Technology

　　　　　**Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:**  268-HQ-1068430

**Title:**  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**  To request procurement of Stingray                    b3
                                                                    b6
                        for Stingray                                b7C
                                                                    b7E

**Enclosure(s):**  IT Acquisition form, COTS/ITATS approval
attachment, IT Acquisition form attachment, Notification of
the Approval to Operate (ATO) dated 06/30/2004, Vendor Price
Quote                       FD369            in the amount of
                    and acquisition planning form

**Details:**

CELL/OTD     026816

To:  Finance   From:  Operational Technology
Re:  268-HQ-1068430, 05/10/2005


**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>FINANCE</u>

        <u>AT WASHINGTON, DC</u>

        The Engineering Contracts Unit is requested to procure Stingray ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ Funding is available as specified on the attached form FD-369, Requisition ⬚⬚⬚⬚

**Set Lead 2:   (Action)**

    <u>CRIMINAL INVESTIGATIVE</u>

        <u>AT WASHINGTON, DC</u>

        The Criminal Investigative Division is requested to approve the procurement of Stingray ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ Funding is available as specified on the attached form FD-369, Requisition ⬚⬚⬚⬚

CC:

◆◆

b3
b6
b7C
b7E

CELL/OTD  026819

CELLSITE-7832

**IT ACQUISITION FORM**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

See next page for instructions, or
http://ocio.fbinet.fbi/resources/acquisition.htm

**Please attach to front of FD-369.**

Mail to [ ] Room 9991, JEH

| 1. | Date: 05/10/2005   Requestor: [ ]   Phone [ ] |
|---|---|
| | Office ID [ ]   Cost Code: [ ]   SP#: [ ]   FD-369#: [ ] |
| 2. | IT Product Type(s) Requested and Associated: [ ] |
| | Total Costs: (as funded on the FD-369) |
| 3. | Proposed Acquisition Characteristics:  ☑ COTS (CR#: See Attach  )   ☐ Existing (Contract #:        )   ☐ New |
| 4. | CIO Category Supported (You **MUST** select ONE) [ ] |
| 5. | Director Priorities Supported (You **MUST** select ONE) [ ] |
| 6. | Estimated life cycle:  5      years |
| a. | Will this be attached to a network? No        If Yes, which network? Select... |
| b. | If a request for contractor services, will the contractor also provide h/w or s/w products? No |
| | If Yes, have you notified your ITS? Select...   (Ticket #: N/A     ) |
| c. | [ ] |
| d. | What IT **system** or **project** does this acquisition support? (Click on system or project to view master lists) None |

b3
b6
b7C
b7E

*****Please confirm that the following documents are part of your acquisition package, where applicable.

| 7. | Requirements Analysis? Yes | e. Independent Gov't Cost Estimate? Yes |
|---|---|---|
| a. | Analysis of Alternative(s)? Yes | f. Life Cycle Cost Estimate? Yes |
| b. | Section 508 statement? Yes | g. Earned Value Management Plan? Yes |
| c. | System Security Plan? Yes | h. Privacy Impact Assessment? No |
| d. | Justification for Limited Competition? Yes | i. Risk Assessment? Yes |
| 8. | If your total acquisition request **exceeds $1million, or is for services only**, please include a one page synopsis of your requirement. |

| 9. | Customer Signature (Mandatory) | 5/10/2005 Date | Division Signature (Mandatory) | Date |
|---|---|---|---|---|
| | CIO OPP Signature | Date | CTO Signature | Date |
| | CIO Signature | Date | CFO Signature | Date |

FD-369 (Rev. 2-21-89)

**FEDERAL BUREAU OF INVESTIGATION**

**REQUISITION FOR SUPPLIES AND/OR EQUIPMENT**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

Page 1 of 1

Req. #

May 13, 2005
Date

Ordering Office/Cost Code

Approved By

Julilan Date

Supply Technician:
Program Manager:
Funding Approved:
Requester:
COTR:

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order #

**FY 2005**

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | ea | | | | | |
| 2 | | | | ea | | | | | |
| 3 | | | | ea | | | | | |
| 4 | | | | ea | | | | | |

**Requisition Description:**

**Suggested Vendor:**

b3
b4
b6
b7C
b7E

026830

CELL/OTD

**SPECIAL INSTRUCTIONS:**
Ship to Code:
Delivery Restrictions: M-F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

**JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:**
See Attached EC

CELLSITE-7841

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

# ACQUISITION PLANNING FORM

## FEDERAL BUREAU OF INVESTIGATION

1. Unit/Section/Division: [____] /OTD

2. Description of Requirement: To request procurement of [_____]

[_____]

3. Estimated Cost: [_____]     4. Term of Contract: [_____] [_____]

5. Distribution of Dollars: FY-[_____]     6. Subobject Class/Budget Item [_____] [_____]
FY-_____  FY-_____     Product or Service Code:  *N/A*
FY-_____  FY-_____

7. Market Research (state how performed & attach): See attached EC containing Sole Source Justification

_____

Commercial Item: ☐ Yes  ☐ No          Competitive: ☐ Yes  ☑ No
If no to one or more above, explain:  Reference EC for Sole Source Justification

_____

8. Sources Considered:  ☐ FBI Personnel          ☐ Other Government Personnel   ☐ Required Sources
                        ☐ 100% Small Bus.        ☐ 8a Setaside                ☐ Disadvantaged (FAR Part 8)
                        ☐ Hubzone                ☐ Women-owned                ☑ Other Federal Contracts
                        ☐ A-76

9. If Information Technology:     ☐ IRM Review              ☐ AIS Approval

10. Type of Procurement:  ☐ Brand Name or Equal       ☐ Performance-Based Service Contract
    ☑ Brand Name Only     ☐ Functional Specifications  ☐ Commercial Item    ☐ Compatibility

11. Contract Type:  ☑ Firm-Fixed Price   ☐ (IFB)   ☐ RFP      ☐ RFQ       ☐ IDIQ Contract
    ☐ Firm-Fixed Price w/Economic Adj.  ☐ Reimbursable Agreement   ☐ Time & Material
    ☐ Cost-Reimbursement   ☐ Incentive  ☐ BOA    ☐ Letter Contract (DOJ Approval)

12. Lease vs Purchase (if lease, analysis attached):  Purchase   13. Environmentally Preferable Item: ☐ Yes  ☑ No

14. Inherently Government Function (justified):  ☐ Yes  ☑ No

15. Lead Time Required: _____   To be filled in by Contracting Officer

Approval: [_____]  05/10/2005 _____
          Technical Staff Member/(date)              Budget Staff Member/(date)

_____        _____
Legal Review (If applicable)/(date)        Contracting Officer or CCO/(date)

b3
b6
b7C
b7E

FBI/DOJ

CELL/OTD   026831                        CELLSITE-7842

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** PRIORITY                    **Date:** 12/21/2005

**To:** Finance                     **Attn:**

    Criminal Investigative       **Attn:**
                      **Attn:**

**From:** Operational Technology
                                    /QT-ERF
       **Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430- 4/16

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**  To request procurement of Harris Corporation's Stingray

**Enclosure(s):**  IT Acquisition form, COTS/ITATS approval attachment, IT Acquisition form attachment, Notification of the Approval to Operate (ATO) dated 06/30/2004, Vendor Price Quote                FD369                in the amount of                and acquisition planning form

**Details:**

b3
b6
b7C
b7E



CELL/OTD    026834

CELLSITE-7816

To:   Finance   From:   Operational Technology
Re:   268-HQ-1068430, 12/21/2005

b3
b7E

Wireless Intercept and Tracking Team (WITT) supports FBI

meeting FBI requirements.  WITT has historically

utilizing Harris Corporation's

In doing so, it is required that WITT procure

WITT requests                                    Harris Corporation - Stingray

Harris Corporation is

The WITT intends to continue to use the Harris Corporation

WITT continuously

2

To:   Finance   From:   Operational Technology
Re:   268-HQ-1068430, 12/21/2005


**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>FINANCE</u>

       <u>AT WASHINGTON, DC</u>

       The Engineering Contracts Unit is requested to
procure Harris Corporation's Stingray [            ]
[            ] Funding is available as specified on
the attached form FD-369, Requisition [     ]

**Set Lead 2:   (Action)**

    <u>CRIMINAL INVESTIGATIVE</u>

       <u>AT WASHINGTON, DC</u>

       The Criminal Investigative Division is requested to
approve <u>funding for the procurement of Harris Corporation</u>'s
<u>Stingray</u> [                ] Funding is
available as specified on the attached form FD-369,
Requisition [     ]


**Set Lead 3:   (Action)**

    [           ]

       <u>AT WASHINGTON, DC</u>

       [           ] is requested to
approve <u>funding for the procurement of Harris Corporation's</u>
<u>Stingray</u> [              ] Funding is
available as specified on the attached form FD-369,
Requisition [     ]

CC:   [        ]
[            ]

◆◆

b3
b6
b7C
b7E

4   [        ]

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-20-2012 BY 65179 DMH/STW

## IT ACQUISITION FORM

See next page for instructions, or
**http://ocio.fbinet.fbi/resources/acquisition.htm**

Please attach to front of FD-369.
Mail to IMU Acquisition Staff, Room 9991, JEH

| | |
|---|---|
| 1. | **Date:** 05/10/2005   **Requestor**                      **Phone**<br>**Office ID**          **Cost Code:**          **SP#:**          **FD-369#:** |
| 2. | IT Product Type(s) Requested and Associated:<br>Total Costs: (as funded on the FD-369) |
| 3. | Proposed Acquisition Characteristics:   ☑ COTS (CR#: **See Attach** )   ☐ Existing (Contract #:          )   ☐ New |
| 4. | CIO Category Supported (Select ONE) |
| 5. | Director Priorities Supported (Select ONE) |
| 6. | Estimated life cycle:  5   years |
| a. | Will this be attached to a network? <u>No</u>     If Yes, which network? <u>Select...</u> |
| b. | If a request for contractor services, will the contractor also provide h/w or s/w products? <u>No</u><br>If Yes, have you notified your ITS? <u>Select...</u>   (Ticket #: N/A     ) |
| c. | |
| d. | What IT **system** or **project** does this acquisition support? (Click on <u>system</u> or <u>project</u> to view master lists) None |

***** Please confirm that the following documents are part of your acquisition package, where applicable.**

| | | | |
|---|---|---|---|
| 7. | Requirements Analysis? <u>Yes</u> | e. Independent Gov't Cost Estimate? <u>Yes</u> |
| a. | Analysis of Alternative(s)? <u>Yes</u> | f. Life Cycle Cost Estimate? <u>Yes</u> |
| b. | Section 508 statement? <u>Yes</u> | g. Earned Value Management Plan? <u>Yes</u> |
| c. | System Security Plan? <u>Yes</u> | h. Privacy Impact Assessment? <u>No</u> |
| d. | Justification for Limited Competition? <u>Yes</u> | i. Risk Assessment? <u>Yes</u> |
| 8. | If your total acquisition request **exceeds $1 million, or is for services only**, please include a one page synopsis of your requirement. |

| | | | | |
|---|---|---|---|---|
| 9. | Customer Signature (Mandatory) | 12/21/05<br>Date | | 23 Dec 05<br>Date |
| | CIO OPP Signature | Date | CTO Signature | Date |
| | CIO Signature | Date | CFO Signature | Date |

CFO/CIO

Rev 2.0   04/14/05

CELL/OTD  026838

b3
b6
b7C
b7E

CELLSITE-7849

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/STW

FD-369 (Rev. 2-21-89)

**FEDERAL BUREAU OF INVESTIGATION**

**REQUISITION FOR SUPPLIES AND/OR EQUIPMENT**

Req. #

Page 1 of

December 8, 2005

Date

Ordering Office/Cost Code

Approved By

Julilan Date

Supply Technician:
Program Manager:
Funding Approved:
Requester:
COTR:

ERF/
ERF/

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order #

## FY 2006

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | EA | | | | | |
| 2 | | | | EA | | | | | |
| 3 | | | | EA | | | | | |
| 4 | | | | EA | | | | | |
| 5 | | | | EA | | | | | |
| 6 | | | | EA | | | | | |
| 7 | | | | ea | | | | | |

Requisition Description:

Suggested Vendor:

028849   b3
b4
b6
b7C
b7E

CELL/OTD

SPECIAL INSTRUCTIONS:
Ship to Code:
Delivery Instructions: M-F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:
See attached EC

CELLSITE-7858

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/STW

## ACQUISITION PLANNING FORM

### FEDERAL BUREAU OF INVESTIGATION

1. Unit/Section/Division: [        ] OTD

2. Description of Requirement: Procurement of Harris Corporation Stingray

3. Estimated Cost: _____    4. Term of Contract: _____

5. Distribution of Dollars: FY-[ 06 ]_____    6. Subobject Class/Budget Item: _____
   FY-_____    FY-_____    Product or Service Code: _____
   FY-_____    FY-_____

7. Market Research (state how performed & attach): See attached EC containing Sole Source Justification

Commercial Item: ☑ Yes  ☐ No        Competitive: ☐ Yes  ☑ No
If no to one or more above, explain: See attached EC containing Sole Source Justification

8. Sources Considered:  ☐ FBI Personnel         ☐ Other Government Personnel    ☐ Required Sources
                        ☐ 100% Small Bus.        ☐ 8a Setaside                   ☐ Disadvantaged (FAR Part 8)
                        ☐ Hubzone                ☐ Women-owned                   ☑ Other Federal Contracts
                        ☐ A-76

9. If Information Technology:  ☐ IRM Review        ☐ AIS Approval

10. Type of Procurement:      ☐ Brand Name or Equal      ☐ Performance-Based Service Contract
    ☑ Brand Name Only         ☐ Functional Specifications  ☐ Commercial Item      ☐ Compatibility

11. Contract Type:  ☑ Firm-Fixed Price  ☐ (IFB)  ☐ RFP  ☐ RFQ  ☐ IDIQ Contract
    ☐ Firm-Fixed Price w/Economic Adj.  ☐ Reimbursable Agreement  ☐ Time & Material
    ☐ Cost-Reimbursement  ☐ Incentive  ☐ BOA  ☐ Letter Contract (DOJ Approval)

12. Lease vs Purchase (if lease, analysis attached):    13. Environmentally Preferable Item: ☐ Yes  ☐ No

14. Inherently Government Function (justified): ☐ Yes  ☑ No

15. Lead Time Required: _____  To be filled in by Contracting Officer

Approval: _____  12/21/05
          Technical Staff Member/(date)                           Budget Staff Member/(date)

          _____                                        _____
          Legal Review (If applicable)/(date)                     Contracting Officer or CCO/(date)

b3
b6
b7C
b7E

CELL/OTD          026850          FBI/DOJ
CELLSITE-7859

# YAHOO! MAIL

Print - Close Window

**From:**

**To:**

**CC:**

**Subject:** FW: Section 508 Compliance

**Date:** Thu, 17 Mar 2005 16:55:39 -0500

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/STW

b3
b6
b7C
b7E

Hi

It was a pleasure to speak with you.  As we discussed, I am attaching the table of supporting features and remarks per Functional Performance Criteria for our products.  As we also discussed some equipment may fall in the exemption guidelines but either way you have documentation for the Boards request.  Please do not hesitate to contact us is you need any additional information.

