SECRET/NOFORN



# FBI-000 - (Procurement)



b3
b7E

Describe the planned activities that are currently scheduled (i.e., significant milestones). Six lines of text are available.

### Planned Activities/Schedule

b7E

SECRET//NOFORN

**FBI-000 -** [REDACTED] **(Procurement)**



SAMPLE

b3
b7E

(S)

Essential to include any concern that FY10
monies may not be expended as planned.
Include amounts that may be available for
reallocation to other projects.
Three lines of text are available.

b3
b7E

CELL/OTD 009413

ACLURM051706E-3540



SECRET//NOFORN



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-03-2013 BY NSICG F85M26K45

b3
b7E



# Description

CELL/DID 00809l8

b3
b7E

CHISJE-3558

# Features



b3
b7E

CELL/OTD 000819

# Operations Supported



b3
b7E

CELLTRACK

0026800

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 01-16-2013 BY 65179 DMH/STW

**(OTD) (FBI)**

| | | |
|---|---|---|
| **From:** | (OTD) (CON) | b6 |
| **Sent:** | Thursday, July 16, 2009 10:05 AM | b7C |
| **To:** | (OGC) (FBI) | b7E |
| **Cc:** | | |
| **Subject:** | Topics for inclusion in WITT legal CBT | |

**Importance:**   High

**UNCLASSIFIED**
**NON-RECORD**

Hi

As we spoke about in our recent meeting, here are my thoughts on items that should be included in our legal training for                               I copied                     in case I missed something they would like included        is out on travel this week and will be back next week.  Please call me if you have questions. Thanks!
-b

Items to be
considered for inc...

b6
b7C
b7E

I.C.E., Inc. Consultant
Retired FBI SSA, 1984-2006
Tracking Technology Unit
Federal Bureau of Investigation

**UNCLASSIFIED**

1

DECLASSIFIED BY NSICG F85M26K45
ON 04-03-2013

**(OTD) (FBI)**

**From:**
**Sent:** Monday, February 23, 2009 9:18 AM
**To:**
**Cc:**
**Subject:** FW: WITT [ ] CAPABILITIES

~~SECRET~~
**RECORD 268-HQ-1068430**

b6
b7C
b7E

Per your request

*SSA*
*Unit Chief*
*Tracking Technology Unit*
*Operational Technology Division*

**From:** (OTD) (FBI)
**Sent:** Friday, February 20, 2009 5:36 PM
**To:**
**Cc:**
**Subject:** RE: WITT [ ] CAPABILITIES

~~SECRET~~
**RECORD 268-HQ-1068430**

(U)

(S) The attached White paper discusses some sensitivities with [ ] per my email classification.

[ ] can u PDF this document when it's final and send it?  I'll leave it up to you.


TTU [ ] doc

b6
b7C
b7E

**From:** (OTD) (FBI)
**Sent:** Friday, February 13, 2009 12:41 PM
**To:**
**Subject:** WITT [ ] CAPABILITIES
**Importance:** High

**UNCLASSIFIED**
**NON-RECORD**

Gents: Based on our working group meeting today w[ ] please complete a white paper write up of our [ ] capabilities and include the following:

1

CELLSITE-3563

CELL/OTD 009453

2

3

4

5

(Think along the lines of strategic and tactical..

b6
b7C
b7E

SSA
Unit Chief
Tracking Technology Unit
Operational Technology Division

**UNCLASSIFIED**

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20340220
SECRET

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20340220
SECRET

CELL/OTD 009454

CELLSITE-3564

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 01-16-2013 BY 65179 DMH/STW

# Wireless Tracking Technology

## Progress Report

November 2007

CELL/010/000833



# Overview

- **Background**
  - ☐ Specific Technology area
  - ☐ 

- **Technologies**
  - ☐ Commercial Networks
  - ☐ Research and Development Status
  - ☐ R&D Competing Technologies

- **Future Focus**

b7E

b3
b7E

CELL/OTD 000834

CELLSITE-3606



# Specific Technology Areas



b3
b7E

b3
b7E

CELLSITE-3607

# Methodology

## Issues

- Commercial Markets are implementing newer wireless standards and services in networks at accelerated rates.
- _____ tactical systems are normally available _____

| Methodology | Description | Investment |
|---|---|---|
| Procurement | | |
| | | |
| Product Development / Enhancement | | |
| Internal Development | Develop systems completely in-house | |

b3
b7E

CELLSITE-3611

# R&D

b3
b7E

| Vendor | Method | Status | Comment |
| --- | --- | --- | --- |
| | | | |

b3
b7E

CELL/010 008040

CELLSITE-3612

# R&D

b3
b7E

| Vendor | Method | Status | Comment |
|--------|--------|--------|---------|
|        |        |        |         |

b3
b7E

CELLSITE-3616



# Future Focus

Continuation of following efforts

| Technologies | Goals | Comments |
|---|---|---|
| | | |

b3
b7E

CELL-DTD 000052

# Future Focus

Continuation of following efforts

| Technologies | Goals | Comments |
|---|---|---|
|  |  |  |

b3
b7E

CELLSITE-3625

DECLASSIFIED BY NSICG F8SM26K45
ON 04-03-2013

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | (OTD) (FBI) |
| **Sent:** | Wednesday, January 14, 2009 3:22 PM |
| **To:** | (OTD) (FBI) |
| **Subject:** | Briefing Slides |

SECRET
RECORD 268-HQ-1068430

b6
b7C
b7E

The briefing is attached.

Thanks

Electronics Technician
Tracking Technology Unit

WITT
Revised2.ppt

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20340114
SECRET

1

CELLSITE-3626

SECRET

 

SECRET

## Mission Goal and Objectives (con't)

☐

b3
b7E

☐

b3
b7E

CELL/OTD 014380


SECRET

CELLSITE-3634

SECRET

## □ Background:

b3
b7E

## □ Techniques Deployed:

b3
b7E

## □ Results:

b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-03-2013 BY NSICG F85M26K45

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | (OTD) (FBI) |
| **Sent:** | Tuesday, February 24, 2009 4:05 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | ELSUR Requirments |

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E

Could you approve the attached documents and send up the chain for the ELSUR Requirements.



TTUWITTPRocess.p TTU WITT Integrity
pt                and Complia...

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 014459
CELLSITE-3649

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-03-2013 BY NSICG F85M26K45

# FLOW DIAGRAM

## TTUWITT

CELL/OID 014460

# PROCESS



PEN REGISTER
TRAP TRACE
2703D Amendment

SYSTEM → PURGE

CELL/DTO 014461

b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-03-2013 BY NSICG F85M26K45

# Operational Technology Division

## Tracking Technology Unit

## FACT SHEET

b3
b7E

❑

❑

❑

❑

❑

System Capability:

❑

❑

❑

b3
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-03-2013 BY NSICG F85M26K45

# Operational Technology Division

b7E

## Tracking Technology Unit

## FACT SHEET

- ❏
- ❏     b3
         b7E
- ❏
- ❏
- ❏

System Capability:

- ❏
- ❏     b3
         b7E
- ❏

~~SECRET~~

DATE: 04-03-2013
CLASSIFIED BY NSICG F85M26K45
REASON: 1.4 (C, D)
DECLASSIFY ON: 04-03-2038

Memorandum

July 10, 2008

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b1
b3
b6
b7C
b7E

TO: Louis E. Grever, Acting Executive Assistant Director
From: [ ], UC, Tracking Technology Unit, OTD

(S) Subject [ ]

(S)

b1
b3
b7E

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 5
Page 2 ~ b3; b7E;
Page 3 ~ b3; b7E;
Page 4 ~ b3; b7E;
Page 5 ~ b3; b7E;
Page 6 ~ b3; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 145
Page 4 ~ b1; b3; b5; b6; b7C; b7E;
Page 5 ~ b1; b3; b5; b6; b7C; b7E;
Page 7 ~ b1; b3; b5; b6; b7C; b7E;
Page 9 ~ b1; b3; b5; b6; b7C; b7E;
Page 11 ~ b1; b3; b5; b6; b7C; b7E;
Page 12 ~ b1; b3; b5; b6; b7C; b7E;
Page 13 ~ b1; b3; b5; b6; b7C; b7E;
Page 14 ~ b1; b3; b5; b6; b7C; b7E;
Page 25 ~ b3; b5; b6; b7C; b7E;
Page 34 ~ b1; b3; b5; b6; b7C; b7E;
Page 35 ~ b3; b5; b6; b7C; b7E;
Page 38 ~ b3; b5; b6; b7C; b7E;
Page 39 ~ b3; b5; b6; b7C; b7E;
Page 43 ~ b3; b5; b6; b7C; b7E;
Page 46 ~ b3; b5; b6; b7C; b7E;
Page 51 ~ b3; b5; b6; b7C; b7E;
Page 57 ~ b3; b5; b6; b7C; b7E;
Page 62 ~ b3; b5; b6; b7C; b7E;
Page 63 ~ b3; b5; b6; b7C; b7E;
Page 66 ~ b3; b5; b6; b7C; b7E;
Page 67 ~ b3; b5; b6; b7C; b7E;
Page 70 ~ b3; b5; b6; b7C; b7E;
Page 71 ~ b3; b5; b6; b7C; b7E;
Page 72 ~ b6; b7C;
Page 73 ~ b3; b5; b7E;
Page 74 ~ b3; b5; b7E;
Page 75 ~ b3; b5; b7E;
Page 76 ~ b3; b5; b7E;
Page 77 ~ b3; b5; b7E;
Page 78 ~ b3; b5; b7E;
Page 79 ~ b3; b5; b7E;
Page 80 ~ b3; b5; b7E;
Page 81 ~ b3; b5; b7E;
Page 82 ~ b3; b5; b7E;
Page 83 ~ b3; b5; b7E;
Page 84 ~ b3; b5; b7E;
Page 85 ~ b3; b5; b7E;
Page 86 ~ Duplicate;
Page 87 ~ Duplicate;
Page 88 ~ Duplicate;
Page 89 ~ Duplicate;
Page 96 ~ b3; b5; b6; b7C; b7E;
Page 97 ~ b3; b5; b6; b7C; b7E;
Page 98 ~ b3; b5; b6; b7C; b7E;
Page 99 ~ b6; b7C;
Page 100 ~ b3; b5; b6; b7C; b7E;
Page 101 ~ b1; b3; b5; b6; b7C; b7E;
Page 102 ~ b1; b3; b5; b6; b7C; b7E;
```

```
Page 104 ~ b1; b3; b5; b6; b7C; b7E;
Page 105 ~ b3; b5; b6; b7C; b7E;
Page 106 ~ b6; b7C;
Page 114 ~ b3; b5; b6; b7C; b7E;
Page 116 ~ b3; b5; b6; b7C; b7E;
Page 119 ~ b3; b5; b6; b7C; b7E;
Page 121 ~ b3; b5; b6; b7C; b7E;
Page 124 ~ b3; b5; b6; b7C; b7E;
Page 125 ~ b1; b3; b5; b6; b7C; b7E;
Page 127 ~ b1; b3; b5; b6; b7C; b7E;
Page 128 ~ Duplicate;
Page 129 ~ Duplicate;
Page 131 ~ b1; b3; b5; b6; b7C; b7E;
Page 132 ~ b1; b3; b5; b6; b7C; b7E;
Page 133 ~ b1; b3; b5; b6; b7C; b7E;
Page 134 ~ b1; b3; b5; b6; b7C; b7E;
Page 137 ~ Duplicate;
Page 138 ~ Duplicate;
Page 139 ~ Duplicate;
Page 141 ~ Duplicate;
Page 142 ~ Duplicate;
Page 143 ~ Duplicate;
Page 145 ~ Duplicate;
Page 146 ~ Duplicate;
Page 147 ~ Duplicate;
Page 148 ~ Duplicate;
Page 150 ~ Duplicate;
Page 151 ~ Duplicate;
Page 152 ~ Duplicate;
Page 153 ~ Duplicate;
Page 154 ~ Duplicate;
Page 156 ~ Duplicate;
Page 157 ~ Duplicate;
Page 158 ~ Duplicate;
Page 159 ~ Duplicate;
Page 161 ~ Duplicate;
Page 162 ~ Duplicate;
Page 163 ~ Duplicate;
Page 164 ~ Duplicate;
Page 165 ~ Duplicate;
Page 166 ~ Duplicate;
Page 168 ~ Duplicate;
Page 169 ~ Duplicate;
Page 170 ~ Duplicate;
Page 171 ~ Duplicate;
Page 172 ~ Duplicate;
Page 173 ~ Duplicate;
Page 174 ~ Duplicate;
Page 175 ~ Duplicate;
Page 176 ~ Duplicate;
Page 177 ~ Duplicate;
Page 178 ~ Duplicate;
Page 179 ~ Duplicate;
Page 180 ~ Duplicate;
```

