ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-21-2012 BY 65179 DMH/rs

(Rev. 05-01-2008)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE  **Date:** 04/14/2009

**To:** All Field Offices    **Attn:** ADICs
SACs
Criminal Program ASACs
CDCs
VCMO SSAs

**From:** Criminal Investigative
Violent Crimes/Major Offenders Unit (VC/MOU)
Contact: SSA

**Approved By:**

b6
b7C

**Drafted By:**

**Case ID #:** 62F-HQ-C1522631

**Title:** Violent Crimes - Wireless Intercept Tracking Team
(WITT)

**Synopsis:** To provide guidance on the new

as it pertains
to Wireless Intercept and Tracking Team (WITT) related matters.

**Reference:** 268-HQ-1068430 Serial 620

**Administrative:**

b7E

and for
usage of cellular wireless telephone locating equipment (Wireless
Intercept and Tracking Team - WITT)".

UNCLASSIFIED

CELL/OTD    012964

DECLASSIFIED BY 65179 DMH/rs
ON 11-21-2012

**From:**
**Sent:** Friday, July 31, 2009 11:47 AM
**To:**

**Subject:**

**CONFIDENTIAL**
**RECORD 268-HQ-1068430**

b6
b7C
b7E

Attached,

**DERIVED FROM: Multiple Sources**
**DECLASSIFY ON: 20340731**
**CONFIDENTIAL**

CELL/OTD    012855

1

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 81
Page 2 ~ b3; b6; b7C; b7E;
Page 3 ~ b1; b3; b6; b7C; b7E;
Page 4 ~ b1; b3; b6; b7C; b7E;
Page 5 ~ b1; b3; b6; b7C; b7E;
Page 8 ~ Duplicate;
Page 9 ~ Duplicate;
Page 10 ~ Duplicate;
Page 11 ~ Duplicate;
Page 12 ~ Duplicate;
Page 19 ~ Duplicate;
Page 20 ~ Duplicate;
Page 21 ~ Duplicate;
Page 22 ~ Duplicate;
Page 23 ~ Duplicate;
Page 24 ~ Duplicate;
Page 25 ~ Duplicate;
Page 26 ~ Duplicate;
Page 27 ~ Duplicate;
Page 28 ~ Duplicate;
Page 29 ~ Duplicate;
Page 30 ~ Duplicate;
Page 31 ~ Duplicate;
Page 32 ~ Duplicate;
Page 33 ~ Duplicate;
Page 34 ~ Duplicate;
Page 35 ~ Duplicate;
Page 36 ~ Duplicate;
Page 37 ~ Duplicate;
Page 38 ~ b3; b5; b7E;
Page 39 ~ b3; b5; b7E;
Page 40 ~ b3; b5; b7E;
Page 41 ~ b3; b5; b7E;
Page 42 ~ b3; b5; b7E;
Page 43 ~ b3; b5; b7E;
Page 44 ~ b3; b5; b7E;
Page 45 ~ Duplicate;
Page 46 ~ Duplicate;
Page 47 ~ Duplicate;
Page 48 ~ Duplicate;
Page 66 ~ b3; b7E;
Page 67 ~ b3; b5; b7E;
Page 69 ~ b1; b3;
Page 70 ~ b1; b3;
Page 75 ~ b3; b5; b6; b7C; b7E;
Page 76 ~ b3; b5; b6; b7C; b7E;
Page 77 ~ b3; b5; b6; b7C; b7E;
Page 78 ~ b3; b5; b6; b7C; b7E;
Page 79 ~ b3; b5; b6; b7C; b7E;
```

```
Page 80 ~ b3; b5; b6; b7C; b7E;
Page 86 ~ b3; b5; b6; b7C; b7E;
Page 87 ~ b3; b5; b7E;
Page 88 ~ b3; b5; b7E;
Page 89 ~ b3; b5; b7E;
Page 90 ~ b3; b5; b6; b7C; b7E;
Page 91 ~ b3; b5; b6; b7C; b7E;
Page 92 ~ b3; b5; b6; b7C; b7E;
Page 94 ~ b1; b3; b5; b6; b7C; b7E;
Page 96 ~ b3; b7E;
Page 98 ~ b1; b3; b5; b6; b7C; b7E;
Page 99 ~ b1; b3; b5; b6; b7C; b7E;
Page 101 ~ b1; b3; b5; b6; b7C; b7E;
Page 102 ~ b1; b3; b5; b6; b7C; b7E;
Page 103 ~ b3; b5; b7E;
Page 104 ~ b3; b5; b7E;
Page 105 ~ b1; b3; b5; b7E;
Page 106 ~ b3; b5; b7E;
Page 107 ~ b1; b3; b5; b6; b7C; b7E;
Page 108 ~ b1; b3; b5;
Page 109 ~ b1; b3; b5;
Page 110 ~ b1; b3; b5; b7E;
Page 111 ~ b1; b3; b5;
Page 112 ~ b1; b3; b5;
Page 113 ~ b1; b3; b5; b7E;
Page 114 ~ b1; b3; b5;
Page 115 ~ b1; b3; b5;
Page 116 ~ b1; b3; b5;
Page 117 ~ b1; b3; b5; b7E;
Page 118 ~ b1; b3; b5;
Page 119 ~ b1; b3; b5;
Page 120 ~ b1; b3; b5;
Page 121 ~ b1; b3; b5; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-19-2012 BY 65179 DMH/rs

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 10/28/2008

**To:** All Divisions          **Attn:** All Agents

**From:** ERF
      TTU
      **Contact:** UC

**Approved By:** Line 1

**Drafted By:**

**REF:**       EC (269-HQ-1539382)

**Case ID #:** 319-xx-xxxxx     (Pending)

**Title:** Legal Requirements for Deployment of the
Wireless Intercept and Tracking Team (WITT)
Personnel and Equipment.

**Synopsis:** This EC highlights the legal authority required to
deploy the Wireless Intercept and Tracking Team (WITT) personnel
and equipment.

**Enclosure(s):** Copy of Office of Attorney General Order 2954-
2008, Copy of MIOG, Part II, Section 10-10.7, 10-10.7.1, 10-9,
16-3.1.6 (26), Copy of Title 18, Part II, Chapter 206, 3122, 3123
and 3125. Checklist for deployment of WITT and policy
requirements.

b3
b6
b7C
b7E

**Details:**

*CELL/OTD 008770*

To:  All Divisions  From:  ERF
Re:  319-xx-xxxxx, 10/28/2008

Emergency Authority

Therefore, emergency use of the device is likewise governed by
the emergency provisions of that statute, 18 U.S.C. 3125 and/or
MIOG Part II, Section 10-10.7.1. The same statutory procedure
will apply as outlined above with the following requirements for
emergency authorization.

    The statute and FBI policy requires DOJ approval for Federal
court orders, with a written application to the courts within 48
hours.  Authorization must come from an Assistant Attorney
General or higher ranking DOJ official.  A DOJ hotline has been
established to expedite this process.  The DOJ hotline telephone
number is                        normal business hours -

    In the matter of State/Local court orders according to the
same statute requires the principal prosecuting attorney of any
State or subdivision thereof acting pursuant to a statute of that
state approval for State/Local court orders, with a written
application to the courts within 48 hours.

With either the Federal or State/local court orders, the proper
authorities must reasonably determine that an emergency situation
exists that involves -

    A) immediate danger of death or serious bodily injury to any
person;

b3
b5
b7E

2

CELL/OTD 008771

CELLSITE-4231

To:  All Divisions   From:   ERF
Re:  319-xx-xxxxx, 10/28/2008

◆◆

5

CELL/OTD 008774

CELLSITE-4234

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-19-2012 BY 65179 DMH/rs

**From:**
**Sent:**                 Monday, April 02, 2007 4:54 PM
**To:**
**Subject:**              Policy ec

**UNCLASSIFIED**
**NON-RECORD**

b6
b7C
b7E

WITT POLicy
04-05-07.wpd

This is a second draft I'm awaiting input from

*SSA*
*Wireless Intercept Tracking Team (WITT),*

**UNCLASSIFIED**

1

CELL/OTD 007053 CELLSITE-4243

~~SECRET~~

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**From:**
**Sent:**      Thursday, May 10, 2007 4:07 PM
**To:**
**Cc:**
**Subject:**      FW: WITT EC

DATE: 11-19-2012
CLASSIFIED BY 65179 DMH/rs
REASON: 1.4 (c)
DECLASSIFY ON: 11-19-2037

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

fyi

***SSA***
***Wireless Intercept Tracking Team (WITT),***

-----Original Message-----
**From:**
**Sent:**      Wednesday, April 04, 2007 3:10 PM
**To:**
**Cc:**
**Subject:**      RE: WITT EC

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

b3
b5
b6
b7C
b7E

, I highlighted two paragraphs in your EC in yellow for consideration.

~~SECRET~~

~~SECRET~~

**To:**
**Cc:**
**Subject:**     WITT EC

<u>UNCLASSIFIED</u>
<u>NON-RECORD</u>

  << File: WITT POLicy 04-05-07.wpd >>                                    b3
                                                                          b6
He[____]I'm in the process of updating the attached WITT EC **(DRAFT ONLY)**.  I would like to include your efforts   b7C
in this EC i.e. history, purchases, teamwork, training, field offices equipped with WITT gear.  However, I don't want to   b7E
misrepresent your program so please provide the requested information and any additional information you would like
to see in this EC.

  *SSA* [_____]
  ***Wireless Intercept Tracking Team (WITT),***
  [_____]

    <u>UNCLASSIFIED</u>

<u>UNCLASSIFIED</u>

<u>UNCLASSIFIED</u>

~~SECRET~~

CELL/OTD 007963        CELLSITE-4253

DECLASSIFIED BY 65179 DMH/rs
ON 11-19-2012

**From:**
**Sent:** Wednesday, February 24, 2010 9:35 AM
**To:**
(U) **Subject:** (S//OC/NF) EC for uploading document to OTD management.

**SECRET//ORCON,NOFORN**
**RECORD 268-HQ-1068430**

b6
b7C
b7E

I put the "guts" within this EC, need help in formatting "who" this should be sent to. If you and _____ could look this over, and finalize it, I would much appreciated.

FYI - The attachment will be the same document that was provided to _____ for approving. This EC is for sending the document to higher management within OTD... ie _____

(OC-NF) OTD

**DERIVED FROM: Multiple Sources**
**DECLASSIFY ON: 20350224**
**SECRET//ORCON,NOFORN**

1

CELLSITE-4255

DECLASSIFIED BY 65179 DMH/rs
ON 11-19-2012

**From:**
**Sent:** Tuesday, February 23, 2010 4:18 PM
**To:**

**Cc:**
(U) **Subject:** (S//OC/NF)

b3
b6
b7C
b7E

**SECRET//ORCON,NOFORN**
**RECORD 268-HQ-1068430**

Pe[____]approval, please upload the attached EC and attachment for sending this document to General Counsel.

Please review the final conclusions and contact me if you feel we need any more editing.  I believe that you may have to sign the document in electronic form so we could use the OC portions as authorization for use of the portion marking is designated down to the UC level.  You only have to sign your name on the approved line on the cover page of the attached document.

Everyone Else,

Attached are the final draft for informational purposes only.

(U) X          (U) X

**DERIVED FROM: Multiple Sources**
**DECLASSIFY ON: 20350223**
**SECRET//ORCON,NOFORN**

CELL/OTD 009740

CELLSITE-4258

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 165
Page 24 ~ b3; b5; b7E;
Page 26 ~ b3; b5; b7E;
Page 31 ~ b3; b5; b7E;
Page 32 ~ b3; b5; b7E;
Page 33 ~ b3; b5; b7E;
Page 34 ~ b3; b5; b7E;
Page 35 ~ b3; b7E;
Page 36 ~ b3; b7E;
Page 38 ~ b3; b7E;
Page 41 ~ b3; b5; b7E;
Page 42 ~ b3; b5; b7E;
Page 45 ~ b3; b5; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b7E;
Page 48 ~ b3; b4; b7E;
Page 49 ~ b3; b5; b7E;
Page 50 ~ b3; b5; b7E;
Page 51 ~ b3; b5; b7E;
Page 57 ~ b3; b5; b7E; Duplicate;
Page 61 ~ b3; b5; b7E;
Page 66 ~ Duplicate;
Page 67 ~ b3; b5; b7E;
Page 69 ~ b3; b5; b7E;
Page 70 ~ b3; b5; b7E;
Page 71 ~ b3; b5; b7E;
Page 72 ~ b3; b5; b7E;
Page 73 ~ b3; b5; b7E;
Page 74 ~ b3; b5; b7E;
Page 75 ~ b3; b5; b7E;
Page 76 ~ Duplicate;
Page 77 ~ Duplicate;
Page 78 ~ Duplicate;
Page 79 ~ Duplicate;
Page 80 ~ Duplicate;
Page 81 ~ Duplicate;
Page 82 ~ Duplicate;
Page 83 ~ Duplicate;
Page 84 ~ Duplicate;
Page 85 ~ Duplicate;
Page 86 ~ Duplicate;
Page 87 ~ Duplicate;
Page 88 ~ Duplicate;
Page 89 ~ Duplicate;
Page 90 ~ Duplicate;
Page 91 ~ Duplicate;
Page 92 ~ Duplicate;
Page 93 ~ Duplicate;
Page 94 ~ Duplicate;
```

```
Page 95 ~ Duplicate;
Page 96 ~ Duplicate;
Page 99 ~ Duplicate;
Page 100 ~ b3; b5; b7E;
Page 102 ~ Duplicate;
Page 103 ~ b3; b5; b7E;
Page 104 ~ Duplicate;
Page 105 ~ b3; b5; b7E;
Page 106 ~ b3; b5; b7E;
Page 108 ~ b3; b5; b7E;
Page 109 ~ b3; b5; b7E;
Page 110 ~ b3; b5; b7E;
Page 111 ~ Duplicate;
Page 113 ~ b3; b5; b7E; Duplicate;
Page 116 ~ Duplicate;
Page 117 ~ b3; b7E;
Page 119 ~ Duplicate;
Page 120 ~ b3; b5; b7E;
Page 123 ~ Duplicate;
Page 124 ~ Duplicate;
Page 127 ~ b3; b5; b7E;
Page 128 ~ Duplicate;
Page 129 ~ Duplicate;
Page 130 ~ Duplicate;
Page 131 ~ Duplicate;
Page 132 ~ Duplicate;
Page 133 ~ b3; b4; b5; b7E;
Page 134 ~ b3; b4; b7E;
Page 135 ~ Duplicate;
Page 136 ~ Duplicate;
Page 137 ~ Duplicate;
Page 139 ~ Duplicate;
Page 140 ~ Duplicate;
Page 141 ~ Duplicate;
Page 142 ~ Duplicate;
Page 143 ~ Duplicate;
Page 144 ~ Duplicate;
Page 145 ~ Duplicate;
Page 146 ~ Duplicate;
Page 147 ~ Duplicate;
Page 148 ~ Duplicate;
Page 149 ~ Duplicate;
Page 150 ~ Duplicate;
Page 151 ~ Duplicate;
Page 152 ~ Duplicate;
Page 153 ~ Duplicate;
Page 154 ~ Duplicate;
Page 155 ~ Duplicate;
Page 156 ~ Duplicate;
Page 158 ~ Duplicate;
Page 159 ~ b3; b5; b7E; Duplicate;
Page 160 ~ Duplicate;
Page 161 ~ Duplicate;
Page 162 ~ Duplicate;
```

```
Page 163 ~ Duplicate;
Page 164 ~ Duplicate;
Page 165 ~ Duplicate;
Page 166 ~ Duplicate;
Page 167 ~ Duplicate;
Page 168 ~ Duplicate;
Page 169 ~ Duplicate;
Page 170 ~ Duplicate;
Page 171 ~ Duplicate;
Page 172 ~ Duplicate;
Page 173 ~ Duplicate;
Page 174 ~ Duplicate;
Page 175 ~ Duplicate;
Page 176 ~ Duplicate;
Page 177 ~ Duplicate;
Page 178 ~ Duplicate;
Page 179 ~ Duplicate;
Page 180 ~ Duplicate;
Page 181 ~ Duplicate;
Page 182 ~ Duplicate;
Page 183 ~ Duplicate;
Page 184 ~ Duplicate;
Page 185 ~ Duplicate;
Page 186 ~ Duplicate;
Page 187 ~ Duplicate;
Page 188 ~ Duplicate;
Page 189 ~ b3; b5; b7E;
Page 190 ~ Duplicate;
Page 191 ~ Duplicate;
Page 192 ~ Duplicate;
Page 193 ~ Duplicate;
Page 194 ~ Duplicate;
Page 195 ~ Duplicate;
Page 196 ~ Duplicate;
Page 197 ~ Duplicate;
Page 198 ~ Duplicate;
Page 199 ~ Duplicate;
Page 200 ~ Duplicate;
Page 201 ~ Duplicate;
Page 202 ~ Duplicate;
Page 203 ~ Duplicate;
Page 204 ~ Duplicate;
Page 205 ~ Duplicate;
Page 206 ~ Duplicate;
Page 207 ~ Duplicate;
Page 208 ~ Duplicate;
Page 209 ~ Duplicate;
Page 210 ~ Duplicate;
Page 211 ~ Duplicate;
Page 212 ~ Duplicate;
Page 213 ~ Duplicate;
Page 218 ~ b3; b7E; Duplicate;
Page 219 ~ b3; b7E; Duplicate;
Page 220 ~ b3; b7E; Duplicate;
```

```
Page 221 ~ b3; b7E; Duplicate;
Page 222 ~ b3; b7E; Duplicate;
Page 223 ~ b3; b7E; Duplicate;
Page 224 ~ b3; b7E; Duplicate;
Page 225 ~ b3; b7E; Duplicate;
Page 226 ~ b3; b7E; Duplicate;
Page 227 ~ b3; b5; b7E;
Page 228 ~ b3; b5; b7E;
Page 229 ~ b3; b5; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```



*Wireless Intercept* *Team*

# Cellular Tracking
# Legal Issues

CELLSITE-18205

 

- DOJ's Policy on Cellsite Simulators: **Pen Register Device** (18 U.S.C. § 3127(3))
  - **BEST PRACTICES**
- Emergency Pen Register Authority
  - Federal v. State Orders
  - Voluntary Disclosures
- Loan of ELSUR Policy
  - **Using State Orders**

  - **Liability-scope of authority**



- Protecting Sensitive Techniques
  - Use as evidence

b3
b5
b7E

CELL/OTD  0024138



**Pen Register Device:
18 USC 3127(3)**

## Old Definition

- "pen register" means a device which records or decodes electronic or other impulses which **identify the numbers dialed or otherwise transmitted on the telephone line to which such device is attached….**

## New Definition

- "pen register" means a device **or process** which records or decodes **dialing, routing, addressing, or** signaling **information** transmitted by an instrument or facility from which a wire or electronic communication is transmitted, *provided, however, that such information shall not include the contents of any communication*….

CELL/OTD  024139



**New Law: USA Patriot Act**

## <u>DOJ/CCIPS & OEO</u>:

✓



✓

✓ **"signaling information":** any non-content information "transmitted by" a telephone instrument

**http://30.100.99.18/ogc/usabook/usabook/esis/13esis.htm**

b5

CELL/OTD   024140

 

**DOJ**: Pen/Trap **order** ⬚

⬚

b3
b5
b7E

to use a Pen Register Device to obtain "signaling information" transmitted from a cellular telephone to:

1) Identify a target phone **or**

2) Locate a phone

CELL/OTD  024141

 

# BEST PRACTICES:

## Use PR/TT order to authorize use of WITT gear

b3
b5
b7E

   1. authorize installation & use

   2. Advise of potential

   3. Not retain records beyond use to locate target phone?

■

CELL/OTD  024142



## Disruption of Service

- 47 U.S.C. § 333 prohibits interference with cellular frequencies

b3
b5
b7E

- 18 USC 3124: requires that a pen register be implemented with "minimum of interference" to those accorded service-

CELL/OTD  024144



**Wireless Intercept and Tracking Team**

## ▪ Maintaining/Purging "Pen" data?

&ndash;

b3
b5
b7E

CELL/OTD   024146

**WITT**
*Wireless Intercept and Tracking Team*

b3
b5
b7E

CELL/OTD  024147

Therefore, pursuant to 18 U.S.C. § 3123(d), I request that this application and <u>order be sealed until otherwise ordered by this court</u>; and



# Emergency Provision § 3125(a)(1)

- DOJ command Center
- OEO (business hours)
- Emergencies involving:
    - Immediate danger of death or serious injury or immediate threat to a national security interest
-
    – MIOG, Part 2, 10-10.7.1
-

b3
b5
b7E

CELL/OTD   024148



**Alternative authority**

# Consent (18 USC 3121(b)(3))

## Voluntary Disclosure by Provider (18 USC 2702(c)(4)) : if provider "reasonably believes that an emergency involving immediate danger of death or serious physical injury to any person justifies the disclosure of: "a record or other information pertaining to a subscriber or customer of such service."

1.
2.

CELL/OTR 024149

b5
b7E



# What is Cell site location data

- Tower/Sector data:
  1. is generated by the network for network purposes regardless of a LE order.
  2. is necessary to Provision of Service & a call cannot be processed without it.
  3. exists in the network as a **RECORD** prior to its being obtained by LE.
  4. has no relationship to the content of a communication.
  5. is delivered to LE under CALEA only at the beginning and end of calls.

024156

CELL/OTD





1. CALEA prohibits collecting location information "solely pursuant" to a PR/TT

2. 18 USC 2703(d) (stored communication act)

3.

b3
b5
b7E



**CALEA Delivery of location data**

- **<u>Near Real-Time</u>**: CALEA (47 USC 1002) requires carriers to "expeditiously isolates"
  - "call-identifying information": includes cell site information utilized in processing calls
  - for government access "before, during, or immediately after the transmission of a [ ] communication" (i.e., in real-time or near real-time)
- CALEA J-Standard: location information is delivered after generation of data by the carrier's network and use in the provision of service (e.g., call origination, Answer, call release)

CELL/OTD   024159





- 

- ### **AND Use a PR/TT order for WITT gear**
  1. 
  2. Advise of
  3. Not retain records

- 

CELL/OTD   024162

b3
b5
b7E



# 4th Amendment Privacy Interest

- ▪

  <u>Smith v. Maryland</u>,  442 U.S. 435, 744 (1979).

    - ▪ no legitimate expectation of privacy in information knowingly conveyed to a third party
    - ▪ <u>In re Digital Analyzer</u> found "[n]o logical distinction between telephone numbers called and a party's own telephone number (or ESN number), all of which are regularly voluntarily exposed and known to others.  885 F. Supp. at 199 (<u>citing</u> <u>Smith v. Maryland</u>, 442 U.S. 735, 742-45 (1979)).

- ▪

b3
b5
b7E

**WITT**
*Wireless Intercept and Tracking Team*

**Protecting Sensitive Techniques**

CELL/OTD    024171

- *<u>Qualified</u>* Government Privilege in Non-disclosure based on ***<u>Roviaro v. United States</u>***, 353 U.S. 53 (1957): disclosure of identity (and testimony) of informant.

  - Generally technique, type of device, location of install, etc. is protected

    - unless Defense can establish disclosure is necessary to defense, I.e., no other/adequate means to cross-examine/test evidence; if so:

    - then Balancing of interests

  b5
  b7E

  - <u>see</u> <u>also</u> <u>Jayme S. Walker</u> "The qualified privilege to protect sensitive investigative techniques from disclosure," LEB Vol 69 NO.5 at 26 (May 2000).



**Qualified Privilege**

- **Compare, United States v. Van Horn,** 789 F.2d 1492 (11th Cir.), <u>cert. denied</u>, 479 U.S. 854 (1986) (concealed microphone in office, defendant sought information about location of device claiming necessary to demonstrate that voices on tape could have been distorted by way mic was hidden and the distortion led to misidentification of the voice), recognized a qualified government privilege not to disclose sensitive investigative techniques.

  –

  –

  b5

- **With United States v. Foster**, 986 F.2d 541, 543 (D.C. Cir. 1993) (defendant sought location of observation post: officer's observation of drug transaction was key evidence implicating defendant; surveillance not taped or photographed, so no alternative evidence for jury to examine to determine whether surveillance post provided clear view from which officer could make accurate identification of defendant).



# Qualified Privilege (cont).

- **U.S. v. Garey**, 2004 WL 2663023 (M.D.Ga. Nov. 15, 2004)
  - Defendant sought nature & details of pen register used to determine the geographical location of a cellular phone
  - Court found the information protected by qualified investigative techniques privilege & national security privilege
  - Balanced government's interest in maintaining privilege with Defendant's need for the information
- **Defendant had the <u>Product of the Surveillance</u>: the cellphone used in making threatening calls was found in defendant's house during search of residence;**
  - Defendant did not need to know how the technology traced the geographic location of the phone.
  - locating the phone in the residence confirmed the accuracy of the geographic surveillance;
  - Moreover,Defendant could challenge the technology used to establish that phone found in residence was the one that actually made the criminal calls.

CELLSITE-18241

 

OTD
b3
b6
b7C
b7E

# **<u>Contact Info:</u>**

- 

ASSISTANT GENERAL COUNSEL,

Science &Technology Law Unit,

Office of the General Counsel

- DOJ (CCIPS): www.cybercrime.gov



*Wireless Intercept and Tracking Team*

CELL/OTD 024289

# Cellular Tracking
# Legal Issues

May 16, 2007

CELLSITE-18243



# Pen Register Device

- "pen register" means a device **or process** which records or decodes **dialing, routing, addressing, or** <u>signaling</u> *information* <u>transmitted by an instrument or facility from which a wire or electronic communication is transmitted,</u> *provided, however, that such information shall not include the contents of any communication*….

18 USC  3127(3)

**WITT**
**Wireless Intercept and Tracking Team**

b3
b7E

# DOJ/CCIPS & OEO:

b5

✓ **"signaling information":** any non-content information "transmitted by" a telephone instrument

**http://30.100.99.18/ogc/usabook/usabook/esis/13esis.htm**

024292

CELL/OT



**WITT Pen Register—BEST PRACTICES**

# BEST PRACTICES: Use PR/TT order to authorize use of WITT gear

b3
b5
b7E

1. authorize installation & use

2. Advise of potential

3. Not retain records beyond use to locate target phone?

■

CELL/OTD   024293



**Disruption of Service**

– **47 U.S.C. § 333 prohibits interference with cellular frequencies**

  ▪

– **18 USC 3124: requires that a pen register be implemented with "minimum of interference" to those accorded service-**

  ▪

–

CELL/OTD 024295

CELL/OTD

b3
b5
b7E

 

**Purge** Data

–  preserve 1st

Amendment rights & Minimize  data

CELL/OTD 024296

b3
b5
b7E



**Wireless Intercept and Tracking Team**

b3
b5
b7E

CELL/OTD 026??

## ▪ Maintaining/Purging "Pen" data?

**WITT**
**Wireless Intercept and Tracking Team**

Therefore, pursuant to 18 U.S.C. § 3123(d), I request that this application and <u>order be sealed until otherwise ordered by this court</u>; and

b3
b5
b7E



**Emergency Request**
**18 USC 2702(c)(4)**

**Provider** may **Voluntary Disclose**:

"a record or other information pertaining to a subscriber or customer of such service."

if provider "in good faith, believes that an emergency involving danger of death or serious physical injury to any person ***requires*** disclosure without delay of information relating to the emergency."

Reporting Requirement: annual report of number of accounts and summary basis for voluntary disclosures per 2702(d)

CELL/OTD   024301



**Wireless Intercept and Tracking Team**

CELL/OTD    024247

# Cellular Tracking
# Legal Issues

## Oct 18th, 2006

CELLSITE-18284





- DOJ's Policy on Cellsite Simulators: **Pen Register Device** (18 U.S.C. § 3127(3))
  - 
  - **LIABILITY RISKs & Best Practices**
- Loan of ELSUR Policy
  - **Using State Orders**
  - **Liability**
- Emergency Pen Register Authority
  - Federal v. State Orders
  - Voluntary Disclosures
-
- Protecting Sensitive Techniques
  - Use as evidence

b3
b5
b7E



**New DOJ Opinion:**

## DOJ/CCIPS: Pen/Trap **order** [ ]

[ ] a Pen Register Device) to obtain any "signaling information" transmitted from a cellular telephone to:

1) Identify a target phone **or**
2) Locate a phone

DOJ: **"signaling information"** is any non-content information "transmitted by" a telephone instrument

CELL/OTD 024252

b3
b5
b7E





**CELL/OTD  02425**

# BEST PRACTICES:

## Use PR/TT order to authorize use of WITT gear

- authorize installation & use
- Advise of potential

-

- Not retain records beyond use to locate target phone?

-

b3
b5
b7E



ELL/OTD 024263

b3
b5
b7E

# ▪ Maintaining/Purging "Pen" data?



# WITT
**Wireless Intercept and Tracking Team**

# Emergency Provision
## § 3125(a)(1)

- – DOJ command Center [          ] or OEO (business hours) [          ]

- ▪ Emergencies involving:
  - ▪ Immediate danger of death or serious injury

- ▪
- ▪ MIOG, Part 2, 10-10.7.1

b3
b5
b7E

18
CELLSITE-18301

**WITT**
Wireless Intercept and Tracking Team

## Alternative authority

CELL/OTD   024266

b3
b5
b7E

# Consent (18 USC 3121(b)(3))

**Voluntary Disclosure by Provider** under 18 USC 2702(c)(4) : if <u>provider "reasonably believes</u> that an emergency involving immediate danger of death or serious physical injury to any person justifies the disclosure of" "a record or other information pertaining to a subscriber or customer of such service."



# What is Cell site location data

- is generated by the network for network purposes regardless of a LE order.

- is necessary to Provision of Service & a call cannot be processed without it.

- exists in the network as a **RECORD** prior to its being obtained by LE.

- has no relationship to the content of a communication.

- is delivered to LE under CALEA only at the beginning and end of calls.



# HOLDING of Cell site
# Court Decisions

CELL/OTD  024272

b3
b5
b7E

- CALEA prohibits collecting location information "solely pursuant" to a PR/TT

- 18 USC 2703(d) (stored communication act)

-



**CALEA Delivery of location data**

CELL/OTD 024273

- **Near Real-Time**: CALEA requires carriers to "expeditiously isolates"
  - "call-identifying information": includes cell site information utilized in processing calls
  - for government access "before, during, or immediately after the transmission of a [ ] communication" (i.e., in real-time or near real-time)
- CALEA Standard: location information is delivered after generation of data by the carrier's network and use in the provision of service (e.g., call origination, Answer, call release)

26





CELL/OTD 024278

b3
b5
b7E

- **AND Use a PR/TT order for**      **gear**
  -  

    -  

    - Advise of
    -  
    - Not retain records



# 4th Amendment Privacy Interest

024277

CELL/OTD

- <u>Smith v. Maryland</u>, 442 U.S. 435, 744 (1979).

  - no legitimate expectation of privacy in information knowingly conveyed to a third party

  - <u>In re Digital Analyzer</u> found "[n]o logical distinction between telephone numbers called and a party's own telephone number (or ESN number), all of which are regularly voluntarily exposed and known to others. 885 F. Supp. at 199 (<u>citing</u> <u>Smith v. Maryland</u>, 442 U.S. 735, 742-45 (1979)).

b3
b5
b7E



**Wireless Intercept and Tracking Team**

# Cellular Tracking
# Legal Issues

March 21, 2007

CELL/DID · 024209

CELLSITE-18325



# What is Cell site location data

- Tower/Sector data:
  1. is generated by the network for network purposes regardless of a LE order.
  2. is necessary to Provision of Service & a call cannot be processed without it.
  3. exists in the network as a **<u>RECORD or Other Information</u>** prior to its being obtained by LE.
  4. NON-Content data; not substance of a communication.
  5. is delivered only at the beginning and end of calls per CALEA J-Std

### 16-4.13.4 Loan of Electronic Surveillance Equipment (Formerly 16-7.3.4) (See MIOG, Part 2, 10-9.14 and 10-10.10.) (RCU)

(1) LOAN OF ELECTRONIC SURVEILLANCE EQUIPMENT TO STATE AND LOCAL LAW ENFORCEMENT AGENCIES (RCU)

By Department Order 1945-95, dated January 18, 1995 (replacing Department Order 890-80, dated April 29, 1980), the Attorney General delegated to the Federal Bureau of Investigation the authority to approve loans of electronic surveillance equipment to state and local law enforcement agencies for use in their investigations (i.e., NOT joint FBI investigations). Under this delegation, the loan of such equipment is to be made only in exceptional circumstances and to be consistent with federal and state laws, as well as with state and local law enforcement regulations. (RCU)

Electronic surveillance equipment is defined as any equipment which would be used in Title 18, USC, Section 2510, et seq. (Title III) - or consensual electronic coverages. (RCU)

(a) It is the policy of the Department of Justice that loans of electronic surveillance equipment to state and local law enforcement agencies are generally to be discouraged and are to be permitted only: (RCU)

1. in furtherance of the federal government's interests in the investigation and prosecution of violations of state criminal law that are of federal concern; (RCU)

2. in compliance with all applicable provisions of federal, state and local law; (RCU)

3. without interfering with state and local control of state and local law enforcement; and (RCU)

4. without duplication of other federal programs of assistance to state and local law enforcement. (RCU)

(b) No request may be granted until the head of the state or local law enforcement agency certifies in writing that the agency: (RCU)

1. has authority under state and local law to borrow the equipment on the terms required by this Order; (RCU)

2. has valid legal authority under state and local law to conduct the particular electronic surveillance for which the equipment is requested; and (RCU)

3. cannot obtain the requested equipment from other law enforcement agencies within the state. (RCU)

(c) The Director of the FBI or his designee may, at his discretion, grant a request for the loan of electronic surveillance equipment upon receipt of a written request from a state or local law enforcement agency. The formal request must contain a copy of a written opinion of the chief legal officer of the state or local government relative to compliance with (b) 1. and (b) 2. above. (RCU)

(d) The Director of the FBI or his designee shall not grant a request for the loan of electronic surveillance equipment unless the Director or his designee determines that: (RCU)

1. there is no current need for the equipment within the Bureau; (RCU)

2. it is in the interest of the United States to facilitate the criminal investigation for which the equipment is needed; and, (RCU)

3. the agency has previously not violated the terms of any loan of electronic surveillance equipment by the FBI. (RCU)

(e) Any loan of electronic surveillance equipment shall be made by written agreement between the Director of the Federal Bureau of Investigation or his designee and the state or local law enforcement agency. The agreement shall identify the equipment and state the subject, duration,

location, and purpose of the surveillance to be conducted. It shall also include the following provisions: (RCU)

1. the loan of the equipment is subject to the needs of the Department of Justice, and the equipment must be returned upon request; (RCU)

2. the loan of the equipment is limited to the duration of the validly authorized surveillance for which it is requested, and in any event not to exceed 90 days; (RCU)

3. the equipment may be used only for the validly authorized surveillance for which it was requested; (RCU)

4. the agency will not permit any other person or governmental entity to use the equipment; (RCU)

5. the agency may disclose electronic surveillance equipment, information concerning it, or its installation or use only with the consent of the Director of the FBI or his designee and subject to the nondisclosure provisions set forth in 28 C.F.R. 1622, 1624, and 1626; (RCU)

6. the agency will not use the electronic surveillance equipment outside the United States or under circumstances where there is reason to believe that the equipment may be taken outside of the United States, without the approval of the Director of the FBI or his designee; and, (RCU)

7. the agency will reimburse the United States for all loss or damage to the equipment. Any dispute over the amount of loss or damage will be resolved by the Director of the FBI or his designee, and this resolution will be final. The Director of the FBI or his designee may agree to any other terms consistent with the above stipulations. (RCU)

(f) When the head of the state or local law enforcement agency represents to the Director or his designee that an emergency situation and need for electronic surveillance equipment exist and that the requesting agency is authorized under state law to conduct emergency electronic surveillance in such circumstances and specifies the provision of state law upon which he is proceeding, the Director or his designee may grant the emergency request. The information required to be submitted by the head of the law enforcement agency in (b) and (c) must be submitted to the Director or his designee within three days of the day on which the loan is made. (RCU)

(g) The Director of the FBI, pursuant to Attorney General Department Order 1945-95, dated January 18, 1995, has delegated his authority to permit ████████████████████ on a case-by-case basis, to assist in the installation and operation of electronic surveillance equipment. Such delegated authority requires the concurrent approval from the Section Chief of the appropriate Criminal Investigative Division section having oversight over the investigative program involved; the Section Chief of the appropriate Operational Technology Division Section having oversight over the electronic surveillance equipment involved; and the Office of the General Counsel. If such technical assistance is approved, the state or local court orders (where required) must specifically include the court's authorization for FBI assistance in the state and local electronic surveillance endeavor. Without such approval, no FBI personnel may install the equipment or participate in the surveillance. This restriction does not prohibit maintenance and repair of the equipment when not installed. (RCU)

b7E

(h) The Director of the FBI will retain all requests for electronic surveillance equipment by state and local law enforcement agencies. The Director will report to the Assistant Attorney General, Criminal Division, on October 1 and April 1 of each year on the duration and results of all loans made pursuant to the order. (RCU)

(i) The Director of the FBI, pursuant to Attorney General Department Order 1945-95, dated January 18, 1995, has delegated his authority to approve loans of electronic surveillance equipment upon written request from a state or local law enforcement agency. Such delegated authority requires the concurrent approval of the Section Chief of the appropriate Criminal Investigative Division section having oversight over the investigative program involved and the Section Chief of the appropriate Operational Technology Division Section having oversight over the electronic surveillance equipment involved. Where requests involve installation or operation of

technical equipment by FBI[_____] approval by the Office of the General Counsel is also required. (RCU)

(j) The FBI field division must advise FBIHQ when requesting approval to loan electronic surveillance equipment (be it either a routine or an emergency request) whether there is a current need for equipment within the division; whether, in the SAC's opinion, it is within the interests of the United States to loan the requested equipment in the specific criminal investigation; and, whether the agency involved has previously violated the terms of any loan of electronic surveillance equipment by the FBI. (RCU)

(k) Routine requests should be by electronic communication (EC) to FBIHQ, directed to the Operational Technology Division and to the appropriate Criminal Investigative Division section having oversight over the investigative program involved. This EC should enclose both a written request from the head of the local or state law enforcement agency and the written opinion of the chief legal officer of the local or state government. Emergency requests should be by telephone, confirmed by EC, and followed by an EC, enclosing the necessary documents. (RCU)

(2) THE USE OF FBI ELECTRONIC SURVEILLANCE EQUIPMENT IN JOINT CASES WHERE STATE AND LOCAL LAW ENFORCEMENT AGENCIES OBTAINED AUTHORITY FOR ITS USE (SEE MIOG, PART 2, 10-10.3 (8).) (RCU)

(a) A JOINT CASE, for purposes of this section, is an investigation in which there exists significant FBI interest in the subject or subjects of a local investigation and substantial FBI investigative resources have been utilized and/or will be utilized in the planned investigation with the local agency. (RCU)

(b) FBIHQ authority MUST be obtained prior to any use of FBI electronic surveillance equipment or personnel in furtherance of any order or authority obtained by state or local law enforcement agencies. Should approval be granted for such use, the pertinent local or state order or authority MUST contain specific language authorizing FBI participation and specifying whether the assistance is for installation, monitoring, or whatever is required. (RCU)

b7E

(c) In requesting FBIHQ authority, the field office is to set forth the following information: (RCU)

1. A synopsis of the investigation conducted to date by FBI and the local agency involved, to include the date the FBI case was opened, as well as when the joint investigation was initiated. (RCU)

2. the specific SAC comments as to the value of the assistance to the FBI investigation and extent of federal control over local electronic surveillance. (RCU)

3. the exact nature of equipment to be utilized and technical assistance required, and whether the equipment is on hand in the requesting division. (RCU)

4. the specific comments of the[_____] as to the complexity of the equipment and the ability of the local agency to properly utilize technical equipment requested. (RCU)

5. that the local agency has valid legal authority under state or local law to conduct the electronic surveillance for which equipment will be utilized, to include citation of the specific statute; (RCU)

6. that the Chief Division Counsel or the Assistant U.S. Attorney has reviewed the affidavits and orders to be filed and concurs in their sufficiency; and, (RCU)

7. that FBI policy in limiting disclosure as set forth in Part 2, Sections 10-10.13 and 10-10.16, of this manual, will be honored in any subsequent local proceedings. (RCU)

The above information is to be provided by appropriate communication to the attention of the Operational Technology Division, as well as to either the Criminal Investigative Division or the [_____] as appropriate. (RCU)

(d) Any request for FBI assistance in the execution of a locally obtained court order which [_____] will be handled separately and will require

significant justification. Emergency requests for such assistance are to be discouraged and likely will NOT be approved. (RCU)

(3) LOAN OF ELECTRONIC SURVEILLANCE EQUIPMENT TO OTHER FEDERAL AGENCIES. (RCU)

(a) The loan of FBI technical electronic surveillance equipment to other federal agencies is permissible on a short- basis. The loan of equipment is subject to availability and must not negatively affect the technical investigative capabilities of the FBI. (RCU)

(b) For agencies of the Department of Justice (DOJ) (e.g., the Drug Enforcement Administration (DEA)), material support and assistance, including the loan of technical equipment, should be handled on a local level, subject to the provisions stated above in (3)(a). (RCU)

(c) For agencies outside the DOJ, requests must be made on a headquarters level, and the requesting agency must have appropriate electronic surveillance authority and capability. (RCU)

(d) All technical equipment provided must be available in existing field office inventory. (RCU)

CELL/OTD   024086

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 130
Page 7 ~ b3; b7E;
Page 8 ~ b3; b7E;
Page 9 ~ b3; b7E;
Page 21 ~ b3; b7E;
Page 24 ~ b3; b5; b7E;
Page 26 ~ b3; b5; b7E;
Page 27 ~ b3; b5; b7E;
Page 39 ~ b3; b7E;
Page 40 ~ b3; b7E;
Page 41 ~ b3; b7E;
Page 51 ~ b3; b7E;
Page 57 ~ b3; b5; b7E;
Page 58 ~ b3; b7E;
Page 59 ~ b3; b7E;
Page 60 ~ b3; b5; b7E;
Page 61 ~ b3; b5; b7E;
Page 62 ~ b3; b5; b7E;
Page 63 ~ b3; b7E;
Page 64 ~ b3; b5; b7E;
Page 65 ~ b1; b3; b5;
Page 66 ~ b1; b3; b5;
Page 67 ~ b1; b3; b5;
Page 68 ~ b1; b3; b5;
Page 69 ~ b1; b3; b5;
Page 70 ~ b1; b3; b5;
Page 71 ~ b1; b3; b5;
Page 72 ~ b1; b3; b5;
Page 73 ~ b1; b3; b5; b7E;
Page 74 ~ b1; b3; b5; b7E;
Page 75 ~ b1; b3; b5; b7E;
Page 76 ~ b1; b3; b5; b7E;
Page 77 ~ b1; b3; b5; b7E;
Page 78 ~ b1; b3; b5; b7E;
Page 79 ~ b1; b3; b5; b7E;
Page 80 ~ b1; b3; b5; b7E;
Page 81 ~ b1; b3; b5; b7E;
Page 82 ~ b1; b3; b5; b7E;
Page 83 ~ b1; b3; b5; b7E;
Page 84 ~ b1; b3; b5; b7E;
Page 85 ~ b1; b3; b5; b7E;
Page 86 ~ b1; b3; b5; b7E;
Page 87 ~ b1; b3; b5; b7E;
Page 88 ~ b1; b3; b5; b7E;
Page 89 ~ b1; b3; b5; b7E;
Page 90 ~ b1; b3; b5; b7E;
Page 91 ~ b1; b3; b5; b7E;
Page 92 ~ b1; b3; b5; b7E;
Page 93 ~ b1; b3; b5; b7E;
```

```
Page 94 ~ b1; b3; b5; b7E;
Page 95 ~ b1; b3; b5; b7E;
Page 96 ~ b1; b3; b5; b7E;
Page 97 ~ b1; b3; b5; b7E;
Page 98 ~ b1; b3; b5; b7E;
Page 99 ~ b1; b3; b5; b7E;
Page 100 ~ b1; b3; b5; b7E;
Page 101 ~ b1; b3; b5; b7E;
Page 102 ~ b1; b3; b5; b7E;
Page 103 ~ b1; b3; b5; b7E;
Page 104 ~ b1; b3; b5; b7E;
Page 105 ~ b1; b3; b5; b7E;
Page 106 ~ b1; b3; b5; b7E;
Page 107 ~ b1; b3; b5; b7E;
Page 108 ~ b1; b3; b5; b7E;
Page 109 ~ b1; b3; b5; b7E;
Page 110 ~ b1; b3; b5; b7E;
Page 111 ~ b1; b3; b5; b7E;
Page 112 ~ b1; b3; b5; b7E;
Page 113 ~ b1; b3; b5; b7E;
Page 114 ~ b1; b3; b5;
Page 115 ~ b1; b3; b5;
Page 116 ~ b1; b3; b5;
Page 117 ~ Duplicate;
Page 118 ~ Duplicate;
Page 119 ~ Duplicate;
Page 120 ~ Duplicate;
Page 121 ~ Duplicate;
Page 122 ~ Duplicate;
Page 123 ~ Duplicate;
Page 124 ~ Duplicate;
Page 125 ~ Duplicate;
Page 126 ~ Duplicate;
Page 127 ~ Duplicate;
Page 128 ~ Duplicate;
Page 129 ~ Duplicate;
Page 130 ~ Duplicate;
Page 131 ~ Duplicate;
Page 132 ~ Duplicate;
Page 133 ~ Duplicate;
Page 134 ~ Duplicate;
Page 135 ~ Duplicate;
Page 136 ~ Duplicate;
Page 137 ~ Duplicate;
Page 138 ~ Duplicate;
Page 139 ~ Duplicate;
Page 140 ~ Duplicate;
Page 141 ~ Duplicate;
Page 142 ~ Duplicate;
Page 143 ~ Duplicate;
Page 144 ~ Duplicate;
Page 145 ~ Duplicate;
Page 146 ~ Duplicate;
Page 147 ~ Duplicate;
```

```
Page 148 ~ Duplicate;
Page 149 ~ Duplicate;
Page 150 ~ Duplicate;
Page 151 ~ Duplicate;
Page 152 ~ Duplicate;
Page 153 ~ Duplicate;
Page 154 ~ Duplicate;
Page 155 ~ Duplicate;
Page 156 ~ Duplicate;
Page 157 ~ Duplicate;
Page 158 ~ Duplicate;
Page 159 ~ Duplicate;
Page 160 ~ Duplicate;
Page 161 ~ Duplicate;
Page 162 ~ Duplicate;
Page 163 ~ Duplicate;
Page 164 ~ Duplicate;
Page 165 ~ Duplicate;
Page 166 ~ Duplicate;
Page 167 ~ Duplicate;
Page 168 ~ Duplicate;
Page 169 ~ Duplicate;
Page 170 ~ Duplicate;
Page 171 ~ Duplicate;
Page 237 ~ b5; b6; b7C;
Page 241 ~ b5;
Page 242 ~ b3; b5; b6; b7C; b7E;
Page 243 ~ b3; b5; b6; b7C; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)     X
X   No Duplication Fee X
X   For this Page       X
XXXXXXXXXXXXXXXXXXXXXXXX
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-16-2012 BY 65179 DMH/STW

# Emergency Disclosure Authorities

CELL/OTD    0157730

# Disclose What & When ?

b3
b5
b7E

# Emergency PR/TT

## 18 U.S.C. § 3125(a)(1)

b3
b7E

- **Prior DOJ approval required (AG, DAG, Assoc. AG or any AAG or any DAAG)**

  DOJ command Center                or OEO (business hours)

- Emergencies involving:
  - Immediate danger of death or serious injury
  - Conspiratorial activities characteristic of organized crime
  - (C) an immediate threat to a national security interest; or
  - (D) an ongoing attack on a protected computer (as defined in section 1030) that constitutes a crime punishable by a term of imprisonment greater than one year"

- **48 hours to Apply for Court Order 18 USC 3125(c)—**
  - **"installation and use….<u>without application</u> for the authorizing court order within 48 hours of installation shall constitute a violation"**

- **If deployed under STATE Emergency PR/TT authority: still must apply for Court Order within 48 hours**

# Alternative authority

**Consent:**

1. PR/TT (18 USC 3121(b)(3): "Implied Consent" IF seeking info from victim's phone—not e.g., a Fugitive's phone.

CELL/OTD   015734

CELLSITE-2584

# Emergency Request   18 USC 2702(c)(4)

**Provider may Voluntary Disclose**:

"a **record or other information** pertaining to a subscriber or customer of such service."

if <u>provider "in good faith, believes</u> that an emergency involving danger of death or serious physical injury to any person *requires* disclosure without delay of information relating to the emergency."

<u>Reporting Requirement</u>: annual report of number of accounts and summary basis for voluntary disclosures per 2702(d);

CELL/OTD   015736                              CELLSITE-2586

# CPNI 47 USC 222(c)(1)

□   Carriers must protect  (CPNI) "Customer Proprietary Network Information" from disclosure

1.   "<u>Except as required by law</u> **or**

2.   with the approval of the customer"

CELL/OTD   015739

CELLSITE-2589

# CPNI

□ **Customer Proprietary Network Information means:** 47 USC 222(h)(1)

1. Information that relates to …..type, destination, location and amount of use of a telecommunication service…and

2. Information contained in the bills…or telephone toll service received by a customer

b3
b5
b7E

CELL/OTD   015740

CELLSITE-2590

# Civil Liability Protection 18 USC 2707(e)

- "A good faith reliance on
  - Court warrant or order, a grand jury subpoena, a legislative authorization **or a statutory authorization** (including a request of a governmental entity under section 2703(f) of this title)

**is a complete defense to any civil or criminal action brought under this chapter <u>or any other law</u>.**"

CELL/OTD   015742      CELL/OTD   0157l

CELLSITE-2591

# Civil Liability Protection 18 USC 2703(e)

**No cause of action shall lie** in any court against any provider of wire or electronic communication service, its officers, employees, agents, or other specified persons **for providing information, facilities, or assistance in accordance with** the terms of a court order, warrant, subpoena, **statutory authorization,** or certification under this chapter.

**2002 Amendment Subsec. (e).  Pub.L. 107-296, § 225(h)(1),** inserted ", statutory authorization" following "subpoena".

CELL/OTD   015743

CELLSITE-2592

# Provider Immunity

Voluntary disclosure under 2702(c) statutory authority of records or other information in Good Faith reliance based on LE representation that an emergency circumstance required disclosure without delay,

b3
b5
b7E

# Phone Records on Internet

b3
b5
b7E

□ **<u>18 USC 1039</u>**  (Jan 2007) now criminal violation to Obtain confidential phone records information through Fraud or relative activity.



CELLSITE-2594

# QUESTIONS?



CELL/OTD     015746

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-16-2012 BY 65179 DMH/STW

# WITT: Wireless Intercept & Tracking Team

## A Cell Site Simulator

CELL/OTD   015700

CELLSITE-2596

# Wireless Tracking Execution

Wireless tracking will be executed as follows:

b3
b7E

CELLSITE-2597

# WITT Missions

b3
b7E

**WITT supports two types of missions**

-2598

# Modes of Operation:

b3
b7E

CELLSITE-2599

# Pen Register Device:  18 USC 3127(3)

**Old Definition**

- "pen register" means a device which records or decodes electronic or other impulses which **identify the numbers dialed or otherwise transmitted on the telephone line to which such device is attached….**

**New Definition**

- "pen register" means a device **or process** which records or decodes **dialing, routing, addressing, or <u>signaling</u> information <u>transmitted by an instrument or facility from which a wire or electronic communication is transmitted,</u> provided, however, that such information shall not include the contents of any communication**….

CELLSITE-2603

# USA Patriot Act Definition

b7E

**DOJ/CCIPS & OEO**:

a cellphone is an **"instrument or facility from which a communication is transmitted"**

✓ A device that captures any **"Signaling information"** transmitted by cellphone" is a "pen register device"

✓ **"signaling information":** any non-content information "transmitted by" a telephone instrument

✓ Hence a PenRegister Order is required to use WITT

CELL/OTD   015708

CELLSITE-2604

# WITT Pen Register— BEST PRACTICES

## **BEST PRACTICES:**

b3
b5
b7E

# Disruption of Service:

b3
b5
b7E

**18 USC 3124: requires that a pen register be implemented with "minimum of interference" to those accorded service-**

**47 U.S.C. § 333 prohibits interference with cellular frequencies**

CELL/OTD   015710

CELLSITE-2606

# Purge Non-Target Data

Legitimate reasons for purging:

b3
b5
b7E

- ❑ Avoid retaining data on innocent users: preserve 1st Amendment rights & Minimize non-target data

- ❑ <u>U.S. v. Balzano</u>, 687 F.2d 6 (1st Cir 1982) (USSS Nigra recording, re-recorded onto device, but lost "original" removable medium—destruction of original recording on the device was not done in bad faith b/c nature of equipment and agency practice was such that original was erased in the re-recording process)

# Alternative authority

**Consent** (18 USC 3121(b)(3)) "Implied Consent" IF seeking info from **victim's** phone—not e.g., a Fugitive's phone.

**Voluntary Disclosure by Provider** (18 USC 2702(c)(4)) : if <u>provider in good faith believes</u> that an emergency involving immediate danger of death or serious physical injury to any person requires disclosure without delay of: <u>"a record or other information pertaining to a subscriber or customer of such service."</u>

b3
b5
b7E

SITE-2608

# 4th Amendment Privacy Interest

- ## <u>Fourth Amendment: no privacy interest in registration information</u>
  - like dialed numbers voluntarily conveyed to the phone company and "exposed" to its equipment in the normal course of business. <u>Smith v. Maryland</u>,  442 U.S. 435, 744 (1979).
    - no legitimate expectation of privacy in information knowingly conveyed to a third party
    - <u>In re Digital Analyzer</u> found "[n]o logical distinction between telephone numbers called and a party's own telephone number (or ESN number), all of which are regularly voluntarily exposed and known to others.  885 F. Supp. at 199 (<u>citing</u> <u>Smith v. Maryland</u>, 442 U.S. 735, 742-45 (1979)).

b3
b5
b7E

TE-2609

# 4ᵗʰ Amendment Privacy Interest: Cons

b3
b5
b7E

## What if phone located in a Residence?

- See <u>Kyllo v. United States</u>, 533 U.S. 27 (2001) (use of thermal imager to measure heat emitted from home constituted a search in part because there was no objective reason for the home owner to know that a device would be routinely used to detect and measure heat emitted from his home).

- See, e.g., <u>United States v. White</u>, 401 U.S. 745, 752 (1971) (plurality opinion) (party to conversation accepts the risk that his listener may betray his confidences); <u>Hoffa v. United States</u>, 385 U.S. 293, 300-03 (1966).

# STATE Authority triggers Loan of ELSUR:

b3
b5
b7E

- **Agents need Federal Approval to assist when conducting surveillance pursuant to a State Authority** so that they are within Scope of Federal Employment when either providing equipment and/or assistance:

CELL/OTD   015715

CELLSITE-2611

# Usage

b3
b7E

CELLSITE-2613

# Applications

b3
b5
b7E

CELLSITE-2614

# Quick Bits

b3
b7E



CELL/OTD    015719

# Quick Bits

b3
b5
b7E

CELL/OTD   015720

CELLSITE-2616

b3
b7E

CELL/OTD    015721

CELLSITE-2617

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-20-2012 BY 65179 DMH/STW

b6
b7C

**From:**
**Sent:** Thursday, November 09, 2006 3:50 PM
**To:**
**Cc:**

**Subject:** Loan of Technical Equipment

UNCLASSIFIED
NON-RECORD

b5

the information below was cut and pasted directly from _____ email.

**Based on what we are reading, we believe the Director has the ability to delegate his authority to SACs based on the following:**

b5
b6
b7C

**Your thoughts?  Thanks,**

UNCLASSIFIED

CELL/OTD 009130

CELLSITE-2733
CELL/OTD 0



DATE: 11-20-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 11-20-2037

**From:**                                                                b1
**Sent:**          Monday, May 03, 2010 12:50 PM                          b3
**To:**                                                                   b6
**Cc:**                                                                   b7C

(S)  **Subject:**          RE            project Briefs 4/27- 4/30

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**SECRET//NOFORN**                                                        b1
**RECORD**                                                                b3
                                                                          b5
(S)                                                                       b6
                                                                          b7C
                                                                          b7E

Thanks,

**From:**                                                                 b1
**Sent:**          Friday, April 30, 2010 1:42 PM                          b3
**To:**                                                                    b6
(S)  **Subject:**          RE            project Briefs 4/27- 4/30         b7C

**SECRET//NOFORN**
**RECORD**

(S)  Do you want me to set up some meetings with                on this or with th          Engineers?

*SSA*

SECRET
CELL/OTD 1   017423

CELLSITE-2734

{S}

**From:**
**Sent:** Thursday, April 29, 2010 5:08 PM
**To:**
**Subject:** FW: ___ project Briefs 4/27- 4/30

b1
b3
b6
b7C

{S}

**SECRET//NOFORN**
**RECORD**

{S}

Like to have your assistance in setting up a meeting with ___ key players on the availability of sharing some of the below tools to the Bureau. Will talk.

**From:**
**Sent:** Thursday, April 29, 2010 5:05 PM
**To:**

{S}

**Subject:** RE: ___ project Briefs 4/27- 4/30

b1
b3
b5
b7E

**SECRET//NOFORN**
**RECORD**

{S}

SECRET

CELLSITE-2735



b1
b3
b5
b7E

b1
b3
b6
b7C
b7E

**From:**
**Sent:** Friday, April 02, 2010 3:11 PM
**To:**

**Cc:**

(S)

**Subject:** Project Briefs 4/27- 4/30

<u>**SECRET//NOFORN**</u>
<u>**RECORD**</u>

CELL/OTD   017425

All,

~~SECRET~~

3

b1
b3
b7E

Due to space limitations in the conference rooms, [ ] we need to keep the group very small.  Lets keep it to one SME per unit per day.

Thanks,

Operational      Technology Division

b6
b7C

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20200402
SECRET//NOFORN

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20200402
SECRET//NOFORN

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20200402
SECRET//NOFORN

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20200402
SECRET//NOFORN

DERIVED FROM: Multiple Sources
DECLASSIFY ON: 20200402
SECRET//NOFORN

CELL/OTD    017426

SECRET

4

CELLSITE-2737

I've added [redacted] in the Spectrum Management Support Group to this distribution as she is the FBI's representative with NTIA and may have some thoughts to add to mine.

[redacted]

b3
b6
b7C
b7E

**From:** [redacted]
**Sent:** Friday, October 02, 2009 6:34 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE [redacted]

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

OGC in the "Legislative" process addressing just this issue.. I will defer to [redacted] as she is the legal authority working the issue.

[redacted] Can you provide some guidance and direction.. Specifically, until the new legislation goes forward and is approved what type of Court Order is necessary..

*SSA* [redacted]
*Unit Chief*
*Tracking Technology Unit*
*Operational Technology Division*
[redacted]

**From:** [redacted]
**Sent:** Thursday, October 01, 2009 1:08 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** FW: [redacted]

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b5
b6
b7C
b7E

I spoke with [redacted] per the below message about [redacted] If you have any insight onto any legal or what is required, please forward.  I'll be available in capacity to obtain equipment and help with any deployments should this be desired.

I left the conversation with the fact that [redacted] but requested that legal issues or policies be worked out with you two.

Anyways, this has been of interest for some time now…and is a big issue in [redacted]

[redacted]

**From:** [redacted]
**Sent:** Thursday, August 27, 2009 12:43 PM
**To:** [redacted]
**Subject:** [redacted]

CELL/OTD   017534

3

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b5
b6
b7C
b7E

Hello I got your name from ▮

▮ as a test bed. We are working ▮ I would like to talk to you concerning the implementation. Thanks ▮

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD    017535

CELLSITE-2739

I've added [redacted] n the Spectrum Management Support Group to this distribution as she is the FBI's representative with NTIA and may have some thoughts to add to mine.

b3
b5
b6
b7C
b7E

From:
Sent:        Friday, October 02, 2009 6:34 AM
To:
Cc:
Subject:     RE

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

OGC in the "Legislative" process addressing just this issue.. I will defer to [redacted] as she is the legal authority working the issue.

[redacted] Can you provide some guidance and direction.. Specifically, until the new legislation goes forward and is approved what type of Court Order is necessary..

*SSA* [redacted]
*Unit Chief*
*Tracking Technology Unit*
*Operational Technology Division*

From:
Sent:        Thursday, October 01, 2009 1:08 PM
To:
Cc:
Subject:     FW:

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b5
b6
b7C
b7E

I spoke with [redacted] per the below message about [redacted] If you have any insight onto any legal or what is required, please forward.  I'll be available in capacity to obtain equipment and help with any deployments should this be desired.

I left the conversation with the fact that [redacted] but requested that legal issues or policies be worked out with you two.

Anyways, this has been of interest for some time now…and is a big issue in [redacted]

CELL/OTD    017537

**From:**
**Sent:**   Thursday, August 27, 2009 12:43 PM
**To:**
**Subject:**

b3
b5
b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Hello I got your name from                                                                                    as a test bed. We are working                                                                I would like to talk to you concerning the implementation. Thanks

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD   017538

CELLSITE-2742

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-19-2012 BY 65179 DMH/STW

**From:**
**Sent:** Tuesday, September 29, 2009 6:21 PM
**To:**

**Cc:**
**Subject:** FW: NTIA Responses to DOJ Comments on _____ IMMEDIATE (6pm tonight!) Deadline

**Importance:** High

b3
b5
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

All - this relates to _____ OGC is trying to get through the department. I believe you've been working with _____ on it, but do not know who else might need to see it. We need comments ASAP. I can provide additional information on UNET as to what the proposal was and what this is in response to, but you can see the general comments we made and NTIA's response to each.

**From:**
**Sent:** Tuesday, September 29, 2009 5:39 PM
**To:**
**Cc:**
**Subject:** NTIA Responses to DOJ Comments on _____ - IMMEDIATE (6pm tonight!) Deadline
**Importance:** High

b3
b5
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

NTIA Response to
DOJ Comments ...

DOJ has routed this with an extremely tight deadline.

The attached are NTIA responses to DOJ's proposed comments on _____ and the Commerce Department letter on the bill.

DOJ components are requested for comment or "no comment" by the deadline.

I apologize for the ridiculous deadline - but at the moment, I'm being told "No extensions"…

Thank you,
_____
FBI OCA

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD   017539

1

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 97
Page 2 ~ b3; b7E;
Page 26 ~ b3; b4; b7E;
Page 30 ~ b3; b7E;
Page 31 ~ b3; b7E;
Page 32 ~ b3; b7E;
Page 33 ~ b3; b7E;
Page 34 ~ b3; b7E;
Page 35 ~ b3; b7E;
Page 36 ~ b4; b7E;
Page 37 ~ b3; b7E;
Page 42 ~ b3; b7E;
Page 43 ~ b3; b7E;
Page 47 ~ b5;
Page 53 ~ b3; b7E;
Page 54 ~ b3; b7E;
Page 55 ~ b3; b7E;
Page 56 ~ b3; b7E;
Page 57 ~ b3; b7E;
Page 58 ~ b3; b7E;
Page 59 ~ b3; b7E;
Page 60 ~ b3; b7E;
Page 61 ~ b3; b7E;
Page 62 ~ b3; b7E;
Page 63 ~ b3; b7E;
Page 64 ~ b3; b7E;
Page 65 ~ b3; b7E;
Page 66 ~ b3; b7E;
Page 67 ~ b3; b7E;
Page 68 ~ b3; b7E;
Page 69 ~ b3; b7E;
Page 70 ~ b3; b7E;
Page 71 ~ b3; b7E;
Page 72 ~ b3; b7E;
Page 73 ~ b3; b7E;
Page 74 ~ b3; b7E;
Page 75 ~ b3; b7E;
Page 76 ~ b3; b7E;
Page 77 ~ b3; b7E;
Page 78 ~ b3; b7E;
Page 79 ~ b3; b7E;
Page 80 ~ b3; b7E;
Page 81 ~ b3; b7E;
Page 82 ~ b3; b7E;
Page 83 ~ b3; b7E;
Page 84 ~ b3; b7E;
Page 85 ~ b1; b3; b7E;
Page 86 ~ b1; b3; b7E;
Page 87 ~ b1; b3; b7E;
```

```
Page 88 ~ b1; b3; b7E;
Page 89 ~ b3; b7E;
Page 90 ~ b1; b3; b7E;
Page 91 ~ b1; b3; b7E;
Page 92 ~ b1; b3; b7E;
Page 93 ~ b1; b3; b7E;
Page 94 ~ b1; b3; b7E;
Page 108 ~ b1; b3; b4; b7E;
Page 109 ~ b1; b3; b7E;
Page 110 ~ b1; b3; b6; b7C; b7E;
Page 111 ~ b1; b3; b7E;
Page 112 ~ b1; b3; b4; b7E;
Page 113 ~ b1; b3; b7E;
Page 116 ~ b5;
Page 117 ~ b3; b7E;
Page 118 ~ b3; b7E;
Page 119 ~ b3; b7E;
Page 120 ~ b3; b4; b7E;
Page 121 ~ b3; b4; b7E;
Page 122 ~ b3; b4; b7E;
Page 123 ~ b3; b4; b7E;
Page 124 ~ b3; b7E;
Page 125 ~ b3; b7E;
Page 126 ~ b3; b7E;
Page 127 ~ b3; b7E;
Page 128 ~ b3; b4; b7E;
Page 129 ~ b3; b4; b7E;
Page 130 ~ Duplicate - OTD Policy 4 Section 1;
Page 131 ~ Duplicate - OTD Policy 4 Section 1;
Page 132 ~ Duplicate - OTD Policy 4 Section 1;
Page 133 ~ Duplicate - OTD Policy 4 Section 1;
Page 134 ~ Duplicate - OTD Policy 4 Section 1;
Page 135 ~ Duplicate - OTD Policy 4 Section 1;
Page 136 ~ b3; b4; b7E;
Page 137 ~ b6; b7C; b7E;
Page 139 ~ b6; b7C; b7E;
Page 140 ~ b7E;
Page 141 ~ b3; b4; b5; b7E;
Page 142 ~ b3; b4; b5; b7E;
Page 143 ~ b3; b4; b5; b7E;
Page 144 ~ b3; b4; b5; b7E;
Page 145 ~ b3; b4; b5; b6; b7C; b7E;
Page 146 ~ b3; b4; b5; b7E;
Page 147 ~ b3; b4; b5; b7E;
Page 148 ~ b3; b4; b5; b7E;
Page 149 ~ b3; b4; b5; b6; b7C; b7E;
Page 150 ~ b3; b4; b5; b6; b7C; b7E;
Page 151 ~ b3; b4; b5; b7E;
Page 152 ~ b3; b4; b5; b6; b7C; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
```

XXXXXXXXXXXXXXXXXXXXXXXXX

UNCLASSIFIED//FOR OFFICIAL USE ONLY

To:  Operational Technology  From:  Operational Technology
Re:  319X-10-HQ-A1487709 - OTD, 10/02/2010


      **(U)**     **Objective I:**  Ensure all FBI Field Offices involved with the [ ] WITT Regional Program are supplied with policy, direction, and all current capabilities required to meet all deployment requirements.

      **(U)  Performance Measurement I:**  Objective performance will be measured/monitored through conference and working group meetings, along with feedback.  Statistical accounting shall also be incorporated to track the success of all programs that are being supported by [                    ]

[                    ]

      **(U)**     **Objective III:** [                    ]

b7E

[                                                            ]

      **(U)  Performance Measurement I:**  Objective performance will be measured/monitored through clearly communicated customer requirements and feedback.


♦♦

UNCLASSIFIED//FOR OFFICIAL USE ONLY

CELL/OTD   022481

CELLSITE-15118

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-19-2012 BY 65179 DMH/STW

**From:**
**Sent:** Sunday, August 28, 2011 1:43 PM
**To:**
**Cc:**
**Subject:** New         approval letter --- UNCLASSIFIED//LES/FOUO

Classification: UNCLASSIFIED//LES/FOUO

========================================================

please use this latest template for our approval letters:

b6
b7C
b3
b7E

approval
template 08282...

========================================================

Classification: UNCLASSIFIED//LES/FOUO

CELL/OTD    022341

CELLSITE-15119

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-19-2012 BY 65179 DMH/STW

# Legal Update

## Science & Technology Law Unit, OGC

  

CELL/OTD   015747

# Agenda

- Geolocating:
  - Cellular "GPS" v. CellSite data
  - WITT & [        ]     b7E
  - Role of 3rd Party-provider & 4th Amendment
- Emergency Disclosure
  - Prospective vs. Stored
  - Records vs. Contents
  - Authorities & Immunity
- *Warshak* (6th Cir)
  - 4th Amendment & Stored Content
  - Role of 3rd Party-Provider
  - Ramifications:  e.g., PCTDD-content

# Locating a Cell Phone

1. **Cell Site Data** —tower/sector

2. **Witt ---**Wireless Intercept & Tracking Team; i.e.,

b7E

3. **Geolocation** —from provider
   1. Handset-based (GPS)
   2. Network-based (signal strength triangulation)

CELL/OTD   015749

CELLSITE-15123

# Cell site Court Decisions

1. CALEA prohibits collecting location information "solely pursuant" to a PR/TT

2. 18 USC 2703(d) (stored communication act) <u>only</u> applies to historical records; can't authorize prospective disclosure of location information for "records" that don't yet exist.

3.

b7E

CELL/OTD    015758

CELLSITE-15132

# Opinions Since August 2005



b5

- ▫ DOJ position since 1994: invoke § 2703(d) in combination with pen/trap ("hybrid theory")
  - ❑

# Access to Historical Location Data

□ Past tower/sector records available using 2703(d) order

b5

□ Historical GPS data typically <u>does not exist</u>

□ some exceptions exist, such as "kiddie-tracking" phones where logging is expressly part of service

# GEOLocation Data—E911

- FCC "Enhanced 911" mandate requires wireless telephone carriers to be able to deliver certain location data for 911 calls

- Carriers implement this capability in either of 2 ways:

  - **"Handset solution": GPS**
    - FCC requires accuracy:
      - to 50 meters for 67% of calls
      - to 150 meters for 95% of calls

  - **"Network solution": Triangulation**
    - FCC requires accuracy:
      - to 100 meters for 67% of calls
      - to 300 meters for 95% of calls

CELL/OTD  015761

CELLSITE-15135

# Is GPS Data Protected by the Fourth Amendment?:

b5

# Is Geolocation Data Protected by the Fourth Amendment?:

b5

SITE-15139

# "Tracking Devices": Rule 41 and 18 U.S.C. § 3117

- Rule 41 amended 12/1/06 to add procedures for use of "tracking devices" (R. 41(b)(4))
- Cross-reference to § 3117 definition
  - "an electronic or mechanical device which permits the tracking of the movement of a person or object"

b5

CELL/OTD   015766

CELLSITE-15140

□ *Warshak* 6th Cir

1. 4th Amendment & Stored Content

2. Role of 3rd Party-Provider

3. PCTDD-content

CELL/OTD   015768

CELLSITE-15142

# Stored Contents

# **Warshak** 6th Cir. (June 18, 2007)

- Mail/wire fraud investigation of owner of Berkeley Premium Neutaceuticals, Inc.; compelled stored emails—older than 180 days--w/ 2703(d) order & **delayed notice** under (2703(b)(1)(B)).

## 4th Amendment requires

1. P/C for warrant;
2. Reasonableness for Subpoenas; why:
   1. b/c there's prior notice w/ Subpoenas and so may be challenged before disclosure made; or
   2. When disclose info to 3rd party, no REP vis-à-vis that 3rd party b/c one disclosing assumes the risk that 3rd party may disclose the "shared information"

- <u>Issue</u>: whether user maintains REP in emails vis-à-vis 3rd party ?

CELL/OTD   015769

CELLSITE-15143

# _Warshak_: stored email (cont.)

**Holding**:  Enjoined gov't from compelling disclosure from provider of stored emails **unless**:

1. P/C based warrant—particularly describing emails subject to search (2703(a));

2. Prior notice to subscriber and ct order under 2703(d); or

3. ISP has: "complete access" & actually relies on & uses this access in the "normal course of business"

   1. Gov't can show Specific & Articulable facts that —e.g.,if in Terms of Service, e.g., ISP notified customer & also utilized its right to "inspect, monitor and audit the content of emails" then NO REP

   2. Mere ability to access is not enough to waive REP.

   3. Scanning/screening all email for viruses, spam, impressible conduct (e.g., pornography) does not diminish REP, b/c automated process--No human review & analogous to post office scanning for drugs or explosives—i.e. like a drug-dog sniff

      _Query_  would this theory permit the Gov't to use keyword screening for pornography or other illegal activity on the ground that it doesn't infringe a REP?

CELL/OTD   015770

# PCTDD -Content

**ISSUE**:  Does 4th Amendment bar collection of PCTDD-Content pursuant to PR/TT & absent P/C–asked the EDNY MJ

1.  **Role of 3rd party:**  Gov't argued no REP in PCTDD-content b/c providers have ability to <u>access</u> such "dialed number" data <u>in ordinary course of business when required, e.g.,</u> to investigate fraud, misuse, etc.; so user assumes the risk that provider can and will access.

b5

2.  Gov't also argued the <u>limited nature of communicative value</u> of "numerical communications" reduces REP, so when coupled with knowing disclosure to provider and provider's access/use to process data  = no REP so PR/TT standard "reasonable" for 4th amendment purposes.

CELL/OTD    015771

CELLSITE-15145

# Geolocation Data

Role of 3rd Party-provider & 4th Amendment

- <u>Warshak STD</u>: "complete access" & actually relies on & uses this access in the "normal course of business"
- CellSite data: yes
- Cellular "GPS" & triangulation:
- WITT &

b7E

CELL/OTD   015772

SECRET//ORCON/NOFORN//20350319

b1
b7E
b3

By

FEDERAL BUREAU OF INVESTIGATION          b7E

DATE: 11-26-2012
CLASSIFIED BY 65179 DMH/STW
REASON: 1.4 (C, G)
DECLASSIFY ON: 11-26-2037

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

2010

Approved by _____

_____

_____

_____

Reviewed by _____

b7E

*This document contains information that, in whole or in part, are*
*controlled by originator, and not to be disseminated without prior*
*approval from the Federal Bureau of Investigation*

Formatted: Font: Bold, Italic

Formatted: Underline
Formatted: Font: Bold, Italic, Underline
Formatted: Font: Bold, Italic, Underline

SECRET//ORCON/NOFORN//20350319

CELL/OTD     019338

CELLSITE-15189

SECRET//ORCON/NOFORN//20350319

Derived From: NSISCG-20080301

Declassify On: 20350319

SECRET//ORCON/NOFORN//20350319

CELL/OTD     019339

SECRET//ORCON/NOFORN//20350319

**FEDERAL BUREAU OF INVESTIGATION**

(S)

Prepared by

b1
b7E
b3

**ABSTRACT**

(S)

b1
b3

SECRET//ORCON/NOFORN//20350319

3

Formatted: Right:  0.25"

CELL/OTD   019340

SECRET//ORCON/NOFORN//20350319

## (U) TABLE OF CONTENTS

(U) INTRODUCTION...................................................................5
(U) BACKGROUND....................................................................6
(U) PROTOTYPE SYSTEM DESCRIPTION.................................6
(U) CONCEPT OF OPERATIONS.............................................7
(U) COST-BENEFIT ANALYSIS.................................................13
(U) CONCLUSION.....................................................................14
(U) ATTACHMENT.....................................................................15


(U) INTRODUCTION.................................................................4
(U) BACKGROUND....................................................................5
(U) PROPOSED DEVELOPMENT...............................................7
(U) CONCEPT OF OPERATIONS.............................................9
(U) VALIDATION TESTING.......................................................13
(U) VALIDATION TESTING CONCLUSIONS.............................16

SECRET//ORCON/NOFORN//20350319

Formatted: Right:  0.25"

4

CELL/OTD   019341

CELLSITE-15192

SECRET//ORCON/NOFORN//20350319



b1
b7E
b3

Authors: 1ˢᵗ          2ⁿᵈ

b6
b7C

**(U) INTRODUCTION**

b1
b7E
b3

b1
b7E
b3

b1
b7E
b3

b1
b7E
b3

SECRET//ORCON/NOFORN//20350319

Formatted: Right:  0.25"

5

CELL/OTD   019342

CELLSITE-15193

SECRET//ORCON/NOFORN//20350319

b1
b7E
b3

b1
b7E
b3

**(U)  BACKGROUND**

b1
b7E
b3

**(U)  PROTOTYPE SYSTEM DESCRIPTION**

b1
b7E
b4
b3



SECRET//ORCON/NOFORN//20350319

**Formatted:** Right:  0.25"

6

CELL/OTD    019343

SECRET//ORCON/NOFORN//20350319



b1
b7E
b3

b1
b7E
b3

b1
b7E
b3

(U) CONCEPT OF OPERATIONS

(U) (S//OC/NF) SYSTEM OPERATION

b1
b7E
b3

b1
b7E
b3

b1
b7E
b3

Formatted: Right: 0.25"

SECRET//ORCON/NOFORN//20350319

7

CELL/OTD 019344

CELLSITE-15195

SECRET//ORCON/NOFORN//20350319



b1
b7E
b3

**(U) Cost-Benefit Analysis**

b1
b7E
b3

b1
b7E
b3

b1
b7E
b3

| Fiscal Year | Objectives | Cost |
|---|---|---|

b1
b3
b7E

Formatted: Right: 0.25"

SECRET//ORCON/NOFORN//20350319                    14

CELL/OTD    019351

SECRET//ORCON/NOFORN//20350319



b1
b3
b7E

**(U) Conclusion**

b1
b7E
b3

15

Formatted: Right: 0.25"

CELL/OTD    019352

CELL-SITE-15203

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 136
Page 2 ~ Duplicate;
Page 3 ~ Duplicate;
Page 4 ~ Duplicate;
Page 5 ~ Duplicate;
Page 6 ~ Duplicate;
Page 7 ~ Duplicate;
Page 8 ~ b1; b3; b5;
Page 9 ~ b1; b3; b5;
Page 10 ~ b1; b3; b5;
Page 11 ~ b1; b3; b5;
Page 12 ~ b1; b3; b5;
Page 13 ~ b1; b3; b5;
Page 14 ~ b1; b3; b5; b7E;
Page 15 ~ b1; b3; b5; b7E;
Page 16 ~ b1; b3; b5; b7E;
Page 17 ~ b1; b3; b5; b7E;
Page 18 ~ b1; b3; b5; b7E;
Page 19 ~ b1; b3; b5; b7E;
Page 20 ~ b1; b3; b5; b7E;
Page 21 ~ b1; b3; b5; b7E;
Page 22 ~ b1; b3; b5; b7E;
Page 23 ~ b1; b3; b5; b7E;
Page 24 ~ b1; b3; b5; b7E;
Page 25 ~ b1; b3; b5; b7E;
Page 26 ~ b1; b3; b5; b7E;
Page 27 ~ b1; b3; b5; b7E;
Page 28 ~ b1; b3; b5; b7E;
Page 29 ~ b1; b3; b5; b7E;
Page 30 ~ b1; b3; b5; b7E;
Page 31 ~ b1; b3; b5; b7E;
Page 32 ~ b1; b3; b5; b7E;
Page 33 ~ b1; b3; b5; b7E;
Page 34 ~ b1; b3; b5; b7E;
Page 35 ~ b1; b3; b5; b7E;
Page 36 ~ b1; b3; b5; b7E;
Page 37 ~ b1; b3; b5; b7E;
Page 38 ~ b1; b3; b5; b7E;
Page 39 ~ b1; b3; b5; b7E;
Page 40 ~ b1; b3; b5; b7E;
Page 41 ~ b1; b3; b5; b7E;
Page 42 ~ b1; b3; b5; b7E;
Page 43 ~ b1; b3; b5; b7E;
Page 44 ~ b1; b3; b5; b7E;
Page 45 ~ b1; b3; b5; b7E;
Page 46 ~ b1; b3; b5;
Page 47 ~ b1; b3; b5;
Page 48 ~ b1; b3; b5; b7E;
Page 49 ~ b1; b3; b5; b7E;
```

```
Page 50 ~ b1; b3; b5; b7E;
Page 51 ~ b1; b3; b5; b7E;
Page 52 ~ b1; b3; b5; b7E;
Page 53 ~ b1; b3; b5; b7E;
Page 54 ~ b1; b3; b5; b7E;
Page 55 ~ b1; b3; b5;
Page 56 ~ b1; b3; b5;
Page 57 ~ b1; b3; b5;
Page 58 ~ b1; b3; b7E;
Page 59 ~ b1; b3; b7E;
Page 60 ~ b1; b3; b7E;
Page 61 ~ b1; b3; b7E;
Page 132 ~ Duplicate;
Page 136 ~ b5; b7E;
Page 137 ~ b5; b7E;
Page 141 ~ b5; b7E;
Page 142 ~ b5; b7E;
Page 143 ~ Duplicate;
Page 144 ~ Duplicate;
Page 145 ~ Duplicate;
Page 146 ~ Duplicate;
Page 148 ~ b5; b7E;
Page 149 ~ b5; b7E;
Page 150 ~ b5; b7E;
Page 151 ~ b5; b7E;
Page 152 ~ b5; b7E;
Page 153 ~ b5; b7E;
Page 154 ~ b5; b7E;
Page 155 ~ b5; b7E;
Page 156 ~ b5; b7E;
Page 157 ~ Duplicate;
Page 158 ~ b5; b7E;
Page 159 ~ b5; b7E;
Page 160 ~ b5; b7E;
Page 161 ~ b5; b7E;
Page 164 ~ b5; b7E;
Page 165 ~ b5; b7E;
Page 166 ~ b5; b7E;
Page 167 ~ b5; b7E;
Page 172 ~ Duplicate;
Page 173 ~ Duplicate;
Page 174 ~ Duplicate;
Page 175 ~ Duplicate;
Page 177 ~ Duplicate;
Page 178 ~ Duplicate;
Page 179 ~ Duplicate;
Page 180 ~ Duplicate;
Page 181 ~ Duplicate;
Page 182 ~ Duplicate;
Page 184 ~ Duplicate;
Page 185 ~ Duplicate;
Page 187 ~ Duplicate;
Page 188 ~ Duplicate;
Page 189 ~ b3; b7E;
```

```
Page 190 ~ Duplicate;
Page 191 ~ Duplicate;
Page 192 ~ Duplicate;
Page 193 ~ Duplicate;
Page 194 ~ Duplicate;
Page 195 ~ Duplicate;
Page 196 ~ Duplicate;
Page 197 ~ Duplicate;
Page 198 ~ Duplicate;
Page 199 ~ Duplicate;
Page 200 ~ Duplicate;
Page 201 ~ Duplicate;
Page 202 ~ b5; b7E;
Page 203 ~ Duplicate;
Page 204 ~ Duplicate;
Page 205 ~ Duplicate;
Page 206 ~ Duplicate;
Page 213 ~ Duplicate;
Page 214 ~ Duplicate;
Page 215 ~ Duplicate;
Page 216 ~ Duplicate;
Page 217 ~ Duplicate;
Page 218 ~ Duplicate;
Page 219 ~ Duplicate;
Page 220 ~ Duplicate;
Page 222 ~ b3; b5; b7E;
Page 223 ~ Duplicate;
Page 224 ~ Duplicate;
Page 226 ~ b3; b5; b7E;
Page 227 ~ b3; b5; b7E;
Page 228 ~ b3; b5; b7E;
Page 229 ~ b3; b5; b7E;
Page 231 ~ b5; b7E;
Page 232 ~ b5; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)     X
X    No Duplication Fee X
X    For this Page       X
XXXXXXXXXXXXXXXXXXXXXXXX
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-26-2012 BY 65179 DMH/STW



*Wireless Intercept and Tracking Team*

CELL/OTD   024505



# Cellular Tracking
# Legal Issues

June 27, 2006

 

**Wireless Intercept and Tracking Team**

024506

CELL/OTD

b7E

- DOJ's Policy on Cellsite Simulators: **Pen Register Device** (18 U.S.C. § 3127(3))
  -
  - **LIABILITY RISKs & Best Practices**
- Loan of ELSUR Policy
  -
  -
- Emergency Pen Register Authority
  - Federal v. State Orders
  - Voluntary Disclosures
- Prospective Cell Site Location data
  -
- Protecting Sensitive Techniques
  -



**Pen Register Device:
18 USC 3127(3)**

CELL/OTD 024507

## Old Definition

- "pen register" means a device which records or decodes electronic or other impulses which **identify the numbers dialed or otherwise transmitted on the telephone line to which such device is attached….**

## New Definition

- "pen register" means a device **or process** which records or decodes **dialing, routing, addressing, or <u>signaling</u> information <u>transmitted by an instrument or facility from which a wire or electronic communication is transmitted,</u> provided, however, that such information shall not include the contents of any communication**….

**WTT**
*Wireless Intercept and Tracking Team*

# New Law: USA Patriot Act

- **§ 3127 Pen Register <u>device or process:</u>**
  - "records or decodes <u>dialing, routing, addressing, or signaling information</u>
  - <u>transmitted by an instrument or facility</u> from which a wire or electronic communication is transmitted"

## <u>DOJ/CCIPS</u>:

b5

**http://30.100.99.18/ogc/usabook/usabook/esis/13esis.htm**

CELL/OTD   024508



# USMS Fugitive Authorities

## STATE LAW FUGITIVES:

- **U.S. Marshals (including FBI agents serving as deputy marshals)** are authorized to investigate fugitive matters "as directed by the Attorney General."  28 USC 566(e)(1)(B)
  - Includes pursuit of fugitives wanted on <u>state warrants</u> when done pursuant to a "special apprehension program" (e.g., Fugitive Investigative strike teams) approved by the Attorney General;
  - IF the investigation of a state fugitive is conducted pursuant to such an authorized "special apprehension program" then the US Marshall is, in effect, executing "federal law" within the State; AND
  - USMS "May exercise the same powers which a sheriff of the State may exercise in executing the laws thereof" (28 USC 564), **INCLUDING the power to arrest a state law fugitive**
    - DOJ, Office of Legal Counsel memo to FBI, General Counsel: "Authority to Pursue Non-Federal Fugitives" (Feb. 21, 1995).

6

CELL/OTD 024510





- Agents of the Unites States Marshals Service have sole and inherent authority among federal law enforcement to pursue non-federal fugitives.  28 U.S.C. § 566(e)(1)(B).  Pursuant to the Attorney General's National Anti-Violent Crime Initiative, the Presidential Threat Protection Act of 2000 (Pub. L. 106-544), and the Department of Justice Policy on Fugitive Apprehension (Aug. 11, 1988), when participating on a task force duly-sanctioned by a U.S. Attorney's Office, the Service is allocated federal funds and is expressly tasked with investigating and apprehending violent or otherwise significant state fugitives.  No federal charge, such as Unlawful Flight to Avoid Prosecution, is necessary.

CELL/OTD 024511



# FBI SAs as Deputy USMS

An FBI agent serving as **a Deputy US Marshall** could also arrest a state law fugitive under the same lawful authority.

- BUT if **not deputized**, FBI agents have the authority to investigate/arrest state law fugitives ONLY

  - **if there is a reasonable indication that the state law fugitive will violate the Fugitive Felons Act ( FFA or UFAP),**

b5

CELL/OTD 024512

CELLSITE-2814



CELL/OTD   024515

# BEST PRACTICES:

b5
b7E



# WITT: Function of Cellsite Simulators:

b5
b7E

CELL/OTD  024516

**WITT**
*Wireless Intercept and Tracking Team*

## Incidental Collection

CELL/OTD 024517

# advise court of <u>potential for incidental collection</u> on innocent users

b5

13



# WITT Function vs. Location (Tower/Sector) data from Provider



CELL/OTD 024524

CELLSITE-2826



# Qualified Privilege

- **Compare, United States v. Van Horn,** 789 F.2d 1492 (11th Cir.), <u>cert. denied</u>, 479 U.S. 854 (1986) (concealed microphone in office, defendant sought information about location of device claiming necessary to demonstrate that voices on tape could have been distorted by way mic was hidden and the distortion led to misidentification of the voice), recognized a qualified government privilege not to disclose sensitive investigative techniques.

b5

- **With United States v. Foster**, 986 F.2d 541, 543 (D.C. Cir. 1993) (defendant sought location of observation post: officer's observation of drug transaction was key evidence implicating defendant; surveillance not taped or photographed, so no alternative evidence for jury to examine to determine whether surveillance post provided clear view from which officer could make accurate identification of defendant).



# Qualified Privilege (cont).

- **U.S. v. Garey, 2004 WL 2663023 (M.D.Ga. Nov. 15, 2004)**
  - Defendant sought nature & details of pen register used to determine the geographical location of a cellular phone
  - Court found the information protected by qualified investigative techniques privilege & national security privilege
  - Balanced government's interest in maintaining privilege with Defendant's need for the information

- **Defendant had the <u>Product of the Surveillance</u>:  the cellphone used in making threatening calls was found in defendant's house during search of residence;**

CELL/OTD  024540

b5

 

# **<u>Contact Info:</u>**

- 

b6
b7C

ASSISTANT GENERAL COUNSEL,

Science &Technology Law Unit,

Office of the General Counsel

- DOJ (CCIPS): www.cybercrime.gov

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-26-2012 BY 65179 DMH/STW



Wireless Intercept and Tracking Team

# Cellular Tracking
# Legal Issues





- DOJ's Policy on Cellsite Simulators: **Pen Register Device** (18 U.S.C. § 3127(3))
  - **BEST PRACTICES**
- Emergency Pen Register Authority
  - Federal v. State Orders
  - Voluntary Disclosures
- Loan of ELSUR Policy
  -
  -
- Prospective Cell Site Location data
  -
- GPS/Triangulation from provider
- Protecting Sensitive Techniques
  -

b5
b7E



**Pen Register Device: 18 USC 3127(3)**

## Old Definition

- "pen register" means a device which records or decodes electronic or other impulses which **identify the numbers dialed or otherwise transmitted on the telephone line to which such device is attached….**

## New Definition

- "pen register" means a device **or process** which records or decodes **dialing, routing, addressing, or <u>signaling</u> _information_ <u>transmitted by an instrument or facility from which a wire or electronic communication is transmitted,</u>** _provided, however, that such information shall not include the contents of any communication_….

3

CELL/OTD   020920

CELLSITE-2850



# Disruption of Service

Potential **disruption of service** to phones while temporarily registered with government device during **active interrogation.**

- **47 U.S.C. § 333 prohibits interference with cellular frequencies**

- **18 USC 3124: requires that a pen register be implemented with "minimum of interference" to those accorded service-**

b5





# USMS Fugitive Authorities

## STATE LAW FUGITIVES:

- **U.S. Marshals** are authorized to investigate fugitive matters "as directed by the Attorney General." 28 USC 566(e)(1)(B)

  – Includes pursuit of fugitives wanted on <u>state warrants</u> when done pursuant to a "special apprehension program" (e.g., Fugitive Investigative strike teams) approved by the Attorney General;

  – IF the investigation of a state fugitive is conducted pursuant to such an authorized "special apprehension program" then the US Marshall is, in effect, executing "federal law" within the State; AND

  – USMS "May exercise the same powers which a sheriff of the State may exercise in executing the laws thereof" (28 USC 564), **INCLUDING the power to arrest a state law fugitive**

    - DOJ, Office of Legal Counsel memo to FBI, General Counsel: "Authority to Pursue Non-Federal Fugitives" (Feb. 21, 1995).

15



*Wireless Intercept and Tracking Team*

# WITT Function vs. Location (Tower/Sector) data from Provider

CELL/OTD     020935

CELLSITE-2865

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-28-2012 BY 65179 DMH/STW

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** Routine                     **Date:** 03/11/2009

**To:** Operational Technology     **Attn:** Tracking Technology Unit

UC
SSA                                                          b6
                                                             b7C

**From:** Security
Security Operations Section
Physical Security Unit, PA555
        **Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:** 261D-HQ-C1188941-TECHSEC

**Title:** PHYSICAL SECURITY MATTERS                          b5

ENGINEERING RESEARCH FACILITY, QUANTICO, VA               b7E

**Synopsis:**

CELL/OTD   021184

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 324
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b3; b4; b7E;
Page 5 ~ b3; b4; b7E;
Page 6 ~ b3; b4; b7E;
Page 7 ~ b3; b4; b7E;
Page 8 ~ b3; b4; b7E;
Page 9 ~ b3; b4; b7E;
Page 10 ~ b3; b4; b7E;
Page 11 ~ b3; b4; b7E;
Page 12 ~ b3; b4; b7E;
Page 13 ~ b3; b4; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b4; b7E;
Page 17 ~ b3; b4; b7E;
Page 18 ~ b3; b4; b7E;
Page 19 ~ b3; b4; b7E;
Page 20 ~ b3; b4; b7E;
Page 21 ~ b3; b4; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 29 ~ b3; b4; b7E;
Page 30 ~ b3; b4; b7E;
Page 31 ~ b3; b4; b7E;
Page 32 ~ b3; b4; b7E;
Page 33 ~ b3; b4; b7E;
Page 34 ~ b3; b4; b7E;
Page 35 ~ b3; b4; b7E;
Page 36 ~ b3; b4; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
Page 40 ~ b3; b4; b7E;
Page 41 ~ b3; b4; b7E;
Page 42 ~ b3; b4; b7E;
Page 43 ~ b3; b4; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b7E;
Page 48 ~ b3; b4; b7E;
Page 49 ~ b3; b4; b7E;
```

```
Page 50 ~ b3; b4; b7E;
Page 51 ~ b3; b4; b7E;
Page 52 ~ b3; b4; b7E;
Page 53 ~ b3; b4; b7E;
Page 54 ~ b3; b4; b7E;
Page 55 ~ b3; b4; b7E;
Page 56 ~ b3; b4; b7E;
Page 57 ~ b3; b4; b7E;
Page 58 ~ b3; b4; b7E;
Page 59 ~ b3; b4; b7E;
Page 60 ~ b3; b4; b7E;
Page 72 ~ b3; b4; b7E;
Page 74 ~ b3; b4; b7E;
Page 75 ~ b3; b4; b7E;
Page 76 ~ b3; b4; b7E;
Page 77 ~ b3; b4; b7E;
Page 78 ~ b3; b4; b7E;
Page 79 ~ b3; b4; b7E;
Page 80 ~ b3; b4; b7E;
Page 81 ~ b3; b4; b7E;
Page 82 ~ b3; b4; b7E;
Page 83 ~ b3; b4; b7E;
Page 84 ~ b3; b4; b7E;
Page 85 ~ b3; b4; b7E;
Page 86 ~ b3; b4; b7E;
Page 87 ~ b3; b4; b7E;
Page 88 ~ b3; b4; b7E;
Page 89 ~ b3; b4; b7E;
Page 90 ~ b3; b4; b7E;
Page 91 ~ b3; b4; b7E;
Page 92 ~ b3; b4; b7E;
Page 93 ~ b3; b4; b7E;
Page 94 ~ b3; b4; b7E;
Page 95 ~ b3; b4; b7E;
Page 96 ~ b3; b4; b7E;
Page 97 ~ b3; b4; b7E;
Page 98 ~ b3; b4; b7E;
Page 99 ~ b3; b4; b7E;
Page 100 ~ b3; b4; b7E;
Page 101 ~ b3; b4; b7E;
Page 102 ~ b3; b4; b7E;
Page 103 ~ b3; b4; b7E;
Page 104 ~ b3; b4; b7E;
Page 105 ~ b3; b4; b7E;
Page 106 ~ Duplicate;
Page 107 ~ Duplicate;
Page 108 ~ Duplicate;
Page 109 ~ Duplicate;
Page 110 ~ Duplicate;
Page 111 ~ Duplicate;
Page 112 ~ Duplicate;
Page 113 ~ Duplicate;
Page 114 ~ Duplicate;
Page 115 ~ Duplicate;
```

```
Page 116 ~ Duplicate;
Page 117 ~ Duplicate;
Page 118 ~ Duplicate;
Page 119 ~ Duplicate;
Page 120 ~ Duplicate;
Page 121 ~ Duplicate;
Page 122 ~ Duplicate;
Page 123 ~ Duplicate;
Page 124 ~ Duplicate;
Page 125 ~ Duplicate;
Page 126 ~ Duplicate;
Page 127 ~ Duplicate;
Page 128 ~ Duplicate;
Page 129 ~ Duplicate;
Page 130 ~ Duplicate;
Page 131 ~ Duplicate;
Page 132 ~ Duplicate;
Page 133 ~ Duplicate;
Page 134 ~ Duplicate;
Page 135 ~ Duplicate;
Page 136 ~ Duplicate;
Page 137 ~ Duplicate;
Page 138 ~ Duplicate;
Page 139 ~ Duplicate;
Page 140 ~ Duplicate;
Page 141 ~ Duplicate;
Page 142 ~ Duplicate;
Page 143 ~ b3; b4; b7E;
Page 144 ~ b3; b4; b7E;
Page 145 ~ b3; b4; b7E;
Page 146 ~ b3; b4; b7E;
Page 147 ~ b3; b4; b7E;
Page 148 ~ b3; b4; b7E;
Page 149 ~ b3; b4; b7E;
Page 150 ~ b3; b4; b7E;
Page 151 ~ b3; b4; b7E;
Page 152 ~ b3; b4; b7E;
Page 153 ~ b3; b4; b7E;
Page 154 ~ Duplicate;
Page 155 ~ Duplicate;
Page 156 ~ Duplicate;
Page 157 ~ Duplicate;
Page 158 ~ Duplicate;
Page 159 ~ Duplicate;
Page 160 ~ Duplicate;
Page 161 ~ Duplicate;
Page 162 ~ Duplicate;
Page 163 ~ Duplicate;
Page 164 ~ Duplicate;
Page 165 ~ Duplicate;
Page 166 ~ Duplicate;
Page 167 ~ Duplicate;
Page 168 ~ Duplicate;
Page 169 ~ Duplicate;
```

```
Page 170 ~ Duplicate;
Page 171 ~ Duplicate;
Page 172 ~ Duplicate;
Page 173 ~ Duplicate;
Page 174 ~ Duplicate;
Page 175 ~ Duplicate;
Page 176 ~ Duplicate;
Page 177 ~ Duplicate;
Page 178 ~ Duplicate;
Page 179 ~ Duplicate;
Page 180 ~ Duplicate;
Page 181 ~ Duplicate;
Page 182 ~ Duplicate;
Page 183 ~ Duplicate;
Page 184 ~ Duplicate;
Page 185 ~ Duplicate;
Page 186 ~ Duplicate;
Page 187 ~ Duplicate;
Page 188 ~ Duplicate;
Page 189 ~ Duplicate;
Page 190 ~ Duplicate;
Page 191 ~ Duplicate;
Page 192 ~ Duplicate;
Page 193 ~ Duplicate;
Page 194 ~ Duplicate;
Page 195 ~ Duplicate;
Page 196 ~ Duplicate;
Page 197 ~ Duplicate;
Page 198 ~ Duplicate;
Page 199 ~ Duplicate;
Page 200 ~ Duplicate;
Page 201 ~ Duplicate;
Page 202 ~ Duplicate;
Page 203 ~ Duplicate;
Page 204 ~ Duplicate;
Page 205 ~ Duplicate;
Page 206 ~ Duplicate;
Page 207 ~ Duplicate;
Page 208 ~ Duplicate;
Page 209 ~ Duplicate;
Page 210 ~ Duplicate;
Page 211 ~ Duplicate;
Page 212 ~ Duplicate;
Page 213 ~ Duplicate;
Page 214 ~ Duplicate;
Page 215 ~ Duplicate;
Page 216 ~ Duplicate;
Page 217 ~ Duplicate;
Page 218 ~ Duplicate;
Page 219 ~ Duplicate;
Page 220 ~ Duplicate;
Page 221 ~ Duplicate;
Page 222 ~ Duplicate;
Page 223 ~ Duplicate;
```

```
Page 224 ~ Duplicate;
Page 225 ~ Duplicate;
Page 226 ~ Duplicate;
Page 227 ~ Duplicate;
Page 228 ~ Duplicate;
Page 229 ~ Duplicate;
Page 230 ~ Duplicate;
Page 231 ~ Duplicate;
Page 232 ~ Duplicate;
Page 233 ~ Duplicate;
Page 234 ~ Duplicate;
Page 235 ~ Duplicate;
Page 236 ~ Duplicate;
Page 237 ~ Duplicate;
Page 238 ~ Duplicate;
Page 239 ~ Duplicate;
Page 240 ~ Duplicate;
Page 241 ~ Duplicate;
Page 242 ~ Duplicate;
Page 243 ~ Duplicate;
Page 244 ~ Duplicate;
Page 245 ~ Duplicate;
Page 246 ~ Duplicate;
Page 247 ~ Duplicate;
Page 248 ~ Duplicate;
Page 249 ~ Duplicate;
Page 250 ~ Duplicate;
Page 251 ~ Duplicate;
Page 252 ~ Duplicate;
Page 253 ~ Duplicate;
Page 254 ~ Duplicate;
Page 255 ~ Duplicate;
Page 256 ~ Duplicate;
Page 257 ~ Duplicate;
Page 258 ~ Duplicate;
Page 259 ~ Duplicate;
Page 260 ~ Duplicate;
Page 261 ~ Duplicate;
Page 262 ~ Duplicate;
Page 263 ~ Duplicate;
Page 264 ~ Duplicate;
Page 265 ~ Duplicate;
Page 266 ~ Duplicate;
Page 267 ~ Duplicate;
Page 268 ~ Duplicate;
Page 269 ~ Duplicate;
Page 270 ~ Duplicate;
Page 271 ~ Duplicate;
Page 272 ~ Duplicate;
Page 273 ~ Duplicate;
Page 274 ~ Duplicate;
Page 275 ~ Duplicate;
Page 276 ~ Duplicate;
Page 277 ~ Duplicate;
```

```
Page 278 ~ Duplicate;
Page 279 ~ Duplicate;
Page 280 ~ Duplicate;
Page 281 ~ Duplicate;
Page 282 ~ Duplicate;
Page 283 ~ Duplicate;
Page 284 ~ Duplicate;
Page 285 ~ Duplicate;
Page 286 ~ Duplicate;
Page 287 ~ Duplicate;
Page 288 ~ Duplicate;
Page 289 ~ Duplicate;
Page 290 ~ Duplicate;
Page 291 ~ Duplicate;
Page 292 ~ Duplicate;
Page 293 ~ Duplicate;
Page 294 ~ Duplicate;
Page 295 ~ Duplicate;
Page 296 ~ Duplicate;
Page 297 ~ Duplicate;
Page 298 ~ Duplicate;
Page 299 ~ Duplicate;
Page 300 ~ Duplicate;
Page 301 ~ Duplicate;
Page 302 ~ Duplicate;
Page 303 ~ Duplicate;
Page 304 ~ Duplicate;
Page 305 ~ Duplicate;
Page 306 ~ Duplicate;
Page 307 ~ Duplicate;
Page 308 ~ Duplicate;
Page 309 ~ Duplicate;
Page 310 ~ Duplicate;
Page 311 ~ Duplicate;
Page 312 ~ Duplicate;
Page 313 ~ Duplicate;
Page 314 ~ Duplicate;
Page 315 ~ Duplicate;
Page 316 ~ Duplicate;
Page 317 ~ Duplicate;
Page 318 ~ Duplicate;
Page 319 ~ Duplicate;
Page 320 ~ Duplicate;
Page 321 ~ Duplicate;
Page 322 ~ Duplicate;
Page 323 ~ Duplicate;
Page 324 ~ Duplicate;
Page 325 ~ Duplicate;
Page 326 ~ Duplicate;
Page 327 ~ Duplicate;
Page 328 ~ Duplicate;
Page 329 ~ b3; b4; b7E;
Page 330 ~ Duplicate;
Page 331 ~ Duplicate;
```

```
Page 332 ~ Duplicate;
Page 333 ~ Duplicate;
Page 334 ~ Duplicate;
Page 335 ~ b3; b7E;
Page 336 ~ b3; b7E;
Page 337 ~ b3; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)     X
X    No Duplication Fee  X
X    For this Page       X
XXXXXXXXXXXXXXXXXXXXXXXXX
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-04-2013 BY NSICG J76J18T80

**CTIA Advocacy**

**Wireless Glossary of Terms**                           *Last Updated: July 2011*

**3G / 4G:** A general term that refers to new wireless technologies which offer increased capacity and capabilities delivered over digital wireless networks.

**Air Interface:** The operating system of a wireless network. Technologies include AMPS, TDMA, CDMA, GSM and iDEN.

**AMPS:** Advanced Mobile Phone Service (AMPS) is the original analog "cellular" service transmission standard first deployed in the United States, still used as a default standard for cellular systems in the U.S., and in some regions around the world.

**Analog:** The traditional method of adapting radio signals so they can carry information. AM (Amplitude Modulation) and FM (Frequency Modulation) are the two most common analog systems. Analog has largely been replaced by digital technologies, which are more secure, more efficient and provide better quality.

**Antenna:** A device for transmitting and receiving radiofrequency (RF) signals. Often camouflaged on existing buildings, trees, water towers or other tall structures, the size and shape of antennas are generally determined by the frequency of the signal they manage.

**App (Application):** Downloadable tools, resources, games, social networks or almost anything that adds a function or feature to a wireless handset which are available for free or a fee.

**Base Station:** The central radio transmitter/receiver that communicates with mobile telephones within a given range (typically a cell site).

**Bluetooth:** The name for a technological standard (a communications protocol) that enables mobile devices equipped with a special chip to send and receive information wirelessly. Using Bluetooth, electronic devices such as desktop computers, wireless phones, electronic organizers and printers can communicate over short-ranges using the 2.4 GHz spectrum band.

**Bonded copper:** Aggregating DSL circuits together to boost throughput.

**BREW:** Binary Runtime Environment for Wireless is a service application developer's platform. The BREW platform was introduced by QUALCOMM in 2001 to provide developers with the ability to create a wide variety of applications that users can download wirelessly via any BREW-enabled handset. Thanks to common standards, software applications will automatically work on new device models.

**Broadband:** A transmission facility having a bandwidth (capacity) sufficient to carry multiple voice, video or data channels simultaneously. Broadband is generally equated with the delivery of increased speeds and advanced capabilities, including access to the Internet and related

services and facilities.

**BTA (Basic Trading Area):** A geographic area designed by Rand McNally to reflect business centers, and adopted by the FCC for the licensing of Personal Communications Services and some other wireless services. BTAs are composed of several neighboring counties associated by business and commuting patterns. The U.S. is divided into 493 BTAs.

**Carrier:** Also known as a service provider or network operator, a carrier is the communications company that provides service to end user customers or other carriers. Wireless carriers provide their customers with service (including air time) for their wireless phones.

**Cache (or Cookie):** Many websites store the initial visit so that when the mobile device user visits again, the data from the same website can appear faster.

**CDMA (Code Division Multiple Access):** A technology used to transmit wireless calls by assigning them codes. Calls are spread out over the widest range of available channels. Then codes allow many calls to travel on the same frequency and also guide those calls to the correct receiving phone. In the U.S., CDMA carriers include: Alaska Communications System, Carolina West, CellCom/nSight, Bluegrass Cellular, Leap Wireless, Sprint, U.S. Cellular and Verizon Wireless.

**CDMA2000 1XRTT:** The first step in the evolution to 3G is cdma2000 1X, which improves packet data transmission capabilities and speeds in the network, and also boosts voice capacity. (Speed of up to 307 kbps.)

**CDMA2000 1XEV-DO (Evolution Data-Only):** CDMA2000 1XEV represents the second step in the evolution of CDMA2000. Commercially launched in 2001, offers data speeds of up to 2.4 Mbps.

**CDMA2000 1XEV-DV (Evolution Data-Voice):** CDMA2000 1XEV represents the next step in the evolution of CDMA2000. Approved by the International Telecommunications Union (ITU), a standards body based in Geneva, as a 3G technology to provide data and voice services together, with data rates of up to 3.09 Mbps.

**Cell:** The basic geographic unit of wireless coverage. Also, shorthand for generic industry term "cellular." A region is divided into smaller "cells," each equipped with a low-powered radio transmitter/receiver. The radio frequencies assigned to one cell can be limited to the boundaries of that cell. As a wireless call moves from one cell to another, a computer at the Mobile Telephone Switching Office (MTSO) monitors the call and at the proper time, transfers the phone call to the new cell and new radio frequency. The handoff is performed so quickly that it's not noticeable to the callers.

**Cell Site:** The location where a wireless antenna and network communications equipment is placed in order to provide wireless service in a geographic area.

CELL/OTD    020729

CELLSITE-1386

**Cell Splitting:** A means of increasing the capacity of a wireless system by subdividing one cell into two or more smaller cells.

**Channel/Circuit:** A communications pathway that may take the form of a connection established over wireless, wired, or fiber optic facilities.

**CSD (Circuit Switched Data):** One technological approach used for the exchange of data. A circuit connection is made that is exclusively reserved for the individual's use. This can be inefficient, as many communications do not require a dedicated communications channel, and offers only brief connectivity primarily used for the transmission of short messages.

**CMRS (Commercial Mobile Radio Service) Provider:** An FCC designation for any wireless carrier or license owner whose wireless service is connected to the public switched telephone network and/or is operated for profit. Wireless services that are offered to the public are classified as CMRS, unlike private systems which are classified as "Private Mobile Services."

**Co-Location:** Placement of multiple antennas at a common site. Some companies act as brokers or cell site managers, arranging cell sites and coordinating many carriers' antennas at a single cell site.

**Common Short Codes (CSC):** Five– or six–digit numbers which allow wireless devices to send text messages for value-added services such as tele-voting campaigns, mobile coupons, charitable donations and other programs.

**Contract Plan (Post-Paid):** The most popular cell phone plan in which a subscriber agrees to a contract for certain period of time, usually a year or two and in exchange, the carrier provides the customer with a lower monthly rate and subsidized handset. There may be a fee if you want to cancel the contract before it expires, also known as an "early termination fee." CTIA developed a voluntary Consumer Code to help consumers make informed choices when selecting their wireless service.

**Digital:** Technological approach that converts signals (including voice) into the binary digits '0' and '1'. This data is compressed, and then transformed into electronic pulses for a wired network, optical light waves for fiber optic networks or radio waves for wireless networks. Digital wireless technology has largely superseded analog technology, because digital delivers more capacity and supports more applications, as well as offers better sound quality, and more secure signals.

**DSL (Digital Subscriber Line):** A digital line connecting the subscriber's terminal to the serving company's central office, providing multiple communications channels able to carry both voice and data communications simultaneously.

**Dual Band:** A wireless handset that works on more than one spectrum frequency, e.g., in the 800 MHz frequency and 1900 MHz frequency bands.

CELLSITE-1387

**EDGE: Enhanced Data Rate for Global Evolution** is an evolutionary step in the GSM-development path for faster delivery of data, delivered at rates up to 384 Kbps. The standard is based on the GSM technology platform and uses the TDMA approach (see TDMA, below).

**ESN (Electronic Serial Number):** The unique serial identification number programmed into a wireless phone by the manufacturer. Each time a call is placed, the ESN is transmitted to a nearby base station so the wireless carrier can validate the call. The ESN differs from the Mobile Identification Number, which identifies a customer's wireless phone number. MINs and ESNs are electronically monitored to help prevent fraud.

**Evolution-Data Optimized (EVDO):** The third generation CDMA technology. The U.S. had 74.6 million subscribers in 4Q 2009 out of 124.6 million (or 23 percent of all subscribers). This means the U.S. had 60 percent of all EVDO subscribers in the world.

**Federal Communications Commission (FCC):** An independent U.S. government agency responsible with regulating interstate and international communications by radio, television, wire, satellite and cable. This includes all aspects of the wireless industry such as devices, policies, programs and outreach initiatives.

**Facility-based Wireless Carrier:** A provider of wireless services that owns the physical network used to deliver those services. *See contra* MVNO, a provider that leases capacity on a facilities-based provider network.

**Federal Regulatory Fee:** Annual communications regulatory fees as mandated by Congress. The fees require the FCC to recover the regulatory costs associated with its enforcement, policy and rulemaking, user information, and international initiatives.

**Federal Trade Commission (FTC):** The only federal U.S. agency with both consumer protection and competition jurisdiction in broad sectors of the economy. The FTC pursues vigorous and effective law enforcement; advances consumers' interests by sharing its expertise with federal and state legislatures and U.S. and international government agencies; develops policy and research tools through hearings, workshops, and conferences; and creates practical and plain-language educational programs for consumers and businesses in a global marketplace with constantly changing technologies.

**Femtocell:** A small cellular base station or access point that is used in homes or offices to deliver wireless traffic to service providers via pre-existing broadband connections. This allows for improvement of coverage in small (typically indoor) areas without requiring the addition of new full-sized cellular sites.

**FDD (Frequency Division Multiplexing):** Frequency-division multiplexing is a method in which numerous signals are combined for transmission on a single communications channel. Each signal is assigned a different frequency (subchannel) within the main channel.

**Filters:** Most wireless carriers provide parents with the ability to filter Internet content accessed on a wireless phone on their network.

**GPRS (General Packet Radio Service):** A packet technology approach that enables high-speed wireless Internet and other GSM-based data communications. It makes very efficient use of available radio spectrum for transmission of data.

CELL/OTD   020731

CELLSITE-1388

**GPS (Global Positioning System):** A worldwide satellite navigational system, made up of a constellation of satellites orbiting the earth and their receivers on the earth's surface. The GPS satellites continuously transmit digital radio signals, with information used in location tracking, navigation and other location or mapping technologies.

**GSM (Global System for Mobile Communications):** A technological approach also based on dividing wireless calls into time slots. GSM is most common in Europe, Australia and much of Asia and Africa. Generally, GSM phones from the United States are not compatible with international GSM networks because the U.S. and many other nations use different frequencies for mobile communications. However, some phones are equipped with a multi-band capability to operate on such other frequencies. In the U.S., GSM carriers include: AT&T, DoCoMo Pacific, GCI Communications, TerreStar, Westlink and T-Mobile.

**Handoff:** The process when a wireless network automatically switches a mobile call to an adjacent cell site.

**HSCSD (High Speed Circuit Switched Data):** In using HSCSD a permanent connection is established between the called and calling parties for the exchange of data. As it is circuit switched, HSCSD is more suited to applications such as videoconferencing and multimedia than 'bursty' type applications such as email, which are more suited to packet switched data.

**HSPA (High Speed Packet Access):** The third generation of GSMA technology. The U.S. had 24 million subscribers out of the 200 million total which means the U.S. had 24 percent of all HSPA subscribers in the world for 2Q 2009.

**iDEN (Integrated Digital Enhanced Network):** A specialized mobile technology that combines two-way radio, telephone, text messaging and data transmission into one digital network. iDEN is designed to give users quick access to information on a single device. Introduced by Motorola and used by AirTel Montana, Nextel Communications, Nextel Partners, and Southern LINC Wireless, among others.

**Interconnection:** Connecting one network to another, such as a wireless network to a local telephone company's wireline network.

**Interoperability:** The ability of a network to coordinate and communicate with other networks, such as two systems based on different protocols or technologies.

**LAN (Local Area Network):** Is a small data network covering a limited area, such as a building or group of buildings. Most LANs connect workstations or personal computers. This allows many users to share devices, such as laser printers, as well as data. The LAN also allows easy communication, by facilitating e-mail or supporting chat sessions.

**Location Based Services (LBS):** An information, advertising or entertainment service that uses the geographical position of a cell phone. CTIA developed voluntary Best Practices and Guidelines for Location-Based Services to promote and protect user privacy.

**LTE (Long Term Evolution):** The next-generation network beyond 3G. In addition to enabling fixed to mobile migrations of Internet applications such as Voice over IP (VoIP), video streaming, music downloading, mobile TV and many others, LTE networks will also provide the capacity to support an explosion in demand for connectivity from a new generation of consumer

devices tailored to those new mobile applications.

**Machine-to-Machine (M2M):** Applications or mobile units that use wireless networks to communicate with other machines. These applications may include telemetry and telematic devices, remote monitoring systems (e.g. smart grid, healthcare, transportation, etc) and other devices that provide status reports to businesses' centers (e.g. operations, traffic management, data management, etc).

**Megahertz (MHz):** Is a unit of frequency equal to one million hertz or cycles per second. Wireless mobile communications within the United States generally occur in the 800 MHz, 900MHz and 1900MHz spectrum frequency bands.

**mHealth (Mobile Health):** The use of mobile devices and technology in health care. This includes text message reminders to prompt them to take medication, follow a certain diet, engage in physical activity, check glucose levels, monitor blood pressure and more. It can also be used to monitor patients' health and track and guide self-care beyond the doctors' offices.

**mLearning (Mobile Learning):** Education that takes advantage of the opportunities mobile devices provides, including not being prohibited by location. This includes sending text messages for in-class participation or voting, accessing the mobile Internet for information or conducting homework assignments.

**MIN (Mobile Identification Number):** The MIN, more commonly known as a wireless phone number, uniquely identifies a wireless device within a wireless carrier's network. The MIN is dialed from other wireless or wireline networks to direct a signal to a specific wireless device. The number differs from the electronic serial number, which is the unit number assigned by a phone manufacturer. MINs and ESNs can be electronically checked to help prevent fraud.

**MSA (Metropolitan Statistical Area):** One of the 306 urban-centered cellular service areas based on the largest urban markets as designated by the U.S. government in 1980. Two "cellular" service operators are licensed in each MSA.

**MTA (Major Trading Area):** A geographic area designed by Rand McNally to reflect business centers, and adopted by the FCC for the licensing of Personal Communications Services and some other wireless services. MTAs are composed of neighboring basic trading areas (BTAs) associated with major business centers. The U.S. is divided into 51 MTAs, which do not reflect state boundaries.

**MTSO (Mobile Telephone Switching Office):** The central computer that connects wireless phone calls to the public telephone network. The MTSO controls the series of operations required to complete wireless calls, including verifying calls, billing and antenna handoffs.

**MVNO (Mobile Virtual Network Operator):** A company that buys network capacity from a network operator in order to offer its own branded mobile subscriptions and value-added services to customers. **NAM (Number Assignment Module):** The NAM is the electronic memory bank in the wireless phone that stores its specific telephone number and electronic serial number.

**Number Pooling:** A means by which phone numbers are conserved, and the need to create new area codes is reduced. Unused phone numbers are returned to a central authority which then makes them available to other carriers based on need. Carriers receive numbers in blocks

of 1,000, not 10,000 as was originally the case. Smaller blocks of numbers reduce the carriers' cost and maximize the availability of new numbers to meet public demand.

**Number Portability:** The ability of a customer to retain their telephone number when changing service providers in a specific area, whether changing from one wireless company to another, one wireline company to another, or between wirelesss and wireline companies.

**Operating System (OS):** As of August 2010, there are 10 wireless operating system platforms. They are: Android (Open Handset Alliance); BlackBerry OS (Research in Motion); BREW (Qualcomm); Java (Sun Microsystems); LiMo (Open Source Linux for Mobile); iOS (Apple); Palm OS (Palm); WebOS (Palm); Windows Mobile (Microsoft); and bada (Samsung).

**OFDM (Orthogonal Frequency Division Multiplexing):** A system for the transmission of digital message elements spread over multiple channels within a frequency band, in order to achieve greater throughput while minimizing interference and signal degradation through the use of multiple antennas.

**Packet:** A piece of data sent over a packet-switching network, such as the Internet. A packet includes not just the data comprising the message but also address information about its origination and destination.

**Packet Data:** Information that is reduced into digital pieces or 'packets', so it can travel more efficiently across networks, including radio airwaves and wireless networks.

**Parental Control Tools:** Services offered by wireless carriers or third parties or built-in to a wireless device that allow parents to limit or monitor their child's cell phone use. CTIA developed voluntary Guidelines for Carrier Content Classification and Internet Access.

**PCS (Personal Communications Services):** Defined by the FCC as a broad family of wireless services, commonly viewed as including two-way digital voice, messaging and data services. One set of "PCS" licenses established by the FCC operates in the 1900 MHz band.

**PDA (Personal Digital Assistant):** A portable computing device capable of transmitting data. These devices offer services such as paging, data messaging, e-mail, computing, faxes, date books and other information management capabilities.

**PIN (Personal Identification Number):** An additional security feature for wireless phones, much like a password. Programming a PIN into the Subscriber Information Module (SIM) on a wireless phone requires the user to enter that access code each time the phone is turned on.

**POPs:** For wireless, POPs generally refers to the number of people in a specific area where wireless services are available (the population). For traditional 'landline' communications, a "Point of Presence" defines the interconnection point between the two networks.

**Prepaid Plan:** This plan allows customers to purchase a pre-determined amount of minutes for a set price and then "re-fill" the minutes at the customer's choice. Some prepaid plans include text messaging and other wireless data services. CTIA developed the voluntary Consumer Code to help consumers make informed choices when selecting wireless service.

**Premium Text:** Text to or from a commercial entity that delivers news, information, images, ringtones or entertainment for a fee above standard messaging rates.

**Privacy Settings:** Ability to determine how much personally identifiable information (PII) is shared digitally. Many wireless services and apps allow users to determine the PII available to third parties including friends, advertisers and the general public.

**Protocol:** A standard set of definitions governing how communications are formatted in order to permit their transmission across networks and between devices.

**PSD (Packet Switched Data):** A technological approach in which the communication "pipe" is shared by several users, thus making it very efficient. The data is sent to a specific address with a short delay. This delay depends on how many users are using the pipe at any one time as well as the level of priority requested for your information. PSD is the technology used for data communication across the Internet and makes more efficient use of the network.

**Public Service/Utility Commission (PSC/PUC):** A state government's agency responsible for regulating intrastate communications. Although many states preempt a PSC/PUC's authority to regulate wireless, federal law permits non-preempted states to regulate a wireless carriers' terms and conditions but not rates.

**Rating System:** A system for classifying and providing information about specific content such as games, music, TV, movies and apps. Wireless carriers and manufacturers may rate content or utilize existing rating system to help parents filter content available to children. (See CTIA Wireless Content Guidelines Classification Criteria).

**Repeater:** Devices that receive a radio signal, amplify it and re-transmit it in a new direction. Used in wireless networks to extend the range of base station signals and to expand coverage. Repeaters are typically used in buildings, tunnels or difficult terrain.

**Roaming:** When traveling outside their carrier's local service area, roaming allows users to continue to make and receive calls when operating in another carrier's service coverage area.

**RSA (Rural Service Area):** One of the 428 rural markets across the United States, as designated by the FCC for the delivery of cellular service outside of the initial 306 MSAs.

**Smart Antenna:** A wireless antenna with technology that focuses its signal in a specific direction. Wireless networks use smart antennas to reduce the number of dropped calls, and to improve call quality and channel capacity.

**Smart Phone:** Wireless phones with advanced data features and often keyboards. What makes the phone "smart" is its ability to better manage data and Internet access.

**SMS:** Short Messaging Service enables users to send and receive short text messages (usually about 140-160 characters) on wireless handsets. Usually referred to as "text messaging" or "texting."

**SPAM:** Unsolicited and unwanted emails or text messages sent to wireless devices. While carriers are constantly filtering their networks to stop SPAM text messages, spammers are

evolving and changing their methods to try to get through. If you receive a SPAM email on your mobile device, file a complaint with the FCC . The FCC's CAN-SPAM ban only applies to "messages sent to cell phones and pagers, if the message uses an Internet address that includes an Internet domain name (usually the part of the address after the individual or electronic mailbox name and the "@" symbol)". The FCC's ban does not cover "short messages," typically sent from one mobile phone to another, that do not use an Internet address.

**Spectrum:** The radio frequencies that are designated for specific uses, such as personal communications services and public safety.

**Spectrum Allocation:** Process whereby the federal government designates frequencies for specific uses, such as personal communications services and public safety. Allocation is typically accomplished through lengthy FCC proceedings, which attempt to adapt allocations to accommodate changes in spectrum demand and usage.

**Spectrum Assignment:** Federal government authorization for the use of specific frequencies within a given spectrum allocation, usually in a specific geographic location. Mobile communications assignments are granted to both private users such as businesses, and commercial providers such as wireless and paging operators. Spectrum auctions and/or frequency coordination processes, which consider potential interference to existing users, may apply.

**Spread Spectrum:** A method of transmitting a radio signal by spreading it over a wide range of frequencies. This reduces interference and can increase the number of simultaneous users on one radio frequency band.

**SIM (Subscriber Identity Module) Card:** A small card that fits inside some cell phones and communicates with a wireless network using a unique code. A SIM card can be removed and transferred to another wireless device.

**TCP/IP (Transmission Control Protocol/Internet Protocol):** A protocol permitting communications over and between networks, the TCP/IP protocol is the basis for the Internet communications.

**TDMA (Time Division Multiple Access):** A technological standard that permits the transmission of information by dividing calls into time slots, each one lasting only a fraction of a second. Each call is assigned a specific portion of time on a designated channel. By dividing each call into timed 'packets,' a single channel can carry many calls at once.

**Telecommunications Relay Service (TRS):** A telephone service that allows persons with hearing or speech disabilities to place and receive telephone calls.

**Tower Siting:** To expand their service offerings and meet consumer demand for "always-on"

broadband, wireless carriers need to be able to build out their networks, which involves constructing new towers or adding new equipment to already existing structures. It enables mobile services, including voice and broadband, for consumers, businesses and public safety. In November 2009, the FCC provided much-needed certainty to the tower siting process by adopting a declaratory ruling which set a definitive time frame for local zoning authorities to act on tower siting requests. The time limit to address requests for collocation is 90 days and the time for addressing requests for new tower construction is 150 days. Local zoning authorities who do not meet the time frames will have "failed to act," giving tower applicants the right to appeal to the courts for action on their requests. Also, a zoning authority may not deny an application filed by one provider based on the presence of another wireless provider in a given area.

**Tri-Band Handset:** Phones that work on multiple frequencies, typically in the 1900 MHz, 800 MHz, and 900 MHz frequencies used in the U.S. and elsewhere.

**Universal Charger Solution (UCS):** Developed by the Open Mobile Terminal Platform industry standards group and adopted by GSMA, the UCS (also known as the "one-charger-fits-all") will provide an estimated 50 percent reduction in standby energy consumption. The UCS will use the Micro-USB format as the common universal charging interface and use energy efficient chargers in compliance with the U.S. "Energy Star" requirements for external power adapters. As of January 1, 2012, most of the new smartphones in the U.S. will have UCS.

**UMTS (Universal Mobile Telecommunications Systems):** This is third generation technology generally based on W-CDMA (Wideband Code Division Multiple Access). UMTS promises a communications speed between 384 kbps and up to about 2 Mbps.

**VoIP (Voice over Internet Protocol):** VoIP is a two-way communication service that can allow users to communicate via voice or video. Based on IP technology, VoIP is used to transfer a wide range of different type traffic.

**Voice Recognition:** The capability for wireless phones, computers and other devices to be activated and controlled by voice commands.

**WAN (Wide Area Network):** A general term referring to a large network spanning a country or around the world. The Internet is a WAN. A public mobile communication system such as a cellular or PCS network is a WAN.

**WAP (Wireless Application Protocol):** Wireless Application Protocol is a set of standards that enables wireless devices, such as phones, pagers and palm devices, to browse content from specially-coded Web pages.

**W-CDMA:** Wideband Code Division Multiple Access, one of two 3G standards that makes use of a wider spectrum than CDMA and therefore can transmit and receive information faster and more efficiently.

CELL/OTD   020737

CELLSITE-1394

**Wi-Fi® (Wireless Fidelity):** Wi-Fi provides wireless connectivity over unlicensed spectrum (using the IEEE 802.11a or 802.11b standards), generally in the 2.4 and 5 GHz radio bands. Wi-Fi provides wireless Internet access to the immediate local area and is used in homes, businesses and other similar settings to allow people to go online without using a cord or wire. Wi-Fi offers local area connectivity to Wi-Fi enabled computers and devices, typically smart phones.

**Wi-Max (Worldwide Interoperability for Microwave Access):** A wireless technology based on the IEEE 802.16 standard providing metropolitan area network connectivity for fixed and mobile wireless access at broadband speeds.

**Wireless Internet:** A general term for using wireless services to access the Internet, e-mail and/or the World Wide Web.

**Wireless Local Area Network (WLAN):** Using radio frequency (RF) technology, WLANs transmit and receive data wirelessly in a certain area. This allows users in a small zone to transmit data and share resources, such as printers, without physically connecting each computer with cords or wires.

**Wireless Private Branch Exchange (PBX):** Equipment that allows employees or customers within a building or limited area to use wireless devices in place of traditional landline phones.

**WLL (Wireless Local Loop):** WLL is a system that connects wireless users to the public switched telephone network (PSTN) using wireless technology and other circuitry to complete the "last mile" between the wireless user and the exchange equipment. Wireless systems can often be installed faster and cheaper than traditional wired systems.

CELLSITE-1395

CELL/OTD    025575

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 338
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b3; b4; b7E;
Page 5 ~ b3; b4; b7E;
Page 6 ~ b3; b4; b7E;
Page 7 ~ b3; b4; b7E;
Page 8 ~ b3; b4; b7E;
Page 9 ~ b3; b4; b7E;
Page 10 ~ b3; b4; b7E;
Page 11 ~ b3; b4; b7E;
Page 12 ~ b3; b4; b7E;
Page 13 ~ b3; b4; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b4; b7E;
Page 17 ~ b3; b4; b7E;
Page 18 ~ b3; b4; b7E;
Page 19 ~ b3; b4; b7E;
Page 20 ~ b3; b4; b7E;
Page 21 ~ b3; b4; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 29 ~ b3; b4; b7E;
Page 30 ~ b3; b4; b7E;
Page 31 ~ b3; b4; b7E;
Page 32 ~ b3; b4; b7E;
Page 33 ~ b3; b4; b7E;
Page 34 ~ b3; b4; b7E;
Page 35 ~ b3; b4; b7E;
Page 36 ~ b3; b4; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
Page 40 ~ b3; b4; b7E;
Page 41 ~ b3; b4; b7E;
Page 42 ~ b3; b4; b7E;
Page 43 ~ b3; b4; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b7E;
Page 48 ~ b3; b4; b7E;
Page 49 ~ b3; b4; b7E;
```

```
Page 50 ~ b3; b4; b7E;
Page 51 ~ b3; b4; b7E;
Page 52 ~ b3; b4; b7E;
Page 53 ~ b3; b4; b7E;
Page 54 ~ b3; b4; b7E;
Page 55 ~ b3; b4; b7E;
Page 56 ~ b3; b4; b7E;
Page 57 ~ b3; b4; b7E;
Page 58 ~ b3; b4; b7E;
Page 59 ~ b3; b4; b7E;
Page 60 ~ b3; b4; b7E;
Page 61 ~ b3; b4; b7E;
Page 62 ~ b3; b4; b7E;
Page 63 ~ b3; b4; b7E;
Page 64 ~ b3; b4; b7E;
Page 65 ~ b3; b4; b7E;
Page 66 ~ b3; b4; b7E;
Page 67 ~ b3; b4; b7E;
Page 68 ~ b3; b4; b7E;
Page 69 ~ b3; b4; b7E;
Page 70 ~ b3; b4; b7E;
Page 71 ~ b3; b4; b7E;
Page 72 ~ b3; b4; b7E;
Page 73 ~ b3; b4; b7E;
Page 74 ~ b3; b4; b7E;
Page 75 ~ b3; b4; b7E;
Page 76 ~ b3; b4; b7E;
Page 77 ~ b3; b4; b7E;
Page 78 ~ b3; b4; b7E;
Page 79 ~ b3; b4; b7E;
Page 80 ~ b3; b4; b7E;
Page 81 ~ b3; b4; b7E;
Page 82 ~ b3; b4; b7E;
Page 83 ~ b3; b4; b7E;
Page 84 ~ b3; b4; b7E;
Page 85 ~ b3; b4; b7E;
Page 86 ~ b3; b4; b7E;
Page 87 ~ b3; b4; b7E;
Page 88 ~ b3; b4; b7E;
Page 89 ~ b3; b4; b7E;
Page 90 ~ b3; b4; b7E;
Page 91 ~ b3; b4; b7E;
Page 92 ~ b3; b4; b7E;
Page 93 ~ b3; b4; b7E;
Page 94 ~ b3; b4; b7E;
Page 95 ~ b3; b4; b7E;
Page 96 ~ b3; b4; b7E;
Page 97 ~ b3; b4; b7E;
Page 98 ~ b3; b4; b7E;
Page 99 ~ b3; b4; b7E;
Page 100 ~ b3; b4; b7E;
Page 101 ~ b3; b4; b7E;
Page 102 ~ b3; b4; b7E;
Page 103 ~ b3; b4; b7E;
```

```
Page 104 ~ b3; b4; b7E;
Page 105 ~ b3; b4; b7E;
Page 106 ~ b3; b4; b7E;
Page 107 ~ b3; b4; b7E;
Page 108 ~ b3; b4; b7E;
Page 109 ~ b3; b4; b7E;
Page 110 ~ b3; b4; b7E;
Page 111 ~ b3; b4; b7E;
Page 112 ~ b3; b4; b7E;
Page 113 ~ b3; b4; b7E;
Page 114 ~ b3; b4; b7E;
Page 115 ~ b3; b4; b7E;
Page 116 ~ b3; b4; b7E;
Page 117 ~ b3; b4; b7E;
Page 118 ~ b3; b4; b7E;
Page 119 ~ b3; b4; b7E;
Page 120 ~ b3; b4; b7E;
Page 121 ~ b3; b4; b7E;
Page 122 ~ b3; b4; b7E;
Page 123 ~ b3; b4; b7E;
Page 124 ~ b3; b4; b7E;
Page 125 ~ b3; b4; b7E;
Page 126 ~ b3; b4; b7E;
Page 127 ~ b3; b4; b7E;
Page 128 ~ b3; b4; b7E;
Page 129 ~ b3; b4; b7E;
Page 130 ~ b3; b4; b7E;
Page 131 ~ b3; b4; b7E;
Page 132 ~ b3; b4; b7E;
Page 133 ~ b3; b4; b7E;
Page 134 ~ b3; b4; b7E;
Page 135 ~ b3; b4; b7E;
Page 136 ~ b3; b4; b7E;
Page 137 ~ b3; b4; b7E;
Page 138 ~ b3; b4; b7E;
Page 139 ~ b3; b4; b7E;
Page 140 ~ b3; b4; b7E;
Page 141 ~ b3; b4; b7E;
Page 142 ~ b3; b4; b7E;
Page 143 ~ b3; b4; b7E;
Page 144 ~ b3; b4; b7E;
Page 145 ~ b3; b4; b7E;
Page 146 ~ b3; b4; b7E;
Page 147 ~ b3; b4; b7E;
Page 148 ~ b3; b4; b7E;
Page 149 ~ b3; b4; b7E;
Page 150 ~ b3; b4; b7E;
Page 151 ~ b3; b4; b7E;
Page 152 ~ b3; b4; b7E;
Page 153 ~ b3; b4; b7E;
Page 154 ~ b3; b4; b7E;
Page 155 ~ b3; b4; b7E;
Page 156 ~ b3; b4; b7E;
Page 157 ~ b3; b4; b7E;
```

```
Page 158 ~ b3; b4; b7E;
Page 159 ~ b3; b4; b7E;
Page 160 ~ b3; b4; b7E;
Page 161 ~ b3; b4; b7E;
Page 162 ~ b3; b4; b7E;
Page 163 ~ b3; b4; b7E;
Page 164 ~ b3; b4; b7E;
Page 165 ~ b3; b4; b7E;
Page 166 ~ b3; b4; b7E;
Page 167 ~ b3; b4; b7E;
Page 168 ~ b3; b4; b7E;
Page 169 ~ b3; b4; b7E;
Page 170 ~ b3; b4; b7E;
Page 171 ~ b3; b4; b7E;
Page 172 ~ b3; b4; b7E;
Page 173 ~ b3; b4; b7E;
Page 174 ~ b3; b4; b7E;
Page 175 ~ b3; b4; b7E;
Page 176 ~ b3; b4; b7E;
Page 177 ~ b3; b4; b7E;
Page 178 ~ b3; b4; b7E;
Page 179 ~ b3; b4; b7E;
Page 180 ~ b3; b4; b7E;
Page 181 ~ b3; b4; b7E;
Page 182 ~ b3; b4; b7E;
Page 183 ~ b3; b4; b7E;
Page 184 ~ b3; b4; b7E;
Page 185 ~ b3; b4; b7E;
Page 186 ~ b3; b4; b7E;
Page 187 ~ b3; b4; b7E;
Page 188 ~ b3; b4; b7E;
Page 189 ~ b3; b4; b7E;
Page 190 ~ b3; b4; b7E;
Page 191 ~ b3; b4; b7E;
Page 192 ~ b3; b4; b7E;
Page 193 ~ b3; b4; b7E;
Page 194 ~ b3; b4; b7E;
Page 195 ~ b3; b4; b7E;
Page 196 ~ b3; b4; b7E;
Page 197 ~ b3; b4; b7E;
Page 198 ~ b3; b4; b7E;
Page 199 ~ b3; b4; b7E;
Page 200 ~ b3; b4; b7E;
Page 201 ~ b3; b4; b7E;
Page 202 ~ b3; b4; b7E;
Page 203 ~ b3; b4; b7E;
Page 204 ~ b3; b4; b7E;
Page 205 ~ b3; b4; b7E;
Page 206 ~ b3; b4; b7E;
Page 207 ~ b3; b4; b7E;
Page 208 ~ b3; b4; b7E;
Page 209 ~ b3; b4; b7E;
Page 210 ~ b3; b4; b7E;
Page 211 ~ b3; b4; b7E;
```

```
Page 212 ~ b3; b4; b7E;
Page 213 ~ b3; b4; b7E;
Page 214 ~ b3; b4; b7E;
Page 215 ~ b3; b4; b7E;
Page 216 ~ b3; b4; b7E;
Page 217 ~ b3; b4; b7E;
Page 218 ~ b3; b4; b7E;
Page 219 ~ b3; b4; b7E;
Page 220 ~ b3; b4; b7E;
Page 221 ~ b3; b4; b7E;
Page 222 ~ b3; b4; b7E;
Page 223 ~ b3; b4; b7E;
Page 224 ~ b3; b4; b7E;
Page 225 ~ b3; b4; b7E;
Page 226 ~ b3; b4; b7E;
Page 227 ~ b3; b4; b7E;
Page 228 ~ b3; b4; b7E;
Page 229 ~ b3; b4; b7E;
Page 230 ~ b3; b4; b7E;
Page 231 ~ b3; b4; b7E;
Page 232 ~ b3; b4; b7E;
Page 233 ~ b3; b4; b7E;
Page 234 ~ b3; b4; b7E;
Page 235 ~ b3; b4; b7E;
Page 236 ~ b3; b4; b7E;
Page 237 ~ b3; b4; b7E;
Page 238 ~ b3; b4; b7E;
Page 239 ~ b3; b4; b7E;
Page 240 ~ b3; b4; b7E;
Page 241 ~ b3; b4; b7E;
Page 242 ~ b3; b4; b7E;
Page 243 ~ b3; b4; b7E;
Page 244 ~ b3; b4; b7E;
Page 245 ~ b3; b4; b7E;
Page 246 ~ b3; b4; b7E;
Page 247 ~ b3; b4; b7E;
Page 248 ~ b3; b4; b7E;
Page 249 ~ b3; b4; b7E;
Page 250 ~ b3; b4; b7E;
Page 251 ~ b3; b4; b7E;
Page 252 ~ b3; b4; b7E;
Page 253 ~ b3; b4; b7E;
Page 254 ~ b3; b4; b7E;
Page 255 ~ b3; b4; b7E;
Page 256 ~ b3; b4; b7E;
Page 257 ~ b3; b4; b7E;
Page 258 ~ b3; b4; b7E;
Page 259 ~ b3; b4; b7E;
Page 260 ~ b3; b4; b7E;
Page 261 ~ b3; b4; b7E;
Page 262 ~ b3; b4; b7E;
Page 263 ~ b3; b4; b7E;
Page 264 ~ b3; b4; b7E;
Page 265 ~ b3; b4; b7E;
```

```
Page 266 ~ b3; b4; b7E;
Page 267 ~ b3; b4; b7E;
Page 268 ~ b3; b4; b7E;
Page 269 ~ b3; b4; b7E;
Page 270 ~ b3; b4; b7E;
Page 271 ~ b3; b4; b7E;
Page 272 ~ b3; b4; b7E;
Page 273 ~ b3; b4; b7E;
Page 274 ~ b3; b4; b7E;
Page 275 ~ b3; b4; b7E;
Page 276 ~ b3; b4; b7E;
Page 277 ~ b3; b4; b7E;
Page 278 ~ b3; b4; b7E;
Page 279 ~ b3; b4; b7E;
Page 280 ~ b3; b4; b7E;
Page 281 ~ b3; b4; b7E;
Page 282 ~ b3; b4; b7E;
Page 283 ~ b3; b4; b7E;
Page 284 ~ b3; b4; b7E;
Page 285 ~ b3; b4; b7E;
Page 286 ~ b3; b4; b7E;
Page 287 ~ b3; b4; b7E;
Page 288 ~ b3; b4; b7E;
Page 289 ~ b3; b4; b7E;
Page 290 ~ b3; b4; b7E;
Page 291 ~ b3; b4; b7E;
Page 292 ~ b3; b4; b7E;
Page 293 ~ b3; b4; b7E;
Page 294 ~ b3; b4; b7E;
Page 295 ~ b3; b4; b7E;
Page 296 ~ b3; b4; b7E;
Page 297 ~ b3; b4; b7E;
Page 298 ~ b3; b4; b7E;
Page 299 ~ b3; b4; b7E;
Page 300 ~ b3; b4; b7E;
Page 301 ~ b3; b4; b7E;
Page 302 ~ b3; b4; b7E;
Page 303 ~ b3; b4; b7E;
Page 304 ~ b3; b4; b7E;
Page 305 ~ b3; b4; b7E;
Page 306 ~ b3; b4; b7E;
Page 307 ~ b3; b4; b7E;
Page 308 ~ b3; b4; b7E;
Page 309 ~ b3; b4; b7E;
Page 310 ~ b3; b4; b7E;
Page 311 ~ b3; b4; b7E;
Page 312 ~ b3; b4; b7E;
Page 313 ~ b3; b4; b7E;
Page 314 ~ b3; b4; b7E;
Page 315 ~ b3; b4; b7E;
Page 316 ~ b3; b4; b7E;
Page 317 ~ b3; b4; b7E;
Page 318 ~ b3; b4; b7E;
Page 319 ~ b3; b4; b7E;
```

```
Page 320 ~ b3; b4; b7E;
Page 321 ~ b3; b4; b7E;
Page 322 ~ b3; b4; b7E;
Page 323 ~ b3; b4; b7E;
Page 324 ~ b3; b4; b7E;
Page 325 ~ b3; b4; b7E;
Page 326 ~ b3; b4; b7E;
Page 327 ~ b3; b4; b7E;
Page 328 ~ b3; b4; b7E;
Page 329 ~ b3; b4; b7E;
Page 330 ~ b3; b4; b7E;
Page 331 ~ b3; b4; b7E;
Page 332 ~ b3; b4; b7E;
Page 333 ~ b3; b4; b7E;
Page 334 ~ b3; b4; b7E;
Page 335 ~ b3; b4; b7E;
Page 336 ~ b3; b4; b7E;
Page 337 ~ b3; b4; b7E;
Page 338 ~ b3; b4; b7E;
Page 339 ~ b3; b4; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1


Total Deleted Page(s) = 401
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b3; b4; b7E;
Page 5 ~ b3; b4; b7E;
Page 6 ~ b3; b4; b7E;
Page 7 ~ b3; b4; b7E;
Page 8 ~ b3; b4; b7E;
Page 9 ~ b3; b4; b7E;
Page 10 ~ b3; b4; b7E;
Page 11 ~ b3; b4; b7E;
Page 12 ~ b3; b4; b7E;
Page 13 ~ b3; b4; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b4; b7E;
Page 17 ~ b3; b4; b7E;
Page 18 ~ b3; b4; b7E;
Page 19 ~ b3; b4; b7E;
Page 20 ~ b3; b4; b7E;
Page 21 ~ b3; b4; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 29 ~ b3; b4; b7E;
Page 30 ~ b3; b4; b7E;
Page 31 ~ b3; b4; b7E;
Page 32 ~ b3; b4; b7E;
Page 33 ~ b3; b4; b7E;
Page 34 ~ b3; b4; b7E;
Page 35 ~ b3; b4; b7E;
Page 36 ~ b3; b4; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
Page 40 ~ b3; b4; b7E;
Page 41 ~ b3; b4; b7E;
Page 42 ~ b3; b4; b7E;
Page 43 ~ b3; b4; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b7E;
Page 48 ~ b3; b4; b7E;
Page 49 ~ b3; b4; b7E;
```

```
Page 50 ~ b3; b4; b7E;
Page 51 ~ b3; b4; b7E;
Page 52 ~ b3; b4; b7E;
Page 53 ~ b3; b4; b7E;
Page 54 ~ b3; b4; b7E;
Page 55 ~ b3; b4; b7E;
Page 56 ~ b3; b4; b7E;
Page 57 ~ b3; b4; b7E;
Page 58 ~ b3; b4; b7E;
Page 59 ~ b3; b4; b7E;
Page 60 ~ b3; b4; b7E;
Page 61 ~ b3; b4; b7E;
Page 62 ~ b3; b4; b7E;
Page 63 ~ b3; b4; b7E;
Page 64 ~ b3; b4; b7E;
Page 65 ~ b3; b4; b7E;
Page 66 ~ b3; b4; b7E;
Page 67 ~ b3; b4; b7E;
Page 68 ~ b3; b4; b7E;
Page 69 ~ b3; b4; b7E;
Page 70 ~ b3; b4; b7E;
Page 71 ~ b3; b4; b7E;
Page 72 ~ b3; b4; b7E;
Page 73 ~ b3; b4; b7E;
Page 74 ~ b3; b4; b7E;
Page 75 ~ b3; b4; b7E;
Page 76 ~ b3; b4; b7E;
Page 77 ~ b3; b4; b7E;
Page 78 ~ b3; b4; b7E;
Page 79 ~ b3; b4; b7E;
Page 80 ~ b3; b4; b7E;
Page 81 ~ b3; b4; b7E;
Page 82 ~ b3; b4; b7E;
Page 83 ~ b3; b4; b7E;
Page 84 ~ b3; b4; b7E;
Page 85 ~ b3; b4; b7E;
Page 86 ~ b3; b4; b7E;
Page 87 ~ b3; b4; b7E;
Page 88 ~ b3; b4; b7E;
Page 89 ~ b3; b4; b7E;
Page 90 ~ b3; b4; b7E;
Page 91 ~ b3; b4; b7E;
Page 92 ~ b3; b4; b7E;
Page 93 ~ b3; b4; b7E;
Page 94 ~ b3; b4; b7E;
Page 95 ~ b3; b4; b7E;
Page 96 ~ b3; b4; b7E;
Page 97 ~ b3; b4; b7E;
Page 98 ~ b3; b4; b7E;
Page 99 ~ b3; b4; b7E;
Page 100 ~ b3; b4; b7E;
Page 101 ~ b3; b4; b7E;
Page 102 ~ b3; b4; b7E;
Page 103 ~ b3; b4; b7E;
```

```
Page 104 ~ b3; b4; b7E;
Page 105 ~ b3; b4; b7E;
Page 106 ~ b3; b4; b7E;
Page 107 ~ b3; b4; b7E;
Page 108 ~ b3; b4; b7E;
Page 109 ~ b3; b4; b7E;
Page 110 ~ b3; b4; b7E;
Page 111 ~ b3; b4; b7E;
Page 112 ~ b3; b4; b7E;
Page 113 ~ b3; b4; b7E;
Page 114 ~ b3; b4; b7E;
Page 115 ~ b3; b4; b7E;
Page 116 ~ b3; b4; b7E;
Page 117 ~ b3; b4; b7E;
Page 118 ~ b3; b4; b7E;
Page 127 ~ b3; b4; b7E;
Page 128 ~ b3; b4; b7E;
Page 129 ~ b3; b4; b7E;
Page 130 ~ b3; b4; b7E;
Page 131 ~ b3; b4; b7E;
Page 132 ~ b3; b4; b7E;
Page 133 ~ b3; b4; b7E;
Page 134 ~ b3; b4; b7E;
Page 135 ~ b3; b4; b7E;
Page 136 ~ b3; b4; b7E;
Page 137 ~ b3; b4; b7E;
Page 138 ~ b3; b4; b7E;
Page 139 ~ b3; b4; b7E;
Page 140 ~ b3; b4; b7E;
Page 141 ~ b3; b4; b7E;
Page 142 ~ b3; b4; b7E;
Page 143 ~ b3; b4; b7E;
Page 144 ~ b3; b4; b7E;
Page 145 ~ b3; b4; b7E;
Page 146 ~ b3; b4; b7E;
Page 147 ~ b3; b4; b7E;
Page 148 ~ b3; b4; b7E;
Page 149 ~ b3; b4; b7E;
Page 150 ~ b3; b4; b7E;
Page 151 ~ b3; b4; b7E;
Page 152 ~ b3; b4; b7E;
Page 153 ~ b3; b4; b7E;
Page 154 ~ b3; b4; b7E;
Page 155 ~ b3; b4; b7E;
Page 156 ~ b3; b4; b7E;
Page 157 ~ b3; b4; b7E;
Page 158 ~ b3; b4; b7E;
Page 159 ~ b3; b4; b7E;
Page 160 ~ b3; b4; b7E;
Page 161 ~ b3; b4; b7E;
Page 162 ~ b3; b4; b7E;
Page 163 ~ b3; b4; b7E;
Page 164 ~ b3; b4; b7E;
Page 165 ~ b3; b4; b7E;
```

```
Page 166 ~ b3; b4; b7E;
Page 167 ~ b3; b4; b7E;
Page 168 ~ b3; b4; b7E;
Page 169 ~ b3; b4; b7E;
Page 170 ~ b3; b4; b7E;
Page 171 ~ b3; b4; b7E;
Page 172 ~ b3; b4; b7E;
Page 173 ~ b3; b4; b7E;
Page 174 ~ b3; b4; b7E;
Page 175 ~ b3; b4; b7E;
Page 176 ~ b3; b4; b7E;
Page 177 ~ b3; b4; b7E;
Page 178 ~ b3; b4; b7E;
Page 179 ~ b3; b4; b7E;
Page 180 ~ b3; b4; b7E;
Page 181 ~ b3; b4; b7E;
Page 182 ~ b3; b4; b7E;
Page 183 ~ b3; b4; b7E;
Page 184 ~ b3; b4; b7E;
Page 185 ~ b3; b4; b7E;
Page 186 ~ b3; b4; b7E;
Page 187 ~ b3; b4; b7E;
Page 188 ~ b3; b4; b7E;
Page 189 ~ b3; b4; b7E;
Page 190 ~ b3; b4; b7E;
Page 191 ~ b3; b4; b7E;
Page 192 ~ b3; b4; b7E;
Page 193 ~ b3; b4; b7E;
Page 194 ~ b3; b4; b7E;
Page 195 ~ b3; b4; b7E;
Page 196 ~ b3; b4; b7E;
Page 197 ~ b3; b4; b7E;
Page 198 ~ b3; b4; b7E;
Page 199 ~ b3; b4; b7E;
Page 200 ~ b3; b4; b7E;
Page 201 ~ b3; b4; b7E;
Page 202 ~ b3; b4; b7E;
Page 203 ~ b3; b4; b7E;
Page 204 ~ b3; b4; b7E;
Page 205 ~ b3; b4; b7E;
Page 206 ~ b3; b4; b7E;
Page 207 ~ b3; b4; b7E;
Page 208 ~ b3; b4; b7E;
Page 209 ~ b3; b4; b7E;
Page 210 ~ b3; b4; b7E;
Page 211 ~ b3; b4; b7E;
Page 212 ~ b3; b4; b7E;
Page 213 ~ b3; b4; b7E;
Page 214 ~ b3; b4; b7E;
Page 215 ~ b3; b4; b7E;
Page 216 ~ b3; b4; b7E;
Page 217 ~ b3; b4; b7E;
Page 218 ~ b3; b4; b7E;
Page 219 ~ b3; b4; b7E;
```

```
Page 220 ~ b3; b4; b7E;
Page 221 ~ b3; b4; b7E;
Page 222 ~ b3; b4; b7E;
Page 223 ~ b3; b4; b7E;
Page 224 ~ b3; b4; b7E;
Page 225 ~ b3; b4; b7E;
Page 226 ~ b3; b4; b7E;
Page 227 ~ b3; b4; b7E;
Page 228 ~ b3; b4; b7E;
Page 229 ~ b3; b4; b7E;
Page 230 ~ b3; b4; b7E;
Page 231 ~ b3; b4; b7E;
Page 232 ~ b3; b4; b7E;
Page 233 ~ b3; b4; b7E;
Page 234 ~ b3; b4; b7E;
Page 235 ~ b3; b4; b7E;
Page 236 ~ b3; b4; b7E;
Page 237 ~ b3; b4; b7E;
Page 238 ~ b3; b4; b7E;
Page 239 ~ b3; b4; b7E;
Page 240 ~ b3; b4; b7E;
Page 241 ~ b3; b4; b7E;
Page 242 ~ b3; b4; b7E;
Page 243 ~ b3; b4; b7E;
Page 244 ~ b3; b4; b7E;
Page 245 ~ b3; b4; b7E;
Page 246 ~ b3; b4; b7E;
Page 247 ~ b3; b4; b7E;
Page 248 ~ b3; b4; b7E;
Page 249 ~ b3; b4; b7E;
Page 250 ~ b3; b4; b7E;
Page 251 ~ b3; b4; b7E;
Page 252 ~ b3; b4; b7E;
Page 253 ~ b3; b4; b7E;
Page 254 ~ b3; b4; b7E;
Page 255 ~ b3; b4; b7E;
Page 256 ~ b3; b4; b7E;
Page 257 ~ b3; b4; b7E;
Page 258 ~ b3; b4; b7E;
Page 259 ~ b3; b4; b7E;
Page 260 ~ b3; b4; b7E;
Page 261 ~ b3; b4; b7E;
Page 262 ~ b3; b4; b7E;
Page 263 ~ b3; b4; b7E;
Page 264 ~ b3; b4; b7E;
Page 265 ~ b3; b4; b7E;
Page 266 ~ b3; b4; b7E;
Page 267 ~ b3; b4; b7E;
Page 268 ~ b3; b4; b7E;
Page 269 ~ b3; b4; b7E;
Page 270 ~ b3; b4; b7E;
Page 271 ~ b3; b4; b7E;
Page 272 ~ b3; b4; b7E;
Page 273 ~ b3; b4; b7E;
```

```
Page 274 ~ b3; b4; b7E;
Page 275 ~ b3; b4; b7E;
Page 276 ~ b3; b4; b7E;
Page 277 ~ b3; b4; b7E;
Page 278 ~ b3; b4; b7E;
Page 279 ~ b3; b4; b7E;
Page 280 ~ b3; b4; b7E;
Page 281 ~ b3; b4; b7E;
Page 282 ~ b3; b4; b7E;
Page 283 ~ b3; b4; b7E;
Page 284 ~ b3; b4; b7E;
Page 285 ~ b3; b4; b7E;
Page 286 ~ b3; b4; b7E;
Page 287 ~ b3; b4; b7E;
Page 288 ~ b3; b4; b7E;
Page 289 ~ b3; b4; b7E;
Page 290 ~ b3; b4; b7E;
Page 291 ~ b3; b4; b7E;
Page 292 ~ b3; b4; b7E;
Page 293 ~ b3; b4; b7E;
Page 294 ~ b3; b4; b7E;
Page 295 ~ b3; b4; b7E;
Page 296 ~ b3; b4; b7E;
Page 297 ~ b3; b4; b7E;
Page 298 ~ b3; b4; b7E;
Page 299 ~ b3; b4; b7E;
Page 300 ~ b3; b4; b7E;
Page 301 ~ b3; b4; b7E;
Page 302 ~ b3; b4; b7E;
Page 303 ~ b3; b4; b7E;
Page 304 ~ b3; b4; b7E;
Page 305 ~ b3; b4; b7E;
Page 306 ~ b3; b4; b7E;
Page 307 ~ b3; b4; b7E;
Page 308 ~ b3; b4; b7E;
Page 309 ~ b3; b4; b7E;
Page 310 ~ b3; b4; b7E;
Page 311 ~ b3; b4; b7E;
Page 312 ~ b3; b4; b7E;
Page 313 ~ b3; b4; b7E;
Page 314 ~ b3; b4; b7E;
Page 315 ~ b3; b4; b7E;
Page 316 ~ b3; b4; b7E;
Page 317 ~ b3; b4; b7E;
Page 318 ~ b3; b4; b7E;
Page 319 ~ b3; b4; b7E;
Page 320 ~ b3; b4; b7E;
Page 321 ~ b3; b4; b7E;
Page 322 ~ b3; b4; b7E;
Page 323 ~ b3; b4; b7E;
Page 324 ~ b3; b4; b7E;
Page 325 ~ b3; b4; b7E;
Page 326 ~ b3; b4; b7E;
Page 327 ~ b3; b4; b7E;
```

```
Page 328 ~ b3; b4; b7E;
Page 329 ~ b3; b4; b7E;
Page 330 ~ b3; b4; b7E;
Page 331 ~ b3; b4; b7E;
Page 332 ~ b3; b4; b7E;
Page 333 ~ b3; b4; b7E;
Page 334 ~ b3; b4; b7E;
Page 335 ~ b3; b4; b7E;
Page 336 ~ b3; b4; b7E;
Page 337 ~ b3; b4; b7E;
Page 338 ~ b3; b4; b7E;
Page 339 ~ b3; b4; b7E;
Page 340 ~ b3; b4; b7E;
Page 341 ~ b3; b4; b7E;
Page 342 ~ b3; b4; b7E;
Page 343 ~ b3; b4; b7E;
Page 344 ~ b3; b4; b7E;
Page 345 ~ b3; b4; b7E;
Page 346 ~ b3; b4; b7E;
Page 347 ~ b3; b4; b7E;
Page 348 ~ b3; b4; b7E;
Page 349 ~ b3; b4; b7E;
Page 350 ~ b3; b4; b7E;
Page 351 ~ b3; b4; b7E;
Page 352 ~ b3; b4; b7E;
Page 353 ~ b3; b4; b7E;
Page 354 ~ b3; b4; b7E;
Page 355 ~ b3; b4; b7E;
Page 356 ~ b3; b4; b7E;
Page 357 ~ b3; b4; b7E;
Page 358 ~ b3; b4; b7E;
Page 359 ~ b3; b4; b7E;
Page 360 ~ b3; b4; b7E;
Page 361 ~ b3; b4; b7E;
Page 362 ~ b3; b4; b7E;
Page 363 ~ b3; b4; b7E;
Page 364 ~ b3; b4; b7E;
Page 365 ~ b3; b4; b7E;
Page 366 ~ b3; b4; b7E;
Page 367 ~ b3; b4; b7E;
Page 368 ~ b3; b4; b7E;
Page 369 ~ b3; b4; b7E;
Page 370 ~ b3; b4; b7E;
Page 371 ~ b3; b4; b7E;
Page 372 ~ b3; b4; b7E;
Page 373 ~ b3; b4; b7E;
Page 374 ~ b3; b4; b7E;
Page 375 ~ b3; b4; b7E;
Page 376 ~ b3; b4; b7E;
Page 377 ~ b3; b4; b7E;
Page 378 ~ b3; b4; b7E;
Page 379 ~ b3; b4; b7E;
Page 380 ~ b3; b4; b7E;
Page 381 ~ b3; b4; b7E;
```

```
Page 382 ~ b3; b4; b7E;
Page 383 ~ b3; b4; b7E;
Page 384 ~ b3; b4; b7E;
Page 385 ~ b3; b4; b7E;
Page 386 ~ b3; b4; b7E;
Page 387 ~ b3; b4; b7E;
Page 388 ~ b3; b4; b7E;
Page 389 ~ b3; b4; b7E;
Page 390 ~ b3; b4; b7E;
Page 391 ~ b3; b4; b7E;
Page 392 ~ b3; b4; b7E;
Page 393 ~ b3; b4; b7E;
Page 394 ~ b3; b4; b7E;
Page 395 ~ b3; b4; b7E;
Page 396 ~ b3; b4; b7E;
Page 397 ~ b3; b4; b7E;
Page 398 ~ b3; b4; b7E;
Page 399 ~ b3; b4; b7E;
Page 400 ~ b3; b4; b7E;
Page 401 ~ b3; b4; b7E;
Page 402 ~ b3; b4; b7E;
Page 403 ~ b3; b4; b7E;
Page 404 ~ b3; b4; b7E;
Page 405 ~ b3; b4; b7E;
Page 406 ~ b3; b4; b7E;
Page 407 ~ b3; b4; b7E;
Page 408 ~ b3; b4; b7E;
Page 409 ~ b3; b4; b7E;
Page 410 ~ b3; b4; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)     X
X    No Duplication Fee X
X    For this Page       X
XXXXXXXXXXXXXXXXXXXXXXXX
```

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1


Total Deleted Page(s) = 280
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b3; b4; b7E;
Page 5 ~ b3; b4; b6; b7C; b7E;
Page 6 ~ b3; b4; b7E;
Page 7 ~ b4;
Page 8 ~ b3; b4; b7E;
Page 9 ~ b3; b4; b7E;
Page 10 ~ b3; b4; b7E;
Page 11 ~ b3; b4; b7E;
Page 12 ~ b3; b4; b7E;
Page 13 ~ b3; b4; b6; b7C; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b4; b7E;
Page 17 ~ b4;
Page 18 ~ b3; b4; b6; b7C; b7E;
Page 19 ~ b3; b4; b6; b7C; b7E;
Page 20 ~ b3; b4; b6; b7C; b7E;
Page 21 ~ b3; b4; b6; b7C; b7E;
Page 22 ~ b3; b4; b6; b7C; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b6; b7C; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b6; b7C; b7E;
Page 29 ~ b3; b4; b7E;
Page 30 ~ b3; b4; b7E;
Page 31 ~ b3; b4; b7E;
Page 32 ~ b3; b4; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
Page 40 ~ b3; b4; b7E;
Page 41 ~ b3; b4; b7E;
Page 42 ~ b3; b4; b7E;
Page 43 ~ b3; b4; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b7E;
Page 48 ~ b3; b4; b7E;
Page 49 ~ b3; b4; b7E;
Page 50 ~ b3; b4; b7E;
Page 51 ~ b3; b4; b7E;
Page 52 ~ b3; b4; b7E;
Page 53 ~ b3; b4; b6; b7C; b7E;
```

```
Page 54 ~ b3; b4; b7E;
Page 55 ~ b3; b4; b7E;
Page 56 ~ b3; b4; b7E;
Page 57 ~ b3; b4; b7E;
Page 58 ~ b3; b4; b7E;
Page 59 ~ b3; b4; b7E;
Page 60 ~ b3; b4; b7E;
Page 61 ~ b3; b4; b7E;
Page 62 ~ b3; b4; b7E;
Page 63 ~ b3; b4; b7E;
Page 64 ~ b3; b4; b7E;
Page 65 ~ b4;
Page 66 ~ b3; b4; b7E;
Page 67 ~ b3; b4; b7E;
Page 68 ~ b3; b4; b7E;
Page 69 ~ b3; b4; b7E;
Page 70 ~ b3; b4; b7E;
Page 71 ~ b3; b4; b7E;
Page 72 ~ b3; b4; b7E;
Page 73 ~ b3; b4; b7E;
Page 77 ~ b3; b4; b7E;
Page 78 ~ b3; b4; b7E;
Page 79 ~ b3; b4; b7E;
Page 80 ~ b3; b4; b7E;
Page 81 ~ b3; b4; b7E;
Page 82 ~ b3; b4; b7E;
Page 83 ~ b3; b4; b7E;
Page 84 ~ b3; b4; b7E;
Page 85 ~ b3; b4; b7E;
Page 86 ~ b3; b4; b7E;
Page 87 ~ b3; b4; b7E;
Page 88 ~ b3; b4; b7E;
Page 89 ~ b3; b4; b7E;
Page 90 ~ b3; b4; b6; b7C; b7E;
Page 91 ~ b3; b4; b7E;
Page 92 ~ b3; b4; b7E;
Page 93 ~ b3; b4; b7E;
Page 94 ~ b3; b4; b7E;
Page 95 ~ b3; b4; b7E;
Page 96 ~ b3; b4; b7E;
Page 97 ~ b3; b4; b7E;
Page 98 ~ b3; b4; b7E;
Page 107 ~ b3; b4; b7E;
Page 108 ~ b3; b4; b7E;
Page 109 ~ b3; b4; b7E;
Page 110 ~ b3; b4; b7E;
Page 111 ~ b3; b4; b7E;
Page 112 ~ b3; b4; b7E;
Page 113 ~ b3; b4; b7E;
Page 114 ~ b3; b4; b7E;
Page 115 ~ b3; b4; b7E;
Page 116 ~ b3; b4; b7E;
Page 117 ~ b3; b4; b7E;
Page 118 ~ b3; b4; b7E;
```

```
Page 119 ~ b3; b4; b7E;
Page 120 ~ b3; b4; b7E;
Page 121 ~ b3; b4; b6; b7C; b7E;
Page 122 ~ b3; b4; b7E;
Page 123 ~ b3; b4; b7E;
Page 124 ~ b3; b4; b7E;
Page 125 ~ b3; b4; b7E;
Page 126 ~ b3; b4; b7E;
Page 127 ~ b3; b4; b7E;
Page 128 ~ b3; b4; b7E;
Page 129 ~ b3; b4; b7E;
Page 130 ~ b3; b4; b7E;
Page 131 ~ b3; b4; b7E;
Page 132 ~ b3; b4; b7E;
Page 133 ~ b3; b4; b7E;
Page 134 ~ b3; b4; b7E;
Page 135 ~ b3; b4; b7E;
Page 136 ~ b3; b4; b7E;
Page 137 ~ b3; b4; b7E;
Page 138 ~ b3; b4; b7E;
Page 139 ~ b3; b4; b7E;
Page 140 ~ b3; b4; b7E;
Page 141 ~ b3; b4; b7E;
Page 142 ~ b3; b4; b7E;
Page 143 ~ b3; b4; b7E;
Page 144 ~ b3; b4; b7E;
Page 145 ~ b3; b4; b7E;
Page 146 ~ b3; b4; b7E;
Page 147 ~ b3; b4; b7E;
Page 148 ~ b3; b4; b7E;
Page 149 ~ b3; b4; b7E;
Page 150 ~ b3; b4; b7E;
Page 151 ~ b3; b4; b7E;
Page 152 ~ b3; b4; b7E;
Page 153 ~ b3; b4; b7E;
Page 154 ~ b3; b4; b7E;
Page 155 ~ b3; b4; b7E;
Page 156 ~ b3; b4; b7E;
Page 157 ~ b3; b4; b7E;
Page 158 ~ b3; b4; b7E;
Page 159 ~ b3; b4; b7E;
Page 160 ~ b3; b4; b7E;
Page 161 ~ b3; b4; b7E;
Page 162 ~ b3; b4; b7E;
Page 163 ~ b3; b4; b7E;
Page 164 ~ b3; b4; b7E;
Page 165 ~ b3; b4; b7E;
Page 166 ~ b3; b4; b7E;
Page 167 ~ b3; b4; b7E;
Page 168 ~ b3; b4; b7E;
Page 169 ~ b3; b4; b7E;
Page 170 ~ b3; b4; b7E;
Page 171 ~ b3; b4; b7E;
Page 172 ~ b3; b4; b7E;
```

```
Page 173 ~ b3; b4; b7E;
Page 174 ~ b3; b4; b7E;
Page 175 ~ b3; b4; b7E;
Page 176 ~ b3; b4; b7E;
Page 177 ~ b3; b4; b7E;
Page 178 ~ b3; b4; b7E;
Page 179 ~ b3; b4; b7E;
Page 180 ~ b3; b4; b7E;
Page 181 ~ b3; b4; b7E;
Page 182 ~ b3; b4; b7E;
Page 183 ~ b3; b4; b7E;
Page 184 ~ b3; b4; b7E;
Page 185 ~ b3; b4; b7E;
Page 186 ~ b3; b4; b7E;
Page 187 ~ b3; b4; b7E;
Page 188 ~ b3; b4; b7E;
Page 189 ~ b3; b4; b7E;
Page 190 ~ b3; b4; b7E;
Page 191 ~ b3; b4; b7E;
Page 192 ~ b3; b4; b7E;
Page 193 ~ b3; b4; b7E;
Page 194 ~ b3; b4; b7E;
Page 195 ~ b3; b4; b7E;
Page 196 ~ b3; b4; b7E;
Page 197 ~ b3; b4; b7E;
Page 198 ~ b3; b4; b7E;
Page 199 ~ b3; b4; b7E;
Page 200 ~ b3; b4; b7E;
Page 201 ~ b3; b4; b7E;
Page 202 ~ b3; b4; b7E;
Page 203 ~ b3; b4; b7E;
Page 204 ~ b3; b4; b7E;
Page 205 ~ b3; b4; b7E;
Page 206 ~ b3; b4; b7E;
Page 207 ~ b3; b4; b7E;
Page 208 ~ b3; b4; b7E;
Page 209 ~ b3; b4; b7E;
Page 210 ~ b3; b4; b7E;
Page 211 ~ b3; b4; b7E;
Page 212 ~ b3; b4; b7E;
Page 213 ~ b3; b4; b7E;
Page 214 ~ b3; b4; b7E;
Page 215 ~ b3; b4; b7E;
Page 216 ~ b3; b4; b7E;
Page 217 ~ b3; b4; b7E;
Page 218 ~ b3; b4; b7E;
Page 219 ~ b3; b4; b7E;
Page 220 ~ b3; b4; b7E;
Page 221 ~ b3; b4; b7E;
Page 222 ~ b3; b4; b7E;
Page 223 ~ b3; b4; b7E;
Page 224 ~ b3; b4; b7E;
Page 225 ~ b3; b4; b7E;
Page 226 ~ b3; b4; b7E;
```

```
Page 232 ~ b3; b4; b6; b7C; b7E;
Page 233 ~ b3; b4; b6; b7C; b7E;
Page 234 ~ b3; b4; b6; b7C; b7E;
Page 235 ~ b3; b4; b6; b7C; b7E;
Page 236 ~ b3; b4; b6; b7C; b7E;
Page 237 ~ b3; b4; b6; b7C; b7E;
Page 238 ~ b3; b4; b6; b7C; b7E;
Page 239 ~ b3; b4; b6; b7C; b7E;
Page 240 ~ b3; b4; b6; b7C; b7E;
Page 241 ~ b3; b4; b6; b7C; b7E;
Page 242 ~ b3; b4; b6; b7C; b7E;
Page 243 ~ b3; b4; b6; b7C; b7E;
Page 244 ~ b3; b4; b6; b7C; b7E;
Page 245 ~ b3; b4; b6; b7C; b7E;
Page 246 ~ b3; b4; b6; b7C; b7E;
Page 247 ~ b3; b4; b6; b7C; b7E;
Page 248 ~ b3; b4; b6; b7C; b7E;
Page 249 ~ b3; b4; b6; b7C; b7E;
Page 250 ~ b3; b4; b6; b7C; b7E;
Page 251 ~ b3; b4; b6; b7C; b7E;
Page 252 ~ b3; b4; b6; b7C; b7E;
Page 253 ~ b3; b4; b6; b7C; b7E;
Page 254 ~ b3; b4; b6; b7C; b7E;
Page 255 ~ b3; b4; b6; b7C; b7E;
Page 256 ~ b3; b4; b6; b7C; b7E;
Page 257 ~ b3; b4; b6; b7C; b7E;
Page 258 ~ b3; b4; b6; b7C; b7E;
Page 259 ~ b3; b4; b7E;
Page 260 ~ b3; b4; b7E;
Page 261 ~ b3; b4; b7E;
Page 262 ~ b3; b4; b7E;
Page 263 ~ b3; b4; b7E;
Page 264 ~ b3; b4; b7E;
Page 265 ~ b3; b4; b7E;
Page 266 ~ b3; b4; b7E;
Page 267 ~ b3; b4; b7E;
Page 268 ~ b3; b4; b7E;
Page 269 ~ b3; b4; b7E;
Page 270 ~ b3; b4; b7E;
Page 271 ~ b3; b4; b7E;
Page 272 ~ b3; b4; b7E;
Page 273 ~ b3; b4; b7E;
Page 274 ~ b3; b4; b7E;
Page 275 ~ b3; b4; b7E;
Page 276 ~ b3; b4; b7E;
Page 277 ~ b3; b4; b7E;
Page 278 ~ b3; b4; b7E;
Page 279 ~ b3; b4; b7E;
Page 280 ~ b3; b4; b7E;
Page 281 ~ b3; b4; b7E;
Page 282 ~ b3; b4; b7E;
Page 283 ~ b3; b4; b7E;
Page 284 ~ b3; b4; b7E;
Page 285 ~ b3; b4; b7E;
```

```
Page 286 ~ b3; b4; b7E;
Page 287 ~ b3; b4; b7E;
Page 288 ~ b3; b4; b7E;
Page 289 ~ b3; b4; b7E;
Page 290 ~ b3; b4; b7E;
Page 291 ~ b3; b4; b7E;
Page 292 ~ b3; b4; b7E;
Page 293 ~ b3; b4; b7E;
Page 294 ~ b3; b4; b7E;
Page 295 ~ b3; b4; b7E;
Page 296 ~ b3; b4; b7E;
Page 297 ~ b3; b4; b7E;
Page 298 ~ b3; b4; b7E;
Page 299 ~ b3; b4; b7E;
Page 300 ~ b3; b4; b7E;
Page 301 ~ b3; b5; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)     X
X    No Duplication Fee  X
X    For this Page       X
XXXXXXXXXXXXXXXXXXXXXXXXX
```

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 397
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b3; b4; b7E;
Page 5 ~ b3; b4; b7E;
Page 6 ~ b3; b4; b7E;
Page 7 ~ b3; b4; b7E;
Page 8 ~ b3; b4; b7E;
Page 9 ~ b3; b4; b7E;
Page 10 ~ b3; b4; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b4; b7E;
Page 17 ~ b3; b4; b7E;
Page 18 ~ b3; b4; b7E;
Page 19 ~ b3; b4; b7E;
Page 20 ~ b3; b4; b7E;
Page 21 ~ b3; b4; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b6; b7C; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 29 ~ b3; b4; b7E;
Page 30 ~ b3; b4; b7E;
Page 31 ~ b3; b4; b7E;
Page 32 ~ b3; b4; b7E;
Page 33 ~ b3; b4; b7E;
Page 34 ~ b3; b4; b6; b7C; b7E;
Page 35 ~ b3; b4; b6; b7C; b7E;
Page 36 ~ b3; b4; b6; b7C; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
Page 40 ~ b3; b4; b7E;
Page 41 ~ b3; b4; b7E;
Page 42 ~ b3; b4; b7E;
Page 43 ~ b3; b4; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b7E;
Page 48 ~ b3; b4; b7E;
Page 49 ~ b3; b4; b7E;
Page 50 ~ b3; b4; b7E;
Page 51 ~ b3; b4; b7E;
Page 52 ~ b3; b4; b7E;
```

```
Page 53 ~ b3; b4; b7E;
Page 54 ~ b3; b4; b7E;
Page 55 ~ b3; b4; b7E;
Page 56 ~ b3; b4; b7E;
Page 57 ~ b3; b4; b7E;
Page 58 ~ b3; b4; b7E;
Page 59 ~ b3; b4; b7E;
Page 60 ~ b3; b4; b7E;
Page 61 ~ b3; b4; b7E;
Page 62 ~ b3; b4; b7E;
Page 64 ~ b3; b4; b7E;
Page 65 ~ b3; b4; b7E;
Page 66 ~ b3; b4; b7E;
Page 67 ~ b3; b4; b7E;
Page 68 ~ b3; b4; b7E;
Page 69 ~ b3; b4; b7E;
Page 70 ~ b3; b4; b7E;
Page 71 ~ b3; b4; b7E;
Page 72 ~ b3; b4; b7E;
Page 73 ~ b3; b4; b6; b7C; b7E;
Page 74 ~ b3; b4; b7E;
Page 75 ~ b3; b4; b7E;
Page 76 ~ b3; b4; b7E;
Page 77 ~ b3; b4; b7E;
Page 78 ~ b3; b4; b7E;
Page 79 ~ b3; b4; b7E;
Page 80 ~ b3; b4; b7E;
Page 81 ~ b3; b4; b7E;
Page 82 ~ b3; b4; b7E;
Page 83 ~ b3; b4; b7E;
Page 84 ~ b3; b4; b7E;
Page 85 ~ b3; b4; b7E;
Page 86 ~ b3; b4; b7E;
Page 87 ~ b3; b4; b7E;
Page 88 ~ b3; b4; b7E;
Page 89 ~ b3; b4; b7E;
Page 90 ~ b3; b4; b7E;
Page 91 ~ b3; b4; b7E;
Page 92 ~ b3; b4; b7E;
Page 93 ~ b3; b4; b7E;
Page 94 ~ b3; b4; b7E;
Page 95 ~ b3; b4; b7E;
Page 96 ~ b3; b4; b7E;
Page 97 ~ b3; b4; b7E;
Page 98 ~ b3; b4; b7E;
Page 99 ~ b3; b4; b7E;
Page 100 ~ b3; b4; b7E;
Page 101 ~ b3; b4; b7E;
Page 102 ~ b3; b4; b7E;
Page 103 ~ b3; b4; b7E;
Page 104 ~ b3; b4; b7E;
Page 105 ~ b3; b4; b7E;
Page 106 ~ b3; b4; b7E;
Page 107 ~ b3; b4; b7E;
```

```
Page 108 ~ b3; b4; b7E;
Page 109 ~ b3; b4; b7E;
Page 110 ~ b3; b4; b7E;
Page 111 ~ b3; b4; b7E;
Page 112 ~ b3; b4; b7E;
Page 113 ~ b3; b4; b7E;
Page 114 ~ b3; b4; b7E;
Page 115 ~ b3; b4; b5; b7E;
Page 116 ~ b3; b4; b5; b7E;
Page 117 ~ b3; b4; b5; b7E;
Page 118 ~ b3; b4; b5; b7E;
Page 119 ~ b3; b4; b7E;
Page 120 ~ b3; b4; b7E;
Page 121 ~ b3; b4; b7E;
Page 122 ~ b3; b4; b7E;
Page 123 ~ b3; b4; b7E;
Page 124 ~ b3; b4; b7E;
Page 125 ~ b3; b4; b7E;
Page 126 ~ b3; b4; b7E;
Page 127 ~ b3; b4; b7E;
Page 128 ~ b3; b4; b7E;
Page 129 ~ b3; b4; b7E;
Page 130 ~ b3; b4; b7E;
Page 131 ~ b3; b4; b7E;
Page 132 ~ b3; b4; b7E;
Page 133 ~ b3; b4; b7E;
Page 134 ~ b3; b4; b7E;
Page 135 ~ b3; b4; b7E;
Page 136 ~ b3; b4; b7E;
Page 137 ~ b3; b4; b7E;
Page 138 ~ b3; b4; b7E;
Page 139 ~ b3; b4; b7E;
Page 140 ~ b3; b4; b7E;
Page 141 ~ b3; b4; b7E;
Page 142 ~ b3; b4; b7E;
Page 143 ~ b3; b4; b7E;
Page 144 ~ b3; b4; b7E;
Page 145 ~ b3; b4; b7E;
Page 146 ~ b3; b4; b7E;
Page 147 ~ b3; b4; b7E;
Page 148 ~ b3; b4; b7E;
Page 149 ~ b3; b4; b7E;
Page 150 ~ b3; b4; b7E;
Page 151 ~ b3; b4; b7E;
Page 152 ~ b3; b4; b7E;
Page 153 ~ b3; b4; b7E;
Page 154 ~ b3; b4; b7E;
Page 155 ~ b3; b4; b7E;
Page 156 ~ b3; b4; b7E;
Page 159 ~ b3; b4; b7E;
Page 160 ~ b3; b4; b7E;
Page 161 ~ b3; b4; b6; b7C; b7E;
Page 162 ~ b3; b4; b7E;
Page 163 ~ b3; b4; b7E;
```

```
Page 164 ~ b3; b4; b7E;
Page 165 ~ b3; b4; b7E;
Page 166 ~ b3; b4; b7E;
Page 167 ~ b3; b4; b7E;
Page 168 ~ b3; b4; b7E;
Page 169 ~ b3; b4; b7E;
Page 170 ~ b3; b4; b7E;
Page 171 ~ b3; b4; b7E;
Page 172 ~ b3; b4; b7E;
Page 173 ~ b3; b4; b7E;
Page 174 ~ b3; b4; b7E;
Page 175 ~ b3; b4; b7E;
Page 176 ~ b3; b4; b7E;
Page 177 ~ b3; b4; b7E;
Page 178 ~ b3; b4; b7E;
Page 179 ~ b3; b4; b7E;
Page 180 ~ b3; b4; b7E;
Page 181 ~ b3; b4; b7E;
Page 182 ~ b3; b4; b7E;
Page 183 ~ b3; b4; b7E;
Page 184 ~ b3; b4; b7E;
Page 185 ~ b3; b4; b7E;
Page 186 ~ b3; b4; b7E;
Page 187 ~ b3; b4; b7E;
Page 188 ~ b3; b4; b7E;
Page 189 ~ b3; b4; b7E;
Page 190 ~ b3; b4; b7E;
Page 191 ~ b3; b4; b7E;
Page 192 ~ b3; b4; b7E;
Page 193 ~ b3; b4; b7E;
Page 194 ~ b3; b4; b7E;
Page 195 ~ b3; b4; b7E;
Page 196 ~ b3; b4; b7E;
Page 197 ~ b3; b4; b7E;
Page 198 ~ b3; b4; b7E;
Page 199 ~ b3; b4; b7E;
Page 200 ~ b3; b4; b7E;
Page 201 ~ b3; b4; b7E;
Page 202 ~ b3; b4; b7E;
Page 203 ~ b3; b4; b7E;
Page 204 ~ b3; b4; b7E;
Page 205 ~ b3; b4; b7E;
Page 206 ~ b3; b4; b7E;
Page 207 ~ b3; b4; b7E;
Page 208 ~ b3; b4; b7E;
Page 209 ~ b3; b4; b7E;
Page 210 ~ b3; b4; b7E;
Page 211 ~ b3; b4; b7E;
Page 212 ~ b3; b4; b7E;
Page 213 ~ b3; b4; b7E;
Page 214 ~ b3; b4; b7E;
Page 215 ~ b3; b4; b7E;
Page 216 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 217 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
```

```
Page 218 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 219 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 220 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 221 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 222 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 223 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 224 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 225 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 226 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 227 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 228 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 229 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 230 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 231 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 232 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 233 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 234 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 235 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 236 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 237 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 238 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 239 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 240 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 241 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 242 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 243 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 244 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 245 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 246 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 247 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 248 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 249 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 250 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 251 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 252 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 253 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 254 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 255 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 256 ~ Duplicate - 1197473-OTD-2, p. 2 & following;
Page 257 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
Page 258 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
Page 259 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
Page 260 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
Page 261 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
Page 262 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
Page 263 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
Page 264 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
Page 265 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
Page 266 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
Page 267 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
Page 268 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
Page 269 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
Page 270 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
Page 271 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
```

```
Page 272 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
Page 273 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
Page 274 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
Page 275 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
Page 276 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
Page 277 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
Page 278 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
Page 279 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
Page 280 ~ Duplicate - 1197473-OTD-4, p. 185 & following;
Page 281 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 282 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 283 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 284 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 285 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 286 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 287 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 288 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 289 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 290 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 291 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 292 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 293 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 294 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 295 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 296 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 297 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 298 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 299 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 300 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 301 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 302 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 303 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 304 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 305 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 306 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 307 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 308 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 309 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 310 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 311 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 312 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 313 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 314 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 315 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 316 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 317 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 318 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 319 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 320 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 321 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 322 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 323 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 324 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 325 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
```

```
Page 326 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 327 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 328 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 329 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 330 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 331 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 332 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 333 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 334 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 335 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 336 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 337 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 338 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 339 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 340 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 341 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 342 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 343 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 344 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 345 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 346 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 347 ~ Duplicate - 1197386-Bu-Trng-1, p. 75 & following;
Page 349 ~ b3; b7E;
Page 350 ~ b3; b7E;
Page 351 ~ b3; b7E;
Page 357 ~ b3; b7E;
Page 358 ~ b3; b7E;
Page 359 ~ b3; b7E;
Page 360 ~ b3; b7E;
Page 361 ~ b3; b7E;
Page 362 ~ b3; b7E;
Page 364 ~ b3; b7E;
Page 365 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 366 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 367 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 368 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 369 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 370 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 371 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 372 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 373 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 374 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 375 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 376 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 377 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 378 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 379 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 380 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 381 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 382 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 383 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 384 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 385 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 386 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
```

```
Page 387 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 388 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 389 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 390 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 391 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 392 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 393 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 394 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 395 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 396 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 397 ~ Duplicate - 1195589-OTD-Contract-6, p. 209 & following;
Page 398 ~ b3; b4; b7E;
Page 399 ~ b3; b4; b7E;
Page 400 ~ b3; b4; b7E;
Page 401 ~ b3; b4; b7E;
Page 402 ~ b3; b4; b7E;
Page 403 ~ b3; b4; b7E;
Page 404 ~ b3; b4; b7E;
Page 405 ~ b3; b4; b7E;
Page 406 ~ b3; b4; b7E;
Page 407 ~ b3; b4; b7E;
Page 408 ~ b3; b4; b7E;
Page 409 ~ b3; b4; b7E;
Page 410 ~ b3; b4; b7E;
Page 411 ~ b3; b4; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)     X
X    No Duplication Fee X
X    For this Page       X
XXXXXXXXXXXXXXXXXXXXXXXX
```

**Course Syllabus**

FB[ ]Training

b3
b6
b7C
b7E

**INSTRUCTORS** *(for all training courses)*

- 
- 
- 

**COURSE TOPICS**

- 
- 
- 
- 
- 
- 

b3
b7E

**DESCRIPTION**

- 

- 

**ORGANIZATION**

This course is taught using a variety of instructional methods including [ ]

**PREREQUISITES**

**COURSE OBJECTIVES**

- 

- 

- 

- 

b3
b7E

10/11/2010

Page 1

**Course Syllabus**

FBI [          ] Training

- 
- 
- 
- 

- 

- 

- 
- 

b3
b7E

CELL/OTD   028730

CELLSITE-18809

**Course Syllabus**

FBI [ ] Training

b3
b6
b7C
b7E

**INSTRUCTORS** *(for all training courses)*

- 
- 
- 

**COURSE TOPICS**

- 
- 

**DESCRIPTION**

- 

- 

b3
b7E

**ORGANIZATION**

This course is taught using a variety of instructional methods including

**PREREQUISITES**

N/A

**COURSE OBJECTIVES**

- 
- 
- 
- 
- 
- 
- 
- Successfully complete student evaluation
  - Complete a written test
  - Each student will successfully complete

b3
b7E

1/24/2011

CELL/OTD   028731

CELLSITE-18810

The _____ is now available at _____

b3
b6
b7C
b7E

## QUICK START GUIDE 04/24/2007

b3
b7E

CELL/OTD 026008

CELLSITE-19147

b3
b7E

# MANUAL

# Version 1.0.0

# 04/23/2007

CELL/OTD   025995

CELLSITE-19148

**TABLE OF CONTENTS**

.................................................................... 3

Hardware Installation / Parts List.................................................... 3

... 4

... 5

... 5

... 8

... 9

. 10

. 11

TIPS and TRICKS ............................................................. 11

**TABLE OF FIGURES**

b3
b7E

Figure 1 ................................................................... 3

Figure 2:  Hardware Connections ................................................ 4

Figure 3: ................................................... 5

Figure 4: ................................................... 5

Figure 5: ................................................... 6

Figure 6: ................................................... 6

Figure 7: ................................................... 7

Figure 8: ................................................... 7

Figure 9: ................................................... 8

Figure 10 ................................................... 9

Figure 11 ................................................... 10

Figure 12 ................................................... 11

CELL/OTD   025996

CELLSITE-19149

## Hardware Installation / Parts List

[ ] is composed of all supplies and parts as specified in Table 1.

| Quantity | Description |
|----------|-------------|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

**Table 1:  Parts List**

1.

2.

b3
b7E

CELL/OTD   025997

3 of 12

CELLSITE-19150

Figure 2:  Hardware Connections

b3
b7E

CELL/OTD   025998

CELLSITE-19151

b3
b7E

**TIPS and TRICKS**

*NOTE:*

CELL/OTD   026006

CELLSITE-19158

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 288
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b3; b4; b7E;
Page 5 ~ b3; b4; b7E;
Page 6 ~ b3; b4; b7E;
Page 7 ~ b3; b4; b7E;
Page 8 ~ b3; b4; b7E;
Page 9 ~ b3; b4; b7E;
Page 10 ~ b3; b4; b7E;
Page 11 ~ b3; b4; b7E;
Page 12 ~ b3; b4; b7E;
Page 13 ~ b3; b4; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b4; b7E;
Page 17 ~ b3; b4; b7E;
Page 18 ~ b3; b4; b7E;
Page 19 ~ b3; b4; b7E;
Page 20 ~ b3; b4; b7E;
Page 21 ~ b3; b4; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 29 ~ b3; b4; b7E;
Page 30 ~ b3; b4; b7E;
Page 31 ~ b3; b4; b7E;
Page 32 ~ b3; b4; b7E;
Page 33 ~ b3; b4; b7E;
Page 34 ~ b3; b4; b7E;
Page 35 ~ b3; b4; b7E;
Page 36 ~ b3; b4; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
Page 40 ~ b3; b4; b7E;
Page 41 ~ b3; b4; b7E;
Page 42 ~ b3; b4; b7E;
Page 43 ~ b3; b4; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b7E;
Page 48 ~ b3; b4; b7E;
Page 49 ~ b3; b4; b7E;
Page 50 ~ b3; b4; b7E;
Page 51 ~ b3; b4; b7E;
Page 52 ~ b3; b4; b7E;
Page 53 ~ b3; b4; b7E;

Page 54 ~ b3; b4; b7E;
Page 55 ~ b3; b4; b7E;
Page 56 ~ b3; b4; b7E;
Page 57 ~ b3; b4; b7E;
Page 58 ~ b3; b4; b7E;
Page 59 ~ b3; b4; b7E;
Page 60 ~ b3; b4; b7E;
Page 61 ~ b3; b4; b7E;
Page 62 ~ b3; b4; b7E;
Page 63 ~ b3; b4; b7E;
Page 64 ~ b3; b4; b7E;
Page 65 ~ b3; b4; b7E;
Page 66 ~ b3; b4; b7E;
Page 67 ~ b3; b4; b7E;
Page 68 ~ b3; b4; b7E;
Page 69 ~ b3; b4; b7E;
Page 70 ~ b3; b4; b7E;
Page 71 ~ b3; b4; b7E;
Page 72 ~ b3; b4; b7E;
Page 73 ~ b3; b4; b7E;
Page 74 ~ b3; b4; b7E;
Page 75 ~ b3; b4; b7E;
Page 76 ~ b3; b4; b7E;
Page 77 ~ b3; b4; b7E;
Page 78 ~ b3; b4; b7E;
Page 79 ~ b3; b4; b7E;
Page 80 ~ b3; b4; b7E;
Page 81 ~ b3; b4; b7E;
Page 82 ~ b3; b4; b7E;
Page 83 ~ b3; b4; b7E;
Page 84 ~ b3; b4; b7E;
Page 85 ~ b3; b4; b7E;
Page 86 ~ b3; b4; b7E;
Page 87 ~ b3; b4; b7E;
Page 88 ~ b3; b4; b7E;
Page 89 ~ b3; b4; b7E;
Page 90 ~ b3; b4; b7E;
Page 91 ~ b3; b4; b7E;
Page 92 ~ b3; b4; b7E;
Page 93 ~ b3; b4; b7E;
Page 94 ~ b3; b4; b7E;
Page 95 ~ b3; b4; b7E;
Page 96 ~ b3; b4; b7E;
Page 97 ~ b3; b4; b7E;
Page 98 ~ b3; b4; b7E;
Page 99 ~ b3; b4; b7E;
Page 100 ~ b3; b4; b7E;
Page 101 ~ b3; b4; b7E;
Page 102 ~ b3; b4; b7E;
Page 103 ~ b3; b4; b7E;
Page 104 ~ b3; b4; b7E;
Page 105 ~ b3; b4; b7E;
Page 106 ~ b3; b4; b7E;
Page 107 ~ b3; b4; b7E;
Page 108 ~ b3; b4; b7E;
Page 109 ~ b3; b4; b7E;
Page 110 ~ b3; b4; b7E;
Page 111 ~ b3; b4; b7E;

Page 112 ~ b3; b4; b7E;
Page 113 ~ b3; b4; b7E;
Page 114 ~ b3; b4; b7E;
Page 115 ~ b3; b4; b7E;
Page 116 ~ b3; b4; b7E;
Page 117 ~ b3; b4; b7E;
Page 118 ~ b3; b4; b7E;
Page 119 ~ b3; b4; b7E;
Page 120 ~ b3; b4; b7E;
Page 121 ~ b3; b4; b7E;
Page 122 ~ b3; b4; b7E;
Page 123 ~ b3; b4; b7E;
Page 124 ~ b3; b4; b7E;
Page 125 ~ b3; b4; b7E;
Page 126 ~ b3; b4; b7E;
Page 127 ~ b3; b4; b7E;
Page 128 ~ b3; b4; b7E;
Page 129 ~ b3; b4; b7E;
Page 130 ~ b3; b4; b7E;
Page 131 ~ b3; b4; b7E;
Page 132 ~ b3; b4; b7E;
Page 133 ~ b3; b4; b7E;
Page 134 ~ b3; b4; b7E;
Page 135 ~ b3; b4; b7E;
Page 136 ~ b3; b4; b7E;
Page 137 ~ b3; b4; b7E;
Page 138 ~ b3; b4; b7E;
Page 139 ~ b3; b4; b7E;
Page 140 ~ b3; b4; b7E;
Page 141 ~ b3; b4; b7E;
Page 142 ~ b3; b4; b7E;
Page 143 ~ b3; b4; b7E;
Page 144 ~ b3; b4; b7E;
Page 145 ~ b3; b4; b7E;
Page 146 ~ b3; b4; b7E;
Page 147 ~ b3; b4; b7E;
Page 148 ~ b3; b4; b7E;
Page 149 ~ b3; b4; b7E;
Page 150 ~ b3; b4; b7E;
Page 151 ~ b3; b4; b7E;
Page 152 ~ b3; b4; b7E;
Page 153 ~ b3; b4; b7E;
Page 154 ~ b3; b4; b7E;
Page 155 ~ b3; b4; b7E;
Page 156 ~ b3; b4; b7E;
Page 157 ~ b3; b4; b7E;
Page 158 ~ b3; b4; b7E;
Page 159 ~ b3; b4; b7E;
Page 160 ~ b3; b4; b7E;
Page 161 ~ b3; b4; b7E;
Page 162 ~ b3; b4; b7E;
Page 163 ~ b3; b4; b7E;
Page 164 ~ b3; b4; b7E;
Page 165 ~ b3; b4; b7E;
Page 166 ~ b3; b4; b7E;
Page 167 ~ b3; b4; b7E;
Page 168 ~ b3; b4; b7E;
Page 169 ~ b3; b4; b7E;

Page 170 ~ b3; b4; b7E;
Page 171 ~ b3; b4; b7E;
Page 172 ~ b3; b4; b7E;
Page 173 ~ b3; b4; b7E;
Page 174 ~ b3; b4; b7E;
Page 175 ~ b3; b4; b7E;
Page 176 ~ b3; b4; b7E;
Page 177 ~ b3; b4; b7E;
Page 178 ~ b3; b4; b7E;
Page 179 ~ b3; b4; b7E;
Page 180 ~ b3; b4; b7E;
Page 181 ~ b3; b4; b7E;
Page 182 ~ b3; b4; b7E;
Page 183 ~ b3; b4; b7E;
Page 184 ~ b3; b4; b7E;
Page 185 ~ b3; b4; b7E;
Page 186 ~ b3; b4; b7E;
Page 187 ~ b3; b4; b7E;
Page 188 ~ b3; b4; b7E;
Page 189 ~ b3; b4; b7E;
Page 190 ~ b3; b4; b7E;
Page 191 ~ b3; b4; b7E;
Page 192 ~ b3; b4; b7E;
Page 193 ~ b3; b4; b7E;
Page 194 ~ b3; b4; b7E;
Page 195 ~ b3; b4; b7E;
Page 196 ~ b3; b4; b7E;
Page 197 ~ b3; b4; b7E;
Page 198 ~ b3; b4; b7E;
Page 199 ~ b3; b4; b7E;
Page 200 ~ b3; b4; b7E;
Page 201 ~ b3; b4; b7E;
Page 202 ~ b3; b4; b7E;
Page 203 ~ b3; b4; b7E;
Page 204 ~ b3; b4; b7E;
Page 205 ~ b3; b4; b7E;
Page 206 ~ b3; b4; b7E;
Page 207 ~ b3; b4; b7E;
Page 208 ~ b3; b4; b7E;
Page 209 ~ b3; b4; b7E;
Page 210 ~ b3; b4; b7E;
Page 211 ~ b3; b4; b7E;
Page 212 ~ b3; b4; b7E;
Page 213 ~ b3; b4; b7E;
Page 214 ~ b3; b4; b7E;
Page 215 ~ b3; b4; b7E;
Page 216 ~ b3; b4; b7E;
Page 217 ~ b3; b4; b7E;
Page 218 ~ b3; b4; b7E;
Page 219 ~ b3; b4; b7E;
Page 220 ~ b3; b4; b7E;
Page 221 ~ b3; b4; b7E;
Page 222 ~ b3; b4; b7E;
Page 223 ~ b3; b4; b7E;
Page 224 ~ b3; b4; b7E;
Page 225 ~ b3; b4; b7E;
Page 226 ~ b3; b4; b7E;
Page 227 ~ b3; b4; b7E;

Page 228 ~ b3; b4; b7E;
Page 229 ~ b3; b4; b7E;
Page 230 ~ b3; b4; b7E;
Page 231 ~ b3; b4; b7E;
Page 232 ~ b3; b4; b7E;
Page 233 ~ b3; b4; b7E;
Page 234 ~ b3; b4; b7E;
Page 235 ~ b3; b4; b7E;
Page 236 ~ b3; b4; b7E;
Page 237 ~ b3; b4; b7E;
Page 238 ~ b3; b4; b7E;
Page 239 ~ b3; b4; b7E;
Page 240 ~ b3; b4; b7E;
Page 241 ~ b3; b4; b7E;
Page 242 ~ b3; b4; b7E;
Page 243 ~ b3; b4; b7E;
Page 244 ~ b3; b4; b7E;
Page 245 ~ b3; b4; b7E;
Page 246 ~ b3; b4; b7E;
Page 247 ~ b3; b4; b7E;
Page 248 ~ b3; b4; b7E;
Page 249 ~ b3; b4; b7E;
Page 250 ~ b3; b4; b7E;
Page 251 ~ b3; b4; b7E;
Page 252 ~ b3; b4; b7E;
Page 253 ~ b3; b4; b7E;
Page 254 ~ b3; b4; b7E;
Page 255 ~ b3; b4; b7E;
Page 256 ~ b3; b4; b7E;
Page 257 ~ b3; b4; b7E;
Page 258 ~ b3; b4; b7E;
Page 259 ~ b3; b4; b7E;
Page 260 ~ b3; b4; b7E;
Page 261 ~ b3; b4; b7E;
Page 262 ~ b3; b4; b7E;
Page 263 ~ b3; b4; b7E;
Page 264 ~ b3; b4; b7E;
Page 265 ~ b3; b4; b7E;
Page 266 ~ b3; b4; b7E;
Page 267 ~ b3; b4; b7E;
Page 268 ~ b3; b4; b7E;
Page 269 ~ b3; b4; b7E;
Page 270 ~ b3; b4; b7E;
Page 271 ~ b3; b4; b7E;
Page 272 ~ b3; b4; b7E;
Page 273 ~ b3; b4; b7E;
Page 274 ~ b3; b4; b7E;
Page 275 ~ b3; b4; b7E;
Page 276 ~ b3; b4; b7E;
Page 277 ~ b3; b4; b7E;
Page 278 ~ b3; b4; b7E;
Page 279 ~ b3; b4; b7E;
Page 280 ~ b3; b4; b7E;
Page 281 ~ b3; b4; b7E;
Page 282 ~ b3; b4; b7E;
Page 283 ~ b3; b4; b7E;
Page 284 ~ b3; b4; b7E;
Page 285 ~ b3; b4; b7E;

Page 286 ~ b3; b4; b7E;
Page 287 ~ b3; b4; b7E;
Page 288 ~ b3; b4; b7E;
Page 289 ~ b3; b4; b7E;

XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X   No Duplication Fee X
X   For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 126
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b3; b4; b7E;
Page 5 ~ b3; b4; b7E;
Page 6 ~ b3; b4; b7E;
Page 7 ~ b3; b4; b7E;
Page 8 ~ b3; b4; b7E;
Page 9 ~ b3; b4; b7E;
Page 10 ~ b3; b4; b7E;
Page 11 ~ b3; b4; b7E;
Page 12 ~ b3; b4; b7E;
Page 13 ~ b3; b4; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b4; b7E;
Page 17 ~ b3; b4; b7E;
Page 18 ~ b3; b4; b7E;
Page 19 ~ b3; b4; b7E;
Page 20 ~ b3; b4; b7E;
Page 21 ~ b3; b4; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 29 ~ b3; b4; b7E;
Page 30 ~ b3; b4; b7E;
Page 31 ~ b3; b4; b7E;
Page 32 ~ b3; b4; b7E;
Page 33 ~ b3; b4; b7E;
Page 34 ~ b3; b4; b7E;
Page 35 ~ b3; b4; b7E;
Page 36 ~ b3; b4; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ Duplicate;
Page 40 ~ Duplicate;
Page 41 ~ Duplicate;
Page 42 ~ Duplicate;
Page 43 ~ Duplicate;
Page 44 ~ Duplicate;
Page 45 ~ Duplicate;
Page 46 ~ Duplicate;
Page 47 ~ Duplicate;
Page 48 ~ Duplicate;
Page 49 ~ Duplicate;
Page 50 ~ Duplicate;
Page 51 ~ Duplicate;
Page 52 ~ Duplicate;
Page 53 ~ Duplicate;

Page 54 ~ Duplicate;
Page 55 ~ Duplicate;
Page 56 ~ Duplicate;
Page 57 ~ Duplicate;
Page 58 ~ Duplicate;
Page 59 ~ Duplicate;
Page 60 ~ Duplicate;
Page 61 ~ Duplicate;
Page 62 ~ Duplicate;
Page 63 ~ Duplicate;
Page 64 ~ b3; b4; b7E;
Page 65 ~ Duplicate;
Page 66 ~ Duplicate;
Page 67 ~ Duplicate;
Page 68 ~ Duplicate;
Page 69 ~ Duplicate;
Page 70 ~ Duplicate;
Page 71 ~ Duplicate;
Page 72 ~ Duplicate;
Page 73 ~ Duplicate;
Page 74 ~ Duplicate;
Page 75 ~ Duplicate;
Page 76 ~ Duplicate;
Page 77 ~ Duplicate;
Page 78 ~ Duplicate;
Page 79 ~ Duplicate;
Page 80 ~ Duplicate;
Page 81 ~ Duplicate;
Page 82 ~ Duplicate;
Page 83 ~ Duplicate;
Page 84 ~ Duplicate;
Page 85 ~ Duplicate;
Page 86 ~ Duplicate;
Page 87 ~ Duplicate;
Page 88 ~ Duplicate;
Page 89 ~ Duplicate;
Page 90 ~ Duplicate;
Page 91 ~ Duplicate;
Page 92 ~ Duplicate;
Page 93 ~ Duplicate;
Page 94 ~ Duplicate;
Page 95 ~ Duplicate;
Page 96 ~ Duplicate;
Page 97 ~ Duplicate;
Page 98 ~ Duplicate;
Page 99 ~ Duplicate;
Page 100 ~ Duplicate;
Page 101 ~ Duplicate;
Page 102 ~ Duplicate;
Page 103 ~ Duplicate;
Page 104 ~ Duplicate;
Page 105 ~ Duplicate;
Page 106 ~ Duplicate;
Page 107 ~ Duplicate;
Page 108 ~ Duplicate;
Page 109 ~ Duplicate;
Page 110 ~ Duplicate;
Page 111 ~ Duplicate;

Page 112 ~ Duplicate;
Page 113 ~ Duplicate;
Page 114 ~ Duplicate;
Page 115 ~ Duplicate;
Page 116 ~ Duplicate;
Page 117 ~ Duplicate;
Page 118 ~ Duplicate;
Page 119 ~ Duplicate;
Page 120 ~ Duplicate;
Page 121 ~ Duplicate;
Page 122 ~ Duplicate;
Page 123 ~ Duplicate;
Page 124 ~ Duplicate;
Page 125 ~ Duplicate;
Page 126 ~ Duplicate;
Page 127 ~ Duplicate;

```
XXXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X   No Duplication Fee X
X   For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXXX
```

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 177
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b1; b3; b4; b7E;
Page 5 ~ b1; b3; b4; b7E;
Page 6 ~ b1; b3; b4; b7E;
Page 7 ~ b1; b3; b4; b7E;
Page 8 ~ b1; b3; b4; b7E;
Page 9 ~ b1; b3; b4; b7E;
Page 10 ~ b1; b3; b4; b7E;
Page 11 ~ b1; b3; b4; b7E;
Page 12 ~ b1; b3; b4; b7E;
Page 13 ~ b1; b3; b4; b7E;
Page 14 ~ b1; b3; b4; b7E;
Page 15 ~ b1; b3; b4; b7E;
Page 16 ~ b1; b3; b4; b7E;
Page 17 ~ b1; b3; b4; b7E;
Page 18 ~ b1; b3; b4; b7E;
Page 19 ~ b1; b3; b4; b7E;
Page 20 ~ b1; b3; b4; b7E;
Page 21 ~ b3; b4; b7E;
Page 22 ~ b1; b3; b4; b7E;
Page 23 ~ b1; b3; b4; b7E;
Page 24 ~ b1; b3; b4; b7E;
Page 25 ~ b1; b3; b4; b7E;
Page 26 ~ b1; b3; b4; b7E;
Page 27 ~ b1; b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 29 ~ b1; b3; b4; b7E;
Page 30 ~ b3; b4; b7E;
Page 31 ~ b1; b3; b4; b7E;
Page 32 ~ b1; b3; b4; b7E;
Page 33 ~ b1; b3; b4; b7E;
Page 34 ~ b3; b4; b7E;
Page 35 ~ b1; b3; b4; b7E;
Page 36 ~ b1; b3; b4; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
Page 40 ~ b3; b4; b7E;
Page 41 ~ b3; b4; b7E;
Page 42 ~ b3; b4; b7E;
Page 43 ~ b3; b4; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b7E;
Page 48 ~ b3; b4; b7E;
Page 49 ~ b3; b4; b7E;
```

```
Page 50 ~ b3; b4; b7E;
Page 51 ~ b3; b4; b7E;
Page 52 ~ b3; b4; b7E;
Page 53 ~ b3; b4; b7E;
Page 54 ~ b3; b4; b7E;
Page 55 ~ b3; b4; b7E;
Page 56 ~ b3; b4; b7E;
Page 57 ~ b3; b4; b7E;
Page 58 ~ b3; b4; b7E;
Page 59 ~ b3; b4; b7E;
Page 60 ~ b3; b4; b7E;
Page 61 ~ b3; b4; b7E;
Page 62 ~ b3; b4; b7E;
Page 63 ~ b3; b4; b7E;
Page 64 ~ b3; b4; b7E;
Page 65 ~ b3; b4; b7E;
Page 66 ~ b3; b4; b7E;
Page 67 ~ b3; b4; b7E;
Page 68 ~ b3; b4; b7E;
Page 69 ~ b3; b4; b7E;
Page 70 ~ b3; b4; b7E;
Page 71 ~ b3; b4; b7E;
Page 72 ~ b3; b4; b7E;
Page 73 ~ b3; b4; b7E;
Page 74 ~ b3; b4; b7E;
Page 75 ~ b3; b4; b7E;
Page 76 ~ b3; b4; b7E;
Page 77 ~ b3; b4; b7E;
Page 78 ~ b3; b4; b7E;
Page 79 ~ b3; b4; b7E;
Page 80 ~ b3; b4; b7E;
Page 81 ~ b3; b4; b7E;
Page 82 ~ b3; b4; b7E;
Page 83 ~ b3; b4; b7E;
Page 84 ~ b3; b4; b7E;
Page 85 ~ b3; b4; b7E;
Page 86 ~ b3; b4; b7E;
Page 87 ~ b3; b4; b7E;
Page 88 ~ b3; b4; b7E;
Page 89 ~ b3; b4; b7E;
Page 90 ~ b3; b4; b7E;
Page 91 ~ b3; b4; b7E;
Page 92 ~ b3; b4; b7E;
Page 93 ~ b3; b4; b7E;
Page 94 ~ b3; b4; b7E;
Page 95 ~ b3; b4; b7E;
Page 96 ~ b3; b4; b7E;
Page 97 ~ b3; b4; b7E;
Page 98 ~ b3; b4; b7E;
Page 99 ~ b3; b4; b7E;
Page 100 ~ b3; b4; b7E;
Page 101 ~ b3; b4; b7E;
Page 102 ~ b3; b4; b7E;
Page 103 ~ b3; b4; b7E;
```

```
Page 104 ~ b3; b4; b7E;
Page 105 ~ b3; b4; b7E;
Page 106 ~ b3; b4; b7E;
Page 107 ~ b3; b4; b7E;
Page 108 ~ b3; b4; b7E;
Page 109 ~ b3; b4; b7E;
Page 110 ~ b3; b4; b7E;
Page 111 ~ b3; b4; b7E;
Page 112 ~ b3; b4; b7E;
Page 113 ~ b3; b4; b7E;
Page 114 ~ b3; b4; b7E;
Page 115 ~ b3; b4; b7E;
Page 116 ~ b3; b4; b7E;
Page 117 ~ b3; b4; b7E;
Page 118 ~ b3; b4; b7E;
Page 119 ~ b3; b4; b7E;
Page 120 ~ b3; b4; b7E;
Page 121 ~ b3; b4; b7E;
Page 122 ~ b3; b4; b7E;
Page 123 ~ b3; b4; b7E;
Page 124 ~ b3; b4; b7E;
Page 125 ~ b3; b4; b7E;
Page 126 ~ b3; b4; b7E;
Page 127 ~ b3; b4; b7E;
Page 128 ~ b3; b4; b7E;
Page 129 ~ b3; b4; b7E;
Page 130 ~ b3; b4; b7E;
Page 131 ~ b3; b4; b7E;
Page 134 ~ Duplicate;
Page 135 ~ b3; b5; b7E;
Page 137 ~ b3; b7E;
Page 138 ~ b3; b7E;
Page 140 ~ b3; b5; b7E;
Page 141 ~ b3; b5; b7E;
Page 142 ~ b3; b5; b7E;
Page 143 ~ b3; b7E;
Page 145 ~ b3; b7E;
Page 146 ~ b3; b7E;
Page 147 ~ b3; b5; b7E;
Page 150 ~ b3; b5; b7E;
Page 151 ~ b3; b5; b7E;
Page 155 ~ b3; b5; b7E;
Page 160 ~ b3; b5; b7E;
Page 161 ~ b3; b5; b7E;
Page 162 ~ b3; b5; b7E;
Page 166 ~ b3; b5; b7E;
Page 167 ~ b3; b5; b7E;
Page 168 ~ b3; b5; b7E;
Page 173 ~ b3; b5; b7E;
Page 177 ~ b3; b7E;
Page 178 ~ b3; b7E;
Page 180 ~ b3; b7E;
Page 182 ~ b3; b5; b7E;
Page 183 ~ b3; b5; b7E;
```

```
Page 184 ~ b3; b5; b7E;
Page 185 ~ b3; b5; b7E;
Page 186 ~ b3; b5; b7E;
Page 187 ~ b3; b5; b7E;
Page 188 ~ b3; b5; b7E;
Page 189 ~ b3; b5; b7E;
Page 191 ~ b3; b7E;
Page 193 ~ b3; b5; b7E;
Page 194 ~ b3; b5; b7E;
Page 195 ~ b3; b5; b7E;
Page 196 ~ b3; b5; b7E;
Page 197 ~ b3; b5; b7E;
Page 199 ~ b3; b5; b7E;
Page 203 ~ b3; b7E;
Page 204 ~ b3; b7E;
Page 205 ~ b3; b7E;
Page 206 ~ b3; b7E;
Page 207 ~ b3; b7E;
Page 208 ~ b3; b7E;
Page 213 ~ b3; b7E;
Page 214 ~ b3; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)     X
X    No Duplication Fee X
X    For this Page       X
XXXXXXXXXXXXXXXXXXXXXXXX
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-02-2013 BY NSICG J76J18T80



**Wireless Intercept and Tracking Team**



# Cellular Tracking
# Legal Issues

## June 7, 2006

CELLSITE-11671

 

- DOJ's Policy on Cellsite Simulators: **Pen Register Device** (18 U.S.C. § 3127(3))

  – **LIABILITY RISKs & Best Practices**

  b3
  b7E



- Emergency Pen Register Authority
  - Federal v. State Orders
  - Voluntary Disclosures
- Loan of ELSUR Policy
  - **Liability**
- Protecting Sensitive Techniques
  - Use as evidence

CEL/01D 008203

2



**Wireless Intercept and Tracking Team**

# New DOJ Opinion:

b3
b5
b7E

## DOJ/CCIPS: Pen/Trap **order**

a

Pen Register Device) to obtain any "signaling information" transmitted from a cellular telephone to:

1) Identify a target phone **or**
2) Locate a phone


DOJ: **"signaling information"** is any non-content information "transmitted by" a telephone instrument

CELLSITE 010-008206



**WITT Pen Register—BEST PRACTICES**

# BEST PRACTICES:

## Use PR/TT order to authorize use of WITT gear

- authorize installation & use

- Advise of potential

- 

- Not retain records beyond use to locate target phone?

- 

b3
b7E
b5

CELL/OTD 008209

8
CELLSITE-11678



# What is Cell site location data

- is generated by the network for network purposes regardless of a LE order.

- is necessary to Provision of Service & a call cannot be processed without it.

- exists in the network as a **<u>RECORD</u>** prior to its being obtained by LE.

- has no relationship to the content of a communication.

- is delivered to LE under CALEA only at the beginning and end of calls.

CELL/010 000274

13



## Cellsite Court Decisions

- CALEA prohibits collecting location information "solely pursuant" to a PR/TT

b3
b5
b7E

- 18 USC 2703(d) (stored communication act)



**CALEA Delivery of location data**

- **<u>Near Real-Time</u>**: CALEA requires carriers to "expeditiously isolates"
  - "call-identifying information": includes cell site information utilized in processing calls
  - for government access "before, during, or immediately after the transmission of a [ ] communication" (i.e., in real-time or near real-time)
- CALEA Standard: location information is delivered after generation of data by the carrier's network and use in the provision of service (e.g., call origination, Answer, call release)

CELL/OTD 0082179

18
CELLSITE-11688





b3
b5
b7E

- **AND Use a PR/TT order for WITT gear**

  - 

  - Advise of

  - Not retain records



**Alternative authority**

b3
b5
b7E

# Consent (18 USC 3121(b)(3))

**Voluntary Disclosure by Provider** under 18 USC
2702(c)(4) : if <u>provider "reasonably believes</u> that
an emergency involving immediate danger of
death or serious physical injury to any person
justifies the disclosure of" "a record or other
information pertaining to a subscriber or customer
of such service."

CELL-010-TELL 002223

22
CELLSITE-11692



# Emergency Provision
## § 3125(a)(1)

– DOJ command Center [ ] or OEO (business hours)

- Emergencies involving:

  - Immediate danger of death or serious injury

b3
b5
b7E

- [ ]
- MIOG, Part 2, 10-10.7.1
- [ ]

CELL/OTD 0008224



**Purge** 

Amendment rights & Minimize          data

b3
b5
b7E

CELL/DTD 000826



**Wireless Intercept and Tracking Team**

▪ Maintaining/Purging "Pen" data?

b3
b5
b7E

CELL/OTD 008227

**WITT**
**Wireless Intercept and Tracking Team**

b3
b5
b7E

Therefore, pursuant to 18 U.S.C. § 3123(d), I request that this application and <u>order be sealed until otherwise ordered by this court</u>; and

CELL/OTD 008228

27



# 4ᵗʰ Amendment Privacy Interest

Smith v. Maryland,  442 U.S. 435, 744 (1979).

b3
b5
b7E

- no legitimate expectation of privacy in information knowingly conveyed to a third party
- <u>In re Digital Analyzer</u> found "[n]o logical distinction between telephone numbers called and a party's own telephone number (or ESN number), all of which are regularly voluntarily exposed and known to others.  885 F. Supp. at 199 (<u>citing</u> <u>Smith v. Maryland</u>, 442 U.S. 735, 742-45 (1979)).

**WITT**
**Wireless Intercept and Tracking Team**

- *Qualified* Government Privilege in Non-disclosure based on ***Roviaro v. United States,*** **353 U.S. 53 (1957):** disclosure of identity (and testimony) of informant.

  - Generally technique, type of device, location of install, etc. is protected       b3 b5 b7E

    - unless Defense can establish disclosure is necessary to defense, I.e., no other/adequate means to cross-examine/test evidence; if so:

    - then Balancing of interests

  - 

  -  see also Jayme S. Walker "The qualified privilege to protect sensitive investigative techniques from disclosure," LEB Vol 69 NO.5 at 26 (May 2000).


**Wireless Intercept and Tracking Team**

# Qualified Privilege

- **Compare, United States v. Van Horn,** 789 F.2d 1492 (11th Cir.), <u>cert. denied</u>, 479 U.S. 854 (1986) (concealed microphone in office, defendant sought information about location of device claiming necessary to demonstrate that voices on tape could have been distorted by way mic was hidden and the distortion led to misidentification of the voice), recognized a qualified government privilege not to disclose sensitive investigative techniques.

  b3
  b5
  b7E

  –

  –

- **With United States v. Foster**, 986 F.2d 541, 543 (D.C. Cir. 1993) (defendant sought location of observation post: officer's observation of drug transaction was key evidence implicating defendant; surveillance not taped or photographed, so no alternative evidence for jury to examine to determine whether surveillance post provided clear view from which officer could make accurate identification of defendant).



# Qualified Privilege (cont).

- **<u>U.S. v. Garey</u>, 2004 WL 2663023 (M.D.Ga. Nov. 15, 2004)**
  - Defendant sought nature & details of pen register used to determine the geographical location of a cellular phone
  - Court found the information protected by qualified investigative techniques privilege & national security privilege
  - Balanced government's interest in maintaining privilege with Defendant's need for the information
- **Defendant had the <u>Product of the Surveillance</u>: the cellphone used in making threatening calls was found in defendant's house during search of residence;**
  - Defendant did not need to know how the technology traced the geographic location of the phone.
  - locating the phone in the residence confirmed the accuracy of the geographic surveillance;
  - Moreover, Defendant could challenge the technology used to establish that phone found in residence was the one that actually made the criminal calls.

CELL/010 00828





b3
b6
b7C
b7E

# **Contact Info:**

ASSISTANT GENERAL COUNSEL,

Science &Technology Law Unit,

Office of the General Counsel

•DOJ (CCIPS): www.cybercrime.gov

CELL/OTD 008239

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-03-2013 BY NSICG J76J18T8G



# *2006 Annual Conference*

June 6, 2006

b3
b6
b7C
b7E

CELL/OTD-00824Q

1709

# Agenda

b3
b7E

CELL/OTD 008241

FBI

11710

# *RESOURCE*

- 

- - Recent Orders, commentary, and guidance regarding law enforcement's ability to obtain the

b3
b5
b7E

CELL/DTO 0008242

**FBI**

-11711

# *Court ISSUES:*

1. CALEA prohibits collecting location information "solely pursuant" to a PR/TT

2. 18 USC 2703(d) (stored communications act)

3

b3
b5
b7E

CELL-OTD 008244



# *What is Cell site location data*

- is generated by the network for network purposes regardless of a LE order.
- is necessary to Provision of Service & a call cannot be processed without it.
- exists in the network as a <u>RECORD</u> prior to its being obtained by LE.
- has no relationship to the content of a communication.
- is delivered to LE under CALEA only at the beginning and end of calls.



CELL/DT0 00245

b3
b7E

1714

# Carrier's use Location Data in Provision of Service

2  primary forms of location information are supported by wireless networks for various reasons:

1.  <u>Serving System:</u>  Information regarding the serving system/provider.

2.  <u>Tower/Sector information</u> associated with the cell site tower supporting service to the user



b3
b7E

# *Cell Site Data from Provider Pursuant to CALEA STD*

- <u>CALEA:</u> technical standard for location parameters (J-STD-025) (http://www.tiaonline.org/standards/search_results2.cfm?document_no=J-STD-025-A www.tiaonline.org)
  - <u>Origination</u> (of an outgoing call from target phone)
  - <u>Answer</u> (at answer of a call terminating to the target phone)
  - <u>Release</u> (at the end of the call for both incoming and outgoing calls)

CELL/OTD 0000249



b3
b7E

718

# *CALEA Delivery of location data*

- **<u>Near Real-Time</u>**: CALEA requires carriers to "expeditiously isolates"
  - "call-identifying information": includes cell site information utilized in processing calls
  - for government access "before, during, or immediately after the transmission of a [ ] communication" (i.e., in real-time or near real-time)
- CALEA Standard: location information is delivered after generation of data by the carrier's network and use in the provision of service (e.g., call origination, Answer, call release)



CELL-070 00231

b3
b7E

# *Legislative Initiative*

- DOJ/CCIPS: amend 2703 to ADD new (h)

b3
b5
b7E

**FBI**

11729

# *Guidance (cont.)*

## <u>Use PR/TT order for use of WITT gear</u>

- authorize installation & use ▮▮▮▮▮▮▮
- Advise of potentia ▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮

- Not retain records beyond use to locate target phone?

b3
b5
b7E



11731

# *Emergency Provision*
## *18 U.S.C. § 3125(a)(1)*

DOJ command Center [ ] or OEO (business hours) [ ]

- Emergencies involving:
  - Immediate danger of death or serious injury

b3
b5
b7E

# Alternative authority

**Consent** (18 USC 3121(b)(3) PR/TT)

**Voluntary Disclosure by Provider** under 18 USC 2702(c)(4) : if provider "reasonably believes that an emergency involving immediate danger of death or serious physical injury to any person justifies the disclosure of" "a record or other information pertaining to a subscriber or customer of such service."

b3
b5
b7E



-11739

# Contact Info:

ASSISTANT GENERAL COUNSEL,

Science &Technology Law Unit,

Office of the General Counsel

- DOJ (CCIPS): www.cybercrime.gov

b6
b7C

b3
b7E





SECRET

b3
b7E



Wireless Intercept and Tracking Team



# WITT Overview

**August 29, 2006**

SECRET

CELLSITE-11741

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1
```

```
Total Deleted Page(s) = 329
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b3; b4; b7E;
Page 5 ~ b3; b4; b7E;
Page 6 ~ b3; b4; b7E;
Page 7 ~ b3; b4; b7E;
Page 8 ~ b3; b4; b7E;
Page 9 ~ b3; b4; b7E;
Page 10 ~ b3; b4; b7E;
Page 11 ~ b3; b4; b7E;
Page 12 ~ b3; b4; b7E;
Page 13 ~ b3; b4; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b4; b7E;
Page 17 ~ b3; b4; b7E;
Page 18 ~ b3; b4; b7E;
Page 19 ~ b3; b4; b7E;
Page 20 ~ b3; b4; b7E;
Page 21 ~ b3; b4; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 29 ~ b3; b4; b7E;
Page 30 ~ b3; b4; b7E;
Page 31 ~ b3; b4; b7E;
Page 32 ~ b3; b4; b7E;
Page 33 ~ b3; b4; b7E;
Page 34 ~ b3; b4; b7E;
Page 35 ~ b3; b4; b7E;
Page 36 ~ b3; b4; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
Page 40 ~ b3; b4; b7E;
Page 41 ~ b3; b4; b7E;
Page 42 ~ b3; b4; b7E;
Page 43 ~ b3; b4; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b7E;
Page 48 ~ b3; b4; b7E;
Page 49 ~ b3; b4; b7E;
```

```
Page 50 ~ b3; b4; b7E;
Page 51 ~ b3; b4; b7E;
Page 52 ~ b3; b4; b7E;
Page 53 ~ b3; b4; b7E;
Page 54 ~ b3; b4; b7E;
Page 55 ~ b3; b4; b7E;
Page 56 ~ b3; b4; b7E;
Page 57 ~ b3; b4; b7E;
Page 58 ~ b3; b4; b7E;
Page 59 ~ b3; b4; b7E;
Page 60 ~ b3; b4; b7E;
Page 61 ~ b3; b4; b7E;
Page 62 ~ b3; b4; b7E;
Page 63 ~ b3; b4; b7E;
Page 64 ~ b3; b4; b7E;
Page 65 ~ b3; b4; b7E;
Page 66 ~ b3; b4; b7E;
Page 67 ~ b3; b4; b7E;
Page 68 ~ b3; b4; b7E;
Page 69 ~ b3; b4; b7E;
Page 70 ~ b3; b4; b7E;
Page 71 ~ b3; b4; b7E;
Page 72 ~ b3; b4; b7E;
Page 73 ~ b3; b4; b7E;
Page 74 ~ b3; b4; b7E;
Page 75 ~ b3; b4; b7E;
Page 76 ~ b3; b4; b7E;
Page 77 ~ b3; b4; b7E;
Page 78 ~ b3; b4; b7E;
Page 79 ~ b3; b4; b7E;
Page 80 ~ b3; b4; b7E;
Page 81 ~ b3; b4; b7E;
Page 82 ~ b3; b4; b7E;
Page 83 ~ b3; b4; b7E;
Page 84 ~ b3; b4; b7E;
Page 85 ~ b3; b4; b7E;
Page 86 ~ b3; b4; b7E;
Page 87 ~ b3; b4; b7E;
Page 88 ~ b3; b4; b7E;
Page 89 ~ b3; b4; b7E;
Page 90 ~ b3; b4; b7E;
Page 91 ~ b3; b4; b7E;
Page 92 ~ b3; b4; b7E;
Page 93 ~ b3; b4; b7E;
Page 94 ~ b3; b4; b7E;
Page 95 ~ b3; b4; b7E;
Page 96 ~ b3; b4; b7E;
Page 97 ~ b3; b4; b7E;
Page 98 ~ b3; b4; b7E;
Page 99 ~ b3; b4; b7E;
Page 100 ~ b3; b4; b7E;
Page 101 ~ b3; b4; b7E;
Page 102 ~ b3; b4; b7E;
Page 103 ~ b3; b4; b7E;
```

```
Page 104 ~ b3; b4; b7E;
Page 105 ~ b3; b4; b7E;
Page 106 ~ b3; b4; b7E;
Page 107 ~ b3; b4; b7E;
Page 108 ~ b3; b4; b7E;
Page 109 ~ b3; b4; b7E;
Page 110 ~ b3; b4; b7E;
Page 111 ~ b3; b4; b7E;
Page 112 ~ b3; b4; b7E;
Page 113 ~ b3; b4; b7E;
Page 114 ~ b3; b4; b7E;
Page 115 ~ b3; b4; b7E;
Page 116 ~ b3; b4; b7E;
Page 117 ~ b3; b4; b7E;
Page 118 ~ b3; b4; b7E;
Page 119 ~ b3; b4; b7E;
Page 120 ~ b3; b4; b7E;
Page 121 ~ b3; b4; b7E;
Page 122 ~ b3; b4; b7E;
Page 123 ~ b3; b4; b7E;
Page 124 ~ b3; b4; b7E;
Page 125 ~ b3; b4; b7E;
Page 126 ~ b3; b4; b7E;
Page 127 ~ b3; b4; b7E;
Page 128 ~ b3; b4; b7E;
Page 129 ~ b3; b4; b7E;
Page 130 ~ b3; b4; b7E;
Page 131 ~ b3; b4; b7E;
Page 132 ~ b3; b4; b7E;
Page 133 ~ b3; b4; b7E;
Page 134 ~ b3; b4; b7E;
Page 135 ~ b3; b4; b7E;
Page 136 ~ b3; b4; b7E;
Page 137 ~ b3; b4; b7E;
Page 138 ~ b3; b4; b7E;
Page 139 ~ b3; b4; b7E;
Page 140 ~ b3; b4; b7E;
Page 141 ~ b3; b4; b7E;
Page 142 ~ b3; b4; b7E;
Page 143 ~ b3; b4; b7E;
Page 144 ~ b3; b4; b7E;
Page 145 ~ b3; b4; b7E;
Page 146 ~ b3; b4; b7E;
Page 147 ~ b3; b4; b7E;
Page 148 ~ b3; b4; b7E;
Page 149 ~ b3; b4; b7E;
Page 150 ~ b3; b4; b7E;
Page 151 ~ b3; b4; b7E;
Page 152 ~ b3; b4; b7E;
Page 153 ~ b3; b4; b7E;
Page 154 ~ b3; b4; b7E;
Page 155 ~ b3; b4; b7E;
Page 156 ~ b3; b4; b7E;
Page 157 ~ b3; b4; b7E;
```

```
Page 158 ~ b3; b4; b7E;
Page 159 ~ b3; b4; b7E;
Page 160 ~ b3; b4; b7E;
Page 161 ~ b3; b4; b7E;
Page 162 ~ b3; b4; b7E;
Page 163 ~ b3; b4; b7E;
Page 164 ~ b3; b4; b7E;
Page 165 ~ b3; b4; b7E;
Page 166 ~ b3; b4; b7E;
Page 167 ~ b3; b4; b7E;
Page 168 ~ b3; b4; b7E;
Page 169 ~ b3; b4; b7E;
Page 170 ~ b3; b4; b7E;
Page 171 ~ b3; b4; b7E;
Page 172 ~ b3; b4; b7E;
Page 173 ~ b3; b4; b7E;
Page 174 ~ b3; b4; b7E;
Page 175 ~ b3; b4; b7E;
Page 176 ~ b3; b4; b7E;
Page 177 ~ b3; b4; b7E;
Page 178 ~ b3; b4; b7E;
Page 179 ~ b3; b4; b7E;
Page 180 ~ b3; b4; b7E;
Page 181 ~ b3; b4; b7E;
Page 182 ~ b3; b4; b7E;
Page 183 ~ b3; b4; b7E;
Page 184 ~ b3; b4; b7E;
Page 185 ~ b3; b4; b7E;
Page 186 ~ b3; b4; b7E;
Page 187 ~ b3; b4; b7E;
Page 188 ~ b3; b4; b7E;
Page 189 ~ b3; b4; b7E;
Page 190 ~ b3; b4; b7E;
Page 191 ~ b3; b4; b7E;
Page 192 ~ b3; b4; b7E;
Page 193 ~ b3; b4; b7E;
Page 194 ~ b3; b4; b7E;
Page 195 ~ b3; b4; b7E;
Page 196 ~ b3; b4; b7E;
Page 197 ~ b3; b4; b7E;
Page 198 ~ b3; b4; b7E;
Page 199 ~ b3; b4; b7E;
Page 200 ~ b3; b4; b7E;
Page 201 ~ b3; b4; b7E;
Page 202 ~ b3; b4; b7E;
Page 203 ~ b3; b4; b7E;
Page 204 ~ b3; b4; b7E;
Page 205 ~ b3; b4; b7E;
Page 206 ~ b3; b4; b7E;
Page 207 ~ b3; b4; b7E;
Page 208 ~ b3; b4; b7E;
Page 209 ~ b3; b4; b7E;
Page 210 ~ b3; b4; b7E;
Page 211 ~ b3; b4; b7E;
```

```
Page 212 ~ b3; b4; b7E;
Page 213 ~ b3; b4; b7E;
Page 214 ~ b3; b4; b7E;
Page 215 ~ b3; b4; b7E;
Page 216 ~ b3; b4; b7E;
Page 217 ~ b3; b4; b7E;
Page 218 ~ b3; b4; b7E;
Page 219 ~ b3; b4; b7E;
Page 220 ~ b3; b4; b7E;
Page 221 ~ b3; b4; b7E;
Page 222 ~ b3; b4; b7E;
Page 223 ~ b3; b4; b7E;
Page 224 ~ b3; b4; b7E;
Page 225 ~ b3; b4; b7E;
Page 226 ~ b3; b4; b7E;
Page 227 ~ b3; b4; b7E;
Page 228 ~ b3; b4; b7E;
Page 229 ~ b3; b4; b7E;
Page 230 ~ b3; b4; b7E;
Page 231 ~ b3; b4; b7E;
Page 232 ~ b3; b4; b7E;
Page 233 ~ b3; b4; b7E;
Page 234 ~ b3; b4; b7E;
Page 235 ~ b3; b4; b7E;
Page 236 ~ b3; b4; b7E;
Page 237 ~ b3; b4; b7E;
Page 238 ~ b3; b4; b7E;
Page 239 ~ b3; b4; b7E;
Page 240 ~ b3; b4; b7E;
Page 241 ~ b3; b4; b7E;
Page 242 ~ b3; b4; b7E;
Page 243 ~ b3; b4; b7E;
Page 244 ~ b3; b4; b7E;
Page 245 ~ b3; b4; b7E;
Page 246 ~ b3; b4; b7E;
Page 247 ~ b3; b4; b7E;
Page 248 ~ b3; b4; b7E;
Page 249 ~ b3; b4; b7E;
Page 250 ~ b3; b4; b7E;
Page 251 ~ b3; b4; b7E;
Page 252 ~ b3; b4; b7E;
Page 253 ~ b3; b4; b7E;
Page 254 ~ b3; b4; b7E;
Page 255 ~ b3; b4; b7E;
Page 256 ~ b3; b4; b7E;
Page 257 ~ b3; b4; b7E;
Page 258 ~ b3; b4; b7E;
Page 259 ~ b3; b4; b7E;
Page 260 ~ b3; b4; b7E;
Page 261 ~ b3; b4; b7E;
Page 262 ~ b3; b4; b7E;
Page 263 ~ b3; b4; b7E;
Page 264 ~ b3; b4; b7E;
Page 265 ~ b3; b4; b7E;
```

```
Page 266 ~ b3; b4; b7E;
Page 267 ~ b3; b4; b7E;
Page 268 ~ b3; b4; b7E;
Page 269 ~ b3; b4; b7E;
Page 270 ~ b3; b4; b7E;
Page 271 ~ b3; b4; b7E;
Page 272 ~ b3; b4; b7E;
Page 273 ~ b3; b4; b7E;
Page 274 ~ b3; b4; b7E;
Page 275 ~ b3; b4; b7E;
Page 276 ~ b3; b4; b7E;
Page 277 ~ b3; b4; b7E;
Page 278 ~ b3; b4; b7E;
Page 279 ~ b3; b4; b7E;
Page 280 ~ b3; b4; b7E;
Page 281 ~ b3; b4; b7E;
Page 282 ~ b3; b4; b7E;
Page 283 ~ b3; b4; b7E;
Page 284 ~ b3; b4; b7E;
Page 285 ~ b3; b4; b7E;
Page 286 ~ b3; b4; b7E;
Page 287 ~ b3; b4; b7E;
Page 288 ~ b3; b4; b7E;
Page 289 ~ b3; b4; b7E;
Page 290 ~ b3; b4; b7E;
Page 291 ~ b3; b4; b7E;
Page 292 ~ b3; b4; b7E;
Page 293 ~ b3; b4; b7E;
Page 294 ~ b3; b4; b7E;
Page 295 ~ b3; b4; b7E;
Page 296 ~ b3; b4; b7E;
Page 297 ~ b3; b4; b7E;
Page 298 ~ b3; b4; b7E;
Page 299 ~ b3; b4; b7E;
Page 300 ~ b3; b4; b7E;
Page 301 ~ b3; b4; b7E;
Page 302 ~ b3; b4; b7E;
Page 303 ~ b3; b4; b7E;
Page 304 ~ b3; b4; b7E;
Page 305 ~ b3; b4; b7E;
Page 306 ~ b3; b4; b7E;
Page 307 ~ b3; b4; b7E;
Page 308 ~ b3; b4; b7E;
Page 309 ~ b3; b4; b7E;
Page 310 ~ b3; b4; b7E;
Page 311 ~ b3; b4; b7E;
Page 312 ~ b3; b4; b7E;
Page 313 ~ b3; b4; b7E;
Page 314 ~ b3; b4; b7E;
Page 315 ~ b3; b4; b7E;
Page 316 ~ b3; b4; b7E;
Page 317 ~ b3; b4; b7E;
Page 318 ~ b3; b4; b7E;
Page 319 ~ b3; b4; b7E;
```

```
Page 320 ~ b3; b4; b7E;
Page 321 ~ b3; b4; b7E;
Page 322 ~ b3; b4; b7E;
Page 323 ~ b3; b4; b7E;
Page 324 ~ b3; b4; b7E;
Page 325 ~ b3; b4; b7E;
Page 326 ~ b3; b4; b7E;
Page 327 ~ b3; b4; b7E;
Page 328 ~ b3; b4; b7E;
Page 329 ~ b3; b4; b7E;
Page 330 ~ b3; b4; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)     X
X    No Duplication Fee X
X    For this Page       X
XXXXXXXXXXXXXXXXXXXXXXXX
```

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 292
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b3; b4; b7E;
Page 5 ~ b3; b4; b7E;
Page 6 ~ b3; b4; b7E;
Page 7 ~ b3; b4; b7E;
Page 8 ~ b3; b4; b7E;
Page 9 ~ b3; b4; b7E;
Page 10 ~ b3; b4; b7E;
Page 11 ~ b3; b4; b7E;
Page 12 ~ b3; b4; b7E;
Page 13 ~ b3; b4; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b4; b7E;
Page 17 ~ b3; b4; b7E;
Page 18 ~ b3; b4; b7E;
Page 19 ~ b3; b4; b7E;
Page 20 ~ b3; b4; b7E;
Page 21 ~ b3; b4; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 29 ~ b3; b4; b7E;
Page 30 ~ b3; b4; b7E;
Page 31 ~ b3; b4; b7E;
Page 32 ~ b3; b4; b7E;
Page 33 ~ b3; b4; b7E;
Page 34 ~ b3; b4; b7E;
Page 35 ~ b3; b4; b7E;
Page 36 ~ b3; b4; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
Page 40 ~ b3; b4; b7E;
Page 41 ~ b3; b4; b7E;
Page 42 ~ b3; b4; b7E;
Page 43 ~ b3; b4; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b7E;
Page 48 ~ b3; b4; b7E;
Page 49 ~ b3; b4; b7E;
```

```
Page 50 ~ b3; b4; b7E;
Page 51 ~ b3; b4; b7E;
Page 52 ~ b3; b4; b7E;
Page 53 ~ b3; b4; b7E;
Page 54 ~ b3; b4; b7E;
Page 55 ~ b3; b4; b7E;
Page 56 ~ b3; b4; b7E;
Page 57 ~ b3; b4; b7E;
Page 58 ~ b3; b4; b7E;
Page 59 ~ b3; b4; b7E;
Page 60 ~ b3; b4; b7E;
Page 61 ~ b3; b4; b7E;
Page 62 ~ b3; b4; b7E;
Page 63 ~ b3; b4; b7E;
Page 64 ~ b3; b4; b7E;
Page 65 ~ b3; b4; b7E;
Page 66 ~ b3; b4; b7E;
Page 67 ~ b3; b4; b7E;
Page 68 ~ b3; b4; b7E;
Page 69 ~ b3; b4; b7E;
Page 70 ~ b3; b4; b7E;
Page 71 ~ b3; b4; b7E;
Page 72 ~ b3; b4; b7E;
Page 73 ~ b3; b4; b7E;
Page 74 ~ b3; b4; b7E;
Page 75 ~ b3; b4; b7E;
Page 76 ~ b3; b4; b7E;
Page 77 ~ b3; b4; b7E;
Page 78 ~ b3; b4; b7E;
Page 79 ~ b3; b4; b7E;
Page 80 ~ b3; b4; b7E;
Page 81 ~ b3; b4; b7E;
Page 82 ~ b3; b4; b7E;
Page 83 ~ b3; b4; b7E;
Page 84 ~ b3; b4; b7E;
Page 85 ~ b3; b4; b7E;
Page 86 ~ b3; b4; b7E;
Page 87 ~ b3; b4; b7E;
Page 88 ~ b3; b4; b7E;
Page 89 ~ b3; b4; b7E;
Page 90 ~ b3; b4; b7E;
Page 91 ~ b3; b4; b7E;
Page 92 ~ b3; b4; b7E;
Page 93 ~ b3; b4; b7E;
Page 94 ~ b3; b4; b7E;
Page 95 ~ b3; b4; b7E;
Page 96 ~ b3; b4; b7E;
Page 97 ~ b3; b4; b7E;
Page 98 ~ b3; b4; b7E;
Page 99 ~ b3; b4; b7E;
Page 100 ~ b3; b4; b7E;
Page 101 ~ b3; b4; b7E;
Page 102 ~ b3; b4; b7E;
Page 103 ~ b3; b4; b7E;
```

```
Page 104 ~ b3; b4; b7E;
Page 105 ~ b3; b4; b7E;
Page 106 ~ b3; b4; b7E;
Page 107 ~ b3; b4; b7E;
Page 108 ~ b3; b4; b7E;
Page 109 ~ b3; b4; b7E;
Page 110 ~ b3; b4; b7E;
Page 111 ~ b3; b4; b7E;
Page 112 ~ b3; b4; b7E;
Page 113 ~ b3; b4; b7E;
Page 114 ~ b3; b4; b7E;
Page 115 ~ b3; b4; b7E;
Page 116 ~ b3; b4; b7E;
Page 117 ~ b3; b4; b7E;
Page 118 ~ b3; b4; b7E;
Page 119 ~ b3; b4; b7E;
Page 120 ~ b3; b4; b7E;
Page 121 ~ b3; b4; b7E;
Page 122 ~ b3; b4; b7E;
Page 123 ~ b3; b4; b7E;
Page 124 ~ b3; b4; b7E;
Page 125 ~ b3; b4; b7E;
Page 126 ~ b3; b4; b7E;
Page 127 ~ b3; b4; b7E;
Page 128 ~ b3; b4; b7E;
Page 129 ~ b3; b4; b7E;
Page 130 ~ b3; b4; b7E;
Page 131 ~ b3; b4; b7E;
Page 132 ~ b3; b4; b7E;
Page 133 ~ b3; b4; b7E;
Page 134 ~ b3; b4; b7E;
Page 135 ~ b3; b4; b7E;
Page 136 ~ b3; b4; b7E;
Page 137 ~ b3; b4; b7E;
Page 138 ~ b3; b4; b7E;
Page 139 ~ b3; b4; b7E;
Page 140 ~ b3; b4; b7E;
Page 141 ~ b3; b4; b7E;
Page 142 ~ b3; b4; b7E;
Page 143 ~ b3; b4; b7E;
Page 144 ~ b3; b4; b7E;
Page 145 ~ b3; b4; b7E;
Page 146 ~ b3; b4; b7E;
Page 147 ~ b3; b4; b7E;
Page 148 ~ b3; b4; b7E;
Page 149 ~ b3; b4; b7E;
Page 150 ~ b3; b4; b7E;
Page 151 ~ b3; b4; b7E;
Page 152 ~ b3; b4; b7E;
Page 153 ~ b3; b4; b7E;
Page 154 ~ b3; b4; b7E;
Page 155 ~ b3; b4; b7E;
Page 156 ~ b3; b4; b7E;
Page 157 ~ b3; b4; b7E;
```

```
Page 158 ~ b3; b4; b7E;
Page 159 ~ b3; b4; b7E;
Page 160 ~ b3; b4; b7E;
Page 161 ~ b3; b4; b7E;
Page 162 ~ b3; b4; b7E;
Page 163 ~ b3; b4; b7E;
Page 164 ~ b3; b4; b7E;
Page 165 ~ b3; b4; b7E;
Page 166 ~ b3; b4; b7E;
Page 167 ~ b3; b4; b7E;
Page 168 ~ b3; b4; b7E;
Page 169 ~ b3; b4; b7E;
Page 170 ~ b3; b4; b7E;
Page 171 ~ b3; b4; b7E;
Page 172 ~ b3; b4; b7E;
Page 173 ~ b3; b4; b7E;
Page 174 ~ b3; b4; b7E;
Page 175 ~ b3; b4; b7E;
Page 176 ~ b3; b4; b7E;
Page 177 ~ b3; b4; b7E;
Page 178 ~ b3; b4; b7E;
Page 179 ~ b3; b4; b7E;
Page 180 ~ b3; b4; b7E;
Page 181 ~ b3; b4; b7E;
Page 182 ~ b3; b4; b7E;
Page 183 ~ b3; b4; b7E;
Page 184 ~ b3; b4; b7E;
Page 185 ~ b3; b4; b7E;
Page 186 ~ b3; b4; b7E;
Page 187 ~ b3; b4; b7E;
Page 188 ~ b3; b4; b7E;
Page 189 ~ b3; b4; b7E;
Page 190 ~ b3; b4; b7E;
Page 191 ~ b3; b4; b7E;
Page 192 ~ b3; b4; b7E;
Page 193 ~ b3; b4; b7E;
Page 194 ~ b3; b4; b7E;
Page 195 ~ b3; b4; b7E;
Page 196 ~ b3; b4; b7E;
Page 197 ~ b3; b4; b7E;
Page 198 ~ b3; b4; b7E;
Page 199 ~ b3; b4; b7E;
Page 200 ~ b3; b4; b7E;
Page 201 ~ b3; b4; b7E;
Page 202 ~ b3; b4; b7E;
Page 203 ~ b3; b4; b7E;
Page 204 ~ b3; b4; b7E;
Page 205 ~ b3; b4; b7E;
Page 206 ~ b3; b4; b7E;
Page 207 ~ b3; b4; b7E;
Page 208 ~ b3; b4; b7E;
Page 209 ~ b3; b4; b7E;
Page 210 ~ b3; b4; b7E;
Page 211 ~ b3; b4; b7E;
```

```
Page 212 ~ b3; b4; b7E;
Page 213 ~ b3; b4; b7E;
Page 214 ~ b3; b4; b7E;
Page 215 ~ b3; b4; b7E;
Page 216 ~ b3; b4; b7E;
Page 217 ~ b3; b4; b7E;
Page 218 ~ b3; b4; b7E;
Page 219 ~ b3; b4; b7E;
Page 220 ~ b3; b4; b7E;
Page 221 ~ b3; b4; b7E;
Page 222 ~ b3; b4; b7E;
Page 223 ~ b3; b4; b7E;
Page 224 ~ b3; b4; b7E;
Page 225 ~ b3; b4; b7E;
Page 226 ~ b3; b4; b7E;
Page 227 ~ b3; b4; b7E;
Page 228 ~ b3; b4; b7E;
Page 229 ~ b3; b4; b7E;
Page 230 ~ b3; b4; b7E;
Page 231 ~ b3; b4; b7E;
Page 232 ~ b3; b4; b7E;
Page 233 ~ b3; b4; b7E;
Page 234 ~ b3; b4; b7E;
Page 235 ~ b3; b4; b7E;
Page 236 ~ b3; b4; b7E;
Page 237 ~ b3; b4; b7E;
Page 238 ~ b3; b4; b7E;
Page 239 ~ b3; b4; b7E;
Page 240 ~ b3; b4; b7E;
Page 241 ~ b3; b4; b7E;
Page 242 ~ b3; b4; b7E;
Page 243 ~ b3; b4; b7E;
Page 244 ~ b3; b4; b7E;
Page 245 ~ b3; b4; b7E;
Page 246 ~ b3; b4; b7E;
Page 247 ~ b3; b4; b7E;
Page 248 ~ b3; b4; b7E;
Page 249 ~ b3; b4; b7E;
Page 250 ~ b3; b4; b7E;
Page 251 ~ b3; b4; b7E;
Page 252 ~ b3; b4; b7E;
Page 253 ~ b3; b4; b7E;
Page 254 ~ b3; b4; b7E;
Page 255 ~ b3; b4; b7E;
Page 256 ~ b3; b4; b7E;
Page 257 ~ b3; b4; b7E;
Page 258 ~ b3; b4; b7E;
Page 259 ~ b3; b4; b7E;
Page 260 ~ b3; b4; b7E;
Page 261 ~ b3; b4; b7E;
Page 262 ~ b3; b4; b7E;
Page 263 ~ b3; b4; b7E;
Page 264 ~ b3; b4; b7E;
Page 265 ~ b3; b4; b7E;
```

```
Page 266 ~ b3; b4; b7E;
Page 267 ~ b3; b4; b7E;
Page 268 ~ b3; b4; b7E;
Page 269 ~ b3; b4; b7E;
Page 270 ~ b3; b4; b7E;
Page 271 ~ b3; b4; b7E;
Page 272 ~ b3; b4; b7E;
Page 273 ~ b3; b4; b7E;
Page 274 ~ b3; b4; b7E;
Page 275 ~ b3; b4; b7E;
Page 276 ~ b3; b4; b7E;
Page 277 ~ b3; b4; b7E;
Page 278 ~ b3; b4; b7E;
Page 279 ~ b3; b4; b7E;
Page 280 ~ b3; b4; b7E;
Page 281 ~ b3; b4; b7E;
Page 282 ~ b3; b4; b7E;
Page 283 ~ b3; b4; b7E;
Page 284 ~ b3; b4; b7E;
Page 285 ~ b3; b4; b7E;
Page 286 ~ b3; b4; b7E;
Page 287 ~ b3; b4; b7E;
Page 288 ~ b3; b4; b7E;
Page 289 ~ b3; b4; b7E;
Page 290 ~ b3; b4; b7E;
Page 291 ~ b3; b4; b7E;
Page 292 ~ b3; b4; b7E;
Page 293 ~ b3; b4; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)     X
X    No Duplication Fee  X
X    For this Page       X
XXXXXXXXXXXXXXXXXXXXXXXXX
```

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 454
Page 2 ~ b3; b4; b7E;
Page 3 ~ b3; b4; b7E;
Page 4 ~ b3; b4; b7E;
Page 5 ~ b3; b4; b7E;
Page 6 ~ b3; b4; b7E;
Page 7 ~ b3; b4; b7E;
Page 8 ~ b3; b4; b7E;
Page 9 ~ b3; b4; b7E;
Page 10 ~ b3; b4; b7E;
Page 11 ~ b3; b4; b7E;
Page 12 ~ b3; b4; b7E;
Page 13 ~ b3; b4; b7E;
Page 14 ~ b3; b4; b7E;
Page 15 ~ b3; b4; b7E;
Page 16 ~ b3; b4; b7E;
Page 17 ~ b3; b4; b7E;
Page 18 ~ b3; b4; b7E;
Page 19 ~ b3; b4; b7E;
Page 20 ~ b3; b4; b7E;
Page 21 ~ b3; b4; b7E;
Page 22 ~ b3; b4; b7E;
Page 23 ~ b3; b4; b7E;
Page 24 ~ b3; b4; b7E;
Page 25 ~ b3; b4; b7E;
Page 26 ~ b3; b4; b7E;
Page 27 ~ b3; b4; b7E;
Page 28 ~ b3; b4; b7E;
Page 29 ~ b3; b4; b7E;
Page 30 ~ b3; b4; b7E;
Page 31 ~ b3; b4; b7E;
Page 32 ~ b3; b4; b7E;
Page 33 ~ b3; b4; b7E;
Page 34 ~ b3; b4; b7E;
Page 35 ~ b3; b4; b7E;
Page 36 ~ b3; b4; b7E;
Page 37 ~ b3; b4; b7E;
Page 38 ~ b3; b4; b7E;
Page 39 ~ b3; b4; b7E;
Page 40 ~ b3; b4; b7E;
Page 41 ~ b3; b4; b7E;
Page 42 ~ b3; b4; b7E;
Page 43 ~ b3; b4; b7E;
Page 44 ~ b3; b4; b7E;
Page 45 ~ b3; b4; b7E;
Page 46 ~ b3; b4; b7E;
Page 47 ~ b3; b4; b7E;
Page 48 ~ b3; b4; b7E;
Page 49 ~ b3; b4; b7E;
Page 50 ~ b3; b4; b7E;
Page 51 ~ b3; b4; b7E;
Page 52 ~ b3; b4; b7E;
Page 53 ~ b3; b4; b7E;

Page 54 ~ b3; b4; b7E;
Page 55 ~ b3; b4; b7E;
Page 56 ~ b3; b4; b7E;
Page 57 ~ b3; b4; b7E;
Page 58 ~ b3; b4; b7E;
Page 59 ~ b3; b4; b7E;
Page 60 ~ b3; b4; b7E;
Page 61 ~ b3; b4; b7E;
Page 62 ~ b3; b4; b7E;
Page 63 ~ b3; b4; b7E;
Page 64 ~ b3; b4; b7E;
Page 65 ~ b3; b4; b7E;
Page 66 ~ b3; b4; b7E;
Page 67 ~ b3; b4; b7E;
Page 68 ~ b3; b4; b7E;
Page 69 ~ b3; b4; b7E;
Page 70 ~ b3; b4; b7E;
Page 71 ~ b3; b4; b7E;
Page 72 ~ b3; b4; b7E;
Page 73 ~ b3; b4; b7E;
Page 74 ~ b3; b4; b7E;
Page 75 ~ b3; b4; b7E;
Page 76 ~ b3; b4; b7E;
Page 77 ~ b3; b4; b7E;
Page 78 ~ b3; b4; b7E;
Page 79 ~ b3; b4; b7E;
Page 80 ~ b3; b4; b7E;
Page 81 ~ b3; b4; b7E;
Page 82 ~ b3; b4; b7E;
Page 83 ~ b3; b4; b7E;
Page 84 ~ b3; b4; b7E;
Page 85 ~ b3; b4; b7E;
Page 86 ~ b3; b4; b7E;
Page 87 ~ b3; b4; b7E;
Page 88 ~ b3; b4; b7E;
Page 89 ~ b3; b4; b7E;
Page 90 ~ b3; b4; b7E;
Page 91 ~ b3; b4; b7E;
Page 92 ~ b3; b4; b7E;
Page 93 ~ b3; b4; b7E;
Page 94 ~ b3; b4; b7E;
Page 95 ~ b3; b4; b7E;
Page 96 ~ b3; b4; b7E;
Page 97 ~ b3; b4; b7E;
Page 98 ~ b3; b4; b7E;
Page 99 ~ b3; b4; b7E;
Page 100 ~ b3; b4; b7E;
Page 101 ~ b3; b4; b7E;
Page 102 ~ b3; b4; b7E;
Page 103 ~ b3; b4; b7E;
Page 104 ~ b3; b4; b7E;
Page 105 ~ b3; b4; b7E;
Page 106 ~ b3; b4; b7E;
Page 107 ~ b3; b4; b7E;
Page 108 ~ b3; b4; b7E;
Page 109 ~ b3; b4; b7E;
Page 110 ~ b3; b4; b7E;
Page 111 ~ b3; b4; b7E;

Page 112 ~ b3; b4; b7E;
Page 113 ~ b3; b4; b7E;
Page 114 ~ b3; b4; b7E;
Page 115 ~ b3; b4; b7E;
Page 116 ~ b3; b4; b7E;
Page 117 ~ b3; b4; b7E;
Page 118 ~ b3; b4; b7E;
Page 119 ~ b3; b4; b7E;
Page 120 ~ b3; b4; b7E;
Page 121 ~ b3; b4; b7E;
Page 122 ~ b3; b4; b7E;
Page 123 ~ b3; b4; b7E;
Page 124 ~ b3; b4; b7E;
Page 125 ~ b3; b4; b7E;
Page 126 ~ b3; b4; b7E;
Page 127 ~ b3; b4; b7E;
Page 128 ~ b3; b4; b7E;
Page 129 ~ b3; b4; b7E;
Page 130 ~ b3; b4; b7E;
Page 131 ~ b3; b4; b7E;
Page 132 ~ b3; b4; b7E;
Page 133 ~ b3; b4; b7E;
Page 134 ~ b3; b4; b7E;
Page 135 ~ b3; b4; b7E;
Page 136 ~ b3; b4; b7E;
Page 137 ~ b3; b4; b7E;
Page 138 ~ b3; b4; b7E;
Page 139 ~ b3; b4; b7E;
Page 140 ~ b3; b4; b7E;
Page 141 ~ b3; b4; b7E;
Page 142 ~ b3; b4; b7E;
Page 143 ~ b3; b4; b7E;
Page 144 ~ b3; b4; b7E;
Page 145 ~ b3; b4; b7E;
Page 146 ~ b3; b4; b7E;
Page 147 ~ b3; b4; b7E;
Page 148 ~ b3; b4; b7E;
Page 149 ~ b3; b4; b7E;
Page 150 ~ b3; b4; b7E;
Page 151 ~ b3; b4; b7E;
Page 152 ~ b3; b4; b7E;
Page 153 ~ b3; b4; b7E;
Page 154 ~ b3; b4; b7E;
Page 155 ~ b3; b4; b7E;
Page 156 ~ b3; b4; b7E;
Page 157 ~ b3; b4; b7E;
Page 158 ~ b3; b4; b7E;
Page 159 ~ b3; b4; b7E;
Page 160 ~ b3; b4; b7E;
Page 161 ~ b3; b4; b7E;
Page 162 ~ b3; b4; b7E;
Page 163 ~ b3; b4; b7E;
Page 164 ~ b3; b4; b7E;
Page 165 ~ b3; b4; b7E;
Page 166 ~ b3; b4; b7E;
Page 167 ~ b3; b4; b7E;
Page 168 ~ b3; b4; b7E;
Page 169 ~ b3; b4; b7E;

Page 170 ~ b3; b4; b7E;
Page 171 ~ b3; b4; b7E;
Page 172 ~ b3; b4; b7E;
Page 173 ~ b3; b4; b7E;
Page 174 ~ b3; b4; b7E;
Page 175 ~ b3; b4; b7E;
Page 176 ~ b3; b4; b7E;
Page 177 ~ b3; b4; b7E;
Page 178 ~ b3; b4; b7E;
Page 179 ~ b3; b4; b7E;
Page 180 ~ b3; b4; b7E;
Page 181 ~ b3; b4; b7E;
Page 182 ~ b3; b4; b7E;
Page 183 ~ b3; b4; b7E;
Page 184 ~ b3; b4; b7E;
Page 185 ~ b3; b4; b7E;
Page 186 ~ b3; b4; b7E;
Page 187 ~ b3; b4; b7E;
Page 188 ~ b3; b4; b7E;
Page 189 ~ b3; b4; b7E;
Page 190 ~ b3; b4; b7E;
Page 191 ~ b3; b4; b7E;
Page 192 ~ b3; b4; b7E;
Page 193 ~ b3; b4; b7E;
Page 194 ~ b3; b4; b7E;
Page 195 ~ b3; b4; b7E;
Page 196 ~ b3; b4; b7E;
Page 197 ~ b3; b4; b7E;
Page 198 ~ b3; b4; b7E;
Page 199 ~ b3; b4; b7E;
Page 200 ~ b3; b4; b7E;
Page 201 ~ b3; b4; b7E;
Page 202 ~ b3; b4; b7E;
Page 203 ~ b3; b4; b7E;
Page 204 ~ b3; b4; b7E;
Page 205 ~ b3; b4; b7E;
Page 206 ~ b3; b4; b7E;
Page 207 ~ b3; b4; b7E;
Page 208 ~ b3; b4; b7E;
Page 209 ~ b3; b4; b7E;
Page 210 ~ b3; b4; b7E;
Page 211 ~ b3; b4; b7E;
Page 212 ~ b3; b4; b7E;
Page 213 ~ b3; b4; b7E;
Page 214 ~ b3; b4; b7E;
Page 215 ~ b3; b4; b7E;
Page 216 ~ b3; b4; b7E;
Page 217 ~ b3; b4; b7E;
Page 218 ~ b3; b4; b7E;
Page 219 ~ b3; b4; b7E;
Page 220 ~ b3; b4; b7E;
Page 221 ~ b3; b4; b7E;
Page 222 ~ b3; b4; b7E;
Page 223 ~ b3; b4; b7E;
Page 224 ~ b3; b4; b7E;
Page 225 ~ b3; b4; b7E;
Page 226 ~ b3; b4; b7E;
Page 227 ~ b3; b4; b7E;

Page 228 ~ b3; b4; b7E;
Page 229 ~ b3; b4; b7E;
Page 230 ~ b3; b4; b7E;
Page 231 ~ b3; b4; b7E;
Page 232 ~ b3; b4; b7E;
Page 233 ~ b3; b4; b7E;
Page 234 ~ b3; b4; b7E;
Page 235 ~ b3; b4; b7E;
Page 236 ~ b3; b4; b7E;
Page 237 ~ b3; b4; b7E;
Page 238 ~ b3; b4; b7E;
Page 239 ~ b3; b4; b7E;
Page 240 ~ b3; b4; b7E;
Page 241 ~ b3; b4; b7E;
Page 242 ~ b3; b4; b7E;
Page 243 ~ b3; b4; b7E;
Page 244 ~ b3; b4; b7E;
Page 245 ~ b3; b4; b7E;
Page 246 ~ b3; b4; b7E;
Page 247 ~ b3; b4; b7E;
Page 248 ~ b3; b4; b7E;
Page 249 ~ b3; b4; b7E;
Page 250 ~ b3; b4; b7E;
Page 251 ~ b3; b4; b7E;
Page 252 ~ b3; b4; b7E;
Page 253 ~ b3; b4; b7E;
Page 254 ~ b3; b4; b7E;
Page 255 ~ b3; b4; b7E;
Page 256 ~ b3; b4; b7E;
Page 257 ~ b3; b4; b7E;
Page 258 ~ b3; b4; b7E;
Page 259 ~ b3; b4; b7E;
Page 260 ~ b3; b4; b7E;
Page 261 ~ b3; b4; b7E;
Page 262 ~ b3; b4; b7E;
Page 263 ~ b3; b4; b7E;
Page 264 ~ b3; b4; b7E;
Page 265 ~ b3; b4; b7E;
Page 266 ~ b3; b4; b7E;
Page 267 ~ b3; b4; b7E;
Page 268 ~ b3; b4; b7E;
Page 269 ~ b3; b4; b7E;
Page 270 ~ b3; b4; b7E;
Page 271 ~ b3; b4; b7E;
Page 272 ~ b3; b4; b7E;
Page 273 ~ b3; b4; b7E;
Page 274 ~ b3; b4; b7E;
Page 275 ~ b3; b4; b7E;
Page 276 ~ b3; b4; b7E;
Page 277 ~ b3; b4; b7E;
Page 278 ~ b3; b4; b7E;
Page 279 ~ b3; b4; b7E;
Page 280 ~ b3; b4; b7E;
Page 281 ~ b3; b4; b7E;
Page 282 ~ b3; b4; b7E;
Page 283 ~ b3; b4; b7E;
Page 284 ~ b3; b4; b7E;
Page 285 ~ b3; b4; b7E;

Page 286 ~ b3; b4; b7E;
Page 287 ~ b3; b4; b7E;
Page 288 ~ b3; b4; b7E;
Page 289 ~ b3; b4; b7E;
Page 290 ~ b3; b4; b7E;
Page 291 ~ b3; b4; b7E;
Page 292 ~ b3; b4; b7E;
Page 293 ~ b3; b4; b7E;
Page 294 ~ b3; b4; b7E;
Page 295 ~ b3; b4; b7E;
Page 296 ~ b3; b4; b7E;
Page 297 ~ b3; b4; b7E;
Page 298 ~ b3; b4; b7E;
Page 299 ~ b3; b4; b7E;
Page 300 ~ b3; b4; b7E;
Page 301 ~ b3; b4; b7E;
Page 302 ~ b3; b4; b7E;
Page 303 ~ b3; b4; b7E;
Page 304 ~ b3; b4; b7E;
Page 305 ~ b3; b4; b7E;
Page 306 ~ b3; b4; b7E;
Page 307 ~ b3; b4; b7E;
Page 308 ~ b3; b4; b7E;
Page 309 ~ b3; b4; b7E;
Page 310 ~ b3; b4; b7E;
Page 311 ~ b3; b4; b7E;
Page 312 ~ b3; b4; b7E;
Page 313 ~ b3; b4; b7E;
Page 314 ~ b3; b4; b7E;
Page 315 ~ b3; b4; b7E;
Page 316 ~ b3; b4; b7E;
Page 317 ~ b3; b4; b7E;
Page 318 ~ b3; b4; b7E;
Page 319 ~ b3; b4; b7E;
Page 320 ~ b3; b4; b7E;
Page 321 ~ b3; b4; b7E;
Page 322 ~ b3; b4; b7E;
Page 323 ~ b3; b4; b7E;
Page 324 ~ b3; b4; b7E;
Page 325 ~ b3; b4; b7E;
Page 326 ~ b3; b4; b7E;
Page 327 ~ b3; b4; b7E;
Page 328 ~ b3; b4; b7E;
Page 329 ~ b3; b4; b7E;
Page 330 ~ b3; b4; b7E;
Page 331 ~ b3; b4; b7E;
Page 332 ~ b3; b4; b7E;
Page 333 ~ b3; b4; b7E;
Page 334 ~ b3; b4; b7E;
Page 335 ~ b3; b4; b7E;
Page 336 ~ b3; b4; b7E;
Page 337 ~ b3; b4; b7E;
Page 338 ~ b3; b4; b7E;
Page 339 ~ b3; b4; b7E;
Page 340 ~ b3; b4; b7E;
Page 341 ~ b3; b4; b7E;
Page 342 ~ b3; b4; b7E;
Page 343 ~ b3; b4; b7E;

Page 344 ~ b3; b4; b7E;
Page 345 ~ b3; b4; b7E;
Page 346 ~ b3; b4; b7E;
Page 347 ~ b3; b4; b7E;
Page 348 ~ b3; b4; b7E;
Page 349 ~ b3; b4; b7E;
Page 350 ~ b3; b4; b7E;
Page 351 ~ b3; b4; b7E;
Page 352 ~ b3; b4; b7E;
Page 353 ~ b3; b4; b7E;
Page 354 ~ b3; b4; b7E;
Page 355 ~ b3; b4; b7E;
Page 356 ~ b3; b4; b7E;
Page 357 ~ b3; b4; b7E;
Page 358 ~ b3; b4; b7E;
Page 359 ~ b3; b4; b7E;
Page 360 ~ b3; b4; b7E;
Page 361 ~ b3; b4; b7E;
Page 362 ~ b3; b4; b7E;
Page 363 ~ b3; b4; b7E;
Page 364 ~ b3; b4; b7E;
Page 365 ~ b3; b4; b7E;
Page 366 ~ b3; b4; b7E;
Page 367 ~ b3; b4; b7E;
Page 368 ~ b3; b4; b7E;
Page 369 ~ b3; b4; b7E;
Page 370 ~ b3; b4; b7E;
Page 371 ~ b3; b4; b7E;
Page 372 ~ b3; b4; b7E;
Page 373 ~ b3; b4; b7E;
Page 374 ~ b3; b4; b7E;
Page 375 ~ b3; b4; b7E;
Page 376 ~ b3; b4; b7E;
Page 377 ~ b3; b4; b7E;
Page 378 ~ b3; b4; b7E;
Page 379 ~ b3; b4; b7E;
Page 380 ~ b3; b4; b7E;
Page 381 ~ b3; b4; b7E;
Page 382 ~ b3; b4; b7E;
Page 383 ~ b3; b4; b7E;
Page 384 ~ b3; b4; b7E;
Page 385 ~ b3; b4; b7E;
Page 386 ~ b3; b4; b7E;
Page 387 ~ b3; b4; b7E;
Page 388 ~ b3; b4; b7E;
Page 389 ~ b3; b4; b7E;
Page 390 ~ b3; b4; b7E;
Page 391 ~ b3; b4; b7E;
Page 392 ~ b3; b4; b7E;
Page 393 ~ b3; b4; b7E;
Page 394 ~ b3; b4; b7E;
Page 395 ~ b3; b4; b7E;
Page 396 ~ b3; b4; b7E;
Page 397 ~ b3; b4; b7E;
Page 398 ~ b3; b4; b7E;
Page 399 ~ b3; b4; b7E;
Page 400 ~ b3; b4; b7E;
Page 401 ~ b3; b4; b7E;

Page 402 ~ b3; b4; b7E;
Page 403 ~ b3; b4; b7E;
Page 404 ~ b3; b4; b7E;
Page 405 ~ b3; b4; b7E;
Page 406 ~ b3; b4; b7E;
Page 407 ~ b3; b4; b7E;
Page 408 ~ b3; b4; b7E;
Page 409 ~ b3; b4; b7E;
Page 410 ~ b3; b4; b7E;
Page 411 ~ b3; b4; b7E;
Page 412 ~ b3; b4; b7E;
Page 413 ~ b3; b4; b7E;
Page 414 ~ b3; b4; b7E;
Page 415 ~ b3; b4; b7E;
Page 416 ~ b3; b4; b7E;
Page 417 ~ b3; b4; b7E;
Page 418 ~ b3; b4; b7E;
Page 419 ~ b3; b4; b7E;
Page 420 ~ b3; b4; b7E;
Page 421 ~ b3; b4; b7E;
Page 422 ~ b3; b4; b7E;
Page 423 ~ b3; b4; b7E;
Page 424 ~ b3; b4; b7E;
Page 425 ~ b3; b4; b7E;
Page 426 ~ b3; b4; b7E;
Page 427 ~ b3; b4; b7E;
Page 428 ~ b3; b4; b7E;
Page 429 ~ b3; b4; b7E;
Page 430 ~ b3; b4; b7E;
Page 431 ~ b3; b4; b7E;
Page 432 ~ b3; b4; b7E;
Page 433 ~ b3; b4; b7E;
Page 434 ~ b3; b4; b7E;
Page 435 ~ b3; b4; b7E;
Page 436 ~ b3; b4; b7E;
Page 437 ~ b3; b4; b7E;
Page 438 ~ b3; b4; b7E;
Page 439 ~ b3; b4; b7E;
Page 440 ~ b3; b4; b7E;
Page 441 ~ b3; b4; b7E;
Page 442 ~ b3; b4; b7E;
Page 443 ~ b3; b4; b7E;
Page 444 ~ b3; b4; b7E;
Page 445 ~ b3; b4; b7E;
Page 446 ~ b3; b4; b7E;
Page 447 ~ b3; b4; b7E;
Page 448 ~ b3; b4; b7E;
Page 449 ~ b3; b4; b7E;
Page 450 ~ b3; b4; b7E;
Page 451 ~ b3; b4; b7E;
Page 452 ~ b3; b4; b7E;
Page 453 ~ b3; b4; b7E;
Page 454 ~ b3; b4; b7E;
Page 455 ~ b3; b4; b7E;

XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)   X
X   No Duplication Fee X

X   For this Page     X
XXXXXXXXXXXXXXXXXXXXXXXXX



**From:**
**Sent:**
**To:**
**Cc:**
**Subject:**

**From:**
**Sent:**
**To:**
**Cc:**
**Subject:**

**From:** [mailto:_____@ic.fbi.gov]   b6 per FBI
**Sent:** Tuesday, March 15, 2011 12:15 PM   b7C
**To:**
**Cc:** (FBI)
**Subject:** RE: go by

b3 per FBI
b7E
b5

Any thoughts?

b5 per FBI
b7E

1

CELLSITE-13627

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1


Total Deleted Page(s) = 6
Page 2 ~ b5; b6; b7C; b7E;
Page 3 ~ b5; b6; b7C; b7E;
Page 4 ~ b3; b5; b7E;
Page 5 ~ b3; b5; b6; b7C; b7E;
Page 6 ~ b5; b6; b7C; b7E;
Page 7 ~ b5; b6; b7C; b7E;



                              XXXXXXXXXXXXXXXXXXXXXXXX
                              X   Deleted Page(s)    X
                              X   No Duplication Fee X
                              X   For this Page      X
                              XXXXXXXXXXXXXXXXXXXXXXXX
```

# AFFIDAVIT OF SUPERVISORY SPECIAL AGENT
# BRADLEY S. MORRISON

1.     I, Bradley S. Morrison, am a Supervisory Special Agent with the Federal Bureau of Investigation.  I am assigned as the Unit Chief of the Tracking Technology Unit (TTU), Traditional Technology Section, Operational Technology Division in Quantico, Virginia.  I have been an FBI Special Agent since 1996.  As the Unit Chief of the TTU, I am responsible for the development, procurement and deployment of technical assets and capabilities to covertly locate, tag and track targets of interest in support of all FBI investigative, intelligence collection and operational programs.  As part of these duties, I am responsible for overseeing deployment and monitoring policy compliance governing the FBI's use of equipment to locate cellular devices.

2.     On July 16, 2008, FBI technical personnel used equipment to locate an aircard believed to be used by the defendant in this matter, and that equipment falls within the statutory definition of a pen register/trap and trace device. The actual make and model of the equipment used in any particular operation by the FBI is law enforcement sensitive, and pursuant to FBI policy, cannot be released to the general public.

3.     As a pen register/trap and trace device, as defined in 18 U.S.C. §§ 3127(3) and (4), the equipment used in this case can only record, decode or capture electronic impulses which identify the originating number of a source of electronic communications, or other

1

CELLSITE-13634

dialing, routing, signaling and addressing information utilized in the processing and

transmitting of electronic communications. To comply with the legal definition of a pen

register/trap and trace device, the equipment used in this case is unable to upload, encode

or write any information to a target device. If the equipment were capable of these

functions, it would no longer be in compliance with the statutory definition of a pen

register/trap and trace device. Therefore, the equipment used in this case is

technologically unable to take any action to reprogram the hardware or software in the

aircard or the defendant's laptop.

4.      Further, 18 U.S.C. §§ 3127(3) and (4) specifically prohibit pen register or trap and

trace devices from recording, decoding or capturing the substantive content of any

communication. Were the equipment to do this, by statute, it would no longer be a pen

register/trap and trace device. Instead, it would be an electronic intercept device

regulated by Title III. To ensure that the content of communications is not intercepted, in

accordance with 18 U.S.C. §3121(c), all pen register/trap and trace devices used by

government agencies must be restricted from recording or decoding any data or impulses

not strictly related to the dialing, routing, signaling or addressing information utilized in

the processing or transmitting of wire or electronic communications. The equipment

used in this case was in compliance with the requirements of the statutes cited above.

Therefore, the pen register/trap and trace equipment used to locate the defendant's aircard

did not capture, collect, decode, view, or otherwise obtain any content transmitted from

2

CELLSITE-13635

the aircard, and therefore was unable to pass any of this information from the aircard to Verizon Wireless.

5.     FBI policy requires that at the conclusion of a location operation, FBI technical personnel are to purge all data stored in the pen register/trap and trace equipment. During a location operation, the electronic serial numbers (ESNs) (or their equivalent) from all wireless devices in the immediate area of the FBI device that subscribe to a particular provider may be incidentally recorded, including those of innocent, non-target devices. Purging is done by the FBI as an additional, internal procedural safeguard to ensure (1) that the privacy rights of those innocent third parties are maintained, (2) that the FBI does not store or maintain pen register/trap and trace data beyond the scope of its legal authorization, or (3) that the FBI does not collect information about individuals who are not the subject of criminal or national security investigations.

6.     I declare under penalty of perjury that the foregoing facts are true and correct.

_10/27/11_        _Bradley S. Morrison_
Date                        Bradley S. Morrison
                            Supervisory Special Agent
                            FBI

3

CELLSITE-13636

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 55
Page 2 ~ b3; b7E;
Page 3 ~ Duplicate - 1195589-Finance-10, p. 88;
Page 4 ~ b1; b3; b6; b7C; b7E;
Page 6 ~ b3; b7E;
Page 7 ~ b3; b7E;
Page 8 ~ b3; b6; b7C; b7E;
Page 9 ~ b3; b6; b7C; b7E;
Page 10 ~ b3; b6; b7C; b7E;
Page 11 ~ b3; b6; b7C; b7E;
Page 12 ~ b3; b6; b7C; b7E;
Page 13 ~ b3; b6; b7C; b7E;
Page 14 ~ b3; b6; b7C; b7E;
Page 15 ~ b3; b6; b7C; b7E;
Page 16 ~ b3; b6; b7C; b7E;
Page 17 ~ b3; b6; b7C; b7E;
Page 18 ~ b3; b6; b7C; b7E;
Page 22 ~ b3; b6; b7C; b7E;
Page 23 ~ b3; b6; b7C; b7E;
Page 24 ~ b3; b6; b7C; b7E;
Page 25 ~ b3; b6; b7C; b7E;
Page 26 ~ b3; b6; b7C; b7E;
Page 27 ~ b3; b6; b7C; b7E;
Page 28 ~ b3; b6; b7C; b7E;
Page 29 ~ b3; b6; b7C; b7E;
Page 30 ~ Duplicate - 1197470-OTD-Policy-7, p. 26;
Page 31 ~ Duplicate - 1211586-NDA-1, p.2 & following;
Page 32 ~ Duplicate - 1211586-NDA-1, p.2 & following;
Page 33 ~ Duplicate - 1211586-NDA-1, p. 4;
Page 35 ~ b3; b6; b7C; b7E;
Page 36 ~ b3; b6; b7C; b7E;
Page 78 ~ b3; b5; b6; b7C; b7E;
Page 80 ~ Referral/Consult;
Page 81 ~ Referral/Consult;
Page 82 ~ Referral/Consult;
Page 83 ~ Referral/Consult;
Page 84 ~ Referral/Consult;
Page 85 ~ Referral/Consult;
Page 86 ~ Referral/Consult;
Page 87 ~ Referral/Consult;
Page 88 ~ Referral/Consult;
Page 146 ~ b3; b6; b7C; b7E;
Page 147 ~ b3; b6; b7C; b7E;
Page 148 ~ b3; b6; b7C; b7E;
Page 149 ~ b3; b6; b7C; b7E;
Page 151 ~ b3; b7E;
Page 152 ~ b3; b7E;
Page 155 ~ b3; b7E;
Page 156 ~ b3; b7E;
```

```
Page 158 ~ b3; b6; b7C; b7E;
Page 159 ~ b3; b5; b7E;
Page 160 ~ b3; b5; b7E;
Page 161 ~ b3; b5; b7E;
Page 162 ~ b3; b5; b7E;
Page 163 ~ b5; b7E;
Page 164 ~ b5; b7E;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)     X
X    No Duplication Fee X
X    For this Page       X
XXXXXXXXXXXXXXXXXXXXXXXX
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

[DATE], 2010

[NAME OF

[TITLE]

NAME]

[ADDRESS]

[CITY, STATE, ZIP CODE]

Re:                                                and  Non-Disclosure
Obligations

Dear [NAME OF

b3
b7E

We  have  been  advised  by                              of  the

must advance coordinate with the Federal Bureau of Investigation (FBI) the

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

**From:**
**Sent:**         Tuesday, May 31, 2011 2:58 PM
**To:**

**Subject:**        RE: NON-DISCLOSURE AGREEMENT      --- UNCLASSIFIED//FOUO

b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO
=========================================================
Sorry, Most of my message got cut off. Do you want to meet first to discuss this, BEFORE we set up a meet and greet with the [____]. I'm free all day tomorrow.

**From:**
**Sent:** Tuesday, May 31, 2011 2:15 PM
**To:**
**Subject:** RE: NON-DISCLOSURE AGREEMENT [____] --- UNCLASSIFIED//FOUO

Classification: UNCLASSIFIED//FOUO
=========================================================

b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

Should we schedule a meeting with [_____] (I think [__] has dealt with [_____] [_____] in the past) to talk about this? It would be a good opportunity for a meet and greet.

Thanks,

**UNCLASSIFIED**
**NON-RECORD**

CELL/OTD  018606

CELLSITE-20925

**From:** _____ (OTD) (FBI)
**Sent:** Tuesday, May 31, 2011 11:45 AM
**To:**
**Cc:**
**Subject:** NON-DISCLOSURE AGREEMENT _____ -- UNCLASSIFIED//FOUO


Classification: UNCLASSIFIED//FOUO
===========================================================


I am  inquiring as to how you would like me to proceed. I have a request from the
_____ OTD
has worked for several years to _____
_____. upon acceptance of the
attached NDA. Before _____ can be made by         b3
_____ an NDA must be signed. We can pursue this in two ways: 1. You or your SAC      b6
can submit the NDA to _____ have        b7C
them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to        b7E
run this by each of you. _____
_____ The attached documents are the requesting letter from _____
_____ and the actual ___ /FBI approved NDA.. The requestors are required to
each sign an NDA and are specifically identified in the attached pdf file.


If I can answer any question feel free to contact me directly @ _____


 << File: NDA|_____| 20101123.doc >>  << File: Document.pdf >>


===========================================================
Classification: UNCLASSIFIED//FOUO

===========================================================
Classification: UNCLASSIFIED//FOUO

===========================================================
Classification: UNCLASSIFIED//FOUO


CELL/OTD  018608


122

Case ID Subfile Name Status Date Opened Last Date Reopened Date Closed

(U) 268-HQ-1068430-C (S) TRAINING P 12/23/2003

(U) 268-HQ-1068430-D (S) LIAISON P 06/14/2004

(U) 268-HQ-1068430-E (S) NON-DISCLOSURE AGREEMENTS P 05/17/2011

DECLASSIFIED BY NSICG F54M93K42
ON 04-08-2013

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | _____ (OTD) (FBI) |
| **Sent:** | Friday, June 24, 2011 9:33 AM |
| **To:** | |
| **Cc:** | |
| **Subject:** | Non-Disclosure --- UNCLASSIFIED |

Classification: UNCLASSIFIED
========================================================

b3
b6
b7C
b7E

GENTS:

I am  inquiring as to how you would like me to proceed. I have a request from the _____ _____ OTD has worked for several years to _____ upon acceptance of the attached NDA. Before _____ can be made by _____ an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to _____ have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you. _____

_____ The attached documents are the requesting letter from _____ and the actual ___/FBI approved NDA..  The requestors are required to each sign an NDA and are specifically identified in the attached pdf file. _____

If I can answer any question feel free to contact me directly @ _____

NDA____WIT...     Document.pdf

**SSA** _____
**Unit Chief**
**Tracking Technology Unit**
**Operational Technology Division**
_____ **office**
_____ **cell**
**"Factum Non Verbum"**

========================================================
Classification: UNCLASSIFIED

CELL/OTD  018601

CELLSITE-20942

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

**From:** _____ (OTD) (FBI)
**Sent:** Friday, June 24, 2011 9:27 AM
**To:**
**Cc:**
**Subject:** Non-Disclosure Agreement --- UNCLASSIFIED

Classification: UNCLASSIFIED
=========================================================

GENTS:


I am  inquiring as to how you would like me to proceed. I have a request from the _____
_____ OTD has worked for
several years to _____
_____ upon acceptance of the attached NDA. Before
_____ can be made by _____ an NDA
must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to ____
_____ have them sign the enclosed
NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you.
_____     b3
_____ The          b6
attached documents are the requesting letter from _____ and the      b7C
actual ____ FBI approved NDA.. The requestors are required to each sign an NDA and are      b7E
specifically identified in the attached pdf file. _____
_____


If I can answer any question feel free to contact me directly @ _____


NDA _____ WIT...     Document.pdf


SSA _____
**Unit Chief**
**Tracking Technology Unit**
**Operational Technology Division**
_____ **office**
_____ **cell**
**"Factum Non Verbum"**


=========================================================
Classification: UNCLASSIFIED

CELL/OTD  018602

CELLSITE-20943

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

| | |
|---|---|
| From: | [ ] OTD) (FBI) |
| Sent: | Monday, June 20, 2011 1:24 PM |
| To: | |
| Cc: | |
| Subject: | [ ] NDA --- UNCLASSIFIED//FOUO |

Classification: UNCLASSIFIED//FOUO
========================================================

GENTS: HERE WE GO AGAIN..


I am  inquiring as to how you would like me to proceed. I have a request from the [ ]
[                    ] OTD has worked for several years to [                              ] upon
acceptance of the attached NDA. Before [                                           ]
can be made by [                    ] an NDA must be signed. We can pursue this in two ways: 1.
You or your SAC can submit the NDA to [         ] have them sign the enclosed NDA, one per individual, or I can travel and perform
same. Wanted to run this by each of you. [                              ]
[                                                  ] The attached documents are the requesting letter
from [                                   ] and the actual [     ] FBI approved NDA..  The requestors
are required to each sign an NDA and are specifically identified in the attached pdf file. [     ]
[                                                  ]

b3
b6
b7C
b7E

If I can answer any question feel free to contact me directly @ [                    ]

[W]
NDA [ ] WIT...         Document.pdf


**SSA** [                    ]
**Unit Chief**
**Tracking Technology Unit**
**Operational Technology Division**
[                    ] **office**
**cell**
**"Factum Non Verbum"**


========================================================
Classification: UNCLASSIFIED//FOUO


CELL/OTD  018603

CELLSITE-20944

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

**From:** ☐OTD) (FBI)
**Sent:** Tuesday, June 14, 2011 9:35 AM
**To:**
**Cc:**
**Subject:** Execution of NDA --- UNCLASSIFIED//FOUO

Classification: UNCLASSIFIED//FOUO
========================================================

NDA☐          Document.pdf
☐WIT...

I am  inquiring as to how you would like me to proceed. I have a request from ☐ ☐
OTD has worked for several years to ☐ ☐
☐ upon acceptance
of the attached NDA. Before ☐ an NDA must be signed. We can pursue this in two ways: 1. You or your
SAC can submit the NDA to ☐
have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted
to run this by each of you. ☐

☐ The attached documents are the requesting letter from ☐
☐and the actual ☐ FBI approved NDA..  The requestors are required to
each sign an NDA and are specifically identified in the attached pdf file. ☐
☐

If I can answer any question feel free to contact me directly @ ☐

========================================================
Classification: UNCLASSIFIED//FOUO

b3
b6
b7C
b7E

CELL/OTD  018604

CELLSITE-20945

HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | (OTD) (FBI) |
| **Sent:** | Tuesday, June 28, 2011 8:51 AM |
| **To:** | |
| **Cc:** | |
| **Subject:** | Non-Disclosure ███ -- UNCLASSIFIED//FOUO |

Classification: UNCLASSIFIED//FOUO
====================================================

Document.pdf    NDA         WIT...

b3
b6
b7C
b7E

GENTS:

I am inquiring as to how you would like me to proceed. I have a request from the ███ OTD has worked for several years to ███ upon acceptance of the attached NDA. Before ███ an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to ███ have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you.

███ The attached documents are the requesting letter from ███ and the actual ███ FBI approved NDA.. The requestors are required to each sign an NDA and are specifically identified in the attached pdf file. ███ Signed NDS return to TTU for action.

If I can answer any question feel free to contact me directly @ ███

**SSA** ███
**Unit Chief**
**Tracking Technology Unit**
**Operational Technology Division**
███ **office**
███ **cell**
**"Factum Non Verbum"**

====================================================
Classification: UNCLASSIFIED//FOUO

CELL/OTD 018597

CELLSITE-20946

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | (OTD) (FBI) |
| **Sent:** | Tuesday, June 28, 2011 8:02 AM |
| **To:** | |
| **Cc:** | |
| **Subject:** | Non-Disclosure --- UNCLASSIFIED//FOUO |

Classification: UNCLASSIFIED//FOUO
========================================================

GENTS:  ( another request) Not sure if I have the correct individuals:


I am  inquiring as to how you would like me to proceed. I have a request from the
OTD has
worked for several years to
upon acceptance of the
attached NDA. Before
an NDA must be signed. We can pursue this in two ways: 1. You or your SAC    b3
can submit the NDA to                                                have     b6
them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to  b7C
run this by each of you.                                                          b7E

The attached documents are the requesting letter from
and the actual    /FBI approved NDA..  The requestors are required to
each sign an NDA and are specifically identified in the attached pdf file.


If I can answer any question feel free to contact me directly @

Document.pdf     NDA
                     WIT...

**SSA**
**Unit Chief**
**Tracking Technology Unit**
**Operational Technology Division**
**office**
**cell**
**"Factum Non Verbum"**


========================================================
Classification: UNCLASSIFIED//FOUO


CELL/OTD   018598

CELLSITE-20947

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

**From:**
**Sent:** Monday, June 27, 2011 12:54 PM
**To:**
**Cc:**
**Subject:** FW: Execution of NDA --- UNCLASSIFIED//FOUO

Classification: UNCLASSIFIED//FOUO
========================================================

_____ asked that I handle this matter for the _____ _____ who    b3
supervises the WITT _____ regarding the NDA.  He asked that we wait until after July 1 to execute the NDA as    b6
_____ I will work with ____ to complete all required paperwork.  If there    b7C
are any issues with _____ please let me know.  Thanks.    b7E

**From:** _____
**Sent:** Thursday, June 23, 2011 2:40 PM
**To:** _____
**Subject:** FW: Execution of NDA --- UNCLASSIFIED//FOUO

Classification: UNCLASSIFIED//FOUO
========================================================

See attached

**From:** _____ (OTD) (FBI)    b3
**Sent:** Tuesday, June 14, 2011 9:35 AM    b6
**To:** _____    b7C
**Cc:**    b7E
**Subject:** Execution of NDA --- UNCLASSIFIED//FOUO

Classification: UNCLASSIFIED//FOUO
========================================================

NDA ____ WIT...    Document.pdf

CELL/OTD   018599

114

I am  inquiring as to how you would like me to proceed. I have a request from [          ]
[                                                                                ]
OTD has worked for several years to [                                          ]
[                                                              ] upon acceptance
of the attached NDA. Before [                                                  ]
[                        ] an NDA must be signed. We can pursue this in two ways: 1. You or your
SAC can submit the NDA to [                                                    ]
have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted
to run this by each of you. [                                                  ]
[                                  ] The attached documents are the requesting letter from [      ]
[                        ] and the actual [    ] /FBI approved NDA..  The requestors are required to
each sign an NDA and are specifically identified in the attached pdf file. [                ]
[                                            ]

b3
b6
b7C
b7E

If I can answer any question feel free to contact me directly @ [              ]

=======================================================
Classification: UNCLASSIFIED//FOUO

=======================================================
Classification: UNCLASSIFIED//FOUO

=======================================================
Classification: UNCLASSIFIED//FOUO

CELL/OTD   018600

CELLSITE-20949

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | (OTD) (FBI) |
| **Sent:** | Friday, July 22, 2011 6:30 AM |
| **To:** | |
| **Cc:** | |
| **Subject:** | Non-Disclosure Agreement --- UNCLASSIFIED |

Classification: UNCLASSIFIED
========================================================

I cannot locate your ASAC              in the address look up. Need
your assistance.

I am  inquiring as to how you would like me to proceed. I have a request from the
                                                          OTD has worked for
several years to                                                                    b3
                                                upon acceptance of the attached NDA.  Before  b6
                                                                          an  NDA  b7C
must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to  b7E
                                                              have them sign the enclosed
NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you.
                                                                          The
attached documents are the requesting letter from                              and the
actual         /FBI approved NDA..  The requestors are required to each sign an NDA and are
specifically identified in the attached pdf file.

If I can answer any question feel free to contact me directly @

NDA          WIT...    Document.pdf


**SSA**
**Unit Chief**
**Tracking Technology Unit**
**Operational Technology Division**
                **office**
                **cell**
**"Factum Non Verbum"**


========================================================
Classification: UNCLASSIFIED

CELLSITE-20950

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | (OTD) (FBI) |
| **Sent:** | Tuesday, July 19, 2011 2:56 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | Non-Disclosure --- UNCLASSIFIED |

Classification: UNCLASSIFIED
===========================================================

GENTS:

I am inquiring as to how you would like me to proceed. I have a request from the _____ OTD has worked for several years to _____ upon acceptance of the attached NDA. Before _____ an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to _____ have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you. _____

_____ The attached documents are the requesting letter from _____ and the actual ___ /FBI approved NDA.. The requestors are required to each sign an NDA and are specifically identified in the attached pdf file. _____

If I can answer any question feel free to contact me directly @ _____

b3
b6
b7C
b7E

Document.pdf    NDA    WIT...

**SSA** _____
**Unit Chief**
**Tracking Technology Unit**
**Operational Technology Division**
_____ **office**
_____ **cell**
**"Factum Non Verbum"**

===========================================================
Classification: UNCLASSIFIED

CELL/OTD   018590

105

CELLSITE-20951

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

**From:** _____(OTD) (FBI)
**Sent:** Tuesday, July 19, 2011 2:52 PM
**To:**

**Cc:**
**Subject:** _____ Non-Disclosure Agreement --- UNCLASSIFIED

Classification: UNCLASSIFIED
========================================================

NDA_____WIT...          Document.pdf

Gents: Here we go again.. Thanks for the CONTINUED support.

I am  inquiring as to how you would like me to proceed. I have a request from the _____
_____ OTD has
worked for several years to _____
_____ upon acceptance of the
attached NDA. Before _____
_____ an NDA must be signed. We can pursue this in two ways: 1. You or your SAC
can submit the NDA to _____ have
them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to
run this by each of you. _____
_____ The attached documents are the requesting letter from _____
_____ and the actual ____ FBI approved NDA.. The requestors are required to
each sign an NDA and are specifically identified in the attached pdf file. _____
_____

If I can answer any question feel free to contact me directly @ _____

b3
b6
b7C
b7E

**SSA** _____
**Unit Chief**
**Tracking Technology Unit**
**Operational Technology Division**
_____ office
_____ cell
**"Factum Non Verbum"**


========================================================
Classification: UNCLASSIFIED

CELL/OTD 018591

CELLSITE-20952

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | (OTD) (FBI) |
| **Sent:** | Tuesday, July 26, 2011 10:50 AM |
| **To:** | |
| **Cc:** | |
| **Subject:** | RE: Non-Disclosure ____ -- UNCLASSIFIED//FOUO |

Classification: UNCLASSIFIED//FOUO
======================================================

Thanks. I just received another request from the ____ Do you desire OTD to handle this

Document.pdf

____ As discussed you will need to handle the ____ and await word from ASAC ____ on the
____

**From:** ____
**Sent:** Wednesday, June 29, 2011 6:42 PM
**To:** ____
**Subject:** RE: Non-Disclosure ____ --- UNCLASSIFIED//FOUO

Classification: UNCLASSIFIED//FOUO
======================================================

____

I would appreciate you executing the NDA with the ____
____
____ it would be beneficial to have you as the WITT ____
manager and SME to address these issues directly.

Additionally, I would be proud to showcase the use of WITT ____
____ I'm sure SSA ____ along with ____ would welcome
your visit and opportunities to discuss innovative ways to improve and expand our WITT deployment as well.  For
example, an opportunity exists in one of our RAs to utilize WITT ____
Please let me know if I can help facilitate this matter in any way.

Thanks,

b6
b7C
b7E

b3
b6
b7C
b7E

CELLSITE-20953

**From:** [redacted] (OTD) (FBI)
**Sent:** Tuesday, June 28, 2011 5:51 AM
**To:** [redacted]

**Cc:** [redacted] (OTD) (FBI)
**Subject:** Non-Disclosure [redacted] --- UNCLASSIFIED//FOUO

Classification: UNCLASSIFIED//FOUO
========================================================

<< File: Document.pdf >> << File: [redacted] WITT 20101123.doc >>

GENTS:

I am inquiring as to how you would like me to proceed. I have a request from the [redacted] OTD
has worked for several years to [redacted] upon acceptance of the
attached NDA. Before [redacted] an NDA must be signed. We can pursue this in two ways: 1. You or your SAC
can submit the NDA to [redacted], have
them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to
run this by each of you. [redacted]

[redacted] The attached documents are the requesting letter from [redacted]
[redacted] and the actual [redacted] FBI approved NDA.. The requestors are required to
each sign an NDA and are specifically identified in the attached pdf file. [redacted] Signed NDS return to TTU for action.

If I can answer any question feel free to contact me directly @ [redacted]

b3
b6
b7C
b7E

**SSA** [redacted]
**Unit Chief**
**Tracking Technology Unit**
**Operational Technology Division**
[redacted] **office**
[redacted] **cell**
**"Factum Non Verbum"**

========================================================
Classification: UNCLASSIFIED//FOUO

========================================================
Classification: UNCLASSIFIED//FOUO

CELL/OTD  018587

CELLSITE-20954

=======================================================
Classification: UNCLASSIFIED//FOUO

CELL/OTD  018588

CELLSITE-20955

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

**From:** _____ (OTD) (FBI)
**Sent:** Thursday, October 13, 2011 1:33 PM
**To:**
**Cc:**
**Subject:** RE: Coordination for _____
UNCLASSIFIED//FOUO//LES

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
=========================================================

I'll have the NDA prepared for a [ ] signature.  Should it be yours or your SAC's signature?

**From:** _____
**Sent:** Monday, September 26, 2011 3:24 PM
**To:**
**Cc:**
**Subject:** RE: Coordination for _____ --- UNCLASSIFIED//FOUO//LES

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
=========================================================

Hi [ ]

We would like to present the NDA to _____ WITT [ ]
We have a working relationship with him in the past.  I will have _____ accompany me when we present
the NDA that your unit will prepare.  This will give us an opportunity to provide _____ with an established
POC with our _____ Thanks _____

**From:** _____ (OTD) (FBI)
**Sent:** Friday, September 23, 2011 5:49 PM
**To:**
**Cc:**

**Subject:** Coordination for _____ --- UNCLASSIFIED//FOUO//LES

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
=========================================================

(U//FOUO//LES) Good day.  I was notified by[ ]that[ ]
WITT
[ ]my unit manages the[ ]
sign a nondisclosure agreement
(NDA) with the FBI.  I can coordinate this requirement directly with[ ]
[ ]I can provide you with the NDA and background information should your division want to lead the task.

CELL-OTD      017826

CELLSITE-20956

(U//FOUO//LES ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ but is the result of several years effort ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚
⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ The underlying point of the NDA is that the ⬚⬚⬚⬚⬚⬚⬚
⬚⬚⬚⬚ are Law Enforcement Sensitive, and we don't want such information released ⬚⬚⬚⬚⬚⬚
⬚⬚⬚⬚⬚⬚⬚⬚ absent specific approval by the AD OTD. ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚
⬚⬚⬚⬚⬚⬚⬚⬚⬚ I've attached a copy of the NDA for your review, but it is not for dissemination outside the FBI.

<< File: NDA_⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ WITT 08282011.pdf >>

(U) As I said above, we can pursue this in one of two ways:  1) you or your SAC can submit the NDA, which my unit will prepare, to ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ and have them sign the NDA, or 2) I can communicate directly with ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ and perform same.

(U) Please advise how you would like me to proceed or, if I can answer any questions, please contact me.

Best regards,

⬚⬚⬚⬚⬚

*SSA* ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚
Chief, Tracking Technology Unit
⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚
Operational Technology Division
office: ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚
mobile ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚
I-net email: ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

b3
b6
b7C
b7E

```
========================================================
Classification: UNCLASSIFIED//FOUO//LES
```

```
========================================================
Classification: UNCLASSIFIED//FOUO//LES
```

```
========================================================
Classification: UNCLASSIFIED//FOUO//LES
```

CELL/OTD   017827

CELLSITE-20957

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | (OTD) (FBI) |
| **Sent:** | Thursday, October 13, 2011 1:24 PM |
| **To:** | |
| **Cc:** | |

**Subject:**     RE: Coordination for
UNCLASSIFIED//FOUO//LES

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
=======================================================

Thanks, [ ], we'll get the NDA out directly.

| | |
|---|---|
| **From:** | |
| **Sent:** | Monday, September 26, 2011 9:50 AM |
| **To:** | |
| **Cc:** | |

**Subject:** RE: Coordination for [ ] --- UNCLASSIFIED//FOUO//LES

Classification: UNCLASSIFIED//FOUO//LES
=======================================================

b3
b6
b7C
b7E

[ ] is good with having you (OTD) go direct with this.

Thanks!

| | |
|---|---|
| **From:** | |
| **Sent:** | Monday, September 26, 2011 8:21 AM |
| **To:** | |
| **Cc:** | |

**Subject:** RE: Coordination for [ ] --- UNCLASSIFIED//FOUO//LES

Classification: UNCLASSIFIED//FOUO//LES
=======================================================

Hi [ ]: Let me run this by the SAC and I'll get back to you.

CELL/OTD  86  017828

Thanks!

b6
b7C
b7E

**From:** [redacted] (OTD) (FBI)
**Sent:** Friday, September 23, 2011 6:56 PM
**To:**
**Cc:**

**Subject:** Coordination for [redacted] --- UNCLASSIFIED//FOUO//LES

Classification: UNCLASSIFIED//FOUO//LES
=======================================================

(U//FOUO//LES) Good day. I was notified by the [redacted] that [redacted] WITT [redacted] my unit manages the [redacted] sign a nondisclosure agreement (NDA) with the FBI. I can coordinate this requirement directly with [redacted] I can provide you with the NDA and background information should your division want to lead the task.

(U//FOUO//LES) [redacted] but is the result of several years effort [redacted] The underlying point of the NDA is that the [redacted] are Law Enforcement Sensitive, and we don't want such information released [redacted] absent specific approval by the AD OTD. [redacted] I've attached a copy of the NDA for your review, but it is not for dissemination outside the FBI.

b3
b6
b7C
b7E

<< File: NDA [redacted] WITT 08282011.pdf >>

(U) As I said above, we can pursue this in one of two ways: 1) you or your SAC can submit the NDA, which my unit will prepare, to [redacted] and have them sign the NDA, or 2) I can communicate directly with [redacted] and perform same.

(U) Please advise how you would like me to proceed or, if I can answer any questions, please contact me.

Best regards,

[redacted]

*SSA* [redacted]
Chief, Tracking Technology Unit
[redacted]

Operational Technology Division
office: [redacted]
mobile [redacted]

CELL/OTD   017829

I-net email:

b6
b7C

```
======================================================
Classification: UNCLASSIFIED//FOUO//LES

======================================================
Classification: UNCLASSIFIED//FOUO//LES

======================================================
Classification: UNCLASSIFIED//FOUO//LES

======================================================
Classification: UNCLASSIFIED//FOUO//LES
```

CELL/OTD    017830

CELLSITE-20960

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | (OTD) (FBI) |
| **Sent:** | Thursday, October 13, 2011 1:23 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | RE: Coordination for |

UNCLASSIFIED//FOUO//LES

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
==================================================

Hi,       please pardon my tardy response.  I only know through                        , that the

From:
Sent: Monday, September 26, 2011 11:01 AM
To:
Cc:
Subject: RE: Coordination for                                    --- UNCLASSIFIED//FOUO//LES

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
==================================================

Do you have any additional details regarding this?  I'm more curious as to the            intent.  As of last week, he has

From:                          (OTD) (FBI)
Sent: Friday, September 23, 2011 6:43 PM
To:
Cc:
Subject: Coordination for                              --- UNCLASSIFIED//FOUO//LES

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
==================================================

(U//FOUO//LES) Good day.  I was notified by             that the
                                                      WITT
my unit manages the
                                          sign a nondisclosure
agreement (NDA) with the FBI.  I can coordinate this requirement directly with
                        I can provide you with the NDA and background information should your division want to lead
the task.

(U//FOUO//LES)                              but is the result of several years effort

The underlying point of the NDA is that [          ] are Law Enforcement Sensitive, and we don't want such information released [          ] absent specific approval by the AD OTD. [          ] I've attached a copy of the NDA for your review, but it is not for dissemination outside the FBI.

<< File: NDA [          ] WITT 08282011.pdf >>

(U) As I said above, we can pursue this in one of two ways:  1) you or your SAC can submit the NDA, which my unit will prepare, to [          ] and have them sign the NDA, or 2) I can communicate directly with [          ] and perform same.

(U) Please advise how you would like me to proceed or, if I can answer any questions, please contact me.

b3
b6
b7C
b7E

Best regards,

[      ]

*SSA* [          ]
Chief, Tracking Technology Unit
[          ]
Operational Technology Division
office: [          ]
mobile [          ]
I-net email: [          ]

========================================================
Classification: UNCLASSIFIED//FOUO//LES

========================================================
Classification: UNCLASSIFIED//FOUO//LES

========================================================
Classification: UNCLASSIFIED//FOUO//LES

========================================================
Classification: UNCLASSIFIED//FOUO//LES

CELL/OTD   017832

CELLSITE-20962

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

**From:** _____ (OTD) (FBI)
**Sent:** Thursday, October 13, 2011 1:17 PM
**To:**
**Cc:**
**Subject:** RE: Coordination for _____ --
UNCLASSIFIED//FOUO//LES

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
========================================================

Sorry to take so long in reply – it's been one of those fiscal year transitions...  I'll have the NDA drafted for an [____] signature.  Should it be yours or your SAC?

[____]

**From:** _____
**Sent:** Monday, September 26, 2011 11:17 AM
**To:**
**Cc:**
**Subject:** RE: Coordination for _____ -- UNCLASSIFIED//FOUO//LES

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
========================================================

[____]     Hi, if you are good with it, we will handle this as we did the [____] Please send up the letter and we will coord with [_____] thx, [____]

**From:** _____ (OTD) (FBI)
**Sent:** Friday, September 23, 2011 7:06 PM
**To:**
**Cc:**
**Subject:** Coordination for _____ -- UNCLASSIFIED//FOUO//LES

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
========================================================

(U//FOUO//LES) Good day.  I was notified by the [_____] that [_____], WITT [_____] my unit manages the [_____] sign a nondisclosure agreement (NDA) with the FBI.  I can coordinate this requirement directly with [_____] [_____] I can provide you with the NDA and background information should your division want to lead the task.

CELL/OTD    017833

CELLSITE-20963

(U//FOUO//LES) ▮▮▮▮▮▮▮▮▮▮▮▮▮ but is the result of several years effort ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The underlying point of the NDA is that the ▮▮▮▮▮▮▮▮
▮▮▮▮▮ are Law Enforcement Sensitive, and we don't want such information released ▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ absent specific approval by the AD OTD. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮ I've attached a copy of the NDA for your review, but it is not for dissemination outside the FBI.

<< File: NDA_▮▮▮▮▮▮▮▮▮▮WITT 08282011.pdf >>

(U) As I said above, we can pursue this in one of two ways:  1) you or your SAC can submit the NDA, which my unit will prepare, to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and have them sign the NDA, or 2) I can communicate directly with ▮▮▮▮▮▮▮▮▮ and perform same.

(U) Please advise how you would like me to proceed or, if I can answer any questions, please contact me.

Best regards,

▮▮

*SSA* ▮▮▮▮▮▮▮▮▮▮
Chief, Tracking Technology Unit
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Operational Technology Division
office: ▮▮▮▮▮▮▮▮▮
mobile ▮▮▮▮▮▮▮▮▮▮
I-net email: ▮▮▮▮▮▮▮▮▮▮

b3
b6
b7C
b7E

================================================
Classification: UNCLASSIFIED//FOUO//LES

================================================
Classification: UNCLASSIFIED//FOUO//LES

================================================
Classification: UNCLASSIFIED//FOUO//LES

CELL/OTD    017834

CELLSITE-20964

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

**From:**
**Sent:** Monday, September 26, 2011 7:27 AM
**To:**
**Cc:**

**Subject:** RE: Coordination for
UNCLASSIFIED//FOUO//LES

Classification: UNCLASSIFIED//FOUO//LES
========================================================

b3
b6
b7C
b7E

I would assume you want to handle this as Acting SAC.  If not, please let me know.

In addition, in light of                                         I think it would be prudent to
emphasize the need for the NDA to further protect this technique.

**From:**                              (OTD) (FBI)
**Sent:** Friday, September 23, 2011 6:43 PM
**To:**
**Cc:**

**Subject:** Coordination for                                    -- UNCLASSIFIED//FOUO//LES

Classification: UNCLASSIFIED//FOUO//LES
========================================================

b3
b6
b7C
b7E

(U//FOUO//LES) Good day.  I was notified by            that
                                                                    WITT
                        my unit manages the
                                                            sign a nondisclosure
agreement (NDA) with the FBI.  I can coordinate this requirement directly with
                            I can provide you with the NDA and background information should your division want to lead
the task.

(U//FOUO//LES)                            , but is the result of several years effort
                                        The underlying point of the NDA is that the
           are Law Enforcement Sensitive, and we don't want such information released
                        absent specific approval by the AD OTD.
                        I've attached a copy of the NDA for your review, but it is not for dissemination outside the FBI.

<< File: NDA_                        WITT 08282011.pdf >>

CELL/OTD          017835

CELLSITE-20965

(U) As I said above, we can pursue this in one of two ways:  1) you or your SAC can submit the NDA, which my unit will prepare, to [                    ] and have them sign the NDA, or 2) I can communicate directly with [                    ] and perform same.

(U) Please advise how you would like me to proceed or, if I can answer any questions, please contact me.

Best regards,

[        ]

*SSA* [                    ]
Chief, Tracking Technology Unit
[                                ]
Operational Technology Division
office: [              ]
mobile [              ]
I-net email: [                    ]

b3
b6
b7C
b7E

========================================================
Classification: UNCLASSIFIED//FOUO//LES

========================================================
Classification: UNCLASSIFIED//FOUO//LES

CELLSITE-20966

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

**From:**
**Sent:** Wednesday, November 03, 2010 5:13 PM
**To:**
**Cc:**
**Subject:**

[          ] is the [                    WITT                    ] is our Supervisor.  Myself and [                    ] have had the [          ] WITT training.  We barely are getting by with our WITT responsibilities here now.  Per [                              ] that works cases and can only work matters and will not be allowed to support this in the [      ] We [    ] at [          ] are not going to be able to support it either with the current [    ] personnel and workload that we have.  One approach out would be to create a [    ] position at [    ] to support this and other [      ] matters.  Best of luck on this one!

b3
b6
b7C
b7E

SA [                    ]
[                              ]
Desk:
Mobile:
Email:

**From:** [                              ]
**Sent:** Wednesday, November 03, 2010 2:13 PM
**To:**
**Cc:**
**Subject:** RE [                ] for [                ]

b3
b6
b7C
b7E

[                    ]

As of this morning [                              ] told me that [    ] is not trained in this program.  I am waiting calls from the [    ] SSA and [                              ] to explain the program to them.

[    ]—In short, the WITT program also supports the [                              ] This is completely different than the [                ] The WITT program requires a [    ] as this program is not operated by the [          ] The only thing the [    ] does is [                              ]. We would like to get that capability in the [          ] so that we can incorporate the school into the program.

The [                              ] resides with [          ] and is operated by the [                              ] is the program manager for that program.

Call me with questions or if you need anything.

[                    ]
[                              ]
**FBI Program Administrator**

CELL/OTD  017843

1

desk
cell

**From:** [_____] (OTD) (FBI)
**Sent:** Wednesday, November 03, 2010 12:58 PM
**To:** [_____]
**Cc:** [_____]
**Subject:** RE: [_____]

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

I think it is [_____] He asked if we could support sending a [_____] to [_____] where he sits and runs his program . I advised that this was possible, however, I need to know who the [____] WITT [_____] would be and how it would be coordinated with the WITT [_____] Nothing has been sent and I was awaiting word on who the WITT [____] would be.. If it is you  can you support this..

*SSA* [_____]
*Unit Chief*
*Tracking Technology Unit*
*Operational Technology Division*

[_____]

**From:** [_____]
**Sent:** Wednesday, November 03, 2010 12:37 PM
**To:** [_____]
**Subject:** RE: [_____]

It may be equipment provided to the [_____] instead of the [_____] in [_____] I will inquire and let you know.

**From:** [_____] (OTD) (FBI)
**Sent:** Wednesday, November 03, 2010 11:18 AM
**To:** [_____]
**Subject:** RE: [_____]

b3
b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

[____] Can you check with your sources and find out if the [_____] commonly referred to as [_____] is one of those provided by [____] This way I can articulate to the [____] exactly what is ongoing between WITT [_____]

*SSA* [_____]
*Unit Chief*
*Tracking Technology Unit*
*Operational Technology Division*

[_____]

CELL/OTD  017844

CELLSITE-20968

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | THOMAS, MARCUS C. (OTD) (FBI) |
| **Sent:** | Wednesday, December 09, 2009 10:36 AM |
| **To:** | COOK, PATRICK B. (OTD) (FBI); DICLEMENTE, ANTHONY P. (OTD) (FBI); |
| **Subject:** | RE: Recap of 12/4/09 Meeting with ☐ and Confirmation of Condition Language, Etc. |

b3
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

I am in agreement with these statements.

Marcus

Marcus C. Thomas
Assistant Director
Operational Technology Division

| | |
|---|---|
| **From:** | ☐ (OTD) (FBI) |
| **Sent:** | Tuesday, December 08, 2009 2:33 PM |
| **To:** | THOMAS, MARCUS C. (OTD) (FBI); COOK, PATRICK B. (OTD) (FBI); DICLEMENTE, ANTHONY P. (OTD) (FBI) |
| **Subject:** | RE: Recap of 12/4/09 Meeting with ☐ and Confirmation of Condition Language, Etc. |

**UNCLASSIFIED**
**NON-RECORD**

I confirm and agree with the below. I would like AD Thomas to confirm also and would respectfully request that ☐ formally document the below in writing to the FBI/OTD.. This formal documentation will provide clarity and a recourse if any of the terms agreed to are not met in view of no actual ☐ exists to date nor is their any indication as to a time line when ☐ will formally ☐

Marcus: Can you confirm or deny.. ·

*SSA* ☐
*Unit Chief*
*Tracking Technology Unit*
*Operational Technology Division*

b3
b6
b7C
b7E

| | |
|---|---|
| **From:** | ☐ (OGC) (FBI) |
| **Sent:** | Tuesday, December 08, 2009 2:19 PM |
| **To:** | ☐ (OTD) (FBI) |
| **Subject:** | Recap of 12/4/09 Meeting with ☐ and Confirmation of Condition Language, Etc. |

**UNCLASSIFIED**
**NON-RECORD**

CELL/OTD   017845

1

CELLSITE-20969

**Can you confirm that you agree with my thoughts about that, so I can reconfirm to** [ ] **if she raises it again?**

[ ]

Assistant General Counsel

Science and Technology Law Unit

Office of the General Counsel

Federal Bureau of Investigation

Direct Dial:

Fax:

b5
b6
b7C
b7E

*This message may be protected by the deliberative process and/or attorney-client privileges.   Please do not disseminate outside the FBI without the express permission of  OGC and/or the sender.*

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD   017847

CELLSITE-20971

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | (OGC) (FBI) |
| **Sent:** | Tuesday, December 08, 2009 3:59 PM |
| **To:** | (OTD) (FBI) |
| **Subject:** | RE: Recent |

b3
b5
b6
b7C
b7E

**UNCLASSIFIED**
**NON-RECORD**

| | |
|---|---|
| **From:** | (OTD) (FBI) |
| **Sent:** | Tuesday, December 08, 2009 3:54 PM |
| **To:** | (OGC) (FBI) |
| **Subject:** | RE: Recent |

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

Sweat. Maybe [ ] needs to look at that one :)

*SSA* [ ]
*Unit Chief*
*Tracking Technology Unit*
*Operational Technology Division*

| | |
|---|---|
| **From:** | (OGC) (FBI) |
| **Sent:** | Tuesday, December 08, 2009 3:44 PM |
| **To:** | (OTD) (FBI) |
| **Subject:** | RE: Recent |

**UNCLASSIFIED**
**NON-RECORD**

b3
b5
b6
b7C
b7E

| | |
|---|---|
| **From:** | (OTD) (FBI) |
| **Sent:** | Tuesday, December 08, 2009 3:42 PM |
| **To:** | (OGC) (FBI) |
| **Subject:** | RE: Recent |

CELL/OTD   017857

1

**UNCLASSIFIED**
**NON-RECORD**

*SSA*
*Unit Chief*
*Tracking Technology Unit*
*Operational Technology Division*

| | | |
|---|---|---|
| **From:** | (OGC) (FBI) | b3 |
| **Sent:** | Tuesday, December 08, 2009 3:27 PM | b5 |
| **To:** | (OTD) (FBI) | b6 |
| **Subject:** | Recent | b7C |
| | | b7E |

**UNCLASSIFIED**
**NON-RECORD**

I just sent this to you on [ ] but then realized you would not be able to read due to [ ]

Assistant General Counsel

Science and Technology Law Unit

Office of the General Counsel

Federal Bureau of Investigation

Direct Dial:

Fax:

*This message may be protected by the deliberative process and/or attorney-client privileges.   Please do not disseminate outside the FBI without the express permission of OGC and/or the sender.*

**UNCLASSIFIED**

**UNCLASSIFIED**

CELL/OTD    017858

CELLSITE-20982

**<u>UNCLASSIFIED</u>**

**<u>UNCLASSIFIED</u>**

**<u>UNCLASSIFIED</u>**

CELL/OTD   017859

3

CELLSITE-20983

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

| | |
|---|---|
| From: | (OTD) (FBI) |
| Sent: | Monday, October 31, 2011 2:41 PM |
| To: | |
| Cc: | |
| Subject: | Coordination for |
| Attachments: | NDA_ 08282011.pdf |

Classification: UNCLASSIFIED//FOUO//LES
=======================================================

(U//FOUO//LES) Good day, ___ I was notified by the ___ that the ___ ___, my unit manages the ___ sign a nondisclosure agreement (NDA) with the FBI.  I can coordinate this requirement directly with ___ I can provide you with the NDA and background information should your division want to lead the task.

(U//FOUO//LES) ___ but is the result of several years effort ___ The underlying point of the NDA is that the ___ are Law Enforcement Sensitive, and we don't want such information released ___ absent specific approval by the AD OTD. ___ I've attached a copy of the NDA for your information, but it is not for dissemination outside the FBI.

b3
b6
b7C
b7E

(U) As I said above, we can pursue this in one of two ways:  1) you or your SAC can submit the NDA, which my unit will prepare, to ___ (I have the names) for signature, or 2) I can communicate directly with ___ and perform same.

(U) Please advise how you would like me to proceed or, if I can answer any questions, please contact me.

Best regards,

*SSA* ___
Chief, Tracking Technology Unit
Operational Technology Division
office: ___
mobile ___
I-net email: ___

=======================================================
Classification: UNCLASSIFIED//FOUO//LES

CELL/OTD  017814

CELLSITE-20984

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

**From:**
**Sent:** Monday, October 31, 2011 2:27 PM
**To:**
**Cc:**

**Subject:** RE: Coordination for
UNCLASSIFIED//FOUO//LES

Classification: UNCLASSIFIED//FOUO//LES
========================================================

: Yes. Please handle directly.

Thanks!

b3
b6
b7C
b7E

**From:** (OTD) (FBI)
**Sent:** Monday, October 31, 2011 2:24 PM
**To:**
**Cc:**
**Subject:** RE: Coordination for -- UNCLASSIFIED//FOUO//LES

Classification: UNCLASSIFIED//FOUO//LES
========================================================

(U//FOUO//LES) Hi, I've another one: advised that the is seeking to procure a Shall I handle directly as before?

Thanks,

b3
b6
b7C
b7E

**From:** OTD) (FBI)
**Sent:** Thursday, October 13, 2011 1:24 PM
**To:**
**Cc:**
**Subject:** RE: Coordination for -- UNCLASSIFIED//FOUO//LES

CELLSITE-20985

```
Classification: UNCLASSIFIED//FOUO//LES
========================================================
```

Thanks, [ ], we'll get the NDA out directly.

**From:** [ ]
**Sent:** Monday, September 26, 2011 9:50 AM
**To:** [ ]
**Cc:** [ ]

**Subject:** RE: Coordination for [ ] --- UNCLASSIFIED//FOUO//LES

```
Classification: UNCLASSIFIED//FOUO//LES
========================================================
```

b3
b6
b7C
b7E

[ ] is good with having you (OTD) go direct with this.

Thanks!

**From:** [ ]
**Sent:** Monday, September 26, 2011 8:21 AM
**To:** [ ]
**Cc:** [ ]

**Subject:** RE: Coordination for [ ] --- UNCLASSIFIED//FOUO//LES

```
Classification: UNCLASSIFIED//FOUO//LES
========================================================
```

b3
b6
b7C
b7E

Hi [ ]: Let me run this by the SAC and I'll get back to you.

Thanks!

CELL/OTD   017816

74

**From:** _____ (OTD) (FBI)
**Sent:** Friday, September 23, 2011 6:56 PM
**To:**
**Cc:**

**Subject:** Coordination for _____ --- UNCLASSIFIED//FOUO//LES

Classification: UNCLASSIFIED//FOUO//LES
========================================================

(U//FOUO//LES) Good day. I was notified by the _____ that the _____
_____ WITT
_____ my unit manages the _____
_____ The key component of the approval is that _____ sign a nondisclosure agreement (NDA)
with the FBI. I can coordinate this requirement directly with _____
I can provide you with the NDA and background information should your division want to lead the task.

(U//FOUO//LES) _____ but is the result of several years effort _____
_____ The underlying point of the NDA is that the _____
_____ are Law Enforcement Sensitive, and we don't want such information released _____          b3
_____ absent specific approval by the AD OTD. _____          b6
_____ I've attached a copy of the NDA for your review, but it is not for dissemination outside the FBI.          b7C
                                                                                                                            b7E

<< File: NDA _____ WITT 08282011.pdf >>

(U) As I said above, we can pursue this in one of two ways:  1) you or your SAC can submit the NDA, which my unit will
prepare, to _____ and have them sign the NDA, or 2) I can
communicate directly with _____ and perform same.

(U) Please advise how you would like me to proceed or, if I can answer any questions, please contact me.

Best regards,
_____

*SSA* _____
Chief, Tracking Technology Unit
_____
Operational Technology Division
office: _____
mobile _____
I-net email: _____


========================================================
Classification: UNCLASSIFIED//FOUO//LES

========================================================
Classification: UNCLASSIFIED//FOUO//LES

CELL/OTD   017817

CELLSITE-20987

```
=======================================================
```
Classification: UNCLASSIFIED//FOUO//LES

```
=======================================================
```
Classification: UNCLASSIFIED//FOUO//LES

```
=======================================================
```
Classification: UNCLASSIFIED//FOUO//LES

```
=======================================================
```
Classification: UNCLASSIFIED//FOUO//LES

CELL/OTD   017818

CELLSITE-20988

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

**From:**
**Sent:**          Monday, October 31, 2011 3:36 PM
**To:**
**Subject:**       RE: Coordination for

Classification: UNCLASSIFIED//FOUO//LES
=======================================================

b3
b6
b7C
b7E

I will get back to you with how I want to handle this.  Do you have a deadline?

*"THE MAN WHO THINKS HE CAN LIVE WITHOUT OTHERS IS MISTAKEN; THE MAN WHO THINKS OTHERS CAN'T LIVE WITHOUT HIM IS EVEN MORE DELUDED"* ~ ANONYMOUS

**From:**                        (OTD) (FBI)
**Sent:** Monday, October 31, 2011 11:41 AM
**To:**
**Cc:**

**Subject:** Coordination for

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
=======================================================

(U//FOUO//LES) Good day,      I was notified by the              that the
                                                                my unit manages the
                              sign a nondisclosure agreement (NDA) with the FBI.  I can coordinate this requirement
directly with                                          I can provide you with the NDA and background
information should your division want to lead the task.

(U//FOUO//LES)                                      but is the result of several years effort
                                          The underlying point of the NDA is that the
                        are Law Enforcement Sensitive, and we don't want such information released
                        absent specific approval by the AD OTD.                      I've attached a copy of the NDA for your information, but it is not for dissemination
outside the FBI.

CELL/OTD  017808

CELLSITE-20989

(U) As I said above, we can pursue this in one of two ways: 1) you or your SAC can submit the NDA, which my unit will prepare, to [            ] (I have the names) for signature, or 2) I can communicate directly with [            ] and perform same.

(U) Please advise how you would like me to proceed or, if I can answer any questions, please contact me.

Best regards,

[            ]

*SSA* [            ]
Chief, Tracking Technology Unit
[            ]
Operational Technology Division
office: [            ]
mobile [            ]
I-net email: [            ]

b6
b7C
b7E

======================================================
Classification: UNCLASSIFIED//FOUO//LES


======================================================
Classification: UNCLASSIFIED//FOUO//LES

CELL/OTD      017809

CELLSITE-20990

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | ☐ (OTD) (FBI) |
| **Sent:** | Monday, October 31, 2011 2:45 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | FW: Coordination for ☐ |
| | UNCLASSIFIED//FOUO//LES |

Classification: UNCLASSIFIED//FOUO//LES
========================================================

☐ , please prepare NDA for ☐ signature.  This is ☐ so some words might need to be changed to make sense (i.e. they're not ☐ )

| | |
|---|---|
| **From** | ☐ |
| **Sent:** | Monday, October 31, 2011 2:27 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | RE: Coordination for ☐ --- UNCLASSIFIED//FOUO//LES |

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
========================================================

☐ Yes. Please handle directly.

Thanks!

| | |
|---|---|
| **From:** | ☐ (OTD) (FBI) |
| **Sent:** | Monday, October 31, 2011 2:24 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | RE: Coordination for ☐ --- UNCLASSIFIED//FOUO//LES |

Classification: UNCLASSIFIED//FOUO//LES
========================================================

CELL/OTD   017810

68

CELLSITE-20991

(U//FOUO//LES) Hi.    I've another one:      advised that the

is seeking to procure a

Shall I handle directly as before?

Thanks,

**From:**      (OTD) (FBI)
**Sent:** Thursday, October 13, 2011 1:24 PM
**To:**
**Cc:**
**Subject:** RE: Coordination for      --- UNCLASSIFIED//FOUO//LES

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
========================================================

Thanks    we'll get the NDA out directly.

**From:**
**Sent:** Monday, September 26, 2011 9:50 AM
**To:**
**Cc:**
**Subject:** RE: Coordination for      -- UNCLASSIFIED//FOUO//LES

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
========================================================

is good with having you (OTD) go direct with this.

Thanks!

**From:**
**Sent:** Monday, September 26, 2011 8:21 AM
**To:**
**Cc:**
**Subject:** RE: Coordination for      -- UNCLASSIFIED//FOUO//LES

CELL/OTD   017811

CELLSITE-20992

Classification: UNCLASSIFIED//FOUO//LES
=======================================================

Hi [ ]  Let me run this by the SAC and I'll get back to you.

Thanks!

b6
b7C
b7E

**From:** [_____](OTD) (FBI)
**Sent:** Friday, September 23, 2011 6:56 PM
**To:** [_____]
**Cc:** [_____]
[_____]

b3
b6
b7C
b7E

**Subject:** Coordination for [_____]--- UNCLASSIFIED//FOUO//LES

Classification: UNCLASSIFIED//FOUO//LES
=======================================================

(U//FOUO//LES) Good day.  I was notified by the [_____] that the [_____]
[_____]WITT [_____]
[_____] my unit manages the [_____] sign a nondisclosure agreement (NDA)
with the FBI.  I can coordinate this requirement directly with [_____]
I can provide you with the NDA and background information should your division want to lead the task.

(U//FOUO//LES) [_____] but is the result of several years effort [_____]
[_____]  The underlying point of the NDA is that the [_____]
[_____] are Law Enforcement Sensitive, and we don't want such information released [_____]
[_____] absent specific approval by the AD OTD. [_____]
[_____] I've attached a copy of the NDA for your review, but it is not for dissemination outside the FBI.

<< File: NDA_[_____]WITT 08282011.pdf >>

(U) As I said above, we can pursue this in one of two ways:  1) you or your SAC can submit the NDA, which my unit will
prepare, to [_____] and have them sign the NDA, or 2) I can
communicate directly with [_____] and perform same.

(U) Please advise how you would like me to proceed or, if I can answer any questions, please contact me.

Best regards,
[_____]

SSA [_____]

CELL/OTD   017812

70

Chief, Tracking Technology Unit

Operational Technology Division
office:
mobile
I-net email:

b3
b6
b7C
b7E

====================================================
Classification: UNCLASSIFIED//FOUO//LES

====================================================
Classification: UNCLASSIFIED//FOUO//LES

====================================================
Classification: UNCLASSIFIED//FOUO//LES

====================================================
Classification: UNCLASSIFIED//FOUO//LES

====================================================
Classification: UNCLASSIFIED//FOUO//LES

====================================================
Classification: UNCLASSIFIED//FOUO//LES

====================================================
Classification: UNCLASSIFIED//FOUO//LES

CELL/OTD    017813

CELLSITE-20994

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

(OTD) (FBI)

**From:** _____ (OTD) (FBI)
**Sent:** Wednesday, November 23, 2011 1:57 PM
**To:**
**Cc:**
**Subject:** FW: Coordination for _____

Classification: UNCLASSIFIED//FOUO//LES

======================================================

☐ please prepare the NDA using the following updated template:

[W]

NDA _____ 112320...

Thanks.

**From:** _____
**Sent:** Tuesday, November 22, 2011 2:12 PM
**To:** _____
**Subject:** RE: Coordination for _____

Classification: UNCLASSIFIED//FOUO//LES

======================================================

SSA _____

First, to answer your original question, I will let you communicate directly with _____ re: the Non-Disclosure Agreement.

Second, I spoke to _____ this morning re _____ He advised that they already have a _____ and they are very familiar with the non-disclosure issues.  They are looking at _____ He advised that signing a new non-disclosure agreement form will not be a problem; he recalled that being part of the process the first time.

Even though we have a great relationship with _____ et al, I still prefer your unit deal directly with _____ re: the NDA.

Thank you very much for bringing this to our attention.

**From:** _____ (OTD) (FBI)
**Sent:** Tuesday, November 22, 2011 7:46 AM

b3
b6
b7C
b7E

CELL/OTD    017790
48

CELLSITE-20995

**To:**
**Subject:** RE: Coordination for

Classification: UNCLASSIFIED//FOUO//LES
======================================================

At your convenience.  Thank you.

**From:**
**Sent:** Monday, November 21, 2011 5:03 PM
**To:**
**Subject:** RE: Coordination for

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
======================================================

SSA

I wanted to let you know that I was in receipt of your e-mail.  I'm discussing our course of action with the CDC and SAC, and I will have an answer for you within the next few days. Thanks for your patience.

**From:**                          (OTD) (FBI)
**Sent:** Monday, November 21, 2011 8:22 AM
**To:**
**Cc:**
(FBI)
**Subject:** Coordination for

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
======================================================

(U//FOUO//LES) Good morning.  I was notified by the                    that the

                              my unit manages the
                                                      sign a nondisclosure agreement (NDA)
with the FBI.  I can coordinate this requirement directly with
I can provide you with the NDA and background information should your division want to lead the task.

(U//FOUO//LES)                                        but is the result of several years effort

                                                      The underlying point of the NDA is that the
                              are Law Enforcement Sensitive, and we don't want such information released
                              absent specific approval by the AD OTD.

[_____]'ve attached a sample of the NDA for your information, but it is not for dissemination outside the FBI.

<< File: NDA[_____] 08282011.pdf >>

(U) As I said above, we can pursue this in one of two ways:  1) you or your SAC can submit the NDA, which my unit will prepare for you, to [_____](I have the names) for signature, or 2) I can communicate directly with the requesting agency and perform same.

(U) Please advise how you would like me to proceed or, if I can answer any questions, please contact me.  For more background, I'm attaching an email in which I answer some questions from the [___] CDC on this topic:

<< Message: RE[_____]NDA >>

Best regards,

[____]

*SSA*[_____]
Chief, Tracking Technology Unit
[_____]
Operational Technology Division
office:[_____]
mobile[_____]
I-net email:[_____]

b3
b6
b7C
b7E

=======================================================
Classification: UNCLASSIFIED//FOUO//LES

=======================================================
Classification: UNCLASSIFIED//FOUO//LES

=======================================================
Classification: UNCLASSIFIED//FOUO//LES

=======================================================
Classification: UNCLASSIFIED//FOUO//LES

=======================================================
Classification: UNCLASSIFIED//FOUO//LES

CELL/OTD   017792
50

CELLSITE-20997

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | (OTD) (FBI) |
| **Sent:** | Wednesday, November 23, 2011 1:55 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | FW: Coordination for |

Classification: UNCLASSIFIED//FOUO//LES
=========================================================

please prepare the NDA using the new, attached template:

NDA [12320...]

| | |
|---|---|
| **From:** | |
| **Sent:** | Wednesday, November 23, 2011 8:53 AM |
| **To:** | |
| **Cc:** | |
| **Subject:** | RE: Coordination for |

Classification: UNCLASSIFIED//FOUO//LES
=========================================================

Hi          thanks for your email.  I've conferred with our SAC and we would prefer if OTD just go direct with          to secure the Non-disclosure and complete the deal.

Thanks for asking,

Thank you,

| | |
|---|---|
| **From:** | (OTD) (FBI) |
| **Sent:** | Monday, November 21, 2011 9:49 AM |
| **To:** | |
| **Cc:** | |
| **Subject:** | Coordination for |

b3
b6
b7C
b7E

CELL/OTD   017793
51

CELLSITE-20998

```
Classification: UNCLASSIFIED//FOUO//LES
=======================================================
```

(U//FOUO//LES) Good morning.  I was notified by the [REDACTED] that the [REDACTED]
[REDACTED] my unit manages the [REDACTED]
[REDACTED] sign a nondisclosure agreement (NDA)
with the FBI.  I can coordinate this requirement directly with [REDACTED]
I can provide you with the NDA and background information should your division want to lead the task.

<< File: [REDACTED] pdf >>

(U//FOUO//LES) [REDACTED] but is the result of several years effort [REDACTED]
[REDACTED] The underlying point of the NDA is that the
[REDACTED] are Law Enforcement Sensitive, and we don't want such information released [REDACTED]
[REDACTED] absent specific approval by the AD OTD. [REDACTED]
[REDACTED] I've attached a sample of the NDA for your information, but it is not for
dissemination outside the FBI.

<< File: NDA_[REDACTED] 08282011.pdf >>

(U) As I said above, we can pursue this in one of two ways:  1) you or your SAC can submit the NDA, which my unit will
prepare for you, to [REDACTED] for signature, or 2) I can communicate directly with
[REDACTED] and perform same.

(U) Please advise how you would like me to proceed or, if I can answer any questions, please contact me.  For more
background, I'm attaching an email in which I answer some questions from the [REDACTED] CDC on this topic:

<< Message: RE: [REDACTED] NDA >>

Best regards,
[REDACTED]

*SSA* [REDACTED]
Chief, Tracking Technology Unit
[REDACTED]
Operational Technology Division
office: [REDACTED]
mobile [REDACTED]
I-net email: [REDACTED]

b3
b6
b7C
b7E

```
=======================================================
Classification: UNCLASSIFIED//FOUO//LES


=======================================================
Classification: UNCLASSIFIED//FOUO//LES


=======================================================
Classification: UNCLASSIFIED//FOUO//LES
```

CELL/OTD     017794
52

CELLSITE-20999

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

**From:** _____ (OTD) (FBI)
**Sent:** Wednesday, November 23, 2011 2:04 PM
**To:**
**Cc:** _____
**Subject:** RE: Coordination for _____

Classification: UNCLASSIFIED//FOUO//LES
=========================================================

By the way, this letter should be addressed to _____ but actually <u>FedExed</u> to:

b3
b6
b7C
b7E

(his telephone is _____

**From:** _____ OTD) (FBI)
**Sent:** Wednesday, November 23, 2011 1:55 PM
**To:**
**Cc:**
**Subject:** FW: Coordination for _____

Classification: UNCLASSIFIED//FOUO//LES
=========================================================

b3
b6
b7C
b7E

____ , please prepare the _____ NDA using the new, attached template:

<< File: NDA_____ 11232011 DRAFT - LES.doc >>

**From:** _____
**Sent:** Wednesday, November 23, 2011 8:53 AM
**To:**
**Cc:**
**Subject:** RE: Coordination for _____

Classification: UNCLASSIFIED//FOUO//LES
=========================================================

Hi ____ thanks for your email.  I've conferred with our SAC and we would prefer if OTD just go direct with ____ to secure the Non-disclosure and complete the deal.

Thanks for asking,

____

CELL/OTD    017785

43

Thank you,

b3
b6
b7C
b7E

**From:** [redacted] (OTD) (FBI)
**Sent:** Monday, November 21, 2011 9:49 AM
**To:**
**Cc:**

**Subject:** Coordination for [redacted]

Classification: UNCLASSIFIED//FOUO//LES
========================================================

(U//FOUO//LES) Good morning.  I was notified by the [redacted] that the [redacted] my unit manages the [redacted] sign a nondisclosure agreement (NDA) with the FBI.  I can coordinate this requirement directly with [redacted] I can provide you with the NDA and background information should your division want to lead the task.

<< File: [redacted] pdf >>
(U//FOUO//LES) [redacted] but is the result of several years effort [redacted]. The underlying point of the NDA is that the [redacted] are Law Enforcement Sensitive, and we don't want such information released [redacted] absent specific approval by the AD OTD.  [redacted] I've attached a sample of the NDA for your information, but it is not for dissemination outside the FBI.

<< File: NDA_[redacted] 08282011.pdf >>

(U) As I said above, we can pursue this in one of two ways:  1) you or your SAC can submit the NDA, which my unit will prepare for you, to [redacted] for signature, or 2) I can communicate directly with the requesting agency and perform same.

(U) Please advise how you would like me to proceed or, if I can answer any questions, please contact me.  For more background, I'm attaching an email in which I answer some questions from the [redacted] CDC on this topic:

<< Message: RE: [redacted] NDA >>

Best regards,

[redacted]

*SSA* [redacted]
Chief, Tracking Technology Unit
[redacted]
Operational Technology Division

CELLSITE-21001

office:
mobile
I-net email:

b6
b7C

==================================================
Classification: UNCLASSIFIED//FOUO//LES

==================================================
Classification: UNCLASSIFIED//FOUO//LES

==================================================
Classification: UNCLASSIFIED//FOUO//LES

==================================================
Classification: UNCLASSIFIED//FOUO//LES

CELL/OTD    Q17787

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

**From:** _____(OTD) (FBI)
**Sent:** Wednesday, November 23, 2011 1:59 PM
**To:**
**Cc:**
**Subject:** FW: Coordination for_____

Classification: UNCLASSIFIED//FOUO//LES
=========================================================

b3
b6
b7C
b7E

Another NDA for preparation using:

[icon] 

NDA
112320...

Thanks.

**From:** _____
**Sent:** Wednesday, November 23, 2011 11:08 AM
**To:**
**Cc:**
**Subject:** RE: Coordination for

b3
b6
b7C
b7E

Based on our previous conversation please proceed with option #2 listed below_____will continue to communicate with the_____

Thanks,

**From:** _____(OTD) (FBI)
**Sent:** Monday, November 21, 2011 8:43 AM
**To:**
**Cc:**
**Subject:** Coordination for_____

CELLSITE-21003

Classification: UNCLASSIFIED//FOUO//LES
========================================================

(U//FOUO//LES) Good morning.  I was notified by the [_____] that the [_____]
[_____]
[_____] my unit manages the [_____]
[_____] sign a nondisclosure agreement (NDA)
with the FBI.  I can coordinate this requirement directly with [_____]
I can provide you with the NDA and background information should your division want to lead the task.

<< File: [_____] pdf >>
(U//FOUO//LES) [_____] but is the result of several years effort [_____]
[_____] The underlying point of the NDA is that the        b3
[_____] are Law Enforcement Sensitive, and we don't want such information released   b6
[_____] absent specific approval by the AD OTD. [_____]   b7C
[_____] I've attached a sample of the NDA for your information, but it is not for   b7E
dissemination outside the FBI.

<< File: NDA [_____] 08282011.pdf >>

(U) As I said above, we can pursue this in one of two ways:  1) you or your SAC can submit the NDA, which my unit will
prepare for you, to [_____] for signature, or 2) I can communicate directly with
[_____] and perform same.

(U) Please advise how you would like me to proceed or, if I can answer any questions, please contact me.  For more
background, I'm attaching an email in which I answer some questions from the [__] CDC on this topic:

<< Message: RE: [_____] NDA >>

Best regards,
[_____]

*SSA* [_____]
Chief, Tracking Technology Unit
[_____]
Operational Technology Division
office: [_____]
mobile [_____]
I-net email: [_____]

========================================================
Classification: UNCLASSIFIED//FOUO//LES

========================================================
Classification: UNCLASSIFIED//FOUO//LES

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

**From:** _____ (OTD) (FBI)
**Sent:** Monday, December 12, 2011 10:10 AM
**To:** _____
**Subject:** FW: Coordination for _____
UNCLASSIFIED//FOUO//LES

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
========================================================

Wow, this one's really tardy. ____ please draft the NDA (using our new template) for ____ We'll just go direct since so much time's past.

**From:** _____ (OTD) (FBI)
**Sent:** Friday, September 23, 2011 6:30 PM
**To:** _____
**Cc:** _____
(FBI)
**Subject:** Coordination for _____ --- UNCLASSIFIED//FOUO//LES

Classification: UNCLASSIFIED//FOUO//LES
========================================================

(U//FOUO//LES) Good day. I was notified by _____ that the _____ WITT _____ my unit manages the _____ sign a nondisclosure agreement (NDA) with the FBI. I can coordinate this requirement directly with _____
I can provide you with the NDA and background information should your division want to lead the task.

b3
b6
b7C
b7E

(U//FOUO//LES) _____ but is the result of several years effort _____ The underlying point of the NDA is that the _____ are Law Enforcement Sensitive, and we don't want such information released _____ absent specific approval by the AD OTD. _____ I've attached a copy of the NDA for your review, but it is not for dissemination outside the FBI.

[PDF icon]
NDA ____ WIT...

(U) As I said above, we can pursue this in one of two ways:  1) you or your SAC can submit the NDA, which my unit will prepare, to _____ and have them sign the NDA, or 2) I can communicate directly with _____ and perform same.

(U) Please advise how you would like me to proceed or, if I answer any questions, please contact me.

Best regards,

CELL/OTD   017779