SSA
Chief, Tracking Technology Unit

Operational Technology Division
office:
mobile
I-net email

b3
b6
b7C
b7E

============================================================
Classification: UNCLASSIFIED//FOUO//LES

============================================================
Classification: UNCLASSIFIED//FOUO//LES

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

**From:**
**Sent:** Friday, December 09, 2011 9:40 AM
**To:**
**Subject:** RE: Coordination for

Classification: UNCLASSIFIED//FOUO//LES
=====================================================

Yes, they are having difficulty. I have requested a contact at several times and they say they are working on it, but then I never hear from Last I heard was:

"...We are waiting to get the attorneys to see what they are going to work out. Thanks for your assistance. Hopefully once the attorneys talk and agree on language we will get this through."

It appears to me, that is interested in getting the NDA taken care of so they can but the are not as anxious.

*SA*

b3
b6
b7C
b7E

---

**From:** (OTD) (FBI)
**Sent:** Friday, December 09, 2011 4:51 AM
**To:**
**Subject:** RE: Coordination for

Classification: UNCLASSIFIED//FOUO//LES
=====================================================

Perhaps it would be a good time to discuss the NDA program with Wasn't having difficulty?

b3
b6
b7C
b7E

---

**From:**
**Sent:** Thursday, December 08, 2011 6:44 PM
**To:** (OTD) (FBI)
**Subject:** RE: Coordination for

Classification: UNCLASSIFIED//FOUO//LES
=====================================================

If you get a chance to come to during this trip, that would be great. I would love the opportunity to meet you in person and to show you what has done with the . I am pretty proud of what we have accomplished, but would also relish any insights or suggestions you might have to offer. Is there anything in particular I could be prepared for during your visit? Any face-to-face meetings with locals or such?

*SA*

---

**From:** (OTD) (FBI)
**Sent:** Thursday, December 08, 2011 9:57 AM
**To:**
**Cc:**
**Subject:** RE: Coordination for

Classification: UNCLASSIFIED//FOUO//LES
=====================================================

I'll be in around January 9 and 10 touring , so can swing down to on that Wednesday or Thursday (11th or 12th).

would you want me to drop in for similar discussions with that week?

, are you available that week?

b3
b6
b7C
b7E

---

**From:**
**Sent:** Tuesday, December 06, 2011 7:07 PM
**To:**
**Cc:**
**Subject:** FW: Coordination for

Classification: UNCLASSIFIED//FOUO//LES
=====================================================

After discussing it with some of the and follow on discussions with my ASAC we've decided to ask you to do a briefing similar to how you handled the matter in

Last we spoke you said that you would be available after the holidays. (my WITT and I will do any coordination you require.

Thanks for your help.

---

**From:**
**Sent:** Wednesday, November 23, 2011 8:14 AM
**To:**
**Subject:** FW: Coordination for

Classification: UNCLASSIFIED//FOUO//LES
=====================================================

How were these matters handled in the past?

---

**From:** (OTD) (FBI)
**Sent:** Monday, October 31, 2011 11:41 AM
**To:**
**Cc:**

**Subject:** Coordination for

Classification: UNCLASSIFIED//FOUO//LES
=======================================================

(U//FOUO//LES) Good day I was notified by the that the my unit manages the sign a nondisclosure agreement (NDA) with the FBI. I can coordinate this requirement directly with I can provide you with the NDA and background information should your division want to lead the task.

(U//FOUO//LES) , but is the result of several years effort The underlying point of the NDA is that the are Law Enforcement Sensitive, and we don't want such information released absent specific approval by the AD OTD. I've attached a copy of the NDA for your information, but it is not for dissemination outside the FBI.

b3
b6
b7C
b7E

(U) As I said above, we can pursue this in one of two ways: 1) you or your SAC can submit the NDA, which my unit will prepare, to (I have the names) for signature, or 2) I can communicate directly with and perform same.

(U) Please advise how you would like me to proceed or, if I can answer any questions, please contact me.

Best regards,

*SSA*
Chief, Tracking Technology Unit

Operational Technology Division
office:
mobile
I-net email:

=======================================================
Classification: UNCLASSIFIED//FOUO//LES

=======================================================
Classification: UNCLASSIFIED//FOUO//LES

=======================================================
Classification: UNCLASSIFIED//FOUO//LES

=======================================================
Classification: UNCLASSIFIED//FOUO//LES

============================================================
Classification: UNCLASSIFIED//FOUO//LES

============================================================
Classification: UNCLASSIFIED//FOUO//LES

============================================================
Classification: UNCLASSIFIED//FOUO//LES

============================================================
Classification: UNCLASSIFIED//FOUO//LES

============================================================
Classification: UNCLASSIFIED//FOUO//LES

CELL/OTD 017784

42

CELLSITE-21010

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

**From:** (OTD) (FBI)
**Sent:** Monday, December 12, 2011 10:44 AM
**To:**
**Cc:**
**Subject:** RE: Coordination for

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
=====================================================

my office is receiving inquiries from on behalf of re their NDA. Can you contact them and let them know what we're planning?

Thanks and happy holidays,

---

**From:** (OTD) (FBI)
**Sent:** Thursday, December 08, 2011 12:57 PM
**To:**
**Cc:**
**Subject:** RE: Coordination for

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
=====================================================

I'll be in around January 9 and 10 touring so can swing down to on that Wednesday or Thursday (11th or 12th).

would you want me to drop in for similar discussions with that week?

are you available that week?

---

**From:**
**Sent:** Tuesday, December 06, 2011 7:07 PM
**To:**
**Cc:**
**Subject:** FW: Coordination for

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
=====================================================

After discussing it with some of the and follow on discussions with my ASAC we've decided to ask you to do a briefing similar to how you handled the matter in

Last we spoke you said that you would be available after the holidays. (my WITT and I will do any coordination you require.

Thanks for your help.

**From:**
**Sent:** Wednesday, November 23, 2011 8:14 AM
**To:**
**Subject:** FW: Coordination for

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
==========================================================

How were these matters handled in the past?

**From:** (OTD) (FBI)
**Sent:** Monday, October 31, 2011 11:41 AM
**To:**
**Cc:**
**Subject:** Coordination for

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
==========================================================

(U//FOUO//LES) Good day, I was notified by the that the my unit manages the sign a nondisclosure agreement (NDA) with the FBI. I can coordinate this requirement directly with I can provide you with the NDA and background information should your division want to lead the task.

(U//FOUO//LES) but is the result of several years effort The underlying point of the NDA is that the are Law Enforcement Sensitive, and we don't want such information released absent specific approval by the AD OTD. I've attached a copy of the NDA for your information, but it is not for dissemination outside the FBI.

(U) As I said above, we can pursue this in one of two ways: 1) you or your SAC can submit the NDA, which my unit will prepare, to (I have the names) for signature, or 2) I can communicate directly with and perform same.

(U) Please advise how you would like me to proceed or, if I can answer any questions, please contact me.

Best regards,

SSA
Chief, Tracking Technology Unit

Operational Technology Division
office:
mobile
I-net email:

b6
b7C

==========================================================
Classification: UNCLASSIFIED//FOUO//LES

==========================================================
Classification: UNCLASSIFIED//FOUO//LES

==========================================================
Classification: UNCLASSIFIED//FOUO//LES

==========================================================
Classification: UNCLASSIFIED//FOUO//LES

==========================================================
Classification: UNCLASSIFIED//FOUO//LES

==========================================================
Classification: UNCLASSIFIED//FOUO//LES

==========================================================
Classification: UNCLASSIFIED//FOUO//LES

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

**From:** (OTD) (FBI)
**Sent:** Wednesday, March 21, 2012 4:13 PM
**To:**
**Cc:**
**Subject:** NDA for

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//LES/FOUO
=======================================================

(U//FOUO//LES) Good afternoon. I'm contacting you today on behalf of my unit chief, , from the OTD Tracking Technology Unit. We have been notified by the that the the TTU manages the signs a nondisclosure agreement (NDA) with the FBI. This coordination requirement can be done from here directly with TTU can provide you with the NDA and background information should your division want to lead the task.

b3
b6
b7C
b7E

df

(U//FOUO//LES) but is the result of several years' effort The underlying point of the NDA is that the are Law Enforcement Sensitive; as such TTU does not want certain information released absent specific approval by the AD OTD. Attached is a sample of the NDA for your information, but it is not for dissemination outside the FBI.

PDF_NDA_Agreement.pdf

(U) As alluded to above, this can be pursued in one of two ways: 1) you or your SAC can submit the NDA, which TTU will prepare for you, to or 2) TTU can communicate directly with and perform the same.

(U) Please advise how you would like me to proceed or, if I can answer any questions, please contact me. For more background, I'm attaching an email in which questions from the CDC on this topic are addressed:

RE: [redacted] NDA

Thank you,

b6
b7C
b7E

[redacted]

Blackberry: [redacted]

=====================================================

Classification: UNCLASSIFIED//LES/FOUO

CELL/OTD 017761
19

CELLSITE-21015

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

(OTD) (FBI)

**From:**
**Sent:** Wednesday, December 14, 2011 2:33 AM
**To:**
**Cc:**
**Subject:** RE: Coordination for -
UNCLASSIFIED//FOUO//LES

Classification: UNCLASSIFIED//FOUO//LES
=============================================================

I will defer to ASAC on this matter.

---

**From**
**Sent:** Monday, December 12, 2011 10:17 AM
**To:**
**Cc:**
**Subject:** RE: Coordination for --- UNCLASSIFIED//FOUO//LES
**Importance:** High

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
=============================================================

Gentlemen, my office is receiving inquiries from about their NDA. I know you've higher priority matters to contend with, so I'll be pleased to contact them directly UACB next Monday, 12/19.

Happy holidays,

---

**From:** (OTD) (FBI)
**Sent:** Thursday, October 13, 2011 1:23 PM
**To:**
**Cc:**
**Subject:** RE: Coordination for --- UNCLASSIFIED//FOUO//LES

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
=============================================================

Hi, please pardon my tardy response. I only know through that

---

**From:**
**Sent:** Monday, September 26, 2011 11:01 AM
**To:**

CELL/OTD 017762

**Cc:**
**Subject:** RE: Coordination for -- UNCLASSIFIED//FOUO//LES

Classification: UNCLASSIFIED//FOUO//LES
================================================================

Do you have any additional details regarding this? I'm more curious as to the intent. As of last week, he has

b3
b6
b7C
b7E

**From:** (OTD) (FBI)
**Sent:** Friday, September 23, 2011 6:43 PM
**To:**
**Cc:**
**Subject:** Coordination for -- UNCLASSIFIED//FOUO//LES

Classification: UNCLASSIFIED//FOUO//LES
================================================================

(U//FOUO//LES) Good day. I was notified by that the WITT my unit manages the sign a nondisclosure agreement (NDA) with the FBI. I can coordinate this requirement directly with I can provide you with the NDA and background information should your division want to lead the task.

(U//FOUO//LES but is the result of several years effort The underlying point of the NDA is that the are Law Enforcement Sensitive, and we don't want such information released absent specific approval by the AD OTD. I've attached a copy of the NDA for your review, but it is not for dissemination outside the FBI.

b3
b6
b7C
b7E

<< File: NDA_ WITT 08282011.pdf >>

(U) As I said above, we can pursue this in one of two ways: 1) you or your SAC can submit the NDA, which my unit will prepare, to and have them sign the NDA, or 2) I can communicate directly with and perform same.

(U) Please advise how you would like me to proceed or, if I can answer any questions, please contact me.

Best regards,

*SSA*
Chief, Tracking Technology Unit

Operational Technology Division
office:

CELL/OTD 017763

mobile: [redacted]
I-net email: [redacted]

b6
b7C

==========================================================
Classification: UNCLASSIFIED//FOUO//LES

==========================================================
Classification: UNCLASSIFIED//FOUO//LES

==========================================================
Classification: UNCLASSIFIED//FOUO//LES

==========================================================
Classification: UNCLASSIFIED//FOUO//LES

==========================================================
Classification: UNCLASSIFIED//FOUO//LES

==========================================================
Classification: UNCLASSIFIED//FOUO//LES

CELL/OTD 017764

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

**From:** (OTD)(FBI)
**Sent:** Monday, December 12, 2011 3:29 PM
**To:**
**Cc:**
**Subject:** RE: Coordination for

Classification: UNCLASSIFIED//FOUO//LES
============================================================

Wonderful. I will send out via Fedex tomorrow directly to you.

b3
b6
b7C
b7E

---

**From:**
**Sent:** Monday, December 12, 2011 3:12 PM
**To:**
**Subject:** RE: Coordination for

Classification: UNCLASSIFIED//FOUO//LES
============================================================

We would like to sign. ASAC will sign it.

*"We are judged by what we finish, not what we start."*

b3
b6
b7C
b7E

---

**From:**
**Sent:** Monday, December 12, 2011 2:19 PM
**To:**
**Cc:**
**Subject:** RE: Coordination for

Classification: UNCLASSIFIED//FOUO//LES
============================================================

SSA
Yes we could coordinate/handle the paperwork—we would just need to know if your SAC or ASAC (please specify) would prefer to sign the agreement or if we should proceed directly between our office and

We normally leave this option to the
Look forward to your direction.

b3
b6
b7C
b7E

Thank you

MPA for TTU

---

**From:**
**Sent:** Monday, December 12, 2011 12:26 PM
**To:**
**Cc:**
**Subject:** RE: Coordination for

Classification: UNCLASSIFIED//FOUO//LES
==========================================================

I have check with my front office and we support this. Would you coordinate it?

*"We are judged by what we finish, not what we start."*

---

**From:** (OTD) (FBI)
**Sent:** Monday, December 12, 2011 10:31 AM
**To:**
(FBI)
**Cc:**
**Subject:** RE: Coordination for
**Importance:** High

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
==========================================================

Gentlemen, my office is receiving inquiries from about the NDA. I recognize you have higher priorities to contend with, so I'll be pleased to coordinate directly UACB December 27.

Happy holidays and best regards,

**From:** [redacted] (OTD) (FBI)
**Sent:** Monday, November 21, 2011 9:14 AM
**To:** [redacted]
**Cc:** [redacted]
(OTD) (FBI)
**Subject:** Coordination for [redacted]

Classification: UNCLASSIFIED//FOUO//LES
=======================================================

(U//FOUO//LES) Good day, gentlemen. I was notified by the [redacted] that the [redacted] my unit manages the [redacted] sign a nondisclosure agreement (NDA) with the FBI. I can coordinate this requirement directly with [redacted] I can provide you with the NDA and background information should your division want to lead the task.

(U//FOUO//LES) [redacted] but is the result of several years effort [redacted] The underlying point of the NDA is that the [redacted] are Law Enforcement Sensitive, and we don't want such information released [redacted] absent specific approval by the AD OTD. [redacted] I've attached a sample of the NDA for your information, but it is not for dissemination outside the FBI.

b3
b6
b7C
b7E

<< File: NDA [redacted] 08282011.pdf >>

(U) As I said above, we can pursue this in one of two ways: 1) you or your SAC can submit the NDA, which my unit will prepare for you, to [redacted] (I have the names) for signature, or 2) I can communicate directly with [redacted] and perform same.

(U) Please advise how you would like me to proceed or, if I can answer any questions, please contact me. For more background, I'm attaching an email in which I answer some questions from the [redacted] CDC on this topic:

<< Message: RE: [redacted] NDA >>

Best regards,
[redacted]

*SSA* [redacted]
Chief, Tracking Technology Unit
[redacted]
Operational Technology Division
office: [redacted]
mobile [redacted]
I-net email: [redacted]

=======================================================
Classification: UNCLASSIFIED//FOUO//LES

============================================================
Classification: UNCLASSIFIED//FOUO//LES

============================================================
Classification: UNCLASSIFIED//FOUO//LES

============================================================
Classification: UNCLASSIFIED//FOUO//LES

============================================================
Classification: UNCLASSIFIED//FOUO//LES

============================================================
Classification: UNCLASSIFIED//FOUO//LES

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

**From:** (OTD) (FBI)
**Sent:** Monday, December 12, 2011 11:44 AM
**To:**
**Cc:**
**Subject:** RE: Coordination for

Classification: UNCLASSIFIED//FOUO//LES
==========================================================

Oh, upon review of my original message, I realize I included the Please disregard, that should have gone to the I apologize for any confusion that might have caused you.

b3
b6
b7C
b7E

**From:** (OTD) (FBI)
**Sent:** Monday, December 12, 2011 10:52 AM
**To:**
**Cc:**
**Subject:** RE: Coordination for

Classification: UNCLASSIFIED//FOUO//LES
==========================================================

(U//FOUO) Gentlemen, my office is receiving inquiries from about their NDA. I realize you have higher priorities to contend with, so I'd be pleased to coordinate directly UACB December 27.

Happy holidays,

**From:**
**Sent:** Monday, November 21, 2011 2:19 PM
**To:**
**Subject:** RE: Coordination for

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
==========================================================

Can you fill me in on this request when you get a chance? It can be after you get back unless there is a time constraint.

Thanks,

ASAC
Federal Bureau of Investigation

CELL/OTD 017769

**From:** OTD) (FBI)
**Sent:** Monday, November 21, 2011 9:35 AM
**To:**
**Cc:**
**Subject:** Coordination for

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
=====================================================

(U//FOUO//LES) Good morning. I was notified by the that

(U//FOUO//LES) my unit manages the sign a nondisclosure agreement (NDA) with the FBI. I can coordinate this requirement directly with I can provide you with the NDA and background information should your division want to lead the task.

(U//FOUO//LES) but is the result of several years effort The underlying point of the NDA is that the are Law Enforcement Sensitive, and we don't want such information released absent specific approval by the AD OTD. I've attached a sample of the NDA for your information, but it is not for dissemination outside the FBI.

<< File: NDA .pdf >>

(U) As I said above, we can pursue this in one of two ways: 1) you or your SAC can submit the NDA, which my unit will prepare for you, to (I have the names) for signature, or 2) I can communicate directly with and perform same.

(U) Please advise how you would like me to proceed or, if I can answer any questions, please contact me. For more background, I'm attaching an email in which I answer some questions from the CDC on this topic:

<< Message: RE: NDA >>

Best regards,

*SSA*
Chief, Tracking Technology Unit

Operational Technology Division

CELL/OTD 017770

office:
mobile
I-net email:

b6
b7C

==================================================================
Classification: UNCLASSIFIED//FOUO//LES

==================================================================
Classification: UNCLASSIFIED//FOUO//LES

==================================================================
Classification: UNCLASSIFIED//FOUO//LES

==================================================================
Classification: UNCLASSIFIED//FOUO//LES

CELL/OTD 017771

29

CELLSITE-21025

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

(OTD) (FBI)

**From:**
**Sent:** Monday, December 12, 2011 10:47 AM
**To:**
**Cc:**
**Subject:** RE: Coordination for

Classification: UNCLASSIFIED//FOUO//LES
==========================================================

b3
b6
b7C
b7E

I'll call today. Thanks.

---

**From:** (OTD) (FBI)
**Sent:** Monday, December 12, 2011 7:44 AM
**To:**
**Cc:**
(OTD)(FBI)
**Subject:** RE: Coordination for

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
==========================================================

, my office is receiving inquiries from re their NDA. Can you contact them and let them know what we're planning?

Thanks and happy holidays,

---

**From:** (OTD) (FBI)
**Sent:** Thursday, December 08, 2011 12:57 PM
**To:**
**Cc:**
**Subject:** RE: Coordination for

Classification: UNCLASSIFIED//FOUO//LES
==========================================================

I'll be in around January 9 and 10 touring our back-up site, so can swing down to on that Wednesday or Thursday (11th or 12th).

would you want me to drop in for similar discussions with that week?

are you available that week?

---

**From:**
**Sent:** Tuesday, December 06, 2011 7:07 PM
**To:**
**Cc:**
**Subject:** FW: Coordination for

Classification: UNCLASSIFIED//FOUO//LES
=======================================================

After discussing it with some of the and follow on discussions with my ASAC we've decided to ask you to do a briefing similar to how you handled the matter in

Last we spoke you said that you would be available after the holidays. (my WITT and I will do any coordination you require.

Thanks for your help.

b3
b6
b7C
b7E

---

**From:**
**Sent:** Wednesday, November 23, 2011 8:14 AM
**To:**
**Subject:** FW: Coordination for

Classification: UNCLASSIFIED//FOUO//LES
=======================================================

How were these matters handled in the past?

b3
b6
b7C
b7E

---

**From:** (OTD) (FBI)
**Sent:** Monday, October 31, 2011 11:41 AM
**To:**
**Cc:**
**Subject:** Coordination for

Classification: UNCLASSIFIED//FOUO//LES
=======================================================

(U//FOUO//LES) Good day, I was notified by the that the my unit manages the

sign a nondisclosure agreement (NDA) with the FBI. I can coordinate this requirement directly with I can provide you with the NDA and background information should your division want to lead the task.

(U//FOUO//LES) but is the result of several years effort The underlying point of the NDA is that the are Law Enforcement Sensitive, and we don't want such information released absent specific approval by the AD OTD. I've attached a copy of the NDA for your information, but it is not for dissemination outside the FBI.

(U) As I said above, we can pursue this in one of two ways: 1) you or your SAC can submit the NDA, which my unit will prepare, to (I have the names) for signature, or 2) I can communicate directly with and perform same.

b3
b6
b7C
b7E

(U) Please advise how you would like me to proceed or, if I can answer any questions, please contact me.

Best regards,

SSA
Chief, Tracking Technology Unit
Operational Technology Division
office:
mobile:
I-net email:

```
==========================================================
Classification: UNCLASSIFIED//FOUO//LES

==========================================================
Classification: UNCLASSIFIED//FOUO//LES

==========================================================
Classification: UNCLASSIFIED//FOUO//LES

==========================================================
Classification: UNCLASSIFIED//FOUO//LES

==========================================================
Classification: UNCLASSIFIED//FOUO//LES

==========================================================
Classification: UNCLASSIFIED//FOUO//LES

==========================================================
Classification: UNCLASSIFIED//FOUO//LES
```

==========================================================

Classification: UNCLASSIFIED//FOUO//LES

CELL/OTD 017775

33

CELLSITE-21029

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

(OTD) (FBI)

**From:** (OTD) (FBI)
**Sent:** Thursday, March 22, 2012 12:56 PM
**To:**
**Cc:**

Classification: UNCLASSIFIED//LES/FOUO
==========================================================

(U//FOUO//LES) Good afternoon. I'm contacting you today on behalf of my unit chief, from the OTD Tracking Technology Unit. We have been notified by the that the TTU manages the signs a nondisclosure agreement (NDA) with the FBI. This coordination requirement can be done from here directly with TTU can provide you with the NDA and background information should your division want to lead the task.

pdf

b3
b6
b7C
b7E

(U//FOUO//LES) , but is the result of several years' effort The underlying point of the NDA is that the are Law Enforcement Sensitive; as such TTU does not want certain information released absent specific approval by the AD OTD. Attached is a sample of the NDA for your information, but it is not for dissemination outside the FBI.

PDF_NDA_Agreement.pdf

(U) As alluded to above, this can be pursued in one of two ways: 1) you or your SAC can submit the NDA, which TTU will prepare for you, to for signature, or 2) TTU can communicate directly with and perform the same.

(U) Please advise how you would like me to proceed or, if I can answer any questions, please contact me. For more background, I'm attaching an email in which questions from the CDC on this topic are addressed:

RE NDA

CELL/OTD 017752

Thank you,

Blackberry:

b6
b7C

============================================================

Classification: UNCLASSIFIED//LES/FOUO

CELL/OTD 017753

11

CELLSITE-21031

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY N5ICG F54M93K42

(OTD) (FBI)

**From:** (OTD) (FBI)
**Sent:** Thursday, March 22, 2012 10:45 AM
**To:**
**Cc:**
**Subject:**

Classification: UNCLASSIFIED//LES/FOUO
=========================================================

(U//FOUO//LES) Good morning. I'm contacting you today on behalf of my unit chief, from the OTD Tracking Technology Unit. We have been notified by the that the the TTU manages the signs a nondisclosure agreement (NDA) with the FBI. This coordination requirement can be done from here directly with TTU can provide you with the NDA and background information should your division want to lead the task.

b3
b6
b7C
b7E

(U//FOUO//LES) but is the result of several years' effort The underlying point of the NDA is that the are Law Enforcement Sensitive; as such TTU does not want certain information released absent specific approval by the AD OTD. Attached is a sample of the NDA for your information, but it is not for dissemination outside the FBI.

PDF_NDA_Agreement.pdf

(U) As alluded to above, this can be pursued in one of two ways: 1) you or your SAC can submit the NDA, which TTU will prepare for you, to for signature, or 2) TTU can communicate directly with and perform the same.

(U) Please advise how you would like me to proceed or, if I can answer any questions, please contact me. For more background, I'm attaching an email in which questions from the CDC on this topic are addressed:

CELL/OTD 017754

RE: [redacted]
NDA

Thank you,

[redacted]

Blackberry: [redacted]

b6
b7C
b7E

==========================================================

Classification: UNCLASSIFIED//LES/FOUO

CELL/OTD 017755

P.01

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Re: and Non-Disclosure Obligations

b3
b6
b7C
b7E

Dear

We have been advised by of the must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

CELL/OTD 017706

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

P.04

b7E

Assistant Director
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod A
Quantico, Virginia 22135

and

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135

The acceptance of the above conditions shall be evidenced by the signature below of an authorized representative of the

Sincerely,

Marcus C. Thomas
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

b6
b7C
b7E

Acknowledged and agreed to thi

cc: Unit Chief, FBI Tracking Technology Unit
, FBI Office of the General Counsel
FBI Office of the General Counsel

CELL/OTD 017709

P.03

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Re: and Non-Disclosure Obligations

Dear

We have been advised by of the must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

b3
b6
b7C
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-08-2013 BY NSICG F54M93K42

P.08

Assistant Director
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod A
Quantico, Virginia 22135

b3
b7E

and

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135

The [redacted] acceptance of the above conditions shall be evidenced by the signature below of an authorized representative of the [redacted]

Sincerely,

Marcus C. Thomas
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this [redacted]

b6
b7C
b7E

cc: [redacted] Unit Chief, FBI Tracking Technology Unit
[redacted] FBI Office of the General Counsel
[redacted] FBI Office of the General Counsel

TOTAL P.08

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 291
Page 2 ~ b3; b6; b7C; b7E;
Page 3 ~ b3; b6; b7C; b7E;
Page 4 ~ b3; b6; b7C; b7E;
Page 5 ~ b3; b6; b7C; b7E;
Page 6 ~ b3; b6; b7C; b7E;
Page 7 ~ b3; b6; b7C; b7E;
Page 8 ~ b3; b6; b7C; b7E;
Page 9 ~ b3; b6; b7C; b7E;
Page 10 ~ b3; b6; b7C; b7E;
Page 11 ~ b3; b6; b7C; b7E;
Page 12 ~ b3; b6; b7C; b7E;
Page 13 ~ b3; b6; b7C; b7E;
Page 14 ~ b3; b6; b7C; b7E;
Page 15 ~ b3; b6; b7C; b7E;
Page 16 ~ b3; b6; b7C; b7E;
Page 17 ~ b3; b6; b7C; b7E;
Page 18 ~ b3; b6; b7C; b7E;
Page 19 ~ b3; b6; b7C; b7E;
Page 20 ~ b3; b6; b7C; b7E;
Page 21 ~ b3; b6; b7C; b7E;
Page 22 ~ b3; b6; b7C; b7E;
Page 23 ~ b3; b6; b7C; b7E;
Page 25 ~ b3; b7E;
Page 26 ~ b3; b7E;
Page 29 ~ b3; b7E;
Page 30 ~ b3; b7E;
Page 32 ~ b3; b6; b7C; b7E;
Page 33 ~ b3; b6; b7C; b7E;
Page 35 ~ b3; b6; b7C; b7E;
Page 36 ~ b3; b6; b7C; b7E;
Page 37 ~ b3; b6; b7C; b7E;
Page 38 ~ b3; b6; b7C; b7E;
Page 39 ~ b3; b6; b7C; b7E;
Page 40 ~ b3; b6; b7C; b7E;
Page 41 ~ b3; b6; b7C; b7E;
Page 42 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 43 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 44 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 45 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 46 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 47 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 48 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 49 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 50 ~ b3; b6; b7C; b7E;
Page 51 ~ b3; b6; b7C; b7E;
Page 52 ~ b3; b6; b7C; b7E;
Page 53 ~ b3; b6; b7C; b7E;
Page 54 ~ b3; b6; b7C; b7E;

Page 55 ~ b3; b6; b7C; b7E;
Page 56 ~ b3; b6; b7C; b7E;
Page 57 ~ b3; b6; b7C; b7E;
Page 58 ~ b3; b6; b7C; b7E;
Page 59 ~ b3; b6; b7C; b7E;
Page 60 ~ b3; b6; b7C; b7E;
Page 61 ~ b3; b6; b7C; b7E;
Page 66 ~ b3; b7E;
Page 67 ~ b3; b7E;
Page 74 ~ b3; b6; b7C; b7E;
Page 75 ~ b3; b6; b7C; b7E;
Page 79 ~ b3; b7E;
Page 80 ~ b3; b7E;
Page 82 ~ b3; b6; b7C; b7E;
Page 83 ~ b3; b6; b7C; b7E;
Page 85 ~ b3; b7E;
Page 86 ~ b3; b7E;
Page 87 ~ b3; b7E;
Page 90 ~ b3; b6; b7C; b7E;
Page 91 ~ b3; b6; b7C; b7E;
Page 92 ~ b3; b6; b7C; b7E;
Page 93 ~ b3; b6; b7C; b7E;
Page 95 ~ b3; b7E;
Page 96 ~ b3; b7E;
Page 101 ~ b3; b6; b7C; b7E;
Page 102 ~ b3; b6; b7C; b7E;
Page 105 ~ b3; b7E;
Page 106 ~ b3; b7E;
Page 107 ~ b3; b7E;
Page 110 ~ b3; b6; b7C; b7E;
Page 111 ~ b3; b6; b7C; b7E;
Page 113 ~ b3; b6; b7C; b7E;
Page 114 ~ b3; b6; b7C; b7E;
Page 117 ~ b3; b7E;
Page 118 ~ b3; b7E;
Page 119 ~ b3; b7E;
Page 122 ~ b3; b6; b7C; b7E;
Page 123 ~ b3; b6; b7C; b7E;
Page 126 ~ b3; b7E;
Page 127 ~ b3; b7E;
Page 128 ~ b3; b7E;
Page 138 ~ b3; b7E;
Page 139 ~ b3; b7E;
Page 142 ~ b3; b6; b7C; b7E;
Page 143 ~ b3; b6; b7C; b7E;
Page 144 ~ b3; b6; b7C; b7E;
Page 145 ~ b3; b6; b7C; b7E;
Page 146 ~ b3; b6; b7C; b7E;
Page 147 ~ b3; b6; b7C; b7E;
Page 149 ~ b3; b6; b7C; b7E;
Page 150 ~ b3; b6; b7C; b7E;
Page 151 ~ b3; b6; b7C; b7E;
Page 152 ~ b3; b6; b7C; b7E;
Page 156 ~ b3; b6; b7C; b7E;

