## **ATTACHMENT 12**

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR

ATTACHMENT 12: Screenshot of the total amount of data (75.3 megabytes) spread across the eleven (11) CDs containing the FBI's second set of PDF files (672 pages) sent to Daniel Rigmaiden on April 1, 2015, RE: FOIPA Request No. 1212582.

