## ATTACHMENT 13

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR

ATTACHMENT 13: Screenshot of the total amount of data (385 megabytes) spread across the nineteen (19) CDs containing the FBI's third set of PDF files (3,417 pages) sent to Daniel Rigmaiden on April 13, 2015, RE: FOIPA Request No. 1212582.

