## ATTACHMENT 15

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR


ATTACHMENT 15:   FBI's April 24, 2015, letter to Alex Richardson RE: FOIPA Request No.
1321895, providing "previously-processed documents" relating to Daniel
Rigmaiden's Harris FOIA request having FOIPA No. 1212582. Note: page
No. 1 of the 4,571 pages provided to Mr. Richardson is included, which
shows FOIPA Request No. 1212582.

**U.S. Department of Justice**



Federal Bureau of Investigation
*Washington, D.C. 20535*

April 24, 2015

MR. ALEX RICHARDSON
MUCKROCK NEWS
DEPT MR 16083
POST OFFICE BOX 55819
BOSTON, MA 02205-5819

FOIPA Request No.: 1321895-000
Subject: CELL SITE SIMULATOR
COMMUNICATION ET AL

Dear Mr. Richardson:

Records responsive to your request were previously processed under the provisions of the Freedom of Information Act. Enclosed is one CD containing 4,571 pages of previously-processed documents and a copy of the Explanation of Exemptions.

Additional records potentially responsive to your subject may exist. Please submit a new FOIA request if you would like the FBI to conduct a search of the indices to our Central Records System.
Submit requests by mail or fax to – Initial Processing, 170 Marcel Drive, Winchester, VA 22602, fax number (540) 868-4997.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html. Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely. The envelope and the letter should be clearly marked "Freedom of Information Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be identified easily.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
    Dissemination Section
Records Management Division

Enclosure(s)

**EXPLANATION OF EXEMPTIONS**

**SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552**

(b)(1)   (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)   related solely to the internal personnel rules and practices of an agency;

(b)(3)   specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)   trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)   inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)   personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)   records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could reasonably be expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)   contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)   geological and geophysical information and data, including maps, concerning wells.

**SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a**

(d)(5)   information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)   material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)   information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)   investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)   material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)   required by statute to be maintained and used solely as statistical records;

(k)(5)   investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)   testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service he release of which would compromise the testing or examination process;

(k)(7)   material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1212582-1

Total Deleted Page(s) = 81
Page 6 ~ b1; b3; b6; b7C; b7E;
Page 7 ~ b1; b3; b7E;
Page 8 ~ b1; b3; b7E;
Page 9 ~ b1; b3; b6; b7C; b7E;
Page 10 ~ b1; b3; b6; b7C; b7E;
Page 11 ~ b1; b3; b6; b7C; b7E;
Page 12 ~ b1; b3; b6; b7C; b7E;
Page 13 ~ b1; b3; b6; b7C; b7E;
Page 23 ~ b1; b3; b6; b7C; b7E;
Page 24 ~ b1; b3; b6; b7C; b7E;
Page 25 ~ b1; b3; b6; b7C; b7E;
Page 28 ~ b1; b3; b6; b7C;
Page 29 ~ b1; b3; b6; b7C;
Page 30 ~ b1; b3; b6; b7C;
Page 31 ~ b1; b3; b5; b6; b7C;
Page 32 ~ b1; b3; b5; b6; b7C;
Page 33 ~ b1; b3; b5; b6; b7C;
Page 34 ~ b1; b3; b5; b6; b7C;
Page 35 ~ b1; b3; b5; b6; b7C;
Page 36 ~ b1; b3; b5; b6; b7C;
Page 37 ~ b1; b3; b5; b6; b7C;
Page 38 ~ b1; b3; b5; b6; b7C;
Page 39 ~ b1; b3; b5; b6; b7C;
Page 40 ~ b1; b3; b5; b6; b7C;
Page 41 ~ b1; b3; b5; b6; b7C;
Page 42 ~ b1; b3; b5; b6; b7C;
Page 43 ~ b1; b3; b5; b6; b7C;
Page 44 ~ b1; b3; b5; b6; b7C;
Page 45 ~ b1; b3; b5; b6; b7C;
Page 46 ~ b1; b3; b5; b6; b7C;
Page 47 ~ b1; b3; b5; b6; b7C;
Page 48 ~ b1; b3; b5; b6; b7C;
Page 49 ~ b1; b3; b5; b6; b7C; b7E;
Page 50 ~ b1; b3; b5; b6; b7C; b7E;
Page 51 ~ b1; b3; b5; b6; b7C; b7E;
Page 52 ~ b1; b3; b5; b6; b7C; b7E;
Page 53 ~ b1; b3; b5; b6; b7C; b7E;
Page 54 ~ b1; b3; b5; b6; b7C; b7E;
Page 55 ~ b1; b3; b5; b6; b7C; b7E;
Page 56 ~ b1; b3; b5; b6; b7C; b7E;
Page 57 ~ b1; b3; b5; b6; b7C; b7E;
Page 58 ~ b1; b3; b5; b6; b7C; b7E;
Page 59 ~ b1; b3; b5; b6; b7C; b7E;
Page 60 ~ b1; b3; b5; b6; b7C; b7E;
Page 61 ~ b1; b3; b5; b6; b7C; b7E;
Page 62 ~ b1; b3; b5; b6; b7C; b7E;
Page 63 ~ b1; b3; b5; b6; b7C; b7E;
Page 64 ~ b1; b3; b5; b6; b7C; b7E;
```