# ATTACHMENT 16

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR

ATTACHMENT 16:   Daniel Rigmaiden's April 11, 2015, email to Defendant FBI's counsel, Brad Rosenberg, RE: FOIPA Request No. 1212582.



Brad,

The FBI charges 10 cents per page in FOIA duplication fees for paper copies and $15 a CD for records on disc. The FBI just sent me 672 pages on 11 CDs at a cost $165.00. Had these been paper copies, which would have taken more labor to produce, I would have been charged only $67.20. Do you not see a problem with this? The PDF files on the CDs could have easily been put onto one CD. The FBI is running a scam.

On it's website, the FBI states, "Copies of any Electronic or Headquarters FOIA Library files are also available on disc . Some files—like the John Dillinger investigation or the Julius and Ethel Rosenberg case—may take up many discs, but most releases fit on a single disc."

http://www.fbi.gov/foia/a-guide-to-conducting-research-in-fbi-records

My FOIA release "fits on on a single disc," but the FBI wants to split it up onto countless CDs and charge me more than what it would charge for printing the 672 pages to paper? The FBI is making a big mistake in how it is handling duplication fees. I can't wait to see how you and your client justify this to the judge.

Daniel Rigmaiden


-------- Original Message --------
From: "Rosenberg, Brad (CIV)" <Brad.Rosenberg@usdoj.gov>
To: "Daniel Rigmaiden (freedan@Safe-mail.net)" <freedan@Safe-mail.net>
Subject: Rigmaiden v. FBI -- FBI Letter Regarding Fees
Date: Mon, 22 Dec 2014 22:16:25 +0000

> Dear Mr. Rigmaiden:
>
>
>
> Attached please find a copy of a letter that the FBI is mailing to you today regarding your FOIA request.
>
>
>
> Thanks,
>
> -Brad
>
>
>
>
>
> _____
>
> Brad P. Rosenberg
>
> Trial Attorney
>
> U.S. Department of Justice
>
> Civil Division, Federal Programs Branch
>
> 20 Massachusetts Ave., N.W.
>
> Washington, DC 20001
>
> (202) 514-3374
>
> (202) 616-8460 (fax)
>
>
>
>
>

[Forward] [Delete] [Message ▼]