## **ATTACHMENT 17**

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR

ATTACHMENT 17:   Print-out of "A Guide to Conducting Research in FBI Records," *available at* http://www.fbi.gov/foia/a-guide-to-conducting-research-in-fbi-records (last accessed: May 20, 2015) (forwards via a "not found" to http://www.fbi.gov/?came_from=http%3a//www.fbi.gov/foia/a-guide-to-conducting-research-in-fbi-records).





## Top Stories

### Breaking News

**Stopping Gang Violen**

**Financial Fraud:** The
05.19.15
Headquarters: **IC3 releases annu**
05.19.15
San Francisco: **Chinese professo**
05.19.15
Minneapolis: **Seven charged in co**



### Community Leadership
In a ceremony at FBI Headquarte... hip Award.
More News

### What We Investigate



Spies. Terrorists. Hackers. Pedophiles. Mobsters. Gang leaders and serial killers. We investigate them all, and many more besides.

- Terrorism

- Terrorism
- Counterintelligence
- Cyber Crime
- Weapons of Mass Destruction
- Public Corruption
- Civil Rights
- Organized Crime
- White-Collar Crime
- Violent Crimes & Major Theft

## Most Wanted



Protect your family, your community

- Ten Most Wanted
- Most Wanted Terrorists
- Seeking Terrorism Info
- Kidnappings & Missing Persons
- Crimes Against Children
- Bank Robbers

## Services & Safety



The FBI offers a wide range of services

- Crime Statistics/UCR
- Identity History Summary Checks
- New E-Scams
- Sex Offender Registry
- Gun Checks
- FBI Records: The Vault

## Reporting Crime

You can report violations of U.S. federal law

- Submit a tip electronically
- Contact your local FBI office
- Contact your nearest overseas office
- Report online crime or e-mail

Accessibility | eRulemaking | ... | White House

Close



