## ATTACHMENT 19

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR

ATTACHMENT 1:   (A) Print-out of the web page loaded at http://www.fbi.gov/foia/ via the Wayback Machine's March 27, 2015, archive, *available at* https://web.archive.org/web/20150402022431/http://www.fbi.gov/foia/ (last accessed: May 20, 2015);
(B) Print-out of the web page loaded at http://www.fbi.gov/foia/ via the FBI's web server, *available at* http://www.fbi.gov/foia/ (last accessed: May 20, 2015).

**FBI, FOIA Website (March 27, 2015)**
"A"
Now you see it...

**FBI, FOIA Website (May 20, 2015)**
"B"
Now you don't...

**FOIA Index**
FOIA Home
Contact Us

Records Available Now
- Hot Topics
- The Vault | Alphabetical List
- Check Status of Your FOI/PA Request
- FBI Headquarters FOIA Library

Records Available by Request
- Overview
- Sample FOIA Request Letter
- U.S. Department of Justice Form 361, Certification of Identity (pdf)

What Happens After Making a Request
- How Long It Takes to Receive Information
- What You Will Receive
- Appeals

**Understanding FBI Records**
\* - A Guide to Conducting Research in FBI Records
- FBI Privacy Act Systems
- Privacy Impact Assessments

**FOIA Index**
FOIA Home
Contact Us

Records Available Now
- Hot Topics
- FBI FOIA Library (The Vault)
- Alphabetical List
- Check Status of Your FOI/PA Request

Records Available by Request
- Overview
- Sample FOIA Request Letter
- U.S. Department of Justice Form 361, Certification of Identity (pdf)

What Happens After Making a Request
- How Long It Takes to Receive Information
- What You Will Receive
- Appeals

**Understanding FBI Records**
- FBI Privacy Act Systems
- Privacy Impact Assessments

**Prepublication Review Office**



INTERNET ARCHIVE WayBackMachine

http://www.fbi.gov/foia/foia  [Go]

105 captures
4 Mar 11 - 27 Mar 15

FEB **MAR** APR
**27**
2014 **2015** 2016

Close
Help

# THE FBI FEDERAL BUREAU OF INVESTIGATION

## FBI Records: Freedom of Information/Privacy Act

Home • FBI Records/FOIA



Here you can learn all about FBI records—including how to find records already released and how to request unreleased records through the Freedom of Information Act (FOIA) or the Privacy Act. You can also find other information that will help you understand these records and the work of the FBI. See the menu to the right for hot topics and other links.

**Understanding FBI Records**

The FBI—along with every other government agency—creates or obtains records as it carries out its responsibilities. In the Bureau, these records are generally organized into case files. Our common records include investigative files and personnel files. Our files are generally indexed in our Central Records System. This computerized index contains most of our records; some of our earliest records are not indexed. Some of our records have also been transferred to the National Archives and Records Administration. To learn more, see:

- A Guide to Conducting Research in FBI Records—a comprehensive summary on how to find, use, and understand our records. View a printable version (pdf, 13MB)

**Obtaining FBI Records**

*Records Available Now*

A large number of FBI records are already available for reading and research:

- In the **Vault**—our new electronic FOIA library—you can read our most popular documents from the comfort of your own computer. The files are organized alphabetically by name or topic and by category or subject—including civil rights, counterterrorism, popular culture, unusual phenomenon, and violent crime. New releases of broad interest to the public can also be found on our Hot Topics page. While the Freedom of Information Act requires that the FBI make certain categories of records available in its libraries, it may at its discretion include other types of records: 1. Final Opinions and Orders – No records available at this time; 2. Agency Policy Statements;  3. Administrative Staff Manuals and Instructions; and 4. Frequently Requested Records.

- You can see our full range of online records by visiting our FOIA Library at FBI Headquarters at 935 Pennsylvania Avenue, NW in Washington, D.C. The hours are from 8:30 a.m. to 2:30 p.m. You are required to make an appointment 48 hours in advance of arriving by calling (202) 324-4682. However, if you would rather review the material in your own home, all FOIA Library documents have been converted to CDs that are available for $15 each. You can pay the FBI by check or money order, or make a debit/credit card or ACH payment via pay.gov, a secure, web-based application hosted by the U.S. Department of the Treasury. The information on the CDs is of the same quality as the original materials in the FOIA Library. To obtain these records, you must submit a FOIA request either by e-mail, mail, or fax. Upon receipt of your request, we will mail you a letter requesting pre-payment of $15 per CD. Upon receipt of payment, we will mail you a CD(s).

*Records Available by Request*

For complete information on when and how to submit a request, see Requesting FBI Records.

