# ATTACHMENT 20

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR

ATTACHMENT 20:   Print-out of "A Guide to Conducting Research in FBI Records," http://www.fbi.gov/foia/resolveuid/2b59dd059c8d4b814712ec48ddc81164 (last accessed: May 20, 2015) ("This page does not seem to exist..."); "View a printable version," http://www.fbi.gov/foia/resolveuid/388e75df8b5963494b1b2daa8379fe69 (last accessed: May 20, 2015) ("This page does not seem to exist...").




# Search

Home • FBI Records/FOIA

## This page does not seem to exist…

Please try again later or revise your url.

Accessibility | eRulemaking | Freedom of Information Act | Legal Notices | Legal Policies and Disclaimers | Links | Privacy Policy | USA.gov | White House

FBI.gov is an official site of the U.S. government, U.S. Department of Justice

Close




# Search

Home • FBI Records/FOIA

## This page does not seem to exist…
Please try again later or revise your url.

Accessibility | eRulemaking | Freedom of Information Act | Legal Notices | Legal Policies and Disclaimers | Links | Privacy Policy | USA.gov | White House
FBI.gov is an official site of the U.S. government, U.S. Department of Justice

Close