1

2

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

4

Daniel David Rigmaiden,

No. CV12-1605-DLR-BSB

5

Plaintiff,

**EXHIBIT A:  January 15 E-Mail from Mr. Rigmaiden**

6

vs.

7

8

Federal Bureau of Investigation, et al.,

9

Defendants.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Rosenberg, Brad (CIV)**

| | |
|---|---|
| **From:** | Daniel Rigmaiden <freedan@Safe-mail.net> |
| **Sent:** | Thursday, January 15, 2015 8:21 PM |
| **To:** | Rosenberg, Brad (CIV) |
| **Subject:** | Re: Rigmaiden v. FBI -- FBI Letter Regarding Fees |

Thanks. Be advised that I won't be responding to the letter as I already filed the notice. In the future, it would be better if the fbi does not put terms in it's letters, such as "respond within 30 days," considering only the court has jurisdiction over those matters and it has potential to complicate the litigation and create more work for both of us. Also, I don't agree that the fbi can justly cancel out an entire foia request if fees are not received within an arbitrary amount of time set by the angency. Nevertheless, because it will now just be 3 cds over 3 months, the fees can be paid rather quickly. Time for the fbi to get to work.

-------- Original Message --------
From: "Rosenberg, Brad (CIV)" <Brad.Rosenberg@usdoj.gov>
To: "Daniel Rigmaiden (freedan@Safe-mail.net)" <freedan@Safe-mail.net>
Subject: Rigmaiden v. FBI -- FBI Letter Regarding Fees
Date: Mon, 22 Dec 2014 22:16:25 +0000

> Dear Mr. Rigmaiden:
>
>
>
> Attached please find a copy of a letter that the FBI is mailing to you today regarding your FOIA request.
>
>
>
> Thanks,
>
> -Brad
>
>
>
>
>
> _____
>
> Brad P. Rosenberg
>

1

> Trial Attorney
>
> U.S. Department of Justice
>
> Civil Division, Federal Programs Branch
>
> 20 Massachusetts Ave., N.W.
>
> Washington, DC  20001
>
> (202) 514-3374
>
> (202) 616-8460 (fax)
>
>
>
>
>