## ATTACHMENT INDEX

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR

ATTACHMENT 01: Federal Bureau of Investigation ("FBI"), *Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1,* Aug. 27, 2007.

ATTACHMENT 02: United States Patent and Trademark Office ("USPTO"), *Trademark Reg. No. 2,555,909 [Loggerhead]* (registered Apr. 2, 2002).

ATTACHMENT 03: Executive Office for United States Attorneys ("EOUSA"), *[M.D.La.] Response to ACLU FOIA Request No. 07-4130,* Aug. 12, 2008, p. 1, 2 , 9, 10, 16, and 18.

ATTACHMENT 04: United States Patent and Trademark Office, *Trademark Reg. No. 2,534,253 [Triggerfish]* (registered Jan. 29, 2002).

ATTACHMENT 05: United States Patent and Trademark Office, *Trademark Reg. No. 2,762,468 [StingRay]* (registered Sep. 9, 2003).

ATTACHMENT 06: United States Patent and Trademark Office, *Trademark Reg. No. 3,499,993 [StingRay II]* (registered Sep. 9, 2008).

ATTACHMENT 07: Department of Homeland Security, United States Secret Service (USSS). (Jun. 29, 2010). Harris equipment (Solicitation Number: 225717).

ATTACHMENT 08: Department of the Army, Office: U.S. Army Intelligence and Security Command. (Jan. 12, 2009). NOTICE OF INTENT TO AWARD A SOLE SOURCE CONTRACT-HARRIS: KINGFISH DUAL MODE SYSTEM (Solicitation Number: W911W4-09-T-0017).

ATTACHMENT 09: United States Patent and Trademark Office, *Trademark Reg. No. 2,867,227 [KingFish]* (registered Jul. 27, 2004).

ATTACHMENT 10: Space and Naval Warfare Systems Center (SPAWARSYSCEN). (Jun. 10, 2004). *Sole Source Harris Corporation AmberJack G antennas and antenna accessory kits* (Solicitation Number: N65236-04-R-0096).

ATTACHMENT 11: United States Patent and Trademark Office, *Trademark Reg. No. 2,710,009 [AmberJack]* (registered Aug. 22, 2003).

ATTACHMENT 12: United States General Services Administration. (Mar. 11, 2014).

|  |  |
|---|---|
|  | FEDERAL SUPPLY SERVICE, INFORMATION TECHNOLOGY SCHEDULE PRICELIST, GENERAL PURPOSE COMMERCIAL INFORMATION TECHNOLOGY EQUIPMENT, SOFTWARE AND SERVICES (Harris). |
| ATTACHMENT 13: | Published patents owned by Harris **(1)** Billhartz, Thomas J., *et al.*, Harris Corp., *Wireless Communications System Including A Wireless Device Locator And Related Methods*, U.S. Patent No. 7,321,777 (Melbourne, FL: Jan. 22, 2008), **(2)** McPherson, Rodney and Lanza, David J., Harris Corp., *Wireless Transmitter Location Determining System And Related Methods*, U.S. Patent No. 7,592,956 (Melbourne, FL: Sept. 22, 2009), **(3)** Otto, James C., Harris Corp., *System And Method For Determining The Geolocation Of A Transmitter*, U.S. Patent No. 5,719,584 (Indian Harbor Beach, FL: Feb. 17, 1998), and **(4)** Proctor, James A, Jr. and Otto, James C., Harris Corp., *Range And Bearing Tracking System With Multipath Rejection*, U.S. Patent No. 5,687,196 (Indialantic, FL: Nov. 11, 1997). |
| ATTACHMENT 14: | Florida v. James L. Thomas, No. 2008-CF-3350A, Suppression Hearing Transcript RE: Harris StingRay & KingFish [testimony of Investigator Christopher Corbitt] (2nd Cir. Ct., Leon County, FL, Aug. 23, 2010). |
| ATTACHMENT 15: | **(1)** Miami, FL, USA, *Legislative Files, Harris Sole Source Vendor Letter*, p. 1 (Nov. 29, 2006), **(2)** Miami, FL, USA, *Legislative Files, Inter-Office Memo RE: Harris Sole Source Vendor*, p. 1 (Nov. 13, 2008), **(3)** Miami, FL, USA, *Legislative Files, Harris Sole Source Letter [Attachment B]*, p. 2 (Aug. 25, 2008), **(4)** Miami, FL, USA, *Legislative Files, Harris* Product Datasheets, p. 1-2, **(5)** Miami, FL, USA, *Legislative Files, Harris Product Datasheets*, p. 1, and **(6)** Miami, FL, USA, *Legislative Files, Harris GCSD Price List* (Sep. 2008), p. 1-8. |
| ATTACHMENT 16: | Singel, Ryan (Wired Magazine), FBI E-Mail Shows Rift Over Warrantless Phone Record Grabs (Dec. 20, 2007). |
| ATTACHMENT 17: | Myers, Rachel (ACLU), *With Technology Like This, Who Needs the Law? >> Blog of Rights: Official Blog of the American Civil Liberties Union* (Nov. 14, 2008). |
| ATTACHMENT 18: | Valentino-DeVries, Jennifer (The Wall Street Journal), *'Stingray' Phone Tracker Fuels Constitutional Clash*, p. A1 (Sept. 22, 2011). |
| ATTACHMENT 19: | Zetter, Kim (Wired), *Secrets of FBI Smartphone Surveillance Tool Revealed in Court Fight* (Apr. 09, 2013). |
| ATTACHMENT 20: | Coast to Coast AM, *Lee Lapin - Guests - Coast to Coast AM, Lee Lapin Biography*. |
| ATTACHMENT 21: | *OpenBTS Public Release*, http://wush.net/trac/rangepublic/wiki/WikiStart. |
| ATTACHMENT 22: | Greenberg, Andy (Forbes Magazine), *Despite FCC Scare Tactics,* |

