## ATTACHMENT 04

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND MOTION FOR
SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR


ATTACHMENT 04:   United States Patent and Trademark Office, *Trademark Reg. No.
2,534,253 [Triggerfish]* (registered Jan. 29, 2002).

Trademark

Serial Number
(Text)

||||||||||||||||||||||
76284647

AUG 2 9 2001

PROSECUTION HISTORY

| Entry | Date | Initials |
|-------|------|----------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |
| 21. | | |
| 22. | | |
| 23. | | |
| 24. | | |
| 25. | | |
| 26. | | |
| 27. | | |
| 28. | | |
| 29. | | |
| 30. | | |

NOP
11/06/01

❑ See inside of file for additional entries.

## NOTES TO THE FILE AND APPROVALS

| DATE | (All Entries Should Be Dated and Initialed) | INITIALS |
|---|---|---|
| 8/30/01 | Computer dictionaries. ∅ | T.V. |
| 8/30/01 | TICRS — 4 specimens — discussed w/ Bonnet | T.V. |
| | accept TICRS. | |

## Post Registration

| Section 8 Accepted | | Renewal Granted | | Section 15 |
|---|---|---|---|---|
| (Signature) | (Date) | (Initials) | (Date) | Acknowledged |
| | | | | (Signature) |
| | | | | |
| | | | | |
| | | | | Cancelled - Section 8 |
| | | | | (Date) |
| | | | | |
| | | | | |
| | | | | |
| | | | | Expired - Section 9 |
| | | | | (Date) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

FORM PTO-102
5/99

Trademark

U.S. DEPARTMENT OF COMMERCE

REG NUM: 2534253
REG DT: 01/29/2002
S/N 76/284647

76-284647

# TRIGGERFISH

TRIGGERFISH

PRINCIPAL

LAW OFFICE 103

76-284647

Tawanda Vanhorn

**FILING DATE**
July 13, 2001

**ORIGINAL APPLICANT**
Harris Corporation

**GOODS/SERVICES (CLASS 009)**
electronic surveillance receivers for in (ETC)

**FILING BASIS**
USE

**ORIGINAL CORRESPONDENT**
DONALD S. SHOWALTER

ATTORNEY ADVISOR:

PUBLISHED
11/06/01

| Approved for Publication (Principal Register) (Signature/Date) | | |
|---|---|---|
| *[signature]* 8/30/01 | NOP | NOA |
| Approved for Registration (Section 1(d)) (Signature/Date) | | |
| Approved for Registration (Supplemental Register) (Signature/Date) | ☐ Abandoned | |
| | (Date) | |

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,534,253

## United States Patent and Trademark Office

Registered Jan. 29, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## TRIGGERFISH

HARRIS CORPORATION (DELAWARE COR-
PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

    FOR: ELECTRONIC SURVEILLANCE RECEI-
VERS FOR INTERCEPTING AND MONITORING
CELLULAR NETWORK COMMUNICATIONS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-26-1997; IN COMMERCE 11-26-1997.

SER. NO. 76-284,647, FILED 7-13-2001.

TAWANDA VAN HORN, EXAMINING ATTORNEY



07-13-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70

TRIGGERFISH™ 4000
PART NUMBER: 3039201-103
SERIAL NUMBER: 0226

Certifies to comply with the Limits for a Class A computing
device pursuant to Part 15 of the FCC Rules. See instructions
if interference to radio reception is suspected.

76284647

TICRS



76284647

DONALD S. SHOWALTER                    TMP&I
HOLLAND & KNIGHT LLP
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE FL 33301-1865



EL677104003US

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

MARK:   TRIGGERFISH
INTERNATIONAL CLASS:  009

To The Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

Harris Corporation ("Applicant"), is a Delaware corporation, having a place of business at 1025 West NASA Boulevard, Melbourne, Florida 32919.

Applicant has adopted, is using in interstate commerce and requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance receivers for intercepting and monitoring cellular network communications in International Class 009.

The mark was first used in connection with the above goods at least as early as November 26, 1997, was first used in interstate commerce at least as early as November 26, 1997, and is now in use in such commerce.

Three specimens depicting the mark as used in interstate commerce are enclosed.  The mark is used by being affixed to the goods and/or to the packaging for the goods.  The enclosed specimens are in the form of images, namely digital photographs, of the mark affixed to the goods.

