<u>**ATTACHMENT 06**</u>

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND MOTION FOR
SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR

<u>ATTACHMENT 06</u>:   United States Patent and Trademark Office, *Trademark Reg. No.
3,499,993 [StingRay II]* (registered Sep. 9, 2008).

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 3499993 |
| **REGISTRATION DATE** | 09/09/2008 |
| **SERIAL NUMBER** | 77316689 |
| **MARK SECTION** | |
| MARK | STINGRAY II (stylized and/or with design) |
| **ATTORNEY SECTION (current)** | |
| NAME | Donald S. Showalter |
| FIRM NAME | GRAYROBINSON, PA |
| STREET | PO BOX 2328 |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33303-2328 |
| COUNTRY | United States |
| PHONE | (954) 761-7473 |
| FAX | (954) 761-8112 |
| DOCKET/REFERENCE NUMBER | 621020.1728 |
| **ATTORNEY SECTION (proposed)** | |
| NAME | Donald S. Showalter |
| FIRM NAME | GRAYROBINSON, PA |
| STREET | PO BOX 2328 |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33303-2328 |

| COUNTRY | United States |
|---|---|
| PHONE | (954) 761-7473 |
| FAX | (954) 761-8112 |
| EMAIL | don.showalter@gray-robinson.com |
| DOCKET/REFERENCE NUMBER | 621020.1728 |
| OTHER APPOINTED ATTORNEY | Thomas L. Kautz |
| **CORRESPONDENCE SECTION (current)** | |
| NAME | DONALD S. SHOWALTER |
| FIRM NAME | GRAYROBINSON, PA |
| STREET | PO BOX 2328 |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33303-2328 |
| COUNTRY | United States |
| PHONE | (954) 761-7473 |
| FAX | (954) 761-8112 |
| DOCKET/REFERENCE NUMBER | 621020.1728 |
| **CORRESPONDENCE SECTION (proposed)** | |
| NAME | DONALD S. SHOWALTER |
| FIRM NAME | GRAYROBINSON, PA |
| STREET | PO BOX 2328 |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33303-2328 |
| COUNTRY | United States |
| PHONE | (954) 761-7473 |
| FAX | (954) 761-8112 |
| EMAIL | don.showalter@gray-robinson.com |
| DOCKET/REFERENCE NUMBER | 621020.1728 |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 009 |

| GOODS OR SERVICES | Multi-channel, software-defined, two-way electronic surveillance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular phones |
|---|---|
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\773\166\77316689\xml1\ 8150002.JPG |
| SPECIMEN DESCRIPTION | Digital image showing the mark affixed to the goods. |

## OWNER SECTION (current)

| NAME | Harris Corporation |
|---|---|
| STREET | 1025 West NASA Boulevard |
| CITY | Melbourne |
| STATE | Florida |
| ZIP/POSTAL CODE | 32919 |
| COUNTRY | United States |

## LEGAL ENTITY SECTION (current)

| TYPE | corporation |
|---|---|
| STATE/COUNTRY OF INCORPORATION | Delaware |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 300 |
| TOTAL FEE PAID | 300 |

## SIGNATURE SECTION

| SIGNATURE | /Ronald S. Blum II/ |
|---|---|
| SIGNATORY'S NAME | Ronald S. Blum II |
| SIGNATORY'S POSITION | Managing Counsel, IP |
| DATE SIGNED | 05/13/2014 |
| PAYMENT METHOD | DA |

## FILING INFORMATION

| SUBMIT DATE | Tue May 13 10:35:45 EDT 2014 |
|---|---|
| | USPTO/S08N15-162.252.125. |

| | |
|---|---|
| **TEAS STAMP** | 185-20140513103545156179-3499993-500bb493ffdd047aa e1d8f5a449d1fa4a90a26f1e4 69c35f8ebba276f64fffedb60 -DA-11353-201405131009358 90192 |

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and Incontestability under Sections 8 & 15
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 3499993
**REGISTRATION DATE:** 09/09/2008

**MARK:** (Stylized and/or with Design, STINGRAY II)

The owner, Harris Corporation, a corporation of Delaware, having an address of
    1025 West NASA Boulevard
    Melbourne, Florida 32919
    United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 009, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class: Multi-channel, software-defined, two-way electronic surveillance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular phones; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Digital image showing the mark affixed to the goods..
Specimen File1
The registrant's current Attorney Information: Donald S. Showalter of  GRAYROBINSON, PA
    PO BOX 2328
    FORT LAUDERDALE, Florida (FL) 33303-2328
    United States
The docket/reference number is 621020.1728.

