# ATTACHMENT 07

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR

ATTACHMENT 07:   Department of Homeland Security, United States Secret Service (USSS). (Jun. 29, 2010). Harris equipment (Solicitation Number: 225717).

| Home | Getting Started | General Info | Opportunities | Agencies | Privacy |

Buyers: Login | Register    Vendors: Login | Register    Accessibility



**Harris equipment**
**Solicitation Number: 225717**
Agency: Department of Homeland Security
Office: United States Secret Service (USSS)
Location: Procurement Division

**Notice Details**   Packages                                                                 Print    Link

Complete View

**Return To Opportunities List**

Original Synopsis
*Special Notice*
Jun 29, 2010
11:20 am

**Changed**
Jul 02, 2010
1:23 pm

**Solicitation Number:**
225717

**Notice Type:**
Modification/Amendment

**Synopsis:**
Added: Jun 29, 2010 11:20 am    Modified: Jul 02, 2010 1:06 pm    Track Changes

The U.S. Secret Service intends to negotiate on a sole source basis with Harris Corporation, 150 South Wickham Road, Melbourne, Florida, 32904-1132.  The primary North American Industry Classification System (NAICS) code 517410.  The SB size standard for this code is $15 million. The contract will cover miscellaneous Harris equipment.  Only Harris can provide the expertise, software updates, and specific replacement parts on the proprietary equipment.  The anticipated award will be a Firm Fixed Price Contract.  This notice is neither a request for proposal nor a solicitation of offers. The determination of the Government not to open this requirement to full and open competition was made in accordance with FAR Part 6.302-1 and is solely at the discretion of the Government.  Entities may identify their interest and ability to meet this requirement via a written capability statement only.  All capability statements emailed no later than July 12, 2010, 8:00 AM EST will be considered by the Government for the purpose of determining whether to conduct a competitive procurement.  A determination by the Government not to compete this proposed requirement based upon responses to this notice, is solely within the discretion of the Government.  Any information received will be maintained for future Market Research requirements. No formal solicitation package is available. Reasonable questions, not excessive in length, will be answered if submitted to siobhan.mullen@usss.dhs.gov no later than July 7, 2010 at 1:00 PM EST.

Below, please find a list identifying the equipment the USSS intends to purchase from Harris Corporation:

25 Watt PA Kit, Amberjack W (components of StingRay II), PA Kit 30W 2100 (components of StingRay II), PA Kit 30W Dual Band 850/1900 (components of StingRay II), PA Kit 30W iDEN 800 (components of StingRay II), SideWinder (CDMA, GSM, 2100) components of StingRay II), SR II Upgrade: SRII CDMA, SRII GSM, SRII iDEN, StingRay II, Tactical Power Kit.

Entities may identify their interest and ability to meet this

**GENERAL INFORMATION**
**Notice Type:**
Modification/Amendment

**Original Posted Date:**
June 29, 2010

**Posted Date:**
July 2, 2010

**Response Date:**
Jul 12, 2010 8:00 am Eastern

**Original Response Date:**
Jul 12, 2010 8:00 am Eastern

**Archiving Policy:**
Automatic, 15 days after response date

**Archive Date:**
July 27, 2010

**Original Set Aside:**
N/A

**Set Aside:**
N/A

**Classification Code:**
59 -- Electrical and electronic equipment components

**NAICS Code:**
517 -- Telecommunications/517410 -- Satellite Telecommunications

<u>requirement via a written capability statement only.</u>  All capability statements emailed no later than July 12, 2010, 8:00 AM EST will be considered by the Government for the purpose of determining whether to conduct a competitive procurement.  A determination by the Government not to compete this proposed requirement based upon responses to this notice, is solely within the discretion of the Government.  Any information received will be maintained for future Market Research requirements. No formal solicitation package is available.

**Contracting Office Address:**
245 MURRAY LANE SW
BLDG T-5
WASHINGTON, District of Columbia 20223

**Place of Performance:**
WASHINGTON, District of Columbia 20223
United States

**Primary Point of Contact.:**
Siobhan E. Mullen
siobhan.mullen@usss.dhs.gov
Phone: 202-406-6818
Fax: 202-406-6801

**Secondary Point of Contact:**
April C. Delancy,
Contract Specialist
april.delancy@usss.dhs.gov
Phone: 202-406-6808

Return To Opportunities List

For Help: Federal Service Desk   Accessibility