# ATTACHMENT 08

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR

ATTACHMENT 08:   Department of the Army, Office: U.S. Army Intelligence and Security Command. (Jan. 12, 2009). NOTICE OF INTENT TO AWARD A SOLE SOURCE CONTRACT-HARRIS: KINGFISH DUAL MODE SYSTEM (Solicitation Number: W911W4-09-T-0017).



| Home | Getting Started | General Info | Opportunities | Agencies | Privacy |

Buyers: Login | Register    Vendors: Login | Register    Accessibility

## --NOTICE OF INTENT TO AWARD A SOLE SOURCE CONTRACT-HARRIS: KINGFISH DUAL MODE SYSTEM

**Solicitation Number: W911W4-09-T-0017**
Agency: Department of the Army
Office: U.S. Army Intelligence and Security Command
Location: HQ USAINSCOM, Directorate of Contracting

**Notice Details** | Packages | Interested Vendors List                     Print    Link

**Complete View**

**Original Synopsis**
*Presolicitation*
Jan 12, 2009
6:06 pm

Changed
Jan 13, 2009
9:00 am
*Solicitation*

Changed
Jan 15, 2009
12:19 pm

**Return To Opportunities List**

**Solicitation Number:**
W911W4-09-T-0017

**Notice Type:**
Solicitation

**Synopsis:**
Added: Jan 12, 2009 6:06 pm   Modified: Jan 15, 2009 12:19 pm   Track Changes

This is a NOTICE OF INTENT TO AWARD A SOLE SOURCE CONTRACT using the simplified acquisition procedures of FAR Part 13 to procure supplies and services to support the HQ, USAINSCOM, 1st IO CMD EW Section as follows:

HARDWARE:

*Harris KingFish, 1-Channel, Dual Mode Package systems that can be operated in two separate modes; Man-Portable and Vehicular Mounted. The Man-Portable system mode is battery powered CDMA, GSM and iDEN Interrogation Tracking and Location, and Signal Information Collection System. The Vehicular Mounted system mode is portable, 12VDC powered CDMA, GSM, iDEN Interrogation, Tracking and Location, and Signal Information Collection System.

* Rugged Mini-PC Controller, GD Go Book MR-1. Quantity: (2 ea)

SOFTWARE:

*KingFish CDMA Software Package. Quantity: (2 ea)

*KingFish GSM Software Package. Quantity: (2 ea)

*KingFish iDEN Software Package. Quantity: (2 ea)

**The Harris KingFish system includes 1-year Hardware maintenance warranty and access to Software upgrades. Extended maintenance agreements includes an additional 12 months of Hardware and Software upgrades.

TRAINING:

**GENERAL INFORMATION**

**Notice Type:**
Solicitation

**Original Posted Date:**
January 12, 2009

**Posted Date:**
January 15, 2009

**Response Date:**
-

**Original Response Date:**
January 14, 2009

**Archiving Policy:**
Manual Archive

**Archive Date:**
February 22, 2011

**Original Set Aside:**
N/A

**Set Aside:**
N/A

**NAICS Code:**
334 -- Computer and Electronic Product Manufacturing/334290 -- Other Communications Equipment Manufacturing

*Training-East Coast, KingFish CDMA. Quantity: (3 students) 12 hours/ 2 day course

*Training-East Coast, KingFish GSM. Quantity: (3 students) 12 hours/2 day course

*Training-East Coast, KingFish iDEN. Quantity: (3 students) 12 hours/2 day course

The Government intends to award a sole source contract for the above supplies and services to the firm of Harris Corporation; DBA Government Communication Systems Division, 2400 Palm Bay Road NE, Palm Bay, FL 32905. The Proposed contract action is for supplies and services for which the Government intends to solicit only one source. Under the authority of FAR 6.302-1, Only one responsible source and no other supplies or services will satisfy the agency requirements. DURATION: Delivery of these supplies and services shall be 90 days upon receipt of award. All quotations received within 2 days after date of publication of this synopsis will be considered by the Government.

A determination by the Government not to compete with this proposed purchase order/contract based upon responses to this notice is solely within the discretion of the Government. Information received will be considered solely for the purpose of determining whether to conduct a competitive procurement. For specific questions, please contact Mr. Gregory J. Jimmerson, Contract Specialist (Contractor Support Davis-Paige Management Systems, LLC), gregory.j.jimmerson@us.army.mil or phone (703) 428-4582 or Mr. Robert E. Jones, Contracting Officer, robert.e.jones6@us.army.mil or (703) 428-4587. Interested persons may identify their interest and capability to respond to the requirement not later than 12:30pm (EST) 16 January 2009.


Gregory J. Jimmerson
Davis-Paige Management Systems, LLC
Contract Specialist
Contract Support
Supporting INSCOM OPARC/DOC


Robert E. Jones
Contract Officer
HQ, USAINSCOM

> Please consult the list of document viewers if you cannot open a file.

> **Solicitation 1**
>
> **Type:** Solicitation
> **Posted Date:** January 13, 2009
>
> https://acquisition.army.mil/asfi/solicitation_view....
> **Description:** See Solicitation

**Contracting Office Address:**

HQ USAINSCOM, Directorate of Contracting, ATTN: IAPC-DOC, 8825

Beulah Street, Fort Belvoir, VA 22060-5246

**Point of Contact(s):**

Gregory J. Jimmerson, 703-428-4582

[HQ USAINSCOM, Directorate of Contracting](#)

Return To Opportunities List

For Help: Federal Service Desk   Accessibility