## <u>ATTACHMENT 09</u>

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND MOTION FOR
SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR

<u>ATTACHMENT 09</u>:   United States Patent and Trademark Office, *Trademark Reg. No.
2,867,227 [KingFish]* (registered Jul. 27, 2004).

Side - 1



# NOTICE OF ACCEPTANCE OF §8 DECLARATION AND §9 RENEWAL
## MAILING DATE: Feb 28, 2014

The declaration and renewal application filed in connection with the registration identified below meets the requirements of Sections 8 and 9 of the Trademark Act, 15 U.S.C. §§1058 and 1059.  The declaration is accepted and renewal is granted.  The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov.  To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**    **2867227**
**MARK:**          **KINGFISH**
**OWNER:**         **Harris Corporation**

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

Donald S. Showalter
GrayRobinson, P.A.
P.O. Box 2328
FORT LAUDERDALE, FL   33303

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2867227 |
| **REGISTRATION DATE** | 07/27/2004 |
| **SERIAL NUMBER** | 76303814 |
| **MARK SECTION** | |
| MARK | KINGFISH |
| **ATTORNEY SECTION (current)** | |
| NAME | Donald S. Showalter |
| FIRM NAME | GrayRobinson, P.A. |
| INTERNAL ADDRESS | Suite 1850 |
| STREET | 401 East Las Olas Blvd. |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33301 |
| COUNTRY | United States |
| PHONE | 954-761-7473 |
| FAX | 954-761-8112 |
| EMAIL | dshowalter@gray-robinson.com |
| DOCKET/REFERENCE NUMBER | T595(621020. |
| **ATTORNEY SECTION (proposed)** | |
| NAME | Donald S. Showalter |
| FIRM NAME | GrayRobinson, P.A. |
| STREET | P.O. Box 2328 |

| CITY | FORT LAUDERDALE |
|---|---|
| STATE | Florida |
| POSTAL CODE | 33303 |
| COUNTRY | United States |
| PHONE | 954-761-7473 |
| FAX | 954-761-8112 |
| EMAIL | don.showalter@gray-robinson.com |
| DOCKET/REFERENCE NUMBER | T595-621020.1275 |
| OTHER APPOINTED ATTORNEY | Thomas L. Kautz |

## CORRESPONDENCE SECTION (current)

| NAME | Donald S. Showalter |
|---|---|
| FIRM NAME | GrayRobinson, P.A. |
| INTERNAL ADDRESS | Suite 1850 |
| STREET | 401 East Las Olas Blvd. |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33301 |
| COUNTRY | United States |
| PHONE | 954-761-7473 |
| FAX | 954-761-8112 |
| EMAIL | dshowalter@gray-robinson.com |
| DOCKET/REFERENCE NUMBER | T595(621020. |

## CORRESPONDENCE SECTION (proposed)

| NAME | Donald S. Showalter |
|---|---|
| FIRM NAME | GrayRobinson, P.A. |
| STREET | P.O. Box 2328 |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33303 |
| COUNTRY | United States |
| PHONE | 954-761-7473 |

| FAX | 954-761-8112 |
|---|---|
| EMAIL | don.showalter@gray-robinson.com |
| DOCKET/REFERENCE NUMBER | T595-621020.1275 |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 009 |
|---|---|
| GOODS OR SERVICES | electronic surveillance transceivers for tracking, locating and gathering information from cellular telephones |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\763\038\76303814\xml1\ S890002.JPG |
| SPECIMEN DESCRIPTION | Digital image showing the mark affixed to the goods. |

## OWNER SECTION (current)

| NAME | Harris Corporation |
|---|---|
| STREET | 1025 West NASA Boulevard |
| CITY | Melbourne |
| STATE | Florida |
| ZIP/POSTAL CODE | 32919 |
| COUNTRY | United States |

## LEGAL ENTITY SECTION (current)

| TYPE | corporation |
|---|---|
| STATE/COUNTRY OF INCORPORATION | Delaware |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 500 |
| TOTAL FEE PAID | 500 |

## SIGNATURE SECTION

| SIGNATURE | /Ronald S. Blum II/ |
|---|---|
| SIGNATORY'S NAME | Ronald S. Blum II |
| SIGNATORY'S POSITION | Managing Counsel, IP |
| DATE SIGNED | 02/11/2014 |

| PAYMENT METHOD | DA |
|---|---|
| **FILING INFORMATION** ||
| SUBMIT DATE | Wed Feb 12 07:38:12 EST 2014 |
| TEAS STAMP | USPTO/S08N09-38.101.126.5 3-20140212073812838447-28 67227-500f333898b93ca97ba 8781e338115f0f6f44f6ff649 5b401c6bfab8fe133dcd9-DA-6515-20140211153517737541 |

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2867227
**REGISTRATION DATE:** 07/27/2004

**MARK:** KINGFISH

The owner, Harris Corporation, a corporation of Delaware, having an address of
   1025 West NASA Boulevard
   Melbourne, Florida 32919
   United States
is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For International Class 009, the mark is in use in commerce on or in connection with **all** goods or services listed in the existing registration for this specific class: electronic surveillance transceivers for tracking, locating and gathering information from cellular telephones ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Digital image showing the mark affixed to the goods..
Specimen File1
The registrant's current Attorney Information: Donald S. Showalter of  GrayRobinson, P.A.
   Suite 1850
   401 East Las Olas Blvd.
   FORT LAUDERDALE, Florida (FL) 33301
   United States
The docket/reference number is T595(621020..

The registrant's proposed Attorney Information: Donald S. Showalter of  GrayRobinson, P.A.
   P.O. Box 2328
   FORT LAUDERDALE, Florida (FL) 33303
   United States
The docket/reference number is T595-621020.1275.
The Other Appointed Attorney(s): Thomas L. Kautz.

The phone number is 954-761-7473.

The fax number is 954-761-8112.

The email address is don.showalter@gray-robinson.com.

The registrant's current Correspondence Information: Donald S. Showalter of  GrayRobinson, P.A.
    Suite 1850
    401 East Las Olas Blvd.
    FORT LAUDERDALE, Florida (FL) 33301
    United States
The docket/reference number is T595(621020..

The registrant's proposed Correspondence Information: Donald S. Showalter of  GrayRobinson, P.A.
    P.O. Box 2328
    FORT LAUDERDALE, Florida (FL) 33303
    United States
The docket/reference number is T595-621020.1275.


The phone number is 954-761-7473.

The fax number is 954-761-8112.

The email address is don.showalter@gray-robinson.com.

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1
class(es), plus any additional grace period fee, if necessary.

<div align="center">**Declaration**</div>


## Section 8: Declaration of Use and/or Excusable Nonuse in Commerce
*Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in
connection with the goods and/or services identified above, as evidenced by the attached specimen(s)
showing the mark as used in commerce.*


The undersigned being hereby warned that willful false statements and the like are punishable by fine or
imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like
may jeopardize the validity of this document, declares that he/she is properly authorized to execute this
document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all
statements made on information and belief are believed to be true.

