# **ATTACHMENT 10**

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR


ATTACHMENT 10: Space and Naval Warfare Systems Center (SPAWARSYSCEN). (Jun. 10, 2004). *Sole Source Harris Corporation AmberJack G antennas and antenna accessory kits* (Solicitation Number: N65236-04-R-0096).



Buyers: Login | Register    Vendors: Login | Register    Accessibility

## 58 -- Sole Source Harris Corporation AmberJack G antennas and antenna accessory kits

**Solicitation Number:** N65236-04-R-0096
Agency: Department of the Navy
Office: Space and Naval Warfare Systems Command
Location: SPAWAR Systems Center Atlantic

**Notice Details** | Packages | Interested Vendors List                                Print    Link

**Original Synopsis**
Jun 10, 2004
12:00 am

**Return To Opportunities List**

| | |
|---|---|
| **Solicitation Number:** N65236-04-R-0096 | **Notice Type:** Presolicitation |

**Synopsis:**

Added: June 10, 2004

Space and Naval Warfare Systems Center (SPAWARSYSCEN) Charleston intends to negotiate, on a Sole Source basis, with Harris Corporation, 2400 Palm Bay Road NE, Melbourne, FL 32902-0037. The contractor shall provide four (4) ea. AmberJack G magnetic mount vehicular direction find antennas and seven (7) ea. direction find accessory kits. A Firm Fixed Price type contract is anticipated. This notice of intent is not a Request for Competitive Proposals. The applicable NAICS Code is 334511 with a size standard of 750 employees and FSC Code 5810 apply. Comments shall be submitted in writing to Mr. Chris Brutsch, Code 0217CB, Contract Specialist at chris.brutsch@navy.mil no later than 15 days from the date of this notice. See Note 22.

**Contracting Office Address:**
P.O. Box 190022, North Charleston SC 29419-9022

**Point of Contact(s):**
Point of Contact - Chris Brutsch, Contract Specialist, 843-218-5965; Chris Brutsch, Contracting Officer, 843-218-5965

Contract Specialist

**GENERAL INFORMATION**

**Notice Type:**
Presolicitation

**Posted Date:**
June 10, 2004

**Response Date:**
June 25, 2004

**Archiving Policy:**
Automatic, on specified date

**Archive Date:**
July 25, 2004

**Original Set Aside:**
N/A

**Set Aside:**
N/A

**Classification Code:**
58 -- Communication, detection, & coherent radiation equipment

**Return To Opportunities List**

For Help: Federal Service Desk    Accessibility