## ATTACHMENT 11

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND MOTION FOR
SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR


ATTACHMENT 11:   United States Patent and Trademark Office, *Trademark Reg. No.
2,710,009 [AmberJack]* (registered Aug. 22, 2003).

Generated on: This page was generated by TSDR on 2014-05-16 15:18:01 EDT

Mark: AMBERJACK

# AMBERJACK

| | | | |
|---|---|---|---|
| US Serial Number: | 76303502 | Application Filing Date: | Aug. 21, 2001 |
| US Registration Number: | 2710009 | Registration Date: | Apr. 22, 2003 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| Status: | The registration has been renewed. | | |
| Status Date: | Mar. 22, 2013 | | |
| Publication Date: | Apr. 16, 2002 | Notice of Allowance Date: | Jul. 09, 2002 |

## Mark Information

Mark Literal Elements: AMBERJACK

Standard Character Claim: No

Mark Drawing Type: 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Direction finding antennas for use in locating and tracking mobile telephones | | |
| International Class(es): | 009 - Primary Class | U.S Class(es): | 021, 023, 026, 036, 038 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Oct. 28, 2002 | Use in Commerce: | Oct. 28, 2002 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| Filed Use: | No | Currently Use: | Yes | Amended Use: | No |
| Filed ITU: | Yes | Currently ITU: | No | Amended ITU: | No |
| Filed 44D: | No | Currently 44D: | No | Amended 44D: | No |
| Filed 44E: | No | Currently 44E: | No | Amended 44E: | No |
| Filed 66A: | No | Currently 66A: | No | | |
| Filed No Basis: | No | Currently No Basis: | No | | |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Harris Corporation |
| Owner Address: | 1025 West NASA Boulevard<br>Melbourne, FLORIDA 32919<br>UNITED STATES |
| Legal Entity Type: | CORPORATION |
| State or Country Where Organized: | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| Attorney Name: | Donald S. Showalter | Docket Number: | T596 621020. |
| Attorney Primary Email Address: | don.showalter@gray-robinson.com | Attorney Email Authorized: | No |

### Correspondent

| | |
|---|---|
| Correspondent Name/Address: | Donald S. Showalter<br>GRAYROBINSON, P.A.<br>SUITE 1850<br>401 EAST LAS OLAS BLVD.<br>FORT LAUDERDALE, FLORIDA 33301 |

UNITED STATES

**Phone:** 954-761-7473                                           **Fax:** 954-761-8112

**Correspondent e-mail:** don.showalter@gray-robinson.com          **Correspondent e-mail** No
                                                                   **Authorized:**

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Mar. 22, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - MAILED | |
| Mar. 22, 2013 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 66607 |
| Mar. 22, 2013 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 66607 |
| Mar. 22, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 66607 |
| Mar. 07, 2013 | TEAS SECTION 8 & 9 RECEIVED | |
| Jul. 31, 2008 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 75461 |
| Jul. 30, 2008 | ASSIGNED TO PARALEGAL | 75461 |
| Jul. 17, 2008 | TEAS SECTION 8 & 15 RECEIVED | |
| May 19, 2008 | CASE FILE IN TICRS | |
| Apr. 22, 2003 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 27, 2003 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Feb. 26, 2003 | ASSIGNED TO EXAMINER | 73717 |
| Feb. 20, 2003 | STATEMENT OF USE PROCESSING COMPLETE | |
| Dec. 19, 2002 | USE AMENDMENT FILED | |
| Dec. 19, 2002 | TEAS STATEMENT OF USE RECEIVED | |
| Jul. 09, 2002 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Apr. 16, 2002 | PUBLISHED FOR OPPOSITION | |
| Mar. 27, 2002 | NOTICE OF PUBLICATION | |
| Jan. 18, 2002 | ASSIGNED TO EXAMINER | 73717 |
| Oct. 30, 2001 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 30, 2001 | ASSIGNED TO EXAMINER | 73717 |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Apr. 22, 2013

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found                    **Date in Location:** Mar. 22, 2013

Side - 1



# NOTICE OF ACCEPTANCE OF §8
# DECLARATION AND §9 RENEWAL
## MAILING DATE: Mar 22, 2013

The declaration and renewal application filed in connection with the registration identified below meets the requirements of Sections 8 and 9 of the Trademark Act, 15 U.S.C. §§1058 and 1059.  The declaration is accepted and renewal is granted.  The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov.  To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**       **2710009**
**MARK:**                   **AMBERJACK**
**OWNER:**                 **Harris Corporation**

