

Trademark

Serial Number
(Text)

76303502

NEW CASE DELIVERED

OCT 3 1 2001

LAW OFFICE 113

## PROSECUTION HISTORY

| | Entry | Date | Initials |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | NOP 04/16/02 | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | NOA 7/09/02  FEB 27 2003  SOU FILED | 12.19.02 | ML |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |
| 26. | | | |
| 27. | | | |
| 28. | | | |
| 29. | | | |
| 30. | | | |

☐  See inside of file for additional entries.

3/13/03
SM

## Post Registration

| Section 8 Accepted | | Renewal Granted | |
|---|---|---|---|
| (Signature) | (Date) | (Initials) | (Date) |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Section 15**
Acknowledged
(Signature)

**Cancelled - Section 8**
(Date)

**Expired - Section 9**
(Date)

2/1/02

FORM PTO-102

Trademark

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

REG NUM: 2710009
REG DT: 04/22/2003
S/N 76/303502

76-303502

# AMBERJACK

AMBERJACK

PRINCIPAL

LAW OFFICE 103

76-303502 +

**FILING DATE**
August 22, 2001

**ORIGINAL APPLICANT**
Harris Corporation

**GOODS/SERVICES (CLASS 009)**
direction finding antennas for use in lo (ETC)

**FILING BASIS**
ITU

**ORIGINAL CORRESPONDENT**
DONALD S. SHOWALTER

ATTORNEY ADVISOR: _____ Melvin Axilbund

Approved for Publication (Principal Register) (Signature/Date)
_____  10/30/01

Approved for Registration (Section 1(d)) (Signature/Date)
_____  2/27/03

Approved for Registration (Supplemental Register) (Signature/Date)

PUBLISHED
04-16-02

NOA

☐ Abandoned

(Date)

**SPECIMEN**

**Internet Transmission Date:**
12192002

**Class Number:**
009

**Serial Number:**
76303502





## TRADEMARK EXAMINATION WORK SHEET

☐ AMENDMENT STAGE    ☐ NO CHANGE    ☐ PUBLICATION/REGISTRATION STAGE

Name: **MACY**    L.O.    **113**    Serial No. **75 / 76 / 78**

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

### Legal Instrument Examiner (LIE)

| | Amended | Data Element | | |
|---|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | ☐ Goods and Services | |
| | | ☐ First Use Date | ☐ First Use in Commerce Date | |
| | | ☐ In Another Form | ☐ Certification | |
| | | ☐ 1B    1A    44D    44E | | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark | |
| | | ☐ Mark Drawing Code | ☐ Design Search Code | |
| | | ☐ Scan SubDwg, Del/Images, Rescan dwg | | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer | |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent | |
| | | ☐ Translation | | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part | |
| | | ☐ Amended Register | ☐ Amended Register Date | |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) | |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date | |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date | |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number | |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date | |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA | |
| | | ☐ Address 1 | ☐ Address 2 | |
| | | ☐ City | ☐ State | |
| | | ☐ Zip Code | | |
| | | ☐ Citizenship | ☐ Entity | |
| | | ☐ Entity Statement | ☐ Composed of | |
| | | ☐ Assignment(s)/Name Change | | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative | |
| | | ☐ Attorney Docket Number | | |
| | | ☐ Correspondence Firm Name/Address | | |

I certify that all corrections have been entered in accordance with text editing guidelines.

**MACY**
LIE

**03/ 11 /03**
DATE

Other:_____
_____
_____

PTO/TM/1553 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

## ~TRADEMARK/SERVICE MARK ALLEGATION OF USE~
### (Statement of Use/Amendment to Allege Use)

### * To the Commissioner for Trademarks *

<DOCUMENT INFORMATION>
<TRADEMARK/SERVICEMARK ALLEGATION OF USE>
<VERSION 1.24>

**<TRADEMARK/SERVICEMARK INFORMATION>**
<MARK>   AMBERJACK
<TYPED FORM>   Yes
<SERIAL NUMBER>   76303502
<LAW OFFICE ASSIGNED>   TMO Law Office 113

**<APPLICANT INFORMATION>**
<NAME>   Harris Corporation
<STREET>   1025 West NASA Boulevard
<CITY>   Melbourne
<STATE>   FL
<COUNTRY>   US
<ZIP/POSTAL CODE>   32919

**<ATTORNEY INFORMATION>**
<NAME>   Donald S. Showalter
<STREET>   One East Broward Boulevard Suite 1300
<CITY>   Fort Lauderdale
<STATE>   FL
<COUNTRY>   USA
<ZIP/POSTAL CODE>   33301
<E-MAIL ADDRESS>   dshowalt@hklaw.com
<AUTHORIZE E-MAIL COMMUNICATION>   No

**<NOTICE OF ALLOWANCE INFORMATION>**
<NOTICE OF ALLOWANCE>   YES

**<GOODS AND SERVICES INFORMATION>**
<ALL GOODS AND/OR SERVICES IN NOTICE OF ALLOWANCE>   Yes
~ The applicant is using or is using through a related company the mark in commerce on or in
connection with all the goods/services listed in the Application/Notice of Allowance. ~

