<u>**ATTACHMENT 15**</u>

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND MOTION FOR
SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR


<u>ATTACHMENT 15</u>:   **(1)** Miami, FL, USA, *Legislative Files, Harris Sole Source Vendor Letter*, p. 1 (Nov. 29, 2006), **(2)** Miami, FL, USA, *Legislative Files, Inter-Office Memo RE: Harris Sole Source Vendor*, p. 1 (Nov. 13, 2008), **(3)** Miami, FL, USA, *Legislative Files, Harris Sole Source Letter [Attachment B]*, p. 2 (Aug. 25, 2008), **(4)** Miami, FL, USA, *Legislative Files, Harris* Product Datasheets, p. 1-2, **(5)** Miami, FL, USA, *Legislative Files, Harris Product Datasheets*, p. 1, and **(6)** Miami, FL, USA, *Legislative Files, Harris GCSD Price List* (Sep. 2008), p. 1-8.

# HARRIS

HARRIS CORPORATION

Government Communications
Systems Division
Wireless Products Group
Post Office Box 9800
Melbourne, FL USA 32902-9800
phone 1-800-358-5297
fax 1-321-309-7437

www.harris.com

Date:    29 November 2006

To:      City of Miami PD – Manuel Diaz

From:    Harris Wireless Products Group

REF:     KingFish, KingFish GSM S/W, Pocket PC GSM S/W & Training Sole Source Justification

Harris Government Communications Systems Division, via its Wireless Products Group (WPG) in Melbourne, FL, offers a comprehensive line of cellular surveillance and tracking equipment for exclusive utilization by Government and Law Enforcement Agencies. Harris WPG developed and owns the design, but does sub-contract the electronic board assemblies, the functional testing of those assemblies, and the integration into the final equipment chassis. Harris WPG adds application specific S/W and conducts final testing on this chassis prior to shipping to the end-item customer.

The KingFish system is the only man-portable battery powered CDMA & GSM Interrogation, Active Location, and Signal Information Collection system currently available. KingFish is compatible with CDMA commercial standards IS-95A, IS-95-B, TSB74, and J-STD-008 in the U.S. 800 and 1900 MHz bands. A GSM S/W upgrade package (for the KingFish and its Pocket PC) is available for purchase that will allow operation against the GSM standard in the U.S. 800 and 1900 MHz bands (as well as the overseas 900 MHz E-GSM and DCS 1800 MHz bands). KingFish can also be powered via standard automotive +12V DC or standard 110VAC. The man-portability and battery power features of the Harris KingFish product are unique for tactical mission needs, allowing the user to perform passive collection, active interrogation and active location while on foot (i.e., inside a multi-story building, or outside in rough terrain).

The KingFish is delivered with all the accessories necessary to perform man-portable active location, interrogation and passive collection technical investigations on the CDMA & GSM cellular formats. Harris also sells training on the use of the KingFish. Training sessions are 2 days per class with a maximum class size of 4 students. One training class is required per product, and per cellular protocol.

Harris WPG is your only source for the KingFish, KingFish GSM S/W, KingFish Pocket PC GSM S/W and associated training.

One-year maintenance agreements are included with all Harris WPG Products. A Maintenance Agreement includes:
- Customer Telephone Support (8AM – 6PM EST) @ 1-800-358-5297
- Warranty on hardware
- Notification of and free access to S/W upgrades as they are released (applies to purchased protocols only)

Upon expiration of the first-year Maintenance Agreement, customers may extend their coverage another 12 months by purchasing an Extended Annual Maintenance Agreement at 15% of the original purchase price of their cellular product. These can then be renewed annually thereafter for the same 15% fee.

If you require any additional information, please feel free to contact our office at (800) 358-5297 or you can call my direct line at (321) 309-7430.

Sincerely,

Richard F. Roosa
Manager Advanced Programs
Harris Corporation
Wireless Products Group

CITY OF MIAMI, FLORIDA

**INTER-OFFICE MEMORANDUM**

TO: Pedro G. Hernandez
Chief Administrator/City Manager

FROM: Glenn Marcos, Director
Chief Procurement Officer

DATE: November 13, 2008    FILE:

SUBJECT: Purchase of Upgrades for the StingRay and KingFish Cellular Tracking Surveillance Equipment

REFERENCES:

ENCLOSURES:

An investigation was conducted by staff to determine whether Harris Government Communications Systems Division (GCSD) Wireless Products Groups, located at P.O. Box 9800, Melbourne, Florida 32902, is the sole source provider to upgrade the current cellular tracking surveillance equipment known as the StingRay 4-CH and KingFish 1-CH, for the Department of Police.

The Police Department will be purchasing a Dual Band High Powered 30W Filtered Amplifier, a 2100 MHz Converter and an Amberjack Wideband Direction Finder to upgrade the StingRay 4-CH and KingFish 1-CH, from Harris GCSD, which was purchased utilizing GSA IT 70 Schedule Contract #GS-35F-0283J, authorized pursuant to Resolution No. 06-0238. The electronic software (including training and a one-year maintenance agreement) to operate the cellular tracking devices was purchased as a sole source from Harris GCSD, as authorized by Resolution No. 07-0287.

