**ATTACHMENT 24**

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND MOTION FOR
SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR


ATTACHMENT 24:   *Wiki - SnoopSnitch - SRLabs Open Source Projects*,
                 https://opensource.srlabs.de/projects/snoopsnitch.

# SnoopSnitch

SnoopSnitch is an Android app that collects and analyzes mobile radio data to make you aware of your mobile network security and to warn you about threats like fake base stations (IMSI catchers), user tracking and over-the-air updates. With SnoopSnitch you can use the data collected in the GSM Security Map at gsmmap.org and contribute your own data to GSM Map.



This application currently only works on Android phones with a Qualcomm chipset and a stock Android ROM (or a suitable custom ROM with Qualcomm DIAG driver). It requires root priviliges to capture mobile network data.

### Documentation

For details on SnoopSnitch please refer to the FAQ.

### Requirements:

- Qualcomm-based Android phone (see device list)
- **Stock** Android ROM, version 4.1 or later
  Note: Custom Android ROMs like CyanogenMod may or may not work, depending on the availability of a Qualcomm DIAG kernel driver (DIAG_CHAR).
- **Root privileges** on phone

### Incompatible Devices:

The following devices have been found to be incompatible and can **not** be used with SnoopSnitch:

- **Unsupported.** Devices with custom ROM such as CyanogenMod which lacks the Qualcomm DIAG kernel driver (DIAG_CHAR)
- **Unsupported.** Every device without Qualcomm chipset
- **Unsupported.** Samsung Galaxy S2 & S3
- **Unsupported.** Nexus 5 with stock Android
- **Unsupported.** Huawei Ascend Y300

### Download:

- Pre-compiled .apk (SHA1: d55fcb3e849e0e18a7a307e6c2125e04ddeb7fd0)
- Pre-compiled .apk from Google Play Store
- Pre-compiled .apk from F-Droid
- Source Code:



```
git clone --recursive https://opensource.srlabs.de/git/snoopsnitch.
```

SnoopSnitch is released under the GPL v3 license (cf. source:COPYING). The app is known to built under Linux and OS X, see source:README for build instructions.

### Disclaimer

The tests include an active part. First, your phone will place outgoing calls to a dedicated number. This number will always be busy and never answer in order to rule out voice charges as best as we can.

Second, your phone will send SMS short messages to an invalid number. In some cases, we saw operators charging for these kind of transactions transactions. Hence, please have an eye on your phone bill when performing active tests using SnoopSnitch. To control for involuntary charges, we strongly advise the use of a dedicated pre-paid SIM card for these tests.

Furthermore, our call server will call your phone and send test SMS during the active test. To avoid unnecessary costs on our side, **DO NOT PICK UP OR REJECT AUTOMATIC CALLS FROM OUR SERVER**. If you pick up a call or have a mailbox or

auto-answer feature configured that picks up the call automatically you may get
blacklisted and cannot use our service anymore. Please see our Banned wiki page for
details.

## Instructions

1. Make sure you have rooted the phone
2. Install application from   Google Play app store or below
3. Run the app, execute active tests, upload security events and suspicious activity

## Mailing list

A public mailing list for discussions is   here
For specific questions to the snoopsnitch-team that do not require or permit public
discussion, please contact us directly at **snoopsnitch [you know what to put here]
srlabs.de**

## Version history

Version 0.9.7

- Improve detection of type 1 catchers and silent calls
- Reduce false positive rate
- Upload anonymized metadata additionally to radio traces
- Various enhancements and bug fixes

Version 0.9.5

- Make detection run automatically on boot
- Support LTE active tests
- Improve detection of 2G/3G catchers
- Detect empty WAP pushes

Version 0.9.4

- Improve type 1 catcher and silent SMS detection
- Implement network info screen
- Detect malfunctioning baseband interface
- Various enhancements and bug fixes

Version 0.9.3

- Support Android 5
- Fix initialization issue on newer devices
- Translation to German and Dutch

Version 0.9.2

- Fixed app lock-up issues
- Improved device compatibility check
- Handled unsupported LTE gracefully

Version 0.9.1

- Fix problem where SnoopSnitch would leave the phone muted after a test
- Remove issue with disappearing (Skype) dialing dialogs
- Resolved performance issue in analysis

Version 0.9.0

- Initial public release

sc_map_overview.png (702 KB) Alex, 12/23/2014 11:11 PM
sc_map_details.png (432 KB) Alex, 12/23/2014 11:11 PM
sc_catcher_hour.png (105 KB) Alex, 12/26/2014 04:18 PM
sc_dashboard.png (95.5 KB) Alex, 12/26/2014 04:25 PM
SnoopSnitch-0.9.0.apk (3.9 MB) Alex, 12/26/2014 04:33 PM
SnoopSnitch-0.9.1.apk (3.9 MB) Alex, 12/29/2014 12:48 PM
SnoopSnitch-0.9.2.apk (3.9 MB) Alex, 01/08/2015 03:06 PM
SnoopSnitch-0.9.3.apk (4.01 MB) Alex, 01/19/2015 10:19 AM
SnoopSnitch-0.9.4.apk (4.04 MB) Alex, 02/23/2015 06:28 PM
SnoopSnitch-0.9.5.apk (4.12 MB) Alex, 03/20/2015 07:42 PM
SnoopSnitch-0.9.7.apk (4.14 MB) Jakob, 05/13/2015 03:51 PM