## ATTACHMENT 26

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND MOTION FOR
SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR

ATTACHMENT 26:   United States v. Rigmaiden, CR08-814-PHX-DGC, Dkt. #821-3, pp.
86-93 (D.Ariz., May 25, 2012) ((1) Two page chart of text messages
sent and received by FBI Agent Richard J. Murray while the aircard was
being located on July 16-17, 2008; Note: created by the defense using
ITEM No. 6 of December 9, 2011 discovery set; and (2) page Nos. 1, 2,
3, 9, and 10 of original chart of text messages provided by the
government; (ITEM No. 6 of December 9, 2011 discovery set)).

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

↓ **EXHIBIT 063** ↓

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

(1) Two page chart of text messages sent and received by FBI Agent Richard J. Murray while the aircard was being located on July 16-17, 2008; Note: created by the defense using ITEM No. 6 of December 9, 2011 discovery set; and (2) page Nos. 1, 2, 3, 9, and 10 of original chart of text messages provided by the government; (ITEM No. 6 of December 9, 2011 discovery set);

[Redacted by the defendant (for relevance) using white squares with black borders.]

**Chart Of Text Messages Sent And Received By FBI Agent Richard J. Murray**
**While the Aircard Was Being Located on July 16-17, 2008**
**(created from ITEM No. 6 of December 9, 2011 discovery set)**

| Gov. Chart Index No. | Text Message Content | Text Message Sent or Received Indicator | Name of Text Message Recipient or Sender | Sent or Received Date/Time |
|---|---|---|---|---|
| 49 | [[REDACTED] LES] | [Sent To] ⏵⏵ | FBI Agent Kevin Killigrew | 07/16/08 01:34 AM |
| 50 | R u hitting the card near the area we mapped out? | [Received From] ⏴⏴ | FBI Agent Kevin Killigrew | 07/16/08 01:34 AM |
| 51 | We have confirmed that the tech agents can grab card. If we can now only find it! Trying some tonite, full press manana. | [Sent To] ⏵⏵ | FBI Agent Kevin Killigrew | 07/16/08 01:37 AM |
| 52 | Outstanding!!! Fyi, if they keep [[REDACTED] LES] they are close, but that means he is [[REDACTED] LES] [[REDACTED] LES] | [Received From] ⏴⏴ | FBI Agent Kevin Killigrew | 07/16/08 01:42 AM |
| 53 | [[REDACTED] LES] | [Received From] ⏴⏴ | FBI Agent Kevin Killigrew | 07/16/08 01:42 AM |
| 54 | We verified the ability to pull the card over through testing on an irs verizon card. Atech agent from [REDACTED: TTA First Name], is here helping out and he has top game. | [Sent To] ⏵⏵ | FBI Agent Kevin Killigrew | 07/16/08 01:46 AM |
| 55 | [[REDACTED] Location Of Tech Agent Office] came and caught their guy today. With our guy, san jose will be 2 for 2 this week. | [Sent To] ⏵⏵ | FBI Agent Kevin Killigrew | 07/16/08 01:46 AM |
| 56 | U da man Money! Good luck | [Received From] ⏴⏴ | FBI Agent Kevin Killigrew | 07/16/08 01:47 AM |
| 57 | Tru dat. Cdma is [[REDACTED] LES] but u Da MAN!!! Remember err on the side of tower 268 | [Received From] ⏴⏴ | FBI Agent Kevin Killigrew | 07/16/08 02:12 AM |
| 58 | Still waiting for word back from tech agets. Just hanging out here. | [Sent To] ⏵⏵ | IRS-CI Agent Michael Flieschmann | 07/16/08 02:30 AM |
| 62 | Verizon said our boys card was not on yesterday. | [Sent To] ⏵⏵ | FBI Agent Kevin Killigrew | 07/16/08 05:56 PM |
| 63 | Interesting, check the historical records u have and see how often, if ever, he was off for a whole day? | [Received From] ⏴⏴ | FBI Agent Kevin Killigrew | 07/16/08 06:00 PM |
| 64 | We are down to an apt complex. Trying to pin the exact number. Location right next to santa clara university. | [Sent To] ⏵⏵ | FBI Agent Kevin Killigrew | 07/17/08 12:53 AM |
| 65 | Outstanding. U r a great warrior!!! | [Received From] ⏴⏴ | FBI Agent Kevin Killigrew | 07/17/08 12:54 AM |

| 66 | Only bcse there are super hound dogs who know how to do this tracking stuff!!! | [Sent To] ▶▶ | FBI Agent Kevin Killigrew | 07/17/08 12:55 AM |
| 67 | U r the spark that lit the fire and the wind that fanned it! W/o u there is nothing. U in for hoops tomoro? | [Received From] ◀◀ | FBI Agent Kevin Killigrew | 07/17/08 01:00 AM |
| 68 | Ricardo, When u get a chance will u send me the address of the apartment complex u b targeting. I want to plot it on map Thx | [Received From] ◀◀ | FBI Agent Kevin Killigrew | 07/17/08 01:50 AM |
| 69 | 431 camino real, santa clara, ca. Name of place is domicilio. Google search on domicilio in santa clara, ca and you will see their website. | [Sent To] ▶▶ | FBI Agent Kevin Killigrew | 07/17/08 01:55 AM |
| 70 | Muchas gracias! | [Received From] ◀◀ | FBI Agent Kevin Killigrew | 07/17/08 02:06 AM |

