# ATTACHMENT 28

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR

ATTACHMENT 28:   Screenshot of the total amount of data (49.7 megabytes) spread across the seven (7) CDs containing the FBI's first set of PDF files (482 pages) sent to Daniel Rigmaiden on March 4, 2015, RE: FOIPA Request No.: 1212582.

