# ATTACHMENT 29

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND MOTION FOR
SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR

ATTACHMENT 29:   Screenshot of the total amount of data (75.3 megabytes) spread across the
eleven (11) CDs containing the FBI's second set of PDF files (672 pages)
sent to Daniel Rigmaiden on April 1, 2015, RE: FOIPA Request No.
1212582.

