## ATTACHMENT 30

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN
SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND MOTION FOR
SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR


ATTACHMENT 30:   Screenshot of the total amount of data (385 megabytes) spread across the
nineteen (19) CDs containing the FBI's third set of PDF files (3,417 pages)
sent to Daniel Rigmaiden on April 13, 2015, RE: FOIPA Request No.
1212582.

