# **ATTACHMENT 31**

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR

ATTACHMENT 31:   Daniel Rigmaiden's March 26, 2015, email to Defendant FBI's counsel, Brad Rosenberg, RE: FOIPA Request No. 1212582.

Safe-mail.net

Compose Inbox Sent Folders Bull Board Briefcase Jotter Help Sign Out
Search Drafts Trash Addr book More Album Pref User Info Upgrade now!

freedan@Safe-mail.net          Outbox          20 May 2015 03:03

Ref: N1B-1F1W5FKCaw  
Subject: Re: Rigmaiden v. FBI -- FBI Letter Regarding Fees  
Date: 26 Mar 2015 11:28  
From: "Daniel Rigmaiden" <freedan@Safe-mail.net>  
To: Brad.Rosenberg@usdoj.gov  

Printable Version  
Show   Download  
Save Addresses  

Brad,

I received the FBI's letter with the CDs today. I'm putting the copy fees payment in the mail on March 27th.

However, if upon accessing the CDs, it is evident that all of the files could have fit on one CD or DVD (or less CDs or DVDs), I am filing for summary judgment and asking that the court order the FBI to refund the fee minus the cost of one CD / DVD. It is my position that the FBI is abusing the FOIA process by creating an excess of CDs and then charging for them.

Daniel Rigmaiden

-------- Original Message --------  
From: "Rosenberg, Brad (CIV)" <Brad.Rosenberg@usdoj.gov>  
To: "Daniel Rigmaiden (freedan@Safe-mail.net)" <freedan@Safe-mail.net>  
Subject: Rigmaiden v. FBI -- FBI Letter Regarding Fees  
Date: Mon, 22 Dec 2014 22:16:25 +0000  

> Dear Mr. Rigmaiden:
>
>
>
> Attached please find a copy of a letter that the FBI is mailing to you today regarding your FOIA request.
>
>
>
>
> Thanks,

```
>
> -Brad
>
>
>
>
>
> _____
>
> Brad P. Rosenberg
>
> Trial Attorney
>
> U.S. Department of Justice
>
> Civil Division, Federal Programs Branch
>
> 20 Massachusetts Ave., N.W.
>
> Washington, DC 20001
>
> (202) 514-3374
>
> (202) 616-8460 (fax)
>
>
>
>
>
```

Forward  Delete  Message ▼