# ATTACHMENT 32

DANIEL RIGMAIDEN'S DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT

Daniel David Rigmaiden
v.
Federal Bureau of Investigation, et al.

CV12-01605-PHX-DLR

ATTACHMENT 32:   Copy of Daniel Rigmaiden's May 22, 2015, payment to Defendant FBI RE: inflated/unnecessary duplication fees in FOIPA Request No. 1212582.

