BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BRAD P. ROSENBERG (D.C. Bar No. 467513)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Daniel David Rigmaiden, | No. CV12-1605-DLR-BSB |
|---|---|
| Plaintiff, | **DEFENDANTS' NOTICE OF FILING OF SECOND DECLARATION OF DENNIS J. ARGALL REGARDING THE HARRIS AND EPIC REQUEST** |
| vs. | |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that defendants, by undersigned counsel, herewith file the Second Declaration of Dennis J. Argall Regarding the Harris and EPIC Request.  This Declaration supplements and corrects an error in Mr. Argall's earlier declaration of June 22, 2015 (Dkt. No. 140-2).

| | | |
|---|---|---|
| 1 | DATED: June 23, 2015 | Respectfully submitted, |
| 2 | | BENJAMIN C. MIZER |
| 3 | | Principal Deputy Assistant Attorney General |
| 4 | | ELIZABETH J. SHAPIRO<br>Deputy Branch Director |
| 5 | | /s/ *Brad P. Rosenberg* |
| 6 | | BRAD P. ROSENBERG<br>D.C. Bar No. 467513 |
| 7 | | Trial Attorney<br>U.S. Department of Justice |
| 8 | | Civil Division, Federal Programs Branch<br>P.O. Box 883 |
| 9 | | Washington, D.C. 20044<br>Telephone: (202) 514-3374<br>Facsimile: (202) 616-8460 |
| 10 | | E-mail: brad.rosenberg@usdoj.gov |
| 11 | | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2015, I served the attached document on Plaintiff via the CM/ECF system, who is a registered participant.

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG
D.C. Bar No. 467513
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-3374
Facsimile:  (202) 616-8460
E-mail:  brad.rosenberg@usdoj.gov

*Attorney for Defendants*