BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BRAD P. ROSENBERG (D.C. Bar No. 467513)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>           Plaintiff,<br><br>      vs.<br><br>Federal Bureau of Investigation, et al.,<br><br>           Defendants. | No. CV12-1605-DLR-BSB<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR THE PARTIES TO FILE REPLY BRIEFS (First Request)** |

Defendants Federal Bureau of Investigation, Executive Office for United States Attorneys, Office of Information Policy, and U.S. Department of Justice ("defendants") hereby move for a modest, one-week extension of time to file their reply brief in support of their motion to dismiss for lack of jurisdiction and second motion for summary judgment.  Because briefing on plaintiff's motion for partial summary judgment is proceeding on a parallel track, the government requests that plaintiff receive a similar extension of time to file his reply brief.  In support thereof, defendants state as follows:

1. This is a Freedom of Information Act ("FOIA") case involving three separate FOIA requests to two government entities, the Federal Bureau of Investigation ("FBI") and the Executive Office for United States Attorneys ("EOUSA").

2. On May 20, 2015, the government filed a Motion to Dismiss for Lack of

Jurisdiction and Second Motion for Summary Judgment.  *See* Dkt. No. 137 (05/20/2015).  On that same day, plaintiff filed a Motion for Partial Summary Judgment.  *See* Dkt. No. 136 (05/20/2015).  Both the government and plaintiff filed opposition briefs on June 22, 2015.  *See* Dkt. No. 140 (06/22/2015) (government opposition); Dkt. No. 142 (06/22/2015) (plaintiff's opposition).[1]  Accordingly, both the government's and plaintiff's reply briefs are currently due on Friday, July 10, 2015.  *See* L.R. Civ. 56.1(d) (providing 15 days to file reply brief); L. R. Civ. 5.5(h) (ECF filing constitutes electronic service through Court's transmission facilities pursuant to Fed. R. Civ. P. 5(b)(3)); Fed. R. Civ. P. 5(b)(3) (allowing use of court transmission facilities to make service via Rule 5(b)(2)(E)); Fed. R. Civ. P. 5(b)(2)(E) (allowing service via electronic means); Fed. R. Civ. P. 6(d) (adding 3 days when service is made pursuant to Rule 5(b)(2)(E)).

3. Undersigned counsel has multiple other litigation matters to which he must attend between now and July 10.  Moreover, undersigned counsel anticipates being out-of-the-office due to personal commitments on several days of the week of July 6, including on Friday, July 10 itself (the date that the reply briefs are currently due).  Finally, July 3 is a Federal Holiday.  Accordingly, undersigned counsel requests this one-week extension of time, which will allow for sufficient time to prepare a reply brief and conduct appropriate, internal review.

4. Undersigned counsel has not previously requested an extension of time to file this reply brief.  In fact, no extensions of time have been sought by either party for any of the briefs in the current round of summary judgment briefing.  The court has not scheduled a hearing in this case, and there are no other deadlines.  Plaintiff will not suffer any prejudice (as the government is hereby moving for an extension of his deadline as well), and granting the motion will not substantially delay the resolution of this case.

5. Undersigned counsel has conferred with plaintiff regarding this motion.

---

[1] The next day, the government filed a supplemental declaration that supplemented and corrected an error in a previously filed declaration.  *See* Notice of Filing, Dkt. No. 143 (06/23/2015).

1 | Plaintiff does not oppose the motion.

2 | Accordingly, the government requests that this Court grant a one-week extension
3 | of time for all parties to file their reply briefs.  A proposed order is attached.

| | | |
|---|---|---|
| 1 | DATED: July 1, 2015 | Respectfully submitted, |
| 2 | | BENJAMIN C. MIZER |
| 3 | | Principal Deputy Assistant Attorney General |
| 4 | | ELIZABETH J. SHAPIRO<br>Deputy Branch Director |

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG
D.C. Bar No. 467513
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-3374
Facsimile:  (202) 616-8460
E-mail:  brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

- 4 –

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2015, I served the attached document on Plaintiff via the CM/ECF system, who is a registered participant.

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG
D.C. Bar No. 467513
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-3374
Facsimile:  (202) 616-8460
E-mail:  brad.rosenberg@usdoj.gov

*Attorney for Defendants*