|  |  |
|---|---|
| IN THE UNITED STATES DISTRICT COURT | |
| FOR THE DISTRICT OF ARIZONA | |

Daniel David Rigmaiden,

        Plaintiff,

  vs.

Federal Bureau of Investigation, et al.,

        Defendants.

No. CV12-1605-SRB-BSB

**PROPOSED ORDER**

On July 1, 2015, Defendants the Federal Bureau of Investigation, the Executive Office for United States Attorneys, the Office of Information Policy, and the U.S. Department of Justice ("Defendants") filed a Motion for an Extension of Time for the Parties to File Reply Briefs. The motion seeks a one-week extension of time for Defendants to file their Reply in Support of their Motion to Dismiss for Lack of Jurisdiction and Second Motion for Summary Judgment (Dkt. No. 137, 05/20/2015), and for Plaintiff Daniel David Rigmaiden ("Plaintiff") to file his Reply in Support of his Motion for Partial Summary Judgment (Dkt. No. 136, 05/20/2015). Those reply briefs are currently due on Friday, July 10, 2015. Plaintiff does not oppose the motion.

For good cause shown, it is hereby ORDERED that Defendants' motion shall be, and it hereby is, GRANED. Both Plaintiff and the Defendants shall file their reply briefs in support of their respective motions (Dkt. Nos. 136, 137) on or before Friday, July 17, 2015.

IT IS SO ORDERED.