# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Rigmaiden,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Federal Bureau of Investigation, et al.,<br><br>　　　　　　　Defendants. | No. CV-12-01605-PHX-SRB (BSB)<br><br>**ORDER** |

　　　After consideration of this matter and for good cause shown,

　　　**IT IS ORDERED** that Defendants' Motion for Extension of Time (Doc. 144) is **GRANTED** and the deadline for Defendants to file a reply in support of their second motion for summary judgment (Doc. 137) and the deadline for Plaintiff to file a reply in support of his motion for partial summary judgment (Doc. 136) are extended to **July 17, 2015**.

　　　Dated this 1st day of July, 2015.

_____
Bridget S. Bade
United States Magistrate Judge