1  Daniel David Rigmaiden
   530 E McDowell Rd Ste 107-214
2  Phoenix, AZ 85004
   Email: freedan@safe-mail.net
3

4  Daniel David Rigmaiden,
   Pro Se, Plaintiff
5

6                    **UNITED STATES DISTRICT COURT**
                           **DISTRICT OF ARIZONA**
7

8  Daniel David Rigmaiden,                    Civil Action No.:

9       Plaintiff,                            CV12-01605-PHX-DLR
        v.
                                              SUPPLEMENT TO PLAINTIFF'S MOTION
10 Federal Bureau of Investigation, et al.    FOR PARTIAL SUMMARY JUDGMENT
                                              AND SUPPORTING MEMORANDUM
11      Defendant.                            (Dkt. #136).

12         Plaintiff, Daniel David Rigmaiden, appearing *pro se*, respectfully submits *Supplement*

13 *To Plaintiff's Motion For Partial Summary Judgment And Supporting Memorandum (Dkt.*

14 *#136)*.  Plaintiff is updating the relief requested at Dkt. #136 as follow:

15         1.     Plaintiff cancels his request for an injunction requiring "Defendant FBI and the

16 USDOJ [][to] not submit the $555.00 duplication fee bill to a collection agency or otherwise

17 follow 28 CFR 16.11(g) in response to Plaintiff not paying the $555.00 duplication fee bill."

18 Dkt. #136, p. 17.

19         2.     Plaintiff updates his request for a refund of duplication fees from "$60.00 of the

20 $95.00 he has already paid the FBI[,'] Dkt. #136, p. 17, to instead be "$510.00 of the $545.00

21 he has already paid the FBI."

22         The government does not object to Plaintiff updating the relief requested at Dkt. #136

23 in the manner described above.

24         Plaintiff is updating the requested relief considering the facts changed after Plaintiff

25 filed Dkt. #136, and he seeks to avoid having to file another motion for summary judgment

26 addressing the new facts.  After filing Dkt. #136, Plaintiff was able to pay the remainder of

27 FBI's $545.00 duplication fee bill for the 37 CDs by using his rent money.  *See* Dkt. #142-2, ¶

28 15 (Plaintiff's declaration).  However, Plaintiff paid this under duress, *see id.*, ¶ 14, and he

1 | continues to request a court ordered refund of the total billed amount over $35.00 (the cost of
2 | three CDs), which comes to a $510.00 refund.  Additionally, because all duplications fees
3 | have been paid, Plaintiff no longer needs the previously requested injunction.
4 |     All of Plaintiff's arguments at Dkt. #136 remain unchanged.
5 | ///
6 | ///
7 | ///
8 | ///
9 | ///
10 | ///
11 | ///
12 | ///
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

Respectfully Submitted: July 17, 2015.

DANIEL DAVID RIGMAIDEN,
Pro Se Plaintiff:


s/ Daniel Rigmaiden
Daniel D. Rigmaiden

### CERTIFICATE OF SERVICE

I, Daniel David Rigmaiden, hereby certify that on July 17, 2015, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Brad P. Rosenberg, Attorney for Defendants

By: s/ Daniel Rigmaiden