**freedan@safe-mail.net**

8/1/2015

**From:**
**To:** "Daniel Rigmaiden" <ddrigmaiden@freedomdujour.com>
**Cc:**
**Sent:** Thursday, May 28, 2015 10:43 AM
**Subject:** RE: rent for June

Good morning Daniel,

Yes, you may mail your rent on June 5th and we will mark it as on time. Thanks for your notification.

Regards,

☐ | NMLS-☐ | LO-☐
*Corporation* | MB-☐
☐, AZ 85☐
☐ office | ☐ fax | ☐ toll free
Property Manager, ☐
☐ | office hours ☐ to ☐

-------- Original Message --------
Subject: rent for June
From: Daniel Rigmaiden <ddrigmaiden@freedomdujour.com>
Date: Thu, May 28, 2015 10:36 am
To: ☐

I live at ☐, AZ. I unexpectedly had to pay the FBI $450 in relation to a lawsuit, which was more than my entire biweekly paycheck I received on May 22nd. Is it okay if I pay my $300 June rent on June 5th and not have it marked down as late?

It's extortion what the FBI is doing. I don't have time to go into detail, and you likely don't care, but here is a tweet about it:

https://twitter.com/ddRigmaiden/status/603600005983825921?s=09

Daniel Rigmaiden

8/1/2015