**freedan@safe-mail.net**

| | |
|---|---|
| **From:** | [redacted]@azd.uscourts.gov> |
| **To:** | "Daniel Rigmaiden" <freedan@Safe-mail.net> |
| **Sent:** | Wednesday, May 27, 2015 1:33 PM |
| **Subject:** | Re: using gofundme to pay the FBI's extortion |

You may use Go fund me, but must provide a link so that I can see your request.  Also, I ask that you provide a final statement as to how much you raised.  Also, kickstarter will not be approved, which we can discuss further in person.  I am not in support of you not paying your rent to satisfy this debt, that will cause you to loose your residence.

> On May 22, 2015, at 2:13 AM, Daniel Rigmaiden <freedan@Safe-mail.net> wrote:
>
> Hi [redacted]
>

On May 22, 2015, I am getting a paycheck. This was going to be my rent money for June.  However, instead I am using it to pay the FBI's extortion demand (I explained to you the circumstances of the FBI's extortion scheme while at your office on April 22, 2015).

> When we discussed me doing a Kickstarter.com campaign at your office on April 22, 2015, you indicated you would look into it and get back to me. However, I never heard back from you on whether the USDOJ considers Kickstarter.com to be a financial contract or, if it does, whether you approve me to launch one.
>

> Aside from that matter, Gofundme.com is different from Kickstarter.com to the effect that Kickstarter.com involves providing a product or producing something tangible in exchange for money, while Gofundme.com merely involves receiving donations in exchange for nothing at all.  This is no different from someone asking a stranger for change for the bus or for a soda from a soda machine, neither of which are financial contracts.
>
> In any event, I have determined that neither a Kickstarter.com campaign nor Gofundme.com campaign is a financial contract under any legal definition—whether under the terms if my probation or as a general matter. A financial contract occurs when one incurs some type of debt through an agreement, such as a credit card or loan, or receives or makes an investment regulated by the SEC, such as an IPO or stocks.
>

>
> Daniel Rigmaiden