# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Federal Bureau of Investigation, et al.,<br><br>　　　　　　Defendants. | No. CV-12-01605-PHX-DLR (BSB)<br><br>**ORDER** |

　　　　On May 20, 2015, the government filed a Motion to Dismiss for Lack of Jurisdiction and a Second Motion for Summary Judgment. (Doc. 137.) Plaintiff filed a response on June 22, 2015. (Doc. 142.) On July 17, 2015, the government filed a reply in support of its motion. (Doc. 147.) Once the reply was filed, the briefing on the motion to dismiss and for summary judgment was closed. (*See* Doc. 139; LRCiv 56.1.)

　　　　On August 1, 2015, Plaintiff filed a motion for leave to file a surreply and lodged a proposed surreply with the Clerk of Court. (Docs. 149, 150.) The proposed surreply concerns a collateral matter that is not related to the issues in the motion to dismiss and for summary judgment. Therefore, the Court denies Plaintiff's motion for leave to file a surreply.

　　　　Accordingly,

/ / /

/ / /

/ / /

1 **IT IS ORDERED** that Plaintiff's Motion for Leave to File a Surreply (Doc. 149)
2 is **DENIED.**
3 Dated this 10th day of August, 2015.

Bridget S. Bade
United States Magistrate Judge