BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BRAD P. ROSENBERG (D.C. Bar No. 467513)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Federal Bureau of Investigation, et al.,<br><br>　　　　Defendants. | No. CV12-1605-DLR-BSB<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

One of the issues in this case involves the application of Exemption 3 of the Freedom of Information Act ("FOIA"). In his summary judgment motion, plaintiff argued that the Office of the Director of National Intelligence ("ODNI") did not review or approve the application of Exemption 3 to materials outside of the sample. *See* Dkt. No. 136 at 8. The government responded to plaintiff's argument in its opposition brief. *See* Dkt. No. 140 at 14-16. Among other things, the government noted that plaintiff's apparent view that ODNI must approve the application of Exemption 3 to specific records pursuant to the National Security Act of 1947 is incorrect, as the Director of National Intelligence need not personally authorize every agency's withholding of intelligence sources and methods information pursuant to that Act.

1  The D.C. Circuit has recently issued an opinion supporting the government's viewpoint. In *DiBacco v. United States Army*, ___ F.3d ___, 2015 WL 4590312 (D.C. Cir. July 31, 2015), the court held that ODNI need not delegate its authority to invoke Exemption 3 on a case-by-case basis. Instead, the court noted that ODNI issues guidance to heads of intelligence agencies to protect national intelligence and intelligence sources, methods, and activities from disclosure, which those agencies then use in applying FOIA Exemption 3. The relevant discussion of Exemption 3 appears on pages *16-*18 of the opinion (pages 17-20 using the pagination at the bottom of the printout), which is attached hereto.

DATED: August 17, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG
D.C. Bar No. 467513
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2015, I served the attached document on Plaintiff via the CM/ECF system, who is a registered participant.

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG
D.C. Bar No. 467513
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-3374
Facsimile:  (202) 616-8460
E-mail:  brad.rosenberg@usdoj.gov

*Attorney for Defendants*