BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BRAD P. ROSENBERG (D.C. Bar No. 467513)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, | No. CV12-1605-DLR-BSB |
| Plaintiff, | **DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO SUBMIT DOCUMENTS FOR *IN CAMERA* REVIEW AND TO PROVIDE A SUPPLEMENTAL, *EX PARTE* DECLARATION  (First Request)** |
| vs. | |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

Defendants hereby move for a 30-day extension of time for the government to comply with the provision of this Court's August 31, 2015 Order requiring the Federal Bureau of Investigation ("FBI") to submit certain documents for *in camera* review, as well as to provide the Court with a supplemental, *ex parte* declaration.  In support thereof, the government states as follows:

1.     This is a Freedom of Information Act ("FOIA") case involving three separate FOIA requests to two government entities, including the FBI.

2.     On August 31, 2015, this Court entered an Order that granted-in-part and deferred-in-part the government's second motion for summary judgment.  *See* Order, Dkt. No. 153.  As relevant here, that Order deferred ruling on the government's motion as to the FBI's application of FOIA Exemption 7(E) in response to plaintiff's October 10,

2011 FOIA request to the FBI (the "Harris Request").  Instead, the Court ordered the FBI to "deliver to the Court in a sealed unit a true copy of the documents/information withheld pursuant to Exemption 7(E) that do not fall within another claimed exemption, along with a supplemental, *ex parte* affidavit that provides more detailed explanations for Defendants' application of Exemption 7(E) to the documents/information submitted for *in camera* inspection."  *Id.* at 20.[1]  The Court's Order requires the government to provide these materials to the Court within 30 days, thus making the submission due on September 30, 2015.  The Court indicated that it will issue a supplemental ruling after reviewing these materials.

3. The FBI's Records/Information Dissemination Section ("RIDS") is coordinating with the FBI's operational experts in drafting the document-by-document explanations of the harm that would result from the release of these documents.  That process, combined with the number of documents at issue, will make it difficult, if not impossible, for the FBI to provide the type of detailed explanations that it believes the Court is seeking.  The government therefore requests a 30-day extension of time—until October 30, 2015—to provide its *in camera* review package (both the *in camera* documents and the *ex parte* supplemental declaration) to the Court.

4. The government has not previously requested an extension of time to provide the Court with its *in camera* review package.  The extra time that the government is requesting is reasonable in light of the large number of documents at issue, the need for RIDS to consult with internal, FBI subject matter experts, and the Court's request that the FBI provide detailed explanations justifying the Exemption 7(E) withholdings.  There are no other, outstanding deadlines in this case.  Finally, granting the motion will not substantially delay the resolution of this case.[2]

---

[1] The Order also requires Defendants to notify plaintiff when delivery of the *in camera* review package has taken place.  *See id.*

[2] Undersigned counsel has conferred with plaintiff regarding this motion.  Plaintiff opposes the motion.

1       Accordingly, the government requests that this Court grant it a 30-day extension
2 of time for the FBI to submit its *in camera* review package, including both the documents
3 being submitted for *in camera* review and the supplemental, *ex parte* declaration being
4 submitted for this Court's review.  A proposed order is attached hereto.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED: September 16, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG
D.C. Bar No. 467513
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-3374
Facsimile:  (202) 616-8460
E-mail:  brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

- 4 –

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2015, I served the attached document on Plaintiff via the CM/ECF system, who is a registered participant.

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG
D.C. Bar No. 467513
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-3374
Facsimile:  (202) 616-8460
E-mail:  brad.rosenberg@usdoj.gov

*Attorney for Defendants*