IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden,<br><br>Plaintiff,<br><br>vs.<br><br>Federal Bureau of Investigation, et al.,<br><br>Defendants. | No. CV12-1605-SRB-BSB<br><br>**PROPOSED ORDER** |

On August 31, 2015, this Court entered an Order that granted-in-part and deferred-in-part the government's second motion for summary judgment in this Freedom of Information Act ("FOIA") lawsuit. *See* Order, Dkt. No. 153. As relevant here, and as it relates to plaintiff's October 10, 2011 FOIA request to the FBI (the "Harris Request"), this Court ordered the government to submit, for *in camera* review, documents that the FBI has withheld pursuant to FOIA Exemption 7(E) that do not fall within another claimed exemption. The Court has also ordered the government to submit a supplemental, *ex parte* declaration that provides more detailed explanations for the FBI's application of Exemption 7(E) to the documents submitted for *in camera* review.

Defendants have now filed a motion for a 30-day extension of time to submit these materials. Plaintiff opposes the motion. For good cause shown, it is hereby ORDERED that Defendants' motion shall be, and it hereby is, GRANED. The government shall have until October 30, 2015 to submit its *in camera* review package, including both the documents subject to *in camera* review and the supplemental, *ex parte* declaration requested by the Court.

IT IS SO ORDERED.