BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BRAD P. ROSENBERG (D.C. Bar No. 467513)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, | No. CV12-1605-DLR-BSB |
| Plaintiff, | **NOTICE OF SUBMISSION OF IN-CAMERA REVIEW PACKAGE** |
| vs. | |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to this Court's Orders of August 31 and September 22, 2015 (Dkt. Nos. 153, 155), the Government has submitted to the Court an *in-camera* review package consisting of:  1) those documents from the representative sample that contain information being withheld pursuant to Freedom of Information Act ("FOIA") Exemption 7(E) that do not fall within another claimed exemption; 2) the In Camera, Ex Parte Declaration of David M. Hardy; and 3) the In Camera, Ex Parte Declaration of Bradley S. Morrison.

As noted in the In Camera, Ex Parte Declaration of David M. Hardy, on September 3, 2015, the Deputy Attorney General of the United States Department of Justice publicly issued policy guidance to all DOJ Components on the use of cell-site

simulator technology.[1]  The release of that memorandum affected the prior processing of Harris Request material withheld pursuant to Exemption 7(E) and not falling within another claimed exemption.  Given this significant development after the Court issued its Order, as well as the FOIA rule of segregability, the FBI re-examined the material withheld under Exemption 7(E) alone in the sample and determined that a limited amount of additional material from the sample could be segregated for release.  The FBI will provide these additional records directly to plaintiff.  That declaration also notes that five pages of records from the sample were marked as exempt under Exemption 7(E) alone, but other exemptions were subsequently determined to apply to those pages as well.

DATED:  October 30, 2015              Respectfully submitted,

                                      BENJAMIN C. MIZER
                                      Principal Deputy Assistant Attorney General

                                      ELIZABETH J. SHAPIRO
                                      Deputy Branch Director

                                      /s/ *Brad P. Rosenberg*
                                      BRAD P. ROSENBERG
                                      D.C. Bar No. 467513
                                      Trial Attorney
                                      U.S. Department of Justice
                                      Civil Division, Federal Programs Branch
                                      P.O. Box 883
                                      Washington, D.C.  20044
                                      Telephone:  (202) 514-3374
                                      Facsimile:  (202) 616-8460
                                      E-mail:  brad.rosenberg@usdoj.gov

                                      *Attorneys for Defendants*

---

[1] *See* DOJ Memorandum for Heads of Law Enforcement Components and All United States Attorneys, September 3, 2015, from: Deputy Attorney General Yates; subject: Department Policy Regarding the Use of Cell-Site Simulator Technology, *available at* http://www.justice.gov/opa/pr/justice-department-announces-enhanced-policy-use-cell-site-simulators (last visited October 28, 2015).

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2015, I served the attached document on Plaintiff via the CM/ECF system, who is a registered participant.

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG
D.C. Bar No. 467513
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-3374
Facsimile:  (202) 616-8460
E-mail:  brad.rosenberg@usdoj.gov

*Attorney for Defendants*