1   Daniel David Rigmaiden
2   530 E McDowell Rd Ste 107-214
    Phoenix, AZ 85004
    Email: notalawyer@fdjnews.com
3

4   Daniel David Rigmaiden,
    Pro Se, Plaintiff
5

6              **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF ARIZONA**
7

8   Daniel David Rigmaiden,                  | Civil Action No.:

9         Plaintiff,                          | CV12-01605-PHX-DLR-BSB

10  v.                                        | PLAINTIFF'S NOTICE OF EMAIL
                                               ADDRESS CHANGE AND MOTION FOR
    Federal Bureau of Investigation, et al.   ORDER REQUIRING CLERK TO
11                                             UPDATE ECF WITH NEW EMAIL
          Defendant.

12        Plaintiff, Daniel David Rigmaiden, appearing *pro se*, respectfully submits *Plaintiff's*

13  *Notice Of Email Address Change And Motion For Order Requiring Clerk To Update Ecf With*

14  *New Email*.  Plaintiff's previous email address used with the ECF system is inoperable.

15  Plaintiff's new email address is:

16                          notalawyer@fdjnews.com

17

18        Plaintiff requests that the Court order the Clerk to update Plaintiff's ECF account with

19  his new email address.  The ECF feature that purportedly allows ECF account holders to

20  update their own email addresses is not available within Plaintiff's ECF account options.

21  Plaintiff attempted to follow the instructions listed under the heading, "How do I add or

22  change an e-mail address for ECF electronic noticing?," located at

23  http://www.azd.uscourts.gov/faqs/ecf (last accessed: Nov. 19, 2015):

24        1.  Log in to ECF.

25        2. Go to "Utilities", "Your Account"

26        3. Click on "Maintain Your E-mail"

27        4. Click on the existing e-mail address in the "Registered e-mail addresses" list.

28        5. The selected e-mail address will appear for updating under "Configuration

                                    - 1 -

options" on the right side of the screen.

6. Make necessary changes to the existing e-mail address.

7. Click on "Submit all changes" before exiting this screen.

However, there is no "Maintain Your E-mail" option within Plaintiff's ECF account. Therefore, Plaintiff respectfully requests that the Court order the Clerk to update Plaintiff's email address.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

1      Respectfully Submitted: November 19, 2015.

2

3                          DANIEL DAVID RIGMAIDEN,
                          Pro Se Plaintiff:

4

5

6                           s/ Daniel Rigmaiden
                          Daniel D. Rigmaiden

7

8                   **CERTIFICATE OF SERVICE**

9      I, Daniel David Rigmaiden, hereby certify that on November 19, 2015, I caused the

10 attached document to be electronically transmitted to the Clerk's Office using the ECF system

11 for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

12

13 Brad P. Rosenberg, Attorney for Defendants

14

...

28 By: s/ Daniel Rigmaiden

- 3 -