1 | Daniel David Rigmaiden
2 | 530 E McDowell Rd Ste 107-214
Phoenix, AZ 85004
Email: notalawyer@fdjnews.com
3 |

4 | Daniel David Rigmaiden,
Pro Se, Plaintiff
5 |

6 | **UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
7 |

8 | Daniel David Rigmaiden,

Civil Action No.:

9 |      Plaintiff,

CV12-01605-PHX-DLR-BSB

v.

10 | Federal Bureau of Investigation, et al.

PLAINTIFF'S NOTICE OF EMAIL ADDRESS CHANGE AND MOTION FOR ORDER REQUIRING CLERK TO UPDATE ECF WITH NEW EMAIL

11 |      Defendant.

12 |      Plaintiff, Daniel David Rigmaiden, appearing *pro se*, respectfully submits *Plaintiff's*

13 | *Notice Of Email Address Change And Motion For Order Requiring Clerk To Update Ecf With*

14 | *New Email*.  Plaintiff's previous email address used with the ECF system is inoperable.

15 | Plaintiff's new email address is:

16 |                    notalawyer@fdjnews.com

17 |

18 |      Plaintiff requests that the Court order the Clerk to update Plaintiff's ECF account with

19 | his new email address.  The ECF feature that purportedly allows ECF account holders to

20 | update their own email addresses is not available within Plaintiff's ECF account options.

21 | Plaintiff attempted to follow the instructions listed under the heading, "How do I add or

22 | change an e-mail address for ECF electronic noticing?," located at

23 | http://www.azd.uscourts.gov/faqs/ecf (last accessed: Nov. 19, 2015):

24 |     1.  Log in to ECF.

25 |     2. Go to "Utilities", "Your Account"

26 |     3. Click on "Maintain Your E-mail"

27 |     4. Click on the existing e-mail address in the "Registered e-mail addresses" list.

28 |     5. The selected e-mail address will appear for updating under "Configuration

options" on the right side of the screen.

6. Make necessary changes to the existing e-mail address.

7. Click on "Submit all changes" before exiting this screen.

However, there is no "Maintain Your E-mail" option within Plaintiff's ECF account. Therefore, Plaintiff respectfully requests that the Court order the Clerk to update Plaintiff's email address.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1   Respectfully Submitted: November 19, 2015.

2

3                                      DANIEL DAVID RIGMAIDEN,
                                       Pro Se Plaintiff:
4

5

6                                      s/ Daniel Rigmaiden
                                       Daniel D. Rigmaiden
7

8                          **CERTIFICATE OF SERVICE**

9        I, Daniel David Rigmaiden, hereby certify that on November 19, 2015, I caused the

10  attached document to be electronically transmitted to the Clerk's Office using the ECF system

11  for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

12

13
    Brad P. Rosenberg, Attorney for Defendants
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  By: s/ Daniel Rigmaiden