KAB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, | No. CV 12-01605-PHX-DLR (BSB) |
| Plaintiff, | |
| v. | **ORDER** |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

In an August 31, 2015 Order, the Court deferred ruling on Defendants' Second Motion for Summary Judgment as to the application of Exemption 7(E) in response to the Harris request and ordered that Defendants submit documents/information withheld pursuant to Exemption 7(E) for in camera review and an ex parte affidavit explaining the application of Exemption 7(E) to the documents/information. (Doc. 153 at 20.)[1]

The Court now rules on Defendants' Second Motion for Summary Judgment as to the application of Exemption 7(E) in response to the Harris Request.

Having fully reviewed the information submitted for in camera inspection and the ex parte affidavits of David Hardy and Bradley Morrison, the Court finds that the following information[2] was properly withheld pursuant to Exemption 7(E): FBICELL1;[3]

---

[1] The background of this action is fully set forth in the Court's November 14, 2014 and August 31, 2015 Orders. (Docs. 122, 153.)

[2] Pursuant to the Declaration of David Hardy, the FBI has released some information from FBICELL 1, 2, 3, 4, 54, 108, 150, 155, 160, 165, 171, 180, 188, 195,

FBICELL2; FBICELL3; FBICELL4; FBICELL49; FBICELL57; FBICELL64; FBICELL70; FBICELL72; FBICELL94; FBICELL95; FBICELL96; FBICELL108; FBICELL122; FBICELL125; FBICELL126; FBICELL128; FBICELL129; FBICELL131; FBICELL132; FBICELL133; FBICELL136; FBICELL146; FBICELL147; FBICELL150; FBICELL152; FBICELL154; FBICELL155; FBICELL156; FBICELL157; FBICELL158; FBICELL159; FBICELL160; FBICELL161; FBICELL163; FBICELL165; FBICELL166; FBICELL167; FBICELL169; FBICELL171; FBICELL180; FBICELL183; FBICELL184; FBICELL188; FBICELL193; FBICELL194; FBICELL195; FBICELL199; FBICELL200; FBICELL201; FBICELL202; FBICELL203; FBICELL206; FBICELL207; FBICELL208; FBICELL209; FBICELL210; FBICELL211; FBICELL215; FBICELL217; FBICELL 220; FBICELL221; FBICELL222; FBICELL223; FBICELL224; FBICELL225; FBICELL229; FBICELL230; FBICELL232; FBICELL233; FBICELL259; FBICELL260; FBICELL261; FBICELL262; FBICELL263; FBICELL264; FBICELL265; FBICELL266; FBICELL267; FBICELL268; FBICELL291; FBICELL292; FBICELL296; FBICELL298; FBICELL299; FBICELL300; FBICELL301; FBICELL302; FBICELL334; FBICELL374; FBICELL376; FBICELL390; FBICELL393; FBICELL407; FBICELL446; FBICELL447; FBICELL454; FBICELL457; FBICELL461; FBICELL462; FBICELL463; FBICELL489; and FBICELL490.

With regard to the above-listed documents, the Government has adequately explained why the information withheld falls within Exemption 7(E) and, after review of the documents, the Court agrees. Accordingly, summary judgment will be granted in favor of Defendants with regard to the above-listed documents.

---

202, 206-207, 209-210, 214, 216, and 220. Accordingly, the Court has only looked at the information withheld within those documents to determine whether Exemption 7(E) applies.

[3] The Court's citations refer to the Bates numbers on the bottom right hand corner of the documents submitted.

The Court further finds that the following information was not properly withheld pursuant to Exemption 7(E):[4] FBICELL54; FBICELL65; FBICELL97; FBICELL130; FBICELL151; FBICELL214; FBICELL216; and FBICELL218. The information contained in FBICELL54; FBICELL65; FBICELL97; FBICELL130; FBICELL151; FBICELL214; FBICELL216; and FBICELL218 does not meet the Exemption 7(E) standard, and, accordingly, summary judgment will be denied as to FBICELL54; FBICELL65; FBICELL97; FBICELL130; FBICELL151; FBICELL214; FBICELL216; and FBICELL218.

