# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel David Rigmaiden, | NO. CV-12-01605-PHX-DLR (BSB) |
| Plaintiff, | |
| v. | JUDGMENT IN A CIVIL CASE |
| Federal Bureau of Investigation, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed December 14, 2015, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

Brian D. Karth
District Court Executive/Clerk of Court

December 14, 2015

By s/ Rebecca Kobza
Deputy Clerk