## Section 1194.41 Information, Documentation and Support - Detail

### Voluntary Product Accessibility Template

| Criteria | Supporting Features | Remarks and explanations |
|---|---|---|
| (a) Product support documentation provided to end-users shall be made available in alternate formats upon request, at no additional charge | Documentation is offered in hardcopy (paper) as well as softcopy (CD) at no additional charge. | |
| (b) End-users shall have access to a description of the accessibility and compatibility features of products in alternate formats or alternate methods upon request, at no additional charge. | End users are instructed in the product features , visually or through instruction verbally at there request. | |
| (c) Support services for products shall accommodate the communication needs of end-users with disabilities. | Support services can accomadate end users with disabilities. | |

CELL/OTD  026851

CELLSITE-7860

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/STW

TITLE OF PROCUREMENT:                     Stingray

REQUISITION NUMBER:

REQUESTING DIVISION:                      Operational Technology Division

USER DIVISION, SECTION, UNIT:                                                        b3
                                                                                     b7E
EQUIPMENT OR SERVICES REQUESTED:

PROPOSED DELIVERY DATE:                   After issuance of Funding document

FUNDING:                                  PROGRAM:   Wireless Intercept and
                                                     Tracking Team (WITT)

Budget Item:
Original Budget:                          (SEE ATTACHED)
Budget Changes (Net):
Commitment to Date:
Current Committed Requisition(s):
Budget Remaining:

PROCUREMENT METHOD:                       Sole Source

ALTERNATIVE METHODS CONSIDERED TO MEET REQUIREMENTS
(Lease vs. Purchase, etc.):               N/A

IS THIS PROCUREMENT DEPENDENT UPON A PREVIOUS OR SUBSEQUENT
PROCUREMENT:                              No

LIST OF PREVIOUS RESEARCH AND DEVELOPMENT/CONSULTING CONTRACTS OF
SIMILAR NATURE AND/OR LIST THOSE CONTRACTS WITH THE SAME COMPANY:

SPECIAL ISSUES:   None

LEGAL AUTHORITY:
41 USC 253(c)(6)

COMMENTS:

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/STW

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  PRIORITY                    Date:  03/29/2005

To:  Finance                     Attn:

   Criminal Investigative          Attn:
                                   Attn:

From:  Operational Technology

      Contact:

Approved By:

Drafted By:

Case ID #: 268-HQ-1068430

Title:  WIRELESS INTERCEPT AND TRACKING TEAM

Synopsis:  To request procurement
                              deployed Stingray

Enclosure(s):  IT Acquisition form, COTS/ITATS approval
attachment, IT Acquisition form attachment, Notification of
the Approval to Operate (ATO) dated 06/30/2004, Vendor Price
Quote              FD369          in the amount of
           and acquisition planning form

Details:

b3
b6
b7C
b7E

To:    Finance   From:   Operational Technology
Re:    268-HQ-1068430, 03/29/2005

b3
b7E

Wireless
Intercept and Tracking Team (WITT) supports FBI

WITT has
historically

Harris Corporation's

WITT has
determined

WITT                          with Harris
Corporation
Stingray

Harris Corporation

The WITT intends to continue to use the Harris
Corporation

WITT continuously

2

CELL/OTD      0268860

CELLSITE-7865

```
To:   Finance   From:  Operational Technology
Re:   268-HQ-1068430, 03/29/2005
```

**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>FINANCE</u>

      <u>AT WASHINGTON, DC</u>

      <u>The Engineering Contracts Unit is requested to</u>
procure ████████████████████████████████████████
Stingray ██████████████████████████████████████
████████████████████████ Funding is available as specified on the
attached form FD-369, Requisition ████████████

**Set Lead 2:  (Action)**

    <u>CRIMINAL INVESTIGATIVE</u>

      <u>AT WASHINGTON, DC</u>

      The Criminal Investigative Division is requested to
approve funding for the procurement █████████████████
███████████████Stingray ████████████████████
███████████████████████ Funding is
available as specified on the attached form FD-369,
Requisition ███████████

**Set Lead 3:  (Action)**

    ███████████████████████

      <u>AT WASHINGTON, DC</u>

      ████████████████████████ is requested to
approve funding for the procurement of███████████████
█████████████████████ Funding is available as specified on
the attached form FD-369, Requisition ████████████

CC: ████████████████████████
    ████████████████████████
    ████████████████████████
    ████████████████████████

b3
b6
b7C
b7E

♦♦

4       █████████████████████

CELLSITE-7867

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/STW

See back for instructions
or http://30.100.99.123/itim

**FY 2004 IT ACQUISITION FORM**

Please attach to front of FD-369
Mail to _____ room 9991, JEH

| 1 | Requestor: _____ Phone: _____ Office ID: _____ SP# _____ FD-369# _____ |
|---|---|
| 2 | IT Product Type(s) Requested and Associated Total Costs: (as funded on the FD-369) |
| 3 | Proposed Acquisition Method: (please circle) COTS (CR# *See Attachment*) Existing (Contract# _____ ) New |
| 4 | CIO IT Category Supported: (please circle) |
| 5 | Director Priorities Supported: (please circle) |

| ***** | Please provide the following feedback, where applicable: (please circle Y or N) |
|---|---|
| 6 | Estimated life cycle of h/w or s/w product(s): ___5___ yrs. |
| a. | Will this be attached to a network? Y (N) If Y, which network? _____ |
| b. | If a request for contractor services, will the contractor also provide h/w or s/w products? Y (N) If Y, have you notified your ITS? Y N (Ticket # _____ ) |
| c. | Have you included this system or project as part of your base funding for the next two fiscal years? (Y) N |
| d. | Will this acquisition directly support a currently implemented IT system or project? Y (N) If Y, what is the name of the system or project? _____ |

| ***** | Please confirm the following documents are part of your acquisition package, where applicable (please circle Y or N) |
|---|---|
| 7 | Have you completed a Requirements Analysis? (Y) N | e. Have you completed an Independent Gov't Cost Estimate? (Y) N |
| a. | Have you completed an Analysis of Alternative(s)? (Y) N | f. Have you completed a life cycle cost estimate? (Y) N |
| b. | Have you completed a Section 508 statement? (Y) N | g. Have you completed an Earned Value Mgmt. plan? (Y) N |
| c. | Have you completed a System Security Plan? (Y) N | h. Have you completed a Privacy Impact Assesment? Y (N) |
| d. | Have you completed a Sole Source Justification? (Y) N | i. Have you completed a Risk Assessment? (Y) N |

| 8 | If your total acquisition request exceeds $1million, or is for services only, please include a one page synopsis of your requirement. |
|---|---|

| 9 | Customer Signature: _____ / /04 Division Signature: / /04 |
|---|---|
|   | CIO OPP Signature: / /04 CTO Signature: / /04 |
|   | CIO Signature: / /04 CFO Signature: / /04 |

CFO/CIO

Rev. 1.0
05/13/04

b3
b6
b7C
b7E

CELL/OTD 026863

CELLSITE-7868

FD-369 (Rev. 2-21-89)

**FEDERAL BUREAU OF INVESTIGATION**

**REQUISITION FOR SUPPLIES AND/OR EQUIPMENT**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/STW

Page 1 of 1

Req. #

February 11, 2005
Date

Ordering Office/Cost Code        Approved By

Julian Date

Supply Technician:
Program Manager:
Funding Approved:
Requester:
COTR:

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order #

**FY 2005**

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | ea | | | | | |
| 3 | | | | ea | | | | | |
| 4 | | | | ea | | | | | |
| 5 | | | | ea | | | | | |
| | | | | ea | | | | | |

**Requisition Description:**

**Suggested Vendor:**

b3
b4
b6
b7C
b7E

**SPECIAL INSTRUCTIONS:**
Ship to Code:
Delivery Restrictions: M–F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

**JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS**
See Attached EC

CELLSITE-7876

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/STW

# ACQUISITION PLANNING FORM

## FEDERAL BUREAU OF INVESTIGATION

1. Unit/Section/Division: _____ OTD _____

2. Description of Requirement: Procurement of _____

Stingray _____

_____

3. Estimated Cost: _____  4. Term of Contract: _____

5. Distribution of Dollars: FY- 05 _____  6. Suboject Class/Budget Item: _____
   FY-_____  FY-_____   Product or Service Code: _N/A_
   FY-_____  FY-_____

7. Market Research (state how performed & attach): See attached EC containing Sole Source Justification

_____

_____

Commercial Item: ☐ Yes  ☐ No      Competitive: ☐ Yes  ☑ No
If no to one or more above, explain: Reference attached EC for Sole Source Justification

_____

8. Sources Considered:  ☐ FBI Personnel        ☐ Other Government Personnel   ☐ Required Sources
                        ☐ 100% Small Bus.      ☐ 8a Setaside                 ☐ Disadvantaged (FAR Part 8)
                        ☐ Hubzone              ☐ Women-owned                 ☑ Other Federal Contracts
                        ☐ A-76

9. If Information Technology:  ☐ IRM Review              ☐ AIS Approval

10. Type of Procurement:  ☐ Brand Name or Equal      ☐ Performance-Based Service Contract
    ☑ Brand Name Only     ☐ Functional Specifications  ☐ Commercial Item   ☐ Compatibility

11. Contract Type:  ☑ Firm-Fixed Price  ☐ (IFB)  ☐ RFP  ☐ RFQ  ☐ IDIQ Contract
    ☐ Firm-Fixed Price w/Economic Adj.  ☐ Reimbursable Agreement  ☐ Time & Material
    ☐ Cost-Reimbursement  ☐ Incentive  ☐ BOA  ☐ Letter Contract (DOJ Approval)

12. Lease vs Purchase (if lease, analysis attached): Purchase   13. Environmentally Preferable Item: ☐ Yes  ☑ No

14. Inherently Government Function (justified): ☐ Yes  ☑ No

15. Lead Time Required: _____  To be filled in by Contracting Officer

Approval: _____ 3/22/05          _____
          Technical Staff Member/(date)                  Budget Staff Member/(date)

          _____          _____
          Legal Review (If applicable)/(date)           Contracting Officer or CCO/(date)

b3
b6
b7C
b7E

CELL/OTD        026874

FBI/DOJ

CELLSITE-7877

4

# FEDERAL BUREAU OF INVESTIGATION

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/STW

Precedence: ·ROUTINE                                    Date:  02/18/2005

To:  Finance                          Attn:

        Criminal Investigative        Attn:

From:  Investigative Technology

        Contact:

Approved By:

Drafted By:

Case ID #:  268-HQ-1068430 -311

Title:  WIRELESS INTERCEPT AND TRACKING TEAM

Synopsis:  To request procurement of                            b3
                              Stingray                          b6
                                                                b7C
                                                                b7E

Enclosure(s):  FD369          in the amount of
acquisition planning                    Non-IT Waiver, and vendor price
quote

Details:                                      Wireless Intercept
and Tracking Team (WITT) is tasked with providing FBI

                    WITT's

UPLOADED

MAR  1 2005

S.D.J

To:   Finance   From:   Investigative Technology
Re:   268-HQ-1068430, 02/18/2005

LEAD(s):

Set Lead 1:   (Action)

    FINANCE

    AT WASHINGTON, DC

    The Engineering Contracts Unit is requested to procure
Stingray

Funding is available from
Subobject Classification

Set Lead 2:   (Action)

    CRIMINAL INVESTIGATIVE

    AT WASHINGTON, DC

    The Criminal Investigative Division is requested to
approve funding for the procurement of
Stingray

Funding is available from Subobject Classification

b3
b6
b7C
b7E

CC:

♦♦

3

CELL/OTD   026890

CELLSITE-7893

FD-369 (Rev. 2-21-89)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-25-2012 BY 65179 DMH/STW

**FEDERAL BUREAU OF INVESTIGATION**

**REQUISITION FOR SUPPLIES AND/OR EQUIPMENT**

Req. #

Page 1 of 1

February 11, 2005
Date

Supply Technician:
Program Manager:
Funding Approved:
Requester:
COTR:

Ordering Office/Cost Code

Approved By

Julilan Date

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order #

# FY 2005

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | ea | | | | | |
| 3 | | | | ea | | | | | |
| 4 | | | | ea | | | | | |
| 5 | | | | ea | | | | | |
| | | | | ea | | | | | |

Requisition Description:

Suggested Vendor:

CELL/OTD

b3
b4
b6
b7C
b7E

SPECIAL INSTRUCTIONS:
Ship to Code:
Delivery Restrictions: M-F, 8am-4:30pm except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:
See Attached EC

0291836

CELLSITE-7894

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/STW

# ACQUISITION PLANNING FORM

## FEDERAL BUREAU OF INVESTIGATION

1. Unit/Section/Division: _____ ITD

2. Description of Requirement: __To request procurement of__ _____

   Stingray _____

   _____

3. Estimated Cost: _____     4. Term of Contract: _____

5. Distribution of Dollars: FY- _05_ _____     6. Subobject Class/Budget Item: _____
   FY-_____   FY-_____         Product or Service Code: __N/A__

   FY-_____   FY-_____

7. Market Research (state how performed & attach): __See attached EC containing Sole Source Justification__

   _____

   Commercial Item: ☑ Yes  ☐ No          Competitive: ☐ Yes  ☑ No
   If no to one or more above, explain: _Reference attached EC for Sole Source Justification_ _____

   _____

8. Sources Considered:  ☐ FBI Personnel          ☐ Other Government Personnel     ☐ Required Sources
                        ☐ 100% Small Bus.        ☐ 8a Setaside                   ☐ Disadvantaged (FAR Part 8)
                        ☐ Hubzone                ☐ Women-owned                   ☑ Other Federal Contracts
                        ☐ A-76

9. If Information Technology:  ☐ IRM Review        ☐ AIS Approval

10. Type of Procurement:  ☐ Brand Name or Equal      ☐ Performance-Based Service Contract
    ☑ Brand Name Only     ☐ Functional Specifications ☐ Commercial Item   ☐ Compatibility

11. Contract Type: ☑ Firm-Fixed Price   ☐ (IFB)  ☐ RFP      ☐ RFQ      ☐ IDIQ Contract
    ☐ Firm-Fixed Price w/Economic Adj.   ☐ Reimbursable Agreement   ☐ Time & Material
    ☐ Cost-Reimbursement        ☐ Incentive  ☐ BOA    ☐ Letter Contract (DOJ Approval)

12. Lease vs Purchase (if lease, analysis attached): No        13. Environmentally Preferable Item: ☐ Yes  ☑ No

14. Inherently Government Function (justified): ☐ Yes  ☑ No

15. Lead Time Required: _____  To be filled in by Contracting Officer

Approval: _____ _2/18/2005_ _____
          Technical Staff Member/(date)                    Budget Staff Member/(date)

          _____              _____
          Legal Review (If applicable)/(date)          Contracting Officer or CCO/(date)

b3
b6
b7C
b7E

FBI/DOJ

CELLSITE-7895

(Rev. 01-31-2003)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/STW

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                    Date: 02/18/2005

To: Finance                    Attn:

   Criminal Investigative     Attn:

From: Investigative Technology

ERF

       Contact:

Approved By:

Drafted By:

Case ID #: 268-HQ-1068430

Title: WIRELESS INTERCEPT AND TRACKING TEAM

Synopsis: To request procurement of
                              Stingray

b3
b6
b7C
b7E

Enclosure(s): FD369,              in the amount of
acquisition planning            . Non-IT Waiver, and vendor
price quote

                                      Wireless
Intercept and Tracking Team (WITT) is tasked with providing
FBI

                              WITT's

FD-369 (Rev. 2-21-89)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/STW

## FEDERAL BUREAU OF INVESTIGATION

### REQUISITION FOR SUPPLIES AND/OR EQUIPMENT

Page 1 of

Req. #

February 11, 2005

Date | Ordering Office/Cost Code | Approved By | Julilan Date

Supply Technician:
Program Manager:
Funding Approved:
Requester:
COTR:

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order #

# FY 2005

| ITEM # | NATIONAL STOCK NUMBER | SER. # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS. | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | ea | | | | | |
| 2 | | | | ea | | | | | |
| 3 | | | | ea | | | | | |
| 4 | | | | ea | | | | | |
| 5 | | | | ea | | | | | |

**Requisition Description:**

**Suggested Vendor:**

b3
b4
b6
b7C
b7E

CELL/01D

026900

**SPECIAL INSTRUCTIONS:**
Ship to Code:
Delivery Restrictions:  M-F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

**JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEMS:**
See Attached EC

CELLSITE-7900

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/STW

b3
b7E

## ACQUISITION PLANNING FORM

### FEDERAL BUREAU OF INVESTIGATION

1. Unit/Section/Division: _____/ITD

2. Description of Requirement: To request procurement of Stingray _____

3. Estimated Cost: _____   4. Term of Contract: _____

5. Distribution of Dollars: FY-__05__
   FY-_____   FY-_____
   FY-_____   FY-_____

6. Subobject Class/Budget Item: _____
   Product or Service Code: __n/a__

7. Market Research (state how performed & attach): Market survey conducted via internet research and contact /
communications with multiple vendors (reference attached EC sole source justification).