```
Page 181 ~ Duplicate;
Page 182 ~ Duplicate;
Page 183 ~ Duplicate;
Page 184 ~ Duplicate;
Page 185 ~ Duplicate;
Page 186 ~ Duplicate;
Page 187 ~ Duplicate;
Page 188 ~ Duplicate;
Page 190 ~ Duplicate;
Page 191 ~ Duplicate;
Page 192 ~ Duplicate;
Page 193 ~ Duplicate;
Page 194 ~ Duplicate;
Page 195 ~ Duplicate;
Page 196 ~ Duplicate;
Page 197 ~ Duplicate;
Page 198 ~ Duplicate;
Page 199 ~ Duplicate;
Page 200 ~ Duplicate;
Page 201 ~ Duplicate;
Page 203 ~ Duplicate;
Page 204 ~ Duplicate;
Page 205 ~ Duplicate;
Page 212 ~ Duplicate;
Page 213 ~ Duplicate;
Page 214 ~ Duplicate;
Page 215 ~ Duplicate;
Page 216 ~ Duplicate;
Page 217 ~ Duplicate;
Page 218 ~ Duplicate;
Page 219 ~ Duplicate;
Page 220 ~ Duplicate;
Page 222 ~ Duplicate;
Page 223 ~ Duplicate;
Page 224 ~ b1; b3; b5; b6; b7C; b7E;
Page 226 ~ Duplicate;
Page 227 ~ Duplicate;
Page 228 ~ Duplicate;
Page 229 ~ Duplicate;
Page 230 ~ Duplicate;
Page 231 ~ Duplicate;
Page 232 ~ Duplicate;
Page 233 ~ Duplicate;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X   No Duplication Fee X
X   For this Page       X
XXXXXXXXXXXXXXXXXXXXXXXX
```

3/15/2012



b3
b6
b7C
b7E

3/15/2012



b3
b7E

Washington, D.C. 20535



**From**
**Sent:** Friday, December 09, 2011 2:15 PM
**To**
**Cc**
(S) **Subject:** R

b1
b3
b5
b6
b7C
b7E

(S) **Classification:** SECRET//NOFORN

Classified By: J71J92T44
Declassify On: 20361209
Derived From: FBI NSISC-20090615
========================================================

(S)

THIS E-MAIL MAY CONTAIN PRIVILEGED ATTORNEY-CLIENT COMMUNICATION AND ATTORNEY WORK PRODUCT. DO NOT DISSEMINATE WITHOUT OGC APPROVAL.

ADC

**From**
**Sent:** Friday, December 09, 2011 2:12 PM
**To:**
**Cc:**
(S) **Subject:** RE

(S) **Classification:** SECRET//NOFORN

b1
b3
b5
b6
b7C
b7E

Classified By: C11W58B93
Declassify On: 20361209
Derived From: FBI NSISC-20090615
========================================================

Sounds ok, but nothing was attached. Can you please send?

**From**

3

CELLSITE-11754

**From:**
**Sent:** Wednesday, December 07, 2011 8:12 AM
**To:**
**Cc:**
(S) **Subject:** RE

(S) Classification: SECRET//NOFORN

Classified By: J71J92T44
Declassify On: 20361207
Derived From: FBI NSISC-20090615
=======================================================

(S)

**From:**
**Sent:** Wednesday, December 07, 2011 8:09 AM
**To:**
**Cc:**
(S) **Subject:** RE

(S) Classification: SECRET//NOFORN

Classified By: C11W58B93
Declassify On: 20361207
Derived From: FBI NSISC=20090615
=======================================================

b1
b3
b6
b7C
b7E
b5

We feel your pain. In the land of common sense, our rationale has no place            and I will take this issue up with our management and try to get it resolved. If it makes you feel any better, this has happened to others recently – although in not as egregious situation as this.

(S)

**From:**
**Sent:** Wednesday, December 07, 2011 7:50 AM
**To:**
**Cc:**
(S) **Subject:** RE

(S) Classification: SECRET//NOFORN

Classified By: J71J92T44
Declassify On: 20361207
Derived From: FBI NSISC-20090615
==============SECRET=============================

5

~~SECRET~~



**From**
**Sent:** Tuesday, December 06, 2011 4:08 PM
{S} **To**
**Subject:** RE

b1
b3
b5
b6
b7C
b7E

{S} Classification: SECRET//NOFORN

Classified By: C11W58B93
Declassify On: 20361206
Derived From: FBI NSISC-20090615
========================================================

{S}

 If we can't do this with this particular factual scenario, then I can't see a clearer one coming along.  Common sense doesn't always win.

**From**
**Sent:** Tuesday, December 06, 2011 3:36 PM
{S} **To:**
**Subject:** RE

{S} Classification: SECRET//NOFORN

Classified By: F36M55K50
Declassify On: 20361206
Derived From: FBI NSISC-20090615
========================================================

{S}

_Assistant General Counsel_

935 Pennsylvania Ave., N.W.
Room
Washington, D.C. 20535

**From**
**Sent:** Tuesday, December 06, 2011 3:34 PM

~~SECRET~~

7

CELLSITE-11758

ON 11-05-2012

**From:**
**Sent:** Tuesday, September 14, 2010 8:38 AM
**To:**
**Subject:** RE: Question re

b3
b5
b6
b7C
b7E

~~SECRET~~
~~RECORD~~

well, I'm glad people paid attention to my presentation. I always think that people will tune out during the legal portion.

Anyway, you asked what legal authority is required to _____ For that, you will

*Assistant General Counsel*

935 Pennsylvania Ave., N.W.
Room
Washington, D.C. 20535

**From:**
**Sent:** Monday, September 13, 2010 6:29 PM
**To:**
**Subject:** Question re:

b3
b5
b6
b7C
b7E

I am the former CDC in ___ and I am currently assigned _____ One of our agents just returned from some training where you gave some guidance re: use of WITT/Triggerfish, etc. and our agent's notes weren't completely clear on what your guidance had been so I am reaching out to you since I have been advised that you are the subject matter expert. Our new CDC is not really up on this matter from the _____

Basically...the question in  a nutshell is what legal authority is currently required to _____

I have seen some things on the _____ that suggest we always get _____ but it seems to me that _____ The other thing this type of order usually covers _____

1

CELLSITE-11763

**From:**
**Sent:**        Friday, March 13, 2009 6:46 PM
**To:**
**Cc:**
**Subject:**

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

<< File          htm >>   << File                    WITT.doc >>   << File          doc >>

I know we've talked about this        before but not in a formal setting.  I wanted to pass this                    onto you because I hear you understand the fights we go through as case agents and are willing to help us out when we need it.  I don't even know if you can help directly but at least you can look at this and get a feeling of how important this is to all case agents who work with                  which is almost all            cases these days            was our representative from your unit and now I hear he has left. I'm hoping that you could work with me on this issue because it is bigger than I can handle on my own.

These three attachments (in order) are the                          our posted comments and then the              b3

            If you look at them in order I think you'll get the idea of what    b5
                          a routine case.  They'll just say the          (like they already  b6
do).  This segways into our equally enormous task of                  and the fact that          the  b7C
offices                                  b7E

I'll be in San Diego all next week but my UC is cc'd and I'll have my Blackberry.  I think you should maybe come to our next class May 13-15, and see what we're doing.  It's good stuff and we could use someone to talk about legality.  They're supposed to let me know when                    and then we'll have 14 days to make comments.  I'd like to meet with you or at least have spoken with you by the 23rd when I get back, so I can start making our second response to the posting.

Thanks,

SSA

Desk
Fax

<u>UNCLASSIFIED</u>

<u>UNCLASSIFIED</u>

<u>UNCLASSIFIED</u>

<u>UNCLASSIFIED</u>

<u>UNCLASSIFIED</u>

3

CELLSITE-11769

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-05-2012 BY 65179/dmh/stp/as

**From:**
**Sent:** Tuesday, December 30, 2008 3:17 PM
**To:**
**Cc:**
**Subject:** RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Based on my rudimentary understanding of ⬚ and the guidance we've been given from DOJ and in turn disseminated to the field, etc., I agree with your response.

b3
b5
b6
b7C
b7E

**From:**
**Sent:** Tuesday, December 30, 2008 2:19 PM
**To:**
**Subject:** FW: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Please read the following and let me know if you agree with my response to the CDC in ⬚

Thanks,

***************************

You have asked whether

The simple answer to your questions is

b3
b5
b6
b7C
b7E

If you are also seeking to

Please let me know if you need further information or if I have failed to adequately answer your question.

Thanks,

Asst. General Counsel

1

CELLSITE-11770

No problem…let me know what I can do to help.  The U.S. Attorney's Office can also reach out to OEO (Office of Enforcement Operations) at main DOJ if they want other go-by's.  I have found OEO to be very helpful and your USA's office can reach out to them if they want DOJ, instead of FBI, guidance.

**From:**
**Sent:**        Friday, December 12, 2008 3:48 PM
**To:**
**Subject:**     RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

Thanks for getting back to me so quickly.  I appreciate your help, and I will probably need your guidance as I discuss this with the U.S. Attorney's Office.

**From:**
**Sent:**        Friday, December 12, 2008 2:45 PM
**To:**
**Subject:**     WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Good talking to you a few minutes ago.  I have gone through some old materials and have attached

language if you or the AUSA needs additional information.                                              I am happy to work with you on this

<< File: WITT Order-Unknown.wpd >>  << File: WITT Application-Unknown.wpd >>

b3
b5
b6
b7C
b7E

I also direct your attention to the

I hope you find this information helpful, and please do not hesitate to contact me should you have any additional questions.

Thanks,

Asst. General Counsel
Science and Technology Law Unit
FBIHQ, Room

*PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL*

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

3

CELLSITE-11772

b3
b5
b6
b7C
b7E

No, this does not reconcile with the research I have done on WITT.

will be in tomorrow and she may have more information on the issue.

From:
Sent:        Wednesday, October 15, 2008 2:37 PM
To:
Subject:     RE: Witt

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

Does this reconcile with what you have researched/worked on?

From:
Sent:        Wednesday, October 15, 2008 1:31 PM
To:
Subject:     FW: Witt

**UNCLASSIFIED**
**NON-RECORD**

This information, below, is a significant change if it is correct as this ruling dictates that WITT

Now, if true, we will have to have

Could you check on this or point me in the right direction and I will check for us??

Assistant General Counsel
Science and Technology Law Unit
Office of the General Counsel
Federal Bureau of Investigation

b3
b5
b6
b7C
b7E

2

CELLSITE-11774

(Office)
(Cell)
(Secure)
(Fax)

**From:**
**Sent:** Wednesday, October 15, 2008 9:13 AM
**To:**
**Cc:**
**Subject:** RE: Witt

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

I work with                          I just wanted to let you know that the US attorneys office is stating that OEO

Thanks

*SA*

*Desk:*
*Fax:*
*Cell:*

b3
b5
b6
b7C
b7E

**From:**
**Sent:** Tuesday, October 14, 2008 2:09 PM
**To:**
**Subject:** FW: Witt

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

**From:**
**Sent:** Tuesday, September 30, 2008 1:49 PM
**To:**
**Subject:** RE: Witt

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

Thanks.  Looking forward to seeing you presentation.  October is filling up but November is open for me.

Assistant General Counsel
Science and Technology Law Unit
Office of the General Counsel

3

CELLSITE-11775

Federal Bureau of Investigation
(Office)
(Cell)
(Secure)
(Fax)

**From:**
**Sent:** Tuesday, September 30, 2008 1:17 PM
**To:**
**Subject:** RE: Witt

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

Actually we finalized them last week and burnt a new CD, but in light of the new decision          we have modified the presentation once again.  We are teaching a class tonight and I will get with my partner and get you are newest version.  Also, I did speak with our local Magistrate Judge regarding training in October.  She recommended that we set the date(s) and they will try and get everyone there.  So look at your calendar and come up with some dates that work for you in Oct/Nov.

**From:**
**Sent:** Tuesday, September 30, 2008 9:25 AM
**To:**
**Subject:** RE: Witt

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

Did you ever finish this project?  I would really like to see your slides.

Assistant General Counsel
Science and Technology Law Unit
Office of the General Counsel
Federal Bureau of Investigation
(Office)
(Cell)
(Secure)
(Fax)

b3
b6
b7C
b7E

**From:**
**Sent:** Thursday, August 21, 2008 3:13 PM
**To:**
**Subject:** Witt

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

          just wanted to send you a quick email ref our conversation last night.  I will send you via bumail a copy of our WITT presentation.  I will try to include the teaching points that we use when talking about the slides (some of the slides are self explanatory, but others need explanation).  As soon as we figure out how to marry those two up, I will send it out.  I am looking into conducting training for the US Dist Ct and the US Attys office sometime in October.  I will let you know if we get some possible dates.  I would like to have you or someone from OCG give a short presentation regarding legal issues involving

4



Assistant General Counsel

**From:**
**Sent:** Wednesday, July 23, 2008 11:53 AM
**To:**
**Cc:**
**Subject:** RE: WITT

SECRET
RECORD xxxx

and

Did anyone every review and answer the questions in the e-mail below?  We need to get this to          I understand there are a number of

Assistant General Counsel
Science and Technology Law Unit
Phone
Cell phone:
Secure phone:
Fax:

b3
b5
b6
b7C
b7E

**From:**
**Sent:** Monday, June 30, 2008 1:07 PM
**To:**
**Subject:** RE: WITT

SECRET
RECORD xxxx

Will have          review and advise.

*SSA*
*Unit Chief*
*Tracking Technology Unit*
*Operational Technology Division*

**From:**
**Sent:** Monday, June 30, 2008 11:57 AM
**To:**                                                    )
**Subject:** FW: WITT

SECRET
RECORD xxxx

and

CELLSITE-11778



Did you folks review a      raft?  See below, and also please have someone answer the questions in the e-mail below.
Thanks,

Assistant General Counsel
Science and Technology Law Unit
Phone:
Cell phone
Secure phone:
Fax

From:
Sent:        Thursday, June 26, 2008 9:56 AM
To:
Cc:
Subject:        FW: WITT

~~SECRET~~
~~RECORD xxxx~~

b3
b5
b6
b7C
b7E

Just wanted to follow-up on this issue and if OTD had a chance to look at the draft sent over by          In
addition,          has sent a few more questions regarding this issue. Thanks!

Assistant General Counsel

From:
Sent:        Wednesday, June 25, 2008 1:58 PM
To:
Cc:
Subject:        RE: WITT

~~SECRET~~
~~RECORD xxxx~~

Hi

reviewed the draft brief and form and had some additional questions about the technique.  So here they are:

1)

2)

3)

4)

5)                                                would think not, but please confirm.)

3

CELLSITE-11779

6)

7)

So, please pass these questions on to whomever on your side is most familiar with [redacted] We can't move forward on getting approval of [redacted] without more information about exactly [redacted]

Thanks!

**From:**
**Sent:** Wednesday, May 21, 2008 12:33 PM
**To:**
**Subject:** RE: WITT

~~SECRET~~
~~RECORD~~ xxxx

b3
b5
b6
b7C
b7E

Will do, thanks. We'll be in touch.

Assistant General Counsel

**From:**
**Sent:** Wednesday, May 21, 2008 12:32 PM
**To:**
**Cc:**
**Subject:** RE: WITT

~~SECRET~~
~~RECORD~~ xxxx

Attached is a write-up of the WITT [redacted] that I prepared -- using information from a variety of sources.  Would you please distribute it to the appropriate people within the FBI to (a) make sure the facts are accurate; and (b) get answers to my questions?  I've also got [redacted] to the court that will need to be reviewed at our end.  But getting the [redacted] down will be more than half the battle.

Thanks very much.

<< File: [redacted] pdf >>

b3
b5
b6
b7C
b7E

**From:**
**Sent:** Wednesday, April 23, 2008 11:25 AM
**To:**
**Subject:** WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

4

CELLSITE-11780

Have we made any progress on this issue from your side of the house? We may have a case or two that we can consider. I propose we get together and hammer out the remaining legal issues. Let me know what you guys think.

Assistant General Counsel

b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**

DERIVED FROM: Multiple Sources
DECLASSIFICATION EXEMPTION 1
SECRET

DERIVED FROM: Multiple Sources
DECLASSIFICATION EXEMPTION 1
SECRET

DERIVED FROM: Multiple Sources
DECLASSIFICATION EXEMPTION 1
SECRET

DERIVED FROM: Multiple Sources
DECLASSIFICATION EXEMPTION 1
SECRET

DERIVED FROM: Multiple Sources
DECLASSIFICATION EXEMPTION 1
SECRET

DERIVED FROM: Multiple Sources
DECLASSIFICATION EXEMPTION 1
SECRET

DERIVED FROM: Multiple Sources
DECLASSIFICATION EXEMPTION 1
SECRET

DERIVED FROM: Multiple Sources
DECLASSIFICATION EXEMPTION 1
SECRET

DERIVED FROM: Multiple Sources
DECLASSIFICATION EXEMPTION 1
SECRET

CELLSITE-11781

**Subject:**          FW: WITT

Here is the latest correspondence on WITT.  You can see near the bottom of the email chain, what questions remain for the FBI to address.

**From:**
**Sent:**          Wednesday, August 27, 2008 8:29 AM
**To:**
**Subject:**          RE: WITT

b3
b5
b6
b7C
b7E

SECRET
RECORD xxxx

What's up . . . Still haven't heard from OTD, I've got a call in and will find out where they're at with this. So I hear your Falcons are going to start the rookie? My Vikes should be solid, but all depends on "fragile toes" aka Tarvaris Jackson. Talk to you later.

Assistant General Counsel

**From:**
**Sent:**          Tuesday, August 26, 2008 6:12 PM
**To:**
**Subject:**          FW: WITT

I have taken over for                          Did you or OTD get a chance to get back to her on her questions below? Give me a call tomorrow if possible and lets discuss where we are on the questions below.

Thanks,

**From:**
**Sent:**          Tuesday, August 26, 2008 3:44 PM
**To:**
**Subject:**          FW: WITT

SECRET
RECORD xxxx

b3
b5
b6
b7C
b7E

**From:**
**Sent:**          Wednesday, June 25, 2008 1:58 PM
**To:**
**Cc:**
**Subject:**          RE: WITT

SECRET
RECORD xxxx

2

b3
b5
b6
b7C
b7E

H[____]
[____] reviewed the draft brief and form and had some additional questions abou[____] So here they are:

1) [____]

2) [____]

3) [____]

4) [____]

5) [____] (I would think not, but please confirm.)

6) [____]

7) [____] (I think we may be able to deal with this [____]

So, please pass these questions on to whomever on your side is most familiar with[____] We can't move forward on getting approval o[____] without more information about exactly [____]

Thanks!

[____]

**From:**
**Sent:** Wednesday, May 21, 2008 12:33 PM
**To:**
**Subject:** RE: WITT [____]

~~SECRET~~
~~RECORD xxxx~~

Will do, thanks. We'll be in touch.

[____]

Assistant General Counsel

[____]

b3
b6
b7C
b7E

**From:** [____]
**Sent:** Wednesday, May 21, 2008 12:32 PM
**To:**
**Cc:**
**Subject:** RE: WITT [____]

~~SECRET~~
~~RECORD xxxx~~

[____]

3

CELLSITE-11784

Attached is a write-up of the WITT [REDACTED] that I prepared -- using information from a variety of sources.  Would you please distribute it to the appropriate people within the FBI to (a) make sure the facts are accurate; and (b) get answers to my questions?  I've also got [REDACTED] that will need to be reviewed at our end.  But getting the [REDACTED] down will be more than half the battle.

Thanks very much.

<< File: [REDACTED] pdf >>

| | |
|---|---|
| **From:** | [REDACTED] |
| **Sent:** | Wednesday, April 23, 2008 11:25 AM |
| **To:** | [REDACTED] |
| **Subject:** | WITT [REDACTED] |

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Have we made any progress on this issue from your side of the house? We may have a case or two that we can consider. I propose we get together and hammer out the remaining legal issues. Let me know what you guys think.

[REDACTED]
Assistant General Counsel

**SENSITIVE BUT UNCLASSIFIED**

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFICATION EXEMPTION 1~~
~~SECRET~~

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFICATION EXEMPTION 1~~
~~SECRET~~

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFICATION EXEMPTION 1~~
~~SECRET~~

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFICATION EXEMPTION 1~~
~~SECRET~~

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFICATION EXEMPTION 1~~
~~SECRET~~

~~DERIVED FROM: Multiple Sources~~
~~DECLASSIFICATION EXEMPTION 1~~
~~SECRET~~

b3
b5
b6
b7C
b7E

CELLSITE-11785

I don't have experience with this and can't really give advice beyond reading what ▮▮ has left behind. The presentation I was looking at is available here ▮▮▮▮

▮▮▮ These and other documents are available from this page ▮▮▮

▮▮▮

*PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL*

▮▮▮, Assistant General Counsel, OGC STLU ▮▮▮ .

-----Original Message-----
**From:** ▮▮▮
**Sent:** Thursday, August 23, 2007 9:06 AM
**To:** ▮▮▮
**Cc:**
**Subject:** RE: WITT ▮▮▮

**UNCLASSIFIED**
**NON-RECORD**

Sorry, not me.

b3
b5
b6
b7C
b7E

▮▮▮
Assistant General Counsel
Science and Technology Law Unit
Phone ▮▮▮
Cell phone ▮▮▮
Secure phone ▮▮▮
Fax ▮▮▮

-----Original Message-----
**From:** ▮▮▮
**Sent:** Wednesday, August 22, 2007 7:07 PM
**To:** ▮▮▮
**Cc:**
**Subject:** FW: WITT ▮▮▮
**Importance:** High

**UNCLASSIFIED**
**NON-RECORD**

Do any of you have any thoughts on the below or prior experience with these issues, in ▮▮ absence?

▮▮▮
Assistant General Counsel
Science and Technology Law Unit
Office of the General Counsel
w ▮
b ▮▮

*PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL*

-----Original Message-----
**From:** ▮▮▮
**Sent:** Wednesday, August 22, 2007 5:25 PM
**To:** ▮▮▮

3

**Subject:**          RE: WITT

**UNCLASSIFIED**
**NON-RECORD**

Thank you!

      -----Original Message-----
**From:**
**Sent:**          Wednesday, August 22, 2007 1:54 PM
**To:**
**Subject:**          RE: WITT

**UNCLASSIFIED**
**NON-RECORD**

Running into more meetings....will take a look later this afternoon and hope to get back to you soon, hopefully by tomorrow morning.

b3
b6
b7C
b7E

Assistant General Counsel
Science and Technology Law Unit
Office of the General Counsel
w:
bb

*PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC APPROVAL*

      -----Original Mes
**From:**
**Sent:**          Wednesday, August 22, 2007 1:55 PM
**To:**
**Subject:**          FW: WITT

**UNCLASSIFIED**
**NON-RECORD**

I sent the below message to          for some legal assistance, but got her "out of office" reply.  Would you have time to address these questions?

Thanks,

      -----Original Mes
**From:**
**Sent:**          Wednesday, August 22, 2007 12:53 PM
**To:**
**Cc:**
**Subject:**          WITT

**UNCLASSIFIED**
**NON-RECORD**

4

CELLSITE-11789

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-05-2012 BY 65179/dmh/stp/as



**From:**
**Sent:** Friday, February 08, 2008 8:58 AM
**To:**
**Subject:** RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

I have no idea.

Assistant General Counsel
Science and Technology Law Unit
Phone:
Cell phone:
Secure phone:
Fax:

**From:**
**Sent:** Friday, February 08, 2008 8:14 AM
**To:**
**Subject:** RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

I have seen this, but I heard that it was never approved, uploaded, etc..  Do either of you know if it was approved?

**From:**
**Sent:** Wednesday, February 06, 2008 3:15 PM
**To:**
**Subject:** RE: WITT

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

<< File:                                   wpd >>

Assistant General Counsel
Science and Technology Law Unit
Phone:
Cell phone
Secure phone:
Fax:

**From:**
**Sent:** Wednesday, February 06, 2008 2:47 PM
**To:**
**Subject:** FW: WITT

b3
b5
b6
b7C
b7E

1

CELLSITE-11792

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-05-2012 BY 65179/dmh/stp/as



**From:**
**Sent:**     Wednesday, October 15, 2008 3:37 PM
**To:**

**Subject:**    FW: Witt

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

Additional information.

Assistant General Counsel
Science and Technology Law Unit
Office of the General Counsel
Federal Bureau of Investigation
(Office)
(Cell)
(Secure)
(Fax)

**From:**
**Sent:**     Wednesday, October 15, 2008 2:54 PM
**To:**
**Cc:**
**Subject:**    RE: Witt

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

b3
b5
b6
b7C
b7E

Thanks for taking the time to look into this.  I re-read the e-mail from our US Attorney and just so I am not putting words in her mouth she stated: …Although DOJ wants to take the position

Just wanted to pass this along as a trend that at least our US Attorneys office seems to be heading toward.

Thanks again

SA

Desk:
Fax:
Cell:

1

CELLSITE-11813

**From:**
**Sent:** Wednesday, October 15, 2008 1:27 PM
**To:**
**Subject:** RE: Witt

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

I will have to send this up to OGC for additional information.  I haven't heard this from any other source.  Thanks.

Assistant General Counsel
Science and Technology Law Unit
Office of the General Counsel
Federal Bureau of Investigation
(Office)
(Cell)
(Secure)
(Fax)

---

**From:**
**Sent:** Wednesday, October 15, 2008 9:13 AM
**To:**
**Cc:**
**Subject:** RE: Witt

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

I work with                           I just wanted to let you know that the US attorneys office is stating that

Thanks

SA

Desk
Fax:
Cell:

b3
b5
b6
b7C
b7E

---

**From:**
**Sent:** Tuesday, October 14, 2008 2:09 PM
**To:**
**Subject:** FW: Witt

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

2

CELLSITE-11814



**From:**
**Sent:** Tuesday, September 30, 2008 1:49 PM
**To:**
**Subject:** RE: Witt

UNCLASSIFIED
NON-RECORD

Thanks.  Looking forward to seeing you presentation.  October is filling up but November is open for me.

Assistant General Counsel
Science and Technology Law Unit
Office of the General Counsel
Federal Bureau of Investigation
(Office
(Cell
(Secure
(Fax)

b3
b6
b7C
b7E

**From:**
**Sent:** Tuesday, September 30, 2008 1:17 PM
**To:**
**Subject:** RE: Witt

UNCLASSIFIED
NON-RECORD

Actually we finalized them last week and burnt a new CD, but in light of the new decision             we have modified the presentation once again.  We are teaching a class tonight and I will get with my partner and get you are newest version.  Also, I did speak with our local Magistrate Judge regarding training in October.  She recommended that we set the date(s) and they will try and get everyone there.  So look at your calendar and come up with some dates that work for you in Oct/Nov.

**From:**
**Sent:** Tuesday, September 30, 2008 9:25 AM
**To:**
**Subject:** RE: Witt

UNCLASSIFIED
NON-RECORD

Did you ever finish this project?  I would really like to see your slides.

Assistant General Counsel
Science and Technology Law Unit
Office of the General Counsel
Federal Bureau of Investigation
(Office
(Cell)

3

CELLSITE-11815



(Secure)
(Fax)

**From:**
**Sent:**          Thursday, August 21, 2008 3:13 PM
**To:**
**Subject:**       Witt

b3
b6
b7C
b7E

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

just wanted to send you a quick email ref our conversation last night.  I will send you via bumail a copy of our WITT presentation.  I will try to include the teaching points that we use when talking about the slides (some of the slides are self explanatory, but others need explanation).  As soon as we figure out how to marry those two up, I will send it out.  I am looking into conducting training for the US Dist Ct and the US Attys office sometime in October.  I will let you know if we get some possible dates.  I would like to have you or someone from OCG give a short presentation regarding legal issues involving

<u>UNCLASSIFIED</u>

<u>UNCLASSIFIED</u>

<u>UNCLASSIFIED</u>

<u>UNCLASSIFIED</u>

<u>UNCLASSIFIED</u>

<u>UNCLASSIFIED</u>

<u>UNCLASSIFIED</u>

<u>UNCLASSIFIED</u>

<u>UNCLASSIFIED</u>

CELLSITE-11816

HEREIN IS UNCLASSIFIED
DATE 11-05-2012 BY 65179/dmh/stp/as

**From:**
**Sent:**          Monday, December 01, 2008 10:55 AM
**To:**
**Cc:**

**Subject:**          RE

**UNCLASSIFIED**
**NON-RECORD**

I sent the attached email out in early November.  This reflects general DOJ/OGC guidance as it went out to all CDC's - I recognize

Also, just FYI, it is my understanding that OTD is working on

OGC Guidance
 ncerning Reque

Section Chief
Science and Technology Law Office
Office of the General Counsel
HQ
bb:
*PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC
APPROVAL*

b3
b5
b6
b7C
b7E

**From:**
**Sent:**          Monday, December 01, 2008 10:12 AM
**To:**
**Subject:**          FW

**UNCLASSIFIED**
**NON-RECORD**

Please review the below message from one                    SSAs.  If there is a comprehensive OGC policy in regard to                         please advise.

Thanks,

CDC

**From:**
**Sent:**          Wednesday, November 26, 2008 1:15 PM

1

CELLSITE-11817

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-05-2012 BY 65179/dmh/stp/as

**From:**
**Sent:** Wednesday, February 04, 2009 9:43 AM
**To:**
**Cc:**
**Subject:** RE:

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

b3
b5
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

I did have a question regarding the last sentence of the second paragraph

It is not clear to me what is intended here.

Also, I'm concerned about the

OGC Guidance
concerning Reques

**From:**
**Sent:** Wednesday, February 04, 2009 9:22 AM
**To:**
**Subject:** FW:

**UNCLASSIFIED**
**NON-RECORD**

I am assuming there is no problem with this so I am going to go ahead and send it out.

b3
b6
b7C
b7E

**From:**
**Sent:** Tuesday, January 20, 2009 10:17 AM
**To:**
**Subject:**

1

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-05-2012 BY 65179/dmh/stp/as

**From:**
**Sent:**          Thursday, August 07, 2008 10:12 AM
**To:**
**Cc:**
**Subject:**        FW:

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

Please see        write-up about this matter below, which I reviewed in        absence.  I agree with        assessment that there does not seem to be anything else for OGC to do regarding this matter right now.

Please let        or me know if you have any questions or would like us to take any further action.

**From:**
**Sent:**          Thursday, August 07, 2008 8:55 AM
**To:**
**Subject:**        FW

b6
b7C
b7E

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

        did not get the opportunity to read/take action on this yesterday.  He asked that I forward it to you for your review and that you then pass it on to        in case she had any questions.

<u>Thanks,</u>

**From:**
**Sent:**          Wednesday, August 06, 2008 11:34 AM
**To:**
**Subject:**        RE:

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

1

CELLSITE-11830

Thanks,

**From:**
**Sent:**           Monday, August 04, 2008 4:18 PM
**To:**
**Subject:**        RE:

**UNCLASSIFIED**
**NON-RECORD**


No, he did not raise this issue with me.  Is there anything you would like me to do?

**From:**
**Sent:**           Monday, August 04, 2008 4:07 PM
**To:**
**Subject:**        FW:
**Importance:**     High

**UNCLASSIFIED**
**NON-RECORD**


Did ▢ share anything about this with you? Please advise.

b3
b5
b6
b7C
b7E

**From:**
**Sent:**           Monday, August 04, 2008 4:03 PM
**To:**
**Subject:**        FW:

**UNCLASSIFIED**
**NON-RECORD**


Where do we stand on the guidance related to WITT

Section Chief
Science and Technology Law Office
Office of the General Counsel
HQ

bb

*PRIVILEGED DELIBERATIVE DOCUMENT - NOT FOR DISCLOSURE OUTSIDE THE FBI WITHOUT PRIOR OGC*
*APPROVAL*


**From:**
**Sent:**           Friday, August 01, 2008 7:45 PM

3

CELLSITE-11832

**To:**
**Cc:**
**Subject:** FW:

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

FYI.  Did you know about this kerfluffle?

**From:**
**Sent:** Friday, August 01, 2008 4:07 PM
**To:**
**Subject:** FW:

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

I don't see you on this and thought you ought to at least know about the chatter.  My understanding is that there is proposed policy in the AGG Implementation Guide that discusses the issue but I haven't seen it.

Head, Office of Integrity and Compliance
FBI Deputy Designated Agency Ethics Official

OIC Webpage

b3
b5
b6
b7C
b7E

**From:**
**Sent:** Friday, August 01, 2008 2:23 PM
**To:**
**Cc:**

**Subject:** RE:

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

This is the story as I understand it.  I haven't spoken to            yet, but I understand that the acting ASAC has spoken to                 this morning.

A few weeks/months ago, the

As I thought, it doesn't sound like any effort was made  by the

4

CELLSITE-11833

Hope that helps,

*Office of Integrity and Compliance*

***Learn about the OIC at***

This communication may be Privileged or otherwise Deliberative, and should not be disseminated outside of the FBI without the concurrence of OGC.

**From:**
**Sent:**      Friday, August 01, 2008 11:02 AM
**To:**
**Cc:**
**Subject:**      RE:

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

b5
b6
b7C
b7E

I believe you are referring to a paper by _____ who was in OGC at the time. _____ do you have (or recall) such a paper?

**From:**
**Sent:**      Friday, August 01, 2008 10:13 AM
**To:**
**Cc:**
**Subject:**      RE

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

All - we need to get back to the Staffer on this _____ - this has been a recurring issue for years with us and I remember a white paper that was done that addressed our concerns.  I am fairly certain it was an OTD document.  Could you have someone see if that rings a bell?

**From:**
**Sent:**      Thursday, July 31, 2008 4:59 PM
**To:**
**Cc:**
**Subject:**      RE

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

6

CELLSITE-11835

CLASSIFIED BY 65179dmh/stp/as
ON 11-06-2012

**From:**
**Sent:** Monday, September 26, 2011 2:01 PM
**To:**
**Subject:** FW

Classification: ~~SECRET~~

Classified By: C48W86B31
Declassify On: ~~20360926~~
Derived From: FBI NSISC-20090615
===================================================

b3
b6
b7C
b7E
b5

Hey there legal beagle expert on all techie matters.  Is the below still correct to the best of your knowledge as it relates

**From:**
**Sent:** Tuesday, January 13, 2009 7:15 PM
**To:**

**Cc:**
**Subject:**

SECRET//NOFORN
RECORD

CELLSITE-11837

SECRET

935 Pennsylvania Ave., N.W.
Room
Washington, D.C. 20535

**From**
**Sent:** Friday, December 09, 2011 2:15 PM
**To:**
**Cc:**
(S) **Subject:** RE

(S) **Classification:** SECRET//NOFOR

Classified By: J71J92T44
Declassify On: 20361209
Derived From: FBI NSISC-20090615
==================================================

(S)

THIS E-MAIL MAY CONTAIN PRIVILEGED ATTORNEY-CLIENT COMMUNICATION AND ATTORNEY
WORK PRODUCT. DO NOT DISSEMINATE WITHOUT OGC APPROVAL.

ADC

**From**
**Sent:** Friday, December 09, 2011 2:12 PM
**To:**
**Cc:**
(S) **Subject:** RE

(S) **Classification:** SECRET//NOFOR

Classified By: C11W58B93
Declassify On: 20361209
Derived From: FBI NSISC-20090615
==================================================

Sounds ok, but nothing was attached. Can you please send?

SECRET

b1
b3
b5
b6
b7C
b7E

2

CELLSITE-11840

~~SECRET~~

**From**

**Sent:** Tuesday, December 06, 2011 4:08 PM

**To:**

(S) **Subject:** R

(S) Classification: SE~~C~~RET//NOFORN

~~Classified By:~~ C11W58B93
~~Declassify On:~~ 20361206
~~Derived From:~~ FBI NSISC-20090615
=======================================================

(S)

If we can't do this with this particular factual scenario, then I can't see a clearer one coming along.  Common sense doesn't always win.

**From**

**Sent:** Tuesday, December 06, 2011 3:36 PM

**To:**

(S) **Subject:** RE

(S) Classification: SE~~C~~RET//NOFORN

~~Classified By:~~ F36M55K50
~~Declassify On:~~ 20361206
~~Derived From:~~ FBI NSISC-20090615
=======================================================

(S)

b1
b3
b5
b6
b7C
b7E

*Assistant General Counsel*

935 Pennsylvania Ave., N.W.
Room
Washington, D.C. 20535

**From**

**Sent:** Tuesday, December 06, 2011 3:34 PM

**To:**

(S) **Subject:** RE

~~SECRET~~

6

SECRET

935 Pennsylvania Ave., N.W.
Room
Washington, D.C. 20535



From
Sent: Friday, December 09, 2011 2:15 PM
To
Cc
(S)   Subject: RE

b1
b3
b5
b6
b7C
b7E

(S)   Classification: SECRET//NOFORN

Classified By: J71J92T44
Declassify On: 20361209
Derived From: FBI NSISC-20090615
====================================================

(S)

THIS E-MAIL MAY CONTAIN PRIVILEGED ATTORNEY-CLIENT COMMUNICATION AND ATTORNEY
WORK PRODUCT. DO NOT DISSEMINATE WITHOUT OGC APPROVAL.

ADO

From
Sent: Friday, December 09, 2011 2:12 PM
To
Cc
(S)   Subject: RE

b1
b3
b5
b6
b7C
b7E

(S)   Classification: SECRET//NOFOR

Classified By: C11W58B93
Declassify On: 20361209
Derived From: FBI NSISC-20090615
====================================================

Sounds ok, but nothing was attached. Can you please send?

SECRET

2

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 36
Page 2 ~ b5; b6; b7C;
Page 3 ~ b5; b7E;
Page 4 ~ b5; b7E;
Page 5 ~ b5;
Page 6 ~ b5;
Page 7 ~ b5; b7E;
Page 8 ~ b5;
Page 9 ~ b5;
Page 10 ~ b5;
Page 11 ~ b5;
Page 12 ~ b5;
Page 13 ~ b5;
Page 14 ~ b5;
Page 15 ~ b5;
Page 16 ~ b5; b7E;
Page 17 ~ b5;
Page 18 ~ b5;
Page 19 ~ b5;
Page 20 ~ b5; b7E;
Page 21 ~ b5; b7E;
Page 22 ~ b3; b5; b7E;
Page 23 ~ b5; b7E;
Page 24 ~ b5; b7E;
Page 25 ~ b5; b7E;
Page 26 ~ b5; b7E;
Page 27 ~ b5;
Page 28 ~ b6; b7C; b7E;
Page 30 ~ b3; b5; b7E;
Page 37 ~ b3; b7E;
Page 44 ~ b5; b7E;
Page 45 ~ b5; b7E;
Page 46 ~ b5; b7E;
Page 66 ~ b5; b7E;
Page 67 ~ b5; b7E;
Page 107 ~ b5; b7E;
Page 108 ~ b5; b7E;


                              XXXXXXXXXXXXXXXXXXXXXXXX
                              X   Deleted Page(s)    X
                              X   No Duplication Fee X
                              X   For this Page      X
                              XXXXXXXXXXXXXXXXXXXXXXXX
```