Page 157 ~ b3; b6; b7C; b7E;
Page 163 ~ Duplicate - 1211586-NDA-1, p. 48 & following;
Page 164 ~ Duplicate - 1211586-NDA-1, p. 48 & following;
Page 165 ~ Duplicate - 1211586-NDA-1, p. 48 & following;
Page 166 ~ b3; b6; b7C; b7E;
Page 167 ~ b3; b6; b7C; b7E;
Page 168 ~ Duplicate - 1211586-NDA-1, p. 45;
Page 169 ~ Duplicate - 1211586-NDA-2, p. 137 & following;
Page 170 ~ Duplicate - 1211586-NDA-2, p. 137 & following;
Page 171 ~ Duplicate - 1211586-NDA-2, p. 137 & following;
Page 172 ~ Duplicate - 1211586-NDA-2, p. 137 & following;
Page 173 ~ Duplicate - 1211586-NDA-2, p. 137 & following;
Page 174 ~ b3; b6; b7C; b7E;
Page 175 ~ b3; b6; b7C; b7E;
Page 176 ~ Duplicate - 1211586-NDA-1, p. 46;
Page 177 ~ b3; b6; b7C; b7E;
Page 178 ~ b3; b6; b7C; b7E;
Page 179 ~ Duplicate - 1211586-NDA-2, p. 137 & following;
Page 180 ~ Duplicate - 1211586-NDA-2, p. 137 & following;
Page 181 ~ Duplicate - 1211586-NDA-2, p. 137 & following;
Page 182 ~ Duplicate - 1211586-NDA-2, p. 137 & following;
Page 183 ~ Duplicate - 1211586-NDA-2, p. 137 & following;
Page 185 ~ Duplicate - 1211586-NDA-2, p. 137 & following;
Page 186 ~ Duplicate - 1211586-NDA-2, p. 137 & following;
Page 187 ~ Duplicate - 1211586-NDA-2, p. 137 & following;
Page 188 ~ Duplicate - 1211586-NDA-2, p. 137 & following;
Page 189 ~ Duplicate - 1211586-NDA-2, p. 137 & following;
Page 190 ~ b3; b6; b7C; b7E;
Page 191 ~ b3; b6; b7C; b7E;
Page 196 ~ b3; b7E;
Page 197 ~ b3; b7E;
Page 206 ~ b3; b7E;
Page 207 ~ b3; b7E;
Page 210 ~ b3; b6; b7C; b7E;
Page 211 ~ b3; b6; b7C; b7E;
Page 214 ~ b3; b7E;
Page 215 ~ b3; b7E;
Page 218 ~ Duplicate - 1211586-NDA-1, p. 40;
Page 219 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 220 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 221 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 222 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 223 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 224 ~ b3; b6; b7C; b7E;
Page 225 ~ b3; b6; b7C; b7E;
Page 226 ~ b3; b6; b7C; b7E;
Page 227 ~ b3; b6; b7C; b7E;
Page 228 ~ b3; b6; b7C; b7E;
Page 229 ~ b3; b6; b7C; b7E;
Page 230 ~ Duplicate - 1211586-NDA-1, p. 39;
Page 231 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 232 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 233 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 234 ~ Duplicate - 1211586-NDA-2, p. 205 & following;

Page 235 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 236 ~ b3; b6; b7C; b7E;
Page 237 ~ b3; b6; b7C; b7E;
Page 238 ~ Duplicate - 1211586-NDA-1, p. 38;
Page 239 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 240 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 241 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 242 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 243 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 244 ~ b3; b6; b7C; b7E;
Page 245 ~ b3; b6; b7C; b7E;
Page 246 ~ Duplicate - 1211586-NDA-1, p. 37;
Page 247 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 248 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 249 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 250 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 251 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 252 ~ b3; b6; b7C; b7E;
Page 253 ~ b3; b6; b7C; b7E;
Page 256 ~ Duplicate - 1211586-NDA-1, p. 43 & following;
Page 257 ~ Duplicate - 1211586-NDA-1, p. 43 & following;
Page 258 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 259 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 260 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 261 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 262 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 263 ~ b3; b6; b7C; b7E;
Page 264 ~ b3; b6; b7C; b7E;
Page 265 ~ b3; b6; b7C; b7E;
Page 266 ~ b3; b6; b7C; b7E;
Page 267 ~ b3; b6; b7C; b7E;
Page 268 ~ b3; b6; b7C; b7E;
Page 269 ~ Duplicate - 1211586-NDA-1, p. 42;
Page 270 ~ Duplicate - 1211586-NDA-2, p. 265 & following;
Page 271 ~ Duplicate - 1211586-NDA-2, p. 265 & following;
Page 272 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 273 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 274 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 275 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 276 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 277 ~ Duplicate - 1211586-NDA-1, p. 41;
Page 278 ~ Duplicate - 1211586-NDA-2, p. 267 & following;
Page 279 ~ Duplicate - 1211586-NDA-2, p. 267 & following;
Page 280 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 281 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 282 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 283 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 284 ~ Duplicate - 1211586-NDA-2, p. 205 & following;
Page 289 ~ Duplicate - 1211586-NDA-2, p. 137 & following;
Page 290 ~ Duplicate - 1211586-NDA-2, p. 137 & following;
Page 291 ~ Duplicate - 1211586-NDA-2, p. 137 & following;
Page 292 ~ Duplicate - 1211586-NDA-2, p. 137 & following;
Page 293 ~ Duplicate - 1211586-NDA-2, p. 137 & following;
Page 294 ~ b3; b6; b7C; b7E;

Page 295 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 296 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 297 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 298 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 299 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 300 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 301 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 302 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 305 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 306 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 307 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 308 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 309 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 310 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 311 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 312 ~ Duplicate - 1211586-NDA-1, p. 150 & following;
Page 314 ~ Duplicate - 1211586-NDA-2, p. 24 & following;
Page 315 ~ Duplicate - 1211586-NDA-2, p. 24 & following;
Page 316 ~ Duplicate - 1211586-NDA-2, p. 24 & following;
Page 317 ~ Duplicate - 1211586-NDA-2, p. 24 & following;
Page 318 ~ Duplicate - 1211586-NDA-2, p. 24 & following;
Page 319 ~ Duplicate - 1211586-NDA-2, p. 24 & following;
Page 320 ~ Duplicate - 1211586-NDA-2, p. 24 & following;
Page 321 ~ Duplicate - 1211586-NDA-2, p. 24 & following;
Page 332 ~ Duplicate - 1211586-NDA-1, p. 2 & following;
Page 333 ~ Duplicate - 1211586-NDA-1, p. 2 & following;
Page 334 ~ Duplicate - 1211586-NDA-1, p. 2 & following;
Page 335 ~ b3; b6; b7C; b7E;
Page 336 ~ b3; b6; b7C; b7E;
Page 337 ~ b3; b6; b7C; b7E;
Page 338 ~ b3; b6; b7C; b7E;
Page 339 ~ b3; b6; b7C; b7E;
Page 340 ~ b3; b6; b7C; b7E;
Page 341 ~ b3; b6; b7C; b7E;
Page 342 ~ b3; b6; b7C; b7E;
Page 343 ~ b3; b6; b7C; b7E;
Page 344 ~ b3; b6; b7C; b7E;
Page 345 ~ b3; b6; b7C; b7E;
Page 346 ~ b3; b6; b7C; b7E;
Page 347 ~ b3; b6; b7C; b7E;
Page 348 ~ b3; b6; b7C; b7E;
Page 349 ~ b3; b6; b7C; b7E;
Page 350 ~ b3; b6; b7C; b7E;
Page 351 ~ b3; b6; b7C; b7E;
Page 352 ~ b3; b6; b7C; b7E;
Page 353 ~ b3; b6; b7C; b7E;
Page 354 ~ b3; b6; b7C; b7E;
Page 355 ~ b3; b6; b7C; b7E;
Page 356 ~ b3; b6; b7C; b7E;
Page 357 ~ b3; b6; b7C; b7E;
Page 358 ~ b3; b6; b7C; b7E;
Page 359 ~ Duplicate - 1211586-NDA-2, p. 335 & following;
Page 360 ~ Duplicate - 1211586-NDA-2, p. 335 & following;
Page 361 ~ b3; b6; b7C; b7E;

Page 362 ~ b3; b6; b7C; b7E;
Page 363 ~ b3; b6; b7C; b7E;
Page 364 ~ b3; b6; b7C; b7E;
Page 365 ~ b3; b6; b7C; b7E;
Page 366 ~ b3; b6; b7C; b7E;
Page 367 ~ Duplicate - 1211586-NDA-2, p. 265 & following;
Page 368 ~ Duplicate - 1211586-NDA-2, p. 265 & following;
Page 369 ~ Duplicate - 1211586-NDA-2, p. 265 & following;
Page 370 ~ Duplicate - 1211586-NDA-2, p. 265 & following;
Page 371 ~ Duplicate - 1211586-NDA-2, p. 195 & following;
Page 372 ~ Duplicate - 1211586-NDA-2, p. 195 & following;
Page 373 ~ Duplicate - 1211586-NDA-2, p. 195 & following;
Page 374 ~ Duplicate - 1211586-NDA-2, p. 195 & following;
Page 375 ~ Duplicate - 1211586-NDA-2, p. 195 & following;
Page 376 ~ b3; b6; b7C; b7E;
Page 377 ~ b3; b6; b7C; b7E;
Page 378 ~ b3; b4; b7E;
Page 379 ~ b3; b4; b7E;
Page 380 ~ b3; b4; b7E;
Page 381 ~ b3; b4; b7E;
Page 382 ~ b3; b4; b7E;
Page 384 ~ Duplicate - 1211586-NDA-1, p. 2 & following;
Page 387 ~ b3; b6; b7C; b7E;
Page 388 ~ b3; b6; b7C; b7E;
Page 390 ~ b3; b4; b7E;
Page 391 ~ b3; b4; b6; b7C; b7E;
Page 392 ~ b3; b6; b7C; b7E;

XXXXXXXXXXXXXXXXXXXXXXXX
X Deleted Page(s) X
X No Duplication Fee X
X For this Page X
XXXXXXXXXXXXXXXXXXXXXXXX

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Re: and Non-Disclosure Obligations

b3
b6
b7C
b7E

Dear

We have been advised by of the must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

268-HQ-1068430

CELL/OTD 015264

CELLSITE-21075

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

Assistant Director
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod A
Quantico, Virginia 22135

b3
b7E

and

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135

The acceptance of the above conditions shall be evidenced by the signature below of an authorized representative of the

Sincerely,

Marcus C. Thomas
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to thi

b6
b7C
b7E

cc: Unit Chief, FBI Tracking Technology Unit
FBI Office of the General Counsel
FBI Office of the General Counsel

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

CELL/OTD 015267

CELLSITE-21078

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Re: and Non-Disclosure Obligations

Dear

We have been advised by of the must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

b3
b6
b7C
b7E

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

268-HQ-1068430

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENSITIVE/NOFORN

Assistant Director
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod A
Quantico, Virginia 22135

and

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135

b3
b7E

The acceptance of the above conditions shall be evidenced by the signature below of an authorized representative of the

Sincerely,

Marcus C. Thomas
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this

b6
b7C
b7E

cc: Unit Chief, FBI Tracking Technology Unit
FBI Office of the General Counsel
, FBI Office of the General Counsel

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENSITIVE/NOFORN

CELL/OTD 015271

CELLSITE-21082

(OTD) (FBI)

**From:**
**Sent:** Monday, May 23, 2011 10:12 AM
**To:** (OTD) (FBI)
**Subject:** - NDA

- I was advised this morning by that has declined to sign the Non-Disclosure Agreement (NDA) regarding the use of acknowledged that the understood that to agree to the terms of the NDA.

b3
b6
b7C
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

(OTD) (FBI)

**From:**
**Sent:** Monday, May 23, 2011 8:44 AM
**To:**
**Cc:**
**Subject:** RE:

Gentlemen,

has advised we can proceed with the NDA for with your approvals.

Thanks,

b6
b7C
b7E

I have no issue with that but insure your management chain approves.. Thanks

Once completed mail me the signed copies..

-----Original Message-----
From:
Sent: Thursday, May 19, 2011 9:27 PM
To:
Subject: RE:

I can execute the NDA with if you would like me to. Let me know.

Thanks,

-----Original Message-----
From: (OTD) (FBI)
Sent: Thursday, May 19, 2011 11:22 AM
To:
Cc:
Subject: FW:

b3
b6
b7C
b7E

I am inquiring as to how you would like me to proceed. I have a request from the OTD has worked for several years to upon acceptance of the attached NDA. Before an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you. The attached documents are the requesting letter from and the actual FBI approved NDA.. The requestors are required to each sign an NDA and are specifically identified in the attached pdf file.

CELL/OTD 017114

If I can answer any question feel free to contact me directly @ [redacted]

b6
b7C

-----Original Message-----
From: [redacted] (OTD) (FBI)
Sent: Thursday, May 19, 2011 9:59 AM
To: [redacted] (OTD) (FBI)
Subject:

------------------------------------------------------------------

CELL/OTD 017115

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

b3
b6
b7C
b7E

Re: [redacted] and Non-Disclosure Obligations

Dear [redacted]

We have been advised by [redacted] of the [redacted] must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement [redacted]

CELL/OTD 016940

Assistant Director
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod A
Quantico, Virginia 22135

b3
b6
b7C
b7E

and

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135

The acceptance of the above conditions shall be evidenced by the signature below of an authorized representative of the

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this _____ day of _____

b3
b6
b7C
b7E

cc: Unit Chief, FBI Tracking Technology Unit
FBI Office of the General Counsel
FBI Office of the General Counsel

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

(OTD) (FBI)

**From:**
**Sent:** Thursday, May 19, 2011 2:33 PM
**To:**
**Subject:** RE: NDA

,

will get them signed and forward to you- thanks

-----Original Message-----
From: (OTD) (FBI)
Sent: Thursday, May 19, 2011 11:11 AM
To:
Cc:
Subject: FW: NDA

I am once again inquiring as to how you would like me to proceed. I have requests from the OTD has worked for several years to upon acceptance of the attached NDA. Before an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to , have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you. The attached documents are the requesting letter from and the actual /FBI approved NDA.. The requestors are required to each sign an NDA and are specifically identified in the attached pdf file.

b3
b6
b7C
b7E

If I can answer any question feel free to contact me directly @

-----Original Message-----
From: (OTD) (FBI)
Sent: Thursday, May 19, 2011 9:58 AM
To: (OTD) (FBI)
Subject:

-----------------------------------------------------------------

CELL/OTD 017116

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

(OTD) (FBI)

**From:** (OTD) (FBI)
**Sent:** Thursday, May 19, 2011 1:49 PM
**To:**
**Subject:** RE: NDA --- UNCLASSIFIED

Classification: UNCLASSIFIED
=======================================================

b6
b7C
b7E

We'll let you know ASAP.

Let's discuss when gets back in town.

Thanks

-----Original Message-----
From: (OTD) (FBI)
Sent: Thursday, May 19, 2011 10:25 AM
To:
Cc:
Subject: FW: NDA

b3
b6
b7C
b7E

I am inquiring as to how you would like me to proceed. I have a request from the OTD has worked for several years to upon acceptance of the attached NDA. Before an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you. The attached documents are the requesting letter from and the actual /FBI approved NDA.. The requestors are required to each sign an NDA and are specifically identified in the attached pdf file.

If I can answer any question feel free to contact me directly @

-----Original Message-----
From: (OTD) (FBI)
Sent: Thursday, May 19, 2011 9:59 AM
To: (OTD) (FBI)
Subject:

CELL/OTD 017117

------------------------------------------------------------

=======================================================
Classification: UNCLASSIFIED

CELL/OTD 017118

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

(OTD) (FBI)

**From:**
**Sent:** Wednesday, May 25, 2011 8:27 AM
**To:**
**Subject:** RE: NDA --- UNCLASSIFIED

Classification: UNCLASSIFIED
======================================================

b6
b7C
b7E

Hey

Thanks for the information. We will contact the to make arrangements and have this attached document signed. I will contact you as soon as we get it signed and/or if there are any questions.

Have a great weekend.

-----Original Message-----
From: (OTD) (FBI)
Sent: Thursday, May 19, 2011 11:19 AM
To:
Cc:
Subject: FW: NDA

b3
b6
b7C
b7E

I am inquiring as to how you would like me to proceed. I have a request from the OTD has worked for several years to upon acceptance of the attached NDA. Before an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you. The attached documents are the requesting letter from and the actual /FBI approved NDA.. The requestors are required to each sign an NDA and are specifically identified in the attached pdf file.

If I can answer any question feel free to contact me directly @

-----Original Message-----
From: (OTD) (FBI)
Sent: Thursday, May 19, 2011 9:59 AM
To: (OTD) (FBI)
Subject:

-----------------------------------------------------------------

=====================================================
Classification: UNCLASSIFIED

CELL/OTD 017112

2

CELLSITE-21123

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

(OTD) (FBI)

**From:**
**Sent:** Friday, May 27, 2011 4:53 PM
**To:**
**Cc:**
**Subject:** RE: NDA --- UNCLASSIFIED

b6
b7C
b7E

Classification: UNCLASSIFIED
=====================================================

Please forward me a copy of the NDA and we will handle it.

Thank you.

-----Original Message-----
From: (OTD) (FBI)
Sent: Thursday, May 19, 2011 10:25 AM
To:
Cc:
Subject: FW: NDA

b3
b6
b7C
b7E

I am inquiring as to how you would like me to proceed. I have a request from the OTD has worked for several years to upon acceptance of the attached NDA. Before an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to , have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you. The attached documents are the requesting letter from and the actual FBI approved NDA.. The requestors are required to each sign an NDA and are specifically identified in the attached pdf file.

If I can answer any question feel free to contact me directly @

-----Original Message-----
From: (OTD) (FBI)
Sent: Thursday, May 19, 2011 9:59 AM
To: (OTD) (FBI)
Subject:

-----------------------------------------------------------------

=====================================================
Classification: UNCLASSIFIED

CELL/OTD   017110

2

CELLSITE-21127

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Re: [redacted] and Non-Disclosure Obligations

Dear [redacted]

We have been advised by [redacted] of the [redacted] must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement [redacted]

b3
b6
b7C
b7E

CELL/OTD 016944

b3
b6
b7C
b7E

Assistant Director
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod A
Quantico, Virginia 22135

and

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135

The acceptance of the above conditions shall be evidenced by the signature below of an authorized representative of the

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this _____ day of _____,

b3
b6
b7C
b7E

cc: Unit Chief, FBI Tracking Technology Unit
FBI Office of the General Counsel
FBI Office of the General Counsel

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Re: [redacted] and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear [redacted]

We have been advised by [redacted] of [redacted] must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement [redacted]

CELL/OTD 016950

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135

b7E

CELL/OTD 016954

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page 5 of 6

CELL/OTD 016

CELLSITE-21138

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and [redacted] [redacted]

Sincerely,

______________________________
Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this _____ day of ________________, [redacted]

b3
b6
b7C
b7E

[redacted] ________

[redacted] ________

[redacted] ________

[redacted] ________

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page **6** of **6**

CELL/OTD 016955

CELLSITE-21139

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Re: [redacted] and Non- Disclosure Obligations

b3
b6
b7C
b7E

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

Dear [redacted]

We have been advised by [redacted] of the [redacted] must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement [redacted]

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

8.

Assistant Director
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod A
Quantico, Virginia 22135

b3
b7E

and

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135

CELL/OTD   016963

The [redacted] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and [redacted]

Sincerely,

b3
b6
b7C
b7E

Federal Bureau of Investigation

Acknowledged and agreed to this _____ day of ____________

b6
b7C
b7E

CELL/OTD 016964

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Attention:

Re: Contract [redacted] Request Approval – [redacted]

Dear [redacted]

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place with the [redacted] and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore, [redacted] is permitted to [redacted]

If there are any questions, please contact me.

Sincerely,

Chief, Tracking Technology Unit
Operational Technology Division
Telephone

Cc:

b3
b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

b3
b6
b7C
b7E

Attention:

Re: Contrac[redacted] Request
Approval –

Dear

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place with the [redacted] and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore, the [redacted] is permitted to [redacted]

If there are any questions, please contact me.

Sincerely,

Chief, Tracking Technology Unit
Operational Technology Division
Telephone

Cc:

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

ILL/OTD 016969

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

b3
b6
b7C
b7E

Re: [redacted] and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

Dear [redacted]

We have been advised by [redacted] of the [redacted] must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement [redacted]

CELL/OTD 016970

CELLSITE-21153

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and [redacted]

Sincerely,

b3
b7E

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this _____ day of ________________ [redacted]

b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE
Page 5 of 5

CELL/OTD 016974

CELLSITE-21157

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

b3
b6
b7C
b7E

Attention:

Re: Contract Request
Approval –

Dear

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place with the , and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore, the is permitted to

If there are any questions, please contact me.

Sincerely,

Chief, Tracking Technology Unit
Operational Technology Division
Telephone

Cc:

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

OTD 016978

CELLSITE-21160

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

b3
b6
b7C
b7E

Re: [redacted] and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

Dear [redacted]

We have been advised by [redacted] of the [redacted] must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement [redacted]

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135

b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE
Page 5 of 6

CELL/OTD 016986

CELLSITE-21167

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and [redacted] [redacted]

Sincerely,

____________________________________

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

b3
b7E

Acknowledged and agreed to this _____ day of _______________ [redacted]

[redacted] _______

[redacted] __________

b6
b7C
b7E

[redacted] __________

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page 6 of 6

CELL/OTD 016987 CELLSITE-21168

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Attention:

b3
b6
b7C
b7E

Re: Contract Request Approval –

Dear

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place with the and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore, the is permitted to

If there are any questions, please contact me.

Sincerely,

Chief, Tracking Technology Unit
Operational Technology Division
Telephone

Cc:

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CELLSITE-21171

CELL/OTD 016990

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

b3
b6
b7C
b7E

Re: [redacted] and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

Dear [redacted]

We have been advised by [redacted] of the [redacted] must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement [redacted]

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

and

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135

b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page 5 of 6

CELL/OTD 016995

CELLSITE-21176

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and [redacted] [redacted]

Sincerely,

b3
b7E

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this _____ day of ________________ [redacted]

[redacted]

[redacted] ________________

b6
b7C
b7E

________________
[redacted]

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page 6 of 6

CELL/OTD 016996

CELLSITE-21177

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

b3
b6
b7C
b7E

Contract:
Subject: NDA

Dear

The Federal Bureau of Investigation has an approved Non-Disclosure Agreement (NDA) that is shall coordinate in advance authorization from the FBI for the

The NDA is entitled and Non-Disclosure Obligations" dated

Accordingly, the agrees to the following conditions in connection with its

1.

If there are any questions, please do not hesitate to contact my office.

Sincerely,

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, VA 22135

acknowledgement of and compliance with the above stated policy:

Date

b3
b6
b7C
b7E

cc:

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

b3
b6
b7C
b7E

Contract:
Subject: NDA

Dear

The Federal Bureau of Investigation has an approved Non-Disclosure Agreement (NDA) that is

shall coordinate in advance authorization from the FBI for the

The NDA is entitled and Non-Disclosure Obligations" dated

Accordingly, the agrees to the following conditions in connection with its

1.

If there are any questions, please do not hesitate to contact my office.

Sincerely,

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, VA 22135

acknowledgement of and compliance with the above stated policy:

Date

b3
b6
b7C
b7E

cc:

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

b3
b6
b7C
b7E

Contract:
Subject: NDA

Dear

The Federal Bureau of Investigation has an approved Non-Disclosure Agreement (NDA) that is shall coordinate in advance authorization from the FBI for the

The NDA is entitled and Non-Disclosure Obligations" dated

Accordingly, the agrees to the following conditions in connection with its

1.

If there are any questions, please do not hesitate to contact my office.

Sincerely,

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, VA 22135

CELL/OTD 017001

acknowledgement of and compliance with the above stated policy:

Date

b3
b6
b7C
b7E

cc:

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

[DATE],

[NAME OF
[TITLE]
[NAME]
[ADDRESS]
[CITY, STATE, ZIP CODE]

Re: and Non-Disclosure Obligations

Dear [NAME OF

We have been advised by of the

must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

b3
b6
b7C
b7E

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

CELL/OTD 017003

CELLSITE-21184

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

b3
b7E

Assistant Director
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod A
Quantico, Virginia 22135

and

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135

b3
b7E

The s acceptance of the above conditions shall be evidenced by the signature below of an authorized representative of the

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this _____ day of _____

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

CELL/OTD 017006 CELLSITE-21187

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

[NAME OF
[TITLE]
NAME]
[ADDRESS]
[CITY, STATE, ZIP CODE]

b6
b7C
b7E

cc: Unit Chief, FBI Tracking Technology Unit
, FBI Office of the General Counsel
, FBI Office of the General Counsel

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

CELL/OTD 017007

CELLSITE-21188

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

Attention:

Re: Contract

Dear

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place with and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore, the is permitted to

b3
b6
b7C
b7E

If there are any questions, please contact me.

Sincerely,

Chief, Tracking Technology Unit
Operational Technology Division
telephone

cc:

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

CELL/OTD 015302

CELLSITE-21195

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

Attention:

Re: Contract

Dear

b3
b6
b7C
b7E

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place with and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore, the is permitted to

If there are any questions, please contact me.

Sincerely,

Chief, Tracking Technology Unit
Operational Technology Division
telephone

cc:

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

CELL/OTD 015307

CELLSITE-21200

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

**From:** (OTD) (FBI)
**Sent:** Monday, October 03, 2011 12:43 PM
**To:**
**Cc:**
**Subject:** RE: Coordination for
--- UNCLASSIFIED//FOUO//LES

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO//LES
========================================================

Hi, I received your voice message and understand your position. I will contact directly.

Thank you,

---

**From:** (OTD) (FBI)
**Sent:** Friday, September 23, 2011 6:21 PM
**To:**
**Cc:**
**Subject:** Coordination for --- UNCLASSIFIED//FOUO//LES

Classification: UNCLASSIFIED//FOUO//LES
========================================================

b3
b6
b7C
b7E

(U//FOUO//LES) Good day. I was notified by that the WITT , my unit manages the sign a nondisclosure agreement with the FBI. I can coordinate this requirement directly with I can provide you with the NDA and background information should your division want to lead the task.

(U//FOUO//LES) but is the result of several years effort The underlying point of the NDA is that the are Law Enforcement Sensitive, and we don't want such information released absent specific approval by the AD OTD. I've attached a copy of the NDA for your review, but it is not for dissemination outside the FBI.

<< File: NDA_ WITT 08282011.pdf >>

(U) As I said above, we can pursue this in one of two ways: 1) you or your SAC can submit the NDA, which my unit will prepare, to [redacted] [redacted] and have them sign the NDA, or 2) I can communicate directly with [redacted] and perform same.

(U) Please advise how you would like me to proceed or, if I can answer any questions, please contact me.

Best regards,
[redacted]

*SSA* [redacted]
Chief, Tracking Technology Unit
Traditional Technology Section
Operational Technology Division
office: [redacted]
mobile [redacted]
I-net email: [redacted]

b3
b6
b7C
b7E

============================================================
Classification: UNCLASSIFIED//FOUO//LES

============================================================
Classification: UNCLASSIFIED//FOUO//LES

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

(OTD) (FBI)

**From:** (OTD) (FBI)
**Sent:** Thursday, August 18, 2011 3:53 PM
**To:**
**Cc:**
**Subject:** RE Non-Disclosure Agreement --- UNCLASSIFIED//LES

Classification: UNCLASSIFIED//LES
=============================================================

Hi, I recently succeeded at TTU and am now administering the NDA process he described previously. While he indicated on his original email, we actually have the request for the from the Would your office like to work with to accomplish the NDA as part of (I will prepare the NDA for you), or may I contact them directly?

b3
b6
b7C
b7E

Please contact me if you've any questions.

*SSA*
Chief, Tracking Technology Unit
Traditional Technology Section
Operational Technology Division
office:
mobile
I-net email:

**From:** (OTD) (FBI)
**Sent:** Friday, July 22, 2011 6:30 AM
**To:**
**Cc:**
**Subject:** Non-Disclosure Agreement --- UNCLASSIFIED

b3
b6
b7C
b7E

Classification: UNCLASSIFIED
=============================================================

I cannot locate your ASAC in the address look up. Need your assistance.

I am inquiring as to how you would like me to proceed. I have a request from the OTD has worked for several years to upon acceptance of the attached NDA. Before an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to , have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you. The attached documents are the requesting letter from and the actual /FBI approved NDA.. The requestors are required to each sign an NDA and are

specifically identified in the attached pdf file.

If I can answer any question feel free to contact me directly @

<< File: NDA_ WITT Master.doc >> << File: Document.pdf >>

b3
b6
b7C
b7E

**SSA**
**Unit Chief**
**Tracking Technology Unit**
**Operational Technology Division**
**office**
**cell**
**"Factum Non Verbum"**

==========================================================
Classification: UNCLASSIFIED

==========================================================
Classification: UNCLASSIFIED//LES

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

**OTD) (FBI)**

**From:** OTD) (FBI)
**Sent:** Thursday, August 18, 2011 2:40 PM
**To:**
**Cc:**
**Subject:** RE: Non-Disclosure -- UNCLASSIFIED//FOUO

Classification: UNCLASSIFIED//FOUO
=========================================================

Hello, I recently succeeded at the TTU and, dare I say, am just beginning to get a handle on this NDA process. As we did with may I directly contact to begin their agreement?