To learn what information you will receive, how long it takes, and how to file an appeal, see What Happens After Making a Request.

If you have any questions about preparing or submitting requests, call our FOIA Requestor Service Center at (540) 868-1535 to hear helpful recorded information.

### FOIA Index

**FOIA Home**

**Contact Us**

**Records Available Now**
- Hot Topics
- The Vault | Alphabetical List
- Check Status of Your FOI/PA Request
- FBI Headquarters FOIA Library

**Records Available by Request**
- Overview
- Sample FOIA Request Letter
- U.S. Department of Justice Form 361, Certification of Identity (pdf)

**What Happens After Making a Request**
- How Long It Takes to Receive Information
- What You Will Receive
- Appeals

**Understanding FBI Records**
- A Guide to Conducting Research in FBI Records
- FBI Privacy Act Systems
- Privacy Impact Assessments

**Prepublication Review Office**

**Resources**
- Code of Federal Regulations for FOIA
- U.S. Department of Justice FOIA website
- U.S. Department of Justice Reference Guide
- U.S. Department of Justice Privacy & Civil Liberties website

---

Accessibility | eRulemaking | Freedom of Information Act | Legal Notices | Legal Policies and Disclaimers | Links | Privacy Policy | USA.gov | White House
FBI.gov is an official site of the U.S. government, U.S. Department of Justice

Close

https://web.archive.org/web/20150327065828/http://www.fbi.gov/foia/foia    1/2

"B"




# FBI Records: Freedom of Information/Privacy Act

Home • FBI Records/FOIA



Here you can learn all about FBI records—including how to find records already released and how to request unreleased records through the Freedom of Information Act (FOIA) or the Privacy Act. You can also find other information that will help you understand these records and the work of the FBI. See the menu to the right for hot topics and other links.

**Understanding FBI Records**

The FBI—along with every other government agency—creates or obtains records as it carries out its responsibilities. In the Bureau, these records are generally organized into case files. Our common records include investigative files and personnel files. Our files are generally indexed in our Central Records System. This computerized index contains most of our records; some of our earliest records are not indexed. Some of our records have also been transferred to the National Archives and Records Administration. To learn more, see:

- A Guide to Conducting Research in FBI Records—a comprehensive summary on how to find, use, and understand our records. View a printable version (pdf, 13MB)

**Obtaining FBI Records**

*Records Available Now*

A large number of FBI records are already available for reading and research in the FBI FOIA Library (The Vault).

- In the **Vault**—our new electronic FOIA library—you can read our most popular documents from the comfort of your own computer. The files are organized alphabetically by name or topic and by category or subject—including civil rights, counterterrorism, popular culture, unusual phenomenon, and violent crime. New releases of broad interest to the public can also be found on our Hot Topics page. While the Freedom of Information Act requires that the FBI make certain categories of records available in its libraries, it may at its discretion include other types of records: 1. Final Opinions and Orders – No records available at this time; 2. Agency Policy Statements; 3. Administrative Staff Manuals and Instructions; and 4. Frequently Requested Records.
- If you would rather review the material in your own home, all FOIA Library documents are available on CDs. The information contained on the CDs is of the same quality as the original materials in the FOIA Library. To obtain these records, you must submit a FOIA request either by e-mail, regular mail, or fax.

*Records Available by Request*

For complete information on when and how to submit a request, see Requesting FBI Records.

To learn what information you will receive, how long it takes, and how to file an appeal, see What Happens After Making a Request.

If you have questions about preparing or submitting requests, e-mail foipaquestions@ic.fbi.gov or call our FOIA Requester Service at Center (540) 868-1535 to hear helpful recorded information.

## FOIA Index

**FOIA Home**

**Contact Us**

**Records Available Now**
- Hot Topics
- FBI FOIA Library (The Vault)
- Alphabetical List
- Check Status of Your FOI/PA Request

**Records Available by Request**
- Overview
- Sample FOIA Request Letter
- U.S. Department of Justice Form 361, Certification of Identity (pdf)

**What Happens After Making a Request**
- How Long It Takes to Receive Information
- What You Will Receive
- Appeals

**Understanding FBI Records**
- FBI Privacy Act Systems
- Privacy Impact Assessments

**Prepublication Review Office**

**Resources**
- Code of Federal Regulations for FOIA
- U.S. Department of Justice FOIA website
- U.S. Department of Justice Reference Guide
- U.S. Department of Justice Privacy & Civil Liberties website

---

Accessibility | eRulemaking | Freedom of Information Act | Legal Notices | Legal Policies and Disclaimers | Links | Privacy Policy | USA.gov | White House
FBI.gov is an official site of the U.S. government, U.S. Department of Justice

Close