      *Researcher Demos AT&T Eavesdropping - Forbes* (Jul. 31, 2010).

ATTACHMENT 23:  *CatcherCatcher - Mobile Network Assessment Tools - SRLabs Open Source Projects*, https://opensource.srlabs.de/projects/mobile-network-assessment-tools/wiki/CatcherCatcher.

ATTACHMENT 24:  *Wiki - SnoopSnitch - SRLabs Open Source Projects*, https://opensource.srlabs.de/projects/snoopsnitch.

ATTACHMENT 25:  Gallagher, Sean. (Apr. 20, 2015). *This machine catches stingrays: Pwnie Express demos cellular threat detector.* Ars Technica, http://arstechnica.com/information-technology/2015/04/this-machine-catches-stingrays-pwnie-express-demos-cellular-threat-detector/ (last accessed: Jun. 22, 2015).

ATTACHMENT 26:  United States v. Rigmaiden, CR08-814-PHX-DGC, Dkt. #821-3, pp. 86-93 (D.Ariz., May 25, 2012) ((1) Two page chart of text messages sent and received by FBI Agent Richard J. Murray while the aircard was being located on July 16-17, 2008; Note: created by the defense using ITEM No. 6 of December 9, 2011 discovery set; and (2) page Nos. 1, 2, 3, 9, and 10 of original chart of text messages provided by the government; (ITEM No. 6 of December 9, 2011 discovery set)).

ATTACHMENT 27:  Chain of emails between Daniel Rigmaiden and Defendant FBI's counsel, Brad Rosenberg, covering December 10, 2014, to December 19, 2014, RE: FOIPA Request No. 1212582.

ATTACHMENT 28:  Screenshot of the total amount of data (49.7 megabytes) spread across the seven (7) CDs containing the FBI's first set of PDF files (482 pages) sent to Daniel Rigmaiden on March 4, 2015, RE: FOIPA Request No.: 1212582.

ATTACHMENT 29:  Screenshot of the total amount of data (75.3 megabytes) spread across the eleven (11) CDs containing the FBI's second set of PDF files (672 pages) sent to Daniel Rigmaiden on April 1, 2015, RE: FOIPA Request No. 1212582.

ATTACHMENT 30:  Screenshot of the total amount of data (385 megabytes) spread across the nineteen (19) CDs containing the FBI's third set of PDF files (3,417 pages) sent to Daniel Rigmaiden on April 13, 2015, RE: FOIPA Request No. 1212582.

ATTACHMENT 31:  Daniel Rigmaiden's March 26, 2015, email to Defendant FBI's counsel, Brad Rosenberg, RE: FOIPA Request No. 1212582.

ATTACHMENT 32:  Copy of Daniel Rigmaiden's May 22, 2015, payment to Defendant FBI RE: inflated/unnecessary duplication fees in FOIPA Request No. 1212582.

ATTACHMENT 33:  Federal Bureau of Investigation. (Apr. 11, 2013). A Guide to Conducting Research in FBI Records, *available at*

https://web.archive.org/web/20150327065956/http://www.fbi.gov/foia/a-guide-to-conducting-research-in-fbi-records-pdf (last accessed: May 20, 2015).