The undersigned being warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the Applicant; that Applicant believes it is the owner of the mark sought to be registered; that the mark is in

use in commerce or, if the application is being filed under 15 U.S.C. 1051(b), he/she believes Applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that the specimens or facsimiles show the mark as used on or in connection with the goods or services; and that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

On behalf of Applicant, the undersigned hereby appoints Donald S. Showalter, Reg. No.: 33,033; Thomas L. Kautz, Reg. No.: 28,726; Leslie J. Hart, Reg. No.: 26,462; Michael S. Yatsko, Reg. No.: 28, 135; and Harry M. Fleck, Reg. No.: 24,704, its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark Office connected therewith. Please direct all telephone calls and correspondence to:

> Donald S. Showalter, Esquire
> Holland & Knight LLP
> One East Broward Blvd., Suite 1300
> Fort Lauderdale, FL 33301
> Phone: (954) 468-7879
> Fax: (954) 463-2030
> E-mail: dshowalt@hklaw.com

HARRIS CORPORATION

By _Michael S. Yatsko_

Michael S. Yatsko
Attorney Intellectual Property Dept.

Date 7/9/01

2

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: July 13, 2001

Sir:

Transmitted herewith is an application for registration of:

     Mark:                      TRIGGERFISH

     In International Class(es):       009

     On Behalf of Applicant:       Harris Corporation

     Applicant is a:

          ____          citizen of _____.

          ____          partnership of _____.

           X          corporation of __Delaware_____.

Attached hereto are:

      XX   one executed application.

      XX  one drawing (____ *formal*, _X__ *informal*).

      XX   Three specimens for each International Class.

     _____  Intent to Use Application - no specimens attached.

     _____A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class.  The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870.  A duplicate copy of this sheet is attached.

      XX  The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870.  The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870.   A duplicate copy of this sheet is attached.

_____   A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

__XX__   An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

---

**CERTIFICATION UNDER 37 C.F.R. 1.10**

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on July 13, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL677104003US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence


Francine A. Nienow
_____
typed or printed name of person mailing correspondence

---

FTL1 #543891 v4

2

TRADEMARK APPLICATION SERIAL NO. _ 76284647

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

07/18/2001 SWILSON1 00000047 080070   76284647
01 FC:361       325.00 CH   ✓

PTO-1555
(5/87)

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919

Date of First Use:        November 26, 1997

Date First Used
in Commerce:              November 26, 1997

For:                      electronic surveillance receivers for intercepting and
                          monitoring cellular network communications

Int. Class:               009

# TRIGGERFISH



07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70

FTL1 #548335 v1

PUBLISHED
11/06/01

76284647

3

```
*** User: tvanhorn  ***
```

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 10237 | N/A | 0 | 0 | 0:01 | "HARRIS'[ON] |
| 02 | 5798 | N/A | 0 | 0 | 0:06 | 1 NOT DEAD[LD] |
| 03 | 418 | N/A | 0 | 0 | 0:02 | "HARRIS CORPORATION"[ON] |
| 04 | 201 | 0 | 201 | 201 | 0:05 | 3 NOT DEAD[LD] |
| 05 | 2193 | N/A | 0 | 0 | 0:02 | *TR?{"GJ"}$1*[BI,TI] |
| 06 | 7382 | N/A | 0 | 0 | 0:02 | *F?S$1H*[BI,TI] |
| 07 | 8 | 3 | 5 | 5 | 0:01 | 5 AND 6 |
| 08 | 1114 | N/A | 0 | 0 | 0:05 | 5 NOT DEAD[LD] |
| 09 | 464 | N/A | 0 | 0 | 0:05 | 8 AND "009"[CC] |
| 10 | 170 | 0 | 170 | 170 | 0:06 | 9 AND ("009"[IC] A[IC] B[IC] 200[IC]) |
| 11 | 3612 | N/A | 0 | 0 | 0:05 | 6 NOT DEAD[LD] |
| 12 | 1826 | N/A | 0 | 0 | 0:06 | 11 AND "009"[CC] |
| 13 | 313 | 0 | 313 | 313 | 0:06 | 12 AND ("009"[IC] A[IC] B[IC] 200[IC]) |

```
Session started  8/30/01 2:41:56 PM
Session finished 8/30/01 2:52:39 PM
Total search duration 0:52 minutes
Session Duration 10:43 minutes

Default NEAR limit= 1 ADJ limit= 1
```

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,534,253

Registered Jan. 29, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## TRIGGERFISH

HARRIS CORPORATION (DELAWARE COR-
PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

FOR: ELECTRONIC SURVEILLANCE RECEI-
VERS FOR INTERCEPTING AND MONITORING
CELLULAR NETWORK COMMUNICATIONS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-26-1997; IN COMMERCE 11-26-1997.

SER. NO. 76-284,647, FILED 7-13-2001.