The registrant's proposed Attorney Information: Donald S. Showalter of  GRAYROBINSON, PA
    PO BOX 2328
    FORT LAUDERDALE, Florida (FL) 33303-2328
    United States
The docket/reference number is 621020.1728.
The Other Appointed Attorney(s): Thomas L. Kautz.

The phone number is (954) 761-7473.

The fax number is (954) 761-8112.

The email address is don.showalter@gray-robinson.com.
The registrant's current Correspondence Information: DONALD S. SHOWALTER of
 GRAYROBINSON, PA
     PO BOX 2328
     FORT LAUDERDALE, Florida (FL) 33303-2328
     United States
The docket/reference number is 621020.1728.

The registrant's proposed Correspondence Information: DONALD S. SHOWALTER of
 GRAYROBINSON, PA
     PO BOX 2328
     FORT LAUDERDALE, Florida (FL) 33303-2328
     United States
The docket/reference number is 621020.1728.


The phone number is (954) 761-7473.

The fax number is (954) 761-8112.

The email address is don.showalter@gray-robinson.com.

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1
class(es), plus any additional grace period fee, if necessary.

### Declaration


*The mark is in use in commerce on or in connection with the goods/services identified above, as evidenced
by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use
in commerce for five consecutive years after the date of registration, or the date of publication under 15
U.S.C. Section 1062(c), and is still in use in commerce on or in connection with all goods/services listed in
the existing registration. There has been no final decision adverse to the owner's claim of ownership of
such mark for such goods/services, or to the owner's right to register the same or to keep the same on the
register; and there is no proceeding involving said rights pending and not disposed of either in the United
States Patent and Trademark Office or in a court.*

The signatory being warned that willful false statements and the like are punishable by fine or
imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like
may jeopardize the validity of this submission, declares that all statements made of his/her own knowledge
are true and all statements made on information and belief are believed to be true.


Signature: /Ronald S. Blum II/     Date: 05/13/2014
Signatory's Name: Ronald S. Blum II
Signatory's Position: Managing Counsel, IP

Mailing Address (**current**):

GRAYROBINSON, PA
PO BOX 2328
FORT LAUDERDALE, Florida 33303-2328

Mailing Address **(proposed):**
  GRAYROBINSON, PA
  PO BOX 2328
  FORT LAUDERDALE, Florida 33303-2328

Serial Number: 77316689
Internet Transmission Date: Tue May 13 10:35:45 EDT 2014
TEAS Stamp: USPTO/S08N15-162.252.125.185-20140513103
545156179-3499993-500bb493ffdd047aae1d8f
5a449d1fa4a90a26f1e469c35f8ebba276f64fff
edb60-DA-11353-20140513100935890192



**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:**   3499993

**Serial Number:**   77316689

**RAM Sale Number:  3499993**

**RAM Accounting Date:  20140513**

**Total Fees:**        $300

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20140513 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20140513 | $200 | 1 | 1 | $200 |

Physical Location:      - UNKNOWN

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**     20140513





Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 3,499,993

## United States Patent and Trademark Office

Registered Sep. 9, 2008

## TRADEMARK
### PRINCIPAL REGISTER



HARRIS CORPORATION (DELAWARE COR-
PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

FOR: MULTI-CHANNEL, SOFTWARE-DEFINED,
TWO-WAY ELECTRONIC SURVEILLANCE
RADIOS FOR AUTHORIZED LAW ENFORCE-
MENT AND GOVERNMENT AGENCIES FOR IN-
TERROGATING, LOCATING, TRACKING AND
GATHERING INFORMATION FROM CELLULAR
PHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-17-2008; IN COMMERCE 7-17-2008.

OWNER OF U.S. REG. NO. 2,762,468.

THE MARK CONSISTS OF THE WORD "STIN-
GRAY" FOLLOWED BY THE ROMAN NUMERAL
"II" AND A DESIGN OF A "STINGRAY".