## Section 9: Application for Renewal
*The registrant requests that the registration be renewed for the goods/services identified above.*


Signature: /Ronald S. Blum II/     Date: 02/11/2014
Signatory's Name: Ronald S. Blum II
Signatory's Position: Managing Counsel, IP

Mailing Address **(current):**
    GrayRobinson, P.A.
    401 East Las Olas Blvd.
    FORT LAUDERDALE, Florida 33301

Mailing Address **(proposed):**
  GrayRobinson, P.A.
  P.O. Box 2328
  FORT LAUDERDALE, Florida 33303

Serial Number: 76303814
Internet Transmission Date: Wed Feb 12 07:38:12 EST 2014
TEAS Stamp: USPTO/S08N09-38.101.126.53-2014021207381
2838447-2867227-500f333898b93ca97ba8781e
338115f0f6f44f6ff6495b401c6bfab8fe133dcd
9-DA-6515-20140211153517737541



# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**   2867227

**Serial Number:**   76303814

**RAM Sale Number:  2867227**

**RAM Accounting Date:  20140212**

**Total Fees:**      $500

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20140212 | $100 | 1 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20140212 | $400 | 1 | 1 | $400 |

Physical Location: 650  - PUBLICATION AND ISSUE SECTION

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20140212





Side - 1



## NOTICE OF ACCEPTANCE AND
## ACKNOWLEDGEMENT OF §§8 & 15
## DECLARATION
**MAILING DATE: Aug 29, 2009**

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065.  The combined declaration is accepted and acknowledged.  The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov.  To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**      **2867227**
**MARK:**               **KINGFISH**
**OWNER:**              **Harris Corporation**

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

Donald S. Showalter
GrayRobinson, P.A.
401 East Las Olas Blvd.
Suite 1850
FORT LAUDERDALE, FL   33301

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2867227 |
| **REGISTRATION DATE** | 07/27/2004 |
| **SERIAL NUMBER** | 76303814 |
| **MARK SECTION** | |
| **MARK** | KINGFISH |
| **OWNER SECTION (current)** | |
| **NAME** | Harris Corporation |
| **STREET** | 1025 West NASA Boulevard |
| **CITY** | Melbourne |
| **STATE** | Florida |
| **ZIP/POSTAL CODE** | 32919 |
| **COUNTRY** | US |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Donald S. Showalter |
| **FIRM NAME** | HOLLAND & KNIGHT LLP |
| **INTERNAL ADDRESS** | ONE E BROWARD BLVD STE 1300 |
| **STREET** | ONE EAST BROWARD BOULEVARD, SUITE 1300 |
| **CITY** | FORT LAUDERDALE |
| **STATE** | Florida |
| **POSTAL CODE** | 33301 |
| **COUNTRY** | United States |
| **PHONE** | 954-468-7879 |
| **FAX** | 954-463-2030 |

| | |
|---|---|
| **EMAIL** | dshowalt@hklaw.com |
| **ATTORNEY DOCKET NUMBER** | T595-1275 |

## ATTORNEY SECTION (proposed)

| | |
|---|---|
| **NAME** | Donald S. Showalter |
| **FIRM NAME** | GrayRobinson, P.A. |
| **INTERNAL ADDRESS** | Suite 1850 |
| **STREET** | 401 East Las Olas Blvd. |
| **CITY** | FORT LAUDERDALE |
| **STATE** | Florida |
| **POSTAL CODE** | 33301 |
| **COUNTRY** | United States |
| **PHONE** | 954-761-7473 |
| **FAX** | 954-761-8112 |
| **EMAIL** | dshowalter@gray-robinson.com |
| **ATTORNEY DOCKET NUMBER** | T595(621020.1275) |
| **OTHER APPOINTED ATTORNEY** | Thomas L. Kautz |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| **INTERNATIONAL CLASS** | 009 |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT7\IMAGEOUT7 \763\038\76303814\xml1\81_50002.JPG |
| **SPECIMEN DESCRIPTION** | Digital image showing the mark affixed to the goods |

## PAYMENT SECTION

| | |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **NUMBER OF CLASSES PAID** | 1 |
| **SUBTOTAL AMOUNT** | 300 |
| **TOTAL FEE PAID** | 300 |

## SIGNATURE SECTION

| | |
|---|---|
| **SIGNATURE** | /Ronald S. Blum II/ |
| **SIGNATORY'S NAME** | Ronald S. Blum II |
| **SIGNATORY'S POSITION** | Counsel, IP |

| DATE SIGNED | 08/12/2009 |
|---|---|
| PAYMENT METHOD | DA |
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed Aug 12 10:50:53 EDT 2009 |
| TEAS STAMP | USPTO/S08N15-38.101.126.6<br>2-20090812105053088472-28<br>67227-440b3df1ad6136f9353<br>7895443573fa-DA-6446-2009<br>0812094033634697 |

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability under Sections 8 & 15
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2867227
**REGISTRATION DATE:** 07/27/2004

**MARK:**  KINGFISH

The owner, Harris Corporation, having an address of
    1025 West NASA Boulevard
    Melbourne, Florida 32919
    US
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 009, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Digital image showing the mark affixed to the goods.
Specimen File1

The registrant hereby appoints Donald S. Showalter and Thomas L. Kautz of  GrayRobinson, P.A.
    Suite 1850
    401 East Las Olas Blvd.
    FORT LAUDERDALE, Florida 33301
     United States
to file this Combined Declaration of Use and Incontestability under Sections 8 & 15 on behalf of the registrant.  The attorney docket/reference number is T595(621020.1275).

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

## Declaration

*The mark is in use in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in*

*continuous use in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce. There has been no final decision adverse to the owner's claim of ownership of such mark, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Ronald S. Blum II/     Date: 08/12/2009
Signatory's Name: Ronald S. Blum II
Signatory's Position: Counsel, IP

Mailing Address **(current):**
  HOLLAND & KNIGHT LLP
  ONE EAST BROWARD BOULEVARD, SUITE 1300
  FORT LAUDERDALE, Florida 33301

Mailing Address **(proposed):**
  GrayRobinson, P.A.
  401 East Las Olas Blvd.
  FORT LAUDERDALE, Florida 33301

Serial Number: 76303814
Internet Transmission Date: Wed Aug 12 10:50:53 EDT 2009
TEAS Stamp: USPTO/S08N15-38.101.126.62-2009081210505
3088472-2867227-440b3df1ad6136f935378954
43573fa-DA-6446-20090812094033634697



# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**   2867227

**Serial Number:**   76303814

**RAM Sale Number:  6446**

**RAM Accounting Date:  20090812**

**Total Fees:**      $300

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20090812 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20090812 | $200 | 1 | 1 | $200 |

Physical Location: 650  - PUBLICATION AND ISSUE SECTION

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**    20090812





Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**Reg. No. 2,867,227**

## United States Patent and Trademark Office

Registered July 27, 2004

## TRADEMARK
### PRINCIPAL REGISTER

# KINGFISH

HARRIS CORPORATION (DELAWARE COR-
PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

FOR: ELECTRONIC SURVEILLANCE TRANS-
CEIVERS FOR TRACKING, LOCATING AND
GATHERING INFORMATION FROM CELLULAR

TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 12-10-2003; IN COMMERCE 12-10-2003.