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

Donald S. Showalter
GRAYROBINSON, P.A.
SUITE 1850
401 EAST LAS OLAS BLVD.
FORT LAUDERDALE, FL   33301

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2710009 |
| **REGISTRATION DATE** | 04/22/2003 |
| **SERIAL NUMBER** | 76303502 |
| **MARK SECTION** | |
| **MARK** | AMBERJACK |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Donald S. Showalter |
| **FIRM NAME** | GRAYROBINSON, P.A. |
| **INTERNAL ADDRESS** | 401 EAST LAS OLAS BLVD. |
| **STREET** | SUITE 1850 |
| **CITY** | FORT LAUDERDALE |
| **STATE** | Florida |
| **POSTAL CODE** | 33301 |
| **COUNTRY** | United States |
| **PHONE** | 954-761-7473 |
| **FAX** | 954-761-8112 |
| **ATTORNEY SECTION (proposed)** | |
| **NAME** | Donald S. Showalter |
| **FIRM NAME** | GRAYROBINSON, P.A. |
| **INTERNAL ADDRESS** | 401 EAST LAS OLAS BLVD. |
| **STREET** | SUITE 1850 |
| **CITY** | FORT LAUDERDALE |

| STATE | Florida |
|---|---|
| POSTAL CODE | 33301 |
| COUNTRY | United States |
| PHONE | 954-761-7473 |
| FAX | 954-761-8112 |
| EMAIL | don.showalter@gray-robinson.com |
| DOCKET/REFERENCE NUMBER | T596 621020.1276 |
| OTHER APPOINTED ATTORNEY | Thomas L. Kautz |

## CORRESPONDENCE SECTION (current)

| NAME | DONALD S. SHOWALTER |
|---|---|
| FIRM NAME | GRAYROBINSON, P.A. |
| INTERNAL ADDRESS | 401 EAST LAS OLAS BLVD. |
| STREET | SUITE 1850 |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33301 |
| COUNTRY | United States |
| PHONE | 954-761-7473 |
| FAX | 954-761-8112 |

## CORRESPONDENCE SECTION (proposed)

| NAME | DONALD S. SHOWALTER |
|---|---|
| FIRM NAME | GRAYROBINSON, P.A. |
| INTERNAL ADDRESS | 401 EAST LAS OLAS BLVD. |
| STREET | SUITE 1850 |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33301 |
| COUNTRY | United States |
| PHONE | 954-761-7473 |
| FAX | 954-761-8112 |
| EMAIL | don.showalter@gray-robinson.com |

| DOCKET/REFERENCE NUMBER | T596 621020.1276 |
|---|---|

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 009 |
|---|---|
| GOODS OR SERVICES | Direction finding antennas for use in locating and tracking mobile telephones |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\763\035\76303502\xml1\ S890002.JPG |
| SPECIMEN DESCRIPTION | Digital image showing the mark affixed to the goods. |

## OWNER SECTION (current)

| NAME | Harris Corporation |
|---|---|
| STREET | 1025 West NASA Boulevard |
| CITY | Melbourne |
| STATE | Florida |
| ZIP/POSTAL CODE | 32919 |
| COUNTRY | United States |

## LEGAL ENTITY SECTION (current)

| TYPE | corporation |
|---|---|
| STATE/COUNTRY OF INCORPORATION | Delaware |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 500 |
| TOTAL FEE PAID | 500 |

## SIGNATURE SECTION

| SIGNATURE | /Ronald S. Blum II/ |
|---|---|
| SIGNATORY'S NAME | Ronald S. Blum II |
| SIGNATORY'S POSITION | Managing Counsel, IP |
| DATE SIGNED | 03/06/2013 |
| SIGNATORY'S PHONE NUMBER | (321) 724-3422 |
| PAYMENT METHOD | DA |

**FILING INFORMATION**

| SUBMIT DATE | Thu Mar 07 13:45:27 EST 2013 |
|---|---|
| **TEAS STAMP** | USPTO/S08N09-38.101.126.5 3-20130307134527696063-27 10009-500628160d47de497bc ffcf5e315c2bdca71c2d16187 6e1fe8b9e62c79dc213-DA-71 -20130306133001130925 |

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2710009
**REGISTRATION DATE:** 04/22/2003