**<FEE INFORMATION>**
<TOTAL FEES PAID>   100
<NUMBER OF CLASSES>   1

**<USE INFORMATION>**
<INTERNATIONAL CLASS NUMBER>   009
<SPECIMEN>   Yes

<SPECIMEN DESCRIPTION>   a digital image of a label bearing the mark affixed to the goods.
<FIRST USE ANYWHERE DATE>   10/28/2002
<FIRST USE IN COMMERCE DATE>   10/28/2002

## <SIGNATURE AND OTHER INFORMATION>

~ Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. ~

~ The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true. ~

<USE E-SIGNATURE>   Yes
<SIGNATURE>   /Michael S. Yatsko/
<DATE>   12/19/2002
<NAME>   Michael S. Yatsko
<TITLE>   Sr. Intellectual Property Counsel

## <RAM INFORMATION>

<RAM SALE NUMBER>   512
<RAM ACCOUNTING DATE>   12/19/2002
<INTERNET TRANSMISSION DATE>   Thu Dec 19 09:21:46 EST 2002
<TEAS STAMP>   USPTO/SOU-172.30.228.74-20021219092146354004-76303502-
200eff148a73aade861971ce267a84b9420-RAM-512-20021219082237593004
<E-MAIL ADDRESS FOR ACKNOWLEDGMENT>   dshowalt@hklaw.com

The information collected on this form allows the USPTO to determine whether a mark may be registered on the Principal or Supplemental register, and provides notice of an applicant's claim of ownership of the mark. Responses to the request for information are required to obtain the benefit of a registration on the Principal or Supplemental register. 15 U.S.C. §§1051 et seq. and 37 C.F.R. Part 2. All information collected will be made public. Gathering and providing the information will require an estimated 13 minutes (depending if the application is based on an intent to use the mark in commerce, use of the mark in commerce, or a foreign application or registration) Please direct comments on the time needed to complete this form, and/or suggestions for reducing this burden to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington D.C. 20231. Please note that the PTO may not conduct or sponsor a collection of information using a form that does not display a valid OMB control number.

## ~TRADEMARK/SERVICE MARK ALLEGATION OF USE~
### (Statement of Use/Amendment to Allege Use)

**The table below presents the data as entered.**

| Input Field | Entered |
| --- | --- |
| MARK | AMBERJACK |
| TYPED FORM | Yes |
| SERIAL NUMBER | 76303502 |
| LAW OFFICE ASSIGNED | TMO Law Office 113 |
| NAME | Harris Corporation |
| STREET | 1025 West NASA Boulevard |
| CITY | Melbourne |
| STATE | FL |
| COUNTRY | US |
| ZIP/POSTAL CODE | 32919 |
| NAME | Donald S. Showalter |
| STREET | One East Broward Boulevard Suite 1300 |
| CITY | Fort Lauderdale |
| STATE | FL |
| COUNTRY | USA |
| ZIP/POSTAL CODE | 33301 |
| E-MAIL ADDRESS | dshowalt@hklaw.com |
| AUTHORIZE E-MAIL COMMUNICATION | No |
| NOTICE OF ALLOWANCE | YES |
| ALL GOODS AND/OR SERVICES IN NOTICE OF ALLOWANCE | Yes |
| TOTAL FEES PAID | 100 |
| NUMBER OF CLASSES | 1 |
| INTERNATIONAL CLASS NUMBER | 009 |

| | |
|---|---|
| SPECIMEN | Yes |
| SPECIMEN DESCRIPTION | a digital image of a label bearing the mark affixed to the goods. |
| FIRST USE ANYWHERE DATE | 10/28/2002 |
| FIRST USE IN COMMERCE DATE | 10/28/2002 |
| USE E-SIGNATURE | Yes |
| SIGNATURE | /Michael S. Yatsko/ |
| DATE | 12/19/2002 |
| NAME | Michael S. Yatsko |
| TITLE | Sr. Intellectual Property Counsel |
| RAM SALE NUMBER | 512 |
| RAM ACCOUNTING DATE | 12/19/2002 |
| INTERNET TRANSMISSION DATE | Thu Dec 19 09:21:46 EST 2002 |
| TEAS STAMP | USPTO/SOU-172.30.228.74-20021219092146354004-76303502-200eff148a73aade861971ce267a84b9420-RAM-512-20021219082237593004 |
| E-MAIL ADDRESS FOR ACKNOWLEDGMENT | dshowalt@hklaw.com |

Go Back

**FEE RECORD SHEET**

Serial Number: 76303502

7/9/02

RAM Sale Number: **512**

Total Fees:      $100

RAM Accounting Date: **12/19/2002**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 12/19/2002 | $100 | 1 | $100 |

Page 01 of 01

U.S. Patent and Trademark Office (PTO)

# NOTICE OF ALLOWANCE

(NOTE: If any data on this notice is incorrect, please submit a written request for correction of the NOA to: Assistant Commissioner for Trademarks, Box ITU, 2900 Crystal Drive, Arlington, VA 22202-3513. Please include the serial number of your application on ALL correspondence with the PTO. 15 U.S.C. 1063(b)(2))

**ISSUE DATE OF NOA:** Jul 9, 2002

DONALD S. SHOWALTER
HOLLAND & KNIGHT LLP
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE FL 33301-1865

## ** IMPORTANT INFORMATION: 6 MONTH DEADLINE **

To avoid ABANDONMENT of this application, either a "Statement of Use" (a.k.a. "Allegation of Use") or a "Request for Extension of Time to File a Statement of Use" (a.k.a. "Extension Request") and the appropriate fee(s) must be received in the PTO within six months of the issue date of this Notice Of Allowance (NOA) for those goods and/or services based on intent to use. Failure to do so will result in the ABANDONMENT of this application.