The upgrade is necessary to operate both the StingRay 4-CH and the KingFish 1-CH given the continuous change in technology. The amplifier will allow an increase in wattage that will greatly heighten the ability of tracking phones from an increased distance and reducing the time utilized; the converter is a high performance converter that enables the StingRay and the KingFish to operate in the 2100 MHz band, which is the new cellular phone technology being introduced to the Miami market and already being utilized around the country; the Amberjack Wideband will enable the StingRay to use its added capabilities with the current iDEN software to pinpoint push-to-talk cellular phones more effectively, a feature that the current equipment does not have. This will enable the investigators to carry out their duties and responsibilities in a more effective and efficient manner.

Harris Government Communications Systems Division, via its Wireless Products Group (WPG) offers a comprehensive line of cellular surveillance and tracking equipment, plus training and maintenance, for exclusive utilization by government and law enforcement agencies. Harris WPG developed and owns the equipment designs, but does sub-contract the electronic board assemblies, functional testing of those assemblies, and chassis integration. Harris WPG adds application specific, proprietary software, and conducts final testing on the chassis prior to shipment to the customer. Harris WPG is the only source and distributor of the StingRay vehicular-based and KingFish man-portable systems plus compatible accessories training and maintenance.

Accordingly, I am recommending that the requirements for competitive bidding be waived, and these findings be approved: Harris Government Communications Systems Division (GCSD) Wireless Products Groups, located at P.O. Box 9800, Melbourne, Florida 32902, is the sole source provider of the Dual Band High Powered 30W Filtered Amplifier, a 2100 MHz Converter and an Amberjack Wideband Direction Finder to upgrade StingRay 4-CH and KingFish 1-CH cellular surveillance equipment, for the Department of Police, in an amount not to exceed $51,500. Funding is to be provided from the Law Enforcement Trust Fund, Award No. 1171, Project No. 19-690003, and Account Code No. 12500.191602.896000.0000.00000.

APPROVED BY: _____    DATE: __12/23/08__
Pedro G. Hernandez
Chief Administrator/City Manager



# Attachment B

# Law Enforcement Trust Fund
## *Sole Source Vendor Letter*



HARRIS CORPORATION

Government Communications
Systems Division
Wireless Products Group
P.O. Box 9800
Melbourne, FL USA 32902-9800
phone 1-321-309-7773

www.harris.com

**August 25, 2008**

**To: Raul Perez, City of Miami PD**

**RE: StingRay and KingFish Sole Source Justification**

Harris Government Communications Systems Division, via its Wireless Products Group (WPG) in Melbourne, FL, offers a comprehensive line of cellular surveillance and tracking equipment, plus training and maintenance, for exclusive utilization by Government and Law Enforcement Agencies. Harris WPG developed and owns the equipment designs, but does sub-contract the electronic board assemblies, functional testing of those assemblies, and chassis integration. Harris WPG adds application specific, proprietary software, and conducts final testing on the chassis prior to shipment to the customer. Harris WPG has also developed specialized training courses for the operation and use of the StingRay and KingFish equipment.

The Harris StingRay and KingFish systems are compatible with the CDMA standard in the 800 MHz and 1900 MHz frequency bands, the GSM standard in the 800 MHz, 900 MHz, 1800 MHz, and 1900MHz frequency bands, the iDEN (Nextel) standard in the 800 MHz and 850 MHz frequency bands, the UMTS standard in the 800 MHz and 1900 MHz frequency bands, and, with optional converter equipment, the UMTS standard in the 2100 MHz frequency band.

The Harris StingRay and KingFish vehicular-based systems are the only portable standard +12VDC powered CDMA, GSM, UMTS, and iDEN interrogation, tracking and location, and signal information collection system currently available. When interfaced with the optional Harris AmberJack direction-finding (DF) antenna(s) (or handheld DF antenna for iDEN and UMTS), Tarpon software, laptop PC controller, and Harpoon amplifier kits, the StingRay can perform vehicular-based DF operations on the CDMA, GSM, UMTS, and iDEN cellular formats. The transportability and standard +12VDC vehicular power features of the Harris StingRay and KingFish products are unique for tactical mission needs.

The StingRay and KingFish are quoted with software and accessories that are required in order to perform missions on the CDMA, GSM, UMTS, and iDEN cellular formats. These include the cable assemblies, power supplies, antennas, laptop PC controller, power amplifiers, handheld DF antenna, AmberJack DF antenna, and cellular format software (CDMA, GSM, UMTS, and iDEN).

Harris also sells training on the use of the StingRay, KingFish and its accessories. Standard training sessions are 2 days per class with a maximum class size of 4 students. One-year maintenance agreements are included with all Harris WPG Products. Maintenance agreements include the following:
- Customer telephone support (8AM – 6PM EST)
- Hardware warranty
- Notification and access to software upgrades as they are released

Harris WPG is your only source and distributor of the StingRay vehicular-based and KingFish man-portable systems plus compatible accessories, training and maintenance.

If you require any additional information, please feel free to my direct line at 321-309-7773 or my mobile at 321-258-2583.