Key for Text Messages for FBI SA Richard Murray

MF – Mike Flieschmann -- IRS-CI

KK – Kevin Killigrew – FBI

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Non-pertinent texts and duplicate pertinent texts removed on 10/12/2011. rjm | | | | | | |
| 2 | | | | | | | |
| 3 | App | Name/ID | Email | Message_Type | To | From | Callback_Number |

|   |   | E | F | G |
|---|---|---|---|---|

LES —

| 49 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |
| 50 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |

LES

| 51 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |
| 52 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| 53 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| 54 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |
| 55 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |
| 56 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| 57 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| 58 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |

KK

MF

| 62 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |
| 63 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| 64 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |
| 65 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| 66 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |
| 67 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| 68 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| 69 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |
| 70 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |

KK

| | H | I | J | K | L | M |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | Body | Send/Received_Date | Server_Log_Date | Message_Status | Command | UID |

| | | | | | |
|---|---|---|---|---|---|
| 49 | : | 7/16/2008 1:34 | 7/15/2008 21:50 Tx_Delivered | Add |
| 50 | R u hitting the card near the area we mapped out? | 7/16/2008 1:34 | 7/15/2008 21:50 Rx_Received | Add |
| 51 | We have confirmed that the tech agents can grab card. If we can now only find it! Trying some tonite, full press manana. | 7/16/2008 1:37 | 7/15/2008 21:37 Tx_Delivered | Add |
| 52 | Outstanding!!! Fyi, if they keep , they are close, but that means he is | 7/16/2008 1:42 | 7/15/2008 21:50 Rx_Received | Add |
| 53 | | 7/16/2008 1:42 | 7/15/2008 21:50 Rx_Received | Add |
| 54 | We verified the ability to pull the card over through testing on an irs verizon card. A tech agent from [REDACTED] TTA First Name], is here helping out and he has top game. | 7/16/2008 1:46 | 7/15/2008 21:50 Tx_Delivered | Add |
| 55 | came and caught their guy today. With our guy, san jose will be 2 for 2 this week. | 7/16/2008 1:46 | 7/15/2008 21:50 Tx_Delivered | Add |
| 56 | U da man Money! Good luck | 7/16/2008 1:47 | 7/15/2008 21:50 Rx_Received | Add |
| 57 | Tru dat. Cdma is but u Da MAN!!! Remember err on the side of tower 268 | 7/16/2008 2:12 | 7/15/2008 22:15 Rx_Received | Add |
| 58 | Still waiting for word back from tech agets. Just hanging out here. | 7/16/2008 2:30 | 7/15/2008 22:28 Tx_Sent | Add |
| | | | | |
| 62 | Verizon said our boys card was not on yesterday. | 7/16/2008 17:56 | 7/16/2008 13:55 Tx_Delivered | Add |
| 63 | Interesting, check the historical records u have and see how often, if ever, he was off for a whole day? | 7/16/2008 18:00 | 7/16/2008 14:25 Rx_Received | Update |
| 64 | We are down to an apt complex. Trying to pin the exact number. Location right next to santa clara university. | 7/17/2008 0:53 | 7/16/2008 21:01 Tx_Delivered | Add |
| 65 | Oustanding. U r a great warrior!!! | 7/17/2008 0:54 | 7/16/2008 21:01 Rx_Received | Add |
| 66 | Only bcse there are super hound dogs who know how to do this tracking stuff!!! | 7/17/2008 0:55 | 7/16/2008 21:01 Tx_Delivered | Add |
| 67 | U r the spark that lit the fire and the wind that fanned it! W/o u there is nothing. U in for hoops tomoro? | 7/17/2008 1:00 | 7/16/2008 21:01 Rx_Received | Add |
| 68 | Ricardo, When u get a chance will u send me the address of the apartment complex u b targeting. I want to plot it on map Thx | 7/17/2008 1:50 | 7/16/2008 21:58 Rx_Received | Add |
| 69 | 431 camino real, santa clara, ca. Name of place is domicilio. Google search on domicilio in santa clara, ca and you will see their website. | 7/17/2008 1:55 | 7/16/2008 21:58 Tx_Delivered | Add |
| 70 | Muchas gracias! | 7/17/2008 2:06 | 7/16/2008 22:08 Rx_Received | Add |

M

LES

LES

LES
LES
LES

Location of Tech Agent

LES