Therefore, Defendants' Motion to Dismiss for Lack of Jurisdiction and Second Motion for Summary Judgment (Doc. 137) seeking judgment as to Exemption 7(E) as applied to the Harris Request will be granted in part and denied in part.

**IT IS ORDERED:**

(1)   The part of Defendants' Motion to Dismiss for Lack of Jurisdiction and Second Motion for Summary Judgment (Doc. 137) seeking judgment as to Exemption 7(E) as applied to the Harris Request is **granted in part and denied in part** as follows:

(a)   Defendants' Second Motion for Summary Judgment is **granted** as to the following information claimed exempt pursuant to Exemption 7(E) in response to the Harris Request: FBICELL1; FBICELL2; FBICELL3; FBICELL4; FBICELL49; FBICELL57; FBICELL64; FBICELL70; FBICELL72; FBICELL94; FBICELL95; FBICELL96; FBICELL108; FBICELL122; FBICELL125; FBICELL126; FBICELL128; FBICELL129; FBICELL131; FBICELL132; FBICELL133; FBICELL136; FBICELL146; FBICELL147; FBICELL150; FBICELL152; FBICELL154; FBICELL155; FBICELL156; FBICELL157; FBICELL158; FBICELL159; FBICELL160; FBICELL161; FBICELL163; FBICELL165; FBICELL166; FBICELL167; FBICELL169; FBICELL171; FBICELL180; FBICELL183;

---

[4] The FBI asserts that it has now released the following pages in full: FBICELL 50, 52, 59, 66, 73, 134, 143, 179, 182, and 290. Accordingly, summary judgment as to the application of Exemption 7(E) as to those pages is now moot and the Court will not further address the application of Exemption 7(E) to those pages.

1  FBICELL184; FBICELL188; FBICELL193; FBICELL194; FBICELL195;
2  FBICELL199; FBICELL200; FBICELL201; FBICELL202; FBICELL203;
3  FBICELL206; FBICELL207; FBICELL208; FBICELL209; FBICELL210;
4  FBICELL211; FBICELL215; FBICELL217; FBICELL 220; FBICELL221;
5  FBICELL222; FBICELL223; FBICELL224; FBICELL225; FBICELL229;
6  FBICELL230; FBICELL232; FBICELL233; FBICELL259; FBICELL260;
7  FBICELL261; FBICELL262; FBICELL263; FBICELL264; FBICELL265;
8  FBICELL266; FBICELL267; FBICELL268; FBICELL291; FBICELL292;
9  FBICELL296; FBICELL298; FBICELL299; FBICELL300; FBICELL301;
10 FBICELL302; FBICELL334; FBICELL374; FBICELL376; FBICELL390;
11 FBICELL393; FBICELL407; FBICELL446; FBICELL447; FBICELL454;
12 FBICELL457; FBICELL461; FBICELL462; FBICELL463; FBICELL489; and
13 FBICELL490.

(b)  Defendants' Second Motion for Summary Judgment is **denied** as to the following information claimed exempt pursuant to Exemption 7(E) in response to the Harris Request: FBICELL54; FBICELL65; FBICELL97; FBICELL130; FBICELL151; FBICELL214; FBICELL216; and FBICELL218.  Within 90 days of the date of this Order, Defendants shall mail or otherwise provide Plaintiff with this information.[5]

---

[5] As previously stated in this action, Defendants must provide Plaintiff with any information outside the sample using this Order as guidance as to whether such information is exempt pursuant to Exemption 7(E).

1　　　　(2)　No issues remain in this action.  Accordingly, the Clerk of the Court shall
2　close this action and enter judgment accordingly.
3　　　　Dated this 14th day of December, 2015.

_____
Douglas L. Rayes
United States District Judge