Commercial Item: ☑ Yes ☐ No        Competitive: ☐ Yes ☑ No
If no to one or more above, explain: Reference attached EC for Sole Source Justifications

8. Sources Considered: ☐ FBI Personnel          ☐ Other Government Personnel     ☐ Required Sources
                       ☐ 100% Small Bus.        ☐ 8a Setaside                   ☐ Disadvantaged (FAR Part 8)
                       ☐ Hubzone                ☐ Women-owned                   ☑ Other Federal Contracts
                       ☐ A-76

9. If Information Technology:   ☐ IRM Review              ☐ AIS Approval

10. Type of Procurement:   ☐ Brand Name or Equal        ☐ Performance-Based Service Contract
    ☑ Brand Name Only      ☐ Functional Specifications  ☐ Commercial Item        ☐ Compatibility

11. Contract Type:  ☑ Firm-Fixed Price   ☐ (IFB)   ☐ RFP        ☐ RFQ        ☐ IDIQ Contract
    ☐ Firm-Fixed Price w/Economic Adj.   ☐ Reimbursable Agreement   ☐ Time & Material
    ☐ Cost-Reimbursement    ☐ Incentive   ☐ BOA     ☐ Letter Contract (DOJ Approval)

12. Lease vs Purchase (if lease, analysis attached): No     13. Environmentally Preferable Item: ☐ Yes ☑ No

14. Inherently Government Function (justified): ☐ Yes ☑ No

15. Lead Time Required: _____   To be filled in by Contracting Officer

Approval: _____          _____
          Technical Staff Member/(date)                  Budget Staff Member/(date)

          _____          _____
          Legal Review (If applicable)/(date)          Contracting Officer or CCO/(date)

CELL/OTD  026902

CELLSITE-7902

To:   Investigative Technology   From:   Investigative Technology
Re:   268-HQ-1068430, 04/12/2004

The WITT mission is to ⬚                                    b3
⬚                                                           b7E

⬚                          The WITT also provides
⬚

The WITT produces ⬚
⬚

WITT do not produce ⬚                    All the WITT
⬚

purpose is to support WITT ⬚

⬚
⬚                                          the WITT is
approved by ⬚

CC:   ⬚

♦♦

CELLSITE-7903

DECLASSIFIED BY 65179 DMH/STW
ON 11-01-2012

**From:**
**Sent:** Friday, March 20, 2009 1:23 PM
**To:**
**Cc:**
**Subject:**

SECRET
RECORD

b3
b6
b7C
b7E

Here is the _____ for the new contract package. Note that the intended cap is now _____. Please let me know if you think this looks good for the competition advocate.

Thanks,

wpd

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20340320
SECRET

CELL/OTD   0173062

1

CELLSITE-7907

~~SECRET~~

DATE: 10-31-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-31-2037

## Justification for Other Than Full and Open Competition
## In Accordance With 41 U.S.C. 253 (c)(6)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**1.   IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI), [          ] Operational Technology Division (OTD).  The contracting activity is the Engineering Contracts Unit (ECU).

**2.   NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

(U) The proposed acquisition strategy is to award a non-competitive contract effort for highly-specialized

**3.   DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

(U) [      ] is responsible for providing the FBI with [                    ]

Wireless Intercept and Tracking Team (WITT)

(S)

b1
b3
b7E

(U[      ] is requesting this sole source procurement with [                    ] Requisition #E00XXXX, in the amount of $XXXXXX.00 has been submitted to begin funding the requirement.

CELL/OTD   013063

~~SECRET~~

~~SECRET~~

4. **IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6). The regulatory authority is FAR 6.302-6(a)(2). Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

5. **DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

(S)

(S)

b1
b3
b7E

6. **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement. Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information). This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

7. **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U) The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable. Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the



~~SECRET~~

Government, and rigorous negotiation.

8.    **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

(U)  ▮▮▮▮ continuously conducts market surveys to determine state-of-the-art technologies.  The engineers, technicians, and technical personnel are in constant contact with equipment vendors, other technical members of the intelligence community, as well as visiting trade shows, reviewing trade journals, and browsing the Internet. ▮▮▮▮ routinely conducts and attends working group (WG) meetings with vendors to assess the capabilities, performance, and quality of equipment that meets the needs of the FBI. ▮▮▮▮ assessed available capabilities and have determined that other vendor technologies have not yet achieved the advanced capabilities that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

                                                                                        b3
                                                                                        b7E

9.    **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

(U)▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ See paragraph (5) above for facts supporting the use of other then full and open competition.

10.   **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

11.   **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

12.   **TECHNICAL REPRESENTATIVE CERTIFICATION**

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

CELL/OTD      013065



~~SECRET~~

~~SECRET~~

(U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

|                          | Contracting Officer's Technical Representative  (Date) |
|--------------------------|--------------------------------------------------------|

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

b6
b7C

|                          | Contracting Officer                          (Date) |
|--------------------------|-----------------------------------------------------|

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
, Supervisory Contracting Officer              (Date)


_____
, FBI Chief Contracting Officer              (Date)


_____
Office of General Counsel                        (Date)


Approved By:  _____
                  , Competition Advocate              (Date)

CELL/OTD    013066

~~SECRET~~

CELLSITE-7911

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-24-2012 BY 65179 DMH/STW

**From:**
**Sent:**      Wednesday, August 30, 2006 4:32 PM
**To:**
**Cc:**
**Subject:**      Post Katrina Acquisitions EC

**UNCLASSIFIED**
**NON-RECORD**

Per your request, here's a copy of the EC and other documents that I produced to to the post-Katrina Harris Corp equipment buy.

V/R,

b3
b6
b7C
b7E

Harris_060713.wpd   PKatrina_Harris_06   PKatrina_060713_C
0713req.xls   ritical Needs...

**UNCLASSIFIED**

CELLSITE-7912

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-25-2012 BY 65179 DMH/STW

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  PRIORITY                    **Date:**  07/13/2006

**To:**  Finance                    **Attn:**

       Criminal Investigative    **Attn:**

**From:**  Operational Technology
         **Contact:**

**Approved By:**



**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:**  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**  To request the procurement of
StingRay

                                                        b3
                                                        b6
                                                        b7C
                                                        b7E

**Enclosure(s):**  IT Acquisition form, COTS/ITATS approval
attachment, IT Acquisition form attachment, FD369 in the amount
of                    and acquisition planning

**Details:**  In the summer of 2005, the U. S. Gulf Coast bore the
brunt of Several hurricanes, including Hurricane Katrina which
severely degraded the capabilities of the
                                         Included within this equipment
was                                     As a result, the
ability to conduct

       The                              Wireless Intercept
and Tracking Team (WITT) supports FBI

                                                        Harris_060713.wpd

CELLSITE-7913

```
To:  Finance  From:  Operational Technology
Re:  268-HQ-1068430, 07/13/2006
```

b3
b7E

Harris Corporation's

WITT has
determined that it is essential                    WITT

Harris Corporation is

The WITT intends to continue to use the Harris
Corporation

b3
b6
WITT

b7C

continuously evaluates

b7E

2                                  Harris_060713.wpd

```
To:  Finance  From:  Operational Technology
Re:  268-HQ-1068430, 07/13/2006
```

**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>FINANCE</u>

       <u>AT WASHINGTON, DC</u>

       The Engineering Contracts Unit is requested to initiate the procurement of [        ] StingRay [        ] [                    ] Funding is available as outlined on the attached form FD-369.

**Set Lead 2:   (Action)**

    <u>CRIMINAL INVESTIGATIVE</u>

       <u>AT WASHINGTON, DC</u>

       The Criminal Investigative Division is requested to approve the procurement of [        ] StingRay [        ] [                    ] Funding is available as outlined on the attached form FD-369, Requisition [        ]

b3
b6
b7C
b7E

**CC:** [                    ]

♦♦

Harris_060713.wpd

CELL/OTD 007644

CELLSITE-7915

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/STW

REQ. #

7/13/2006
DATE

ORDERING OFFICE/COST CODE    APPROVED BY

Page___1___ OF____1____

JULIAN DATE

Supply Technician:
Program Manger:
Funding Approved:
COTR:
Room# & Ext:

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order#

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| 1 | | | | EA | | | | | |
| 2 | | | | EA | | | | | |
| 3 | | | | EA | | | | | |
| 4 | | | | EA | | | | | |
| 5 | | | | EA | | | | | |
| 6 | | | | EA | | | | | |
| 7 | | | | EA | | | | | |
| | | | Recommend by: Unit Chief | | | | | | |
| | | | Requested by/Deliver to: Federal Bureau of Investigation | | | | | | |
| | | | ERF Building 27958A, Quantico, VA22135 | | | | | | |
| | | | Attn: | | | | | | |

b3
b4
b6
b7C
b7E

SPECIAL INSTRUCTION:
Ship to Code:
Delivery Restrictions:    M-F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEM:

See Attached EC

CELLSITE-7916

DECLASSIFIED BY 65179 DMH/STW
ON 10-31-2012

**From:**
**Sent:** Friday, June 12, 2009 10:10 AM
**To:**
**Cc:**
**Subject:**

SECRET
RECORD 268-HQ-1068430

b3
b6
b7C
b7E

Wireless Intercept Tracking Team

SoleSource
5.wpd

DERIVED FROM: G-3 FBI Classification Guide G-3, dated 1/97, Foreign Counterintelligence Investigations
DECLASSIFY ON: 20340612
SECRET

CELL/OTD          012983

1

CELLSITE-7923

DERIVED FROM: 11-01-2037
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 11-01-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

SECRET//20330612

**JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION
IN ACCORDANCE WITH 41 U.S.C. 253(c)(6)**

1.    **Identification of the agency and the contracting activity:**

(S)

2.    **Nature and/or description of the action being approved:**

(S)

3.    **Description of the supplies or services   (including estimated value):**

(U)           is responsible for providing the FBI with

                                                              The FBI's Wireless
Intercept and Tracking Team (WITT)

b1
b3
b7E

(S)

(U) OTD contemplates an award to                                     in
the amount of              which is funded under requisition numbers
and           for the procurement of

Derived From:  G3
Declassify On:  6/12/2033

4.    **Statutory Authority:**

(U) This procurement action is authorized by 41 U.S.C. 253(c)(6), as set forth
in Federal Acquisition Regulation (FAR) Part 6.302-6.

SECRET//20330612

CELL/OTD    012984

SECRET//20330612

5.  **Demonstration that the nature of the acquisition justifies the use of the above authority:**

(S)

(S)

b1
b3
b7E

6.  **Efforts made to ensure offers are solicited from as many potential sources as practicable, including compliance with subpart 5.2 and, if not, which exception under FAR 5.202 applies:**

(S)

(U) Full and open competition of this procurement could ⬚

⬚ no advertisement will be made.

7.  **Determination that the anticipated cost to the Government will be fair and reasonable:**

(U) A price analysis will be conducted by the Contracting Officer prior to award to determine that all prices are fair and reasonable.

8.  **Market Survey:**

(U) ⬚ continuously conducts market surveys to determine state-of-the-art technologies.  The engineers, technicians, and technical personnel are in constant contact with equipment vendors, other technical members of the intelligence community, as well as visiting trade shows, reviewing trade journals, and browsing the Internet. ⬚ routinely conducts and attends working group meetings with vendors to assess the capabilities, performance, and quality of equipment that meets the needs of the FBI. ⬚ assessed available capabilities and has determined that no other vendor or reseller is able to fulfil this requirement.

9.  **Any other facts supporting the use of other than ful and open**

SECRET//20330612

CELL/OTD   012985

CELLSITE-7925

SECRET//20330612

competition:

(U) See paragraph (5) above for the facts supporting the use of other than full and open competition.

10.  **A listing of the sources, if any, that expressed in writing an interest in the acquisition:**

(U) Since the procurement was not publicized pursuant to FAR 5.202(a)(1), no other commercial sources were given the opportunity to express written interest in this procurement.

11.  **A statement of the actions, if any, the agency may take to remove or overcome any barriers to competition before any subsequent acquisition for the supplies or services are required:**

(U) The FBI will continue to do market surveys to identify potential sources on subsequent acquisitions. [    ] has a successful record of finding and developing new contractors.

**Conclusion:**

(S)

**Certifications:**

**Technical Representative Certification:**

As Technical Representative of the requiring office, I have reviewed the data provided in support of the Justification and Approval to procure using other than Full and Open Competition.  I certify that the data is accurate and complete to the best of my knowledge and belief.

b1
b3
b6
b7C
b7E

_____          _____
                                                          Date
Contracting Officer's
Technical Representative (*Proposed*)


**Contract Specialist Certification:**

I hereby certify that the information in this justification is accurate and complete to the best of my knowledge and belief.

_____          _____
                                                          Date

SECRET//20330612

CELL/OTD   012986

CELLSITE-7926

SECRET//20330612

Contract Specialist
Quantico Contracts Unit

**Reviewed:**

**Unit Chief:**

| | Date |
|---|---|
| Quantico Contracts Unit | |

b6
b7C

SECRET//20330612

CELLSITE-7927

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 149
Page 2 ~ b3; b6; b7C; b7E;
Page 3 ~ b3; b6; b7C; b7E;
Page 5 ~ b3; b6; b7C; b7E;
Page 6 ~ b3; b6; b7C; b7E;
Page 7 ~ b3; b6; b7C; b7E;
Page 15 ~ b6; b7C;
Page 16 ~ b3; b4; b6; b7C; b7E;
Page 18 ~ b3; b4; b6; b7C; b7E;
Page 28 ~ b3; b6; b7C; b7E;
Page 29 ~ b3; b6; b7C; b7E;
Page 30 ~ b3; b6; b7C; b7E;
Page 32 ~ b3; b6; b7C; b7E;
Page 34 ~ b3; b6; b7C; b7E;
Page 36 ~ b3; b6; b7C; b7E;
Page 37 ~ b3; b4; b6; b7C; b7E;
Page 38 ~ b3; b4; b6; b7C; b7E;
Page 39 ~ b3; b6; b7C; b7E;
Page 40 ~ b3; b6; b7C; b7E;
Page 41 ~ b3; b4; b6; b7C; b7E;
Page 47 ~ b3; b6; b7C; b7E;
Page 48 ~ b3; b6; b7C; b7E;
Page 49 ~ b3; b6; b7C; b7E;
Page 50 ~ b3; b6; b7C; b7E;
Page 55 ~ b3; b6; b7C; b7E;
Page 56 ~ b3; b6; b7C; b7E;
Page 57 ~ b3; b6; b7C; b7E;
Page 58 ~ b3; b6; b7C; b7E;
Page 59 ~ b3; b6; b7C; b7E;
Page 60 ~ b3; b7E;
Page 61 ~ b3; b6; b7C; b7E;
Page 62 ~ b3; b6; b7C; b7E;
Page 68 ~ b3; b4; b7E;
Page 69 ~ b3; b4; b7E;
Page 70 ~ b3; b4; b7E;
Page 71 ~ b3; b6; b7C; b7E;
Page 73 ~ b3; b6; b7C; b7E;
Page 75 ~ b3; b4; b7E;
Page 76 ~ b3; b4; b7E;
Page 77 ~ b3; b4; b7E;
Page 78 ~ b3; b4; b7E;
Page 79 ~ b3; b4; b7E;
Page 80 ~ b3; b4; b7E;
Page 81 ~ b3; b4; b7E;
Page 85 ~ b3; b6; b7C; b7E;
Page 86 ~ b3; b6; b7C; b7E;
Page 87 ~ b3; b6; b7C; b7E;
Page 88 ~ b3; b6; b7C; b7E;
Page 89 ~ b3; b6; b7C; b7E;
```