## Old Definition

- "pen register" means a device which records or decodes electronic or other impulses which **identify the numbers dialed or otherwise transmitted on the telephone line to which such device is attached….**

## New Definition

- "pen register" means a device *or process* which records or decodes *dialing, routing, addressing, or* signaling information transmitted by an instrument or facility from which a wire or electronic communication is transmitted, *provided, however, that such information shall not include the contents of any communication*….

CELLSITE 10434



- **§ 3127 Pen Register <u>device or process</u>:**
  - "records or decodes <u>dialing, routing, addressing, or signaling information</u>
  - <u>transmitted by an instrument or facility</u> from which a wire or electronic communication is transmitted"

## <u>DOJ</u>:

✓

✓

b5

**http://30.100.99.18/ogc/usabook/usabook/esis/13esis.htm**



**DOJ/CCIPS**: Pen/Trap **order**

b7E

any "signaling information" transmitted from a cellular telephone to:

1)  Identify a target phone **or**
2)  Locate a phone

DOJ:  **"signaling information"** is any non-content information "transmitted by" a telephone instrument



- WITT equipment

- 

- 

b3
b7E

- WITT equipment

- WITT equipment



- is generated by the network for network purposes regardless of a LE order.
- is necessary to the successful processing of a call by the provider; a call cannot be processed without it.
- exists in the network as a record prior to its being obtained by LE.
- has no relationship to the content of a communication.
- is delivered to LE under CALEA only at the beginning and end of a call.



- **<u>Origination</u>** (of an outgoing call from target phone)

- **<u>Answer</u>** (at answer of a call terminating to the target phone)

- **<u>Release</u>** (at the end of the call for both incoming and outgoing calls)

- (http://www.tiaonline.org/standards/search_results2.cfm?document_no= J-STD-025-A www.tiaonline.org)



- Recent Court Decisions
  - CALEA prohibits collecting location information "solely pursuant" to a PR/TT
  - SCA 18 USC 2703(d)

b5



- In re Application for Pen Register and Trap/Trace Device with Cell Site Location Authority, 396 F.Supp2.d 747 (S.D.Tx. 2005)

- In the Matter of an Application of the United States for an Order (1) Authorizing the Use of a Pen Register and a Trap and Trace Device and (2) Authorizing Release of Subscriber Information and/or Cell Site Information, 396 F.Supp.2d 294 (E.D.N.Y. 2005)

- In re Application of the United States for an Order Authorizing the Installation and Use of a Pen Register and a Caller Identification System on Telephone Numbers (Sealed) and Production of Real Time Cell Site Information, 2005 WL 3160860 (D.Md. Nov. 29, 2005)

- In re Application of the United States of America for an Order for Disclosure of Telecommunications Records and Authorizing the Use of A Pen Register and Trap and Trace, 2005 WL 3471754 (S.D.N.Y)

- In the Matter of the Application of the United States of America for an Order Authorizing the Release of Prospective Cell Site Information, 2006  U.S. Dist. Lexis 589 (D.C. Jan 11. 2006)



b5



b5

- **Incident to use of cellular service**

b5

TE-10444



b5

- **AND Use ⬚ PR/TT order for ⬚ gear**    b7E
  - ⬚
    - ⬚
    - Advise of ⬚    b7E
    - Authority to collect ⬚    b5
    - Not retain records?



47 U.S.C. § 333

b7E
b5

✓ Incidental collection on non-target users: 18 U.S.C. § 3123(b)(1)(C) requires that order specify number or other identifier to which order applies.

b5



- ## Maintaining/Purging "Pen" data?

b5
b7E



b5
b7E

- __U.S. v. Balzano__, 687 F.2d 6 (1ˢᵗ Cir 1982) (USSS Nigra recording, re-recorded onto device, but lost "original" removable medium—destruction of original recording on the device was not done in bad faith b/c nature of equipment was such that original was erased in the re-recording process)



b5
b7E

Therefore, pursuant to 18 U.S.C. § 3123(d), I request that this application and order be sealed until otherwise ordered by this court; and

b5

21

CELLSITE-10452



b5
b7E

- 

  - DOJ command Center        ) or OEO (business hours)

- Emergencies involving:

  - Immediate danger of death or serious injury

b5
b7E

- MIOG, Part 2, 10-10.7.1 (pen register) 10-10.17.1 (trap & trace)

b5

22



b5

CELLSITE-10454



# Consent (18 USC 3121(b)(3))



b5

CELLSITE-10455



b5
b7E

**Smith v. Maryland**,  442 U.S. 435, 744 (1979).

- no legitimate expectation of privacy in information knowingly conveyed to a third party
- <u>In re Digital Analyzer</u> found "[n]o logical distinction between telephone numbers called and a party's own telephone number (or ESN number), all of which are regularly voluntarily exposed and known to others.  885 F. Supp. at 199 (<u>citing</u> <u>Smith v. Maryland</u>, 442 U.S. 735, 742-45 (1979)).

b5
b7E



# Certification Course
# Legal Training

b7E
b6
b7C

Science and Technology Law Unit

Office of General Counsel

Federal Bureau of Investigation

0457



# TOPICS

- **The Law (Title III)**

- **Pen Register/ Trap and Trace**

- 

- **Cell Phone Locating – WITT**

- **Loan of ELSUR Equipment**

- 

- 

- **Stored Communications**

- **Computer Trespasser Exception**

b7E



# General Operational Guidelines

b7E

b7E

CHS-000459

 **Law Enforcement Sensitive**

- Law Enforcement Sensitive (LES) collection devices, systems, techniques, and related information are not to be disclosed.  Only the product of the technical operation is disclosed.

- Examples: WITT equipment is LES; CART SOPs are LES.



# Law Enforcement Sensitive

- FOUO (For Official Use Only) – a caveat applied to sensitive but unclassified information that <u>may</u> be exempt from release under FOIA

- LES (Law Enforcement Sensitive) is another of 9 <u>potential</u> exemptions under FOIA to protect law enforcement sources and methods, evidence, reports, tools and techniques, etc.

- FOUO/LES is unclassified information

CHS000310461



# Law Enforcement Sensitive

- Law Enforcement Sensitive (LES) equipment enjoys "qualified privilege"

- State/local vs. Federal prosecutions

- Testimony – how to …
  -
  -
  -

b5

CHS 10462

 **The Law**

- **Title III & Electronic Communications Protection Act**
  - **Title III, 18 USC sec. 2510, Omnibus Crime Control and Safe Streets Act, Commonly referred to as the Wire Tap Act**
  - **As amended by the ECPA, Title III prohibits the interception of wire and oral communications, and electronic communications.**
  - **Provides for criminal penalties and civil damages against anyone who "intentionally intercepts, endeavors to intercept" any covered communication.**

0463



# Title III Order

- Under Title III, the government may apply for a court order authorizing an interception. 18 U.S.C. §2516(1)

- Application must specify the offense being investigated, the nature and location of the facilities where the communications are to be intercepted, and a particular description of the communications sought to be intercepted.  18 U.S.C. § 2518(1)

- Standard:  Probable cause to believe that a particular offense is being committed and that targeting the specified facility will yield communications concerning the offense.18 U.S.C. § 2518(3)



# Title III Order  (cont.)

- Good for up to thirty days.  Extensions allowed, but same standard applies to extension.  18 U.S.C. § 2518(5)

- Required to "minimize" the interception unrelated to criminal activity.  18 U.S.C. § 2518(5)

- Requires a finding that normal investigative procedures are unlikely to be successful or are too dangerous.  18 U.S.C. § 2518(3)(c)

- Requires notice to the target within 90 days.  18 U.S.C. § 2518(8)(d)

0465



# Pen Register/ Trap and Trace

- Court ordered surveillance

- Government must certify that information likely to be obtained by use of device "is relevant to an ongoing criminal investigation."  18 U.S.C. § 3122(b)(2)



# What is the Pen/Trap "addressing information"?

- **Dialing, Routing, Addressing, Signaling Information**

- **Transmitted by Instrument or Facility from which a Communication is Transmitted (outgoing call) (pen)**

- **Identifies Originating Number or Other D/R/A/S or is Reasonably Likely to Identify the Source (incoming call) (trap)**

- **Utilized in Processing or Transmission of Communications**

- **Is not "Contents of any…Communications"**

CHHSII-SI0467



# Limitation:

- **Thou shall NOT collect the Contents of any communication**

    - 18 USC sec. 3121 (c) – "use technology reasonably available to restrict . . . so as not to include the contents of any wire or electronic communications"

    - 18 USC sec. 3127 pen/trap definition: "shall not include the contents of any communication"

    -

b7E



# Cell Phone Locating - WITT

b5
b7E

CHS-10471



# Cell Phone Locating (cont.)

- Collection of cell phone location directly by LEO-

    –

    –

-

    –

b5
b7E



# Loan of ELSUR in Support of Federal, State, and Local Requests for Assistance

- AG Order 2954-2008
- DIOG 11.11
- 

b5

CHISUB10473



# Basic Subscriber Information

## Can be obtained w/ Subpoena, 2703(d) order, or Search warrant, consent

## Provider must give government:

- Name, Address

- Local and long distance telephone <u>connection</u> records, or records of <u>session times and durations</u>;

- Length of service (including start date) and types of service utilized;

- Telephone or instrument number or other subscriber number or identity, including <u>any temporarily assigned network address; and</u>

- <u>Means and source of payment</u> for such service (including any credit card or bank account number)

CHS 010474



# Transactional Data

- **"A record or other information pertaining to a subscriber to or customer of such service (not including the contents of communications."
§ 2703(c)(1) (Everything that's not content & not subscriber information)**

- **Example:**
    - Cell-site data;
    - Addresses / Identities of past e-mail correspondents
    - Incoming e-mail traffic information;
    - Account logs that record usage e.g., URLs (web surfing activity)

CHS 10475



# Q & A?

Assistant General Counsel

Science & Technology Law Unit

Engineering Research Facility - Extension

Quantico, VA

b6
b7C

@ic.fbi.gov

CHS-SI-10476



# Certification Course
# Legal Training

Science and Technology Law Unit
Office of General Counsel
Federal Bureau of Investigation

b6
b7C
b7E

0

CHSI 10477



# TOPICS

- **The Law (Title III)**
- **Pen Register/ Trap and Trace**
- 
- **Cell Phone Locating – WITT**
- **Loan of ELSUR Equipment**
- 
- 
- **Stored Communications**
- **Computer Trespasser Exception**

b7E

1

CHISH10478



# General Operational Guidelines



b7E

b7E

2

CHS-10479



# Law Enforcement Sensitive

- Law Enforcement Sensitive (LES) collection devices, systems, techniques, and related information are not to be disclosed.  Only the product of the technical operation is disclosed.

- Examples: WITT equipment is LES; CART SOPs are LES.

3



# Law Enforcement Sensitive

- FOUO (For Official Use Only) – a caveat applied to sensitive but unclassified information that <u>may</u> be exempt from release under FOIA

- LES (Law Enforcement Sensitive) is another of 9 <u>potential</u> exemptions under FOIA to protect law enforcement sources and methods, evidence, reports, tools and techniques, etc.