I noted your invitation for a visit to discuss WITT. If you'll permit me a few months to settle into this role, I would be pleased to make the trip out your way.

b3
b6
b7C
b7E

Best regards,

*SSA*
Chief, Tracking Technology Unit
Traditional Technology Section
Operational Technology Division
office:
mobile
I-net email:

---

**From:** (OTD) (FBI)
**Sent:** Tuesday, July 26, 2011 10:50 AM
**To:**
**Cc:**
**Subject:** RE: Non-Disclosure - UNCLASSIFIED//FOUO

b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO
=========================================================

Thanks. I just received another request from the . Do you desire OTD to handle this
<< File: Document.pdf >> As discussed you will need to handle the and await word from ASAC on the

---

**From:**
**Sent:** Wednesday, June 29, 2011 6:42 PM
**To**
**Subject:** RE: Non-Disclosure --- UNCLASSIFIED//FOUO

CELL/OTD 017326

CELLSITE-21207

Classification: UNCLASSIFIED//FOUO
======================================================

I would appreciate you executing the NDA with the it would be beneficial to have you as the WITT manager and SME to address these issues directly.

Additionally, I would be proud to showcase the use of WITT I'm sure SSA along with would welcome your visit and opportunities to discuss innovative ways to improve and expand our WITT deployment as well. For example, an opportunity exists in one of our RAs to utilize WITT in a environment. Please let me know if I can help facilitate this matter in any way.

Thanks,

b3
b6
b7C
b7E

**From:** (OTD) (FBI)
**Sent:** Tuesday, June 28, 2011 5:51 AM
**To:**
**Cc:** (OTD) (FBI)
**Subject:** Non-Disclosure -- UNCLASSIFIED//FOUO

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO
======================================================

<< File: Document.pdf >> << File: NDA_ WITT 20101123.doc >>

GENTS:

I am inquiring as to how you would like me to proceed. I have a request from the OTD has worked for several years to upon acceptance of the attached NDA. Before an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to have

them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you. The attached documents are the requesting letter from and the actual FBI approved NDA.. The requestors are required to each sign an NDA and are specifically identified in the attached pdf file. Signed NDS return to TTU for action.

If I can answer any question feel free to contact me directly @

b3
b6
b7C
b7E

**SSA**
**Unit Chief**
**Tracking Technology Unit**
**Operational Technology Division**
**office**
**cell**
**"Factum Non Verbum"**

============================================================
Classification: UNCLASSIFIED//FOUO

============================================================
Classification: UNCLASSIFIED//FOUO

============================================================
Classification: UNCLASSIFIED//FOUO

============================================================
Classification: UNCLASSIFIED//FOUO

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

(OTD) (FBI)

**From:** (OTD) (FBI)
**Sent:** Tuesday, July 19, 2011 2:52 PM
**To:**
**Cc:**
**Subject:** Non-Disclosure Agreement --- UNCLASSIFIED

Classification: UNCLASSIFIED
============================================================

NDA WIT...   Document.pdf

Gents: Here we go again.. Thanks for the CONTINUED support.

I am inquiring as to how you would like me to proceed. I have a request from the OTD has worked for several years to upon acceptance of the attached NDA. Before an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you. The attached documents are the requesting letter from and the actual /FBI approved NDA.. The requestors are required to each sign an NDA and are specifically identified in the attached pdf file.

b3
b6
b7C
b7E

If I can answer any question feel free to contact me directly @

**SSA**
**Unit Chief**
**Tracking Technology Unit**
**Operational Technology Division**
**office**
**cell**
**"Factum Non Verbum"**

============================================================
Classification: UNCLASSIFIED

CELL/OTD 017350

CELLSITE-21231

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

(OTD) (FBI)

**From:** (OGC)(FBI)
**Sent:** Wednesday, July 13, 2011 11:07 AM
**To:**
**Cc:**
**Subject:** RE: NDA --- UNCLASSIFIED//FOUO

b3
b5
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO
ATTORNEY-CLIENT PRIVILEGED INFORMATION
=====================================================

Here is the letter, ready for signature by the A/AD and Once the A/AD signs, said to e-mail it to her at , and she will get it to the for signature. She also asked for us to provide, with the NDA, a letter from you clarifying that As discussed, she originally recommended that the

Let me know if you have any questions.

Assistant General Counsel
Science & Technology Law Unit
FBI Office of the General Counsel
O:
BB
E-Mail (U):
E-Mail (S):

***THIS MAY BE A PRIVILEGED ATTORNEY CLIENT ATTORNEY WORK PRODUCT COMMUNICATION AND SHOULD NOT BE DISCLOSED OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.***

**From:** (OTD) (FBI)
**Sent:** Monday, June 20, 2011 11:09 AM
**To:** (OGC)(FBI)
**Subject:** RE: NDA --- UNCLASSIFIED

CELL/OTD 017358

Classification: UNCLASSIFIED
=======================================================

Some wording issues w NDA.. call me

---

**From:** [redacted] (OGC)(FBI)
**Sent:** Monday, June 20, 2011 11:08 AM
**To:** [redacted] (OTD) (FBI)
**Subject:** RE: [redacted] NDA --- UNCLASSIFIED

Classification: UNCLASSIFIED
=======================================================

Sure. Any idea what the issue is? I have a 1PM meeting that will likely take an hour, other than that, I'm open.

b3
b6
b7C
b7E

[redacted]
Assistant General Counsel
Science & Technology Law Unit
FBI Office of the General Counsel
O: [redacted]
BB
E-Mail (U): [redacted]
E-Mail (S):

***THIS MAY BE A PRIVILEGED ATTORNEY CLIENT ATTORNEY WORK PRODUCT COMMUNICATION AND SHOULD NOT BE DISCLOSED OUTSIDE THE FBI WITHOUT OGC'S PRIOR PERMISSION.***

---

**From:** [redacted] (OTD) (FBI)
**Sent:** Monday, June 20, 2011 10:52 AM
**To:** [redacted] (OGC)(FBI)
**Subject:** [redacted] NDA --- UNCLASSIFIED

b3
b6
b7C
b7E

Classification: UNCLASSIFIED
=======================================================

Can we coordinate a call to [redacted]
[redacted] has some questions concerning the NDA to [redacted]

<< File: NDA_[redacted] WITT 20101123.doc >>

**SSA** [redacted]
**Unit Chief**
**Tracking Technology Unit**
**Operational Technology Division**
[redacted]

CELL/OTD 017359

[redacted]cell
**"Factum Non Verbum"**

b6
b7C

=============================================================
Classification: UNCLASSIFIED

=============================================================
Classification: UNCLASSIFIED

=============================================================
Classification: UNCLASSIFIED

=============================================================
Classification: UNCLASSIFIED//FOUO

CELL/OTD 017360

3

CELLSITE-21241

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENSITIVE//NOFORN

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Re: [redacted] and Non-Disclosure Obligations

Dear [redacted]

We have been advised by the [redacted] of the [redacted] must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement [redacted]

b3
b6
b7C
b7E

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENSITIVE//NOFORN

CELL/OTD 017361

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENSITIVE//NOFORN

Assistant Director
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod A
Quantico, Virginia 22135

b3
b7E

and

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135

The acceptance of the above conditions shall be evidenced by the signature below of an authorized representative of the

Sincerely,

b6
b7C

Acting Assistant Director
Operational Technology Division
Federal Bureau of Investigation

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENSITIVE//NOFORN

CELL/OTD 017364

CELLSITE-21245

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENSITIVE//NOFORN

Acknowledged and agreed to this _____ day of _____

Acknowledged and agreed to this _____ day of _____

b3
b6
b7C
b7E

cc: Unit Chief, FBI Tracking Technology Unit
, FBI Office of the General Counsel
FBI Office of the General Counsel

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENSITIVE//NOFORN

CELL/OTD 017365

CELLSITE-21246

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

(OTD) (FBI)

**From:**
**Sent:** Tuesday, May 31, 2011 10:15 AM
**To:**
**Cc:**
**Subject:** RE: --- UNCLASSIFIED

Classification: UNCLASSIFIED
========================================================

b6
b7C
b7E

, will handle submission and obtaining the signatures. I assume we will confirm the handling via EC and the original document w/signatures goes to you, with keeping a copy. If that is correct, please send a file number to direct the EC and document. Thanks.

-----Original Message-----
From: (OTD) (FBI)
Sent: Thursday, May 19, 2011 11:02 AM
To:
(FBI)
Cc: (OTD) (FBI)
Subject: FW:

b3
b6
b7C
b7E

I am inquiring as to how you would like me to proceed. I have requests from the OTD has worked for several years to upon acceptance of the attached NDA. Before an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you. The attached documents are the requesting letter from and the actual FBI approved NDA... The requestors are required to each sign an NDA and are specifically identified in the attached pdf file. .

If I can answer any question feel free to contact me directly @

-----Original Message-----
From: (OTD) (FBI)
Sent: Thursday, May 19, 2011 9:58 AM
To: (OTD) (FBI)

CELL/OTD 017322

Subject:

-----------------------------------------------------------------

======================================================
Classification: UNCLASSIFIED

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

(OTD) (FBI)

**From:**
**Sent:** Tuesday, May 31, 2011 2:58 PM
**To:**
**Subject:** RE: NON-DISCLOSURE AGREEMENT --- UNCLASSIFIED//FOUO

b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO
============================================================

Sorry, Most of my message got cut off. Do you want to meet first to discuss this, BEFORE we set up a meet and greet with the I'm free all day tomorrow.

---

**From:**
**Sent:** Tuesday, May 31, 2011 2:15 PM
**To:**
**Subject:** RE: NON-DISCLOSURE AGREEMENT -- UNCLASSIFIED//FOUO

Classification: UNCLASSIFIED//FOUO
============================================================

**UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

Should we schedule a meeting with (I think has dealt with in the past) to talk about this? It would be a good opportunity for a meet and greet.

Thanks,

**UNCLASSIFIED**
**NON-RECORD**

CELL/OTD 017312

**From:** [redacted] (OTD) (FBI)
**Sent:** Tuesday, May 31, 2011 11:45 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** NON-DISCLOSURE AGREEMENT [redacted] -- UNCLASSIFIED//FOUO

Classification: UNCLASSIFIED//FOUO
==================================================

I am inquiring as to how you would like me to proceed. I have a request from the [redacted] OTD has worked for several years to [redacted] upon acceptance of the attached NDA. Before [redacted] an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to [redacted] have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you. [redacted] The attached documents are the requesting letter from [redacted] and the actual [redacted]/FBI approved NDA.. The requestors are required to each sign an NDA and are specifically identified in the attached pdf file. [redacted]

b3
b6
b7C
b7E

If I can answer any question feel free to contact me directly @[redacted]

<< File: NDA_[redacted]WITT 20101123.doc >> << File: Document.pdf >>

==================================================
Classification: UNCLASSIFIED//FOUO

==================================================
Classification: UNCLASSIFIED//FOUO

==================================================
Classification: UNCLASSIFIED//FOUO

CELL/OTD 017313

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

**(OTD) (FBI)**

**From:** (OTD) (FBI)
**Sent:** Tuesday, May 31, 2011 11:45 AM
**To:**
**Cc:**
**Subject:** NON-DISCLOSURE AGREEMENT -- UNCLASSIFIED//FOUO

Classification: UNCLASSIFIED//FOUO
===========================================================

I am inquiring as to how you would like me to proceed. I have a request from the OTD has worked for several years to upon acceptance of the attached NDA. Before an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you. The attached documents are the requesting letter from and the actual /FBI approved NDA.. The requestors are required to each sign an NDA and are specifically identified in the attached pdf file.

b3
b6
b7C
b7E

If I can answer any question feel free to contact me directly @

NDA WIT...

Document.pdf

===========================================================
Classification: UNCLASSIFIED//FOUO

CELL/OTD 017314

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

[DATE], [redacted]

[NAME OF [redacted]
[TITLE]
[redacted] NAME]
[ADDRESS]
[CITY, STATE, ZIP CODE]

Re: [redacted] and Non-Disclosure Obligations

Dear [NAME OF [redacted]

We have been advised by [redacted] of the [redacted]

[redacted]

[redacted] must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement [redacted]

[redacted]

[redacted]

b3
b6
b7C
b7E

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

CELL/OTD 017315

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

b3
b7E

Assistant Director
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod A
Quantico, Virginia 22135

and

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135

b3
b7E

The acceptance of the above conditions shall be evidenced by the signature below of an authorized representative of the

Sincerely,

Marcus C. Thomas
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this _____ day of _____

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

CELL/OTD 017318

CELLSITE-21255

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

[NAME OF
[TITLE]
NAME]
[ADDRESS]
[CITY, STATE, ZIP CODE]

b6
b7C
b7E

cc: Unit Chief, FBI Tracking Technology Unit
, FBI Office of the General Counsel
FBI Office of the General Counsel

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

CELL/OTD 017319

CELLSITE-21256

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

b3
b6
b7C
b7E

Re: [redacted] and Non-Disclosure Obligations

Dear [redacted]

We have been advised by [redacted] of the [redacted] must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement [redacted]

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

Assistant Director
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod A
Quantico, Virginia 22135

and

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135

b3
b7E

The acceptance of the above conditions shall be evidenced by the signature below of an authorized representative of the

Sincerely,

Marcus C. Thomas
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this _____ day of _____

b3
b6
b7C
b7E

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

CELL/OTD 017310 CELLSITE-21262

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

cc: [redacted] Unit Chief, FBI Tracking Technology Unit
[redacted] FBI Office of the General Counsel
[redacted] FBI Office of the General Counsel

b6
b7C

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN
CELL/OTD 017311

CELLSITE-21263

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

(OTD) (FBI)

**From:**
**Sent:** Friday, June 24, 2011 10:52 AM
**To:**
**Cc:**
**Subject:** RE: Non-Disclosure --- UNCLASSIFIED

Classification: UNCLASSIFIED
==============================================

b6
b7C
b7E

We have a good relationship with so no issues there. I don't mind pushing the forms to and his folks. If you think it's beneficial to travel to I also have no objections. Pending ASAC concurrence with either scenario, what would you prefer?

**From:** (OTD) (FBI)
**Sent:** Friday, June 24, 2011 9:33 AM
**To:**
**Cc:**
**Subject:** Non-Disclosure --- UNCLASSIFIED

b3
b6
b7C
b7E

Classification: UNCLASSIFIED
==============================================

GENTS:

I am inquiring as to how you would like me to proceed. I have a request from the OTD has worked for several years to upon acceptance of the attached NDA. Before an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you. The attached documents are the requesting letter from and the actual FBI approved NDA.. The requestors are required to each sign an NDA and are specifically identified in the attached pdf file.

If I can answer any question feel free to contact me directly @

<< File: NDA WITT 20101123.doc >> << File: Document.pdf >>

CELL/OTD 017268

**SSA [redacted]**
**Unit Chief**
**Tracking Technology Unit**
**Operational Technology Division**
**[redacted] office**
**[redacted] cell**
**"Factum Non Verbum"**

b6
b7C

==========================================================
Classification: UNCLASSIFIED

==========================================================
Classification: UNCLASSIFIED

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

(OTD) (FBI)

**From:**
**Sent:** Wednesday, June 29, 2011 6:42 PM
**To:**
**Subject:** RE: Non-Disclosure --- UNCLASSIFIED//FOUO

Classification: UNCLASSIFIED//FOUO
====================================================

I would appreciate you executing the NDA with the , it would be beneficial to have you as the WITT manager and SME to address these issues directly.

Additionally, I would be proud to showcase the use of WITT I'm sure SSA along with would welcome your visit and opportunities to discuss innovative ways to improve and expand our WITT deployment as well. For example, an opportunity exists in one of our RAs to utilize WITT in a environment. Please let me know if I can help facilitate this matter in any way.

Thanks,

b3
b6
b7C
b7E

**From:** (OTD) (FBI)
**Sent:** Tuesday, June 28, 2011 5:51 AM
**To:**
**Cc:**
**Subject:** Non-Disclosure --- UNCLASSIFIED//FOUO

b3
b6
b7C
b7E

Classification: UNCLASSIFIED//FOUO
====================================================

<< File: Document.pdf >> << File: NDA WITT 20101123.doc >>

CELL/OTD 017229

GENTS:

I am inquiring as to how you would like me to proceed. I have a request from the [redacted] [redacted] OTD has worked for several years to [redacted] [redacted], upon acceptance of the attached NDA. Before [redacted] [redacted] an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to [redacted], have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you. [redacted] [redacted] [redacted] The attached documents are the requesting letter from [redacted] [redacted] and the actual [redacted]/FBI approved NDA.. The requestors are required to each sign an NDA and are specifically identified in the attached pdf file. [redacted] [redacted] Signed NDS return to TTU for action.

If I can answer any question feel free to contact me directly @ [redacted]

b3
b6
b7C
b7E

**SSA [redacted]**
**Unit Chief**
**Tracking Technology Unit**
**Operational Technology Division**
[redacted] **office**
**cell**
**"Factum Non Verbum"**

==========================================================
Classification: UNCLASSIFIED//FOUO

==========================================================
Classification: UNCLASSIFIED//FOUO

CELL/OTD 017230

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F54M93K42

(OTD) (FBI)

**From:**
**Sent:** Thursday, February 17, 2011 4:59 PM
**To:**
**Subject:** RE: NON-DISCLOSURE ASSISTANCE

b6
b7C
b7E

Could you give me a call tomorrow or at your convenience and we can discuss. Thanks

**From:** (OTD) (FBI)
**Sent:** Wednesday, February 16, 2011 1:32 PM
**To:**
**Subject:** NON-DISCLOSURE ASSISTANCE

b3
b6
b7C
b7E

Gentlemen: I am inquiring as to how you would like me to proceed. I have requests from the OTD has worked for several years to upon acceptance of the attached NDA. Before an **NDA must be signed**. We can pursue this in two ways: 1. You or your SAC can submit the NDA to sign the enclosed NDA or I can travel and perform the same. Wanted to run this by each of you since The attached documents are the requesting letter from and the actual /FBI approved NDA..

<< File: Document.pdf >> << File: NDA_ WITT 20101123.doc >>

CELL/OTD 017012

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-18-2013 BY NSICG F54M93K42

**Request for Confidentiality**

b3
b4
b6
b7C
b7E

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 257
Page 2 ~ Duplicate;
Page 3 ~ Duplicate;
Page 4 ~ Duplicate;
Page 6 ~ b3; b7E;
Page 7 ~ b3; b7E;
Page 8 ~ b3; b7E;
Page 20 ~ b3; b4; b6; b7C; b7E;
Page 21 ~ b3; b4; b6; b7C; b7E;
Page 24 ~ b3; b7E;
Page 25 ~ b3; b7E;
Page 26 ~ b3; b7E;
Page 27 ~ b3; b7E;
Page 29 ~ b3; b4; b6; b7C; b7E;
Page 30 ~ b3; b4; b6; b7C; b7E;
Page 32 ~ b3; b7E;
Page 33 ~ b3; b7E;
Page 34 ~ b3; b7E;
Page 35 ~ b3; b7E;
Page 37 ~ b3; b4; b6; b7C; b7E;
Page 38 ~ b3; b4; b6; b7C; b7E;
Page 42 ~ b3; b7E;
Page 43 ~ b3; b7E;
Page 44 ~ b3; b7E;
Page 45 ~ b3; b7E;
Page 47 ~ b3; b4; b6; b7C; b7E;
Page 48 ~ b3; b4; b6; b7C; b7E;
Page 49 ~ b3; b4; b6; b7C; b7E;
Page 50 ~ b3; b4; b6; b7C; b7E;
Page 51 ~ b3; b4; b6; b7C; b7E;
Page 52 ~ b3; b4; b6; b7C; b7E;
Page 54 ~ b3; b6; b7C; b7E;
Page 55 ~ b3; b7E;
Page 56 ~ b3; b7E;
Page 57 ~ b3; b7E;
Page 60 ~ b3; b4; b6; b7C; b7E;
Page 61 ~ b3; b4; b6; b7C; b7E;
Page 63 ~ b3; b7E;
Page 64 ~ b3; b7E;
Page 65 ~ b3; b7E;
Page 66 ~ b3; b7E;
Page 70 ~ b3; b7E;
Page 71 ~ b3; b7E;
Page 72 ~ b3; b7E;
Page 73 ~ b3; b7E;
Page 75 ~ b3; b4; b6; b7C; b7E;
Page 76 ~ b3; b4; b6; b7C; b7E;
Page 80 ~ Duplicate;
Page 81 ~ Duplicate;

Page 83 ~ b3; b7E;
Page 84 ~ b3; b7E;
Page 85 ~ b3; b7E;
Page 86 ~ b3; b7E;
Page 89 ~ b3; b7E;
Page 90 ~ b3; b7E;
Page 91 ~ b3; b7E;
Page 93 ~ b3; b4; b6; b7C; b7E;
Page 94 ~ b3; b4; b6; b7C; b7E;
Page 97 ~ b3; b7E;
Page 98 ~ b3; b7E;
Page 99 ~ b3; b7E;
Page 100 ~ b3; b7E;
Page 106 ~ b3; b7E;
Page 107 ~ b3; b7E;
Page 108 ~ b3; b7E;
Page 109 ~ b3; b7E;
Page 112 ~ b3; b7E;
Page 113 ~ b3; b7E;
Page 114 ~ b3; b7E;
Page 115 ~ b3; b7E;
Page 117 ~ b3; b4; b6; b7C; b7E;
Page 118 ~ b3; b4; b6; b7C; b7E;
Page 119 ~ b3; b7E;
Page 120 ~ b3; b4; b6; b7C; b7E;
Page 121 ~ b3; b4; b6; b7C; b7E;
Page 122 ~ b3; b4; b6; b7C; b7E;
Page 124 ~ b3; b4; b6; b7C; b7E;
Page 125 ~ b3; b4; b6; b7C; b7E;
Page 128 ~ b3; b7E;
Page 129 ~ b3; b7E;
Page 130 ~ b3; b7E;
Page 131 ~ b3; b7E;
Page 133 ~ Duplicate;
Page 134 ~ Duplicate;
Page 137 ~ b3; b7E;
Page 138 ~ b3; b7E;
Page 139 ~ b3; b7E;
Page 140 ~ b3; b7E;
Page 144 ~ b3; b4; b6; b7C; b7E;
Page 145 ~ b3; b4; b6; b7C; b7E;
Page 146 ~ b3; b4; b6; b7C; b7E;
Page 147 ~ b3; b4; b6; b7C; b7E;
Page 148 ~ Duplicate;
Page 156 ~ b3; b7E;
Page 157 ~ b3; b7E;
Page 158 ~ b3; b7E;
Page 161 ~ b3; b7E;
Page 162 ~ b3; b7E;
Page 165 ~ Duplicate;
Page 166 ~ Duplicate;
Page 169 ~ Duplicate;
Page 170 ~ b3; b4; b6; b7C; b7E;
Page 171 ~ b3; b4; b6; b7C; b7E;

Page 175 ~ b3; b7E;
Page 176 ~ b3; b7E;
Page 177 ~ b3; b7E;
Page 178 ~ b3; b7E;
Page 180 ~ b3; b4; b6; b7C; b7E;
Page 181 ~ b3; b4; b6; b7C; b7E;
Page 183 ~ b3; b7E;
Page 184 ~ b3; b7E;
Page 185 ~ b3; b7E;
Page 186 ~ b3; b7E;
Page 195 ~ b3; b7E;
Page 196 ~ b3; b7E;
Page 197 ~ b3; b7E;
Page 198 ~ b3; b7E;
Page 200 ~ b3; b7E;
Page 203 ~ b3; b7E;
Page 204 ~ b3; b7E;
Page 205 ~ b3; b7E;
Page 207 ~ Duplicate;
Page 208 ~ Duplicate;
Page 209 ~ Duplicate;
Page 210 ~ Duplicate;
Page 211 ~ Duplicate;
Page 212 ~ Duplicate;
Page 213 ~ Duplicate;
Page 214 ~ Duplicate;
Page 215 ~ Duplicate;
Page 216 ~ Duplicate;
Page 218 ~ Duplicate;
Page 219 ~ Duplicate;
Page 220 ~ Duplicate;
Page 225 ~ b3; b7E;
Page 226 ~ b3; b7E;
Page 227 ~ b3; b7E;
Page 228 ~ b3; b7E;
Page 230 ~ b3; b4; b6; b7C; b7E;
Page 231 ~ b3; b4; b6; b7C; b7E;
Page 233 ~ b3; b7E;
Page 234 ~ b3; b7E;
Page 235 ~ b3; b7E;
Page 236 ~ b3; b7E;
Page 240 ~ b3; b4; b6; b7C; b7E;
Page 241 ~ b3; b4; b6; b7C; b7E;
Page 242 ~ Duplicate;
Page 244 ~ b3; b7E;
Page 245 ~ b3; b7E;
Page 246 ~ b3; b7E;
Page 247 ~ b3; b7E;
Page 249 ~ b3; b4; b6; b7C; b7E;
Page 250 ~ b3; b4; b6; b7C; b7E;
Page 253 ~ b3; b7E;
Page 254 ~ b3; b7E;
Page 255 ~ b3; b7E;
Page 256 ~ b3; b7E;

Page 258 ~ Duplicate;
Page 260 ~ b3; b7E;
Page 261 ~ b3; b7E;
Page 262 ~ b3; b7E;
Page 263 ~ b3; b7E;
Page 265 ~ Duplicate;
Page 266 ~ b3; b4; b6; b7C; b7E;
Page 267 ~ b3; b4; b6; b7C; b7E;
Page 268 ~ b3; b6; b7C; b7E;
Page 270 ~ b3; b4; b6; b7C; b7E;
Page 271 ~ b3; b4; b6; b7C; b7E;
Page 272 ~ Duplicate;
Page 273 ~ Duplicate;
Page 274 ~ Duplicate;
Page 275 ~ Duplicate;
Page 276 ~ Duplicate;
Page 278 ~ b3; b4; b6; b7C; b7E;
Page 279 ~ b3; b4; b6; b7C; b7E;
Page 280 ~ Duplicate;
Page 281 ~ Duplicate;
Page 282 ~ Duplicate;
Page 283 ~ Duplicate;
Page 284 ~ Duplicate;
Page 286 ~ b3; b4; b6; b7C; b7E;
Page 287 ~ b3; b4; b6; b7C; b7E;
Page 288 ~ Duplicate;
Page 289 ~ Duplicate;
Page 290 ~ Duplicate;
Page 291 ~ Duplicate;
Page 292 ~ Duplicate;
Page 294 ~ b3; b4; b6; b7C; b7E;
Page 295 ~ b3; b4; b6; b7C; b7E;
Page 296 ~ Duplicate;
Page 297 ~ Duplicate;
Page 298 ~ Duplicate;
Page 299 ~ Duplicate;
Page 300 ~ Duplicate;
Page 302 ~ b3; b4; b6; b7C; b7E;
Page 303 ~ b3; b4; b6; b7C; b7E;
Page 304 ~ b3; b5; b6; b7C; b7E;
Page 305 ~ b1; b3; b5; b6; b7C; b7E;
Page 306 ~ b1; b3; b5; b6; b7C; b7E;
Page 309 ~ Duplicate;
Page 310 ~ b3; b7E;
Page 311 ~ b3; b7E;
Page 315 ~ Duplicate;
Page 316 ~ Duplicate;
Page 317 ~ Duplicate;
Page 318 ~ Duplicate;
Page 321 ~ Duplicate;
Page 322 ~ Duplicate;
Page 323 ~ Duplicate;
Page 324 ~ Duplicate;
Page 325 ~ Duplicate;

Page 326 ~ Duplicate;
Page 327 ~ Duplicate;
Page 328 ~ Duplicate;
Page 329 ~ Duplicate;
Page 330 ~ Duplicate;
Page 331 ~ Duplicate;
Page 332 ~ Duplicate;
Page 333 ~ Duplicate;
Page 334 ~ Duplicate;
Page 335 ~ b3; b4; b6; b7C; b7E;
Page 336 ~ b3; b4; b6; b7C; b7E;
Page 342 ~ b3; b4; b6; b7C; b7E;
Page 343 ~ b3; b4; b6; b7C; b7E;
Page 344 ~ b3; b4; b6; b7C; b7E;
Page 345 ~ b3; b4; b6; b7C; b7E;
Page 346 ~ b3; b4; b6; b7C; b7E;
Page 347 ~ b3; b4; b6; b7C; b7E;
Page 348 ~ b3; b4; b6; b7C; b7E;
Page 349 ~ b3; b4; b6; b7C; b7E;
Page 350 ~ b3; b4; b6; b7C; b7E;
Page 351 ~ b3; b4; b6; b7C; b7E;
Page 353 ~ b3; b5; b6; b7C; b7E;
Page 354 ~ Duplicate;
Page 355 ~ Duplicate;
Page 356 ~ Duplicate;
Page 357 ~ Duplicate;
Page 358 ~ Duplicate;
Page 359 ~ Duplicate;
Page 360 ~ Duplicate;
Page 361 ~ Duplicate;
Page 362 ~ Duplicate;
Page 363 ~ Duplicate;
Page 364 ~ Duplicate;
Page 365 ~ Duplicate;
Page 366 ~ Duplicate;
Page 367 ~ Duplicate;
Page 368 ~ Duplicate;
Page 369 ~ Duplicate;
Page 370 ~ Duplicate;
Page 371 ~ Duplicate;
Page 372 ~ Duplicate;
Page 373 ~ Duplicate;
Page 374 ~ Duplicate;
Page 375 ~ Duplicate;
Page 376 ~ Duplicate;
Page 377 ~ Duplicate;
Page 378 ~ Duplicate;

XXXXXXXXXXXXXXXXXXXXXXXX
X Deleted Page(s) X
X No Duplication Fee X
X For this Page X
XXXXXXXXXXXXXXXXXXXXXXXX

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG F85M26K45

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Re: Purchase of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear

We have been advised by of the must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signature below of an authorized representative of the [redacted]

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

b3
b6
b7C
b7E

Acknowledged and agreed to this [redacted]

[redacted]

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE
Page 5 of 5

CELL/OTD 014943

CELLSITE-20563

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG F85M26K45

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Re: Purchase of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear

We have been advised by of the must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signature below of an authorized representative of the [redacted]

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

b3
b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE
Page 5 of 5

CELL/OTD 014933
CELLSITE-20565

HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG F65M26K45

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Re: Purchase of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear

We have been advised by of the

must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signature below of an authorized representative of the [redacted]

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

b3
b6
b7C
b7E

Acknowledged and agreed to this [redacted]

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE
Page 5 of 5

CELL/OTD 014938

CELLSITE-20567

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG F85M26K45

Attention: [redacted]

Re: Contract [redacted] Request Approval - [redacted]

Dear [redacted] b6 b7C

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place with the [redacted] and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore [redacted]

b3 b6 b7C b7E

If there are any questions, please contact me.