TAWANDA VAN HORN, EXAMINING ATTORNEY



**UNITED STATES  PARTMENT OF COMMERCE**
Patent and Trademark Office

ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia 22202-3513

Oct 17, 2001

## NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   76/284,647

2. Mark:
   TRIGGERFISH

3. International Class(es):
   9

4. Publication Date:
   Nov 6, 2001

5. Applicant:
   Harris Corporation

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark.  If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA  15250-7954
Phone: (202)512-1800

By direction of the Commissioner.

PCFD10 (REV 07/2000)

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919


Date of First Use:          November 26, 1997

Date First Used
in Commerce:                November 26, 1997

For:                        electronic surveillance receivers for intercepting and
                            monitoring cellular network communications

Int. Class:                 009


# TRIGGERFISH

07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70

FTL1 #548335 v1

76284647

3

TRADEMARK APPLICATION SERIAL NO. _ 76284647

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

07/18/2001 SWILSON1 00000047 080870   76284647
01 FC:361        325.00 CH

PTO-1555
(5/87)

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: July 13, 2001

Sir:

Transmitted herewith is an application for registration of:

Mark:                          TRIGGERFISH

In International Class(es):     009

On Behalf of Applicant:        Harris Corporation

Applicant is a:

   _____     citizen of _____.

   _____     partnership of _____.

   _X_     corporation of __Delaware_____.

Attached hereto are:

  _XX__ one executed application.

  _XX__ one drawing (\_\_\_ *formal*, _X_ *informal*).

  _XX__ Three specimens for each International Class.

  _____ Intent to Use Application - no specimens attached.

  _____ A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class.  The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870.   A duplicate copy of this sheet is attached.

  _XX__ The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870. The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

_____  A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

__XX__  An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

CERTIFICATION UNDER 37 C.F.R. 1.10

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on July 13, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL677104003US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

_____
Francine A. Nienow
typed or printed name of person mailing correspondence

FTL1 #543891 v4

2

EL677104003US

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

MARK:  TRIGGERFISH
INTERNATIONAL CLASS:  009

To The Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

Harris Corporation ("Applicant"), is a Delaware corporation, having a place of business at 1025 West NASA Boulevard, Melbourne, Florida  32919.

Applicant has adopted, is using in interstate commerce and requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance receivers for intercepting and monitoring cellular network communications in International Class 009.

The mark was first used in connection with the above goods at least as early as November 26, 1997, was first used in interstate commerce at least as early as November 26, 1997, and is now in use in such commerce.

Three specimens depicting the mark as used in interstate commerce are enclosed.  The mark is used by being affixed to the goods and/or to the packaging for the goods.  The enclosed specimens are in the form of images, namely digital photographs,of the mark affixed to the goods.

The undersigned being warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the Applicant; that Applicant believes it is the owner of the mark sought to be registered; that the mark is in

use in commerce or, if the application is being filed under 15 U.S.C. 1051(b), he/she believes Applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that the specimens or facsimiles show the mark as used on or in connection with the goods or services; and that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

On behalf of Applicant, the undersigned hereby appoints Donald S. Showalter, Reg. No.: 33,033; Thomas L. Kautz, Reg. No.: 28,726; Leslie J. Hart, Reg. No.: 26,462; Michael S. Yatsko, Reg. No.: 28, 135; and Harry M. Fleck, Reg. No.: 24,704, its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark Office connected therewith. Please direct all telephone calls and correspondence to:

> Donald S. Showalter, Esquire
> Holland & Knight LLP
> One East Broward Blvd., Suite 1300
> Fort Lauderdale, FL 33301
> Phone: (954) 468-7879
> Fax: (954) 463-2030
> E-mail: dshowalt@hklaw.com

> HARRIS CORPORATION

By _Michael S. Yatsko_

> Michael S. Yatsko
> Attorney Intellectual Property Dept.

Date 7/9/01

2

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919


Date of First Use:        November 26, 1997

Date First Used
in Commerce:              November 26, 1997

For:                      electronic surveillance receivers for intercepting and
                          monitoring cellular network communications

Int. Class:               009


# TRIGGERFISH


07-13-2001

U.S. Patent & TMOfc/TM Mail RcptDt #70


FTL1 #548335 v1


76284647

3



07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70

electronic systems

**TRIGGERFISH™ 4000**
PART NUMBER: 3039201-103
SERIAL NUMBER: 0226

Certifies to comply with the Limits for a Class A computing
device pursuant to Part 15 of the FCC Rules.  See instructions
if interference to radio reception is suspected.

76284647



07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70

HARRIS

Electronic Systems

TRIGGERFISH™ 4000
PART NUMBER: 3039201-103
SERIAL NUMBER: 0226

Certifies to comply with the Limits for a Class A computing
device pursuant to Part 15 of the FCC Rules.  See instructions
if interference to radio reception is suspected.

76284647



76284647



76284647