SN 77-316,689, FILED 10-30-2007.

ANDREA K. NADELMAN, EXAMINING ATTOR-
NEY

Side - 1



## NOTICE OF ACCEPTANCE OF SOU
## MAILING DATE: Aug 6, 2008

The statement of use (SOU) filed for the trademark application identified below has been accepted.  This acceptance means that the mark identified below is entitled to be registered.  Accordingly, the registration will issue in due course barring any extraordinary circumstances.

For further information, visit our website at: http://www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**SERIAL NUMBER:   77316689**
**MARK:               STINGRAY II**
**OWNER:             Harris Corporation**

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

DONALD S. SHOWALTER
GRAYROBINSON, PA
PO BOX 2328
FORT LAUDERDALE, FL   33303-2328

## Trademark Snap Shot Publication & Issue Review Stylesheet
(Table presents the data on Publication & Issue Review Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77316689 | FILING DATE | 10/30/2007 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | NADELMAN, ANDREA KOYNE | L.O. ASSIGNED | 110 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 08/06/2008 |
| PUB DATE | 04/15/2008 |
| STATUS | 819-SU - REGISTRATION REVIEW COMPLETE |
| STATUS DATE | 08/05/2008 |
| LITERAL MARK ELEMENT | STINGRAY II |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | STINGRAY II |

| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 20-OWNER AT PUBLICATION |
|---|---|
| NAME | Harris Corporation |
| ADDRESS | 1025 West NASA Boulevard Melbourne, FL 32919 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Multi-channel, software-defined, two-way electronic surveillance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular phones |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | 07/17/2008 | FIRST USE IN COMMERCE DATE | 07/17/2008 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the word "Stingray" followed by the Roman Numeral "II" and a design of a "stingray". |
| PSEUDO MARK | STINGRAY TWO |
| OWNER OF US REG NOS | 2762468 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 08/05/2008 | REGV | O | LAW OFFICE REGISTRATION REVIEW COMPLETED | 015 |
| 07/30/2008 | CNPR | P | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | 014 |
| 07/30/2008 | SUPC | I | STATEMENT OF USE PROCESSING COMPLETE | 013 |
| 07/18/2008 | IUAF | S | USE AMENDMENT FILED | 012 |

| 07/30/2008 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 011 |
| 07/18/2008 | EISU | I | TEAS STATEMENT OF USE RECEIVED | 010 |
| 07/08/2008 | NOAM | O | NOTICE OF ALLOWANCE-MAILED | 009 |
| 04/15/2008 | PUBO | A | PUBLISHED FOR OPPOSITION | 008 |
| 03/26/2008 | NPUB | O | NOTICE OF PUBLICATION | 007 |
| 03/10/2008 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 006 |
| 03/08/2008 | ALIE | A | ASSIGNED TO LIE | 005 |
| 02/13/2008 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 004 |
| 02/12/2008 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 11/03/2007 | MDSM | O | NOTICE OF DESIGN SEARCH CODE AND PSEUDO MARK MAILED | 002 |
| 11/02/2007 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Donald S. Showalter |
|---|---|
| CORRESPONDENCE ADDRESS | DONALD S. SHOWALTER<br>GRAYROBINSON, PA<br>PO BOX 2328<br>FORT LAUDERDALE, FL 33303-2328 |
| DOMESTIC REPRESENTATIVE | NONE |

## PRIOR OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Harris Corporation |
| ADDRESS | 1025 West NASA Boulevard<br>Melbourne, FL 32919 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |



## Trademark Snap Shot ITU Unit Action
(Table presents the data on ITU Unit Action)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77316689 | FILING DATE | 10/30/2007 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | NADELMAN, ANDREA KOYNE | L.O. ASSIGNED | 110 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 07/31/2008 |
| PUB DATE | 04/15/2008 |
| STATUS | 818-SU - STATEMENT OF USE ACCEPTED - APPROVED FOR REGISTRATION |
| STATUS DATE | 07/30/2008 |
| LITERAL MARK ELEMENT | STINGRAY II |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | STINGRAY II |

| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 20-OWNER AT PUBLICATION |
| NAME | Harris Corporation |
| ADDRESS | 1025 West NASA Boulevard<br>Melbourne, FL 32919 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
| DESCRIPTION TEXT | Multi-channel, software-defined, two-way electronic surveillance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular phones |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | 07/17/2008 | FIRST USE IN COMMERCE DATE | 07/17/2008 | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the word "Stingray" followed by the Roman Numeral "II" and a design of a "stingray". |
| PSEUDO MARK | STINGRAY TWO |
| OWNER OF US REG NOS | 2762468 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 07/30/2008 | CNPR | P | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | 014 |
| 07/30/2008 | SUPC | I | STATEMENT OF USE PROCESSING COMPLETE | 013 |
| 07/18/2008 | IUAF | S | USE AMENDMENT FILED | 012 |
| 07/30/2008 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 011 |

| 07/18/2008 | EISU | I | TEAS STATEMENT OF USE RECEIVED | 010 |
| 07/08/2008 | NOAM | O | NOTICE OF ALLOWANCE-MAILED | 009 |
| 04/15/2008 | PUBO | A | PUBLISHED FOR OPPOSITION | 008 |
| 03/26/2008 | NPUB | O | NOTICE OF PUBLICATION | 007 |
| 03/10/2008 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 006 |
| 03/08/2008 | ALIE | A | ASSIGNED TO LIE | 005 |
| 02/13/2008 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 004 |
| 02/12/2008 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 11/03/2007 | MDSM | O | NOTICE OF DESIGN SEARCH CODE AND PSEUDO MARK MAILED | 002 |
| 11/02/2007 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Donald S. Showalter |
| CORRESPONDENCE ADDRESS | DONALD S. SHOWALTER<br>GRAYROBINSON, PA<br>PO BOX 2328<br>FORT LAUDERDALE, FL 33303-2328 |
| DOMESTIC REPRESENTATIVE | NONE |

## PRIOR OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Harris Corporation |
| ADDRESS | 1025 West NASA Boulevard<br>Melbourne, FL 32919 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |



## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77316689 | FILING DATE | 10/30/2007 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | NADELMAN, ANDREA KOYNE | L.O. ASSIGNED | 110 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 07/31/2008 |
| PUB DATE | 04/15/2008 |
| STATUS | 818-SU - STATEMENT OF USE ACCEPTED - APPROVED FOR REGISTRATION |
| STATUS DATE | 07/30/2008 |
| LITERAL MARK ELEMENT | STINGRAY II |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | STINGRAY II |

| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 20-OWNER AT PUBLICATION |
|---|---|
| NAME | Harris Corporation |
| ADDRESS | 1025 West NASA Boulevard<br>Melbourne, FL 32919 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Multi-channel, software-defined, two-way electronic surveillance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular phones |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | 07/17/2008 | FIRST USE IN COMMERCE DATE | 07/17/2008 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the word "Stingray" followed by the Roman Numeral "II" and a design of a "stingray". |
| PSEUDO MARK | STINGRAY TWO |
| OWNER OF US REG NOS | 2762468 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 07/30/2008 | CNPR | P | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | 014 |
| 07/30/2008 | SUPC | I | STATEMENT OF USE PROCESSING COMPLETE | 013 |
| 07/18/2008 | IUAF | S | USE AMENDMENT FILED | 012 |
| 07/30/2008 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 011 |

| 07/18/2008 | EISU | I | TEAS STATEMENT OF USE RECEIVED | 010 |
|---|---|---|---|---|
| 07/08/2008 | NOAM | O | NOTICE OF ALLOWANCE-MAILED | 009 |
| 04/15/2008 | PUBO | A | PUBLISHED FOR OPPOSITION | 008 |
| 03/26/2008 | NPUB | O | NOTICE OF PUBLICATION | 007 |
| 03/10/2008 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 006 |
| 03/08/2008 | ALIE | A | ASSIGNED TO LIE | 005 |
| 02/13/2008 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 004 |
| 02/12/2008 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 11/03/2007 | MDSM | O | NOTICE OF DESIGN SEARCH CODE AND PSEUDO MARK MAILED | 002 |
| 11/02/2007 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Donald S. Showalter |
|---|---|
| CORRESPONDENCE ADDRESS | DONALD S. SHOWALTER<br>GRAYROBINSON, PA<br>PO BOX 2328<br>FORT LAUDERDALE, FL 33303-2328 |
| DOMESTIC REPRESENTATIVE | NONE |