SN 76-303,814, FILED 8-23-2001.

MELVIN AXILBUND, EXAMINING ATTORNEY

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA   22202-3514
www.uspto.gov

# NOTICE OF ACCEPTANCE OF STATEMENT OF USE

## Jun 18, 2004

TM13                                        ATTORNEY

DONALD S. SHOWALTER                    REFERENCE NUMBER:
HOLLAND & KNIGHT LLP
ONE EAST BROWARD BOULEVARD, SUITE 1300
ONE E BROWARD BLVD STE 1300               T595-1275
FORT LAUDERDALE FL 33301

**SERIAL NUMBER:**       76/303814
**MARK:**                KINGFISH
**OWNER:**               Harris Corporation

The Statement of Use (SOU) filed for the trademark application identified above has been accepted.  This acceptance means that the mark will register and the registration certificate will issue in due course barring any extraordinary circumstances.

For further information please check the USPTO web site at www.uspto.gov or call the Trademark Assistance Center at 703-308-9000.

Trademark

Serial Number
(Text)

||||||||||||||||||

76303814

NEW CASE DELIVERED    **PROSECUTION HISTORY**

NOV  1 2001

LAW OFFICE 113

| | Entry | Date | Initials |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | NOP | | |
| 8. | 03/05/02 | | |
| 9. | | EXT REQ FILED | 11-8-2 | P |
| 10. | NOA | EXT REQ GRANTED | 12-202 | P |
| 11. | 05/28/02 | 2d EXT REQ FILED | 5-1-03 | |
| 12. | | 2d EXT REQ GRT'D | 8-1-03 | |
| 13. | | EXT REQ FILED | 11-26-03 | P |
| 14. | | EXT REQ GRANTED | 12-1-03 | P |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |

☐  See inside of file for additional entries.

Post Registration

| Section 8 Accepted | | Renewal Granted | | Section 15 |
|---|---|---|---|---|
| (Signature) | (Date) | (Initials) | (Date) | Acknowledged |
| | | | | (Signature) |
| | | | | |
| | | | | |
| | | | | Cancelled - Section 8 |
| | | | | (Date) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | Expired - Section 9 |
| | | | | (Date) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

L-20-02µe



Trademark

FORM PTO-102
/99

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

Approved for Publication (Principal Register) (Signature/Date)

Approved for Registration (Section 1(d)) (Signature/Date)

PUBLISHED
03/05/02

NOA

Approved for Registration (Supplemental Register) (Signature/Date)

Abandoned

(Date)



**FEE RECORD SHEET**                    *5/02*                    Serial Number:   76303814

**RAM Sale Number:  1208**                                         Total Fees:     $100

**RAM Accounting Date:  20040428**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 04/28/2004 | $100 | 1 | $100 |

PTO Form 1553 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Statement of Use Filing

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76303814 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **NOTICE OF ALLOWANCE** | YES |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| MARK | KINGFISH |
| **OWNER SECTION (no change)** | |
| **ATTORNEY SECTION** | |
| NAME | Donald S. Showalter |
| FIRM NAME | Holland & Knight LLP |
| INTERNAL ADDRESS | Suite 1300 |
| STREET | One East Broward Boulevard |
| CITY | Fort Lauderdale |
| STATE | FL |
| ZIP/POSTAL CODE | 33301 |
| COUNTRY | USA |
| PHONE | (954) 468-7879 |
| FAX | (954) 463-2030 |
| DOCKET NUMBER | 621020.1275 |
| OTHER APPOINTED ATTORNEY | Thomas L. Kautz |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 009 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| FIRST USE ANYWHERE DATE | 12/10/2003 |

| FIRST USE IN COMMERCE DATE | 12/10/2003 |
|---|---|
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT9\IMAGEOUT9 \763\038\76303814\xml1\SOU0002.JPG |
| SPECIMEN DESCRIPTION | Digital image showing the mark affixed to the goods |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| SUBTOTAL AMOUNT | 100 |
| TOTAL AMOUNT | 100 |

## SIGNATURE SECTION

| SIGNATURE | /Michael S. Yatsko/ |
|---|---|
| SIGNATORY NAME | Michael S. Yatsko |
| SIGNATORY DATE | 04/28/2004 |
| SIGNATORY POSITION | Sr. Counsel, Intellectual Property |

## FILING INFORMATION

| SUBMIT DATE | Wed Apr 28 14:02:21 EDT 2004 |
|---|---|
| TEAS STAMP | USPTO/SOU-172.30.230.5-20 040428140221346060-763038 14-200467a683b057e7152d1e 9787aa49bdb6-RAM-1208-200 40428105756284113 |

PTO Form 1553 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** KINGFISH
**SERIAL NUMBER:** 76303814

This Allegation of Use is being filed after a Notice of Allowance has issued.

The applicant, Harris Corporation, residing at 1025 West NASA Boulevard, Melbourne, FL US 32919, is using or is using through a related company or licensee the mark in commerce on or in connection with the goods and/or services as follows:

For International Class: 009, the applicant, or the applicant's related company or licensee, is using the mark in commerce on or in connection with all goods and/or services listed in the application or Notice of Allowance.
The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 12/10/2003, and first used in commerce at least as early as 12/10/2003, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Digital image showing the mark affixed to the goods.
Specimen-1

The applicant hereby appoints Donald S. Showalter and Thomas L. Kautz of  Holland & Knight LLP, Suite 1300, One East Broward Boulevard, Fort Lauderdale, FL USA 33301 to submit this Statement of Use Filing on behalf of the applicant. The attorney docket/reference number is 621020.1275.

A fee payment in the amount of $100 will be submitted with the form, representing payment for 1 class.

### Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Michael S. Yatsko/      Date: 04/28/2004
Signatory's Name: Michael S. Yatsko
Signatory's Position: Sr. Counsel, Intellectual Property

Mailing Address:
    Holland & Knight LLP
    Suite 1300
    One East Broward Boulevard
    Fort Lauderdale, FL 33301

RAM Sale Number: 1208
RAM Accounting Date: 04/28/2004

Serial Number: 76303814
Internet Transmission Date: Wed Apr 28 14:02:21 EDT 2004
TEAS Stamp: USPTO/SOU-172.30.230.5-20040428140221346
060-76303814-200467a683b057e7152d1e9787a
a49bdb6-RAM-1208-20040428105756284113



**FEE RECORD SHEET**

**Serial Number:**   76303814

**RAM Sale Number:  1208**

**Total Fees:**      $100

**RAM Accounting Date:  20040428**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 04/28/2004 | $100 | 1 | $100 |

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3514
www.uspto.gov

# NOTICE OF APPROVAL OF EXTENSION REQUEST

## Dec 11, 2003

| | | |
|---|---|---|
| | TM13 | ATTORNEY |
| | | REFERENCE NUMBER: |
| DONALD S. SHOWALTER | | |
| HOLLAND & KNIGHT LLP | | |
| ONE EAST BROWARD BOULEVARD, SUITE 1300 | | |
| ONE E BROWARD BLVD STE 1300 | | T595-1275 |
| FORT LAUDERDALE FL 33301 | | |

**SERIAL NUMBER:**  76/303814
**MARK:**  KINGFISH
**OWNER:**  Harris Corporation
**EXTENSION REQUEST NUMBER:** 3     **NOTICE OF ALLOWANCE DATE:**  May 28, 2002

A Notice of Allowance was issued on May 28, 2002 for the trademark application identified above.  The THIRD request for Extension of Time to File a Statement of Use has been approved.  Applicant must continue to file extension requests every 6 months calculated from the date the Notice of Allowance was issued until a Statement of Use is filed.  Please note that a Statement of Use cannot be filed more than 36 months from the issuance date of the Notice of Allowance.