**MARK:** AMBERJACK

The owner, Harris Corporation, a corporation of Delaware, having an address of
   1025 West NASA Boulevard
   Melbourne, Florida 32919
   United States
is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For International Class 009, the mark is in use in commerce on or in connection with **all** goods or services listed in the existing registration for this specific class: Direction finding antennas for use in locating and tracking mobile telephones ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Digital image showing the mark affixed to the goods..
Specimen File1
The registrant's current Attorney Information: Donald S. Showalter of  GRAYROBINSON, P.A.
   401 EAST LAS OLAS BLVD.
   SUITE 1850
   FORT LAUDERDALE, Florida (FL) 33301
   United States


The registrant's proposed Attorney Information: Donald S. Showalter of  GRAYROBINSON, P.A.
   401 EAST LAS OLAS BLVD.
   SUITE 1850
   FORT LAUDERDALE, Florida (FL) 33301
   United States
The docket/reference number is T596 621020.1276.
The Other Appointed Attorney(s): Thomas L. Kautz.

The phone number is 954-761-7473.

The fax number is 954-761-8112.

The email address is don.showalter@gray-robinson.com.

The registrant's current Correspondence Information: DONALD S. SHOWALTER of
 GRAYROBINSON, P.A.
        401 EAST LAS OLAS BLVD.
        SUITE 1850
        FORT LAUDERDALE, Florida (FL) 33301
        United States


The registrant's proposed Correspondence Information: DONALD S. SHOWALTER of
 GRAYROBINSON, P.A.
        401 EAST LAS OLAS BLVD.
        SUITE 1850
        FORT LAUDERDALE, Florida (FL) 33301
        United States
The docket/reference number is T596 621020.1276.


The phone number is 954-761-7473.

The fax number is 954-761-8112.

The email address is don.showalter@gray-robinson.com.

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1
class(es), plus any additional grace period fee, if necessary.

**Declaration**


**Section 8: Declaration of Use and/or Excusable Nonuse in Commerce**
*Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in
connection with the goods and/or services identified above, as evidenced by the attached specimen(s)
showing the mark as used in commerce.*


The undersigned being hereby warned that willful false statements and the like are punishable by fine or
imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like
may jeopardize the validity of this document, declares that he/she is properly authorized to execute this
document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all
statements made on information and belief are believed to be true.

**Section 9: Application for Renewal**
*The registrant requests that the registration be renewed for the goods/services identified above.*


Signature: /Ronald S. Blum II/     Date: 03/06/2013
Signatory's Name: Ronald S. Blum II
Signatory's Position: Managing Counsel, IP
Signatory's Phone Number: (321) 724-3422

Mailing Address **(current):**
  GRAYROBINSON, P.A.
  SUITE 1850
  FORT LAUDERDALE, Florida 33301

Mailing Address **(proposed):**
  GRAYROBINSON, P.A.
  SUITE 1850
  FORT LAUDERDALE, Florida 33301

Serial Number: 76303502
Internet Transmission Date: Thu Mar 07 13:45:27 EST 2013
TEAS Stamp: USPTO/S08N09-38.101.126.53-2013030713452
7696063-2710009-500628160d47de497bcffcf5
e315c2bdca71c2d161876e1fe8b9e62c79dc213-
DA-71-20130306133001130925



# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**   2710009

**Serial Number:**   76303502

**RAM Sale Number:  2710009**

**RAM Accounting Date:  20130308**

**Total Fees:**   $500

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20130307 | $100 | 1 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20130307 | $400 | 1 | 1 | $400 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20130307







UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO:  2710009      SERIAL NO: 76/303502      MAILING DATE:  07/31/2008
REGISTRATION DATE:  04/22/2003
MARK:   AMBERJACK
REGISTRATION OWNER:   Harris Corporation

**CORRESPONDENCE ADDRESS:**

Donald S. Showalter
GrayRobinson, P.A.
Suite 1850
401 East Las Olas Blvd.
FORT LAUDERDALE FL 33301

# NOTICE OF ACCEPTANCE
15  U.S.C.  Sec.  1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF
SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

**************************************************

# NOTICE OF ACKNOWLEDGEMENT
15  U.S.C.  Sec.  1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 15 OF
THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

**ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.**

**************************************************

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
009.