Please note that both the "Statement of Use" and "Extension Request" have many legal requirements, including fees. These requirements are explained in the PTO booklet "Basic Facts About Trademarks", which can be obtained upon request at (703)308-9000. In addition, there are printed forms contained in this booklet (for "Statements of Use" and "Extension Requests") for your use.

### The following information should be reviewed for accuracy:

SERIAL NUMBER: 76/303502
MARK:          AMBERJACK
OWNER:         Harris Corporation
               1025 West NASA Boulevard
               Melbourne, FLORIDA 32919

This application has the following bases, but not necessarily for all listed goods/services:
    Section 1(a): NO      Section 1(b): YES      Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

009—Direction finding antennas for use in locating and tracking mobile telephones

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED



**UNITED STATES  PARTMENT OF COMMERCE**
**Patent and Trade...ark Office**

ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia 22202—3513

Mar 27, 2002

### NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:                            2. Mark:
   76/303,502                                AMBERJACK

3. International Class(es):
   9

4. Publication Date:                      5. Applicant:
   Apr 16, 2002                              Harris Corporation

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark.  If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a notice of allowance pursuant to section 13(b) of the Statute.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

> The Superintendent of Documents
> U.S. Government Printing Office
> PO Box 371954
> Pittsburgh, PA  15250—7954
> Phone: (202)512—1800

By direction of the Commissioner.

PCFD10 (REV 07/2000)

DONALD S. SHOWALTER                    TMP&I
HOLLAND & KNIGHT LLP
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE FL 33301-1865



## TRADEMARK EXAMINATION WORKSHEET

☐ AMENDMENT STAGE        ☑ NO CHANGE        ☑ PUBLICATION/REGISTRATION STAGE

Name: TAMMARA BAKER   L.O. 113   Date 10/12/01   Serial No. 76363502

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

### Legal Instrument Examiner (LIE)

| | Amended | Data Element | |
|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | ☐ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1b | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ Mark Drawing Code | ☐ Design Search Code |
| | | ☐ Scan Sub Drawing | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text editing guidelines.

_____ LIE        1/30/02 DATE

Other: _____

# NEW SEARCH REQUIRED

**The attached application has been granted either an earlier or later filing date.  Please conduct an on-point search for any application that may now represent a possible conflict under Section 2(d).**

**If an intervening, conflicting application was filed, both applications should be handled in accordance with Office policy for handling conflicting and companion applications.**



# OFFICE OF THE COMMISSIONER
# FOR TRADEMARKS

## TRAM CORRECTION FORM

| NAME: | PHONE NUMBER: |
|---|---|
| Ralph Williams | 308-8910 ext. 112 |
| SERIAL NUMBER: | TODAY'S DATE: |
| 76-303502 | 11-2-01 |

CHANGE OF APPLICATION FILING DATE:

Please change the filing date from ___8-22-01___ to ___8-21-01___ because:

✓ The Applicant has submitted mailing documents that the application papers were deposited with the USPS by Express Mail in accordance with Trademark Rule 1.10 on the referenced date.

___ The return postcard establishes that the Applicant submitted and the Office acknowledged receipt of the application on the referenced date.

___ Other: _____

_____

_____

TRAMCOR.DOC 5/9/00

EL626297083US

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark:  AMBERJACK

International Class: 009

To the Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

Harris Corporation (Applicant"), a Delaware corporation, located and doing business at 1025 West NASA Boulevard, Melbourne, Florida  32919.

Applicant requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for direction finding antennas for use in locating and tracking mobile telephones in International Class 009.

Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods, pursuant to 15 U.S.C. §1051(b) as amended, by applying the mark to the goods and/or on the packaging for the goods.

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the Applicant; he believes the Applicant to be the owner of the mark sought to be registered, or, if the application is being filed under 15 U.S.C. 1051(b), he believes Applicant to

be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true and that all statements made on information and belief are believed to be true.

The undersigned hereby appoints Donald S. Showalter (R. No. 33,033); Thomas L. Kautz (R. No. 28,726); Leslie J. Hart (R. No. 26,462); Harry M. Fleck (R. No. 24,704) and Michael S. Yatsko (R. No. 28,135), its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark office connected therewith.  Please direct all telephone calls and correspondence to:

> Donald S. Showalter, Esquire
> Holland & Knight LLP
> One East Broward Boulevard, Suite 1300
> Fort  Lauderdale, Florida  33301
> Phone (954) 468-7879
> Fax:  (954) 463-2030
> E-mail:  dshowalt@hklaw.com

HARRIS CORPORATION

By _Michael S. Yatsko_____

Michael S. Yatsko, Esquire
Sr. Intellectual Property Counsel

Date_ 2/14/01 _____

FTL1 #554328 v3

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870.   A duplicate copy of this sheet is attached.