Sincerely,

Lin Vinson    8/25/08

Lin Vinson
Major Account Manager, Wireless Products Group
Harris Corporation



| Quote | QTE6779-01751 |
|---|---|
| Date | 7/31/2008 |
| Page: | 1 |

## Quotation

**Bill To:**

City of Miami Police Department
Detective Raul Perez
raul.perez@miami-police.org
305-321-7655

**Ship To:**

Detective Raul Perez
raul.perez@miami-police.org
305-321-7655

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| | MDPD-MIAFL-001 | | BEST WAY | Net 30 | 0/0/0000 | 2,211 |

| Quantity | Item Number | Description | UOM | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 1 | PA-KIT-30W DUAL-BAND | PA-KIT-30W Dual-Band CONUS 850/1900 | EA | | $17,500.00 | $17,500.00 |
| 1 | UMTS-B4-CONV | UMTS 2100 MHz Converter | EA | | $16,000.00 | $16,000.00 |
| 1 | AJ-W-UG | AmberJack-X or G to AmberJack-W Upgrade (WideB | EA | | $18,000.00 | $18,000.00 |
| | NOTE | | * | | | $0.00 |
| | Delivery will be 120 days ARO unless otherwise stated. Please see attached Terms and Conditions. | | | | | |

HARRIS CORP - WIRELESS PRODUCTS GROUP
P.O. BOX 9800, M/S R5-11A
MELBOURNE, FL 32902-9800
PH: 800-358-5297, FAX: 321-309-7437,wpg@harris.com

Approved By:

_____

| Subtotal | $51,500.00 |
|---|---|
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Purchase Price | $51,500.00 |



**HARRIS**
*assuredcommunications®*

Wireless Products Group

# Harpoon™
## Software-Controlled, High-Power Filtered Amplifier

### Product Description

Harpoon™ is a software-controlled, high-power filtered amplifier that maximizes the multichannel transmit capability of the StingRay II® and significantly improves the performance of the single-channel StingRay® and KingFish® systems by providing high-gain, wide dynamic range, and excellent linearity along with 30 watts of filtered output power. System status indication alerts the user during fault conditions including problems with the RF connections.

- Four Versions Available
  - Harpoon 850/1900 (Dual Band)
  - Harpoon 900/1800 (Dual Band)
  - Harpoon 2100 (Single Band)
  - Harpoon i800 (Single Band)

### Features

- Automatic Level Control
  - Maximizes total output power up to 30 W per band
  - Maintains constant output power
  - Improves power level accuracy
- Filtered Output
  - Improves transmit signal quality
  - Improves receiver sensitivity



### Operations Supported

- **Maximizes the multichannel transmit capability of the StingRay II**
- **Significantly improves the performance of the single-channel StingRay and KingFish systems**



# Harpoon™
## Software-Controlled, High-Power Filtered Amplifier

WIRELESS
products group

### Standards Supported

- GSM
- CDMA2000®
- iDEN
- UMTS

### Frequency Coverage

- 850/1900: 869–894 MHz/1930–1990 MHz
- 900/1800: 925–960 MHz/1805–1880 MHz
- iDEN 800: 851–870 MHz
- 2100: 2110–2170 MHz

### Physical Characteristics

- Dual Band
  - Size: 10.5" x 14.75" x 5"
  - Weight: 24 lbs
- Single Band
  - Size: 10.5" x 10.5" x 5"
  - Weight: 15 lbs

### Power Specifications

- Input: 10–33 Vdc
- Power Consumption
  - Dual Band: 440 W max
  - Single Band: 280 W max

### Optional Accessories

- Diplexer for dual-band operation with StingRay and KingFish

### Catalog Part Number

- Harpoon 850/1900
- Harpoon 900/1800
- Harpoon i800
- Harpoon 2100



Improves Transmit Signal Quality and Receiver Sensitivity



Specifications are subject to change without notice. Harris is a registered trademark of Harris Corporation. KingFish, StingRay, and StingRay II are registered trademarks of Harris Corporation. Harpoon is a trademark of Harris Corporation. CDMA2000 is a registered trademark of the Telecommunications Industry Association in the United States (TIA-USA). iDEN is a trademark of Motorola, Inc.

This product is a restricted use item and can be sold only to authorized law enforcement and government agencies. Its use shall comply with all local, state, and federal laws and regulations. Harris Corporation assumes no liability for any misuse or improper use of the product and makes no warranty or representation whatsoever as to its suitability for any specific application.

### DISTRIBUTION WARNING
This brochure may be provided only to persons eligible under 18 USC 2512 (Government law enforcement agencies or communications service providers).



HARRIS®
assuredcommunications®

Government Communications Systems | P.O. Box 9800 | Melbourne, FL USA 32902-9800
1-800-358-5297 or wpg@harris.com | www.wpg.harris.com | **www.harris.com**

Copyright © 2008 Harris Corporation 07/08 514176m VPB d0341



## *AmberJack®*
## *Direction-Finding System*

### *Product Description*

AmberJack® is a phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations. The DF antenna array is designed to operate with Harris' Gossamer®, KingFish®, StingRay®, and StingRay II® products, enabling tracking and location of targeted mobile phones, as well as base stations. AmberJack-X operates in the U.S. cellular 850 and PCS 1900 bands, and AmberJack-G operates in the EGSM 900 and DCS 1800 bands. AmberJack-W operates in all the bands above as well as iDEN™ and UMTS bands I and IV.

AmberJack combines Harris' expertise in phased array antenna technology and tracking and locating systems to offer a state-of-the-art direction-finding system. Phased array technology offers a universal DF antenna for existing, as well as future cellular standards.