```
Page 96 ~ b3; b6; b7C; b7E;
Page 97 ~ b3; b6; b7C; b7E;
Page 98 ~ b3; b6; b7C; b7E;
Page 108 ~ b3; b6; b7C; b7E;
Page 109 ~ b3; b6; b7C; b7E;
Page 110 ~ b3; b6; b7C; b7E;
Page 111 ~ b3; b6; b7C; b7E;
Page 112 ~ b3; b6; b7C; b7E;
Page 113 ~ b3; b6; b7C; b7E;
Page 114 ~ b3; b4; b6; b7C; b7E;
Page 115 ~ b3; b4; b6; b7C; b7E;
Page 116 ~ b3; b4; b6; b7C; b7E;
Page 117 ~ b3; b6; b7C; b7E;
Page 118 ~ b3; b6; b7C; b7E;
Page 119 ~ b3; b4; b6; b7C; b7E;
Page 120 ~ b3; b6; b7C; b7E;
Page 122 ~ b3; b5; b6; b7C; b7E;
Page 123 ~ b3; b5; b6; b7C; b7E;
Page 124 ~ b3; b5; b6; b7C; b7E;
Page 128 ~ b3; b6; b7C; b7E;
Page 129 ~ b3; b6; b7C; b7E;
Page 130 ~ b3; b6; b7C; b7E;
Page 132 ~ b3; b4; b7E;
Page 133 ~ b3; b4; b6; b7C; b7E;
Page 134 ~ b3; b4; b7E;
Page 135 ~ b3; b4; b6; b7C; b7E;
Page 136 ~ b3; b4; b7E;
Page 137 ~ b3; b4; b6; b7C; b7E;
Page 138 ~ b3; b4; b6; b7C; b7E;
Page 139 ~ b3; b4; b6; b7C; b7E;
Page 148 ~ b3; b4; b7E;
Page 149 ~ b3; b4; b6; b7C; b7E;
Page 150 ~ b3; b4; b7E;
Page 151 ~ b3; b4; b6; b7C; b7E;
Page 152 ~ b3; b4; b7E;
Page 153 ~ b3; b4; b6; b7C; b7E;
Page 154 ~ b3; b4; b7E;
Page 155 ~ b3; b4; b6; b7C; b7E;
Page 156 ~ b3; b4; b7E;
Page 157 ~ b3; b4; b6; b7C; b7E;
Page 160 ~ b3; b4; b7E;
Page 166 ~ b3; b4; b7E;
Page 167 ~ b3; b4; b7E;
Page 168 ~ b3; b4; b7E;
Page 169 ~ b3; b4; b7E;
Page 170 ~ b3; b4; b7E;
Page 171 ~ b3; b4; b7E;
Page 172 ~ b3; b4; b7E;
Page 173 ~ b3; b4; b7E;
Page 174 ~ b3; b4; b7E;
Page 175 ~ b3; b4; b7E;
Page 176 ~ b3; b4; b7E;
Page 177 ~ b3; b4; b7E;
Page 178 ~ b3; b4; b7E;
```

```
Page 179 ~ b3; b4; b7E;
Page 180 ~ b3; b4; b7E;
Page 181 ~ b3; b4; b7E;
Page 182 ~ b3; b4; b7E;
Page 183 ~ b3; b4; b7E;
Page 184 ~ b3; b4; b7E;
Page 185 ~ b3; b4; b7E;
Page 186 ~ b3; b4; b7E;
Page 187 ~ b3; b4; b7E;
Page 188 ~ b3; b4; b7E;
Page 189 ~ b3; b4; b7E;
Page 190 ~ b3; b4; b7E;
Page 191 ~ b3; b4; b7E;
Page 195 ~ b3; b4; b7E;
Page 196 ~ b3; b4; b7E;
Page 197 ~ b3; b4; b7E;
Page 198 ~ b3; b4; b7E;
Page 199 ~ b3; b4; b7E;
Page 200 ~ b3; b4; b7E;
Page 201 ~ b3; b4; b7E;
Page 202 ~ b3; b4; b7E;
Page 203 ~ b3; b4; b7E;
Page 204 ~ b3; b7E;
Page 205 ~ b3; b6; b7C; b7E;
Page 206 ~ b1; b3; b6; b7C; b7E;
Page 212 ~ b3; b7E;
Page 213 ~ b3; b7E;
Page 214 ~ b3; b7E;
Page 215 ~ b3; b6; b7C; b7E;
Page 216 ~ Duplicate;
Page 217 ~ Duplicate;
Page 218 ~ Duplicate;
Page 219 ~ b1; b3; b6; b7C; b7E;
Page 224 ~ b3; b7E;
Page 225 ~ b3; b7E;
Page 226 ~ b3; b7E;
Page 227 ~ b3; b6; b7C; b7E;
Page 238 ~ b3; b7E;
Page 239 ~ b3; b6; b7C; b7E;
Page 249 ~ b1; b3; b6; b7C; b7E;
Page 250 ~ b1; b3; b6; b7C; b7E;
Page 252 ~ b3; b7E;
Page 253 ~ b3; b6; b7C; b7E;
Page 256 ~ b3; b4; b6; b7C; b7E;
Page 279 ~ b1; b3; b7E;
Page 280 ~ b1; b3; b7E;
Page 281 ~ b1; b3; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-02-2012 BY 65179 DMH/STW

Office Outlook Web Access | Type here to search | This Folder | Address Book | Options | Log Off

| | |
|---|---|
| Mail | Reply · Reply to All · Forward · Move · Delete · Close |
| Calendar | **FW: Summary of 2010 Price List Questions and Revisions** |
| Contacts | |
| Deleted Items | **Sent:** Thursday, February 10, 2011 8:34 AM |
| Drafts [1] | **To:** |
| Inbox | **Attachments:** Details · Pricing~1.xls (275 KB) [Open as Web Page] |
| Junk E-Mail [2] | |
| Sent Items | |

Click to view all folders

move

Manage Folders...

Per our phone conversation Tuesday and our discussion on Monday, you are in concurrence with this revised price list from                his other responses below, and require no further edits to this list. As a result, I will send          a modification to the contract officially accepting this price list as the revised one for               Please base all future purchases off this price list.

Thank you,

**From**
**Sent:** Thursday, January 06, 2011 9:33 AM
**To**
**Cc**
**Subject:** RE: Summary of 2010 Price List Questions and Revisions

Hi

Happy New Year – I hope you all had a wonderful holiday.

Please find attached, the latest revised price list.  This incorporates                        in your item 1 below and deletes the products in your item 4 below.

Regarding item 2, here is what has transpired since the September 2009 price list:

Regarding item 3, we have undergone a simple name change                    was renamed to                                          This is a name change only and there is no impact to the kit or functionality or pricing from last year's price list.  There is no upgrade path from

Please let me know if you require further clarifications

Regards,

b3
b6
b7C
b7E

CELL/OTD   026913



**From**
**Sent:** Friday, December 17, 2010 1:31 PM
**To**
**Cc**
**Subject:** Summary of 2010 Price List Questions and Revisions

b6
b7C

Good Morning

We are reviewing the price list one final time to ensure we have identified all questions or concerns. Please accept the information below as Version 1 of the FBI's Request for Clarification or Changes. I realize some of these repeat; however, I wanted to ensure a clear log was maintained.

1) The FBI requests the                                    from the Original Price List of September 2009 be included in the Revised Price list of 2010. Per E-mail from        2/15/10, the prices are as follows:

2) The FBI requests that        provide                                              from the September 2009 price list, quoted as                                   Revised Price List for 2010. The product quoted by        in his 12/15/10 e-mail provided a different product number with a different cost.

3) The FBI requests that        explain the difference between the                    (Sept 2009) and                    2010). What would be an upgrade path for a                              each to a

b3
b4
b6
b7C
b7E

4) The FBI requests the removal of the following products from the                    Price List for the contract:
                              (page 8)
                              (page 8)
                              (page 8)

Thank you and have a good day,

Quantico Contracts Unit
Federal Bureau of Investigation

b6
b7C

⌃ ⌄

☒ Connected to Microsoft Exchange

CELL/010 0264144

**Office Outlook** Web Access | Type here to search | This Folder | 🔍 | Address Book | Options | ❓ | Log Off

- 📧 Mail
- 📅 Calendar
- 📇 Contacts
- 🗑 Deleted Items
- 📝 Drafts [1]
- 📥 Inbox
- Junk E-Mail [2]
- 📧 Sent Items

Click to view all folders ≫

- 📁 Harris
- 📁 move

- 📁 Manage Folders...

Reply | Reply to All | Forward | Move | Delete | Close

## FW: Summary of 2010 Price List Questions and Revisions

Sent: Thursday, February 03, 2011 3:18 PM
To:
Attachments: _____ 1.xls (275 KB) [Open as Web Page]

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/STW

Here's the doc I'd like to review at your earliest convenience.

Quantico Contracts Unit
Federal Bureau of Investigation

b3
b6
b7C
b7E

From:
Sent: Thursday, January 06, 2011 9:32 AM
To:
Cc:
Subject: RE: Summary of 2010 Price List Questions and Revisions

H

Happy New Year – I hope you all had a wonderful holiday.

b3
b6
b7C
b7E
b4

Please find attached, the latest revised price list. This incorporates _____ in your item 1 below and deletes the products in your item 4 below.

Regarding item 2, here is what has transpired since the September 2009 price list:

We no longer offer

Our cost to perform the upgrades has increased and the price was adjusted accordingly

The current offering is

The pricing offered for an

Regarding item 3, we have undergone a simple name change. _____ was renamed _____ This is a name change only and there is no impact to the kit or functionality or pricing from last year's price list. There is no upgrade path from

Please let me know if you require further clarifications

*CELL/OTD   026915*

Regards,

CELLSITE-11336

b3
b6
b7C
b7E

**From:**
**Sent:** Friday, December 17, 2010 1:31 PM
**To:**
**Cc:**
**Subject:** Summary of 2010 Price List Questions and Revisions

Good Morning

We are reviewing the price list one final time to ensure we have identified all questions or concerns. Please accept the information below as Version 1 of the FBI's Request for Clarification or Changes. I realize some of these repeat; however, I wanted to ensure a clear log was maintained.

1) The FBI requests th[        ]from the Original Price List of September 2009 be included in the Revised Price list of 2010. Per E-mail fro[    ]2/15/10, the prices are as follows:

2) The FBI requests that [        ]provide the September 2009 price list, quoted as [        ] Revised Price List for 2010. The product quoted b[    ]n his 12/15/10 e-mail provided a different product number with a different cost.

3) The FBI requests that [    ]explain the difference between the [        ](Sept 2009) and [        ]2010). What would be an upgrade path for a [        ]each to a

b3
b4
b6
b7C
b7E

4) The FBI requests the removal of the following products from the [        ]rice List for the contract:

Thank you and have a good day,

CELL/OTD 026917

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-05-2012 BY 65179 DMH/STW

Microsoft
**Office Outlook** Web Access | Type here to search | This Folder | 🔍 | 📖 Address Book | 🗔 Options | ⓐ | Log Off

📧 Mail
📅 Calendar
📇 Contacts
••••••••
🗑 Deleted Items
📄 Drafts [1]
📥 Inbox
📁 Junk E-Mail [2]
📤 Sent Items

Click to view all folders ⌄

📁 move
📇 Manage Folders...

🔄 Reply | 🔄 Reply to All | ➡ Forward | 📁 Move | ✖ Delete | Close | ▲ ▼ ✖

**RE:**

**Sent:**       Friday, August 20, 2010 9:48 AM
**To:**
**Cc:**
**Attachments:** 📎Product_Specs_FBI ___ .xlsx (12 KB) [Open as Web Page]

b3
b6
b7C
b7E

Here's an updated version. There are a couple of changes.

Let me know if you need anything else.

-----Original Message-----
**From:**
**Sent:** Thursday, August 19, 2010 6:11 PM
**To:**
**Subject:** RE: ___ equipment Specs

b3
b6
b7C
b7E

Can u also provide info for

But so far information is great.

Much appreciated for the help.

----- Original Message -----
**From**
**To:**
**Cc:**
**Sent:** Thu Aug 19 18:09:39 2010
**Subject:** RE: ___ equipment Specs

b3
b6
b7C
b7E

Sorry for emailing you guys late but I wanted to get you the requested
info ASAP in case you need more information or clarification. Here's a
spreadsheet with the requested info. If you need anything else, let us
know.

-----Original Message-----
**From:**
**Sent:** Wednesday, August 18, 2010 4:06 PM
**To:**
**Cc:**
**Subject:** RE: ___ equipment Specs

Hi

b3
b6
b7C
b7E

No problem, we will have it for you by week's end.

*CELL/OTD  026945*

-----Original Message-----
From:
Sent: Wednesday, August 18, 2010 2:59 PM
To:
Cc:
Subject:            equipment Specs

I am working with some other groups here at        (working group level) to
come up with a information for planning purposes.  It is actually really
important with a deadline of this week (sorry i just found out about
this).

                Not much more to say on the background, but is a really
important thing that needs to be filled out.

Could you fill out the following for me for

p.s.  if this can't be done in the timeframe, please let me know.

much appreciated for the support.

b3
b6
b7C
b7E

Connected to Microsoft Exchange

CELL/OTD  026946

Office Outlook Web Access    Type here to search    This Folder    Address Book    Options    Log Off

| Mail | Reply | Reply to All | Forward | Move | Delete | Close |

Calendar

Contacts

Deleted Items
Drafts [1]
Inbox
Junk E-Mail [2]
Sent Items

Click to view all folders ≫

move

Manage Folders...

**RE:**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-05-2012 BY 65179 DMH/STW

**Sent:**      Thursday, August 19, 2010 6:09 PM
**To:**
**Cc:**
**Attachments:** 🖼 Product_Specs_FBI.xls (29 KB) [Open as Web Page]

Sorry for emailing you guys late but I wanted to get you the requested
info ASAP in case you need more information or clarification. Here's a
spreadsheet with the requested info. If you need anything else, let us
know.

-----Original Message-----
From:
Sent: Wednesday, August 18, 2010 4:06 PM
To:
Cc:
Subject: RE:              equipment Specs

Hi

No problem, we will have it for you by week's end.

-----Original Message-----
From:
Sent: Wednesday, August 18, 2010 2:59 PM
To:
Cc:
Subject:         equipment Specs

b3
b6
b7C
b7E

I am working with some other groups here at       (working group level) to
come up with a information for planning purposes. It is actually really
important with a deadline of this week (sorry i just found out about
this).

              Not much more to say on the background, but is a really
important thing that needs to be filled out.

Could you fill out the following for me for

p.s. if this can't be done in the timeframe, please let me know.

much appreciated for the support.

CELL/OTD  026947

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-05-2012 BY 65179 DMH/STW

Office Outlook Web Access

| Type here to search | This Folder | Address Book | Options | Log Off |

- Mail
- Calendar
- Contacts
  .........
- Deleted Items
- Drafts [1]
- Inbox
- Junk E-Mail [2]
- Sent Items

Click to view all folders ≫

move

Manage Folders...

Reply | Reply to All | Forward | Move | Delete | Close

**RE:**

**Sent:** Wednesday, August 18, 2010 4:05 PM
**To:**
**Cc:**

Hi

No problem, we will have it for you by week's end.

b3
b6
b7C
b7E

-----Original Message-----
**From:**
**Sent:** Wednesday, August 18, 2010 2:59 PM
**To:**
**Cc:**
**Subject:** equipment Specs

I am working with some other groups here at ☐ (working group level) to
come up with a information for planning purposes. It is actually really
important with a deadline of this week (sorry i just found out about
this)                  ☐
Not much more to say on the background, but is a really
important thing that needs to be filled out.

Could you fill out the following for me fo

b3
b6
b7C
b7E

p.s. if this can't be done in the timeframe, please let me know.

much appreciated for the support.

CELL/OTD    026952

Connected to Microsoft Exchange

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-05-2012 BY 65179 DMH/STW

**Microsoft Office Outlook** Web Access

| Mail | Calendar | Contacts |

- Deleted Items
- Drafts [1]
- Inbox
- Junk E-Mail [2]
- Sent Items

Click to view all folders ≫

move

Manage Folders...

Reply | Reply to All | Forward | Move | Delete | Close

**Sent:** Wednesday, August 18, 2010 2:58 PM

**To:**
**Cc:**

I am working with some other groups here at _____ (working group level) to come up with a information for planning purposes. It is actually really important with a deadline of this week (sorry i just found out about this) _____

_____ Not much more to say on the background, but is a really important thing that needs to be filled out.

Could you fill out the following for me for _____

p.s.  if this can't be done in the timeframe, please let me know.

much appreciated for the support.

b3
b6
b7C
b7E

CELL/OTD   026953

Connected to Microsoft Exchange

Office Outlook Web Access | Type here to search | This Folder | Address Book | Options | Log Off

Mail
Calendar
Contacts
Deleted Items
Drafts
Inbox
Junk E-Mail [2]
Sent Items

Click to view all folders »

move

Manage Folders...