- FOUO/LES is unclassified information

4



# Law Enforcement Sensitive

- Law Enforcement Sensitive (LES) equipment enjoys "qualified privilege"
- State/local vs. Federal prosecutions
- Testimony – how to …
  - —
  - —
  - —

b7E

5

CHS-SI0482



# The Law

- **Title III & Electronic Communications Protection Act**
  - Title III, 18 USC sec. 2510, Omnibus Crime Control and Safe Streets Act, Commonly referred to as the Wire Tap Act
  - As amended by the ECPA, Title III prohibits the interception of wire and oral communications, and electronic communications.
  - Provides for criminal penalties and civil damages against anyone who "intentionally intercepts, endeavors to intercept" any covered communication.

6



# Title III Order

- Under Title III, the government may apply for a court order authorizing an interception. 18 U.S.C. §2516(1)

- Application must specify the offense being investigated, the nature and location of the facilities where the communications are to be intercepted, and a particular description of the communications sought to be intercepted.  18 U.S.C. § 2518(1)

- Standard:  Probable cause to believe that a particular offense is being committed and that targeting the specified facility will yield communications concerning the offense.18 U.S.C. § 2518(3)

7

10484



# Title III Order  (cont.)

- Good for up to thirty days.  Extensions allowed, but same standard applies to extension.  18 U.S.C. § 2518(5)

- Required to "minimize" the interception unrelated to criminal activity.  18 U.S.C. § 2518(5)

- Requires a finding that normal investigative procedures are unlikely to be successful or are too dangerous.  18 U.S.C. § 2518(3)(c)

- Requires notice to the target within 90 days. 18 U.S.C. § 2518(8)(d)

8

10485



# Pen Register/
# Trap and Trace

- Court ordered surveillance
- Government must certify that information  likely to be obtained by use of device "is relevant to an ongoing criminal investigation."  18 U.S.C. § 3122(b)(2)

9

CITISTINT310486



# What is the Pen/Trap "addressing information"?

- Dialing, Routing, Addressing, Signaling Information
- Transmitted by Instrument or Facility from which a Communication is Transmitted (outgoing call) (pen)
- Identifies Originating Number or Other D/R/A/S or is Reasonably Likely to Identify the Source (incoming call) (trap)
- Utilized in Processing or Transmission of Communications
- Is not "Contents of any...Communications"

10

# Limitation:



- Thou shall NOT collect the Contents of any communication
  - 18 USC sec. 3121 (c) – "use technology reasonably available to restrict . . . so as not to include the contents of any wire or electronic communications"
  - 18 USC sec. 3127 pen/trap definition: "shall not include the contents of any communication"
  - 

11

b7E

ACLURM010488



# Cell Phone Locating - WITT



b5
b7E

16



# Cell Phone Locating (cont.)

- Collection of cell phone location directly by LEO-



b7E
b5

17



# Loan of ELSUR in Support of Federal, State, and Local Requests for Assistance

- AG Order 2954-2008
- DIOG 11.11
- 

b5

18

CHS-10493

# Basic Subscriber Information



Can be obtained w/ Subpoena, 2703(d) order, or
Search warrant, consent

Provider must give government:

- Name, Address
- Local and long distance telephone <u>connection</u> records, or records
  of <u>session times and durations</u>;
- Length of service (including start date) and types of service
  utilized;
- Telephone or instrument number or other subscriber number or
  identity, including <u>any temporarily assigned network address; and</u>
- <u>Means and source of payment</u> for such service (including any
  credit card or bank account number)

28

# Transactional Data



- "A record or other information pertaining to a subscriber to or customer of such service (not including the contents of communications)." § 2703(c)(1) (Everything that's not content & not subscriber information)

- Example:
  - Cell-site data;
  - Addresses / Identities of past e-mail correspondents
  - Incoming e-mail traffic information;
  - Account logs that record usage e.g., URLs (web surfing activity)

29



# Questions?

Assistant General Counsel

Science & Technology Law Unit

Engineering Research Facility

Quantico, VA

@ic.fbi.gov

b6
b7C

40

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 97
Page 9 ~ b7E;
Page 13 ~ b5;
Page 14 ~ b3; b7E;
Page 23 ~ b3; b7E;
Page 39 ~ b3; b7E;
Page 40 ~ b3; b7E;
Page 41 ~ b3; b7E;
Page 42 ~ b3; b7E;
Page 44 ~ b3; b7E;
Page 45 ~ b3; b7E;
Page 47 ~ b3; b7E;
Page 48 ~ b3; b7E;
Page 49 ~ b3; b7E;
Page 50 ~ b3; b7E;
Page 58 ~ b3; b7E;
Page 69 ~ b7E;
Page 70 ~ b7E;
Page 71 ~ b7E;
Page 72 ~ b7E;
Page 73 ~ b7E;
Page 74 ~ b7E;
Page 75 ~ b7E;
Page 76 ~ b7E;
Page 77 ~ b7E;
Page 93 ~ b3; b7E;
Page 94 ~ b3; b7E;
Page 96 ~ b3; b7E;
Page 97 ~ b3; b7E;
Page 99 ~ b3; b7E;
Page 100 ~ b3; b7E;
Page 104 ~ b3; b7E;
Page 109 ~ b3; b7E;
Page 110 ~ b3; b7E;
Page 111 ~ b3; b7E;
Page 112 ~ b3; b7E;
Page 113 ~ b3; b6; b7C; b7E;
Page 114 ~ b3; b7E;
Page 115 ~ b3; b7E;
Page 116 ~ b3; b7E;
Page 117 ~ b3; b4; b7E;
Page 118 ~ b3; b4; b7E;
Page 119 ~ b3; b7E;
Page 120 ~ b3; b7E;
Page 121 ~ b3; b4; b7E;
Page 122 ~ b3; b4; b7E;
Page 123 ~ b3; b4; b7E;
Page 124 ~ b3; b4; b7E;
Page 125 ~ b3; b4; b7E;
```