Sincerely,

[redacted]
Operational Technology Division
Telephone [redacted]

Cc: [redacted]

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CELL/OTD 014920

CELLSITE-20570

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG F85M26K45

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Re: Purchase of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear

We have been advised by of the

must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative [redacted] [redacted]

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this [redacted]

b3
b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE
Page 6 of 6

CELL/OTD 014926

CELLSITE-20576

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG F85M26K45

Re: Purchase of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear [redacted]

We have been advised by [redacted] of the [redacted] must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement [redacted]

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and [redacted] the [redacted]

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this [redacted]

b3
b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page 6 of 6

CELL/OTD 014917
CELLSITE-20584

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG F85M26K45

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Attention:

Re: Contract Request
Approval -

Dear

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place with the and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore, the

If there are any questions, please contact me.

Sincerely,

Operational Technology Division
Telephone

Cc:

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

b3
b6
b7C
b7E

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG F85M26K45

Re: Purchase of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear

We have been advised by of the must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and [redacted]

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this [redacted]

b3
b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE
Page 6 of 6

CELL/OTD 014907
CELLSITE-20593

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG F85M26K45

Re: Purchase of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear [redacted]

We have been advised by [redacted] of the [redacted] must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement [redacted]

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and [redacted]

Sincerely,

[redacted]

Federal Bureau of Investigation

Acknowledged and agreed to this [redacted]

b3
b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page 6 of 6

CELL/OTD 014895

CELLSITE-20605

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG F85M26K45

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Attention:

Re: Contract Request
Approval -

Dear

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place with the and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore,

b3
b6
b7C
b7E

If there are any questions, please contact me.

Sincerely,

Operational Technology Division
Telephone

Cc:

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG F85M26K45

Re: Acquisition of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear [redacted]

We have been advised by [redacted] of the [redacted] must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement [redacted]

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and [redacted]

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this [redacted]

b3
b6
b7C
b7E

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

Page 6 of 6
CELL/OTD 014886

CELLSITE-20614

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG F85M26K45

Attention:

Re: Contract Request
Approval -

Dear

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place with the and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore,

b3
b6
b7C
b7E

If there are any questions, please contact me.

Sincerely,

Operational Technology Division
Telephone

Cc:

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG F85M26K45

Re: Acquisition of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear

We have been advised by of the must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and [redacted]

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this [redacted]

b3
b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE
Page 6 of 6
CELL/OTD 015143
CELLSITE-20621

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG F85M26K45

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

Contract: [redacted]
Subject: [redacted]
[redacted] NDA

Dear [redacted]

The Federal Bureau of Investigation has an approved Non-Disclosure Agreement (NDA) that is [redacted] shall coordinate in advance authorization from the FBI for the [redacted] The NDA is entitled [redacted] and Non-Disclosure Obligations" dated [redacted]

Accordingly, the [redacted] agrees to the following conditions in connection with its [redacted]

1. [redacted]

If there are any questions, please do not hesitate to contact my office.

Sincerely,

[redacted]

Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, VA 22135

b3
b6
b7C
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG F85M26K45

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

Contract:
Subject:
NDA

Dear

The Federal Bureau of Investigation has an approved Non-Disclosure Agreement (NDA) that is shall coordinate in advance authorization from the FBI for the The NDA is entitled and Non-Disclosure Obligations" dated

Accordingly, the agrees to the following conditions in connection with its

1.

If there are any questions, please do not hesitate to contact my office.

Sincerely,

Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, VA 22135

b3
b6
b7C
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG F85M26K45

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

Contract:
Subject:
NDA

Dear

The Federal Bureau of Investigation has an approved Non-Disclosure Agreement (NDA) that is shall coordinate in advance authorization from the FBI for the The NDA is entitled and Non-Disclosure Obligations" dated

Accordingly, the agrees to the following conditions in connection with its

1.

If there are any questions, please do not hesitate to contact my office.

Sincerely,

Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, VA 22135

cc:

b3
b6
b7C
b7E

b6
b7C

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG F85M26K45

[NAME OF
[TITLE]
NAME]
[ADDRESS]
[CITY, STATE, ZIP CODE]

Re: Purchase of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

Dear [NAME OF

We have been advised by of the

must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

b3
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-09-2013 BY NSICG F85M26K45

Attention:

Re: Contract Request
Approval -

Dear

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place with the and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore,

b3
b6
b7C
b7E

If there are any questions, please contact me.

Sincerely,

Operational Technology Division
Telephone

b6
b7C

Cc:

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CELLSITE-20634

CELL/OTD 014880

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Re: Purchase of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear

We have been advised by of the must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signature below of an authorized representative of the [redacted]

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

b3
b6
b7C
b7E

Acknowledged and agreed to thi [redacted]

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE
Page 5 of 5

CELL/OTD 014948

CELLSITE-20639

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Attention:

Re: Contract
Approval –

Dear

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore,

If there are any questions, please contact me.

Sincerely,

Operational Technology Division
Telephone

Cc:

b3
b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Re: Purchase of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear

We have been advised by of the

must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and [redacted] [redacted]

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this [redacted]

b3
b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page 6 of 6

CELL/OTD 014957

CELLSITE-20648

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Attention:

Re: Contract Request
Approval -

Dear

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore

b3
b6
b7C
b7E

If there are any questions, please contact me.

Sincerely,

Operational Technology Division
Telephone

Cc:

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

**Federal Bureau of Investigation**

Washington, D.C. 20535-0001

Attention:

Re: Contract Request Approval

Dear

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore

If there are any questions, please contact me.

Sincerely,

Operational Technology Division
Telephone

Cc:

b3
b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Re: Acquisition of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear

We have been advised by of the must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and [redacted] [redacted]

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this [redacted]

b3
b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE
Page 6 of 6

CELL/OTD 014966 CELLSITE-20656

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Re: Acquisition of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear

We have been advised by of the must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and [redacted] [redacted]

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

b3
b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page 6 of 6

CELL/OTD 014978

CELLSITE-20662

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Attention:

Re: Contract Request Approval -

Dear  b6 b7C

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore,

b3
b6
b7C
b7E

If there are any questions, please contact me.

Sincerely,

Operational Technology Division
Telephone

Cc:

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CELL/OTD 014979 CELLSITE-20669

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Attention:

Re: Contrac Request Approval –

Dear

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore,

b3
b6
b7C
b7E

If there are any questions, please contact me.

Sincerely,

Operational Technology Division
Telephone

Cc:

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Re: Purchase of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear

We have been advised by of the

must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and [redacted]

Sincerely,

Acknowledged and agreed to this [redacted]

b3
b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page **6** of **6**

CELL/OTD 014990

CELLSITE-20678

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Attention:

Re: Contrac Request
Approval –

Dear

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place with the and our execution of the NDA meets the FBI's advance coordination requirement. Therefore

b3
b6
b7C
b7E

If there are any questions, please contact me.

Sincerely,

Operational Technology Division
Telephone

Cc:

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Re: Purchase of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear

We have been advised by of the

must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page 1 of 6

CELL/OTD 014994

CELL/OTD 014

CELLSITE-20682

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and [redacted]

Sincerely,

Acknowledged and agreed to this [redacted]

b3
b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page 6 of 6

CELL/OTD 014999

CELLSITE-20687

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Attention:

Re: Contract Request Approval -

Dear

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place with the and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore,

b3
b6
b7C
b7E

If there are any questions, please contact me.

Sincerely,

Operational Technology Division
Telephone

Cc:

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Attention: [redacted]

Re: Contract [redacted]
[redacted] Request Approval - [redacted]

Dear [redacted]

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place with the [redacted] and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore, the [redacted]

b3
b6
b7C
b7E

If there are any questions, please contact me.

Sincerely,

[redacted]
Operational Technology Division
Telephone [redacted]

cc: [redacted]

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CELL/OTD 015007

CELLSITE-20694

HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Attention:

Re: Contract Request Approval -

Dear

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place with the and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore

If there are any questions, please contact me.

Sincerely,

Operational Technology Division
Telephone

Cc:

b3
b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Re: Purchase of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear

We have been advised by of the

must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

CELL/OTD 015013

CELLSITE-20696

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and [redacted] [redacted]

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this [redacted]

[redacted]

[redacted]

[redacted]

b3
b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page 5 of 5

CELL/OTD 015017

CELLSITE-20700

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Re: Purchase Wireless Collection Equipment/Technology and Non-Disclosure Obligations

Dear

We have been advised by of the must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

b3
b6
b7C
b7E

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

CELL/OTD 015020

CELLSITE-20701

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

Assistant Director
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod A
Quantico, Virginia 22135

b3
b7E

and

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135

The acceptance of the above conditions shall be evidenced by the signature below of an authorized representative of the

Sincerely,

Ernest Reith
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

CELL/OTD 015023 CELLSITE-20704

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

Acknowledged and agreed to this [redacted]

[NAME OF [redacted]
[TITLE]
[redacted] NAME]
[ADDRESS]
[CITY, STATE, ZIP CODE]

cc: [redacted] Unit Chief, FBI Tracking Technology Unit
[redacted] FBI Office of the General Counsel
[redacted] FBI Office of the General Counsel

b3
b6
b7C
b7E

UNCLASSIFIED//FOUO//LAW ENFORCEMENT SENTSITIVE//NOFORN

CELL/OTD 015024

CELLSITE-20705

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Attention:

Re: Contract
Request Approval -

Dear

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place with the , and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore, the

If there are any questions, please contact me.

Sincerely,

Operational Technology Division
Telephone

cc:

b3
b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CELL/OTD 015025

CELLSITE-20708

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CELL/OTD 015026 CELLSITE-20709

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Attention:

Re: Contract Request
Approval -

Dear

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place with the and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore,

b3
b6
b7C
b7E

If there are any questions, please contact me.

Sincerely,

Operational Technology Division
Telephone

Cc:

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Re: Acquisition of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear

We have been advised by of the must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and [redacted] [redacted]

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

b3
b6
b7C
b7E

Acknowledged and agreed to this [redacted]

[redacted]

[redacted]

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page 6 of 6

CELL/OTD 015037

CELLSITE-20719

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Re: Purchase of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear [redacted]

We have been advised by [redacted] of the [redacted] must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement [redacted]

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and [redacted]

Sincerely,

[redacted]

Acknowledged and agreed to this [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

b3
b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page 6 of 6

CELLSITE-20727
CELL/OTD 015045

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Re: Purchase of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear

We have been advised by of the

must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and [redacted]

Sincerely,

D. Keith Bryars
Acting Deputy Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this [redacted]

b3
b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE
Page **6** of **6**

CELL/OTD 015057

CELLSITE-20733

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Attention:

Re: Contract Request
Approval –

Dear

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place with the and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore

If there are any questions, please contact me.

b3
b6
b7C
b7E

Sincerely,

Operational Technology Division
Telephone

Cc:

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CELLSITE-20735

CELL/OTD 015059

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Re: Purchase of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear [redacted]

We have been advised by [redacted] of the [redacted] must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement [redacted]

[redacted]

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page 1 of 5

CELL/OTD 015121

CELLSITE-20736

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signature below of an authorized representative of the [redacted]

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

b3
b6
b7C
b7E

Acknowledged and agreed to this [redacted]

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE
Page 5 of 5

CELL/OTD 015125

CELLSITE-20740

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Re: Purchase of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear

We have been advised by of the must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signature below of an authorized representative of the [redacted]

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

b3
b6
b7C
b7E

Acknowledged and agreed to this [redacted]

[redacted]

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE
Page 5 of 5

CELL/OTD 015110

CELLSITE-20755

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Attention:

Re: Contract Request Approval –

Dear

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place with the and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore, the

If there are any questions, please contact me.

b3
b6
b7C
b7E

Sincerely,

Operational Technology Division
Telephone

Cc:

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CELLSITE-20756

CELL/OTD 015104

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Re: Purchase of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear

We have been advised by of the

must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signature below of an authorized representative.

Sincerely,

[redacted]

b3
b6
b7C
b7E

Acknowledged and agreed to this [redacted]

[redacted]

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page **6** of **6**

CELL/OTD 015103

CELLSITE-20762

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Re: Purchase of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear

We have been advised by of the must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and [redacted] [redacted]

Sincerely,

[redacted]

Acknowledged and agreed to this [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

b3
b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE
Page 6 of 6

CELL/OTD 015095
CELLSITE-20770

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

Attention:

Re: Contract Request Approval -

Dear

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place with the and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore, the

If there are any questions, please contact me.

Sincerely,

Operational Technology Division
Telephone

Cc:

b3
b6
b7C
b7E

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Re: Purchase of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear

We have been advised by of the must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and [redacted] [redacted]

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

b3
b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE
Page 6 of 6

CELL/OTD 015084

CELLSITE-20780

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Attention:

Re: Contract Request
Approval –

Dear

The Federal Bureau of Investigation (FBI) has an approved non-disclosure agreement (NDA) in place with the and our execution of the NDA, meets the FBI's advance coordination requirement. Therefore, the

b3
b6
b7C
b7E

If there are any questions, please contact me.

Sincerely,

Operational Technology Division
Telephone

Cc:

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CELL/OTD 015076

CELLSITE-20783

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Re: Acquisition of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear

We have been advised by of the must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signatures below of an authorized representative and [redacted] [redacted]

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this [redacted]

b3
b6
b7C
b7E

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE
Page 6 of 6
CELL/OTD 015075
CELLSITE-20789

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

Re: Purchase of Wireless Collection Equipment/Technology and Non-Disclosure Obligations

*LAW ENFORCEMENT SENSITIVE (LES): The information in this document is the property of the Federal Bureau of Investigation (FBI) and may be distributed within the Federal Government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI Operational Technology Division authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.*

b3
b6
b7C
b7E

Dear [redacted]

We have been advised by [redacted] of the [redacted]

[redacted] must coordinate with the Federal Bureau of Investigation (FBI) to complete this non-disclosure agreement [redacted]

[redacted]

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

The [redacted] acceptance of the above conditions shall be evidenced by the signature below of an authorized representative.

Sincerely,

Amy S. Hess
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

b3
b6
b7C
b7E

Acknowledged and agreed to this [redacted]

[redacted]

UNCLASSIFIED//FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Page **6** of **6**

CELL/OTD 015068

CELLSITE-20796

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

**From:**
**Sent:** Thursday, May 19, 2011 11:02 AM
**To:**

**Cc:**
**Subject:** FW:
**Attachments:** Document.pdf; NDA

I am inquiring as to how you would like me to proceed. I have requests from the OTD has worked for several years to upon acceptance of the attached NDA. Before an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to , have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you. The attached documents are the requesting letter from and the actual FBI approved NDA.. The requestors are required to each sign an NDA and are specifically identified in the attached pdf file.

b3
b6
b7C
b7E

If I can answer any question feel free to contact me directly

-----Original Message-----
From:
Sent: Thursday, May 19, 2011 9:58 AM
To:
Subject:

-----------------------------------------------------------------

CELL/OTD 017158

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

**From:**
**Sent:** Thursday, May 19, 2011 10:42 AM
**To:**

**Subject:** FW: NDA
**Attachments:** Document.pdf;

I am inquiring as to how you would like me to proceed. I have requests from the OTD has worked for several years to upon acceptance of the attached NDA. Before an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you. The attached documents are the requesting letter from and the actual FBI approved NDA.. The requestors are required to each sign an NDA and are specifically identified in the attached pdf file.

b3
b6
b7C
b7E

If I can answer any question feel free to contact me directly

------------------------------------------------------------------

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

**From:**
**Sent:** Thursday, May 19, 2011 11:11 AM
**To:**
**Cc:**
**Subject:** FW: NDA
**Attachments:** Document.pdf; NDA

I am once again inquiring as to how you would like me to proceed. I have requests from the OTD has worked for several years to upon acceptance of the attached NDA. Before an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you. The attached documents are the requesting letter from and the actual FBI approved NDA.. The requestors are required to each sign an NDA and are specifically identified in the attached pdf file.

If I can answer any question feel free to contact me directly

b3
b6
b7C
b7E

-----Original Message-----
From:
Sent: Thursday, May 19, 2011 9:58 AM
To:
Subject:

----------------------------------------------------------------

CELL/OTD 017150

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

**From:**
**Sent:** Thursday, May 19, 2011 11:19 AM
**To:**

**Cc:**
**Subject:** FW: NDA
**Attachments:** Document.pdf; NDA_

I am inquiring as to how you would like me to proceed. I have a request from the OTD has worked for several years to upon acceptance of the attached NDA. Before an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you. The attached documents are the requesting letter from and the actual /FBI approved NDA.. The requestors are required to each sign an NDA and are specifically identified in the attached pdf file.

b3
b6
b7C
b7E

If I can answer any question feel free to contact me directly

-----Original Message-----
From:
Sent: Thursday, May 19, 2011 9:59 AM
To:
Subject:

------------------------------------------------------------------

CELL/OTD 017142

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

**From:**
**Sent:** Thursday, May 19, 2011 11:22 AM
**To:**
**Cc:**
**Subject:** FW:
**Attachments:** Document.pdf; NDA_

I am inquiring as to how you would like me to proceed. I have a request from the OTD has worked for several years to upon acceptance of the attached NDA. Before an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you. The attached documents are the requesting letter from and the actual /FBI approved NDA.. The requestors are required to each sign an NDA and are specifically identified in the attached pdf file.

If I can answer any question feel free to contact me directly

-----Original Message-----
From:
Sent: Thursday, May 19, 2011 9:59 AM
To:
Subject:

------------------------------------------------------------------

b3
b6
b7C
b7E

SECRET

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

CELL/OTD 017066

SECRET

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

**From:**
**Sent:** Tuesday, November 23, 2010 11:28 AM
**To:**
**Subject:** NDA

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

NDA

b3
b6
b7C
b7E

**From:**
**Sent:** Monday, November 22, 2010 2:45 PM
**To:**
**Subject:** NDA
**Importance:** High

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Please disregard the prior NDA. Use the attached updated version..

<< File: >>

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 017052

Assistant Director
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod A
Quantico, Virginia 22135

and

Unit Chief
Tracking Technology Unit
Operational Technology Division
Federal Bureau of Investigation
Engineering Research Facility
Building 27958A, Pod B
Quantico, Virginia 22135

The acceptance of the above conditions shall be evidenced by the signature below of an authorized representative of the

b3
b6
b7C
b7E

Sincerely,

Marcus C. Thomas
Assistant Director
Operational Technology Division
Federal Bureau of Investigation

Acknowledged and agreed to this

[NAME OF
[TITLE]

[ADDRESS]
[CITY, STATE, ZIP CODE]

cc: Unit Chief, FBI Tracking Technology Unit
FBI Office of the General Counsel
FBI Office of the General Counsel

HEREIN IS UNCLASSIFIED
DATE 04-10-2013 BY NSICG F85M26K45

**From:**
**Sent:** Wednesday, November 24, 2010 3:08 PM
**To:**
**Subject:** RE NDA

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

NDA

This is it, unless you want to look at it, though you don't need another set of legal eyes to review it.

**From:**
**Sent:** Tuesday, November 23, 2010 12:34 PM
**To:**
**Subject:** RE: NDA

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b3
b6
b7C
b7E

Is this the one you want me to use??

**From:**
**Sent:** Tuesday, November 23, 2010 11:28 AM
**To:**
**Subject:** RE: NDA

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

<< File: NDA_

**From:**
**Sent:** Monday, November 22, 2010 2:45 PM
**To:**

**Subject:** NDA
**Importance:** High

CELL/OTD 017046

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Please disregard the prior NDA. Use the attached updated version..

<< File: [redacted] b3 b7E

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

CELL/OTD 017047

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG F85M26K45

**From:**
**Sent:** Thursday, May 19, 2011 11:25 AM
**To:**

**Cc:**
**Subject:** FW: NDA
**Attachments:** Document.pdf; NDA_

I am inquiring as to how you would like me to proceed. I have a request from the OTD has worked for several years to upon acceptance of the attached NDA. Before an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you. The attached documents are the requesting letter from and the actual /FBI approved NDA.. The requestors are required to each sign an NDA and are specifically identified in the attached pdf file.

If I can answer any question feel free to contact me directly

b3
b6
b7C
b7E

-----Original Message-----
From:
Sent: Thursday, May 19, 2011 9:59 AM
To:
Subject:

-----------------------------------------------------------------

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG F85M26K45

**From:**
**Sent:** Thursday, May 19, 2011 12:00 PM
**To:**

**Cc:**
**Subject:** RE: NDA --- UNCLASSIFIED

Classification: UNCLASSIFIED
=======================================================

I will handle this.

-----Original Message-----
From:
Sent: Thursday, May 19, 2011 9:45 AM
To:
Subject: FW: NDA --- UNCLASSIFIED

Classification: UNCLASSIFIED
=======================================================

Can you please respond to on this? Thanks!

b3
b6
b7C
b7E

-----Original Message-----
From:
Sent: Thursday, May 19, 2011 9:42 AM
To:

Subject: FW: NDA

I am inquiring as to how you would like me to proceed. I have requests from the OTD has worked for several years to upon acceptance of the attached NDA. Before an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you. The attached documents are the requesting letter from and the actual FBI approved NDA.. The requestors are required to each sign an NDA and are specifically identified in the attached pdf file.

If I can answer any question feel free to contact me directly

-----------------------------------------------------------------

CELL/OTD 017123

========================================================
Classification: UNCLASSIFIED

========================================================
Classification: UNCLASSIFIED

CELL/OTD 017124

CELLSITE-20869

From:
Sent: Thursday, May 19, 2011 1:49 PM
To:
Subject: RE: NDA --- UNCLASSIFIED

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-16-2013 BY NSICG F85M26K45

Classification: UNCLASSIFIED
=======================================================

We'll let you know ASAP.

Let's discuss when gets back in town.

Thanks

-----Original Message-----
From:
Sent: Thursday, May 19, 2011 10:25 AM
To:
Cc:
Subject: FW: NDA

b3
b6
b7C
b7E

I am inquiring as to how you would like me to proceed. I have a request from the OTD has worked for several years to upon acceptance of the attached NDA. Before an NDA must be signed. We can pursue this in two ways: 1. You or your SAC can submit the NDA to have them sign the enclosed NDA, one per individual, or I can travel and perform same. Wanted to run this by each of you. The attached documents are the requesting letter from and the actual FBI approved NDA.. The requestors are required to each sign an NDA and are specifically identified in the attached pdf file.

If I can answer any question feel free to contact me directly

-----Original Message-----
From:
Sent: Thursday, May 19, 2011 9:59 AM
To:
Subject:

CELL/OTD 017121

---------------------------------------------------------------

==========================================================
Classification: UNCLASSIFIED

CELL/OTD 017122

2

CELLSITE-20871

(1) I would like to know what the FBI's guidelines are regarding what orders are required for the use of a stingray, particularly as it pertains to location information. Do they require a search warrant or a different type of order? Are agents instructed to try to get a warrant if possible but a lesser order if not? What is the legal analysis that supports this policy?

The specific equipment used by law enforcement agencies to obtain location information and the capabilities of that equipment are considered Law Enforcement Sensitive, since its public release could harm law enforcement efforts by compromising future use of the equipment.  As a general matter, the type of information obtained with location identifying techniques is dialing, routing, addressing or signaling information that has historically been obtained pursuant to the Pen Register Statute (18 USC section 2131 et seq). That being said, Federal Courts are split on what legal authority is required to obtain location information on a prospective basis.  Because of a prohibition against obtaining this information solely pursuant to a Pen Register/Trap and Trace order set forth in the Communications Assistance to Law Enforcement Act (CALEA, see 47 USC 1002), some District Courts require what has come to be known as a "hybrid" approach whereby a court order issued pursuant to the Pen Register Statute (18 USC section 3121 et seq) is combined with what is known as a "2703(d) order" (reference to 18 USC 2703(d), part of the Stored Communications Act).  Other District Courts have held a search warrant based upon probable cause is necessary to obtain location information on a prospective basis.

In utilizing this equipment and data, the FBI conducts all investigations in accordance with the Attorney General Guidelines and the FBI's Domestic Investigations and Operations Guide.

(2) Do the instructions vary by region?

Generally speaking, the FBI advises our field offices to work closely with the relevant U.S. Attorney's Office to adhere to the legal requirements of their respective District as set forth in case law or court decisions/precedent.  If the FBI believes the use of any technology or technique may provide information on an individual while that person is in a location where he or she would have a reasonable expectation of privacy, it is FBI policy to obtain a search warrant.

(3) I would like to know what the FBI policy is regarding data from stingrays being expunged. In the case I'm covering, the Agent, in the application for the use of device, requested that data obtained by the court order be expunged at the end of the mission to locate the cellular device. This request was granted, and that data was expunged.

With regard to the expungement of location information obtained through use of this type of equipment by the FBI, our policy since the 1990's has been to purge or "expunge" all information obtained during a location operation.

(4) USAGE INFORMATION -- I would like any information that the FBI might be able to provide on how helpful these "stingray" type devices are, how frequently they are used and whether their use has increased or decreased in the past couple of years.

Location information continues to be a vital component in law enforcement investigations at the federal, state and local levels.   All levels of law enforcement need to maintain the ability to utilize location information pursuant to lawful authority.

FBI's 'Stingray' Cellphone Tracker Stirs a Fight Over Search Warrants, Fourth Amendme... Page 1 of 7

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 11-01-2012 BY 65179 DMH/MJS

Thursday, September 22, 2011 As of 12:00 AM New York 81° | 69°

TECHNOLOGY

GET F SUBSC

U.S. Edition Home Today's Paper Video Blogs Journal Community

World U.S. New York Business Markets Tech Personal Finance Life & Culture Opini

Digits Personal Technology What They Know All Things Digita

TOP STORIES IN Technology

1 of 12 Groupon Unsure on IPO Timing

2 of 12 H-P's PC Chief Awaits Clarity

Ri Beco

TECHNOLOGY | SEPTEMBER 22, 2011

# 'Stingray' Phone Tracker Fuels Constitutional Clash

Article Comments (244)

Email Print Save 75 973

SUBSCRIBER CONTENT PREVIEW

FOR FULL ACCESS LOG IN OR SUBSCRIBE NOW - GET 2 WEEKS FREE

By JENNIFER VALENTINO-DEVRIES

For more than a year, federal authorities pursued a man they called simply "the Hacker." Only after using a little known cellphone-tracking device—a stingray—were they able to zero in on a California home and make the arrest.

U.S. Patent and Trademark Office

A Harris StingRay II, one of several devices dubbed 'stingrays.'

Stingrays are designed to locate a mobile phone even when it's not being used to make a call. The Federal Bureau of Investigation considers the devices to be so critical that it has a policy of deleting the data gathered in their use, mainly to keep suspects in the dark about their capabilities, an FBI official told The Wall Street Journal in response to inquiries.

A stingray's role in nabbing the alleged "Hacker"—Daniel David Rigmaiden—is shaping up as a possible test of the legal standards for using these devices in investigations. The FBI says it obtains appropriate court approval to use the device.

CELLSITE-13145

http://online.wsj.com/article/SB10001424053111904194604576583112723197574.html 9/26/2011

Stingrays are one of several new technologies used by law enforcement to track people's locations, often without a search warrant. These techniques are driving a constitutional debate about whether the Fourth Amendment, which prohibits unreasonable searches and seizures, but which was written before the digital age, is keeping pace with the times.

On Nov. 8, the Supreme Court will hear arguments over whether or not police need a warrant before secretly installing a GPS device on a suspect's car and tracking him for an extended period. In both the Senate and House, new bills would require a warrant before tracking a cellphone's location.

**More**

**Key Documents in 'Stingray' Case**

**Digits:** How 'Stingray' Devices Work

**Digits:** How Technology Is Testing the Fourth Amendment

Device allows tracking when phone is not in use, reports Valentino-Devries
PLAY AUDIO

And on Thursday in U.S. District Court of Arizona, Judge David G. Campbell is set to hear a request by Mr. Rigmaiden, who is facing fraud charges, to have information about the government's secret techniques disclosed to him so he can use it in his defense. Mr. Rigmaiden maintains his innocence and says that using stingrays to locate devices in homes without a valid warrant "disregards the United States Constitution" and is illegal.

His argument has caught the judge's attention. In a February hearing, according to a transcript, Judge Campbell asked the prosecutor, "Were there warrants obtained in connection with the use of this device?"

EXPERIENCE WSJ PROFESSIONAL

**Editors' Deep Dive: Techs Balance Innovation, Litigation**

NEW YORK POST
Critics Calling Out Deal by Microsoft & Nokia Over Antitrust Alarms

CHINA DAILY
Apple Bites Back with 40 Patents Granted in China

DOW JONES NEWS SERVICE
Tech Giants Seek to Clamp Down on Multi-Tentacled Patent Suits

Access thousands of business sources not available on the free web. Learn More

The prosecutor, Frederick A. Battista, said the government obtained a "court order that satisfied [the] language" in the federal law on warrants. The judge then asked how an order or warrant could have been obtained without telling the judge what technology was being used. Mr. Battista said: "It was a standard practice, your honor."

Judge Campbell responded that it "can be litigated whether those orders were appropriate."

On Thursday the government will argue it should be able to withhold details about the tool used to locate Mr. Rigmaiden, according to documents filed by the prosecution. In a statement to the Journal, Sherry Sabol, Chief of the Science & Technology Office for the FBI's Office of General Counsel, says that information about stingrays and related technology is "considered Law Enforcement Sensitive, since its public release could harm law enforcement efforts by compromising future use of the equipment."