## PRIOR OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Harris Corporation |
| ADDRESS | 1025 West NASA Boulevard<br>Melbourne, FL 32919 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |





PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 09/30/2011)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77316689 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 110 |
| **NOTICE OF ALLOWANCE** | YES |
| **EXTENSION OF USE** | NO |
| **REQUEST TO DIVIDE** | NO |
| **MARK SECTION** | |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **OWNER SECTION (no change)** | |
| **ATTORNEY SECTION (no change)** | |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 009 |
| **CURRENT IDENTIFICATION** | Multi-channel, software-defined, two-way electronic survelliance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular phones |
| **GOODS AND/OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 07/17/2008 |
| **FIRST USE IN COMMERCE DATE** | 07/17/2008 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT2\IMAGEOUT2\773\166\77316689\xml2\SO U0002.JPG |
| **SPECIMEN DESCRIPTION** | digital image showing the mark as used on the goods |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 1 |

| | |
|---|---|
| **SUBTOTAL AMOUNT** | 100 |
| **TOTAL AMOUNT** | 100 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Ronald S. Blum II/ |
| **SIGNATORY'S NAME** | Ronald S. Blum II |
| **SIGNATORY'S POSITION** | Counsel, Intellectual Property |
| **DATE SIGNED** | 07/18/2008 |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Fri Jul 18 11:18:08 EDT 2008 |
| **TEAS STAMP** | USPTO/SOU-209.36.59.1-200 80718111808024433-7731668 9-40090e2ad863d44a4ce7c98 ae866f319b73-DA-6835-2008 0718105257734859 |

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 09/30/2011)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** STINGRAY II (stylized and/or with design)
**SERIAL NUMBER:** 77316689

This Allegation of Use is being filed after a Notice of Allowance has issued.

The applicant, Harris Corporation, having an address of 1025 West NASA Boulevard, Melbourne, Florida United States 32919, is using or is using through a related company or licensee the mark in commerce on or in connection with the goods and/or services as follows:

For International Class 009:
Current identification: Multi-channel, software-defined, two-way electronic survelliance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular phones

The applicant, or the applicant's related company or licensee, is using the mark in commerce on or in connection with all goods and/or services listed in the application or Notice of Allowance or as subsequently modified.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 07/17/2008, and first used in commerce at least as early as 07/17/2008, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) digital image showing the mark as used on the goods.
Specimen File1

The applicant hereby appoints Donald S. Showalter of  GRAYROBINSON, PA, PO BOX 2328, FORT LAUDERDALE, Florida United States 33303-2328 to submit this Trademark/Service Mark Statement of Use on behalf of the applicant. The attorney docket/reference number is 621020.1728.

A fee payment in the amount of $100 will be submitted with the form, representing payment for 1 class.

## Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /Ronald S. Blum II/      Date Signed: 07/18/2008
Signatory's Name: Ronald S. Blum II
Signatory's Position: Counsel, Intellectual Property

Mailing Address:
  GRAYROBINSON, PA

  PO BOX 2328
  FORT LAUDERDALE, Florida 33303-2328

RAM Sale Number: 6835
RAM Accounting Date: 07/18/2008

Serial Number: 77316689
Internet Transmission Date: Fri Jul 18 11:18:08 EDT 2008
TEAS Stamp: USPTO/SOU-209.36.59.1-200807181118080244
33-77316689-40090e2ad863d44a4ce7c98ae866
f319b73-DA-6835-20080718105257734859



**FEE RECORD SHEET**

**Serial Number:**   77316689

**RAM Sale Number:  6835**

**Total Fees:**        $100

**RAM Accounting Date:  20080718**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20080718 | $100 | 1 | $100 |

**Transaction Date:**   20080718



## U.S. Patent and Trademark Office (USPTO)

# NOTICE OF ALLOWANCE

NOTE:  If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 571-273-9550.  Please include the serial number of your application on ALL correspondence with the USPTO.

**ISSUE DATE:** Jul 8, 2008

DONALD S. SHOWALTER
GRAYROBINSON, PA
PO BOX 2328
FORT LAUDERDALE, FL 33303-2328

ATTORNEY
REFERENCE NUMBER

621020.1728

---

## ** IMPORTANT INFORMATION:  6 MONTH DEADLINE **

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce.  You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark.  You have six (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of use ("Extension Request").   If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed.  Applicant may file a total of five (5) extension requests.  FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE <u>ABANDONMENT</u> OF YOUR APPLICATION.