For further information please check the USPTO web site at www.uspto.gov or call the Trademark Assistance Center at 703-308-9000.

5/02

## FEE RECORD SHEET

**Serial Number:** 76303814

**RAM Sale Number:** 831

**RAM Accounting Date:** 20031126

**Total Fees:** $150

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Extension Request for SOU | 7004 | 11/26/2003 | $150 | 1 | $150 |

PTO Form 1581 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

# Extension Statement of Use Filing

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76303814 |
| **MARK SECTION** | |
| MARK | KINGFISH |
| **OWNER SECTION** | |
| NAME | Harris Corporation |
| STREET | 1025 West NASA Boulevard |
| CITY | Melbourne |
| STATE | FL |
| ZIP/POSTAL CODE | 32919 |
| COUNTRY | US |
| **ATTORNEY SECTION** | |
| ???????NAME | Donald S. Showalter |
| ???????FIRM NAME | Holland & Knight LLP |
| ???????INTERNAL ADDRESS | Suite 1300 |
| ???????STREET | One East Broward Boulevard |
| ???????CITY | Fort Lauderdale |
| ???????STATE | FL |
| ???????ZIP/POSTAL CODE | 33301 |
| ???????COUNTRY | USA |
| ???????PHONE | (954) 468-7879 |
| ???????FAX | (954) 463-2030 |
| ???????EMAIL | don.showalter@hklaw.com |
| ???????AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| ???????DOCKET NUMBER | 621020.01275 (T595) |
| ???????OTHER APPOINTED ATTORNEY(S) | Thomas L. Kautz |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| ???????INTERNATIONAL CLASS | 009 |
| ??????? KEEP EXISTING GOODS AND/OR SERVICES | YES |

## EXTENSION DEFINITION SECTION

| | |
|---|---|
| ???????EXTENSION NUMBER | 3 |
| ???????ONGOING EFFORT | Preparation for shipment. |
| ???????ALLOWANCE MAIL DATE | 20020528 |
| ???????STATEMENT OF USE | NO |

## SIGNATURE SECTION

| | |
|---|---|
| ??????? SIGNATURE | /Michael S. Yatsko/ |
| ??????? SIGNATORY NAME | Michael S. Yatsko |
| ??????? SIGNATORY DATE | 11/26/2003 |
| ??????? SIGNATORY POSITON | Sr. Intellectual Property Counsel |

## PAYMENT SECTION

| | |
|---|---|
| ???????NUMBER OF CLASSES | 1 |
| ???????SUBTOTAL AMOUNT | 150 |
| ???????TOTAL AMOUNT | 150 |
| ???????RAM SALE NUMBER | 831 |
| ???????RAM ACCOUNTING DATE | 20031126 |

## FILING INFORMATION

| | |
|---|---|
| SUBMIT DATE | Wed Nov 26 11:56:58 EST 2003 |
| TEAS STAMP | USPTO/ESU-172.30.230.5-20031126115658702047-76303814-20021a45ca68c1ba7994f4946ff851a763DA831-20031126102607084059 |

PTO Form 1581 (Rev 4/2000)

OMB Control #0651-0009 (Exp. 08/31/2004)

## Trademark/Service Mark Extension for Filing a Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**SERIAL NUMBER:**?76303814
**MARK:**? KINGFISH

The applicant, Harris Corporation, residing at 1025 West NASA Boulevard , Melbourne, FL US 32919, requests a si
month extension of time to file the Statement of Use under 37 C.F.R. Section 2.89 in this application. ?? The Notice
Allowance mailing date was 05/28/2002.

For International Class 009, the applicant has a bona fide intention to use the mark in commerce on or in connection
with all of the goods and/or services listed in the Notice of Allowance.

This is the third extension request. ? The applicant has made the following ongoing efforts to use the mark in
commerce on or in connection with those goods and/or services for which use of the mark has not yet been made:
Preparation for shipment.

A fee payment in the amount of $150 will be submitted with the form, representing payment for 1 class.

### Declaration

The undersigned being hereby warned that willful false statements and the like are punishable by fine or
imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may
jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on beha
of the Owner; and all statements made of his/her own knowledge are true and that all statements made on informatio
and belief are believed to be true.

Signature: /Michael S. Yatsko/ Date: 11/26/2003
Signatory's Name: Michael S. Yatsko
Signatory's Position: Sr. Intellectual Property Counsel

Go Back

PTO Form 1581 (Rev 4/2000)

OMB Control #0651-0009 (Exp. 08/31/2004)


EXT REQ GRANTED
8-1-03

## Trademark/Service Mark Extension for Filing a Statement of Use
### (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**SERIAL NUMBER:** 76303814
**MARK:** KINGFISH

The applicant, Harris Corporation, residing at 1025 West NASA Boulevard , Melbourne, FL US 32919, requests a six-month extension of time to file the Statement of Use under 37 C.F.R. Section 2.89 in this application.   The Notice of Allowance mailing date was 05/28/2002.

For International Class 009, the applicant has a bona fide intention to use the mark in commerce on or in connection with all of the goods and/or services listed in the Notice of Allowance.

This is the second extension request.   The applicant has made the following ongoing efforts to use the mark in commerce on or in connection with those goods and/or services for which use of the mark has not yet been made: preparation for production for the goods.

A fee payment in the amount of $150 will be submitted with the form, representing payment for 1 class.