RICE, GREGGRY A
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability Under Sections 8 & 15

## The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| **REGISTRATION NUMBER** | 2710009 |
| **REGISTRATION DATE** | 04/22/2003 |
| **SERIAL NUMBER** | 76303502 |
| **MARK SECTION** | |
| MARK | AMBERJACK |
| **OWNER SECTION (current)** | |
| NAME | Harris Corporation |
| STREET | 1025 West NASA Boulevard |
| CITY | Melbourne |
| STATE | Florida |
| ZIP/POSTAL CODE | 32919 |
| COUNTRY | United States |
| **ATTORNEY SECTION (current)** | |
| NAME | Donald S. Showalter |
| FIRM NAME | HOLLAND & KNIGHT LLP |
| STREET | 1 E BROWARD BLVD STE 1300 |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33301-1865 |
| COUNTRY | United States |
| PHONE | 954-468-7879 |
| FAX | 954-463-2030 |
| **ATTORNEY SECTION (proposed)** | |

| NAME | Donald S. Showalter |
|---|---|
| FIRM NAME | GrayRobinson, P.A. |
| INTERNAL ADDRESS | Suite 1850 |
| STREET | 401 East Las Olas Blvd. |
| CITY | FORT LAUDERDALE |
| STATE | Florida |
| POSTAL CODE | 33301 |
| COUNTRY | United States |
| PHONE | 954-761-7473 |
| FAX | 954-761-8112 |
| ATTORNEY DOCKET NUMBER | 621020.1276 |
| OTHER APPOINTED ATTORNEY | Thomas L. Kautz |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 009 |
|---|---|
| GOODS OR SERVICES | KEEP ALL LISTED |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT2\IMAGEOUT2\763\035\76303502\xml1\81_50002.JPG |
| SPECIMEN DESCRIPTION | Digital image of the mark as used on the goods |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 300 |
| TOTAL FEE PAID | 300 |

## SIGNATURE SECTION

| SIGNATURE | /Ronald S. Blum II/ |
|---|---|
| SIGNATORY'S NAME | Ronald S. Blum II |
| SIGNATORY'S POSITION | Counsel, IP |
| DATE SIGNED | 07/17/2008 |
| PAYMENT METHOD | DA |

## FILING INFORMATION

| SUBMIT DATE | Thu Jul 17 09:27:04 EDT 2008 |
|---|---|

| | |
|---|---|
| **TEAS STAMP** | USPTO/S08N15-209.36.59.1-20080717092704589505-2710009-4001a93f6b9a1afda2562615616319b20c6-DA-7241-20080717090056636853 |

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability Under Sections 8 & 15 To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2710009
**REGISTRATION DATE:** 04/22/2003

**MARK:**  AMBERJACK

The owner, Harris Corporation, having an address of
    1025 West NASA Boulevard
    Melbourne, Florida 32919
    United States
is filing a Combined Declaration of Use and Incontestability Under Sections 8 & 15.

For International Class 009, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Digital image of the mark as used on the goods.
Specimen File1

The registrant hereby appoints Donald S. Showalter and Thomas L. Kautz of  GrayRobinson, P.A.
    Suite 1850
    401 East Las Olas Blvd.
    FORT LAUDERDALE, Florida 33301
    United States
to file this Combined Declaration of Use and Incontestability Under Sections 8 & 15 on behalf of the registrant.  The attorney docket/reference number is 621020.1276.

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

## Declaration

*The owner, or its related company, is using the mark in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The owner, or its related company, has continuously used the mark in commerce on or in*

*connection with the goods and/or services identified above, for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still using the mark in commerce on or in connection with the identified goods and/or services. There has been no final decision adverse to the owner's claim of ownership of such mark for such goods and/or services, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Ronald S. Blum II/     Date: 07/17/2008
Signatory's Name: Ronald S. Blum II
Signatory's Position: Counsel, IP

Mailing Address (**current**):
  HOLLAND & KNIGHT LLP
  1 E BROWARD BLVD STE 1300
  FORT LAUDERDALE, Florida 33301-1865

Mailing Address (**proposed**):
  GrayRobinson, P.A.
  401 East Las Olas Blvd.
  FORT LAUDERDALE, Florida 33301

Serial Number: 76303502
Internet Transmission Date: Thu Jul 17 09:27:04 EDT 2008
TEAS Stamp: USPTO/S08N15-209.36.59.1-200807170927045
89505-2710009-4001a93f6b9a1afda256261561
6319b20c6-DA-7241-20080717090056636853



**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:**   2710009

**Serial Number:**   76303502

**RAM Sale Number:  7241**

**RAM Accounting Date:  20080717**

**Total Fees:**      $300

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20080717 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20080717 | $200 | 1 | 1 | $200 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20080717