_____        A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

__XX__        An early notification of serial number postcard.

                         Respectfully submitted,

                         HOLLAND & KNIGHT LLP

                         By _____
                              Donald S. Showalter
                              Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

---

CERTIFICATION UNDER 37 C.F.R. 1.10

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on August 21, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL626297083US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence


                    Francine A. Nienow
_____
typed or printed name of person mailing correspondence

---

FTL1 #543891 v9

2

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: August 21, 2001

Sir:

Transmitted herewith is an application for registration of:

| | |
|---|---|
| Mark: | AMBERJACK |
| In International Class(es): | 009 |
| On Behalf of Applicant: | Harris Corporation |

Applicant is a:

_____ citizen of _____.

_____ partnership of _____.

__X__ corporation of __Delaware_____.

Attached hereto are:

__XX__ one executed application.

__XX__ one drawing (____ *formal*, __X__ *informal*).

_____Three specimens for each International Class.

__XX__ Intent to Use Application - no specimens attached.

_____A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class. The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

__XX__ The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870. The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870.   A duplicate copy of this sheet is attached.

_____    A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

_XX_    An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

CERTIFICATION UNDER 37 C.F.R. 1.10

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on August 21, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL626297083US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence


Francine A. Nienow
typed or printed name of person mailing correspondence

FTL1 #543891 v9

2

# 76303502

TRADEMARK  APPLICATION  SERIAL  NO.

U.S.  DEPARTMENT  OF  COMMERCE
PATENT  AND  TRADEMARK  OFFICE
FEE  RECORD  SHEET

08/27/2001 SWILSON  00000205 000070  76303502

01 FC:361        325.00 CH

PTO-1555
(5/87)

*U.S. Government Printing Office:  2000 — 466-232/29119



08-22-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #11

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida 32919

For:       Direction finding antennas for use in locating and tracking mobile
           telephones

Int. Class:   009

FILING DATE CHANGED
TO: _____8/2/10/_____
BY OFFICE OF THE COMMISSIONER
FOR TRADEMARKS
APPROVED BY: _____RW_____

# AMBERJACK

REGISTERED
04/22/03

PUBLISHED
04-16-02

76303502

3

```
*** User: maxilbund ***

  #    Total    Dead     Live     Live   Status/  Search
       Marks    Marks   Viewed   Viewed   Search
                         Docs    Images  Duration

 01    25520    N/A        0        0      0:02   *mb*[bi,ti]

 02     6424    N/A        0        0      0:01   *ja{"ckqxz"}*[bi,ti]

 03      160     66       94       37      0:01   1 and 2


Session started  1/18/02 11:23:49 AM
Session finished 1/18/02 11:25:54 AM
Total search duration 0 minutes 4 seconds
Session duration 2 minutes 5 seconds

Default NEAR limit= 1 ADJ limit= 1
```

```
*** User: maxilbund  ***

  #    Total   Dead   Live    Live   Status/  Search
       Marks   Marks  Viewed  Viewed Search
                      Docs    Images Duration

 01   25154   N/A      0       0      0:01   *mb*[bi,ti]

 02    6342   N/A      0       0      0:01   *ja{"ckqxz"}*[bi,ti]

 03     159    64      95      95     0:01   1 and 2


Session started  10/30/01 4:14:30 PM
Session finished 10/30/01 4:17:18 PM
Total search duration 0:03 minutes
Session Duration 2:48 minutes

Default NEAR limit= 1 ADJ limit= 1
```

*** User: maxilbund ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | windowtalk[on] |
| 02 | 1 | 0 | 1 | 1 | 0:01 | aerostrategy[on] |
| 03 | 3 | 0 | 3 | 3 | 0:01 | "peter beaton"[on] |
| 04 | 2 | 0 | 2 | 2 | 0:01 | "mitsubishi Polyester"[on] |
| 05 | 426 | N/A | 50 | 50 | 0:04 | "harris corporation"[on] |
| 06 | 23792 | N/A | 0 | 0 | 0:02 | (*amb* or *ja*)[bi] |
| 07 | 7 | 0 | 7 | 7 | 0:01 | 5 and 6 |
| 08 | 9859 | N/A | 0 | 0 | 0:01 | (*sting* or *ray*)[bi] |
| 09 | 2 | 0 | 1 | 1 | 0:01 | 5 and 8 |
| 10 | 4008 | N/A | 0 | 0 | 0:01 | (*sword* or *fish*)[bi] |
| 11 | 4 | 0 | 2 | 2 | 0:01 | 5 and 10 |
| 12 | 10687 | N/A | 0 | 0 | 0:01 | (*syn* or *cast*)[bi] |
| 13 | 6 | 2 | 2 | 2 | 0:01 | 5 and 12 |
| 14 | 9 | 1 | 8 | 8 | 0:01 | "multiplex properties"[on] |
| 15 | 3 | 1 | 1 | 1 | 0:01 | "international intertrade"[on] |
| 16 | 27 | 8 | 19 | 19 | 0:01 | "linn products"[on] |
| 17 | 6 | 2 | 1 | 1 | 0:01 | "nautronix"[on] |
| 18 | 1 | 0 | 1 | 1 | 0:01 | "nojko"[on] |

Session started  10/30/01 2:51:40 PM
Session finished 10/30/01 3:04:35 PM
Total search duration 0:22 minutes
Session Duration 12:55 minutes

Default NEAR limit= 1 ADJ limit= 1

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,710,009

## United States Patent and Trademark Office

Registered Apr. 22, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## AMBERJACK

HARRIS CORPORATION (DELAWARE COR-
PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

FOR: DIRECTION FINDING ANTENNAS FOR
USE IN LOCATING AND TRACKING MOBILE
TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 10-28-2002; IN COMMERCE 10-28-2002.