The DF antenna array incorporates magnetic mounts for ease of installation on the roof of a tracking vehicle and offers a low profile for reduced visibility. User-friendly software, developed for the Windows® operating system, enables intuitive control of the AmberJack system and its companion receiver from a single interface. Once a target is engaged, information on the direction to the target is dynamically updated for display on the PC.



### *Operations Supported*

■ Locating mobile phones and base stations

■ Tracking mobile phones



# AmberJack®
## Direction-Finding System

**WIRELESS products group**

### Features

- Determines direction of arrival and received signal strength of a targeted mobile phone's transmission
- Determines direction of arrival and received signal strength of a targeted base station's transmission
- Provides real-time display of direction to the target
- Low power and portable
- User-friendly Graphical User Interface (GUI) for the PC

### Frequency Coverage

- AmberJack-X (U.S. Cellular/PCS 1900)
  - Cellular reverse: 824–849 MHz
  - Cellular forward: 869–894 MHz
  - PCS reverse: 1850–1910 MHz
  - PCS forward: 1930–1990 MHz
- AmberJack-G (EGSM 900/DCS 1800)
  - EGSM reverse: 880–915 MHz
  - EGSM forward: 925–960 MHz
  - DCS reverse: 1710–1785 MHz
  - DCS forward: 1805–1880 MHz

- AmberJack-W (Wideband)
  - iDEN reverse: 806–825 MHz
  - iDEN forward: 851–870 MHz
  - Cellular reverse: 824–849 MHz
  - Cellular forward: 869–894 MHz
  - PCS reverse: 1850–1910 MHz
  - PCS forward: 1930–1990 MHz
  - EGSM reverse: 880–915 MHz
  - EGSM forward: 925–960 MHz
  - DCS reverse: 1710–1785 MHz
  - DCS forward: 1805–1880 MHz
  - UMTS IV reverse: 1710–1755 MHz
  - UMTS IV forward: 2110–2155 MHz
  - UMTS I reverse: 1920–1980 MHz
  - UMTS I forward: 2110–2170 MHz

### External Control

- Laptop PC (Windows® XP Professional)

### Power source

- 12 Vdc at 0.5 A

### Physical Characteristics

- Size: D = 17", H = 4.2"
- Weight: <14 lbs

### Required Accessories (sold separately)

Gossamer with PC Controller, StingRay system, StingRay II, or KingFish with PC Controller

### Optional Accessories

Harpoon™ for DF range extension

### Catalog Part Number

- AJ-X (AmberJack-X)
- AJ-G (AmberJack-G)
- AJ-W (AmberJack-W)

### Authorized Federal Supply Service Information Technology Schedule

- SIN: 132-8 Purchase of Equipment
- SIN: 132-12 Maintenance, Repair Services and Repair Parts/Spare Parts

GSA Contract Number: GS-35F-0293J

General Services Administration Federal Supply Service products and ordering information in this Authorized FSS Information Technology Schedule Pricelist are also available on the GSA Advantage! System. Agencies can browse GSA Advantage! by accessing the GSA's home page via the Internet at *www.gsa.gov*.



Specifications are subject to change without notice. Harris is a registered trademark of Harris Corporation. AmberJack, KingFish, Gossamer, StingRay, and StingRay II are registered trademarks of Harris Corporation. Harpoon is a trademark of Harris Corporation. Windows XP Professional is a registered trademark of Microsoft Corporation. iDEN is a trademark of Motorola, Inc.

This product is a restricted use item and can be sold only to authorized law enforcement and government agencies. Its use shall comply with all local, state, and federal laws and regulations. Harris Corporation assumes no liability for any misuse or improper use of the product and makes no warranty or representation whatsoever as to its suitability for any specific application.

**DISTRIBUTION WARNING**

This brochure may be provided only to persons eligible under 18 USC 2512 (Government law enforcement agencies or communications service providers).



*assuredcommunications®*

Government Communications Systems | P.O. Box 9800 | Melbourne, FL USA 32902-9800
1-800-358-5297 or wpg@harris.com | www.wpg.harris.com | **www.harris.com**

Copyright © 2008 Harris Corporation 07/08 514176k VP8 d0105





# UMTS IV Converter

## Overview

**UMTS IV Converter** is a high performance Frequency Converter that enables the StingRay® or KingFish® to operate in the CONUS UMTS IV (2100 MHz DL, 1700MHz UL) band. Its high stability and extremely low phase noise performance enables stand-alone-capability; which allows the StingRay/KingFish and Converter to operate with independent references. Its excellent channel-pair rejection enables operation with high-power PAs.

**UMTS IV Converter** enables the StingRay/KingFish to transmit on the UMTS IV downlink band and to receive on both the uplink and downlink bands. It automatically shuts down the downlink receive path during transmit mode, improving system isolation and reducing power consumption.

Active gain compensation guarantees constant gain over temperature, frequency, aging, and other environmental effects during transmit mode and guarantees constant gain over temperature during receive mode.