Reply | Reply to All | Forward | Move | Delete | Close

**RE:**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-05-2012 BY 65179 DMH/STW

Sent: Monday, May 10, 2010 4:13 PM

To:
Cc:

Hi

I'll ping the team
again.

Regards,

-----Original Message-----
From:
Sent: Monday, May 10, 2010 10:57 AM
To
Cc
Subject: Re: Inventory at

Thanks

-----Original Message -----
From:
To:
Cc:
Sent: Thu May 06 13:04:33 2010
Subject: RE: Inventory at

H:

How are things coming on the various documents you were planning on
sending down?  We are closed tomorrow so I was hoping you could send
them today.  I am closing in on arrangements to work the

we need during the actual execution of task work.

Please let me know when to expect the documents so I can arrange to have
the fax manned.

Any further thoughts regarding th
We'd really like to get that restarted.

Thanks,

b3
b6
b7C
b7E

b3
b6
b7C
b7E

CELL/OTD  026967

CELLSITE-11369

-----Original Message-----
From:
Sent: Monday, May 03, 2010 3:30 PM
To:
Cc:
Subject: RE: Inventory at

HI Folks:

Our classified fax number is                    This is NOT an
auto-answering machine.  You will need to contact me to coordinate a
time to fax documents.  I can then call you from the machine to let you
know it is OK to transmit.

b3
b6
b7C
b7E

-----Original Message-----
From:
Sent: Monday, May 03, 2010 9:59 AM
To:
Cc:
Subject: Inventory at

    We have to account for the following inventory items.

b3
b6
b7C
b7E

There is a specific form that has to be filled out for these items. If
you can provide a fax number        can get that down to you.

Thanks,

... Please include your classified fax number as well, so I can get the
SOW down to you.

Connected to Microsoft Exchange

CELL/OTD 026968

CELLSITE-11370

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/STW

b3
b7E

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

CELL/OTD

CELLSITE-11391
027001

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

CELL/OTD  027002

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

CELL/OTD 027003

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

CELL/OTD   027005

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

CELL/OTD  027004

CELLSITE-11395

UNCLASSIFIED//FOUO/LES
UNCLASSIFIED When Separated from CLASSIFIED Package
Technical Specifications

b3
b7E

CELL/OTD 027007

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-06-2012 BY 65179 DMH/STW

Microsoft Office Outlook Web Access

Type here to search   This Folder   Address Book   Options   Log Off

Mail
Calendar
Contacts

Reply   Reply to All   Forward   Move   Delete   Close

Harris

b3
b6
b7C
b7E

**Sent:** Friday, June 25, 2010 9:02 AM

To:
Cc:

Deleted Items
Drafts
Inbox
Junk E-Mail [2]
Sent Items

Click to view all folders ≫

Harris

move

Manage Folders...

Hi

Per our discussions out at the WITT Conference in San Diego, and based on your interest in our _____ _____ we are working to loan you one of the first production units _____ for evaluation at Quantico.  We should be able to get it up to you in about 2 weeks (the week ending July 9th).  Should we send it to your attention, or to someone else.  Please advise.

# Regards,

### *HARRIS* GCSD

**Wireless Products Group   ><)))*>**

P.O. Box 9800

Mailstop R5-11A

Melbourne, FL 32902-9800

Ph:

Cell

Fax:

email:

CELL/OTD   027006

Connected to Microsoft Exchange

CELLSITE-11397

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-06-2012 BY 65179 DMH/STW

21 December 2010

935 Pennsylvania Ave. N.W.
JEH Bldg Room 6853
Washington, D.C. 20535

b3
b6
b7C
b7E

Attention: [ ] Contracting Officer

Subject: [ ] Request for Approval

Reference: [ ]

b3
b6
b7C
b7E

Dear [ ]

Contractor is respectfully requesting approval to provide [ ]

[ ]

[ ]

[ ]

b3
b6
b7C
b7E

Please approve by signing below:

Should you have any questions, please contact me at [ ]

Sincerely,

Contract Administrator

CELL/OTD  027092

TE-11462

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-06-2012 BY 65179 DMH/STW

02 February 2011

935 Pennsylvania Ave. N.W.
JEH Bldg Room 6853
Washington, D.C. 20535

Attention:                          Contracting Officer

Subject:                          — Request for Approval

Reference:

Dear

b3
b6
b7C
b7E

Contractor is respectfully requesting approval to provide

b3
b6
b7C
b7E

Per the conversation between            and            on January 26, 2011, the FBI

This is the process that was discussed regarding the FBI

a.
b.

c.

b3
b6
b7C
b7E

According to our records these customers have previously

Please approve by signing below:

CELL/OTD    027093

E-11463

b6
b7C

Should you have any questions, please contact me a

Sincerely,

Contract Administrator

CELL/OTD    027094

b3
b7E
SITE-11464



SECRET

DATE: 11-05-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 11-05-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**Justification for Other Than Full and Open Competition**
**In Accordance With 41 U.S.C. 253 (c)(6)**

**1.    IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI) ☐ ☐ Operational Technology Division (OTD).  The contracting activity is the Engineering Contracts Unit (ECU).

**2.    NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

b3
b7E

(U) The proposed acquisition strategy is to award a non-competitive contract effort for ☐

**3.    DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

(U) ☐ s responsible for providing the FBI with ☐ ☐ to conduct lawfully authorized ☐ ☐ The FBI's Wireless Intercept and Tracking Team (WITT) plays a critical role in the ☐

(S)

b1
b3
b7E

(U ☐ is requesting this ☐ The proposed procurement is ☐ in the amount of ☐ has been submitted to fund the requirement.

**4.    IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6).  The regulatory authority is FAR 6.302-6(a)(2).  Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.



SECRET



SECRET

5.  **DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

(S)

b1
b3
b7E

(S)

6.  **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement. Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information). This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

b3
b7E

7.  **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U)  The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable. Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8.  **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

b3
b7E

9.  **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

SECRET

SECRET

(U [                                    ] See paragraph (5) above for facts
supporting the use of other then full and open competition.

b3
b7E

10.   **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

11.   **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

12.   **TECHNICAL REPRESENTATIVE CERTIFICATION**

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.



SECRET

 SECRET

(U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

b6
b7C

|                                        | (Date) |

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
        , Contracting Officer                    (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
        , Supervisory Contracting Officer           (Date)

_____
        , FBI Chief Contracting Officer           (Date)

_____
Office of General Counsel                          (Date)

Approved By:    _____
                    , Competition Advocate          (Date)

 SECRET

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-05-2012 BY 65179 DMH/STW

REQ. #

Page___1___ OF___1___

1/29/2007
DATE

ORDERING OFFICE/COST CODE       /       APPROVED BY

JULIAN DATE

b3
b6
b7C
b7E

Supply Technician:
Program Manger:
Funding Approved:
Requester:
Room# & Ext:

Fiscal Year 2007

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order#

b3
b6
b7C
b7E

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |
| 1 |  |  |  |  |  |  |  |  |  |
| 2 |  |  |  |  |  |  |  |  |  |
| 3 |  |  |  |  |  |  |  |  |  |
| 4 |  |  |  |  |  |  |  |  |  |
| 5 |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  | Recommend by: Unit Chief |  |  |  |  |  |  |
|  |  |  | Requested by/Deliver to: Federal Bureau of Investigation |  |  |  |  |  |  |
|  |  |  | ERF Building 27958A, Quantico, VA22135 |  |  |  |  | Total |  |
|  |  |  | Attn: |  |  |  |  |  |  |

b3
b4
b6
b7C
b7E

SPECIAL INSTRUCTION:
Ship to Code:
Delivery Restrictions:     M-F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEM

See attached EC



~~SECRET~~

DATE: 11-05-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 11-05-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

## Justification for Other Than Full and Open Competition
## In Accordance With 41 U.S.C. 253 (c)(6)

**1. IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI[        ]) [        ] Operational Technology Division (OTD).  The contracting activity is the Engineering Contracts Unit (ECU).

**2. NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

(U) The proposed acquisition strategy is to award a [                    ]

b3
b7E

**3. DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

(U[    ] is responsible for providing the FBI with [                    ]

[        ] The FBI's Wireless Intercept and Tracking Team (WITT) plays a critical role in the [        ]

(S)

b1
b3
b7E

(U[                    ]

**4. IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6).  The regulatory authority is FAR 6.302-6(a)(2).  Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

**5. DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE**



~~SECRET~~

SECRET

**NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

(S)

(S)

b1
b3
b7E

6.   **DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.  Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information).  This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

b3
b7E

7.   **DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U)  The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable.  Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

8.   **A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

(U

b3
b7E

9.   **ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

SECRET

SECRET

(U[                                        ] See paragraph (5) above for facts
supporting the use of other then full and open competition.

b3
b7E

**10.     A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

**11.     A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

**12.     TECHNICAL REPRESENTATIVE CERTIFICATION**

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.



SECRET



SECRET

(U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

|  | (Date) |
|---|---|

b6
b7C

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
, Contracting Officer                    (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
, Supervisory Contracting Officer              (Date)

_____
, FBI Chief Contracting Officer           (Date)

_____
Office of General Counsel                          (Date)


Approved By:    _____
                , Competition Advocate            (Date)

SECRET

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-05-2012 BY 65179 DMH/STW

REQ. #

10/20/2006
DATE

ORDERING OFFICE/COST CODE     APPROVED BY

Page___1___ OF___1_____

JULIAN DATE

Supply Technician:
Program Manger:
Funding Approved:
Requester:
        Room# & Ext:

Fiscal Year 2007

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order#

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
| 1 |  |  |  | EA |  |  |  |  |  |
| 2 |  |  |  | EA |  |  |  |  |  |
| 3 |  |  |  | EA |  |  |  |  |  |
| 4 |  |  |  | EA |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  | Recommend by: Unit Chief |  |  |  |  |  |  |
|  |  |  | Requested by/Deliver to: Federal Bureau of Investigation Building 27958A, Quantico, VA22135 |  |  |  |  |  |  |
|  |  |  | Attn: |  |  |  |  | Total |  |

b3
b6
b7C
b7E

SPECIAL INSTRUCTION:
Ship to Code:
Delivery Restrictions:      M-F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEM:

See attached EC

CELLSITE-11498

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-05-2012 BY 65179 DMH/STW

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                          **Date:** 11/28/2006

**To:** Finance                    **Attn:**

                                   **Attn:**
                                       (Enc)

**From:** Operational Technology

          **Contact:**

**Approved By:**                                            b3
                                                           b6
                                                           b7C
**Drafted By:**                                            b7E

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:** To request that the Engineering Contracts Unit (ECU) initiate payment for the enclosed requisition.

**Enclosure(s):** Price Estimates, FD-369          in the amount of

**Details**                              has been tasked with the acquisition and fielding of

                                                                    b3
                                                                    b7E

                      Consequently,      requests that the ECU issue payment action against the attached FD-369 to acquire these                Additionally,      requests that the approve the expenditure of funds for this effort.  Funding for the amount of          is available using

To:  Finance  From:  Operational Technology
Re:  268-HQ-1068430, 11/28/2006

Contracting Officers are responsible for ensuring that

b3
b7E



wpd

2

```
To:  Finance  From:  Operational Technology
Re:  268-HQ-1068430, 11/28/2006
```

**LEAD(s):**

**Set Lead 1:   (Action)**

      FINANCE

        AT WASHINGTON, DC

requests that the ECU issue payment action against
the attached FD-369 to acquire these        Funding for the
amount of       is available using

**Set Lead 2:   (Action)**

        AT WASHINGTON, DC

b3
b6
b7C
b7E

requests that The
approve the expenditure of funds for this effort.  Funding for
the amount of       is available using

**CC:**

♦♦

wpd

3

**\*\*\* ~~SECRET~~ \*\*\***

DATE: 11-05-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 11-05-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(U)   Security Addendum to EC dated 12/21/2005

(U)        (S)   This addendum further expands on the referenced EC with regard to sole source justification.

(S)

(S)

b1
b3
b7E

(S)

(U)   Full and open competition of referenced procurement requirement could

**\*\*\* ~~SECRET~~ \*\*\***

**\*\*\* SECRET \*\*\***

b3
b7E

it is recommended that no advertisement be made.

December 21, 2005

b6
b7C

Investigative Technology Division

Derived From:  G-3
Declassify On:  December 21, 2030

**\*\*\* SECRET \*\*\***



SECRET

DATE: 11-05-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 11-05-2037

**Justification for Other Than Full and Open Competition
In Accordance With 41 U.S.C. 253 (c)(6)**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**1.     IDENTIFICATION OF THE AGENCY AND THE CONTRACTING ACTIVITY**

(U) The agency is the U.S. Department of Justice, Federal Bureau of Investigation (FBI              ),                        , Operational Technology Division (OTD).  The contracting activity is the Engineering Contracts Unit (ECU).

**2.     NATURE AND/OR DESCRIPTION OF THE ACTION APPROVED**

(U) The proposed acquisition strategy is to award

b3
b7E

**3.     DESCRIPTION OF THE SUPPLIES OR SERVICES REQUIRED TO MEET AGENCY'S NEEDS**

is responsible for providing the FBI with

The FBI's Wireless Intercept and Tracking Team (WITT) plays a critical role in the

(S)

b1
b3
b7E

(

**4.     IDENTIFICATION OF THE STATUTORY AUTHORITY PERMITTING OTHER THAN FULL AND OPEN COMPETITION**

(U) The statutory authority for conducting this acquisition is 41 U.S.C. 253 (c)(6).   The regulatory authority is FAR 6.302-6(a)(2).  Full and Open competition need not be provided for when the disclosure of the agency's needs would compromise the national security unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.

**5.     DEMONSTRATION THAT THE CONTRACTOR'S UNIQUE QUALIFICATIONS OR THE NATURE OF THE ACQUISITION REQUIRES USE OF THE AUTHORITY CITED**

SECRET



SECRET

(S)

(S)

b1
b3
b7E

**6.    DESCRIPTION OF EFFORTS MADE TO ENSURE THAT OFFERS WERE SOLICITED FROM AS MANY POTENTIAL SOURCES AS WAS PRACTICABLE**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.  Further, FAR 5.202(a)(1), provides Contracting Officer authority to not publish a procurement action when "the synopsis cannot be worded to preclude disclosure of an agency's needs and such disclosure would compromise the national security", (e.g., would result in disclosure of classified information).  This procurement is not being publicized in the Federal Business Opportunities (FedBizOpps), or any other periodicals because to do so would

**7.    DETERMINATION OF THE CONTRACTING OFFICER THAT THE ANTICIPATED COST TO THE GOVERNMENT WILL BE FAIR AND REASONABLE**

(U)  The contracting officer has adequate information to ensure that the cost to the government for this acquisition will be fair and reasonable.  Techniques may include a technical analysis of proposed direct costs, audit, or comparison of proposed indirect factors with audited factors in use elsewhere in the Government, and rigorous negotiation.

**8.    A DESCRIPTION OF THE MARKET SURVEY CONDUCTED AND THE RESULTS OR A STATEMENT OF THE REASONS A MARKET SURVEY WAS NOT CONDUCTED**

(U

b3
b7E

**9.    ANY OTHER FACTS SUPPORTING THE USE OF OTHER THAN FULL AND OPEN COMPETITION**

(U                                                    See paragraph (5) above for facts

SECRET



SECRET

supporting the use of other then full and open competition.

10. **A LISTING OF SOURCES, IF ANY, THAT EXPRESSED IN WRITING AN INTEREST IN THE ACQUISITION**

(U) Since the procurement was not advertised pursuant to FAR 5.202(a)(1), no other sources were given the opportunity to express written or oral interest in this procurement.