```
Page 126 ~ b3; b7E;
Page 127 ~ b3; b7E;
Page 128 ~ b3; b4; b7E;
Page 129 ~ b3; b7E;
Page 130 ~ b3; b7E;
Page 131 ~ b3; b4; b7E;
Page 132 ~ b3; b7E;
Page 133 ~ b3; b7E;
Page 134 ~ b3; b7E;
Page 135 ~ b3; b7E;
Page 136 ~ b3; b7E;
Page 137 ~ b3; b6; b7C; b7E;
Page 138 ~ b3; b7E;
Page 139 ~ b3; b4; b7E;
Page 140 ~ b3; b4; b7E;
Page 141 ~ b3; b7E;
Page 142 ~ b3; b7E;
Page 143 ~ b3; b7E;
Page 144 ~ b3; b7E;
Page 145 ~ b3; b7E;
Page 146 ~ b3; b7E;
Page 147 ~ b3; b7E;
Page 148 ~ b3; b7E;
Page 149 ~ b3; b7E;
Page 150 ~ b3; b7E;
Page 151 ~ b3; b7E;
Page 152 ~ b3; b7E;
Page 153 ~ b3; b7E;
Page 154 ~ b3; b7E;
Page 155 ~ b3; b7E;
Page 156 ~ b3; b7E;
Page 157 ~ b3; b7E;
Page 158 ~ b3; b7E;
Page 159 ~ b3; b4; b7E;
Page 160 ~ b3; b4; b7E;
Page 161 ~ b3; b7E;
Page 162 ~ b3; b7E;
Page 163 ~ b3; b7E;
Page 164 ~ b3; b7E;
Page 165 ~ b3; b7E;
Page 166 ~ b3; b7E;
Page 167 ~ b3; b7E;
Page 168 ~ b3; b7E;
Page 169 ~ b6; b7C; b7E;
Page 170 ~ b3; b7E;
Page 171 ~ b3; b7E;
Page 172 ~ b3; b7E;
Page 173 ~ b3; b7E;
Page 174 ~ b3; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
```

XXXXXXXXXXXXXXXXXXXXXXXXX



# Certification Course
# Legal Training

Science and Technology Law Unit

Office of General Counsel

Federal Bureau of Investigation

b7E

b6
b7C



# General Operational Guidelines

b7E

CHS314350



# Evidence/Intelligence Collection

b3
b7E



# The Law

- **Title III & Electronic Communications Protection Act**
  - **Title III, 18 USC sec. 2510, Omnibus Crime Control and Safe Streets Act, Commonly referred to as the Wire Tap Act**
  - **As amended by the ECPA, Title III prohibits the interception of wire and oral communications, and electronic communications.**
  - **Provides for criminal penalties and civil damages against anyone who "intentionally intercepts, endeavors to intercept" any covered communication.**

14352



# Title III Order

- Under Title III, the government may apply for a court order authorizing an interception. 18 U.S.C. §2516(1)

- Application must specify the offense being investigated, the nature and location of the facilities where the communications are to be intercepted, and a particular description of the communications sought to be intercepted. 18 U.S.C. § 2518(1)

- Standard:  Probable cause to believe that a particular offense is being committed and that targeting the specified facility will yield communications concerning the offense. 18 U.S.C. § 2518(3)



# Title III Order  (cont.)

- Good for up to thirty days.  Extensions allowed, but same standard applies to extension.  18 U.S.C. § 2518(5)

- Required to "minimize" the interception unrelated to criminal activity.  18 U.S.C. § 2518(5)

- Requires a finding that normal investigative procedures are unlikely to be successful or are too dangerous.  18 U.S.C. § 2518(3)(c)

- Requires notice to the target within 90 days.  18 U.S.C. § 2518(8)(d)

14354



# Interception v. Search

- Title III real time interception of electronic communications, e.g.

b7E

- Collection of stored data – a search of memory

14355



# Pen Register/ Trap and Trace

- Court ordered surveillance

- Government must certify that information is likely to be obtained by use or device "is relevant to an ongoing criminal investigation."  18 U.S.C. § 3122(b)(2)



# What is the Pen/Trap "addressing information"?

- **Dialing, Routing, Addressing, Signaling Information**

- **Transmitted by Instrument or Facility from which a Communication is Transmitted (pen)**

- **Identifies Originating Number or Other D/R/A/S or is Reasonably Likely to Identify the Source (trap)**

- **Utilized in Processing or Transmission of Communications**

- **Is not "Contents of any…Communications"**

CHS-14358



# Limitation:

- **Thou shall NOT collect the Contents of any communication**

  - 18 USC sec. 3121 (c) – "use technology reasonably available to restrict . . . so as not to include the contents of any wire or electronic communications"

  - 18 USC sec. 3127 pen/trap definition: "shall not include the contents of any communication"

14359



# Stored Communications & Records ECPA 18 USC SEC. 2701

- Content of communication in "storage"

- Subscriber Records

- Transactional Records

CLEARLY14362



# Unauthorized Access to Stored Communications

- **18 USC § 2701 (Electronic Communications Protection Act)**
  - **Unauthorized access to communications in "electronic storage" (*e.g.*, one user snooping in another's inbox)**
    - intentionally access <u>without authorization</u> a facility through which <u>an electronic communication service</u> is provided and thereby <u>obtain a wire or electronic communication while it is in electronic storage."</u>
  - **Inapplicable when authorized by the Service Provider, §2701(c)(1)**
  - **Excepts conduct <u>authorized by a "user"</u> of that service with respect to a communication of or intended for that user. §2701(c)(2)**

14363



# Disclosure of Stored Content & Records

- **General rule**: a <u>public</u> provider (*e.g.*, an ISP) may not freely disclose the content or records of its customer's communications to others [18 U.S.C. § 2702]

- <u>**Non-Public**</u> **Providers may voluntarily disclose for any reason**



# Law Enforcement Exception

- 18 USC sec. 2703

- Required disclosure of customer communications (in electronic storage) or records

- Requires search warrant (FRCP 41), Federal subpoena, or Federal court order

- 180 day rule

- Notice to subscriber or customer

14365



# What's a § 2703(d) Court Order?

- ## "Articulable facts" order
  - "Specific and articulable facts showing that there are reasonable grounds to believe that [the specified records] are relevant and material to an ongoing criminal investigation"

- ## A lower standard than probable cause but higher than pen/trap

- ## <u>Notice</u> may be delayed: up to 90 days (may extend) to avoid flight, destruction of or tampering with evidence, witness intimidation, seriously jeopardizing an investigation



# Nationwide Search Warrants for E-Mail:

- Investigators may use section 2703(a) warrants to compel disclosure of stored communications from providers anywhere in the country

- Issued "by a court with jurisdiction over the offense under investigation"

- Consistent with use of federal grand jury subpoenas and orders under section 2703(d).

CBI1301B14367

 # Basic Subscriber Information

## Can be obtained w/ Subpoena, 2703(d) order, or Search warrant

## Provider must give government:

- Name, Address

- Local and long distance telephone <u>connection</u> records, or records of <u>session times and durations</u>;

- Length of service (including start date) and types of service utilized;

- Telephone or instrument number or other subscriber number or identity, including <u>any temporarily assigned network address; and</u>

- <u>Means and source of payment</u> for such service (including any credit card or bank account number)



# Transactional Data

- **"A record or other information pertaining to a subscriber to or customer of such service (not including the contents of communications."**
  § 2703(c)(1) **Everything that's not content & not subscriber information**

- **Example**:
  - Cell-site data;
  - Addresses / Identities of past e-mail correspondents
  - Incoming e-mail traffic information;
  - Account logs that record usage e.g., ULRs (web surfing activity)

- **Use § 2703(d) order to collect prospectively**

14369



# CONTACT INFO

Assistant General Counsel
Office of the General Counsel
Science and Technology Law Unit

b6
b7C

14371



Wake up.
It's time to leave.



# Certification Course Legal Training

Science and Technology Law Unit
Office of General Counsel
Federal Bureau of Investigation

b7E

b6
b7C

0



# TOPICS

- **General guidelines**
- **The Law (e.g., Title III)**
- **Pen Register/ Trap and Trace**

                        **— WITT**

b7E
b3

- **Loan of ELSUR Equipment**

- **Stored Communications**
- **Computer Trespasser Exception**

1

ALL-FBI 14374



# General Operational Guidelines

b7E

2

CHS 14375

# General Operational Guidelines



- What is your legal authority?
- Why is it important?

b7E

3

14376



# Law Enforcement Sensitive

- Law Enforcement Sensitive (LES) collection devices, systems, techniques, and related information are not to be disclosed.  Only the product of the technical operation is disclosed.

- Examples: WITT

b7E

4

CHISHI14377



# Law Enforcement Sensitive

- FOUO (For Official Use Only) – a caveat applied to sensitive but unclassified information that <u>may</u> be exempt from release under FOIA

- LES (Law Enforcement Sensitive) is another of 9 <u>potential</u> exemptions under FOIA to protect law enforcement sources and methods, evidence, reports, tools and techniques, etc.

- FOUO/LES is unclassified information

5

CHS314378

 # Law Enforcement Sensitive

- Law Enforcement Sensitive (LES) equipment enjoys "qualified privilege"
- State/local vs. Federal prosecutions
- Testimony – how to …

b7E

6



# The Law

- Title III & Electronic Communications Protection Act
  - Title III, 18 USC sec. 2510, Omnibus Crime Control and Safe Streets Act, Commonly referred to as the Wire Tap Act
  - As amended by the ECPA, Title III prohibits the interception of wire and oral communications, and electronic communications.
  - Provides for criminal penalties and civil damages against anyone who "intentionally intercepts, endeavors to intercept" any covered communication.

7

CHUSH14380



# Title III Order

- Under Title III, the government may apply for a court order authorizing an interception. 18 U.S.C. §2516(1)

- Application must specify the offense being investigated, the nature and location of the facilities where the communications are to be intercepted, and a particular description of the communications sought to be intercepted.  18 U.S.C. § 2518(1)

- Standard:  Probable cause to believe that a particular offense is being committed and that targeting the specified facility will yield communications concerning the offense.18 U.S.C. § 2518(3)

8

CHS 14381



# Title III Order  (cont.)

- Good for up to thirty days.  Extensions allowed, but same standard applies to extension.  18 U.S.C. § 2518(5)

- Required to "minimize" the interception unrelated to criminal activity.  18 U.S.C. § 2518(5)

- Requires a finding that normal investigative procedures are unlikely to be successful or are too dangerous.  18 U.S.C. § 2518(3)(c)

- Requires notice to the target within 90 days. 18 U.S.C. § 2518(8)(d)

9

CHS00814382



# Pen Register/ Trap and Trace

- Court ordered surveillance

b7E

- Government must certify that information  likely to be obtained by use of device "is relevant to an ongoing criminal investigation."  18 U.S.C. § 3122(b)(2)

10

CHS 14383



# What is the Pen/Trap "addressing information"?

- Dialing, Routing, Addressing, Signaling Information
- Transmitted by Instrument or Facility from which a Communication is Transmitted (outgoing call) (pen)
- Identifies Originating Number or Other D/R/A/S or is Reasonably Likely to Identify the Source (incoming call) (trap)
- Utilized in Processing or Transmission of Communications
- Is not "Content of any...Communications"

11

CHS 14384



# Limitation:

- **Thou shall NOT collect the Contents of any communication**
  - 18 USC sec. 3121 (c) – "use technology reasonably available to restrict . . . so as not to include the contents of any wire or electronic communications"
  - 18 USC sec. 3127 pen/trap definition: "shall not include the contents of any communication"

b3
b7E

12

CHS14385



# Cell Phone Locating - WITT

- As the FBI configures and deploys WITT equipment it is a PRT&T device.

b7E

17

# Loan of ELSUR in Support of Federal, State, and Local Requests for Assistance



■AG Order 2954-2008

b3
b7E

20



# Stored Communications & Records
## ECPA 18 USC SEC. 2701

- "Electronic storage" is defined at 18 U.S.C. § 2510(17) as: (A) any temporary, intermediate storage of a wire or electronic communication incidental to the electronic transmission thereof; and (B) any storage of such communication by an electronic communication service for purposes of backup protection of such communication

b7E
b3

- For stored information, search warrant or 2703(d) order or subpoena with notice
- Under 2703(b) notice can be delayed

25



# Disclosure of Stored Content & Records

- **General rule**: a <u>public</u> provider (*e.g.,* an ISP) may not freely disclose the content or records of its customer's communications to others [18 U.S.C. § 2702]

- <u>**Non-Public**</u> **Providers may voluntarily disclose for any reason**

26

# Law Enforcement Exception



- 18 USC sec. 2703
- Requires disclosure of customer communications (in electronic storage) or records
- Requires search warrant (FRCP 41), Federal subpoena, or Federal court order (2703d order)
- 180 day rule
- Notice to subscriber or customer

27

14400

# What's a § 2703(d) Court Order?



- **"Articulable facts" order**
  - "Specific and articulable facts showing that there are reasonable grounds to believe that [the specified records] are relevant and material to an ongoing criminal investigation"
- **A lower standard than probable cause but higher than pen/trap**
- **<u>Notice</u> may be delayed:  up to 90 days (may extend) to avoid flight, destruction of or tampering with evidence, witness intimidation, seriously jeopardizing an investigation**

28

CHS-SI 14401

# Nationwide Search Warrants for E-Mail:



- Investigators may use section 2703(d) warrants to compel disclosure of stored communications from providers anywhere in the country

- Issued "by a court with jurisdiction over the offense under investigation"

- Consistent with use of federal grand jury subpoenas and orders under section 2703(d).

29

CILSIIS14402

# Basic Subscriber Information

Can be obtained w/ Subpoena, 2703(d) order, or Search warrant, consent

Provider must give government:

- Name, Address
- Local and long distance telephone <u>connection</u> records, or records of <u>session times and durations</u>;
- Length of service (including start date) and types of service utilized;
- Telephone or instrument number or other subscriber number or identity, including <u>any temporarily assigned network address; and</u>
- <u>Means and source of payment</u> for such service (including any credit card or bank account number)

30

14403



# Transactional Data

- "A record or other information pertaining to a subscriber to or customer of such service (not including the contents of communications)." § 2703(c)(1) (Everything that's not content & not subscriber information)

- Example:
    - Cell-site data;
    - Addresses / Identities of past e-mail correspondents
    - Incoming e-mail traffic information;
    - Account logs that record usage e.g., URLs (web surfing activity)

31

14404



# Title III (18 U.S.C. 2511-17) – Consent vs. Computer Trespasser Exception

- Need a court order to monitor the content of data communications – or an exception (consent).

- Content includes:

b3
b7E

33

14406



# Relevant Exceptions to Title III

- Computer Trespasser exception.
- Consent of a party to the communication.
- Service Provider exception.

34

CHS 14407



# Consent of a Party to the Communication -- the Victim Computer

18 U.S.C.§2511(2)(c)-(d)

Express consent

b5



# Consent of a Party to the Communication – Banners

Implied consent

b5

36



# The Computer Trespasser Exception (18 U.S.C.§2511(2)(i))

Requires:

- consent of the computer owner – authorization.
- the person performing the intercept must be "lawfully engaged in an investigation."
- the person performing the intercept must have "reasonable grounds to believe the contents of the communications will be relevant to the investigation."
- interception must be limited to communications "transmitted to, through, or from" the computer and MAY NOT capture communications other than those to or from the trespasser – broader than consent.

37

14410



# The Computer Trespasser Exception (continued)

Legal tips:

b5

38

14411



# The Computer Trespasser Exception (continued)

Another legal tip:

b5

39

14412



# The Computer Trespasser Exception (continued)

Practice tips:

.b5

40

CELLSITE-14413



# Service Provider Exception 18 U.S.C. 2511(2)(a)(i)

- Authorizes interception or disclosure "while engaged in any activity which is a necessary incident to the rendition of service or the protection of the rights or property of the provider of the service"

- Recommendation:

b5

41

14414



# Questions?

Assistant General Counsel

Science & Technology Law Unit

Engineering Research Facility

Quantico, VA

b6
b7C
b7E

42

14415

# Legal Fundamentals

b6
b7C

Assistant General Counsel
Science & Technology Law Unit
Office of the General Counsel
Federal Bureau of Investigation

CELLSITE-14425



# Agenda

- Real time monitoring of content
- Implied Consent/Banners
- Computer Trespasser
- International Issues
- Question and Answers

CELLSITE 14426

# General Operational Guidelines



b7E
b3

CELLSITE-14427

# Compelled Disclosure under ECPA



| Evidence Sought | Legal process |
|---|---|
| Undelivered email less that 180 days old | Search warrant |
| Stored content | Subpoena or 2703 order with notice (or search warrant) |
| Most transactional Records (net flow data) | 2703(d) order (or search warrant) |
| Basic subscriber info. and billing records | Subpoena (or 2703(d) order or search warrant) |

4

# Current Issues and Procedures for Monitoring Content in Intrusion Investigations

CELLSITE-14429

# Monitoring in Computer Intrusion Cases

## Practice tips:



b3
b7E

CELLSITE-14430

# Pen Register/Trap & Trace (18 U.S.C. §§3121-3172)

- Court order allows LE to collect signaling and routing information of communications (to, from, source/destination IP address, packet size, presence of attachments.
- Not content (e.g. real time collection of network flow data)
- Pen register – outgoing communications
- Trap & Trace – incoming communications

b3
b7E

CELLSITE-14431

# Title III (18 U.S.C. 2511-17)

- Need a court order to monitor the content of data communications – or an exception.

- Content includes:

b3
b7E

# Consent of a Party to the Communication – the Victim Computer

## 18 U.S.C. §2511(2)(c)-(d)

Express consent



b5

CELLSITE-14433

# Consent of a Party to the Communication – Banners

## Implied consent



b5

CELLSITE 14434



# Relevant Exceptions to Title III

- Consent of a party to the communication.

- Computer Trespasser exception.

- Service Provider exception.

CELLSITE-14435

# The Computer Trespasser Exception (18 U.S.C.§2511(2)(i))

Requires:

- consent of the computer owner – authorization.
- the person performing the intercept must be "lawfully engaged in an investigation."
- the person performing the intercept must have "reasonable grounds to believe the contents of the communications will be relevant to the investigation."
- interception must be limited to communications "transmitted to, through, or from" the computer and MAY NOT capture communications other than those to or from the trespasser – broader than consent.

# The Computer Trespasser Exception (continued)

Legal tips:

b5

CELLSITE-14437

# The Computer Trespasser Exception (continued)

Another legal tip:



b3
b7E

# The Computer Trespasser Exception (continued)

## Practice tips:



b7E

CELLSITE-14439

# Service Provider Exception
## 18 U.S.C. 2511(2)(a)(i)

- Authorizes interception or disclosure "while engaged in any activity which is a necessary incident to the rendition of service or the protection of the rights or property of the provider of the service"

b3
b7E

# International Issues

CELLSITE-14445



# Legal Fundamentals
# Contact Information

Assistant General Counsel
Science & Technology Law Unit
Office of the General Counsel

b6
b7C
b7E

CELLSITE-14448



b6
b7C
b7E



b6
b7C
b7E

# General Operational Guidelines

b7E

# General Operational Guidelines

b7E

14453

# General Operational Guidelines

b7E

CHU 2013 14454

# General Operational Guidelines

b6
b7C

b7E

CHS 14455

# Wake up.
# It's time to leave.

CHISM 14522

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 35
Page 8 ~ b5;
Page 9 ~ b5;
Page 10 ~ b5;
Page 11 ~ b5;
Page 13 ~ b5; b7E;
Page 14 ~ b5; b7E;
Page 29 ~ Duplicate;
Page 30 ~ Duplicate;
Page 31 ~ Duplicate;
Page 32 ~ Duplicate;
Page 33 ~ Duplicate;
Page 34 ~ Duplicate;
Page 35 ~ Duplicate;
Page 39 ~ Duplicate;
Page 41 ~ Duplicate;
Page 42 ~ Duplicate;
Page 43 ~ Duplicate;
Page 44 ~ Duplicate;
Page 45 ~ Duplicate;
Page 46 ~ Duplicate;
Page 47 ~ Duplicate;
Page 48 ~ Duplicate;
Page 49 ~ Duplicate;
Page 50 ~ Duplicate;
Page 51 ~ Duplicate;
Page 52 ~ Duplicate;
Page 81 ~ b5;
Page 91 ~ b7E;
Page 98 ~ b5; b7E;
Page 100 ~ b7E;
Page 109 ~ b5; b7E;
Page 112 ~ b4; b5; b7E;
Page 113 ~ b5; b7E;
Page 115 ~ b5; b7E;
Page 116 ~ b5; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

b7E

# Physical Surveillance Course - Legal Training

b6
b7C

Science and Technology Law Unit
Office of General Counsel
Federal Bureau of Investigation

CELLSITE-10025

# TOPICS

- **General Discussion/Guidance**

- 

-  

    b7E

- **Wireless Intercept Tracking Team**

- **Title III**

- **Law of Consent**

- **Loan of ELSUR Equipment**

CELLSITE-10026

# General Operational Guidelines

- 

b7E

- Law Enforcement Sensitive collection devices, systems, and techniques are not to be disclosed.  Only the product of the technical operation is disclosed.

CELLSITE-10027

# Law enforcement sensitive

• FOUO (For Official Use Only) – a caveat applied to sensitive but unclassified information that <u>may</u> be exempt from release under FOIA

•LES (Law Enforcement Sensitive) is another of 9 <u>potential</u> exemptions under FOIA to protect law enforcement sources and methods, evidence, reports, tools and techniques, etc.

•FOUO/LES is unclassified information

CELLSITE-10028

# Law Enforcement Sensitive

- Law Enforcement Sensitive (LES) collection devices, systems, techniques, and related information are not to be disclosed.  Only the product of the technical operation is disclosed.

- Examples: WITT equipment is LES; CART SOPs are LES.

CELLSITE-10029

# Law Enforcement Sensitive

- Law Enforcement Sensitive (LES) equipment enjoys "qualified privilege"
- State/local vs. Federal prosecutions
- Testimony – how to …

b5

CELLSITE-10030

# Cell Phone Locating - WITT



b5
b7E

CELLSITE-10035

# T-III

- **Title III & Electronic Communications Protection Act**
  - Title III, 18 USC sec. 2510, Omnibus Crime Control and Safe Streets Act, Commonly referred to as the Wire Tap Act
  - As amended by the ECPA, Title III **prohibits the interception of wire and oral communications, and electronic communications.**
  - Provides for criminal penalties and civil damages against anyone who "intentionally intercepts, endeavors to intercept" any covered communication.

CELLSITE-10038

# Title III Order

- **Law enforcement exception** - the government may apply for a court order authorizing an interception. 18 U.S.C. §2516(1)
- Application must specify the offense being investigated, the nature and location of the facilities where the communications are to be intercepted, and a particular description of the communications sought to be intercepted.  18 U.S.C. § 2518(1)
- Standard:  **Probable cause** to believe that a particular offense is being committed and that targeting the specified facility will yield communications concerning the offense. 18 U.S.C. § 2518(3)

CELLSITE-10039

# Title III Order  (cont.)

- Good for up to thirty (30) days.  Extensions allowed, but same PC standard applies to extension.  18 U.S.C. § 2518(5)
- Required to "minimize" the interception unrelated to criminal activity.  18 U.S.C. § 2518(5)
- Requires a finding that normal investigative procedures are unlikely to be successful or are too dangerous.  18 U.S.C. § 2518(3)(c)
- Requires notice to the target within 90 days.  18 U.S.C. § 2518(8)(d); Delayed notice may be authorized by court.

CELLSITE-10040

# Pen Register/
# Trap and Trace

- Court ordered surveillance
- Government must certify that information likely to be obtained by use of device "is relevant to an ongoing criminal investigation."  18 U.S.C. § 3122(b)(2)

CELLSITE-10041

# What is the Pen/Trap "addressing information"?

- Dialing, Routing, Addressing, Signaling Information
- Transmitted by Instrument or Facility from which a Communication is Transmitted (outgoing call) (pen)
- Identifies Originating Number or Other D/R/A/S or is Reasonably Likely to Identify the Source (incoming call) (trap)
- Utilized in Processing or Transmission of Communications
- Is not "Contents of any…Communications"

CELLSITE-10042

# Limitation:

- Thou shall NOT collect the Contents of any communication

  - 18 USC sec. 3121 (c) – "use technology reasonably available to restrict . . . so as not to include the contents of any wire or electronic communications"

  - 18 USC sec. 3127 pen/trap definition: "shall not include the contents of any communication"

  –

b5

CELLSITE-10043

# Law of Consent
## Versus Court Order/Search Warrant



b5

CELLSITE-10044

# Loan of ELSUR Equipment

- AG Order 2954-2008
- DIOG Ch. 12 – Assistance to Other Agencies
- OTD Policy –

b5

CELLSITE-10045

# CONTACT INFO

Assistant General Counsel
Office of the General Counsel
Science and Technology Law Unit

@ic.fbi.gov

b6
b7C

# Physical Surveillance Course - Legal Training

b6
b7C
b7E

## Science and Technology Law Unit
## Office of General Counsel
## Federal Bureau of Investigation

CELLSITE-10047

# TOPICS

- **General Discussion/Guidance**

- 

- **Title III**

- **Law of Consent**

- **Loan of ELSUR Equipment**

b7E

# General Operational Guidelines

- 

b7E

- Law Enforcement Sensitive collection devices, systems, and techniques are not to be disclosed.  Only the product of the technical operation is disclosed.

CELLSITE-10049

# Law enforcement sensitive

• FOUO (For Official Use Only) – a caveat applied to sensitive but unclassified information that <u>may</u> be exempt from release under FOIA

• LES (Law Enforcement Sensitive) is another of 9 <u>potential</u> exemptions under FOIA to protect law enforcement sources and methods, evidence, reports, tools and techniques, etc.

• FOUO/LES is unclassified information

# Law of Consent



b5

CELLSITE-10058

# Loan of ELSUR Equipment

- AG Order 2954-2008
- DIOG Ch. 12 – Assistance to Other Agencies
- OTD Policy –

b5

CELLSITE-10059

# CONTACT INFO

Assistant General Counsel
Office of the General Counsel
Science and Technology Law Unit

@ic.fbi.gov

b6
b7C

CELLSITE-10060

# TOPICS

- **General Discussion/Guidance**

- 

-

- **Title III**

- **Law of Consent**

- **Loan of ELSUR Equipment**

b7E

# Tracking Technology Unit

# Wireless Intercept

# Tracking Team

*Legal Briefing*
*Assistant General Counsel*

b6
b7C

*OGC*



CELLSITE-10075



# Legal Authority for use of WITT in Support of Federal, State, and Local Requests for Assistance

- 18 USC § 3121 - § 3125
- AG Order 2954-2008
- DIOG 11.11
-      b5





# Legal Authority for use of Pen Register Trap and Trace

- Besides 18 USC § 3121 – 3125 (… relevant to an ongoing criminal investigation …)

- 

- 

. b5

- 18 USC § 3121 states, " … no person may install or use a PRT&T device without first obtaining a court order …"
- The FBI may not use WITT without an order.



CELLSITE-10077



# Legal Authority to Deploy WITT



b5



CELLSITE-10078



# Legal Authority to Deploy WITT

- ## When is a Rule 41 Search Warrant necessary? (Probable cause standard)



b5



# FBI Technical Assistance to US Federal, State and Local law enforcement Agencies

- It must be lawful. (4.a)
- Appropriate and consistent with the law. (4.b)
- Appropriate use of personnel and financial resources. (4.c)
- Not jeopardize any ongoing sensitive or classified investigation. (4.d)

b5
b7E



CELLSITE-10080



# Request by Executive Level Official in writing (letterhead, email, fax, etc). (5.a)



b5





# The Requesting Agency shall certify that: (5.c)

■ Technical Assistance will be used lawfully.(5.c.1)

■

■

b5
b7E





CELLSITE-10082

# Supporting the Request shall be the written certification of an appropriate attorney for the prosecutorial office.(5.d)

- It is lawful and authorized under the relevant law of the applicable jurisdiction for the Requesting Agency:
  - ➢ To make use of the FBI Technical Assistance requested and(5.d.1)

  - ➢ For the FBI to provide the Technical Assistance requested, including the FBI personnel involved.(5.d.2)

WITT

Wireless Intercept and Tracking Team

CELLSITE-10083



# *<u>In Emergency Situation</u>*



b5





# <u>*In Emergency Situation*</u>



b5



CELLSITE-10085



# _Procedures for field office approval_

# _for technical assistance (6)_

- The CDC **shall** review the request, the certification(s) and supporting court order and other legal process.(6.1.a)

- 

b5



CELLSITE 10086



# **<u>Continued</u>**

- ➢ Is Authorized under the AG Order No 2954-2008. (6.1.c.1)
- ➢ Can be implemented as specified within the order or other legal process. (6.1.c.2)
- ➢ Is lawful, reasonable and appropriate. (6.1.c.3)
- ➢ Complies with FBI policy. (6.1.c.4)

b5



CELLSITE-10087

# FBI Field Office
# Approving Official



b5



CELLSITE-10088



# Law Enforcement Sensitive

- Law Enforcement Sensitive (LES) collection devices, systems, techniques, and related information are not to be disclosed.  Only the product of the technical operation is disclosed.
- WITT equipment is LES.



CELLSITE-10090



# Law Enforcement Sensitive

- FOUO (For Official Use Only) – a caveat applied to sensitive but unclassified information that <u>may</u> be exempt from release under FOIA

- LES (Law Enforcement Sensitive) is another of 9 <u>potential</u> exemptions under FOIA to protect law enforcement sources and methods, evidence, reports, tools and techniques, etc.

- FOUO/LES is unclassified information



CELLSITE-10091

# Testimony Re WITT Equipment



b5
b7E



CELLSITE-10092



CELLSITE-10093



- DOJ's Policy on Cellsite Simulators: **Pen Register Device** (18 U.S.C. § 3127(3))
  - **BEST PRACTICES**
- Emergency Pen Register Authority
  - Federal v. State Orders
  - Voluntary Disclosures
- Loan of ELSUR Policy
  - **Using State Orders**
  - **Liability-scope of authority**

- 
- 

b7E

- Protecting Sensitive Techniques
  - Use as evidence



## Old Definition

- "pen register" means a device which records or decodes electronic or other impulses which **identify the numbers dialed or otherwise transmitted on the telephone line to which such device is attached....**

## New Definition

- "pen register" means a device *or process* which records or decodes *dialing, routing, addressing, or* <u>signaling</u> information <u>transmitted by an instrument or facility from which a wire or electronic communication is transmitted,</u> *provided, however, that such information shall not include the contents of any communication*....



## DOJ/CCIPS & OEO:

b5

✓ **"signaling information":** any non-content information "transmitted by" a telephone instrument

**http://30.100.99.18/ogc/usabook/usabook/esis/13esis.htm**



b5
b7E

**DOJ**: Pen/Trap **order**

to use a Pen Register Device to obtain "signaling information" transmitted from a cellular telephone to:

1) Identify a target phone **or**

2) Locate a phone



# BEST PRACTICES:

## Use PR/TT order to authorize use of WITT gear

b5
b7E

   1.  authorize installation & use

   2.  Advise of potential

   3.  Not retain records beyond use to locate target phone



– **47 U.S.C. § 333 prohibits interference with cellular frequencies**

b5
b7E

– **18 USC 3124: requires that a pen register be implemented with "minimum of interference" to those accorded service-**

**WITT**

Wireless Intercept and Tracking Team

Amendment rights & Minimize [        ] preserve 1st [        ] data

b5
b7E



- # Maintaining/Purging "Pen" data?
  - ## WITT policy EC

b5
b7E



b5
b7E

Therefore, pursuant to 18 U.S.C. § 3123(d), I request that this application and <u>order be sealed until otherwise ordered by this court</u>; and

b5



b5
b7E

- DOJ command Center
- OEO (business hours)
- Emergencies involving:
    - Immediate danger of death or serious injury or immediate threat to a national security interest
-
    – MIOG, Part 2, 10-10.7.1
    –

b5
b7E



b5
b7E

## Consent (18 USC 3121(b)(3))

## Voluntary Disclosure by Provider (18 USC 2702(c)(4)) : if provider "reasonably believes that an emergency involving immediate danger of death or serious physical injury to any person justifies the disclosure of: "a record or other information pertaining to a subscriber or customer of such service."

1

2

b7E



CELLSITE-10107



- Tower/Sector data:
  1. is generated by the network for network purposes regardless of a LE order.
  2. is necessary to Provision of Service & a call cannot be processed without it.
  3. exists in the network as a **RECORD or Other Information** prior to its being obtained by LE.
  4. NON-Content data; not substance of a communication.
  5. is delivered only at the beginning and end of calls per CALEA J-Std



1. CALEA prohibits collecting location information "solely pursuant" to a PR/TT

2. 18 USC 2703(d) (stored communication act



3.

b5



- **Near Real-Time**: CALEA (47 USC 1002) requires carriers to "expeditiously isolates"
  - "call-identifying information": includes cell site information utilized in processing calls
  - for government access "before, during, or immediately after the transmission of a [ ] communication" (i.e., in real-time or near real-time)

- CALEA J-Standard: location information is delivered after generation of data by the carrier's network and use in the provision of service (e.g., call origination, Answer, call release)





b5

CELLSITE-10112



- [redacted]

b5

- **AND Use a PR/TT order for WITT gear**

    1. [redacted]

    2. **Advise of** [redacted]

    b5
    b7E

    3. **Not retain** [redacted] **records**

- [redacted]

    – [redacted]



b5
b7E

**Smith v. Maryland**,  442 U.S. 435, 744 (1979).

- no legitimate expectation of privacy in information knowingly conveyed to a third party
- **In re Digital Analyzer** found "[n]o logical distinction between telephone numbers called and a party's own telephone number (or ESN number), all of which are regularly voluntarily exposed and known to others.  885 F. Supp. at 199 (<u>citing</u> <u>Smith v. Maryland</u>, 442 U.S. 735, 742-45 (1979)).

b5
b7E

CELLSITE-10115

23



- **2703(d) order—**
  - **will provision for up to**
    **max. charge**
- **Language:**

b4
b5
b7E

b7E



- **Qualified** Government Privilege in Non-disclosure based on ***Roviaro v. United States***, 353 U.S. 53 (1957): disclosure of identity (and testimony) of informant.

  - Generally technique, type of device, location of install, etc. is protected

    - unless Defense can establish disclosure is necessary to defense, I.e., no other/adequate means to cross-examine/test evidence; if so:

      - then Balancing of interests

  - [blank]

  - <u>see</u> <u>also</u> <u>Jayme S. Walker</u> "The qualified privilege to protect sensitive investigative techniques from disclosure," LEB Vol 69 NO.5 at 26 (May 2000).

b5
b7E



- **Compare, United States v. Van Horn**, 789 F.2d 1492 (11th Cir.), **cert. denied**, 479 U.S. 854 (1986) (concealed microphone in office, defendant sought information about location of device claiming necessary to demonstrate that voices on tape could have been distorted by way mic was hidden and the distortion led to misidentification of the voice), recognized a qualified government privilege not to disclose sensitive investigative techniques.

  —

  —

  b5

- **With United States v. Foster**, 986 F.2d 541, 543 (D.C. Cir. 1993) (defendant sought location of observation post: officer's observation of drug transaction was key evidence implicating defendant; surveillance not taped or photographed, so no alternative evidence for jury to examine to determine whether surveillance post provided clear view from which officer could make accurate identification of defendant).



- **U.S. v. Garey, 2004 WL 2663023 (M.D.Ga. Nov. 15, 2004)**
  - Defendant sought nature & details of pen register used to determine the geographical location of a cellular phone
  - Court found the information protected by qualified investigative techniques privilege & national security privilege
  - Balanced government's interest in maintaining privilege with Defendant's need for the information
- **Defendant had the <u>Product of the Surveillance</u>: the cellphone used in making threatening calls was found in defendant's house during search of residence;**
    - Defendant did not need to know how the technology traced the geographic location of the phone.
    - locating the phone in the residence confirmed the accuracy of the geographic surveillance;
  - Moreover,Defendant could challenge the technology used to establish that phone found in residence was the one that actually made the criminal calls.



b6
b7C

# Contact Info:

Assistant General Counsel,

Science &Technology Law Unit,

Office of the General Counsel

•DOJ (CCIPS): www.cybercrime.gov

32

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 4
Page 8 ~ b7E;
Page 28 ~ b7E;
Page 61 ~ b5;
Page 84 ~ b5;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```




# Cellular Tracking and Other Legal Issues

### June 2008

CELLSITE-4840




# **Overview**

- **DOJ's Policy on Cellsite Simulators: Pen Register Device** (18 U.S.C.   3127(3))
    - **BEST PRACTICES**
- Emergency Pen Register Authority
    - Federal v. State Orders
    - Voluntary Disclosures
- Prospective Cell Site Location data
    - Distinguished from WITT
- GPS/Triangulation from provider
- Protecting Sensitive Techniques
    - Use as evidence
- Loan of ELSUR Policy
    - **Using State Orders**
    - **Liability-scope of authority**
- ☐

b7E




# Pen Register Device:
# 18 USC 3127(3)

## Old Definition

- "pen register" means a device which records or decodes electronic or other impulses which **identify the numbers dialed or otherwise transmitted on the telephone line to which such device is attached....**

## New Definition

- "pen register" means a device *or process* which records or decodes *dialing, routing, addressing, or* <u>signaling</u> *information* <u>transmitted by an instrument or facility from which a wire or electronic communication is transmitted,</u> *provided, however, that such information shall not include the contents of any communication....*

CELLSITE-4842




# New Law: USA Patriot Act

## DOJ/CCIPS & OEO:



b5

✓ **"signaling information":** any non-content information "transmitted by" a telephone instrument

**http://30.100.99.18/ogc/usabook/usabook/esis/13esis.htm**

CELLSITE-4843




# **DOJ Opinion:**

**DOJ**: Pen/Trap **order** [ ] to use a Pen Register Device to obtain "signaling information" transmitted from a cellular telephone to:

b7E

1) Identify a target phone **or**

2) Locate a phone



# WITT Pen Register—
# BEST PRACTICES



## BEST PRACTICES:

**Use PR/TT order to authorize use of WITT gear** —

1. authorize installation & use

    b5
    b7E

2. Advise of potential

3. Will not retain records beyond use to locate target phone




# **Disruption of Service**

- **47 U.S.C. § 333 prohibits interference with cellular frequencies**
  - ■

- **18 USC 3124: requires that a pen register be implemented with "minimum of interference" to those accorded service-**
  - ■

b5
b7E

b5



# **Purge** ⬚ **Data**



b7E

⬚ preserve 1st Amendment rights & Minimize ⬚ data

b5



# **Data Retention**



- ▪ Maintaining/Purging "Pen" data?
  - – WITT policy EC 268-HQ-1068430:

    b5

    



# <u>Sensitive Technique</u>



b5

b5

Therefore, pursuant to 18 U.S.C. § 3123(d), I request that this application and <u>order be sealed until otherwise ordered by this court</u>; and



# Emergency Provision
# 3125(a)(1)



- **DOJ command Center**

- **OEO (business hours)**

- **Emergencies involving:**

  - Immediate danger of death or serious injury or  immediate threat to a national security interest

- 
  - MIOG, Part 2, 10-10.7.1
  -

b5
b7E

b5
b7E

CELLSITE-4851



# **Alternative authority**



## Consent (18 USC 3121(b)(3))

b5
b7E

## Voluntary Disclosure by Provider (18 USC 2702(c)(4)) : if provider "reasonably believes that an emergency involving immediate danger of death or serious physical injury to any person justifies the disclosure of: "a record or other information pertaining to a subscriber or customer of such service."

b7E

13




# WITT Function vs. Location (Tower/Sector) data from Provider

CELLSITE-4853



# WITT doesn't  collect
# Cell site data



## WITT equipment:

b7E



# What is Cell site location data



- Tower/Sector data:

    1. is generated by the network for network purposes regardless of a LE order.

    2. is necessary to Provision of Service & a call cannot be processed without it.

    3. exists in the network as a **RECORD or Other Information** prior to its being obtained by LE.

    4. NON-Content data; not substance of a communication.

    5. is delivered only at the beginning and end of calls per CALEA J-Std




# Obtaining Cell Site Data

1. CALEA prohibits collecting location information "solely pursuant" to a PR/TT- 47 USC 10029(a)(2)(B)

2. 18 USC   2703(d) (Stored Communications Act)

3.

b5




# CALEA Delivery of location data

- **<u>Near Real-Time</u>**: CALEA (47 USC 1002) requires carriers to "expeditiously isolates"
  - "call-identifying information": includes cell site information utilized in processing calls
  - for government access "before, during, or immediately after the transmission of a [ ] communication" (i.e., in real-time or near real-time)
- CALEA J-Standard: location information is delivered after generation of data by the carrier's network and use in the provision of service (e.g., call origination, Answer, call release)

18



# CALEA amended SCA 18 USC 2703(d) ("Transactional Data")





b5



# Prospective disclosure
# of Cell site data



- 

b5

-




# Guidance

■

b5

■ **<u>AND Use a PR/TT order for WITT gear</u>**

   1.

b5
b7E

   2.  Advise of

   3.  Not retain     records

■

b5

# 4ᵗʰ Amendment Privacy Interest




- ▪ [redacted]

  b5
  b7E

  - — [redacted] <u>Smith v. Maryland</u>,  442 U.S. 435, 744 (1979).
    - ▪  no legitimate expectation of privacy in information knowingly conveyed to a third party
    - ▪ <u>In re Digital Analyzer</u> found "[n]o logical distinction between telephone numbers called and a party's own telephone number (or ESN number), all of which are regularly voluntarily exposed and known to others.  885 F. Supp. at 199 (<u>citing</u> <u>Smith v. Maryland</u>, 442 U.S. 735, 742-45 (1979)).

- ▪ [redacted]

  [redacted]

  b5
  b7E




# 4th Amendment Privacy Interest

b5
b7E



- ▪ <u>See</u> <u>Kyllo v. United States</u>, 533 U.S. 27 (2001) (use of thermal imager to measure heat emitted from home constituted a search in part because there was no objective reason for the home owner to know that a device would be routinely used to detect and measure heat emitted from his home).

b5
b7E

- ▪   <u>See, e.g.</u>, <u>United States v. White</u>, 401 U.S. 745, 752 (1971) (plurality opinion) (party to conversation accepts the risk that his listener may betray his confidences); <u>Hoffa v. United States</u>, 385 U.S. 293, 300-03 (1966).



# GPS / Ping



b4
b5
b7E

CELLSITE-4863




# GEOLocation Data—E911

b4
b7E

b7E

25



# Court order: 2703(d)



- 2703(d) order—

  - ☐ will provision for up to max. charge

- Language:

b4
b5

b7E

26



# Increased Investigative Use of Technique



- <span style="color:gray">[redacted]</span>      b5 b7E

- <span style="color:gray">[redacted]</span>

- WITT policy EC 268-HQ-1068430--serial 342 or 66F-HQ-C1384970--serial 13634 entitled Wireless Intercept and Tracking Team (WITT), dated 08/24/2004.

<span style="color:gray">[redacted]</span>      b5 b7E

28

SITE-4867



# Cellular Tracking as Evidence



b5
b7E



# Protecting Sensitive Techniques



- **_Qualified_** Government Privilege in Non-disclosure based on **_Roviaro v. United States_**, 353 U.S. 53 (1957): disclosure of identity (and testimony) of informant.

  - Generally technique, type of device, location of install, etc. is protected

    - unless Defense can establish disclosure is necessary to defense, I.e., no other/adequate means to cross-examine/test evidence; if so:

    - then Balancing of interests

  - 

  - <u>see</u> <u>also</u> <u>Jayme S. Walker</u> "The qualified privilege to protect sensitive investigative techniques from disclosure," LEB Vol 69 NO.5 at 26 (May 2000).

b5
b7E



# LOAN of ELSUR:
# STATE Authority



b7E

 

# **Contact Info:**

b6
b7C

- 

  Assistant General Counsel,

  Science &Technology Law Unit,

  Office of the General Counsel

- DOJ (CCIPS): www.cybercrime.gov

CELLSITE-4871



Science & Technology Law Unit

# Violent Gang Safe Street Task Forces Legal Issues

b6
b7C

Assistant General Counsel
Science and Technology Law Unit
Office of General Counsel
Federal Bureau of Investigation

July 29, 2010



# TOPICS

**Science & Technology Law Unit**

- General discussion and DES/OTD policy discussion

- Law Enforcement Sensitive (LES) – what is it and why is it important

- Pen Register/Trap and Trace  and WITT

- ELSUR support for State and locals

- Other topics as time permits

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

CHISICE-4873



# The Disclaimer

**Science & Technology Law Unit**

Comments/Materials are subject to the case law or statutes in your jurisdiction.  The law in your federal circuit may be different.

Consult YOUR Chief Division Counsel!

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

CHS-000E-4874



# General Operational Guidelines

**Science & Technology Law Unit**

b7E

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

# OTD Policy

**Science & Technology Law Unit**

b7E

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL



# Legal Authority Review

Science & Technology Law Unit

- Why?

b5

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

DOJ-SCE-4877



# Law Enforcement Sensitive

**Science & Technology Law Unit**

- Law Enforcement Sensitive (LES) collection devices, systems, techniques, and related information are not to be disclosed.  Only the product of the technical operation is disclosed.

- Examples: WITT equipment is LES; CART SOPs are LES.

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

CHS-E-4878



# Law Enforcement Sensitive

Science & Technology Law Unit

- FOUO (For Official Use Only) – a caveat applied to sensitive but unclassified information that <u>may</u> be exempt from release under FOIA

- LES (Law Enforcement Sensitive) is another of 9 <u>potential</u> exemptions under FOIA to protect law enforcement sources and methods, evidence, reports, tools and techniques, etc.

- FOUO/LES is unclassified information

CHS-0E-4879



# Law Enforcement Sensitive

**Science & Technology Law Unit**

- Law Enforcement Sensitive (LES) equipment enjoys "qualified privilege"
- State/local vs. Federal prosecutions
- Testimony – how to …
  - ➢
  - ➢
  - ➢

b5

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

E-4880



# WITT

**Science & Technology Law Unit**

- WITT = Wireless Intercept Tracking Team
- WITT doesn't intercept; and
- WITT doesn't track

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

E-4881



# Pen Register/Trap and Trace

**Science & Technology Law Unit**

- Court ordered surveillance
- Government must certify that information likely to be obtained by use of device "is **relevant to an ongoing criminal investigation.**" 18 U.S.C. § 3122(b)(2)

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

CITIS01E-4882



**Science & Technology Law Unit**

# What is the Pen/Trap "addressing information"?

- Dialing, Routing, Addressing, Signaling (DRAS) Information
- Transmitted by Instrument or Facility from which a Communication is Transmitted (outgoing call) (pen)
- Identifies Originating Number or Other D/R/A/S or is Reasonably Likely to Identify the Source (incoming call) (trap)
- Utilized in Processing or Transmission of Communications
- Is not "Contents of any…Communications"

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

CHS-STE-4883



**Science & Technology Law Unit**

# Limitations:

- Thou shall NOT collect the Contents of any communication
  - 18 USC sec. 3121 (c) – "use technology reasonably available to restrict . . . so as not to include the contents of any wire or electronic communications"
  - 18 USC sec. 3127 pen/trap definition: "shall not include the contents of any communication"
  - 
  - 

b5

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

CHS STE-4884



# Legal Authority for use of Pen Register Trap and Trace - Summary

**Science & Technology Law Unit**

- Besides 18 USC § 3121 – 3125 (… relevant to an ongoing criminal investigation …)
- PRT&T captures "… dialing, routing, addressing, and signaling information …"
- WITT
- **WITT is not**
- 18 USC § 3121 states, " … no person may install or use a PRT&T device without first obtaining a court order …" (CALEA)
- The FBI may not use WITT without an order.

b7E
b5

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

CHS E-4885

# Legal Authority to Deploy WITT

**Science & Technology Law Unit**



b5
b7E

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

CE-4886



# Legal Authority to Deploy WITT

**Science & Technology Law Unit**

- When is a Rule 41 Search Warrant necessary? (Probable cause standard)

-

-

b5

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

CITE-4887



# Legal Authority For Technical Assistance to Federal, State, and Local Law Enforcement Agencies

**Science & Technology Law Unit**

- 18 USC § 3121 - § 3125
- AG Order 2954-2008
- DIOG 11.11
- 

b5

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

CHS-STE-4888



# FBI Technical Assistance to Federal, State and Local Law Enforcement Agencies

**Science & Technology Law Unit**

b5

- It must be lawful. (4.a)

- Appropriate and consistent with the law. (4.b)

- Appropriate use of personnel and financial resources. (4.c)

- Not jeopardize any ongoing sensitive or classified investigation. (4.d)

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

CHI-STE-4889



**Science & Technology Law Unit**

# The Requesting Agency shall <u>certify</u> that: (5.c)

- Technical Assistance will be used lawfully.(5.c.1)
- Shall not be used outside of its jurisdiction. (5.c.2)
-

b5
b7E

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

CE-4890



**Science & Technology Law Unit**

# Supporting the Request shall be the written certification of an appropriate attorney for the prosecutorial office.(5.d)

- It is lawful and authorized under the relevant law of the applicable jurisdiction for the Requesting Agency:
  - ➤ To make use of the FBI Technical Assistance requested and(5.d.1)

  - ➤ For the FBI to provide the Technical Assistance requested, including the FBI personnel involved.(5.d.2)

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

CHRISTIE-4891

# Request by Executive Level Official in writing (letterhead, email, fax, etc). (5.a)

Science & Technology Law Unit

b5

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

CHS STE-4892

# In Emergency Situation

**Science & Technology Law Unit**

b5

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

CIIISCE-4893



# In Emergency Situation

**Science & Technology Law Unit**

b5

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

CELLSITE-4894



# Procedures for field office approval for technical assistance (6)

**Science & Technology Law Unit**

- The CDC <u>shall</u> review the request, the certification(s) and supporting court order and other legal process.(6.1.a)

- 

b5
b7E

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

E-4895

# Continued

Science & Technology Law Unit

b5

➤ Is Authorized under the AG Order No 2954-2008. (6.1.c.1)

➤ Can be implemented as specified within the order or other legal process. (6.1.c.2)

➤ Is lawful, reasonable and appropriate. (6.1.c.3)

➤ Complies with FBI policy. (6.1.c.4)

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

CIIISCE-4896



# FBI Field Office Approving Official

**Science & Technology Law Unit**

b5

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

CELLSITE-4897



# 4th Amendment Concerns

**Science & Technology Law Unit**

- 

  - *Zweibon v. Mitchell*, 516 F.2d 594 (D.C. Cir. 1975), *cert. den.*, 425 U.S. 944 (1976) (damages authorized against FBI agents engaged in unjustified warrantless wiretap for national security)

  ➢ 

  - *U.S. v. Ehrlichman*, *supra* (government official who authorizes or conducts warrantless search for national security purposes is subsequently determined no authority existed for search)

- 

b5

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL



**Science & Technology Law Unit**

# T-III

- **Title III & Electronic Communications Protection Act**
  - Title III, Omnibus Crime Control and Safe Streets Act
    - Codified at 18 USC § 2510
    - Commonly referred to as the Wire Tap Act
  - **Prohibits the interception of wire and oral communications, and electronic communications.**
  - Provides for criminal penalties and civil damages against anyone who "intentionally intercepts, endeavors to intercept" any covered communication.

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

E-4900



# Title III Order

**Science & Technology Law Unit**

- **Law enforcement exception** - the government may apply for a court order authorizing an interception. 18 U.S.C. §2516(1)

- Application must specify the offense being investigated, the nature and location of the facilities where the communications are to be intercepted, and a particular description of the communications sought to be intercepted.  18 U.S.C. § 2518(1)

- Standard:  **Probable cause** to believe that a particular offense is being committed and that targeting the specified facility will yield communications concerning the offense.18 U.S.C. § 2518(3)

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

CHHSCIE-4901



# Title III Order  (cont.)

**Science & Technology Law Unit**

- Good for up to thirty days.  Extensions allowed, but same PC standard applies to extension.  18 U.S.C. § 2518(5)

- Required to "minimize" the interception unrelated to criminal activity.  18 U.S.C. § 2518(5)

- Requires a finding that normal investigative procedures are unlikely to be successful or are too dangerous.  18 U.S.C. § 2518(3)(c)

- Requires notice to the target within 90 days.  18 U.S.C. § 2518(8)(d); Delayed notice may be authorized by court.

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

CELLSITE-4902



**Science & Technology Law Unit**

# Title III vs. Pen/Trap

- Pen/Trap (non-content;                    )
  - ➤
  - ➤
  - ➤
  - ➤

- Title III – content of communications
  - ➤
  - ➤
  - ➤

b5
b7E

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

ACLURM018E-4903



# Consent Exception to Title III

**Science & Technology Law Unit**

b5

- Must have the consent of a "party" to the communication

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

CHS-CE-4904



# Questions?



@ic.fbi.gov

## Office of the General Counsel
## Science and Technology Law Unit

**Science & Technology Law Unit**

b6
b7C

UNCLASSIFIED/FOUO
DO NOT DISTRIBUTE WITHOUT OGC APPROVAL

CELLSITE-4906

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 4
Page 107 ~ Duplicate;
Page 108 ~ Duplicate;
Page 126 ~ b3; b5; b6; b7C; b7E;
Page 133 ~ Duplicate;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)     X
X   No Duplication Fee  X
X   For this Page       X
XXXXXXXXXXXXXXXXXXXXXXXX
```