Smc
Con
IBI

Available

Invest
Faith in



Enlarge Image

The prosecutor, Mr. Battista, told the judge that the government worries that disclosure would make the gear "subject to being defeated or avoided or detected."

A stingray works by mimicking a cellphone tower, getting a phone to connect to it and measuring signals from the phone. It lets the stingray operator "ping," or send a signal to, a phone and locate it as long as it is powered on, according to documents reviewed by the Journal. The device has various uses, including helping police locate suspects and aiding search-and-rescue teams in finding people lost in remote areas or buried in rubble after an accident.

The government says "stingray" is a generic term. In Mr. Rigmaiden's case it remains unclear which device or devices were actually used.

The best known stingray maker is Florida-based defense contractor Harris Corp. A spokesman for Harris declined to comment.

Harris holds trademarks registered between 2002 and 2008 on several devices, including the StingRay, StingRay II, AmberJack, KingFish, TriggerFish and LoggerHead. Similar devices are available from other manufacturers. According to a Harris document, its devices are sold only to law-enforcement and government agencies.

Some of the gadgets look surprisingly old-fashioned, with a smattering of switches and lights scattered across a panel roughly the size of a shoebox, according to photos of a Harris-made StingRay reviewed by the Journal. The devices can be carried by hand or mounted in cars, allowing investigators to move around quickly.

A rare public reference to this type of technology appeared this summer in the television crime drama "The Closer." In the episode, law-enforcement officers use a gadget they called a "catfish" to track cellphones without a court order.

The U.S. armed forces also use stingrays or similar devices, according to public contract notices. Local law enforcement in Minnesota, Arizona, Miami and Durham, N.C., also either possess the devices or have considered buying them, according to interviews and published requests for funding.

The sheriff's department in Maricopa County, Ariz., uses the equipment "about on a monthly basis," says Sgt. Jesse Spurgin. "This is for location only. We can't listen in on conversations," he says.

Sgt. Spurgin says officers often obtain court orders, but not necessarily search warrants, when using the device. To obtain a search warrant from a court, officers as a rule need to show "probable cause," which is generally defined as a reasonable belief, based on factual evidence, that a crime was committed. Lesser standards apply to other court orders.

A spokeswoman with the Bureau of Criminal Apprehension in Minnesota says officers don't need to seek search warrants in that state to use a mobile tracking device because it "does not intercept communication, so no wiretap laws would apply."

Grübel Leaves U

Get your 1

Most Po

Groupon U:

Samsung S

Employees

Remote Ac

Sprint to G

Get unlimi

The Wall

Get 4 we

W

Includes co

Most

The w

prohil

By clic

FBI and Department of Justice officials have also said that investigators don't need search warrants. Associate Deputy Attorney General James A. Baker and FBI General Counsel Valerie E. Caproni both said at a panel at the Brookings Institution in May that devices like these fall into a category of tools called "pen registers," which require a lesser order than a warrant. Pen registers gather signals from phones, such as phone numbers dialed, but don't receive the content of the communications.

To get a pen-register order, investigators don't have to show probable cause. The Supreme Court has ruled that use of a pen register doesn't require a search warrant because it doesn't involve interception of conversations.

But with cellphones, data sent includes location information, making the situation more complicated because some judges have found that location information is more intrusive than details about phone numbers dialed. Some courts have required a slightly higher standard for location information, but not a warrant, while others have held that a search warrant is necessary.

The prosecution in the Rigmaiden case says in court documents that the "decisions are made on a case-by-case basis" by magistrate and district judges. Court records in other cases indicate that decisions are mixed, and cases are only now moving through appellate courts.

The FBI advises agents to work with federal prosecutors locally to meet the requirements of their particular district or judge, the FBI's Ms. Sabol says. She also says it is FBI policy to obtain a search warrant if the FBI believes the technology "may provide information on an individual while that person is in a location where he or she would have a reasonable expectation of privacy."

Experts say lawmakers and the courts haven't yet settled under what circumstances locating a person or device constitutes a search requiring a warrant. Tracking people when they are home is particularly sensitive because the Fourth Amendment specifies that people have a right to be secure against unreasonable searches in their "houses."

"The law is uncertain," says Orin Kerr, a professor at George Washington University Law School and former computer-crime attorney at the Department of Justice. Mr. Kerr, who has argued that warrants should be required for some, but not all, types of location data, says that the legality "should depend on the technology."

In the case of Mr. Rigmaiden, the government alleges that as early as 2005, he began filing fraudulent tax returns online. Overall, investigators say, Mr. Rigmaiden electronically filed more than 1,900 fraudulent tax returns as part of a $4 million plot.

Federal investigators say they pursued Mr. Rigmaiden "through a virtual labyrinth of twists and turns." Eventually, they say they linked Mr. Rigmaiden to use of a mobile-broadband card, a device that lets a computer connect to the Internet through a cellphone network.

Investigators obtained court orders to track the broadband card. Both orders remain sealed, but portions of them have been quoted by the defense and the prosecution.

These two documents are central to the clash in the Arizona courtroom. One authorizes a "pen register" and clearly isn't a search warrant. The other document is more complex. The prosecution says it is a type of search warrant and that a finding of probable cause was made.

Most Po
Technol
Manager,
Java Deve
Informatio
-Mart Stor
TCG is loc
Group
keyword
MORE JOBS
Finance Job
FINS for Em
More in T
Groupon U
H-P's PC C
Rival Ad-Te
Facebook 'I
Full Tilt's C
Most Po
Read Em
1. C Ne
2. Sauc
3. E
4. C
5. Coll
Most Read

CELLSITE-13148

But the defense argues that it can't be a proper search warrant, because among other things it allowed investigators to delete all the tracking data collected, rather than reporting back to the judge.

Legal experts who spoke with the Journal say it is difficult to evaluate the order, since it remains sealed. In general, for purposes of the Fourth Amendment, the finding of probable cause is most important in determining whether a search is reasonable because that requirement is specified in the Constitution itself, rather than in legal statutes, says Mr. Kerr.

But it is "odd" for a search warrant to allow deletion of evidence before a case goes to trial, says Paul Ohm, a professor at the University of Colorado Law School and a former computer-crime attorney at the Department of Justice. The law governing search warrants specifies how the warrants are to be executed and generally requires information to be returned to the judge.

Even if the court finds the government's actions acceptable under the Fourth Amendment, deleting the data is "still something we might not want the FBI doing," Mr. Ohm says.

The government says the data from the use of the stingray has been deleted and isn't available to the defendant. In a statement, the FBI told the Journal that "our policy since the 1990s has been to purge or 'expunge' all information obtained during a location operation" when using stingray-type gear.

As a general matter, Ms. Sabol says, court orders related to stingray technology "will include a directive to expunge information at the end of the location operation."

Ms. Sabol says the FBI follows this policy because its intent isn't to use the data as evidence in court, but rather to simply find the "general location of their subject" in order to start collecting other information that can be used to justify a physical search of the premises.

In the Rigmaiden example, investigators used the stingray to narrow down the location of the broadband card. Then they went to the apartment complex's office and learned that one resident had used a false ID and a fake tax return on the renter's application, according to court documents.

Based on that evidence, they obtained a search warrant for the apartment. They found the broadband card connected to a computer.

Mr. Rigmaiden, who doesn't confirm or deny ownership of the broadband card, is arguing he should be given information about the device and about other aspects of the mission that located him.

In the February hearing, Judge Campbell said he might need to weigh the government's claim of privilege against the defendant's Fourth Amendment rights, and asked the prosecution, "How can we litigate in this case whether this technology that was used in this case violates the Fourth Amendment without knowing precisely what it can do?"

**Write to** Jennifer Valentino-DeVries at Jennifer.Valentino-DeVries@wsj.com

**JOIN THE DISCUSSION**

**MORE IN**
**Tech »**

244 Comments, add yours

FBI_Logo

973 Share 11 75 Email Print Order Reprints

**Hottest Penny Stock EMBA**
Pass on this stock & you will never forgive yourself. Read more today!
www.GreenGainers.com/EMBA

**Hot Stock Pick - OMVS**
Newest Solar Technology. Investment, Stocks, Trade, News.
www.OMVSsolar.com

**Don't Be Shy. Try Forex.**
Risk Free Practice Account. GFT.
GFTforex.com

**3-In-1 Credit Scores - $0**
View your Credit Report & Scores from All 3 Bureaus in 60 seconds.
FreeScoreOnline.com

## Add a Comment

JOURNAL COMMUNITY

We welcome your thoughtful comments. Please comply with our Community rules. All comments will display your real name.

**Want to participate in the discussion?**

REGISTER FOR FREE

Or log in or become a subscriber now for complete Journal access.

Track replies to my comment

Go to Comments tab

CLEAR POST

Share articles and post your comments on Facebook | What's this?

Login with Facebook

Subscribe Now for Full Access to WSJ.com and Get
2 WEEKS FREE

WSJ Subscriber's content provides:
• **Personalized** tracking of industries
• **Heard on the Street:** up-to-the-minute news and analysis that affects the markets and industries
• **Core business news:** "What's News" and new "Management" section

## Editors' Picks

The Cal Ripken of Mascots Plays On for the Giants, No Matter What

Drillers Face Methane Concern

Palestinian Moves Reshape Attitudes

Detours

**WSJ.com Account:**
My Account
Subscriber Billing Info

**Create an Account:**
Register for Free
Subscribe to WSJ.com
Sign up for WSJ Professional

**Help & Information Center:**
Help
Customer Service
Contact Us
Global Support
New on WSJ.com
Take a Tour
Print Subscriber Services

**About:**
News Licensing
Reprints
Advertising
Classifieds
Advertise Locally
Conferences
About Dow Jones
Privacy Policy - Updated
Subscriber Agreement & Terms of Use - Updated
Copyright Policy
Jobs at WSJ.com

**WSJ.com:**
Site Map
Home
World
U.S.
New York
Business
Markets
Market Data
Tech
Personal Finance
Life & Culture
Opinion
Autos
Careers
Real Estate
Small Business
Student Journal
Corrections
SafeHouse - Send Us Information

**Tools & Form**
Today's Pap
Video Cente
Graphics
Columns
Blogs
Topics
Guides
Alerts
Newsletters
Mobile
Tablet Editio
Podcasts
RSS Fee
Journal Com
WSJ on T
WSJ on F
WSJ on F
My Journal
Portfolio
WSJ Digital I

Copyright ©2011 Dow Jones & Company, Inc. All Rights Reserved

(RMD) (FBI)

**From:**
**Sent:** Friday, September 16, 2011 6:30 PM
**To:** Sabol, Sherry E.
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology

b5 -1
b6 -1
b7C -1

One addition from OPA as follows. Let me know if you hear back from OTD. Thanks!

---

**From:** Sabol, Sherry E.
**Sent:** Friday, September 16, 2011 6:11 PM
**To:**
**Cc:** Hess, Amy S.; Bryars, D Keith; Lammert, Elaine N.; Kortan, Michael P.;
**Subject:** Re: Wall Street Journal request -- legal status of "stingray" technology

b6 -1
b7C -1

OTD-is this good to go?

---

**From:** Sabol, Sherry E.
**To:** Sabol, Sherry E.;
**Cc:** Hess, Amy S.; Bryars, D Keith; Lammert, Elaine N.; Kortan,
**Sent:** Fri Sep 16 16:48:15 2011
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology

b6 -1
b7C -1

I inadvertently took OPA off the earlier version – I know they have a deadline of COB today.

---

**From:** Sabol, Sherry E.
**Sent:** Friday, September 16, 2011 4:12 PM
**To**
**Cc:** Hess, Amy S.; Bryars, D Keith; Lammert, Elaine N.
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology
**Importance:** High

b5 -1
b7E -1

b5 -1
b7E -1

**From:**
**Sent:** Friday, September 16, 2011 1:49 PM
**To** Sabol, Sherry E.
**Cc:** Hess, Amy S.; Bryars, D Keith; Lammert, Elaine N.; Kortan, Michael P.
**Subject:** FW: Wall Street Journal request -- legal status of "stingray" technology

b6 -1
b7C -1

See update below. We will need a response by COB today if we are going to contribute to the article.

**From**
**Sent:** Friday, September 16, 2011 1:44 PM
**To**
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology

Another update: It looks as though my editors might want to run it out for Monday's paper, which would put my deadline for comment to Sunday at midday. (And today would really be best.)

Thanks!

b6 -1, -2
b7C -1, -2

---------

**From:**
**To** (DO)(FBI)
**Sent:** Fri Sep 09 11:22:54 2011
**Subject:** Wall Street Journal request -- legal status of "stingray" technology

Hi.

b6 -1, -2
b7C -1, -2

Thanks so much for helping me out.

I'm and am writing about the use of "stingray" type devices, which are used generally to locate or otherwise get data on cellular devices. As an example of the use of this technology, I'm writing about a case in U.S. District Court in the District of Arizona in which the FBI used one of these devices. (It's unclear whether what was used was a stingray, a triggerfish, or something else. The prosecution explains that "stingray" is the generic term used.)

Currently, the judge in the case is set to hear the defendant's motion for disclosure of more information on the device and techniques used; the prosecution says that these matters are law enforcement sensitive.

I understand this technology is very sensitive for the FBI; however, I would very much like to get the FBI's views on this technology. I do not want to only quote the ACLU in this matter and would appreciate your help.

Here's what I'm looking for:

LEGAL INFORMATION
(1) I would like to know what the FBI's guidelines are regarding what orders are required for the use of a stingray, particularly as it pertains to location information. Do they require a search warrant or a different type of order? Are agents instructed to try to get a warrant if possible but a lesser order if not? What is the legal analysis that supports this policy? Do the instructions vary by region? Things like that.

(2) I would like to know what the FBI policy is regarding data from stingrays being expunged. In the case I'm covering, the Agent, in the application for the use of device, requested that data obtained by the court order be expunged at the end of the mission to locate the cellular device. This request was granted, and that data was expunged.

USAGE INFORMATION
I would like any information that the FBI might be able to provide on how helpful these "stingray" type devices are, how frequently they are used and whether their use has increased or decreased in the past couple of years.

I'm not on a daily deadline for this story, but I am on a deadline. The story needs to be sent to my editors in the next few days, so I would hope to talk with someone as soon as possible.

Thank you.

Best Regards,

b6 -2
b7C -2

(RMD) (FBI)

**From:**
**Sent:** Wednesday, September 14, 2011 5:38 PM
**To:** Sabol, Sherry E.
**Subject:** Re: Wall Street Journal request -- legal status of "stingray" technology

b5 -1
b6 -1
b7C -1

Sherry

We have a meeting tomorrow morning here at OTD to draft a response

Associate General Counsel
Unit Chief, Science and Technology Law Unit
Office of the General Counsel
Federal Bureau of Investigation

---

**From:** Sabol, Sherry E.
**To**
**Cc** ; Hess, Amy S.; Bryars, D Keith; Lammert, Elaine N.
**Sent:** Wed Sep 14 14:32:31 2011
**Subject:** FW: Wall Street Journal request -- legal status of "stingray" technology

b6 -1
b7C -1

All,

Please see the below request from the Wall Street Journal. A reporter is inquiring about our tracking technology based on the ongoing case in the District of Arizona.

b5 -1

Thanks, Sherry

---

**From**
**To** (DO)(FBI)
**Sent:** Fri Sep 09 11:22:54 2011
**Subject:** Wall Street Journal request -- legal status of "stingray" technology

b6 -1, -2
b7C -1, -2

Hi.

Thanks so much for helping me out.

I'm and am writing about the use of "stingray" type devices, which are used generally to locate or otherwise get data on cellular devices. As an example of the use of this technology, I'm writing about a case in U.S. District Court in the District of Arizona in which the FBI used one of these devices. (It's unclear whether what was used was a stingray, a triggerfish, or something else. The prosecution explains that "stingray" is the generic term used.)

Currently, the judge in the case is set to hear the defendant's motion for disclosure of more information on the device and techniques used; the prosecution says that these matters are law enforcement sensitive.

I understand this technology is very sensitive for the FBI; however, I would very much like to get the FBI's views on this technology. I do not want to only quote the ACLU in this matter and would appreciate your help.

Here's what I'm looking for:

LEGAL INFORMATION
(1) I would like to know what the FBI's guidelines are regarding what orders are required for the use of a stingray, particularly as it pertains to location information. Do they require a search warrant or a different type of order? Are agents instructed to try to get a warrant if possible but a lesser order if not? What is the legal analysis that supports this policy? Do the instructions vary by region? Things like that.

(2) I would like to know what the FBI policy is regarding data from stingrays being expunged. In the case I'm covering, the Agent, in the application for the use of device, requested that data obtained by the court order be expunged at the end of the mission to locate the cellular device. This request was granted, and that data was expunged.

USAGE INFORMATION
I would like any information that the FBI might be able to provide on how helpful these "stingray" type devices are, how frequently they are used and whether their use has increased or decreased in the past couple of years.

I'm not on a daily deadline for this story, but I am on a deadline. The story needs to be sent to my editors in the next few days, so I would hope to talk with someone as soon as possible.

Thank you.

Best Regards,

---------

b6 -2
b7C -2

(RMD) (FBI)

**From:**
**Sent:** Monday, September 12, 2011 11:09 AM
**To:** Lammert, Elaine N.; Sabol, Sherry E.
**Cc:** Caproni, Valerie E.
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology

b5 -1
b6 -1
b7C -1

Good morning SC Sabol and DGC Lammert. Per GC Caproni's email below, I wonder if you might have thoughts on the following

Thanks,

*FBI Office of Public Affairs*

**From:** Caproni, Valerie E.
**Sent:** Monday, September 12, 2011 9:31 AM
**To:**
**Cc:** Lammert, Elaine N.; Sabol, Sherry E.
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology

b6 -1
b7C -1

I think Sherry or Elaine can help.

VC

**From:**
**Sent:** Monday, September 12, 2011 9:12 AM
**To:** Caproni, Valerie E.
**Subject:** FW: Wall Street Journal request -- legal status of "stingray" technology

Good morning Ms. Caproni. I wonder if you may be able to look at one more media inquiry? For old times' sake perhaps? Or else maybe point me in the right direction? Specific questions are listed below.

Many thanks,

b6 -1
b7C -1

**From:** (DO)(FBI)
**Sent:** Friday, September 09, 2011 11:55 AM
**To:**
**Subject:** Fw: Wall Street Journal request -- legal status of "stingray" technology

Do you want to handle this? Looks like a legal issue.

**From:**
**To:** (DO)(FBI)

b6 -2
b7C -2

**Sent:** Fri Sep 09 11:22:54 2011
**Subject:** Wall Street Journal request -- legal status of "stingray" technology

Hi.

b6 -2
b7C -2

Thanks so much for helping me out.

I'm [redacted] and am writing about the use of "stingray" type devices, which are used generally to locate or otherwise get data on cellular devices. As an example of the use of this technology, I'm writing about a case in U.S. District Court in the District of Arizona in which the FBI used one of these devices. (It's unclear whether what was used was a stingray, a triggerfish, or something else. The prosecution explains that "stingray" is the generic term used.)

Currently, the judge in the case is set to hear the defendant's motion for disclosure of more information on the device and techniques used; the prosecution says that these matters are law enforcement sensitive.

I understand this technology is very sensitive for the FBI; however, I would very much like to get the FBI's views on this technology. I do not want to only quote the ACLU in this matter and would appreciate your help.

Here's what I'm looking for:

LEGAL INFORMATION
(1) I would like to know what the FBI's guidelines are regarding what orders are required for the use of a stingray, particularly as it pertains to location information. Do they require a search warrant or a different type of order? Are agents instructed to try to get a warrant if possible but a lesser order if not? What is the legal analysis that supports this policy? Do the instructions vary by region? Things like that.

(2) I would like to know what the FBI policy is regarding data from stingrays being expunged. In the case I'm covering, the Agent, in the application for the use of device, requested that data obtained by the court order be expunged at the end of the mission to locate the cellular device. This request was granted, and that data was expunged.

USAGE INFORMATION
I would like any information that the FBI might be able to provide on how helpful these "stingray" type devices are, how frequently they are used and whether their use has increased or decreased in the past couple of years.

I'm not on a daily deadline for this story, but I am on a deadline. The story needs to be sent to my editors in the next few days, so I would hope to talk with someone as soon as possible.

Thank you.

Best Regards,

[redacted]

[redacted]

b6 -2
b7C -2

CELLSITE-13064

**(RMD) (FBI)**

**From:**
**Sent:** Wednesday, September 21, 2011 3:43 PM
**To:**
**Cc:** Sabol, Sherry E.
**Subject:** RE: WSJ fact check

Got it. Thank you. Fowarding to my editors now.

b6 -1,-2
b7C -1, -2

---

**From:**
**Sent:** Wednesday, September 21, 2011 3:39 PM
**To:**
**Cc:** Sabol, Sherry E.
**Subject:** RE: WSJ fact check

b6 -1, -2
b7C -1, -2

Thanks for all your patience. Please see our comments in red below, and advise of any additional questions. Also, as we discussed, you may consider using a named source rather than "FBI official."

General Comment: Please note FBI will not comment on the capabilities or functionality of equipment or on ongoing litigation.

---

**From**
**Sent:** Tuesday, September 20, 2011 11:57 PM
**To:** Sabol, Sherry E.;
**Subject:** WSJ fact check
**Importance:** High

Hi Chris and Sherry.

Below are sentences and paragraphs from the story, which is set to run in Thursday's paper. Please let me know if you are aware of any factual errors in any of them. I'll **need a response for my editors by midday** although we will have a bit of time after that to go back and forth. Sometimes the best thing to do is let me know early on which statements have problems so we can work it out, but it's up to you.

b6 -1, -2
b7C -1, -2

(Some items you may not have adequate information on, like very general statements, or statements about the specifics of the Arizona case. These are included mainly to provide you with context. We don't like subjects of stories to be surprised by anything when the story runs. If you feel you don't have enough information to evaluate a statement, just say so. Not a problem.)

Thanks so much for your help, again. I realize this is very sensitive and an important tool for you; I also feel like people have a lot of questions about this general topic and I want to make sure I present everything as accurately as possible.

I would appreciate it if you could tell me that you received this email.

Best,

* Stingrays are designed to locate a mobile phone even when it's not being used to make a call.

* A stingray works by mimicking a cellphone tower, getting a phone to connect to it and measuring signals from the phone. It allows the stingray operator to ping a phone and find it if it is powered on, according to documents reviewed by the Journal. The device has various uses, including helping police locate suspects and aiding search-and-rescue teams in finding people lost in remote areas or buried in rubble after an accident.

* Stingrays are one of several new technologies used by law enforcement to track people's locations, often without a warrant. The technologies are driving a broad Constitutional debate about whether the Fourth Amendment, which prohibits unreasonable searches and seizures, but which was written before the digital age, is keeping pace with the times.

FBI is concerned the first sentence (bullet above) is misleading. While the equipment may be used without a warrant, it is used only pursuant to lawful authority – court order issued pursuant to the Pen Register Statute and section 2703(d) of the Stored Communications Act.

* A stingray's role in nabbing the alleged "Hacker"—Daniel David Rigmaiden—is shaping up as a possible test of the legal standards for using these devices in investigations. The FBI says no warrant is required and that standards vary depending on the state and district.

The FBI believes the second sentence is misleading. The FBI uses this equipment pursuant to lawful authority – whether it be a search warrant or a court order issued pursuant to the Pen Register Statute and Stored Communications Act.

* The devices are so secret that the Federal Bureau of Investigation has a policy of deleting the data they gather out of a desire to keep the technology under wraps, an FBI official told The Wall Street Journal in response to inquiries about the device.

The FBI disagrees with the characterization of the technology being "so secret" – as noted previously, the FBI considers the equipment Law Enforcement Sensitive and our policy is intended to protect law enforcement capabilities so that subjects of law enforcement investigations do not learn how to evade or defeat lawfully authorized investigative activity.

* In Thursday's hearing, the government will argue that it should be able to withhold information on precisely what tool was used to locate Mr. Rigmaiden, according to documents filed by the prosecution.

* The FBI says information on stingrays and related technology is "considered Law Enforcement Sensitive, since its public release could harm law enforcement efforts by compromising future use of the equipment."

* The prosecutor, Mr. Battista, told the judge that the government's concern is that "if the actual information regarding ... this equipment is disclosed, it can be subject to being defeated or avoided or detected."

* In the case of the alleged hacker, Mr. Rigmaiden, the government faces the task of prosecuting him without disclosing details about the device it used to locate him.

* The government says "stingray" is a generic term, and in Mr. Rigmaiden's case it remains unclear which device or devices were actually used.

* "Location information continues to be a vital component in law enforcement investigations at the federal, state and local levels," an FBI official told the Journal.

* FBI and Department of Justice officials have said that investigators don't need to get search warrants to use stingray devices. Associate Deputy Attorney General James A. Baker and FBI General Counsel Valerie E. Caproni both said at a panel discussion at the Brookings Institution in May that devices like these fall into a category of tools called "pen registers" that require a lesser order than a warrant. Pen registers gather signals from phones, such as phone numbers dialed, but don't receive the content of the communications.

* To get a pen-register order, investigators must show only that the information likely to be obtained is "relevant to an ongoing criminal investigation." The Supreme Court has ruled that use of a pen register doesn't require a search warrant, because it doesn't involve interception of conversations.

Where the hybrid order is required, the standard cited is accurate for the Pen Register. Section 2703(d), however, requires that the information sought is "relevant and material" to an ongoing investigation. Also, from legal perspective, a pen register may be used because the subject does not have a "reasonable expectation of privacy" in the information sought. Pen register information is provided by the subject to a third party in order for the equipment to work, ie, the phone company.

* But with cellphones, data sent in real time includes location information, making the situation more complicated, because some judges have found that location information is more intrusive than data on the numbers dialed by a phone. Some courts have required a slightly higher standard for location information, but not a warrant, while others have held that a search warrant is necessary.

* The FBI advises agents to work with the local federal prosecutors to conform to the legal requirements of their particular district, an FBI official said. He added that it is FBI policy to obtain a search warrant if the FBI believes technology "may provide information on an individual while that person is in a location where he or she would have a reasonable expectation of privacy."

* Experts say lawmakers and the courts haven't yet settled whether locating a person or device in a home constitutes a "search" that requires a warrant.

* The FBI told the Journal that "with regard to the expungement of location information obtained through use of this type of equipment by the FBI, our policy since the 1990s has been to purge or 'expunge' all information obtained during a location operation."

* The FBI allows this policy because information gathered in these operations "is intended to be used only as lead information to assist investigators in identifying the general location of their subject and is not intended to be used as substantive evidence in a case," the official said.

* In the Rigmaiden case, the investigators used the stingray to narrow down the location of the broadband card. One of the Phoenix federal agents then said in a July 2008 email that the team needed "to develop independent probable cause" and that the "FBI does not want to disclose the [redacted] (understandably so)."

b6 -2
b7C -2

(RMD) (FBI)

From:
Sent: Wednesday, September 21, 2011 5:12 PM
To:
Cc: Sabol, Sherry E.
Subject: final

b6 -1, -2
b7C -1, -2

OK, here's what we worked out. I think it addresses your concerns, albeit not in legal language.

We have a "no surprises" policy toward subjects in our articles, so I'm mainly sending this to make sure we are all on the same page in terms of what is going to be in the paper tomorrow.

Thank you for being so incredibly helpful. I think your comments have really made the article more balanced.

Best Regards,

* The Federal Bureau of Investigation considers the devices to be so critical that it has a policy of deleting the data gathered in their use, mainly to keep suspects in the dark about their capabilities, an FBI official told The Wall Street Journal in response to inquiries.

* A stingray's role in nabbing the alleged "Hacker"—Daniel David Rigmaiden—is shaping up as a possible test of the legal standards for using these devices in investigations. The FBI says it obtains appropriate court approval to use the device.

* Stingrays are one of several new technologies used by law enforcement to track people's locations, often without a search warrant. (Those two paragraphs come one right after the other, so we are not going to repeat the same phrase.)

* To get a pen-register order, investigators don't have to show probable cause. The Supreme Court has ruled that use of a pen register doesn't require a search warrant because it doesn't involve interception of conversations. (Just took out all the technical legal requirements because it was going to get so confusing for our readers with the 2703(d) stuff and so forth.)

b6 -2
b7C -2

----------

[redacted]

**From:** [redacted]
**Sent:** Wednesday, September 21, 2011 3:39 PM
**To:** [redacted]
**Cc:** Sabol, Sherry E.
**Subject:** RE: WSJ fact check

b6 -1, -2
b7C -1, -2

b6 -1, -2
b7C -1, -2

[redacted] Thanks for all your patience. Please see our comments in red below, and advise of any additional questions. Also, as we discussed, you may consider using a named source rather than "FBI official."

General Comment: Please note FBI will not comment on the capabilities or functionality of equipment or on ongoing litigation.

---

**From:** [redacted]
**Sent:** Tuesday, September 20, 2011 11:57 PM
**To:** Sabol, Sherry E.; [redacted]
**Subject:** WSJ fact check
**Importance:** High

H [redacted] and Sherry.

Below are sentences and paragraphs from the story, which is set to run in Thursday's paper. Please let me know if you are aware of any factual errors in any of them. **I'll need a response for my editors by midday** although we will have a bit of time after that to go back and forth. Sometimes the best thing to do is let me know early on which statements have problems so we can work it out, but it's up to you.

(Some items you may not have adequate information on, like very general statements, or statements about the specifics of the Arizona case. These are included mainly to provide you with context. We don't like subjects of stories to be surprised by anything when the story runs. If you feel you don't have enough information to evaluate a statement, just say so. Not a problem.)

Thanks so much for your help, again. I realize this is very sensitive and an important tool for you; I also feel like people have a lot of questions about this general topic and I want to make sure I present everything as accurately as possible.

I would appreciate it if you could tell me that you received this email.

b6 -2
b7C -2

Best,

[redacted]

* Stingrays are designed to locate a mobile phone even when it's not being used to make a call.

* A stingray works by mimicking a cellphone tower, getting a phone to connect to it and measuring signals from the phone. It allows the stingray operator to ping a phone and find it if it is powered on, according to documents reviewed by the Journal. The device has various uses, including helping police locate suspects and aiding search-and-rescue teams in finding people lost in remote areas or buried in rubble after an accident.