Please note that both the "Statement of Use " and "Extension Request" have many legal requirements including fees.  Therefore, we encourage use of the USPTO forms, available online at <u>http://www.uspto.gov/teas/index.html</u> (under "File a PRE-registration form"), to avoid the possible omission of important information.  Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online.  If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

---

### The following information should be reviewed for accuracy:

SERIAL NUMBER:          77/316689
MARK:                   STINGRAY II (AND DESIGN)
OWNER:                  Harris Corporation
                        1025 West NASA Boulevard
                        Melbourne , FLORIDA   32919

Section 1(a): NO            Section 1(b): YES            Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

009 -    Multi-channel, software-defined, two-way electronic survelliance radios for authorized law enforcement and
         government agencies for interrogating, locating, tracking and gathering information from cellular phones -- FIRST
         USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

**ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS**

Side - 1



## NOTICE OF PUBLICATION UNDER §12(a)
**MAILING DATE: Mar 26, 2008**
**PUBLICATION DATE:  Apr 15, 2008**

The mark identified below will be published in the Official Gazette on Apr 15, 2008.  Any party who believes they will be damaged by registration of the mark may oppose its registration by filing an opposition to registration or a request to extend the time to oppose within thirty (30) days from the publication date on this notice.  If no opposition is filed within the time specified by law, the USPTO may issue a Notice of Allowance.

To view the Official Gazette online or to order a paper copy, visit the USPTO website at http://www.uspto.gov/web/trademarks/tmog/ any time within the five-week period after the date of publication.  You may also order a printed version from the U.S. Government Printing Office (GPO) at http://bookstore.gpo.gov or 202-512-1800.  To check the status of your application, go to http://tarr.uspto.gov/.

**SERIAL NUMBER:   77316689**
**MARK:              STINGRAY II**
**OWNER:            Harris Corporation**

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

DONALD S. SHOWALTER
GRAYROBINSON, PA
PO BOX 2328
FORT LAUDERDALE, FL   33303-2328

## Trademark Snap Shot Publication & Issue Review Stylesheet
(Table presents the data on Publication & Issue Review Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77316689 | FILING DATE | 10/30/2007 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | NADELMAN, ANDREA KOYNE | L.O. ASSIGNED | 110 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 03/11/2008 |
| PUB DATE | 04/15/2008 |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 03/10/2008 |
| LITERAL MARK ELEMENT | STINGRAY II |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | STINGRAY II |

| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
|---|---|
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Harris Corporation |
| ADDRESS | 1025 West NASA Boulevard<br>Melbourne, FL 32919 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

### GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Multi-channel, software-defined, two-way electronic surveillance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular phones |

### GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

### MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the word "Stingray" followed by the Roman Numeral "II" and a design of a "stingray". |
| PSEUDO MARK | STINGRAY TWO |
| OWNER OF US REG NOS | 2762468 |

### PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 03/10/2008 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 006 |
| 03/08/2008 | ALIE | A | ASSIGNED TO LIE | 005 |
| 02/13/2008 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 004 |
| 02/12/2008 | DOCK | D | ASSIGNED TO EXAMINER | 003 |

| 11/03/2007 | MDSM | O | NOTICE OF DESIGN SEARCH CODE AND PSEUDO MARK MAILED | 002 |
| 11/02/2007 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

<table>
<tr><td colspan="5"><b>CURRENT CORRESPONDENCE INFORMATION</b></td></tr>
<tr><td>ATTORNEY</td><td colspan="4">Donald S. Showalter</td></tr>
<tr><td>CORRESPONDENCE ADDRESS</td><td colspan="4">DONALD S. SHOWALTER<br>GRAYROBINSON, PA<br>PO BOX 2328<br>FORT LAUDERDALE, FL 33303-2328</td></tr>
<tr><td>DOMESTIC REPRESENTATIVE</td><td colspan="4">NONE</td></tr>
</table>



## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77316689 | FILING DATE | 10/30/2007 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | NADELMAN, ANDREA KOYNE | L.O. ASSIGNED | 110 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 02/14/2008 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATON |
| STATUS DATE | 02/13/2008 |
| LITERAL MARK ELEMENT | STINGRAY II |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | STINGRAY II |

| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Harris Corporation |
| ADDRESS | 1025 West NASA Boulevard<br>Melbourne, FL 32919 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | multi-channel, software-defined, two-way electronic surveillance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular phones |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the word "stingray" followed by the Roman Numeral II and a design of a stingray. |
| PSEUDO MARK | STINGRAY TWO |
| OWNER OF US REG NOS | 2762468 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 02/13/2008 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 004 |
| 02/12/2008 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 11/03/2007 | MDSM | O | NOTICE OF DESIGN SEARCH CODE AND PSEUDO MARK MAILED | 002 |

| 11/02/2007 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

### CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Donald S. Showalter |
|---|---|
| CORRESPONDENCE ADDRESS | DONALD S. SHOWALTER<br>GRAYROBINSON, PA<br>PO BOX 2328<br>FORT LAUDERDALE, FL 33303-2328 |
| DOMESTIC REPRESENTATIVE | NONE |



*** User:Anadelman ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | 77316689[SN] |
| 02 | 575 | N/A | 0 | 0 | 0:04 | "harris corporation"[on] |
| 03 | 3 | 1 | 2 | 1 | 0:02 | 2762468 |
| 04 | 5587 | N/A | 0 | 0 | 0:01 | *{"sz"}t{"iy"}ng*[bi,ti] |
| 05 | 40380 | N/A | 0 | 0 | 0:02 | *ra{"eiy"}*[bi,ti] |
| 06 | 212 | 116 | 96 | 59 | 0:01 | 4 and 5 |
| 07 | 212 | N/A | 0 | 0 | 0:01 | 6 |
| 08 | 10768 | N/A | 0 | 0 | 0:01 | *ii*[bi,ti] |
| 09 | 81 | 51 | 30 | 25 | 0:01 | 8 and (4 or 5) |
| 10 | 356 | N/A | 0 | 0 | 0:01 | 031905[dc] |
| 11 | 5861 | N/A | 0 | 0 | 0:01 | 031924[dc] |
| 12 | 155 | 67 | 2 | 88 | 0:01 | 10 and 11 |
| 13 | 103 | N/A | 0 | 0 | 0:01 | ((10 or 11) and (8 or 4 or 5)) not (ead[ld] or 12) |
| 14 | 47 | 0 | 2 | 47 | 0:01 | ((10 or 11) and (8 or 4 or 5)) not (dead[ld] or 12 or 6) |
| 15 | 190 | 106 | 1 | 84 | 0:04 | 10 and "009"[cc] |

Session started 2/13/2008 4:21:57 PM

Session finished 2/13/2008 4:31:01 PM

Total search duration 0 minutes 23 seconds

Session duration 9 minutes 4 seconds

Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 77316689



**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

Nov 3, 2007

## NOTICE OF DESIGN SEARCH CODE AND PSEUDO MARK

DONALD S. SHOWALTER
GRAYROBINSON, PA
PO BOX 2328
FORT LAUDERDALE, FL 33303-2328

**ATTORNEY REFERENCE NUMBER:**   621020.1728

| | |
|---|---|
| **SERIAL NUMBER:** | 77/316689 |
| **MARK:** | STINGRAY II AND DESIGN |
| **OWNER:** | Harris Corporation |

The USPTO may assign design search codes and/or pseudo marks, as appropriate, to new applications to assist in searching the USPTO database for conflicting marks.  They have no legal significance and will not appear on the registration certificate.

**Design search codes** are numerical codes assigned to figurative, non-textual elements found in marks.  For example, if your mark contains the design of a flower, design search code 05.05 would be assigned to your application.  Design search codes are described on Internet Web page http://www.uspto.gov/tmdb/dscm/index.html.

**A pseudo mark** may be assigned to marks that include words, numbers, compound words, symbols or acronyms that can have alternative spellings or meanings.  For example, if the mark comprises the words "YOU ARE" surrounded by a design of a box, the pseudo mark field in the USPTO database would display the mark as "YOU ARE SQUARE."  A mark filed as "URGR8" would receive a pseudo mark of "YOU ARE GREAT."