### Declaration

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Michael S. Yatsko/ Date: 05/01/2003
Signatory's Name: Michael S. Yatsko
Signatory's Position: Sr. Intellectual Property Counsel

Go Back

PTO Form 1581 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Extension Statement of Use Filing

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76303814 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **MARK SECTION** | |
| MARK | KINGFISH |
| **OWNER SECTION (no change)** | |
| **ATTORNEY SECTION** | |
| NAME | Donald S. Showalter |
| FIRM NAME | Holland & Knight LLP |
| INTERNAL ADDRESS | Suite 1300 |
| STREET | One East Broward Boulevard |
| CITY | Fort Lauderdale |
| STATE | FL |
| ZIP/POSTAL CODE | 33301 |
| COUNTRY | USA |
| PHONE | (954) 468-7879 |
| FAX | (954) 463-2030 |
| EMAIL | don.showalter@hklaw.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET NUMBER | 621020.01275 (T595) |
| OTHER APPOINTED ATTORNEY | Thomas L. Kautz |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 009 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |

## EXTENSION SECTION

| | |
|---|---|
| EXTENSION NUMBER | 3 |
| ONGOING EFFORT | Preparation for shipment. |
| ALLOWANCE MAIL DATE | 05/28/2002 |
| STATEMENT OF USE | NO |

## PAYMENT SECTION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| SUBTOTAL AMOUNT | 150 |
| TOTAL AMOUNT | 150 |

## SIGNATURE SECTION

| | |
|---|---|
| SIGNATURE | /Michael S. Yatsko/ |
| SIGNATORY NAME | Michael S. Yatsko |
| SIGNATORY DATE | 11/26/2003 |
| SIGNATORY POSITION | Sr. Intellectual Property Counsel |

## FILING INFORMATION

| | |
|---|---|
| SUBMIT DATE | Wed Nov 26 11:56:58 EST 2003 |
| TEAS STAMP | USPTO/ESU-172.30.230.5-20 031126115658702047-763038 14-20021a45ca68c1ba7994f4 946ff851a763DA831-2003112 6102607084059 |

PTO Form 1581 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Trademark/Service Mark Extension for Filing a Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**FEE RECORD SHEET**

**Serial Number:**   76303814

**RAM Sale Number:  831**

**Total Fees:**      $150

**RAM Accounting Date:  20031126**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Extension Request for SOU | 7004 | 11/26/2003 | $150 | 1 | $150 |

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA   22202-3514
www.uspto.gov

# NOTICE OF APPROVAL OF EXTENSION REQUEST

## Nov 20, 2003

TM13                                    ATTORNEY

REFERENCE NUMBER:

DONALD S. SHOWALTER
HOLLAND & KNIGHT LLP
ONE EAST BROWARD BOULEVARD, SUITE 1300                              T595-1275
ONE E BROWARD BLVD STE 1300
FORT LAUDERDALE FL 33301

**SERIAL NUMBER:**  76/303814
**MARK:**  KINGFISH
**OWNER:**  Harris Corporation
**EXTENSION REQUEST NUMBER:** 2     **NOTICE OF ALLOWANCE DATE:** May 28, 2002

A Notice of Allowance was issued on May 28, 2002 for the trademark application identified above.  The SECOND request for Extension of Time to File a Statement of Use has been approved.  Applicant must continue to file extension requests every 6 months calculated from the date the Notice of Allowance was issued until a Statement of Use is filed.  Please note that a Statement of Use cannot be filed more than 36 months from the issuance date of the Notice of Allowance.

For further information please check the USPTO web site at www.uspto.gov or call the Trademark Assistance Center at 703-308-9000.

**FEE RECORD SHEET**

Serial Number:   76303814



RAM Sale Number:  70

Total Fees:     $150

RAM Accounting Date:  20030502

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Extension Request for SOU | 7004 | 20030502 | $150 | 1 | $150 |

PTO Form 1581 (Rev 4/2000)

OMB Control #0651-0009 (Exp. 08/31/2004)

# Extension Statement of Use Filing

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76303814 |
| **MARK SECTION** | |
| MARK | KINGFISH |
| **OWNER SECTION** | |
| NAME | Harris Corporation |
| STREET | 1025 West NASA Boulevard |
| CITY | Melbourne |
| STATE | FL |
| ZIP/POSTAL CODE | 32919 |
| COUNTRY | US |
| **ATTORNEY SECTION** | |
| NAME | Donald S. Showalter |
| FIRM NAME | Holland & Knight LLP |
| INTERNAL ADDRESS | Suite 1300 |
| STREET | One East Broward Boulevard |
| CITY | Fort Lauderdale |
| STATE | FL |
| ZIP/POSTAL CODE | 33301 |
| COUNTRY | USA |
| PHONE | (954) 468-7879 |
| FAX | (954) 463-2030 |
| EMAIL | dshowalt@hklaw.com |
| DOCKET NUMBER | 621020.01275 (T595) |

| OTHER APPOINTED ATTORNEY(S) | Thomas L. Kautz |
| --- | --- |
| **LAW OFFICE ASSIGNED** | TMO Law Office 113 |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 009 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| **EXTENSION DEFINITION SECTION** | |
| EXTENSION NUMBER | 2 |
| ONGOING EFFORT | preparation for production for the goods. |
| ALLOWANCE MAIL DATE | 20020528 |
| STATEMENT OF USE | NO |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Michael S. Yatsko/ |
| SIGNATORY NAME | Michael S. Yatsko |
| SIGNATORY DATE | 05/01/2003 |
| SIGNATORY POSITON | Sr. Intellectual Property Counsel |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| SUBTOTAL AMOUNT | 150 |
| TOTAL AMOUNT | 150 |
| RAM SALE NUMBER | 70 |
| RAM ACCOUNTING DATE | 20030502 |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu May 01 15:27:53 EDT 2003 |
| TEAS STAMP | USPTO/ESU-172.30.228.74-<br>20030501152753744129-76303814-<br>2006bf399c15ea1a715cfa4a3aa5e1bfa9dDA70-<br>20030501145726595138 |

PTO Form 1581 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Extension Statement of Use Filing

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76303814 |
| **LAW OFFICE ASSIGNED** | TMO Law Office 113 |
| **MARK SECTION** | |
| MARK | KINGFISH |
| **OWNER SECTION (no change)** | |
| **ATTORNEY SECTION** | |
| NAME | Donald S. Showalter |
| FIRM NAME | Holland & Knight LLP |
| INTERNAL ADDRESS | Suite 1300 |
| STREET | One East Broward Boulevard |
| CITY | Fort Lauderdale |
| STATE | FL |
| ZIP/POSTAL CODE | 33301 |
| COUNTRY | USA |
| PHONE | (954) 468-7879 |
| FAX | (954) 463-2030 |
| EMAIL | dshowalt@hklaw.com |
| DOCKET NUMBER | 621020.01275 (T595) |
| OTHER APPOINTED ATTORNEY | Thomas L. Kautz |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 009 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| **EXTENSION SECTION** | |
| EXTENSION NUMBER | 2 |

| | |
|---|---|
| ONGOING EFFORT | preparation for production for the goods. |
| ALLOWANCE MAIL DATE | 05/28/2002 |
| STATEMENT OF USE | NO |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| SUBTOTAL AMOUNT | 150 |
| TOTAL AMOUNT | 150 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Michael S. Yatsko/ |
| SIGNATORY NAME | Michael S. Yatsko |
| SIGNATORY DATE | 05/01/2003 |
| SIGNATORY POSITION | Sr. Intellectual Property Counsel |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu May 01 15:27:53 EDT 2003 |
| TEAS STAMP | USPTO/ESU-172.30.228.74-2 0030501152753744129-76303 814-2006bf399c15ea1a715cf a4a3aa5e1bfa9dDA70-200305 01145726595138 |