SN 76-303,502, FILED 8-21-2001.

MELVIN AXILBUND, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**Reg. No. 2,710,009**

## United States Patent and Trademark Office

Registered Apr. 22, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## AMBERJACK

HARRIS CORPORATION (DELAWARE COR-
PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

    FOR: DIRECTION FINDING ANTENNAS FOR
USE IN LOCATING AND TRACKING MOBILE
TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 10-28-2002; IN COMMERCE 10-28-2002.

SN 76-303,502, FILED 8-21-2001.

MELVIN AXILBUND, EXAMINING ATTORNEY

**SPECIMEN**

**Internet Transmission Date:**
12192002

**Class Number:**
009

**Serial Number:**
76303502







**FEE RECORD SHEET**

**Serial Number:**   76303502

**RAM Sale Number:  512**

**Total Fees:**     $100

**RAM Accounting Date:  12/19/2002**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 12/19/2002 | $100 | 1 | $100 |

PTO/TM/1553 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

## ~TRADEMARK/SERVICE MARK ALLEGATION OF USE~
### (Statement of Use/Amendment to Allege Use)

### * To the Commissioner for Trademarks *

<DOCUMENT INFORMATION>
<TRADEMARK/SERVICEMARK ALLEGATION OF USE>
<VERSION 1.24>

**<TRADEMARK/SERVICEMARK INFORMATION>**
<MARK>   AMBERJACK
<TYPED FORM>   Yes
<SERIAL NUMBER>   76303502
<LAW OFFICE ASSIGNED>   TMO Law Office 113

**<APPLICANT INFORMATION>**
<NAME>   Harris Corporation
<STREET>   1025 West NASA Boulevard
<CITY>   Melbourne
<STATE>   FL
<COUNTRY>   US
<ZIP/POSTAL CODE>   32919

**<ATTORNEY INFORMATION>**
<NAME>   Donald S. Showalter
<STREET>   One East Broward Boulevard Suite 1300
<CITY>   Fort Lauderdale
<STATE>   FL
<COUNTRY>   USA
<ZIP/POSTAL CODE>   33301
<E-MAIL ADDRESS>   dshowalt@hklaw.com
<AUTHORIZE E-MAIL COMMUNICATION>   No

**<NOTICE OF ALLOWANCE INFORMATION>**
<NOTICE OF ALLOWANCE>   YES

**<GOODS AND SERVICES INFORMATION>**
<ALL GOODS AND/OR SERVICES IN NOTICE OF ALLOWANCE>   Yes
~ The applicant is using or is using through a related company the mark in commerce on or in
connection with all the goods/services listed in the Application/Notice of Allowance. ~

**<FEE INFORMATION>**
<TOTAL FEES PAID>   100
<NUMBER OF CLASSES>   1

**<USE INFORMATION>**
<INTERNATIONAL CLASS NUMBER>   009
<SPECIMEN>   Yes

<SPECIMEN DESCRIPTION>   a digital image of a label bearing the mark affixed to the goods.
<FIRST USE ANYWHERE DATE>   10/28/2002
<FIRST USE IN COMMERCE DATE>   10/28/2002

**<SIGNATURE AND OTHER INFORMATION>**
~ Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. ~
~ The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true. ~
<USE E-SIGNATURE>   Yes
<SIGNATURE>   /Michael S. Yatsko/
<DATE>   12/19/2002
<NAME>   Michael S. Yatsko
<TITLE>   Sr. Intellectual Property Counsel

**<RAM INFORMATION>**
<RAM SALE NUMBER>   512
<RAM ACCOUNTING DATE>   12/19/2002
<INTERNET TRANSMISSION DATE>   Thu Dec 19 09:21:46 EST 2002
<TEAS STAMP>   USPTO/SOU-172.30.228.74-20021219092146354004-76303502-
200eff148a73aade861971ce267a84b9420-RAM-512-20021219082237593004
<E-MAIL ADDRESS FOR ACKNOWLEDGMENT>   dshowalt@hklaw.com

The information collected on this form allows the USPTO to determine whether a mark may be registered on the Principal or Supplemental register, and provides notice of an applicant's claim of ownership of the mark. Responses to the request for information are required to obtain the benefit of a registration on the Principal or Supplemental register. 15 U.S.C. §§1051 et seq. and 37 C.F.R. Part 2. All information collected will be made public. Gathering and providing the information will require an estimated 13 minutes (depending if the application is based on an intent to use the mark in commerce, use of the mark in commerce, or a foreign application or registration). Please direct comments on the time needed to complete this form, and/or suggestions for reducing this burden to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington D.C. 20231. Please note that the PTO may not conduct or sponsor a collection of information using a form that does not display a valid OMB control number.