## Features

### Transmit
- TX conversion from 1842.5 to 2140 MHz
- 60 MHz low ripple bandwidth
- Circuitry turns off during receive only mode
- Active gain compensation over temp and freq
- Active TX LED status indicator

### Receive
- RX 1 conversion from 2140 to 1842.5 MHz
- RX 2 conversion bypass
- RX 1 circuitry turns off during transmit mode
- 11dB gain is temperature compensated
- Attenuators are activated from the front panel

### Local Oscillators
- 0.5° Integrated Phase Noise (100Hz – 1MHz)
- 0.2ppb over temperature, ±25ppb/year aging
- LED status indicator

### Mechanical Housing
- Rugged welded metal case
- Formed lid for convenient transceiver mounting
- Front panel connectors, controls, and indicators

**UMTS IV Converter**



**StingRay and UMTS IV Converter**



### Accessories included:
- Transit Case
- AC/DC converter
- DC/DC converter for vehicular operation
- RF cables for StingRay/KingFish connections
- RF cable for PA connection
- Brackets for KingFish installation

*assuredcommunications*•

**HARRIS PROPRIETARY INFORMATION**

Case 2:12-cv-01605-DLR-BSB   Document 142-19   Filed 06/22/15   Page 12 of 25

**Perez, Raul**

| | |
|---|---|
| **From:** | Vinson, Lin [wvinson@harris.com] |
| **Sent:** | Thursday, July 31, 2008 10:51 AM |
| **To:** | Perez, Raul |
| **Subject:** | t-mobile 2100 network rollout |

Raul,

Here is the info we received on T-Mobile's UMTS (2100 AWS) rollout plans.  Also I have attached copies of
our UMTS converter and AmberJack data sheets for your reference.

Thanks,
Lin

From: Engadget
URL: http://www.engadget.com/2008/07/30/t-mobile-3g-service-coming-october-1-to-27-markets/
Sent from: adam harder (aharder@harris.com)
Sent to: aharder@harris.com
Comments:

---

# T-Mobile 3G service coming October 1 to 27 markets

**07-30-2008**



We were already pretty sure this would be happening, but it's looking real now, if 8.5 x 11-inch pieces
of paper taped to a window is any indication: T-Mobile is rolling out its 3G service on October 1 to 27
select cities. The above poster was spotted by TmoNews "outside a meeting" and, as you can see, it says,

"10.1.08 3G is Coming." As far as those launch cities, we have a handy little list for you after the break. By the way, it's entirely possible T-Mobile 3G is already live in your market, though, so don't let this confuse you too much. It could just mean you're next, or, at least by October 1.

- New York City
- Austin
- NJ and Long Island
- Las Vagas
- Minneapolis
- Miami
- Dallas
- Chicago
- Houston
- Philadelphia
- Denver
- Detroit
- Orlando
- Kansas city
- Atlanta
- Los Angeles
- New England (whatever that means)
- Portland
- Sacramento
- San Diego
- Seattle
- Washington DC
- San Francisco
- Birmingham
- Memphis
- Tampa
- Phoenix

7/31/2008



# *StingRay*™

*Transportable CDMA Interrogation, Tracking and Location, and Signal Information Collection System*

## Product Description

StingRay™ is Harris' latest offering in a long line of advanced wireless surveillance products. StingRay is a multichannel software defined radio that performs network base station surveys, Dialed Number and registration collection, mobile interrogation, and target tracking and location with Harris' Amber-Jack™ Direction-Finding Antenna. This low-power transportable surveillance system is designed with the future in mind—its reconfigurable architecture lends itself to upgrades of new capabilities and wireless standards, while preserving the initial investment in hardware.

## Features

- Software Defined Radio (SDR) enables simultaneous monitoring of up to eight CDMA Paging/Access channel pairs
- Active interrogation capability emulates base station to collect MINs and ESNs through forced registration; external PA output available for higher power requirements
- Interfaces with AmberJack antenna to form a complete target tracking and location solution using active direction-finding and ranging techniques (active approach does not require the target phone to be engaged in a call)

- Optional geolocation software overlays target tracks and tracking vehicle location on a digital map
- Wideband RF front-end provides simultaneous operation in the U.S. cellular 800 and PCS 1900 MHz bands and is preconfigured to support iDEN (low band), GSM 900, and DCS 1800 bands
- PC-based controller running Windows® XP provides an intuitive Graphical User Interface (GUI)
- Industry-standard USB interface enables plug-n-play networking of multiple StingRay surveillance systems if the user requires more channel capacity
- Supports targeting and real-time searching of mobile identification numbers (MIN), dialed numbers, and electronic serial numbers (ESN)
- Low-power system designed for vehicular operations



*next level solutions*



## *AmberJack™*

*Dual-Band Direction*

*Finding System*

### Product Description

AmberJack™ is a phased array direction finding (DF) antenna system capable of tracking and locating mobile phone users. The DF antenna array is designed to operate with Harris' Loggerhead™ and StingRay™ products enabling tracking and location of AMPS, TDMA and CDMA phones. AmberJack operates in both the cellular and PCS bands.

AmberJack combines Harris' expertise in phased array antenna technology and tracking and locating systems to offer a state-of-the-art direction finding system. Beam forming technology offers a universal DF antenna for existing as well as future cellular standards.

The DF antenna array incorporates magnetic mounts for ease of installation to the roof of a tracking vehicle and offers a low profile for reduced visibility. User-friendly software, developed for the Windows® operating system, enables intuitive control of the AmberJack system and its companion receiver from a single interface. Once a targeted phone is engaged, information on the direction to the target is dynamically updated for display on the PC.