11. **A STATEMENT OF THE ACTIONS, IF ANY, THE AGENCY MAY TAKE TO REMOVE OR OVERCOME ANY BARRIERS TO COMPETITION BEFORE ANY SUBSEQUENT ACQUISITION FOR THE SUPPLIES OR SERVICES REQUIRED**

(U) The FBI will evaluate future procurement actions to determine whether full and open competition is appropriate an in the best interests of the government.

12. **TECHNICAL REPRESENTATIVE CERTIFICATION**

(U)  Based on the above findings, it is hereby determined, within the meaning of 41 U.S.C. 253(c)(6) and FAR 6.302-6, full and open competition need not be provided for when the disclosure of the agency's needs would compromise national security, unless the agency is permitted to limit the number of sources from which it solicits bids or proposals.



SECRET



SECRET

(U)  As the Contracting Officer Technical Representative (COTR) of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

|                                                    | (Date) |

b6
b7C

(U)  As Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
, Contracting Officer                        (Date)

(U)  As the Supervisory Contracting Officer of record, I hereby certify to the best of my knowledge that all information contained herein is complete and accurate to the best of my knowledge.

_____
, Supervisory Contracting Officer            (Date)

_____
, FBI Chief Contracting Officer              (Date)

_____
Office of General Counsel                    (Date)

Approved By:    _____
                , Competition Advocate       (Date)



SECRET

(Rev. 01-31-2003)

~~SECRET~~//20220820

DATE: 11-05-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 11-05-2037

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                        Date:  08/20/2007

To:  Finance                          Attn:

                                      Attn:

                                                                 (Enc)

        Criminal Investigative        Attn:

                                                                 b6
                                                                 b7C
From:  Operational Technology Division                           b7E
                                                                 b3
            Contact:

                                          ALL INFORMATION CONTAINED
Approved By:                              HEREIN IS UNCLASSIFIED EXCEPT
                                          WHERE SHOWN OTHERWISE

Drafted By:

(U)  Case ID #:  (S)  268-HQ-1068430

Title:  (U)  WIRELESS INTERCEPT AND TRACKING TEAM

(U)  Synopsis:  (S)  The Engineering Contracts Unit (ECU) is requested
to initiate critical procurement action for the

(U)              (S)      Derived From : G-3
                          Declassify On:  08/20/2022

(U)  Enclosure(s):  (S)  FD-369                                  b3
Acquisition Planning Form, Security Addendum, and Justification  b7E
for Other Than Full and Open Competition.

(U)  Details:  (S) Law enforcement                      have,
in recent years

                        ~~SECRET~~//20220820

SECRET//20220820

(U)  To:  Finance  From:  Operational Technology Division
Re:  (S)  268-HQ-1068430, 08/20/2007

(U)       (S) [                    ] Wireless
Intercept and Tracking Team (WITT) recently completed roll-out of
a [        ] capabilities [                    ] in order to provide the
FBI with rapid response as needs arise. [        ] have been
identified along with [        ]
[                ] who's primary responsibilities are to
coordinate activities and deploy [                    ]

b3
b7E

(S)

(S)

b1
b3
b7E

(U)       (S) [    ] WITT requests the Engineering Contracts Unit
(ECU) to initiate critical procurement action for the identified

         (U)  Contracting Officers are responsible for ensuring
tha[        ] assessments and completed on all procurements of
services involving access to classified information/space, and
procurements of critical assets.

SECRET//20220820

2

SECRET//20220820

To: Finance   From: Operational Technology Division
(U) Re: (S)   268-HQ-1068430, 08/20/2007

LEAD(s):

Set Lead 1: (Action)

   FINANCE

    AT WASHINGTON, DC

(U)    (S)   The Engineering Contracts Unit (ECU) is requested to initiate critical procurement action for the

Set Lead 2: (Action)

    AT WASHINGTON, DC

(U)

b3
b7E

Set Lead 3: (Action)

   CRIMINAL INVESTIGATIVE

    AT WASHINGTON, DC

(U)    (S)   The Criminal Investigative Division is requested to approve the critical procurement action for the

CC:

b3
b6
b7C
b7E

◆◆

SECRET//20220820

3

CELLSITE-11512

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-05-2012 BY 65179 DMH/STW

Page___1___ OF___1___

REQ. #

8/20/2007
DATE                    ORDERING OFFICE/COST CODE      APPROVED BY

JULIAN DATE

Supply Technician:
Program Manger:
Funding Approved:
Requester:
        Room# & Ext:

Fiscal Year 2007

Contract Specialist:
Date Received:
PPMS Approval:
Purchase Order#

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | EA | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | Recommend by: Unit Chief | | | | | | |
| | | | Requested by/Deliver to: Federal Bureau of Investigation | | | | | | |
| | | | Building 27958A, Quantico, VA22135 | | | | | | |
| | | | Attn | | | | | Total | |

b3
b6
b7C
b7E

SPECIAL INSTRUCTION:
Ship to Code:
Delivery Restrictions:    M-F, 8am-4:30pm, except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEM:

See attached EC

# ACQUISITION PLAN

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/STW

## FEDERAL BUREAU OF INVESTIGATION

1. Unit/Section/Division

2. Description of Requirement: Procurement of

b3
b7E

3. Estimated Cost: __( )__   4. Term of Contract: _____ 1 Year

5. Distribution of Dollars: FY- 07   6. Subobject Class/Budget Item: _____
   FY- _____    FY- _____      Product or Service Code: n/a
   FY- _____    FY- _____

7. Market Research (state how performed & attach): _____

Commercial Item: ☒ Yes ☐ No        Competitive: ☐ Yes ☒ No
If no to one or more above, explain: See attached security addendum and

8. Sources Considered:   ☐ FBI Personnel        ☐ Other Government Personnel      ☐ Required Sources (FAR Part 8)
                         ☐ 100% Small Bus.      ☐ 8a Set aside                    ☐ Disadvantaged (FAR Part 8)
                         ☐ Hubzone              ☐ Women-owned                    ☒ Other Federal Contracts
                         ☐ A-76

9. If Information Technology:   ☐ IRM Review        ☐ AIS Approval

10. Type of Procurement: ☒ Brand Name Only    ☐ Commercial Item    ☐ Functional Specifications
                         ☐ Brand Name or Equal ☐ Compatibility     ☐ Performance-Based Service Contract

11. Contract Type: ☐ BOA                    ☐ IDIQ Contract            ☐ Reimbursable Agreement
                   ☐ Cost-Reimbursement     ☐ (IFB)                    ☐ RFP
                   ☒ Firm-Fixed Price       ☐ Incentive                ☐ RFQ
                   ☐ Firm-Fixed Price w/Economic Adj.  ☐ Letter Contract (DOJ Approval)  ☐ Time and Material

12. Lease vs Purchase (if lease, analysis attached): No    13. Environmentally Preferable Item: ☐ Yes ☒ No

14. Inherently Government Function (justified): ☐ Yes ☒ No

15. Lead Time Required: _____ To be filled in by Contracting Officer.

Approval: _____ 08/20/2007 _____          _____
          Technical Staff Member/(date)                    Budget Staff Member/(date)

          _____                                  _____
          Legal Review (If applicable)/(date)              Contracting Officer or CCO/(date)

CELL/OTD 009982                                              CELLSITE-11514

(Rev. 01-31-2003)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/STW

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 1/29/2007

**To:** Finance                    **Attn:**

                                    (Enc)

                                   **Attn:**

**From:** Operational Technology

          **Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:** WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:** To request that the Engineering Contracts Unit (ECU) initiate payment for the procurement of

**Enclosure(s):** Vendor price quote,        , FD-369          in the amount of

**Details:**                                    has been tasked with the acquisition and fielding of

This device continues to enhance the FBI's ability to conduct successful

b3
b6
b7C
b7E

wpd

To:  Finance  From:  Operational Technology
Re:  268-HQ-1068430, 1/29/2007

Dramatic upgrades have been made to the

This new functionality in-turn, will
significantly enhance the bureau's ability to conduct

Consequently,          requests that the ECU
issue payment action against the attached FD-369 to acquire these
upgrades.  Additionally,         requests that the
approve the expenditure of funds for
this effort.  Funding for the amount of                 is available
using

Contracting Officers are responsible for ensuring that

b3
b7E

wpd

b3
b7E

2

CELLSITE-11516

```
To:   Finance   From:   Operational Technology
Re:   268-HQ-1068430, 1/29/2007
```

**LEAD(s):**

**Set Lead 1:   (Action)**

      <u>FINANCE</u>

            AT WASHINGTON, DC

requests that the ECU issue payment action against the attached FD-369 to acquire the aforementioned equipment. Funding for the amount of [           ] is available using [           ]

**Set Lead 2:   (Action)**

            AT WASHINGTON, DC

Funding for the amount of [           ] is available using [           ]

**CC:**

◆◆

b3
b6
b7C
b7E

wpd

3

# ACQUISITION PLANNING FORM

## FEDERAL BUREAU OF INVESTIGATION

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/STW

1.  Unit/Section/Division:

2.  Description of Requirement:

b3
b7E

3.  Estimated Cost: _____    4.  Term of Contract: _____

5.  Distribution of Dollars:  FY- 07 _____    6.  Subobject Class/Budget Item _____
    FY-_____    FY-_____       Product or Service Code: _____
    FY-_____    FY-_____

7.  Market Research (state how performed & attach):  Existing Contract
    _____

    Commercial Item: ☐ Yes  ☐ No          Competitive: ☐ Yes  ☐ No
    If no to one or more above, explain: _____
    _____

8.  Sources Considered:  ☐ FBI Personnel        ☐ Other Government Personnel    ☐ Required Sources
                         ☐ 100% Small Bus.      ☐ 8a Setaside                   ☐ Disadvantaged (FAR Part 8)
                         ☐ Hubzone              ☐ Women-owned                   ☐ Other Federal Contracts
                         ☐ A-76

9.  If Information Technology:    ☐ IRM Review           ☐ AIS Approval

10. Type of Procurement:     ☐ Brand Name or Equal    ☐ Performance-Based Service Contract
    ☐ Brand Name Only        ☐ Functional Specifications   ☐ Commercial Item   ☐ Compatibility

11. Contract Type:  ☐ Firm-Fixed Price    ☐ (IFB)    ☐ RFP    ☐ RFQ    ☐ IDIQ Contract
    ☐ Firm-Fixed Price w/Economic Adj.    ☐ Reimbursable Agreement    ☐ Time & Material
    ☐ Cost-Reimbursement    ☐ Incentive   ☐ BOA    ☐ Letter Contract (DOJ Approval)

12. Lease vs Purchase (if lease, analysis attached):    13. Environmentally Preferable Item: ☐ Yes  ☐ No

14. Inherently Government Function (justified): ☐ Yes  ☑ No

15. Lead Time Required: _____  To be filled in by Contracting Officer

Approval: _____          _____
          Technical Staff Member/(date)                    Budget Staff Member/(date)

          _____          _____
          Legal Review (If applicable)/(date)              Contracting Officer or CCO/(date)

FBI/DOJ

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-05-2012 BY 65179 DMH/STW

**Date:**   5/16/2007

**To:**

**Cc:**                                                             b6

**From:**                                                           b7C

**RE:**     Review o                                               b7E

**Priority:** Priority

---

I've reviewe[            ] evaluating it on the basis price and value.  The pricing is acceptable and is comparable to previous contracting efforts.  As to contract value, this type of contract[     ] will be in the Government's interest as it will significantly reduce the number of man-hours spent in generating multiple contracts over the next fiscal years.

I recommend approval and subsequent contract award.

5/16/2007                                                                    1

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-05-2012 BY 65179 DMH/STW

REQ. #

Page___1___          1

8/31/2007
DATE

ORDERING OFFICE/COST CODE      /      APPROVED BY          JULIAN DATE

Supply Technician:
Program Manger:
Funding Approved:
COTR:
Room# & Ext:

Contract Specialist
Date Received:
PPMS Approval:
Purchase Order#

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| 1 | | | | EA | | | | | |
| 2 | | | | EA | | | | | |
| 3 | | | | EA | | | | | |
| 4 | | | | EA | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | Recommend by: Unit Chief | | | | | | |
| | | | Requested by/Deliver to: Federal Bureau of Investigation Building 27958A, Quantico, VA22135 | | | | | Total | |
| | | | Attn: | | | | | | |

b3
b6
b7C
b7E

SPECIAL INSTRUCTION:
  Ship to Code:
  Delivery Restrictions:   M-F, 8am-4:30pm, except holidays
  Government's Estimate:
  Previous PO #
  Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEM:

See Attached EC

CELLSITE-11524

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|--------|------------------------|-------|------------------|---------------|------|-----------------|-----|------------|-------|
| 8 | | | | EA | | | | | |
| 9 | | | | EA | | | | | |
| 10 | | | | EA | | | | | |
| 11 | | | | EA | | | | | |
| 12 | | | | EA | | | | | |
| 13 | | | | EA | | | | | |
| 14 | | | | EA | | | | | |
| 15 | | | | EA | | | | | |
| 16 | | | | EA | | | | | |
| | | | | EA | | | | | |
| | | | | EA | | | | | |
| | | | | EA | | | | | |
| | | | | EA | | | | | |
| | | | | EA | | | | | |
| | | | | EA | | | | | |
| | | | | EA | | | | | |
| | | | | EA | | | | | |
| | | | | EA | | | | | |
| | | | | EA | | | | | |
| | | | | EA | | | | | |
| | | | CONTINUATION SHEET SUBTOTAL | EA | | | | | |

b3
b7E

CELL/OTD 000993

-2-

CELLSITE-11525

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-05-2012 BY 65179 DMH/STW

REQ. #

Page___1___    1

4/6/2007
DATE

ORDERING OFFICE/COST CODE    /    APPROVED BY

JULIAN DATE

Supply Technician:
Program Manger:
Funding Approved:
COTR:
Room# & Ext:

Contract Specialist
Date Received:
PPMS Approval:
Purchase Order#

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| 1 | | | | EA | | | | | |
| 2 | | | | EA | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| | | | Recommend by: Unit Chief | | | | | | |
| | | | Requested by/Deliver to: Federal Bureau of Investigation Building 27958A, Quantico, VA22135 | | | | | Total | |
| | | | Attn: | | | | | | |

b3
b4
b6
b7C
b7E

SPECIAL INSTRUCTION:
Ship to Code:
Delivery Restrictions:    M-F, 8am-4:30pm  except holidays
Government's Estimate:
Previous PO #
Previous Contract #

JUSTIFICATION FOR THE PURCHASE OF NONEXPENDABLE ITEM:

See Attached EC

| ITEM # | NATIONAL STOCK NUMBER | SER # | FULL DESCRIPTION | UNIT OF ISSUE | QTY. | SUBOBJECT CLASS | BI# | UNIT PRICE | TOTAL |
|--------|----------------------|-------|------------------|---------------|------|-----------------|-----|------------|-------|
| 8 | | | | EA | | | | | |
| 9 | | | | EA | | | | | |
| 10 | | | | EA | | | | | |
| 11 | | | | EA | | | | | |
| 12 | | | | EA | | | | | |
| 13 | | | | EA | | | | | |
| 14 | | | | EA | | | | | |
| 15 | | | | EA | | | | | |
| 16 | | | | EA | | | | | |
| | | | | EA | | | | | |
| | | | | EA | | | | | |
| | | | | EA | | | | | |
| | | | | EA | | | | | |
| | | | | EA | | | | | |
| | | | | EA | | | | | |
| | | | | EA | | | | | |
| | | | | EA | | | | | |
| | | | | EA | | | | | |
| | | | | EA | | | | | |
| | | | | EA | | | | | |
| | | | CONTINUATION SHEET SUBTOTAL | EA | | | | | |

966000 OTO/LLC

b3
b7E

CELLSITE-11528

**From:**
**Sent:** Tuesday, July 12, 2011 10:29 AM
**To:**
**Cc:**

DATE: 11-05-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C)
DECLASSIFY ON: 11-05-2037

(U)   **Subject:**      (S)              Submission --- SECRET//NOFORN

Classification: SECRET//NOFORN

Classified By: C92W55B45
Declassify On: 20360712
Derived From: Multiple Sources
=======================================================

b3
b6
b7C
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(U) Thanks very much for taking the time to respond to some of the considerations I raised.