**UNCLASSIFIED**
**NON-RECORD**

This is coming our way. Nothing unusual, same.. We hand carry and no one touches our gear..

b6
b7C
b7E

**From:**
**Sent:** Tuesday, June 16, 2009 1:52 PM
**To:**
**Cc:**

**Subject:** From

**UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E

WITT
WITT

WITT.

Will continue to update as we receive information.

<< File: WITT.WPD >>

**UNCLASSIFIED**

**UNCLASSIFIED**
=====================================================
Classification: UNCLASSIFIED

=====================================================
Classification: UNCLASSIFIED

2

CELLSITE-15240

HEREIN IS UNCLASSIFIED
DATE 11-06-2012 BY 65179/dmh/stp/as

**From:**
**Sent:** Monday, April 23, 2012 10:35 AM
**To:**
**Subject:**

Classification: UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
========================================================

b6
b7C
b7E

Violent Crimes has a request to send the WIT⬜ to⬜ They are looking for⬜ to provide them language to use for purposes of telling the⬜ Do we have language that we use to use when the WITT guys were going⬜ a lot?

Confidentiality Statement:
This message is transmitted to you by the Office of the General Counsel of the Federal Bureau of Investigation.  The message, along with any attachments, may be confidential and legally privileged.  If you are not the intended recipient of this message, please destroy it promptly without further retention or dissemination (unless otherwise required by law). Please notify the sender of the error by a separate e-mail or by calling⬜

========================================================
Classification: UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

CELLSITE-15241

**From:**
**Sent:** Tuesday, January 10, 2012 12:23 PM
**To:**                                                    b6
**Cc:**                                                    b7C
**Subject:** RE: WITT --- UNCLASSIFIED                     b7E

Classification: UNCLASSIFIED
========================================================

Thanks,

It's the              who want the info, so for planning purposes, please know that we'll have to coordinate a conference call or something.

**From:**
**Sent:** Monday, September 12, 2011 5:09 PM
**To:**                                                    b6
**Subject:** WITT --- UNCLASSIFIED                         b7C
                                                           b7E
                                                           b3

Classification: UNCLASSIFIED
========================================================

Hi

                    WITT

                    WITT

20

WITT

WITT

WITT

WITT

WITT

WITT

WITT

WITT

Thanks for your time!

=========================================================
Classification: UNCLASSIFIED

=========================================================
Classification: UNCLASSIFIED

=========================================================
Classification: UNCLASSIFIED

b6
b7C
b3
b7E

CELLSITE-15243

**To:** 
**Subject:** RE: WITT --- UNCLASSIFIED

Classification: UNCLASSIFIED
========================================================

Sure          will be TDY in          in the near future, the 19th I think.  He's in          as I type this.  I wonder if he could meet with your people...

b6
b7C
b7E

**From:** 
**Sent:** Tuesday, January 10, 2012 12:23 PM
**To:** 
**Cc:** 
**Subject:** RE: WITT --- UNCLASSIFIED

Classification: UNCLASSIFIED
========================================================

Thanks,

It's the          who want the info, so for planning purposes, please know that we'll have to coordinate a conference call or something.

**From:** 
**Sent:** Monday, September 12, 2011 5:09 PM
**To:** 
**Subject:** WITT --- UNCLASSIFIED

b6
b7C
b7E
b3

Classification: UNCLASSIFIED
========================================================

Hi

          WITT

          WITT

23

CELLSITE-15244

WITT

WITT

WITT

WITT

b6
b7C
b7E
b3

WITT

WITT

WITT

Thanks for your time!