* Stingrays are one of several new technologies used by law enforcement to track people's locations, often without a warrant. The technologies are driving a broad Constitutional debate about whether the Fourth Amendment, which prohibits unreasonable searches and seizures, but which was written before the digital age, is keeping pace with the times.

FBI is concerned the first sentence (bullet above) is misleading. While the equipment may be used without a warrant, it is used only pursuant to lawful authority – court order issued pursuant to the Pen Register Statute and section 2703(d) of the Stored Communications Act.

* A stingray's role in nabbing the alleged "Hacker"—Daniel David Rigmaiden—is shaping up as a possible test of the legal standards for using these devices in investigations. The FBI says no warrant is required and that standards vary depending on the state and district.

The FBI believes the second sentence is misleading. The FBI uses this equipment pursuant to lawful authority – whether it be a search warrant or a court order issued pursuant to the Pen Register Statute and Stored Communications Act.

* The devices are so secret that the Federal Bureau of Investigation has a policy of deleting the data they gather out of a desire to keep the technology under wraps, an FBI official told The Wall Street Journal in response to inquiries about the device.

The FBI disagrees with the characterization of the technology being "so secret" – as noted previously, the FBI considers the equipment Law Enforcement Sensitive and our policy is intended to protect law enforcement capabilities so that subjects of law enforcement investigations do not learn how to evade or defeat lawfully authorized investigative activity.

* In Thursday's hearing, the government will argue that it should be able to withhold information on precisely what tool was used to locate Mr. Rigmaiden, according to documents filed by the prosecution.

* The FBI says information on stingrays and related technology is "considered Law Enforcement Sensitive, since its public release could harm law enforcement efforts by compromising future use of the equipment."

* The prosecutor, Mr. Battista, told the judge that the government's concern is that "if the actual information regarding ... this equipment is disclosed, it can be subject to being defeated or avoided or detected."

* In the case of the alleged hacker, Mr. Rigmaiden, the government faces the task of prosecuting him without disclosing details about the device it used to locate him.

* The government says "stingray" is a generic term, and in Mr. Rigmaiden's case it remains unclear which device or devices were actually used.

* "Location information continues to be a vital component in law enforcement investigations at the federal, state and local levels," an FBI official told the Journal.

* FBI and Department of Justice officials have said that investigators don't need to get search warrants to use stingray devices. Associate Deputy Attorney General James A. Baker and FBI General Counsel Valerie E. Caproni both said at a panel discussion at the Brookings Institution in May that devices like these fall into a category of tools called "pen registers" that require a lesser order than a warrant. Pen registers gather signals from phones, such as phone numbers dialed, but don't receive the content of the communications.

* To get a pen-register order, investigators must show only that the information likely to be obtained is "relevant to an ongoing criminal investigation." The Supreme Court has ruled that use of a pen register doesn't require a search warrant, because it doesn't involve interception of conversations.

Where the hybrid order is required, the standard cited is accurate for the Pen Register. Section 2703(d), however, requires that the information sought is "relevant and material" to an ongoing investigation. Also, from legal perspective, a pen register may be used because the subject does not have a "reasonable expectation of privacy" in the information sought. Pen register information is provided by the subject to a third party in order for the equipment to work, ie, the phone company.

* But with cellphones, data sent in real time includes location information, making the situation more complicated, because some judges have found that location information is more intrusive than data on the numbers dialed by a

phone. Some courts have required a slightly higher standard for location information, but not a warrant, while others have held that a search warrant is necessary.

* The FBI advises agents to work with the local federal prosecutors to conform to the legal requirements of their particular district, an FBI official said. He added that it is FBI policy to obtain a search warrant if the FBI believes technology "may provide information on an individual while that person is in a location where he or she would have a reasonable expectation of privacy."

* Experts say lawmakers and the courts haven't yet settled whether locating a person or device in a home constitutes a "search" that requires a warrant.

* The FBI told the Journal that "with regard to the expungement of location information obtained through use of this type of equipment by the FBI, our policy since the 1990s has been to purge or 'expunge' all information obtained during a location operation."

* The FBI allows this policy because information gathered in these operations "is intended to be used only as lead information to assist investigators in identifying the general location of their subject and is not intended to be used as substantive evidence in a case," the official said.

* In the Rigmaiden case, the investigators used the stingray to narrow down the location of the broadband card. One of the Phoenix federal agents then said in a July 2008 email that the team needed "to develop independent probable cause" and that the "FBI does not want to disclose the [redacted] (understandably so)."

---------

b6 -2
b7C -2

(RMD) (FBI)

**From:**
**Sent:** Wednesday, September 21, 2011 3:22 PM
**To:** Sabol, Sherry E.
**Subject:** Fw: WSJ fact check

b5 -1
b6 -1, -2
b7C -1, -2

Sent from my BlackBerry Wireless Handheld

---

**From:**
**To:**
**Sent:** Wed Sep 21 15:17:34 2011
**Subject:** RE: WSJ fact check

Yes. Thank you.

Also! We have changed at least one of the sentences that I know of to try to make it clearer that it's law enforcement techniques you are trying to protect, not the specific device.

Stingrays are designed to locate a mobile phone even when it's not being used to make a call. The devices are so secret that the Federal Bureau of Investigation has a policy of deleting the data they gather, out of a desire to keep its tactics under wraps, an FBI official told The Wall Street Journal in response to inquiries.

b6 -1, -2
b7C -1, -2

---

**From:**
**Sent:** Wednesday, September 21, 2011 3:08 PM
**To:**
**Subject:** Re: WSJ fact check

I should have your response within 30 minutes. Is that okay?

Sent from my BlackBerry Wireless Handheld

---

**From:**
**To:** Sabol, Sherry E.;
**Sent:** Tue Sep 20 23:56:57 2011
**Subject:** WSJ fact check

b6 -1, -2
b7C -1, -2

H and Sherry.

Below are sentences and paragraphs from the story, which is set to run in Thursday's paper. Please let me know if you are aware of any factual errors in any of them. I'll **need a response for my editors by midday** although we will have a bit of time after that to go back and forth. Sometimes the best thing to do is let me know early on which statements have problems so we can work it out, but it's up to you.

(Some items you may not have adequate information on, like very general statements, or statements about the specifics of the Arizona case. These are included mainly to provide you with context. We don't like subjects of stories to be surprised by anything when the story runs. If you feel you don't have enough information to evaluate a statement, just say so. Not a problem.)

Thanks so much for your help, again. I realize this is very sensitive and an important tool for you; I also feel like people have a lot of questions about this general topic and I want to make sure I present everything as accurately as possible.

I would appreciate it if you could tell me that you received this email.

Best,

b6 -2
b7C -2

* Stingrays are designed to locate a mobile phone even when it's not being used to make a call.

* A stingray works by mimicking a cellphone tower, getting a phone to connect to it and measuring signals from the phone. It allows the stingray operator to ping a phone and find it if it is powered on, according to documents reviewed by the Journal. The device has various uses, including helping police locate suspects and aiding search-and-rescue teams in finding people lost in remote areas or buried in rubble after an accident.

* Stingrays are one of several new technologies used by law enforcement to track people's locations, often without a warrant. The technologies are driving a broad Constitutional debate about whether the Fourth Amendment, which prohibits unreasonable searches and seizures, but which was written before the digital age, is keeping pace with the times.

* A stingray's role in nabbing the alleged "Hacker"—Daniel David Rigmaiden—is shaping up as a possible test of the legal standards for using these devices in investigations. The FBI says no warrant is required and that standards vary depending on the state and district.

* The devices are so secret that the Federal Bureau of Investigation has a policy of deleting the data they gather out of a desire to keep the technology under wraps, an FBI official told The Wall Street Journal in response to inquiries about the device.

* In Thursday's hearing, the government will argue that it should be able to withhold information on precisely what tool was used to locate Mr. Rigmaiden, according to documents filed by the prosecution.

* The FBI says information on stingrays and related technology is "considered Law Enforcement Sensitive, since its public release could harm law enforcement efforts by compromising future use of the equipment."

* The prosecutor, Mr. Battista, told the judge that the government's concern is that "if the actual information regarding ... this equipment is disclosed, it can be subject to being defeated or avoided or detected."

* In the case of the alleged hacker, Mr. Rigmaiden, the government faces the task of prosecuting him without disclosing details about the device it used to locate him.

* The government says "stingray" is a generic term, and in Mr. Rigmaiden's case it remains unclear which device or devices were actually used.

* "Location information continues to be a vital component in law enforcement investigations at the federal, state and local levels," an FBI official told the Journal.

* FBI and Department of Justice officials have said that investigators don't need to get search warrants to use stingray devices. Associate Deputy Attorney General James A. Baker and FBI General Counsel Valerie E. Caproni both said at

a panel discussion at the Brookings Institution in May that devices like these fall into a category of tools called "pen registers" that require a lesser order than a warrant. Pen registers gather signals from phones, such as phone numbers dialed, but don't receive the content of the communications.

* To get a pen-register order, investigators must show only that the information likely to be obtained is "relevant to an ongoing criminal investigation." The Supreme Court has ruled that use of a pen register doesn't require a search warrant, because it doesn't involve interception of conversations.

* But with cellphones, data sent in real time includes location information, making the situation more complicated, because some judges have found that location information is more intrusive than data on the numbers dialed by a phone. Some courts have required a slightly higher standard for location information, but not a warrant, while others have held that a search warrant is necessary.

* The FBI advises agents to work with the local federal prosecutors to conform to the legal requirements of their particular district, an FBI official said. He added that it is FBI policy to obtain a search warrant if the FBI believes technology "may provide information on an individual while that person is in a location where he or she would have a reasonable expectation of privacy."

* Experts say lawmakers and the courts haven't yet settled whether locating a person or device in a home constitutes a "search" that requires a warrant.

* The FBI told the Journal that "with regard to the expungement of location information obtained through use of this type of equipment by the FBI, our policy since the 1990s has been to purge or 'expunge' all information obtained during a location operation."

* The FBI allows this policy because information gathered in these operations "is intended to be used only as lead information to assist investigators in identifying the general location of their subject and is not intended to be used as substantive evidence in a case," the official said.

* In the Rigmaiden case, the investigators used the stingray to narrow down the location of the broadband card. One of the Phoenix federal agents then said in a July 2008 email that the team needed "to develop independent probable cause" and that the "FBI does not want to disclose the [redacted] (understandably so)."

b6 -2
b7C -2

(RMD) (FBI)

**From:**
**Sent:** Wednesday, September 21, 2011 8:13 AM
**To:** Sabol, Sherry E.
**Subject:** RE: WSJ fact check

b5 -1
b6 -1, -2
b7C -1, -2

**From:** Sabol, Sherry E.
**Sent:** Wednesday, September 21, 2011 7:39 AM
**To:** Hess, Amy S.; Bryars, D Keith
**Cc:**
**Subject:** Fw: WSJ fact check
**Importance:** High

WSJ asked us to fact check certain statements.

b5 -1
b6 -1, -2
b7C -1, -2

Ill look at rest again in office.

They need an answer by mid-day.

---

**From:**
**To:** Sabol, Sherry E.; Allen
**Sent:** Tue Sep 20 23:56:57 2011
**Subject:** WSJ fact check

Hi and Sherry.

Below are sentences and paragraphs from the story, which is set to run in Thursday's paper. Please let me know if you are aware of any factual errors in any of them. I'll **need a response for my editors by midday** although we will have a bit of time after that to go back and forth. Sometimes the best thing to do is let me know early on which statements have problems so we can work it out, but it's up to you.

(Some items you may not have adequate information on, like very general statements, or statements about the specifics of the Arizona case. These are included mainly to provide you with context. We don't like subjects of stories to be surprised by anything when the story runs. If you feel you don't have enough information to evaluate a statement, just say so. Not a problem.)

Thanks so much for your help, again. I realize this is very sensitive and an important tool for you; I also feel like people have a lot of questions about this general topic and I want to make sure I present everything as accurately as possible.

b5 -1
b6 -1, -2
b7C -1, -2

I would appreciate it if you could tell me that you received this email.

Best,

* Stingrays are designed to locate a mobile phone even when it's not being used to make a call.

* A stingray works by mimicking a cellphone tower, getting a phone to connect to it and measuring signals from the phone. It allows the stingray operator to ping a phone and find it if it is powered on, according to documents reviewed by the Journal. The device has various uses, including helping police locate suspects and aiding search-and-rescue teams in finding people lost in remote areas or buried in rubble after an accident.

* Stingrays are one of several new technologies used by law enforcement to track people's locations, often without a warrant. The technologies are driving a broad Constitutional debate about whether the Fourth Amendment, which prohibits unreasonable searches and seizures, but which was written before the digital age, is keeping pace with the times.

* A stingray's role in nabbing the alleged "Hacker"—Daniel David Rigmaiden—is shaping up as a possible test of the legal standards for using these devices in investigations. The FBI says no warrant is required and that standards vary depending on the state and district.

* The devices are so secret that the Federal Bureau of Investigation has a policy of deleting the data they gather out of a desire to keep the technology under wraps, an FBI official told The Wall Street Journal in response to inquiries about the device.

* In Thursday's hearing, the government will argue that it should be able to withhold information on precisely what tool was used to locate Mr. Rigmaiden, according to documents filed by the prosecution.

* The FBI says information on stingrays and related technology is "considered Law Enforcement Sensitive, since its public release could harm law enforcement efforts by compromising future use of the equipment."

* The prosecutor, Mr. Battista, told the judge that the government's concern is that "if the actual information regarding ... this equipment is disclosed, it can be subject to being defeated or avoided or detected."

* In the case of the alleged hacker, Mr. Rigmaiden, the government faces the task of prosecuting him without disclosing details about the device it used to locate him.

* The government says "stingray" is a generic term, and in Mr. Rigmaiden's case it remains unclear which device or devices were actually used.

* "Location information continues to be a vital component in law enforcement investigations at the federal, state and local levels," an FBI official told the Journal.

* FBI and Department of Justice officials have said that investigators don't need to get search warrants to use stingray devices. Associate Deputy Attorney General James A. Baker and FBI General Counsel Valerie E. Caproni both said at a panel discussion at the Brookings Institution in May that devices like these fall into a category of tools called "pen registers" that require a lesser order than a warrant. Pen registers gather signals from phones, such as phone numbers dialed, but don't receive the content of the communications.

* To get a pen-register order, investigators must show only that the information likely to be obtained is "relevant to an ongoing criminal investigation." The Supreme Court has ruled that use of a pen register doesn't require a search warrant, because it doesn't involve interception of conversations.

* But with cellphones, data sent in real time includes location information, making the situation more complicated, because some judges have found that location information is more intrusive than data on the numbers dialed by a phone. Some courts have required a slightly higher standard for location information, but not a warrant, while others have held that a search warrant is necessary.

* The FBI advises agents to work with the local federal prosecutors to conform to the legal requirements of their particular district, an FBI official said. He added that it is FBI policy to obtain a search warrant if the FBI believes technology "may provide information on an individual while that person is in a location where he or she would have a reasonable expectation of privacy."

* Experts say lawmakers and the courts haven't yet settled whether locating a person or device in a home constitutes a "search" that requires a warrant.

* The FBI told the Journal that "with regard to the expungement of location information obtained through use of this type of equipment by the FBI, our policy since the 1990s has been to purge or 'expunge' all information obtained during a location operation."

* The FBI allows this policy because information gathered in these operations "is intended to be used only as lead information to assist investigators in identifying the general location of their subject and is not intended to be used as substantive evidence in a case," the official said.

* In the Rigmaiden case, the investigators used the stingray to narrow down the location of the broadband card. One of the Phoenix federal agents then said in a July 2008 email that the team needed "to develop independent probable cause" and that the "FBI does not want to disclose the [redacted] (understandably so)."

b6 -2
b7C -2

(RMD) (FBI)

**From:** Hess, Amy S.
**Sent:** Wednesday, September 21, 2011 10:55 AM
**To:** Sabol, Sherry E.; Bryars, D Keith
**Subject:** Re: WSJ fact check

b5 -1
b6 -1, -2
b7C -1, -2

**From:** Sabol, Sherry E.
**To:** Hess, Amy S.; Bryars, D Keith
**Cc:**
**Sent:** Wed Sep 21 07:38:43 2011
**Subject:** Fw: WSJ fact check

b5 -1
b6 -1, -2
b7C -1, -2

WSJ asked us to fact check certain statements.

Ill look at rest again in office.

They need an answer by mid-day.

**From**
**To:** Sabol, Sherry E.
**Sent:** Tue Sep 20 23:56:57 2011
**Subject:** WSJ fact check

H and Sherry.

Below are sentences and paragraphs from the story, which is set to run in Thursday's paper. Please let me know if you are aware of any factual errors in any of them. I'll **need a response for my editors by midday** although we will have a bit of time after that to go back and forth. Sometimes the best thing to do is let me know early on which statements have problems so we can work it out, but it's up to you.

b6 -1, -2
b7C -1, -2

(Some items you may not have adequate information on, like very general statements, or statements about the specifics of the Arizona case. These are included mainly to provide you with context. We don't like subjects of stories to be surprised by anything when the story runs. If you feel you don't have enough information to evaluate a statement, just say so. Not a problem.)

Thanks so much for your help, again. I realize this is very sensitive and an important tool for you; I also feel like people have a lot of questions about this general topic and I want to make sure I present everything as accurately as possible.

I would appreciate it if you could tell me that you received this email.

Best,

* Stingrays are designed to locate a mobile phone even when it's not being used to make a call.

* A stingray works by mimicking a cellphone tower, getting a phone to connect to it and measuring signals from the phone. It allows the stingray operator to ping a phone and find it if it is powered on, according to documents reviewed by the Journal. The device has various uses, including helping police locate suspects and aiding search-and-rescue teams in finding people lost in remote areas or buried in rubble after an accident.

* Stingrays are one of several new technologies used by law enforcement to track people's locations, often without a warrant. The technologies are driving a broad Constitutional debate about whether the Fourth Amendment, which prohibits unreasonable searches and seizures, but which was written before the digital age, is keeping pace with the times.

* A stingray's role in nabbing the alleged "Hacker"—Daniel David Rigmaiden—is shaping up as a possible test of the legal standards for using these devices in investigations. The FBI says no warrant is required and that standards vary depending on the state and district.

* The devices are so secret that the Federal Bureau of Investigation has a policy of deleting the data they gather out of a desire to keep the technology under wraps, an FBI official told The Wall Street Journal in response to inquiries about the device.

* In Thursday's hearing, the government will argue that it should be able to withhold information on precisely what tool was used to locate Mr. Rigmaiden, according to documents filed by the prosecution.

* The FBI says information on stingrays and related technology is "considered Law Enforcement Sensitive, since its public release could harm law enforcement efforts by compromising future use of the equipment."

* The prosecutor, Mr. Battista, told the judge that the government's concern is that "if the actual information regarding ... this equipment is disclosed, it can be subject to being defeated or avoided or detected."

* In the case of the alleged hacker, Mr. Rigmaiden, the government faces the task of prosecuting him without disclosing details about the device it used to locate him.

* The government says "stingray" is a generic term, and in Mr. Rigmaiden's case it remains unclear which device or devices were actually used.

* "Location information continues to be a vital component in law enforcement investigations at the federal, state and local levels," an FBI official told the Journal.

* FBI and Department of Justice officials have said that investigators don't need to get search warrants to use stingray devices. Associate Deputy Attorney General James A. Baker and FBI General Counsel Valerie E. Caproni both said at a panel discussion at the Brookings Institution in May that devices like these fall into a category of tools called "pen registers" that require a lesser order than a warrant. Pen registers gather signals from phones, such as phone numbers dialed, but don't receive the content of the communications.

* To get a pen-register order, investigators must show only that the information likely to be obtained is "relevant to an ongoing criminal investigation." The Supreme Court has ruled that use of a pen register doesn't require a search warrant, because it doesn't involve interception of conversations.

* But with cellphones, data sent in real time includes location information, making the situation more complicated, because some judges have found that location information is more intrusive than data on the numbers dialed by a phone. Some courts have required a slightly higher standard for location information, but not a warrant, while others have held that a search warrant is necessary.

* The FBI advises agents to work with the local federal prosecutors to conform to the legal requirements of their particular district, an FBI official said. He added that it is FBI policy to obtain a search warrant if the FBI believes technology "may provide information on an individual while that person is in a location where he or she would have a reasonable expectation of privacy."

* Experts say lawmakers and the courts haven't yet settled whether locating a person or device in a home constitutes a "search" that requires a warrant.

* The FBI told the Journal that "with regard to the expungement of location information obtained through use of this type of equipment by the FBI, our policy since the 1990s has been to purge or 'expunge' all information obtained during a location operation."

* The FBI allows this policy because information gathered in these operations "is intended to be used only as lead information to assist investigators in identifying the general location of their subject and is not intended to be used as substantive evidence in a case," the official said.

* In the Rigmaiden case, the investigators used the stingray to narrow down the location of the broadband card. One of the Phoenix federal agents then said in a July 2008 email that the team needed "to develop independent probable cause" and that the "FBI does not want to disclose the [redacted] (understandably so)."

b6 -2
b7C -2

(RMD) (FBI)

**From:** Sabol, Sherry E.
**Sent:** Wednesday, September 21, 2011 11:12 AM
**To:** Sabol, Sherry E.; Bryars, D Keith; DiClemente, Anthony P.;
**Cc:** Hess, Amy S.
**Subject:** RE: WSJ fact check

**From:** Sabol, Sherry E.
**Sent:** Wednesday, September 21, 2011 11:10 AM
**To:** Bryars, D Keith; DiClemente, Anthony P.;
**Cc:** Hess, Amy S.
**Subject:** RE: WSJ fact check

b5 -1
b6 -1, -2
b7C -1, -2

Thanks!

**From:**
**Sent:** Tuesday, September 20, 2011 11:57 PM
**To:** Sabol, Sherry E.;
**Subject:** WSJ fact check
**Importance:** High

b6 -1, -2
b7C -1, -2

H and Sherry,

Below are sentences and paragraphs from the story, which is set to run in Thursday's paper. Please let me know if you are aware of any factual errors in any of them. I'll **need a response for my editors by midday** although we will have a bit of time after that to go back and forth. Sometimes the best thing to do is let me know early on which statements have problems so we can work it out, but it's up to you.

(Some items you may not have adequate information on, like very general statements, or statements about the specifics of the Arizona case. These are included mainly to provide you with context. We don't like subjects of stories to be surprised by anything when the story runs. If you feel you don't have enough information to evaluate a statement, just say so. Not a problem.)

Thanks so much for your help, again. I realize this is very sensitive and an important tool for you; I also feel like people have a lot of questions about this general topic and I want to make sure I present everything as accurately as possible.

I would appreciate it if you could tell me that you received this email.

Best,

b6 -2
b7C -2

b5 -1



b5 -1

2

CELLSITE-13082

b5 -1

b6 -2
b7C -2

3

CELLSITE-13083

(RMD) (FBI)

**From:** DiClemente, Anthony P.
**Sent:** Wednesday, September 21, 2011 11:17 AM
**To:** Sabol, Sherry E.; Bryars, D Keith;
**Cc:** Hess, Amy S.
**Subject:** Re: WSJ fact check

b6 -1,-2
b7C -1,-2
b5 -1

Anthony DiClemente
Chief Section
Operational Technology Division
Federal Bureau of Investigation

b7E -1

---

**From:** Sabol, Sherry E.
**To:** Bryars, D Keith; DiClemente, Anthony P.;
**Cc:** Hess, Amy S.
**Sent:** Wed Sep 21 11:09:37 2011
**Subject:** RE: WSJ fact check

b5 -1
b6 -1, -2
b7C -1, -2

Thanks!

---

**From:**
**Sent:** Tuesday, September 20, 2011 11:57 PM
**To:** Sabol, Sherry E.;
**Subject:** WSJ fact check
**Importance:** High

b6 -1,-2
b7C -1,-2

H and Sherry.

Below are sentences and paragraphs from the story, which is set to run in Thursday's paper. Please let me know if you are aware of any factual errors in any of them. I'll **need a response for my editors by midday** although we will have a bit of time after that to go back and forth. Sometimes the best thing to do is let me know early on which statements have problems so we can work it out, but it's up to you.

(Some items you may not have adequate information on, like very general statements, or statements about the specifics of the Arizona case. These are included mainly to provide you with context. We don't like subjects of stories to be surprised by anything when the story runs. If you feel you don't have enough information to evaluate a statement, just say so. Not a problem.)

Thanks so much for your help, again. I realize this is very sensitive and an important tool for you; I also feel like people have a lot of questions about this general topic and I want to make sure I present everything as accurately as possible.

CELLSITE-13084

I would appreciate it if you could tell me that you received this email.

Best,

b5 -1
b6 -1,-2
b7C -1,-2

b5 -1

b6 -1,-2
b7C -1,-2

(RMD) (FBI)

**From:** DiClemente, Anthony P.
**Sent:** Wednesday, September 21, 2011 11:22 AM
**To:** Sabol, Sherry E.; Bryars, D Keith;
**Cc:** Hess, Amy S.
**Subject:** Re: WSJ fact check

b5 -1
b6 -1,-2
b7C -1,-2

Anthony DiClemente
Chief Section
Operational Technology Division
Federal Bureau of Investigation
Office
Mobile

b7E -1

---

**From:** Sabol, Sherry E.
**To:** Sabol, Sherry E.; Bryars, D Keith; DiClemente, Anthony P.
**Cc:** Hess, Amy S.
**Sent:** Wed Sep 21 11:12:07 2011
**Subject:** RE: WSJ fact check

b5 -1
b6 -1, -2
b7C -1, -2

---

**From:** Sabol, Sherry E.
**Sent:** Wednesday, September 21, 2011 11:10 AM
**To:** Bryars, D Keith; DiClemente, Anthony P.
**Cc:** Hess, Amy S.
**Subject:** RE: WSJ fact check

Thanks!

b6 -1, -2
b7C -1, -2
b5 -1

---

**From:**
**Sent:** Tuesday, September 20, 2011 11:57 PM
**To:** Sabol, Sherry E.;
**Subject:** WSJ fact check
**Importance:** High

H and Sherry.

Below are sentences and paragraphs from the story, which is set to run in Thursday's paper. Please let me know if you are aware of any factual errors in any of them. I'll **need a response for my editors by midday** although we will have a bit of time after that to go back and forth. Sometimes the best thing to do is let me know early on which statements have problems so we can work it out, but it's up to you.

CELLSITE-13087

(Some items you may not have adequate information on, like very general statements, or statements about the specifics of the Arizona case. These are included mainly to provide you with context. We don't like subjects of stories to be surprised by anything when the story runs. If you feel you don't have enough information to evaluate a statement, just say so. Not a problem.)

Thanks so much for your help, again. I realize this is very sensitive and an important tool for you; I also feel like people have a lot of questions about this general topic and I want to make sure I present everything as accurately as possible.

I would appreciate it if you could tell me that you received this email.

Best,

b5 -1
b6 -1, -2
b7C -1, -2

b5 -1

b6 -2
b7C -2

CELLSITE-13090

4

(RMD) (FBI)

**From:**
**Sent:** Wednesday, September 21, 2011 11:23 AM
**To:** Hess, Amy S.; Sabol, Sherry E.; Bryars, D Keith
**Subject:** Re: WSJ fact check

b5 -1
b6 -1
b7C -1

--------------------------
Sent from my BlackBerry Wireless Handheld

---

**From:** Hess, Amy S.
**To:** Sabol, Sherry E.; Bryars, D Keith;
**Sent:** Wed Sep 21 10:55:09 2011
**Subject:** Re: WSJ fact check

---

**From:** Sabol, Sherry E.
**To:** Hess, Amy S.; Bryars, D Keith
**Cc:**
**Sent:** Wed Sep 21 07:38:43 2011
**Subject:** Fw: WSJ fact check

b5 -1
b6 -1
b7C -1

WSJ asked us to fact check certain statements.

Ill look at rest again in office.

They need an answer by mid-day.

b6 -1, -2
b7C -1, -2
b5 -1

---

**From**
**To:** Sabol, Sherry E.;
**Sent:** Tue Sep 20 23:56:57 2011
**Subject:** WSJ fact check

Hi and Sherry.

Below are sentences and paragraphs from the story, which is set to run in Thursday's paper. Please let me know if you are aware of any factual errors in any of them. I'll **need a response for my editors by midday** although we will have a bit of time after that to go back and forth. Sometimes the best thing to do is let me know early on which statements have problems so we can work it out, but it's up to you.

(Some items you may not have adequate information on, like very general statements, or statements about the specifics of the Arizona case. These are included mainly to provide you with context. We don't like subjects of stories to be surprised by anything when the story runs. If you feel you don't have enough information to evaluate a statement, just say so. Not a problem.)

Thanks so much for your help, again. I realize this is very sensitive and an important tool for you; I also feel like people have a lot of questions about this general topic and I want to make sure I present everything as accurately as possible.

I would appreciate it if you could tell me that you received this email.

Best,

b6 -2
b7C -2

* Stingrays are designed to locate a mobile phone even when it's not being used to make a call.

* A stingray works by mimicking a cellphone tower, getting a phone to connect to it and measuring signals from the phone. It allows the stingray operator to ping a phone and find it if it is powered on, according to documents reviewed by the Journal. The device has various uses, including helping police locate suspects and aiding search-and-rescue teams in finding people lost in remote areas or buried in rubble after an accident.

* Stingrays are one of several new technologies used by law enforcement to track people's locations, often without a warrant. The technologies are driving a broad Constitutional debate about whether the Fourth Amendment, which prohibits unreasonable searches and seizures, but which was written before the digital age, is keeping pace with the times.

* A stingray's role in nabbing the alleged "Hacker"—Daniel David Rigmaiden—is shaping up as a possible test of the legal standards for using these devices in investigations. The FBI says no warrant is required and that standards vary depending on the state and district.

* The devices are so secret that the Federal Bureau of Investigation has a policy of deleting the data they gather out of a desire to keep the technology under wraps, an FBI official told The Wall Street Journal in response to inquiries about the device.

* In Thursday's hearing, the government will argue that it should be able to withhold information on precisely what tool was used to locate Mr. Rigmaiden, according to documents filed by the prosecution.

* The FBI says information on stingrays and related technology is "considered Law Enforcement Sensitive, since its public release could harm law enforcement efforts by compromising future use of the equipment."