You are not required to respond to this notice.  However, if you would like to suggest additions or changes to the design search codes or pseudo mark assigned to your mark, please send an email to TMDesignCodeComments@USPTO.GOV or call 1-800-786-9199 to speak to a customer service representative.  No fee is necessary.  (Please include the serial number of your application on ALL correspondence with the USPTO.)  The USPTO will review your request and update the record if appropriate.

**Design search codes and pseudo marks assigned to the referenced serial number are listed below.**

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77316689**
**Filing Date: 10/30/2007**

---

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77316689 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS2\EXPORT14\773\166 \77316689\xml1\APP0002.JP G |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | STINGRAY II |
| **COLOR MARK** | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the word "stingray" followed by the Roman Numeral II and a design of a stingray. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 944 x 732 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Harris Corporation |
| *STREET | 1025 West NASA Boulevard |
| *CITY | Melbourne |
| *STATE (Required for U.S. applicants) | Florida |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 32919 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |

| | |
|---|---|
| **STATE/COUNTRY OF INCORPORATION** | Delaware |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| **\*INTERNATIONAL CLASS** | 009 |
| **\*IDENTIFICATION** | multi-channel, software-defined, two-way electronic survelliance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular phones |
| **FILING BASIS** | SECTION 1(b) |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| **PRIOR REGISTRATION(S)** | The applicant claims ownership of U.S. Registration Number(s) 2762468. |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Donald S. Showalter |
| **ATTORNEY DOCKET NUMBER** | 621020.1728 |
| **FIRM NAME** | GrayRobinson, PA |
| **STREET** | P.O. Box 2328 |
| **CITY** | Fort Lauderdale |
| **STATE** | Florida |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 33303-9998 |
| **PHONE** | (954) 761-7473 |
| **FAX** | (954) 761-8112 |
| **OTHER APPOINTED ATTORNEY** | Thomas L. Kautz |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | Donald S. Showalter |
| **FIRM NAME** | GrayRobinson, PA |
| **STREET** | P.O. Box 2328 |
| **CITY** | Fort Lauderdale |
| **STATE** | Florida |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 33303-9998 |

| PHONE | (954) 761-7473 |
|---|---|
| FAX | (954) 761-8112 |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Ronald S. Blum II/ |
| SIGNATORY'S NAME | Ronald S. Blum, II |
| SIGNATORY'S POSITION | Counsel, Intellectual Property |
| DATE SIGNED | 10/30/2007 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77316689**
**Filing Date: 10/30/2007**

## To the Commissioner for Trademarks:

**MARK:** STINGRAY II (stylized and/or with design, see mark)

The literal element of the mark consists of STINGRAY II.
The applicant is not claiming color as a feature of the mark. The mark consists of the word "stingray" followed by the Roman Numeral II and a design of a stingray.
The applicant, Harris Corporation, a corporation of Delaware, having an address of
    1025 West NASA Boulevard
    Melbourne, Florida 32919
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

    International Class 009:  multi-channel, software-defined, two-way electronic survelliance radios for authorized law enforcement and government agencies for interrogating, locating, tracking and gathering information from cellular phones
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant claims ownership of U.S. Registration Number(s) 2762468.

The applicant hereby appoints Donald S. Showalter and Thomas L. Kautz of GrayRobinson, PA
    P.O. Box 2328
    Fort Lauderdale, Florida 33303-9998
    United States
to submit this application on behalf of the applicant. The attorney docket/reference number is 621020.1728.

 Correspondence Information: Donald S. Showalter
                    P.O. Box 2328
                    Fort Lauderdale, Florida 33303-9998
                    (954) 761-7473(phone)
                    (954) 761-8112(fax)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1

class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Ronald S. Blum II/   Date Signed: 10/30/2007
Signatory's Name: Ronald S. Blum, II
Signatory's Position: Counsel, Intellectual Property



RAM Sale Number: 15608
RAM Accounting Date: 10/30/2007

Serial Number: 77316689
Internet Transmission Date: Tue Oct 30 11:38:06 EDT 2007
TEAS Stamp: USPTO/BAS-209.36.59.1-200710301138064851
68-77316689-400a835cad07f6615c538c197994
d97d21-DA-15608-20071030083258761091