PTO Form 1581 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Trademark/Service Mark Extension for Filing a Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**FEE RECORD SHEET**

**Serial Number:**   76303814

**RAM Sale Number:  70**

**RAM Accounting Date:  20030502**

**Total Fees:**   $150

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Extension Request for SOU | 7004 | 20030502 | $150 | 1 | $150 |

PTO/TM/1581 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

## ~REQUEST FOR EXTENSION OF TIME TO FILE A STATEMENT OF USE~

### * To the Commissioner for Trademarks *

&lt;DOCUMENT INFORMATION&gt;
&lt;TRADEMARK/SERVICEMARK EXTENSION&gt;
&lt;VERSION 1.24&gt;

**&lt;TRADEMARK/SERVICEMARK INFORMATION&gt;**
&lt;MARK&gt;   KINGFISH
&lt;SERIAL NUMBER&gt;   76303814
&lt;LAW OFFICE ASSIGNED&gt;   TMO Law Office 113



**&lt;APPLICANT INFORMATION&gt;**
&lt;NAME&gt;   Harris Corporation
&lt;STREET&gt;   1025 West NASA Boulevard
&lt;CITY&gt;   Melbourne
&lt;STATE&gt;   FL
&lt;COUNTRY&gt;   USA
&lt;ZIP/POSTAL CODE&gt;   32919

**&lt;NOTICE OF ALLOWANCE INFORMATION&gt;**
&lt;NOTICE OF ALLOWANCE MAILING DATE&gt;   05/28/2002

**&lt;GOODS AND SERVICES INFORMATION&gt;**
&lt;ALL GOODS AND/OR SERVICES IN NOTICE OF ALLOWANCE&gt;   Yes
~ Applicant has a bona fide intention to use or use through a related company the mark in commerce on or in connection with all the goods/services listed in the Notice of Allowance. ~

**&lt;EXTENSION REQUEST INFORMATION&gt;**
&lt;NUMBER OF EXTENSION REQUEST&gt;   1

**&lt;FEE INFORMATION&gt;**
&lt;TOTAL FEES PAID&gt;   150
&lt;NUMBER OF CLASSES&gt;   1

**&lt;SIGNATURE AND OTHER INFORMATION&gt;**
~ Declaration: Applicant has a continued bona fide intention to use or use through a related company the mark in commerce on or in connection with all the goods/services listed in the Notice of Allowance. Applicant requests a six-month extension of time to file the Statement of Use under 37 CFR 2.89. ~
~ The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true. ~
&lt;SIGNATURE&gt;   /Donald S. Showalter/

11/12/02

~REQUEST FOR EXTENSION OF TIME TO FILE A STATEMENT OF USE~          Page 2 of 2

<DATE>   11/08/2002
<NAME>   Donald S. Showalter
<TITLE>   Attorney for Applicant
<TELEPHONE NUMBER>   (954) 468-7879
<E-MAIL ADDRESS>   dshowalt@hklaw.com

**<RAM INFORMATION>**
<RAM SALE NUMBER>   462
<RAM ACCOUNTING DATE>   20021108
<INTERNET TRANSMISSION DATE>   Friday, 11-08-2002 11:03:11 EST
<TEAS STAMP>   USPTO/ESU-65127183114-20021108110314103-76303814-
1244fb9460c183f1c7894c6adce222f83e6-RAM-462-20021108105514103

The information collected on this form allows the USPTO to determine whether a mark may be registered on the Principal or Supplemental register, and provides notice of an applicant's claim of ownership of the mark. Responses to the request for information are required to obtain the benefit of a registration on the Principal or Supplemental register. 15 U.S.C. §§1051 et seq. and 37 C.F.R. Part 2. All information collected will be made public. Gathering and providing the information will require an estimated 13 minutes (depending if the application is based on an intent to use the mark in commerce, use of the mark in commerce, or a foreign application or registration). Please direct comments on the time needed to complete this form, and/or suggestions for reducing this burden to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington D.C. 20231. Please note that the PTO may not conduct or sponsor a collection of information using a form that does not display a valid OMB control number.

11/12/02

## ~REQUEST FOR EXTENSION OF TIME TO FILE A STATEMENT OF USE~

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| MARK | KINGFISH |
| SERIAL NUMBER | 76303814 |
| LAW OFFICE ASSIGNED | TMO Law Office 113 |
| NAME | Harris Corporation |
| STREET | 1025 West NASA Boulevard |
| CITY | Melbourne |
| STATE | FL |
| COUNTRY | USA |
| ZIP/POSTAL CODE | 32919 |
| NOTICE OF ALLOWANCE MAILING DATE | 05/28/2002 |
| ALL GOODS AND/OR SERVICES IN NOTICE OF ALLOWANCE | Yes |
| NUMBER OF EXTENSION REQUEST | 1 |
| TOTAL FEES PAID | 150 |
| NUMBER OF CLASSES | 1 |
| SIGNATURE | /Donald S. Showalter/ |
| DATE | 11/08/2002 |
| NAME | Donald S. Showalter |
| TITLE | Attorney for Applicant |
| TELEPHONE NUMBER | (954) 468-7879 |
| E-MAIL ADDRESS | dshowalt@hklaw.com |
| RAM SALE NUMBER | 462 |
| RAM ACCOUNTING DATE | 20021108 |
| INTERNET TRANSMISSION DATE | Friday, 11-08-2002 11:03:11 EST |

11/12/02

~REQUEST FOR EXTENSION OF TIME TO FILE A STATEMENT OF USE~               Page 2 of 2

TEAS STAMP              USPTO/ESU-65127183114-20021108110314103-76303814-
                        1244fb9460c183f1c7894c6adce222f83e6-RAM-462-
                        20021108105514103

Go Back

11/12/02

**FEE RECORD SHEET**

5/28/02

Serial Number:   76303814

RAM Sale Number:  462

RAM Accounting Date:   20021108

Total Fees:     $150

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Extension Request for SOU | 7004 | 11/08/2002 | $150 | 1 | $150 |

**FEE RECORD SHEET**

**Serial Number:**   76303814

**RAM Sale Number:  462**

**Total Fees:**   $150

**RAM Accounting Date:   20021108**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Extension Request for SOU | 7004 | 11/08/2002 | $150 | 1 | $150 |

PTO/TM/1581 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

# ~REQUEST FOR EXTENSION OF TIME TO FILE A STATEMENT OF USE~

## * To the Commissioner for Trademarks *

<DOCUMENT INFORMATION>
<TRADEMARK/SERVICEMARK EXTENSION>
<VERSION 1.24>

**<TRADEMARK/SERVICEMARK INFORMATION>**
<MARK>   KINGFISH
<SERIAL NUMBER>   76303814
<LAW OFFICE ASSIGNED>   TMO Law Office 113