# ~TRADEMARK/SERVICE MARK ALLEGATION OF USE~
## (Statement of Use/Amendment to Allege Use)

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| MARK | AMBERJACK |
| TYPED FORM | Yes |
| SERIAL NUMBER | 76303502 |
| LAW OFFICE ASSIGNED | TMO Law Office 113 |
| NAME | Harris Corporation |
| STREET | 1025 West NASA Boulevard |
| CITY | Melbourne |
| STATE | FL |
| COUNTRY | US |
| ZIP/POSTAL CODE | 32919 |
| NAME | Donald S. Showalter |
| STREET | One East Broward Boulevard Suite 1300 |
| CITY | Fort Lauderdale |
| STATE | FL |
| COUNTRY | USA |
| ZIP/POSTAL CODE | 33301 |
| E-MAIL ADDRESS | dshowalt@hklaw.com |
| AUTHORIZE E-MAIL COMMUNICATION | No |
| NOTICE OF ALLOWANCE | YES |
| ALL GOODS AND/OR SERVICES IN NOTICE OF ALLOWANCE | Yes |
| TOTAL FEES PAID | 100 |
| NUMBER OF CLASSES | 1 |
| INTERNATIONAL CLASS NUMBER | 009 |

| | |
|---|---|
| SPECIMEN | Yes |
| SPECIMEN DESCRIPTION | a digital image of a label bearing the mark affixed to the goods. |
| FIRST USE ANYWHERE DATE | 10/28/2002 |
| FIRST USE IN COMMERCE DATE | 10/28/2002 |
| USE E-SIGNATURE | Yes |
| SIGNATURE | /Michael S. Yatsko/ |
| DATE | 12/19/2002 |
| NAME | Michael S. Yatsko |
| TITLE | Sr. Intellectual Property Counsel |
| RAM SALE NUMBER | 512 |
| RAM ACCOUNTING DATE | 12/19/2002 |
| INTERNET TRANSMISSION DATE | Thu Dec 19 09:21:46 EST 2002 |
| TEAS STAMP | USPTO/SOU-172.30.228.74-20021219092146354004-76303502-200eff148a73aade861971ce267a84b9420-RAM-512-20021219082237593004 |
| E-MAIL ADDRESS FOR ACKNOWLEDGMENT | dshowalt@hklaw.com |

Go Back



## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

I hereby certify that this paper or fee is being deposited with the
United States Postal Service as first class mail, postage prepaid,
in an envelope addressed to: Assistant Commissioner for
Trademarks, 2900 Crystal Drive, Arlington VA 22202-3513 on
October 8, 2001.

*Lillian Pillitteri*                          10-8-2001

Lillian Pillitteri                                    Date

Serial No.:      76/303,502
Filed:           August 21, 2001
Law Office:      103
Applicant:       Harris Corporation
Mark:            AMBERJACK

10-10-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #11

Assistant Commissioner for Trademarks
ATTN: Pre-examination File Receipt Section
2900 Crystal Drive
Arlington VA 22202-3513

Sir:

### REQUEST FOR CORRECTED FILING RECEIPT

Applicant hereby requests a correction to the Filing Receipt mailed by
the Trademark Office in connection with the above-identified trademark.

Please note that the filing date of the application should be August 21,
2001 and not August 22, 2001. A copy of the Transmittal with a proper Certificate
of Mailing, Express Mail label and return postcard indicating the August 21st date
are attached. Also enclosed is a copy of the Filing Receipt with the correction noted.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____
Donald S. Showalter, Reg. No. 33,033

One East Broward Boulevard
P.O. Box 14070
Fort Lauderdale, FL 33302-4070
954-525-1000
954-468-7879 (direct dial)
FTL1 #561317 v1

**POST OFFICE TO ADDRESSEE**

✦ **EXPRESS MAIL**
UNITED STATES POSTAL SERVICE™

*EL626297083US*

EL626297083US

**Customer Copy** Label 11-F July 1997

SEE REVERSE SIDE FOR
SERVICE GUARANTEE AND LIMITS
ON INSURANCE COVERAGE

**ORIGIN (POSTAL USE ONLY)**

| PO ZIP Code | Day of Delivery | | Flat Rate Envelope |
| Date In | ☐ Next ☐ Second | | |
| Time In ☐ AM ☐ PM | ☐ 12 Noon ☐ 3 PM | Postage $ | |
| | ☐ Military ☐ 2nd Day ☐ 3rd Day | Return Receipt Fee | |
| Weight ___ lbs. ___ oz. | Int'l Alpha Country Code | COD Fee | Insurance Fee |
| No Delivery ☐ Weekend ☐ Holiday | Acceptance Clerk Initials | Total Postage & Fees $ 12.45 | |

**CUSTOMER USE ONLY**
METHOD OF PAYMENT:
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

**WAIVER OF SIGNATURE** (Domestic Only): Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday   Customer Signature

**FROM:** (PLEASE PRINT)   PHONE (   )

HOLLAND & KNIGHT LLP
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE    FL 33301-1804
Donald S. Showalter

621020-1276

**TO:** (PLEASE PRINT)   PHONE (   )

Box NEW APP FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlingotn, Virginia  22202-3513

**PRESS HARD.**
You are making 3 copies.   FOR PICKUP OR TRACKING CALL 1-800-222-1811   www.usps.gov   EMS

---

Please place your official date stamp on this card and return it to
constitute acknowledgment of receipt by your office on the date
stamped.