### Features

- Determines direction of arrival and received signal strength of phone's transmission
- Provides real-time display of direction to the target
- Low power, small size
- User-friendly graphical user interface for the PC or Pocket PC (optional)

*next level solutions*





# WIRELESS
## products group

## Geolocation (Preliminary)

### PC-Based Intelligent AMPS/TDMA and CDMA Tracking and Location

## Product Description

Geolocation is a PC-based software application that allows the user to intelligently track and locate targeted AMPS/TDMA or cellular phones in the 800 and ___ bands. Geolocation consists of software and an external GPS receiver. Geolocation will be offered in two options: an AMPS/TDMA Option to be used in conjunction with the Harris LoggerHead™ Interrogator plus the PC Controller™ and the AmberJack™ DF Antenna; and a CDMA Option to be used in conjunction with the Harris StingRay™ system plus the AmberJack™ DF Antenna.

Geolocation provides a user-friendly, geospatially accurate mapping routine which shows on-screen the exact location of the tracking vehicle, plus Direction of Arrival (DOA) information and/or estimated range/location information on the targeted phone.

Providing a visual screen of an accurate local map, the exact location of the tracking vehicle, and the approximate location of the targeted phone, allows for a much more intelligent and expedient method for tracking and location.

## Features

- User-friendly application running on Windows® 98/2000/XP provides an intuitive Graphical User Interface (GUI)

- AMPS/TDMA: Interfaces with the LoggerHead™ Handheld Interrogator plus the PC Controller™ and the AmberJack™ Direction-Finding (DF) Antenna
- CDMA: Interfaces with the StingRay™ plus the AmberJack™ Direction-Finding (DF) Antenna
- Provided GPS receiver integrates with PC running the application
- Real-time viewing of tracking vehicle location
- Real-time viewing of approximate targeted cellular phone location
- Tracking missions can be stored for post-mission analysis
- Migration path to GSM and future cellular standards







# KingFish™ (Preliminary)

*Portable*
*CDMA Interrogation,*
*Direction-Finding, and*
*Collection System*

## Product Description

KingFish™ provides investigators with a tool that extracts the telephone number (MIN) and Electronic Serial Number (ESN) from a CDMA mobile telephone. The Active Direction-Finding (DF) capability enables location of a powered-on phone without depending on the suspect to be involved on a call. Additionally, KingFish provides passive Dialed Number Recorder (DNR) and Registration Collection capabilities. Passive operations identify calling patterns and provide information on the suspect's area of operation.

KingFish is based on a Software Defined Radio (SDR) architecture, which enables upgrades to future cellular standards, while preserving the initial investment in hardware. As initially offered, KingFish provides CDMA operation in both the Cellular and PCS bands.

## Features

### Covert Packaging

- Concealed radio, antennas, and battery power supply
- Wireless remote control from commercially available Pocket PC

### Intuitive Application Software

- Windows® interface
- Identifies active CDMA channels and catalogs base station parameters
- Provides real-time display of Interrogation and Passive Collection results
- Dynamically updates received signal strength to enable precise location of a target phone

*next level solutions*



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE



**HARRIS GCSD**
**PRICE LIST**
*Effective September 2008*
*All price quotes are in USD ($)*

*\*\*\*This price list supersedes all previous price lists.  Prices and products are subject to change without notice.  Products are subject to discontinuation without notice.\*\*\**



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

| AmberJack® | | | |
|---|---|---|---|
| **MODEL NUMBER** | **DESCRIPTION** | **PRICE** | |
| | | 1 to 15 Units | 16+ Units |
| AJ-G | **The AmberJack-G DF Antenna** is a phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations Forward and Reverse in the GSM 900 and 1800 MHz Bands.* | $   24,300 | $   23,100 |
| AJ-X | **The AmberJack-X DF Antenna** is a phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations Forward and Reverse in the GSM 800 and 1900 MHz Bands.* | $   24,300 | $   23,100 |
| AJ-W | **The AmberJack-W DF Antenna** is a wideband phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations Forward and Reverse in the frequency bands from 800MHz to 2100 MHz* | $   38,400 | $   36,500 |
| AJ-GUP | **AmberJack-G DF Antenna Upgrade.**  Upgrades the legacy AJ-DF antenna to the AJ-G antenna. | $   13,000 | $   12,400 |
| AJ-XUP | **AmberJack-X DF Antenna Upgrade.** Upgrades the legacy AJ-DF antenna to the AJ-X antenna. | $   9,000 | $   8,600 |
| AJ-WUG | **AmberJack-W DF Antenna Upgrade.** Upgrades the legacy AJ-X or AJ-G antenna to the AJ-W antenna. | $   18,000 | $   17,100 |
| | *Requires PC Controller Software for Gossamer Operations.* | | |
| ***AmberJack Accessories*** | | **PRICE** | |
| 3088596-101 | Cable Assembly, DBDF Antenna, Loggerhead (12') | $   650 | |
| 3120038-101 | Cable Assembly, DBDF Antenna, LH/Gossamer (12') (To be used in place of the 3088596-101 for both LH and Gossamer) | $   650 | |
| KCII/1660 | Cable Assembly, DBDF Antenna, StingRay (12')- (old PN: 3099547-101) | $   800 | |
| RE0512HA-2 | Carrying Case | $   890 | |
| DC15A-3J1 | Cable Assembly, 3-Way Splitter | $   170 | |
| 47621 | Eyebolt, Swivel | $   54 | |
| 3087877-101 | Power Cable Internal | $   73 | |
| 47641/94882 | Tool, Eyebolt | $   15 | |
| 8834T561 | Webbing Assembly, 12ft. | $   35 | |
| 3087882-101 | Radome Assembly | $   1,800 | |
| KCII/1672 | Cable Assembly, DBDF Antenna, StingRay (25') | $   975 | |
| KCII/1684 | Cable Assembly, DBDF Antenna, StingRay (5 meters or 16' 4") - (old PN: 3099547-103) | $   825 | |
| KCII/1696 | Cable Assembly, DBDF Antenna, StingRay (50') - (old PN: 3099547-102) | $   1,000 | |