(S)

b1
b3
b7E

(U)

If so, that's some advance homework that <u>you</u> need to address. No doubt                    would be willing to provide some insight/help.  You've indicated that you're taking a similar approach with         "working with

b3
b6
b7C
b7E

(S)

(S)

b1
b3
b7E

(U) In the interest of moving forward with your proposal for FY12 funding of                    please update your December 2010 submission that reflects the scope of the "study" (not procurement), including supportive information and/or documentation, via the established process.  We'll then seek opportunities for you to address the The template is again attached, along with some references.  I hope to see additional FY12 submissions for projects associated with

b3
b7E

SECRET



Submission
Template-Rev06-...

Additional reference documents:



Overview
Memo-Rev06-11.do..

b3
b7E



inciples-Rev06-11.d



Submission
Process-Rev06-...

Regards,



Contractor
FBI//Operational Technology Division

b3
b6
b7C
b7E

=======================================================
Classification: SECRET//NOFORN

SECRET

CELL/OTD   012549
2

CELLSITE-11530

DATE: 11-05-2012
~~CLASSIFIED BY~~ DMH/STW
REASON: 1.4 (C)
DECLASSIFY ON: 11-05-2037

~~SECRET//NOFORN~~

## New Project Submission Worksheet

(S)

b1
b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CELL/OTD   012550

SECRET/NOFORN

(S//NF) Figure 1



(S)

b1
b3
b7E

(S//NF) Table 1

(S)

(S)

(S//NF)

The FBI's _____ team members are contacting all affected units within the OTD (and select groups in other divisions) to properly and fully represent the comprehensive interests of the organization. To that end input and participation is actively sought.

CELL-OTD   012554

_____ Overview

CELLSITE-11535

SECRET/NOFORN

(U/FOUO) OTD Unit Chiefs are asked to confer with staff members and consider how they might benefit from enhancement funds available through the ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ This document, coupled with a Powerpoint® briefing (attached), may prove helpful in promoting further discussion, conveying the importance of this initiative and cultivating project ideas.

(U)

(S//NF) Members of the FBI's ⬛⬛⬛⬛⬛⬛ are available to minimize the burden of unit participation.  As resources allow, we will assist in defining and drafting your submissions to the ⬛⬛⬛⬛ and help with the periodic progress reports.

(U)

(S//NF) The importance of your timely contributions cannot be understated. ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

b3
b6
b7C
b7E

(U/FOUO)  Please contact SSA ⬛⬛⬛⬛⬛⬛ to discuss potential submissions. Contact information for the FBI' ⬛⬛⬛⬛⬛⬛ is provided in Table 2, below:

(U)

(S//NF)Table 2

| Name | Role | Contact No. |
|---|---|---|
| SSA ⬛⬛⬛⬛⬛⬛ | Lead FBI representative to ⬛⬛⬛⬛⬛⬛ | |
| SSA ⬛⬛⬛⬛⬛⬛ | FBI representative to ⬛⬛⬛⬛⬛⬛ | |
| ⬛⬛⬛⬛⬛⬛ | SRU – Finance/Audit/Reporting | |
| | Contractor – Portfolio Management/Project Inputs | |
| | Contractor – Portfolio Management/Database | |

b3
b6
b7C
b7E

SSA ⬛⬛⬛⬛⬛⬛
FBI Lead to the ⬛⬛⬛⬛⬛⬛
Operational Technology Division

June 1, 2011

CELL-OTD   012555

SECRET/NOFORN

CELLSITE-11536

SECRET//NOFORN

DATE: 11-08-2012
FBI INFO.
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C)
DECLASSIFY ON: 11-08-2037

## Understanding the Core Principles

b1
b3
b7E

(S)

(S)

SECRET//NOFORN

SECRET//NOFORN

(S)

b1
b3
b7E

## Adherence to the Core Principles

Project leads are expected to adhere to these core principles when proposing new projects for funding consideration as well as during the execution of approved project activities.

01 June 2011



SECRET//NOFORN

CELLSITE-11538

SECRET//NOFORN

DATE: 11-08-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C)
DECLASSIFY ON: 11-08-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**Project Submission Instructions**

<u>Overview</u>

b1
b3
b7E

(S)

(S)

The FBI's [      ] team will assist bureau units with their initial high-level project plans prior to the multi-agency review. To increase the likelihood of approval, it will be helpful to keep several elements in mind as you craft your submission documents.

1. *Describe how your project relates to the current and future challenges presented by one (or more) of the specific technologies noted.*

2. *Think in terms of "gaps!"*
   Describe current/future operational shortcomings and how the project will overcome them.

3. *Identify the specific benefits that will accrue to the FBI's*

b3
b7E

4. *Is the project sustainable beyond the funding period identified?*
   Preference is more likely to be given to projects that will be maintained by [                    ] once the initiative concludes.

5. [      ]
   Collaboration, in development and/or procurement phases, is looked upon favorably and demonstrates that duplication of effort is being avoided.

6. *Identify the base funds your unit will contribute to the effort.*
   Doing so demonstrates your unit's commitment to the program. (Be aware that unit funding is <u>not</u> offset by any enhancement funds you receive, nor should a unit reallocate funds to other projects if [      ] monies are provided.)

CELL/OTD      012558

SECRET//NOFORN

CELLSITE-11539

SECRET//NOFORN

## Process

Please review the _____ document "Understanding the Core Principles" to ensure that you understand the ground rules and that your intended submission falls within the scope of the program.

Initial submissions can be crafted using a Word template designed for that purpose. (Filename: _____ Submission Form-Rev06-11.dot). Save the completed template as a Word document with a filename that begins with your unit's acronym (for example: _____ FY2012.doc)

b3
b7E

Supplement your completed worksheet with any information that will help explain the nature of the project (the challenge _____ anticipated benefits, etc.).

Create a brief (6 slide) Powerpoint® briefing that can be used to introduce your submission to the _____ For a particularly complex project a member of your unit may be asked to present a technical overview to one or both of the review groups.

E-mail completed submission documents via _____ to the following members of the FBI's _____ team:

    SSA _____, Lead
    SSA _____
    _____ (contractor)
    _____ (contractor)

b3
b6
b7C
b7E

You will be contacted by a member of the _____ team to discuss and fine-tune your submission before it is reviewed by (a) th _____ and (b) the _____

Revised  June 2011

CELL/OTD   012559

SECRET//NOFORN

CELLSITE-11540

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 87
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b3; b4; b7E;
Page 5 ~ b3; b4; b7E;
Page 6 ~ b3; b4; b7E;
Page 7 ~ b3; b4; b7E;
Page 8 ~ b3; b4; b7E;
Page 9 ~ b3; b4; b7E;
Page 10 ~ b3; b4; b7E;
Page 11 ~ b3; b4; b7E;
Page 12 ~ b3; b4; b7E;
Page 13 ~ b3; b4; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b4; b7E;
Page 17 ~ b3; b4; b7E;
Page 18 ~ b3; b4; b7E;
Page 19 ~ b3; b4; b7E;
Page 20 ~ b3; b4; b7E;
Page 21 ~ b3; b4; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 29 ~ b3; b4; b7E;
Page 30 ~ b3; b4; b7E;
Page 31 ~ b3; b4; b7E;
Page 32 ~ b3; b4; b7E;
Page 33 ~ b3; b4; b7E;
Page 34 ~ b3; b4; b7E;
Page 35 ~ b3; b4; b7E;
Page 36 ~ b3; b4; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
Page 40 ~ b3; b4; b7E;
Page 41 ~ b3; b4; b7E;
Page 42 ~ b3; b4; b7E;
Page 43 ~ b3; b4; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 50 ~ Duplicate;
Page 68 ~ b3; b6; b7C; b7E;
Page 69 ~ b3; b7E;
Page 70 ~ b3; b6; b7C; b7E;
```