============================================================
Classification: UNCLASSIFIED

CELLSITE-15245

*THIS MAY BE A PRIVILEGED ATTORNEY CLIENT ATTORNEY WORK PRODUCT COMMUNICATION AND SHOULD NOT BE DISCLOSED OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.*

**From:**
**Sent:** Thursday, November 10, 2011 9:46 AM
**To:**
**Cc:**
**Subject:** RE: WITT --- UNCLASSIFIED

b6
b7C

Classification: UNCLASSIFIED
========================================================

Following up on this once again.

**From:**
**Sent:** Wednesday, October 05, 2011 1:20 PM
**To:**
**Subject:** RE: WITT --- UNCLASSIFIED

Classification: UNCLASSIFIED
========================================================

I've been digging out since I got back, and will get an answer to your shortly.

b6
b7C

*THIS MAY BE A PRIVILEGED ATTORNEY CLIENT ATTORNEY WORK PRODUCT COMMUNICATION AND SHOULD NOT BE DISCLOSED OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.*

**From:**
**Sent:** Wednesday, October 05, 2011 3:45 PM
**To:**
**Subject:** RE: WITT --- UNCLASSIFIED

b6
b7C

Classification: UNCLASSIFIED
========================================================

CELLSITE-15246

Just checking in to see if this got buried in your email while you were away.  We still need a response, please.

Thanks,

b6
b7C

**From:**
**Sent:** Tuesday, September 13, 2011 1:11 PM
**To**
**Subject:** RE: WITT --- UNCLASSIFIED


Classification: UNCLASSIFIED
======================================================

b6
b7C

AGC          will respond to this WITT inquiry.

Thanks


**From:**
**Sent:** Tuesday, September 13, 2011 9:53 AM
**To:**
**Cc:**
**Subject:** FW: WITT --- UNCLASSIFIED


Classification: UNCLASSIFIED

b6
b7C
b7E

======================================================

Hi

Could you or another WITT          please weigh in on the below email?

Thanks,


**From:**
**Sent:** Monday, September 12, 2011 5:09 PM
**To:**
**Subject:** WITT --- UNCLASSIFIED

b6
b7C


Classification: UNCLASSIFIED
======================================================

29

CELLSITE-15247

Hi

WITT

WITT

WITT

WITT

WITT

WITT

WITT

WITT

WITT

WITT

b6
b7C
b7E
b3

Thanks for your time!

CELLSITE-15248

```
=======================================================
Classification: UNCLASSIFIED

=======================================================
Classification: UNCLASSIFIED

=======================================================
Classification: UNCLASSIFIED

=======================================================
Classification: UNCLASSIFIED

=======================================================
Classification: UNCLASSIFIED

=======================================================
Classification: UNCLASSIFIED

=======================================================
Classification: UNCLASSIFIED

=======================================================
Classification: UNCLASSIFIED

=======================================================
Classification: UNCLASSIFIED

=======================================================
Classification: UNCLASSIFIED

=======================================================
Classification: UNCLASSIFIED

=======================================================
Classification: UNCLASSIFIED

=======================================================
Classification: UNCLASSIFIED

=======================================================
Classification: UNCLASSIFIED
```

CELLSITE-15249

Sorry for not getting back to you sooner.  I have your questions, but they're not simple yes/no answers, and I want to be able to give you a full answer.  I hope to get back to you around the week of the 19th, as I am TDY for 5 days over the next 2 weeks, and handling a complicated trial for

b6
b7C
b7E

*THIS MAY BE A PRIVILEGED ATTORNEY CLIENT ATTORNEY WORK PRODUCT COMMUNICATION AND SHOULD NOT BE DISCLOSED OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.*

**From:**
**Sent:** Thursday, November 10, 2011 9:46 AM
**To:**
**Cc:**
**Subject:** RE: WITT --- UNCLASSIFIED

Classification: UNCLASSIFIED                                        b6
==========================================================          b7C

Following up on this once again.

**From:**
**Sent:** Wednesday, October 05, 2011 1:20 PM
**To:**
**Subject:** RE: WITT --- UNCLASSIFIED

Classification: UNCLASSIFIED
==========================================================          b6
                                                                    b7C

I've been digging out since I got back, and will get an answer to your shortly.

34

CELLSITE-15250

b6
b7C

***THIS MAY BE A PRIVILEGED ATTORNEY CLIENT ATTORNEY WORK PRODUCT COMMUNICATION AND SHOULD NOT BE DISCLOSED OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.***

**From:**
**Sent:** Wednesday, October 05, 2011 3:45 PM
**To:**
**Subject:** RE: WITT --- UNCLASSIFIED

Classification: UNCLASSIFIED
======================================================

b6
b7C

Just checking in to see if this got buried in your email while you were away.  We still need a response, please.

Thanks,

**From:**
**Sent:** Tuesday, September 13, 2011 1:11 PM
**To:**
**Subject:** RE: WITT --- UNCLASSIFIED

Classification: UNCLASSIFIED
======================================================

b6
b7C

AGC           will respond to this WITT inquiry.

Thanks

**From:**
**Sent:** Tuesday, September 13, 2011 9:53 AM
**To:**
**Cc:**
**Subject:** FW: WITT --- UNCLASSIFIED

b6
b7C

Classification: UNCLASSIFIED
======================================================

H

35

CELLSITE-15251

Could you or another WITT [redacted] please weigh in on the below email?

Thanks,

[redacted]

b6
b7C
b7E

**From:** [redacted]
**Sent:** Monday, September 12, 2011 5:09 PM
**To:** [redacted]
**Subject:** WITT --- UNCLASSIFIED

b6
b7C
b7E
b3

Classification: UNCLASSIFIED
=======================================================

Hi [redacted]

[redacted] WITT [redacted]

[redacted] WITT [redacted]

[redacted] WITT [redacted]

[redacted] WITT [redacted]

[redacted] WITT [redacted]

WITT [redacted]   WITT [redacted]

36

b6
b7C
b7E
b3

**WITT**

Thanks for your time!

```
==========================================================
Classification: UNCLASSIFIED

==========================================================
Classification: UNCLASSIFIED

==========================================================
Classification: UNCLASSIFIED

==========================================================
Classification: UNCLASSIFIED

==========================================================
Classification: UNCLASSIFIED

==========================================================
Classification: UNCLASSIFIED

==========================================================
Classification: UNCLASSIFIED

==========================================================
Classification: UNCLASSIFIED

==========================================================
Classification: UNCLASSIFIED

==========================================================
Classification: UNCLASSIFIED

==========================================================
Classification: UNCLASSIFIED

==========================================================
Classification: UNCLASSIFIED
```

CELLSITE-15253

**From:** _____
**Sent:** Wednesday, October 05, 2011 1:20 PM
**To:** _____
**Subject:** RE: WITT --- UNCLASSIFIED


Classification: UNCLASSIFIED
========================================================

b6
b7C

I've been digging out since I got back, and will get an answer to your shortly.

*THIS MAY BE A PRIVILEGED ATTORNEY CLIENT ATTORNEY WORK PRODUCT COMMUNICATION AND SHOULD NOT BE DISCLOSED OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.*


**From:** _____
**Sent:** Wednesday, October 05, 2011 3:45 PM
**To:** _____
**Subject:** RE: WITT --- UNCLASSIFIED

b6
b7C

Classification: UNCLASSIFIED
========================================================

Just checking in to see if this got buried in your email while you were away.  We still need a response, please.

Thanks,


**From:** _____
**Sent:** Tuesday, September 13, 2011 1:11 PM
**To:** _____
**Subject:** RE: WITT --- UNCLASSIFIED

b6
b7C

40

CELLSITE-15254

Classification: UNCLASSIFIED
=========================================================

AGO [____] will respond to this WITT inquiry.

Thanks

b6
b7C

**From:** [____]
**Sent:** Tuesday, September 13, 2011 9:53 AM
**To:** [____]
**Cc:** [____]
**Subject:** FW: WITT --- UNCLASSIFIED

Classification: UNCLASSIFIED
=========================================================

b6
b7C
b7E

Hi [____]

Could you or another WITT [____] please weigh in on the below email?

Thanks,

**From:** [____]
**Sent:** Monday, September 12, 2011 5:09 PM
**To:** [____]
**Subject:** WITT --- UNCLASSIFIED

Classification: UNCLASSIFIED
=========================================================

b6
b7C
b7E
b3

Hi [____]

[____] WITT [____]

[____] WITT [____]

41

CELLSITE-15255

WITT

WITT

WITT

WITT

WITT

WITT

WITT

b6
b7C
b7E
b3

WITT

Thanks for your time!

```
=======================================================
Classification: UNCLASSIFIED

=======================================================
Classification: UNCLASSIFIED

=======================================================
Classification: UNCLASSIFIED

=======================================================
Classification: UNCLASSIFIED

=======================================================
Classification: UNCLASSIFIED
```

CELLSITE-15256

==================================================
Classification: UNCLASSIFIED

==================================================
Classification: UNCLASSIFIED

==================================================
Classification: UNCLASSIFIED

==================================================
Classification: UNCLASSIFIED

==================================================
Classification: UNCLASSIFIED

CELLSITE-15257

**Sent:** Thursday, November 10, 2011 9:46 AM
**To:**
**Cc:**
**Subject:** RE: WITT --- UNCLASSIFIED

```
b6
b7C
```

Classification: UNCLASSIFIED
=========================================================

Following up on this once again.

---

**From:**
**Sent:** Wednesday, October 05, 2011 1:20 PM
**To:**
**Subject:** RE: WITT --- UNCLASSIFIED

Classification: UNCLASSIFIED
=========================================================

I've been digging out since I got back, and will get an answer to your shortly.

```
b6
b7C
```

*THIS MAY BE A PRIVILEGED ATTORNEY CLIENT ATTORNEY WORK PRODUCT COMMUNICATION AND SHOULD NOT BE DISCLOSED OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.*

---

**From:**
**Sent:** Wednesday, October 05, 2011 3:45 PM
**To:**
**Subject:** RE: WITT --- UNCLASSIFIED

Classification: UNCLASSIFIED
=========================================================

```
b6
b7C
```

Just checking in to see if this got buried in your email while you were away.  We still need a response, please.

Thanks,

CELLSITE-15258

**From:**
**Sent:** Tuesday, September 13, 2011 1:11 PM
**To:**
**Subject:** RE: WITT --- UNCLASSIFIED

Classification: UNCLASSIFIED
==========================================================

AGC[          ]will respond to this WITT inquiry.                    b6
                                                                      b7C
Thanks

**From:**
**Sent:** Tuesday, September 13, 2011 9:53 AM
**To:**
**Cc:**
**Subject:** FW: WITT --- UNCLASSIFIED


Classification: UNCLASSIFIED
==========================================================       b6
Hi[     ]                                                         b7C
                                                                  b7E
Could you or another WITT[     ] please weigh in on the below email?

Thanks,


**From:**
**Sent:** Monday, September 12, 2011 5:09 PM
**To:**
**Subject:** WITT --- UNCLASSIFIED
                                              b6
                                              b7C
Classification: UNCLASSIFIED                  b7E
==========================================    b3  =============
Hi[      ]

[          ]WITT

CELLSITE-15259

WITT

WITT

WITT

WITT

WITT

b6
b7C
b7E
b3

WITT

WITT

WITT

WITT

Thanks for your time!

```
========================================================
Classification: UNCLASSIFIED

========================================================
Classification: UNCLASSIFIED
```

CELLSITE-15260

```
========================================================
```
Classification: UNCLASSIFIED

```
========================================================
```
Classification: UNCLASSIFIED

```
========================================================
```
Classification: UNCLASSIFIED

```
========================================================
```
Classification: UNCLASSIFIED

```
========================================================
```
Classification: UNCLASSIFIED

```
========================================================
```
Classification: UNCLASSIFIED

CELLSITE-15261

Classification: UNCLASSIFIED
========================================================

Following up on this once again.

_____
**From:** [REDACTED]
**Sent:** Wednesday, October 05, 2011 1:20 PM
**To:** [REDACTED]
**Subject:** RE: WITT --- UNCLASSIFIED


Classification: UNCLASSIFIED
========================================================

[REDACTED]

I've been digging out since I got back, and will get an answer to your shortly.

[REDACTED]                                                    b6
                                                              b7C

[REDACTED]

*THIS MAY BE A PRIVILEGED ATTORNEY CLIENT ATTORNEY WORK PRODUCT COMMUNICATION AND SHOULD NOT BE DISCLOSED OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.*


_____
**From:** [REDACTED]
**Sent:** Wednesday, October 05, 2011 3:45 PM
**To:** [REDACTED]
**Subject:** RE: WITT --- UNCLASSIFIED


Classification: UNCLASSIFIED
========================================================

[REDACTED]

Just checking in to see if this got buried in your email while you were away.  We still need a response, please.

Thanks                                                         b6
[REDACTED]                                                     b7C


_____
**From:** [REDACTED]
**Sent:** Tuesday, September 13, 2011 1:11 PM                   b6
**To:** [REDACTED]                                             b7C
**Subject:** RE: WITT --- UNCLASSIFIED

CELLSITE-15262

```
Classification: UNCLASSIFIED
========================================================
```

AG[ ] will respond to this WITT inquiry.

Thanks

b6
b7C

**From:** [ ]
**Sent:** Tuesday, September 13, 2011 9:53 AM
**To:**
**Cc:**
**Subject:** FW: WITT --- UNCLASSIFIED

b6
b7C
b7E

```
Classification: UNCLASSIFIED
========================================================
```

Hi[ ]

Could you or another WITT[ ] please weigh in on the below email?

Thanks,

**From:** [ ]
**Sent:** Monday, September 12, 2011 5:09 PM
**To:** [ ]
**Subject:** WITT --- UNCLASSIFIED

b6
b7C
b7E
b3

```
Classification: UNCLASSIFIED
====================================  ===============
```

Hi[ ]

[ ]WITT[ ]

[ ]WITT[ ]

CELLSITE-15263

WITT

WITT

WITT

WITT

b6
b7C
b7E
b3

WITT                                    WITT

WITT

Thanks for your time!

```
=====================================================
Classification: UNCLASSIFIED

=====================================================
Classification: UNCLASSIFIED

=====================================================
Classification: UNCLASSIFIED

=====================================================
Classification: UNCLASSIFIED
```

CELLSITE-15264

```
=====================================================
```
Classification: UNCLASSIFIED

```
=====================================================
```
Classification: UNCLASSIFIED

```
=====================================================
```
Classification: UNCLASSIFIED

```
=====================================================
```
Classification: UNCLASSIFIED

CELLSITE-15265

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-06-2012 BY 65179/dmh/stp/as

**From:**
**Sent:** Friday, December 02, 2011 9:38 AM
**To:**
**Cc:**

**Subject:** RE: WITT --- UNCLASSIFIED

Classification: UNCLASSIFIED
=========================================================

Sorry for not getting back to you sooner.  I have your questions, but they're not simple yes/no answers, and I want to be able to give you a full answer.  I hope to get back to you around the week of the 19th, as I am TDY for 5 days over the next 2 weeks, and handling a complicated trial for

b6
b7C
b7E

*THIS MAY BE A PRIVILEGED ATTORNEY CLIENT ATTORNEY WORK PRODUCT COMMUNICATION AND SHOULD NOT BE DISCLOSED OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.*

**From:**
**Sent:** Thursday, November 10, 2011 9:46 AM
**To:**
**Cc:**
**Subject:** RE: WITT --- UNCLASSIFIED

Classification: UNCLASSIFIED
=========================================================

Following up on this once again.

b6
b7C

**From:**
**Sent:** Wednesday, October 05, 2011 1:20 PM
**To:**
**Subject:** RE: WITT --- UNCLASSIFIED

CELLSITE-15266

Classification: UNCLASSIFIED
========================================================

I've been digging out since I got back, and will get an answer to your shortly.

b6
b7C

*THIS MAY BE A PRIVILEGED ATTORNEY CLIENT ATTORNEY WORK PRODUCT COMMUNICATION AND SHOULD NOT BE DISCLOSED OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.*

**From:**
**Sent:** Wednesday, October 05, 2011 3:45 PM
**To:**
**Subject:** RE: WITT --- UNCLASSIFIED

b6
b7C

Classification: UNCLASSIFIED
========================================================

Just checking in to see if this got buried in your email while you were away.  We still need a response, please.

Thanks,

**From:**
**Sent:** Tuesday, September 13, 2011 1:11 PM
**To:**
**Subject:** RE: WITT --- UNCLASSIFIED

b6
b7C

Classification: UNCLASSIFIED
========================================================

AGC          will respond to this WITT inquiry.

Thanks

55

CELLSITE-15267

**From:**
**Sent:** Tuesday, September 13, 2011 9:53 AM
**To:**
**Cc:**
**Subject:** FW: WITT --- UNCLASSIFIED

Classification: UNCLASSIFIED
========================================================
Hi

Could you or another WIT          please weigh in on the below email?

Thanks,

b6
b7C
b7E

**From:**
**Sent:** Monday, September 12, 2011 5:09 PM
**To:**
**Subject:** WITT --- UNCLASSIFIED

Classification: UNCLASSIFIED
========================================================

Hi

b6
b7C
b7E
b3

WITT

WITT

CELLSITE-15268

WITT

WITT

WITT

WITT

WITT

WITT     WITT

WITT

**Thanks for your time!**

b6
b7C
b7E
b3

====================================================
Classification: UNCLASSIFIED

====================================================
Classification: UNCLASSIFIED

====================================================
Classification: UNCLASSIFIED

====================================================
Classification: UNCLASSIFIED

====================================================
Classification: UNCLASSIFIED

====================================================
Classification: UNCLASSIFIED

====================================================
Classification: UNCLASSIFIED

CELLSITE-15269

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-06-2012 BY 65179/dmh/stp/as

**From:**
**Sent:**           Friday, October 14, 2011 11:52 AM
**To:**
**Cc:**
**Subject:**            Suit -            WITT

Classification: UNCLASSIFIED//LES/FOUO
========================================================

Understand from          that you are working on a                        WITT          b6
     The                            is one of my clients, and I can probably be of some assistance in negotiating   b7C
through the law enforcement sensitive issues concerning the tool.  Please feel free to call me.   b7E
                                                                                                  b5

*THIS MAY BE A PRIVILEGED ATTORNEY CLIENT ATTORNEY WORK PRODUCT COMMUNICATION AND SHOULD NOT BE
DISCLOSED OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.*

========================================================
Classification: UNCLASSIFIED//LES/FOUO

CELLSITE-15270

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-06-2012 BY 65179/dmh/stp/as

**From:**
**Sent:** Wednesday, October 05, 2011 3:45 PM
**To:**
**Subject:** RE: WITT --- UNCLASSIFIED

Classification: UNCLASSIFIED
========================================================

b6
b7C

Just checking in to see if this got buried in your email while you were away.  We still need a response, please.

Thanks,

**From:**
**Sent:** Tuesday, September 13, 2011 1:11 PM
**To:**
**Subject:** RE: WITT --- UNCLASSIFIED

Classification: UNCLASSIFIED
========================================================

AGC          will respond to this WITT inquiry.

b6
b7C

Thanks

**From:**
**Sent:** Tuesday, September 13, 2011 9:53 AM
**To:**
**Cc:**

**Subject:** FW: WITT --- UNCLASSIFIED

b6
b7C
b7E

Classification: UNCLASSIFIED
========================================================
Hi

Could you or another WITT          please weigh in on the below email?

Thanks,

66

CELLSITE-15271

**From:**
**Sent:** Monday, September 12, 2011 5:09 PM
**To:**
**Subject:** WITT --- UNCLASSIFIED

b6
b7C
b7E
b3

Classification: UNCLASSIFIED
===========================================================

Hi

WITT

WITT

WITT

WITT

WITT

WITT

WITT

WITT     WITT

CELLSITE-15272

WIT

b6
b7C
b7E
b3

Thanks for your time!

==================================================
Classification: UNCLASSIFIED

==================================================
Classification: UNCLASSIFIED

==================================================
Classification: UNCLASSIFIED

==================================================
Classification: UNCLASSIFIED

CELLSITE-15273

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-06-2012 BY 65179/dmh/stp/as

**From:**
**Sent:** Thursday, September 29, 2011 3:05 PM
**To:**

**Subject:** conference

Classification: UNCLASSIFIED
=======================================================

I currently have OGC scheduled to speak at the ⬚ conference on Monday October 17 from 3:30pm-4:30pm. Attached is the draft schedule.

As far as talking points, I think it is important to discuss some of most significant matters that have been brought to you attention over the past 18 months from ⬚ I know you are constantly asked for technical legal assistance. I know I have received questions from the field mostly about ⬚ WITT ⬚

⬚ You may be able to piggyback on those sessions with ⬚ Unit to provide additional guidance.