* The prosecutor, Mr. Battista, told the judge that the government's concern is that "if the actual information regarding ... this equipment is disclosed, it can be subject to being defeated or avoided or detected."

* In the case of the alleged hacker, Mr. Rigmaiden, the government faces the task of prosecuting him without disclosing details about the device it used to locate him.

* The government says "stingray" is a generic term, and in Mr. Rigmaiden's case it remains unclear which device or devices were actually used.

* "Location information continues to be a vital component in law enforcement investigations at the federal, state and local levels," an FBI official told the Journal.

* FBI and Department of Justice officials have said that investigators don't need to get search warrants to use stingray devices. Associate Deputy Attorney General James A. Baker and FBI General Counsel Valerie E. Caproni both said at a panel discussion at the Brookings Institution in May that devices like these fall into a category of tools called "pen registers" that require a lesser order than a warrant. Pen registers gather signals from phones, such as phone numbers dialed, but don't receive the content of the communications.

* To get a pen-register order, investigators must show only that the information likely to be obtained is "relevant to an ongoing criminal investigation." The Supreme Court has ruled that use of a pen register doesn't require a search warrant, because it doesn't involve interception of conversations.

* But with cellphones, data sent in real time includes location information, making the situation more complicated, because some judges have found that location information is more intrusive than data on the numbers dialed by a phone. Some courts have required a slightly higher standard for location information, but not a warrant, while others have held that a search warrant is necessary.

* The FBI advises agents to work with the local federal prosecutors to conform to the legal requirements of their particular district, an FBI official said. He added that it is FBI policy to obtain a search warrant if the FBI believes technology "may provide information on an individual while that person is in a location where he or she would have a reasonable expectation of privacy."

* Experts say lawmakers and the courts haven't yet settled whether locating a person or device in a home constitutes a "search" that requires a warrant.

* The FBI told the Journal that "with regard to the expungement of location information obtained through use of this type of equipment by the FBI, our policy since the 1990s has been to purge or 'expunge' all information obtained during a location operation."

* The FBI allows this policy because information gathered in these operations "is intended to be used only as lead information to assist investigators in identifying the general location of their subject and is not intended to be used as substantive evidence in a case," the official said.

* In the Rigmaiden case, the investigators used the stingray to narrow down the location of the broadband card. One of the Phoenix federal agents then said in a July 2008 email that the team needed "to develop independent probable cause" and that the "FBI does not want to disclose the [redacted] (understandably so)."

b6 -2
b7C -2

CELLSITE-13093

(RMD) (FBI)

**From:**
**Sent:** Wednesday, September 21, 2011 11:51 AM
**To:** Sabol, Sherry E.
**Subject:** Re: WSJ fact check

Thx!
Blackberry Message

b5 -1
b6 -1
b7C -1

---

**From:** Sabol, Sherry E.
**To:** DiClemente, Anthony P
**Sent:** Wed Sep 21 11:49:50 2011
**Subject:** FW: WSJ fact check

---

**From:** Sabol, Sherry E.
**Sent:** Wednesday, September 21, 2011 11:49 AM
**To**
**Cc:** Hess, Amy S.; Bryars, D Keith
**Subject:** RE: WSJ fact check

b5 -1
b6 -1, -2
b7C -1, -2

---

**From**
**Sent:** Tuesday, September 20, 2011 11:57 PM
**To:** Sabol, Sherry E.;
**Subject:** WSJ fact check
**Importance:** High

Hi and Sherry.

Below are sentences and paragraphs from the story, which is set to run in Thursday's paper. Please let me know if you are aware of any factual errors in any of them. I'll **need a response for my editors by midday** although we will have a bit of time after that to go back and forth. Sometimes the best thing to do is let me know early on which statements have problems so we can work it out, but it's up to you.

(Some items you may not have adequate information on, like very general statements, or statements about the specifics of the Arizona case. These are included mainly to provide you with context. We don't like subjects of stories to be surprised by anything when the story runs. If you feel you don't have enough information to evaluate a statement, just say so. Not a problem.)

Thanks so much for your help, again. I realize this is very sensitive and an important tool for you; I also feel like people have a lot of questions about this general topic and I want to make sure I present everything as accurately as possible.

b6 -2
b7C -2

I would appreciate it if you could tell me that you received this email.

Best,

b5 -1

CELLSITE-13095

2

b5 -1

b6 -2
b7C -2

CELLSITE-13096

3

(RMD) (FBI)

b6 -1
b7C -1

**From:** DiClemente, Anthony P.
**Sent:** Wednesday, September 21, 2011 11:57 AM
**To:** Sabol, Sherry E.
**Subject:** Re: WSJ fact check

Thanks Sherry.

Anthony DiClemente
Chief Section
Operational Technology Division
Federal Bureau of Investigation
Office
Mobile

b7E -1

---

**From:** Sabol, Sherry E.
**To:** DiClemente, Anthony P.; Struyk, James L.; Mazel, Joseph W.; King, John E.
**Sent:** Wed Sep 21 11:49:50 2011
**Subject:** FW: WSJ fact check

---

**From:** Sabol, Sherry E.
**Sent:** Wednesday, September 21, 2011 11:49 AM
**To**
**Cc:** Hess, Amy S.; Bryars, D Keith
**Subject:** RE: WSJ fact check

b5 -1
b6 -1, -2
b7C -1, -2

Sherry.

---

**From:**
**Sent:** Tuesday, September 20, 2011 11:57 PM
**To:** Sabol, Sherry E.
**Subject:** WSJ fact check
**Importance:** High

H and Sherry.

Below are sentences and paragraphs from the story, which is set to run in Thursday's paper. Please let me know if you are aware of any factual errors in any of them. **I'll need a response for my editors by midday** although we will have a bit of time after that to go back and forth. Sometimes the best thing to do is let me know early on which statements have problems so we can work it out, but it's up to you.

(Some items you may not have adequate information on, like very general statements, or statements about the specifics of the Arizona case. These are included mainly to provide you with context. We don't like subjects of stories to be surprised by anything when the story runs. If you feel you don't have enough information to evaluate a statement, just say so. Not a problem.)

Thanks so much for your help, again. I realize this is very sensitive and an important tool for you; I also feel like people have a lot of questions about this general topic and I want to make sure I present everything as accurately as possible.

I would appreciate it if you could tell me that you received this email.

Best,

b5 -1
b6 -1, -2
b7C -1, -2

b5 -1

b6 -2
b7C -2

CELLSITE-13099

3

**(RMD) (FBI)**

**From:**
**Sent:** Wednesday, September 21, 2011 12:03 PM
**To:** Sabol, Sherry E.; DiClemente, Anthony P.
**Cc:**
**Subject:** RE: WSJ fact check

b6 -1
b7C -1

Sherry-

Here's my thoughts:

b5 -1
b6 -1
b7C -1

Assistant General Counsel
Science & Technology Law Unit
Federal Bureau of Investigation
Offi
BB:
E-Mai

b6 -1
b7C -1

**THIS COMMUNICATION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT AND ATTORNEY WORK PRODUCT MATERIAL. DO NOT DISCLOSE WITHOUT PRIOR PERMISSION FROM FBI OGC.**

---

**From:** Sabol, Sherry E.
**Sent:** Wednesday, September 21, 2011 10:16 AM
**To:** DiClemente, Anthony P.
**Cc**
**Subject:** Fw: WSJ fact check

Please take a look at this and get me your thoughts/comments asap.

---

**From:** Hess, Amy S.
**To:** Sabol, Sherry E.; Bryars, D Keith
**Cc**
**Sent:** Wed Sep 21 10:11:25 2011
**Subject:** Re: WSJ fact check

---

**From:** Sabol, Sherry E.
**To:** Hess, Amy S.; Bryars, D Keith
**Cc**
**Sent:** Wed Sep 21 07:38:43 2011
**Subject:** Fw: WSJ fact check

b5 -1
b6 -1
b7C -1

WSJ asked us to fact check certain statements.

Ill look at rest again in office.

They need an answer by mid-day.

---

**From**
**To:** Sabol, Sherry E.
**Sent:** Tue Sep 20 23:56:57 2011
**Subject:** WSJ fact check

b6 -1, -2
b7C -1, -2

Hi and Sherry.

Below are sentences and paragraphs from the story, which is set to run in Thursday's paper. Please let me know if you are aware of any factual errors in any of them. I'll **need a response for my editors by midday** although we will have a bit of time after that to go back and forth. Sometimes the best thing to do is let me know early on which statements have problems so we can work it out, but it's up to you.

CELLSITE-13101

(Some items you may not have adequate information on, like very general statements, or statements about the specifics of the Arizona case. These are included mainly to provide you with context. We don't like subjects of stories to be surprised by anything when the story runs. If you feel you don't have enough information to evaluate a statement, just say so. Not a problem.)

Thanks so much for your help, again. I realize this is very sensitive and an important tool for you; I also feel like people have a lot of questions about this general topic and I want to make sure I present everything as accurately as possible.

I would appreciate it if you could tell me that you received this email.

Best,

b6 -2
b7C -2

* Stingrays are designed to locate a mobile phone even when it's not being used to make a call.

* A stingray works by mimicking a cellphone tower, getting a phone to connect to it and measuring signals from the phone. It allows the stingray operator to ping a phone and find it if it is powered on, according to documents reviewed by the Journal. The device has various uses, including helping police locate suspects and aiding search-and-rescue teams in finding people lost in remote areas or buried in rubble after an accident.

* Stingrays are one of several new technologies used by law enforcement to track people's locations, often without a warrant. The technologies are driving a broad Constitutional debate about whether the Fourth Amendment, which prohibits unreasonable searches and seizures, but which was written before the digital age, is keeping pace with the times.

* A stingray's role in nabbing the alleged "Hacker"—Daniel David Rigmaiden—is shaping up as a possible test of the legal standards for using these devices in investigations. The FBI says no warrant is required and that standards vary depending on the state and district.

* The devices are so secret that the Federal Bureau of Investigation has a policy of deleting the data they gather out of a desire to keep the technology under wraps, an FBI official told The Wall Street Journal in response to inquiries about the device.

* In Thursday's hearing, the government will argue that it should be able to withhold information on precisely what tool was used to locate Mr. Rigmaiden, according to documents filed by the prosecution.

* The FBI says information on stingrays and related technology is "considered Law Enforcement Sensitive, since its public release could harm law enforcement efforts by compromising future use of the equipment."

* The prosecutor, Mr. Battista, told the judge that the government's concern is that "if the actual information regarding ... this equipment is disclosed, it can be subject to being defeated or avoided or detected."

* In the case of the alleged hacker, Mr. Rigmaiden, the government faces the task of prosecuting him without disclosing details about the device it used to locate him.

* The government says "stingray" is a generic term, and in Mr. Rigmaiden's case it remains unclear which device or devices were actually used.

* "Location information continues to be a vital component in law enforcement investigations at the federal, state and local levels," an FBI official told the Journal.

* FBI and Department of Justice officials have said that investigators don't need to get search warrants to use stingray devices. Associate Deputy Attorney General James A. Baker and FBI General Counsel Valerie E. Caproni both said at a panel discussion at the Brookings Institution in May that devices like these fall into a category of tools called "pen registers" that require a lesser order than a warrant. Pen registers gather signals from phones, such as phone numbers dialed, but don't receive the content of the communications.

CELLSITE-13102

* To get a pen-register order, investigators must show only that the information likely to be obtained is "relevant to an ongoing criminal investigation." The Supreme Court has ruled that use of a pen register doesn't require a search warrant, because it doesn't involve interception of conversations.

* But with cellphones, data sent in real time includes location information, making the situation more complicated, because some judges have found that location information is more intrusive than data on the numbers dialed by a phone. Some courts have required a slightly higher standard for location information, but not a warrant, while others have held that a search warrant is necessary.

* The FBI advises agents to work with the local federal prosecutors to conform to the legal requirements of their particular district, an FBI official said. He added that it is FBI policy to obtain a search warrant if the FBI believes technology "may provide information on an individual while that person is in a location where he or she would have a reasonable expectation of privacy."

* Experts say lawmakers and the courts haven't yet settled whether locating a person or device in a home constitutes a "search" that requires a warrant.

* The FBI told the Journal that "with regard to the expungement of location information obtained through use of this type of equipment by the FBI, our policy since the 1990s has been to purge or 'expunge' all information obtained during a location operation."

* The FBI allows this policy because information gathered in these operations "is intended to be used only as lead information to assist investigators in identifying the general location of their subject and is not intended to be used as substantive evidence in a case," the official said.

* In the Rigmaiden case, the investigators used the stingray to narrow down the location of the broadband card. One of the Phoenix federal agents then said in a July 2008 email that the team needed "to develop independent probable cause" and that the "FBI does not want to disclose the [redacted] (understandably so)."

b6  -2
b7C  -2

CELLSITE-13103

(RMD) (FBI)

**From:**
**Sent:** Wednesday, September 21, 2011 12:14 PM
**To:** Sabol, Sherry E.; DiClemente, Anthony P.;
**Cc:**
**Subject:** Re: WSJ fact check

b5 -1
b6 -1
b7C -1

Associate General Counsel
Unit Chief, Science and Technology Law Unit
Office of the General Counsel
Federal Bureau of Investigation

---

**From:**
**To:** Sabol, Sherry E.; DiClemente, Anthony P.
**Cc:**
**Sent:** Wed Sep 21 12:02:57 2011
**Subject:** RE: WSJ fact check

Sherry-

Here's my thoughts:

b5 -1
b6 -1
b7C -1

CELLSITE-13104

b5 -1
b6 -1
b7C -1

Assistant General Counsel
Science & Technology Law Unit
Federal Bureau of Investigation
Offic
BB:
E-M

**THIS COMMUNICATION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT AND ATTORNEY WORK PRODUCT MATERIAL. DO NOT DISCLOSE WITHOUT PRIOR PERMISSION FROM FBI OGC.**

---

**From:** Sabol, Sherry E.
**Sent:** Wednesday, September 21, 2011 10:16 AM
**To:** DiClemente, Anthony P.;
**Cc**
**Subject:** Fw: WSJ fact check

b5 -1
b6 -1
b7C -1

Please take a look at this and get me your thoughts/comments asap.

---

**From:** Hess, Amy S.
**To:** Sabol, Sherry E.; Bryars, D Keith
**Cc**
**Sent:** Wed Sep 21 10:11:25 2011
**Subject:** Re: WSJ fact check

---

**From:** Sabol, Sherry E.
**To:** Hess, Amy S.; Bryars, D Keith
**Cc**
**Sent:** Wed Sep 21 07:38:43 2011
**Subject:** Fw: WSJ fact check

b5 -1
b6 -1
b7C -1

WSJ asked us to fact check certain statements.

Ill look at rest again in office.

CELLSITE-13105

They need an answer by mid-day.

---

**From**
**To:** Sabol, Sherry E.;
**Sent:** Tue Sep 20 23:56:57 2011
**Subject:** WSJ fact check

b6 -1, 2
b7C -1, 2

H and Sherry.

Below are sentences and paragraphs from the story, which is set to run in Thursday's paper. Please let me know if you are aware of any factual errors in any of them. I'll **need a response for my editors by midday** although we will have a bit of time after that to go back and forth. Sometimes the best thing to do is let me know early on which statements have problems so we can work it out, but it's up to you.

(Some items you may not have adequate information on, like very general statements, or statements about the specifics of the Arizona case. These are included mainly to provide you with context. We don't like subjects of stories to be surprised by anything when the story runs. If you feel you don't have enough information to evaluate a statement, just say so. Not a problem.)

Thanks so much for your help, again. I realize this is very sensitive and an important tool for you; I also feel like people have a lot of questions about this general topic and I want to make sure I present everything as accurately as possible.

I would appreciate it if you could tell me that you received this email.

Best,

b6 -2
b7C -2

* Stingrays are designed to locate a mobile phone even when it's not being used to make a call.

* A stingray works by mimicking a cellphone tower, getting a phone to connect to it and measuring signals from the phone. It allows the stingray operator to ping a phone and find it if it is powered on, according to documents reviewed by the Journal. The device has various uses, including helping police locate suspects and aiding search-and-rescue teams in finding people lost in remote areas or buried in rubble after an accident.

* Stingrays are one of several new technologies used by law enforcement to track people's locations, often without a warrant. The technologies are driving a broad Constitutional debate about whether the Fourth Amendment, which prohibits unreasonable searches and seizures, but which was written before the digital age, is keeping pace with the times.

* A stingray's role in nabbing the alleged "Hacker"—Daniel David Rigmaiden—is shaping up as a possible test of the legal standards for using these devices in investigations. The FBI says no warrant is required and that standards vary depending on the state and district.

* The devices are so secret that the Federal Bureau of Investigation has a policy of deleting the data they gather out of a desire to keep the technology under wraps, an FBI official told The Wall Street Journal in response to inquiries about the device.

* In Thursday's hearing, the government will argue that it should be able to withhold information on precisely what tool was used to locate Mr. Rigmaiden, according to documents filed by the prosecution.

* The FBI says information on stingrays and related technology is "considered Law Enforcement Sensitive, since its public release could harm law enforcement efforts by compromising future use of the equipment."

* The prosecutor, Mr. Battista, told the judge that the government's concern is that "if the actual information regarding ... this equipment is disclosed, it can be subject to being defeated or avoided or detected."

CELLSITE-13106

* In the case of the alleged hacker, Mr. Rigmaiden, the government faces the task of prosecuting him without disclosing details about the device it used to locate him.

* The government says "stingray" is a generic term, and in Mr. Rigmaiden's case it remains unclear which device or devices were actually used.

* "Location information continues to be a vital component in law enforcement investigations at the federal, state and local levels," an FBI official told the Journal.

* FBI and Department of Justice officials have said that investigators don't need to get search warrants to use stingray devices. Associate Deputy Attorney General James A. Baker and FBI General Counsel Valerie E. Caproni both said at a panel discussion at the Brookings Institution in May that devices like these fall into a category of tools called "pen registers" that require a lesser order than a warrant. Pen registers gather signals from phones, such as phone numbers dialed, but don't receive the content of the communications.

* To get a pen-register order, investigators must show only that the information likely to be obtained is "relevant to an ongoing criminal investigation." The Supreme Court has ruled that use of a pen register doesn't require a search warrant, because it doesn't involve interception of conversations.

* But with cellphones, data sent in real time includes location information, making the situation more complicated, because some judges have found that location information is more intrusive than data on the numbers dialed by a phone. Some courts have required a slightly higher standard for location information, but not a warrant, while others have held that a search warrant is necessary.

* The FBI advises agents to work with the local federal prosecutors to conform to the legal requirements of their particular district, an FBI official said. He added that it is FBI policy to obtain a search warrant if the FBI believes technology "may provide information on an individual while that person is in a location where he or she would have a reasonable expectation of privacy."

* Experts say lawmakers and the courts haven't yet settled whether locating a person or device in a home constitutes a "search" that requires a warrant.

* The FBI told the Journal that "with regard to the expungement of location information obtained through use of this type of equipment by the FBI, our policy since the 1990s has been to purge or 'expunge' all information obtained during a location operation."

* The FBI allows this policy because information gathered in these operations "is intended to be used only as lead information to assist investigators in identifying the general location of their subject and is not intended to be used as substantive evidence in a case," the official said.

* In the Rigmaiden case, the investigators used the stingray to narrow down the location of the broadband card. One of the Phoenix federal agents then said in a July 2008 email that the team needed "to develop independent probable cause" and that the "FBI does not want to disclose the [redacted] (understandably so)."

b6 -2
b7C -2

CELLSITE-13107

(RMD) (FBI)

**From:**
**Sent:** Wednesday, September 21, 2011 12:17 PM
**To:** Sabol, Sherry E.
**Cc:** Hess, Amy S.; Bryars, D Keith
**Subject:** Re: WSJ fact check

b5 -1
b6 -1
b7C -1

Sent from my BlackBerry Wireless Handheld

---

**From:** Sabol, Sherry E.
**To**
**Cc:** Hess, Amy S.; Bryars, D Keith;
**Sent:** Wed Sep 21 11:56:59 2011
**Subject:** Re: WSJ fact check

---

**From:** Sabol, Sherry E.
**To:**
**Cc:** Hess, Amy S.; Bryars, D Keith
**Sent:** Wed Sep 21 11:48:47 2011
**Subject:** RE: WSJ fact check

b5 -1
b6 -1
b7C -1

Sherry.

---

**From**
**Sent:** Tuesday, September 20, 2011 11:57 PM
**To:** Sabol, Sherry E.
**Subject:** WSJ fact check
**Importance:** High

b6 -1, -2
b7C -1, -2

Hi and Sherry.

Below are sentences and paragraphs from the story, which is set to run in Thursday's paper. Please let me know if you are aware of any factual errors in any of them. I'll **need a response for my editors by midday** although we will have a bit of time after that to go back and forth. Sometimes the best thing to do is let me know early on which statements have problems so we can work it out, but it's up to you.

(Some items you may not have adequate information on, like very general statements, or statements about the specifics of the Arizona case. These are included mainly to provide you with context. We don't like subjects of stories to be surprised by anything when the story runs. If you feel you don't have enough information to evaluate a statement, just say so. Not a problem.)

Thanks so much for your help, again. I realize this is very sensitive and an important tool for you; I also feel like people have a lot of questions about this general topic and I want to make sure I present everything as accurately as possible.

I would appreciate it if you could tell me that you received this email.

CELLSITE-13108

Best,

b6 -2
b7C -2

b5 -1

CELLSITE-13109

2

b5 -1

b6 -2
b7C -2

CELLSITE-13110

3

(RMD) (FBI)

**From:** Sabol, Sherry E.
**Sent:** Wednesday, September 21, 2011 2:10 PM
**To:** Sabol, Sherry E.
**Cc:**
**Subject:** RE: WSJ fact check

b5 -1
b6 -1
b7C -1

Thanks,

---

**From:** Sabol, Sherry E.
**Sent:** Wednesday, September 21, 2011 2:00 PM
**To:**
**Cc:**
**Subject:** RE: WSJ fact check

b5 -1
b6 -1
b7C -1

---

**From**
**Sent:** Wednesday, September 21, 2011 12:03 PM
**To:** Sabol, Sherry E.
**Cc:**
**Subject:** FW: WSJ fact check

Sherry-

Assistant General Counsel
Science & Technology Law Unit
Federal Bureau of Investigation
Offic
BB: (
E-Ma

b5 -1
b6 -1
b7C -1

**THIS COMMUNICATION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT AND ATTORNEY WORK PRODUCT MATERIAL. DO NOT DISCLOSE WITHOUT PRIOR PERMISSION FROM FBI OGC.**

---

**From:** Sabol, Sherry E.
**Sent:** Wednesday, September 21, 2011 11:49 AM
**To:** DiClemente, Anthony P.;
**Subject:** FW: WSJ fact check

**From:** Sabol, Sherry E.
**Sent:** Wednesday, September 21, 2011 11:49 AM
**To**
**Cc:** Hess, Amy S.; Bryars, D Keith
**Subject:** RE: WSJ fact check

Sherry.

b5 -1
b6 -1, -2
b7C -1, -2

**From**
**Sent:** Tuesday, September 20, 2011 11:57 PM
**To:** Sabol, Sherry E.;
**Subject:** WSJ fact check
**Importance:** High

H and Sherry.

Below are sentences and paragraphs from the story, which is set to run in Thursday's paper. Please let me know if you are aware of any factual errors in any of them. I'll **need a response for my editors by midday** although we will have a bit of time after that to go back and forth. Sometimes the best thing to do is let me know early on which statements have problems so we can work it out, but it's up to you.

(Some items you may not have adequate information on, like very general statements, or statements about the specifics of the Arizona case. These are included mainly to provide you with context. We don't like subjects of stories to be surprised by anything when the story runs. If you feel you don't have enough information to evaluate a statement, just say so. Not a problem.)

Thanks so much for your help, again. I realize this is very sensitive and an important tool for you; I also feel like people have a lot of questions about this general topic and I want to make sure I present everything as accurately as possible.

I would appreciate it if you could tell me that you received this email.

Best,

b5 -1
b6 -2
b7C -2

CELLSITE-13112

b5 -1

b5 -1

b6 -2
b7C -2

CELLSITE-13114

4

(RMD) (FBI)

**From:**
**Sent:** Wednesday, September 21, 2011 3:04 PM
**To:** Sabol, Sherry E.
**Subject:** Re: WSJ fact check

b5 -1
b6 -1
b7C -1

--------------------------
Sent from my BlackBerry Wireless Handheld

---

**From:** Sabol, Sherry E.
**To**
**Sent:** Wed Sep 21 14:01:41 2011
**Subject:** Re: WSJ fact check

---

**From**
**To:** Sabol, Sherry E.
**Sent:** Wed Sep 21 13:17:36 2011
**Subject:** FW: WSJ fact check

b5 -1
b6 -1
b7C -1

---

**From**
**Sent:** Wednesday, September 21, 2011 12:14 PM
**To** Sabol, Sherry E.; DiClemente, Anthony P.;
**Cc**
**Subject:** Re: WSJ fact check

Associate General Counsel
Unit Chief, Science and Technology Law Unit
Office of the General Counsel
Federal Bureau of Investigation

---

**From:**
**To:** Sabol, Sherry E.; DiClemente, Anthony P.;
**Cc**
**Sent:** Wed Sep 21 12:02:57 2011
**Subject:** RE: WSJ fact check

b5 -1
b6 -1
b7C -1

Sherry-

Here's my thoughts:

b5 -1

Assistant General Counsel
Science & Technology Law Unit
Federal Bureau of Investigation
Office
BB: (2
E-Mai

b6 -1
b7C -1

**THIS COMMUNICATION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT AND ATTORNEY WORK PRODUCT MATERIAL. DO NOT DISCLOSE WITHOUT PRIOR PERMISSION FROM FBI OGC.**

---

**From:** Sabol, Sherry E.
**Sent:** Wednesday, September 21, 2011 10:16 AM

**To:** DiClemente, Anthony P.;
**Cc**
**Subject:** Fw: WSJ fact check

Please take a look at this and get me your thoughts/comments asap.

---

b5 -1
b6 -1
b7C -1

**From:** Hess, Amy S.
**To:** Sabol, Sherry E.; Bryars, D Keith
**Cc:**
**Sent:** Wed Sep 21 10:11:25 2011
**Subject:** Re: WSJ fact check

---

**From:** Sabol, Sherry E.
**To:** Hess, Amy S.; Bryars, D Keith
**Cc**
**Sent:** Wed Sep 21 07:38:43 2011
**Subject:** Fw: WSJ fact check

WSJ asked us to fact check certain statements.

b5 -1
b6 -1, -2
b7C -1, -2

Ill look at rest again in office.

They need an answer by mid-day.

---

**From**
**To:** Sabol, Sherry E.
**Sent:** Tue Sep 20 23:56:57 2011
**Subject:** WSJ fact check

Hi and Sherry.

Below are sentences and paragraphs from the story, which is set to run in Thursday's paper. Please let me know if you are aware of any factual errors in any of them. I'll **need a response for my editors by midday** although we will have a bit of time after that to go back and forth. Sometimes the best thing to do is let me know early on which statements have problems so we can work it out, but it's up to you.

(Some items you may not have adequate information on, like very general statements, or statements about the specifics of the Arizona case. These are included mainly to provide you with context. We don't like subjects of stories to be surprised by anything when the story runs. If you feel you don't have enough information to evaluate a statement, just say so. Not a problem.)

Thanks so much for your help, again. I realize this is very sensitive and an important tool for you; I also feel like people have a lot of questions about this general topic and I want to make sure I present everything as accurately as possible.

I would appreciate it if you could tell me that you received this email.

b6 -2
b7C -2

Best,

* Stingrays are designed to locate a mobile phone even when it's not being used to make a call.

* A stingray works by mimicking a cellphone tower, getting a phone to connect to it and measuring signals from the phone. It allows the stingray operator to ping a phone and find it if it is powered on, according to documents reviewed by the Journal. The device has various uses, including helping police locate suspects and aiding search-and-rescue teams in finding people lost in remote areas or buried in rubble after an accident.

* Stingrays are one of several new technologies used by law enforcement to track people's locations, often without a warrant. The technologies are driving a broad Constitutional debate about whether the Fourth Amendment, which prohibits unreasonable searches and seizures, but which was written before the digital age, is keeping pace with the times.

* A stingray's role in nabbing the alleged "Hacker"—Daniel David Rigmaiden—is shaping up as a possible test of the legal standards for using these devices in investigations. The FBI says no warrant is required and that standards vary depending on the state and district.

* The devices are so secret that the Federal Bureau of Investigation has a policy of deleting the data they gather out of a desire to keep the technology under wraps, an FBI official told The Wall Street Journal in response to inquiries about the device.

* In Thursday's hearing, the government will argue that it should be able to withhold information on precisely what tool was used to locate Mr. Rigmaiden, according to documents filed by the prosecution.

* The FBI says information on stingrays and related technology is "considered Law Enforcement Sensitive, since its public release could harm law enforcement efforts by compromising future use of the equipment."

* The prosecutor, Mr. Battista, told the judge that the government's concern is that "if the actual information regarding ... this equipment is disclosed, it can be subject to being defeated or avoided or detected."

* In the case of the alleged hacker, Mr. Rigmaiden, the government faces the task of prosecuting him without disclosing details about the device it used to locate him.

* The government says "stingray" is a generic term, and in Mr. Rigmaiden's case it remains unclear which device or devices were actually used.

* "Location information continues to be a vital component in law enforcement investigations at the federal, state and local levels," an FBI official told the Journal.

* FBI and Department of Justice officials have said that investigators don't need to get search warrants to use stingray devices. Associate Deputy Attorney General James A. Baker and FBI General Counsel Valerie E. Caproni both said at a panel discussion at the Brookings Institution in May that devices like these fall into a category of tools called "pen registers" that require a lesser order than a warrant. Pen registers gather signals from phones, such as phone numbers dialed, but don't receive the content of the communications.

* To get a pen-register order, investigators must show only that the information likely to be obtained is "relevant to an ongoing criminal investigation." The Supreme Court has ruled that use of a pen register doesn't require a search warrant, because it doesn't involve interception of conversations.