**<APPLICANT INFORMATION>**
<NAME>   Harris Corporation
<STREET>   1025 West NASA Boulevard
<CITY>   Melbourne
<STATE>   FL
<COUNTRY>   USA
<ZIP/POSTAL CODE>   32919

**<NOTICE OF ALLOWANCE INFORMATION>**
<NOTICE OF ALLOWANCE MAILING DATE>   05/28/2002

**<GOODS AND SERVICES INFORMATION>**
<ALL GOODS AND/OR SERVICES IN NOTICE OF ALLOWANCE>   Yes
~ Applicant has a bona fide intention to use or use through a related company the mark in
commerce on or in connection with all the goods/services listed in the Notice of Allowance. ~

**<EXTENSION REQUEST INFORMATION>**
<NUMBER OF EXTENSION REQUEST>   1

**<FEE INFORMATION>**
<TOTAL FEES PAID>   150
<NUMBER OF CLASSES>   1

**<SIGNATURE AND OTHER INFORMATION>**
~ Declaration: Applicant has a continued bona fide intention to use or use through a related
company the mark in commerce on or in connection with all the goods/services listed in the
Notice of Allowance. Applicant requests a six-month extension of time to file the Statement of
Use under 37 CFR 2.89. ~
~ The undersigned being hereby warned that willful false statements and the like are
punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false
statements and the like may jeopardize the validity of this document, declares that he/she is
properly authorized to execute this document on behalf of the Owner; and all statements made
of his/her own knowledge are true and that all statements made on information and belief are
believed to be true. ~
<SIGNATURE>   /Donald S. Showalter/

11/12/02

<DATE>   11/08/2002
<NAME>   Donald S. Showalter
<TITLE>   Attorney for Applicant
<TELEPHONE NUMBER>   (954) 468-7879
<E-MAIL ADDRESS>   dshowalt@hklaw.com

**<RAM INFORMATION>**
<RAM SALE NUMBER>   462
<RAM ACCOUNTING DATE>   20021108
<INTERNET TRANSMISSION DATE>   Friday, 11-08-2002 11:03:11 EST
<TEAS STAMP>   USPTO/ESU-65127183114-20021108110314103-76303814-
1244fb9460c183f1c7894c6adce222f83e6-RAM-462-20021108105514103

The information collected on this form allows the USPTO to determine whethera mark may be registered on the Principal or Supplemental register, and providesnotice of an applicant's claim of ownership of the mark. Responses to the requestfor information are required to obtain the benefit of a registration on the Principal or Supplemental register. 15 U.S.C. §§1051 et seq. and 37 C.F.R. Part 2. Allinformation collected will be made public. Gathering and providing the information willrequire an estimated 13 minutes (depending if the application is based on an intentto use the mark in commerce, use of the mark in commerce, or a foreign application or registration).Please direct comments on the time needed to complete this form, and/or suggestions for reducing this burden to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce,Washington D.C. 20231. Please note that the PTO may not conduct or sponsor a collection of information using a form that does not display a valid OMB control number.

## ~REQUEST FOR EXTENSION OF TIME TO FILE A STATEMENT OF USE~

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| MARK | KINGFISH |
| SERIAL NUMBER | 76303814 |
| LAW OFFICE ASSIGNED | TMO Law Office 113 |
| NAME | Harris Corporation |
| STREET | 1025 West NASA Boulevard |
| CITY | Melbourne |
| STATE | FL |
| COUNTRY | USA |
| ZIP/POSTAL CODE | 32919 |
| NOTICE OF ALLOWANCE MAILING DATE | 05/28/2002 |
| ALL GOODS AND/OR SERVICES IN NOTICE OF ALLOWANCE | Yes |
| NUMBER OF EXTENSION REQUEST | 1 |
| TOTAL FEES PAID | 150 |
| NUMBER OF CLASSES | 1 |
| SIGNATURE | /Donald S. Showalter/ |
| DATE | 11/08/2002 |
| NAME | Donald S. Showalter |
| TITLE | Attorney for Applicant |
| TELEPHONE NUMBER | (954) 468-7879 |
| E-MAIL ADDRESS | dshowalt@hklaw.com |
| RAM SALE NUMBER | 462 |
| RAM ACCOUNTING DATE | 20021108 |
| INTERNET TRANSMISSION DATE | Friday, 11-08-2002 11:03:11 EST |

11/12/02

TEAS STAMP                    USPTO/ESU-65127183114-20021108110314103-76303814-
                              1244fb9460c183f1c7894c6adce222f83e6-RAM-462-
                              20021108105514103

Go Back

11/12/02

 

Page 01 of 01

U.S. Patent and Trademark Office (PTO)

# NOTICE OF ALLOWANCE

(NOTE: If any data on this notice is incorrect, please submit a written request for correction of the NOA to: Assistant Commissioner for Trademarks, Box ITU, 2900 Crystal Drive, Arlington, VA 22202-3513. Please include the serial number of your application on ALL correspondence with the PTO. 15 U.S.C. 1063(b)(2))

**ISSUE DATE OF NOA:** May 28, 2002

```
DONALD S. SHOWALTER                        ATTORNEY
HOLLAND & KNIGHT LLP                   REFERENCE NUMBER
ONE EAST BROWARD BOULEVARD, SUITE 1300    T595-1275
ONE E BROWARD BLVD STE 1300
FORT LAUDERDALE FL  33301
```

## ** IMPORTANT INFORMATION: 6 MONTH DEADLINE **

To avoid ABANDONMENT of this application, either a "Statement of Use" (a.k.a. "Allegation of Use") or a "Request for Extension of Time to File a Statement of Use" (a.k.a. "Extension Request") and the appropriate fee(s) must be received in the PTO within six months of the issue date of this Notice Of Allowance (NOA) for those goods and/or services based on intent to use.  Failure to do so will result in the ABANDONMENT of this application.

Please note that both the "Statement of Use" and "Extension Request" have many legal requirements, including fees. These requirements are explained in the PTO booklet "Basic Facts About Trademarks", which can be obtained upon request at (703)308-9000.  In addition, there are printed forms contained in this booklet (for "Statements of Use" and "Extension Requests") for your use.