EXPRESS MAIL LABEL NO.:   EL626297

Mark:       AMBERJACK            08-22-2001
Class:      009
Applicant:  Harris Corp.         U.S. Patent & TMOfc/TM Mail Rcpt Dt. #11

Enclosures: Transmittal cover sheet (dupl.)
            Application w/drawing

**76303502**

A:                               Docket No. ____T596-1276____

Date ____8/21/01____           **Holland and Knight**
                                PATENT & TRADEMARK DEPT.



## POST OFFICE TO ADDRESSEE

 **EXPRESS MAIL**
UNITED STATES POSTAL SERVICE™

**EL626297083US**

Mailing Label
Label 11-F July 1997

| ORIGIN (POSTAL USE ONLY) | | | DELIVERY (POSTAL USE ONLY) | | |
|---|---|---|---|---|---|
| PO ZIP Code | Day of Delivery ☐ Next ☐ Second | Flat Rate Envelope | Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Date In ☐ 12 Noon ☐ 3 PM | | Postage $ | Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Mo. Day Year Time In ☐ 2nd Day ☐ 3rd Day | Military | Return Receipt Fee | Delivery Date Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| ☐ AM ☐ PM Weight lbs. ozs. | Int'l Alpha Country Code | COD Fee   Insurance Fee | Signature of Addressee or Agent X | | |
| No Delivery ☐ Weekend ☐ Holiday | Acceptance Clerk Initials | Total Postage & Fees $ | Name - Please Print X | | |

| CUSTOMER USE ONLY | |
|---|---|
| METHOD OF PAYMENT: Express Mail Corporate Acct. No. | ☐ WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery. |
| Federal Agency Acct. No. or Postal Service Acct. No. | NO DELIVERY ☐ Weekend ☐ Holiday     Customer Signature |

65/
E02

| FROM: (PLEASE PRINT)     PHONE ( ) | TO: (PLEASE PRINT)     PHONE ( ) |
|---|---|
| HOLLAND & KNIGHT LLP<br>1 E BROWARD BLVD STE 1300<br>FORT LAUDERDALE    FL 33301-1804<br>Donald S. Showalter<br><br>621020-1276 | Box NEW APP FEE<br>Assistant Commissioner for Trademarks<br>2900 Crystal Drive<br>Arlingotn, Virginia   22202-3513 |

**PRESS HARD.** You are making 3 copies.  **FOR PICKUP OR TRACKING CALL 1-800-222-1811   www.usps.gov**  *EMS*

---

Please place your official date stamp on this card and return it to constitute acknowledgment of receipt by your office on the date stamped.

EXPRESS MAIL LABEL NO.:   EL626297083US

Mark:        AMBERJACK
Class:       009
Applicant:   Harris Corp.

Enclosures:  Transmittal cover sheet (dupl.)
             Intent to Use Application w/drawing

Attorney  DSS                    Docket No.  T596-1276

Date   8/21/01                   **Holland and Knight**
                                 PATENT & TRADEMARK DEPT.

*TRADEMARK*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: August 21, 2001

Sir:

Transmitted herewith is an application for registration of:

Mark:                          AMBERJACK

In International Class(es):     009

On Behalf of Applicant:        Harris Corporation

Applicant is a:

_____   citizen of _____.

_____   partnership of _____.

__X__   corporation of ___Delaware_____.

Attached hereto are:

__XX__ one executed application.

__XX__ one drawing (____ *formal*, __X__ *informal*).

_____Three specimens for each International Class.

__XX__ Intent to Use Application - no specimens attached.

_____A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class. The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

__XX__ The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870. The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

_____  A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

__XX__  An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____

Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida 33302-4070
954-525-1000
954-468-7879(direct dial)
954-463-2030 (fax)

---

**CERTIFICATION UNDER 37 C.F.R. 1.10**

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on August 21, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL626297083US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

Francine A. Nienow
_____
typed or printed name of person mailing correspondence

---

FTL1 #543891 v9

2

**FILING RECEIPT FOR TRADEMARK APPLICATION**                    Page 01 of 01

Sep 14, 2001

Receipt on the DATE OF FILING of the application for registration and filing fees is acknowledged for the mark identified below. The DATE OF FILING is contingent upon the collection of any payment made by check or draft. Your application will be considered in the order in which it was received and you will be notified as to the examination thereof. Action on the merits should be expected from the Patent and Trademark Office in approximately 06 months from the filing date. When inquiring about this application, include the SERIAL NUMBER, DATE OF FILING, OWNER NAME and MARK.

DONALD S. SHOWALTER
HOLLAND & KNIGHT LLP
1 E BROWARD BLVD STE 1300
FORT LAUDERDALE FL 33301-1865

**ATTORNEY
REFERENCE NUMBER**

01276 (T596)

---

### PLEASE REVIEW THE ACCURACY OF THE FILING RECEIPT DATA.

A request for correction to the filing receipt should be submitted within 30 days to the following address: ASSISTANT COMMISSIONER FOR TRADEMARKS, 2900 CRYSTAL DRIVE, ARLINGTON, VIRGINIA 22202-3513. The correspondence should be marked to the attention of the Preexamination File Receipt Section. Or fax a request to 703-308-9096. The Patent and Trademark Office will review the request and make corrections when appropriate.