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

## StingRay®

| MODEL NUMBER | DESCRIPTION | PRICE 1 to 15 Units | 16+ Units |
|---|---|---|---|
| STINGRAY | StingRay (4 module) – 1-CH Xmit Interrogation and Direction Finding Transportable Unit. | $ 75,100 | $ 71,300 |
| SRAY-GSM-SW | **StingRay – GSM Software Package** | $ 22,000 | $ 20,900 |
| SRAY-CDMA-SW | **StingRay – CDMA Software Package** | $ 22,000 | $ 20,900 |
| SRAY-IDEN-SW | **StingRay – iDEN Software Package** | $ 22,000 | $ 20,900 |
| SRAY-UMTS-SW | **StingRay – UMTS Software Package** | N/C | N/C |
| SRAY-GSM-SW-INTCP | **StingRay -- GSM Intercept Software Package without S/C** | $ 27,400 | $ 26,000 |
| SRAY-GSM-SW-INTCP-SC | **StingRay -- GSM Intercept Software Package with S/C (Restricted Sales only Federal Customer)** | $ 50,000 | $ 25,000 |
| UMTS-B1-CONV | **StingRay 2100/1900MHz Down Converter** | $ 16,000 | $ 15,200 |
| UMTS-B4-CONV | **StingRay 2100/1700MHz Down Converter** | $ 16,000 | $ 15,200 |
| AIRBRN-KIT-CONUS | **Airborne DF Kit CONUS** | $ 9,000 | $ 8,550 |

## StingRay II®

| MODEL NUMBER | DESCRIPTION | PRICE 1 to 15 Units | 16+ Units |
|---|---|---|---|
| STINGRAY II | StingRay II – 4-CH Multi-Xmit Interrogattion and Direction Finding Transportable Unit. | $ 148,000 | $ 140,600 |
| STINGRAY II-UP | **StingRay II – StingRay to StingRay II Upgrade** | $ 65,000 | $ 61,800 |
| SRAY II-GSM-SW | **StingRay – GSM Software Package** | $ 22,000 | $ 20,900 |
| SRAY II-CDMA-SW | **StingRay – CDMA Software Package** | $ 22,000 | $ 20,900 |
| SRAY II-IDEN-SW | **StingRay – iDEN Software Package** | $ 22,000 | $ 20,900 |
| SRAY II-GSM-SW-INTCP | **StingRay -- GSM Intercept Software Package** | $ 27,400 | $ 26,000 |
| SRAY II-GSM-SW-INTCP-SC | **StingRay -- GSM Intercept Software Package with S/C (Restricted Sales only Federal Customer)** | $ 50,000 | $ 25,000 |
| SRAY II-UMTS-SW | **StingRay – UMTS Software Package** | N/C | N/C |

| *StingRay Accessories* | | PRICE |
|---|---|---|
| 3092524-102 | Cable Assembly PC/USB - 6' Cable | $ 196 |
| 3092524-103 | Cable Assembly PC/USB - 12' Cable | $ 220 |
| 3092525-101 | Cable DC Power | $ 171 |
| RE1017HA | Carrying Case | $ 925 |
| 17250 | 115V Power Cord | $ 8 |
| 2009523-101 | Laptop PC Controller (Dell Latitude D630) | $ 3,500 |
| 2009525-101 | Panasonic Toughbook Computer | $ 6,500 |
| DE2035-803 | Adapter, DC (Laptop) (non- Charging) | $ 226 |
| 2009523-003 | Mouse, CMPTR (Micro Trac) | $ 50 |
| 2009523-002 | Auto Power Adapter (8500 & D600) | $ 128 |
| OSMM-SA-20 | Mobile Mast 20' | $ 2,990 |
| PE3665-144 | 12' Extension Cable (TNC to N) | $ 80 |
| PE3414-144 | 12' Extension Cable (TNC to TNC) | $ 85 |
| PE9131 | N-F to TNC-F Adapter | $ 48 |
| PE9099 | TNC-F to TNC-F Adapter | $ 28 |
| PE9090 | N-M to TNC-F Adapter | $ 30 |
| PE9089 | N-F to TNC-M Adapter | $ 28 |



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

| StingRay Accessories continued... | | PRICE |
|---|---|---|
| Y2287A-66 | Directional Antenna, Yagi (GSM) Pole Mount | $ 100 |
| FPPA-400 | Field Portable Power Adapter (Military Vehicles) | $ 2,900 |
| FPPS-375 | Field Portable Power Source (Battery Pack) | $ 1,700 |
| FPACPS | Field Portable AC Power Source | $ 900 |
| 3092527-201 | SDR Radio Slice | $ 15,000 |
| 3092577-101 | DC-DC Power Supply Module (SR & KF) | $ 1,400 |
| WSA-00045 | Duplex Filter (AMPS/PCS) Stand Alone | $ 1,970 |
| WSA-00100 | Duplex Filter (EGSM/DCS) Stand Alone | $ 2,310 |
| 3174173-101 | Quad Band Mag Mount Antenex Antenna (TNC) | $ 125 |