```
Page 71 ~ b3; b6; b7C; b7E;
Page 72 ~ b3; b6; b7C; b7E;
Page 76 ~ b3; b6; b7C; b7E;
Page 77 ~ b3; b6; b7C; b7E;
Page 78 ~ b3; b6; b7C; b7E;
Page 79 ~ b3; b6; b7C; b7E;
Page 80 ~ b6; b7C; b7E;
Page 83 ~ b3; b7E;
Page 84 ~ b3; b7E;
Page 85 ~ b3; b7E;
Page 89 ~ b3; b7E;
Page 90 ~ b3; b7E;
Page 91 ~ b3; b7E;
Page 95 ~ b3; b6; b7C; b7E;
Page 96 ~ b3; b6; b7C; b7E;
Page 97 ~ b3; b6; b7C; b7E;
Page 101 ~ b3; b6; b7C; b7E;
Page 102 ~ b3; b6; b7C; b7E;
Page 103 ~ b3; b6; b7C; b7E;
Page 106 ~ b3; b6; b7C; b7E;
Page 108 ~ b3; b6; b7C; b7E;
Page 109 ~ b3; b6; b7C; b7E;
Page 110 ~ b3; b6; b7C; b7E;
Page 111 ~ b3; b6; b7C; b7E;
Page 112 ~ b3; b6; b7C; b7E;
Page 113 ~ b3; b6; b7C; b7E;
Page 114 ~ b3; b6; b7C; b7E;
Page 116 ~ b3; b7E;
Page 117 ~ b3; b7E;
Page 118 ~ b3; b7E;
Page 121 ~ b3; b6; b7C; b7E;
Page 122 ~ b3; b6; b7C; b7E;
Page 124 ~ b3; b6; b7C; b7E;
Page 125 ~ b3; b6; b7C; b7E;
Page 126 ~ b3; b6; b7C; b7E;
Page 128 ~ b3; b6; b7C; b7E;
Page 129 ~ b3; b6; b7C; b7E;
Page 133 ~ b3; b6; b7C; b7E;
Page 145 ~ b1; b3; b6; b7C; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)     X
X   No Duplication Fee  X
X   For this Page       X
XXXXXXXXXXXXXXXXXXXXXXXX
```

DECLASSIFIED BY 65179 DMH/STW
ON 10-31-2012

b6
b7C
b7E

**From:**
**Sent:** Wednesday, April 22, 2009 2:01 PM
**To:**
**Subject:** RE

SECRET//NOFORN
RECORD 268-HQ

Here you go.

FBI
Mid-Year Report.p...

**From:**
**Sent:** Wednesday, April 22, 2009 7:59 AM
**To:**
**Subject:**

UNCLASSIFIED
NON-RECORD

Re send me the final            please.

b6
b7C
b7E

SSA

*Tracking Technology Unit*
*Operational Technology Division*

UNCLASSIFIED

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20190422
SECRET//NOFORN

CELL/OTD 009445 CELLSITE-13514

DATE: 10-31-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 10-31-2037

# S&T: FBI FY 2009 Mid-Year Review: Performance Report

**Initiative Topic:**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b7E

| Key Project, Sub-Project, or Other Component Part of Initiative | Baseline FY 2009 Funding ($K)* | % Obligated* Includes Committed | % Expended* | Project's Contribution to Initiative |
|---|---|---|---|---|
| | | 100% | 0% | |
| | | 100% | 0% | |
| | | 100% | 0% | |
| | | 100% | 0% | |
| | | 100% | 0% | |
| | | | 0% | |
| | | 100% | 0% | |

b7E

b1
b3
b7E

(S)

SECRET

DECLASSIFIED BY 65179 DMH/STW
ON 10-31-2012

**From:**
**Sent:** Wednesday, April 22, 2009 7:28 AM
**To:**
**Subject:** RE:

SECRET//NOFORN
RECORD OTD

b6
b7C
b3
b7E

Yes, thanks. [ ] had already populated the financial stuff and I provided a high level description that will hopefully satisfy the financial audience.

BI
Mid-Year Report.p...

**From:**
**Sent:** Wednesday, April 22, 2009 7:06 AM
**To:**
**Subject:** RE

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

Are we good to go with what I provided yesterday??

SSA
Tracking Technology Unit
Operational Technology Division

b6
b7C
b3
b7E

**From:**
**Sent:** Tuesday, April 21, 2009 2:09 PM
**To:**
**Cc:**
**Subject:**

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

Please provide a brief statement in the last column about how each funding stream contributed to the [ ] initiative and reply back to me. I will merge the responses into one and pass to

From TTU, please respond to the 50% [ ] and the redirected TTU funding, unless you had some of the [ ] funding.

b6
b7C
b3
b7E

1

Thanks

| | |
|---|---|
| **From:** | |
| **Sent:** | Tuesday, April 21, 2009 1:24 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | |

b6
b7C
b3
b7E

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

I have completed what I could on the chart with the info provided to me.  Please fill in the "Projects Contribution to Initiative" column and return to all three of us when done.
Thanks,

<< File:⬜⬜ppt >>

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFY ON: 20190422~~
~~SECRET//NOFORN~~

2

CELLSITE-13517

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/STW

b6
b7C
b3
b7E

**From:**
**Sent:** Tuesday, April 21, 2009 1:59 PM
**To:**
**Cc:**
**Subject:** RE: figures

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

K that's why I sent the revised numbers.

As you can see we are way behind in the funding world!!

*SSA*
*Tracking Technology Unit*
*Operational Technology Division*

b6
b7C
b3
b7E

**From:**
**Sent:** Tuesday, April 21, 2009 1:14 PM
**To:**
**Subject:** RE: figures

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Thanks !!

We are going to be fielding        questions quite frequently in the future.  I would suggest segregating that funding out to make reporting a lot easier.

**From:**
**Sent:** Tuesday, April 21, 2009 12:47 PM
**To:**
**Subject:** FW: figures

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E
b3

Best I can do after looking at the req's.. Just cannot come up with the        When        called I was in LA and tried to do this over the phone.. Sorry

*SSA*
*Tracking Technology Unit*
*Operational Technology Division*

**From:**
**Sent:** Tuesday, April 21, 2009 12:36 PM
**To:**

1

**Subject:**        RE:    figures

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b7E

**From:**
**Sent:**        Tuesday, April 21, 2009 10:53 AM
**To:**
**Subject:**        FW:    figures
**Importance:**     High

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Can you help me on this..
*SSA*

*Tracking Technology Unit*
*Operational Technology Division*

b6
b7C
b3
b7E

**From:**
**Sent:**        Tuesday, April 21, 2009 10:13 AM
**To:**
**Subject:**        figures
**Importance:**     High

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

2

CELLSITE-13520

Earlier this month, your unit provided to[          ]that you spent[     ]o[     ]out of your existing base funding.

Can you please give me a breakdown of which requisitions make up this total.  I have to complete a report fo[          ]as soon as possible.

b6
b7C
b3
b7E

Thanks!!

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 009652
CELLSITE-13521

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/STW

b6
b7C

From:
Sent:            Thursday, June 03, 2010 2:20 PM
To:
Subject:         RE: SUPPLEMENTAL

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Greetings,

Sure thing.  I have also attached what FD sent to DOJ/OMB on the
Thanks.

b6
b7C
b7E

From:
Sent:            Thursday, June 03, 2010 1:06 PM
To:
Subject:         SUPPLEMENTAL

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Can you send me a copy of the submission when completed on the
personnel supplemental.. Thanks

**SENSITIVE BUT UNCLASSIFIED**


**SENSITIVE BUT UNCLASSIFIED**

1

~~SECRET~~

DATE: 11-06-2013
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C)
DECLASSIFY ON: 11-08-2037

**(OTD) (FBI)**

b3
b6
b7C
b7E

**From:**
**Sent:** Wednesday, August 01, 2007 4:07 PM
**To:** (OTD) (FBI)
**Cc:**

**Subject:** FW: WITT

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~UNCLASSIFIED~~
~~NON-RECORD~~

b3
b7E
b6
b7C

b3
b7E

b3
b7E

(S)

can't train anymore people this year as they're booked up.

b1
b3
b6
b7C
b7E

True through October, don't know about rest of CY 07.  We don't depend solely on                anyway - it is just another course to bring the best training possible to the program.                has done an outstanding job with his course and his course critiques demonstrate his professionalism.

~~SECRET~~

CELL/OTD 008892

CELLSITE-13523

SECRET

b3
b7E

b3
b7E
b6
b7C

-----Original Message-----
**From:**
**Sent:**        Wednesday, August 01, 2007 8:58 AM
**To:**
**Subject:**

b6
b7C
b7E

**UNDERLINE UNCLASSIFIED**
**NON-RECORD**

FYI
SSA

*Tracking Technology Unit*
*Operational Technology Division*

b6
b7C
b7E

-----Original Message-----
**From:**
**Sent:**        Tuesday, July 31, 2007 5:29 PM
**To:**
**Subject:**

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

~~SECRET~~

b7E

Ok... talk to you later. .

-----Original Message-----
**From:**
**Sent:**      Monday, July 30, 2007 11:04 AM
**To:**
**Subject**

~~UNCLASSIFIED~~
~~NON-RECORD~~

SSA

b6
b7C
b7E

*Tracking Technology Unit*
*Operational Technology Division*

-----Original Message-----
**From:**
**Sent:**      Friday, July 27, 2007 1:37 PM
**To:**
**Cc:**

**Subject**

~~UNCLASSIFIED~~
~~NON-RECORD~~

[____] recently [____] was tasked to come up with a [_____] budget for year end money FY2007. We had a two hour response time to FD and you were out of the country so we did the best we could with what we had. Basically, we assumed we would stick with [_____] and put together enough money to cover the purchase of [_____]

b3
b6
b7C
b7E

~~SECRET~~

CELLSITE-13525

~~SECRET~~

b3
b6
b6
b7E

**Grand Total**

Training)

**Total cost**

b3
b6
b7C
b7E

teamwork is a great thing.  We've had a great time working with you and your unit and appreciate your efforts.

b6
b7C

~~UNCLASSIFIED~~

~~UNCLASSIFIED~~

~~UNCLASSIFIED~~

~~UNCLASSIFIED~~   ~~SECRET~~

4

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD 008896CELLSITE-13527

**(OTD) (FBI)**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/STW

b6
b7C
b7E

**From:** (OTD) (FBI)
**Sent:** Wednesday, August 30, 2006 4:32 PM
**To:** (OTD) (FBI)
**Cc:** (OTD) (FBI)
**Subject:** Acquisitions EC

**UNCLASSIFIED**
**NON-RECORD**

Per your request, here's a copy of the EC and other documents that I produced to to the
equipment buy.

b3
b6
b7C
b7E

**UNCLASSIFIED**

1

CELL/OTD 008923    CELLSITE-13528

(Rev. 01-31-2003)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/STW

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  PRIORITY                     **Date:**  07/13/2006

**To:**  Finance                  **Attn:**

          Criminal Investigative      **Attn:**                    Rm 3867

**From:**  Operational Technology                                    b6
                                                    QT-ERF         b7C
          **Contact:**                                              b7E

**Approved By:**

**Drafted By:**

**Case ID #:** 268-HQ-1068430

**Title:**  WIRELESS INTERCEPT AND TRACKING TEAM

**Synopsis:**  To request the procurement of

                                                                    b3
                                                                    b6
                                                                    b7C
**Enclosure(s):**                                                   b7E

**Details:**

                                                                    b3
                                                                    b7E

                                                    060713.wpd

To:   Finance   From:   Operational Technology
Re:   268-HQ-1068430, 07/13/2006

b3
b7E

### Sole Source Justification

b3
b7E

b3
b7E

        The Contracting Officer Technical Representative (COTR)
for this procurement is Electronics Engineer (EE)
and can be contacted at the Engineering Research Facility,
located in Quantico, Virginia, for any questions.

b6
b7C
b3
b7E

2

713.wpd

CELL/OTD 008925

CELLSITE-13530

To:    Finance   From:   Operational Technology
Re:   268-HQ-1068430, 07/13/2006


**LEAD(s):**

**Set Lead 1:   (Action)**

> <u>FINANCE</u>

>> <u>AT WASHINGTON, DC</u>

>>> The Engineering Contracts Unit is requested to initiate
the procurement of

b3
b7E

**Set Lead 2:   (Action)**

> <u>CRIMINAL INVESTIGATIVE</u>

>> <u>AT WASHINGTON, DC</u>

>>> The Criminal Investigative Division is requested to
approve the procurement of

**CC:**

◆◆

b3
b6
b7C
b7E

3

060713.wpd

CELL/OTD 008926

CELLSITE-13531

**(OTD) (FBI)**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2012 BY 65179 DMH/STW

| | |
|---|---|
| **From:** | (OTD) (FBI) |
| **Sent:** | Friday, September 26, 2008 3:28 PM |
| **To:** | |
| **Cc:** | |
| | (OTD) (FBI) |
| **Subject:** | Critical unfunded witt 09 |

b6
b7C
b7E

**<u>SENSITIVE BUT UNCLASSIFIED</u>**
**<u>NON-RECORD</u>**

Attached…

Critical Unfunded
WITT 09.wpd

**<u>SENSITIVE BUT UNCLASSIFIED</u>**

1

*CELL/OTD 008060*                    CELLSITE-13537

# *Critical Unfunded*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-02-2012 BY 65179 DMH/STW

| | |
|---|---|
| Unit: | TTU |
| Short Title: | WIRELESS INTERCEPT AND TRACKING TEAM (WITT) |
| Shortfall Amount: | |
| Account(s): | |
| Cost Center: | |
| One-Time or Recurring Requirement | One Time |
| Existing Contract(s): | YES |
| Unit Rank: | 1 |
| SC Rank: | |
| AD Rank: | |
| | |

b7E

**Description of your shortfall:**

specific amplifiers.  This request shall provide capability not currently available and identified as a critical gap in locating/tracking wireless devices.

b3
b7E

**Why is this critical?**

b3
b7E

b3
b7E

CELLSITE-13538

b3
b7E

**Why can't you cover this with your current base funding?**

although has insufficient funding available to cover

The cost of                     far exceeds current base funding as required.

b7E

**What is the impact if you are unable to obtain funding for this?**

b3
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

[DATE], 20[YY]

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-02-2012 BY 65179 DMH/STW

b7E

Re:                                                    and Non-
Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

Dear

We have been advised by                        of the                                    b3

Consistent with the conditions on the equipment   b7E

must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CELLSITE-13545

CELL/OTD 014560

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

and

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135

b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CELL/OTD 014564

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [                    ] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative

b7E

Sincerely,

_____
Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

b7E

Acknowledged and agreed to this _____ day of _____ [        ]

b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CELL/OTD 014565

CELLSITE-13550

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-02-2012 BY 65179 DMH/STW

b6
b7C
b7E

Re: _____ and Non-
Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

Dear _____

We have been advised by _____ of the _____

_____

_____ must coordinate with the Federal Bureau of Investigation (FBI) to
complete this non-disclosure agreement _____

b3
b6
b7C
b7E

b7E

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

CELLSITE-13551

CELL/OTD 014566

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

and

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135

b7E

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

The [REDACTED] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and [REDACTED]

Sincerely,

b7E

_____
Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this _____ day of _____ [REDACTED]

b6
b7C
b7E

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-02-2012 BY 65179 DMH/STW

b6
b7C
b7E

Re:⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

Dear⬛⬛⬛⬛⬛⬛⬛⬛⬛

We have been advised by⬛⬛⬛⬛⬛⬛⬛of the⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛Consistent with the conditions on the equipment⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

b6
b7C
b7E
b3

b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CELL/OTD 014578

CELLSITE-13557

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135

b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CELL/OTD 014582

CELLSITE-13561

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

b7E

The [          ] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and wireless collection equipment operators of the [          ]

Sincerely,

_____
Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this _____ day of _____ [   ]

b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CELL/OTD 014583

CELLSITE-13562

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-02-2012 BY 65179 DMH/STW

b6
b7C
b7E

Re: [                                    ] and Non-
Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

Dea[        ]

We have been advised by [          ] of the [          ]
[                              ] Consistent with the conditions on the equipment
[                              ] must coordinate with the Federal Bureau
of Investigation (FBI) to complete this non-disclosure agreement.

b3
b6
b7C
b7E

b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CELLSITE-13563

CELLAID 014584

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135

b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CELL/OTD 014588

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [                    ] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative [                    ]     b7E

Sincerely,

_____
Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this _____ day of _____ [        ]

b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE
CELLSITE-13568

CELL/OTD 014589

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-02-2012 BY 65179 DMH/STW

b6
b7C
b7E

Re: [                                    ] and Non-
Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

Dea[        ]

We have been advised by [            ] of [                    ]

[          ] Consistent with the conditions on the equipment [        ]

b3
b6
b7C
b7E

[          ] must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreemen[        ]

b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CELL/OTD 014599

CELLSITE-13577

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135

b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CELL/OTD 014603

CELL-SITE-13581

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

b7E

The [                              ] acceptance of the above conditions shall be evidenced by the signature below of an authorized representative.

Sincerely,

_____

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this _____ day of _____ [      ]

b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page 6 of 6

CELL/OTD 014604

CELLSITE-13582

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-02-2012 BY 65179 DMH/STW

b6
b7C
b7E

Re: _____ and Non-Disclosure
Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear _____

We have been advised by _____ of the _____
_____ Consistent with the conditions on the equipment _____
_____ must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CELLSITE-13585

CELL/OTD 014607

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The ☐ acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative ☐

Sincerely,

b7E

_____
Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this _____ day of _____ ☐

b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CELL/OTD 014611

CELLSITE-13589

(Rev. 05-01-2008)

DATE: 11-14-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 11-14-2037

~~SECRET//20350224~~

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 02/24/2010

**To:** Finance                **Attn:** _____ QT-ERF

**From:** Operational Technology Division
_____ QT-ERF

    **Contact:** _____

b6
b7C
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**Approved By:** _____

**Drafted By:** _____

**Case ID #:** (U)  268-HQ-1068430    (None)

**Title:** (S) _____

b1
b3
b7E

(S) **Synopsis:** _____

Derived From: Multiple Sources
Declassify On: 20350224

(U) **Enclosure(s):** (S) Statement of Work and FD369 (E00xxxx).

**Details:** (S) _____

(S) _____

b1
b7E

~~SECRET//20340909~~

CELL/OTD 009826                    CELLSITE-13593

~~SECRET//20340909~~

To:  Finance   From:  Operational Technology Division
Re:  (U)  268-HQ-1068430, 02/24/2010

(S)

b1
b3
b6
b7C
b7E

(U)  (S) It is requested that the Engineering Contracts Unit initiate contractual action to ⬚ as further detailed on the attached SOW.

(U) The Contracting Officer Technical Representative (COTR) for this procurement is Electronics Engineer (EE) ⬚ and can be contacted at the Engineering Research Facility, located in Quantico, Virginia, for any questions.

LEAD(s):

Set Lead 1:  (Action)

    FINANCE

        AT WASHINGTON, DC

(U)    (S)  The Finance Division, Engineering Contracts Unit, is requested to initiate contractual action for the development of technologies to ⬚, as specified on the attached FD-369 and attached SOW.

Set Lead 2:  (Action)

b3
b7E

    CRIMINAL INVESTIGATIVE

        AT WASHINGTON, DC

(U)    (S)  The Criminal Investigative Division is requested to approve contractual action for the development of technologies to ⬚ as specified on the attached FD-369 and attached SOW.

◆◆

~~SECRET//20340909~~

CELL/OTD 009827

CELLSITE-13594

SECRET//20351202

# STATEMENT OF WORK

DATE: 11-14-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 11-14-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

## FEDERAL BUREAU OF INVESTIGATION

Derived From: NSISCG-20080301
Declassify On: 20351202

SECRET//20351202

SECRET//20351202

## FEDERAL BUREAU OF INVESTIGATION

## STATEMENT OF WORK

# (U) INTRODUCTION

(U) This purpose of this paper is to provide the vendor with a statement of work that describes requirements for conducting research and development of products.  The following shall provide an overall description and scope of the task set forth in this STATEMENT OF WORK.

# (U) (S) BACKGROUND and SCOPE

(S)

b1
b3
b7E

(S)

b1
b3
b7E

(S)

# (U) DESCRIPTION AND REQUIREMENTS

(U) (S) The following headings shall provide specific tasks that are required for the fulfillment of

SECRET//20351202

CELLSITE-13596

~~SECRET//20351202~~

developing a SYSTEM as described above.

(U)    (S) TASK DESCRIPTIONS

(S)

b1
b3
b7E

(S)

~~SECRET//20351202~~

SECRET//20351202

(S)

Table 1: (S)

(S)

b1
b3
b7E

(S

## (U) SYSTEM DESCRIPTION

(S

SECRET//20351202

CELLSITE-13598

SECRET//20351202



(U) (S) **Figure 1: SYSTEM Diagram**

b1
b3
b7E

SECRET//20351202

SECRET//20351202

(S)

b1
b3
b7E

(S

SECRET//20351202

SECRET//20351202

# (U) DELIVERABLES

(S) The following section provides for a delivery schedule as listed in Table 2 below, as well as details concerning each delivery requirement.

## (U) DELIVERY SCHEDULE

| ITEM | Time Frame |
|---|---|
| Monthly Project Status Reports | NLT Five (5) Business Days of each new month upon project inception, to include the following:<br>• Schedules<br>• Financial Status<br>• Overall description of Issues/Concerns |
| BETA System | Reoccurring - BETA updates delivered as development and productization of functions permit. |
| Testing, Verification, and Demonstration | Testing and Verification shall be performed throughout the development lifecycle as required.<br>A government Acceptance test shall be performed prior to final product delivery. |
| FINAL SYSTEM Delivery | NLT than 548 days (1.5 Years) after project inception |
| SYSTEM Training | Ongoing – Provided during delivery of initial BETA System and following updates<br>Final – Provided to FBI personnel on FINAL SYSTEM Delivery NLT 548 days (1.5 Years) after project inception |
| SYSTEM Documentation | NLT 30 days after FINAL SYSTEM Delivery |

(S) Table 3:  Delivery Schedule

# (U) DELIVERY ITEM DESCRIPTIONS

(S) The following provides **further** descriptions of items described above in Table 3.

- (S)

- (S)

b1
b3
b7E

SECRET//20351202

SECRET//20351202

(S)

b1
b3
b7E

- (S)

- (S)

- (S)

b1
b3
b7E

- (S)

# (U) OTHER REQUIREMENTS

The following sections shall describe other requirements related to the development and delivery of the SYSTEM described in this STATEMENT OF WORK.

## (U) SPACE REQUIREMENTS

(S)

b1
b3
b7E

## OTHER DIRECT COSTS

SECRET//20351202

~~SECRET//20351202~~

(U) ~~(S)~~ Vendor shall provide the FBI with costs for equipment, to include all hardware and software, required for the development and delivery of the SYSTEM.

## (U) GOVERNMENT FURNISHED EQUIPMENT

(U) ~~(S)~~ Vendor shall provide the FBI with listing of required GFE in response to this SOW.

## (U) CONTRACT TYPE

(S)

b1
b3
b7E

~~SECRET//20351202~~

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20350823
SECRET//NOFORN

SECRET

CELL/OTD 009838

CELLSITE-13605

SECRET//NOFORN

 **FBI Project Reviews**



DATE: 11-14-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 11-14-2037

b6
b7C

EE

## Tracking Technology Unit

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

CELL/OTD 009878

b3
b7E

SECRET//NOFORN

-13606

SECRET

SECRET//NOFORN

# FBI001:



b3
b7E

(S//NF)

## OVERVIEW

Text – Arial 14

A

SECRET//NOFORN

CELL/010 009879



**FBIOO1:**

(S//NF)

## PROJECT IDENTIFICATION

## PERFORMANCE SUMMARY

b1
b3
b7E

### COST/FUNDING (,000)

### RISKS & ISSUES

**Risks:**
Text – Arial 14

**Issues:**
Text – Arial 14

b1
b3
b7E

B



b3
b7E

b1
b3
b7E

SECRET//NOFORN

b3
b7E

# FBI001:

(S//NF)

## DELIVERABLES

### Deliverable Description:
Text – Arial 14

### Quantity:

(S)

b1
b3
b7E

| Customers | Deliverable Type | Capability Maturity Level | Maturity Date |
|---|---|---|---|
| Text – Arial 10 | | | |

## TECHNICAL PERFORMANCE

Text – Arial 14

D

SECRET//NOFORN

CELL/OTD 009882

SECRET