Please give me a call if you have any questions.

b6
b7C
b7E

=======================================================
Classification: UNCLASSIFIED

CELLSITE-15274

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-06-2012 BY 65179/dmh/stp/as

**From:**
**Sent:** Tuesday, September 27, 2011 4:52 PM
**To:**
**Cc:**

**Subject:** RE: Use of WITT technology

Classification: UNCLASSIFIED
========================================================

Very helpful.  Thanks.

b6
b7C
b7E

I will copy you on the final response I send to the CDC.

THIS MAY BE A PRIVILEGED ATTORNEY-CLIENT/WORK-PRODUCT COMMUNICATION.  DO NOT DISCLOSE OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.

**From:**
**Sent:** Tuesday, September 27, 2011 4:23 PM
**To:**
**Cc:**
**Subject:** RE: Use of WITT technology

Classification: UNCLASSIFIED
========================================================

b6
b7C
b7E
b5
b3

WITT

WITT

70

CELLSITE-15275

b6
b7C

*THIS MAY BE A PRIVILEGED ATTORNEY CLIENT ATTORNEY WORK PRODUCT COMMUNICATION AND SHOULD NOT BE DISCLOSED OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.*

**From:**
**Sent:** Monday, September 26, 2011 3:04 PM
**To:**
**Cc:**
**Subject:** RE: Use of WITT technology

b6
b7C
b7E
b5
b3

Classification: UNCLASSIFIED
============================================================

Thanks.  A question, though:  Do you know whether what he states it's true: that ____ does

THIS MAY BE A PRIVILEGED ATTORNEY-CLIENT/WORK-PRODUCT COMMUNICATION.  DO NOT DISCLOSE OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.

**From:**
**Sent:** Monday, September 26, 2011 2:14 PM
**To:**
**Cc:**
**Subject:** RE: Use of WITT technology

b6
b7C
b7E

Classification: UNCLASSIFIED
============================================================

CELLSITE-15276

b6
b7C
b5

*THIS MAY BE A PRIVILEGED ATTORNEY CLIENT ATTORNEY WORK PRODUCT COMMUNICATION AND SHOULD NOT BE DISCLOSED OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.*

**From:**
**Sent:** Monday, September 26, 2011 1:44 PM
**To:**
**Cc:**
**Subject:** FW: Use of WITT technology

Classification: UNCLASSIFIED
========================================================

Thoughts? Thanks!!!

b6
b7C
b7E

THIS MAY BE A PRIVILEGED ATTORNEY-CLIENT/WORK-PRODUCT COMMUNICATION.  DO NOT DISCLOSE OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.

**From:**
**Sent:** Monday, September 26, 2011 11:46 AM
**To:**
**Subject:** Use of WITT technology

b6
b7C
b7E
b5
b3

(Wireless Intercept and Tracking Team - WITT),

72

CELLSITE-15277

WITT

Thanks for any information.

b3
b7E
b5
b6
b7C

**ATTORNEY CLIENT WORK PRODUCT.  DO NOT FURTHER DISSEMINATE WITHOUT THE PERMISSION OF THE AUTHOR.**

```
========================================================
Classification: UNCLASSIFIED


========================================================
Classification: UNCLASSIFIED


========================================================
Classification: UNCLASSIFIED


========================================================
Classification: UNCLASSIFIED


========================================================
Classification: UNCLASSIFIED
```

CELLSITE-15278

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-06-2012 BY 65179/dmh/stp/as

**From:**
**Sent:** Tuesday, September 27, 2011 4:23 PM
**To:**
**Cc:**

**Subject:** RE: Use of WITT technology by

Classification: UNCLASSIFIED
=========================================================

WITT.

WITT

b6
b7C
b7E
b5
b3

*THIS MAY BE A PRIVILEGED ATTORNEY CLIENT ATTORNEY WORK PRODUCT COMMUNICATION AND SHOULD NOT BE
DISCLOSED OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.*

**From:**
**Sent:** Monday, September 26, 2011 3:04 PM
**To:**
**Cc:**
**Subject:** RE: Use of WITT technology

b6
b7C
b7E
b3
b5

Classification: UNCLASSIFIED
=========================================================

Thanks. A question, though: Do you know whether what he states it's true: that      does

CELLSITE-15279

b6
b7C
b5

THIS MAY BE A PRIVILEGED ATTORNEY-CLIENT/WORK-PRODUCT COMMUNICATION.  DO NOT DISCLOSE OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.

**From:**
**Sent:** Monday, September 26, 2011 2:14 PM
**To:**
**Cc:**
**Subject:** RE: Use of WITT technology

Classification: UNCLASSIFIED
======================================================

b6
b7C
b3
b7E
b5

**THIS MAY BE A PRIVILEGED ATTORNEY CLIENT ATTORNEY WORK PRODUCT COMMUNICATION AND SHOULD NOT BE DISCLOSED OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.**

**From:**
**Sent:** Monday, September 26, 2011 1:44 PM
**To:**
**Cc:**
**Subject:** FW: Use of WITT technology

b6
b7C
b7E

75

CELLSITE-15280

```
Classification: UNCLASSIFIED
========================================================
```

Thoughts?  Thanks!!!

b6
b7C
b7E

THIS MAY BE A PRIVILEGED ATTORNEY-CLIENT/WORK-PRODUCT COMMUNICATION.  DO NOT DISCLOSE OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.

**From:**
**Sent:** Monday, September 26, 2011 11:46 AM
**To**
**Subject:** Use of WITT technology

b6
b7C
b3
b7E
b5

(Wireless Intercept and Tracking Team - WITT),

WITT

Thanks for any information.

**ATTORNEY CLIENT WORK PRODUCT.  DO NOT FURTHER DISSEMINATE WITHOUT THE PERMISSION OF THE AUTHOR.**

```
========================================================
Classification: UNCLASSIFIED

========================================================
Classification: UNCLASSIFIED

========================================================
Classification: UNCLASSIFIED
```

CELLSITE-15281

==========================================================
Classification: UNCLASSIFIED

CELLSITE-15282

HEREIN IS UNCLASSIFIED
DATE 11-06-2012 BY 65179/dmh/stp/as

**From:**
**Sent:** Monday, September 26, 2011 3:04 PM
**To:**
**Cc:**
**Subject:** RE: Use of WITT technology

Classification: UNCLASSIFIED
========================================================

Thanks.  A question, though:

b6
b7C
b3
b7E
b5

THIS MAY BE A PRIVILEGED ATTORNEY-CLIENT/WORK-PRODUCT COMMUNICATION.  DO NOT DISCLOSE OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.

**From:**
**Sent:** Monday, September 26, 2011 2:14 PM
**To:**
**Cc:**
**Subject:** RE: Use of WITT technology

b6
b7C
b3
b7E
b5

Classification: UNCLASSIFIED
========================================================

CELLSITE-15283

*THIS MAY BE A PRIVILEGED ATTORNEY CLIENT ATTORNEY WORK PRODUCT COMMUNICATION AND SHOULD NOT BE DISCLOSED OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.*

**From:**
**Sent:** Monday, September 26, 2011 1:44 PM
**To:**
**Cc:**
**Subject:** FW: Use of WITT technology

b6
b7C
b7E

Classification: UNCLASSIFIED
======================================================

Thoughts? Thanks!!!

THIS MAY BE A PRIVILEGED ATTORNEY-CLIENT/WORK-PRODUCT COMMUNICATION.  DO NOT DISCLOSE OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.

**From:**
**Sent:** Monday, September 26, 2011 11:46 AM
**To:**
**Subject:** Use of WITT technology

b6
b7C
b3
b7E
b5

(Wireless Intercept and Tracking Team - WITT),

WITT

Thanks for any information.

CELLSITE-15284

b6
b7C

**ATTORNEY CLIENT WORK PRODUCT.  DO NOT FURTHER DISSEMINATE WITHOUT THE PERMISSION OF THE AUTHOR.**
========================================================
Classification: UNCLASSIFIED


========================================================
Classification: UNCLASSIFIED


========================================================
Classification: UNCLASSIFIED

CELLSITE-15285

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-06-2012 BY 65179/dmh/stp/as

**From:**
**Sent:** Monday, September 26, 2011 2:14 PM
**To:**
**Cc:**
**Subject:** RE: Use of WITT technology

b6
b7C
b3
b7E
b5

Classification: UNCLASSIFIED
========================================================

*THIS MAY BE A PRIVILEGED ATTORNEY CLIENT ATTORNEY WORK PRODUCT COMMUNICATION AND SHOULD NOT BE DISCLOSED OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.*

**From:**
**Sent:** Monday, September 26, 2011 1:44 PM
**To:**
**Cc:**
**Subject:** FW: Use of WITT technology

b6
b7C
b7E

Classification: UNCLASSIFIED
========================================================

Thoughts?  Thanks!!!

THIS MAY BE A PRIVILEGED ATTORNEY-CLIENT/WORK-PRODUCT COMMUNICATION.  DO NOT DISCLOSE OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.

CELLSITE-15286

**From:**

**Sent:** Monday, September 26, 2011 11:46 AM

**To:**

**Subject:** Use of WITT technology

b6
b7C
b3
b5
b7E

(Wireless Intercept and Tracking Team - WITT)

WITT

Thanks for any information.

**ATTORNEY CLIENT WORK PRODUCT.  DO NOT FURTHER DISSEMINATE WITHOUT THE PERMISSION OF THE AUTHOR.**

```
========================================================
Classification: UNCLASSIFIED

========================================================
Classification: UNCLASSIFIED
```

CELLSITE-15287

HEREIN IS UNCLASSIFIED
DATE 11-06-2012 BY 65179/dmh/stp/as

**From:**
**Sent:** Monday, September 26, 2011 1:44 PM
**To:**
**Cc:**
**Subject:** FW: Use of WITT technology

Classification: UNCLASSIFIED
========================================================

Thoughts?  Thanks!!!

b6
b7C
b7E

THIS MAY BE A PRIVILEGED ATTORNEY-CLIENT/WORK-PRODUCT COMMUNICATION.  DO NOT DISCLOSE OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.

---

**From:**
**Sent:** Monday, September 26, 2011 11:46 AM
**To:**
**Subject:** Use of WITT technology

b6
b7C
b3
b5
b7E

(Wireless Intercept and Tracking Team - WITT),

WITT

Thanks for any information.

**ATTORNEY CLIENT WORK PRODUCT.  DO NOT FURTHER DISSEMINATE WITHOUT THE PERMISSION OF THE AUTHOR.**

83

CELLSITE-15288

==========================================================
Classification: UNCLASSIFIED

CELLSITE-15289

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-06-2012 BY 65179/dmh/stp/as

**From:**
**Sent:**              Monday, September 26, 2011 10:13 AM
**To:**
**Subject:**           FW: WITT

Classification: UNCLASSIFIED
=======================================================

b6
b7C
b7E

**From:**
**Sent:** Monday, September 26, 2011 10:06 AM
**To:**
**Subject:** WITT

Classification: UNCLASSIFIED
=======================================================

Thanks.

=======================================================
Classification: UNCLASSIFIED

=======================================================
Classification: UNCLASSIFIED

CELLSITE-15290

DATE: 11-06-2012
CLASSIFIED BY 65179/dmh/stp/as
REASON: 1.4 (c,d)
DECLASSIFY ON: 11-06-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**From:**
**Sent:** Monday, September 19, 2011 4:26 PM
**To:**
**Subject:** RE: WITT Request/Clarification --- SECRET

Classification: SECRET

b6
b7C

Classified By: C83W69B70
Declassify On: 20210919
Derived From: FBI NSISC
=========================================================

Just spoke to her!!  She stated that that is exactly what she thought she needed.  We're good to execute!

Thanks again!

**From:**
**Sent:** Monday, September 19, 2011 4:25 PM
**To:**
**Subject:** RE: WITT Request/Clarification --- SECRET

Classification: SECRET

b6
b7C

Classified By: C83W69B70
Declassify On: 20210919
Derived From: FBI NSISC
=========================================================

Better make sure that [ ] is okay with it.

**From:**
**Sent:** Monday, September 19, 2011 4:22 PM
**To:**
**Cc:**
**Subject:** RE: WITT Request/Clarification --- SECRET

SECRET

b6
b7C

86

CELLSITE-15291

Classification: SECRET

Classified By: C83W69B70
Declassify On: 20210919
Derived From: FBI NSISC
========================================================

[ ] I think that pretty much sums up what we were looking for.  I'll get with the [ ] on the execution of the order.

b6
b7C
b7E

Thanks for the clarification.....and, Thanks, [ ] for making it all happen!

[ ]

From: [ ]
Sent: Monday, September 19, 2011 4:18 PM
To: [ ]
Cc: [ ]
Subject: RE: WITT Request/Clarification --- SECRET

b6
b7C
b1
b3
b7E

Classification: SECRET

Classified By: C83W69B70
Declassify On: 20210919
Derived From: FBI NSISC
========================================================

(S)

From: [ ]
Sent: Monday, September 19, 2011 2:25 PM
To: [ ]
Subject: FW: WITT Request/Clarification --- SECRET

b6
b7C

Classification: SECRET

SECRET

87

CELLSITE-15292

SECRET

Classified By: C83W69B70
Declassify On: 20210919
Derived From: FBI NSISC
=========================================================

[ ] sorry, I had to run out of office to tend to some duties.  I'll get back with you tomorrow morning on this.

I still have not had a chance to coordinate with [ ] to pull the [ ]

**From:** [ ]
**Sent:** Monday, September 19, 2011 2:21 PM
**To:** [ ]
**Cc:** [ ]
**Subject:** FW: WITT Request/Clarification --- SECRET

Classification: SECRET

b6
b7C
b7E

Classified By: C83W69B70
Declassify On: 20210919
Derived From: FBI NSISC
=========================================================
FYI....sent to wrong [ ] first time around.

[ ]

[ ]

**From:** [ ]
**Sent:** Monday, September 19, 2011 2:05 PM
**To:** [ ]
**Subject:** WITT Request/Clarification --- SECRET

b6
b7C

Classification: SECRET

Classified By: C83W69B70
Declassify On: 20210919
Derived From: FBI NSISC

SECRET

88

CELLSITE-15293

b6
b7C
b1
b3
b7E

=======================================================

(S)

**From:**
**Sent:** Monday, September 19, 2011 10:21 AM
**To:**
**Cc:**

**Subject:** RE: --- SECRET

Classification: SECRET

Classified By: C83W69B70
Declassify On: 20210919
Derived From: FBI NSISC

b6
b7C
b3
b7E

=======================================================

Per our meeting, see attached

**From:**
**Sent:** Monday, September 19, 2011 9:55 AM
**To:**
**Cc:**

b6
b7C

**Subject:** --- SECRET

Classification: SECRET

Classified By: C83W69B70
Declassify On: 20210919
Derived From: FBI NSISC

89

CELLSITE-15294

brief

========================================================

See the link below.

Please call with questions; look forward to speaking again.

Thanks again,

b6
b7C
b3
b7E

========================================================
Classification: SECRET

========================================================
Classification: SECRET

========================================================
Classification: SECRET

========================================================
Classification: SECRET

========================================================
Classification: SECRET

========================================================
Classification: SECRET



CELLSITE-15295

DATE: 11-06-2012
CLASSIFIED BY 65179/dmh/scp/as
REASON: 1.4 (c,d)
DECLASSIFY ON: 11-06-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**From:**
**Sent:** Monday, September 19, 2011 4:22 PM
**To:**
**Cc:**
**Subject:** RE: WITT Request/Clarification --- SECRET

Classification: SECRET

Classified By: C83W69B70
Declassify On: 20210919
Derived From: FBI NSISC
=====================================================

b6
b7C
b7E

I think that pretty much sums up what we were looking for.  I'll get with the                on the execution of the order.

Thanks for the clarification.....and, Thanks               for making it all happen!

**From:**
**Sent:** Monday, September 19, 2011 4:18 PM
**To:**
**Cc:**
**Subject:** RE: WITT Request/Clarification --- SECRET

Classification: SECRET

Classified By: C83W69B70
Declassify On: 20210919
Derived From: FBI NSISC
=====================================================

b6
b7C
b1
b3
b7E

(S)

SECRET

91

CELLSITE-15296

**From:**
**Sent:** Monday, September 19, 2011 2:25 PM
**To:**
**Subject:** FW: WITT Request/Clarification --- SECRET


Classification: SECRET

Classified By: C83W69B70
Declassify On: 20210919
Derived From: FBI NSISC
=====================================================

b6
b7C
b7E

sorry, I had to run out of office to tend to some duties.  I'll get back with you tomorrow morning on this.

I still have not had a chance to coordinate with         to pull the

**From:**
**Sent:** Monday, September 19, 2011 2:21 PM
**To:**
**Cc:**
**Subject:** FW: WITT Request/Clarification --- SECRET


Classification: SECRET

Classified By: C83W69B70                    b6
Declassify On: 20210919                     b7C
Derived From: FBI NSISC
=====================================================
FYI....sent to wrong         first time around.

b6
b7C

**From:**
**Sent:** Monday, September 19, 2011 2:05 PM
**To:**

CELLSITE-15297

SECRET

**Subject:** WITT Request/Clarification --- SECRET

Classification: SECRET

Classified By: C83W69B70
Declassify On: 20210919
Derived From: FBI NSISC
========================================================

b6
b7C
b1
b3
b7E

(S)

**From:**
**Sent:** Monday, September 19, 2011 10:21 AM
**To:**
**Cc:**
**Subject:** RE: --- SECRET

Classification: SECRET

Classified By: C83W69B70
Declassify On: 20210919
Derived From: FBI NSISC
========================================================

b6
b7C
b3
b7E

Per our meeting, see attached

**From:**
**Sent:** Monday, September 19, 2011 9:55 AM
**To:**
**Cc:**

b6
b7C

93

SECRET

**Subject:** --- SECRET

```
Classification: SECRET

Classified By: C83W69B70
Declassify On: 20210919
Derived From: FBI NSISC
=====================================================
```

See the link below.

Please call with questions; look forward to speaking again.

Thanks again,

b6
b7C
b3
b7E

```
=====================================================
Classification: SECRET

=====================================================
Classification: SECRET

=====================================================
Classification: SECRET

=====================================================
Classification: SECRET
```



SECRET

CELLSITE-15299

SECRET

**Subject:** WITT Request/Clarification --- SECRET

Classification: SECRET

Classified By: C83W69B70
Declassify On: 20210919
Derived From: FBI NSISC
=========================================================

b6
b7C
b1
b3
b7E

(S)

**From:**
**Sent:** Monday, September 19, 2011 10:21 AM
**To:**
**Cc:**

**Subject:** RE: --- SECRET

b6
b7C
b3
b7E

Classification: SECRET

Classified By: C83W69B70
Declassify On: 20210919
Derived From: FBI NSISC
=========================================================

Per our meeting, see attached



SECRET

96

CELLSITE-15300

SECRET

**From:**
**Sent:** Monday, September 19, 2011 9:55 AM
**To:**
**Cc:**
**Subject:** --- SECRET

Classification: SECRET

b6
b7C
b3
b7E

Classified By: C83W69B70
Declassify On: 20210919
Derived From: FBI NSISC
======================================================

See the link below.
Please call with questions; look forward to speaking again.

Thanks again,

======================================================
Classification: SECRET

======================================================
Classification: SECRET

SECRET

CELLSITE-15301

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-07-2012 BY 65179/dmh/stp/as

**From:**
**Sent:** Tuesday, September 13, 2011 4:12 PM
**To:**
**Subject:**            RE: WITT --- UNCLASSIFIED

b6
b7C

Classification: UNCLASSIFIED
========================================================

Thanks!  I have a feeling another fight is brewing between groups, so I want to make sure the responses provided are accurate.

**From:**
**Sent:** Tuesday, September 13, 2011 1:11 PM
**To:**
**Subject:** RE: WITT --- UNCLASSIFIED

Classification: UNCLASSIFIED
========================================================

b6
b7C

AGC [          ] will respond to this WITT inquiry.

Thanks

**From:**
**Sent:** Tuesday, September 13, 2011 9:53 AM
**To**
**Cc:**
**Subject:** FW: WITT --- UNCLASSIFIED

Classification: UNCLASSIFIED
========================================================

b6
b7C
b7E

H[     ]

Could you or another WITT [      ] please weigh in on the below email?

Thanks,

**From:**
**Sent:** Monday, September 12, 2011 5:09 PM

98

CELLSITE-15302

**To:** [_____]
**Subject:** WITT --- UNCLASSIFIED

Classification: UNCLASSIFIED
========================================================

b6
b7C
b3
b7E

Hi [_____]

[_____] WITT [_____]

[_____]

[_____] WITT [_____]

[_____]

[_____]

[_____]

[_____] WITT [_____]

[_____]

[_____] WITT [_____]

[_____]

[_____]

[_____] WITT [_____]

[_____]

[_____]

WITT [_____] WITT [_____]

[_____]

[_____]

[_____] WITT [_____]

99

CELLSITE-15303

I don't understand how the

Thanks for your time!

```
========================================================
Classification: UNCLASSIFIED

========================================================
Classification: UNCLASSIFIED

========================================================
Classification: UNCLASSIFIED

========================================================
Classification: UNCLASSIFIED
```

b6
b7C
b7E

CELLSITE-15304