* But with cellphones, data sent in real time includes location information, making the situation more complicated, because some judges have found that location information is more intrusive than data on the numbers dialed by a phone. Some courts have required a slightly higher standard for location information, but not a warrant, while others have held that a search warrant is necessary.

* The FBI advises agents to work with the local federal prosecutors to conform to the legal requirements of their particular district, an FBI official said. He added that it is FBI policy to obtain a search warrant if the FBI believes

technology "may provide information on an individual while that person is in a location where he or she would have a reasonable expectation of privacy."

* Experts say lawmakers and the courts haven't yet settled whether locating a person or device in a home constitutes a "search" that requires a warrant.

* The FBI told the Journal that "with regard to the expungement of location information obtained through use of this type of equipment by the FBI, our policy since the 1990s has been to purge or 'expunge' all information obtained during a location operation."

* The FBI allows this policy because information gathered in these operations "is intended to be used only as lead information to assist investigators in identifying the general location of their subject and is not intended to be used as substantive evidence in a case," the official said.

* In the Rigmaiden case, the investigators used the stingray to narrow down the location of the broadband card. One of the Phoenix federal agents then said in a July 2008 email that the team needed "to develop independent probable cause" and that the "FBI does not want to disclose the [redacted] (understandably so)."

b6 -2
b7C -2

(RMD) (FBI)

**From:** DiClemente, Anthony P.
**Sent:** Saturday, September 17, 2011 4:26 PM
**To:** Sabol, Sherry E.
**Subject:** Fw: Wall Street Journal request -- legal status of "stingray" technology

FYI - I'll call you.

Anthony DiClemente
Chief, Section
Operational Technology Division
Federal Bureau of Investigation

b6 -1
b7C -1
b7E -1

---

**From:** Bryars, D Keith
**To:** DiClemente, Anthony P.; Hess, Amy S.
**Sent:** Sat Sep 17 16:16:37 2011
**Subject:** Re: Wall Street Journal request -- legal status of "stingray" technology

Thanks Tony.

D. Keith Bryars
A/Deputy Assistant Director
Operational Technology Division
Innovation*Technology*Collaboration

---

**From:** DiClemente, Anthony P.
**To:** Hess, Amy S.; Bryars, D Keith
**Sent:** Sat Sep 17 15:44:16 2011
**Subject:** Re: Wall Street Journal request -- legal status of "stingray" technology

Amy/Keith,

Regards,

Anthony DiClemente
Chief, Section
Operational Technology Division
Federal Bureau of Investigation

b5 -1
b6 -1
b7C -1
b7E -1

---

**From:** DiClemente, Anthony P.
**To:** Hess, Amy S.; Bryars, D Keith
**Sent:** Sat Sep 17 14:36:27 2011
**Subject:** Fw: Wall Street Journal request -- legal status of "stingray" technology

Anthony DiClemente
Chief [redacted] Section
Operational Technology Division
Federal Bureau of Investigation
[redacted]

b5 -1
b6 -1
b7C -1
b7E -1

---

**From:** Sabol, Sherry E.
**To:** DiClemente, Anthony P.
**Sent:** Sat Sep 17 14:23:18 2011
**Subject:** Re: Wall Street Journal request -- legal status of "stingray" technology

[redacted]

---

**From:** DiClemente, Anthony P.
**To:** DiClemente, Anthony P.; Sabol, Sherry E.; Hess, Amy S.; [redacted]; Bryars, D Keith
**Sent:** Sat Sep 17 14:19:03 2011
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology

b5 -1
b6 -1
b7C -1

[redacted]

Anthony DiClemente
Chief [redacted] Section
Operational Technology Division

b7E -1

Federal Bureau of Investigation

**From:** DiClemente, Anthony P.
**Sent:** Saturday, September 17, 2011 1:16 PM
**To:** Sabol, Sherry E.; Hess, Amy S. Bryars, D Keith
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology

b5 -1
b6 -1
b7C -1
b7E -1

Anthony DiClemente
Chief Section
Operational Technology Division
Federal Bureau of Investigation

**From:** Hess, Amy S.
**Sent:** Saturday, September 17, 2011 9:53 AM
**To:** DiClemente, Anthony P.
**Subject:** Fw: Wall Street Journal request -- legal status of "stingray" technology

b5 -1
b6 -1
b7C -1
b7E -1

CELLSITE-13122

**From:** Bryars, D Keith
**To:** Hess, Amy S.
**Sent:** Sat Sep 17 06:16:30 2011
**Subject:** Fw: Wall Street Journal request -- legal status of "stingray" technology

Amy,

Thanks, Keith

b5 -1
b7E -1

D. Keith Bryars
A/Deputy Assistant Director
Operational Technology Division
Innovation*Technology*Collaboration

---

**From:** Sabol, Sherry E.
**To:** Bryars, D Keith
**Sent:** Fri Sep 16 23:49:17 2011
**Subject:** Fw: Wall Street Journal request -- legal status of "stingray" technology

---

**From:**
**To:** DiClemente, Anthony P.
**Cc:** Kortan, Michael P.; Sabol, Sherry E.
**Sent:** Fri Sep 16 21:03:31 2011
**Subject:** Fw: Wall Street Journal request -- legal status of "stingray" technology

b5 -1
b6 -1
b7C -1

Sent from my BlackBerry Wireless Handheld

---

**From:** Sabol, Sherry E.
**To**
**Sent:** Fri Sep 16 18:49:49 2011
**Subject:** Re: Wall Street Journal request -- legal status of "stingray" technology

b5 -1
b6 -1
b7C -1

---

**From**
**To:** Sabol, Sherry E.
**Sent:** Fri Sep 16 18:30:28 2011
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology

CELLSITE-13123

**From:** Sabol, Sherry E.
**Sent:** Friday, September 16, 2011 6:11 PM
**To**
**Cc:** Hess, Amy S.; Bryars, D Keith; Lammert, Elaine N.; Kortan, Michael P.
**Subject:** Re: Wall Street Journal request -- legal status of "stingray" technology

b5 -1
b6 -1
b7C -1

**From:** Sabol, Sherry E.
**To:** Sabol, Sherry E.
**Cc:** Hess, Amy S.; Bryars, D Keith; Lammert, Elaine N.; Kortan, Michael P.
**Sent:** Fri Sep 16 16:48:15 2011
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology

**From:** Sabol, Sherry E.
**Sent:** Friday, September 16, 2011 4:12 PM
**To**
**Cc:** Hess, Amy S.; Bryars, D Keith; Lammert, Elaine N.
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology
**Importance:** High

++++++++++++++++++++

b5 -1
b6 -1
b7C -1

**From**
**Sent:** Friday, September 16, 2011 1:49 PM
**To** Sabol, Sherry E.
**Cc:** Hess, Amy S.; Bryars, D Keith; Lammert, Elaine N.; Kortan, Michael P.
**Subject:** FW: Wall Street Journal request -- legal status of "stingray" technology

See update below. We will need a response by COB today if we are going to contribute to the article.

---

**From:**
**Sent:** Friday, September 16, 2011 1:44 PM
**To**
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology

b6 -1, -2
b7C -1, -2

Another update: It looks as though my editors might want to run it out for Monday's paper, which would put my deadline for comment to Sunday at midday. (And today would really be best.)

Thanks!

---------

---

**From:**
**To** (DO)(FBI)
**Sent:** Fri Sep 09 11:22:54 2011
**Subject:** Wall Street Journal request -- legal status of "stingray" technology

b6 -1, -2
b7C -1, -2

Hi.

Thanks so much for helping me out.

I'm and am writing about the use of "stingray" type devices, which are used generally to locate or otherwise get data on cellular devices. As an example of the use of this technology, I'm writing about a case in U.S. District Court in the District of Arizona in which the FBI used one of these devices. (It's unclear whether what was used was a stingray, a triggerfish, or something else. The prosecution explains that "stingray" is the generic term used.)

Currently, the judge in the case is set to hear the defendant's motion for disclosure of more information on the device and techniques used; the prosecution says that these matters are law enforcement sensitive.

I understand this technology is very sensitive for the FBI; however, I would very much like to get the FBI's views on this technology. I do not want to only quote the ACLU in this matter and would appreciate your help.

Here's what I'm looking for:

LEGAL INFORMATION
(1) I would like to know what the FBI's guidelines are regarding what orders are required for the use of a stingray, particularly as it pertains to location information. Do they require a search warrant or a different type of order? Are agents instructed to try to get a warrant if possible but a lesser order if not? What is the legal analysis that supports this policy? Do the instructions vary by region? Things like that.

(2) I would like to know what the FBI policy is regarding data from stingrays being expunged. In the case I'm covering, the Agent, in the application for the use of device, requested that data obtained by the court order be expunged at the end of the mission to locate the cellular device. This request was granted, and that data was expunged.

USAGE INFORMATION
I would like any information that the FBI might be able to provide on how helpful these "stingray" type devices are, how frequently they are used and whether their use has increased or decreased in the past couple of years.

I'm not on a daily deadline for this story, but I am on a deadline. The story needs to be sent to my editors in the next few days, so I would hope to talk with someone as soon as possible.

Thank you.

Best Regards,

----------

b6 -2
b7C -2

(RMD) (FBI)

**From:**
**Sent:** Friday, September 16, 2011 9:04 PM
**To:** DiClemente, Anthony P.
**Cc:** Kortan, Michael P.; Sabol, Sherry E.
**Subject:** Fw: Wall Street Journal request -- legal status of "stingray" technology

b5 -1
b6 -1
b7C -1

----------------------------
Sent from my BlackBerry Wireless Handheld

---

**From:** Sabol, Sherry E.
**To**
**Sent:** Fri Sep 16 18:49:49 2011
**Subject:** Re: Wall Street Journal request -- legal status of "stingray" technology

b6 -1
b7C -1
b5 -1

---

**From:** Allen, Christopher M.
**To:** Sabol, Sherry E.
**Sent:** Fri Sep 16 18:30:28 2011
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology

---

**From:** Sabol, Sherry E.
**Sent:** Friday, September 16, 2011 6:11 PM
**To**
**Cc:** Hess, Amy S.; Bryars, D Keith; Lammert, Elaine N.; Kortan, Michael P.;
**Subject:** Re: Wall Street Journal request -- legal status of "stingray" technology

b5 -1
b6 -1
b7C -1

---

**From:** Sabol, Sherry E.
**To:** Sabol, Sherry E.;
**Cc:** Hess, Amy S.; Bryars, D Keith; Lammert, Elaine N.; Kortan, Michael P.;
**Sent:** Fri Sep 16 16:48:15 2011
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology

---

**From:** Sabol, Sherry E.
**Sent:** Friday, September 16, 2011 4:12 PM
**To:**
**Cc:** Hess, Amy S.; Bryars, D Keith; Lammert, Elaine N.

**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology
**Importance:** High

b5 -1

---

**From**
**Sent:** Friday, September 16, 2011 1:49 PM
**To** Sabol, Sherry E.;
**Cc:** Hess, Amy S.; Bryars, D Keith; Lammert, Elaine N.; Kortan, Michael P.
**Subject:** FW: Wall Street Journal request -- legal status of "stingray" technology

See update below. We will need a response by COB today if we are going to contribute to the article.

b6 -1, -2
b7C -1, -2

---

**From:**
**Sent:** Friday, September 16, 2011 1:44 PM
**To:**
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology

Another update: It looks as though my editors might want to run it out for Monday's paper, which would put my deadline for comment to Sunday at midday. (And today would really be best.)

Thanks!

CELLSITE-13128

b6 -1, -2
b7C -1, -2

**From**
**To** (DO)(FBI)
**Sent:** Fri Sep 09 11:22:54 2011
**Subject:** Wall Street Journal request -- legal status of "stingray" technology

Hi.

Thanks so much for helping me out.

I'm and am writing about the use of "stingray" type devices, which are used generally to locate or otherwise get data on cellular devices. As an example of the use of this technology, I'm writing about a case in U.S. District Court in the District of Arizona in which the FBI used one of these devices. (It's unclear whether what was used was a stingray, a triggerfish, or something else. The prosecution explains that "stingray" is the generic term used.)

Currently, the judge in the case is set to hear the defendant's motion for disclosure of more information on the device and techniques used; the prosecution says that these matters are law enforcement sensitive.

I understand this technology is very sensitive for the FBI; however, I would very much like to get the FBI's views on this technology. I do not want to only quote the ACLU in this matter and would appreciate your help.

Here's what I'm looking for:

LEGAL INFORMATION
(1) I would like to know what the FBI's guidelines are regarding what orders are required for the use of a stingray, particularly as it pertains to location information. Do they require a search warrant or a different type of order? Are agents instructed to try to get a warrant if possible but a lesser order if not? What is the legal analysis that supports this policy? Do the instructions vary by region? Things like that.

(2) I would like to know what the FBI policy is regarding data from stingrays being expunged. In the case I'm covering, the Agent, in the application for the use of device, requested that data obtained by the court order be expunged at the end of the mission to locate the cellular device. This request was granted, and that data was expunged.

USAGE INFORMATION
I would like any information that the FBI might be able to provide on how helpful these "stingray" type devices are, how frequently they are used and whether their use has increased or decreased in the past couple of years.

I'm not on a daily deadline for this story, but I am on a deadline. The story needs to be sent to my editors in the next few days, so I would hope to talk with someone as soon as possible.

Thank you.

Best Regards,

b6 -2
b7C -2

CELLSITE-13129

(RMD) (FBI)

**From:**
**Sent:** Friday, September 16, 2011 1:49 PM
**To:** Sabol, Sherry E.
**Cc:** Hess, Amy S.; Bryars, D Keith; Lammert, Elaine N.; Kortan, Michael P.
**Subject:** FW: Wall Street Journal request -- legal status of "stingray" technology

b6 -1, -2
b7C -1, -2

See update below. We will need a response by COB today if we are going to contribute to the article.

---

**From**
**Sent:** Friday, September 16, 2011 1:44 PM
**To**
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology

Another update: It looks as though my editors might want to run it out for Monday's paper, which would put my deadline for comment to Sunday at midday. (And today would really be best.)

Thanks!

---------

b6 -1, -2
b7C -1, -2

---

**From**
**To** DO)(FBI)
**Sent:** Fri Sep 09 11:22:54 2011
**Subject:** Wall Street Journal request -- legal status of "stingray" technology

Hi.

Thanks so much for helping me out.

I'm and am writing about the use of "stingray" type devices, which are used generally to locate or otherwise get data on cellular devices. As an example of the use of this technology, I'm writing about a case in U.S. District Court in the District of Arizona in which the FBI used one of these devices. (It's unclear whether what was used was a stingray, a triggerfish, or something else. The prosecution explains that "stingray" is the generic term used.)

Currently, the judge in the case is set to hear the defendant's motion for disclosure of more information on the device and techniques used; the prosecution says that these matters are law enforcement sensitive.

I understand this technology is very sensitive for the FBI; however, I would very much like to get the FBI's views on this technology. I do not want to only quote the ACLU in this matter and would appreciate your help.

Here's what I'm looking for:

LEGAL INFORMATION
(1) I would like to know what the FBI's guidelines are regarding what orders are required for the use of a stingray, particularly as it pertains to location information. Do they require a search warrant or a different type of order? Are agents instructed to try to get a warrant if possible but a lesser order if not? What is the legal analysis that supports this policy? Do the instructions vary by region? Things like that.

(2) I would like to know what the FBI policy is regarding data from stingrays being expunged. In the case I'm covering, the Agent, in the application for the use of device, requested that data obtained by the court order be expunged at the end of the mission to locate the cellular device. This request was granted, and that data was expunged.

USAGE INFORMATION
I would like any information that the FBI might be able to provide on how helpful these "stingray" type devices are, how frequently they are used and whether their use has increased or decreased in the past couple of years.

I'm not on a daily deadline for this story, but I am on a deadline. The story needs to be sent to my editors in the next few days, so I would hope to talk with someone as soon as possible.

Thank you.

Best Regards,

b6 -2
b7C -2

(RMD) (FBI)

**From:**
**Sent:** Wednesday, September 14, 2011 3:54 PM
**To:** Sabol, Sherry E.;
**Cc:** Hess, Amy S.; Bryars, D Keith; Lammert, Elaine N.
**Subject:** FW: Wall Street Journal request -- legal status of "stingray" technology

b5 -1
b6 -1, -2
b7C -1, -2

**From**
**Sent:** Wednesday, September 14, 2011 3:43 PM
**To:**
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology

Thanks for keeping me up to date.

I do have some information so far on the legal theories and policies involved here, from the documents that already exist in the example case and from some online research. I'll lay them out for you here just so you have them, in case it is helpful.

(1) General Counsel Valerie E. Caproni and Associate Deputy Attorney General James A. Baker, at a Brookings panel in May, said they thought these types of devices are pen registers and that somebody would need a pen register order to use them.

(2) The prosecution in the example case I'm looking at says the device is a pen register device, because it's not getting content like a wiretap would.

(3) The prosecution also says "U.S. magistrate judges and district judges across the country have debated whether cell phone tracking requires a hybrid order, a tracking warrant, or both." They say "these decisions are made on a case-by-case basis when the application is presented."

(4) I have not seen a full explanation in terms of policy for the deletion of the data from the device, except that the application for the order that involved deleting data has been described by the prosecution as "standard procedure" and "not a unique scenario." Additionally, investigators involved say in documents filed in the case that they developed "independent probable cause" after using the device because the "FBI does not want to disclose the [tracking device]" -- indicating the extreme sensitivity of the device and data from it.

I hope this is helpful in expediting the request. I know the topic is extremely sensitive, but it does seem like my questions have been broached before in a number of places. I would prefer to get a more comprehensive answer, but I can use the other info if I need to.

The gist of my story as it stands currently (subject to change by editors, as always) is that this is a very hotly debated area of the law right now, and it shows how tough it is to use cutting-edge technology without disclosing it in a way that will help offenders, all while trying to use laws that just don't keep up with this kind of innovation.

Do you have any sense of how long the process might take on your end? I'd just like to know what to tell my editors.

---------

b6 -2
b7C -2

CELLSITE-13132

(RMD) (FBI)

**From:**
**Sent:** Saturday, September 17, 2011 1:41 PM
**To:** Bryars, D Keith; DiClemente, Anthony P.; Sabol, Sherry E.; Hess, Amy S.
**Subject:** Re: Wall Street Journal request -- legal status of "stingray" technology

y.

b5 -1
b6 -1
b7C -1

---

**From:** Bryars, D Keith
**To:** DiClemente, Anthony P.; Sabol, Sherry E.; Hess, Amy S.;
**Sent:** Sat Sep 17 13:30:32 2011
**Subject:** Re: Wall Street Journal request -- legal status of "stingray" technology

D. Keith Bryars
A/Deputy Assistant Director
Operational Technology Division
Innovation*Technology*Collaboration

---

b5 -1
b6 -1
b7C -1
b7E -1

**From:** DiClemente, Anthony P.
**To:** Sabol, Sherry E.; Hess, Amy S. Bryars, D Keith
**Sent:** Sat Sep 17 13:16:36 2011
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology

CELLSITE-13133

b5 -1
b7E -1

Anthony DiClemente
Chief Section
Operational Technology Division
Federal Bureau of Investigation

---

**From:** Hess, Amy S.
**Sent:** Saturday, September 17, 2011 9:53 AM
**To** DiClemente, Anthony P.
**Subject:** Fw: Wall Street Journal request -- legal status of "stingray" technology

---

**From:** Bryars, D Keith
**To:** Hess, Amy S.
**Sent:** Sat Sep 17 06:16:30 2011
**Subject:** Fw: Wall Street Journal request -- legal status of "stingray" technology

b5 -1
b6 -1
b7C -1
b7E -1

D. Keith Bryars
A/Deputy Assistant Director
Operational Technology Division
Innovation*Technology*Collaboration

---

b5 -1
b6 -1
b7C -1

**From:** Sabol, Sherry E.
**To:** Bryars, D Keith
**Sent:** Fri Sep 16 23:49:17 2011
**Subject:** Fw: Wall Street Journal request -- legal status of "stingray" technology

---

**From:**
**To:** DiClemente, Anthony P.
**Cc:** Kortan, Michael P.; Sabol, Sherry E.
**Sent:** Fri Sep 16 21:03:31 2011
**Subject:** Fw: Wall Street Journal request -- legal status of "stingray" technology

-------------------------
Sent from my BlackBerry Wireless Handheld

b5 -1
b6 -1
b7C -1

**From:** Sabol, Sherry E.
**To**
**Sent:** Fri Sep 16 18:49:49 2011
**Subject:** Re: Wall Street Journal request -- legal status of "stingray" technology

**From**
**To:** Sabol, Sherry E.
**Sent:** Fri Sep 16 18:30:28 2011
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology

**From:** Sabol, Sherry E.
**Sent:** Friday, September 16, 2011 6:11 PM
**To:**
**Cc:** Hess, Amy S.; Bryars, D Keith; Lammert, Elaine N.; Kortan, Michael P.;
**Subject:** Re: Wall Street Journal request -- legal status of "stingray" technology

b5 -1
b6 -1
b7C -1

**From:** Sabol, Sherry E.
**To:** Sabol, Sherry E.
**Cc:** Hess, Amy S.; Bryars, D Keith; Lammert, Elaine N.; Kortan, Michael P.
**Sent:** Fri Sep 16 16:48:15 2011
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology

**From:** Sabol, Sherry E.
**Sent:** Friday, September 16, 2011 4:12 PM
**To:**
**Cc:** Hess, Amy S.; Bryars, D Keith; Lammert, Elaine N.
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology
**Importance:** High

b5 -1
b6 -1
b7C -1

++++++++++++++++++++

b5 -1

**From**
**Sent:** Friday, September 16, 2011 1:49 PM
**To** Sabol, Sherry E.
**Cc:** Hess, Amy S.; Bryars, D Keith; Lammert, Elaine N.; Kortan, Michael P.
**Subject:** FW: Wall Street Journal request -- legal status of "stingray" technology

See update below. We will need a response by COB today if we are going to contribute to the article.

b6 -1, -2
b7C -1, -2

**From**
**Sent:** Friday, September 16, 2011 1:44 PM
**To:**
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology

Another update: It looks as though my editors might want to run it out for Monday's paper, which would put my deadline for comment to Sunday at midday. (And today would really be best.)

Thanks!

---------

**From**
**To** DO)(FBI)
**Sent:** Fri Sep 09 11:22:54 2011
**Subject:** Wall Street Journal request -- legal status of "stingray" technology

b6 -1, -2
b7C -1, -2

Hi.

Thanks so much for helping me out.

I'm and am writing about the use of "stingray" type devices, which are used generally to locate or otherwise get data on cellular devices. As an example of the use of this technology, I'm writing about a case in U.S. District Court in the District of Arizona in which the FBI used one of these devices. (It's unclear whether what was used was a stingray, a triggerfish, or something else. The prosecution explains that "stingray" is the generic term used.)

Currently, the judge in the case is set to hear the defendant's motion for disclosure of more information on the device and techniques used; the prosecution says that these matters are law enforcement sensitive.

I understand this technology is very sensitive for the FBI; however, I would very much like to get the FBI's views on this technology. I do not want to only quote the ACLU in this matter and would appreciate your help.

Here's what I'm looking for:

LEGAL INFORMATION
(1) I would like to know what the FBI's guidelines are regarding what orders are required for the use of a stingray, particularly as it pertains to location information. Do they require a search warrant or a different type of order? Are agents instructed to try to get a warrant if possible but a lesser order if not? What is the legal analysis that supports this policy? Do the instructions vary by region? Things like that.

(2) I would like to know what the FBI policy is regarding data from stingrays being expunged. In the case I'm covering, the Agent, in the application for the use of device, requested that data obtained by the court order be expunged at the end of the mission to locate the cellular device. This request was granted, and that data was expunged.

USAGE INFORMATION
I would like any information that the FBI might be able to provide on how helpful these "stingray" type devices are, how frequently they are used and whether their use has increased or decreased in the past couple of years.

I'm not on a daily deadline for this story, but I am on a deadline. The story needs to be sent to my editors in the next few days, so I would hope to talk with someone as soon as possible.

Thank you.

Best Regards,

---------

b6 -2
b7C -2

(RMD) (FBI)

**From:**
**Sent:** Saturday, September 17, 2011 1:41 PM
**To:** Bryars, D Keith; DiClemente, Anthony P.; Sabol, Sherry E.; Hess, Amy S.
**Subject:** Re: Wall Street Journal request -- legal status of "stingray" technology

b5 -1
b6 -1
b7C -1

---

**From:** Bryars, D Keith
**To:** DiClemente, Anthony P.; Sabol, Sherry E.; Hess, Amy S.
**Sent:** Sat Sep 17 13:30:32 2011
**Subject:** Re: Wall Street Journal request -- legal status of "stingray" technology

D. Keith Bryars
A/Deputy Assistant Director
Operational Technology Division
Innovation*Technology*Collaboration

---

**From:** DiClemente, Anthony P.
**To:** Sabol, Sherry E.; Hess, Amy S.; Bryars, D Keith
**Sent:** Sat Sep 17 13:16:36 2011
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology

b6 -1
b7C -1
b5 -1
b7E -1

b5 -1
b7E -1

Anthony DiClemente
Chief, Section
Operational Technology Division
Federal Bureau of Investigation

---

**From:** Hess, Amy S.
**Sent:** Saturday, September 17, 2011 9:53 AM
**To:** ; DiClemente, Anthony P.
**Subject:** Fw: Wall Street Journal request -- legal status of "stingray" technology

---

**From:** Bryars, D Keith
**To:** Hess, Amy S.
**Sent:** Sat Sep 17 06:16:30 2011
**Subject:** Fw: Wall Street Journal request -- legal status of "stingray" technology

b5 -1
b6 -1
b7C -1
b7E -1

D. Keith Bryars
A/Deputy Assistant Director
Operational Technology Division
Innovation*Technology*Collaboration

---

**From:** Sabol, Sherry E.
**To:** Bryars, D Keith
**Sent:** Fri Sep 16 23:49:17 2011
**Subject:** Fw: Wall Street Journal request -- legal status of "stingray" technology

b5 -1
b6 -1
b7C -1

---

**From:**
**To:** DiClemente, Anthony P.
**Cc:** Kortan, Michael P.; Sabol, Sherry E.
**Sent:** Fri Sep 16 21:03:31 2011
**Subject:** Fw: Wall Street Journal request -- legal status of "stingray" technology

Sent from my BlackBerry Wireless Handheld

---

**From:** Sabol, Sherry E.
**To**
**Sent:** Fri Sep 16 18:49:49 2011
**Subject:** Re: Wall Street Journal request -- legal status of "stingray" technology

b5 -1
b6 -1
b7C -1

---

**From**
**To:** Sabol, Sherry E.
**Sent:** Fri Sep 16 18:30:28 2011
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology

---

**From:** Sabol, Sherry E.
**Sent:** Friday, September 16, 2011 6:11 PM
**To**
**Cc:** Hess, Amy S.; Bryars, D Keith; Lammert, Elaine N.; Kortan, Michael P.;
**Subject:** Re: Wall Street Journal request -- legal status of "stingray" technology

b5 -1
b6 -1
b7C -1

---

**From:** Sabol, Sherry E.
**To:** Sabol, Sherry E.;
**Cc:** Hess, Amy S.; Bryars, D Keith; Lammert, Elaine N.; Kortan, Michael P.;
**Sent:** Fri Sep 16 16:48:15 2011
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology

---

**From:** Sabol, Sherry E.
**Sent:** Friday, September 16, 2011 4:12 PM
**To**
**Cc:** Hess, Amy S.; Bryars, D Keith; Lammert, Elaine N.
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology
**Importance:** High

b5 -1
b6 -1
b7C -1

++++++++++++++++++++

b5 -1

**From:**
**Sent:** Friday, September 16, 2011 1:49 PM
**To** Sabol, Sherry E.;
**Cc:** Hess, Amy S.; Bryars, D Keith; Lammert, Elaine N.; Kortan, Michael P.
**Subject:** FW: Wall Street Journal request -- legal status of "stingray" technology

See update below. We will need a response by COB today if we are going to contribute to the article.

**From:**
**Sent:** Friday, September 16, 2011 1:44 PM
**To:**
**Subject:** RE: Wall Street Journal request -- legal status of "stingray" technology

b6 -1, -2
b7C -1, -2

Another update: It looks as though my editors might want to run it out for Monday's paper, which would put my deadline for comment to Sunday at midday. (And today would really be best.)

Thanks!

---------

**From:** 
**To** D.(DO)(FBI)
**Sent:** Fri Sep 09 11:22:54 2011
**Subject:** Wall Street Journal request -- legal status of "stingray" technology

b6 -1
b7C -1

Hi:

Thanks so much for helping me out.

I'm and am writing about the use of "stingray" type devices, which are used generally to locate or otherwise get data on cellular devices. As an example of the use of this technology, I'm writing about a case in U.S. District Court in the District of Arizona in which the FBI used one of these devices. (It's unclear whether what was used was a stingray, a triggerfish, or something else. The prosecution explains that "stingray" is the generic term used.)

Currently, the judge in the case is set to hear the defendant's motion for disclosure of more information on the device and techniques used; the prosecution says that these matters are law enforcement sensitive.

I understand this technology is very sensitive for the FBI; however, I would very much like to get the FBI's views on this technology. I do not want to only quote the ACLU in this matter and would appreciate your help.

Here's what I'm looking for:

LEGAL INFORMATION
(1) I would like to know what the FBI's guidelines are regarding what orders are required for the use of a stingray, particularly as it pertains to location information. Do they require a search warrant or a different type of order? Are agents instructed to try to get a warrant if possible but a lesser order if not? What is the legal analysis that supports this policy? Do the instructions vary by region? Things like that.

(2) I would like to know what the FBI policy is regarding data from stingrays being expunged. In the case I'm covering, the Agent, in the application for the use of device, requested that data obtained by the court order be expunged at the end of the mission to locate the cellular device. This request was granted, and that data was expunged.

USAGE INFORMATION
I would like any information that the FBI might be able to provide on how helpful these "stingray" type devices are, how frequently they are used and whether their use has increased or decreased in the past couple of years.

I'm not on a daily deadline for this story, but I am on a deadline. The story needs to be sent to my editors in the next few days, so I would hope to talk with someone as soon as possible.

Thank you.

Best Regards,

b6 -2
b7C -2

CELLSITE-13142