### The following information should be reviewed for accuracy:

```
SERIAL NUMBER: 76/303814
MARK:          KINGFISH
OWNER:         Harris Corporation
               1025 West NASA Boulevard
               Melbourne, FLORIDA  32919
```

This application has the following bases, but not necessarily for all listed goods/services:
Section 1(a): NO       Section 1(b): YES       Section 44(e): NO

## GOODS/SERVICES BY INTERNATIONAL CLASS

009—electronic surveillance transceivers for tracking, locating and gathering information from cellular telephones

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

```
*** User: tvanhorn ***
```

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 2523 | N/A | 0 | 0 | 0:01 | "HARRIS"[ON] |
| 02 | 1286 | N/A | 100 | 100 | 0:05 | 1 NOT DEAD[LD] |
| 03 | 426 | N/A | 0 | 0 | 0:03 | "HARRIS CORPORATION"[ON] |
| 04 | 203 | 0 | 203 | 203 | 0:05 | 3 NOT DEAD[LD] |
| 05 | 17484 | N/A | 0 | 0 | 0:01 | *K{"iy"}NG*[BI,TI] |
| 06 | 3738 | N/A | 0 | 0 | 0:02 | *F{"iy"}SH*[BI,TI] |
| 07 | 87 | 40 | 47 | 47 | 0:01 | 5 AND 6 |
| 08 | 18356 | N/A | 0 | 0 | 0:01 | *K{v}NG*[BI,TI] |
| 09 | 88 | N/A | 0 | 0 | 0:01 | 6 AND 8 |
| 10 | 48 | 0 | 48 | 48 | 0:05 | 9 NOT DEAD[LD] |

```
Session started  10/31/01 5:04:46 PM
Session finished 10/31/01 5:11:01 PM
Total search duration 0:25 minutes
Session Duration 6:15 minutes

Default NEAR limit= 1 ADJ limit= 1
```

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919

For:       Electronic surveillance transceivers for tracking, locating and
           gathering information from cellular telephones

Int. Class:  009

# KINGFISH



08-23-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #79

**76303814**

3

# 76303814

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

08/28/2001 SWILSON  00000121 000870   76303814

01 FC:361        325.00 CH

PTO-1555
(5/87)

*U.S. Government Printing Office: 2000 — 466-232/29119

*TRADEMARK*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks                    **Docket No.: T595-1275**
2900 Crystal Drive
Arlington, VA 22202-3513
                                                         Date: August 23, 2001

Sir:

Transmitted herewith is an application for registration of:

  Mark:                          KINGFISH

  In International Class(es):     009

  On Behalf of Applicant:        Harris Corporation

  Applicant is a:

  _____          citizen of _____.

  _____          partnership of _____.

  __X__          corporation of ___Delaware_____.

Attached hereto are:

  __XX__  one executed application.

  __XX__  one drawing (_____ *formal*, __X__ *informal*).

  _____Three specimens for each International Class.

  __XX__  Intent to Use Application - no specimens attached.

  _____A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class.  The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870.  A duplicate copy of this sheet is attached.

  __XX__  The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870. The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870.   A duplicate copy of this sheet is attached.

_____          A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

__XX__         An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By_____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

---

**CERTIFICATION UNDER 37 C.F.R. 1.10**

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on August 23, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL677103904US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

Francine A. Nienow
_____
typed or printed name of person mailing correspondence

---

FTL1 #543891 v14

2

EL677103904US

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark:  KINGFISH

International Class: 009

To the Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

Harris Corporation (Applicant"), a Delaware corporation, located and doing business at 1025 West NASA Boulevard, Melbourne, Florida 32919.

Applicant requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance transceivers for tracking, locating and gathering information from cellular telephones in International Class 009.

Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods, pursuant to 15 U.S.C. §1051(b) as amended, by applying the mark to the goods and/or on the packaging for the goods.

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the Applicant; he believes the Applicant to be the owner of the mark sought to be registered, or, if

the application is being filed under 15 U.S.C. 1051(b), he believes Applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true and that all statements made on information and belief are believed to be true.

The undersigned hereby appoints Donald S. Showalter (R. No. 33,033); Thomas L. Kautz (R. No. 28,726); Leslie J. Hart (R. No. 26,462); Harry M. Fleck (R. No. 24,704) and Michael S. Yatsko (R. No. 28,135), its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark office connected therewith.  Please direct all telephone calls and correspondence to:

Donald S. Showalter, Esquire
Holland & Knight LLP
One East Broward Boulevard, Suite 1300
Fort  Lauderdale, Florida  33301
Phone (954) 468-7879
Fax:  (954) 463-2030
E-mail:  dshowalt@hklaw.com

HARRIS CORPORATION

By _Michael S Yatsko_____
Michael S. Yatsko, Esquire
Sr. Intellectual Property Counsel

Date_8/16/01_____

FTL1 #554733 v1

2

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919

For:        Electronic surveillance transceivers for tracking, locating and
            gathering information from cellular telephones

Int. Class:  009

# KINGFISH



08-23-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #79

76303814

3

EL677103904US

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark: KINGFISH

International Class: 009

To the Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

Harris Corporation (Applicant"), a Delaware corporation, located and doing business at 1025 West NASA Boulevard, Melbourne, Florida  32919.

Applicant requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance transceivers for tracking, locating and gathering information from cellular telephones in International Class 009.

Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods, pursuant to 15 U.S.C. §1051(b) as amended, by applying the mark to the goods and/or on the packaging for the goods.

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the Applicant; he believes the Applicant to be the owner of the mark sought to be registered, or, if

the application is being filed under 15 U.S.C. 1051(b), he believes Applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true and that all statements made on information and belief are believed to be true.

The undersigned hereby appoints Donald S. Showalter (R. No. 33,033); Thomas L. Kautz (R. No. 28,726); Leslie J. Hart (R. No. 26,462); Harry M. Fleck (R. No. 24,704) and Michael S. Yatsko (R. No. 28,135), its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark office connected therewith.  Please direct all telephone calls and correspondence to:

Donald S. Showalter, Esquire
Holland & Knight LLP
One East Broward Boulevard, Suite 1300
Fort  Lauderdale, Florida  33301
Phone (954) 468-7879
Fax:  (954) 463-2030
E-mail:  dshowalt@hklaw.com

HARRIS CORPORATION

By _Michael S Yatsko_

Michael S. Yatsko, Esquire
Sr. Intellectual Property Counsel

Date _8/16/01_

FTL1 #554733 v1

2

*TRADEMARK*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks                    **Docket No.:  T595-1275**
2900 Crystal Drive
Arlington, VA 22202-3513

Date: August 23, 2001

Sir:

Transmitted herewith is an application for registration of:

     Mark:                    KINGFISH

     In International Class(es):     009

     On Behalf of Applicant:     Harris Corporation

     Applicant is a:

          ____          citizen of _____.

          ____          partnership of _____.

          _X_         corporation of __Delaware_____.

Attached hereto are:

    _XX__ one executed application.

    _XX_ one drawing (___ *formal*, _X__ *informal*).

    _____Three specimens for each International Class.

    _XX__ Intent to Use Application - no specimens attached.

    _____A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class.  The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870.  A duplicate copy of this sheet is attached.

    _XX__ The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870.  The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

_____   A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

XX   An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____
Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

CERTIFICATION UNDER 37 C.F.R. 1.10

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on August 23, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL677103904US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence


Francine A. Nienow
typed or printed name of person mailing correspondence

FTL1 #543891 v14

2

# 76303814

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

08/28/2001 SWILSON 00000121 000078   76303814

01 FC:361        325.00 CH

PTO-1555
(5/87)

*U.S. Government Printing Office: 2000 — 466-232/29119

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919

For:        Electronic surveillance transceivers for tracking, locating and
            gathering information from cellular telephones

Int. Class:  009

# KINGFISH



08-23-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #79

PUBLISHED
03/05/02

76303814

3