---

```
SERIAL NUMBER:  76/303502
FILING DATE:    Aug 22, 2001    August 21, 2001
REGISTER:       Principal
LAW OFFICE:     103
MARK:           AMBERJACK
MARK TYPE(S):   Trademark
DRAWING TYPE:   Words, letters, or numbers in typed form
FILING BASIS:   Sect. 1(b) (Intent to Use)
```

```
ATTORNEY: Donald S. Showalter

OWNER: Harris Corporation (DELAWARE, Corporation)
       1025 West NASA Boulevard
       Melbourne, FLORIDA  32919
```

```
FOR: Direction finding antennas for use in locating and tracking mobile telephones
     INT. CLASS: 009
```
ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED



RECEIVED
SEP 2 4 2001

---

THFRFZ (REV 2/00)       ADDITIONAL INFORMATION MAY BE PRESENT IN THE PTO RECORDS       cc'd KB

Case 2:12-cv-01605-DLR-BSB   Document 142-15   Filed 06/22/15   Page 43 of 49

**08-22-2001**

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #11

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919

For:         Direction finding antennas for use in locating and tracking mobile
             telephones

Int. Class:  009

# AMBERJACK

76303502

3

# 76303502

TRADEMARK  APPLICATION  SERIAL  NO.

U.S.  DEPARTMENT  OF  COMMERCE
PATENT  AND  TRADEMARK  OFFICE
FEE  RECORD  SHEET

08/27/2001 SWILSON  00000205 080870   76303502

01 FC:361        325.00 CH

PTO-1555
(5/87)

*U.S. Government Printing Office:  2000 — 466-232/29119

*TRADEMARK*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Date: August 21, 2001

Sir:

Transmitted herewith is an application for registration of:

| | |
|---|---|
| Mark: | AMBERJACK |
| In International Class(es): | 009 |
| On Behalf of Applicant: | Harris Corporation |

Applicant is a:

\_\_\_\_ citizen of _____.

\_\_\_\_ partnership of _____.

\_\_X\_\_ corporation of \_\_\_Delaware_____.

Attached hereto are:

\_XX\_\_ one executed application.

\_XX\_\_ one drawing (\_\_\_ *formal*, \_X\_\_ *informal*).

_____Three specimens for each International Class.

\_XX\_\_ Intent to Use Application - no specimens attached.

_____A check in the amount of $325.00 to cover the U.S. Government Fee of $325.00 for each Int. Class. The Commissioner is hereby authorized to charge any underpayment of fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870. A duplicate copy of this sheet is attached.

\_XX\_\_The Commissioner is hereby authorized to charge the filing fee of $325.00 for each Int. Class to Applicant's Deposit Account No. 08-0870. The Commissioner is also authorized to charge any underpayment of

fees associated with this communication or credit any overpayment to Deposit Account No. 08-0870.   A duplicate copy of this sheet is attached.

\_\_\_\_          A certified copy of Reg. No. _____ in the country of _____, dated _____, as required for an application based on a foreign registration.

_XX_          An early notification of serial number postcard.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By _____
Donald S. Showalter
Reg. No. 33,033

One East Broward Boulevard (33301)
Post Office Box 14070
Fort Lauderdale, Florida  33302-4070
954-525-1000
954-468-7879 (direct dial)
954-463-2030 (fax)

CERTIFICATION UNDER 37 C.F.R. 1.10

I hereby certify that this document and the documents referred to as attached therein are being deposited with the with the U.S. Postal Service on August 21, 2001 in an envelope as "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10, Mailing Label Number EL626297083US addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____
Signature of person mailing correspondence

Francine A. Nienow
typed or printed name of person mailing correspondence

FTL1 #543891 v9

2

EL626297083US

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark:  AMBERJACK

International Class: 009

To the Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

Harris Corporation (Applicant"), a Delaware corporation, located and doing business at 1025 West NASA Boulevard, Melbourne, Florida  32919.

Applicant requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for direction finding antennas for use in locating and tracking mobile telephones in International Class 009.

Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods, pursuant to 15 U.S.C. §1051(b) as amended, by applying the mark to the goods and/or on the packaging for the goods.

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the Applicant; he believes the Applicant to be the owner of the mark sought to be registered, or, if the application is being filed under 15 U.S.C. 1051(b), he believes Applicant to

be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true and that all statements made on information and belief are believed to be true.

The undersigned hereby appoints Donald S. Showalter (R. No. 33,033); Thomas L. Kautz (R. No. 28,726); Leslie J. Hart (R. No. 26,462); Harry M. Fleck (R. No. 24,704) and Michael S. Yatsko (R. No. 28,135), its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark office connected therewith.  Please direct all telephone calls and correspondence to:

Donald S. Showalter, Esquire
Holland & Knight LLP
One East Broward Boulevard, Suite 1300
Fort  Lauderdale, Florida  33301
Phone (954) 468-7879
Fax:  (954) 463-2030
E-mail:  dshowalt@hklaw.com

HARRIS CORPORATION

By___*Michael S. Yatsko*_____

Michael S. Yatsko, Esquire
Sr. Intellectual Property Counsel

Date___8/14/01_____

FTL1 #554328 v3

2

**08-22-2001**

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #11

Harris Corporation
1025 West NASA Boulevard
Melbourne, Florida  32919

For:        Direction finding antennas for use in locating and tracking mobile
            telephones

Int. Class:   009

# AMBERJACK

**76303502**

3