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

| KingFish® | | | | | |
|---|---|---|---|---|---|
| **MODEL NUMBER** | **DESCRIPTION** | | **PRICE** | | |
| | | | **1 to 15 Units** | | **16+ Units** |
| KINGFISH | **KingFish** – Man Portable Interrogation and Direction Finding Unit for the CDMA waveform | $ | 27,800 | $ | 26,400 |
| KF-GSM-SW | **KingFish** – GSM Software Package | $ | 18,100 | $ | 17,200 |
| KF-CDMA-SW | **KingFish** – CDMA Software Package | $ | 18,100 | $ | 17,200 |
| KF-IDEN-SW | **KingFish** – iDEN Software Package | $ | 18,100 | $ | 17,200 |
| KF-UMTS-SW | **KingFish** – UMTS Software Package | | N/C | | N/C |
| ***KingFish Accessories*** | | | **PRICE** | | |
| 3100242-101 | Tote Bag Assembly | $ | 570 | | |
| RE0513HA | Carrying Case, KingFish | $ | 950 | | |
| 3092524-102 | Cable Assembly, W102 (PC USB Type A)  6' cable | $ | 196 | | |
| 3092525-101 | Cable DC Power | $ | 171 | | |
| 2014068-101 | Battery Pack (11.1V) | $ | 256 | | |
| 2014068-102 | Lithium-Ion Battery Charger | $ | 426 | | |
| VA2524 | Battery, Adapter, Lighter (24V, 1.5A) | $ | 140 | | |
| ACHA-12501 | Power Supply (12V, 5A) | $ | 190 | | |
| 3118694-201 | Quad Band Yagi (Wedge) including 6ft cable (PE 3076-72) | $ | 1,300 | | |
| PE3076-72 | Cable Assembly, RF (SMA-M to RTANGM-M) 6' | $ | 104 | | |
| PE3076-144 | Cable Assembly, RF (SMA-M to RTANGM-M) 12' | $ | 108 | | |
| 2014620-001 | Antenna Device, Wave, PCS/Cell (Green) | $ | 22 | | |
| 2014628-001 | Antenna, ¼ Wave (2.4 GHZ) (Bluetooth) | $ | 18 | | |
| 2014629-002 | Antenna Device, Wave, GSM  (Orange) | $ | 22 | | |
| 3100242-103 | Backpack Carrying Case Custom (Blue) | $ | 660 | | |
| 3100242-104 | Backpack Carrying Case Custom (Army Digi-Camo) | $ | 660 | | |
| 3174173-102 | Quad Band Mag Mount Antenex Antenna (SMA) | $ | 125 | | |



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

| PC Controllers | | |
|---|---|---|
| **MODEL NUMBER** | **DESCRIPTION** | **PRICE** |
| 2009523-101 | Laptop PC Controller (Dell Latitude D630) | $ 3,500 |
| 2015651-101 | Mini PC Controller (OQO) | $ 3,200 |
| 2014069-101 | Rugged Mini PC Controller (GD Go Book) | $ 4,900 |
| 3084625-101 | Laptop Computer, Lightweight, Low Power, 12" Screen | $ 3,000 |
| 2009525-101 | Panasonic Toughbook Computer | $ 6,500 |
| *PC Controller Accessories* | | **PRICE** |
| 3058870-101 | Serial Cable | $ 40 |
| 2009523-003 | Mouse, CMPTR (Micro Trac) | $ 50 |
| 2009523-002 | Auto Power Adapter (8500 & D600) | $ 128 |

| Harpoon High Powered Amp 30 Watt Filtered | | | |
|---|---|---|---|
| **MODEL NUMBER** | **DESCRIPTION** | **PRICE** | |
| | | 1 to 15 Units | 16+ Units |
| PA-KIT-30W iDEN 800 | High Powered Filtered 30W PA Kit - Single Band iDEN 800 | $ 14,000 | $ 13,300 |
| PA-KIT-30W 2100 | High Powered Filtered 30W PA Kit - Single Band UMTS 2100 | $ 16,000 | $ 15,200 |
| PA-KIT-30W Dual-Band CONUS | High Powered Filtered 30W PA Kit - Dual Band 850/1900 | $ 17,500 | $ 16,600 |
| PA-KIT-30W Dual-Band OCONUS | High Powered Filtered 30W PA Kit - Dual Band 900/1800 | $ 17,500 | $ 16,600 |
| 3184472-101 | Harpoon Diplexer Kit (Use w/SR I) | $ 650 | $ 650 |
| | Need Mag Mount Antenna Specified | | |

| UMTS Band Converters | | | |
|---|---|---|---|
| **MODEL NUMBER** | **DESCRIPTION** | **PRICE** | |
| | | 1 to 15 Units | 16+ Units |
| CONV-2100/1700 | UMTS Band IV -AWS Converter | $ 16,000 | $ 15,200 |
| CONV-2100/1900 | UMTS Band I Converter | $ 16,000 | $ 15,200 |



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE